435

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NO 16-MD-2738(FLW)(LHG)


_____        :
                                    :
IN RE JOHNSON & JOHNSON             :  DAUBERT HEARING
POWDER PRODUCTS MARKETING,          :  JULY 24, 2019
SALES PRACTICES.                    :  VOLUME 3
--------------------------          :


CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608

B E F O R E:  THE HONORABLE FREDA L. WOLFSON, USCDJ

A P P E A R A N C E S:

BEASLEY ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
        -and-
ASHCRAFT & GEREL, ESQUIRES
BY:  MICHELLE A. PARFITT, ESQUIRE (VIRGINIA)
        -and-
MOTLEY RICE, ESQUIRES
BY:  DANIEL R. LAPINSKI, ESQUIRE  (NEW JERSEY)
     NATHAN D. FINCH, ESQUIRE  (WASHINGTON D.C.)
        -and-
LEVY KONISBERG, ESQUIRES
BY:  JEROME H. BLOCK, ESQUIRE  (NEW YORK)
On behalf of Plaintiffs Steering committee


DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE  (NEW JERSEY)
     JULIE L. TERSIGNI, ESQUIRE  (NEW JERSEY)
        -and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, ESQUIRES
BY:  JOHN H. BEISNER, ESQUIRE  (WASHINGTON, D.C.)
        -and-
PROSKAUER ROSE, ESQUIRES
BY:  BART H. WILLIAMS, ESQUIRE  (CALIFORNIA)

                                    (Continued.)


                    * * * * *
            VINCENT RUSSONIELLO, RPR, CRR, CCR
               OFFICIAL U.S. COURT REPORTER
                    (609) 588-9516

436

A P P E A R A N C E S    C O N T I N U E D


WEIL GOTSHAL & MANGES, ESQUIRES
BY:  ALLISON M. BROWN, ESQUIRE
On behalf of Defendant Johnson & Johnson


SEYFARRTH & SHAW, ESQUIRES
BY:  THOMAS L. LOCKE, ESQUIRE  (WASHINGTON D.C.)
On behalf of Defendant Personal Care Products Council

437

1          **M O R N I N G     S E S S I O N**

2

3               (In open court.)

4          THE DEPUTY CLERK:  All rise.

5          THE COURT:  Thank you.

6          Good morning.  Everyone may be seated.

7          Are we ready?

8          MS. BROWN:  Before we begin, I did want to

9     raise one issue regarding Dr. Longo's testimony with

10    the Court.

11              Could we perhaps ask Dr. Longo to leave before

12    I do that?

13              THE COURT: Yes.

14              (Dr. Longo leaves the courtroom.)

15              MR. BLOCK:  Your Honor, my name is Jerome

16    Block, and I'm from the firm of Levy Konigsberg.  I

17    will be assisting the Plaintiffs Steering Committee

18    and I will be presenting Dr. Longo's testimony.

19              Thank you, your Honor.

20              MS. BROWN:  Good morning, your Honor.

21              I'm Alli Brown from Weil Gotshal for J&J.

22              Counsel was kind enough to just provide me a

23    few minutes ago with a copy of the PowerPoint they

24    intend to use with Dr. Longo; and in looking through

25    it, I have a couple of concerns that I wanted to raise

438

1    now.

2         A number of the slides deal with internal

3    Johnson & Johnson company documents.  I would submit

4    to the Court that Dr. Longo's interpretation of those

5    documents is not relevant to the inquiry here.  He is

6    a materials scientist who plaintiffs are putting

7    forward as an expert witness on his own testing of

8    Johnson & Johnson samples.  He has no personal

9    knowledge about these decades old documents.  He has

10   no particular expertise that would allow him to

11   interpret these company documents.

12        In fact, your Honor, as it relates to a number

13   of the documents that are  contained in counsel's

14   PowerPoint presentation, Dr. Longo himself has

15   testified as recently as a month or two ago that

16   essentially the interpretation of those documents is

17   an issue for the trier of fact.

18        So I would submit, putting Dr. Longo up to

19   interpret documents that he doesn't know anything

20   about and has no expertise to interpret is

21   inappropriate in this setting and should not be done

22   here.

23        MR. BLOCK:  Good morning, your Honor.

24        Any documents that are internal documents or

25   historical documents that are going to be presented

439

1    today with Dr. Longo's testimony were, first, either

2    referenced in his report or were part of his reliance

3    materials in this MDL.

4        The relevance of the documents that we are

5    going to present -- and I think it will be helpful to

6    the Court to see them in context as we go -- is that

7    these documents go directly to the issue of the

8    methodology, the reliability of the methodology.

9        For example, we have one -- it is slide 20 --

10   that shows the heavy liquid separation preparation

11   method used by a consultant from Johnson & Johnson

12   back in 1974 and being used the same way in which

13   Dr. Longo has used it in this case, being used in the

14   same way as Dr. Alice Blount used that same method in

15   1991, being used in the same way as ISO, the

16   International Standard Organization specifies that it

17   be used.

18       THE COURT:  Let me just short circuit.  I

19   understand where everybody is on this point.  If he

20   has cited them in his report, I'll let him reference

21   them.  I understand I'm not going to accept how he may

22   interpret a document.  We don't have a jury here.  So

23   I think I can filter this out appropriately and know

24   when he may be overstepping, and when he says that a

25   particular test was done, and, yes, it has been done

Longo   Direct/Mr. Block

440

1    for 50 years, and look J&J did it as well, I'm sure

2    you will cross him whether that is the same test or

3    not.

4            Let's get it in and let's go.

5            MS. BROWN:  Thank you, your Honor.

6            MR. BLOCK:  We're ready to proceed.

7            THE COURT:  Bring the witness in.

8            (Dr. Longo enters the courtroom.)

9            (Pause.)

10

11   WILLIAM E. LONGO, called as a witness on behalf of the

12   plaintiffs, having been first duly sworn, testifies as

13   follows:

14

15   DIRECT EXAMINATION

16   BY MR. BLOCK:

17   Q.    Dr. Longo, good morning.

18   A.    Good morning, sir.

19   Q.    Dr. Longo, can you state your full name for the

20   record.

21   A.    William Edward Longo.

22   Q.    Dr. Longo, where do you live and work?

23   A.    I live in Alpharetta, Georgia, which is right

24   outside of Atlanta, and I work in Suwanee, Georgia,

25   which is another suburb outside of Atlanta.

Longo - Direct/Mr. Block

441

1  Q.    What is your employment and title at the

2  company?

3  A.    I work for a company called Materials Analytical

4  Services and I am the president.

5        THE COURT:  Keep your voice up.  I have been

6  told those in the back of the Court cannot hear.  I

7  need everyone in the courtroom to hear.  I know you

8  testify regularly.  I know you know how to do it.

9  Q.    Before we talk about your company Materials

10 Analytical Services, I would like you to tell the

11 Court about your education and your background,

12 starting with undergrad, going to your Master's and

13 Ph.D..

14 A.    I went to the University of Florida, got a

15 Bachelor's and Major in microbiology with a Minor in

16 chemistry.

17       I went to graduate school at the University of

18 Florida.  I got a Masters in materials science and

19 engineering and then I graduated in 1983 with a Ph.D.

20 or Doctorate in materials science and engineering.

21 Q.    What is the field of materials science and

22 engineering that you have a Master's and Ph.D. in?

23 A.    It is literally the study of materials both to

24 characterize them, to understand them, and to develop

25 new materials.  These materials can usually be broken

Bongo - Direct/Mr. Block

442

1    down into five major groups: metals or metallurgy,

2    polymers or plastics, minerals, ceramics, such as

3    asbestos, composites where you may mix two of these

4    types together, putting metal spheres in with a

5    polymer to change what it can do and behave, and

6    biomaterials.  These are things that are implanted

7    into the body.

8              As a materials scientist we are educated and

9    taught in practice on where are the best types of

10   materials to use in a situation that it is needed in.

11   For example, a civil engineer and a mechanical

12   engineer will probably go to a materials scientist on

13   what is the best concrete strength if they are going

14   to build a bridge, how strong is the concrete they

15   need for the specifications, what type of metal for

16   the structures out there, can it stand up to

17   corrosion, and so on.

18             Materials scientists also develop a lot of new

19   materials.  A simple example is if you are my age, you

20   can remember when soda cans were steel and had a seam

21   down the back side of it to put the cylinder together,

22   and also had a second piece for the top and a third

23   piece for the bottom.  Materials scientists came up

24   with what we call Aluminium Cans, which is a copper

25   aluminum  alloy that was made that you could make it

Bongo   Direct/Mr. Block

443

1    in two pieces.

2    Q.    Let's talk about your experience testing

3    materials for asbestos.  When did that begin and how

4    did you get your start testing materials for asbestos?

5    A.    The very first air sample I tested for asbestos

6    was in 1984, air sample.  I got involved in it because

7    I read an article by Walter C. McCrone about using

8    phase contrast microscopy to analyze air samples to

9    determine how much asbestos was in it, and I thought

10   transmission electron microscopy would be better.

11           Literally, the first company I was involved in

12   opened its doors in October of 1983, about two months

13   before I graduated and got my Ph.D.

14   Q.    Did you have training during your graduate

15   school programs at the University of Florida in

16   analyzing materials for asbestos or analyzing other

17   materials using what's called a transmission electron

18   microscope?

19   A.    The first part of the question is no.  We

20   weren't analyzing asbestos samples in graduate school.

21   But in our materials science department we had two

22   transmission electron microscopes: one scanning

23   electron microscope, X-ray diffraction; and as a

24   graduate student, you are expected to use all those

25   instruments.

Longo - Direct/Mr. Block

444

1          We did graduate level training in transmission

2    electron microscopy, how to do diffraction; selected

3    area of diffraction, energy dispersive and the science

4    behind it.  The same with scanning electron

5    microscopy -- not asbestos, but mineral particulates

6    that you would have to characterize the same way you

7    do asbestos fibers.

8    Q.    When did you obtain your Ph.D. in materials

9    science and engineering?

10   A.    I graduated in December 1983.

11   Q.    How do you then begin to analyze materials for

12   asbestos -- and you mentioned a company that you

13   started after graduating with your Ph.D. in 1983?

14   A.    Yes.  I started a company called Microanalytical

15   Laboratories, which was a materials science small

16   company with a -- first with a scanning electron

17   microscope and a transmission electron microscope.  A

18   little bit less than a year later, when we started

19   focusing on trying to educate and have people use our

20   facility to analyze air samples for asbestos, that's

21   when the first sample came in.

22          THE COURT:  Can everybody hear Dr. Longo?

23   Q.    Dr. Longo, tell us a little bit more -- before

24   we get to your work at MAS, tell us about your

25   personal experience analyzing materials for asbestos

Bongo   Direct/Mr. Block

445

1    at this first company called Microanalytical, and how

2    long did you have that first company for?

3    A.    When we started getting air samples for asbestos

4    analysis, I was the primary technician.  As the person

5    that prepared the samples, analyzed the samples, that

6    was from 1984 until I left that company in August of

7    1987.  I don't know how many hundreds or thousands of

8    samples that were done, hundreds to thousands of air

9    samples done over those three years.  So I had quite a

10   bit of experience doing that.  We had a technician we

11   finally hired that was also doing it because the

12   laboratory was getting very busy.

13   Q.    Have you been involved in the testing of

14   materials for asbestos now for about 35 years?

15   A.    Yes, sir.

16   Q.    Let's talk about your company Materials

17   Analytical Services.  How did that company get started

18   and how big was it when it began, and how did it

19   evolve over time?

20   A.    We opened the doors in February of 1988, and I

21   got involved with it after I left Microanalytical

22   Laboratories.  I had a partnership with a big

23   engineering firm called Law Engineering, not lawyers,

24   but Thomas E. Law was the individual who started that

25   company.  So we started with a 4000-square foot space,

Bongo   Direct/Mr. Block

446

1   and I had three employees -- myself, a receptionist,

2   and one technician.

3          In 2006 the company grew to almost 100 people.

4   We had a main laboratory outside of Atlanta.  We had a

5   materials science semiconductor laboratory in North

6   Carolina.  We had a semiconductor laboratory in

7   Phoenix.  We had a semiconductor laboratory in San

8   Jose and consulting offices in California and

9   Washington, D.C. where we had employees that were in

10  both of those.

11  Q.   Can you tell Judge Wolfson basically the current

12  setup of Materials Analytical Services in terms of the

13  space you have and how many people you employ and what

14  type of professionals do you employ at MAS?

15  A.   After 2006 we had only the Suwanee office which

16  is a 20,000 square foot laboratory that has multiple

17  transmission electron microscopes, multiple scanning

18  electron microscopes, optical microscopes, as well as

19  all -- a lot of other types of analytical equipment

20  for organic analysis.

21         The staff is made up of the administration

22  people and technicians.  We have microbiologists, we

23  have other materials scientists, we have physicists,

24  we have biologists, we have geologists -- I don't want

25  to leave anybody out -- inorganic chemists, organic

Bongo - Direct/Mr. Block

447

1    chemists, and optical microscopists who have degrees

2    in geology, or something related, electron

3    microscopist specialist.

4         I think that covers it.  We have approximately

5    43 people currently.

6    Q.    Does Materials Analytical Services only test

7    materials for asbestos, or do they do a broader range

8    of work and have they done a broader range of work

9    presently and over time?

10   A.    We do a broader range of work.  Asbestos is

11   still one of our key samples that we analyze, but we

12   also analyze and do work for environmental testing for

13   metals, organics.

14        The volatile organic compounds, VOC testing,

15   such as the green labeling that is being done across

16   the country where companies want to understand what is

17   being released from the products that are made that

18   have volatile organic compounds.

19        For example, the new car smell that everybody

20   likes.  That's volatile organic compounds being

21   released by the plastic rugs; it is supposedly not

22   that good for you.  We do a lot of that and

23   certifications.

24        We also do materials science work,

25   semiconductor work, failure analysis outside of the

Longo - Direct/Mr. Block

448

1   area of asbestos.  We work not for the FDA, but we do

2   work in pharmaceutical areas where we have an FDA

3   laboratory number.

4        So our laboratory can analyze and receive

5   prescription drugs from Schedule 2 on down and store

6   them so that we also have a DEA license so we can

7   receive these materials and test it.  So we're pretty

8   broad-ranged.

9   Q.    Dr. Longo, looking at your slide here, it has

10  EPA Peer Review Group, and, in a parenthetical, it

11  says "asbestos."  Have you ever been selected to serve

12  on any EPA peer review group related to asbestos or

13  asbestos-testing methodology?

14  A.    Yes.

15  Q.    Can you tell the Court about that.

16  A.    I was on initially the EPA peer review group for

17  their asbestos engineering program where scientists

18  from this country as well as Canada were invited to

19  come to the Environmental Protection Agency office in

20  Cincinnati and provide opinions, guidance on where the

21  Environmental Protection Agency should put their

22  research into to solve asbestos problems.

23  Q.    Was that a group of professionals that had

24  expertise in the methodologies for testing asbestos or

25  samples to determine if they had asbestos?

Bongo - Direct/Mr. Block

449

1    A.    It is more broad than that.  It is not only

2    testing asbestos, testing samples for asbestos, but it

3    was managing asbestos projects, suggestions on

4    removing asbestos.  So it was broad range.

5          The second panel I was on was EPA invited just

6    microscopists to help them develop a method for

7    analyzing building dust for asbestos.

8    Q.    Going back to the first one, you said "EPA Peer

9    Review Group Panel."  How many other professionals

10   were selected to serve on that EPA Peer Review Panel?

11   A.    For the small working group there were four to

12   five.

13   Q.    When was that?

14   A.    That was in late 1980s, '89, '90, and I think

15   the last one was in 1991 or so.

16   Q.    You began to tell the Court about another

17   collaboration with the EPA on developing a particular

18   test method.  Can you tell the Court about that?

19   A.    EPA was interested in getting a standardized

20   method for analyzing asbestos contaminated building

21   dust or dust not in a building where they could

22   measure and determine the concentration of asbestos

23   structures per area of dust that they sampled.  We

24   worked on that for multiple days.  They issued a draft

25   report and then decided that the best avenue to get

Bongo - Direct/Mr. Block

450

1    this into the public domain was to go and put it into

2    the ASTM committee.

3    Q.    Why was that important from a public health

4    standpoint developing a method to look at dust that

5    had settled on the surface in a building to determine

6    if it contained asbestos; and, if so, how much

7    asbestos?

8    A.    It was important in that if you had asbestos in

9    buildings at this time period, you had to manage it --

10   meaning, if you had fireproofing asbestos,

11   fireproofing up in the building, and you have a drop

12   ceiling, like we have here, over time that

13   fireproofing will release asbestos dust just from

14   building vibration, from age, from gravity, and the

15   top of the ceiling tiles get contaminated with

16   asbestos dust.

17         Workers who have to remove ceiling tiles or

18   change lights have to know there is significant

19   contamination on these ceilings, or a building that

20   has asbestos fireproofing where you don't have a

21   ceiling -- like mechanical rooms, et cetera, the dust

22   that's being released causing contamination.  So this

23   gave a method you could make those measurements and

24   they wanted to standardize it.

25   Q.    Did that initial collaboration you had with the

Bongo - Direct/Mr. Block

451

1    EPA on developing this method ultimately turn into

2    what's known as ASTM 5755, or D-5755?

3    A.    Yes, sir.

4    Q.    Did you take any leadership role -- or what was

5    your role in the authorship or the creation of the

6    ASTM testing method?

7            THE COURT:  When was this?

8            THE WITNESS:  This started in 1990 and ended

9    in 1995.

10   Q.    What does ASTM stand for?

11   A.    It is the American Society For Testing of

12   Materials.  It is now always ASTM International.  I

13   still call it the American Society of Testing

14   Materials.

15   Q.    In testing materials for asbestos, why is it

16   important to have published standards such as

17   standards from the ASTM?

18   A.    It is important that if you are using an ASTM

19   method and you say you are using the D-5755, then

20   other labs who are familiar in using that method you

21   can compare the results.  So you are standardizing the

22   testing because changing the testing method can change

23   the result.  So you always want to have a standardized

24   method like this where everybody understands what is

25   being done, how the recipe goes from A to Z, and the

Bongo - Direct/Mr. Block

452

1    meaning of the results.

2    Q.    All right.  Can you just briefly tell us -- we

3    have a slide here which has the cover page of ASTM

4    D-5755, and it has a number of signatures on it, and

5    it has some bullets about your involvement.

6          Can you tell us about the process of creating

7    the standard and what the signatures on the cover page

8    represent to you?

9    A.    Creating a standard that everybody agrees on is

10   a long process.  You essentially have a subcommittee,

11   the committee, then the overall membership of ASTM.

12   Getting a standard through, you have to get agreement

13   from all the scientists who are present and

14   nonscientists.  One negative vote can send this back

15   to rewrite.

16         So after six months a new document would go

17   out for voting.  It wasn't so much on the actual how

18   to do the method; it is the language that goes into

19   it.  My opinion, it is one of the most peer-reviewed

20   documents, ASTM standards out there.

21   Q.    Does the ASTM-5755 method contain a test

22   protocol for testing asbestos materials with the

23   transmission electron microscope?

24   A.    Yes, sir, it does.

25   Q.    Is that one of the methods you followed in this

Longo   Direct/Mr. Block

453

1    case in testing Johnson & Johnson's talc for asbestos?

2    A.    Yes, sir.

3    Q.    Today will we be going through portions of this

4    ASTM 5755 and showing the Court portions of this

5    standard and showing how you follow this standard in

6    testing Johnson & Johnson talc for asbestos?

7    A.    Yes, sir.

8    Q.    The slide says:  "Leadership on ASTM D-22

9    committee and D 2008.07 subcommittee on sampling and

10   analysis of asbestos."  What does that mean and what

11   was your leadership role in that?

12   A.    It was our dust method we had developed in our

13   laboratory that ultimately became the method of

14   choice.  Since we had already been using something

15   very similar, I was chosen, volunteered to shepherd

16   this through the subcommittee to get it to a standard.

17   That involved five years and hundreds and hundreds of

18   man hours to get agreement across the board from all

19   the different scientists and others on the committee.

20   We would put it together, vote on it; if there was

21   negatives, the next meeting you work through the

22   negatives, and so on and so forth.

23   Q.    In terms of achieving a scientific consensus on

24   the ASTM 5755, did that involve obtaining the

25   agreement of the others in voting on the standard and

Longo - Direct/Mr. Block

454

1    serving on the committee?

2    A.    Yes.

3    Q.    Did that include Drew Van Orden?

4    A.    It did.

5    Q.    Is Drew Van Orden with a group called RJ Lee who

6    serve as experts for Johnson & Johnson in talc cases?

7    A.    Yes.

8    Q.    Did that include someone named Slim Thompson who

9    is a representative of the industry of a company that

10   mines and produces talc?

11   A.    Dr. Thompson, that was his nickname, "Slim."

12   Q.    Did that include Dr. Jim Millette who has

13   published in the literature and used to work for the

14   EPA and studied the issues of asbestos and talc?

15   A.    Yes.

16   Q.    Did that include Michael Beard?

17   A.    Michael Beard was in charge of the analytical

18   side at the Environmental Protection Agency for

19   asbestos.  After he passed away, we now have the

20   Michael Beard Conference on asbestos in Johnson,

21   Vermont, every two or three years.

22   Q.    Going back to this cover slide here, can you

23   tell the Court about the certifications that Materials

24   Analytical Services has that are relevant to the

25   testing of materials for asbestos?  What

Bongo - Direct/Mr. Block

455

1   certifications does MAS have?

2   A.    The primary certification for testing of

3   asbestos is the NVLAP, which stands for the National

4   Voluntary Laboratory Accreditation Program that's run

5   by NIST, the National Institute of Standard and

6   Technology.  That is the certification for analyzing

7   asbestos bulk samples and asbestos air samples by TEM

8   on behalf of the EPA for their AHERA regulations

9   Asbestos Hazard Emergency Response Act.

10  Q.    How did your lab obtain the certification from

11  NVLAP as it relates to asbestos, and how does your lab

12  continue to be recertified for testing asbestos?

13  A.    After the AHERA Act was passed, I think in 1988

14  or so, they knew they had to get a certification

15  process going.  When that started -- I forget if it

16  was '89 or '90 or '91 or so, we started participating.

17  Really, you have to do certain types of analysis,

18  certain types of checklists, quality control, and so

19  on and so forth, put it together; then every two years

20  or so, an auditor will come to your laboratory and

21  spend a week there looking at all the documents and

22  see how well you are following their protocols for

23  keeping that accreditation.

24  Q.    Is your lab certified by a group called AIHA,

25  and what does that stand for?

Bongo - Direct/Mr. Block

456

1   A.    That's the American Industrial Hygiene

2   Association.  We have their certification for doing

3   phase contrast microscopy for asbestos fibers or

4   fibers.  PCM it is called.  They also certify us in a

5   lot of organic chemical analysis and a lot of

6   inorganic analysis, as well as mold analysis.  We had

7   that I think since 2000 maybe.

8   Q.    Is your lab certified by a group called ISO, the

9   International Standard Organization?  Can you tell us

10  about that?

11  A.    We have some ISO certifications that's run by

12  the American Association of Independent Labs.  For

13  certain types of analysis that we do for VOC, volatile

14  organic compound analysis, and we also are certified

15  to look at others who test for volatile organic

16  compounds, and furniture and materials that certify

17  the analysis is okay.

18  Q.    Does your lab have an FDA lab number, and can

19  you tell us what that is, and describe the process

20  that MAS had to go through to obtain that?

21  A.    Getting the FDA lab number is essentially

22  registering, sending in your QAQC manual and other

23  things.

24  Q.    What is "QAQC" and how did you refer to that?

25  A.    Quality Assurance and Quality Control.  They

Bongo - Direct/Mr. Block

457

1    pretty much leave you alone until at some point they

2    will audit your laboratory to make sure you are

3    following the rules and regulations.

4    Q.    How does that work?  Do they give you a certain

5    amount of notice?  How does that work when the FDA

6    comes and looks at your lab to make sure your quality

7    control and quality assurance is sufficiently reliable

8    to obtain an FDA lab number?

9    A.    The auditors show up unannounced.

10   Q.    Now, I want to talk about some of the states,

11   municipalities, and state agencies that you and

12   Materials Analytical Services have consulted with

13   specifically on issues of asbestos.  Let's start with

14   the Port Authority of New York and New Jersey as an

15   example.

16   A.    Beside them and others, we were asked to take a

17   look at the asbestos fireproofing and asbestos

18   acoustical plasters, asbestos ceiling tiles to

19   determine if by reverse engineering these asbestos

20   materials, fireproofing, could we determine who

21   manufactured the product.  It is called product ID,

22   and we could.  Once you get the formulations for the

23   various fireproofing.

24         So New York and New Jersey, all their public

25   buildings, including the World Trade Center, we were

Longo - Direct/Mr. Block

458

1  able to analyze and determine who manufactured the

2  asbestos-containing fireproofing.  If it had a certain

3  kind of ingredients, chrysotile, gypsum and

4  vermiculite with no starch, that was W. R. Grace

5  Monokote III.

6  Q.    Did that involve some of the same types of

7  analyses that you have done in testing Johnson &

8  Johnson's talc for asbestos in terms of the type of

9  microscopy followed and the steps followed according

10 to the generally-accepted methods?

11 A.    Yes, the polarized light microscopy is the

12 standard PLM analysis, and the TEM was used to verify

13 and identify the asbestos fibers using the standard

14 techniques and then going further to identify the

15 other nonasbestos minerals to compare to the formulas

16 for those products.

17 Q.    Can you give us a representative listing, to the

18 best of your ability, of states, municipalities and

19 state agencies that have hired Materials Analytical

20 Services to analyze materials for asbestos?

21 A.    The city of New York, the state of New York, the

22 city of Baltimore, the city of Boston, the school

23 district in Chicago, the state of Utah, the state of

24 Texas, the state of Hawaii, the Los Angeles school

25 district, the San Francisco school district, and then

Bongo - Direct/Mr. Block

459

1   individual buildings across this country, Prudential

2   Insurance for all of the buildings they owned across

3   this country.  So hundreds and hundreds, thousands of

4   buildings we were asked to see if we could determine

5   who manufactured the asbestos products.

6   Q.    Do you think you could sort of give us a brief

7   summary, maybe 30 seconds or so, on any work that MAS

8   has done for the CDC, NIH, NASA, and the Air Force, if

9   it doesn't relate to asbestos, but just give us a

10  general overview of work for those entities.

11  A.    For the Center of Disease Control and National

12  Institutes of Health we did some high resolution

13  scanning electron microscopy work for them.  They

14  wanted to image in one case the Ebola virus and the

15  other case, the AIDS virus.

16         NASA was some work we did for an X-ray

17  telescope they were going to launch that had to have

18  very precise analytical work done on chips they were

19  using.

20         The Air Force was to look at some chips that

21  had to be essentially fixed by removing areas

22  microscopically and generating microscopic jumper

23  cables to get around types of areas there that were

24  not working.

25         THE COURT:  Mr. Block, I don't want to

Longo - Direct/Mr. Block

460

1    interrupt your presentation.  As you know, we have a

2    limited time period today, and, frankly, we spent

3    about 45 minutes, a little bit of it was about TEM,

4    but if you want to be helpful to me, I would like to

5    get to the substance of what we are doing today.

6         MR. BLOCK:  I sure will, your Honor.

7         May I have a minute to address Dr. Longo's

8    work in litigation?  I know it will be brought up on

9    cross.

10        THE COURT:  That's fine.  You are going to eat

11   into your own time before you get to what you want me

12   to hear.

13   Q.   Dr. Longo, have you done work in litigation for

14   states, municipalities and state agencies including

15   ones you have named today?

16   A.   Yes, sir.

17   Q.   Relating to the analysis of asbestos?

18   A.   I have.

19   Q.   Have you been working for corporate defendants

20   in analyzing materials for asbestos including General

21   Electric?

22   A.   Yes, sir.

23   Q.   Has General Electric come to you when there was

24   an allegation that there was asbestos that would be

25   released when people used their hair dryers, and have

Bongo - Direct/Mr. Block

461

1    you done that analysis for General Electric?

2    A.    Yes, sir I have.

3    Q.    Have you done work for Scotts, Scotts

4    fertilizer, in cases where there was an allegation

5    their materials released asbestos into the air?

6    A.    Yes, sir.

7          THE COURT:  Can I get time periods for these

8    as well when you were doing that kind of work?  For

9    instance, GE you mentioned.  When did you do that?

10         THE WITNESS:  The GE work has been in the last

11   five years.

12         THE COURT:  All right.

13   Q.    And Scotts fertilizer, was that a case where you

14   were the opposing expert where my law firm brought the

15   case?

16   A.    Yes, sir.

17   Q.    Where one of my law partners Moshe Maimon, he

18   took your deposition in that case; didn't he?

19   A.    Yes, sir, he did.

20   Q.    And you have done work on behalf of plaintiffs

21   and hired by plaintiffs law firms, like my firm Levy

22   Konigsberg.  Correct?

23   A.    That is correct.

24   Q.    Are the methods that you used -- no matter if

25   you are hired by a corporation, a defendant in

Longo - Direct/Mr. Block

462

1   litigation, a state agency or individual plaintiffs,

2   does your reliance on the generally-accepted methods

3   differ depending on who hires you?

4   A.    No, it doesn't.

5   Q.    Dr. Longo, I'm sure you will be asked, and I

6   think in the briefs in this case you may have been

7   referred to as the $30 million man.  Have you heard

8   yourself referred to as the $30 million man by Johnson

9   & Johnson?

10  A.    A number of times.

11  Q.    Now, in the course of over 30 years, has

12  Materials Analytical Services, the company billed out

13  about $30 million for work on behalf of plaintiffs in

14  asbestos litigation, which comes to about a million

15  dollars a year?

16  A.    Yes, sir, it has.

17  Q.    And does MAS have substantial expenses in terms

18  of the payroll of all those professionals that you

19  identified earlier?

20  A.    Of course.

21  Q.    Does MAS have to purchase the most state of the

22  art equipment, such as transmission electron

23  microscopy, to make sure its scientific methods use

24  the best equipment available?

25  A.    We have to keep the equipment up to date or at

Longo - Direct/Mr. Block

463

1    least modified to work up to date.

2    Q.    How expensive is a state of the art TEM

3    microscope, the type MAS has to purchase from time to

4    time?

5    A.    When we first purchased the ones we have, they

6    were a quarter of a million dollars.  We purchased one

7    last year that was $750,000, but determined that it

8    did not work as well as the older ones, and we sent it

9    back.

10   Q.    Dr. Longo, quickly, and I want to note for the

11   Court it is in the tabbed notebook, if the Court

12   wishes to look at it.

13        We have your CV, and does your CV set forth

14   peer-reviewed articles you have written on asbestos

15   and other topics?

16   A.    Yes, sir.

17   Q.    And also scientific presentations you have

18   given?

19   A.    Yes, it does.

20   Q.    We have also included for the Court a tab 2,

21   which lists cases in which you have testified in which

22   there have been some sort of Daubert, Frye, or other

23   scientific challenge to your testimony.  Is that a

24   list your office generated?

25   A.    Yes, sir.

Bongo - Direct/Mr. Block

464

1   Q.    We highlighted the rows in yellow on tab 2 that

2   relate to Johnson & Johnson cases.

3         The next slide, does this show 17 occasions

4   now where you have testified involving your findings

5   of asbestos in Johnson & Johnson's talc?

6   A.    Yes, sir, it does.

7   Q.    In those 17 cases did you testify about the same

8   generally-accepted methodologies that you used that

9   you are prepared to testify in this case and that you

10  have set forth in your expert report?

11  A.    Yes, sir.

12  Q.    And just to note, has it now been seven

13  states -- California, New Jersey, Missouri, Oklahoma,

14  South Carolina, New York, Kentucky -- were you in

15  Kentucky yesterday testifying?

16  A.    In Louisville.

17  Q.    Was that a Daubert hearing in that case?

18  A.    Yes, sir.

19        THE COURT:  Was that state court?

20        MR. BLOCK:  Yes, sir.

21        THE COURT:  New Jersey didn't follow Daubert

22  until last year.

23        MR. BLOCK:  I think most of the courts follow

24  Daubert.

25        THE COURT:  I understand you are not prepared

Longo - Direct/Mr. Block

465

1    to represent every one of those states follow Daubert.

2    New Jersey did just change in the last year.

3            MR. BLOCK:  Yes, I understand that.

4    Q.    Dr. Longo, in terms of state versus federal

5    court, have you testified on many occasions in federal

6    court where there is a Daubert or Frye challenge to

7    your testimony before taking the stand?

8    A.    Yes, sir.

9    Q.    Is that listed on tab 2?

10   A.    It is.

11   Q.    Dr. Longo, I would like to ask you what is

12   asbestos, and I would like you to explain to the Court

13   what is on this slide.  It has Table 3, "Chemical

14   Formulas For the Asbestos Minerals."  What does this

15   slide show and where did this image come from?

16   A.    The slide shows what the chemical formulas are

17   for these particular minerals.  Asbestos is a trade

18   name, and it encompasses these specific minerals,

19   which are labeled asbestos if they are fibrous.

20   Q.    This says "asbestos minerals," and it comes from

21   the McCrone Particle Atlas.  What is that?

22   A.    That was an atlas that just not only had

23   asbestos but provided a lot of information on how to

24   analyze minerals using polarized light microscopy.

25   Dr. Walter McCrone, in my opinion, during his time,

Bongo - Direct/Mr. Block

466

1   was one of the best microscopists in the world.

2   Q.    Was Walter McCrone in terms of this particle

3   atlas, was he a consultant for Johnson & Johnson for

4   decades, including at the time of this publication in

5   1980?

6   A.    I'm not clear he was actually a consultant.  I

7   know his laboratory for decades, McCrone Associates,

8   did work for Johnson & Johnson.  He pretty much was

9   running the McCrone Research Institute at a time after

10  -- about sometime in the '60s and '70s.

11  Q.    We have circled three of these asbestos minerals

12  which shows the chemical formula for these asbestos

13  minerals.  Why did we circle these three in particular

14  as it relates to Johnson & Johnson talc?

15  A.    These are the three asbestos minerals that have

16  been identified over the years, not only by Johnson &

17  Johnson in their laboratories, but it's the general

18  type of asbestos that our laboratory is finding in the

19  talcum powder that's in Johnson & Johnson.

20  Q.    Are these three types of asbestos minerals --

21  tremolite, actinolite, anthophyllite known as

22  amphiboles?

23  A.    Yes, sir, they are.

24  Q.    Are they specifically identified in the

25  published literature and in materials you rely upon

467

1    and that people in your field regularly rely upon as

2    being the types of amphiboles that are known as

3    asbestos minerals, these particular types of

4    amphiboles?

5    A.    Yes, sir.

6    Q.    Now, in terms of an asbestos mineral, and

7    whether it can be called asbestos or asbestiform, what

8    does this next slide show from the McCrone Particle

9    Atlas?

10   A.    In order to be called asbestos, or if you want

11   to say asbestiform, this shows it has to be fibrous.

12   Q.    So on one side it says, for example, fibrous

13   tremolite would be asbestos, and then does it say the

14   same thing for fibrous actinolite and fibrous

15   anthophyllite?

16   A.    Yes, sir it does.

17   Q.    If an asbestos mineral such as tremolite,

18   actinolite and anthophyllite is fibrous, is it

19   asbestos?

20   A.    Yes, sir, it is.

21   Q.    On the other hand, if it is non-fibrous, such as

22   non-fibrous tremolite, non-fibrous actinolite,

23   non-fibrous anthophyllite, would that be considered

24   asbestos?

25   A.    No.

Bongo - Direct/Mr. Block

468

1   Q.    In terms of fibrous, these asbestos minerals

2   like tremolite are fibrous, are there generally-

3   accepted methods that allow you to determine whether

4   it is fibrous?

5   A.    Yes, sir, there are.

6   Q.    If the asbestos mineral meets the chemistry of

7   asbestos and is in the shape of a fiber, as defined by

8   the generally-accepted methods, is it fibrous?

9   A.    Yes.  Using these methods, it has a specific

10  geometry to be called fibrous.

11  Q.    We'll get to this in more detail.

12        But is this an example of a definition of

13  fiber from a generally-accepted method, specifically

14  the EPA AHERA method?

15  A.    Yes, sir.

16  Q.    Here do they define fiber as being at least

17  0.5 microns in length and having an aspect ratio of at

18  least 5-to-1?

19  A.    Yes, it does.

20  Q.    What is a "micron"?

21  A.    A micron is one -- is the distance equal to 1

22  millionth of a meter.  If you think about a yard

23  stick, and a meter is approximately 3.3 feet, you

24  would have to slice that 3.3 feet 1 million times

25  evenly, and that would give you 1 micron or

Bongo - Direct/Mr. Block

469

1 micrometer.

Q.    One more requirement here in the EPA AHERA, it says:

        "And substantially parallel sides," and so according to EPA AHERA is fiber defined as at least 0.5 microns in length and having an aspect ratio of 5-to-1 or greater and substantially parallel sides.

A.    Yes, sir.

Q.    In terms of the aspect ratio, can you explain to the Court what that means?  It talks about length versus width.

A.    The aspect ratio is nothing more than, say, this laser pointer.  The length has to be five times equal to or five times greater than the length or the width. You take the length, divide it by the width; that will give you the aspect ratio.

Q.    Now, is it important to understand in terms of understanding the generally-accepted test methods that asbestos fibers are very small?

A.    Small in that you cannot see -- you cannot visually see single asbestos fibers because they are too small for the resolution of your eyes.  Here is a penny.  They have two or maybe rice grains which you can see.  Here we have a human hair and a human hair has a diameter on average -- some lower, some higher

Longo   Direct/Mr. Block

470

1    -- of 100 micrometers.  Your eye can see a human hair

2    that 100 micrometers allows you to visualize it.  Here

3    we have chrysotile asbestos which looks like some

4    white dots.

5    Q.    That's right in front of Abe Lincoln's mouth?

6    A.    Right here.  What you see, there is thousands

7    and thousands of fibers, not individual fibers.  Since

8    the width of an chrysotile asbestos fiber is

9    approximately .05 micrometers, so it is essentially

10   almost a thousand times thinner than a human hair.

11   That's what we are dealing with when we are making

12   these measurements.

13   Q.    Dr. Longo, why does talc --

14         MS. BROWN:  Your Honor, I have an objection to

15   this document as not being disclosed either in his

16   report or his reliance list.

17         MR. BLOCK:  Your Honor, we have a reference we

18   can give the Court.  Your Honor, this was No. 117 on

19   appendix A for Dr. Longo.  And Leigh O'Dell can talk

20   further about it.  It is part of a meet and confer

21   process.  There was no objection to 117 and we relied

22   upon that.

23         MS. BROWN:  Your Honor, we subsequently raised

24   the issue with your Honor where you made the ruling,

25   of course, that any supplemental material that was

Bongo - Direct/Mr. Block

471

1  available at the time of the report but not included

2  in the report or listed at the time could not be

3  included at this point, and this document falls

4  squarely into that category.

5        MS. O'DELL:  Your Honor, if you recall, during

6  our conversation on Friday afternoon, I asked if an

7  objection was raised to a particular document is that

8  fair, and you said if there is no objection, you may

9  use it.  That is the decision we made to put it in.

10        THE COURT:  Take it out.

11  BY MR. BLOCK:

12  Q.    Without reference to the document, did you come

13  up with the idea that talc should be tested for

14  asbestos or is that something represented in the

15  peer-reviewed literature going back many decades?

16  A.    At this time, depends on what type of talc.  It

17  goes back many decades for industrial talc.  We have

18  been testing that for many years.

19        For cosmetic talc there was essentially --

20        THE COURT:  Your lab has been testing for many

21  years.

22        THE WITNESS:  It is the royal "we."

23        THE COURT:  You asked him the question about

24  -- your question was:  Did you come up with the idea

25  talc should be tested?

Bongo - Direct/Mr. Block

472

1        MR. BLOCK:  I withdraw the question and I'll

2   rephrase it.

3   BY MR. BLOCK:

4   Q.    In general, why does talc, a mineral that's

5   mined from the earth, need to be tested for asbestos?

6   A.    In general, because of the accessory minerals

7   associated with talc that is typically either what we

8   call the tremolite solid solution series or the

9   anthophyllite solid solution series, and, in some

10  cases, chrysotile asbestos.  That has been mined in

11  talc mines for some time.

12  Q.    In contrast, a raw material such as cornstarch

13  that has been used by Johnson & Johnson in a baby

14  powder called Cornstarch Baby Powder, does cornstarch

15  need to be tested for asbestos?

16       MS. BROWN:  Objection.  Lacking foundation.

17  This is outside of his opinions.  He tested J&J

18  products.  He is not a mineralogist or a geologist.

19  He never tested cornstarch.  I think we are going a

20  little far afield with these questions.

21       THE COURT:  Mr. Block, it was not explored by

22  him.  Let's move on.

23  BY MR. BLOCK:

24  Q.    Let's talk about the testing Materials

25  Analytical Services did for the MDL as set forth in

Bongo - Direct/Mr. Block

473

1    your report, which is tab 9 in the notebook that we

2    have provided.

3            Just in general, just to summarize, did

4    Materials Analytical Services test 71 samples that

5    consisted of 56 -- Johnson's Baby Powder or Shower To

6    Shower talc product containers, as well as 15

7    historical talc samples that represented talc that was

8    used in Johnson & Johnson talc products?

9    A.    Yes, sir.  Just to be clear, the 71 -- or

10   samples that came from 71 individual containers or

11   from the railroad car.  There was one MDL sample that

12   had two samples from the same container.  That would

13   have made it 72 total samples.

14   Q.    Were these samples that to your understanding

15   were produced as part of the discovery process in this

16   MDL?

17   A.    Yes, sir.

18   Q.    Is it your understanding those product samples

19   were retained by Johnson & Johnson and Imerys during

20   the time of their existence and produced in the MDL

21   for testing by both sides?

22   A.    Yes, sir, that's my understanding.

23   Q.    In terms of the talc that's contained in the

24   containers of Johnson & Johnson's products you tested

25   and the source talc that you tested, did it include

Bongo - Direct/Mr. Block

474

1    Vermont talc?

2    A.    It did.

3    Q.    Is it your understanding that Vermont talc was

4    used to make Johnson & Johnson talc products from

5    approximately 1967 until approximately 2003?

6    A.    Yes.

7    Q.    Is it your understanding before 1967 and going

8    back many decades Johnson & Johnson used Italian talc

9    with the exception of a few years during World War II?

10   A.    Yes, sir, that's my understanding.

11   Q.    Is it your understanding starting in

12   approximately 2004 going to the present, that Johnson

13   & Johnson has used Chinese talc?

14   A.    Yes, sir.

15   Q.    Let's talk about the methods that Materials

16   Analytical Services used for testing Johnson &

17   Johnson's talc for asbestos.

18         Did Materials Analytical Services use test

19   methods using the polarized light microscope?

20   A.    Yes.

21   Q.    And the transmission electron microscope

22   pursuant to generally-accepted methods that MAS and

23   yourself published on in the peer-reviewed literature?

24   A.    Yes, sir.

25   Q.    As we move forward, will we be talking about

475

1  some of these studies and how the methods were applied

2  to this case, including a publication in Cancer

3  Research in 1995 and other publications that are shown

4  here and included in tabs 10, 11 and 12 for the Court?

5  A.    That is correct.

6  Q.    Now, in terms of the key concepts for testing

7  asbestos and talc, can you talk about the first two

8  concepts and how they influence the third item which

9  is limit of detection/sensitivity?

10  A.    The preparation method is key to determine how

11  well or sensitive the analysis is going to be for both

12  PLM and TEM.  The analytical tools for PLM and TEM are

13  the best instruments for doing this for asbestos.  It

14  has its strengths and its weaknesses.  But it's all

15  about the preparation on how sensitive your results

16  are going to be in the TEM and PLM.

17  Q.    In laymen's terms, does the preparation method

18  relate to whether you are just going to put the talc

19  that comes out of the container under the microscope

20  or whether you are going to follow some other

21  generally-accepted procedure preparing the talc sample

22  in some way before you look at it under the

23  microscope?

24  A.    Yes.  You could do both.  But for the TEM

25  analysis, the best method is to try to concentrate the

Bongo - Direct/Mr. Block

476

1    potential amphibole asbestos that might be present so

2    that you could remove the interference of all the talc

3    that causes a problem with the analysis.

4    Q.    Did you use a preparation method in testing

5    Johnson & Johnson's talc for asbestos known as the

6    Heavy Liquid Separation Method?

7    A.    Yes, sir, we did.

8    Q.    Was there a publication in the peer-reviewed

9    literature by Doctor Alice Blount published in 1991 in

10   a journal called Environmental Health Prospectus?

11   A.    Yes, sir.

12   Q.    Is that part of the National Institute of

13   Environmental Health Sciences, which is part of the

14   U.S. Department of Health and Human Services?

15   A.    Yes, sir, it is.

16   Q.    At the time is it listed at the bottom of the

17   article that Dr. Blount at that time was a professor

18   and researcher in the Rutgers Department of Geology?

19   A.    Yes, sir.

20   Q.    What did Dr. Blount -- if you could quickly sum

21   up, what did Dr. Blount report in this peer-reviewed

22   study about the heavy liquid separation method as it

23   specifically relates to testing talcs for amphibole

24   types of asbestos?

25   A.    What she reported, that using this separation

Bongo - Direct/Mr. Block

477

1    method increased the sensitivity by removing a lot of

2    the talc particles.  She estimated maybe 1 amphibole

3    potential for every, I think it was, 100,000 talc

4    particles.

5           So she reported how it increased the

6    sensitivity and allowed her to analyze it in a much

7    more efficient way, and showed that it is there, and

8    by removing the talc, first, it caused her to be able

9    to report higher sensitivities for the analysis using

10   polarized light microscopy.

11   Q.    We have an animation which is hopefully going to

12   run.  What are we looking at in this animation?

13   A.    We are looking at a test tube.  It shows if you

14   put talc in it and if you then put the heavy liquid

15   density in, then mix the talc up in the heavy liquid

16   density, and put it into a centrifuge, spin it, and

17   because of the density of the liquid, anything that

18   has a lower density like talc will go to the surface.

19   Anything that has a heavier density like the amphibole

20   asbestos will go to the bottom of the test tube.  So

21   you are concentrating the amphibole minerals and other

22   minerals that have the higher density at the bottom,

23   which makes the analysis more sensitive and more

24   efficient.

25   Q.    Now, is amphibole asbestos, particularly the

Bongo - Direct/Mr. Block

478

1    types tremolite, anthophyllite and actinolite, the

2    most common types of asbestos found in talc?

3    A.    Yes, sir.  It is the anthophyllite series and

4    the tremolite series.  That is the most common.  Then

5    chrysotile can be found also.  For amphiboles, it is

6    the tremolite series and anthophyllite series.

7    Q.    Is the idea here just in laymen's terms that you

8    put the heavy liquid into the tube, you centrifuge it

9    and it causes the heavy minerals, which would include

10   certain types of amphibole asbestos, to sink to the

11   bottom, and results in the talc which is lighter to

12   float to the top?

13   A.    Yes.

14   Q.    Then in terms of what you are analyzing, are you

15   then analyzing this tip at the bottom where the

16   amphibole asbestos is more likely to be, if it is

17   present, and can be detected by the method?

18   A.    Yes.  That's what we removed to put onto the

19   filters we are preparing; or the glass slides we're

20   preparing for both polarized light microscopy as well

21   as transmission electron microscopy.

22   Q.    This heavy liquid preparation method for testing

23   talc for asbestos, was it published in the open

24   literature for the first time to your knowledge in

25   1991?

Longo - Direct/Mr. Block

479

1    A.    To my knowledge, that's when it was published

2    for analyzing talc for asbestos.  Heavy liquid density

3    separation has been used for years and years and years

4    in the mineral industry to remove different density

5    minerals.

6    Q.    Did it come to your attention as the result of

7    litigation against Johnson & Johnson, including this

8    case, in fact Johnson & Johnson had been using

9    internally with its consultants the heavy liquid

10   preparation method going back to the 1970s?

11   A.    Yes, sir.  As far as I can tell, it was first

12   developed specifically for talc in 1973, I believe it

13   was, or 1974.

14   Q.    Were there a number of consultants where Johnson

15   & Johnson was having confidential work done where

16   those consultants were using the heavy liquid

17   separation method to identify asbestos in talcs used

18   by Johnson & Johnson for its products?

19   A.    It is either using heavy liquid density or

20   another type of concentration method such as flotation

21   to try to remove the fines to increase the

22   sensitivity.

23   Q.    Let's look at one example, if we could, for the

24   Court.

25        Is this a confidential memo produced by

Longo    Direct/Mr. Block

480

1   Johnson & Johnson in this case, subject to a

2   protective order, that shows the use of the heavy

3   liquid separation preparation method on Vermont talc

4   for Johnson & Johnson in 1974?

5   A.    Yes, sir, it does.

6   Q.    Dr. Reynolds states here that

7         "For the reasons described above, a

8   concentration technique is mandatory because it brings

9   the amphiboles into a reasonable concentration range

10  for optical or other methods of analysis."

11        What is a "concentration technique" and is the

12  heavy liquid separation method an example of a

13  concentration technique?

14  A.    "Concentration technique" is you concentrate one

15  type of mineral and remove the other.  Panning for

16  gold is a concentration technique using water.  Gold

17  sticks to the bottom of the pan as they swirl it, and

18  they're removing the dirt and other materials that are

19  lighter than gold, lower density, as they pour the

20  water out.  They keep doing that until they removed

21  everything, and, hopefully, they found some gold

22  flakes.  That's, of course, looking for something

23  different but using the same concept.

24  Q.    Based upon the testing you have done on testing

25  Johnson & Johnson's talcs for asbestos, do you agree

Longo - Direct/Mr. Block

481

1  with Dr. Reynolds' statement way back in 1974 that a

2  concentration technique, such as the heavy liquid

3  separation method, is mandatory in order to do the

4  most reliable and sensitive analysis to determine if

5  there is amphibole asbestos present in talc?

6  A.    I agree with that statement.

7  Q.    Why?

8          MS. BROWN:  I object to the extent Dr. Longo

9  is now interpreting what the person who wrote this

10  statement back in the 1970s meant.  I think it goes

11  beyond any evidence in the document of a testing

12  method and it is well outside his area of expertise,

13  and now he is speculating what this person meant.

14          MR. BLOCK:  Your Honor, I can go to the next

15  question.

16          THE COURT:  Okay.

17  BY MR. BLOCK:

18  Q.    In terms of the test method, did Dr. Reynolds

19  provide a figure that showed the heavy minerals

20  sinking to the bottom and the talc floating to the

21  top?

22  A.    Yes.  That's a test tube; it is a centrifuge

23  tube.  It shows, after the spin process, they now have

24  separated out the different density minerals talc at

25  the top, the heavy minerals at the bottom, and he's

Longo - Direct/Mr. Block

482

1   going to take that plunger and pull it up and remove

2   the top portion and go through several washes to make

3   sure they have all the heavy minerals at the bottom.

4   Q.    Can you compare -- I guess what you did, you

5   have your tube, and you showed a depiction of how you

6   did the heavy liquid separation method versus what is

7   described in the confidential memo from Dr. Reynolds

8   to Johnson & Johnson in 1974.

9   A.    That is a centrifuge tube.  It doesn't have

10  anything in it and that red line shows that instead of

11  using a stopper rubber plug and pull out, we use one

12  of the things that is in that paper tray.  We flash

13  freeze the tip in liquid nitrogen, and remove the tip,

14  just the bottom tip of the test tube, and then wash

15  that out instead of using a rubber plug type

16  apparatus.

17  Q.    Dr. Longo, in terms of what Dr. Reynolds did,

18  did he use the heavy liquid separation method and use

19  the centrifuge, as you described you did in your own

20  testing?

21  A.    Yes, sir, it is the same basic method.

22  Q.    Did he find fiber form amphiboles in the ore of

23  Vermont talc and the talc product?

24        MS. BROWN:  Objection, your Honor.  We are

25  going well beyond the stated words here, and Dr. Longo

Longo  Direct/Mr. Block

483

1    is being asked to interpret this decades old document

2    well outside his area of expertise.

3              THE COURT:  I have it.  I have the document.

4    I think we are going to the method as opposed to the

5    findings.  So let's move on.

6    Q.    Back to the method, in addition to Dr. Blount

7    publishing on the heavy liquid separation method, did

8    the International Standards Organization in 2014

9    publish on the test method of the heavy liquid

10   separation method for use in testing talc for

11   asbestos?

12   A.    Yes, they did.  They issued this in 2014.

13   Q.    You may be asked about certain ISO methods on

14   cross-examination by Johnson & Johnson, and I just

15   want to make clear:  Is ISO, this particular ISO

16   standard 22262-2, is this the ISO method that is

17   specifically specified for testing talc for asbestos?

18   A.    It is.  It's the only method I know of that

19   specifically talks about talc and cosmetic talc and

20   how to test it.

21   Q.    Does it say so on this slide this method 22262-2

22   is the ISO method to use in testing talc for asbestos?

23   A.    Yes, sir, it does.

24   Q.    We can see that in subD right there; can't we?

25   A.    Yes.

Bongo - Direct/Mr. Block

484

1    Q.    Did ISO also in 22262-2 on page 38, as shown in

2    this slide, actually produce a chart that tells you

3    what method to use depending on what type of material

4    you are testing for asbestos?

5    A.    It does.

6    Q.    Does it say that talc, cosmetic, which typically

7    may contain chrysotile, actinolite, and tremolite

8    asbestos is supposed to be tested in accordance with

9    this particular ISO provision 22262-2.

10   A.    Yes, sir, it does.

11   Q.    Does it say what is the optimal analytical

12   procedure used in testing talc for asbestos in the

13   last column?

14   A.    It says to use centrifuge with the heavy liquid

15   separation as described, same concept as described by

16   Dr. Blount.

17          MS. BROWN:  Your Honor, I would object to

18   counsel's characterization of this document as

19   typically found in talc.  The title of the column is

20   "typical asbestos type if asbestos is present."

21          THE COURT:  I read the heading.  I'm aware.

22   Thank you.

23   Q.    It says here, "For amphibole either

24   centrifugation and heavy liquid" -- withdrawn.

25          Did you do what ISO 22262-2 specifies as the

Bongo - Direct/Mr. Block

485

1  optimum  analytical procedure for testing talc for

2  asbestos?

3  A.    Yes.

4  Q.    Is it set forth right there on the last column

5  on the right under "Optimum Analytical Procedure"?

6  A.    Yes.

7  Q.    If we look at the specifics of ISO 22262-2 at

8  page 29 and 30, does it tell you how to do the heavy

9  liquid separation when testing talc for amphibole

10  asbestos?

11  A.    Yes, sir.  It both tells you how to prepare the

12  sample and then it tells you to go to the 22262-1 the

13  companion methods on this on how to quantify and

14  identify the asbestos amphiboles.

15  Q.    I think that's an important addition.  I want to

16  make sure that's understood here.

17          THE COURT:  Let's take a short break.

18          THE DEPUTY CLERK:  All rise.

19          (Recess.)

20          (Continued on the next page.)

21  ///

22

23

24

25

Longo - Direct/Mr. Block

486

```
 1              THE DEPUTY CLERK:  All rise.

 2              THE COURT:  Thank you.

 3

 4    WILLIAM E. LONGO, resumed.

 5

 6    DIRECT EXAMINATION (continued)

 7    BY MR. BLOCK:

 8    Q.    Dr. Longo, comparing the 22262-2 heavy liquid

 9    separation method set forth there that we could see,

10    and if we look at your report on page 10, did you

11    follow that preparation method as set forth in ISO?

12    A.    Yes, sir.

13    Q.    Once you did the heavy liquid preparation method

14    on the talc samples, did you analyze the samples under

15    microscopes?

16    A.    We did.

17    Q.    We are short on time, and you could say a lot

18    about these things, but just give us a brief

19    description of polarized light microscopy and how it

20    works.

21    A.    It uses light and it uses polarizers to get the

22    vibrational wavelengths of light to go in specific

23    direction.  By doing that, you could cause the

24    minerals you are looking at to demonstrate different

25    characteristics that allow you to identify it,
```

Bongo - Direct/Mr. Block

487

1   everything -- how fast the light can go through the

2   crystal to if you move the crystal under these

3   polarized light filters, you have certain angles it

4   disappears, and you can determine the refractive

5   indices.  It is the standard how you analyze it to

6   identify asbestos.  The same method has been used for

7   literally over a century.

8   Q.    What is briefly transmission electron

9   microscopy, and how does it compare to PLM, polarized

10  light microscopy in terms of the advantages and

11  disadvantages when you are testing talc for asbestos?

12  A.    The advantages are it allows you to get a much

13  higher sensitivity.  It allows you to identify the

14  asbestos fibers according to the rules using

15  microchemistry.  It allows you to determine the

16  crystalline structure using the diffraction technique.

17  It doesn't use light.  It uses electrons.  So that

18  because you are using electrons, you could see much

19  smaller size asbestos fibers than you see in the

20  polarized light microscopy because you are using

21  light.  It is a much more sensitive instrument, and it

22  is probably the instrument that should be used for the

23  analysis of asbestos for talc.

24  Q.    Is there a general consensus in the scientific

25  community as set forth in the published methods as to

Bongo - Direct/Mr. Block

488

```
 1    the three steps that have to be undertaken when doing
 2    transmission electron microscopic analysis on a
 3    material to determine whether it contains asbestos?
 4    A.    Yes, there is.
 5    Q.    We're looking at page 12 of your report, and I
 6    circled step No. 1.  That is step No. 1?
 7    A.    It is called morphology, the dimensions of the
 8    fiber or bundle of asbestos you are looking at.  Step
 9    1 has to have an aspect ratio greater than or equal to
10    5-to-1.  The length of the asbestos structure has to
11    be at least a half a micrometer in length or greater.
12    It has to have substantially parallel sides so that
13    each side of the asbestos structure essentially is
14    almost straight.  You could have a little bit of
15    crookedness, but substantially parallel.  That is Step
16    1.
17    Q.    What is Step 2 as shown in your report?
18    A.    Step 2 is once you have made, that you can see
19    and measure that Step 1 is satisfied, you perform
20    mineral chemistry called energy dispersive X-ray
21    analysis to determine the chemistry of that particular
22    asbestos structure.  So it gives you the ability to do
23    that.  That's Step 2.
24    Q.    What is Step 3 as shown in the slide and in your
25    expert report?
```

Longo - Direct/Mr. Block

489

1    A.    Step 3 is to perform what's called selected area

2    electron diffraction or SAED, which gives you

3    information on the crystalline structure of that

4    asbestos structure.

5    Q.    Have you published in the peer-reviewed

6    literature on this generally-accepted three-step TEM

7    method?

8    A.    Yes, sir.  The first publication would be in

9    1995 when we analyzed these Kent Micronite cigarettes

10   from the fifties that used crocidolite and other

11   fibers in the filter.

12   Q.    In doing that analysis that you published on the

13   pier-reviewed literature, did you have to determine

14   which fibrous materials in the filter of Kent

15   cigarettes were asbestos and were not asbestos?

16   A.    Yes, sir.

17   Q.    It's right here on the image we could see that

18   you looked at the morphology by transmission electron

19   microscopy you did the chemistry analysis called EDXA,

20   and you did the third step SAED, and you said,

21   "According to EPA protocols," and you cited EPA AHERA.

22   Is that correct?

23   A.    That's correct.

24   Q.    Is EPA AHERA one of the generally-accepted

25   methods you applied in this case in determining

Bongo - Direct/Mr. Block

490

1    whether there was asbestos in Johnson & Johnson's

2    talcs?

3    A.    Yes.

4    Q.    To look at another example, was there a

5    conference put on by Dr. Irving Selikoff at Mount

6    Sinai in 1991 which was called "The Third Wave of

7    Asbestos Disease"?

8    A.    Yes.

9    Q.    Am I holding up the book in my hand right now?

10   A.    You are.

11   Q.    Did the contributors to this conference and this

12   publication of this book include many of the leaders

13   in the sciences of asbestos, including Dr. Irving

14   Selikoff, Dr. Philip Landrigan, head of occupational

15   medicine at Mount Sinai?

16   A.    Yes.

17   Q.    Did you and Dr. Victor Roggli have an article

18   published in this third wave book?

19   A.    Yes, sir.

20   Q.    In that article, did you perform the three-step

21   TEM analysis that you used in testing Johnson &

22   Johnson's talc for the presence of asbestos?

23   A.    Yes, sir, we did.

24   Q.    If we look at the slide there, can we see the

25   three steps: The morphology by TEM, looking at the

Bongo   Direct/Mr. Block

491

1   chemistry with the EDS, which is also called EDXA, and

2   looking at the crystalline structure, which is SAED?

3   Is that right?

4   A.    Yes, sir.

5   Q.    Without going through the details of the study,

6   and the Court has this at tab 10 A, did you determine

7   in this study -- did you make findings of tremolite

8   asbestos fibers based upon the same three-step TEM

9   method that you are using in this case?

10  A.    Yes, we did.

11  Q.    Similar to this case, was one of the tests you

12  did a substance where when you went to test it, you

13  didn't know if it had asbestos or not, you had to

14  determine whether it had asbestos and then what types

15  of asbestos and other minerals?

16  A.    Correct, for both the lung tissue and plaster

17  sample.

18  Q.    Now, have you also published in the

19  peer-reviewed literature using these

20  generally-accepted methods for transmission electron

21  microscopy and polarized light microscopy that you've

22  used in this case on minerals that contain asbestos as

23  a contaminant as opposed to the product being designed

24  to contain asbestos?

25  A.    Yes.  Instead of calling it a contaminant, an

Bongo - Direct/Mr. Block

492

1    accessory mineral comes along with the nonasbestos
2    portion mineral.  In this case, it is Libby, Montana
3    vermiculite.
4    Q.    The article is here, if the Court wishes to see
5    more details, but in short, did you identify amphibole
6    asbestos and, in particular, fibrous tremolite and
7    fibrous actinolite, and other amphibole asbestos in
8    this mineral that's mined from the ground called
9    vermiculite?
10   A.    Yes, and also richerite and winchite, which are
11   found in the Libby Montana vermiculite mine.
12   Q.    As you did in this case, is one of the
13   generally-accepted methods you used the EPA AHERA
14   method?
15   A.    Correct, for the TEM analysis as well as the
16   bulk analysis.
17   Q.    And similar to this case, were you publishing
18   here in the peer-reviewed literature on the analysis
19   of a mineral where you found -- it says "often less
20   than 0.1 percent asbestos"?
21   A.    Yes, sir.
22   Q.    And did you publish in the peer-reviewed
23   literature, even though the material contained less
24   than 0.1 percent asbestos, that you determined that it
25   says here, "significant exposures can still occur that

Bongo - Direct/Mr. Block

493

1    can be in excess of current regulatory exposure

2    limits"?

3    A.    Yes.  Based on the actual studies we did in this

4    paper.

5    Q.    Now, in terms of the three steps, this

6    three-step TEM process, is this really the general

7    consensus that can be found in many methods including

8    ASTM 5755, the method where you led the authorship of

9    that?

10   A.    Yes.  When we say morphology, the same counting

11   rules, the one aspect ratio or greater, and so on.

12   Q.    I want to talk to you about the development of

13   the EPA AHERA method and the relevance of that in this

14   case.  Okay?

15   A.    Yes, sir.

16   Q.    When the EPA AHERA method was developed and

17   promulgated in 1987, did the EPA convene a committee

18   of leading microscopists from private and federal

19   laboratories?

20   A.    They did.

21   Q.    As a result of the convening of that committee,

22   did the EPA choose a test method to be used for EPA

23   AHERA?

24   A.    They did.

25   Q.    Is that the test method that's used when

Bongo - Direct/Mr. Block

494

1    asbestos is abated from schools and buildings to

2    assure that once you do the analysis, it is safe for

3    children and building occupants to go back in the

4    building?

5    A.    Yes, sir.

6    Q.    And it says here the EPA chose to require TEM

7    analysis for four reasons, and it lists them there.

8    What is your understanding of I guess the development

9    of the AHERA method and what is stated here in the

10   preamble of the regulation?

11   A.    The development was done through essentially

12   taking what everybody calls the Yamate method and

13   expanded that into what essentially became the AHERA

14   method.  It follows Yamate with some modifications.

15   Q.    Just to be clear, and you may be asked on

16   cross-examination about the Yamate method, was that

17   developed earlier in time in 1984?

18   A.    Essentially it was initially developed in 1981

19   and published as a draft method in 1984.  It was never

20   -- it's been only a draft method for EPA and EPA never

21   sent it out as an official method.

22   Q.    In terms of the Yamate method, when it came time

23   in 1987 for the EPA to formally adopt a method for TEM

24   testing materials for asbestos, did they adopt EPA

25   AHERA and the method set forth there in 1987?

Bongo  Direct/Mr. Block

495

1   A.     Yes, sir, they did.

2   Q.     Is that still the EPA AHERA method that exists

3   today in 2019?

4   A.     Yes.

5   Q.     Now, we looked at this earlier, and I want to go

6   through the general consensus on Step 1, in looking at

7   the morphology, the shape of the structure and the EPA

8   AHERA is the 5-to-1 aspect ratio and the other details

9   you talked about earlier.  Correct?

10  A.     Yes, that's pretty much the same counting rules

11  for all the standard TEM methods, the American Society

12  of Testing Materials, International Standard

13  Organization, and EPA.  They all use the counting

14  rules to determine the morphology.

15  Q.     Does the preamble to the EPA AHERA regulations

16  discuss why the EPA decided to have a 5-to-1 aspect

17  ratio requirement for determining that a material is

18  asbestos assuming the other steps of the method are

19  satisfied?

20  A.     Yes, sir.  They have published why they picked

21  5-to-1.

22  Q.     And here it says:

23        "It is consistent with the panel of

24  microscopists' observations that asbestos structures

25  have aspect ratios equal to and greater than 5-to-1,

Bongo - Direct/Mr. Block

496

1    whereas the majority of nonasbestos structures

2    minerals and particles -- for example, Gypsum -- have

3    aspect ratios of less than 5-to-1."

4            Do you see that?

5    A.    I do.

6    Q.    Is that consistent with your opinion and the

7    general scientific consensus in the scientific

8    community?

9    A.    Yes, it is.

10   Q.    If we go to the next slide, which is tab 22, Dr.

11   James R. Millete, did he publish in the peer-reviewed

12   literature about the importance of the 5-to-1 aspect

13   ratio?

14   A.    Yes, sir, he did.

15   Q.    What does he say and what, if at all, do you

16   rely upon in terms of your expert opinions in this

17   case?

18   A.    Well, he states from earlier work by Campbell in

19   the Bureau of Mines, where they state that the best

20   indicator aspect ratio discriminator for asbestos

21   versus nonasbestos fibers is this 5-to-1 aspect ratio

22   used in these TEM methods.  Again, we're talking about

23   transmission electron microscopy for all these

24   different methods that use that same definition for an

25   asbestos fiber for the morphology and aspect ratio.

Longo - Direct/Mr. Block

497

1    Q.    Going back to the previous slide, does it

2    indicate some commentators, some people who

3    participated in the EPA AHERA regulation process

4    suggested that the aspect ratio should really be

5    10-to-1?

6    A.    Yes.  As it states right there.

7    Q.    Was that rejected by the EPA for the reasons set

8    forth right there in the preamble the Court could find

9    at tab 20 of the notebook?

10   A.    Yes, it was.

11   Q.    So in terms of the general consensus of using

12   the 5-to-1 aspect ratio, substantially parallel sizes

13   of at least 0.5 microns in length, do we see that in

14   ASTM 5755 as well?

15   A.    Yes.  This is the standard method for most all

16   your transmission electron microscopy protocols.

17   Q.    Looking at ISO 22262-1 and -2, I want to ask you

18   about this, Dr. Longo.  It says, "Fiber elongated

19   particle which has parallel or step sides."

20          Do you see that?

21   A.    Yes, sir.

22   Q.    What does "step sides" mean?

23   A.    If you go down the fiber there may be a step

24   down showing where another fiber has broken and you

25   have a continuation.  So it is like a step down, one

Bongo - Direct/Mr. Block

498

1    step down.  Sometimes you could have two steps down.

2    Q.    It says:

3          "Note:  For the purpose of this part of ISO

4    22262-2, a fiber is defined to have an aspect ratio

5    greater than or equal to 3-to-1."

6          Do you see that?

7    A.    Yes, sir.

8    Q.    Now, why did you apply the 5-to-1 aspect ratio

9    requirement in applying ISO 22262 in testing Johnson &

10   Johnson's talc if it has a note here saying you could

11   have 3-to-1?

12   A.    We wanted to stick with the standard counting

13   protocols in all these different TEM methods including

14   the ISO 13794, if I recall correctly.  That also has

15   greater than or equal to 5-to-1 aspect ratio as well

16   as particle sides.

17   Q.    Is the 5-to-1 aspect ratio you used more

18   restrictive?

19   A.    Than 3-to-1, yes, sir.

20   Q.    In terms of the reference to ISO 13794, does it

21   reference the 5-to-1 aspect ratio that we have been

22   discussing today?

23   A.    Yes, it does.

24   Q.    Is that another reason why you used it, because

25   it is stated and adopted and incorporated there, and

Longo - Direct/Mr. Block

499

1    it is also more conservative and consistent with the

2    scientific consensus?

3    A.    Correct.

4    Q.    Let's go through some examples of your testing

5    in this case.

6         MR. BLOCK:  And here, your Honor, we are

7    looking at a 1978 Johnson's Baby Powder sample.

8    Q.    And let's go through Step 1.

9         What are we looking at here, and does it

10   satisfy Step 1?

11        THE COURT:  Why don't you identify where this

12   is located, please.

13        MR. BLOCK:  This is located in tab 9 A of your

14   notebook.  It is also located in Dr. Longo's test book

15   binder, which is Exhibit 2, and we have the Bates

16   numbered page on there for your reference.

17   Q.    Dr. Longo, what are we looking at here in terms

18   of does it satisfy Step 1 of the generally recognized

19   TEM method?

20   A.    This is an anthophyllite solid solution series

21   asbestos structure.  If we go through the morphology

22   requirement, this structure is 35.4 micrometers long.

23   Most likely longer, but this is the edge of the grid

24   bar.  So you can't see if it is laying on top.  It has

25   a width of 1.8 micrometers.  So the aspect ratio would

Bongo   Direct/Mr. Block

500

1    be greater than 5-to-1, and it has substantially

2    parallel sides.  So it meets the definition of the

3    morphology for a regulated asbestos fiber, if we go

4    and do steps 2 and 3.  But it has a morphology for a

5    potentially regulated asbestos fiber.

6    Q.    And you actually calculated the aspect ratio,

7    and it is 19.7-to-1?

8    A.    Correct.

9    Q.    These are in the book for the Court at tab 9 A,

10   and we'll skip past the next two.

11         Do all of the asbestos structures that you

12   identified in Johnson & Johnson's talc meet the

13   morphology requirement of the 5-to-1 aspect ratio and

14   the other requirements we have talked about today?

15   A.    Five-to-one aspect ratio or greater.

16   Q.    Good.  If we go to your test book, and we put an

17   excerpt at tab 9 A for the Court, do we see count

18   sheets for all of the work of your lab?

19   A.    Yes.

20   Q.    Let me stop here.  This says the analyst is

21   Anthony Keaton who did the TEM analysis.  Can you tell

22   the Court what training your analysts undergo before

23   they can perform TEM or PLM analyses at MAS and their

24   experience levels?

25   A.    All our PLM analysts at one point in their

Bongo - Direct/Mr. Block

501

1    careers went to Chicago and studied at the McCrone

2    Institute to learn to do polarized light microscopy.

3    They come back from that training course and start off

4    slowly, simple samples, samples -- someone coming

5    behind them who's more experienced until they build

6    up, until you can feel comfortable with them, that

7    they are routinely doing the analysis correctly.

8            Our two primary PLM analysts right now have

9    almost 30 years of experience each.  Combined,

10   60 years of experience.  They still go through updates

11   and QC.

12           For TEM analysis we typically may send them to

13   a course in McCrone or MVA, if they are brand new; and

14   then it is almost a six-month period before they are

15   actually allowed to do samples on their own without

16   routinely coming right behind them.

17           THE COURT:  What's the general education when

18   they come to you and get this training?

19           THE WITNESS:  Generally they have a Bachelor's

20   degree in either biological science.  Anthony Keaton

21   happens to be a geologist and mineralogist.  Our PLM

22   analysts are geologists.  So you don't have to have a

23   higher education, but they do; but they have to be

24   able to understand the physics of it.  Usually this

25   takes a four-year degree in some sort of science so

Bongo - Direct/Mr. Block

502

1    they can understand what they are doing.

2    Q.    Do you closely supervise the work of your

3    analysts including --

4            THE COURT:  You asked about him personally or

5    people in his lab do it?

6    Q.    How do you and/or others in your lab supervise

7    your analysts and particularly to the point where your

8    name goes on a test book that we have marked as

9    Exhibit 2 showing all the testing done?

10   A.    We have management levels.  We have the manager

11   of the PLM and the TEM who has 15 years of experience.

12   And what I do is come in and check and look at and

13   review in QC to tell what protocols you use.  I don't

14   do the analysis on a daily basis but I will come in

15   and say: "Can I look at that?  Let me see.  Show me

16   that's really this."  That's sort of my job now.

17   Q.    We've talked about the morphology requirements,

18   Step 1.  Can the Court see on the count sheets that

19   you then have to also do steps 2 and 3.  You have SAED

20   and EDS.  Before you could say it's asbestos you have

21   to do the steps.  Right?

22   A.    Yes, sir.

23   Q.    Let's take a look at Step 2.

24           Step 2 you described generally earlier but is

25   this an example of a generally-accepted method EPA

503

1    AHERA requiring the analysis that allows you to

2    determine the chemistry of the mineral that's being

3    looked at?

4    A.    That is correct.

5    Q.    If we go to the next slide, on one side we have

6    -- is this called an EDXA spectrum?

7    A.    Yes, EDXA spectra or spectrum.  Typically it's

8    spectra.

9    Q.    Does looking at the spectrum show you the ratios

10   and levels of different elements that are shown in the

11   mineral?

12   A.    Yes, it does that.

13   Q.    Looking at the EPA AHERA requirement, it says

14   here, "Compare spectrum profiles with profiles

15   obtained from asbestos standards.  The closest match

16   identifies and categorizes the structure."

17         Is that what Material Analytical Services did

18   in this case in testing Johnson & Johnson's talc?

19   A.    Yes.  These profiles would be for anthophyllite,

20   typically the magnesium and silicon peak here.  And

21   then you will have iron, depending on the chemistry of

22   the mine the anthophyllite is in.  The more iron tends

23   to have higher iron in the anthophyllite.

24         Then we take this and compare it to the

25   standards.

Bongo - Direct/Mr. Block

504

1   Q.    One of the arguments Johnson & Johnson has made

2   in this case is that MAS should have included the

3   numerical values of each element below the EDXA

4   spectrum.  Is that something required in the AHERA

5   method?

6   A.    It is not.  It is a visual comparison to the

7   asbestos standards.

8   Q.    Is that what MAS does?

9   A.    Yes.

10  Q.    Does MAS follow the AHERA method that's stated

11  there?

12  A.    Yes, we do.

13  Q.    Looking more at AHERA at tab 21, page 896, for

14  the Court it talks again about the EDXA spectra, and

15  it talks about a semiquantitative comparison with

16  these reference spectra.  Is that what MAS does?

17  A.    Yes.  It is a visual comparison of these unique

18  spectras in which you use a Step 2 on the way to

19  identify it as either asbestos or not asbestos.

20  Q.    In terms of the word semiquantitative comparison

21  with the EDXA spectra of the mineral that's identified

22  in Johnson & Johnson's talc versus the spectra of an

23  asbestos standard that MAS has in its lab, how is that

24  semiquantitative?  Is there a semiquantitative?  Do

25  you agree with that characterization?

Longo - Direct/Mr. Block

505

1    A.    It is.  You are visually looking at the ratio of

2    two elements for anthophyllite magnesium and silicon.

3    It is about a 5-to-10 ratio.  It can be a little

4    higher or a little lower.  That's what the standards

5    show.  You are only required to do a visual

6    assessment.

7    Q.    Now, in ASTM 5755, the method you talked about

8    and gained the consensus of all those scientists, what

9    does that say about what you need to have in terms of

10   that EDXA spectra?

11   A.    It says to "record at least one X-ray spectrum

12   EDXA for each type of asbestos observed per sample.

13   Attach the printouts at the back of the count sheet."

14   Q.    I'm holding Exhibit 2 MAS's test notebook and

15   I'm turning, for the record, to Longo MDL 00878.  Is

16   that exactly what MAS did, attach the X-ray spectrum

17   to the back of the count sheet when MAS analyzed

18   Johnson & Johnson's talc for asbestos?

19   A.    Yes, we did.

20   Q.    And does ASTM 5755 or EPA AHERA say you should

21   even give the numerical quantification of each

22   element?

23   A.    No.

24   Q.    So when defense counsel cross-examines you on

25   why this area below is blank, which could have the

Bongo - Direct/Mr. Block

506

1    quantitative results for the anthophyllite, what's

2    your response?

3    A.    It's not required in these TEM analysis.   The

4    EPA AHERA analysis, it's not required.

5    Q.    And the ASTM?

6    A.    It is not required for the ASTM and the ISO

7    method.

8    Q.    In terms of your last statement, it is not

9    required or specified in the ISO method, we are

10   looking here at 22262-1.   Correct?

11   A.    Yes.

12   Q.    And those procedures are incorporated in 22262,

13   which is specified for testing talc for asbestos.   Is

14   that correct?

15   A.    That is correct.

16   Q.    And here it says for anthophyllite, this is the

17   example we are looking at, classify a fiber as

18   anthophyllite if -- and it talks about magnesium and

19   silica peaks are comparable in ratio to those of

20   reference anthophyllite, and in ISO does it talk about

21   setting forth the numerical values or looking at the

22   peaks and looking at whether the ratios of different

23   elements are comparable?

24   A.    It is a visual comparison to the standards.

25   Q.    Now, let's go to Step 3 in this example we are

Bongo - Direct/Mr. Block

507

1   looking at.  We have what EPA AHERA says about -- I'll

2   withdraw the question.

3          Does the EPA AHERA method require SAED as Step

4   3?

5   A.    Yes.

6   Q.    We're looking at tab 21.  Does EPA AHERA say how

7   you are supposed to do Step 3 of the TEM analysis?

8   A.    After acquiring the -- I'll stick with SAED

9   pattern, you form a visual examination to determine it

10  belongs to one of the following classifications.  Your

11  visual examination, you say it belongs to chrysotile,

12  which is serpentine; amphibole, what we are dealing

13  with amphibole, the asbestos amphibole, and non

14  asbestos, by visually examination of the patterns

15  because of their uniqueness.

16  Q.    And on cross-examination I'm sure Johnson &

17  Johnson is going to ask you why didn't you do zone

18  access, something called zone axis, and is that

19  required by the EPA AHERA method?

20  A.    In some cases, some of the analysts did perform

21  zone axis.  Our mineralogists will tend to do it from

22  time to time, but it is not required.  It is not a

23  required step in the EPA AHERA method other than a

24  typical what we'll call a d-spacing diffraction

25  pattern that allows you to say this is an amphibole.

Bongo - Direct/Mr. Block

508

1    Q.    And did MAS follow the EPA AHERA method in the

2    way it performed the SAED Step 3 of the TEM analysis

3    in testing Johnson & Johnson's talc for asbestos?

4    A.    Yes.

5    Q.    If we look further at EPA AHERA on page 899 of

6    tab 21, does the method say that what a lab is

7    supposed to do, "verify identification of the pattern

8    by measurement or comparison of the pattern with

9    patterns collected from standards under the same

10   conditions"?

11   A.    Yes.

12   Q.    Did MAS follow that protocol?

13   A.    Yes, they did.

14   Q.    And in terms of ISO 22262-1, do they speak to

15   how to distinguish anthophyllite asbestos from talc?

16   A.    From fibrous talc.

17   Q.    Why is it important to do this SAED analysis to

18   make sure you properly distinguish between fibrous

19   talc and anthophyllite asbestos?

20   A.    Because the EDXA pattern or the chemistry for

21   anthophyllite can be identical to the chemistry for

22   fibrous talc.  So you have to do a third step.  The

23   third step distinguishes between the fibrous talc and

24   anthophyllite asbestos.

25   Q.    The ISO standard says here anthophyllite

Bongo - Direct/Mr. Block

509

1  asbestos, and I'm pointing to it, the middle of the

2  page, on the other hand, produces assorted spots

3  appearing and disappearing along layer lines as the

4  fiber is tilted using the goniometer, do you see that?

5  A.    Yes, sir.

6  Q.    What is a goniometer?

7  A.    It is the ability to tilt your specimen in the

8  TEM.  You can rotate it and go from zero to some

9  angle.

10 Q.    Does the ISO test method say here use zone axis?

11 A.    No.

12 Q.    Does it say use dual zone axis?

13 A.    No.

14 Q.    Does MAS follow the ISO standard as one of the

15 means of distinguishing anthophyllite asbestos from

16 fibrous talc?

17 A.    Yes, we did.

18 Q.    Let's keep these words in mind:

19        "Anthophyllite asbestos produces assorted

20 spots appearing and disappearing along layer lines as

21 the fiber is tilted using the goniometer."

22        If we go to the next slide, is this Step 3 one

23 of the examples that we have been looking at in terms

24 of anthophyllite asbestos in Johnson & Johnson's talc?

25 A.    Yes.  These are two different angle diffraction

Bongo - Direct/Mr. Block

510

1   patterns of the same anthophyllite structure.  We're

2   calling it anthophyllite asbestos because we have gone

3   through steps 1, 2 and 3.

4        On the left-hand side we have the row of

5   patterns, and what you are looking at there from the

6   dots -- going in this direction, these are the scatter

7   or diffraction of the electrons for the rows of atoms

8   that go and scatters between the atoms.  It is called

9   diffraction from here to here.  From here to here

10  would be the next layer of crystal.  This is at zero

11  tilt.  When the goniometer is tilted, you see that

12  one, this layer of spots is now missing and now has

13  appeared up here.  This layer has become smaller,

14  these spots, and we have an additional layer.  What we

15  are doing, we just changed the electron beam direction

16  on this particular area of the crystal.

17       Fibrous talc can't do that, and that's how you

18  make the distinction between the two.

19  Q.   You just demonstrated the way in which MAS

20  distinguishes anthophyllite asbestos from fibrous talc

21  in analyzing Johnson & Johnson's talc?

22  A.   Correct.

23  Q.   Now, in terms of ASTM 5755, does it say what you

24  are supposed to do is record a typical electron

25  diffraction pattern and attach it to the back of a

Longo Direct/Mr. Block

511

1   count sheet?

2   A.     Yes, sir.

3   Q.     If we go to your book PSC Longo 2, and I go to

4   page 879 Longo MDL, and Longo MDL 880, is that exactly

5   what MAS did, did they follow the ASTM 5755 protocol

6   on that as well?

7   A.     Yes.

8   Q.     You mentioned "fibrous talc."  If we look at the

9   ISO method, it talks about anthophyllite asbestos and

10  talc having similar chemistry by EDXA, but then it

11  says:

12          "ED, electron diffraction of talc produces a

13  pseudo hexagonal pattern that does not change as the

14  fiber is tilted using the goniometer."

15          Is that what it says?

16  A.     Yes.

17  Q.     What is being shown in this slide, and can you

18  compare it with what ISO is saying about how you

19  distinguish fibrous talc from anthophyllite asbestos?

20  A.     Here is the fibrous talc structure.  It meets

21  the definition of asbestos.  It has all the right

22  geometry.  Greater than or equal to 5-micrometers -- I

23  mean greater than or equal to 5-to-1 aspect ratio,

24  longer than .5 micrometers particle size; and when you

25  do the selected area electron diffraction, when they

Bongo - Direct/Mr. Block

512

1   say pseudo hexagonal, you can see the hexagonal

2   pattern.  If you tilt the goniometer, that pattern

3   doesn't change.

4   Q.    Is that pseudo hexagonal pattern, which is

5   characteristic of fibrous talcs circled in red on the

6   slide?

7   A.    Yes, sir.  Finishing this third step as per the

8   ISO protocol, you can now call what we are looking at

9   a regulated asbestos structure of the anthophyllite

10  solid solution series.

11  Q.    Now, going back to this issue of zone access

12  SAED.  ISO says here in 22262-1, analysis of

13  laboratory samples seldom requires zone axis

14  measurements.

15          Do you see that?

16  A.    Yes, sir.

17  Q.    Is there anything in this ISO standard that says

18  specifically that you should use zone axis or dual

19  zone axis for testing talc for asbestos?

20  A.    No.

21  Q.    And it says here:

22          "Seldom the laboratory samples in general

23  seldom requires zone axis measurements."

24          What is your understanding of that based upon

25  your expertise and experience?

Longo Direct/Mr. Block

513

1   A.    That for the types of asbestos we are looking

2   at, beside the anthophyllite, which you should tilt

3   for the two diffraction patterns, either the tremolite

4   series or the anthophyllite series, is fairly

5   straightforward, you are not dealing with unknowns.

6   Q.    Do the three steps that you have outlined in the

7   ISO method, in the EPA AHERA method, in the ASTM 5755

8   method, and following those three steps in the method

9   allow you to have reliably identified asbestos in

10  Johnson & Johnson's talc?

11  A.    Yes, sir, it has.

12  Q.    Looking at -- does Johnson & Johnson have its

13  own TEM method for testing asbestos in talc?

14  A.    Yes, they call it the T.M. 7024.

15  Q.    If we look at Johnson & Johnson's TEM method

16  that they use for testing talc for asbestos, did they

17  require any zone axis SAED?

18  A.    No.  They say measurement of amphibole SAED

19  patterns.  You are measuring the D spacing, which we

20  do.

21  Q.    If we go down to section 13.5 of Johnson &

22  Johnson's own TEM method that they use outside of

23  court, it says:

24        "If it is consistent -- if the SAED pattern is

25  consistent with an amphibole SAED pattern, then it is

Longo - Direct/Mr. Block

514

1    examined by EDXRA to confirm the identification or to

2    identify the type of amphibole."

3           Do you see that?

4    A.    Yes.

5    Q.    Is that consistent with what MAS did in order to

6    identify amphibole asbestos in Johnson & Johnson's

7    talc?

8    A.    It is.

9    Q.    And it says here this is Johnson & Johnson's

10   test for asbestiform minerals.  Do you see that?

11   A.    Yes, sir.

12   Q.    Are asbestiform minerals of the tremolite type,

13   anthophyllite type, and actinolite type asbestos?

14   A.    Yes, it is.

15   Q.    If we put all the steps together, the

16   morphology, the EDXA and the SAED, are your findings

17   of anthophyllite asbestos in Johnson & Johnson's talc

18   set forth in your report and the testing notebook

19   which is Exhibit 2?

20   A.    Yes, sir.

21   Q.    Let's talk about another sample tremolite

22   asbestos.  Did you find another type of asbestos

23   called tremolite asbestos by TEM in some of the

24   Johnson & Johnson's talc products?

25   A.    Yes.

Bongo - Direct/Mr. Block

515

1    Q.    Was the morphology requirement meant for all

2    that asbestos you found of the tremolite type in

3    Johnson & Johnson's talc?

4    A.    It was.

5    Q.    Could we see the imagery that shows that?

6    A.    Yes.  This would be a step down structure as

7    described in the ISO method.  I just wanted to show

8    what one would look like.

9    Q.    It looks like there are three different fibers,

10   three different structures that are poking out of the

11   top of that.  What is that?

12   A.    Essentially, we have a bundle there that has

13   different amounts of individual fibers in it.  That's

14   a tremolite asbestos structure.

15   Q.    And in terms of the documentation of all this

16   testing, does it show where the asbestos structure was

17   found in the TEM grid, for example, in A-2, that it

18   was found in A-2?

19   A.    Yes.  That gives you a road map, if you want to

20   go back and have somebody say, I would like to go look

21   at that asbestos fiber you saw.  You can easily go to

22   the grid box, and it will tell you what square inside

23   the sample holder that you found that structure.

24   Q.    And, quickly, how small are these TEM grids and

25   how much talc is typically tested in a TEM analysis?

516

1    A.    You can see a little scale up there.  The

2    overall dimension of the TEM grid is 3 millimeters in

3    diameter.  Inside that TEM grid you have what looks

4    like a miniature screen with the holes.  That has been

5    edged.  Each one of those grid openings is 100

6    micrometers by 100 micrometers.  The amount of

7    material that goes onto a grid on the filter in this

8    case is 21 milligrams of sample that is distributed

9    throughout.  So the amount on an individual grid

10   opening is very small.

11   Q.    And did you follow all the steps that we talked

12   about earlier, the three steps of the

13   generally-accepted TEM methods in identifying

14   tremolite asbestos in Johnson & Johnson's talc

15   products?

16   A.    Yes.  In this case we have an element, calcium,

17   that distinguishes it as tremolite chemistry based on

18   the ratios of the magnesium, silicon and calcium.

19   Q.    In terms of not having the quantity of each

20   element below the EDXA spectra, I want to ask you

21   about testing done by OSHA in February of 2019, and

22   how did OSHA determine there was tremolite asbestos in

23   a talc product on the market called Claires?

24   A.    They used morphology in EDXA only to not perform

25   SAED, and this would be OSHA's analysis they supplied

Longo - Direct/Mr. Block

517

1    to the FDA.

2    Q.    In terms of how OSHA did it, it says they have

3    the EDXA spectrum for tremolite asbestos, and do they

4    set forth the quantification of the elements

5    characterizing tremolite as Johnson & Johnson is

6    arguing you should have done?

7    A.    No, they didn't perform that.  Nor did they

8    perform SAED.

9    Q.    In terms of following all three steps, the TEM

10   analysis to find tremolite asbestos in Johnson &

11   Johnson's talc, did you do that?

12   A.    Yes.

13   Q.    Now, I want to pause here for a moment.  Johnson

14   & Johnson in their cross-examination might say:

15   Dr. Longo, what you are identifying is non-asbestos.

16   Does EPA AHERA have a rule and a standard for what

17   non-asbestos is?

18   A.    Yes, it does.  It doesn't meet one of these

19   criteria, the morphology, the EDXA, the chemistry or

20   the electron diffraction pattern.

21   Q.    So if it doesn't meet one of those three steps

22   that we have been through, set forth in EPA AHERA, is

23   it non-asbestos if it doesn't meet one of the three

24   steps?

25   A.    You have to call it non-asbestos.  You can't

Longo - Direct/Mr. Block

518

1    have an asbestos structure that is too thick for the

2    electron beam to go through and you don't get the

3    diffraction pattern because the electron beam has to

4    be able to penetrate through the fiber to cause the

5    diffraction or scattering.  What EPA says if you don't

6    get an ED pattern, you don't count it as asbestos.

7    Q.    Let's say you have a particle of tremolite that

8    you could identify as tremolite based on the

9    chemistry, the EDXA.  You can identify it as tremolite

10   based on the crystalline structure.  But let's say the

11   aspect ratio is only 4-to-1 or 3-to-1.  Under the EPA

12   AHERA, would that be non-asbestos because it doesn't

13   meet the morphology ratio?

14   A.    I would not count that as asbestos.

15   Q.    Would you refer to that as a tremolite cleavage

16   fragment?

17   A.    We may but we will not put it in the count sheet

18   as regulated asbestos.

19   Q.    So EPA AHERA says what's non-asbestos, and is it

20   your opinion to a reasonable degree of scientific

21   certainty, based upon the generally-accepted methods

22   that MAS followed, that all of the asbestos identified

23   by MAS in Johnson & Johnson's talc satisfied all three

24   steps of EPA AHERA method and the other

25   generally-accepted test protocols that we discussed?

Longo - Direct/Mr. Block

519

1    A.    Yes.

2    Q.    Would any of the anthophyllite asbestos or

3    tremolite asbestos or actinolite asbestos that you

4    found in Johnson & Johnson's talc qualify as

5    non-asbestos under the EPA AHERA standard?

6    A.    No.

7    Q.    We talked about these methods.  Let me ask you

8    quickly about Johnson & Johnson's own method.

9          Does Johnson & Johnson's own TEM method

10   specify the same three steps for TEM that you have

11   discussed with the Court?

12   A.    Yes.

13   Q.    Did you in fact follow a more restrictive

14   standard?

15   A.    Yes, we did.

16   Q.    In terms of the morphology whereas Johnson &

17   Johnson in their TEM method outside of court says you

18   can count as asbestos if it is greater than 3-to-1,

19   and did MAS apply a more restrictive standard?

20   A.    Yes.  The counting criteria we use from EPA and

21   others is greater than or equal to 5-to-1.

22   Q.    Johnson & Johnson may say, Dr. Longo, there are

23   some samples where you only found one asbestos

24   structure.  Have you been asked about that?

25   A.    A number of times.

Longo - Direct/Mr. Block

520

1    Q.    And in Johnson & Johnson's own method, does it

2    say that this three-step TEM method is capable of

3    detecting a single fiber in the standard?

4    A.    Yes, it does.

5    Q.    In fact, the ISO method that is specified for

6    testing talc for asbestos, does that state that a

7    finding of one fiber of asbestos or one fiber bundle

8    of asbestos is sufficient to determine the sample

9    contains asbestos?

10   A.    Yes.

11   Q.    Do we see that there on page 7 of ISO 22262-2?

12   A.    Yes, it says it is the limit of quantification

13   which is either one fiber or one bundle.

14   Q.    Is that the generally-accepted scientific

15   standard?

16   A.    It is the generally-accepted scientific standard

17   for these types of analysis where you have process

18   blanks and you can understand that you do not have

19   background or cross-contamination in the laboratory.

20   Q.    Does MAS employ those scientific protocols to

21   assure that the asbestos found in Johnson & Johnson's

22   talc came from the talc and not from contamination?

23   A.    Yes, it does.

24   Q.    Dr. Longo, are there types of asbestos that were

25   used in general commerce where a company would buy

Longo - Direct/Mr. Block

521

```
 1    bags of commercial asbestos and incorporate it into
 2    the products?
 3    A.    Yes.
 4    Q.    Was chrysotile the most common form of
 5    commercial asbestos used historically in the United
 6    States?
 7    A.    Yes.  95 percent of all asbestos products
 8    contain chrysotile.
 9    Q.    Were there two commercial grade forms of
10    amphibole asbestos used in the United States called
11    amosite and crocidolite?
12    A.    Yes.  That made up the remaining 5 percent.
13    Amosite was 4.6 percent used in this country and
14    crocidolite was .4 percent.
15    Q.    And the forms of asbestos that you found in
16    Johnson & Johnson's talc, anthophyllite asbestos,
17    tremolite asbestos, and actinolite asbestos, are those
18    commercial forms of amphibole asbestos or
19    noncommercial forms of amphibole asbestos?
20    A.    They are noncommercial forms.  Tremolite and
21    actinolite, I'm not aware of them using it in a
22    product; and anthophyllite mined in Finland, was used
23    in one specialty product that was a plastic pipe for
24    high pressure chemical processes that you need really
25    good acid resistance, but that's it.
```

Longo - Direct/Mr. Block

522

1  Q.    Is there some general definitions of asbestos

2  that are found in certain test methods including ASTM

3  5755 that we discussed that talk about asbestos or

4  asbestiform, meaning or having part of the definition

5  being high tensile strength and flexibility of the

6  mineral?

7  A.    Correct.

8  Q.    As to anthophyllite asbestos, tremolite asbestos

9  and actinolite asbestos, do those types of asbestos

10  have high tensile strength and flexibility?

11  A.    No.  They are almost classified as brittle.

12  They don't have flexibility.  Therefore, you cannot

13  weave them.  It is not a commercial type of asbestos.

14  Those definitions that are in every TEM method, PLM

15  method is a general definition for asbestos-added

16  products.  It is not intended for all asbestos.  The

17  main reason we know that -- I put the definition in

18  ours in the negotiation -- is there is no test for it

19  at the microscopic level.  Therefore, it has to be a

20  general definition.

21  Q.    So in terms of a test method, even though a

22  definition might say high tensile strength and

23  flexibility, is there any way of even testing that

24  with a microscopic asbestos structure?

25  A.    No, it is impossible.  You have to understand

Longo - Direct/Mr. Block

523

1  they don't even define high tensile strength.

2  Q.    If those were requirements, if it had to have

3  high tensile strength and flexibility in order to be

4  asbestos, even though there are no test methods for

5  that, would that essentially exclude known types of

6  asbestos, including anthophyllite asbestos, tremolite

7  asbestos, and actinolite asbestos that weren't used

8  for commercial purposes because they don't have those

9  attributes?

10  A.    It would.  There are test methods for tensile

11  strength, but the only way you can do that is go to

12  the mine and cut a very big piece of the asbestos

13  bundle, tape it to paper, and put it in what's known

14  as an Instron to test tensile strength.

15  Q.    But is it part of generally-accepted TEM and PLM

16  methods?

17  A.    No, it is impossible using those analyses, using

18  those two analytical tools.

19  Q.    Let me go through this next section quickly.

20  I'm really trying to move along.

21        THE COURT:  Just so you know, you will end at

22  noon.  We talked about 2 1/2 hours.  I know we took a

23  break.  It will still give you more than 2 1/2 hours.

24  Look at the clock.  You have 20 minutes.

25        MR. BLOCK:  Thank you, your Honor.

Bongo - Direct/Mr. Block

524

1   Q.    Under the established generally-accepted TEM

2   methods, if it is a fiber, a bundle, a cluster or

3   matrices, as long as the three steps of the TEM are

4   met, is it asbestos?

5   A.    Yes.

6   Q.    Okay.  There has been discussions in the

7   briefing about identifying something as a fiber versus

8   a bundle.  Under the standard TEM methods, including

9   EPA AHERA, are they both asbestos?

10  A.    They are.  One is not more asbestos than the

11  other.  It is all regulated asbestos if it is a fiber

12  bundle or what have you.

13  Q.    Is the same true under the other

14  generally-accepted methods including ASTM 5755, as we

15  can see on the screen right here?

16  A.    Yes.

17  Q.    They are asbestos structures if the test method

18  is met regardless of whether it is called a fiber or a

19  bundle or a cluster or a matrices.  Is that correct?

20  A.    That is correct.

21  Q.    Johnson & Johnson has raised this co-efficient

22  of variation test which is attached to the Court's tab

23  52.  I want you to briefly -- what did this show about

24  the ability of TEM analysts at MAS to accurately

25  identify the total structures of asbestos contained in

Bongo - Direct/Mr. Block

525

1   a talc sample?

2   A.    This test was designed to measure the error rate

3   of the four TEM analysts counting and looking at the

4   same grid openings and determining how many asbestos

5   structures that they are seeing and identifying

6   compared to the next analyst and the next analyst and

7   the next analyst, and this all was done blind.

8   Q.    What were the results of the comparison and

9   those analysts being able to identify the total

10  structures?

11  A.    That the co-efficient of variation for the four

12  analysts showed there was an error rate of plus or

13  minus 6 percent.

14  Q.    To reverse that, it was over 90 percent, what

15  would you say consistency?

16  A.    Yes.

17  Q.    Now, Johnson & Johnson put this chart in their

18  brief, and it depicts that in this test the four

19  analysts unanimously agreed on whether something was a

20  fiber or a bundle on only one occasion.  Do you see

21  that?

22  A.    Yes.  Just for the tremolite, not for the

23  anthophyllite.

24  Q.    Going to the next slide, did you calculate the

25  percentage of agreement among the analysts in

Bongo - Direct/Mr. Block

526

1   determining whether something was a fiber or a bundle?

2   A.    Yes.  They had a 72 percent agreement.  The way

3   this is measured is not -- does everybody get it right

4   because there is no right.  This is the analyst

5   looking at an unknown structure in making the decision

6   if it is a fiber or a bundle.

7         So if three analysts say it is a bundle and

8   one says it is a fiber, there is a 75 percent

9   agreement.  It would be the same -- and I know this

10  didn't happen, but you have to think about suppose 100

11  TEM analysts looked at a structure and 95 of them said

12  it was a bundle, and five said it was only a fiber,

13  that doesn't make that 95 wrong.  They would say

14  that's 95 percent agreement.  That's how this is

15  evaluated for reproducibility.

16  Q.    So there was 72.2 percent agreement on whether

17  the tremolite asbestos structure was a fiber versus a

18  bundle.  Is that what it shows here?

19  A.    Yes.

20  Q.    And if we go to anthophyllite, Johnson & Johnson

21  did not put a chart on their brief about anthophyllite

22  asbestos, comparing identification of fibers versus

23  bundles; and does that show an 83.7 percent agreement?

24  A.    83.7 agreement if the structures are either a

25  bundle or a fiber.

Bongo - Direct/Mr. Block

527

1    Q.    Did a laboratory called J-3 Resources conduct a

2    study to see if it could verify the presence of

3    asbestos structures detected in certain J&J talc

4    samples tested in the MDL?

5    A.    Yes.

6    Q.    And if we go to this slide here, is this a

7    summary of the analysis of J-3 as compared looking at

8    MAS' samples?

9    A.    Yes.  J-3 took our TEM grid and went and

10   reanalyzed the asbestos structures that we had already

11   analyzed and said was asbestos and verified what his

12   findings were independently of our finding for the

13   exact same asbestos structures.

14   Q.    It says here J-3 verified the asbestos.  20 out

15   of the 22 asbestos structures identified by MAS, and

16   that's 91 percent.  Correct?

17   A.    Yes.

18   Q.    And the two disagreements were that J-3

19   concluded that two of them did not have sufficiently

20   particle sides.  Right?

21   A.    That was his opinion.

22   Q.    And did the J-3 lab follow the same three step

23   TEM method?

24   A.    Yes.

25   Q.    It says out of the 20 agreed-upon asbestos

Bongo - Direct/Mr. Block

528

1    structures, there was a high level of agreement

2    between MAS and J-3 about whether the asbestos

3    structure was a fiber or a bundle.  Is that correct?

4    A.    Correct.

5    Q.    Just to be clear, if it is -- I'll withdraw the

6    question.

7          Under the three-step TEM that's

8    generally-accepted, does it make a difference whether

9    it is a fiber or bundle in terms of whether it is

10   asbestos?

11   A.    It does not.

12   Q.    Did J-3 Resources conduct their own testing of

13   some Johnson & Johnson talc powder Shower To Shower

14   samples?

15   A.    Yes, MDL samples.

16   Q.    Did they also apply ISO 22262, the protocol you

17   described to the Court today?

18   A.    Yes.

19   Q.    Did they find anthophyllite asbestos in 11 out

20   of the 16 samples?

21   A.    Yes, they did.

22   Q.    Did MAS conduct a test to see if it could verify

23   the presence of asbestos in those 11 samples that this

24   separate lab J-3 Resources found anthophyllite

25   asbestos in?

Longo - Direct/Mr. Block

529

1    A.    Yes.  We verified their analysis.

2    Q.    MAS found nine out of 11 samples where J-3 found

3    anthophyllite asbestos in fact did contain

4    anthophyllite asbestos.  Is that correct?

5    A.    Yes.

6    Q.    What about the other two?

7    A.    One, the grid was damaged.  So we could not --

8    the asbestos structure was gone.  These carbon films

9    on these grids are very sensitive to movement.

10          The second one we couldn't locate the asbestos

11   structure on the grid opening.

12   Q.    In terms of the TEM test results at MAS, did MAS

13   detect amphibole asbestos in 42 of the 71 Johnson &

14   Johnson talc samples?

15   A.    By transmission electron microscopy.

16   Q.    Using the heavy liquid separation prep method?

17   A.    Yes.

18   Q.    What about the samples where amphibole asbestos

19   was not detected; can you assure us there is no

20   asbestos in the containers or what do the results tell

21   us?

22   A.    The results say nondetect.  We can't say it is

23   there.  We can't say it is not there.  If it happens

24   to be there, it would be below our analytical

25   sensitivity.

Bongo - Direct/Mr. Block

530

1    Q.    Which is what?

2    A.    The approximately 8 to 9,000 fibers/bundles per

3    gram asbestos structures per gram of talc.

4    Q.    Did MAS conduct an analysis using

5    generally-accepted methodologies to calculate the

6    structures, the number of structures of asbestos

7    contained per gram of the Johnson & Johnson's talc in

8    which it found asbestos?

9    A.    Yes.

10   Q.    Is this an example where MAS found seven

11   structures of asbestos, looked at the amount that was

12   analyzed, and is this a standard calculation where you

13   then state what it is per gram?

14   A.    Per gram per cubic centimeter of air, per

15   centimeter squared of surface area, per the number of

16   fibers or bundles in a lung burden analysis.  It is

17   all the same type of math.  They all do the same.

18   Q.    Let's talk about the polarized light microscopy

19   analysis that MAS did.  This is the smaller microscope

20   we looked at earlier.  Correct?

21   A.    Correct.

22   Q.    It talks about MAS using a 1.605 refractive

23   index fluid.  Is that what ISO says to use?

24   A.    For suspected tremolite or anthophyllite.

25   Q.    If we look at an example, this 1978 Johnson's

Bongo - Direct/Mr. Block

531

1    Baby Powder sample, do we see here an MAS data sheet

2    next to the ISO standard?

3    A.    Correct.

4    Q.    Did MAS look at the morphology and all the other

5    characteristics signs of elongation, extinction

6    characteristics; did they follow ISO in determining

7    whether there was amphibole asbestos in Johnson &

8    Johnson's talc?

9    A.    Yes.

10   Q.    Is that shown by comparing the ISO standard to

11   MAS' data sheets?

12   A.    We followed how you identify it in polarized

13   light microscopy as stated by ISO.

14   Q.    In terms of how you determine under polarized

15   light microscopy, whether what you are seeing is

16   asbestos, does ISO give guidelines on that?

17   A.    Yes, sir.

18   Q.    And if you could, just explain how you can state

19   reliably to this Court based upon generally-accepted

20   methods that the amphibole asbestos that you found in

21   Johnson & Johnson's talc by polarized light microscopy

22   is asbestos?

23   A.    We identified it using the criteria on ISO for

24   the crystalline structure and how you identify it.

25   Then we go to, is it asbestos?  Does it meet the

Bongo - Direct/Mr. Block

532

1    counting rules?  In this case the individual fibers in

2    the bundles have to be in the range of 20-to-1 or

3    greater.

4         In the TEM method, the bundles are measured --

5    you don't try to measure the individual fibers.  You

6    can't.  It is not allowed in the method because nobody

7    can agree on it.  Here you can see the individual

8    fibers.  You don't have to count them, but you give a

9    length-to-width aspect ratio.

10        Then it says any of the following parallel

11   fibers occurring in bundles.  These are bundles that

12   we are seeing, and you can see in the example we will

13   have parallel fibers.

14        So it meets the criteria for asbestos in the

15   ISO method.

16   Q.    I just want to make clear.  The notion of

17   looking at whether it is a bundle is something that's

18   part of the PLM analysis.  Is that correct?

19   A.    Yes.

20   Q.    Does the PLM analysis also say it can be fibers

21   in the form of thin needles?  Does it have to be a

22   bundle?

23   A.    No.

24   Q.    Looking at the next page, does ISO state that

25   amphibole asbestos is probably present under polarized

Longo - Direct/Mr. Block

533

1   light microscopy, if any amphibole fibers longer than

2   5 microns with aspect ratios of 20-to-1 or higher are

3   identified?

4   A.    Yes, it does.

5   Q.    Did you identify by polarized microscopy

6   amphibole asbestos fibers meeting that standard in the

7   Johnson & Johnson talc products that you identified as

8   having asbestos by polarized light microscopy?

9   A.    Yes, we did.

10  Q.    We don't have much time but we have Exhibits 3 A

11  and 3 J, your Honor.

12        Dr. Longo, the Court has these.  Let's go to

13  the last two.  I'm first putting up 3 I, and --

14  A.    You have to focus it.

15  Q.    Dr. Longo, what are we looking at here?

16  A.    We're looking at what we call an actinolite

17  tremolite asbestos bundle.  This is under dispersion

18  staining, which gives you the ability to, one,

19  determine the refractive indices, which is part of the

20  test, and, two, it allows us to look at the structure.

21  This optical micrograph shows that this structure is

22  54 microns in length which meets the criteria greater

23  than 5 microns.

24        Also, you can see that there are individual

25  fibers inside this bundle; and at the resolution here,

Longo - Direct/Mr. Block

534

1    you can see the striations and you can see them

2    sticking out at the end.  That's 54 micrometers, and

3    this is approximately 5 or so micrometers wide.  So

4    just for argument sake, every one of those fibers are

5    a little bit less than 1 micrometer.  So we have

6    aspect ratios here all greater than 54-to-1, which

7    gives you greater than 20-to-1.  So it meets the

8    definition of asbestos by the ISO.  In fact, they will

9    call it asbestiform.

10   Q.    Did you provide these representative photographs

11   Exhibits 3 A to 3 J to the Court because they have

12   higher resolution and they allow the visualization of

13   bundles where you can visualize the individual fibers

14   that make up the bundle?

15   A.    Yes.

16   Q.    Let's go back to the PowerPoint please.

17         Dr. Longo, we're back to the PowerPoint, and

18   we're looking at this example.

19         Are we looking at amphibole asbestos that MAS

20   identified by polarized light microscopy in a Johnson

21   & Johnson talc sample that meets the

22   generally-accepted standards of what is asbestos under

23   that method?

24   A.    Yes.  This is anthophyllite.  It met all the

25   criteria for the crystalline structure.  This

Bongo   Direct/Mr. Block

535

1    particular one is 163 micrometers long.  There is

2    individual fibers inside that bundle.

3    Q.    That is one of the high resolution pictures you

4    provided to the Court?

5    A.    Yes.

6    Q.    Just going through.

7          This one says "elongation."  Something that's

8    talked about in the ISO standard.  In a few words, how

9    does this depict elongation?

10   A.    This shows that it is blue in the northeast/

11   southwest orientation.  So this would be elongation in

12   the fast direction.

13   Q.    I think we saw the term "cross polars" in the

14   ISO generally-accepted method.  Is that something we

15   see in polarized light microscopy generally-accepted

16   methods?

17   A.    Yes.

18   Q.    How does this picture go to the issue of cross

19   polars in identifying anthophyllite asbestos in

20   Johnson & Johnson's Baby Powder under PLM?

21   A.    I can tell from the color because of the cross

22   polars.  What cross polars does is to look for the

23   extinction angle.  The extinction angle is when the

24   asbestos structure disappears at a certain angle.  We

25   don't show that because it would be a black screen.

Bongo Direct/Mr. Block

536

1    This is not the extinction angle.

2            For anthophyllite, if you put it perpendicular

3    or parallel, it would be extinction where no light

4    goes through.

5            Here is elongation again.  So we are following

6    all that.

7            THE COURT:  Let's sum up.

8            MR. BLOCK:  Your Honor.  Can I have a

9    two-minute extension?

10           THE COURT:  Two minutes.

11   BY MR. BLOCK:

12   Q.    Now, we are looking at another example of MAS

13   finding anthophyllite asbestos by polarized light

14   microscopy in Johnson & Johnson's talc products.  See

15   that?

16   A.    Yes.

17   Q.    We just looked at this picture up on the screen.

18   Can you clearly visualize -- is that what an asbestos

19   bundle looks like under polarized light microscopy?

20   A.    In these types of samples, yes.

21   Q.    Why is that an asbestos bundle under tab 9 G?

22   A.    Because it meets all the counting criteria

23   under ISO, the asbestos or asbestiform.

24   Q.    Two more slides.

25           The first is looking at the results of the PLM

Longo - Direct/Mr. Block

537

1   testing MAS did, and if it says 58 percent -- in

2   58 percent of the samples, amphibole asbestos was

3   detected by polarized light microscopy using the heavy

4   liquid separation method.  Is that correct?

5   A.    Yes.

6   Q.    Did MAS also do polarized light microscopy

7   without the heavy liquid separation method?

8   A.    Yes, we have 30 percent.  So the heavy liquid

9   separation was more sensitive.  It almost doubled the

10  positives.

11  Q.    Is that consistent with the fact ISO does not

12  recommend doing polarized light microscopy without

13  doing heavy liquid separation?

14  A.    No, they don't say that.  They give you the

15  option to do either/or, but they tell you what's the

16  most sensitive.

17  Q.    Finally, Dr. Longo, have you reviewed historical

18  documents from Johnson & Johnson's production where

19  the types of asbestos, the same types of asbestos you

20  found in Johnson & Johnson's talc products were found

21  in Johnson & Johnson's historical testing of both

22  source talc mines and in the products themselves?

23        MS. BROWN:  Objection, your Honor, as to the

24  interpretation of these findings.  It has nothing to

25  do with methodology.  There are many documents related

Bongo - Direct/Mr. Block

538

1   to industrial talc --

2           THE COURT:  I think it is an overbroad

3   question, so I think we are done unless you want to

4   rephrase it.

5           MR. BLOCK:  May I?

6           THE COURT:  Let me hear.

7   BY MR. BLOCK:

8   Q.    Is it relevant and important to you as a

9   scientist to see if the results of your testing are

10  consistent with the historical testing done by Johnson

11  & Johnson and its consultants on its talc sources and

12  on its products?

13          MS. BROWN:  The same objection, your Honor.

14  It remains just as broad.  All of the testing ever

15  done number one he hasn't reviewed it; number two,

16  many there relates to products that are not at-issue

17  here.

18          THE COURT:  I'm going to strike it.

19          Do you have anything else?

20          MR. BLOCK:  I'll just  narrow it down by

21  saying:

22  BY MR. BLOCK:

23  Q.    Did you review the expert reports of Dr.

24  Krekeler and Dr. Cook issued in this case?

25  A.    Yes, I did.

Bongo   Direct/Mr. Block

539

1    Q.    What significance is there in terms of the

2    opinions they have expressed in this case to you in

3    evaluating the reliability of your testing?

4    A.    They identified the same type of asbestos that

5    we are seeing in the Italy mine, the Vermont mine, and

6    compared that also to Johnson & Johnson's own test for

7    those particular mines for cosmetic talc.  We are

8    consistent with they say that is in there because of

9    the geological formation as well as the literature as

10   well as the testing done by Johnson & Johnson.

11         MR. BLOCK:  Thank you, your Honor, for giving

12   me a little extra time.  I appreciate that.

13         THE COURT:  We're going to break for lunch

14   now.  It is a convenient time.  Let's be back at a

15   quarter of 1:00, please.

16         THE DEPUTY CLERK:  All rise.

17         (The luncheon recess is taken.)

18         (Continued on the next page.)

19   ///

20

21

22

23

24

25

Longo - Cross/Ms. Brown

540

```
 1           A F T E R N O O N   S E S S I O N

 2

 3           THE DEPUTY CLERK:  All rise.

 4           THE COURT:  Thank you.

 5

 6    WILLIAM E. LONGO, resumes.

 7

 8    CROSS-EXAMINATION

 9    BY MS. BROWN:

10    Q.    Good afternoon, Dr. Longo.

11    A.    Good afternoon.

12    Q.    Dr. Longo, you have never personally tested a

13    talc sample for asbestos from start to finish.

14    Correct?

15    A.    That's correct.

16    Q.    And when it comes to the samples that you talked

17    to us about this morning with counsel, you were not

18    actually the person who looked under the microscope

19    and ran those samples.  Right, sir?

20    A.    That is correct.

21    Q.    What that means is you are also not the person

22    who did the heavy density liquid preparation to get

23    those samples ready to be looked at under at the

24    microscope.  Correct?

25    A.    That is true.
```

Longo - Cross/Ms. Brown

541

1    Q.    What that also means is you are not the person
2    who filled out some of the count sheets we saw up here
3    this morning.  Correct?
4    A.    That is correct.
5    Q.    What that means is you are not the person who
6    made the call when we were looking under the
7    microscope about whether what they were seeing was a
8    bundle or a fiber.  Right, Doctor?
9    A.    That's correct.
10   Q.    All of that work -- the sample preparation, the
11   looking under the microscope, the filling out of the
12   count sheets, the making the call of a bundle or fiber
13   -- all of that work was done by people who work for
14   you at the company you own.  Is that right?
15   A.    Yes, ma'am.
16   Q.    And those individuals have never provided sworn
17   testimony under oath about the tests they conducted
18   here in the MDL.  Correct?
19   A.    I believe that's correct.
20   Q.    And those folks are not coming into this court
21   to talk to us about their work looking at samples
22   under the microscope.  Correct?
23   A.    That is correct.
24   Q.    You are here to talk about the findings of the
25   people that work for you at MAS.  Correct?

Longo - Cross/Ms. Brown

542

1    A.    That's correct.

2    Q.    The truth is, Dr. Longo, that nowadays very

3    little to none of your time is actually spent at the

4    microscope testing products for the presence of

5    asbestos.  Correct?

6    A.    I don't do that too often.

7    Q.    Nowadays, very little to none of your time is

8    spent doing that.  Right?

9    A.    As I said, I don't do that too often anymore.

10   Q.    In fact, most of what you do these days is

11   testify in court.  Correct?

12   A.    No, ma'am.  I also run the company.  I also give

13   directions on what protocols to use.  I'm in meetings

14   hiring and firing; and where the direction of the

15   science is going, what methods we are going to use for

16   different types of applications.  So, yes, I testify

17   once to twice a week.  I still have other jobs.

18   Q.    When you say once or twice a week, Dr. Longo,

19   the truth of the matter is you have testified at least

20   once a week every week for the past five years.  Fair?

21   A.    That is fair.

22   Q.    And since the time you opened your company MAS

23   in 1988, you have given about 2,000 to 3,000

24   depositions.  Correct, sir?

25   A.    I think that is correct.

Longo - Cross/Ms. Brown

543

1    Q.    What you testified to before, Doctor, is that

2    working as an expert witness has actually been what

3    has allowed your lab to survive?

4    A.    Yes.  That and every other big client we have.

5    That's true.

6    Q.    You told us this morning that the $30 million

7    that MAS received from plaintiffs' lawyers didn't go

8    to you; it went to the company.  Correct?

9    A.    That's correct.

10   Q.    And you, sir, own 75 percent of MAS.  Correct?

11   A.    That's correct.

12   Q.    And you have declined to testify about how much

13   money you make at MAS.  Correct?

14   A.    That's true.

15   Q.    And you have been testifying to that $30 million

16   figure for a couple of years now.  Right, Doctor?

17   A.    I think it has been a year.

18   Q.    What you testified to, Doctor, is that you think

19   that every plaintiff's attorney in the country lists

20   you as an expert in any type of asbestos litigation.

21   Isn't that right?

22   A.    They did that at one time, yes, ma'am.

23   Q.    Your testimony is they do that without even

24   asking you if it is okay.  Right?

25   A.    They did that for a while, yes.

Longo   Cross/Ms. Brown

544

1    Q.    You testified in fact that -- you testify so

2    much as an expert witness that it is a juggling act to

3    try to make time for trials like this one and others.

4    Correct?

5    A.    Yes, ma'am.

6    Q.    You were in Kentucky yesterday testifying at a

7    trial there.  Correct?

8    A.    That is correct.

9    Q.    And this morning you talked to us a little bit

10   -- counsel had a slide up there about corporations,

11   and you talked a little bit about work that you have

12   done for GE.  Do you remember that?

13   A.    Yes.

14   Q.    The truth of the matter is that 95 percent of

15   the time you are in court, you are testifying for

16   plaintiffs' lawyers.  Right?

17   A.    That is correct.

18   Q.    And the fact of the matter is, Dr. Longo, is

19   that your lab MAS has never tested cosmetic talc when

20   you weren't being paid to do it by lawyers for the

21   plaintiffs in litigation.  Right?

22   A.    That is correct.

23   Q.    And you talked a lot about methodology this

24   morning with counsel.  But the truth is that you don't

25   know anyone, Dr. Longo, who is not being paid as an

Longo - Cross/Ms. Brown

545

1    expert witness for the plaintiffs who is using the

2    methods that you used in this case to test cosmetic

3    talc.  Isn't that right?

4    A.    I think some part of it is right.  The heavy

5    liquid density method portion.  But the other standard

6    methodology where for morphology, EDXA and SAED is a

7    standard method that even when people aren't using

8    heavy liquid density separation, they are using those

9    three steps to identify regulated asbestos.

10   Q.    True or not true, Dr. Longo:  You don't know of

11   anyone else besides Mr. Lee Poye, expert for the

12   plaintiffs, and yourself, using the method you are

13   using in this case, to test cosmetic talc for

14   asbestos?

15   A.    Again, part of that is correct.  It's the heavy

16   liquid density portion.  But anyone who has analyzed

17   cosmetic talc using the standard methodology for the

18   identification of asbestos would be doing the same

19   thing.

20         MS. BROWN:  Permission to read, your Honor?

21         THE COURT:  Yes.

22         MS. BROWN:  This would be in the Court's and

23   counsel's testimony binder at tab Longo 560 from the

24   December 4, 2018, Blinkinshop deposition, page 93,

25   line 18, to 94, 2:

Longo - Cross/Ms. Brown

546

1    "QUESTION:  Okay.  But back to my original

2    statement.  You and Lee Poye are the only people that

3    you know of in the world using the method you are

4    using in this case?

5    "ANSWER:  I don't know in the world.  I know

6    unless somebody -- somebody else may be using it.  But

7    for me to say who else out there is using it, if you

8    want to know this, I don't know anybody else besides

9    Lee and I, since we're the ones that seem to be

10   testifying about it."

11   Dr. Longo, the only protocol recognized by the

12   FDA for the analysis of talc is the USP Monograph For

13   Talc.  Correct?

14   A.    At this time I think that is correct versus the

15   committee that are trying to upgrade it to be more

16   sensitive because of the problems with it, but I

17   believe you are right.

18   Q.    The answer to my question is yes?

19   A.    Yes.  But not --

20   THE COURT:  I understand your answer, but I

21   think you have answered her question.

22   Q.    And you, Dr. Longo, did not use the USP

23   Monograph for Talc in evaluating the MDL samples.

24   Correct?

25   A.    No, ma'am, we didn't.

Longo - Cross/Ms. Brown

547

1    Q.    No government regulatory agency has adopted the

2    ISO method you use here.  Correct?

3    A.    That is correct.

4    Q.    Before you were hired as an expert witness in

5    litigation, your lab had never used the ISO 22262

6    method for the analysis of asbestos in any product

7    whatsoever.  Correct?

8    A.    That is correct.

9    Q.    No government regulatory agency has adopted the

10   Blount method you used here.  Correct?

11   A.    That is correct.

12   Q.    Before you were hired by the lawyers for

13   plaintiffs in litigation, you had never even heard of

14   the Blount method.  Correct?

15   A.    That is correct.

16   Q.    And you spoke a little bit this morning about

17   that Blount method.  The truth of the matter is,

18   Dr. Longo, the Blount method cannot detect chrysotile.

19   Correct?

20   A.    No, ma'am, no heavy liquid density method that's

21   being used now in the ISO method for talc can detect

22   chrysotile.

23   Q.    Counsel had up on the screen six minerals that

24   are asbestos, and chrysotile is one of them.  Right?

25   A.    That is a regulated asbestos, yes.

Longo - Cross/Ms. Brown

548

1    Q.    This Blount method at this time can't pick up

2    that type.  Right?

3    A.    Not at that heavy density liquid separation, no.

4    Q.    That's part of the method.  Right?

5    A.    Correct.

6    Q.    This Blount method also can't pick up

7    anthophyllite if it doesn't have a lot of iron.

8    Right?

9    A.    That is correct.

10   Q.    So two of the six types of asbestos the Blount

11   method cannot detect?

12   A.    No, that's a little bit different.  It can't

13   detect chrysotile but it is detecting anthophyllite.

14   It seems, though, most of the anthophyllite we're

15   looking at has heavy iron.  So it definitely finds

16   anthophyllite, but only anthophyllite that has iron.

17   Q.    Dr. Longo, in addition to not being able to find

18   chrysotile, your heavy liquid density separation

19   method can also miss anthophyllite if it is not the

20   heavy iron anthophyllite.  Correct?

21   A.    I agree with that.

22   Q.    And as a result you know no regulatory agency

23   has ever adopted the Blount method.  Correct?

24   A.    I believe that's correct.

25   Q.    And so if we can go to slide 33, the three

Longo - Cross/Ms. Brown

549

1    methods you used, Dr. Longo, in testing the MDL

2    samples were ISO TEM.  Correct?

3    A.    Yes and no.  Certainly, for the methodology for

4    the morphology, but it was more based on the EPA

5    AHERA.

6    Q.    You used the ISO TEM protocol to test and you

7    used different counting rules.  Correct?

8    A.    We used the ISO protocol, the ISO 22262-1 and

9    22262-2 for the ISO analysis, but the other standard

10   methods for the methodology.  That's true.

11   Q.    We're going to talk about the -- you used ISO

12   both for the regular old PLM testing.  Right?

13   A.    Yes.

14   Q.    And you used ISO for the heavy density

15   concentration TEM testing.  Right?

16   A.    Correct.

17   Q.    And you used Blount plus PLM.  Correct?

18   A.    Correct.

19   Q.    And those are the methods you used for these

20   samples.  Correct?

21   A.    Correct.

22   Q.    And before the MDL, you had issued a report a

23   couple of years ago.  Correct?

24   A.    Yes.

25   Q.    And we're not going to talk a lot about that

Longo - Cross/Ms. Brown

550

1  report.  By and large, what you tested there were

2  samples that the plaintiffs' lawyers had purchased off

3  of eBay.  Right?

4  A.    I would say 60, 70 percent.  The other samples

5  came from actual plaintiffs who had saved their

6  containers of Johnson & Johnson Shower To Shower.

7  Q.    And you spent about two years in courts around

8  the country talking about that testing from that

9  original report.  Correct?

10  A.    Until this one came out, yes.

11  Q.    But the method you used in that original report

12  is different than the method you used for the MDL

13  samples.  Correct?

14  A.    Correct.

15  Q.    You used for the original eBay report something

16  you called "modified Blount plus TEM."  Correct?

17  A.    Yes, but the modified Blount for the sample

18  preparation which had some slight changes in the heavy

19  density liquid and then the regulated standard methods

20  for identifying the asbestos was the same.

21  Q.    And none of these methods have been adopted by a

22  government regulatory agency.  Right?

23  A.    I'm sorry.

24       MR. BLOCK:  Assumes facts not in evidence as

25  to whether there is a government adopted test for

Longo - Cross/Ms. Brown

551

1    talc.   Objection.   Assumes facts not in evidence.

2            MS. BROWN:   I can rephrase, your Honor.

3            THE COURT:   Okay.

4    BY MS. BROWN:

5    Q.    No government has approved any one of these

6    methods for testing cosmetic talc for asbestos.

7    Right?

8    A.    I'm not aware of the FDA having this method.

9    The Environmental Protection Agency has gravimetric

10   methods for testing for asbestos, not heavy liquid

11   density, but concentrations methods by TEM, and, of

12   course, the morphology rules and identification have

13   been adopted by federal agencies because of the TEM

14   analysis.  It is really working around just the sample

15   preparation.

16   Q.    I want to be real specific with my question so I

17   make sure you understand.

18          No government regulatory agency has adopted

19   either ISO 22262 or the Blount method.  Correct?

20   A.    That's correct.

21   Q.    And you were not using any of these methods

22   prior to being hired as an expert witness in

23   litigation.  Correct?

24   A.    Not the sample preparation portions, no.

25   Q.    Dr. Longo, you mentioned this morning --

Longo - Cross/Ms. Brown

552

1        MS. BROWN:  If I could have the ELMO, please.

2   Q.    Dr. Longo, counsel had this slide up earlier

3   today talking about your credentials.  Do you remember

4   that?

5   A.    I do.

6   Q.    And you had some questions about some of this

7   CDC, NASA, state, municipality work.  Do you remember

8   that?

9   A.    Yes.

10  Q.    The truth, though, Dr. Longo, is that none of

11  that work had anything to do with cosmetic talc.

12  Correct?

13  A.    That is correct.

14  Q.    And you have never published any papers relating

15  to talc.  Correct?

16  A.    That is correct.

17  Q.    And none of your opinions regarding the work

18  that you have done in this case have been submitted

19  for peer review publication in the scientific

20  literature.  Correct?

21  A.    That is correct.

22  Q.    No government agency has asked you to test

23  talcum powder.  True?

24  A.    That is true.

25  Q.    Now, you mentioned this morning, referring to

Longo - Cross/Ms. Brown

553

1    this slide, that your shop has an FDA lab number.  Do

2    you remember that?

3    A.    Yes.

4    Q.    The FDA, though, has tested cosmetic talc for

5    asbestos.  Correct?

6    A.    Yes, sent out to a contract lab.

7    Q.    And you were not asked to test cosmetic talc for

8    the FDA.  Correct?

9    A.    No, we didn't bid on the project.

10   Q.    And the company that did the testing for the FDA

11   did not use a heavy density liquid separation

12   preparation?

13   A.    No, they didn't, and that's one of the problems

14   with their testing.

15   Q.    And you had a document up here referencing the

16   FDA's testing on a Claire's eye shadow product.  Do

17   you remember that?

18   A.    Yes.

19   Q.    That's testing the FDA has done as recently as a

20   few months ago.  Correct?

21   A.    Correct.

22   Q.    And you know that in connection with that

23   testing, the FDA commented on the testing that it had

24   done on cosmetic talc back in 2009 and 2010.  Correct?

25   A.    Correct.

Longo - Cross/Ms. Brown

554

1    Q.    And you know the FDA referred to the testing it

2    did in 2009 and 2010 as using the most sensitive

3    techniques available; don't you, Dr. Longo?

4    A.    They stated that but it is wrong.

5    Q.    The truth of the matter is, Dr. Longo, that

6    people have been testing cosmetic talc for the

7    presence of asbestos for decades.  Correct?

8    A.    That is correct.

9    Q.    And since you were hired as an expert witness in

10   litigation on behalf of the plaintiffs' lawyers, you

11   had been asked repeatedly in courtrooms around the

12   country when it was that you first started testing

13   cosmetic talc.  Right?

14   A.    That's correct.

15   Q.    And as recently as April of this year in court

16   in front of a jury you testified for the first time --

17   you testified that the first time you started testing

18   cosmetic talc was about two to three years ago.

19   Right?

20   A.    That's correct.

21   Q.    And the fact of the matter is, is that we now

22   know that that is not true.  Right?

23   A.    Well, the testimony was true.  But it looks like

24   that I had given some testimony some years ago that we

25   had analyzed some cosmetic talc.

Longo - Cross/Ms. Brown

555

1    Q.    I want to talk a little bit about that.  You

2    have testified on behalf of plaintiffs in hundreds of

3    cases where they are bringing a lawsuit against a

4    company that purposefully added asbestos to a product.

5    Correct?

6    A.    Correct.

7    Q.    And you have given in connection with that

8    expert witness work, Dr. Longo; you have given

9    hundreds if not thousands of depositions and trial

10   testimony.  Correct?

11   A.    That is correct.

12   Q.    And one of the things you found that you were

13   often asked probably by defense lawyers in those

14   situations was about potential alternative exposures

15   that the plaintiffs may have had to asbestos.  Right?

16   A.    That is correct.

17   Q.    So back in 2002 and 2003, when you were

18   testifying on behalf of plaintiffs' lawyers suing

19   other companies that potentially put asbestos in their

20   product, you testified about cosmetic talc.  Right?

21   A.    It looks like on two occasions.

22   Q.    And what you testified -- this was in the

23   context of defense lawyers asking you questions if a

24   plaintiff could have been exposed to asbestos from

25   cosmetic talc.  Right?

Longo - Cross/Ms. Brown

556

1    A.    It looks that way, yes.

2    Q.    And what you swore under oath back then was that

3    you and your lab MAS had done studies on the asbestos

4    content of talc.  Right?

5    A.    Yes.

6    Q.    What you testified to is those studies had

7    included studying finished cosmetic talc products.

8    Right?

9    A.    I think it was just cosmetic talc.

10   Q.    Talc that was used in cosmetics.  Correct?

11   A.    Yes, ma'am.

12   Q.    You remember that testimony?

13   A.    Well, I still don't remember the testimony.

14   I've been shown it.

15   Q.    And what you said back then, Dr. Longo, when you

16   were testifying against companies that made products

17   like brakes and gaskets that had asbestos in it, you

18   swore under oath that you had never found any asbestos

19   minerals in any talc used for cosmetic purposes.

20   Right?

21   A.    That's what I have been shown, yes.

22   Q.    And in fact, Dr. Longo, you were specifically

23   asked whether talc that was used on babies had

24   asbestos.  Right?

25   A.    Yes, that's the one question.

Longo - Cross/Ms. Brown

557

1    Q.    And you said you had looked into it, that your

2    lab MAS had studied it, that you had looked into talc

3    that was used on babies, and you had not found any

4    asbestos.  Right?

5    A.    That's what I stated.

6    Q.    And, in fact, what you said is that you had

7    looked for tremolite and anthophyllite, the two types

8    of asbestos we saw up on the screen today.  Right?

9    A.    I don't recall any of it.  If that's what it

10   states, that's what I stated those years ago.

11            MS. BROWN:  Permission to read, your Honor.

12            Could we have in the testimony binder Longo

13   561, which is a deposition Manbodh from May 28, 2002,

14   at page 106, lines 11 to 19:

15            "QUESTION:  What other exposures, household

16   contacts would people have other than those that

17   you've mentioned?

18            "ANSWER:  Usually, that's it.

19            "QUESTION:  Talcum powder that was used on

20   babies, did some of that contain asbestos?

21            "ANSWER:  We've looked.  We have not found it.

22            "QUESTION:  You are not aware of any?

23            "ANSWER:  I'm not aware of us ever proving

24   that talcum powder had tremolite or anthophyllite."

25            That was your testimony, correct, Dr. Longo?

Longo - Cross/Ms. Brown

558

1    A.    That's what it states, yes.

2    Q.    And the truth of the matter is, Dr. Longo, back

3    in 2002 you said that the claims that cosmetic talc

4    could have asbestos were an urban legend in your

5    field.  Isn't that right?

6    A.    That's what the testimony says.

7    Q.    And you know what an urban legend is, don't you,

8    Dr. Longo?

9    A.    Yes, I do.

10   Q.    And the first time I asked you that, you told me

11   an urban legend was somebody who is in an urban

12   environment has a legend.  Do you remember that?

13   A.    I do.  I was kind of shocked what is this.

14   Q.    You know now what an urban legend is.  Right?

15   A.    Yes, ma'am.  We discussed it at that trial, and

16   I agree with you.

17   Q.    It is a myth; isn't it?

18   A.    Yes, it is.

19   Q.    A fictional story someone is trying to portray

20   as true.  Correct?

21   A.    That's what an urban legend would mean in that

22   context.

23   Q.    I want to talk a little bit, Dr. Longo, about

24   the nature of your findings here and the nature of

25   your opinions.

Longo - Cross/Ms. Brown

559

1        So to be clear, you are not giving any

2    opinions here about health effects.  Correct?

3    A.    That is correct.

4    Q.    You are not testifying about any alleged health

5    effects from fibrous talc.  Correct?

6    A.    That's correct.

7    Q.    Or cleavage fragments or what you have

8    identified as regulated asbestos, none of that.

9    Right?

10   A.    That is correct.

11   Q.    And let's talk a little bit about the percentage

12   of asbestos that the folks working at your shop have

13   claimed to find here.  If we could look at the

14   overview slide of the findings.

15        The amount of asbestos that your analysts

16   claim to have found in Johnson & Johnson products is

17   well below 1 percent.  Correct?

18   A.    That is correct.

19   Q.    And so here are your MDL findings, and they

20   range in number.  For example, we highlighted here the

21   highest concentration that your folks claim to have

22   found in a 1991 bottle is .0092 percent.  Do you see

23   that?

24   A.    I do.

25   Q.    That is 9.2 thousandths of a percent.  Right?

Longo - Cross/Ms. Brown

560

1    A.    That is correct.

2    Q.    And the lowest concentration, in fact, that your

3    folks claim to have found in a finished product is

4    .000033 percent.  Right?

5    A.    Correct.

6    Q.    If we could go to the next slide with those two.

7    And that's 3.3 millionths of a percent.  Correct?

8    A.    Yes.

9    Q.    And you, Dr. Longo, yourself have described

10   levels like that as ultra trace?

11   A.    Correct.

12   Q.    And in many of the MDL samples your analysts

13   didn't detect any asbestos at all.  Correct?

14   A.    Let's see.  There was 31 percent non-detect.

15   Q.    So there were bottles from Vermont where your

16   analysts detected no asbestos.  Correct?

17   A.    Correct.  Bottles from Italy that were at

18   non-detect.

19   Q.    And what you state in your report, Doctor, is

20   that you were of the opinion that individuals who used

21   Johnson & Johnson talcum powder products in the past

22   would have more likely than not been exposed to

23   significant airborne levels of both regulated

24   amphibole asbestos and fibrous asbestiform talc.

25   Right?

1   A.      That's correct.

2   Q.      So it is your opinion that individuals who used

3   this product have a significant exposure.  Correct?

4   A.      Yes.

5   Q.      But you haven't done in this MDL an exposure

6   analysis.  Correct?

7   A.      Not with these samples, no.

8   Q.      Meaning you have not calculated, Dr. Longo,

9   whether or not it is even possible for those ultra,

10  ultra trace levels that we just looked at to make it

11  out of a bottle and into a human being who is using

12  that product as a consumer.  Correct?

13  A.      We haven't done that study.  If it is in the

14  bottle, and even though those, quote, ultra, trace

15  concentrations are still very significant, it is going

16  to get out of the bottle, will get up in the air, and

17  be in the breathing zone.

18          THE COURT:  How do you use the term

19  "significance"?

20          THE WITNESS:  I term it as, can we measure it?

21  So it is 10 to 20 times above background.  In this

22  case, there is very little to no background involving

23  tremolite and anthophyllite.  It is not on a health

24  basis.  It is, is there an exposure?

25          MS. BROWN:  May I follow up on that, your

Longo - Cross/Ms. Brown

562

1    Honor?

2          THE COURT:  Yes.

3    BY MS. BROWN:

4    Q.    You just said 10 to 20 times above background.

5    The fact of the matter here, as it relates to the MDL

6    samples, you haven't measured or calculated anything

7    at all?

8    A.    Not with the MDL samples.

9    Q.    And it is not that your facility at MAS doesn't

10   know how to do an exposure simulation, Right?

11   A.    Right.  We have done those, not with the MDL

12   samples.

13         THE COURT:  What was your opinion based on; it

14   was significant in the MDL?

15         THE WITNESS:  That it is significant in that

16   they would have had an exposure that more than half of

17   the samples that we measured were positive for

18   asbestos.  We have done exposure calculations in the

19   past with Johnson & Johnson in which we have

20   calculated these exposures with Johnson & Johnson

21   products and made a measurement.

22         THE COURT:  How about these samples that you

23   were given?

24         THE WITNESS:  No, ma'am.

25         THE COURT:  You may proceed.

Longo - Cross/Ms. Brown

563

BY MS. BROWN:

Q.    In fact, though, Dr. Longo, even though you have done no study to quantify whether or not an individual using any of the samples in the MDL would have any exposure, you do know that by using any of the samples in the MDL, an individual would not have an exposure greater than OSHA's permissible exposure limit for an eight-hour average.  Correct?

A.    That is correct.

Q.    And just to orient us on that, OSHA regulates the amount of asbestos that workers can be exposed to in something called a Permissible Exposure Limit.  You are familiar with that.  Right?

A.    Yes, I'm familiar for an industrial site and a working site.  OSHA doesn't regulate in residential homes especially infants and children that would have the potential to be exposed at some point.

Q.    And the OSHA PEL limit is .1 fibers per c.c., right?

A.    Yes.

Q.    And you know that they haven't done a specific calculation, any consumer exposure for an eight-hour time-weighted average would be less than the OSHA PEL. Correct?

A.    That is correct.

Longo - Cross/Ms. Brown

564

1   Q.    And you have no reason, Dr. Longo, because you

2   haven't done the calculation, to dispute the findings

3   of defense expert Dr. Nadia Moore as it relates to

4   exposure levels.  Correct?

5   A.    I haven't seen that report.

6   Q.    Well, the asbestos briefing was listed as a

7   supplemental item that you reviewed and relied on.

8   Did that make it to you?

9   A.    It made it to me but I haven't reviewed the

10  whole report, no.

11  Q.    Fair enough.  Dr. Moore's report, for the Court,

12  at page 43, indicates, for example, that the annual

13  average exposure to asbestos fibers from ambient air

14  is more than three times higher than the alleged

15  exposure from talc.

16        You, for example, have not done any study to

17  dispute that?

18  A.    I haven't done the study, but you can't have an

19  ambient level and then have an additional exposure and

20  not add to that.  That doesn't make a lot of sense to

21  me.  I have seen that in the past many times.  If you

22  say there is an ambient level, any additional exposure

23  is adding to that ambient level.  You can't have an

24  exposure lower than the ambient level if you are

25  saying there is asbestos there.

Longo - Cross/Ms. Brown

565

1    Q.    And you have not done any calculations as it

2    relates to the MDL samples on how, if at all, if a

3    consumer's exposure would relate to any other exposure

4    limits.  Correct?

5    A.    In dealing with the MDL samples only, you are

6    correct.

7    Q.    What you have done, though, Doctor, in the past

8    is testified about whether a person could be exposed

9    to asbestos from a product that only contained a trace

10   level of asbestos.  Right?

11   A.    That is correct.

12   Q.    And you and I talked about that some a couple of

13   months ago in front of a jury in South Carolina.

14   Right?

15   A.    Yes, ma'am.

16   Q.    And what you testified to was that something

17   called thin set cement, is a very dusty product.

18   Right?

19   A.    During the mixing, that's correct.

20   Q.    Because what happens with this product is that

21   if you got to take the cement and add water to it and

22   mix it up.  Right?

23   A.    Yes.

24   Q.    And during the process of doing that, the person

25   doing the mixing, and everybody else around them,

Longo - Cross/Ms. Brown

566

1    could inhale a number of fibers.  Right?

2    A.    That's correct.

3    Q.    And you have given testimony in the past in a

4    case involving thin set cement, that contained

5    1 percent asbestos.  Right?

6    A.    Yes.  I thought it was trace.

7    Q.    Well, 1 percent is trace and less than

8    1 percent, Dr. Longo, less than .1 percent, according

9    to you, is ultra trace.  Right?

10   A.    Well, the term for ultra trace is five zeros.

11   For me, trace is below 1 percent.

12   Q.    And so you testified in a case regarding the

13   thin set cement product that contained less than

14   1 percent asbestos.  Right?

15   A.    That's correct.

16   Q.    And the question that was posed to you was

17   whether a person who was mixing up that cement 20

18   times a day for 40 years would have a significant

19   exposure to asbestos.  Right?

20   A.    That is correct.

21   Q.    And your testimony under oath in that case was

22   that because the product only contained 1 percent

23   asbestos --

24   A.    I thought there was less than 1 percent, trace

25   amounts.

Longo - Cross/Ms. Brown

567

1   Q.    Less than 1 percent, the individual would not

2   have a significant exposure.  Right?

3   A.    I think I said it a little differently.  If you

4   don't mind, we can read it.

5   Q.    Sure.

6           MS. BROWN:  Your Honor.

7   Q.    We're looking at your testimony, Longo 555.  It

8   is a deposition you gave April 29, 1997, Sorise

9   deposition.

10  A.    What was the number?

11  Q.    Longo 555, page 159, lines 10 to 23, and you

12  were asked this question:

13          "QUESTION:  Let me ask you to assume that

14  someone for a period of around 40 years, that that

15  person either mixed thin set cement between 1 and 20

16  times a day, and they did this for 40 years.  Do you

17  have an opinion at all regarding the nature or extent

18  of that exposure to asbestos?"

19          There was an objection.  Your answer?

20          "ANSWER:  Since it is thin set cement that has

21  only trace levels of asbestos chrysotile in it, I

22  don't believe that would be very large exposure at

23  all."

24          That was your testimony.  Correct?

25  A.    Yes.

Longo - Cross/Ms. Brown

568

1   Q.    Dr. Longo, I want to talk a little bit about

2   what is and what is not asbestos.

3          And if we could look at slide 1, please.

4          Dr. Longo, you have seen this or a similar

5   slide before.  Correct?

6   A.    I have.

7   Q.    To start, we can agree that not all amphiboles

8   is asbestos?

9   A.    Yes.

10  Q.    Amphibole minerals occur in both the asbestiform

11  and non-asbestiform habits.  Correct?

12  A.    That's correct.

13  Q.    And so, for example, there are two kinds of

14  tremolite: one that is asbestos and one that is not.

15  Correct?

16  A.    No.  You can argue over the asbestiform.  If it

17  meets the standard methodology that we use to identify

18  asbestos, it is regulated asbestos.

19          MS. BROWN:  Permission to read, your Honor?

20          THE COURT:  Yes.

21  Q.    Longo 521, October 25th, 2017, Herford trial

22  testimony at page 1377 lines 2 through 5:

23          Again, this is the October 25th, 2007, Herford

24  trial testimony at page 1377, lines 2 to 5:

25          MS. BROWN:  We'll go back to that.

Longo - Cross/Ms. Brown

569

1          THE COURT:  You can just read it.

2          MS. BROWN:  It is going up now.

3    Q.    You were asked, Dr. Longo, during this Herford

4    trial:

5          "QUESTION:  Okay.  Now, you will agree there

6    are two kinds of tremolite: one that is asbestos and

7    one that isn't.  Right?

8          "ANSWER:  I would agree."

9          Correct?

10   A.    That's correct.  If that's the question you

11   asked me, I apologize.  I misunderstood.

12   Q.    The word tremolite, Dr. Longo, does not

13   automatically mean asbestos.  Correct?

14   A.    That's correct.

15   Q.    A cleavage fragment is not asbestos.  Correct?

16   A.    That is correct, if it is a true cleavage

17   fragment it is not asbestos.

18   Q.    A cleavage fragment is a crushed up piece of

19   non-asbestiform rock.  Correct?

20   A.    That is correct.

21   Q.    Now, I want to talk, Dr. Longo, you had some

22   slides this morning relating to the same topic that

23   I'm talking about here, what is and what is not

24   asbestos, and I want to ask you some questions about

25   those, if I could just switch over to the ELMO.

Longo  Cross/Ms. Brown

570

1    This was one of the slides that counsel showed
2 you this morning.  Do you recall talking about this
3 slide?
4 A.    Yes.
5 Q.    And you had some questions and answers regarding
6 what an asbestiform mineral is from the McCrone
7 Particle Atlas.  Correct?
8 A.    Yes.
9 Q.    And the very next slide you were shown was this
10 one from the EPA AHERA regulation.  Do you see that?
11 A.    I do.
12 Q.    And this is AHERA's definition of a fiber.
13 Correct?
14 A.    That is correct.
15 Q.    But you know, of course, that AHERA, the
16 regulation, defines asbestos.  Right?
17 A.    Correct.
18 Q.    And you didn't put that definition above.  So I
19 want to show it, if we could go to slide No. 4,
20 please.
21    AHERA defines asbestos as the asbestiform
22 varieties of chrysotile, crocidolite, amosite,
23 anthophyllite tremolite and actinolite.  Correct?
24 A.    That's correct.
25 Q.    And AHERA also defines asbestiform?

Longo - Cross/Ms. Brown

571

1    A.    Correct.

2    Q.    And AHERA makes a distinction between

3    asbestiform and non-asbestiform minerals.  Correct?

4    A.    That's what AHERA states.  That's not true;

5    that's a general definition for asbestos-added

6    products.

7    Q.    Let's look at the AHERA table at Longo 516 AHERA

8    at page 80, please.

9          You know, Dr. Longo, that in fact all of the

10   regulatory authorities including those on which you

11   rely in this case have a definition of asbestos.

12   Right?

13   A.    Asbestiform.

14   Q.    Well, we're going to look at the definition of

15   asbestos.  But let's talk quickly about AHERA's table

16   here, the asbestos minerals and their non-asbestiform

17   analogs.  Do you see that?

18   A.    I do.

19   Q.    And AHERA makes the distinction between

20   asbestiform minerals and non-asbestos minerals.

21   Correct?

22   A.    That is correct.

23   Q.    And just going backwards in the outline here,

24   OSHA is another health-based organization you are

25   familiar with.  Right, Doctor?

Longo   Cross/Ms. Brown

572

1   A.      I am.

2   Q.      And you know OSHA also defines asbestos.

3   Correct?

4   A.      It does.

5   Q.      And what OSHA defines asbestos as is including

6   chrysotile, amosite, crocidolite, tremolite asbestos,

7   anthophyllite asbestos and actinolite asbestos.

8   Correct?

9   A.      That is correct.

10   Q.      And what OSHA says, if we could go to slide 3,

11   please, is that for purposes of this regulation, the

12   mineral must be one of the six minerals covered and

13   must be in the asbestos growth habit.  Correct?

14   A.      Correct.

15   Q.      And you know, Dr. Longo, that OSHA in particular

16   changed the definition of asbestos in 1992

17   specifically to exclude the non-asbestiform minerals

18   from its definition.  Correct?

19   A.      That's what they stated.

20   Q.      And in addition to OSHA and EPA, you know ISO,

21   the regulation you rely in part in this case, it also

22   has a definition of asbestos; does it not?

23   A.      It does.

24   Q.      And if we could look at slide 6, we'll look at

25   how OSHA defines asbestos.

Longo - Cross/Ms. Brown

573

1        THE COURT:  ISO.  You said "OSHA."

2   Q.    ISO's definition of amphibole asbestos is

3   "amphibole in an asbestiform habit."  Correct?

4   A.    Correct.

5   Q.    Now, I want to talk a little bit, then,

6   Dr. Longo, about the definition of asbestos that you

7   employed in your report.  Okay?

8   A.    Using the standard methodology, that is correct.

9   Q.    So for purposes of your report, Dr. Longo, you

10  have used a definition of a counting rule.  Correct?

11  A.    Well, it is the methodology for determining the

12  morphology.  So it gives you the dimensions of what

13  asbestos is.

14  Q.    And, so, when you state, for example, in your

15  report here, your February 1st, 2019, MDL report, that

16  "amphibole fibers or bundles with substantially

17  parallel sides and an aspect ratio of 5-to-1 or

18  greater and at least .5 microns in length were counted

19  as regulated asbestos fibers and bundles per standard

20  TEM counting rules."

21        Correct?

22  A.    Correct.

23  Q.    And those were some of the counting rules that

24  you described this morning, correct?

25  A.    That is correct.

Longo   Cross/Ms. Brown

574

1    Q.    If we could just go back to the ELMO for a

2    second.  This was AHERA's definition of a fiber that

3    you pointed to this morning.  Correct?

4    A.    Correct.

5    Q.    And you used the AHERA talcum powder counting

6    rules as part of your report here.  Correct?

7    A.    For the morphology determination, yes.

8    Q.    But, Dr. Longo, when you crush up a

9    non-asbestiform rock, it can shatter into long and

10   thin pieces.  Correct?

11   A.    Sometimes, yes.

12   Q.    And those long, thin cleavage fragments can

13   actually resemble asbestos fibers.  Correct?

14   A.    That can happen.

15   Q.    In fact, what can happen is that

16   non-asbestiform, the non-asbestiform version of these

17   minerals, when it is crushed up, it can generate

18   particles that have a minimum length greater than or

19   equal to .5 microns, an aspect ratio of 5-to-1, and

20   substantially parallel sides.  Right?

21   A.    There is a slight chance of that but the

22   probability is not too high.  But, certainly, it might

23   happen.

24   Q.    Well, Dr. Longo, in fact, the ISO standard on

25   which you rely says that, generally, when you crush up

Longo - Cross/Ms. Brown

575

1   the non-asbestiform rock, it is going to cleave in

2   elongated fragments that conform to the counting rules

3   definition of a fiber.  Right?

4   A.    It does say that, but you have to look at the

5   totality of what you are analyzing here.  If you look

6   at the Blount chart, if you look at the Campbell

7   chart, if you look at what happens to talc, tremolite

8   and anthophyllite, the overwhelming majority of these

9   cleavage fragments are less than 3-to-1 aspect ratio

10  as compared to the ones they say are longer, and what

11  they compare to tremolite asbestos.  I understand your

12  point.  But it is not affecting the analysis of what

13  regulated asbestos is.

14  Q.    You said a lot, and we're going to talk about

15  cleavage fragments.  You said the overwhelming

16  majority of these fragments are less than 3-to-1.  Did

17  I hear you right?

18  A.    In the Blount and Campbell articles, yes.

19  Q.    You don't know if the overwhelming majority of

20  particles in the the MDL samples are less than 3-to-1.

21  Right?

22  A.    Well, we didn't count those.  But the

23  overwhelming majority of the particles we did count

24  are not cleavage fragments; they are bundles of

25  fibers.

Longo - Cross/Ms. Brown

576

1    Q.    You did not count in your analysis of the MDL

2    samples any particles that were less than an aspect

3    ratio of 3-to-1.  Right?

4    A.    That is correct, but in previous work where

5    we've looked at tremolite, anthophyllite, the amount

6    of 3-to-1, and adding everything that's there, only

7    moved the needle about one point.

8    Q.    Dr. Longo, I don't want to get involved in other

9    testing you have done.  I want to talk about what you

10   did in the MDL.  And just to close the loop on this,

11   in the MDL you didn't count or record or document or

12   give us any information that would show that you

13   quantified the number of particles that were less than

14   a 3-to-1 aspect ratio.  Right, sir?

15   A.    Just speaking about the MDL, that is correct.

16   Q.    So we could look at slide 11, please.  This

17   comes from the ISO definition of cleavage fragment,

18   and this is one of the ISO standards on which you

19   rely, and defined the cleavage fragment as a fragment

20   of a crystal that's bounded by cleavage basis.

21   Correct?

22   A.    That's correct.

23   Q.    And the note that the ISO standard on which you

24   rely has here is that the crushing of non-asbestiform

25   amphiboles generally yields elongated fragments that

Longo - Cross/Ms. Brown

577

1  conform to the definition of a fiber but rarely have

2  aspect ratios exceeding 30-to-1.  Correct?

3  A.    That's what it states.

4  Q.    Crushing up -- just because you crush up a

5  non-asbestiform rock, it can never magically make that

6  rock a piece of asbestos.  Correct?

7  A.    If it does not meet the methodology and the

8  counting rules, no, it cannot be counted as asbestos.

9  Q.    If you start out with a non-asbestiform rock and

10 you crush it up, even if it crushes into pieces that

11 measure up to your definition of a fiber, there is not

12 some magical transformation that happens that turns

13 those pieces into asbestos.  Right?

14 A.    No, there is no magic involved here.  If it

15 meets the definition, it is a regulated asbestos

16 fiber.  But, as I've stated, most of the particles we

17 have counted are bundles which by definition, no

18 matter what the aspect ratio is, are not cleavage

19 fragments.

20 Q.    I have questions about the bundles.

21       But to clear this out, Dr. Longo, you can't

22 take pieces of non-asbestos rock, break it up and call

23 it asbestos.  Correct?

24 A.    If it is all non-asbestos rock and there is no

25 asbestos particles in there, that is correct.

Longo      Cross/Ms. Brown

578

1   Q.   But what you have testified to in the past,

2   Dr. Longo, is that when one of your analysts sees a

3   non-asbestiform amphibole cleavage fragment, if it has

4   substantially parallel sides, if it has an aspect

5   ratio of 5-to-1 or greater and it is at least

6   .5 micrometers long, the analyst will count that as a

7   regulated asbestos structure.  Correct?

8   A.   If the analyst knows it is a cleavage fragment,

9   in the TEM, or we don't count cleavage fragments in

10  the PLM, no, you wouldn't count it.  If it meets the

11  standard methodology for the counting rules by EPA,

12  10-to-1, they reject it, 5-to-1, it has the chemistry,

13  it has the right electron diffraction patterns, you

14  would count that.

15            MS. BROWN:  Permission to read, your Honor?

16            THE COURT:  Yes.

17  BY MS. BROWN:

18  Q.   From the Longo testimony, binder at tab 511, I

19  would like to read a question and answer, Dr. Longo,

20  from your February 26, 2019, Olsen trial testimony at

21  page 1717, lines 3 to 13:

22            "QUESTION:  When your firm MAS is analyzing

23  talc samples, if one of your analysts who is

24  conducting the test sees a non-asbestiform amphibole

25  cleavage fragment, it has substantially parallel

Longo - Cross/Ms. Brown

579

1    sides, if an aspect ratio of 5-to-1 or greater, and is

2    at least 5.5 micrometers long, the analyst will count

3    that as an asbestos structure.  True?

4            "ANSWER:  Meets that definition, that is true.

5            "QUESTION:  If he finds those things, he will

6    count it as an asbestos structure.  Correct?

7            "ANSWER:  As a regulated asbestos in that

8    population, yes."

9    A.    No.  It's not that the analyst knew it was a

10   nonasbestos amphibole cleavage.  It's if that

11   amphibole cleavage was there and it met the

12   definition, they would count it. The analyst --

13   Q.    Dr. Longo, this was your testimony during the

14   Olsen trial.  Correct?

15   A.    I see it written there.  I don't see what else

16   was asked in that.  In TEM that is one of the issues.

17   An analyst would not count if he knew somehow it met

18   the definition it was nonasbestos amphibole cleavage

19   fragment.  No, he would not count that if he knew.

20           THE COURT:  She put it into the question.  It

21   says:  If your analyst is conducting the test and sees

22   a non-asbestiform amphibole cleavage fragment -- it

23   says it in that question that is what they are they

24   are seeing.

25           THE WITNESS:  I see that.

Longo - Cross/Ms. Brown

580

1    Q.    And your answer was:

2          "Yes, it meets that definition.  And if he

3    finds it -- see, if he finds those things, a

4    non-asbestiform amphibole cleavage fragment, he will

5    count it as an asbestos structure."

6          And your answer was:

7          "As a regulated asbestos in that population,

8    yes."

9          That was your answer.  Correct?

10   A.    I would have to see if there is something more

11   to it, but that is what it states, yes.

12   Q.    And one of the things you told us, Dr. Longo, is

13   that where you are identifying individual fibers as

14   asbestos, you are not trying to make a determination

15   about whether those minerals grew in the asbestiform

16   habit?

17   A.    Or a single fiber without any information,

18   that's correct.

19   Q.    But, Dr. Longo, the ISO method on which you rely

20   in fact says that it is necessary to discriminate

21   between the asbestiform and non-asbestiform analog of

22   these minerals; doesn't it?

23   A.    That's correct.

24   Q.    Let's take a look if we could at Exhibit A 75,

25   which is the ISO 22262-2 method that you rely on, and

Longo - Cross/Ms. Brown

581

1    I'll direct everyone's attention to page 14.

2         What this method is talking about are

3    tremolite, actinolite, richerite and winchite.

4    Correct?

5    A.    That's correct.

6    Q.    And what this ISO standard on which you rely

7    states is that these types of minerals generally occur

8    as accessory minerals.  Correct?

9    A.    That's what it states.

10   Q.    And what this ISO method on which you rely

11   states is that since the non-asbestiform analogs of

12   the amphiboles are not generally regulated, it is

13   necessary to discriminate between the asbestiform and

14   the non-asbestiform analogs of those minerals.

15   Correct?

16   A.    That is correct.

17   Q.    Nevertheless, Dr. Longo, in making your call,

18   when your analysts are making the call, what they are

19   seeing measures up to a counting rule definition of a

20   fiber.  They are not purporting to determine whether

21   or not that particle is asbestiform or not.  Right?

22   A.    The analysts do not make that decision, but they

23   are asbestiform.  Asbestiform is the sample definition

24   of that.  It forms like asbestos or fibrous,

25   especially the bundles.  As pointed out by EPA, when

Longo - Cross/Ms. Brown

582

1    they look at the counting criteria for the aspect

2    ratio of 5-to-1 to 10-to-1, that most of the cleavage

3    fragments in analogs fall below 5-to-1.

4           Jim Millete pointed out, the best aspect ratio

5    is 5-to-1 and greater, as pointed out in Blount and

6    Campbell for --

7    Q.   Dr. Longo, can you get a little closer to the

8    microphone.

9           Let's do this real quick.  Where your analysts

10   identify individual fibers as asbestiform, they are

11   not purporting to make any determination as to whether

12   they grew in the asbestiform habit.  True or not?

13   A.   The analysts are not making that decision.  The

14   only decision they are making is that it is fibrous,

15   which meets the asbestiform definition, and does it

16   have the morphology as stated by the Environmental

17   Protection Agency for regulated asbestos.

18          THE COURT:  Your answer to the question was,

19   yes, they are not making that decision.  Is that what

20   I heard?

21          THE WITNESS:  Yes, ma'am.

22          THE COURT:  Thank you.

23   Q.   Let's talk in a little bit detail about the

24   AHERA regulation on which you rely.  Okay?

25   A.   Yes.

Longo - Cross/Ms. Brown

583

1   Q.    You used the AHERA counting rules in this case.

2   Correct?

3   A.    That is correct.

4   Q.    And what AHERA is, it is a regulation that

5   stands for the Asbestos Hazard Emergency Response Act.

6   Correct?

7   A.    That is correct.

8   Q.    If we could take a look at slide 12, please.

9         What this regulation is really all about,

10  Dr. Longo, is when there has been asbestos found in

11  schools and it's been remediated, this regulation is

12  concerned about going back in and making sure the

13  school is safe for kids to go back.  Correct?

14  A.    Correct.

15  Q.    So these counting rules that you rely on here

16  come from a regulation that is aimed at making sure

17  schools have been rid of asbestos.  Correct?

18  A.    The air samples are clean enough to allow people

19  back in, yes.

20  Q.    But what that means, Dr. Longo, is that before

21  these regulations even come into play, you've had a

22  determination that there is asbestos-containing

23  materials in a school.  Right?

24  A.    Yes, that's correct.

25  Q.    And asbestos-containing materials per this

Longo - Cross/Ms. Brown

584

1  regulation mean more than 1 percent.  Correct?

2  A.    Correct.

3  Q.    And so what AHERA contemplates as No. 1, someone

4  has found more than 1 percent asbestos-containing

5  material in a school.  True?

6  A.    Yes, at times.  If they -- only if the schools

7  or the institute decide that they feel that there is

8  no asbestos there, they have to test it.  So for -- so

9  information to the schools, if they agree there is

10 asbestos, they don't have to do the testing.  You are

11 only required to do the testing to determine asbestos

12 if you say there is no asbestos.

13 Q.    First of all, there has been a determination of

14 an asbestos-containing material.  Correct?

15 A.    Correct.

16 Q.    Second, there has been remediation at the

17 school.  Right?

18 A.    Correct.

19 Q.    And then there is testing that's being done to

20 make sure that the school is safe for kids to go back

21 in.  Right?

22 A.    Correct.

23 Q.    That's the context of these counting rules on

24 which you rely and which we saw in your PowerPoint

25 presentation with counsel.  Right?

Longo - Cross/Ms. Brown

585

1   A.    That's correct.

2   Q.    And so if we look back at the Elmer, for

3   example, this definition of a fiber comes from that

4   same regulation we were just looking at.  Right?

5   A.    Yes.

6   Q.    A regulation that doesn't even apply until there

7   has been a determination that there was at least a

8   1 percent asbestos-containing material in a school.

9   Right?

10  A.    Sort of.  It's based on the asbestos-containing

11  material as well as the same material that has

12  accessory minerals in it that include things like

13  tremolite, richerite -- and you have to understand,

14  even though, say, for W.R. Grace Monokote

15  Fireproofing, the majority of that material is made up

16  of Libby Montana vermiculite.  Not only would you be

17  looking at the chrysotile there, you would be looking

18  at the accessory minerals tremolite, actinolite, and

19  that would be part of it.

20         A lot of these asbestos products like Zonolite

21  acoustical plastic have a lot of accessory minerals

22  that are tremolite and actinolite.  So the laboratory

23  who was analyzing the samples may never have any idea

24  on what was taken out of the building.  They just

25  count it the same all the way through.

586

1   Q.   My question is much simpler than that.  Let's do

2   it like this or we can read it and put it on the

3   screen:  The question is:  Before the counting rules

4   from AHERA ever come into play, you've had an analysis

5   that has found already in that school

6   asbestos-containing materials.  Correct?

7   A.   Maybe.  They have some idea that there is

8   asbestos there.  If they did the PLM analysis, yes.

9   Q.   If it has been analyzed, that's correct?

10  A.   That is a correct statement.

11  Q.   The answer to my question, if someone has gone

12  in and analyzed it, there has been a determination

13  that the school contained asbestos-containing

14  materials.  Correct?

15  A.   Correct.

16  Q.   And that's when the counting rules on which you

17  rely come into play.  Right?

18  A.   When you do the TEM analysis for any air sample

19  that has to do with that, outside, inside, you use the

20  standard methodology by the EPA to identify asbestos.

21  Q.   My question was real simple.  That is when the

22  counting rules on which you rely come into play,

23  right, Dr. Longo, when you use that protocol, that

24  standard methodology for any type of air sample

25  analysis, that would be correct, or any TEM analysis?

Longo - Cross/Ms. Brown

587

1          And, you know, because we just look at the

2    review of the levels that your analysts are claiming

3    to find here, the levels of asbestos your analysts

4    claim to find in Johnson & Johnson's product is

5    nowhere near 1 percent.  Right?

6    A.    They are less than 1 percent, that's correct.

7    Q.    Significantly less than 1 percent.  Right,

8    Dr. Longo?

9    A.    Two to three orders of magnitude less.

10   Q.    3.3 millionths of a percent.  Right, Doctor?

11   A.    And higher.

12   Q.    Up to 9.2 thousandth of a percent.  Right?

13   A.    Hundreds, thousands, three orders of magnitude.

14   Q.    That's as high as it gets.  Right?

15   A.    For these samples, that's correct.

16   Q.    I want to talk a little bit about your visual

17   TEM that your analysts in this case did.  Okay?

18   A.    Yes.

19   Q.    Just to orient us, this TEM methodology, it

20   cannot tell me the difference when it comes to a

21   single fiber about whether or not it is asbestiform or

22   non-asbestiform.  Right?

23   A.    I think I have agreed in the past, looking at a

24   single fiber in a vacuum versus looking at a

25   population from a mine, numerous samples that what you

Longo - Cross/Ms. Brown

588

1   can say is regulated asbestos.  But without any

2   additional information, I would not call it

3   asbestiform or non-asbestiform.

4   Q.    You have been asked this question before.

5   Right?

6   A.    Yes.

7   Q.    Let's just see if we can agree and move on.

8         TEM cannot tell you if you identify a single

9   fiber whether or not it is asbestiform or

10  non-asbestiform.  Correct?

11  A.    Correct.  I think I've been asked if it is in a

12  vacuum with no other information other than saying

13  it's regulated asbestos it would not say it's

14  asbestiform or non-asbestiform.

15        MS. BROWN:  Permission to read, your Honor?

16        THE COURT:  Yes.

17        MS. BROWN:  Could I have Longo 666.  This is

18  your trial testimony from February 20th, 2018, from

19  the Lanzo trial.  I'll read page 3021, lines 4 to 9:

20        "QUESTION:  My question to you, Dr. Longo, is

21  that transmission electron microscopy cannot tell you

22  if you identify a single fiber whether or not that

23  particle is asbestiform or non-asbestiform.  Correct?

24        "ANSWER:  That is correct."

25        Now, in addition, Dr. Longo, to your testimony

Longo - Cross/Ms. Brown

589

1    on this score, the ISO TEM method on which you rely

2    also states that it cannot discriminate between

3    individual fibers of asbestos and non-asbestos

4    amphiboles of the same amphibole mineral.  Correct?

5            MR. BLOCK:  Can you state which ISO standard

6    you are referring to by number, please.

7            MS. BROWN:  ISO 13794, 1999, at page 8,

8    section 1.1.  It is also on the slide.

9    BY MS. BROWN:

10   Q.    Dr. Longo, this TEM method on which you rely

11   states right on its face, does it not, that the TEM

12   method cannot discriminate between individual fibers

13   of asbestos and non-asbestos analogs, correct?

14   A.    That's what that particular method says for the

15   analysis of TEM samples.

16   Q.    And that's the method that your analyst used to

17   analyze cosmetic talc.  Correct?

18   A.    No.  We used the ISO 13794 for the definition of

19   fibers.  The ISO 22262-1-2 provides the methodology

20   and it is the only method out there for cosmetic talc.

21   Q.    You know, Dr. Longo, because you read it and

22   rely on it that ISO 22262-2 refers to this method as

23   indispensable for TEM analysis.  Correct?

24   A.    Correct.

25   Q.    Now, while you have agreed that for a single

Longo - Cross/Ms. Brown

590

1  fiber you cannot distinguish between asbestiform and

2  non-asbestiform, in your view, Dr. Longo, when your

3  analyst identifies a bundle, it is by definition

4  asbestiform.  Correct?

5  A.    Correct.

6  Q.    And your original report on the eBay samples was

7  done using TEM.  Correct?

8  A.    Correct.

9  Q.    And we spoke earlier this morning, you used a

10  modified Blount preparation and paired that with TEM

11  for your March 2018 report.  Right?

12  A.    Correct.

13  Q.    And that report, as we spoke about earlier, was

14  by and large from eBay samples purchased by the

15  plaintiffs' lawyers.  Correct?

16  A.    Correct.

17  Q.    And that report was the subject of your

18  testimony around the country for about two years.

19  Correct?

20  A.    I think that's correct, yes.

21  Q.    You are not using that methodology here as it

22  relates to the MDL samples.  Correct?

23  A.    No.  It's the same thing.  The ISO 22262-2 heavy

24  liquid density separation is almost identical to the

25  Blount separation.

Longo - Cross/Ms. Brown

591

1    Q.    But you know it is not the same at all?

2    A.    That is not true.  It uses the centrifuge and

3    the heavy liquid density.  The main difference is it

4    has a 2.81 density versus the --

5          THE COURT:  Keep your voice up.

6          THE WITNESS:  -- has 2.85.  It is very close.

7    Q.    The method you used for the beginning of your

8    testimony in this litigation, Dr. Longo, it was

9    modified from Dr. Blount's paper.  Correct?

10   A.    Correct.

11   Q.    And you changed some things in Dr. Blount's

12   method.  Correct?

13   A.    Correct.  We changed that from the 2.81 heavy

14   liquid density, and we went to 2.85, and we used TEM

15   instead of PLM.

16   Q.    And you changed how long you spun the

17   centrifuge.  Correct?

18   A.    We changed the RPMs and we changed the length of

19   time.

20   Q.    And unlike Dr. Blount, she paired her

21   preparation with PLM in your original report that you

22   are not using anymore; you paired that with TEM.

23   Correct?

24   A.    Yes, ma'am.

25   Q.    And this modified Blount plus TEM method is not

Longo - Cross/Ms. Brown

592

1    a method you have used to test the MDL samples.

2    Correct?

3    A.    I would disagree because it is the same protocol

4    that we modified to.  Go over it.  We used 2.85 heavy

5    liquid density separation in the Blount method.  We

6    used that in the ISO 22262-2 per as the method.  We

7    used transmission electron microscopy instead of PLM

8    in the Blount method.  In the 22262-2 it says you can

9    use this preparation for PLM, SEM and TEM.

10   Q.    How long do you spin the samples with the

11   modified plus TEM?

12   A.    I believe it was 60 minutes or so.

13   Q.    How long do you spin the samples in the MDL?

14   A.    I believe they are the same.

15   Q.    Let's move on, Dr. Longo.

16         In your original report you found that

17   53 percent of the structures that your analysts were

18   reporting were bundles.  Correct?

19   A.    Correct.

20   Q.    And in your MDL report, which now employs the

21   ISO methodology and -- are I'll rephrase the question.

22         Now, in your updated MDL report, Dr. Longo,

23   your analysts are now finding 93 percent bundles.

24   Correct?

25   A.    That is correct.

Longo - Cross/Ms. Brown

593

1    Q.    And that is in fact an increase of 40 percent in

2    the number of bundles that your analysts purported to

3    find in your original report versus your MDL report.

4    Correct?

5    A.    That's correct.  But you are not really

6    comparing the same thing between the two.

7    Q.    What I want to compare, Dr. Longo, are some of

8    the pictures from your original report with some of

9    the pictures from your MDL report.

10          So if we could look at Longo at 520 A, this is

11   an image on the left from your 2017 report where your

12   analysts concluded that they were looking at a single

13   fiber.  Correct?

14   A.    That's correct.

15   Q.    And the image on the right is from your MDL

16   report where your analysts concluded they were looking

17   at a bundle.  Correct?

18   A.    Correct.

19   Q.    And to orient us again about this bundle fiber

20   business, when it's a single fiber, you can't tell if

21   it is asbestiform or non-asbestiform, but in your

22   view, when it is a bundle, it is by definition

23   asbestiform.  Right?

24   A.    Well, no.  Wait a minute.  When we have a

25   population of fibers here and not all just 5 to 1 or

Longo Cross/Ms. Brown

594

1    greater but 10-to-1,  20 to 1, 30-to-1, and they are

2    coming out of a population in a particular mine and a

3    particular container, they meet the definition of

4    asbestiform because asbestiform definition is fibrous-

5    like asbestos.  So we are not dealing with every time

6    you see a single fiber that meets the standard

7    methodology that you have a population of them in a

8    population of bundles that's asbestiform.

9    Q.    Dr. Longo, in your opinion a bundle is by

10   definition asbestos.  True?

11   A.    Asbestiform, a single fiber is asbestos if it

12   meets the definition.

13   Q.    In your opinion, a bundle is by definition

14   asbestiform.  Correct?

15   A.    Yes.

16   Q.    And in your original report the picture on the

17   left shows a call by your analyst that it is a single

18   fiber, and the picture on the right shows a call it is

19   a bundle.  Correct?

20   A.    Yes.

21   Q.    The next one, this is a picture on the left from

22   your 2017 report where your analyst at MAS made the

23   call it was a single fiber.  True?

24   A.    That is true.

25   Q.    And we have a picture on the right where your

Longo - Cross/Ms. Brown

595

1    analyst made a call it was a bundle.  Correct?

2    A.    That is correct.

3    Q.    One more, Dr. Longo, comparison from the two

4    reports.  We have a picture on the left here from the

5    2017 report where your analysts concluded this was a

6    single fiber, and a picture from the right where the

7    call was made that it was in fact a bundle.  Correct?

8    A.    That is correct.

9    Q.    And the truth is, Dr. Longo, when it comes to

10   the determination about whether something is a single

11   fiber or a bundle, you rely on your analysts to

12   correctly distinguish between a single fiber and a

13   bundle.  Correct?

14   A.    That is correct.

15   Q.    And this determination is it a fiber or a bundle

16   is not something the microscope automatically does.

17   Right?

18   A.    It does not automatically do it.

19   Q.    This is a determination made by the analyst

20   sitting down and looking at the samples.  Correct?

21   A.    Yes.  The analyst is sitting down looking at the

22   sample.

23          THE COURT:  You have to stay closer to the

24   microphone, please.

25   A.    The analyst can change the focal plane.  The

Longo - Cross/Ms. Brown

596

1    analyst can flip in another type of lens that

2    increases the magnification by 10,000 times -- excuse

3    me -- 10 times.  So the analyst is making the

4    decision.  These are two different things.  One is .4.

5    One is .2.  And the analyst can see that while he is

6    doing it.  The one before that you can actually see

7    some of these fibers protruding at the end of it.  So

8    the analyst does make the decision, but these are some

9    that you are looking at it on a two-dimensional plane.

10   You have to be sitting at the microscope to see the

11   full breadth of it.

12   Q.    That's why it's hard for us not having you as

13   the person who actually looked at the microscope to be

14   able to look back and explain what happened.  Right?

15   A.    No.  You don't need that.

16   Q.    You were not the person who sat at the

17   microscope and made the calls on these fibers and

18   bundles.  Correct?

19   A.    That is correct.  But we've had verification

20   from outside laboratories come in and verify the

21   fibers and bundles.

22            THE COURT:  How do they verify?

23            THE WITNESS:  They get the TEM grid.  We tell

24   them what grid openings to look at.  They go and look

25   at it and say "fiber," "bundle" and that it is

597

1    anthophyllite or tremolite.  We had an independent lab

2    do that, Lee Poye, and he found 90 percent bundles in

3    those MDL samples wherein those same samples we found

4    80.

5              MS. BROWN:  This sounds like something that

6    has not been disclosed.  I'm going to ask him

7    something very similar to that right now.

8              MR. BLOCK:  He gave that testimony on direct

9    and the verification that was done -- and also can we

10   take a couple of minute bathroom break?

11             THE COURT:  We will.  You want to do it now?

12             MR. BLOCK:  No.  At the Court's convenience.

13             THE COURT:  We will in a few minutes.  I want

14   to break up the afternoon appropriately.

15   BY MS. BROWN:

16   Q.    Following up, Dr. Longo, on Her Honor's

17   question, one of the things you do from time to time

18   at your MAS shop is do some reports on your analysts.

19   Correct?

20   A.    Correct.

21   Q.    And one of the things you commissioned in

22   September of 2018, you and Dr. Rigler, was

23   co-efficient of variation report.  Right?

24   A.    That is correct.

25   Q.    And incidentally, Dr. Longo, Dr. Rigler is your

Longo - Cross/Ms. Brown

598

1    co-author on your MDL reports.  Correct?

2    A.    That is correct.

3    Q.    And Doctor Rigler, as of late, is no longer

4    employed by MAS.  Correct?

5    A.    That is correct.

6    Q.    And you have declined in your depositions to

7    talk about the circumstances that led to Dr. Rigler's

8    departure.  Correct?

9    A.    Correct.  It is our company policy not to

10   discuss why people leave MAS, but I will state that.

11   Q.    Dr. Rigler is getting ready to turn 65 --

12         THE COURT:  He's not old.

13   A.    And he's been commuting 90 miles each way for

14   30 years, and I won't tell you why he left.  But I

15   will tell you the entire time Dr. Rigler, from the day

16   he started until the day he decided to leave MAS, he

17   was an outstanding employee.

18   Q.    I want to talk about a report that Dr. Rigler

19   and yourself commissioned, the coefficient of

20   variation report, from September of 2018.  Are you

21   with me?

22   A.    I am.

23   Q.    All right.  This was an analysis to determine

24   the level of variation in how your analysts report

25   asbestos from one analyst to the next in the same

Longo - Cross/Ms. Brown

599

1    sample.  Correct?

2    A.    Yes and no.  It was to determine how many

3    asbestos structures per grid opening that they

4    counted.  It was never designed for a fiber bundle

5    coefficient variation.

6    Q.    For counting asbestos structures from one

7    analyst to the next.  That's what this report was

8    aimed at doing.  Right?

9    A.    Exactly asbestos structures.

10   Q.    One of the things you know, Dr. Longo, is that

11   when your analysts report on the structures, they are

12   seeing under the TEM microscope, they fill out a count

13   sheet.  Right?

14   A.    That is correct.

15   Q.    And you have produced a whole lot of count

16   sheets in this litigation.  Correct?

17   A.    That is correct.

18   Q.    And count sheets -- and I think I have one here

19   -- a count sheet is something that looks like this.

20   Correct?

21   A.    Yes, ma'am.

22   Q.    And so when you say they are figuring out the

23   structures, this is where they would record that

24   information.  Correct?

25   A.    That and take a photograph.

Longo - Cross/Ms. Brown

600

1  Q.    And so these are the types or the categories of

2  information that your analysts are recording when they

3  are looking at a microscope under TEM.  Correct?

4  A.    That is correct.

5  Q.    So you ran this coefficient of variation

6  exercise with Dr. Rigler in 2018.  Right?

7  A.    Yes.

8  Q.    And so to do that, what you did is you bought a

9  bottle of Johnson's Baby Powder off the shelf, and you

10  spiked it or you added to it tremolite asbestos and

11  anthophyllite asbestos.  Right?

12  A.    Yes.

13  Q.    And you spiked it with .3 percent asbestos?

14  A.    Yes.

15  Q.    Orders of magnitude more that your analysts are

16  claiming to find in Johnson & Johnson's Baby Powder.

17  Right?

18  A.    By TEM, that's correct.

19  Q.    And you had four analysts look at the same grid

20  to analyze it for tremolite and anthophyllite

21  asbestos.  Is that correct?

22  A.    That's correct.

23  Q.    Your analysts are trained to distinguish between

24  fibers and bundles.  Correct?

25  A.    Yes.

Longo - Cross/Ms. Brown

601

1    Q.    As part of the exercises here they would have

2    filled out information about what they were seeing.

3    Correct?

4    A.    Yes.

5    Q.    Including whether they were seeing a bundle or

6    whether they were seeing a fiber.  Right, Dr. Longo?

7    A.    Per the instructions of just doing structures,

8    yes, they put that down.

9    Q.    And you collected that information and put it

10   into a report.  Correct?

11   A.    On the counting errors, yes.  But the count

12   sheets were there.

13   Q.    And if we could look at the slide on the

14   findings, I want to talk to you a little bit about the

15   number of times your analysts agreed or disagreed on

16   whether what they were seeing was a fiber or whether

17   what they were seeing was a bundle.  Are you with me?

18   A.    Is this the tremolite or the anthophyllite one?

19   Q.    This is the tremolite one.  So your analysts did

20   this thing twice.  Right?

21   A.    One for anthophyllite and once for tremolite.

22   Q.    I want to talk about their findings when they

23   did it for tremolite.  Okay?

24   A.    Okay.

25   Q.    Those are the same four analysts who were

Longo - Cross/Ms. Brown

602

1   looking at the TEM samples in the MDL.  Correct?

2   A.    Correct.

3   Q.    So these are the same four folks who back in

4   September of 2018 looked at the same TEM grid and

5   filled out individual count sheets like the one we

6   just looked at.  Right?

7   A.    That is correct.

8   Q.    So for grid opening No. 1 on our list, AE --

9   E-2, analyst No. 1 looked at the same grid opening as

10  the other three and called it a bundle.  Right?

11  A.    Correct.

12  Q.    Analysts 2 and 3 looked at the same exact thing

13  and called it a fiber.  Right?

14  A.    Yes.

15  Q.    And analyst 4 was with No. 1 and called it a

16  bundle.  Right?

17  A.    Correct.  There was 50 percent agreement on the

18  structures.  50 percent said it was a fiber and

19  50 percent said it was a bundle.

20  Q.    The second time everyone agreed it was a fiber.

21  Right?

22  A.    Correct.

23  Q.    The third time, first three folks called it a

24  bundle but analyst 4 called it a fiber.  Right?

25  A.    That would be 75 percent agreement.

Longo - Cross/Ms. Brown

603

1   Q.    And I thought I heard you on your direct

2   examination, Dr. Longo, I thought I heard you say

3   there is no right.  Do you remember giving that

4   testimony?

5   A.    Yes.  You are not starting with a known.  It is

6   an agreement between the analysts.  So you can't say

7   any of them are wrong.  It is their agreement.  That's

8   how the National Voluntary Laboratory Accreditation

9   Program does it.

10  Q.    Now, you are referring to the NVLAP standard

11  that you guys are accredited with.  Right?

12  A.    Yes.

13  Q.    You know what that standard requires; right,

14  Dr. Longo?

15  A.    90 percent.

16  Q.    It requires that every time you have a group of

17  analysts like this looking at the same thing that they

18  say they make the same call 90 percent of the time.

19  Right?

20  A.    Right.  I think we have talked about this in the

21  past.  This test was only designed to determine the

22  counting statistics.  We never asked the analysts to

23  do a fiber bundle agreement study.

24  Q.    Let's go back to our list.

25  A.    We have done that for NVLAP 90 percent --

Longo - Cross/Ms. Brown

604

1   Q.   Dr. Longo, we are talking about what has been

2   produced in this case and at issue here.  So I want to

3   talk about this study where, as part of recording what

4   they saw, your analysts made the call about whether

5   they were looking at a fiber or whether they were

6   looking at a bundle; and if we go down this list, you

7   can see that your analysts agreed only once.  Correct?

8   A.   They agreed not only once.  The way you are

9   doing that is inappropriate.

10  Q.   Dr. Longo, you understand that there were times

11  when three of your analysts didn't see anything at all

12  and one of them thought they saw a fiber.  Do you see

13  that?

14  A.   You can't compare that.

15  Q.   You see there were times where three people

16  didn't see anything at all but analyst 2 saw a bundle.

17  Right?

18  A.   No, this is not how you do these methods.  You

19  can't say that.  What you are saying is it is the

20  example I used earlier.  If you had 100 analysts and

21  95 of them call it a bundle and five of them call it a

22  fiber, you would draw a red line all the way through

23  that.

24  Q.   Here is the thing, Dr. Longo, the requirement is

25  90 percent agreement, and even on your chart you

Longo - Cross/Ms. Brown

605

1    showed on direct examination your folks were not

2    agreeing 90 percent of the time.  That's true?

3              MR. BLOCK:  Objection.  Compound question.

4              THE COURT:  If I can go back to how many

5    compound questions were asked today on both on direct

6    and on cross.  So are you really getting to that now?

7              MS. BROWN:  Your Honor, I'm at the end of

8    this, if this is an appropriate time for the Court, I

9    think we're done with this report.

10             THE COURT:  Okay.  We'll take the break now.

11             THE DEPUTY CLERK:  All rise.

12             (Recess.)

13             (Continued on the next page.)

14   ///

15

16

17

18

19

20

21

22

23

24

25

Longo - Cross/Ms. Brown

606

```
1          THE DEPUTY CLERK:  All rise.

2          THE COURT:  Thank you.

3

4    WILLIAM E. LONGO, resumed.

5

6    CROSS-EXAMINATION

7    BY MS. BROWN:  (Continued)

8    Q.    Welcome back, Dr. Longo.

9    A.    Thank you.

10   Q.    Dr. Longo, I want to talk a little bit about

11   some of your PLM analysis in this case.  Okay?

12   A.    Yes.

13   Q.    Prior to issuing your MDL report, you had not

14   used PLM in your initial report.  Correct?

15   A.    That is correct.

16   Q.    And in fact you were of the opinion back then in

17   2017 and 2018 that PLM basically wasn't going to work.

18   Correct?

19   A.    Using the standard method, yes, ma'am.

20   Q.    You were of the opinion that PLM was not

21   appropriate for this kind of cosmetic talc analysis.

22   Correct?

23   A.    That is correct.

24   Q.    You testified that in your opinion PLM, which,

25   just to orient us, consists of two of the three
```

Longo - Cross/Ms. Brown

607

1    methods you are using here.  Right?

2    A.    That's correct, the heavy density liquid Blount

3    method and the ISO 22262-1 method.

4    Q.    And so just to reorient us, Dr. Longo, you have

5    used in the MDL ISO PLM.  Correct?

6    A.    Yes.

7    Q.    Blount PLM?

8    A.    That is correct.

9    Q.    And ISO TEM.  Correct?

10   A.    Yes, the talc method by ISO for TEM.

11   Q.    Two of those methods involve the polarized light

12   microscopy method.  Right?

13   A.    Yes.

14   Q.    Prior to the MDL you had testified in a number

15   of different places that PLM was not an appropriate

16   method for testing cosmetic talc?

17   A.    That is correct.

18   Q.    And you testified actually that you were of the

19   view that it could not pick up trace levels of

20   asbestos.  True?

21   A.    That is true.

22   Q.    And so your original report on the eBay samples

23   dealt only or employed only TEM.  Correct?

24   A.    That is correct.

25   Q.    Now, here in the MDL you are now using two PLM

Longo - Cross/Ms. Brown

608

1    methods.  Fair enough?

2    A.    That is fair, yes.

3    Q.    One of those comes out of the ISO method.

4    Correct?

5    A.    Correct.

6    Q.    I would like to use the Elmo for a moment, if I

7    could.  You put up this slide earlier today with

8    counsel for the plaintiffs.  Do you remember that?

9    A.    I do.

10   Q.    And this slide speaks to the ISO 22262-2 method.

11   Correct?

12   A.    Correct.

13   Q.    And one of the things that was a little strange

14   about this slide is that the last sentence is cut off.

15   Right, Dr. Longo?

16          Do you see that?

17   A.    Yes.

18   Q.    You do use 22262-2, correct?

19   A.    Correct.

20   Q.    And this was the subject of a slide when you

21   were talking about how this is an appropriate

22   procedure and one that you employed in the MDL.

23   Correct?

24   A.    That is correct.

25   Q.    All right.  So let's take a look, though, at the

Longo - Cross/Ms. Brown

609

1  actual standard, and if we can't get to the end of

2  that sentence, which begins "quantify any asbestiform

3  amphibole in the centrifuge."  And so if we go to the

4  actual method, we will see near the end of that

5  sentence if we can bring it up.

6        Here is the rest of the sentence which says,

7  "...quantify any asbestiform amphibole in the

8  centrifuge by the point counting procedures specified

9  in 14.2.3."  See that?

10  A.    Yes.

11  Q.    Point counting is not a method you employed in

12  this case.  Right?

13  A.    That is correct.  The same method discusses

14  point counting when you have two different size

15  densities in the material such as talc and amphibole

16  asbestos.  It is in this method where it specifically

17  says point counting is not recommended if you have

18  materials that have two different types of densities

19  and two different sizes because it will impart an

20  error factor.  Yes, it says that.  But it also says

21  not to use point counting.

22  Q.    Let's go to the end of the sentence that we

23  didn't see, that you should quantify asbestiform

24  amphibole by point counting.  My question was:  You

25  didn't do point counting here.  True?

Longo - Cross/Ms. Brown

610

1    A.    To be fair, we didn't do point counting because

2    the method says don't do point counting when you have

3    these types of samples.

4          THE COURT:  Your answer is you did not do

5    point counting?

6          THE WITNESS:  That is correct, Judge.

7    Q.    I want to give a little context to what we are

8    talking about here.

9          When you employed the ISO PLM method, your

10   analysts in some instances came up with a weight

11   percentage of the amphibole that they were seeing.  Is

12   that correct?

13   A.    That's correct.

14   Q.    And in this case your analysts here recorded

15   less than .1 tremolite actinolite.  Correct?

16   A.    Correct.

17   Q.    And to get that information, your analysts did

18   not use the point counting method.  Correct?

19   A.    No.  They used the appropriate method but not

20   point counting.

21   Q.    What you tell us in your report -- first of all,

22   your PLM analyst is Mr. Paul Hess.  Correct?

23   A.    Correct.

24   Q.    And Mr. Hess did all of the PLM analyses in this

25   case.  Correct?

Longo - Cross/Ms. Brown

611

1    A.    Correct.

2    Q.    And what Mr. Hess did -- you tell us in your

3    report -- is that for positive samples, a visual

4    estimation of the quantity of asbestos observed was

5    based on eye calibration through review of lab

6    generated weight percent standards.  Correct?

7    A.    Correct.

8    Q.    What that means is that Mr. Hess looked at the

9    area that was supposedly covered by asbestos versus

10   the entire area and compared them against a weight

11   percent standard.  Correct?

12   A.    The entire of the other particulates, that's

13   correct.

14   Q.    What he used, according to your report,

15   Dr. Longo, was a lab-generated weight percent

16   standard.  Correct?

17   A.    That is correct.

18   Q.    And the "lab generated," that means something

19   produced out of your shop MAS.  Correct?

20   A.    Yes.

21   Q.    And the way you made those weight percent

22   standards was based on spiking a sample of Johnson &

23   Johnson's Baby Powder.  Right?

24   A.    Correct.

25   Q.    And once you spiked it, and mixed in what you or

Longo - Cross/Ms. Brown

612

1    someone at your lab considered to be appropriate

2    materials, you got a weight percent as your standard.

3    Correct?

4    A.     Correct.

5    Q.     And you, Dr. Longo, did not personally generate

6    those standards.  Correct?

7    A.     I did not.

8    Q.     An employee of yours did that.  Correct?

9    A.     That is correct.

10   Q.     And you did not supervise or evaluate the

11   employee who was doing that?

12   A.     I don't understand the question.

13   Q.     You didn't observe this employee.  Ms. Victoria

14   Panarello, when she was creating these MAS weight

15   percentage standards.  Correct?

16   A.     That I don't recall.  I'm in and out of the lab

17   quite a bit.

18          MS. BROWN:  Permission to read, your Honor?

19          THE COURT:  Okay.

20   Q.     This is from your testimony, binder Exhibit

21   D-48.  This is from your February 5, 2019 MDL

22   deposition at page 271, lines 16 to 21:

23          You were asked the question in your MDL

24   deposition 271, lines 16 to 20, as it relates to the

25   work of Ms. Panarello?

Longo - Cross/Ms. Brown

613

1          "QUESTION:  Did you monitor her when she did

2     that?

3          "ANSWER:  Did I sit here and stand there and

4     watch her?  No.

5          "QUESTION:  Did you monitor her in any other

6     way?

7          "ANSWER:  No."

8          And you, Dr. Longo, to orient us to what's

9     being done with these MAS generated-standards, which

10    is what Mr. Hess is using when he was doing his visual

11    examination about how much asbestos he's estimating is

12    in the sample.  Correct?

13    A.    It is a visual estimate based on past standards,

14    based on these petrographics that show what the

15    various percentages are.  So there is a couple of

16    things.

17    Q.    And you know that ISO, the standard on which you

18    rely, it says that the accuracy and reproducibility of

19    those visual estimates is very limited.  Correct?

20    A.    That's correct.

21    Q.    You know, Dr. Longo, that you did not include,

22    in connection with your MDL report, the weight

23    standards that an employee of MAS created.  Correct?

24    A.    That's correct.

25    Q.    And so either the MAS employee who created the

Longo - Cross/Ms. Brown

614

1  standard nor the MAS employee who used the standard

2  have provided testimony in the MDL.  Correct?

3  A.    That is correct.

4  Q.    You didn't include any information, Dr. Longo,

5  in your MDL report and supporting materials that would

6  allow someone else to replicate or figure out the work

7  that your employees did in coming up with the weight

8  percentages under PLM.  Correct?

9  A.    No, that's not quite fair.  The experts for

10 Johnson & Johnson have splits of every one of these

11 samples.  They have the ability to follow the

12 protocol.  They have the ability to do the ISO

13 22262-2.  They have the ability to do the heavy liquid

14 density separation.  They did PLM.  They have been in

15 our lab and done TEM and verified these analyses.

16 That's not fair to say there is no way to reproduce --

17        THE COURT:  She's asking a very specific

18 question about taking out the weight percentages.

19 Where does that appear so someone could replicate.

20 That was the focus of the question.  Can you answer

21 that question now.

22        Do you want to ask it again.

23        MS. BROWN:  Yes, your Honor.

24 Q.    To follow up on the Judge's question, and what I

25 was after, Dr. Longo:  This process that was done at

Longo - Cross/Ms. Brown

615

1  MAS used MAS-created weight percent standards.

2  Correct?

3  A.    Correct.  You want to know what those weight

4  percent standards are?

5  Q.    No.  I have a different question.  You did not

6  include those MAS weight percent standards in the

7  materials you produced in the MDL.  Correct?

8  A.    The actual samples themselves?

9  Q.    The standards, Dr. Longo, the standard that your

10  employee used to estimate how much asbestos he thought

11  was in a sample he was looking at under PLM; you did

12  not produce those.  Correct?

13  A.    I'm just trying to understand.  Produce the

14  actual spiked talcum powder sample with the asbestos

15  in it?

16  Q.    Dr. Longo, you did not include in your MDL

17  report any information concerning the data that was

18  generated in your lab in creating these weight percent

19  standards against which Mr. Hess compares the sample

20  to determine how much asbestos he thinks is in

21  Johnson's Baby Powder?

22  A.    Now I understand.  I did not produce that data.

23  Q.    Dr. Longo, we can agree one of the cornerstones

24  of the scientific method is that results are capable

25  of validation.  Fair?

Longo - Cross/Ms. Brown

616

1    A.    That's fair.

2    Q.    And validation is often described in terms of

3    producing results that are both repeatable and

4    produceable.  Correct?

5    A.    That is correct.

6    Q.    And one of the things you did here as part of

7    your work was to send some of the samples that your

8    analyst tested to another lab.  Correct?

9    A.    Yes.

10   Q.    And that's the J-3 lab that Mr. Poye works at.

11   Correct?

12   A.    Correct.

13   Q.    And you have known Mr. Poye for a long time.

14   Correct?

15   A.    A few years.

16   Q.    And you believe J-3 is a very good lab.

17   Correct?

18   A.    I do.

19   Q.    In fact, it was you who selected Mr. Poye and

20   recommended Mr. Poye as someone you could send your

21   samples to in this context.  Correct?

22   A.    That's correct.

23   Q.    And so what happened here is that in June of

24   2018 you sent 79 samples to Mr. Poye for testing by

25   X-ray diffraction as well as polarized light

Longo - Cross/Ms. Brown

617

1   microscopy or PLM.  Correct?

2   A.    That is correct.

3   Q.    And you instructed Mr. Poye at J-3 to use the

4   ISO PLM method.  Correct?

5   A.    Correct.

6   Q.    Now, Mr. Poye had done this exercise of

7   verification of your work in the past.  Correct?

8   A.    Only the TEM.  We had sent previous samples to

9   him for the R-93 and the XRD, but we had not performed

10  any R-93.  So there was no verification in, I guess

11  I'll call, the initial samples.

12  Q.    In the initial eBay report you had also sent

13  some of your work to Mr. Poye for testing.  Correct?

14  A.    That's correct.

15  Q.    And Mr. Poye employed a test called the EPA R-93

16  test.  Correct?

17  A.    Yes, ma'am.

18  Q.    That is not a method that you used here.  Right?

19  A.    No.

20  Q.    And in the MDL, when you sent the MDL samples to

21  Mr. Poye, you told him to use a method other than the

22  R-93.  Correct?

23  A.    That is correct.

24  Q.    You told him to use the ISO method.  Correct?

25  A.    Correct, since the ISO 22262-1 and 2

Longo - Cross/Ms. Brown

618

1    specifically talks about talc and cosmetic talc.  It

2    is the only method out there that specifically has

3    cosmetic talc in it.  That's why that method is

4    chosen.

5    Q.    And, ultimately, Dr. Longo, Mr. Poye tested 22

6    of the same samples that your analyst at MAS had

7    tested by ISO PLM.  Correct?

8    A.    Yes, ma'am.

9    Q.    What that means is we had your lab and

10   Mr. Poye's lab running the same method on the same 22

11   samples.  Correct?

12   A.    Not really.

13   Q.    Let me rephrase, Dr. Longo.  You told Mr. Poye

14   to use the ISO PLM method.  Correct?

15   A.    Correct.

16   Q.    And you sent him samples from the samples that

17   your shop had tested.  Correct?

18   A.    That is correct.

19   Q.    And the reason, as evidenced in your report,

20   that you did that was as part of a verification

21   exercise.  Correct?

22   A.    That is correct.

23   Q.    And the title of the report is in fact

24   "Verification."  Correct?

25   A.    Can I see the report?

Longo - Cross/Ms. Brown

619

1    Q.    Sure.  We'll get that right away.

2          While I get that, Dr. Longo, the 22 samples

3    that you sent to Mr. Poye, your lab had found asbestos

4    in eight of them.  Correct?

5    A.    That is correct.

6    Q.    And when you sent them to Mr. Poye, however, his

7    lab did not detect asbestos in any of them.  Correct?

8    A.    That is correct.

9    Q.    And he was using the same method, right?

10         And you, in fact, contained the results of

11   Mr. Poye's ISO PLM in your February 2019 report.

12   Correct?

13   A.    That is correct.  We are both using the ISO

14   22262-1, but the amount of work going into -- in

15   particular analysis is different.

16   Q.    I want to talk about that.

17         Before we talk about some information that you

18   have learned recently, I want to make sure we are

19   clear.  The same test methods were used by both your

20   shop and Lee Poye's shop.  Right?

21   A.    It is the same test method, but it is a

22   different level of examination that we are using

23   versus Lee Poye.  It is not really fair to compare the

24   two.

25   Q.    When you sent the samples to Mr. Poye, you asked

Longo - Cross/Ms. Brown

620

1   him to employ the ISO PLM method.  Correct?

2   A.    Correct.

3   Q.    And you didn't give him any other additional

4   instructions about how long he should spend analyzing

5   the samples.  Correct?

6   A.    No.

7   Q.    And the ISO PLM method itself does not contain

8   any restrictions or guidance or limitations about how

9   long a microscopist should spend on a sample?

10  A.    That's correct.

11  Q.    When you sent the samples to Mr. Poye, you did

12  not instruct him to use a particular piece of

13  equipment or a particular lens on his equipment when

14  he was analyzing these samples.  Correct?

15  A.    No.  We asked him just to use the ISO 22262-1

16  method.  However, we have a high resolution camera.

17  You can see some of the photographs we have up there,

18  how good the resolution is on a high definition

19  screen.  We have a different objective lens that takes

20  out -- corrects the aberrations, and our analyst is

21  not given any time that they have to complete a

22  sample.  Paul Hess may have spent two to six hours on

23  an individual sample.  I agree they are both the same

24  method, but the level of analysis between the two is

25  different.

Longo - Cross/Ms. Brown

621

1    Q.    Let's break those down, Dr. Longo.

2          One of the reasons that you have come to

3    believe would explain the fact that your lab found

4    asbestos in eight of the samples, and Mr. Poye's lab

5    did not, is a high resolution camera.  Is that what

6    you said?

7    A.    Not the only thing.

8    Q.    His resolution camera is one of the reasons you

9    have come to believe may explain the separate results.

10   Is that right?

11   A.    A high resolution camera that is essentially a

12   video camera, that is in realtime that he can examine

13   the sample looking at a high definition monitor as he

14   is moving the stage and the dispersion staining.

15   Q.    As it relates to the high resolution camera,

16   your shop in Georgia installed that camera

17   specifically for analyzing talc for asbestos; didn't

18   you?

19   A.    We did.

20   Q.    And all of the work your shop has done analyzing

21   contaminate for asbestos has been done in the context

22   of litigation.  Correct?

23   A.    That is correct.

24   Q.    One of the things you testified, these results

25   from Lee Poye's testing were made available to you in

Longo  Cross/Ms. Brown

622

1    July of 2018.  Do you recall that?

2    A.    I think that is when we got the report back.

3    Q.    For a number of months following that you were

4    asked questions, What do you think explain these

5    different results?  Do you remember that?

6    A.    I do.

7    Q.    All the way through your deposition in the MDL

8    you remained unsure of what might explain the

9    difference.  Right?

10   A.    Correct.

11   Q.    And one of the things you posited in some of

12   your depositions over that period of time was, Well,

13   one thing we could do is send these samples to an

14   independent third-party and have it checked out,

15   right?

16   A.    I don't believe I said that, is to have not a

17   third-party but take the standards and get together

18   with Lee Poye's group and see how it is different.

19   Q.    You also testified, did you not, that one of the

20   things you could do is have another lab check out the

21   inconsistencies.  Right?

22   A.    I don't recall that.  But that's possible.

23   Q.    Is it fair to say, sitting here today,

24   Dr. Longo, you have not sent those samples that we are

25   discussing out to another lab?  Correct?

Longo - Cross/Ms. Brown

623

1    A.    I have not, no.  The samples, of course, went to

2    the RJ Lee group.

3    Q.    And one of the things that has happened since

4    your deposition in the MDL is that you have had a

5    telephone conversation with Mr. Poye.  Correct?

6    A.    Correct.

7    Q.    And it was you who initiated the telephone

8    conversation.  Correct?

9    A.    Correct.

10   Q.    And you called Mr. Poye to explore the reason

11   that your analysts had eight positive samples where

12   the J-3 lab had none.  Correct?

13   A.    Correct.  I wanted to see if there was anything

14   we were doing differently using a basic polarized

15   light microscope and using the same method.

16   Q.    And since that time you have satisfied yourself

17   that you have identified the reasons for the

18   differences between your shop's findings and

19   Mr. Poye's findings.  Correct?

20   A.    It is an explanation.  We should do some round

21   robins and get things in line, but it is an

22   explanation of the difference.

23   Q.    And your current working explanation for why

24   your shop reached a different conclusion than

25   Mr. Poye's shop has to do in part with the high

Longo - Cross/Ms. Brown

624

1   resolution camera we were just discussing.  Right?

2   A.    It is everything.  I can't say the high

3   resolution camera does anything different but probably

4   has more to do with the aberration corrected optical

5   lens, the lens on that, and the time that goes into

6   it.

7   Q.    The other thing, Dr. Longo, that you just

8   identified and which you mentioned a little earlier is

9   the time that your analysts are spending on these

10  samples versus the time Mr. Poye's folks are spending.

11  Is that right?

12  A.    According to Mr. Poye they didn't spend that

13  much time on it.

14  Q.    I believe it is your understanding, though, that

15  Mr. Hess who does the PLM for the MDL -- correct?

16  A.    Correct.

17  Q.    Your understanding is that Mr. Hess spends about

18  two to six hours per sample.  Right?

19  A.    Depending on what's in the sample, yes.

20  Q.    And your understanding is that Mr. Poye's

21  analysts do not spend as long.  Correct?

22  A.    For PLM analysis, that's what he stated to me.

23  Q.    And having spoken to Mr. Poye and come to the

24  understanding that a combination between a lens or the

25  equipment and the time the analyst spent, you have

Longo - Cross/Ms. Brown

625

1    become satisfied, you have come to understand the

2    differences in the results of your lab and Mr. Poye's

3    lab.  Correct?

4    A.    It is an explanation.  I'll be satisfied when we

5    can come to the same conclusion with spiked samples;

6    it is an explanation on the differences for eight out

7    of the 22.

8    Q.    And one of the things that Mr. Hess does when he

9    examines a sample under PLM is to fill out a count

10   sheet or some kind of a report about what he is

11   seeing.  Right?

12   A.    Correct.

13   Q.    And we looked at some of those this morning, but

14   the report contains basic information, does it not,

15   about who is doing the analysis and when they are

16   doing it and what they are finding.  Correct?

17   A.    Correct.

18   Q.    And you, of course, have produced all of those

19   reports for us here today, and you reviewed them in

20   advance of your testimony.  Right?

21   A.    I didn't look through the PLMs.  Hopefully, they

22   are all there.

23   Q.    One of the things that is contained in the

24   documentation of the samples that Mr. Hess reviewed

25   are the dates on which he reviewed the samples.

Longo   Cross/Ms. Brown

626

1    Correct?

2    A.    Correct.

3    Q.    And so if we go back and we look at some of

4    these PLMs, we can see, for example, how many samples

5    Mr. Hess analyzed on, for example, December 13th,

6    2018.  Correct?

7    A.    That is correct.

8    Q.    And so if we could go to the slide that starts

9    out "this analysis" -- and we have a smaller version

10   of the document, if it would be easier for you -- we

11   can see that on December 13th Mr. Hess -- I'll put one

12   up on the ELMO so we can orient ourselves here.  This

13   is the documentation of Mr. Hess's work at your shop.

14   Correct?

15   A.    It is.

16   Q.    And so some of these issues from his PLM

17   analysis in December 13th of 2018 -- the client here

18   is the Beasley Allen law firm, and this is the result

19   of his findings.  Correct?

20   A.    Correct.

21   Q.    One of the things that you could do is go

22   through all of these and figure out what Mr. Hess --

23   what samples Mr. Hess reviewed on which days.

24   Correct?

25   A.    That's correct.

Longo - Cross/Ms. Brown

627

1    Q.    By doing that, Dr. Longo, you can figure out in

2    fact how long it took Mr. Hess to review some of these

3    samples.  Fair enough?

4    A.    That's fair enough.

5    Q.    So let's take, for example, December 13th of

6    2018, and we can go back to the slide, and I'll

7    represent to you, Dr. Longo, we have a packet of the

8    PLM analysis that Mr. Hess did on December 13th, 2018.

9    So we have sample 69757 he analyzed by PLM on that

10   day.

11         If you pull all of the sample PLM sheets from

12   December 13th we can see how much work Mr. Hess did on

13   that day.  Here we have the number of samples that

14   were analyzed by Mr. Hess just on December 13, 2018.

15   Is that right.  Dr. Longo?

16   A.    If those dates are correct, that is right.

17   Q.    13 samples Mr. Hess analyzed on December 13th,

18   2018.  Right?

19   A.    If those are the dates, yes.  Yes.

20   Q.    That would mean he spent 78 hours on

21   December 13th, 2018, analyzing PLM samples if in fact

22   he spent six hours a sample.  True?

23   A.    No, of course not.  He wouldn't have been

24   spending six hours on those.

25   Q.    I'm sorry.  Dr. Longo?

Longo - Cross/Ms. Brown

628

1  A.    Of course not, in the same day he would not be

2  spending six hours on the sample.

3  Q.    Even if he spent on the low end of your

4  estimation there, Dr. Longo, as it relates to the

5  inconsistencies of Mr. Poye's lab, even if what

6  Mr. Hess did on December 13th was spend only two hours

7  a sample, he would have worked 26 hours on

8  December 13, 2018?

9  A.    If each sample took two hours, that is correct.

10  Q.    And that's your working estimation how long

11  these samples would take and understanding why you and

12  Mr. Poye have reached different conclusions.  Correct?

13  A.    This is one of the factors that my analysts we

14  keep track at times.  It's the lens, it's the camera,

15  et cetera.  But they do get samples they spend a long

16  period on.

17  Q.    We know even on just the very next day,

18  December 14th, Mr. Hess was real busy again; wasn't

19  he?  It looks like Mr. Hess again analyzed 13 or 14

20  samples the very next day?

21  A.    That is correct.

22  Q.    And there are other days contained in the

23  documents you produced where you can put together the

24  amount of time that any of your individual analysts

25  spent on these PLM samples.  Right?

Longo - Cross/Ms. Brown

629

1  A.    That is correct.

2  Q.    And the truth is, Dr. Longo, you have not done

3  an analysis of how much time each of -- how much time

4  Mr. Hess could have spent on any individual PLM

5  sample, particularly the ones that were sent to

6  Mr. Poye.  Is that right?

7  A.    Not to this degree, no.  This is going from what

8  the manager and the analyst said.

9  Q.    And you have not, as it relates to the samples

10 that your shop determined were positive and Mr. Poye's

11 shop determined were negative, you have not done an

12 analysis of whether or not the lens that you have on

13 your microscope in any way affected those results.

14 Correct?

15 A.    No, that's not true.  It does affect those

16 results because that lens gives you much higher

17 resolution to be able to see the single fibers inside

18 the bundles which is the primary determination if it

19 is asbestiform or greater than 20-to-1.  It absolutely

20 does.

21 Q.    But what you have not done, Dr. Longo, you have

22 not tried to determine whether amphibole particles can

23 be identified by ISO PLM without using the special HD

24 lens or equipment that you just mentioned.  Correct?

25 A.    We have used the old lens in the past, but it

Longo - Cross/Ms. Brown

630

1    gives you higher resolution.  It absolutely helps.

2    Q.    And you testified you don't know if it makes a

3    difference.  Do you remember that?

4    A.    I don't remember quite that, but it absolutely

5    makes a difference.  The ability to see those single

6    fibers in those bundles to distinguish it for 20-to-1

7    or greater, it absolutely does in conjunction with the

8    high resolution camera, in conjunction with the high

9    resolution monitor.

10   Q.    What you testified to, Dr. Longo, in March of

11   2019 is that you have not tried to figure out whether

12   there would be a difference in the analysis if the HD

13   lens was used or if it was not used.  Correct?

14   A.    That is correct, in March.

15   Q.    And you have not gone back to all of the count

16   sheets to try and figure out if there would be a

17   difference between the time your analyst spent and the

18   time the analysts in Mr. Poye's shop spent.  True?

19   A.    That is true.

20   Q.    And you have not, as of this date, sent those

21   samples out for a round robin blind sampling to figure

22   out why your shop found eight suspected detects and

23   Mr. Poye's shop found none?

24   A.    I have looked into that.  I think a better

25   avenue here is to get the analysts together.  It is

Longo - Cross/Ms. Brown

631

1    not clear who we send out to round robins.  Most all

2    the labs are not doing it to this degree, but we'll

3    get there at some point where we get the two analysts

4    together so they could sit down at the microscopes

5    together and work out why one saw positive on eight

6    samples by ISO and one has not.

7              THE COURT:  How long has it been since you

8    were aware there was a difference in what the labs

9    found?

10             THE WITNESS:  When we put this report

11   together.

12             THE COURT:  Which was?

13             THE WITNESS:  The MDL report.

14             THE COURT:  The date?

15             THE WITNESS:  I think the first one we issued

16   was in November or January.

17   Q.   Do you recall the analysis from Mr. Poye as

18   contained in your own report was made available to you

19   in July of 2018?  Correct?

20   A.   Correct.

21             THE COURT:  The reason for my question is some

22   point we'll get together.  It has been a year.  You

23   haven't done it.  You don't have an answer as to the

24   differences because you haven't had that sitdown.

25             THE WITNESS:  I have an answer because of the

Longo - Redirect/Mr. Block

632

1    optics, because of the high definition camera, and Lee

2    Poye's lab does not have that.  To actually sit the

3    analysts down, we have not done that.

4           THE COURT:  But that has not been done.

5    Correct?

6           THE WITNESS:  No, that has not been done.

7           THE COURT:  Thank you.

8           MS. BROWN:  I have no further questions.

9    Thank you.

10

11   REDIRECT EXAMINATION

12   BY MR. BLOCK:

13   Q.    Dr. Longo, I want to try to be more specific

14   about the last 20 minutes or so questioning regarding

15   Lee Poye, the microscopists in his lab J-3, and what

16   tests you were talking about with Johnson & Johnson's

17   lawyer.  Okay?

18   A.    Yes.

19   Q.    Now, with respect to what was being referred to

20   as ISO PLM, was that testing involving polarized light

21   microscopy without heavy liquid separation?

22   A.    Correct.

23   Q.    So polarized light microscopy without heavy

24   liquid separation.  In those questions and answers we

25   just heard when Johnson & Johnson's lawyers were

1  referring to ISO PLM, was that referring to polarized

2  light microscopy without heavy liquid separation?

3  A.    Yes.

4  Q.    Is doing polarized light microscopy without

5  doing heavy liquid separation a sensitive method for

6  detecting asbestos in talc?

7  A.    No, it is not as sensitive, when you use the

8  heavy liquid separation.

9  Q.    Why is that?

10 A.    Because it is just like the TEM analysis you are

11 concentrating the heavy amphiboles.  So you are

12 removing all the talc.  It is essentially the Blount

13 method published in 1991.

14 Q.    And when J-3 Lab did the polarized light

15 microscopy without first doing the heavy liquid

16 separation, it was called ISO PLM.  In the

17 questioning, the J-3 lab did not detect asbestos.  It

18 was not detected?

19 A.    That's correct.

20 Q.    Whereas, your lab for that specific analysis,

21 polarized light microscopy without heavy liquid

22 separation, found asbestos in what percentage of the

23 samples approximately?

24 A.    30 percent.

25 Q.    So J-3 versus MAS, 30 percent.

Longo - Redirect/Mr. Block

634

1          Now, could we go to the ELMO, please.

2          So the discussion regarding the discrepancies

3    in the ISO PLM that was being discussed in the last 20

4    or so minutes of your cross-examination related to PLM

5    without heavy liquid separation.  Is that true?

6    A.    That is true.

7    Q.    Let's look at what ISO says about what type of

8    microscope should be used if heavy liquid separation

9    is not used.  Are we looking at that chart in 2262

10   that we mentioned earlier?

11   A.    Yes, we are.

12   Q.    Let's read it closely.  It says:

13          "For amphibole either centrifugation and heavy

14   liquid followed by evaluation of the centrifuge by

15   microscopy."

16          Do you see that?

17   A.    Yes.

18   Q.    If you do heavy liquid, before you analyze under

19   the microscope, does it say you can use the PLM

20   microscope, the TEM microscope, or an SEM microscope?

21   A.    Correct.

22   Q.    Then it says:

23          "Or preparation of TEM specimens from the

24   untreated material is the optimum procedure followed

25   by X-ray diffraction using the mass counting

Longo Redirect/Mr. Block

635

1    procedures."

2          Do you see that?

3    A.    I do.

4    Q.    Does ISO 22262 specifically say here it's not an

5    optimum procedure to use polarized light microscopy

6    without first doing heavy liquid separation?

7    A.    That is correct.

8    Q.    So all of the questions and answers about the

9    inconsistencies between your lab and J-3 regarding

10   so-called ISO PLM had to do with PLM that was done

11   without first doing heavy liquid separation.  Is that

12   correct?

13   A.    That is correct.

14   Q.    Now, J-3 -- and that is not viewed as an optimum

15   procedure by ISO.  Correct?

16   A.    That's what it states, yes.

17   Q.    Would you expect your lab or any lab to be

18   effective in detecting asbestos in talc using that

19   method in terms of detecting it at the same rate it

20   would detect it if it first used heavy liquid

21   separation?

22   A.    No.  The heavy liquid separation increases the

23   sensitivity and increases the ability to see at lower

24   concentrations.

25          THE COURT:  Didn't you direct them to only do

Longo Redirect/Mr. Block

636

1    this?  You told them what to do, and this was the only

2    testing.  You never suggested to them that they do the

3    heavy liquid.  Correct?  So you dictated the way it

4    would be done.  Wasn't that your testimony?  Did I

5    mishear?

6            THE WITNESS:  To J-3?

7            THE COURT:  Yes.

8            THE WITNESS:  I told them to do the ISO PLM

9    method.  I didn't tell them to do the heavy liquid

10   density.

11           THE COURT:  Exactly.

12           MR. BLOCK:  I want to follow up on that, your

13   Honor.

14   BY MR. BLOCK:

15   Q.    Was the purpose of that to compare the

16   effectiveness of using polarized light microscopy to

17   detect asbestos in J&J's talc with and without heavy

18   liquid separation?

19           THE COURT:  You could have done that in-house

20   -- I'm sorry.  He said he sent it out to J-3 to

21   confirm results and get an independent lab looking at

22   them.  And then you will think to replicate the same

23   test, not to say how it would be different if we don't

24   do this.  That would be in-house.  Didn't you say you

25   sent it out for confirmation?  Wasn't that your

Longo - Redirect/Mr. Block

637

1  purpose?

2          THE WITNESS:  I sent it out for doing ISO PLM.

3  Mainly, I sent it out for XRD, which we don't do

4  in-house.

5  BY MR. BLOCK:

6  Q.    Is XRD a sensitive method for detecting asbestos

7  in cosmetic talc?

8  A.    It cannot detect asbestos in cosmetic talc.  It

9  can only detect that there is a mineral present that

10  is either tremolite anthophyllite or chrysotile but

11  only at very high concentrations as compared to the

12  other methods.

13  Q.    Let me show you what will be Plaintiffs'

14  Exhibit 4, which is a document from appendix A of your

15  reliance materials at No. 18.

16          MR. BLOCK:  We'll call this Exhibit 4.

17  Q.    Dr. Longo, are you familiar with Plaintiffs'

18  Exhibit 4?

19  A.    Yes, sir, I am.

20  Q.    What is it?

21  A.    That's called the stimuli to the revision

22  process, and it is to revise the USP talc method that

23  currently is what is used, as stated by the FDA, to

24  determine if there was asbestos in cosmetic talc.

25  Q.    Was this document done in response to a request

Longo-Redirect/Mr. Block

638

1    from the U.S. FDA to look at modernizing the USP talc

2    monograph?

3    A.    Correct.

4    Q.    And Johnson & Johnson said that you don't use

5    the USP method when you test for talc.  Do you recall

6    that?

7    A.    I do recall it.

8    Q.    Does this document identify the deficiencies in

9    the USP talc method?

10   A.    Yes, sir, it does.

11   Q.    And under the USP talc method, if we look at

12   what the document says, it says:

13        "This underscores the need to modernize the

14   current monograph for two reasons."

15        What is the IR and XRD method which is this

16   USP monograph testing method?"

17   A.    It stands for infrared analysis, which is not

18   accepted by any government agency -- EPA, OSHA,

19   et cetera -- to determine asbestos in bulk samples.

20   And X-ray diffraction.

21   Q.    So under this USP talc method, if the talc is

22   tested according to this method, is IR or XRD the

23   method that is used?

24   A.    Yes.

25   Q.    And if the test comes up as nondetected, is the

Longo - Redirect/Mr. Block

639

1   test over?  Is that it?

2   A.    Yes, it is.

3   Q.    Here it says that both the IRD and XRD have

4   relatively high detection limits for asbestos.  Do you

5   see that?

6   A.    Yes.

7   Q.    Is that why you have not used that method to

8   test Johnson & Johnson's talc for asbestos?

9   A.    Well, we did use XRD, just to see how it

10  compared to the polarized light microscopy, the heavy

11  liquid separation, and TEM; and for all the samples

12  where XRD was run in the MDL, for Italian and Vermont

13  they were all negative.

14  Q.    Is that what you will expect based upon your

15  review of the published literature, based upon your

16  review of this stimuli document from 2004, and based

17  upon the detection limits of the IR and XRD, that

18  makes up the USP, is that what you will expect under

19  the USP XRD method, that you would not detect asbestos

20  in cosmetic talc?

21  A.    It has to be a very high concentration of

22  asbestos to be in the cosmetic talc by XRD to be

23  positive.  The modern day equipment can get down to

24  about .2, .1 percent.  That's about it for XRD.  So I

25  would not recommend the use of it at all.  And then if

Longo - Redirect/Mr. Block

640

1    it is positive, you have to go and do polarized light

2    microscopy.  So why not, if you are going to use

3    polarized light microscopy and TEM, why not just start

4    off with that.

5    Q.    So in terms of your work and the work of the J-3

6    lab, did both labs look at Johnson & Johnson's talc

7    samples using TEM with heavy liquid separation?

8    A.    Yes.

9    Q.    Is that one of the methods that is considered an

10   optimum method under the ISO 22262 that we looked at?

11   A.    Yes.

12   Q.    Can you describe the level of consistency in

13   terms of the results when MAS looked at Johnson &

14   Johnson's talc products with one of the optimum

15   methods TEM with heavy liquid separation and when J-3

16   used that same methodology?

17   A.    Yes.

18   Q.    What was the level of consistency?  Can you

19   generally summarize it?

20   A.    We had about the same percentages of positives.

21   In the 68, 69, to 70 percent range.

22   Q.    And we looked at earlier that when J-3 looked at

23   22 asbestos structures from MAS, they verified 22 --

24   verified 20.  Correct?

25   A.    They verified 20, and they verified the amount

Longo-Redirect/Mr. Block

641

1    of bundles percentage-wise that we found.

2    Q.    Is that greater than 90 percent in terms of the

3    verification of the asbestos structures that MAS

4    found?

5    A.    Yes.

6    Q.    Then MAS verified asbestos in 9 out of the 11

7    samples that J-3 found asbestos in.  Is that correct?

8    A.    That is correct.

9    Q.    And one of them the grid opening was blown out.

10   Is that correct?

11   A.    That is correct.

12   Q.    And is that something that can happen or that's

13   a common problem if multiple labs are looking at grid

14   openings?

15   A.    That is correct.

16   Q.    So when the optimum method was used, one that is

17   recommended by ISO as having better sensitivity, were

18   the results between MAS and J-3 consistent in terms of

19   the asbestos in Johnson & Johnson's talc?

20   A.    Yes.

21   Q.    And would you recommend, Dr. Longo, the use of

22   polarized light microscopy without heavy liquid

23   separation based upon the testing that your lab did

24   and the testing the J-3 lab did?

25   A.    No.  I actually think you have to do -- you have

Longo Redirect/Mr. Block

642

1   to get the equipment -- you have to get, I believe,

2   the right objective lenses.  But I believe you should

3   do all three because you are looking for a needle in a

4   haystack, and, also, if you have just chrysotile

5   asbestos at a high enough concentration, you may be

6   able to see it by PLM without heavy liquid density.  I

7   think the best characterization of these samples is

8   ISO 22262-1 PLM, the heavy density liquid PLM and TEM.

9   XRD I don't see any utility in.

10  Q.    Does the use of heavy liquid separation prior to

11  analysis by the polarized light microscope or the TEM

12  microscope produce the most sensitive and reliable

13  analysis for detecting asbestos in talc?

14  A.    Yes, it does.

15  Q.    Would that be the method that's recommended by

16  ISO, and that's consistent with Dr. Blount's published

17  peer-reviewed study?

18  A.    That is correct.

19        THE COURT:  Go back to my question, because

20  you really haven't answered it.  I'm still at a loss

21  why you even sent these samples to J-3, particularly

22  when you just said without the heavy liquid

23  separation, unless there is heavy concentration of the

24  asbestos, you are not going to see it without the

25  separation.

Longo-Redirect/Mr. Block

643

1      You already knew from your testing you were

2 having trace evidence.  You knew they weren't going to

3 get anything.  What was the purpose sending it to this

4 lab?  I don't understand you haven't answered it.

5           THE WITNESS:  We are going to publish this,

6 and I think it is good to compare all the different

7 methods.

8           THE COURT:  You could have used that method in

9 your own lab to determine that.  You said you did this

10 for purposes of some confirmation of an independent

11 lab doing it.  This independent lab did nothing to add

12 to the inquiry.  I think you are changing why you are

13 saying you are doing it.

14           THE WITNESS:  We sent these samples off to

15 have XRD.

16           THE COURT:  Not these samples, the earlier

17 samples were not the latest ones.  You sent earlier

18 ones out, not these.

19 Q.    Dr. Longo, the samples that were sent to J --

20 A.    Was in July.

21           THE COURT:  Looking at the testimony, I got

22 there were some other earlier samples.  Were these

23 later samples sent for XRD?

24           THE WITNESS:  Yes.

25           MS. BROWN:  All of the MDL samples were sent

Longo - Redirect/Mr. Block

644

1   to J-3 for XRD.  They were all nondetect.  There was a

2   subset that were also sent for ISO PLM --

3        THE WITNESS:  No.  That's not correct.

4   Q.   Dr. Longo, what is your understanding of that?

5        MR. BLOCK:  Your Honor, we can supplement once

6   we've all looked into that issue.

7        THE COURT:  I would like to get his answers

8   today.  He's given a report.  He's been deposed.  He

9   is here today.  Now is his day for him to tell the

10  story.

11  MR. BLOCK:

12  Q.   Dr. Longo, what is your understanding in terms

13  of the samples that were sent to J-3 for PLM analysis?

14  Is it your understanding those were MDL samples?

15  A.   There were 79 MDL samples before we even chose

16  which ones we were going to do for TEM.  We had the

17  initial batch of 79.  I sent them all to J-3 and said

18  do XRD and do ISO 22262.  We had not started doing the

19  ISO because you see all our analyses in December.

20       The next 22 were ones that came in but we only

21  sent them for XRD.  Then there was another set of two

22  samples we only sent for XRD since we were doing the

23  other analysis in-house.  The XRD is what we don't

24  have.  So we didn't send them out again after we

25  analyzed ourselves on additional samples.

Longo—Redirect/Mr. Block

645

1          MS. BROWN:  If it is helpful to the Court,

2     Dr. Longo's report from February 1st, 2019, at page 49

3     of 56 gives the results of the J-3 XRD and PLM

4     analysis.

5          THE COURT:  I only have the January 1st on the

6     bench.

7          MS. BROWN:  It is our Exhibit D-1, and that

8     would be in the exhibit binder from my exam.

9          (Pause.)

10         THE COURT:  Go ahead.

11    Q.   Dr. Longo, I want to get back to the methods

12    that your lab used and some of the questions that you

13    were asked about the published methods.  Okay?

14    A.   Okay.

15    Q.   Let's look at, if we can, look at the ELMO.

16         Dr. Longo, we looked earlier at the three

17    steps to do the TEM analysis to determine if there is

18    asbestos present.  Do you recall that?

19    A.   Yes.

20    Q.   And the three steps we outlined earlier were the

21    morphology, and we have the morphology listed here of

22    greater than 5-to-1 aspect ratio or equal to, greater,

23    or equal to 0.5 microns in length and substantially

24    parallel sides.  Do you recall that?

25    A.   Yes, sir.

Longo-Redirect/Mr. Block

646

1    Q.    And when we went through the EDXA part, the

2    standard methods for identifying asbestos in talc, you

3    told us about determining the mineral chemistry and

4    comparing the EDXA spectra with a reference standard.

5    Do you recall that?

6    A.    Yes.

7    Q.    You told us earlier about the third step being

8    SAED looking at the crystalline structure, comparing

9    the SAED pattern with reference standards, making the

10   determination of asbestos based upon those three

11   steps.  Do you recall that?

12   A.    Yes, sir.

13   Q.    Now, on cross-examination you were asked about

14   whether you determine how the asbestos grew or how the

15   asbestos formed in nature, the growth habit.

16         Is there anything in the standard three-step

17   TEM method that has a test method to determine the

18   growth habit or calls for the determination of the

19   growth habit?

20   A.    No.  As a mineralogist or a materials scientist,

21   you can say it grew in a crystalline habit; and if it

22   is fibrous, like asbestos, you could say it is

23   fibrous, and then meets the definition.  There is no

24   way to trace back to a growth habit and say this came

25   from that growth habit.

Longo-Redirect/Mr. Block

647

1    Q.    When you published in the peer-reviewed

2    literature studies identifying asbestos, did you ever

3    hear back from the peer reviewers that you missed a

4    step, that you failed to determine the growth habit?

5    A.    No.

6    Q.    Is there anything in the three-step TEM test

7    methods set forth in ISO, set forth in EPA AHERA, set

8    forth in ASTM 5755 -- you asked about the tensile

9    strength.  Is there even a test for that in the

10   generally-accepted methods for TEM microscopy?

11   A.    No, it's impossible.  It's something that cannot

12   be done.

13   Q.    Same thing for flexibility.  You were asked, Dr.

14   Longo, Didn't you determine the flexibility of the

15   asbestos to make sure it was asbestiform?  Is there

16   anything in the generally-accepted three step TEM test

17   methodology that calls for determination of the

18   flexibility of the asbestos structure that is found?

19   A.    In TEM analysis you cannot manipulate a

20   microscopic fiber.  It is impossible.  It is

21   impossible to determine the tensile strength in TEM or

22   even an optical microscope, and they don't even tell

23   you what high tensile strength means, how high, how

24   low.

25   Q.    You were asked whether you counted particles

Longo - Redirect/Mr. Block

648

1   that were less than a 5-to-1 aspect ratio and why you

2   didn't do that.  Do the generally-recognized test

3   methods require you to count the particles as asbestos

4   that meet the morphology requirement, that meet the

5   EDXA requirement, and meet the SAED requirement?

6   A.    No.  You are only required to count them that

7   are greater than, equal to 5-to-1 aspect ratio.

8   Q.    When you were asked, Well, Dr. Longo, you did

9   not count particles that were less than a 5-to-1

10  aspect ratio; is that following the method?

11  A.    It is not following the method, but extra work

12  in previous not MDL samples, we did count everything

13  greater than or equal to 5-to-1 aspect ratio as well

14  as went back and counted everything less than 5-to-1

15  aspect ratio.

16  Q.    But in order to identify an asbestos particle as

17  asbestos, if the three steps in the TEM method are

18  satisfied, the morphology, the EDXA and the SAED is

19  that asbestos under EPA AHERA?

20  A.    Yes.

21  Q.    When you identified asbestos in Johnson &

22  Johnson's talc applying the generally-accepted

23  requirements by TEM for morphology EDXA and SAED, is

24  that asbestos under EPA AHERA?

25  A.    Yes.

Longo-Redirect/Mr. Block

649

1    Q.    Is that asbestos under ASTM 5755?

2    A.    Yes.

3    Q.    Is that asbestos under ISO 22262-2?

4    A.    Yes.

5    Q.    Is that asbestos under Johnson & Johnson's own

6    TEM method, TM 7024?

7    A.    Yes.

8    Q.    And you were shown a definition of asbestos, I

9    think from the EPA, but did you also apply the EPA's

10   rules on what is non-asbestos?

11   A.    Yes, we did.

12   Q.    Is any of the asbestos that you identified in

13   J&J's talc non-asbestos, meaning, quote, incomplete or

14   unobtainable electron diffraction patterns, a

15   non-asbestos EDXA or a non-asbestos morphology, did

16   any of the asbestos you identified in Johnson &

17   Johnson's talc qualify as non-asbestos based on the

18   EPA AHERA generally-accepted test method?

19   A.    No.

20   Q.    You were asked about your lab analysts.  And

21   were the lab analysts at MAS required to follow the

22   generally-accepted test methods for TEM and polarized

23   light microscopy that you have described here to the

24   Court?

25   A.    Yes.

650

1  Q.    And is one of the ways that you are able to rely

2  upon the work of your lab analysts the training they

3  received, as you described earlier?

4  A.    Correct.

5  Q.    Is another way to determine the reliability of

6  the work of your analysts the supervision they get at

7  MAS?

8  A.    Correct, the quality control, the co-efficient

9  variation for error rates, the continuous look in

10 seeing how they do.

11 Q.    Dr. Longo, when you submitted this report for

12 the MDL with your name on it, what did you do to

13 assure that the data was reliable in terms of all the

14 backup data, all the count sheets, all the images, and

15 all the work done by your trained analysts?

16 A.    To go through it and review it, have others

17 review it, have questions, sit down with the analysts.

18 So I've spent a lot of time with it.

19 Q.    Are you aware of the work of the RJ Lee Group

20 who have tested the MDL samples for Johnson & Johnson?

21 A.    I am.

22     MS. BROWN:  Your Honor, I object to this as

23 not being at issue.  There is no report from RJ Lee in

24 this case regarding MDL samples.  It is not disclosed.

25 So I don't know what he is talking about.

Longo-Redirect/Mr. Block

651

```
 1              THE COURT:  Let's move on.
 2    BY MR. BLOCK:
 3    Q.    You were asked whether the FDA had ever adopted
 4    the heavy liquid separation method.  Do you recall
 5    that?
 6    A.    I do.
 7    Q.    Does the FDA even have any test method for the
 8    testing of talc that the FDA has adopted?
 9    A.    No.
10    Q.    Is cosmetic talc even a regulated product in the
11    United States?
12              MS. BROWN:  Objection.  Far beyond his asking
13    to be able to talk about the FDA's regulated authority
14    as it pertains to cosmetic talc.
15              THE COURT:  Sustained.
16    BY MR. BLOCK:
17    Q.    You were asked whether the heavy liquid
18    separation was adopted by the government.  Is there a
19    government test for testing asbestos in talc?
20    A.    No.
21    Q.    Okay.  So when you applied the
22    generally-accepted methods, including EPA AHERA, is
23    that a test method to determine whether there is
24    asbestos present and how much asbestos is present?
25    A.    Could you repeat that?
```

Longo-Redirect/Mr. Block

652

1    Q.    Let me withdraw the question.

2          Is ISO 22262-2, which you followed in this

3    case, is that a generally-accepted test method that

4    includes heavy liquid separation?

5    A.    Of course.  It is an international standard.

6    Q.    Is that the only test method specific to talc

7    that has been published that exists?

8    A.    Outside of the USP method with the IR and XRD,

9    that is the only method I'm aware of specific for

10   cosmetic talc using the appropriate methods for the

11   detection limits.

12   Q.    Let's go back to the USP method.  What is USP?

13   A.    USP is the -- is essentially the methods that

14   FDA will require for certain types of tests.

15   Q.    Okay.  So the USP, which consists of the IR

16   method, and we're looking -- let's talk a little more

17   about what this document is.

18         This is entitled "Stimuli to the Revision

19   Process," and this is the document that was written --

20   was this document written by the USP Expert Talc

21   Panel?

22   A.    Yes.

23   Q.    Is it from 2014?

24   A.    Yes.

25   Q.    In terms of what is said here about the USP

Longo—Redirect/Mr. Block

653

1   method, next to "X-ray diffraction," it says:

2           "Limit of detection may be too high for public

3   health and regulatory purposes."

4           And you agree that the detectable limits for

5   X-ray diffraction is too high to rely upon for the

6   detection of asbestos and cosmetic talc particularly

7   as compared to using heavy liquid separation and

8   polarized light microscopy or TEM microscopy?

9   A.    Yes, I agree.

10  Q.    This USP group said as follows:

11          "Detection of asbestos in talc by the

12  instrumental methods outlined above can be enhanced

13  through the concentration of asbestos particles or

14  separation of asbestos from obscuring or confounding

15  particles."

16          Do you see that?

17  A.    Yes, sir, I do.

18  Q.    Is that what you were explaining to the Court

19  this morning, that the use of a concentration

20  technique, which heavy liquid separation technique is

21  an example, can enhance the sensitivity of the method

22  to allow better detection of asbestos in talc?

23  A.    That is correct.  There are different types of

24  concentration methods.  The heavy liquid separation

25  happens to be one of them.

Longo-Redirect/Mr. Block

654

1    Q.    You were asked earlier about the levels of

2    asbestos in talc and whether the levels of asbestos in

3    talc could or could not translate to a potentially

4    hazardous or significant exposure.  Do you remember

5    that?

6    A.    Yes.

7    Q.    It says:  Research by the U.S. EPA and others

8    have shown disturbance of matrixes -- for example,

9    soil, vermiculite insulation, containing asbestos

10   concentration identified by the lower detection limits

11   of PLM, well below 1 percent asbestos by weight, the

12   limit historically used by the U.S. EPA to define

13   asbestos-containing material can generate potentially

14   hazardous exposure."

15         Do you see that?

16   A.    I do.

17   Q.    Let's talk about some questions you were asked

18   about the amount of asbestos by weight and the

19   significance of that.

20         Now, have you published in the peer-reviewed

21   literature on the amount of exposure from the use of

22   products that contain asbestos?

23   A.    I have.

24   Q.    And when we look at a product like Johnson's

25   Baby Powder, and we look at this example, and we look

Longo-Redirect/Mr. Block

655

1    at the concentrations you have found in the MDL

2    samples, what range are we looking at?

3            I think we looked before at tens of thousands

4    of asbestos structures per gram up to hundreds of

5    thousands?

6    A.    The lower limit is approximately seven, eight to

7    thousand, where we are finding one asbestos fiber or

8    one asbestos bundle up to 260,000, or thereabouts.

9    Q.    So in this Johnson's Baby Powder material, is

10   this material a material that would be what's called

11   friable by the EPA?

12   A.    Yes.

13   Q.    What is the significance of that, that you found

14   63,800 asbestos structures per gram of this Johnson's

15   Baby Powder?  What's the significance of the fact that

16   this is in a powdery form when it's used either in the

17   vaginal area, or maybe put on a person's chest or

18   under their arms?  What is the significance that it's

19   in a powdery form?

20           MS. BROWN:  Your Honor, I'm going to object.

21   He was very clear on cross-examination he has not done

22   an exposure study, and he is not giving a health

23   effects opinion.  So beyond a calculation he didn't

24   do, this question is asking for an undisclosed

25   opinion.

Longo - Redirect/Mr. Block

656

1          MR. BLOCK:  Your Honor, I think it's

2   responsive to cross.  I didn't bring out exposure

3   levels.

4          THE COURT:  You tried to this morning and we

5   stopped.  So let's move on.  We're not going down this

6   avenue.

7   BY MR. BLOCK:

8   Q.    As a material scientist, Dr. Longo, is there

9   anything holding the asbestos together?  Is there

10  anything encapsulating the product that's keeping it

11  from becoming airborne?

12  A.    No, there is nothing there.  It is a fine

13  powder.  It will be able to get up in the air when it

14  is disturbed, and whatever is in that powder.

15  Q.    Dr. Longo, in response to the questions on

16  cross-examination regarding your opinions that there

17  would be a significant exposure from the use of

18  Johnson's Baby Powder, have you relied on the peer-

19  reviewed literature in forming your opinions?

20  A.    Yes.

21  Q.    Have you relied in part on a study by

22  Drs. Gordon and Millette that studied the amount of

23  asbestos released when cosmetic talcum powder is used?

24  A.    Yes.

25  Q.    And have you also -- and did that test show

Longo-Redirect/Mr. Block

657

1    significant levels of exposure, thousands of times

2    higher than may be present in the background air?

3            MS. BROWN:  Objection, your Honor.  He was

4    very clear he did not attempt to quantify exposure

5    here, and counsel is reading other people's articles

6    and asking him to agree.

7            MR. BLOCK:  She asked what he meant by

8    "significant" in his report.

9            MS. BROWN:  And he made clear he has not done

10   a calculation and has not quantified at all.

11           THE COURT:  I have that testimony.  That's

12   where it ended.

13   BY MR. BLOCK:

14   Q.    Just in terms of structures per gram, let me ask

15   you a question about that:

16           Are you aware from Johnson & Johnson's

17   historical documents that Johnson & Johnson determined

18   the --

19           MS. BROWN:  Objection.  This is again just

20   trying to get in a quantification of exposure opinion

21   he did not give and quite clearly said he has not done

22   in this case.

23           THE COURT:  I would like to stick with his

24   methodology and the basis for his opinion.

25   BY MR. BLOCK:

Longo-Redirect/Mr. Block

658

1    Q.    Dr. Longo, one of the questions on

2    cross-examination about your methodology is the

3    definition of asbestos.  Do you remember that?

4    A.    Yes.

5    Q.    Are you aware of Johnson & Johnson's definition

6    of asbestos that is contained in the company's

7    specifications that it has outside of Court?

8    A.    Yes.

9    Q.    And does Johnson & Johnson's definition of

10   asbestos that it uses in its own specifications

11   outside of court say anything about growth habit?

12   A.    No.

13   Q.    Does it say anything about tensile strength?

14   A.    No.

15   Q.    Does it say anything about flexibility?

16   A.    No.

17   Q.    Does it contain the word "asbestiform"?

18   A.    Not that I recall.  It just says "fibrous."

19   Q.    And under Johnson & Johnson's own

20   outside-of-court definition, as contained in their

21   documents, is fibrous tremolite, fibrous

22   anthophyllite, and fibrous actinolite the same types

23   of asbestos you found in Johnson & Johnson's talc

24   defined by Johnson & Johnson as asbestos?

25            MS. BROWN:  Objection.  If there is a

Longo-Redirect/Mr. Block

659

1   document, if I could see it.

2           MR. BLOCK:  Yes, we'll mark this as Exhibit 5.

3           MS. BROWN:  Was this on his reliance list?

4           MR. BLOCK:  Dr. Longo has been cross-examined

5   about this document.

6           MS. BROWN:  It was not on his reliance list

7   here in the MDL.  I object now to him speculating

8   about a company document that was -- your Honor

9   already ruled on this document because they put it on

10  the supplemental list and we objected at that time.

11  Your Honor was very clear, if it was not originally

12  disclosed, and we had the opportunity to question

13  Dr. Longo on it, it was not coming in now.

14          MR. BLOCK:  Your Honor, this is redirect

15  examination, and Dr. Longo, there was a

16  cross-examination that suggested that Dr. Longo is not

17  using an appropriate scientifically reliable

18  definition of --

19          THE COURT:  I don't know that J&J gives the

20  appropriate scientific definition either, so I don't

21  use them as my standard.  That's not the basis for it,

22  and that's not what we're going to use that document

23  for, unless you want to suggest they set the standard.

24  I don't think you do.

25          Let's move on.

Longo-Redirect/Mr. Block

660

1      MR. BLOCK:  It's a generally-accepted

2  definition in part because the defendant is using it.

3      THE COURT:  I don't know in what context, I

4  don't want to get into what context, why it was put in

5  there.  This is not like looking at, as you presented

6  it to me, whether it is some standards set by the

7  government or whatever.  That's not what it is.

8      We can take anybody's corporate document and

9  say this is how that corporation defines asbestos.

10  This is how it's been defined by John's Manville, or

11  this is how it's been defined by Colgate Palmolive.

12  I'm not going to get into that.  That's not setting my

13  standard for today.  I think you have given me the

14  things you would like to set the standard.

15      MR. BLOCK:  Thank you, your Honor.

16  BY MR. BLOCK:

17  Q.    Dr. Longo, let me ask you about another

18  document, if you could go to tab 43 of your notebook.

19      Now, we're looking at tab 43 in Exhibit 1 for

20  Dr. Longo.

21      Dr. Longo, you were cross-examined by Johnson

22  & Johnson's lawyer, and you were asked whether your

23  lab made a determination of how the asbestos that was

24  identified in Johnson & Johnson's talc was formed.

25      Do you remember that?

Longo—Redirect/Mr. Block

661

1    A.    Yes, sir.

2    Q.    Are you familiar with an EPA document from 2006

3    that discussed whether you need to determine how an

4    asbestos structure was formed in nature or its growth

5    habit in order for that structure to be identified as

6    asbestos under the generally-accepted test methods?

7          MS. BROWN:  Your Honor, I have properly

8    identified the document for the record as the EPA

9    Region 9 document and put it on the record where it

10   is, please.

11   Q.    Are you also aware it is an EPA Region 9

12   document?

13   A.    Yes.

14   Q.    At the end of the document it says the document

15   reflects the testing procedures and policies of the

16   EPA as a whole?

17   A.    Yes.

18   Q.    So looking at this document at page 11 we have a

19   slide.  It says, quote:

20          "It is the position of EPA, the U.S. Centers

21   for Disease Control and Prevention, Agency For Toxic

22   Substances and Disease, Registry and National

23   Institute for Occupational Safety and Health, and the

24   American Thoracic Society, among others, that

25   microscopic structures of amphibole and serpentine

Longo-Redirect/Mr. Block

662

1    materials that are asbestiform and meet the size

2    definition of PCM fibers should be counted as asbestos

3    regardless of the manner by which they were formed."

4            Is that what it says?

5    A.    Yes, sir, that's what it states.

6    Q.    And PCM fibers, does that refer to phase

7    contrast microscopy?

8    A.    It does.

9    Q.    How is that similar or different to PLM, which

10   you've discussed in your testimony?

11   A.    Well, PCM is an optical for fibers.  This is for

12   air samples.  Polarized light microscopy is for bulk

13   samples.  If you want to compare air samples, this

14   3-to-1 aspect ratio is lower than the standard we use

15   which is the AHERA and the other counting methods that

16   it has to be at least a 5-to-1 aspect ratio.

17   Q.    Does this statement by EPA in tab 43 of

18   Plaintiffs' Exhibit 1, this document from EPA Region

19   9, dated April 20th, 2006, does this reflect the fact

20   that if you follow the test method, whether it be for

21   TEM or PLM microscopy, and it satisfies the method,

22   that it is properly identified and counted as asbestos

23   regardless of the manner by which the asbestos

24   structure was formed?

25   A.    Correct.

Longo                Redirect/Mr. Block

663

1    Q.    When you published in the peer-reviewed

2    literature, looking, again, at Tab 12, your article

3    where you analyzed vermiculite and found tremolite

4    asbestos and other types of asbestos, and you applied

5    the EPA AHERA method, did you apply the EPA AHERA

6    method any differently than you did in this case?

7    A.    No, sir.

8    Q.    So your scientific methodology that was

9    subjected to the peer review process here, where you

10   applied the EPA AHERA method, did it follow the same

11   three-step TEM that you've used in identifying

12   asbestos in Johnson & Johnson's talc?

13   A.    Yes.

14   Q.    And did you publish in the peer-reviewed

15   literature that even though a material which in this

16   case was vermiculite has concentrations often less

17   than 0.1 percent asbestos, that it can still cause

18   significant exposures that can be in excess of current

19   regulatory exposure limits?

20   A.    Yes.

21   Q.    You were asked about the OSHA PEL.  Are you

22   familiar with the OSHA regulations?

23   A.    Yes.

24   Q.    Is the OSHA PEL recognized by OSHA as to not be

25   a safe level of exposure of asbestos?

Longo Redirect/Mr. Block

664

1    A.    That's what the preamble says.

2    Q.    And if we look back at Plaintiffs' Exhibit 4,

3    which is the USP expert panel, is that what they say

4    when they are talking about talc?  In this article it

5    says:

6          "There are currently no established safe

7    levels of asbestos exposure.  This underscores the

8    efforts of the talc EP, expert panel, to identify the

9    strategies and methods for reducing the potential for

10   asbestos contamination of talc to the lowest feasible

11   levels."

12         Is that what the USP expert panel concluded in

13   2014?

14   A.    That's what it states.

15   Q.    Does that same USP expert panel also recommend

16   including additional sample preparation/concentration

17   methods to improve the feasible limits of detection as

18   indicated C section 5.4?

19   A.    That's what it states, yes.

20   Q.    Do you agree based upon your testing of Johnson

21   & Johnson's talc that a concentration method such as

22   the heavy liquid separation should be used to have the

23   most sensitive method in detecting asbestos in talc

24   including Johnson & Johnson's talc?

25   A.    That is correct.

Longo-Redirect/Mr. Block

665

1    Q.    And isn't it true that Johnson & Johnson does

2    not use any concentration method or heavy liquid

3    separation method despite the recommendations of the

4    USP expert panel in 2014?  Is that true?

5    A.    Not that I'm aware of.

6    Q.    Have you reviewed Johnson & Johnson's test

7    methods for testing asbestos in talc?

8    A.    I have.

9    Q.    Have you ever seen any evidence that Johnson &

10   Johnson knowing what the --

11         MS. BROWN:  Objection.

12         THE COURT:  I was waiting for you to get up.

13         Sustained.  I thought you were a little slow

14   on your feet this time.

15         MS. BROWN:  I was a little slow.  I apologize.

16   Thank you.

17   BY MR. BLOCK:

18   Q.    Dr. Longo, you were asked about cleavage

19   fragments.  Do you recall that?

20   A.    Yes, sir.

21   Q.    If the three-step TEM method is met -- is it a

22   cleavage fragment?

23   A.    I'm sorry?

24         MS. BROWN:  Your Honor, I don't mean to

25   interrupt, but I think we are coming close to an HOUR

Longo Redirect/Mr. Block

666

1  on the redirect, and I want to object about the length

2  and the breadth and the scope of the redirect.

3          THE COURT:  I assume you are finishing now.

4          MR. BLOCK:  May I have another 10 minutes?

5          THE COURT:  I gave you extra time this morning

6  too.  You have taken more than the cross has been.

7  Let's finish up for the day.

8  BY MR. BLOCK:

9  Q.    If the TEM three-step method is met as set forth

10  in the generally-accepted methods you described to the

11  Court, is the particle -- whether it be tremolite,

12  anthophyllite, or actinolite -- a cleavage fragment or

13  asbestos?

14  A.    It is asbestos.

15  Q.    And in terms of a cleavage fragment, the

16  Campbell article that you were asked about from 1977,

17  what does it say is the normal aspect ratio for a

18  cleavage fragment?

19  A.    Less than 3-to-1.

20  Q.    And did you count any tremolite, actinolite, or

21  anthophyllite that you found in Johnson & Johnson's

22  talc that met that definition of a cleavage fragment

23  that you just stated from the Campbell article in

24  1977?

25  A.    No.  For what we called regulated asbestos, it

Longo Redirect/Mr. Block

667

1   all had the standard methodology that is used in TEM

2   labs and by the EPA.

3   Q.    Dr. Longo, you were asked whether your lab has

4   met the standard from the NVLAP when it comes to the

5   distinction between fibers and bundles.  Do you

6   remember being asked that on the cross?

7   A.    Yes.

8   Q.    And has your lab been subject to annual audit

9   testing by the NVLAP on the issue of whether your

10  analysts are properly distinguishing between fibers

11  and bundles at a rate of at least 90 percent?

12        MS. BROWN:  I object.  This is the subject of

13  the report that was added to the supplemental list

14  after his deposition.  This was issued in June.  This

15  certification was only produced in June, and your

16  Honor ruled it was not an appropriate area of inquiry

17  in this case.  I object to the use of the document and

18  this line of questioning.

19        MR. BLOCK:  Your Honor, the question is about

20  historical testing by the NVLAPs during the years 2014

21  to 2017.  It's not new and it is directly responsive

22  to the cross-examination that suggested that

23  Dr. Longo's lab had not met --

24        THE COURT:  I'm going to permit your question,

25  not the document.  Don't introduce the document.  You

Longo–Redirect/Mr. Block

668

1   can ask the question.

2   BY MR. BLOCK:

3   Q.    Dr. Longo, was your lab subjected to NVLAP audit

4   testing on the issues of fibers and bundles?

5          THE COURT:   When?

6   Q.    And when was that, Dr. Longo?

7   A.    Every year.

8   Q.    Let's talk about the last five years.  Has your

9   lab been subject to that testing during any time in

10  the last five years?

11  A.    I reviewed 2017, 2016, 2015, 2014.

12  Q.    In that time period between 2014 and 2017, are

13  these the analysts that tested Johnson & Johnson's

14  talc for the presence of asbestos in the MDL?

15  A.    Yes.  Some of the same analysts in 2017, they

16  are all of the same analysts.

17  Q.    For the 2017 testing that was done by the NVLAP,

18  what was the level of consistency in terms of

19  validation of the analysts that tested Johnson &

20  Johnson's talc for asbestos to accurately determine

21  whether the asbestos structure is a fiber or a bundle?

22  A.    It was above 95 percent agreement.

23  Q.    How about those previous three years, 2016, 2015

24  and 2014?

25  A.    They were all above 95 percent agreement.

669

1          MR. BLOCK:  Dr. Longo, thank you very much.  I

2    have no further questions.

3          Thank you, your Honor.

4          THE COURT:  Okay.  We're done for the day.

5          You are excused, Dr. Longo.  You may step

6    down.

7          (Witness excused.)

8          (Court adjourned at 4:20 p.m.)

9    ///

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

670

**I N D E X**

**Proceedings**                                      **Page**


 WITNESSES                    Direct Cross   Redirect Recross

William Edward Longo

     Mr. Block                 440    --      632       --
     Ms. Brown                 --     540              --


**E X H I B I T S**

671

# C E R T I F I C A T E


    PURSUANT TO TITLE 28, U.S.C., SECTION 753, THE

FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE

TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE

ABOVE-ENTITLED MATTER.


    S/Vincent Russoniello
    Vincent Russoniello, CCR
    Certificate No. 675

## $

**$30** [5] - 462:7, 462:8, 462:13, 543:6, 543:15
**$750,000** [1] - 463:7

## '

**'60s** [1] - 466:10
**'70s** [1] - 466:10
**'89** [2] - 449:14, 455:16
**'90** [2] - 449:14, 455:16
**'91** [1] - 455:16

## 0

**0.1** [3] - 492:20, 492:24, 663:17
**0.5** [4] - 468:17, 469:6, 497:13, 645:23
**000033** [1] - 560:4
**00878** [1] - 505:15
**0092** [1] - 559:22
**05** [1] - 470:9
**08608** [1] - 435:7

## 1

**1** [47] - 468:21, 468:24, 468:25, 469:1, 477:2, 488:6, 488:9, 488:16, 488:19, 495:6, 499:8, 499:10, 499:18, 502:18, 510:3, 534:5, 559:17, 563:18, 566:5, 566:7, 566:8, 566:11, 566:14, 566:22, 566:24, 567:1, 567:15, 568:3, 584:1, 584:3, 584:4, 585:8, 587:5, 587:6, 587:7, 593:25, 594:1, 602:8, 602:9, 602:15, 610:15, 639:24, 654:11, 660:19, 662:18
**1.1** [1] - 589:8
**1.605** [1] - 530:22
**1.8** [1] - 499:25
**1/2** [2] - 523:22, 523:23
**10** [8] - 475:4, 486:10, 491:6, 561:21, 562:4, 567:11, 596:3, 666:4
**10,000** [1] - 596:2
**10-to-1** [4] - 497:5, 578:12, 582:2, 594:1
**100** [7] - 446:3, 470:1,

470:2, 516:5, 516:6, 526:10, 604:20
**100,000** [1] - 477:3
**106** [1] - 557:14
**11** [8] - 475:4, 528:19, 528:23, 529:2, 557:14, 576:16, 641:6, 661:18
**117** [2] - 470:18, 470:21
**12** [4] - 475:4, 488:5, 583:8, 663:2
**13** [5] - 578:21, 627:14, 627:17, 628:8, 628:19
**13.5** [1] - 513:21
**1377** [2] - 568:22, 568:24
**13794** [4] - 498:14, 498:20, 589:7, 589:18
**13th** [9] - 626:5, 626:11, 626:17, 627:5, 627:8, 627:12, 627:17, 627:21, 628:6
**14** [2] - 581:1, 628:19
**14.2.3** [1] - 609:9
**14th** [1] - 628:18
**15** [2] - 473:6, 502:11
**159** [1] - 567:11
**16** [3] - 528:20, 612:22, 612:24
**16-MD-2738(FLW)(LHG** [1] - 435:2
**163** [1] - 535:1
**17** [2] - 464:3, 464:7
**1717** [1] - 578:21
**18** [2] - 545:25, 637:15
**19** [1] - 557:14
**19.7-to-1** [1] - 500:7
**1967** [2] - 474:5, 474:7
**1970s** [2] - 479:10, 481:10
**1973** [1] - 479:12
**1974** [5] - 439:12, 479:13, 480:4, 481:1, 482:8
**1977** [2] - 666:16, 666:24
**1978** [2] - 499:7, 530:25
**1980** [1] - 466:5
**1980s** [1] - 449:14
**1981** [1] - 494:18
**1983** [4] - 441:19, 443:12, 444:10, 444:13
**1984** [4] - 443:6, 445:6, 494:17, 494:19
**1987** [4] - 445:7, 493:17, 494:23, 494:25

**1988** [3] - 445:20, 455:13, 542:23
**1990** [1] - 451:8
**1991** [7] - 439:15, 449:15, 476:9, 478:25, 490:6, 559:22, 633:13
**1992** [1] - 572:16
**1995** [3] - 451:9, 475:3, 489:9
**1997** [1] - 567:8
**1999** [1] - 589:7
**1:00** [1] - 539:15
**1st** [3] - 573:15, 645:2, 645:5

## 2

**2** [29] - 448:5, 463:20, 464:1, 465:9, 488:17, 488:18, 488:23, 497:17, 499:15, 500:4, 502:9, 502:19, 502:23, 502:24, 504:18, 505:14, 510:3, 511:3, 514:19, 523:22, 523:23, 545:25, 568:22, 568:24, 596:5, 602:12, 604:16, 617:25, 639:24
**2,000** [1] - 542:23
**2.81** [2] - 591:4, 591:13
**2.85** [3] - 591:6, 591:14, 592:4
**20** [15] - 439:9, 497:9, 523:24, 527:14, 527:25, 561:21, 562:4, 566:17, 567:15, 594:1, 612:24, 632:14, 634:3, 640:24, 640:25
**20,000** [1] - 446:16
**20-to-1** [5] - 532:2, 533:2, 534:7, 629:19, 630:6
**2000** [1] - 456:7
**2002** [3] - 555:17, 557:13, 558:3
**2003** [2] - 474:5, 555:17
**2004** [2] - 474:12, 639:16
**2006** [4] - 446:3, 446:15, 661:2, 662:19
**2007** [1] - 568:23
**2008.07** [1] - 453:9
**2009** [2] - 553:24, 554:2
**2010** [2] - 553:24, 554:2
**2014** [9] - 483:8, 483:12, 652:23, 664:13, 665:4, 667:20, 668:11, 668:12,

668:24
**2015** [2] - 668:11, 668:23
**2016** [2] - 668:11, 668:23
**2017** [10] - 568:21, 593:11, 594:22, 595:5, 606:17, 667:21, 668:11, 668:12, 668:15, 668:17
**2018** [19] - 545:24, 588:18, 590:11, 597:22, 598:20, 600:6, 602:4, 606:17, 616:24, 622:1, 626:6, 626:17, 627:6, 627:8, 627:14, 627:18, 627:21, 628:8, 631:19
**2019** [9] - 435:4, 495:3, 516:21, 573:15, 578:20, 612:21, 619:11, 630:11, 645:2
**20th** [2] - 588:18, 662:19
**21** [5] - 504:13, 507:6, 508:6, 516:8, 612:22
**22** [9] - 496:10, 527:15, 618:5, 618:10, 619:2, 625:7, 640:23, 644:20
**22262** [9] - 498:9, 506:12, 528:16, 547:5, 551:19, 634:9, 635:4, 640:10, 644:18
**22262-1** [11] - 485:12, 497:17, 506:10, 508:14, 512:12, 549:8, 607:3, 617:25, 619:14, 620:15, 642:8
**22262-1-2** [1] - 589:19
**22262-2** [20] - 483:16, 483:21, 484:1, 484:9, 484:25, 485:7, 486:8, 498:4, 520:11, 549:9, 580:25, 589:22, 590:23, 592:6, 592:8, 608:10, 608:18, 614:13, 649:3, 652:2
**23** [1] - 567:11
**24** [1] - 435:4
**25th** [2] - 568:21, 568:23
**26** [2] - 578:20, 628:7
**260,000** [1] - 655:8
**271** [2] - 612:22, 612:24
**28** [2] - 557:13, 671:5
**29** [2] - 485:8, 567:8

## 3

**3** [22] - 435:5, 465:13,

488:24, 489:1, 500:4, 502:19, 506:25, 507:4, 507:7, 508:2, 509:22, 510:3, 516:2, 533:10, 533:11, 533:13, 534:11, 572:10, 578:21, 600:13, 602:12
**3,000** [1] - 542:23
**3-to-1** [13] - 498:5, 498:11, 498:19, 518:11, 519:18, 575:9, 575:16, 575:20, 576:3, 576:6, 576:14, 662:14, 666:19
**3.3** [4] - 468:23, 468:24, 560:7, 587:10
**30** [8] - 459:7, 462:11, 485:8, 501:9, 537:8, 598:14, 633:24, 633:25
**30-to-1** [2] - 577:2, 594:1
**3021** [1] - 588:19
**31** [1] - 560:14
**33** [1] - 548:25
**35** [1] - 445:14
**35.4** [1] - 499:22
**38** [1] - 484:1

---

**4**

**4** [11] - 521:14, 545:24, 570:19, 588:19, 596:4, 602:15, 602:24, 637:14, 637:16, 637:18, 664:2
**4-to-1** [1] - 518:11
**4.6** [1] - 521:13
**40** [4] - 566:18, 567:14, 567:16, 593:1
**4000-square** [1] - 445:25
**402** [1] - 435:7
**42** [1] - 529:13
**43** [5] - 447:5, 564:12, 660:18, 660:19, 662:17
**440** [1] - 670:8
**45** [1] - 460:3
**49** [1] - 645:2
**4:20** [1] - 669:8

---

**5**

**5** [13] - 511:24, 521:12, 533:2, 533:23, 534:3, 568:22, 568:24, 573:18, 574:19, 578:6, 593:25, 612:21, 659:2
**5-micrometers** [1] -

511:22
**5-to-1** [34] - 468:18, 469:7, 488:10, 495:8, 495:16, 495:21, 495:25, 496:3, 496:12, 496:21, 497:12, 498:8, 498:15, 498:17, 498:21, 500:1, 500:13, 511:23, 519:21, 573:17, 574:19, 578:5, 578:12, 579:1, 582:2, 582:3, 582:5, 645:22, 648:1, 648:7, 648:9, 648:13, 648:14, 662:16
**5-to-10** [1] - 505:3
**5.4** [1] - 664:18
**5.5** [1] - 579:2
**50** [4] - 440:1, 602:17, 602:18, 602:19
**511** [1] - 578:18
**516** [1] - 571:7
**52** [1] - 524:23
**520** [1] - 593:10
**521** [1] - 568:21
**53** [1] - 592:17
**54** [2] - 533:22, 534:2
**54-to-1** [1] - 534:6
**540** [1] - 670:9
**555** [2] - 567:7, 567:11
**56** [2] - 473:5, 645:3
**560** [1] - 545:23
**561** [1] - 557:13
**5755** [14] - 451:2, 453:4, 453:24, 493:8, 497:14, 505:7, 505:20, 510:23, 511:5, 513:7, 522:3, 524:14, 647:8, 649:1
**58** [2] - 537:1, 537:2
**588-9516** [1] - 435:25

---

**6**

**6** [2] - 525:13, 572:24
**60** [3] - 501:10, 550:4, 592:12
**609** [1] - 435:25
**63,800** [1] - 655:14
**632** [1] - 670:8
**65** [1] - 598:11
**666** [1] - 588:17
**675** [1] - 671:11
**68** [1] - 640:21
**69** [1] - 640:21
**69757** [1] - 627:9

---

**7**

**7** [1] - 520:11
**70** [2] - 550:4, 640:21
**7024** [2] - 513:14, 649:6
**71** [4] - 473:4, 473:9, 473:10, 529:13
**72** [2] - 473:13, 526:2
**72.2** [1] - 526:16
**75** [4] - 526:8, 543:10, 580:24, 602:25
**753** [1] - 671:5
**78** [1] - 627:20
**79** [3] - 616:24, 644:15, 644:17

---

**8**

**8** [2] - 530:2, 589:7
**80** [2] - 571:8, 597:4
**83.7** [2] - 526:23, 526:24
**879** [1] - 511:4
**880** [1] - 511:4
**896** [1] - 504:13
**899** [1] - 508:5

---

**9**

**9** [10] - 473:1, 499:13, 500:9, 500:17, 536:21, 588:19, 641:6, 661:9, 661:11, 662:19
**9,000** [1] - 530:2
**9.2** [2] - 559:25, 587:12
**90** [10] - 525:14, 597:2, 598:13, 603:15, 603:18, 603:25, 604:25, 605:2, 641:2, 667:11
**91** [1] - 527:16
**93** [1] - 545:24, 592:23
**94** [1] - 545:25
**95** [8] - 521:7, 526:11, 526:13, 526:14, 544:14, 604:21, 668:22, 668:25

---

**A**

**A-2** [2] - 515:17, 515:18
**abated** [1] - 494:1
**Abe** [1] - 470:5
**aberration** [1] - 624:4
**aberrations** [1] - 620:20
**ability** [10] - 458:18, 488:22, 509:7, 524:24, 533:18, 614:11, 614:12,

614:13, 630:5, 635:23
**able** [12] - 458:1, 477:8, 501:24, 518:4, 525:9, 548:17, 596:14, 629:17, 642:6, 650:1, 651:13, 656:13
**ABOVE** [1] - 671:8
**ABOVE-ENTITLED** [1] - 671:8
**absolutely** [4] - 629:19, 630:1, 630:4, 630:7
**accept** [1] - 439:21
**accepted** [39] - 458:10, 462:2, 464:8, 468:3, 468:8, 468:13, 469:18, 474:22, 475:21, 489:6, 489:24, 491:20, 492:13, 502:25, 516:13, 518:21, 518:25, 520:14, 520:16, 523:15, 524:1, 524:14, 528:8, 530:5, 531:19, 534:22, 535:14, 535:15, 638:18, 647:10, 647:16, 648:22, 649:18, 649:22, 651:22, 652:3, 660:1, 661:6, 666:10
**access** [2] - 507:18, 512:11
**accessory** [6] - 472:6, 492:1, 581:8, 585:12, 585:18, 585:21
**accordance** [1] - 484:8
**According** [1] - 489:21
**according** [7] - 458:9, 469:5, 487:14, 566:8, 611:14, 624:12, 638:22
**Accreditation** [2] - 455:4, 603:8
**accreditation** [1] - 455:23
**accredited** [1] - 603:11
**accuracy** [1] - 613:18
**ACCURATE** [1] - 671:6
**accurately** [2] - 524:24, 668:20
**achieving** [1] - 453:23
**acid** [1] - 521:25
**acoustical** [2] - 457:18, 585:21
**acquiring** [1] - 507:8
**act** [1] - 544:2
**Act** [3] - 455:9, 455:13, 583:5

674

**actinolite** [23] - 466:21, 467:14, 467:18, 467:22, 478:1, 484:7, 492:7, 514:13, 519:3, 521:17, 521:21, 522:9, 523:7, 533:16, 570:23, 572:7, 581:3, 585:18, 585:22, 610:15, 658:22, 666:12, 666:20

**ACTION** [1] - 435:2

**actual** [7] - 452:17, 493:3, 550:5, 609:1, 609:4, 615:8, 615:14

**add** [3] - 564:20, 565:21, 643:11

**added** [5] - 522:15, 555:4, 571:5, 600:10, 667:13

**adding** [2] - 564:23, 576:6

**addition** [5] - 483:6, 485:15, 548:17, 572:20, 588:25

**additional** [7] - 510:14, 564:19, 564:22, 588:2, 620:3, 644:25, 664:16

**address** [1] - 460:7

**adjourned** [1] - 669:8

**administration** [1] - 446:21

**adopt** [2] - 494:23, 494:24

**adopted** [11] - 498:25, 547:1, 547:9, 548:23, 550:21, 550:25, 551:13, 551:18, 651:3, 651:8, 651:18

**advance** [1] - 625:20

**advantages** [2] - 487:10, 487:12

**AE** [1] - 602:8

**affect** [1] - 629:15

**affected** [1] - 629:13

**affecting** [1] - 575:12

**afield** [1] - 472:20

**afternoon** [4] - 471:6, 540:10, 540:11, 597:14

**age** [2] - 442:19, 450:14

**agencies** [4] - 457:11, 458:19, 460:14, 551:13

**Agency** [6] - 448:19, 448:21, 454:18, 551:9, 582:17, 661:21

**agency** [8] - 462:1, 547:1, 547:9, 548:22, 550:22, 551:18, 552:22, 638:18

**ago** [8] - 437:23, 438:15, 549:23, 553:20, 554:18, 554:24, 557:10, 565:13

**agree** [17] - 480:25, 481:6, 504:25, 532:7, 548:21, 558:16, 568:7, 569:5, 569:8, 584:9, 588:7, 615:23, 620:23, 653:4, 653:9, 657:6, 664:20

**agreed** [8] - 525:19, 527:25, 587:23, 589:25, 601:15, 602:20, 604:7, 604:8

**agreed-upon** [1] - 527:25

**agreeing** [1] - 605:2

**agreement** [19] - 452:12, 453:18, 453:25, 525:25, 526:2, 526:9, 526:14, 526:16, 526:23, 526:24, 528:1, 602:17, 602:25, 603:6, 603:7, 603:23, 604:25, 668:22, 668:25

**agrees** [1] - 452:9

**ahead** [1] - 645:10

**AHERA** [65] - 455:8, 455:13, 468:14, 469:2, 469:5, 489:21, 489:24, 492:13, 493:13, 493:16, 493:23, 494:9, 494:13, 494:25, 495:2, 495:8, 495:15, 497:3, 503:1, 503:13, 504:4, 504:10, 504:13, 505:20, 506:4, 507:1, 507:3, 507:6, 507:19, 507:23, 508:1, 508:5, 513:7, 517:16, 517:22, 518:12, 518:19, 518:24, 519:5, 524:9, 549:5, 570:10, 570:15, 570:21, 570:25, 571:2, 571:4, 571:7, 571:19, 574:5, 582:24, 583:1, 583:4, 584:3, 586:4, 647:7, 648:19, 648:24, 649:18, 651:22, 662:15, 663:5, 663:10

**AHERA's** [3] - 570:12,

571:15, 574:2

**AIDS** [1] - 459:15

**AIHA** [1] - 455:24

**aimed** [2] - 583:16, 599:8

**Air** [2] - 459:8, 459:20

**air** [18] - 443:5, 443:6, 443:8, 444:20, 445:3, 445:8, 455:7, 461:5, 530:14, 561:16, 564:13, 583:18, 586:18, 586:24, 656:13, 657:2, 662:12, 662:13

**airborne** [2] - 560:23, 656:11

**ALABAMA** [1] - 435:11

**Alice** [2] - 439:14, 476:9

**allegation** [2] - 460:24, 461:4

**alleged** [2] - 559:4, 564:14

**Allen** [1] - 626:18

**ALLEN** [1] - 435:10

**Alli** [1] - 437:21

**ALLISON** [1] - 436:6

**allow** [8] - 438:10, 468:3, 486:25, 513:9, 534:12, 583:18, 614:6, 653:22

**allowed** [4] - 477:6, 501:15, 532:6, 543:3

**allows** [7] - 470:2, 487:12, 487:13, 487:15, 503:1, 507:25, 533:20

**alloy** [1] - 442:25

**almost** [8] - 446:3, 470:10, 488:14, 501:9, 501:14, 522:11, 537:9, 590:24

**alone** [1] - 457:1

**Alpharetta** [1] - 440:23

**alternative** [1] - 555:14

**Aluminium** [1] - 442:24

**aluminum** [1] - 442:25

**ambient** [5] - 564:13, 564:19, 564:22, 564:23, 564:24

**American** [6] - 451:11, 451:13, 456:1, 456:12, 495:11, 661:24

**amosite** [4] - 521:11, 521:13, 570:22, 572:6

**amount** [13] - 457:5, 516:6, 516:9, 530:11, 559:15, 563:11, 576:5,

619:14, 628:24, 640:25, 654:18, 654:21, 656:22

**amounts** [2] - 515:13, 566:25

**amphibole** [54] - 476:1, 476:23, 477:2, 477:19, 477:21, 477:25, 478:10, 478:16, 481:5, 484:23, 485:9, 492:5, 492:7, 507:12, 507:13, 507:25, 513:18, 513:25, 514:2, 514:6, 521:10, 521:18, 521:19, 529:13, 529:18, 531:7, 531:20, 532:25, 533:1, 533:6, 534:19, 537:2, 560:24, 568:10, 573:2, 573:3, 573:16, 578:3, 578:24, 579:10, 579:11, 579:18, 579:22, 580:4, 589:4, 609:3, 609:7, 609:15, 609:24, 610:11, 629:22, 634:13, 661:25

**amphiboles** [12] - 466:22, 467:2, 467:4, 478:5, 480:9, 482:22, 485:14, 568:7, 576:25, 581:12, 589:4, 633:11

**AN** [1] - 671:6

**analog** [1] - 580:21

**analogs** [5] - 571:17, 581:11, 581:14, 582:3, 589:13

**analyses** [6] - 458:7, 500:23, 523:17, 610:24, 614:15, 644:19

**analysis** [92] - 445:4, 446:20, 447:25, 453:10, 455:17, 456:5, 456:6, 456:13, 456:14, 456:17, 458:12, 460:17, 461:1, 475:11, 475:25, 476:3, 477:9, 477:23, 480:10, 481:4, 487:23, 488:2, 488:21, 489:12, 489:19, 490:21, 492:15, 492:16, 492:18, 494:2, 494:7, 500:21, 501:7, 501:12, 502:14, 503:1, 506:3, 506:4, 507:7, 508:2, 508:17, 512:12, 515:25, 516:25, 517:10, 520:17, 527:7, 529:1, 530:4,

530:16, 530:19, 532:18, 532:20, 546:12, 547:6, 549:9, 551:14, 561:6, 575:12, 576:1, 586:4, 586:8, 586:18, 586:25, 589:15, 589:23, 598:23, 606:11, 606:21, 619:15, 620:24, 624:22, 625:15, 626:9, 626:17, 627:8, 629:3, 629:12, 630:12, 631:17, 633:10, 633:20, 638:17, 642:11, 642:13, 644:13, 644:23, 645:4, 645:17, 647:19

**analyst** [37] - 500:20, 525:6, 525:7, 526:4, 578:6, 578:8, 579:2, 579:9, 579:12, 579:17, 579:21, 589:16, 590:3, 594:17, 594:22, 595:1, 595:19, 595:21, 595:25, 596:1, 596:3, 596:5, 596:8, 598:25, 599:7, 602:9, 602:15, 602:24, 604:16, 610:22, 616:8, 618:6, 620:20, 624:25, 629:8, 630:17

**analysts** [75] - 500:22, 500:25, 501:8, 501:22, 502:3, 502:7, 507:20, 524:24, 525:3, 525:9, 525:12, 525:19, 525:25, 526:7, 526:11, 559:15, 560:12, 560:16, 578:2, 578:23, 581:18, 581:22, 582:9, 582:13, 587:2, 587:3, 587:17, 592:17, 592:23, 593:2, 593:12, 593:16, 595:5, 595:11, 597:18, 598:24, 599:11, 600:2, 600:15, 600:19, 600:23, 601:15, 601:19, 601:25, 602:12, 603:6, 603:17, 603:22, 604:4, 604:7, 604:11, 604:20, 610:10, 610:14, 610:17, 623:11, 624:9, 624:21, 628:13, 628:24, 630:18, 630:25, 631:3, 632:3, 649:20, 649:21, 650:2, 650:6, 650:15, 650:17, 667:10, 668:13, 668:15, 668:16, 668:19

**analytical** [8] - 446:19, 454:17, 459:18, 475:12, 484:11, 485:1, 523:18, 529:24

**Analytical** [15] - 441:3, 441:10, 445:17, 446:12, 447:6, 454:24, 457:12, 458:19, 462:12, 472:25, 473:4, 474:16, 474:18, 485:5, 503:17

**analyze** [15] - 443:8, 444:11, 444:20, 447:11, 447:12, 448:4, 458:1, 458:20, 465:24, 477:6, 486:14, 487:5, 589:17, 600:20, 634:18

**analyzed** [16] - 445:5, 489:9, 505:17, 527:11, 530:12, 545:16, 554:25, 586:9, 586:12, 626:5, 627:9, 627:14, 627:17, 628:19, 644:25, 663:3

**analyzing** [20] - 443:16, 443:20, 444:25, 449:7, 449:20, 455:6, 460:20, 478:14, 478:15, 479:2, 510:21, 575:5, 578:22, 585:23, 620:4, 620:14, 621:17, 621:20, 627:21

**Angeles** [1] - 458:24

**angle** [6] - 509:9, 509:25, 535:23, 535:24, 536:1

**angles** [1] - 487:3

**animation** [2] - 477:11, 477:12

**annual** [2] - 564:12, 667:8

**ANSWER** [11] - 546:5, 557:18, 557:21, 557:23, 567:20, 569:8, 579:4, 579:7, 588:24, 613:3, 613:7

**answer** [13] - 546:18, 546:20, 567:19, 578:19, 580:1, 580:6, 580:9, 582:18, 586:11, 610:4, 614:20, 631:23, 631:25

**answered** [3] - 546:21, 642:20, 643:4

**answers** [4] - 570:5, 632:24, 635:8, 644:7

**Anthony** [2] - 500:21, 501:20

**anthophyllite** [75] - 466:21, 467:15, 467:18, 467:23, 472:9, 478:1, 478:3, 478:6, 499:20, 503:19, 503:22, 503:23, 505:2, 506:1, 506:16, 506:18, 506:20, 508:15, 508:19, 508:21, 508:24, 508:25, 509:15, 509:19, 509:24, 510:1, 510:2, 510:20, 511:9, 511:19, 512:9, 513:2, 513:4, 514:13, 514:17, 519:2, 521:16, 521:22, 522:8, 523:6, 525:23, 526:20, 526:21, 528:19, 528:24, 529:3, 529:4, 530:24, 534:24, 535:19, 536:2, 536:13, 548:7, 548:13, 548:14, 548:16, 548:19, 548:20, 557:7, 557:24, 561:23, 570:23, 572:7, 575:8, 576:5, 597:1, 600:11, 600:20, 601:18, 601:21, 637:10, 658:22, 666:12, 666:21

**apologize** [2] - 569:11, 665:15

**apparatus** [1] - 482:16

**appear** [1] - 614:19

**appeared** [1] - 510:13

**appearing** [2] - 509:3, 509:20

**appendix** [2] - 470:19, 637:14

**applications** [1] - 542:16

**applied** [5] - 475:1, 489:25, 651:21, 663:4, 663:10

**apply** [6] - 498:8, 519:19, 528:16, 585:6, 649:9, 663:5

**applying** [2] - 498:9, 648:22

**appreciate** [1] - 539:12

**appropriate** [10] - 605:8, 606:21, 607:15, 608:21, 610:19, 612:1, 652:10, 659:17, 659:20, 667:16

**appropriately** [2] - 439:23, 597:14

**approved** [1] - 551:5

**April** [3] - 554:15, 567:8,

662:19

**area** [14] - 444:3, 448:1, 449:23, 481:12, 483:2, 489:1, 505:25, 510:16, 511:25, 530:15, 611:9, 611:10, 655:17, 667:16

**areas** [3] - 448:2, 459:21, 459:23

**argue** [1] - 568:16

**arguing** [1] - 517:6

**argument** [1] - 534:4

**arguments** [1] - 504:1

**arms** [1] - 655:18

**ARPS** [1] - 435:20

**art** [2] - 462:22, 463:2

**article** [9] - 443:7, 476:17, 490:17, 490:20, 492:4, 663:2, 664:4, 666:16, 666:23

**articles** [3] - 463:14, 575:18, 657:5

**asbestiform** [73] - 467:7, 467:11, 514:10, 514:12, 522:4, 534:9, 536:23, 560:24, 568:10, 568:11, 568:16, 569:19, 570:6, 570:21, 570:25, 571:3, 571:13, 571:16, 571:20, 572:17, 573:3, 574:9, 574:16, 575:1, 576:24, 577:5, 577:9, 578:3, 578:24, 579:22, 580:4, 580:15, 580:21, 581:11, 581:13, 581:14, 581:21, 581:23, 582:10, 582:12, 582:15, 587:21, 587:22, 588:3, 588:9, 588:10, 588:14, 588:23, 590:1, 590:2, 590:4, 593:21, 593:23, 594:4, 594:8, 594:11, 594:14, 609:2, 609:7, 609:23, 629:19, 647:15, 658:17, 662:1

**asbestos** [550] - 442:3, 443:3, 443:4, 443:5, 443:9, 443:16, 443:20, 444:5, 444:7, 444:12, 444:20, 444:25, 445:3, 445:14, 447:7, 447:10, 448:1, 448:11, 448:12, 448:13, 448:17, 448:22, 448:24, 448:25, 449:2, 449:3, 449:4, 449:7,

449:20, 449:22, 450:6, 450:7, 450:8, 450:10, 450:13, 450:16, 450:20, 451:15, 452:22, 453:1, 453:6, 453:10, 454:14, 454:19, 454:20, 454:25, 455:3, 455:7, 455:11, 455:12, 456:3, 457:13, 457:17, 457:18, 457:19, 458:2, 458:8, 458:13, 458:20, 459:5, 459:9, 460:17, 460:20, 460:24, 461:5, 462:14, 463:14, 464:5, 465:12, 465:17, 465:19, 465:20, 465:23, 466:11, 466:12, 466:15, 466:18, 466:20, 467:3, 467:6, 467:7, 467:10, 467:13, 467:17, 467:19, 467:24, 468:1, 468:6, 468:7, 469:19, 469:21, 470:3, 470:8, 471:14, 472:5, 472:10, 472:15, 474:17, 475:7, 475:13, 476:1, 476:5, 476:24, 477:20, 477:25, 478:2, 478:10, 478:16, 478:23, 479:2, 479:17, 480:25, 481:5, 483:11, 483:17, 483:22, 484:4, 484:8, 484:12, 484:20, 485:2, 485:10, 485:14, 487:6, 487:11, 487:14, 487:19, 487:23, 488:3, 488:8, 488:10, 488:13, 488:22, 489:4, 489:15, 490:1, 490:13, 490:22, 491:8, 491:13, 491:14, 491:15, 491:22, 491:24, 492:6, 492:7, 492:20, 492:24, 494:1, 494:24, 495:18, 495:24, 496:20, 496:25, 499:21, 500:3, 500:5, 500:11, 502:20, 503:15, 504:7, 504:19, 504:23, 505:12, 505:18, 506:13, 507:13, 507:14, 508:3, 508:15, 508:19, 508:24, 509:1, 509:15, 509:19, 509:24, 510:2, 510:20, 511:9, 511:19, 511:21, 512:9, 512:19, 513:1, 513:9, 513:13, 513:16, 514:6, 514:13, 514:17,

514:22, 514:23, 515:2, 515:14, 515:16, 515:21, 516:14, 516:22, 517:3, 517:10, 517:15, 517:17, 517:23, 517:25, 518:1, 518:6, 518:12, 518:14, 518:18, 518:19, 518:22, 519:2, 519:3, 519:5, 519:18, 519:23, 520:6, 520:7, 520:8, 520:9, 520:21, 520:24, 521:1, 521:5, 521:7, 521:10, 521:15, 521:16, 521:17, 521:18, 521:19, 522:1, 522:3, 522:8, 522:9, 522:13, 522:15, 522:16, 522:24, 523:4, 523:6, 523:7, 523:12, 524:4, 524:9, 524:10, 524:11, 524:17, 524:25, 525:4, 526:17, 526:22, 527:3, 527:10, 527:11, 527:13, 527:14, 527:15, 527:25, 528:2, 528:10, 528:19, 528:23, 528:25, 529:3, 529:4, 529:8, 529:10, 529:13, 529:18, 529:20, 530:3, 530:6, 530:8, 530:11, 531:7, 531:16, 531:20, 531:22, 531:25, 532:14, 532:25, 533:6, 533:8, 533:17, 534:8, 534:19, 534:22, 535:19, 535:24, 536:13, 536:18, 536:21, 536:23, 537:2, 537:19, 539:4, 540:13, 542:5, 543:20, 545:9, 545:14, 545:18, 547:6, 547:24, 547:25, 548:10, 550:20, 551:6, 551:10, 553:5, 554:7, 555:4, 555:15, 555:19, 555:24, 556:3, 556:17, 556:18, 556:24, 557:4, 557:8, 557:20, 558:4, 559:8, 559:12, 559:15, 560:13, 560:16, 560:24, 562:18, 563:11, 564:6, 564:13, 564:25, 565:9, 565:10, 566:5, 566:14, 566:19, 566:23, 567:18, 567:21, 568:2, 568:8, 568:14, 568:18, 569:6, 569:13, 569:15, 569:17, 569:24,

570:16, 570:21, 571:5, 571:11, 571:15, 571:16, 571:20, 572:2, 572:5, 572:6, 572:7, 572:13, 572:16, 572:22, 572:25, 573:2, 573:6, 573:13, 573:19, 574:13, 575:11, 575:13, 577:6, 577:8, 577:13, 577:15, 577:22, 577:23, 577:24, 577:25, 578:7, 579:3, 579:6, 579:7, 580:5, 580:7, 580:14, 581:24, 582:17, 583:10, 583:17, 583:22, 583:25, 584:4, 584:8, 584:10, 584:11, 584:12, 584:14, 585:8, 585:10, 585:20, 586:6, 586:8, 586:13, 586:20, 587:3, 588:1, 588:13, 589:3, 589:13, 594:5, 594:10, 594:11, 598:25, 599:3, 599:6, 599:9, 600:10, 600:11, 600:13, 600:21, 607:20, 609:16, 611:4, 611:9, 613:11, 615:10, 615:14, 615:20, 619:3, 619:7, 621:4, 621:17, 621:21, 633:6, 633:17, 633:22, 635:18, 636:17, 637:6, 637:8, 637:24, 638:19, 639:4, 639:8, 639:19, 639:22, 640:23, 641:3, 641:6, 641:7, 641:19, 642:5, 642:13, 642:24, 645:18, 646:2, 646:10, 646:14, 646:15, 646:22, 647:2, 647:15, 647:18, 648:3, 648:16, 648:17, 648:19, 648:21, 648:24, 649:1, 649:3, 649:5, 649:8, 649:10, 649:12, 649:13, 649:15, 649:16, 649:17, 651:19, 651:24, 653:6, 653:11, 653:13, 653:14, 653:22, 654:2, 654:9, 654:11, 654:13, 654:18, 654:22, 655:4, 655:7, 655:8, 655:14, 656:9, 656:23, 658:3, 658:6, 658:10, 658:23, 658:24, 660:9, 660:23, 661:4, 661:6, 662:2, 662:22, 662:23,

663:4, 663:12, 663:17, 663:25, 664:7, 664:10, 664:23, 665:7, 666:13, 666:14, 666:25, 668:14, 668:20, 668:21

**Asbestos** [4] - 455:9, 465:14, 490:7, 583:5

**asbestos-added** [2] - 522:15, 571:5

**asbestos-containing** [10] - 458:2, 583:22, 583:25, 584:4, 584:14, 585:8, 585:10, 586:6, 586:13, 654:13

**asbestos-testing** [1] - 448:13

**ASHCRAFT** [1] - 435:12

**aspect** [51] - 468:17, 469:6, 469:9, 469:12, 469:16, 488:9, 493:11, 495:8, 495:16, 495:25, 496:3, 496:12, 496:20, 496:21, 496:25, 497:4, 497:12, 498:4, 498:8, 498:15, 498:17, 498:21, 499:25, 500:6, 500:13, 500:15, 511:23, 518:11, 532:9, 533:2, 534:6, 573:17, 574:19, 575:9, 576:2, 576:14, 577:2, 577:18, 578:4, 579:1, 582:1, 582:4, 645:22, 648:1, 648:7, 648:10, 648:13, 648:15, 662:14, 662:16, 666:17

**assessment** [1] - 505:6

**assisting** [1] - 437:17

**associated** [1] - 472:7

**Associates** [1] - 466:7

**Association** [2] - 456:2, 456:12

**assorted** [2] - 509:2, 509:19

**assume** [2] - 567:13, 666:3

**assumes** [2] - 550:24, 551:1

**assuming** [1] - 495:18

**Assurance** [1] - 456:25

**assurance** [1] - 457:7

**assure** [4] - 494:2, 520:21, 529:19, 650:13

**ASTM** [26] - 450:2,

451:2, 451:6, 451:10, 451:12, 451:17, 451:18, 452:3, 452:11, 452:20, 453:4, 453:8, 453:24, 493:8, 497:14, 505:7, 505:20, 506:5, 506:6, 510:23, 511:5, 513:7, 522:2, 524:14, 647:8, 649:1

**ASTM-5755** [1] - 452:21
**at-issue** [1] - 538:16
**Atlanta** [3] - 440:24, 440:25, 446:4
**Atlas** [3] - 465:21, 467:9, 570:7
**atlas** [2] - 465:22, 466:3
**atoms** [2] - 510:7, 510:8
**attach** [3] - 505:13, 505:16, 510:25
**attached** [1] - 524:22
**attempt** [1] - 657:4
**attention** [2] - 479:6, 581:1
**attorney** [1] - 543:19
**attributes** [1] - 523:9
**audit** [3] - 457:2, 667:8, 668:3
**auditor** [1] - 455:20
**auditors** [1] - 457:9
**August** [1] - 445:6
**author** [1] - 598:1
**authorities** [1] - 571:10
**Authority** [1] - 457:14
**authority** [1] - 651:13
**authorship** [2] - 451:5, 493:8
**automatically** [3] - 569:13, 595:16, 595:18
**available** [5] - 462:24, 471:1, 554:3, 621:25, 631:18
**avenue** [3] - 449:25, 630:25, 656:6
**average** [4] - 469:25, 563:8, 563:23, 564:13
**aware** [12] - 484:21, 521:21, 551:8, 557:22, 557:23, 631:8, 650:19, 652:9, 657:16, 658:5, 661:11, 665:5
**axis** [9] - 507:18, 507:21, 509:10, 509:12, 512:13, 512:18, 512:19, 512:23,

513:17

## B

**babies** [3] - 556:23, 557:3, 557:20
**baby** [1] - 472:13
**Baby** [13] - 472:14, 473:5, 499:7, 531:1, 535:20, 600:9, 600:16, 611:23, 615:21, 654:25, 655:9, 655:15, 656:18
**Bachelor's** [2] - 441:15, 501:19
**background** [6] - 441:11, 520:19, 561:21, 561:22, 562:4, 657:2
**backup** [1] - 650:14
**backwards** [1] - 571:23
**bags** [1] - 521:1
**Baltimore** [1] - 458:22
**bar** [1] - 499:24
**BART** [1] - 435:22
**based** [24] - 480:24, 491:8, 493:3, 512:24, 516:17, 518:8, 518:10, 518:21, 531:19, 549:4, 562:13, 571:24, 585:10, 611:5, 611:22, 613:13, 613:14, 639:14, 639:15, 639:16, 641:23, 646:10, 649:17, 664:20
**basic** [3] - 482:21, 623:14, 625:14
**basis** [5] - 502:14, 561:24, 576:20, 657:24, 659:21
**batch** [1] - 644:17
**Bates** [1] - 499:15
**bathroom** [1] - 597:10
**BE** [1] - 671:6
**beam** [3] - 510:15, 518:2, 518:3
**Beard** [3] - 454:16, 454:17, 454:20
**Beasley** [1] - 626:18
**BEASLEY** [1] - 435:10
**became** [2] - 453:13, 494:13
**become** [2] - 510:13, 625:1
**becoming** [1] - 656:11
**began** [2] - 445:18, 449:16

**begin** [3] - 437:8, 443:3, 444:11
**beginning** [1] - 591:7
**begins** [1] - 609:2
**behalf** [10] - 435:16, 436:7, 436:10, 440:11, 455:8, 461:20, 462:13, 554:10, 555:2, 555:18
**behave** [1] - 442:5
**behind** [3] - 444:4, 501:5, 501:16
**BEISNER** [1] - 435:20
**belongs** [2] - 507:10, 507:11
**below** [8] - 504:3, 505:25, 516:20, 529:24, 559:17, 566:11, 582:3, 654:11
**bench** [1] - 645:6
**beside** [2] - 457:16, 513:2
**best** [11] - 442:9, 442:13, 449:25, 458:18, 462:24, 466:1, 475:13, 475:25, 496:19, 582:4, 642:7
**better** [4] - 443:10, 630:24, 641:17, 653:22
**between** [26] - 508:18, 508:23, 510:8, 510:18, 528:2, 567:15, 571:2, 571:19, 580:21, 581:13, 589:2, 589:12, 590:1, 593:6, 595:12, 600:23, 603:6, 620:24, 623:18, 624:24, 630:17, 635:9, 641:18, 667:5, 667:10, 668:12
**beyond** [4] - 481:11, 482:25, 651:12, 655:23
**bid** [1] - 553:9
**BIDDLE** [1] - 435:18
**big** [4] - 445:18, 445:22, 523:12, 543:4
**billed** [1] - 462:12
**binder** [6] - 499:15, 545:23, 557:12, 578:18, 612:20, 645:8
**biological** [1] - 501:20
**biologists** [1] - 446:24
**biomaterials** [1] - 442:6
**bit** [20] - 444:18, 444:23, 445:10, 460:3, 488:14, 534:5, 544:9, 544:11,

547:16, 548:12, 555:1, 558:23, 559:11, 568:1, 573:5, 582:23, 587:16, 601:14, 606:10, 612:17
**black** [1] - 535:25
**blank** [1] - 505:25
**blanks** [1] - 520:18
**blind** [2] - 525:7, 630:21
**Blinkinshop** [1] - 545:24
**Block** [3] - 437:16, 472:21, 670:8
**BLOCK** [58] - 435:16, 437:15, 438:23, 440:6, 440:16, 460:6, 464:20, 464:23, 465:3, 470:17, 471:11, 472:1, 472:3, 472:23, 481:14, 481:17, 486:7, 499:6, 499:13, 523:25, 536:8, 536:11, 538:5, 538:7, 538:20, 538:22, 539:11, 550:24, 589:5, 597:8, 597:12, 605:3, 632:12, 636:12, 636:14, 637:5, 637:16, 644:5, 644:11, 651:2, 651:16, 656:1, 656:7, 657:7, 657:13, 657:25, 659:2, 659:4, 659:14, 660:1, 660:15, 660:16, 665:17, 666:4, 666:8, 667:19, 668:2, 669:1
**block** [1] - 459:25
**Blount** [31] - 439:14, 476:9, 476:17, 476:20, 476:21, 483:6, 484:16, 547:10, 547:14, 547:17, 547:18, 548:1, 548:6, 548:10, 548:23, 549:17, 550:16, 550:17, 551:19, 575:6, 575:18, 582:5, 590:10, 590:25, 591:20, 591:25, 592:5, 592:8, 607:2, 607:7, 633:12
**Blount's** [3] - 591:9, 591:11, 642:16
**blown** [1] - 641:9
**blue** [1] - 535:10
**board** [1] - 453:18
**body** [1] - 442:7
**book** [8] - 490:9, 490:12, 490:18, 499:14, 500:9, 500:16, 502:8, 511:3
**Boston** [1] - 458:22

**bottle** [5] - 559:22, 561:11, 561:14, 561:16, 600:9
**bottles** [2] - 560:15, 560:17
**bottom** [11] - 442:23, 476:16, 477:20, 477:22, 478:11, 478:15, 480:17, 481:20, 481:25, 482:3, 482:14
**bought** [1] - 600:8
**bounded** [1] - 576:20
**box** [1] - 515:22
**brakes** [1] - 556:17
**brand** [1] - 501:13
**breadth** [2] - 596:11, 666:2
**break** [8] - 485:17, 523:23, 539:13, 577:22, 597:10, 597:14, 605:10, 621:1
**breathing** [1] - 561:17
**bridge** [1] - 442:14
**brief** [4] - 459:6, 486:18, 525:18, 526:21
**briefing** [2] - 524:7, 564:6
**briefly** [3] - 452:2, 487:8, 524:23
**briefs** [1] - 462:6
**bring** [3] - 440:7, 609:5, 656:2
**bringing** [1] - 555:3
**brings** [1] - 480:8
**brittle** [1] - 522:11
**broad** [4] - 448:8, 449:1, 449:4, 538:14
**broad-ranged** [1] - 448:8
**broader** [3] - 447:7, 447:8, 447:10
**broken** [2] - 441:25, 497:24
**brought** [2] - 460:8, 461:14
**Brown** [2] - 437:21, 670:9
**BROWN** [56] - 436:6, 437:8, 437:20, 440:5, 470:14, 470:23, 472:16, 481:8, 482:24, 484:17, 537:23, 538:13, 540:9, 545:20, 545:22, 551:2, 551:4, 552:1, 557:11,

561:25, 562:3, 563:1, 567:6, 568:19, 568:25, 569:2, 578:15, 578:17, 588:15, 588:17, 589:7, 589:9, 597:5, 597:15, 605:7, 606:7, 612:18, 614:23, 632:8, 643:25, 645:1, 645:7, 650:22, 651:12, 655:20, 657:3, 657:9, 657:19, 658:25, 659:3, 659:6, 661:7, 665:11, 665:15, 665:24, 667:12
**build** [2] - 442:14, 501:5
**building** [10] - 449:7, 449:20, 449:21, 450:5, 450:11, 450:14, 450:19, 494:3, 494:4, 585:24
**buildings** [6] - 450:9, 457:25, 459:1, 459:2, 459:4, 494:1
**bulk** [4] - 455:7, 492:16, 638:19, 662:12
**bullets** [1] - 452:5
**bundle** [54] - 488:8, 515:12, 520:7, 520:13, 523:13, 524:2, 524:8, 524:12, 524:19, 525:20, 526:1, 526:6, 526:7, 526:12, 526:18, 526:25, 528:3, 528:9, 532:17, 532:22, 533:17, 533:25, 534:14, 535:2, 536:19, 536:21, 541:8, 541:12, 590:3, 593:17, 593:19, 593:22, 594:9, 594:13, 594:19, 595:1, 595:7, 595:11, 595:13, 595:15, 596:25, 599:4, 601:5, 601:17, 602:10, 602:16, 602:19, 602:24, 603:23, 604:6, 604:16, 604:21, 655:8, 668:21
**bundles** [27] - 526:23, 530:16, 532:2, 532:4, 532:11, 534:13, 573:16, 573:19, 575:24, 577:17, 577:20, 581:25, 592:18, 592:23, 593:2, 594:8, 596:18, 596:21, 597:2, 600:24, 629:18, 630:6, 641:1, 667:5, 667:11, 668:4

**burden** [1] - 530:16
**Bureau** [1] - 496:19
**business** [1] - 593:20
**busy** [2] - 445:12, 628:18
**buy** [1] - 520:25
**BY** [38] - 435:11, 435:12, 435:14, 435:16, 435:18, 435:20, 435:22, 436:6, 436:9, 440:16, 471:11, 472:3, 472:23, 481:17, 486:7, 536:11, 538:7, 538:22, 540:9, 551:4, 562:3, 563:1, 578:17, 589:9, 597:15, 606:7, 632:12, 636:14, 637:5, 651:2, 651:16, 656:7, 657:13, 657:25, 660:16, 665:17, 666:8, 668:2

---

**C**

**c.c** [1] - 563:18
**cables** [1] - 459:23
**calcium** [2] - 516:16, 516:18
**calculate** [2] - 525:24, 530:5
**calculated** [4] - 500:6, 561:8, 562:6, 562:20
**calculation** [5] - 530:12, 563:22, 564:2, 655:23, 657:10
**calculations** [2] - 562:18, 565:1
**calibration** [1] - 611:5
**California** [2] - 446:8, 464:13
**CALIFORNIA** [1] - 435:22
**camera** [12] - 620:16, 621:5, 621:8, 621:11, 621:12, 621:15, 621:16, 624:1, 624:3, 628:14, 630:8, 632:1
**Campbell** [6] - 496:18, 575:6, 575:18, 582:6, 666:16, 666:23
**Canada** [1] - 448:18
**Cancer** [1] - 475:2
**cannot** [16] - 441:6, 469:20, 522:12, 547:18, 548:11, 577:8, 587:20, 588:8, 588:21, 589:2, 589:12, 590:1, 637:8,

647:11, 647:19
**cans** [1] - 442:20
**Cans** [1] - 442:24
**capable** [2] - 520:2, 615:24
**car** [2] - 447:19, 473:11
**carbon** [1] - 529:8
**Care** [1] - 436:10
**careers** [1] - 501:1
**Carolina** [3] - 446:6, 464:14, 565:13
**case** [53] - 439:13, 453:1, 459:14, 459:15, 461:13, 461:15, 461:18, 462:6, 464:9, 464:17, 475:2, 479:8, 480:1, 489:25, 491:9, 491:11, 491:22, 492:2, 492:12, 492:17, 493:14, 496:17, 499:5, 503:18, 504:2, 516:8, 516:16, 532:1, 538:24, 539:2, 545:2, 545:13, 546:4, 552:18, 561:22, 566:4, 566:12, 566:21, 571:11, 572:21, 583:1, 587:17, 604:2, 606:11, 609:12, 610:14, 610:25, 650:24, 652:3, 657:22, 663:6, 663:16, 667:17
**cases** [8] - 454:6, 461:4, 463:21, 464:2, 464:7, 472:10, 507:20, 555:3
**categories** [1] - 600:1
**categorizes** [1] - 503:16
**category** [1] - 471:4
**caused** [1] - 477:8
**causes** [2] - 476:3, 478:9
**causing** [1] - 450:22
**CCR** [2] - 435:24, 671:11
**CDC** [2] - 459:8, 552:7
**ceiling** [5] - 450:12, 450:15, 450:17, 450:21, 457:18
**ceilings** [1] - 450:19
**cement** [7] - 565:17, 565:21, 566:4, 566:13, 566:17, 567:15, 567:20
**Center** [2] - 457:25, 459:11
**Centers** [1] - 661:20
**centimeter** [2] - 530:14, 530:15

centrifugation [2] - 484:24, 634:13
centrifuge [11] - 477:16, 478:8, 481:22, 482:9, 482:19, 484:14, 591:2, 591:17, 609:3, 609:8, 634:14
century [1] - 487:7
ceramics [1] - 442:2
certain [12] - 455:17, 455:18, 456:13, 457:4, 458:2, 478:10, 483:13, 487:3, 522:2, 527:3, 535:24, 652:14
certainly [2] - 549:3, 574:22
certainty [1] - 518:21
Certificate [1] - 671:11
certification [6] - 455:2, 455:6, 455:10, 455:14, 456:2, 667:15
certifications [4] - 447:23, 454:23, 455:1, 456:11
CERTIFIED [1] - 671:6
certified [3] - 455:24, 456:8, 456:14
certify [2] - 456:4, 456:16
cetera [3] - 450:21, 628:15, 638:19
challenge [2] - 463:23, 465:6
chance [1] - 574:21
change [7] - 442:5, 450:18, 451:22, 465:2, 511:13, 512:3, 595:25
changed [7] - 510:15, 572:16, 591:11, 591:13, 591:16, 591:18
changes [1] - 550:18
changing [2] - 451:22, 643:12
characteristic [1] - 512:5
characteristics [3] - 486:25, 531:5, 531:6
characterization [3] - 484:18, 504:25, 642:7
characterize [2] - 441:24, 444:6
characterizing [1] - 517:5
charge [1] - 454:17
chart [7] - 484:2, 525:17, 526:21, 575:6, 575:7, 604:25, 634:9
check [2] - 502:12, 622:20
checked [1] - 622:14
checklists [1] - 455:18
Chemical [1] - 465:13
chemical [4] - 456:5, 465:16, 466:12, 521:24
chemistry [16] - 441:16, 468:6, 488:20, 488:21, 489:19, 491:1, 503:2, 503:21, 508:20, 508:21, 511:10, 516:17, 517:19, 518:9, 578:12, 646:3
chemists [2] - 446:25, 447:1
chest [1] - 655:17
Chicago [2] - 458:23, 501:1
children [2] - 494:3, 563:16
Chinese [1] - 474:13
chips [2] - 459:18, 459:20
choice [1] - 453:14
choose [1] - 493:22
chose [2] - 494:6, 644:15
chosen [2] - 453:15, 618:4
chrysotile [20] - 458:3, 470:3, 470:8, 472:10, 478:5, 484:7, 507:11, 521:4, 521:8, 547:18, 547:22, 547:24, 548:13, 548:18, 567:21, 570:22, 572:6, 585:17, 637:10, 642:4
cigarettes [2] - 489:9, 489:15
Cincinnati [1] - 448:20
circle [1] - 466:13
circled [3] - 466:11, 488:6, 512:5
circuit [1] - 439:18
circumstances [1] - 598:7
cited [2] - 439:20, 489:21
city [3] - 458:21, 458:22
CIVIL [1] - 435:2
civil [1] - 442:11
claim [4] - 559:16, 559:21, 560:3, 587:4
claimed [1] - 559:13
claiming [2] - 587:2, 600:16
claims [1] - 558:3
Claire's [1] - 553:16
Claires [1] - 516:23
CLARKSON [1] - 435:7
classifications [1] - 507:10
classified [1] - 522:11
classify [1] - 506:17
clean [1] - 583:18
clear [14] - 466:6, 473:9, 483:15, 494:15, 528:5, 532:16, 559:1, 577:21, 619:19, 631:1, 655:21, 657:4, 657:9, 659:11
clearly [2] - 536:18, 657:21
cleavage [29] - 518:15, 559:7, 569:15, 569:16, 569:18, 574:12, 575:9, 575:15, 575:24, 576:17, 576:19, 576:20, 577:18, 578:3, 578:8, 578:9, 578:25, 579:10, 579:11, 579:18, 579:22, 580:4, 582:2, 665:18, 665:22, 666:12, 666:15, 666:18, 666:22
cleave [1] - 575:1
CLERK [7] - 437:4, 485:18, 486:1, 539:16, 540:3, 605:11, 606:1
client [2] - 543:4, 626:17
clock [1] - 523:24
close [3] - 576:10, 591:6, 665:25
closely [2] - 502:2, 634:12
closer [2] - 582:7, 595:23
closest [1] - 503:15
cluster [2] - 524:2, 524:19
co [5] - 524:21, 525:11, 597:23, 598:1, 650:8
co-author [1] - 598:1
co-efficient [4] - 524:21, 525:11, 597:23, 650:8
coefficient [2] - 598:19, 599:5, 600:5
Colgate [1] - 660:11
collaboration [2] -
449:17, 450:25
collected [2] - 508:9, 601:9
color [1] - 535:21
column [3] - 484:13, 484:19, 485:4
combination [1] - 624:24
combined [1] - 501:9
comfortable [1] - 501:6
coming [7] - 501:4, 501:16, 541:20, 594:2, 614:7, 659:13, 665:25
commentators [1] - 497:2
commented [1] - 553:23
commerce [1] - 520:25
commercial [6] - 521:1, 521:5, 521:9, 521:18, 522:13, 523:8
commissioned [2] - 597:21, 598:19
Committee [1] - 437:17
committee [9] - 435:16, 450:2, 452:11, 453:9, 453:19, 454:1, 493:17, 493:21, 546:15
common [4] - 478:2, 478:4, 521:4, 641:13
community [2] - 487:25, 496:8
commuting [1] - 598:13
companies [3] - 447:16, 555:19, 556:16
companion [1] - 485:13
company [27] - 438:3, 438:11, 441:2, 441:3, 441:9, 443:11, 444:12, 444:14, 444:16, 445:1, 445:2, 445:6, 445:16, 445:17, 445:25, 446:3, 454:9, 462:12, 520:25, 541:14, 542:12, 542:22, 543:8, 553:10, 555:4, 598:9, 659:8
company's [1] - 658:6
comparable [2] - 506:19, 506:23
compare [13] - 451:21, 458:15, 482:4, 487:9, 503:24, 511:18, 575:11, 593:7, 604:14, 619:23, 636:15, 643:6, 662:13
Compare [1] - 503:14

**compared** [8] - 525:6, 527:7, 539:6, 575:10, 611:10, 637:11, 639:10, 653:7
**compares** [1] - 615:19
**comparing** [6] - 486:8, 526:22, 531:10, 593:6, 646:4, 646:8
**comparison** [8] - 504:6, 504:15, 504:17, 504:20, 506:24, 508:8, 525:8, 595:3
**complete** [1] - 620:21
**composites** [1] - 442:3
**compound** [3] - 456:14, 605:3, 605:5
**compounds** [4] - 447:14, 447:18, 447:20, 456:16
**concentrate** [2] - 475:25, 480:14
**concentrating** [2] - 477:21, 633:11
**concentration** [21] - 449:22, 479:20, 480:8, 480:9, 480:11, 480:13, 480:14, 480:16, 481:2, 549:15, 559:21, 560:2, 639:21, 642:5, 642:23, 653:13, 653:19, 653:24, 654:10, 664:21, 665:2
**concentrations** [6] - 551:11, 561:15, 635:24, 637:11, 655:1, 663:16
**concept** [2] - 480:23, 484:15
**concepts** [2] - 475:6, 475:8
**concerned** [1] - 583:12
**concerning** [1] - 615:17
**concerns** [1] - 437:25
**concluded** [5] - 527:19, 593:12, 593:16, 595:5, 664:12
**conclusion** [2] - 623:24, 625:5
**conclusions** [1] - 628:12
**concrete** [2] - 442:13, 442:14
**conditions** [1] - 508:10
**conduct** [4] - 527:1, 528:12, 528:22, 530:4
**conducted** [1] - 541:17
**conducting** [2] - 578:24,

579:21
**confer** [1] - 470:20
**conference** [2] - 490:5, 490:11
**Conference** [1] - 454:20
**confidential** [3] - 479:15, 479:25, 482:7
**confirm** [2] - 514:1, 636:21
**confirmation** [2] - 636:25, 643:10
**conform** [2] - 575:2, 577:1
**confounding** [1] - 653:14
**conjunction** [2] - 630:7, 630:8
**connection** [3] - 553:22, 555:7, 613:22
**consensus** [8] - 453:23, 487:24, 493:7, 495:6, 496:7, 497:11, 499:2, 505:8
**conservative** [1] - 499:1
**considered** [3] - 467:23, 612:1, 640:9
**consisted** [1] - 473:5
**consistency** [4] - 525:15, 640:12, 640:18, 668:18
**consistent** [11] - 495:23, 496:6, 499:1, 513:24, 513:25, 514:5, 537:11, 538:10, 539:8, 641:18, 642:16
**consists** [2] - 606:25, 652:15
**consultant** [3] - 439:11, 466:3, 466:6
**consultants** [4] - 479:9, 479:14, 479:16, 538:11
**consulted** [1] - 457:12
**consulting** [1] - 446:8
**consumer** [2] - 561:12, 563:22
**consumer's** [1] - 565:3
**contacts** [1] - 557:16
**contain** [10] - 452:21, 484:7, 491:22, 491:24, 521:8, 529:3, 557:20, 620:7, 654:22, 658:17
**contained** [17] - 438:13, 450:6, 473:23, 492:23, 524:25, 530:7, 565:9,

566:4, 566:13, 566:22, 586:13, 619:10, 625:23, 628:22, 631:18, 658:6, 658:20
**container** [3] - 473:12, 475:19, 594:3
**containers** [5] - 473:6, 473:10, 473:24, 529:20, 550:6
**containing** [11] - 458:2, 583:22, 583:25, 584:4, 584:14, 585:8, 585:10, 586:6, 586:13, 654:9, 654:13
**contains** [3] - 488:3, 520:9, 625:14
**contaminant** [2] - 491:23, 491:25
**contaminate** [1] - 621:21
**contaminated** [2] - 449:20, 450:15
**contamination** [5] - 450:19, 450:22, 520:19, 520:22, 664:10
**contemplates** [1] - 584:3
**content** [1] - 556:4
**context** [9] - 439:6, 555:23, 558:22, 584:23, 610:7, 616:21, 621:21, 660:3, 660:4
**continuation** [1] - 497:25
**continue** [1] - 455:12
**continued** [4] - 435:23, 486:6, 605:13, 606:7
**Continued** [2] - 485:20, 539:18
**continuous** [1] - 650:9
**contract** [1] - 553:6
**contrast** [4] - 443:8, 456:3, 472:12, 662:7
**contributors** [1] - 490:11
**Control** [3] - 456:25, 459:11, 661:21
**control** [3] - 455:18, 457:7, 650:8
**convene** [1] - 493:17
**convenience** [1] - 597:12
**convenient** [1] - 539:14
**convening** [1] - 493:21
**conversation** [3] - 471:6, 623:5, 623:8
**Cook** [1] - 538:24
**copper** [1] - 442:24

**copy** [1] - 437:23
**cornerstones** [1] - 615:23
**cornstarch** [3] - 472:12, 472:14, 472:19
**Cornstarch** [1] - 472:14
**corporate** [2] - 460:19, 660:8
**corporation** [2] - 461:25, 660:9
**corporations** [1] - 544:10
**Correct** [209] - 461:22, 495:9, 506:10, 527:16, 530:20, 540:14, 540:24, 541:18, 541:22, 541:25, 542:5, 542:11, 542:24, 543:8, 543:10, 543:13, 544:4, 544:7, 546:13, 546:24, 547:2, 547:7, 547:10, 547:14, 547:19, 548:23, 549:2, 549:7, 549:17, 549:20, 549:23, 550:9, 550:13, 550:16, 551:19, 551:23, 552:12, 552:15, 552:20, 553:5, 553:8, 553:20, 553:24, 554:7, 555:5, 555:10, 556:10, 558:20, 559:2, 559:5, 559:17, 560:7, 560:13, 560:16, 561:3, 561:6, 561:12, 563:8, 564:4, 565:4, 567:24, 568:5, 568:11, 568:15, 569:9, 569:13, 569:15, 569:19, 570:7, 570:13, 570:23, 571:3, 571:21, 572:3, 572:8, 572:13, 572:18, 573:3, 573:10, 573:21, 574:3, 574:6, 574:10, 574:13, 576:21, 577:2, 577:6, 577:23, 578:7, 579:14, 580:9, 581:8, 581:15, 583:2, 583:6, 583:13, 583:17, 584:1, 584:14, 586:6, 586:14, 588:10, 589:17, 589:23, 590:4, 590:7, 590:15, 590:19, 590:22, 591:9, 591:12, 591:17, 591:23, 592:2, 592:18, 592:24, 593:4, 593:13, 593:17, 594:14, 594:19,

595:1, 595:7, 595:13, 595:20, 596:18, 597:19, 598:1, 598:4, 598:8, 599:1, 599:16, 599:20, 599:24, 600:3, 600:24, 601:3, 601:10, 602:1, 604:7, 606:14, 606:18, 606:22, 607:5, 607:9, 607:23, 608:4, 608:11, 608:23, 610:15, 610:18, 610:22, 610:25, 611:6, 611:11, 611:16, 611:19, 612:3, 612:6, 612:8, 612:15, 613:19, 613:23, 614:2, 614:8, 615:2, 615:7, 615:12, 616:4, 616:8, 616:11, 616:14, 616:17, 616:21, 617:1, 617:4, 617:7, 617:13, 617:16, 617:22, 617:24, 618:7, 618:11, 618:17, 618:21, 618:24, 619:7, 619:12, 620:1, 620:5, 620:14, 621:22, 623:5, 623:8, 623:12, 623:19, 624:21, 625:3, 625:16, 626:6, 626:14, 626:19, 626:24, 628:12, 629:14, 629:24, 631:19, 635:15, 640:24

**correct** [252] - 461:23, 475:5, 489:22, 489:23, 491:16, 492:15, 499:3, 500:8, 503:4, 506:14, 506:15, 510:22, 522:7, 524:19, 524:20, 528:3, 528:4, 529:4, 530:21, 531:3, 532:18, 537:4, 540:15, 540:20, 541:3, 541:4, 541:9, 541:19, 541:23, 542:1, 542:25, 543:9, 543:11, 544:8, 544:17, 544:22, 545:15, 546:14, 547:3, 547:8, 547:11, 547:15, 548:5, 548:9, 548:20, 548:24, 549:16, 549:18, 549:21, 550:14, 551:20, 552:13, 552:16, 552:21, 553:21, 553:25, 554:8, 554:14, 554:20, 555:6, 555:11, 555:16, 557:25, 559:3, 559:6, 559:10, 559:18,

560:1, 560:5, 560:11, 560:17, 561:1, 563:9, 563:24, 563:25, 565:6, 565:11, 565:19, 566:2, 566:15, 566:20, 568:12, 569:10, 569:14, 569:16, 569:20, 570:14, 570:17, 570:24, 571:1, 571:22, 572:9, 572:14, 573:4, 573:8, 573:22, 573:24, 573:25, 574:4, 576:4, 576:15, 576:22, 577:25, 579:6, 580:18, 580:23, 581:4, 581:5, 581:16, 583:3, 583:7, 583:14, 583:24, 584:2, 584:15, 584:18, 584:22, 585:1, 586:9, 586:10, 586:15, 586:25, 587:6, 587:15, 588:11, 588:23, 588:24, 589:4, 589:13, 589:24, 590:5, 590:8, 590:12, 590:16, 590:20, 591:10, 591:13, 592:19, 592:25, 593:5, 593:14, 593:18, 595:2, 595:8, 595:14, 596:19, 597:20, 597:24, 598:2, 598:5, 598:9, 599:14, 599:17, 600:4, 600:18, 600:21, 600:22, 602:2, 602:7, 602:11, 602:17, 602:22, 606:15, 606:23, 607:2, 607:8, 607:17, 607:24, 608:5, 608:12, 608:18, 608:19, 608:24, 609:13, 610:6, 610:12, 610:13, 610:16, 610:23, 611:1, 611:7, 611:13, 611:17, 611:24, 612:4, 612:9, 613:12, 613:20, 613:24, 614:3, 615:3, 616:5, 616:12, 616:22, 617:2, 617:5, 617:14, 617:23, 617:25, 618:14, 618:15, 618:18, 618:22, 619:4, 619:5, 619:8, 619:13, 620:2, 620:10, 621:23, 622:10, 622:25, 623:6, 623:9, 623:13, 624:15, 624:16, 625:12, 625:17, 626:1, 626:2, 626:7, 626:20, 626:25, 627:16, 628:9, 628:21, 629:1, 630:13,

630:14, 631:20, 632:5, 632:22, 633:19, 634:21, 635:7, 635:12, 635:13, 636:3, 638:3, 641:7, 641:8, 641:10, 641:11, 641:15, 642:18, 644:3, 650:4, 650:8, 653:23, 662:25, 664:25

**corrected** [1] - 624:4

**correctly** [3] - 498:14, 501:7, 595:12

**corrects** [1] - 620:20

**corrosion** [1] - 442:17

**cosmetic** [39] - 471:19, 483:19, 484:6, 539:7, 544:19, 545:2, 545:13, 545:17, 551:6, 552:11, 553:4, 553:7, 553:24, 554:6, 554:13, 554:18, 554:25, 555:20, 555:25, 556:7, 556:9, 556:19, 558:3, 589:17, 589:20, 606:21, 607:16, 618:1, 618:3, 637:7, 637:8, 637:24, 639:20, 639:22, 651:10, 651:14, 652:10, 653:6, 656:23

**cosmetics** [1] - 556:10

**Council** [1] - 436:10

**counsel** [11] - 437:22, 505:24, 540:17, 544:10, 544:24, 547:23, 552:2, 570:1, 584:25, 608:8, 657:5

**counsel's** [3] - 438:13, 484:18, 545:23

**count** [41] - 500:17, 502:18, 505:13, 505:17, 511:1, 518:6, 518:14, 518:17, 519:18, 532:8, 541:2, 541:12, 575:22, 575:23, 576:1, 576:11, 578:6, 578:9, 578:10, 578:14, 579:2, 579:6, 579:12, 579:17, 579:19, 580:5, 585:25, 599:12, 599:15, 599:18, 599:19, 601:11, 602:5, 625:9, 630:15, 648:3, 648:6, 648:9, 648:12, 650:14, 666:20

**counted** [8] - 573:18, 577:8, 577:17, 599:4,

647:25, 648:14, 662:2, 662:22

**counting** [41] - 493:10, 495:10, 495:13, 498:12, 519:20, 525:3, 532:1, 536:22, 549:7, 573:10, 573:20, 573:23, 574:5, 575:2, 577:8, 578:11, 581:19, 582:1, 583:1, 583:15, 584:23, 586:3, 586:16, 586:22, 599:6, 601:11, 603:22, 609:8, 609:11, 609:14, 609:17, 609:21, 609:24, 609:25, 610:1, 610:2, 610:5, 610:18, 610:20, 634:25, 662:15

**country** [9] - 447:16, 448:18, 459:1, 459:3, 521:13, 543:19, 550:8, 554:12, 590:18

**couple** [6] - 437:25, 543:16, 549:23, 565:12, 597:10, 613:15

**course** [13] - 462:11, 462:20, 470:25, 480:22, 501:3, 501:13, 551:12, 570:15, 623:1, 625:18, 627:23, 628:1, 652:5

**COURT** [94] - 435:1, 435:25, 437:5, 437:13, 439:18, 440:7, 441:5, 444:22, 451:7, 459:25, 460:10, 461:7, 461:12, 464:19, 464:21, 464:25, 471:10, 471:20, 471:23, 472:21, 481:16, 483:3, 484:21, 485:17, 486:2, 499:11, 501:17, 502:4, 523:21, 536:7, 536:10, 538:2, 538:6, 538:18, 539:13, 540:4, 545:21, 546:20, 551:3, 561:18, 562:2, 562:13, 562:22, 562:25, 568:20, 569:1, 573:1, 578:16, 579:20, 582:18, 582:22, 588:16, 591:5, 595:23, 596:22, 597:11, 597:13, 598:12, 605:4, 605:10, 606:2, 610:4, 612:19, 614:17, 631:7, 631:12, 631:14, 631:21, 632:4, 632:7,

635:25, 636:7, 636:11, 636:19, 642:19, 643:8, 643:16, 643:21, 644:7, 645:5, 645:10, 651:1, 651:15, 656:4, 657:11, 657:23, 659:19, 660:3, 665:12, 666:3, 666:5, 667:24, 668:5, 669:4
**court** [12] - 437:3, 464:19, 465:5, 465:6, 513:23, 519:17, 541:20, 542:11, 544:15, 554:15, 658:11, 658:20
**Court** [40] - 437:10, 438:4, 439:6, 441:6, 441:11, 448:15, 449:16, 449:18, 453:4, 454:23, 463:11, 463:20, 465:12, 469:10, 470:18, 475:4, 479:24, 491:6, 492:4, 497:8, 500:9, 500:17, 500:22, 502:18, 504:14, 519:11, 528:17, 531:19, 533:12, 534:11, 535:4, 564:11, 605:8, 645:1, 649:24, 653:18, 658:7, 666:11, 669:8
**Court's** [3] - 524:22, 545:22, 597:12
**COURTHOUSE** [1] - 435:7
**courtroom** [3] - 437:14, 440:8, 441:7
**courtrooms** [1] - 554:11
**courts** [2] - 464:23, 550:7
**cover** [3] - 452:3, 452:7, 454:22
**covered** [2] - 572:12, 611:9
**covers** [1] - 447:4
**created** [3] - 613:23, 613:25, 615:1
**creating** [4] - 452:6, 452:9, 612:14, 615:18
**creation** [1] - 451:5
**credentials** [1] - 552:3
**criteria** [8] - 517:19, 519:20, 531:23, 532:14, 533:22, 534:25, 536:22, 582:1
**crocidolite** [5] - 489:10, 521:11, 521:14, 570:22,

572:6
**crookedness** [1] - 488:15
**cross** [25] - 440:2, 460:9, 483:14, 494:16, 505:24, 507:16, 517:14, 520:19, 535:13, 535:18, 535:21, 535:22, 605:6, 634:4, 646:13, 655:21, 656:2, 656:16, 658:2, 659:4, 659:16, 660:21, 666:6, 667:6, 667:22
**Cross** [1] - 670:6
**CROSS** [2] - 540:8, 606:6
**cross-contamination** [1] - 520:19
**cross-examination** [11] - 483:14, 494:16, 507:16, 517:14, 634:4, 646:13, 655:21, 656:16, 658:2, 659:16, 667:22
**CROSS-EXAMINATION** [2] - 540:8, 606:6
**cross-examined** [2] - 659:4, 660:21
**cross-examines** [1] - 505:24
**CRR** [1] - 435:24
**crush** [4] - 574:8, 574:25, 577:4, 577:10
**crushed** [2] - 569:18, 574:17
**crushes** [1] - 577:10
**crushing** [2] - 576:24, 577:4
**crystal** [5] - 487:2, 510:10, 510:16, 576:20
**crystalline** [8] - 487:16, 489:3, 491:2, 518:10, 531:24, 534:25, 646:8, 646:21
**cubic** [1] - 530:14
**current** [5] - 446:11, 493:1, 623:23, 638:14, 663:18
**cut** [2] - 523:12, 608:14
**CV** [2] - 463:13
**cylinder** [1] - 442:21

**D**

**D-1** [1] - 645:7
**D-22** [1] - 453:8
**D-48** [1] - 612:21

**D-5755** [3] - 451:2, 451:19, 452:4
**d-spacing** [1] - 507:24
**D.C** [4] - 435:14, 435:20, 436:9, 446:9
**daily** [1] - 502:14
**damaged** [1] - 529:7
**DANIEL** [1] - 435:14
**data** [6] - 531:1, 531:11, 615:17, 615:22, 650:13, 650:14
**date** [4] - 462:25, 463:1, 630:20, 631:14
**dated** [1] - 662:19
**dates** [3] - 625:25, 627:16, 627:19
**Daubert** [6] - 463:22, 464:17, 464:21, 464:24, 465:1, 465:6
**DAUBERT** [1] - 435:4
**days** [4] - 449:24, 542:10, 626:23, 628:22
**DEA** [1] - 448:6
**deal** [1] - 438:2
**dealing** [5] - 470:11, 507:12, 513:5, 565:5, 594:5
**dealt** [1] - 607:23
**decades** [8] - 438:9, 466:4, 466:7, 471:15, 471:17, 474:8, 483:1, 554:7
**December** [15] - 444:10, 545:24, 626:5, 626:11, 626:17, 627:5, 627:8, 627:12, 627:14, 627:17, 627:21, 628:6, 628:8, 628:18, 644:19
**decide** [1] - 584:7
**decided** [3] - 449:25, 495:16, 598:16
**decision** [8] - 471:9, 526:5, 581:22, 582:13, 582:14, 582:19, 596:4, 596:8
**declined** [2] - 543:12, 598:6
**Defendant** [2] - 436:7, 436:10
**defendant** [2] - 461:25, 660:2
**defendants** [1] - 460:19
**defense** [4] - 505:24,

555:13, 555:23, 564:3
**deficiencies** [1] - 638:8
**define** [3] - 468:16, 523:1, 654:12
**defined** [7] - 468:7, 469:5, 498:4, 576:19, 658:24, 660:10, 660:11
**defines** [1] - 570:16, 570:21, 570:25, 572:2, 572:5, 572:25, 660:9
**definitely** [1] - 548:15
**definition** [58] - 468:12, 496:24, 500:2, 511:21, 522:4, 522:15, 522:17, 522:20, 522:22, 534:8, 570:12, 570:18, 571:5, 571:11, 571:14, 572:16, 572:18, 572:22, 573:2, 573:6, 573:10, 574:2, 575:3, 576:17, 577:1, 577:11, 577:15, 577:17, 579:4, 579:12, 579:18, 580:2, 581:19, 581:23, 582:15, 585:3, 589:18, 590:3, 593:22, 594:3, 594:4, 594:10, 594:12, 594:13, 620:18, 621:13, 632:1, 646:23, 649:8, 658:3, 658:5, 658:9, 658:20, 659:18, 659:20, 660:2, 662:2, 666:22
**definitions** [2] - 522:1, 522:14
**degree** [5] - 501:20, 501:25, 518:20, 629:7, 631:2
**degrees** [1] - 447:1
**demonstrate** [1] - 486:24
**demonstrated** [1] - 510:19
**densities** [2] - 609:15, 609:18
**density** [32] - 477:15, 477:16, 477:17, 477:18, 477:19, 477:22, 479:2, 479:4, 479:19, 480:19, 481:24, 540:22, 545:5, 545:8, 545:16, 547:20, 548:3, 548:18, 549:14, 550:19, 551:11, 553:11, 590:24, 591:3, 591:4, 591:14, 592:5, 607:2, 614:14, 636:10, 642:6,

642:8

**department** [1] - 443:21

**Department** [2] - 476:14, 476:18

**departure** [1] - 598:8

**depict** [1] - 535:9

**depiction** [1] - 482:5

**depicts** [1] - 525:18

**deposed** [1] - 644:8

**deposition** [10] - 461:18, 545:24, 557:13, 567:8, 567:9, 612:22, 612:24, 622:7, 623:4, 667:14

**depositions** [4] - 542:24, 555:9, 598:6, 622:12

**DEPUTY** [7] - 437:4, 485:18, 486:1, 539:16, 540:3, 605:11, 606:1

**describe** [2] - 456:19, 640:12

**described** [14] - 480:7, 482:7, 482:19, 484:15, 502:24, 515:7, 528:17, 560:9, 573:24, 616:2, 649:23, 650:3, 666:10

**description** [1] - 486:19

**designed** [4] - 491:23, 525:2, 599:4, 603:21

**despite** [1] - 665:3

**detail** [2] - 468:11, 582:23

**details** [3] - 491:5, 492:5, 495:8

**detect** [15] - 529:13, 547:18, 547:21, 548:11, 548:13, 560:13, 560:14, 560:18, 619:7, 633:17, 635:20, 636:17, 637:8, 637:9, 639:19

**detectable** [1] - 653:4

**detected** [6] - 478:17, 527:3, 529:19, 537:3, 560:16, 633:18

**detecting** [8] - 520:3, 548:13, 633:6, 635:18, 635:19, 637:6, 642:13, 664:23

**detection** [9] - 639:4, 639:17, 652:11, 653:2, 653:6, 653:11, 653:22, 654:10, 664:17

**detection/sensitivity** [1] - 475:9

**detects** [1] - 630:22

**determination** [15] - 574:7, 580:14, 582:11, 583:22, 584:13, 585:7, 586:12, 595:10, 595:15, 595:19, 629:18, 646:10, 646:18, 647:17, 660:23

**determine** [45] - 443:9, 448:25, 449:22, 450:5, 457:19, 457:20, 458:1, 459:4, 468:3, 475:10, 481:4, 487:4, 487:15, 488:3, 488:21, 489:13, 491:6, 491:14, 495:14, 503:2, 507:9, 516:22, 520:8, 531:14, 533:19, 581:20, 584:11, 598:23, 599:2, 603:21, 615:20, 629:22, 637:24, 638:19, 643:9, 645:17, 646:14, 646:17, 647:4, 647:14, 647:21, 650:5, 651:23, 661:3, 668:20

**determined** [5] - 463:7, 492:24, 629:10, 629:11, 657:17

**determining** [7] - 489:25, 495:17, 525:4, 526:1, 531:6, 573:11, 646:3

**develop** [3] - 441:24, 442:18, 449:6

**developed** [5] - 453:12, 479:12, 493:16, 494:17, 494:18

**developing** [3] - 449:17, 450:4, 451:1

**development** [3] - 493:12, 494:8, 494:11

**diameter** [2] - 469:25, 516:3

**dictated** [1] - 636:3

**differ** [1] - 462:3

**difference** [10] - 528:8, 587:20, 591:3, 622:9, 623:22, 630:3, 630:5, 630:12, 630:17, 631:8

**differences** [4] - 623:18, 625:2, 625:6, 631:24

**different** [36] - 453:19, 479:4, 480:23, 481:24, 486:24, 496:24, 498:13, 503:10, 506:22, 509:25, 515:9, 515:10, 515:13,

542:16, 548:12, 549:7, 550:12, 596:4, 607:15, 609:14, 609:18, 609:19, 615:5, 619:15, 619:22, 620:19, 620:25, 622:5, 622:18, 623:24, 624:3, 632:12, 636:23, 643:6, 653:23, 662:9

**differently** [3] - 567:3, 623:14, 663:6

**diffraction** [23] - 443:23, 444:2, 444:3, 487:16, 489:2, 507:24, 509:25, 510:7, 510:9, 510:25, 511:12, 511:25, 513:3, 517:20, 518:3, 518:5, 578:13, 616:25, 634:25, 638:20, 649:14, 653:1, 653:5

**dimension** [1] - 516:2

**dimensional** [1] - 596:9

**dimensions** [2] - 488:7, 573:12

**Direct** [1] - 670:6

**DIRECT** [2] - 440:15, 486:6

**direct** [6] - 581:1, 597:8, 603:1, 605:1, 605:5, 635:25

**direction** [5] - 486:23, 510:6, 510:15, 535:12, 542:14

**directions** [1] - 542:13

**directly** [2] - 439:7, 667:21

**dirt** [1] - 480:18

**disadvantages** [1] - 487:11

**disagree** [1] - 592:3

**disagreed** [1] - 601:15

**disagreements** [1] - 527:18

**disappearing** [2] - 509:3, 509:20

**disappears** [2] - 487:4, 535:24

**disclosed** [4] - 470:15, 597:6, 650:24, 659:12

**discovery** [1] - 473:15

**discrepancies** [1] - 634:2

**discriminate** [4] - 580:20, 581:13, 589:2,

589:12

**discriminator** [1] - 496:20

**discuss** [2] - 495:16, 598:10

**discussed** [7] - 518:25, 519:11, 522:3, 558:15, 634:3, 661:3, 662:10

**discusses** [1] - 609:13

**discussing** [3] - 498:22, 622:25, 624:1

**discussion** [1] - 634:2

**discussions** [1] - 524:6

**Disease** [4] - 459:11, 490:7, 661:21, 661:22

**dispersion** [2] - 533:17, 621:14

**dispersive** [2] - 444:3, 488:20

**dispute** [2] - 564:2, 564:17

**distance** [1] - 468:21

**distinction** [4] - 510:18, 571:2, 571:19, 667:5

**distinguish** [7] - 508:15, 508:18, 511:19, 590:1, 595:12, 600:23, 630:6

**distinguishes** [3] - 508:23, 510:20, 516:17

**distinguishing** [2] - 509:15, 667:10

**distributed** [1] - 516:8

**district** [3] - 458:23, 458:25

**DISTRICT** [2] - 435:1, 435:1

**disturbance** [1] - 654:8

**disturbed** [1] - 656:14

**divide** [1] - 469:15

**Doctor** [10] - 476:9, 541:8, 543:1, 543:16, 543:18, 560:19, 565:7, 571:25, 587:10, 598:3

**Doctorate** [1] - 441:20

**document** [39] - 439:22, 452:16, 470:15, 471:3, 471:7, 471:12, 481:11, 483:1, 483:3, 484:18, 553:15, 576:11, 626:10, 637:14, 637:25, 638:8, 638:12, 639:16, 652:17, 652:19, 652:20, 659:1, 659:5, 659:8, 659:9,

659:22, 660:8, 660:18, 661:2, 661:8, 661:9, 661:12, 661:14, 661:18, 662:18, 667:17, 667:25
**documentation** [3] - 515:15, 625:24, 626:13
**documents** [19] - 438:3, 438:5, 438:9, 438:11, 438:13, 438:16, 438:19, 438:24, 438:25, 439:4, 439:7, 452:20, 455:21, 537:18, 537:25, 628:23, 657:17, 658:21
**dollars** [2] - 462:15, 463:6
**domain** [1] - 450:1
**done** [73] - 438:21, 439:25, 445:8, 445:9, 447:8, 447:15, 451:25, 458:7, 459:8, 459:18, 460:13, 461:1, 461:3, 461:20, 479:15, 480:24, 494:11, 502:9, 516:21, 517:6, 525:7, 538:3, 538:10, 538:15, 539:10, 541:13, 544:12, 552:18, 553:19, 553:24, 556:3, 561:5, 561:13, 562:11, 562:18, 563:3, 563:21, 564:2, 564:16, 564:18, 565:1, 565:7, 576:9, 584:19, 590:7, 597:9, 603:25, 605:9, 613:9, 614:15, 614:25, 617:6, 621:20, 621:21, 629:2, 629:11, 629:21, 631:23, 632:3, 632:4, 632:6, 635:10, 636:4, 636:19, 637:25, 647:12, 650:15, 655:21, 657:9, 657:21, 668:17, 669:4
**doors** [2] - 443:12, 445:20
**dots** [2] - 470:4, 510:6
**doubled** [1] - 537:9
**down** [22] - 442:1, 442:21, 448:5, 497:23, 497:24, 497:25, 498:1, 513:21, 515:6, 538:20, 595:20, 595:21, 601:8, 604:6, 621:1, 631:4, 632:3, 639:23, 650:17, 656:5, 669:6

**dr** [2] - 482:17, 548:17
**Dr** [201] - 437:9, 437:11, 437:14, 437:18, 437:24, 438:4, 438:14, 438:18, 439:1, 439:13, 439:14, 440:8, 440:17, 440:19, 440:22, 444:22, 444:23, 448:9, 454:11, 454:12, 460:7, 460:13, 462:5, 463:10, 465:4, 465:11, 465:25, 470:13, 470:19, 476:17, 476:20, 476:21, 480:6, 481:1, 481:8, 481:18, 482:7, 482:17, 482:25, 483:6, 484:16, 486:8, 490:5, 490:13, 490:14, 490:17, 496:10, 497:18, 499:14, 499:17, 517:15, 519:22, 522:24, 533:12, 533:15, 534:17, 537:17, 538:23, 538:24, 540:10, 540:12, 542:2, 542:18, 544:18, 544:25, 545:10, 546:11, 546:22, 547:18, 549:1, 551:25, 552:2, 552:10, 554:3, 554:5, 555:8, 556:15, 556:22, 557:25, 558:2, 558:8, 558:23, 560:9, 561:8, 563:2, 564:1, 564:3, 564:11, 566:8, 568:1, 568:4, 569:3, 569:12, 569:21, 571:9, 572:15, 573:6, 573:9, 574:8, 574:24, 576:8, 577:21, 578:2, 578:19, 579:13, 580:12, 580:19, 581:17, 582:7, 583:10, 583:20, 586:23, 587:8, 588:20, 588:25, 589:10, 589:21, 590:2, 591:8, 591:9, 591:11, 591:20, 592:15, 592:22, 593:7, 594:9, 595:3, 595:9, 597:16, 597:22, 597:25, 598:7, 598:11, 598:15, 598:18, 599:10, 600:6, 601:6, 603:2, 603:14, 604:1, 604:10, 604:24, 606:8, 606:10, 607:4, 608:15, 611:15, 612:5, 613:8, 613:21, 614:4, 614:25, 615:9, 615:16,

615:23, 618:5, 618:13, 619:2, 621:1, 622:24, 624:7, 627:1, 627:7, 627:15, 627:25, 628:4, 629:2, 629:21, 630:10, 632:13, 637:17, 641:21, 642:16, 643:19, 644:4, 644:12, 645:2, 645:11, 645:16, 647:13, 648:8, 650:11, 656:8, 656:15, 658:1, 659:4, 659:13, 659:15, 659:16, 660:17, 660:20, 660:21, 665:18, 667:3, 667:23, 668:3, 668:6, 669:1, 669:5
**draft** [3] - 449:24, 494:19, 494:20
**draw** [1] - 604:22
**Drew** [2] - 454:3, 454:5
**DRINKER** [1] - 435:18
**drop** [1] - 450:11
**Drs** [1] - 656:22
**drugs** [1] - 448:5
**dryers** [1] - 460:25
**dual** [2] - 509:12, 512:18
**duly** [1] - 440:12
**during** [11] - 443:14, 465:25, 471:5, 473:19, 474:9, 565:19, 565:24, 569:3, 579:13, 667:20, 668:9
**dust** [9] - 449:7, 449:21, 449:23, 450:4, 450:13, 450:16, 450:21, 453:12
**dusty** [1] - 565:17

**E**

**E-2** [1] - 602:9
**earth** [1] - 472:5
**easier** [1] - 626:10
**easily** [1] - 515:21
**EAST** [1] - 435:7
**eat** [1] - 460:10
**eBay** [6] - 550:3, 550:15, 590:6, 590:14, 607:22, 617:12
**Ebola** [1] - 459:14
**ED** [2] - 511:12, 518:6
**edge** [1] - 499:23
**edged** [1] - 516:5
**EDS** [2] - 491:1, 502:20
**educate** [1] - 444:19
**educated** [1] - 442:8

**education** [3] - 441:11, 501:17, 501:23
**Edward** [2] - 440:21, 670:7
**EDXA** [24] - 489:19, 491:1, 503:6, 503:7, 504:3, 504:14, 504:21, 505:10, 505:12, 508:20, 511:10, 514:16, 516:20, 516:24, 517:3, 517:19, 518:9, 545:6, 646:1, 646:4, 648:5, 648:18, 648:23, 649:15
**EDXRA** [1] - 514:1
**effective** [1] - 635:18
**effectiveness** [1] - 636:16
**effects** [3] - 559:2, 559:5, 655:23
**efficient** [6] - 477:7, 477:24, 524:21, 525:11, 597:23, 650:8
**efforts** [1] - 664:8
**eight** [9] - 563:8, 563:22, 619:4, 621:4, 623:11, 625:6, 630:22, 631:5, 655:6
**eight-hour** [2] - 563:8, 563:22
**either** [17] - 439:1, 470:15, 472:7, 479:19, 484:23, 501:20, 504:19, 513:3, 520:13, 526:24, 551:19, 567:15, 613:25, 634:13, 637:10, 655:16, 659:20
**either/or** [1] - 537:15
**Electric** [3] - 460:21, 460:23, 461:1
**electron** [35] - 443:10, 443:17, 443:22, 443:23, 444:2, 444:4, 444:16, 444:17, 446:17, 446:18, 447:2, 452:23, 459:13, 462:22, 474:21, 478:21, 487:8, 488:2, 489:2, 489:18, 491:20, 496:23, 497:16, 510:15, 510:24, 511:12, 511:25, 517:20, 518:2, 518:3, 529:15, 578:13, 588:21, 592:7, 649:14
**electrons** [3] - 487:17,

487:18, 510:7

**element** [4] - 504:3, 505:22, 516:16, 516:20

**elements** [4] - 503:10, 505:2, 506:23, 517:4

**Elmer** [1] - 585:2

**Elmo** [1] - 608:6

**ELMO** [6] - 552:1, 569:25, 574:1, 626:12, 634:1, 645:15

**elongated** [3] - 497:18, 575:2, 576:25

**elongation** [5] - 531:5, 535:7, 535:9, 535:11, 536:5

**Emergency** [2] - 455:9, 583:5

**employ** [4] - 446:13, 446:14, 520:20, 620:1

**employed** [7] - 573:7, 598:4, 607:23, 608:22, 609:11, 610:9, 617:15

**employee** [8] - 598:17, 612:8, 612:11, 612:13, 613:23, 613:25, 614:1, 615:10

**employees** [3] - 446:1, 446:9, 614:7

**employment** [1] - 441:1

**employs** [1] - 592:20

**encapsulating** [1] - 656:10

**encompasses** [1] - 465:18

**end** [9] - 523:21, 534:2, 596:7, 605:7, 609:1, 609:4, 609:22, 628:3, 661:14

**ended** [2] - 451:8, 657:12

**energy** [2] - 444:3, 488:20

**engineer** [2] - 442:11, 442:12

**Engineering** [1] - 445:23

**engineering** [7] - 441:19, 441:20, 441:22, 444:9, 445:23, 448:17, 457:19

**enhance** [1] - 653:21

**enhanced** [1] - 653:12

**enters** [1] - 440:8

**entire** [3] - 598:15, 611:10, 611:12

**entities** [1] - 459:10

**ENTITLED** [1] - 671:8

**entitled** [1] - 652:18

**environment** [1] - 558:12

**environmental** [1] - 447:12

**Environmental** [7] - 448:19, 448:21, 454:18, 476:10, 476:13, 551:9, 582:16

**EP** [1] - 664:8

**EPA** [84] - 448:10, 448:12, 448:16, 449:5, 449:8, 449:10, 449:17, 449:19, 451:1, 454:14, 455:8, 468:14, 469:2, 469:5, 489:21, 489:24, 492:13, 493:13, 493:16, 493:17, 493:22, 494:6, 494:20, 494:23, 494:24, 495:2, 495:7, 495:13, 495:15, 495:16, 497:3, 497:7, 502:25, 503:13, 505:20, 506:4, 507:1, 507:3, 507:6, 507:19, 507:23, 508:1, 508:5, 513:7, 517:16, 517:22, 518:5, 518:11, 518:19, 518:24, 519:5, 519:20, 524:9, 549:4, 570:10, 572:20, 578:11, 581:25, 586:20, 617:15, 638:18, 647:7, 648:19, 648:24, 649:9, 649:18, 651:22, 654:7, 654:12, 655:11, 661:2, 661:8, 661:11, 661:16, 661:20, 662:17, 662:18, 663:5, 663:10, 667:2

**EPA's** [1] - 649:9

**equal** [14] - 468:21, 469:13, 488:9, 495:25, 498:5, 498:15, 511:22, 511:23, 519:21, 574:19, 645:22, 645:23, 648:7, 648:13

**equipment** [10] - 446:19, 462:22, 462:24, 462:25, 620:13, 624:25, 629:24, 639:23, 642:1

**error** [4] - 525:2, 525:12, 609:20, 650:9

**errors** [1] - 601:11

**especially** [2] - 563:16,

581:25

**ESQUIRE** [11] - 435:11, 435:12, 435:14, 435:14, 435:16, 435:18, 435:19, 435:20, 435:22, 436:6, 436:9

**ESQUIRES** [9] - 435:10, 435:13, 435:15, 435:18, 435:20, 435:21, 436:6, 436:9

**essentially** [15] - 438:16, 452:10, 456:21, 459:21, 470:9, 471:19, 488:13, 494:11, 494:13, 494:18, 515:12, 523:5, 621:11, 633:12, 652:13

**established** [2] - 524:1, 664:6

**estimate** [2] - 613:13, 615:10

**estimated** [1] - 477:2

**estimates** [1] - 613:19

**estimating** [1] - 613:11

**estimation** [3] - 611:4, 628:4, 628:10

**et** [3] - 450:21, 628:15, 638:19

**evaluate** [1] - 612:10

**evaluated** [1] - 526:15

**evaluating** [2] - 539:3, 546:23

**evaluation** [1] - 634:14

**evenly** [1] - 468:25

**evidence** [5] - 481:11, 550:24, 551:1, 643:2, 665:9

**evidenced** [1] - 618:19

**evolve** [1] - 445:19

**exact** [2] - 527:13, 602:12

**exactly** [4] - 505:16, 511:4, 599:9, 636:11

**exam** [1] - 645:8

**EXAMINATION** [5] - 440:15, 486:6, 540:8, 606:6, 632:11

**examination** [19] - 483:14, 494:16, 507:9, 507:11, 507:14, 507:16, 517:14, 603:2, 605:1, 613:11, 619:22, 634:4, 646:13, 655:21, 656:16, 658:2, 659:15, 659:16,

667:22

**examine** [1] - 621:12

**examined** [3] - 514:1, 659:4, 660:21

**examines** [2] - 505:24, 625:9

**example** [33] - 439:9, 442:11, 442:19, 447:19, 457:15, 467:12, 468:12, 479:23, 480:12, 490:4, 496:2, 502:25, 506:17, 506:25, 515:17, 530:10, 530:25, 532:12, 534:18, 536:12, 559:20, 564:12, 564:16, 568:13, 573:14, 585:3, 604:20, 626:4, 626:5, 627:5, 653:21, 654:8, 654:25

**examples** [2] - 499:4, 509:23

**exceeding** [1] - 577:2

**exception** [1] - 474:9

**excerpt** [1] - 500:17

**excess** [2] - 493:1, 663:18

**excuse** [1] - 596:2

**excused** [2] - 669:5, 669:7

**exercise** [3] - 600:6, 617:6, 618:21

**exercises** [1] - 601:1

**exhibit** [1] - 645:8

**Exhibit** [14] - 499:15, 502:9, 505:14, 514:19, 580:24, 612:20, 637:14, 637:16, 637:18, 645:7, 659:2, 660:19, 662:18, 664:2

**Exhibits** [2] - 533:10, 534:11

**existence** [1] - 473:20

**exists** [2] - 495:2, 652:7

**expanded** [1] - 494:13

**expect** [3] - 635:17, 639:14, 639:18

**expected** [1] - 443:24

**expenses** [1] - 462:17

**expensive** [1] - 463:2

**experience** [8] - 443:2, 444:25, 445:10, 500:24, 501:9, 501:10, 502:11,

512:25
**experienced** [1] - 501:5
**expert** [21] - 438:7, 461:14, 464:10, 488:25, 496:16, 538:23, 543:2, 543:20, 544:2, 545:1, 545:11, 547:4, 551:22, 554:9, 555:8, 564:3, 664:3, 664:8, 664:12, 664:15, 665:4
**Expert** [1] - 652:20
**expertise** [6] - 438:10, 438:20, 448:24, 481:12, 483:2, 512:25
**experts** [2] - 454:6, 614:9
**explain** [8] - 465:12, 469:9, 531:18, 596:14, 621:3, 621:9, 622:4, 622:8
**explaining** [1] - 653:18
**explanation** [5] - 623:20, 623:22, 623:23, 625:4, 625:6
**explore** [1] - 623:10
**explored** [1] - 472:21
**exposed** [5] - 555:24, 560:22, 563:11, 563:17, 565:8
**exposure** [35] - 493:1, 561:3, 561:5, 561:24, 562:10, 562:16, 562:18, 563:5, 563:6, 563:7, 563:22, 564:4, 564:13, 564:15, 564:19, 564:22, 564:24, 565:3, 566:19, 567:2, 567:18, 567:22, 654:4, 654:14, 654:21, 655:22, 656:2, 656:17, 657:1, 657:4, 657:20, 663:19, 663:25, 664:7
**Exposure** [1] - 563:12
**exposures** [5] - 492:25, 555:14, 557:15, 562:20, 663:18
**expressed** [1] - 539:2
**extension** [1] - 536:9
**extent** [2] - 481:8, 567:17
**extinction** [5] - 531:5, 535:23, 536:1, 536:3
**extra** [3] - 539:12, 648:11, 666:5
**eye** [3] - 470:1, 553:16, 611:5

**eyes** [1] - 469:22

**F**

**face** [1] - 589:11
**facility** [2] - 444:20, 562:9
**fact** [32] - 438:12, 438:17, 479:8, 519:13, 520:5, 529:3, 534:8, 537:11, 542:10, 544:1, 544:18, 554:21, 556:22, 557:6, 560:2, 562:5, 563:2, 571:9, 574:15, 574:24, 580:20, 593:1, 595:7, 606:16, 616:19, 618:23, 619:10, 621:3, 627:2, 627:21, 655:15, 662:19
**factor** [1] - 609:20
**factors** [1] - 628:13
**facts** [2] - 550:24, 551:1
**failed** [1] - 647:4
**failure** [1] - 447:25
**fair** [15] - 471:8, 542:20, 542:21, 564:11, 608:1, 608:2, 610:1, 614:9, 614:16, 615:25, 616:1, 619:23, 622:23, 627:3, 627:4
**fairly** [1] - 513:4
**fall** [1] - 582:3
**falls** [1] - 471:3
**familiar** [7] - 451:20, 563:13, 563:14, 571:25, 637:17, 661:2, 663:22
**far** [3] - 472:20, 479:11, 651:12
**fast** [2] - 487:1, 535:12
**FDA** [22] - 448:1, 448:2, 456:18, 456:21, 457:5, 457:8, 517:1, 546:12, 551:8, 553:1, 553:4, 553:8, 553:10, 553:19, 553:23, 554:1, 637:23, 638:1, 651:3, 651:7, 651:8, 652:14
**FDA's** [2] - 553:16, 651:13
**feasible** [2] - 664:10, 664:17
**February** [8] - 445:20, 516:21, 573:15, 578:20, 588:18, 612:21, 619:11,

645:2
**federal** [4] - 465:4, 465:5, 493:18, 551:13
**feet** [3] - 468:23, 468:24, 665:14
**fertilizer** [2] - 461:4, 461:13
**few** [6] - 437:23, 474:9, 535:8, 553:20, 597:13, 616:15
**fiber** [78] - 468:7, 468:13, 468:16, 469:5, 470:8, 482:22, 488:8, 496:25, 497:23, 497:24, 498:4, 500:3, 500:5, 506:17, 509:4, 509:21, 511:14, 515:21, 518:4, 520:3, 520:7, 520:13, 524:2, 524:7, 524:11, 524:18, 525:20, 526:1, 526:6, 526:8, 526:12, 526:17, 526:25, 528:3, 528:9, 541:8, 541:12, 570:12, 574:2, 575:3, 577:1, 577:11, 577:16, 580:17, 581:20, 585:3, 587:21, 587:24, 588:9, 588:22, 590:1, 593:13, 593:19, 593:20, 594:6, 594:11, 594:18, 594:23, 595:6, 595:11, 595:12, 595:15, 596:25, 599:4, 601:6, 601:16, 602:13, 602:18, 602:20, 602:24, 603:23, 604:5, 604:12, 604:22, 647:20, 655:7, 668:21
**Fiber** [1] - 497:18
**fibers** [54] - 444:7, 456:3, 456:4, 458:13, 469:19, 469:21, 470:7, 487:14, 487:19, 489:11, 491:8, 496:21, 515:9, 515:13, 526:22, 530:16, 532:1, 532:5, 532:8, 532:11, 532:13, 532:20, 533:1, 533:6, 533:25, 534:4, 534:13, 535:2, 563:18, 564:13, 566:1, 573:16, 573:19, 574:13, 575:25, 580:13, 582:10, 589:3, 589:12, 589:19, 593:25, 596:7, 596:17, 596:21, 600:24, 629:17, 630:6,

662:2, 662:6, 662:11, 667:5, 667:10, 668:4
**fibers/bundles** [1] - 530:2
**fibrous** [40] - 465:19, 467:11, 467:12, 467:14, 467:18, 467:21, 467:22, 467:23, 468:1, 468:2, 468:4, 468:8, 468:10, 489:14, 492:6, 492:7, 508:16, 508:18, 508:22, 508:23, 509:16, 510:17, 510:20, 511:8, 511:19, 511:20, 512:5, 559:5, 560:24, 581:24, 582:14, 594:4, 646:22, 646:23, 658:18, 658:21, 658:22
**fictional** [1] - 558:19
**field** [3] - 441:21, 467:1, 558:5
**fifties** [1] - 489:10
**figure** [8] - 481:19, 543:16, 614:6, 626:22, 627:1, 630:11, 630:16, 630:21
**figuring** [1] - 599:22
**fill** [2] - 599:12, 625:9
**filled** [3] - 541:2, 601:2, 602:5
**filling** [1] - 541:11
**films** [1] - 529:8
**filter** [4] - 439:23, 489:11, 489:14, 516:7
**filters** [2] - 478:19, 487:3
**finally** [2] - 445:11, 537:17
**FINCH** [1] - 435:14
**findings** [16] - 464:4, 483:5, 491:7, 514:16, 527:12, 537:24, 541:24, 558:24, 559:14, 559:19, 564:2, 601:14, 601:22, 623:18, 623:19, 626:19
**fine** [2] - 460:10, 656:12
**fines** [1] - 479:21
**finish** [2] - 540:13, 666:7
**finished** [2] - 556:7, 560:3
**finishing** [2] - 512:7, 666:3
**Finland** [1] - 521:22
**fireproofing** [8] - 450:10, 450:11, 450:13, 450:20,

457:17, 457:20, 457:23, 458:2
**Fireproofing** [1] - 585:15
**firing** [1] - 542:14
**firm** [6] - 437:16, 445:23, 461:14, 461:21, 578:22, 626:18
**firms** [1] - 461:21
**first** [30] - 439:1, 440:12, 443:5, 443:11, 443:19, 444:16, 444:21, 445:1, 445:2, 449:8, 463:5, 475:7, 477:8, 478:24, 479:11, 489:8, 533:13, 536:25, 554:12, 554:16, 554:17, 558:10, 584:13, 602:23, 610:21, 631:15, 633:15, 635:6, 635:11, 635:20
**FISHER** [1] - 435:7
**five** [13] - 442:1, 449:12, 453:17, 461:11, 469:13, 469:14, 500:15, 526:12, 542:20, 566:10, 604:21, 668:8, 668:10
**five-to-one** [1] - 500:15
**fixed** [1] - 459:21
**flakes** [1] - 480:22
**flash** [1] - 482:12
**flexibility** [9] - 522:5, 522:10, 522:12, 522:23, 523:3, 647:13, 647:14, 647:18, 658:15
**flip** [1] - 596:1
**float** [1] - 478:12
**floating** [1] - 481:20
**FLOM** [1] - 435:20
**Florida** [3] - 441:14, 441:18, 443:15
**flotation** [1] - 479:20
**fluid** [1] - 530:23
**focal** [1] - 595:25
**focus** [2] - 533:14, 614:20
**focusing** [1] - 444:19
**folks** [8] - 541:20, 559:12, 559:21, 560:3, 602:3, 602:23, 605:1, 624:10
**follow** [22] - 453:5, 464:21, 464:23, 465:1, 475:20, 486:11, 504:10, 508:1, 508:12, 509:14,

511:5, 516:11, 519:13, 527:22, 531:6, 561:25, 614:11, 614:24, 636:12, 649:21, 662:20, 663:10
**followed** [8] - 452:25, 458:9, 518:22, 531:12, 634:14, 634:24, 652:2
**following** [12] - 455:22, 457:3, 507:10, 513:8, 517:9, 532:10, 536:5, 597:16, 622:3, 648:10, 648:11, 671:6
**follows** [3] - 440:13, 494:14, 653:10
**foot** [2] - 445:25, 446:16
**FOR** [1] - 435:1
**Force** [2] - 459:8, 459:20
**forget** [1] - 455:15
**form** [6] - 482:22, 507:9, 521:4, 532:21, 655:16, 655:19
**formally** [1] - 494:23
**formation** [1] - 539:9
**formed** [5] - 646:15, 660:24, 661:4, 662:3, 662:24
**forming** [1] - 656:19
**forms** [6] - 521:9, 521:15, 521:18, 521:19, 521:20, 581:24
**formula** [1] - 466:12
**formulas** [2] - 458:15, 465:16
**Formulas** [1] - 465:14
**formulations** [1] - 457:22
**forth** [19] - 453:22, 455:19, 463:13, 464:10, 472:25, 485:4, 486:9, 486:11, 487:25, 494:25, 497:8, 506:21, 514:18, 517:4, 517:22, 647:7, 647:8, 666:9
**forward** [2] - 438:7, 474:25
**foundation** [1] - 472:16
**four** [9] - 449:11, 494:7, 501:25, 525:3, 525:11, 525:18, 600:19, 601:25, 602:3
**four-year** [1] - 501:25
**fragment** [18] - 518:16, 569:15, 569:17, 569:18,

576:17, 576:19, 578:3, 578:8, 578:25, 579:19, 579:22, 580:4, 665:22, 666:12, 666:15, 666:18, 666:22
**fragments** [12] - 559:7, 574:12, 575:2, 575:9, 575:15, 575:16, 575:24, 576:25, 577:19, 578:9, 582:3, 665:19
**Francisco** [1] - 458:25
**frankly** [1] - 460:2
**FREDA** [1] - 435:8
**freeze** [1] - 482:13
**friable** [1] - 655:11
**Friday** [1] - 471:6
**front** [3] - 470:5, 554:16, 565:13
**Frye** [2] - 463:22, 465:6
**full** [2] - 440:19, 596:11
**furniture** [1] - 456:16

---

### G

**gained** [1] - 505:8
**gaskets** [1] - 556:17
**GE** [3] - 461:9, 461:10, 544:12
**general** [17] - 459:10, 466:17, 472:4, 472:6, 473:3, 487:24, 493:6, 495:6, 496:7, 497:11, 501:17, 512:22, 520:25, 522:1, 522:15, 522:20, 571:5
**General** [3] - 460:20, 460:23, 461:1
**generally** [47] - 458:10, 462:2, 464:8, 468:2, 468:8, 468:13, 469:18, 474:22, 475:21, 489:6, 489:24, 491:20, 492:13, 499:18, 501:19, 502:24, 502:25, 516:13, 518:21, 518:25, 520:14, 535:15, 574:25, 576:25, 581:7, 581:12, 640:19, 647:10, 647:16, 648:2, 648:22, 649:18, 649:22, 651:22, 652:3, 660:1, 661:6, 666:10

**generally-accepted** [37] - 458:10, 462:2, 464:8, 468:8, 468:13, 469:18, 474:22, 475:21, 489:6, 489:24, 491:20, 492:13, 502:25, 516:13, 518:21, 518:25, 520:14, 520:16, 523:15, 524:1, 524:14, 528:8, 530:5, 531:19, 534:22, 535:14, 535:15, 647:10, 647:16, 648:22, 649:18, 649:22, 651:22, 652:3, 660:1, 661:6, 666:10
**generally-recognized** [1] - 648:2
**generate** [3] - 574:17, 612:5, 654:13
**generated** [6] - 463:24, 611:6, 611:15, 611:18, 613:9, 615:18
**generated-standards** [1] - 613:9
**generating** [1] - 459:22
**geological** [1] - 539:9
**geologist** [2] - 472:18, 501:21
**geologists** [2] - 446:24, 501:22
**Geology** [1] - 476:18
**geology** [1] - 447:2
**geometry** [2] - 468:10, 511:22
**Georgia** [3] - 440:23, 440:24, 621:16
**GEREL** [1] - 435:12
**given** [10] - 463:18, 542:23, 554:24, 555:7, 555:8, 562:23, 566:3, 620:21, 644:8, 660:13
**glass** [1] - 478:19
**gold** [4] - 480:16, 480:19, 480:21
**goniometer** [6] - 509:4, 509:6, 509:21, 510:11, 511:14, 512:2
**Gordon** [1] - 656:22
**Gotshal** [1] - 437:21
**GOTSHAL** [1] - 436:6
**government** [11] - 547:1, 547:9, 550:22, 550:25, 551:5, 551:18, 552:22, 638:18, 651:18, 651:19,

688

660:7
**Grace** [2] - 458:4, 585:14
**grade** [1] - 521:9
**graduate** [5] - 441:17, 443:14, 443:20, 443:24, 444:1
**graduated** [3] - 441:19, 443:13, 444:10
**graduating** [1] - 444:13
**grains** [1] - 469:23
**gram** [8] - 530:3, 530:7, 530:13, 530:14, 655:4, 655:14, 657:14
**gravimetric** [1] - 551:9
**gravity** [1] - 450:14
**greater** [32] - 469:7, 469:14, 488:9, 488:11, 493:11, 495:25, 498:5, 498:15, 500:1, 500:15, 511:22, 511:23, 519:18, 519:21, 532:3, 533:22, 534:6, 534:7, 563:7, 573:18, 574:18, 578:5, 579:1, 582:5, 594:1, 629:19, 630:7, 641:2, 645:22, 648:7, 648:13
**green** [1] - 447:15
**grew** [5] - 446:3, 580:15, 582:12, 646:14, 646:21
**grid** [21] - 499:23, 515:17, 515:22, 516:2, 516:3, 516:5, 516:7, 516:9, 525:4, 527:9, 529:7, 529:11, 596:23, 596:24, 599:3, 600:19, 602:4, 602:8, 602:9, 641:9, 641:13
**grids** [2] - 515:24, 529:9
**ground** [1] - 492:8
**Group** [3] - 448:10, 449:9, 650:19
**group** [11] - 448:12, 448:16, 448:23, 449:11, 454:5, 455:24, 456:8, 603:16, 622:18, 623:2, 653:10
**groups** [1] - 442:1
**growth** [9] - 572:13, 646:15, 646:18, 646:19, 646:24, 646:25, 647:4, 658:11, 661:4
**guess** [3] - 482:4, 494:8, 617:10

**guidance** [2] - 448:20, 620:8
**guidelines** [1] - 531:16
**guys** [1] - 603:11
**gypsum** [1] - 458:3
**Gypsum** [1] - 496:2

---

**H**

**habit** [13] - 572:13, 573:3, 580:16, 582:12, 646:15, 646:18, 646:19, 646:21, 646:24, 646:25, 647:4, 658:11, 661:5
**habits** [1] - 568:11
**hair** [5] - 460:25, 469:24, 470:1, 470:10
**half** [2] - 488:11, 562:16
**hand** [4] - 467:21, 490:9, 509:2, 510:4
**hard** [1] - 596:12
**Hawaii** [1] - 458:24
**haystack** [1] - 642:4
**Hazard** [2] - 455:9, 583:5
**hazardous** [2] - 654:4, 654:14
**HD** [2] - 629:23, 630:12
**head** [1] - 490:14
**heading** [1] - 484:21
**health** [7] - 450:3, 559:2, 559:4, 561:23, 571:24, 653:3, 655:22
**Health** [5] - 459:12, 476:10, 476:13, 476:14, 661:23
**health-based** [1] - 571:24
**hear** [7] - 441:6, 441:7, 444:22, 460:12, 538:6, 575:17, 647:3
**heard** [6] - 462:7, 547:13, 582:20, 603:1, 603:2, 632:25
**HEARING** [1] - 435:4
**hearing** [1] - 464:17
**heavier** [1] - 477:19
**Heavy** [1] - 476:6
**heavy** [86] - 439:10, 476:22, 477:14, 477:15, 478:8, 478:9, 478:22, 479:2, 479:9, 479:16, 479:19, 480:2, 480:12, 481:2, 481:19, 481:25, 482:3, 482:6, 482:18,

483:7, 483:9, 484:14, 484:24, 485:8, 486:8, 486:13, 529:16, 537:3, 537:7, 537:8, 537:13, 540:22, 545:4, 545:8, 545:15, 547:20, 548:3, 548:15, 548:18, 548:20, 549:14, 550:18, 551:10, 553:11, 590:23, 591:3, 591:13, 592:4, 607:2, 614:13, 632:21, 632:23, 633:2, 633:5, 633:8, 633:11, 633:15, 633:21, 634:5, 634:8, 634:13, 634:18, 635:6, 635:11, 635:20, 635:22, 636:3, 636:9, 636:17, 639:10, 640:7, 640:15, 641:22, 642:6, 642:8, 642:10, 642:22, 642:23, 651:4, 651:17, 652:4, 653:7, 653:20, 653:24, 664:22, 665:2
**help** [1] - 449:6
**helpful** [3] - 439:5, 460:4, 645:1
**helps** [1] - 630:1
**Herford** [3] - 568:21, 568:23, 569:3
**Hess** [20] - 610:22, 610:24, 611:2, 611:8, 613:10, 615:19, 620:22, 624:15, 624:17, 625:8, 625:24, 626:5, 626:11, 626:22, 626:23, 627:2, 627:8, 627:12, 627:14, 627:17
**hess** [4] - 628:6, 628:18, 628:19, 629:4
**Hess's** [1] - 626:13
**hexagonal** [4] - 511:13, 512:1, 512:4
**high** [30] - 459:12, 521:24, 522:5, 522:10, 522:22, 523:1, 523:3, 528:1, 535:3, 574:22, 587:14, 620:16, 620:18, 621:5, 621:11, 621:13, 621:15, 623:25, 624:2, 630:8, 632:1, 637:11, 639:4, 639:21, 642:5, 647:23, 653:2, 653:5
**higher** [14] - 469:25,

477:9, 477:22, 487:13, 501:23, 503:23, 505:4, 533:2, 534:12, 564:14, 587:11, 629:16, 630:1, 657:2
**highest** [1] - 559:21
**highlighted** [2] - 464:1, 559:20
**himself** [1] - 438:14
**hired** [8] - 445:11, 458:19, 461:21, 461:25, 547:4, 547:12, 551:22, 554:9
**hires** [1] - 462:3
**hiring** [1] - 542:14
**historical** [7] - 438:25, 473:7, 537:17, 537:21, 538:10, 657:17, 667:20
**historically** [2] - 521:5, 654:12
**holder** [1] - 515:23
**holding** [3] - 490:9, 505:14, 656:9
**holes** [1] - 516:4
**homes** [1] - 563:16
**Honor** [49] - 437:15, 437:19, 437:20, 438:12, 438:23, 440:5, 460:6, 470:14, 470:17, 470:18, 470:23, 470:24, 471:5, 481:14, 482:24, 484:17, 499:6, 523:25, 533:11, 536:8, 537:23, 538:13, 539:11, 545:20, 551:2, 557:11, 562:1, 567:6, 568:19, 578:15, 588:15, 605:7, 612:18, 614:23, 636:13, 644:5, 650:22, 655:20, 656:1, 657:3, 659:8, 659:11, 659:14, 660:15, 661:7, 665:24, 667:16, 667:19, 669:3
**Honor's** [1] - 597:16
**HONORABLE** [1] - 435:8
**hopefully** [3] - 477:11, 480:21, 625:21
**HOUR** [1] - 665:25
**hour** [2] - 563:8, 563:22
**hours** [12] - 453:18, 523:22, 523:23, 620:22, 624:18, 627:20, 627:22, 627:24, 628:2, 628:6, 628:7, 628:9

**house** [4] - 636:19, 636:24, 637:4, 644:23
**household** [1] - 557:15
**human** [5] - 469:24, 470:1, 470:10, 561:11
**Human** [1] - 476:14
**hundreds** [10] - 445:7, 445:8, 453:17, 459:3, 555:2, 555:9, 587:13, 655:4
**Hygiene** [1] - 456:1

**I**

**ID** [1] - 457:21
**idea** [5] - 471:13, 471:24, 478:7, 585:23, 586:7
**identical** [2] - 508:21, 590:24
**identification** [5] - 508:7, 514:1, 526:22, 545:18, 551:12
**identified** [25] - 462:19, 466:16, 466:24, 500:12, 504:21, 513:9, 518:22, 527:15, 531:23, 533:3, 533:7, 534:20, 539:4, 559:8, 623:17, 624:8, 629:23, 648:21, 649:12, 649:16, 654:10, 660:24, 661:5, 661:8, 662:22
**identifies** [2] - 503:16, 590:3
**identify** [28] - 458:13, 458:14, 479:17, 485:14, 486:25, 487:6, 487:13, 492:5, 499:11, 504:19, 514:2, 514:6, 518:8, 518:9, 524:25, 525:9, 531:12, 531:24, 533:5, 545:9, 568:17, 582:10, 586:20, 588:8, 588:22, 638:8, 648:16, 664:8
**identifying** [10] - 516:13, 517:15, 524:7, 525:5, 535:19, 550:20, 580:13, 646:2, 647:2, 663:11
**II** [1] - 474:9
**III** [1] - 458:5
**image** [5] - 459:14, 465:15, 489:17, 593:11, 593:15
**imagery** [1] - 515:5
**images** [1] - 650:14

**Imerys** [1] - 473:19
**impart** [1] - 609:19
**implanted** [1] - 442:6
**importance** [1] - 496:12
**important** [8] - 450:3, 450:8, 451:16, 451:18, 469:17, 485:15, 508:17, 538:8
**impossible** [5] - 522:25, 523:17, 647:11, 647:20, 647:21
**improve** [1] - 664:17
**IN** [2] - 435:4, 671:7
**in-house** [4] - 636:19, 636:24, 637:4, 644:23
**inappropriate** [2] - 438:21, 604:9
**incidentally** [1] - 597:25
**include** [12] - 454:3, 454:8, 454:12, 454:16, 473:25, 478:9, 490:12, 585:12, 613:21, 614:4, 615:6, 615:16
**included** [6] - 463:20, 471:1, 471:3, 475:4, 504:2, 556:7
**includes** [1] - 652:4
**including** [20] - 457:25, 460:14, 460:20, 466:4, 475:2, 479:7, 490:13, 493:7, 498:13, 502:3, 522:2, 523:6, 524:8, 524:14, 571:10, 572:5, 601:5, 651:22, 664:16, 664:24
**incomplete** [1] - 649:13
**inconsistencies** [3] - 622:21, 628:5, 635:9
**incorporate** [1] - 521:1
**incorporated** [2] - 498:25, 506:12
**increase** [2] - 479:21, 593:1
**increased** [2] - 477:1, 477:5
**increases** [3] - 596:2, 635:22, 635:23
**Independent** [1] - 456:12
**independent** [5] - 597:1, 622:14, 636:21, 643:10, 643:11
**independently** [1] - 527:12

**index** [1] - 530:23
**indicate** [1] - 497:2
**indicated** [1] - 664:18
**indicates** [1] - 564:12
**indicator** [1] - 496:20
**indices** [2] - 487:5, 533:19
**indispensable** [1] - 589:23
**individual** [24] - 445:24, 459:1, 462:1, 470:7, 473:10, 515:13, 516:9, 532:1, 532:5, 532:7, 533:24, 534:13, 535:2, 563:3, 563:6, 567:1, 580:13, 582:10, 589:3, 589:12, 602:5, 620:23, 628:24, 629:4
**individuals** [3] - 541:16, 560:20, 561:2
**industrial** [3] - 471:17, 538:1, 563:14
**Industrial** [1] - 456:1
**industry** [2] - 454:9, 479:4
**infants** [1] - 563:16
**influence** [1] - 475:8
**information** [16] - 465:23, 489:3, 576:12, 580:17, 584:9, 588:2, 588:12, 599:24, 600:2, 601:2, 601:9, 610:17, 614:4, 615:17, 619:17, 625:14
**infrared** [1] - 638:17
**ingredients** [1] - 458:3
**inhale** [1] - 566:1
**initial** [5] - 450:25, 606:14, 617:11, 617:12, 644:17
**initiated** [1] - 623:7
**inorganic** [2] - 446:25, 456:6
**inquiry** [3] - 438:5, 643:12, 667:16
**inside** [6] - 515:22, 516:3, 533:25, 535:2, 586:19, 629:17
**installed** [1] - 621:16
**instance** [1] - 461:9
**instances** [1] - 610:10
**instead** [5] - 482:10, 482:15, 491:25, 591:15,

592:7
**Institute** [5] - 455:5, 466:9, 476:12, 501:2, 661:23
**institute** [1] - 584:7
**Institutes** [1] - 459:12
**Instron** [1] - 523:14
**instruct** [1] - 620:12
**instructed** [1] - 617:3
**instructions** [2] - 601:7, 620:4
**instrument** [2] - 487:21, 487:22
**instrumental** [1] - 653:12
**instruments** [2] - 443:25, 475:13
**insulation** [1] - 654:9
**Insurance** [1] - 459:2
**intend** [1] - 437:24
**intended** [1] - 522:16
**interested** [1] - 449:19
**interference** [1] - 476:2
**internal** [2] - 438:2, 438:24
**internally** [1] - 479:9
**International** [5] - 439:16, 451:12, 456:9, 483:8, 495:12
**international** [1] - 652:5
**interpret** [5] - 438:11, 438:19, 438:20, 439:22, 483:1
**interpretation** [3] - 438:4, 438:16, 537:24
**interpreting** [1] - 481:9
**interrupt** [2] - 460:1, 665:25
**introduce** [1] - 667:25
**invited** [2] - 448:18, 449:5
**involve** [3] - 453:24, 458:6, 607:11
**involved** [7] - 443:6, 443:11, 445:13, 445:21, 453:17, 576:8, 577:14
**involvement** [1] - 452:5
**involving** [4] - 464:4, 561:22, 566:4, 632:20
**IR** [5] - 638:15, 638:22, 639:17, 652:8, 652:15
**IRD** [1] - 639:3
**iron** [7] - 503:21, 503:22, 503:23, 548:7, 548:15,

548:16, 548:20
**Irving** [2] - 490:5, 490:13
**IS** [1] - 671:6
**ISO** [120] - 439:15, 456:8, 456:11, 483:13, 483:15, 483:16, 483:22, 484:1, 484:9, 484:25, 485:7, 486:11, 497:17, 498:3, 498:9, 498:14, 498:20, 506:6, 506:9, 506:20, 508:14, 508:25, 509:10, 509:14, 511:9, 511:18, 512:8, 512:12, 512:17, 513:7, 515:7, 520:5, 520:11, 528:16, 530:23, 531:2, 531:6, 531:10, 531:13, 531:16, 531:23, 532:15, 532:24, 534:8, 535:8, 535:14, 536:23, 537:11, 547:2, 547:5, 547:21, 549:2, 549:6, 549:8, 549:9, 549:11, 549:14, 551:19, 572:20, 573:1, 574:24, 576:17, 576:18, 576:23, 580:19, 580:25, 581:6, 581:10, 589:1, 589:5, 589:7, 589:18, 589:19, 589:22, 590:23, 592:6, 592:21, 607:3, 607:5, 607:9, 607:10, 608:3, 608:10, 610:9, 613:17, 614:12, 617:4, 617:24, 617:25, 618:7, 618:14, 619:11, 619:13, 620:1, 620:7, 620:15, 629:23, 631:6, 632:20, 633:1, 633:16, 634:3, 634:7, 635:4, 635:10, 635:15, 636:8, 637:2, 640:10, 641:17, 642:8, 642:16, 644:2, 644:18, 644:19, 647:7, 649:3, 652:2
**ISO's** [1] - 573:2
**issue** [11] - 437:9, 438:17, 439:7, 470:24, 512:11, 535:18, 538:16, 604:2, 644:6, 650:23, 667:9
**issued** [6] - 449:24, 483:12, 538:24, 549:22, 631:15, 667:14
**issues** [5] - 454:14,

457:13, 579:16, 626:16, 668:4
**issuing** [1] - 606:13
**Italian** [2] - 474:8, 639:12
**Italy** [2] - 539:5, 560:17
**item** [2] - 475:8, 564:7
**itself** [1] - 620:7

---

**J**

**J&J** [5] - 437:21, 440:1, 472:17, 527:3, 659:19
**J&J's** [2] - 636:17, 649:13
**J-3** [33] - 527:1, 527:7, 527:9, 527:14, 527:18, 527:22, 528:2, 528:12, 528:24, 529:2, 616:10, 616:16, 617:3, 623:12, 632:15, 633:14, 633:17, 633:25, 635:9, 635:14, 636:6, 636:20, 640:5, 640:15, 640:22, 641:7, 641:18, 641:24, 642:21, 644:1, 644:13, 644:17, 645:3
**James** [1] - 496:11
**January** [2] - 631:16, 645:5
**Jerome** [1] - 437:15
**JEROME** [1] - 435:16
**Jersey** [5] - 457:14, 457:24, 464:13, 464:21, 465:2
**JERSEY** [4] - 435:1, 435:14, 435:18, 435:19
**Jim** [2] - 454:12, 582:4
**job** [1] - 502:16
**jobs** [1] - 542:17
**JOHN** [1] - 435:20
**John's** [1] - 660:10
**JOHNSON** [2] - 435:4
**Johnson** [180] - 436:7, 438:3, 438:8, 439:11, 453:1, 453:6, 454:6, 454:20, 458:7, 462:8, 462:9, 464:2, 464:5, 466:3, 466:8, 466:14, 466:16, 466:17, 466:19, 472:13, 473:8, 473:19, 473:24, 474:4, 474:8, 474:12, 474:13, 474:16, 476:5, 479:7, 479:8, 479:14, 479:15, 479:18,

480:1, 480:4, 480:25, 482:8, 483:14, 490:1, 490:21, 498:9, 500:12, 503:18, 504:1, 504:22, 505:18, 507:16, 507:17, 508:3, 509:24, 510:21, 513:10, 513:12, 513:15, 513:21, 514:6, 514:9, 514:17, 514:24, 515:3, 516:14, 517:5, 517:10, 517:13, 517:14, 518:23, 519:4, 519:8, 519:9, 519:16, 519:17, 519:22, 520:1, 520:21, 521:16, 524:21, 525:17, 526:20, 528:13, 529:13, 529:14, 530:7, 531:7, 531:21, 533:7, 534:20, 534:21, 535:20, 536:14, 537:18, 537:20, 537:21, 538:10, 538:11, 539:6, 539:10, 550:6, 559:16, 560:21, 562:19, 562:20, 587:4, 600:16, 611:22, 614:10, 632:16, 632:25, 638:4, 639:8, 640:6, 640:13, 641:19, 648:21, 649:5, 649:16, 650:20, 657:16, 657:17, 658:5, 658:9, 658:19, 658:23, 658:24, 660:21, 660:24, 663:12, 664:20, 664:24, 665:1, 665:6, 665:9, 665:10, 666:21, 668:13, 668:19
**Johnson's** [78] - 453:1, 458:8, 464:5, 473:5, 473:24, 474:17, 476:5, 480:25, 490:1, 490:22, 498:10, 499:7, 500:12, 503:18, 504:22, 505:18, 508:3, 509:24, 510:21, 513:10, 513:15, 513:22, 514:6, 514:9, 514:17, 514:24, 515:3, 516:14, 517:11, 518:23, 519:4, 519:8, 519:9, 520:1, 520:21, 521:16, 530:7, 530:25, 531:8, 531:21, 535:20, 536:14, 537:18, 537:20, 537:21, 539:6, 587:4, 600:9, 600:16, 611:23, 615:21, 632:16, 632:25, 639:8, 640:6,

640:14, 641:19, 648:22, 649:5, 649:17, 654:24, 655:9, 655:14, 656:18, 657:16, 658:5, 658:9, 658:19, 658:23, 660:22, 660:24, 663:12, 664:21, 664:24, 665:6, 666:21, 668:13, 668:20
**Jose** [1] - 446:8
**journal** [1] - 476:10
**Judge** [2] - 446:11, 610:6
**Judge's** [1] - 614:24
**juggling** [1] - 544:2
**JULIE** [1] - 435:19
**July** [3] - 622:1, 631:19, 643:20
**JULY** [1] - 435:4
**jumper** [1] - 459:22
**June** [3] - 616:23, 667:14, 667:15
**jury** [3] - 439:22, 554:16, 565:13

---

**K**

**Keaton** [2] - 500:21, 501:20
**keep** [6] - 441:5, 462:25, 480:20, 509:18, 591:5, 628:14
**keeping** [2] - 455:23, 656:10
**Kent** [2] - 489:9, 489:14
**Kentucky** [3] - 464:14, 464:15, 544:6
**key** [3] - 447:11, 475:6, 475:10
**kids** [2] - 583:13, 584:20
**kind** [6] - 437:22, 458:3, 461:8, 558:13, 606:21, 625:10
**kinds** [2] - 568:13, 569:6
**knowing** [1] - 665:10
**knowledge** [3] - 438:9, 478:24, 479:1
**known** [8] - 451:2, 466:21, 467:2, 476:5, 523:5, 523:13, 603:5, 616:13
**knows** [1] - 578:8
**Konigsberg** [2] - 437:16, 461:22
**KONISBERG** [1] - 435:15

691

**Krekeler** [1] - 538:24

**L**

**Lab** [1] - 633:14
**lab** [72] - 455:10, 455:11, 455:24, 456:8, 456:18, 456:21, 457:6, 457:8, 471:20, 500:18, 502:5, 502:6, 504:23, 508:6, 527:22, 528:24, 543:3, 544:19, 547:5, 553:1, 553:6, 556:3, 557:2, 597:1, 611:5, 611:15, 611:18, 612:1, 612:16, 614:15, 615:18, 616:8, 616:10, 616:16, 618:9, 618:10, 619:3, 619:7, 621:3, 621:4, 622:20, 622:25, 623:12, 625:2, 625:3, 628:5, 632:2, 632:15, 633:17, 633:20, 635:9, 635:17, 636:21, 640:6, 641:23, 641:24, 643:4, 643:9, 643:11, 645:12, 649:20, 649:21, 650:2, 660:23, 667:3, 667:8, 667:23, 668:3, 668:9
**lab-generated** [1] - 611:15
**labeled** [1] - 465:19
**labeling** [1] - 447:15
**Laboratories** [2] - 444:15, 445:22
**laboratories** [3] - 466:17, 493:19, 596:20
**Laboratory** [2] - 455:4, 603:8
**laboratory** [18] - 445:12, 446:4, 446:5, 446:6, 446:7, 446:16, 448:3, 448:4, 453:13, 455:20, 457:2, 466:7, 466:18, 512:13, 512:22, 520:19, 527:1, 585:22
**labs** [6] - 451:20, 631:2, 631:8, 640:6, 641:13, 667:2
**Labs** [1] - 456:12
**lacking** [1] - 472:16
**Landrigan** [1] - 490:14
**language** [1] - 452:18
**Lanzo** [1] - 588:19

**LAPINSKI** [1] - 435:14
**large** [3] - 550:1, 567:22, 590:14
**laser** [1] - 469:13
**last** [14] - 449:15, 461:10, 463:7, 464:22, 465:2, 484:13, 485:4, 506:8, 533:13, 608:14, 632:14, 634:3, 668:8, 668:10
**late** [2] - 449:14, 598:3
**latest** [1] - 643:17
**launch** [1] - 459:17
**law** [4] - 461:14, 461:17, 461:21, 626:18
**Law** [2] - 445:23, 445:24
**lawsuit** [1] - 555:3
**lawyer** [2] - 632:17, 660:22
**lawyers** [12] - 445:23, 543:7, 544:16, 544:20, 547:12, 550:2, 554:10, 555:13, 555:18, 555:23, 590:15, 632:25
**layer** [6] - 509:3, 509:20, 510:10, 510:12, 510:13, 510:14
**laying** [1] - 499:24
**laymen's** [2] - 475:17, 478:7
**leaders** [1] - 490:12
**leadership** [3] - 451:4, 453:8, 453:11
**leading** [1] - 493:18
**learn** [1] - 501:2
**learned** [1] - 619:18
**least** [14] - 463:1, 468:16, 468:18, 469:5, 488:11, 497:13, 505:11, 542:19, 573:18, 578:5, 579:2, 585:7, 662:16, 667:11
**leave** [5] - 437:11, 446:25, 457:1, 598:10, 598:16
**leaves** [1] - 437:14
**led** [2] - 493:8, 598:7
**Lee** [14] - 454:5, 545:11, 546:2, 546:9, 597:2, 619:20, 619:23, 621:25, 622:18, 623:2, 632:1, 632:15, 650:19, 650:23
**left** [8] - 445:6, 445:21,

510:4, 593:11, 594:17, 594:21, 595:4, 598:14
**left-hand** [1] - 510:4
**legend** [6] - 558:4, 558:7, 558:11, 558:12, 558:14, 558:21
**Leigh** [1] - 470:19
**LEIGH** [1] - 435:11
**length** [16] - 468:17, 469:6, 469:10, 469:13, 469:14, 469:15, 488:10, 488:11, 497:13, 532:9, 533:22, 573:18, 574:18, 591:18, 645:23, 666:1
**length-to-width** [1] - 532:9
**lens** [12] - 596:1, 620:13, 620:19, 624:5, 624:24, 628:14, 629:12, 629:16, 629:24, 629:25, 630:13
**lenses** [1] - 642:2
**less** [25] - 444:18, 492:19, 492:23, 496:3, 534:5, 563:23, 566:7, 566:8, 566:13, 566:24, 567:1, 575:9, 575:16, 575:20, 576:2, 576:13, 587:6, 587:7, 587:9, 610:15, 648:1, 648:9, 648:14, 663:16, 666:19
**level** [15] - 444:1, 522:19, 528:1, 564:19, 564:22, 564:23, 564:24, 565:10, 598:24, 619:22, 620:24, 640:12, 640:18, 663:25, 668:18
**levels** [17] - 500:24, 502:10, 503:10, 560:10, 560:23, 561:10, 564:4, 567:21, 587:2, 587:3, 607:19, 654:1, 654:2, 656:3, 657:1, 664:7, 664:11
**LEVY** [1] - 435:15
**Levy** [2] - 437:16, 461:21
**Libby** [3] - 492:2, 492:11, 585:16
**license** [1] - 448:6
**light** [49] - 458:11, 465:24, 474:19, 477:10, 478:20, 486:19, 486:21, 486:22, 487:1, 487:3, 487:10, 487:17, 487:20,

487:21, 491:21, 501:2, 530:18, 531:13, 531:15, 531:21, 533:1, 533:8, 534:20, 535:15, 536:3, 536:13, 536:19, 537:3, 537:6, 537:12, 607:11, 616:25, 623:15, 632:20, 632:23, 633:2, 633:4, 633:14, 633:21, 635:5, 636:16, 639:10, 640:1, 640:3, 641:22, 642:11, 649:23, 653:8, 662:12
**lighter** [2] - 478:11, 480:19
**lights** [1] - 450:18
**likely** [3] - 478:16, 499:23, 560:22
**Limit** [1] - 563:12
**limit** [7] - 475:9, 520:12, 563:7, 563:18, 653:2, 654:12, 655:6
**limitations** [1] - 620:8
**limited** [2] - 460:2, 613:19
**limits** [9] - 493:2, 565:4, 639:4, 639:17, 652:11, 653:4, 654:10, 663:19, 664:17
**Lincoln's** [1] - 470:5
**line** [5] - 482:10, 545:25, 604:22, 623:21, 667:18
**lines** [10] - 509:3, 509:20, 557:14, 567:11, 568:22, 568:24, 578:21, 588:19, 612:22, 612:24
**Liquid** [1] - 476:6
**liquid** [79] - 439:10, 476:22, 477:14, 477:15, 477:17, 478:8, 478:22, 479:2, 479:9, 479:16, 479:19, 480:3, 480:12, 481:2, 482:6, 482:13, 482:18, 483:7, 483:9, 484:14, 484:24, 485:9, 486:8, 486:13, 529:16, 537:4, 537:7, 537:8, 537:13, 540:22, 545:5, 545:8, 545:16, 547:20, 548:3, 548:18, 550:19, 551:10, 553:11, 590:24, 591:3, 591:14, 592:5, 607:2, 614:13, 632:21, 632:24, 633:2, 633:5,

692

633:8, 633:15, 633:21, 634:5, 634:8, 634:14, 634:18, 635:6, 635:11, 635:20, 635:22, 636:3, 636:9, 636:18, 639:11, 640:7, 640:15, 641:22, 642:6, 642:8, 642:10, 642:22, 651:4, 651:17, 652:4, 653:7, 653:20, 653:24, 664:22, 665:2

**list** [9] - 463:24, 470:16, 602:8, 603:24, 604:6, 659:3, 659:6, 659:10, 667:13

**listed** [5] - 465:9, 471:2, 476:16, 564:6, 645:21

**listing** [1] - 458:17

**lists** [3] - 463:21, 494:7, 543:19

**literally** [3] - 441:23, 443:11, 487:7

**literature** [20] - 454:13, 466:25, 471:15, 474:23, 476:9, 478:24, 489:6, 489:13, 491:19, 492:18, 492:23, 496:12, 539:9, 552:20, 639:15, 647:2, 654:21, 656:19, 663:2, 663:15

**litigation** [14] - 460:8, 460:13, 462:1, 462:14, 479:7, 543:20, 544:21, 547:5, 547:13, 551:23, 554:10, 591:8, 599:16, 621:22

**live** [2] - 440:22, 440:23

**locate** [1] - 529:10

**located** [3] - 499:12, 499:13, 499:14

**LOCKE** [1] - 436:9

**Longo** [173] - 437:11, 437:14, 437:24, 438:14, 438:18, 439:13, 440:8, 440:17, 440:19, 440:21, 440:22, 444:22, 444:23, 448:9, 460:13, 462:5, 463:10, 465:4, 465:11, 470:13, 470:19, 481:8, 482:25, 486:8, 497:18, 499:17, 505:15, 511:3, 511:4, 517:15, 519:22, 520:24, 533:12, 533:15, 534:17, 537:17, 540:10,

540:12, 542:2, 542:18, 544:18, 544:25, 545:10, 545:23, 546:11, 546:22, 547:18, 549:1, 551:25, 552:2, 552:10, 554:3, 554:5, 555:8, 556:15, 556:22, 557:12, 557:25, 558:2, 558:8, 558:23, 560:9, 561:8, 563:2, 564:1, 566:8, 567:7, 567:11, 568:1, 568:4, 568:21, 569:3, 569:12, 569:21, 571:7, 571:9, 572:15, 573:6, 573:9, 574:8, 574:24, 576:8, 577:21, 578:2, 578:18, 578:19, 579:13, 580:12, 580:19, 581:17, 582:7, 583:10, 583:20, 586:23, 587:8, 588:17, 588:20, 588:25, 589:10, 589:21, 590:2, 591:8, 592:15, 592:22, 593:7, 593:10, 594:9, 595:3, 595:9, 597:16, 597:25, 599:10, 601:6, 603:2, 603:14, 604:1, 604:10, 604:24, 606:8, 606:10, 607:4, 608:15, 611:15, 612:5, 613:8, 613:21, 614:4, 614:25, 615:9, 615:16, 615:23, 618:5, 618:13, 619:2, 621:1, 622:24, 624:7, 627:1, 627:7, 627:15, 627:25, 628:4, 629:2, 629:21, 630:10, 632:13, 637:17, 641:21, 643:19, 644:4, 644:12, 645:11, 645:16, 648:8, 650:11, 656:8, 656:15, 658:1, 659:4, 659:13, 659:15, 659:16, 660:17, 660:20, 660:21, 665:18, 667:3, 668:3, 668:6, 669:1, 669:5, 670:7

**longo** [3] - 482:17, 548:17, 647:14

**LONGO** [4] - 440:11, 486:4, 540:6, 606:4

**Longo's** [8] - 437:9, 437:18, 438:4, 439:1, 460:7, 499:14, 645:2, 667:23

**look** [61] - 440:1, 450:4, 456:15, 457:17, 459:20, 463:12, 475:22, 479:23, 485:7, 486:10, 490:4, 490:24, 502:12, 502:15, 502:23, 508:5, 511:8, 513:15, 515:8, 515:20, 523:24, 530:25, 531:4, 533:20, 535:22, 559:13, 568:3, 571:7, 571:14, 572:24, 575:4, 575:5, 575:6, 575:7, 576:16, 580:24, 582:1, 583:8, 585:2, 587:1, 593:10, 596:14, 596:24, 600:19, 601:13, 608:25, 625:21, 626:3, 634:7, 638:1, 638:11, 640:6, 645:15, 650:9, 654:24, 654:25, 664:2

**looked** [30] - 489:18, 495:5, 503:3, 526:11, 530:11, 530:20, 536:17, 540:18, 540:23, 557:1, 557:2, 557:7, 557:21, 561:10, 576:5, 596:13, 602:4, 602:6, 602:9, 602:12, 611:8, 625:13, 630:24, 640:10, 640:13, 640:22, 644:6, 645:16, 655:3

**looking** [76] - 437:24, 448:9, 455:21, 477:12, 477:13, 480:22, 486:24, 488:5, 488:8, 490:25, 491:2, 495:6, 497:17, 499:7, 499:9, 499:17, 503:9, 503:13, 504:13, 505:1, 506:10, 506:17, 506:21, 506:22, 507:1, 507:6, 509:23, 510:5, 512:8, 513:1, 513:12, 525:3, 526:5, 527:7, 532:17, 532:24, 533:15, 533:16, 534:18, 534:19, 536:12, 536:25, 541:6, 541:11, 541:21, 548:15, 567:7, 585:4, 585:17, 587:23, 587:24, 593:12, 593:16, 595:20, 595:21, 596:9, 600:3, 602:1, 603:17, 604:5, 604:6, 615:11, 621:13, 634:9,

636:21, 641:13, 642:3, 643:21, 646:8, 652:16, 655:2, 660:5, 660:19, 661:18, 663:2

**looks** [10] - 457:6, 470:3, 515:9, 516:3, 536:19, 554:23, 555:21, 556:1, 599:19, 628:19

**loop** [1] - 576:10

**Los** [1] - 458:24

**loss** [1] - 642:20

**Louisville** [1] - 464:16

**low** [2] - 628:3, 647:24

**lower** [9] - 469:25, 477:18, 480:19, 505:4, 564:24, 635:23, 654:10, 655:6, 662:14

**lowest** [2] - 560:2, 664:10

**lunch** [1] - 539:13

**luncheon** [1] - 539:17

**lung** [2] - 491:16, 530:16

---

**M**

**ma'am** [16] - 541:15, 542:12, 543:22, 544:5, 546:25, 547:20, 556:11, 558:15, 562:24, 565:15, 582:21, 591:24, 599:21, 606:19, 617:17, 618:8

**magic** [1] - 577:14

**magical** [1] - 577:12

**magically** [1] - 577:5

**magnesium** [4] - 503:20, 505:2, 506:18, 516:18

**magnification** [1] - 596:2

**magnitude** [3] - 587:9, 587:13, 600:15

**Maimon** [1] - 461:17

**main** [3] - 446:4, 522:17, 591:3

**Major** [1] - 441:15

**major** [1] - 442:1

**majority** [6] - 496:1, 575:8, 575:16, 575:19, 575:23, 585:15

**man** [3] - 453:18, 462:7, 462:8

**manage** [1] - 450:9

**management** [1] - 502:10

**manager** [2] - 502:10, 629:8

**managing** [1] - 449:3
**Manbodh** [1] - 557:13
**mandatory** [2] - 480:8, 481:3
**MANGES** [1] - 436:6
**manipulate** [1] - 647:19
**manner** [2] - 662:3, 662:23
**manual** [1] - 456:22
**manufactured** [3] - 457:17, 458:1, 459:5
**Manville** [1] - 660:10
**map** [1] - 515:19
**March** [3] - 590:11, 630:10, 630:14
**mark** [1] - 659:2
**marked** [1] - 502:8
**market** [1] - 516:23
**MARKETING** [1] - 435:4
**MAS** [77] - 444:24, 446:14, 455:1, 456:20, 459:7, 462:17, 462:21, 463:3, 474:22, 500:23, 504:2, 504:8, 504:10, 504:16, 504:23, 505:16, 505:17, 508:1, 508:12, 509:14, 510:19, 511:5, 514:5, 518:22, 518:23, 519:19, 520:20, 524:24, 527:15, 528:2, 528:22, 529:2, 529:12, 530:4, 530:10, 530:19, 530:22, 531:1, 531:4, 534:19, 536:12, 537:1, 537:6, 541:25, 542:22, 543:7, 543:10, 543:13, 544:19, 556:3, 557:2, 562:9, 578:22, 594:22, 597:18, 598:4, 598:10, 598:16, 611:19, 612:14, 613:9, 613:23, 613:25, 614:1, 615:1, 615:6, 618:6, 633:25, 640:13, 640:23, 641:3, 641:6, 641:18, 649:21, 650:7
**MAS'** [2] - 527:8, 531:11
**MAS's** [1] - 505:14
**MAS-created** [1] - 615:1
**mass** [1] - 634:25
**Master's** [2] - 441:12, 441:22
**Masters** [1] - 441:18
**match** [1] - 503:15

**material** [21] - 470:25, 472:12, 484:3, 488:3, 492:23, 495:17, 516:7, 584:5, 584:14, 585:8, 585:11, 585:15, 609:15, 634:24, 654:13, 655:9, 655:10, 656:8, 663:15
**Material** [1] - 503:17
**materials** [52] - 438:6, 439:3, 441:18, 441:20, 441:21, 441:23, 441:25, 442:8, 442:10, 442:12, 442:18, 442:19, 442:23, 443:3, 443:4, 443:16, 443:17, 443:21, 444:8, 444:11, 444:15, 444:25, 445:14, 446:5, 446:23, 447:7, 447:24, 448:7, 451:15, 452:22, 454:25, 456:16, 457:20, 458:20, 460:20, 461:5, 466:25, 480:18, 489:14, 494:24, 583:23, 583:25, 586:6, 586:14, 609:18, 612:2, 614:5, 615:7, 637:15, 646:20, 662:1
**Materials** [16] - 441:3, 441:9, 445:16, 446:12, 447:6, 451:12, 451:14, 454:23, 457:12, 458:19, 462:12, 472:24, 473:4, 474:15, 474:18, 495:12
**math** [1] - 530:17
**matrices** [2] - 524:3, 524:19
**matrixes** [1] - 654:8
**MATTER** [1] - 671:8
**matter** [10] - 461:24, 542:19, 544:14, 544:18, 547:17, 554:5, 554:21, 558:2, 562:5, 577:18
**McCrone** [10] - 443:7, 465:21, 465:25, 466:2, 466:7, 466:9, 467:8, 501:1, 501:13, 570:6
**MDL** [72] - 439:3, 472:25, 473:11, 473:16, 473:20, 505:15, 511:4, 527:4, 528:15, 541:18, 546:23, 549:1, 549:22, 550:12, 559:19, 560:12, 561:5, 562:5, 562:8, 562:11, 562:14, 563:4, 563:6,

565:2, 565:5, 573:15, 575:20, 576:1, 576:10, 576:11, 576:15, 590:22, 592:1, 592:13, 592:20, 592:22, 593:3, 593:9, 593:15, 597:3, 598:1, 602:1, 606:13, 607:5, 607:14, 607:25, 608:22, 612:21, 612:23, 613:22, 614:2, 614:5, 615:7, 615:16, 617:20, 622:7, 623:4, 624:15, 631:13, 639:12, 643:25, 644:14, 644:15, 648:12, 650:12, 650:20, 650:24, 655:1, 659:7, 668:14
**MEAGHER** [1] - 435:20
**mean** [8] - 453:10, 497:22, 511:23, 558:21, 569:13, 584:1, 627:20, 665:24
**meaning** [5] - 450:10, 452:1, 522:4, 561:8, 649:13
**means** [10] - 469:10, 509:15, 540:21, 541:1, 541:5, 583:20, 611:8, 611:18, 618:9, 647:23
**meant** [4] - 481:10, 481:13, 515:1, 657:7
**measure** [6] - 449:22, 488:19, 525:2, 532:5, 561:20, 577:11
**measured** [4] - 526:3, 532:4, 562:6, 562:17
**measurement** [3] - 508:8, 513:18, 562:21
**measurements** [4] - 450:23, 470:12, 512:14, 512:23
**measures** [1] - 581:19
**measuring** [1] - 513:19
**mechanical** [2] - 442:11, 450:21
**medicine** [1] - 490:15
**meet** [13] - 470:20, 500:12, 517:18, 517:21, 517:23, 518:13, 531:25, 577:7, 594:3, 648:4, 648:5, 662:1
**meeting** [2] - 453:21, 533:6
**meetings** [1] - 542:13

**meets** [17] - 468:6, 500:2, 511:20, 532:14, 533:22, 534:7, 534:21, 536:22, 568:17, 577:15, 578:10, 579:4, 580:2, 582:15, 594:6, 594:12, 646:23
**membership** [1] - 452:11
**memo** [2] - 479:25, 482:7
**mentioned** [9] - 444:12, 461:9, 511:8, 551:25, 552:25, 557:17, 624:8, 629:24, 634:10
**met** [10] - 524:4, 524:18, 534:24, 579:11, 579:17, 665:21, 666:9, 666:22, 667:4, 667:23
**metal** [2] - 442:4, 442:15
**metallurgy** [1] - 442:1
**metals** [2] - 442:1, 447:13
**meter** [2] - 468:22, 468:23
**Method** [1] - 476:6
**method** [236] - 439:11, 439:14, 449:6, 449:18, 449:20, 450:4, 450:23, 451:1, 451:6, 451:19, 451:20, 451:22, 451:24, 452:18, 452:21, 453:12, 453:13, 468:13, 468:14, 475:10, 475:17, 475:25, 476:4, 476:22, 477:1, 478:17, 478:22, 479:10, 479:17, 479:20, 480:3, 480:12, 481:3, 481:12, 481:18, 482:6, 482:18, 482:21, 483:4, 483:6, 483:7, 483:9, 483:10, 483:16, 483:18, 483:21, 483:22, 484:3, 486:9, 486:11, 486:13, 487:6, 489:7, 491:9, 492:14, 493:8, 493:13, 493:16, 493:22, 493:25, 494:9, 494:12, 494:14, 494:16, 494:19, 494:20, 494:21, 494:22, 494:23, 494:25, 495:2, 495:18, 497:15, 499:19, 502:25, 504:5, 504:10, 505:7, 506:7, 506:9, 507:3, 507:19, 507:23, 508:1, 508:6,

509:10, 511:9, 513:7, 513:8, 513:13, 513:15, 513:22, 515:7, 518:24, 519:8, 519:9, 519:17, 520:1, 520:2, 520:5, 522:14, 522:15, 522:21, 524:17, 527:23, 529:16, 532:4, 532:6, 532:15, 534:23, 535:14, 537:4, 537:7, 545:5, 545:7, 545:12, 546:3, 547:2, 547:6, 547:10, 547:14, 547:17, 547:18, 547:20, 547:21, 548:1, 548:4, 548:6, 548:11, 548:19, 548:23, 550:11, 550:12, 551:8, 551:19, 580:19, 580:25, 581:2, 581:10, 589:1, 589:10, 589:12, 589:14, 589:16, 589:20, 589:22, 591:7, 591:12, 591:25, 592:1, 592:5, 592:6, 592:8, 606:19, 607:3, 607:10, 607:12, 607:16, 608:3, 608:10, 609:4, 609:11, 609:13, 609:16, 610:2, 610:9, 610:18, 610:19, 615:24, 617:4, 617:18, 617:21, 617:24, 618:2, 618:3, 618:10, 618:14, 619:9, 619:21, 620:1, 620:7, 620:16, 620:24, 623:15, 633:5, 633:13, 635:19, 636:9, 637:6, 637:22, 638:5, 638:9, 638:11, 638:15, 638:16, 638:21, 638:22, 638:23, 639:7, 639:19, 640:10, 641:16, 642:15, 643:8, 646:17, 648:10, 648:11, 648:17, 649:6, 649:18, 651:4, 651:7, 651:23, 652:3, 652:6, 652:8, 652:9, 652:12, 652:16, 653:1, 653:21, 662:20, 662:21, 663:5, 663:6, 663:10, 664:21, 664:23, 665:2, 665:3, 665:21, 666:9

**methodologies** [3] - 448:24, 464:8, 530:5

**methodology** [27] - 439:8, 448:13, 537:25,

544:23, 545:6, 545:17, 549:3, 549:10, 568:17, 573:8, 573:11, 577:7, 578:11, 586:20, 586:24, 587:19, 589:19, 590:21, 592:21, 594:7, 640:16, 647:17, 657:24, 658:2, 663:8, 667:1

**methods** [75] - 452:25, 458:10, 461:24, 462:2, 462:23, 468:3, 468:8, 468:9, 469:18, 474:15, 474:19, 474:22, 475:1, 480:10, 483:13, 485:13, 487:25, 489:25, 491:20, 492:13, 493:7, 495:11, 496:22, 496:24, 498:13, 516:13, 518:21, 519:7, 522:2, 523:4, 523:10, 523:16, 524:2, 524:8, 524:14, 531:20, 535:16, 542:15, 545:2, 549:1, 549:10, 549:19, 550:19, 550:21, 551:6, 551:10, 551:11, 551:21, 604:18, 607:1, 607:11, 608:1, 619:19, 637:12, 640:9, 640:15, 643:7, 645:11, 645:13, 646:2, 647:7, 647:10, 648:3, 649:22, 651:22, 652:10, 652:13, 653:12, 653:24, 661:6, 662:15, 664:9, 664:17, 665:7, 666:10

**Michael** [3] - 454:16, 454:17, 454:20

**MICHELLE** [1] - 435:12

**Microanalytical** [3] - 444:14, 445:1, 445:21

**microbiologists** [1] - 446:22

**microbiology** [1] - 441:15

**microchemistry** [1] - 487:15

**micrograph** [1] - 533:21

**micrometer** [3] - 469:1, 488:11, 534:5

**micrometers** [13] - 470:1, 470:2, 470:9, 499:22, 499:25, 511:24, 516:6, 534:2, 534:3, 535:1, 578:6, 579:2

**micron** [3] - 468:20, 468:21, 468:25

**Micronite** [1] - 489:9

**microns** [9] - 468:17, 469:6, 497:13, 533:2, 533:22, 533:23, 573:18, 574:19, 645:23

**microphone** [2] - 582:8, 595:24

**microscope** [33] - 443:18, 443:23, 444:17, 452:23, 463:3, 474:19, 474:21, 475:19, 475:23, 530:19, 540:18, 540:24, 541:7, 541:11, 541:22, 542:4, 595:16, 596:10, 596:13, 596:17, 599:12, 600:3, 623:15, 629:13, 634:8, 634:19, 634:20, 642:11, 642:12, 647:22

**microscopes** [6] - 443:22, 446:17, 446:18, 486:15, 631:4

**microscopic** [6] - 459:22, 488:2, 522:19, 522:24, 647:20, 661:25

**microscopically** [1] - 459:22

**microscopist** [2] - 447:3, 620:9

**microscopists** [5] - 447:1, 449:6, 466:1, 493:18, 632:15

**microscopists'** [1] - 495:24

**microscopy** [62] - 443:8, 443:10, 444:2, 444:5, 456:3, 458:9, 458:11, 459:13, 462:23, 465:24, 477:10, 478:20, 478:21, 486:19, 487:9, 487:10, 487:20, 489:19, 491:21, 496:23, 497:16, 501:2, 529:15, 530:18, 531:13, 531:15, 531:21, 533:1, 533:5, 533:8, 534:20, 535:15, 536:14, 536:19, 537:3, 537:6, 537:12, 588:21, 592:7, 607:12, 617:1, 632:21, 632:23, 633:2, 633:4, 633:15, 633:21, 634:15, 635:5, 636:16, 639:10, 640:2,

640:3, 641:22, 647:10, 649:23, 653:8, 662:7, 662:12, 662:21

**middle** [1] - 509:1

**might** [5] - 476:1, 517:14, 522:22, 574:22, 622:8

**miles** [1] - 598:13

**Millete** [2] - 496:11, 582:4

**Millette** [2] - 454:12, 656:22

**milligrams** [1] - 516:8

**millimeters** [1] - 516:2

**million** [8] - 462:7, 462:8, 462:13, 462:14, 463:6, 468:24, 543:6, 543:15

**millionth** [1] - 468:22

**millionths** [2] - 560:7, 587:10

**mind** [2] - 509:18, 567:4

**mine** [7] - 492:11, 503:22, 523:12, 539:5, 587:25, 594:2

**mined** [4] - 472:5, 472:10, 492:8, 521:22

**mineral** [21] - 444:5, 467:6, 467:17, 468:6, 472:4, 479:4, 480:15, 488:20, 492:1, 492:2, 492:8, 492:19, 503:2, 503:11, 504:21, 522:6, 570:6, 572:12, 589:4, 637:9, 646:3

**mineralogist** [3] - 472:18, 501:21, 646:20

**mineralogists** [1] - 507:21

**Minerals** [1] - 465:14

**minerals** [45] - 442:2, 458:15, 465:17, 465:18, 465:20, 465:24, 466:11, 466:13, 466:15, 466:20, 467:3, 468:1, 472:6, 477:21, 477:22, 478:9, 479:5, 481:19, 481:24, 481:25, 482:3, 486:24, 491:15, 491:22, 496:2, 514:10, 514:12, 547:23, 556:19, 568:10, 571:3, 571:16, 571:20, 572:12, 572:17, 574:17, 580:15, 580:22, 581:7, 581:8, 581:14, 585:12, 585:18,

585:21
**Mines** [1] - 496:19
**mines** [4] - 454:10, 472:11, 537:22, 539:7
**miniature** [1] - 516:4
**minimum** [1] - 574:18
**Minor** [1] - 441:15
**minus** [1] - 525:13
**minute** [4] - 460:7, 536:9, 593:24, 597:10
**minutes** [9] - 437:23, 460:3, 523:24, 536:10, 592:12, 597:13, 632:14, 634:4, 666:4
**mishear** [1] - 636:5
**miss** [1] - 548:19
**missed** [1] - 647:3
**missing** [1] - 510:12
**Missouri** [1] - 464:13
**misunderstood** [1] - 569:11
**mix** [3] - 442:3, 477:15, 565:22
**mixed** [2] - 567:15, 611:25
**mixing** [3] - 565:19, 565:25, 566:17
**modern** [1] - 639:23
**modernize** [1] - 638:13
**modernizing** [1] - 638:1
**modifications** [1] - 494:14
**modified** [8] - 463:1, 550:16, 550:17, 590:10, 591:9, 591:25, 592:4, 592:11
**mold** [1] - 456:6
**moment** [2] - 517:13, 608:6
**money** [1] - 543:13
**monitor** [4] - 613:1, 613:5, 621:13, 630:9
**monograph** [3] - 638:2, 638:14, 638:16
**Monograph** [2] - 546:12, 546:23
**Monokote** [2] - 458:5, 585:14
**Montana** [3] - 492:2, 492:11, 585:16
**month** [2] - 438:15, 501:14
**months** [5] - 443:12,

452:16, 553:20, 565:13, 622:3
**Moore** [1] - 564:3
**Moore's** [1] - 564:11
**morning** [22] - 437:6, 437:20, 438:23, 440:17, 440:18, 540:17, 541:3, 543:6, 544:9, 544:24, 547:16, 551:25, 552:25, 569:22, 570:2, 573:24, 574:3, 590:9, 625:13, 653:19, 656:4, 666:5
**morphology** [31] - 488:7, 489:18, 490:25, 493:10, 495:7, 495:14, 496:25, 499:21, 500:3, 500:4, 500:13, 502:17, 514:16, 515:1, 516:24, 517:19, 518:13, 519:16, 531:4, 545:6, 549:4, 551:12, 573:12, 574:7, 582:16, 645:21, 648:4, 648:18, 648:23, 649:15
**Moshe** [1] - 461:17
**most** [18] - 452:19, 462:21, 464:23, 478:2, 478:4, 481:4, 497:15, 499:23, 521:4, 537:16, 542:10, 548:14, 554:2, 577:16, 582:2, 631:1, 642:12, 664:23
**MOTLEY** [1] - 435:13
**Mount** [2] - 490:5, 490:15
**mouth** [1] - 470:5
**move** [10] - 472:22, 474:25, 483:5, 487:2, 523:20, 588:7, 592:15, 651:1, 656:5, 659:25
**moved** [1] - 576:7
**movement** [1] - 529:9
**moving** [1] - 621:14
**MR** [57] - 437:15, 438:23, 440:6, 440:16, 460:6, 464:20, 464:23, 465:3, 470:17, 471:11, 472:1, 472:3, 472:23, 481:14, 481:17, 486:7, 499:6, 499:13, 523:25, 536:8, 536:11, 538:5, 538:7, 538:20, 538:22, 539:11, 550:24, 589:5, 597:8, 597:12, 605:3, 632:12, 636:12, 636:14, 637:5,

637:16, 644:5, 644:11, 651:2, 651:16, 656:1, 656:7, 657:7, 657:13, 657:25, 659:2, 659:4, 659:14, 660:1, 660:15, 660:16, 665:17, 666:4, 666:8, 667:19, 668:2, 669:1
**MS** [56] - 437:8, 437:20, 440:5, 470:14, 470:23, 471:5, 472:16, 481:8, 482:24, 484:17, 537:23, 538:13, 540:9, 545:20, 545:22, 551:2, 551:4, 552:1, 557:11, 561:25, 562:3, 563:1, 567:6, 568:19, 568:25, 569:2, 578:15, 578:17, 588:15, 588:17, 589:7, 589:9, 597:5, 597:15, 605:7, 606:7, 612:18, 614:23, 632:8, 643:25, 645:1, 645:7, 650:22, 651:12, 655:20, 657:3, 657:9, 657:19, 658:25, 659:3, 659:6, 661:7, 665:11, 665:15, 665:24, 667:12
**multiple** [4] - 446:16, 446:17, 449:24, 641:13
**municipalities** [3] - 457:11, 458:18, 460:14
**municipality** [1] - 552:7
**must** [2] - 572:12, 572:13
**MVA** [1] - 501:13
**MY** [1] - 671:7
**myth** [1] - 558:17

**N**

**Nadia** [1] - 564:3
**name** [5] - 437:15, 440:19, 465:18, 502:8, 650:12
**named** [2] - 454:8, 460:15
**narrow** [1] - 538:20
**NASA** [3] - 459:8, 459:16, 552:7
**NATHAN** [1] - 435:14
**National** [6] - 455:3, 455:5, 459:11, 476:12, 603:8, 661:22
**nature** [5] - 558:24, 567:17, 646:15, 661:4

**near** [2] - 587:5, 609:4
**necessary** [2] - 580:20, 581:13
**need** [9] - 441:7, 442:15, 472:5, 472:15, 505:9, 521:24, 596:15, 638:13, 661:3
**needed** [1] - 442:10
**needle** [2] - 576:7, 642:3
**needles** [1] - 532:21
**negative** [3] - 452:14, 629:11, 639:13
**negatives** [2] - 453:21, 453:22
**negotiation** [1] - 522:18
**never** [15] - 472:19, 494:19, 494:20, 540:12, 541:16, 544:19, 547:5, 547:13, 552:14, 556:18, 577:5, 585:23, 599:4, 603:22, 636:2
**nevertheless** [1] - 581:17
**New** [10] - 457:14, 457:24, 458:21, 464:13, 464:14, 464:21, 465:2
**NEW** [5] - 435:1, 435:14, 435:16, 435:18, 435:19
**new** [6] - 441:25, 442:18, 447:19, 452:16, 501:13, 667:21
**next** [28] - 453:21, 464:3, 467:8, 481:14, 485:20, 496:10, 500:10, 503:5, 509:22, 510:10, 523:19, 525:6, 525:7, 525:24, 531:2, 532:24, 539:18, 560:6, 570:9, 594:21, 598:25, 599:7, 605:13, 628:17, 628:20, 644:20, 653:1
**nickname** [1] - 454:11
**NIH** [1] - 459:8
**nine** [1] - 529:2
**NIST** [1] - 455:5
**nitrogen** [1] - 482:13
**NJ** [1] - 435:7
**NO** [1] - 435:2
**nobody** [1] - 532:6
**non** [50] - 467:21, 467:22, 467:23, 507:13, 517:15, 517:17, 517:23, 517:25, 518:12, 518:19,

519:5, 560:14, 560:18, 568:11, 569:19, 571:3, 571:16, 571:20, 572:17, 574:9, 574:16, 575:1, 576:24, 577:5, 577:9, 577:22, 577:24, 578:3, 578:24, 579:22, 580:4, 580:21, 581:11, 581:14, 587:22, 588:3, 588:10, 588:14, 588:23, 589:3, 589:13, 590:2, 593:21, 649:10, 649:13, 649:15, 649:17

**non-asbestiform** [26] - 568:11, 569:19, 571:3, 571:16, 572:17, 574:9, 574:16, 575:1, 576:24, 577:5, 577:9, 578:3, 578:24, 579:22, 580:4, 580:21, 581:11, 581:14, 587:22, 588:3, 588:10, 588:14, 588:23, 590:2, 593:21

**non-asbestos** [17] - 517:15, 517:17, 517:23, 517:25, 518:12, 518:19, 519:5, 571:20, 577:22, 577:24, 589:3, 589:13, 649:10, 649:13, 649:17

**non-detect** [2] - 560:14, 560:18

**non-fibrous** [4] - 467:21, 467:22, 467:23

**nonasbestos** [6] - 458:15, 492:1, 496:1, 496:21, 579:10, 579:18

**noncommercial** [2] - 521:19, 521:20

**nondetect** [2] - 529:22, 644:1

**nondetected** [1] - 638:25

**none** [8] - 542:3, 542:7, 550:21, 552:10, 552:17, 559:8, 623:12, 630:23

**nonscientists** [1] - 452:14

**noon** [1] - 523:22

**normal** [1] - 666:17

**North** [1] - 446:5

**northeast** [1] - 535:10

**note** [5] - 463:10, 464:12, 498:3, 498:10, 576:23

**notebook** [7] - 463:11, 473:1, 497:9, 499:14, 505:14, 514:18, 660:18

**NOTES** [1] - 671:7

**nothing** [4] - 469:12, 537:24, 643:11, 656:12

**notice** [1] - 457:5

**notion** [1] - 532:16

**November** [1] - 631:16

**nowadays** [2] - 542:2, 542:7

**nowhere** [1] - 587:5

**number** [25] - 438:2, 438:12, 448:3, 452:4, 456:18, 456:21, 457:8, 462:10, 479:14, 519:25, 530:6, 530:15, 538:15, 553:1, 559:20, 566:1, 567:10, 576:13, 589:6, 593:2, 601:15, 607:14, 622:3, 627:13

**numbered** [1] - 499:16

**numerical** [2] - 504:3, 505:21, 506:21

**numerous** [1] - 587:25

**NVLAP** [8] - 455:3, 455:11, 603:10, 603:25, 667:4, 667:9, 668:3, 668:17

**NVLAPs** [1] - 667:20

---

**O**

**O'DELL** [2] - 435:11, 471:5

**O'Dell** [1] - 470:19

**oath** [4] - 541:17, 556:2, 556:18, 566:21

**object** [8] - 481:8, 484:17, 650:22, 655:20, 659:7, 666:1, 667:12, 667:17

**objected** [1] - 659:10

**objection** [16] - 470:14, 470:21, 471:7, 471:8, 472:16, 482:24, 537:23, 538:13, 551:1, 567:19, 605:3, 651:12, 657:3, 657:19, 658:25, 665:11

**objective** [2] - 620:19, 642:2

**obscuring** [1] - 653:14

**observations** [1] - 495:24

**observe** [1] - 612:13

**observed** [2] - 505:12, 611:4

**obtain** [4] - 444:8, 455:10, 456:20, 457:8

**obtained** [1] - 503:15

**obtaining** [1] - 453:24

**occasion** [1] - 525:20

**occasions** [3] - 464:3, 465:5, 555:21

**occupants** [1] - 494:3

**Occupational** [1] - 661:23

**occupational** [1] - 490:14

**occur** [3] - 492:25, 568:10, 581:7

**occurring** [1] - 532:11

**October** [3] - 443:12, 568:21, 568:23

**OF** [2] - 435:1, 671:7

**office** [3] - 446:15, 448:19, 463:24

**offices** [1] - 446:8

**OFFICIAL** [1] - 435:25

**official** [1] - 494:21

**often** [6] - 492:19, 542:6, 542:9, 555:13, 616:2, 663:16

**Oklahoma** [1] - 464:13

**old** [5] - 438:9, 483:1, 549:12, 598:12, 629:25

**older** [1] - 463:8

**Olsen** [2] - 578:20, 579:14

**once** [12] - 457:22, 486:13, 488:18, 494:2, 542:17, 542:18, 542:20, 601:21, 604:7, 604:8, 611:25, 644:5

**one** [125] - 437:9, 439:9, 443:22, 446:2, 447:11, 449:8, 449:15, 452:14, 452:19, 452:25, 459:14, 461:17, 463:6, 465:1, 466:1, 467:12, 468:21, 469:2, 473:11, 479:23, 480:14, 482:11, 489:24, 491:11, 492:12, 493:11, 497:25, 500:15, 500:25, 503:5, 504:1, 505:11, 507:10, 509:14, 509:22, 510:12, 515:8, 516:5,

517:18, 517:21, 517:23, 519:23, 520:7, 520:13, 521:23, 524:10, 525:20, 526:8, 527:9, 529:10, 533:18, 534:4, 535:1, 535:3, 535:7, 538:15, 543:22, 544:3, 547:24, 550:10, 551:5, 553:13, 555:12, 556:25, 568:14, 569:6, 569:7, 570:1, 570:10, 572:12, 576:7, 576:18, 578:2, 578:23, 579:16, 580:12, 594:21, 595:3, 596:4, 596:5, 596:6, 597:17, 597:21, 598:25, 599:6, 599:10, 599:18, 601:18, 601:19, 601:21, 602:5, 604:12, 608:3, 608:13, 608:22, 614:10, 615:23, 616:6, 621:2, 621:8, 621:24, 622:11, 622:13, 622:19, 623:3, 625:8, 625:23, 626:11, 626:21, 628:13, 631:5, 631:6, 631:15, 640:9, 640:14, 641:9, 641:16, 650:1, 653:25, 655:7, 655:8, 658:1

**ones** [10] - 460:15, 463:5, 463:8, 546:9, 575:10, 629:5, 643:17, 643:18, 644:16, 644:20

**open** [2] - 437:3, 478:23

**opened** [3] - 443:12, 445:20, 542:22

**opening** [6] - 516:10, 529:11, 599:3, 602:8, 602:9, 641:9

**openings** [4] - 516:5, 525:4, 596:24, 641:14

**opinion** [18] - 452:19, 465:25, 496:6, 518:20, 527:21, 560:20, 561:2, 562:13, 567:17, 594:9, 594:13, 606:16, 606:20, 606:24, 655:23, 655:25, 657:20, 657:24

**opinions** [9] - 448:20, 472:17, 496:16, 539:2, 552:17, 558:25, 559:2, 656:16, 656:19

**opportunity** [1] - 659:12

**opposed** [2] - 483:4,

491:23
**opposing** [1] - 461:14
**optical** [7] - 446:18, 447:1, 480:10, 533:21, 624:4, 647:22, 662:11
**optics** [1] - 632:1
**optimal** [1] - 484:11
**optimum** [7] - 485:1, 634:24, 635:5, 635:14, 640:10, 640:14, 641:16
**Optimum** [1] - 485:5
**option** [1] - 537:15
**Orden** [2] - 454:3, 454:5
**order** [7] - 467:10, 480:2, 481:3, 514:5, 523:3, 648:16, 661:5
**orders** [3] - 587:9, 587:13, 600:15
**ore** [1] - 482:22
**organic** [8] - 446:20, 446:25, 447:14, 447:18, 447:20, 456:5, 456:14, 456:15
**organics** [1] - 447:13
**organization** [1] - 571:24
**Organization** [4] - 439:16, 456:9, 483:8, 495:13
**orient** [6] - 563:10, 587:19, 593:19, 606:25, 613:8, 626:12
**orientation** [1] - 535:11
**original** [11] - 546:1, 550:9, 550:11, 550:15, 590:6, 591:21, 592:16, 593:3, 593:8, 594:16, 607:22
**originally** [1] - 659:11
**OSHA** [20] - 516:21, 516:22, 517:2, 563:10, 563:15, 563:18, 563:23, 571:24, 572:2, 572:5, 572:10, 572:15, 572:20, 572:25, 573:1, 638:18, 663:21, 663:22, 663:24
**OSHA's** [2] - 516:25, 563:7
**ourselves** [2] - 626:12, 644:25
**outline** [1] - 571:23
**outlined** [3] - 513:6, 645:20, 653:12
**outside** [15] - 440:24,

440:25, 446:4, 447:25, 472:17, 481:12, 483:2, 513:22, 519:17, 586:19, 596:20, 652:8, 658:7, 658:11, 658:20
**outside-of-court** [1] - 658:20
**outstanding** [1] - 598:17
**overall** [2] - 452:11, 516:2
**overbroad** [1] - 538:2
**overstepping** [1] - 439:24
**overview** [2] - 459:10, 559:14
**overwhelming** [4] - 575:8, 575:15, 575:19, 575:23
**own** [18] - 438:7, 460:11, 482:19, 501:15, 513:13, 513:22, 519:8, 519:9, 520:1, 528:12, 539:6, 541:14, 543:10, 631:18, 643:9, 649:5, 658:10, 658:19
**owned** [1] - 459:2

**P**

**p.m** [1] - 669:8
**packet** [1] - 627:7
**Page** [1] - 670:4
**page** [30] - 452:3, 452:7, 484:1, 485:8, 485:20, 486:10, 488:5, 499:16, 504:13, 508:5, 509:2, 511:4, 520:11, 532:24, 539:18, 545:24, 557:14, 564:12, 567:11, 568:22, 568:24, 571:8, 578:21, 581:1, 588:19, 589:7, 605:13, 612:22, 645:2, 661:18
**paid** [2] - 544:20, 544:25
**paired** [3] - 590:10, 591:20, 591:22
**Palmolive** [1] - 660:11
**pan** [1] - 480:17
**Panarello** [2] - 612:14, 612:25
**panel** [7] - 449:5, 495:23, 664:3, 664:8, 664:12, 664:15, 665:4
**Panel** [3] - 449:9, 449:10,

652:21
**panning** [1] - 480:15
**paper** [4] - 482:12, 493:4, 523:13, 591:9
**papers** [1] - 552:14
**parallel** [15] - 469:4, 469:7, 488:12, 488:15, 497:12, 497:19, 500:2, 532:10, 532:13, 536:3, 573:17, 574:20, 578:4, 578:25, 645:24
**parenthetical** [1] - 448:10
**PARFITT** [1] - 435:12
**part** [25] - 439:2, 443:19, 470:20, 473:15, 476:12, 476:13, 498:3, 522:4, 523:15, 532:18, 533:19, 545:4, 545:15, 548:4, 572:21, 574:6, 585:19, 601:1, 604:3, 616:6, 618:20, 623:25, 646:1, 656:21, 660:2
**participated** [1] - 497:3
**participating** [1] - 455:16
**Particle** [3] - 465:21, 467:8, 570:7
**particle** [10] - 466:2, 497:19, 498:16, 511:24, 518:7, 527:20, 581:21, 588:23, 648:16, 666:11
**particles** [16] - 477:2, 477:4, 496:2, 574:18, 575:20, 575:23, 576:2, 576:13, 577:16, 577:25, 629:22, 647:25, 648:3, 648:9, 653:13, 653:15
**particular** [21] - 438:10, 439:25, 449:17, 465:17, 466:13, 467:3, 471:7, 483:15, 484:9, 488:21, 492:6, 510:16, 535:1, 539:7, 572:15, 589:14, 594:2, 594:3, 619:15, 620:12, 620:13
**particularly** [5] - 477:25, 502:7, 629:5, 642:21, 653:6
**particulates** [2] - 444:5, 611:12
**partners** [1] - 461:17
**partnership** [1] - 445:22
**party** [2] - 622:14, 622:17

**passed** [2] - 454:19, 455:13
**past** [13] - 500:10, 542:20, 560:21, 562:19, 564:21, 565:7, 566:3, 578:1, 587:23, 603:21, 613:13, 617:7, 629:25
**pattern** [16] - 507:9, 507:25, 508:7, 508:8, 508:20, 510:25, 511:13, 512:2, 512:4, 513:24, 513:25, 517:20, 518:3, 518:6, 646:9
**patterns** [8] - 507:14, 508:9, 510:1, 510:5, 513:3, 513:19, 578:13, 649:14
**Paul** [2] - 610:22, 620:22
**pause** [2] - 440:9, 517:13
**Pause** [1] - 645:9
**payroll** [1] - 462:18
**PCM** [4] - 456:4, 662:2, 662:6, 662:11
**peak** [1] - 503:20
**peaks** [2] - 506:19, 506:22
**Peer** [3] - 448:10, 449:8, 449:10
**peer** [22] - 448:12, 448:16, 452:19, 463:14, 471:15, 474:23, 476:8, 476:21, 489:5, 491:19, 492:18, 492:22, 496:11, 552:19, 642:17, 647:1, 647:3, 654:20, 656:18, 663:1, 663:9, 663:14
**peer-reviewed** [16] - 452:19, 463:14, 471:15, 474:23, 476:8, 476:21, 489:5, 491:19, 492:18, 492:22, 496:11, 642:17, 647:1, 654:20, 663:1, 663:14
**PEL** [4] - 563:18, 563:23, 663:21, 663:24
**penetrate** [1] - 518:4
**penny** [1] - 469:23
**people** [18] - 444:19, 446:3, 446:13, 446:22, 447:5, 460:25, 467:1, 497:2, 502:5, 541:13, 541:25, 545:7, 546:2, 554:6, 557:16, 583:18,

598:10, 604:15
**people's** [1] - 657:5
**per** [21] - 449:23, 505:12, 512:7, 530:2, 530:3, 530:7, 530:13, 530:14, 530:15, 563:18, 573:19, 583:25, 592:6, 599:3, 601:7, 624:18, 655:4, 655:14, 657:14
**percent** [76] - 492:20, 492:24, 521:7, 521:12, 521:13, 521:14, 525:13, 525:14, 526:2, 526:8, 526:14, 526:16, 526:23, 527:16, 537:1, 537:2, 537:8, 543:10, 544:14, 550:4, 559:17, 559:22, 559:25, 560:4, 560:7, 560:14, 566:5, 566:7, 566:8, 566:11, 566:14, 566:22, 566:24, 567:1, 584:1, 584:4, 585:8, 587:5, 587:6, 587:7, 587:10, 587:12, 592:17, 592:23, 593:1, 597:2, 600:13, 602:17, 602:18, 602:19, 602:25, 603:15, 603:18, 603:25, 604:25, 605:2, 611:6, 611:11, 611:15, 611:21, 612:2, 615:1, 615:4, 615:6, 615:18, 633:24, 633:25, 639:24, 640:21, 641:2, 654:11, 663:17, 667:11, 668:22, 668:25
**percentage** [6] - 525:25, 559:11, 610:11, 612:15, 633:22, 641:1
**percentage-wise** [1] - 641:1
**percentages** [4] - 613:15, 614:8, 614:18, 640:20
**perform** [8] - 488:19, 489:1, 490:20, 500:23, 507:20, 516:24, 517:7, 517:8
**performed** [2] - 508:2, 617:9
**perhaps** [1] - 437:11
**period** [7] - 450:9, 460:2, 501:14, 567:14, 622:12, 628:16, 668:12

**periods** [1] - 461:7
**permissible** [1] - 563:7
**Permissible** [1] - 563:12
**permission** [6] - 545:20, 557:11, 568:19, 578:15, 588:15, 612:18
**permit** [1] - 667:24
**perpendicular** [1] - 536:2
**person** [13] - 445:4, 481:9, 481:13, 540:18, 540:21, 541:1, 541:5, 565:8, 565:24, 566:17, 567:15, 596:15, 596:16
**person's** [1] - 655:17
**Personal** [1] - 436:10
**personal** [2] - 438:8, 444:25
**personally** [3] - 502:4, 540:12, 612:5
**pertains** [1] - 651:14
**petrographics** [1] - 613:14
**Ph.D** [5] - 441:19, 441:22, 443:13, 444:8, 444:13
**Ph.D.** [1] - 441:13
**pharmaceutical** [1] - 448:2
**phase** [3] - 443:8, 456:3, 662:6
**Philip** [1] - 490:14
**Phoenix** [1] - 446:7
**photograph** [1] - 599:25
**photographs** [2] - 534:10, 620:17
**physicists** [1] - 446:23
**physics** [1] - 501:24
**pick** [3] - 548:1, 548:6, 607:19
**picked** [1] - 495:20
**picture** [8] - 535:18, 536:17, 594:16, 594:18, 594:21, 594:25, 595:4, 595:6
**pictures** [3] - 535:3, 593:8, 593:9
**piece** [6] - 442:22, 442:23, 523:12, 569:18, 577:6, 620:12
**pieces** [5] - 443:1, 574:10, 577:10, 577:13, 577:22
**pier** [1] - 489:13

**pier-reviewed** [1] - 489:13
**pipe** [1] - 521:23
**places** [1] - 607:15
**plaintiff** [1] - 555:24
**plaintiff's** [1] - 543:19
**Plaintiffs** [2] - 435:16, 437:17
**plaintiffs** [14] - 438:6, 440:12, 461:20, 461:21, 462:1, 462:13, 544:21, 545:1, 545:12, 547:13, 550:5, 555:2, 555:15, 608:8
**plaintiffs'** [6] - 543:7, 544:16, 550:2, 554:10, 555:18, 590:15
**Plaintiffs'** [4] - 637:13, 637:17, 662:18, 664:2
**plane** [2] - 595:25, 596:9
**plaster** [1] - 491:16
**plasters** [1] - 457:18
**plastic** [3] - 447:21, 521:23, 585:21
**plastics** [1] - 442:2
**play** [4] - 583:21, 586:4, 586:17, 586:22
**PLM** [76] - 458:12, 475:12, 475:16, 487:9, 500:23, 500:25, 501:8, 501:21, 502:11, 522:14, 523:15, 532:18, 532:20, 535:20, 536:25, 549:12, 549:17, 578:10, 586:8, 591:15, 591:21, 592:7, 592:9, 606:11, 606:14, 606:17, 606:20, 606:24, 607:5, 607:7, 607:15, 607:25, 610:9, 610:22, 610:24, 614:8, 614:14, 615:11, 617:1, 617:4, 618:7, 618:14, 619:11, 620:1, 620:7, 624:15, 624:22, 625:9, 626:16, 627:8, 627:9, 627:11, 627:21, 628:25, 629:4, 629:23, 632:20, 633:1, 633:16, 634:3, 634:4, 634:19, 635:10, 636:8, 637:2, 642:6, 642:8, 644:2, 644:13, 645:3, 654:11, 662:9, 662:21
**PLMs** [2] - 625:21, 626:4

**plug** [2] - 482:11, 482:15
**plunger** [1] - 482:1
**plus** [5] - 525:12, 549:17, 550:16, 591:25, 592:11
**point** [22] - 439:19, 457:1, 471:3, 500:25, 502:7, 563:17, 575:12, 576:7, 609:8, 609:11, 609:14, 609:17, 609:21, 609:24, 609:25, 610:1, 610:2, 610:5, 610:18, 610:20, 631:3, 631:22
**pointed** [4] - 574:3, 581:25, 582:4, 582:5
**pointer** [1] - 469:13
**pointing** [1] - 509:1
**poking** [1] - 515:10
**polarized** [44] - 458:11, 465:24, 474:19, 477:10, 478:20, 486:19, 487:3, 487:9, 487:20, 491:21, 501:2, 530:18, 531:12, 531:14, 531:21, 532:25, 533:5, 533:8, 534:20, 535:15, 536:13, 536:19, 537:3, 537:6, 537:12, 607:11, 616:25, 623:14, 632:20, 632:23, 633:1, 633:4, 633:14, 633:21, 635:5, 636:16, 639:10, 640:1, 640:3, 641:22, 642:11, 649:22, 653:8, 662:12
**polarizers** [1] - 486:21
**polars** [4] - 535:13, 535:19, 535:22
**policies** [1] - 661:15
**policy** [1] - 598:9
**polymer** [1] - 442:5
**polymers** [1] - 442:2
**population** [7] - 579:8, 580:7, 587:25, 593:25, 594:2, 594:7, 594:8
**Port** [1] - 457:14
**portion** [4] - 482:2, 492:24, 545:5, 545:16
**portions** [3] - 453:3, 453:4, 551:24
**portray** [1] - 558:19
**posed** [1] - 566:16
**posited** [1] - 622:11
**position** [1] - 661:20
**positive** [7] - 562:17,

699

611:3, 623:11, 629:10, 631:5, 639:23, 640:1
**positives** [2] - 537:10, 640:20
**possible** [2] - 561:9, 622:22
**potential** [5] - 476:1, 477:3, 555:14, 563:17, 664:9
**potentially** [4] - 500:5, 555:19, 654:3, 654:13
**pour** [1] - 480:19
**POWDER** [1] - 435:4
**Powder** [13] - 472:14, 473:5, 499:7, 531:1, 535:20, 600:9, 600:16, 611:23, 615:21, 654:25, 655:9, 655:15, 656:18
**powder** [12] - 466:19, 472:14, 528:13, 552:23, 557:19, 557:24, 560:21, 574:5, 615:14, 656:13, 656:14, 656:23
**powdery** [2] - 655:16, 655:19
**PowerPoint** [5] - 437:23, 438:14, 534:16, 534:17, 584:24
**Poye** [28] - 545:11, 546:2, 597:2, 616:10, 616:13, 616:19, 616:20, 616:24, 617:3, 617:6, 617:13, 617:15, 617:21, 618:5, 618:13, 619:3, 619:6, 619:23, 619:25, 620:11, 623:5, 623:10, 624:12, 624:23, 628:12, 629:6, 631:17, 632:15
**Poye's** [16] - 618:10, 619:11, 619:20, 621:4, 621:25, 622:18, 623:19, 623:25, 624:10, 624:20, 625:2, 628:5, 629:10, 630:18, 630:23, 632:2
**practice** [1] - 442:9
**PRACTICES** [1] - 435:5
**preamble** [4] - 494:10, 495:15, 497:8, 664:1
**precise** [1] - 459:18
**prep** [1] - 529:16
**preparation** [20] - 439:10, 475:10, 475:15, 475:17, 476:4, 478:22,

479:10, 480:3, 486:11, 486:13, 540:22, 541:10, 550:18, 551:15, 551:24, 553:12, 590:10, 591:21, 592:9, 634:23
**preparation/ concentration** [1] - 664:16
**prepare** [1] - 485:11
**prepared** [3] - 445:5, 464:9, 464:25
**preparing** [3] - 475:21, 478:19, 478:20
**prescription** [1] - 448:5
**presence** [6] - 490:22, 527:2, 528:23, 542:4, 554:7, 668:14
**present** [13] - 439:5, 452:13, 474:12, 476:1, 478:17, 481:5, 484:20, 532:25, 637:9, 645:18, 651:24, 657:2
**presentation** [3] - 438:14, 460:1, 584:25
**presentations** [1] - 463:17
**presented** [2] - 438:25, 660:5
**presenting** [1] - 437:18
**presently** [1] - 447:9
**president** [1] - 441:4
**pressure** [1] - 521:24
**pretty** [4] - 448:7, 457:1, 466:8, 495:10
**Prevention** [1] - 661:21
**previous** [5] - 497:1, 576:4, 617:8, 648:12, 668:23
**primary** [4] - 445:4, 455:2, 501:8, 629:18
**printouts** [1] - 505:13
**private** [1] - 493:18
**probability** [1] - 574:22
**problem** [2] - 476:3, 641:13
**problems** [3] - 448:22, 546:16, 553:13
**Procedure** [1] - 485:5
**procedure** [7] - 475:21, 484:12, 485:1, 608:22, 634:24, 635:5, 635:15
**procedures** [4] - 506:12, 609:8, 635:1, 661:15

**proceed** [2] - 440:6, 562:25
**Proceedings** [1] - 670:4
**Process** [1] - 652:19
**process** [14] - 452:6, 452:10, 455:15, 456:19, 470:21, 473:15, 481:23, 493:6, 497:3, 520:17, 565:24, 614:25, 637:22, 663:9
**processes** [1] - 521:24
**produce** [5] - 484:2, 615:12, 615:13, 615:22, 642:12
**produceable** [1] - 616:4
**produced** [10] - 473:15, 473:20, 479:25, 599:15, 604:2, 611:19, 615:7, 625:18, 628:23, 667:15
**produces** [4] - 454:10, 509:2, 509:19, 511:12
**producing** [1] - 616:3
**product** [25] - 457:21, 473:6, 473:18, 482:23, 491:23, 516:23, 521:22, 521:23, 547:6, 553:16, 555:4, 555:20, 560:3, 561:3, 561:12, 565:9, 565:17, 565:20, 566:13, 566:22, 587:4, 651:10, 654:24, 656:10
**production** [1] - 537:18
**Products** [1] - 436:10
**PRODUCTS** [1] - 435:4
**products** [29] - 447:17, 458:16, 459:5, 472:18, 473:8, 473:24, 474:4, 479:18, 514:24, 516:15, 521:2, 521:7, 522:16, 533:7, 536:14, 537:20, 537:22, 538:12, 538:16, 542:4, 556:7, 556:16, 559:16, 560:21, 562:21, 571:6, 585:20, 640:14, 654:22
**professionals** [4] - 446:14, 448:23, 449:9, 462:18
**professor** [1] - 476:17
**profiles** [3] - 503:14, 503:19
**Program** [2] - 455:4, 603:9

**program** [1] - 448:17
**programs** [1] - 443:15
**project** [1] - 553:9
**projects** [1] - 449:3
**promulgated** [1] - 493:17
**properly** [4] - 508:18, 661:7, 662:22, 667:10
**PROSKAUER** [1] - 435:21
**Prospectus** [1] - 476:10
**Protection** [5] - 448:19, 448:21, 454:18, 551:9, 582:17
**protective** [1] - 480:2
**protocol** [11] - 452:22, 508:12, 511:5, 512:8, 528:16, 546:11, 549:6, 549:8, 586:23, 592:3, 614:12
**protocols** [8] - 455:22, 489:21, 497:16, 498:13, 502:13, 518:25, 520:20, 542:13
**protruding** [1] - 596:7
**provide** [4] - 437:22, 448:20, 481:19, 534:10
**provided** [5] - 465:23, 473:2, 535:4, 541:16, 614:2
**provides** [1] - 589:19
**proving** [1] - 557:23
**provision** [1] - 484:9
**Prudential** [1] - 459:1
**PSC** [1] - 511:3
**pseudo** [3] - 511:13, 512:1, 512:4
**public** [4] - 450:1, 450:3, 457:24, 653:2
**publication** [6] - 466:4, 475:2, 476:8, 489:8, 490:12, 552:19
**publications** [1] - 475:3
**publish** [5] - 483:9, 492:22, 496:11, 643:5, 663:14
**published** [23] - 451:16, 454:13, 466:25, 474:23, 476:9, 478:23, 479:1, 487:25, 489:5, 489:12, 490:18, 491:18, 494:19, 495:20, 552:14, 633:13, 639:15, 642:16, 645:13,

647:1, 652:7, 654:20, 663:1
**publishing** [2] - 483:7, 492:17
**pull** [3] - 482:1, 482:11, 627:11
**purchase** [2] - 462:21, 463:3
**purchased** [4] - 463:5, 463:6, 550:2, 590:14
**purported** [1] - 593:2
**purporting** [2] - 581:20, 582:11
**purpose** [4] - 498:3, 636:15, 637:1, 643:3
**purposefully** [1] - 555:4
**purposes** [6] - 523:8, 556:19, 572:11, 573:9, 643:10, 653:3
**PURSUANT** [1] - 671:5
**pursuant** [1] - 474:22
**put** [35] - 442:21, 448:21, 450:1, 453:20, 455:19, 471:9, 475:18, 477:14, 477:16, 478:8, 478:18, 490:5, 500:16, 514:15, 518:17, 522:17, 523:13, 525:17, 526:21, 536:2, 555:19, 570:18, 579:20, 586:2, 601:8, 601:9, 608:7, 626:11, 628:23, 631:10, 655:17, 659:9, 660:4, 661:9
**putting** [4] - 438:6, 438:18, 442:4, 533:13

---

**Q**

**QAQC** [2] - 456:22, 456:24
**QC** [2] - 501:11, 502:13
**qualify** [2] - 519:4, 649:17
**quality** [4] - 455:18, 457:6, 457:7, 650:8
**Quality** [2] - 456:25
**quantification** [4] - 505:21, 517:4, 520:12, 657:20
**quantified** [2] - 576:13, 657:10
**quantify** [6] - 485:13, 563:3, 609:2, 609:7, 609:23, 657:4

**quantitative** [1] - 506:1
**quantity** [2] - 516:19, 611:4
**quarter** [2] - 463:6, 539:15
**QUESTION** [11] - 546:1, 557:15, 557:19, 557:22, 567:13, 569:5, 578:22, 579:5, 588:20, 613:1, 613:5
**questioning** [3] - 632:14, 633:17, 667:18
**questions** [17] - 472:20, 552:6, 555:23, 569:24, 570:5, 577:20, 605:5, 622:4, 632:8, 632:24, 635:8, 645:12, 650:17, 654:17, 656:15, 658:1, 669:2
**quick** [1] - 582:9
**quickly** [6] - 463:10, 476:20, 515:24, 519:8, 523:19, 571:15
**quite** [5] - 445:9, 612:17, 614:9, 630:4, 657:21
**quote** [3] - 561:14, 649:13, 661:19

---

**R**

**R-93** [4] - 617:9, 617:10, 617:15, 617:22
**railroad** [1] - 473:11
**raise** [2] - 437:9, 437:25
**raised** [3] - 470:23, 471:7, 524:21
**ran** [2] - 540:19, 600:5
**range** [9] - 447:7, 447:8, 447:10, 449:4, 480:9, 532:2, 559:20, 640:21, 655:2
**ranged** [1] - 448:8
**rarely** [1] - 577:1
**rate** [4] - 525:2, 525:12, 635:19, 667:11
**rates** [1] - 650:9
**ratio** [50] - 468:17, 469:6, 469:9, 469:12, 469:16, 488:9, 493:11, 495:8, 495:17, 496:13, 496:20, 496:21, 496:25, 497:4, 497:12, 498:4, 498:8, 498:15, 498:17, 498:21, 499:25, 500:6, 500:13,

500:15, 505:1, 505:3, 506:19, 511:23, 518:11, 518:13, 532:9, 573:17, 574:19, 575:9, 576:3, 576:14, 577:18, 578:5, 579:1, 582:2, 582:4, 645:22, 648:1, 648:7, 648:10, 648:13, 648:15, 662:14, 662:16, 666:17
**ratios** [8] - 495:25, 496:3, 503:9, 506:22, 516:18, 533:2, 534:6, 577:2
**raw** [1] - 472:12
**ray** [10] - 443:23, 459:16, 488:20, 505:11, 505:16, 616:25, 634:25, 638:20, 653:1, 653:5
**RE** [1] - 435:4
**reached** [2] - 623:24, 628:12
**read** [15] - 443:7, 484:21, 545:20, 557:11, 567:4, 568:19, 569:1, 578:15, 578:19, 586:2, 588:15, 588:19, 589:21, 612:18, 634:12
**reading** [1] - 657:5
**ready** [4] - 437:7, 440:6, 540:23, 598:11
**real** [4] - 551:16, 582:9, 586:21, 628:18
**really** [13] - 455:17, 493:6, 497:4, 502:16, 521:24, 523:20, 551:14, 583:9, 593:5, 605:6, 618:12, 619:23, 642:20
**realtime** [1] - 621:12
**reanalyzed** [1] - 527:10
**reason** [6] - 498:24, 522:17, 564:1, 618:19, 623:10, 631:21
**reasonable** [2] - 480:9, 518:20
**reasons** [7] - 480:7, 494:7, 497:7, 621:2, 621:8, 623:17, 638:14
**REATH** [1] - 435:18
**receive** [2] - 448:4, 448:7
**received** [2] - 543:7, 650:3
**recently** [4] - 438:15, 553:19, 554:15, 619:18
**receptionist** [1] - 446:1

**recertified** [1] - 455:12
**Recess** [1] - 605:12
**recess** [2] - 485:19, 539:17
**recipe** [1] - 451:25
**recognized** [4] - 499:18, 546:11, 648:2, 663:24
**recommend** [4] - 537:12, 639:25, 641:21, 664:15
**recommendations** [1] - 665:3
**recommended** [4] - 609:17, 616:20, 641:17, 642:15
**record** [8] - 440:20, 505:11, 505:15, 510:24, 576:11, 599:23, 661:8, 661:9
**recorded** [1] - 610:14
**recording** [2] - 600:2, 604:3
**Recross** [1] - 670:6
**red** [3] - 482:10, 512:5, 604:22
**REDIRECT** [1] - 632:11
**Redirect** [1] - 670:6
**redirect** [3] - 659:14, 666:1, 666:2
**reducing** [1] - 664:9
**refer** [3] - 456:24, 518:15, 662:6
**reference** [10] - 439:20, 470:17, 471:12, 498:20, 498:21, 499:16, 504:16, 506:20, 646:4, 646:9
**referenced** [1] - 439:2
**referencing** [1] - 553:15
**referred** [4] - 462:7, 462:8, 554:1, 632:19
**referring** [5] - 552:25, 589:6, 603:10, 633:1
**refers** [1] - 589:22
**reflect** [1] - 662:19
**reflects** [1] - 661:15
**refractive** [3] - 487:4, 530:22, 533:19
**regarding** [10] - 437:9, 552:17, 566:12, 567:17, 570:5, 632:14, 634:2, 635:9, 650:24, 656:16
**regardless** [3] - 524:18, 662:3, 662:23
**Region** [3] - 661:9,

661:11, 662:18
**registering** [1] - 456:22
**Registry** [1] - 661:22
**regular** [1] - 549:12
**regularly** [2] - 441:8, 467:1
**regulate** [1] - 563:15
**regulated** [24] - 500:3, 500:5, 512:9, 518:18, 524:11, 545:9, 547:25, 550:19, 559:8, 560:23, 568:18, 573:19, 575:13, 577:15, 578:7, 579:7, 580:7, 581:12, 582:17, 588:1, 588:13, 651:10, 651:13, 666:25
**regulates** [1] - 563:10
**regulation** [14] - 494:10, 497:3, 570:10, 570:16, 572:11, 572:21, 582:24, 583:4, 583:9, 583:11, 583:16, 584:1, 585:4, 585:6
**regulations** [5] - 455:8, 457:3, 495:15, 583:21, 663:22
**regulatory** [9] - 493:1, 547:1, 547:9, 548:22, 550:22, 551:18, 571:10, 653:3, 663:19
**reject** [1] - 578:12
**rejected** [1] - 497:7
**relate** [4] - 459:9, 464:2, 475:18, 565:3
**related** [4] - 447:2, 448:12, 537:25, 634:4
**relates** [13] - 438:12, 455:11, 466:14, 476:23, 538:16, 562:5, 564:3, 565:2, 590:22, 612:24, 621:15, 628:4, 629:9
**relating** [3] - 460:17, 552:14, 569:22
**relatively** [1] - 639:4
**release** [1] - 450:13
**released** [6] - 447:17, 447:21, 450:22, 460:25, 461:5, 656:23
**relevance** [2] - 439:4, 493:13
**relevant** [3] - 438:5, 454:24, 538:8
**reliability** [3] - 439:8,

539:3, 650:5
**reliable** [5] - 457:7, 481:4, 642:12, 650:13, 659:17
**reliably** [2] - 513:9, 531:19
**reliance** [6] - 439:2, 462:2, 470:16, 637:15, 659:3, 659:6
**relied** [4] - 470:21, 564:7, 656:18, 656:21
**rely** [24] - 466:25, 467:1, 496:16, 571:11, 572:21, 574:25, 576:19, 576:24, 580:19, 580:25, 581:6, 581:10, 582:24, 583:15, 584:24, 586:17, 586:22, 589:1, 589:10, 589:22, 595:11, 613:18, 650:1, 653:5
**remained** [1] - 622:8
**remaining** [1] - 521:12
**remains** [1] - 538:14
**remediated** [1] - 583:11
**remediation** [1] - 584:16
**remember** [18] - 442:20, 544:12, 552:3, 552:7, 553:2, 553:17, 556:12, 556:13, 558:12, 603:3, 608:8, 622:5, 630:3, 630:4, 654:4, 658:3, 660:25, 667:6
**remove** [7] - 450:17, 476:2, 479:4, 479:21, 480:15, 482:1, 482:13
**removed** [2] - 478:18, 480:20
**removing** [6] - 449:4, 459:21, 477:1, 477:8, 480:18, 633:12
**reorient** [1] - 607:4
**repeat** [1] - 651:25
**repeatable** [1] - 616:3
**repeatedly** [1] - 554:11
**rephrase** [5] - 472:2, 538:4, 551:2, 592:21, 618:13
**replicate** [3] - 614:6, 614:19, 636:22
**report** [80] - 439:2, 439:20, 449:25, 464:10, 470:16, 471:1, 471:2, 473:1, 476:21, 477:9,

486:10, 488:5, 488:17, 488:25, 514:18, 549:22, 550:1, 550:9, 550:11, 550:15, 560:19, 564:5, 564:10, 564:11, 573:7, 573:9, 573:15, 574:6, 590:6, 590:11, 590:13, 590:17, 591:21, 592:16, 592:20, 592:22, 593:3, 593:8, 593:9, 593:11, 593:16, 594:16, 594:22, 595:5, 597:23, 598:18, 598:20, 598:24, 599:7, 599:11, 601:10, 605:9, 606:13, 606:14, 607:22, 610:21, 611:3, 611:14, 613:22, 614:5, 615:17, 617:12, 618:19, 618:23, 618:25, 619:11, 622:2, 625:10, 625:14, 631:10, 631:13, 631:18, 644:8, 645:2, 650:11, 650:23, 657:8, 667:13
**reported** [2] - 476:25, 477:5
**REPORTER** [1] - 435:25
**reporting** [1] - 592:18
**reports** [5] - 538:23, 595:4, 597:18, 598:1, 625:19
**represent** [3] - 452:8, 465:1, 627:7
**representative** [3] - 454:9, 458:17, 534:10
**represented** [2] - 471:14, 473:7
**reproduce** [1] - 614:16
**reproducibility** [2] - 526:15, 613:18
**request** [1] - 637:25
**require** [5] - 494:6, 507:3, 513:17, 648:3, 652:14
**required** [12] - 504:4, 505:5, 506:3, 506:4, 506:6, 506:9, 507:19, 507:22, 507:23, 584:11, 648:6, 649:21
**requirement** [11] - 469:2, 495:17, 498:9, 499:22, 500:13, 503:13, 515:1, 604:24, 648:4, 648:5
**requirements** [4] -

500:14, 502:17, 523:2, 648:23
**requires** [4] - 512:13, 512:23, 603:13, 603:16
**requiring** [1] - 503:1
**Research** [2] - 466:9, 475:3
**research** [2] - 448:22, 654:7
**researcher** [1] - 476:18
**resemble** [1] - 574:13
**residential** [1] - 563:15
**resistance** [1] - 521:25
**resolution** [17] - 459:12, 469:22, 533:25, 534:12, 535:3, 620:16, 620:18, 621:5, 621:8, 621:11, 621:15, 624:1, 624:3, 629:17, 630:1, 630:8, 630:9
**Resources** [3] - 527:1, 528:12, 528:24
**respect** [1] - 632:19
**response** [3] - 506:2, 637:25, 656:15
**Response** [2] - 455:9, 583:5
**responsive** [2] - 656:2, 667:21
**rest** [1] - 609:6
**restrictions** [1] - 620:8
**restrictive** [3] - 498:18, 519:13, 519:19
**result** [5] - 451:23, 479:6, 493:21, 548:22, 626:18
**results** [24] - 451:21, 452:1, 475:15, 478:11, 506:1, 525:8, 529:12, 529:20, 529:22, 536:25, 538:9, 615:24, 616:3, 619:10, 621:9, 621:24, 622:5, 625:2, 629:13, 629:16, 636:21, 640:13, 641:18, 645:3
**resumed** [2] - 486:4, 606:4
**resumes** [1] - 540:6
**retained** [1] - 473:19
**reverse** [2] - 457:19, 525:14
**Review** [3] - 448:10, 449:9, 449:10
**review** [13] - 448:12,

448:16, 502:13, 538:23, 552:19, 587:2, 611:5, 627:2, 639:15, 639:16, 650:16, 650:17, 663:9
**reviewed** [28] - 452:19, 463:14, 471:15, 474:23, 476:8, 476:21, 489:5, 489:13, 491:19, 492:18, 492:22, 496:11, 537:17, 538:15, 564:7, 564:9, 625:19, 625:24, 625:25, 626:23, 642:17, 647:1, 654:20, 656:19, 663:1, 663:14, 665:6, 668:11
**reviewers** [1] - 647:3
**revise** [1] - 637:22
**Revision** [1] - 652:18
**revision** [1] - 637:21
**rewrite** [1] - 452:13
**Reynolds** [4] - 480:6, 481:18, 482:7, 482:17
**Reynolds'** [1] - 481:1
**RICE** [1] - 435:13
**rice** [1] - 469:23
**richerite** [3] - 492:10, 581:3, 585:13
**rid** [1] - 583:17
**Rigler** [7] - 597:22, 597:25, 598:3, 598:11, 598:15, 598:18, 600:6
**Rigler's** [1] - 598:7
**rise** [7] - 437:4, 485:18, 486:1, 539:16, 540:3, 605:11, 606:1
**RJ** [4] - 454:5, 623:2, 650:19, 650:23
**road** [1] - 515:19
**robin** [1] - 630:21
**robins** [2] - 623:21, 631:1
**rock** [8] - 569:19, 574:9, 575:1, 577:5, 577:6, 577:9, 577:22, 577:24
**Roggli** [1] - 490:17
**role** [3] - 451:4, 451:5, 453:11
**rooms** [1] - 450:21
**ROSE** [1] - 435:21
**rotate** [1] - 509:8
**round** [3] - 623:20, 630:21, 631:1
**routinely** [2] - 501:7, 501:16

**row** [1] - 510:4
**rows** [2] - 464:1, 510:7
**royal** [1] - 471:22
**RPMs** [1] - 591:18
**RPR** [1] - 435:24
**rubber** [2] - 482:11, 482:15
**rugs** [1] - 447:21
**rule** [3] - 517:16, 573:10, 581:19
**ruled** [2] - 659:9, 667:16
**rules** [21] - 457:3, 487:14, 493:11, 495:10, 495:14, 532:1, 549:7, 551:12, 573:20, 573:23, 574:6, 575:2, 577:8, 578:11, 583:1, 583:15, 584:23, 586:3, 586:16, 586:22, 649:10
**ruling** [1] - 470:24
**run** [5] - 455:4, 456:11, 477:12, 542:12, 639:12
**running** [2] - 466:9, 618:10
**RUSSONIELLO** [1] - 435:24
**Russoniello** [2] - 671:10, 671:11
**Rutgers** [1] - 476:18

---

## S

**S/Vincent** [1] - 671:10
**SAED** [22] - 489:2, 489:20, 491:2, 502:19, 507:3, 507:8, 508:2, 508:17, 512:12, 513:17, 513:18, 513:24, 513:25, 514:16, 516:25, 517:8, 545:6, 646:8, 646:9, 648:5, 648:18, 648:23
**safe** [5] - 494:2, 583:13, 584:20, 663:25, 664:6
**Safety** [1] - 661:23
**sake** [1] - 534:4
**SALES** [1] - 435:5
**sample** [46] - 443:5, 443:6, 444:21, 473:11, 475:21, 485:12, 491:17, 499:7, 505:12, 514:21, 515:23, 516:8, 520:8, 525:1, 531:1, 534:21, 540:13, 541:10, 550:17, 551:14, 551:24, 581:23,

586:18, 586:24, 595:22, 599:1, 611:22, 613:12, 615:11, 615:14, 615:19, 620:9, 620:22, 620:23, 621:13, 624:18, 624:19, 625:9, 627:9, 627:11, 627:22, 628:2, 628:7, 628:9, 629:5, 664:16
**sampled** [1] - 449:23
**samples** [147] - 438:8, 443:8, 443:20, 444:20, 445:3, 445:5, 445:8, 445:9, 447:11, 448:25, 449:2, 455:7, 473:4, 473:7, 473:10, 473:12, 473:13, 473:14, 473:18, 486:14, 501:4, 501:15, 512:13, 512:22, 519:23, 527:4, 527:8, 528:14, 528:15, 528:20, 528:23, 529:2, 529:14, 529:18, 536:20, 537:2, 540:16, 540:19, 540:23, 541:21, 546:23, 549:2, 549:20, 550:2, 550:4, 550:13, 560:12, 561:7, 562:6, 562:8, 562:12, 562:17, 562:22, 563:4, 563:5, 565:2, 565:5, 575:20, 576:2, 578:23, 583:18, 585:23, 587:15, 587:25, 589:15, 590:6, 590:14, 590:22, 592:1, 592:10, 592:13, 595:20, 597:3, 602:1, 607:22, 610:3, 611:3, 614:11, 615:8, 616:7, 616:21, 616:24, 617:8, 617:11, 617:20, 618:6, 618:11, 618:16, 619:2, 619:25, 620:5, 620:11, 620:14, 621:4, 622:13, 622:24, 623:1, 623:11, 624:10, 625:5, 625:24, 625:25, 626:4, 626:23, 627:3, 627:13, 627:17, 627:21, 628:11, 628:15, 628:20, 628:25, 629:9, 630:21, 631:6, 633:23, 638:19, 639:11, 640:7, 641:7, 642:7, 642:21, 643:14, 643:16, 643:17, 643:19, 643:22, 643:23, 643:25, 644:13,

644:14, 644:15, 644:22, 644:25, 648:12, 650:20, 650:24, 655:2, 662:12, 662:13
**sampling** [2] - 453:9, 630:21
**San** [2] - 446:7, 458:25
**sat** [1] - 596:16
**satisfied** [7] - 488:19, 495:19, 518:23, 623:16, 625:1, 625:4, 648:18
**satisfies** [1] - 662:21
**satisfy** [2] - 499:10, 499:18
**saved** [1] - 550:5
**saw** [9] - 515:21, 535:13, 541:2, 557:8, 584:24, 604:4, 604:12, 604:16, 631:5
**scale** [1] - 516:1
**scanning** [5] - 443:22, 444:4, 444:16, 446:17, 459:13
**scatter** [1] - 510:6
**scattering** [1] - 518:5
**scatters** [1] - 510:8
**Schedule** [1] - 448:5
**school** [14] - 441:17, 443:15, 443:20, 458:22, 458:24, 458:25, 583:13, 583:23, 584:5, 584:17, 584:20, 585:8, 586:5, 586:13
**schools** [5] - 494:1, 583:11, 583:17, 584:6, 584:9
**science** [12] - 441:18, 441:20, 441:21, 443:21, 444:3, 444:9, 444:15, 446:5, 447:24, 501:20, 501:25, 542:15
**Sciences** [1] - 476:13
**sciences** [1] - 490:13
**scientific** [16] - 453:23, 462:23, 463:17, 463:23, 487:24, 496:7, 499:2, 518:20, 520:14, 520:16, 520:20, 552:19, 615:24, 659:20, 663:8
**scientifically** [1] - 659:17
**scientist** [6] - 438:6, 442:8, 442:12, 538:9, 646:20, 656:8

**scientists** [7] - 442:18, 442:23, 446:23, 448:17, 452:13, 453:19, 505:8

**scope** [1] - 666:2

**score** [1] - 589:1

**Scotts** [3] - 461:3, 461:13

**screen** [8] - 516:4, 524:15, 535:25, 536:17, 547:23, 557:8, 586:3, 620:19

**seam** [1] - 442:20

**seated** [1] - 437:6

**second** [6] - 442:22, 449:5, 529:10, 574:2, 584:16, 602:20

**seconds** [1] - 459:7

**section** [4] - 513:21, 523:19, 589:8, 664:18

**SECTION** [1] - 671:5

**see** [90] - 439:6, 455:22, 459:4, 469:20, 469:21, 469:24, 470:1, 470:6, 483:24, 486:9, 487:18, 487:19, 488:18, 489:17, 490:24, 492:4, 496:4, 497:13, 497:20, 498:6, 499:24, 500:17, 502:15, 502:18, 509:4, 510:11, 512:1, 512:15, 514:3, 514:10, 515:5, 516:1, 520:11, 524:15, 525:20, 527:2, 528:22, 531:1, 532:7, 532:12, 533:24, 534:1, 535:15, 536:14, 538:9, 559:22, 560:14, 570:10, 571:17, 579:15, 579:25, 580:3, 580:10, 588:7, 594:6, 596:5, 596:6, 596:10, 604:7, 604:11, 604:12, 604:15, 604:16, 608:16, 609:4, 609:9, 609:23, 618:25, 620:17, 622:18, 623:13, 626:4, 626:11, 627:12, 629:17, 630:5, 634:16, 635:2, 635:23, 639:5, 639:9, 642:6, 642:9, 642:24, 644:19, 653:16, 654:15, 659:1

**seeing** [16] - 525:5, 531:15, 532:12, 539:5, 541:7, 579:24, 581:19,

599:12, 601:2, 601:5, 601:6, 601:16, 601:17, 610:11, 625:11, 650:10

**seem** [1] - 546:9

**sees** [3] - 578:2, 578:24, 579:21

**seldom** [2] - 512:13, 512:23

**Seldom** [1] - 512:22

**selected** [6] - 444:2, 448:11, 449:10, 489:1, 511:25, 616:19

**Selikoff** [2] - 490:5, 490:14

**SEM** [2] - 592:9, 634:20

**semiconductor** [4] - 446:5, 446:6, 446:7, 447:25

**semiquantitative** [4] - 504:15, 504:20, 504:24

**send** [7] - 452:14, 501:12, 616:7, 616:20, 622:13, 631:1, 644:24

**sending** [2] - 456:22, 643:3

**sense** [1] - 564:20

**sensitive** [15] - 475:11, 475:15, 477:23, 481:4, 487:21, 529:9, 537:9, 537:16, 546:16, 554:2, 633:5, 633:7, 637:6, 642:12, 664:23

**sensitivities** [1] - 477:9

**sensitivity** [8] - 477:1, 477:6, 479:22, 487:13, 529:25, 635:23, 641:17, 653:21

**sent** [30] - 463:8, 494:21, 553:6, 616:24, 617:8, 617:12, 617:20, 618:16, 619:3, 619:6, 619:25, 620:11, 622:24, 629:5, 630:20, 636:20, 636:25, 637:2, 637:3, 642:21, 643:14, 643:17, 643:19, 643:23, 643:25, 644:2, 644:13, 644:17, 644:21, 644:22

**sentence** [5] - 608:14, 609:2, 609:5, 609:6, 609:22

**separate** [2] - 528:24, 621:9

**separated** [1] - 481:24

**separation** [58] - 439:10, 476:22, 476:25, 479:3, 479:17, 480:3, 480:12, 481:3, 482:6, 482:18, 483:7, 483:10, 484:15, 485:9, 486:9, 529:16, 537:4, 537:7, 537:9, 537:13, 545:8, 548:3, 548:18, 553:11, 590:24, 590:25, 592:5, 614:14, 632:21, 632:24, 633:2, 633:5, 633:8, 633:16, 633:22, 634:5, 634:8, 635:6, 635:11, 635:21, 635:22, 636:18, 639:11, 640:7, 640:15, 641:23, 642:10, 642:23, 642:25, 651:4, 651:18, 652:4, 653:7, 653:14, 653:20, 653:24, 664:22, 665:3

**Separation** [1] - 476:6

**September** [3] - 597:22, 598:20, 602:4

**series** [10] - 472:8, 472:9, 478:3, 478:4, 478:6, 499:20, 512:10, 513:4

**serpentine** [2] - 507:12, 661:25

**serve** [3] - 448:11, 449:10, 454:6

**Services** [15] - 441:4, 441:10, 445:17, 446:12, 447:6, 454:24, 457:12, 458:20, 462:12, 472:25, 473:4, 474:16, 474:18, 476:14, 503:17

**serving** [1] - 454:1

**set** [25] - 463:13, 464:10, 472:25, 485:4, 486:9, 486:11, 487:25, 494:25, 497:7, 514:18, 517:4, 517:22, 565:17, 566:4, 566:13, 567:15, 567:20, 644:21, 647:7, 659:23, 660:6, 660:14, 666:9

**setting** [3] - 438:21, 506:21, 660:12

**settled** [1] - 450:5

**setup** [1] - 446:12

**seven** [3] - 464:12, 530:10, 655:6

**several** [1] - 482:2

**SEYFARRTH** [1] - 436:9

**shadow** [1] - 553:16

**shape** [2] - 468:7, 495:7

**SHARKO** [1] - 435:18

**shatter** [1] - 574:9

**SHAW** [1] - 436:9

**sheet** [8] - 505:13, 505:17, 511:1, 518:17, 531:1, 599:13, 599:19, 625:10

**sheets** [12] - 500:18, 502:18, 531:11, 541:2, 541:12, 599:16, 599:18, 601:12, 602:5, 627:11, 630:16, 650:14

**shelf** [1] - 600:9

**shepherd** [1] - 453:15

**shocked** [1] - 558:13

**shop** [17] - 553:1, 559:12, 597:18, 611:19, 618:17, 619:20, 621:16, 621:20, 623:24, 623:25, 626:13, 629:10, 629:11, 630:18, 630:22, 630:23

**shop's** [1] - 623:18

**short** [4] - 439:18, 485:17, 486:17, 492:5

**show** [17] - 457:9, 464:3, 465:15, 467:8, 502:15, 503:9, 505:5, 515:7, 515:16, 524:23, 526:23, 535:25, 570:19, 576:12, 613:14, 637:13, 656:25

**showed** [6] - 477:7, 481:19, 482:5, 525:12, 570:1, 605:1

**Shower** [6] - 473:5, 473:6, 528:13, 550:6

**showing** [4] - 453:4, 453:5, 497:24, 502:9

**shown** [12] - 475:3, 484:1, 488:17, 488:24, 503:10, 511:17, 531:10, 556:14, 556:21, 570:9, 649:8, 654:8

**shows** [14] - 439:10, 465:16, 466:12, 467:11, 477:13, 480:2, 481:23, 482:10, 515:5, 526:18, 533:21, 535:10, 594:17, 594:18

**side** [6] - 442:21, 454:18,

467:12, 488:13, 503:5, 510:4

**sides** [14] - 469:4, 469:7, 473:21, 488:12, 497:19, 497:22, 498:16, 500:2, 527:20, 573:17, 574:20, 578:4, 579:1, 645:24

**signatures** [2] - 452:4, 452:7

**significance** [6] - 539:1, 561:19, 654:19, 655:13, 655:15, 655:18

**significant** [14] - 450:18, 492:25, 560:23, 561:3, 561:15, 562:14, 562:15, 566:18, 567:2, 654:4, 656:17, 657:1, 657:8, 663:18

**significantly** [1] - 587:7

**signs** [1] - 531:5

**silica** [1] - 506:19

**silicon** [3] - 503:20, 505:2, 516:18

**similar** [7] - 453:15, 491:11, 492:17, 511:10, 568:4, 597:7, 662:9

**simple** [3] - 442:19, 501:4, 586:21

**simpler** [1] - 586:1

**simulation** [1] - 562:10

**Sinai** [2] - 490:6, 490:15

**single** [19] - 469:21, 520:3, 580:17, 587:21, 587:24, 588:8, 588:22, 589:25, 593:12, 593:20, 594:6, 594:11, 594:17, 594:23, 595:6, 595:10, 595:12, 629:17, 630:5

**sink** [1] - 478:10

**sinking** [1] - 481:20

**sit** [4] - 613:3, 631:4, 632:2, 650:17

**sitdown** [1] - 631:24

**site** [2] - 563:14, 563:15

**sitting** [4] - 595:20, 595:21, 596:10, 622:23

**situation** [1] - 442:10

**situations** [1] - 555:14

**six** [10] - 452:16, 501:14, 547:23, 548:10, 572:12, 620:22, 624:18, 627:22, 627:24, 628:2

**six-month** [1] - 501:14

**size** [4] - 487:19, 511:24, 609:14, 662:1

**sizes** [2] - 497:12, 609:19

**SKADDEN** [1] - 435:20

**skip** [1] - 500:10

**SLATE** [1] - 435:20

**slice** [1] - 468:24

**slide** [46] - 439:9, 448:9, 452:3, 453:8, 454:22, 464:3, 465:13, 465:15, 465:16, 467:8, 483:21, 484:2, 488:24, 490:24, 496:10, 497:1, 503:5, 509:22, 511:17, 512:6, 525:24, 527:6, 544:10, 548:25, 552:2, 553:1, 559:14, 560:6, 568:3, 568:5, 570:3, 570:9, 570:19, 572:10, 572:24, 576:16, 583:8, 589:8, 601:13, 608:7, 608:10, 608:14, 608:20, 626:8, 627:6, 661:19

**slides** [5] - 438:2, 478:19, 536:24, 569:22, 570:1

**slight** [2] - 550:18, 574:21

**Slim** [2] - 454:8, 454:11

**slow** [2] - 665:13, 665:15

**slowly** [1] - 501:4

**small** [7] - 444:15, 449:11, 469:19, 469:20, 469:22, 515:24, 516:10

**smaller** [4] - 487:19, 510:13, 530:19, 626:9

**smell** [1] - 447:19

**so-called** [1] - 635:10

**Society** [4] - 451:11, 451:13, 495:11, 661:24

**soda** [1] - 442:20

**soil** [1] - 654:9

**solid** [4] - 472:8, 472:9, 499:20, 512:10

**solution** [4] - 472:8, 472:9, 499:20, 512:10

**solve** [1] - 448:22

**someone** [10] - 454:8, 501:4, 558:19, 567:14, 584:3, 586:11, 612:1, 614:6, 614:19, 616:20

**sometime** [1] - 466:10

**sometimes** [2] - 498:1,

574:11

**Sorise** [1] - 567:8

**sorry** [4] - 550:23, 627:25, 636:20, 665:23

**sort** [5] - 459:6, 463:22, 501:25, 502:16, 585:10

**sounds** [1] - 597:5

**source** [2] - 473:25, 537:22

**sources** [1] - 538:11

**South** [2] - 464:14, 565:13

**southwest** [1] - 535:11

**space** [2] - 445:25, 446:13

**spacing** [2] - 507:24, 513:19

**speaking** [1] - 576:15

**speaks** [1] - 608:10

**special** [1] - 629:23

**specialist** [1] - 447:3

**specialty** [1] - 521:23

**specific** [10] - 465:18, 468:9, 486:22, 551:16, 563:21, 614:17, 632:13, 633:20, 652:6, 652:9

**specifically** [15] - 457:13, 466:24, 468:13, 476:23, 479:12, 483:17, 483:19, 512:18, 556:22, 572:17, 609:16, 618:1, 618:2, 621:17, 635:4

**specifications** [3] - 442:15, 658:7, 658:10

**specifics** [1] - 485:7

**specified** [5] - 483:17, 506:9, 506:13, 520:5, 609:8

**specifies** [2] - 439:16, 484:25

**specify** [1] - 519:10

**specimen** [1] - 509:7

**specimens** [1] - 634:23

**spectra** [9] - 503:7, 503:8, 504:14, 504:16, 504:21, 504:22, 505:10, 516:20, 646:4

**spectras** [1] - 504:18

**spectrum** [8] - 503:6, 503:7, 503:9, 503:14, 504:4, 505:11, 505:16, 517:3

**speculating** [2] - 481:13,

659:7

**spend** [7] - 455:21, 620:4, 620:9, 624:12, 624:21, 628:6, 628:15

**spending** [4] - 624:9, 624:10, 627:24, 628:2

**spends** [1] - 624:17

**spent** [14] - 460:2, 542:3, 542:8, 550:7, 620:22, 624:25, 627:20, 627:22, 628:3, 628:25, 629:4, 630:17, 630:18, 650:18

**spheres** [1] - 442:4

**spiked** [5] - 600:10, 600:13, 611:25, 615:14, 625:5

**spiking** [1] - 611:22

**spin** [4] - 477:16, 481:23, 592:10, 592:13

**splits** [1] - 614:10

**spoken** [1] - 624:23

**spots** [4] - 509:2, 509:20, 510:12, 510:14

**spun** [1] - 591:16

**square** [2] - 446:16, 515:22

**squared** [1] - 530:15

**squarely** [1] - 471:4

**staff** [1] - 446:21

**stage** [1] - 621:14

**staining** [3] - 533:18, 621:14

**stand** [5] - 442:16, 451:10, 455:25, 465:7, 613:3

**standard** [69] - 452:7, 452:9, 452:12, 453:5, 453:16, 453:25, 458:12, 458:13, 483:16, 487:5, 495:11, 497:15, 498:12, 504:23, 508:25, 509:14, 512:17, 517:16, 519:5, 519:14, 519:19, 520:3, 520:15, 520:16, 524:8, 530:12, 531:2, 531:10, 533:6, 535:8, 545:5, 545:7, 545:17, 549:9, 550:19, 568:17, 573:8, 573:19, 574:24, 576:23, 578:11, 581:6, 586:20, 586:24, 589:5, 594:6, 603:10, 603:13, 606:19, 609:1, 611:11, 611:16,

612:2, 613:17, 614:1, 615:9, 646:2, 646:4, 646:16, 652:5, 659:21, 659:23, 660:13, 660:14, 662:14, 667:1, 667:4
**Standard** [4] - 439:16, 455:5, 456:9, 495:12
**standardize** [1] - 450:24
**standardized** [2] - 449:19, 451:23
**standardizing** [1] - 451:21
**Standards** [1] - 483:8
**standards** [26] - 451:16, 451:17, 452:20, 503:15, 503:25, 504:7, 505:4, 506:24, 508:9, 534:22, 576:18, 611:6, 611:22, 612:6, 612:15, 613:9, 613:13, 613:23, 615:1, 615:4, 615:6, 615:9, 615:19, 622:17, 646:9, 660:6
**standpoint** [1] - 450:4
**stands** [3] - 455:3, 583:5, 638:17
**starch** [1] - 458:4
**start** [7] - 443:4, 457:13, 501:3, 540:13, 568:7, 577:9, 640:3
**started** [14] - 444:13, 444:14, 444:18, 445:3, 445:17, 445:24, 445:25, 451:8, 455:15, 455:16, 554:12, 554:17, 598:16, 644:18
**starting** [3] - 441:12, 474:11, 603:5
**starts** [1] - 626:8
**state** [23] - 440:19, 457:11, 458:19, 458:21, 458:23, 458:24, 460:14, 462:1, 462:21, 463:2, 464:19, 465:4, 496:19, 520:6, 530:13, 531:18, 532:24, 552:7, 560:19, 573:14, 589:5, 598:10
**STATE** [1] - 435:7
**statement** [7] - 481:1, 481:6, 481:10, 506:8, 546:2, 586:10, 662:17
**States** [3] - 521:6, 521:10, 651:11

**STATES** [2] - 435:1, 435:7
**states** [22] - 457:10, 458:18, 460:14, 464:13, 465:1, 480:6, 496:18, 497:6, 557:10, 558:1, 571:4, 577:3, 580:11, 581:7, 581:9, 581:11, 589:2, 589:11, 635:16, 662:5, 664:14, 664:19
**statistics** [1] - 603:22
**stay** [1] - 595:23
**steel** [1] - 442:20
**Steering** [2] - 435:16, 437:17
**STENOGRAPHIC** [1] - 671:7
**step** [29] - 488:6, 489:6, 489:20, 490:20, 491:8, 493:6, 497:19, 497:22, 497:23, 497:25, 498:1, 507:23, 508:22, 508:23, 512:7, 515:6, 520:2, 527:22, 528:7, 646:7, 646:16, 647:4, 647:6, 647:16, 663:11, 665:21, 666:9, 669:5
**Step** [21] - 488:8, 488:15, 488:17, 488:18, 488:19, 488:23, 488:24, 489:1, 495:6, 499:8, 499:10, 499:18, 502:18, 502:23, 502:24, 504:18, 506:25, 507:3, 507:7, 508:2, 509:22
**steps** [26] - 458:9, 488:1, 490:25, 493:5, 495:18, 498:1, 500:4, 502:19, 502:21, 510:3, 513:6, 513:8, 514:15, 516:11, 516:12, 517:9, 517:21, 517:24, 518:24, 519:10, 524:3, 545:9, 645:17, 645:20, 646:11, 648:17
**stick** [4] - 468:23, 498:12, 507:8, 657:23
**sticking** [1] - 534:2
**sticks** [1] - 480:17
**still** [11] - 447:11, 451:13, 492:25, 495:2, 501:10, 523:23, 542:17, 556:13, 561:15, 642:20, 663:17

**stimuli** [2] - 637:21, 639:16
**Stimuli** [1] - 652:18
**stop** [1] - 500:20
**stopped** [1] - 656:5
**stopper** [1] - 482:11
**store** [1] - 448:5
**story** [2] - 558:19, 644:10
**straight** [1] - 488:14
**straightforward** [1] - 513:5
**strange** [1] - 608:13
**strategies** [1] - 664:9
**STREET** [1] - 435:7
**strength** [12] - 442:13, 522:5, 522:10, 522:22, 523:1, 523:3, 523:11, 523:14, 647:9, 647:21, 647:23, 658:13
**strengths** [1] - 475:14
**striations** [1] - 534:1
**strike** [1] - 538:18
**strong** [1] - 442:14
**structure** [43] - 487:16, 488:10, 488:13, 488:22, 489:3, 489:4, 491:2, 495:7, 499:21, 499:22, 503:16, 510:1, 511:20, 512:9, 515:6, 515:14, 515:16, 515:23, 518:1, 518:10, 519:24, 522:24, 526:5, 526:11, 526:17, 528:3, 529:8, 529:11, 531:24, 533:20, 533:21, 534:25, 535:24, 578:7, 579:3, 579:6, 580:5, 646:8, 647:18, 661:4, 661:5, 662:24, 668:21
**structures** [34] - 442:16, 449:23, 495:24, 496:1, 500:11, 515:10, 524:17, 524:25, 525:5, 525:10, 526:24, 527:3, 527:10, 527:13, 527:15, 528:1, 530:3, 530:6, 530:11, 592:17, 599:3, 599:6, 599:9, 599:11, 599:23, 601:7, 602:18, 640:23, 641:3, 655:4, 655:14, 657:14, 661:25
**student** [1] - 443:24
**studied** [4] - 454:14, 501:1, 557:2, 656:22

**studies** [5] - 475:1, 493:3, 556:3, 556:6, 647:2
**study** [14] - 441:23, 476:22, 491:5, 491:7, 527:2, 561:13, 563:3, 564:16, 564:18, 603:23, 604:3, 642:17, 655:22, 656:21
**studying** [1] - 556:7
**subcommittee** [3] - 452:10, 453:9, 453:16
**subD** [1] - 483:24
**subject** [6] - 480:1, 590:17, 608:20, 667:8, 667:12, 668:9
**subjected** [2] - 663:9, 668:3
**submit** [2] - 438:3, 438:18
**submitted** [2] - 552:18, 650:11
**subsequently** [1] - 470:23
**subset** [1] - 644:2
**substance** [2] - 460:5, 491:12
**Substances** [1] - 661:22
**substantial** [1] - 462:17
**substantially** [11] - 469:4, 469:7, 488:12, 488:15, 497:12, 500:1, 573:16, 574:20, 578:4, 578:25, 645:23
**suburb** [1] - 440:25
**sufficient** [1] - 520:8
**sufficiently** [2] - 457:7, 527:19
**suggest** [1] - 659:23
**suggested** [4] - 497:4, 636:2, 659:16, 667:22
**suggestions** [1] - 449:3
**suing** [1] - 555:18
**sum** [2] - 476:20, 536:7
**summarize** [2] - 473:3, 640:19
**summary** [2] - 459:7, 527:7
**supervise** [3] - 502:2, 502:6, 612:10
**supervision** [1] - 650:6
**supplement** [1] - 644:5
**supplemental** [4] -

706

470:25, 564:7, 659:10, 667:13
**supplied** [1] - 516:25
**supporting** [1] - 614:5
**suppose** [1] - 526:10
**supposed** [4] - 484:8, 507:7, 508:7, 510:24
**supposedly** [2] - 447:21, 611:9
**surface** [3] - 450:5, 477:18, 530:15
**survive** [1] - 543:3
**SUSAN** [1] - 435:18
**suspected** [2] - 530:24, 630:22
**sustained** [2] - 651:15, 665:13
**Suwanee** [2] - 440:24, 446:15
**swirl** [1] - 480:17
**switch** [1] - 569:25
**swore** [2] - 556:2, 556:18
**sworn** [2] - 440:12, 541:16

---

**T**

**T.M** [1] - 513:14
**Tab** [1] - 663:2
**tab** [20] - 463:20, 464:1, 465:9, 473:1, 491:6, 496:10, 497:9, 499:13, 500:9, 500:17, 504:13, 507:6, 508:6, 524:22, 536:21, 545:23, 578:18, 660:18, 660:19, 662:17
**tabbed** [1] - 463:11
**table** [2] - 571:7, 571:15
**Table** [1] - 465:13
**tabs** [1] - 475:4
**talc** [213] - 453:1, 453:6, 454:6, 454:10, 454:14, 458:8, 464:5, 466:14, 470:13, 471:13, 471:16, 471:17, 471:19, 471:25, 472:4, 472:7, 472:11, 473:6, 473:7, 473:8, 473:23, 473:25, 474:1, 474:3, 474:4, 474:8, 474:13, 474:17, 475:7, 475:18, 475:21, 476:2, 476:5, 477:2, 477:3, 477:8, 477:14, 477:15, 477:18, 478:2, 478:11,

478:23, 479:2, 479:12, 480:3, 481:5, 481:20, 481:24, 482:23, 483:10, 483:17, 483:19, 483:22, 484:6, 484:12, 484:19, 485:1, 485:9, 486:14, 487:11, 487:23, 490:22, 498:10, 500:12, 503:18, 504:22, 505:18, 506:13, 508:3, 508:15, 508:16, 508:19, 508:22, 508:23, 509:16, 509:24, 510:17, 510:20, 510:21, 511:8, 511:10, 511:12, 511:19, 511:20, 512:19, 513:10, 513:13, 513:16, 514:7, 514:17, 514:24, 515:3, 515:25, 516:14, 516:23, 517:11, 518:23, 519:4, 520:6, 520:22, 521:16, 525:1, 527:3, 528:13, 529:14, 530:3, 530:7, 531:8, 531:21, 533:7, 534:21, 536:14, 537:20, 537:22, 538:1, 538:11, 539:7, 540:13, 544:19, 545:3, 545:13, 545:17, 546:12, 547:21, 551:1, 551:6, 552:11, 552:15, 553:4, 553:7, 553:24, 554:6, 554:13, 554:18, 554:25, 555:20, 555:25, 556:4, 556:7, 556:9, 556:10, 556:19, 556:23, 557:2, 558:3, 559:5, 560:24, 564:15, 575:7, 578:23, 589:17, 589:20, 606:21, 607:10, 607:16, 609:15, 618:1, 618:3, 621:17, 633:6, 633:12, 635:18, 636:17, 637:7, 637:8, 637:22, 637:24, 638:1, 638:5, 638:9, 638:11, 638:21, 639:8, 639:20, 639:22, 640:6, 640:14, 641:19, 642:13, 646:2, 648:22, 649:13, 649:17, 651:8, 651:10, 651:14, 651:19, 652:6, 652:10, 653:6, 653:11, 653:22, 654:2, 654:3, 658:23, 660:24, 663:12, 664:4, 664:8, 664:10, 664:21, 664:23, 664:24,

665:7, 666:22, 668:14, 668:20
**Talc** [3] - 546:13, 546:23, 652:20
**talcs** [5] - 476:23, 479:17, 480:25, 490:2, 512:5
**talcum** [8] - 466:19, 552:23, 557:19, 557:24, 560:21, 574:5, 615:14, 656:23
**talks** [8] - 469:10, 483:19, 504:14, 504:15, 506:18, 511:9, 530:22, 618:1
**tape** [1] - 523:13
**taught** [1] - 442:9
**technician** [3] - 445:4, 445:10, 446:2
**technicians** [1] - 446:22
**technique** [9] - 480:8, 480:11, 480:13, 480:14, 480:16, 481:2, 487:16, 653:20
**techniques** [2] - 458:14, 554:3
**Technology** [1] - 455:6
**telephone** [2] - 623:5, 623:7
**telescope** [1] - 459:17
**TEM** [120] - 455:7, 458:12, 460:3, 463:2, 475:12, 475:16, 475:24, 489:6, 490:21, 490:25, 491:8, 492:15, 493:6, 494:6, 494:23, 495:11, 496:22, 498:13, 499:19, 500:21, 500:23, 501:12, 502:11, 506:3, 507:7, 508:2, 509:8, 513:13, 513:15, 513:22, 514:23, 515:17, 515:24, 515:25, 516:2, 516:3, 516:13, 517:9, 519:9, 519:10, 519:17, 520:2, 522:14, 523:15, 524:1, 524:3, 524:8, 524:24, 525:3, 526:11, 527:9, 527:23, 528:7, 529:12, 532:4, 549:2, 549:6, 549:15, 550:16, 551:11, 551:13, 573:20, 578:9, 579:16, 586:18, 586:25, 587:17,

587:19, 588:8, 589:1, 589:10, 589:11, 589:15, 589:23, 590:7, 590:10, 591:14, 591:22, 591:25, 592:9, 592:11, 596:23, 599:12, 600:3, 600:18, 602:1, 602:4, 607:9, 607:10, 607:23, 614:15, 617:8, 633:10, 634:20, 634:23, 639:11, 640:3, 640:7, 640:15, 642:8, 642:11, 644:16, 645:17, 646:17, 647:6, 647:10, 647:16, 647:19, 647:21, 648:17, 648:23, 649:6, 649:22, 653:8, 662:21, 663:11, 665:21, 666:9, 667:1
**tend** [1] - 507:21
**tends** [1] - 503:22
**tens** [1] - 655:3
**tensile** [11] - 522:5, 522:10, 522:22, 523:1, 523:3, 523:10, 523:14, 647:8, 647:21, 647:23, 658:13
**term** [4] - 535:13, 561:18, 561:20, 566:10
**terms** [52] - 446:12, 453:23, 458:8, 462:17, 465:4, 466:2, 467:6, 468:1, 469:9, 469:17, 473:23, 475:6, 475:17, 478:7, 478:14, 481:18, 482:17, 487:10, 493:5, 494:22, 496:16, 497:11, 498:20, 499:17, 504:20, 505:9, 506:8, 508:14, 509:23, 510:23, 515:15, 516:19, 517:2, 517:9, 519:16, 522:21, 528:9, 529:12, 531:14, 539:1, 616:2, 635:19, 640:5, 640:13, 641:2, 641:18, 644:12, 650:13, 652:25, 657:14, 666:15, 668:18
**TERSIGNI** [1] - 435:19
**test** [77] - 439:25, 440:2, 447:6, 448:7, 449:18, 452:21, 456:15, 469:18, 473:4, 474:18, 477:13, 477:20, 481:18, 481:22, 482:14, 483:9, 483:20,

491:12, 493:22, 493:25, 499:14, 500:16, 502:8, 505:14, 509:10, 514:10, 518:25, 522:2, 522:18, 522:21, 523:4, 523:10, 523:14, 524:17, 524:22, 525:2, 525:18, 528:22, 529:12, 533:20, 539:6, 545:2, 545:13, 549:6, 550:25, 552:22, 553:7, 578:24, 579:21, 584:8, 592:1, 603:21, 617:15, 617:16, 619:19, 619:21, 636:23, 638:5, 638:25, 639:1, 639:8, 646:17, 647:6, 647:9, 647:16, 648:2, 649:18, 649:22, 651:7, 651:19, 651:23, 652:3, 652:6, 656:25, 661:6, 662:20, 665:6
**tested** [24] - 443:5, 471:13, 471:25, 472:5, 472:15, 472:17, 472:19, 473:24, 473:25, 484:8, 515:25, 527:4, 540:12, 544:19, 550:1, 553:4, 616:8, 618:5, 618:7, 618:17, 638:22, 650:20, 668:13, 668:19
**testified** [25] - 438:15, 463:21, 464:4, 465:5, 542:19, 543:1, 543:18, 544:1, 554:16, 554:17, 555:2, 555:20, 555:22, 556:6, 565:8, 565:16, 566:12, 578:1, 606:24, 607:14, 607:18, 621:24, 622:19, 630:2, 630:10
**testifies** [1] - 440:12
**testify** [7] - 441:8, 464:7, 464:9, 542:11, 542:16, 543:12, 544:1
**testifying** [8] - 464:15, 543:15, 544:6, 544:15, 546:10, 555:18, 556:16, 559:4
**testimony** [38] - 437:9, 437:18, 439:1, 463:23, 465:7, 541:17, 543:23, 545:23, 554:23, 554:24, 555:10, 556:12, 556:13, 557:12, 557:25, 558:6, 566:3, 566:21, 567:7,

567:24, 568:22, 568:24, 578:18, 578:20, 579:13, 588:18, 588:25, 590:18, 591:8, 597:8, 603:4, 612:20, 614:2, 625:20, 636:4, 643:21, 657:11, 662:10
**Testing** [3] - 451:11, 451:13, 495:12
**testing** [107] - 438:7, 443:2, 443:4, 445:13, 447:12, 447:14, 448:13, 448:24, 449:2, 451:6, 451:15, 451:22, 452:22, 453:1, 453:6, 454:25, 455:2, 455:12, 458:7, 471:18, 471:20, 472:24, 473:21, 474:16, 475:6, 476:4, 476:23, 478:22, 480:24, 481:11, 482:20, 483:10, 483:17, 483:22, 484:4, 484:12, 485:1, 485:9, 487:11, 490:21, 494:24, 498:9, 499:4, 502:9, 503:18, 506:13, 508:3, 512:19, 513:13, 513:16, 514:18, 515:16, 516:21, 520:6, 522:23, 528:12, 537:1, 537:21, 538:9, 538:10, 538:14, 539:3, 539:10, 542:4, 549:1, 549:12, 549:15, 550:8, 551:6, 551:10, 553:10, 553:14, 553:16, 553:19, 553:23, 554:1, 554:6, 554:12, 554:17, 576:9, 584:10, 584:11, 584:19, 607:16, 616:24, 617:13, 621:25, 632:20, 636:2, 638:16, 641:23, 641:24, 643:1, 651:8, 651:19, 661:15, 664:20, 665:7, 667:9, 667:20, 668:4, 668:9, 668:17
**tests** [4] - 491:11, 541:17, 632:16, 652:14
**Texas** [1] - 458:24
**THE** [126] - 435:1, 435:8, 437:4, 437:5, 437:13, 439:18, 440:7, 441:5, 444:22, 451:7, 451:8, 459:25, 460:10, 461:7, 461:10, 461:12, 464:19,

464:21, 464:25, 471:10, 471:20, 471:22, 471:23, 472:21, 481:16, 483:3, 484:21, 485:17, 485:18, 486:1, 486:2, 499:11, 501:17, 501:19, 502:4, 523:21, 536:7, 536:10, 538:2, 538:6, 538:18, 539:13, 539:16, 540:3, 540:4, 545:21, 546:20, 551:3, 561:18, 561:20, 562:2, 562:13, 562:15, 562:22, 562:24, 562:25, 568:20, 569:1, 573:1, 578:16, 579:20, 579:25, 582:18, 582:21, 582:22, 588:16, 591:5, 591:6, 595:23, 596:22, 596:23, 597:11, 597:13, 598:12, 605:4, 605:10, 605:11, 606:1, 606:2, 610:4, 610:6, 612:19, 614:17, 631:7, 631:10, 631:12, 631:13, 631:14, 631:15, 631:21, 631:25, 632:4, 632:6, 632:7, 635:25, 636:6, 636:7, 636:8, 636:19, 637:2, 642:19, 643:5, 643:8, 643:14, 643:16, 643:21, 643:24, 644:3, 644:7, 645:5, 645:10, 651:1, 651:15, 656:4, 657:11, 657:23, 659:19, 660:3, 665:12, 666:3, 666:5, 667:24, 668:5, 669:4, 671:5, 671:7
**themselves** [2] - 537:22, 615:8
**thereabouts** [1] - 655:8
**therefore** [2] - 522:12, 522:19
**thick** [1] - 518:1
**thin** [8] - 532:21, 565:17, 566:4, 566:13, 567:15, 567:20, 574:10, 574:12
**thinks** [1] - 615:20
**thinner** [1] - 470:10
**Third** [1] - 490:6
**third** [11] - 442:22, 475:8, 489:20, 490:18, 508:22, 508:23, 512:7, 602:23, 622:14, 622:17,

646:7
**third-party** [2] - 622:14, 622:17
**Thomas** [1] - 445:24
**THOMAS** [1] - 436:9
**Thompson** [2] - 454:8, 454:11
**Thoracic** [1] - 661:24
**thousand** [2] - 470:10, 655:7
**thousands** [10] - 445:7, 445:8, 459:3, 470:6, 470:7, 555:9, 587:13, 655:3, 655:5, 657:1
**thousandth** [1] - 587:12
**thousandths** [1] - 559:25
**three** [52] - 445:9, 446:1, 454:21, 466:11, 466:13, 466:15, 466:20, 488:1, 489:6, 490:20, 490:25, 491:8, 493:5, 493:6, 513:6, 513:8, 515:9, 515:10, 516:12, 517:9, 517:21, 517:23, 518:23, 519:10, 520:2, 524:3, 526:7, 527:22, 528:7, 545:9, 548:25, 554:18, 564:14, 587:9, 587:13, 602:10, 602:23, 604:11, 604:15, 606:25, 642:3, 645:16, 645:20, 646:10, 646:16, 647:6, 647:16, 648:17, 663:11, 665:21, 666:9, 668:23
**three-step** [11] - 489:6, 490:20, 491:8, 493:6, 520:2, 528:7, 646:16, 647:6, 663:11, 665:21, 666:9
**throughout** [1] - 516:9
**tiles** [3] - 450:15, 450:17, 457:18
**tilt** [4] - 509:7, 510:11, 512:2, 513:2
**tilted** [4] - 509:4, 509:21, 510:11, 511:14
**time-weighted** [1] - 563:23
**tip** [4] - 478:15, 482:13, 482:14
**tissue** [1] - 491:16
**title** [3] - 441:1, 484:19, 618:23

TITLE [1] - 671:5
TM [1] - 649:6
TO [2] - 671:5, 671:6
today [18] - 439:1, 453:3, 460:2, 460:5, 460:15, 495:3, 498:22, 500:14, 528:17, 552:3, 557:8, 605:5, 608:7, 622:23, 625:19, 644:8, 644:9, 660:13
together [13] - 442:4, 442:21, 453:20, 455:19, 514:15, 622:17, 628:23, 630:25, 631:4, 631:5, 631:11, 631:22, 656:9
took [5] - 461:18, 523:22, 527:9, 627:2, 628:9
tools [2] - 475:12, 523:18
top [8] - 442:22, 450:15, 478:12, 481:21, 481:25, 482:2, 499:24, 515:11
topic [1] - 569:22
topics [1] - 463:15
total [3] - 473:13, 524:25, 525:9
totality [1] - 575:5
Toxic [1] - 661:21
trace [14] - 560:10, 561:10, 561:14, 565:9, 566:6, 566:7, 566:9, 566:10, 566:11, 566:24, 567:21, 607:19, 643:2, 646:24
track [1] - 628:14
trade [1] - 465:17
Trade [1] - 457:25
trained [2] - 600:23, 650:15
training [6] - 443:14, 444:1, 500:22, 501:3, 501:18, 650:2
TRANSCRIPT [1] - 671:6
TRANSCRIPTION [1] - 671:7
transformation [1] - 577:12
translate [1] - 654:3
transmission [19] - 443:10, 443:17, 443:22, 444:1, 444:17, 446:17, 452:23, 462:22, 474:21, 478:21, 487:8, 488:2, 489:18, 491:20, 496:23,

497:16, 529:15, 588:21, 592:7
tray [1] - 482:12
tremolite [65] - 466:21, 467:13, 467:17, 467:22, 468:2, 472:8, 478:1, 478:4, 478:6, 484:7, 491:7, 492:6, 513:3, 514:12, 514:21, 514:23, 515:2, 515:14, 516:14, 516:17, 516:22, 517:3, 517:5, 517:10, 518:7, 518:8, 518:9, 518:15, 519:3, 521:17, 521:20, 522:8, 523:6, 525:22, 526:17, 530:24, 533:17, 557:7, 557:24, 561:23, 568:14, 569:6, 569:12, 570:23, 572:6, 575:7, 575:11, 576:5, 581:3, 585:13, 585:18, 585:22, 597:1, 600:10, 600:20, 601:18, 601:19, 601:21, 601:23, 610:15, 637:10, 658:21, 663:3, 666:11, 666:20
TRENTON [1] - 435:7
trial [10] - 544:7, 555:9, 558:15, 568:21, 568:24, 569:4, 578:20, 579:14, 588:18, 588:19
trials [1] - 544:3
tried [3] - 629:22, 630:11, 656:4
trier [1] - 438:17
true [31] - 524:13, 540:25, 543:5, 543:14, 545:10, 549:10, 552:3, 552:24, 554:22, 554:23, 558:20, 569:16, 571:4, 579:3, 579:4, 582:12, 591:2, 594:10, 594:23, 594:24, 605:2, 607:20, 607:21, 609:25, 629:15, 630:19, 634:5, 634:6, 665:1, 665:4
True [3] - 584:5, 627:22, 630:18
truth [10] - 542:2, 542:19, 544:14, 544:24, 547:17, 552:10, 554:5, 558:2, 595:9, 629:2
try [6] - 475:25, 479:21,

532:5, 544:3, 630:16, 632:13
trying [7] - 444:19, 523:20, 546:15, 558:19, 580:14, 615:13, 657:20
tube [8] - 477:13, 477:20, 478:8, 481:22, 481:23, 482:5, 482:9, 482:14
turn [2] - 451:1, 598:11
turning [1] - 505:15
turns [1] - 577:12
twice [3] - 542:17, 542:18, 601:20
two [57] - 438:15, 442:3, 443:1, 443:12, 443:21, 454:21, 455:19, 469:23, 473:12, 475:7, 498:1, 500:10, 501:8, 505:2, 509:25, 510:18, 513:3, 521:9, 523:18, 527:18, 527:19, 529:6, 533:13, 533:20, 536:9, 536:10, 536:24, 538:15, 548:10, 550:7, 554:18, 555:21, 557:7, 560:6, 568:13, 569:6, 587:9, 590:18, 593:6, 595:3, 596:4, 596:9, 606:25, 607:11, 607:25, 609:14, 609:18, 609:19, 619:24, 620:22, 620:24, 624:18, 628:6, 628:9, 631:3, 638:14, 644:21
two-dimensional [1] - 596:9
two-minute [1] - 536:9
type [26] - 442:15, 446:14, 458:8, 463:3, 466:18, 471:16, 479:20, 480:15, 482:15, 484:3, 484:20, 505:12, 514:2, 514:12, 514:13, 514:22, 515:2, 522:13, 530:17, 539:4, 543:20, 548:2, 586:24, 596:1, 634:7
types [35] - 442:4, 442:9, 446:19, 455:17, 455:18, 456:13, 458:6, 459:23, 466:20, 467:2, 467:3, 476:24, 478:1, 478:2, 478:10, 491:14, 513:1, 520:17, 520:24, 522:9, 523:5, 536:20, 537:19,

542:16, 548:10, 557:7, 581:7, 600:1, 609:18, 610:3, 652:14, 653:23, 658:22, 663:4
typical [3] - 484:20, 507:24, 510:24
typically [7] - 472:7, 484:6, 484:19, 501:12, 503:7, 503:20, 515:25

**U**

U.S [6] - 435:25, 476:14, 638:1, 654:7, 654:12, 661:20
U.S.C [1] - 671:5
ultimately [3] - 451:1, 453:13, 618:5
ultra [6] - 560:10, 561:9, 561:10, 561:14, 566:9, 566:10
unanimously [1] - 525:19
unannounced [1] - 457:9
under [47] - 475:19, 475:22, 485:5, 486:14, 487:2, 508:9, 518:11, 519:5, 524:1, 524:8, 524:13, 528:7, 531:14, 532:25, 533:17, 534:22, 535:20, 536:19, 536:21, 536:23, 540:18, 540:23, 541:6, 541:11, 541:17, 541:22, 556:2, 556:18, 566:21, 599:12, 600:3, 614:8, 615:11, 625:9, 634:18, 638:11, 638:21, 639:18, 640:10, 648:19, 648:24, 649:1, 649:3, 649:5, 655:18, 658:19, 661:6
undergo [1] - 500:22
undergrad [1] - 441:12
underscores [2] - 638:13, 664:7
understood [1] - 485:16
undertaken [1] - 488:1
undisclosed [1] - 655:24
unique [1] - 504:17
uniqueness [1] - 507:15
United [3] - 521:5, 521:10, 651:11
UNITED [2] - 435:1, 435:7

**University** [3] - 441:14, 441:17, 443:15
**unknown** [1] - 526:5
**unknowns** [1] - 513:5
**unless** [4] - 538:3, 546:6, 642:23, 659:23
**unlike** [1] - 591:20
**unobtainable** [1] - 649:14
**unsure** [1] - 622:8
**untreated** [1] - 634:24
**up** [68] - 438:18, 441:5, 442:16, 442:23, 446:21, 450:11, 457:9, 460:8, 462:25, 463:1, 471:13, 471:24, 476:21, 477:15, 482:1, 490:9, 501:6, 510:13, 516:1, 521:12, 533:13, 534:14, 536:7, 536:17, 541:2, 544:10, 547:23, 548:1, 548:6, 552:2, 553:15, 557:8, 561:16, 561:25, 565:22, 566:17, 569:2, 569:18, 574:8, 574:17, 574:25, 577:4, 577:10, 577:11, 577:22, 581:19, 585:15, 587:12, 591:5, 597:14, 597:16, 607:19, 608:7, 609:5, 610:10, 614:7, 614:24, 620:17, 626:12, 636:12, 638:25, 639:18, 655:4, 655:8, 656:13, 665:12, 666:7
**updated** [1] - 592:22
**updates** [1] - 501:10
**upgrade** [1] - 546:15
**urban** [6] - 558:4, 558:7, 558:11, 558:14, 558:21
**USCDJ** [1] - 435:8
**uses** [5] - 486:21, 487:17, 591:2, 658:10
**USP** [23] - 546:12, 546:22, 637:22, 638:1, 638:5, 638:9, 638:11, 638:16, 638:21, 639:18, 639:19, 652:8, 652:12, 652:13, 652:15, 652:20, 652:25, 653:10, 664:3, 664:12, 664:15, 665:4
**Utah** [1] - 458:23
**utility** [1] - 642:9

**V**

**vacuum** [2] - 587:24, 588:12
**vaginal** [1] - 655:17
**validation** [3] - 615:25, 616:2, 668:19
**values** [2] - 504:3, 506:21
**Van** [2] - 454:3, 454:5
**variation** [8] - 524:22, 525:11, 597:23, 598:20, 598:24, 599:5, 600:5, 650:9
**varieties** [1] - 570:22
**various** [2] - 457:23, 613:15
**verification** [6] - 596:19, 597:9, 617:7, 617:10, 618:20, 641:3
**Verification** [1] - 618:24
**verified** [9] - 527:11, 527:14, 529:1, 614:15, 640:23, 640:24, 640:25, 641:6
**verify** [6] - 458:12, 508:7, 527:2, 528:22, 596:20, 596:22
**vermiculite** [8] - 458:4, 492:3, 492:9, 492:11, 585:16, 654:9, 663:3, 663:16
**Vermont** [8] - 454:21, 474:1, 474:3, 480:3, 482:23, 539:5, 560:15, 639:12
**version** [2] - 574:16, 626:9
**versus** [16] - 465:4, 469:11, 482:6, 496:21, 504:22, 524:7, 526:17, 526:22, 546:14, 587:24, 591:4, 593:3, 611:9, 619:23, 624:10, 633:25
**vibration** [1] - 450:14
**vibrational** [1] - 486:22
**Victor** [1] - 490:17
**Victoria** [1] - 612:13
**video** [1] - 621:12
**view** [3] - 590:2, 593:22, 607:19
**viewed** [1] - 635:14
**VINCENT** [1] - 435:24

**Vincent** [1] - 671:11
**VIRGINIA** [1] - 435:12
**virus** [2] - 459:14, 459:15
**visual** [11] - 504:6, 504:17, 505:5, 506:24, 507:9, 507:11, 587:16, 611:3, 613:10, 613:13, 613:19
**visualization** [1] - 534:12
**visualize** [3] - 470:2, 534:13, 536:18
**visually** [3] - 469:21, 505:1, 507:14
**VOC** [2] - 447:14, 456:13
**voice** [2] - 441:5, 591:5
**volatile** [5] - 447:14, 447:18, 447:20, 456:13, 456:15
**VOLUME** [1] - 435:5
**Voluntary** [2] - 455:4, 603:8
**volunteered** [1] - 453:15
**vote** [2] - 452:14, 453:20
**voting** [2] - 452:17, 453:25

**W**

**W.R** [1] - 585:14
**wait** [1] - 593:24
**waiting** [1] - 665:12
**Walter** [3] - 443:7, 465:25, 466:2
**War** [1] - 474:9
**wash** [1] - 482:14
**washes** [1] - 482:2
**Washington** [1] - 446:9
**WASHINGTON** [3] - 435:14, 435:20, 436:9
**watch** [1] - 613:4
**water** [3] - 480:16, 480:20, 565:21
**Wave** [1] - 490:6
**wave** [1] - 490:18
**wavelengths** [1] - 486:22
**ways** [1] - 650:1
**weaknesses** [1] - 475:14
**weave** [1] - 522:13
**week** [5] - 455:21, 542:17, 542:18, 542:20
**weight** [16] - 610:10, 611:6, 611:10, 611:15, 611:21, 612:2, 612:14,

613:22, 614:7, 614:18, 615:1, 615:3, 615:6, 615:18, 654:11, 654:18
**weighted** [1] - 563:23
**Weil** [1] - 437:21
**WEIL** [1] - 436:6
**welcome** [1] - 606:8
**whatsoever** [1] - 547:7
**whereas** [3] - 496:1, 519:16, 633:20
**wherein** [1] - 597:3
**white** [1] - 470:4
**whole** [3] - 564:10, 599:15, 661:16
**wide** [1] - 534:3
**width** [6] - 469:11, 469:14, 469:15, 470:8, 499:25, 532:9
**WILLIAM** [4] - 440:11, 486:4, 540:6, 606:4
**William** [2] - 440:21, 670:7
**WILLIAMS** [1] - 435:22
**winchite** [2] - 492:10, 581:3
**wise** [1] - 641:1
**wishes** [2] - 463:12, 492:4
**withdraw** [4] - 472:1, 507:2, 528:5, 652:1
**withdrawn** [1] - 484:24
**Witness** [1] - 669:7
**WITNESS** [24] - 451:8, 461:10, 471:22, 501:19, 561:20, 562:15, 562:24, 579:25, 582:21, 591:6, 596:23, 610:6, 631:10, 631:13, 631:15, 631:25, 632:6, 636:6, 636:8, 637:2, 643:5, 643:14, 643:24, 644:3
**witness** [10] - 438:7, 440:7, 440:11, 543:2, 544:2, 545:1, 547:4, 551:22, 554:9, 555:8
**WITNESSES** [1] - 670:6
**WOLFSON** [1] - 435:8
**Wolfson** [1] - 446:11
**word** [3] - 504:20, 569:12, 658:17
**words** [3] - 482:25, 509:18, 535:8
**workers** [2] - 450:17,

710

563:11

**works** [2] - 486:20, 616:10

**world** [3] - 466:1, 546:3, 546:5

**World** [2] - 457:25, 474:9

**written** [4] - 463:14, 579:15, 652:19, 652:20

**wrote** [1] - 481:9

---

**X**

---

**X-ray** [10] - 443:23, 459:16, 488:20, 505:11, 505:16, 616:25, 634:25, 638:20, 653:1, 653:5

**XRD** [22] - 617:9, 637:3, 637:6, 638:15, 638:22, 639:3, 639:9, 639:12, 639:17, 639:19, 639:22, 639:24, 642:9, 643:15, 643:23, 644:1, 644:18, 644:21, 644:22, 644:23, 645:3, 652:8

---

**Y**

---

**Yamate** [4] - 494:12, 494:14, 494:16, 494:22

**yard** [1] - 468:22

**year** [10] - 444:18, 462:15, 463:7, 464:22, 465:2, 501:25, 543:17, 554:15, 631:22, 668:7

**years** [35] - 440:1, 445:9, 445:14, 453:17, 454:21, 455:19, 461:11, 462:11, 466:16, 471:18, 471:21, 474:9, 479:3, 501:9, 501:10, 502:11, 542:20, 543:16, 549:23, 550:7, 554:18, 554:24, 557:10, 566:18, 567:14, 567:16, 590:18, 598:14, 616:15, 667:20, 668:8, 668:10, 668:23

**yellow** [1] - 464:1

**yesterday** [2] - 464:15, 544:6

**yields** [1] - 576:25

**York** [5] - 457:14, 457:24, 458:21, 464:14

**YORK** [1] - 435:16

**yourself** [6] - 462:8,

474:23, 545:12, 560:9, 598:19, 623:16

---

**Z**

---

**zero** [2] - 509:8, 510:10

**zeros** [1] - 566:10

**zone** [12] - 507:17, 507:18, 507:21, 509:10, 509:12, 512:11, 512:13, 512:18, 512:19, 512:23, 513:17, 561:17

**zonolite** [1] - 585:20