UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Harris v. Johnson & Johnson, et al.*, Case No. 3:19-cv-21785 | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 23, 2019, on behalf of Plaintiff Beverly E. Harris.

Dated: December 30, 2019                Respectfully Submitted by,

                                        */s/ Stacy K. Hauer*

                                        Jennell K. Shannon, Esq.
                                        MN Bar No. 398672
                                        Michael K. Johnson, Esq.
                                        MN Bar No. 258696
                                        Stacy Hauer, Esq.
                                        MN Bar No. 317093
                                        **JOHNSON BECKER, PLLC**
                                        444 Cedar Street, Suite 1800
                                        St. Paul, MN 55101
                                        Phone: 612-436-1800
                                        Fax: 612-436-1801
                                        Email: mjohnson@johnsonbecker.com
                                        Email: shauer@johnsonbecker.com
                                        Email: jshannon@johnsonbecker.com

                                        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ Stacy K. Hauer*

Stacy K. Hauer, Esq.
MN Bar No. 317093
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: shauer@johnsonbecker.com

ATTORNEY FOR PLAINTIFF