BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff William Bass o/b/o Gloria Zitman, deceased*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>William Bass, individually and as Personal Representative of the Estate of Gloria Zitman, deceased v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-21883 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 23, 2019 on behalf of Plaintiff William Bass o/b/o Gloria Zitman, deceased.

                                                         */s/ Brittany S. Scott*
                                                         Brittany S. Scott
                                                         BEASLEY ALLEN CROW METHVIN
                                                         PORTIS & MILES, P.C.
                                                         218 Commerce Street
                                                         Montgomery, Alabama 36104
                                                         (800) 898-2034 Telephone
                                                         (334) 954-7555 Facsimile
                                                         Brittany.Scott@BeasleyAllen.com

                                                         Attorneys for Plaintiff William Bass o/b/o
                                                         Gloria Zitman, deceased

Dated: December 30, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Brittany S. Scott*
      Brittany S. Scott

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.