## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| **THIS DOCUMENT RELATES TO:** | |
| *LUCINDA DOBBINS, AS SURVIVING DAUGHTER OF PEGGY JANE HENDRIX, DECEASED, v. JOHNSON & JOHNSON, ET AL.* | |
| Case No.: 3:19-cv-22112 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lucinda Dobbins, as surviving daughter of Peggy Jane Hendrix, deceased.


Dated:  December 30, 2019                    Respectfully submitted,

                                            **DALIMONTE RUEB LLP**

                                            By: */s/ Jennifer L. Orendi*
                                            Jennifer L. Orendi (DC #489615)
                                            John A. Dalimonte (MA #554554)
                                            Gregory D. Rueb (CA #154589)
                                            1250 Connecticut Avenue NW, Suite 200
                                            Washington, DC 20036
                                            202-538-2790 (Tel)
                                            202-261-3508 (Fax)
                                            jorendi@drlawllp.com
                                            john@drlawllp.com
                                            greg@drlawllp.com

                                            ATTORNEYS FOR PLAINTIFF