## UNITED STATES DISTRICT COURT
## DISTICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG |
| *This document relates to:* *Christi McCoy (Smith)* | |
| 3:19-cv-22085 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on December 30, 2019 on behalf of Plaintiff, Christi McCoy (Smith).

Dated:  December 30, 2019

                        Respectfully submitted,

                        */s/ Casey L. Lott*
                        Casey L. Lott (MBN 101766)
                        Attorney for Plaintiffs

**LANGSTON & LOTT, PLLC**
100 South Main Street
Post Office Box 382
Booneville, MS  38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
clott@langstonlott.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2019, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Casey L. Lott*
Casey L. Lott (MBN 101766)
Langston & Lott, PLLC
100 South Main Street
Post Office Box 382
Booneville, MS  38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
clott@langstonlott.com