BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Doretha Iles*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Doretha Iles v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-21539 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 18, 2019 on behalf of Plaintiff Doretha Iles.

                                                                                                            */s/ Brittany S. Scott*
                                                                                                            Brittany S. Scott
                                                                                                             BEASLEY ALLEN CROW METHVIN
                                                                                                             PORTIS & MILES, P.C.
                                                                                                             218 Commerce Street
                                                                                                             Montgomery, Alabama 36104
                                                                                                             (800) 898-2034 Telephone
                                                                                                             (334) 954-7555 Facsimile
                                                                                                             Brittany.Scott@BeasleyAllen.com

                                                                                            Attorneys for Plaintiff Doretha Iles

Dated: December 30, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2019, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Brittany S. Scott*
      Brittany S. Scott

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.