**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG  <br><br>MDL No. 2738 |

*THIS DOCUMENT RELATES TO ALL CASES*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2019, I caused to be served on the Defendants via electronic mail a true and correct copy of Plaintiffs' Third Set of Interrogatories to Defendant Johnson & Johnson and Plaintiffs' Third Set of Request for Production to Defendant Johnson & Johnson. A copy of the same will be sent via first class mail to:

Susan M. Sharko
Susan.sharko@dbr.com
DRINKER, BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ 07392-1047

*Counsel for Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc.*

Thomas Locke
tlocke@seyfarth.com
SEYFARTH SHAW LLP
975 F St., NW
Washington, DC 20004

*Counsel for Defendant Personal Care Products Council*

Dated:   December 31, 2019               RESPECTFULLY SUBMITTED,

/s/ *Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel: 202-783-6400
Fax: 202-416-6392
mparfitt@ashcraftlaw.com

/s/ *P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
Leigh.odell@beasleyallen.com
**Plaintiffs' Co-Lead Counsel**

/s/ *Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747 9003
Fax: 732-747-9004
cplacitella@cprlaw.com
**Plaintiffs' Liaison Counsel**