**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

*THIS DOCUMENT RELATES TO ALL CASES*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2019, I caused to be served on the Defendants via electronic mail a true and correct copy of Plaintiffs' Third Set of Interrogatories to Defendant Johnson & Johnson Consumer, Inc. and Plaintiffs' Third Set of Request for Production to Defendant Johnson & Johnson Consumer, Inc.  A copy of the same will be sent via first class mail to:

| | |
|---|---|
| Susan M. Sharko<br>Susan.sharko@dbr.com<br>DRINKER, BIDDLE & REATH, LLP<br>600 Campus Drive<br>Florham Park, NJ 07392-1047<br><br>*Counsel for Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc.* | Thomas Locke<br>tlocke@seyfarth.com<br>SEYFARTH SHAW LLP<br>975 F St., NW<br>Washington, DC 20004<br><br>*Counsel for Defendant Personal Care Products Council* |

Dated:   December 31, 2019                RESPECTFULLY SUBMITTED,

/s/ *Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel: 202-783-6400
Fax: 202-416-6392
mparfitt@ashcraftlaw.com

/s/ *P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
Leigh.odell@beasleyallen.com
**Plaintiffs' Co-Lead Counsel**

/s/ *Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747 9003
Fax: 732-747-9004
cplacitella@cprlaw.com
**Plaintiffs' Liaison Counsel**