**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| SHARA MATTOX | COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| v. | Civil Action No.: 3:19-cv-21955 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC., | DIRECT FILED ACTION |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on December 26, 2019.

Dated: December 31, 2019.

Respectfully submitted,

*/s/* M. Brandon Smith
M. BRANDON SMITH, Esq.
Georgia Bar Number: 141418
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road, Suite 100
Atlanta, GA 30319
Phone: 404.419.9500
Fax: 404.419.9501
bsmith@cssfirm.com
*Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/* M. Brandon Smith
M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*