## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

3:16-md-02738 (FLW) (LHG)

*This document relates to:*
Edna Corpus and Jose Siller,

3:19-cv-22209

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3

(Filing of Short Form Complaints) that the Short Form Complaint with Jury

Demand was filed on December 31, 2019 on behalf of Plaintiff Edna Corpus

and Jose Siller.

Dated: January 2, 2020

Respectfully submitted,

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com