UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Miller v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- Lisa Miller; 3:19-cv-21626

This 23rd day of December 2019.

                                                                                                                                                         Respectfully submitted by,

                                                                                                                                                         s/ D. Todd Mathews\_\_\_\_
                                                                                                                                                         D. Todd Mathews, #52502 (MO)
                                                                                                                                                         Gori Julian & Associates, P.C.
                                                                                                                                                         156 N. Main Street
                                                                                                                                                         Edwardsville, IL 62025
                                                                                                                                                         (618) 659-9833 – Telephone
                                                                                                                                                         (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of December 2019.

*/s/ D. Todd Mathews*
D. Todd Mathews
