**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>**Jane E. McNett and Wayne McNett**<br>**Case No. 3:20-cv-00066-FLW-LHG** | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 3, 2020, on behalf of Plaintiffs, Jane E. McNett and Wayne McNett.

Date: January 3, 2020

                                                  Respectfully Submitted,

                                                  */s/ James L. Ferraro, Jr.*
                                                  James L. Ferraro, Jr., Esq.
                                                  Florida Bar No: 107494
                                                  The Ferraro Law Firm, P.A.
                                                  600 Brickell Avenue, Suite 3800
                                                  Miami, Florida 33131
                                                  Telephone: (305) 375-0111
                                                  Facsimile: (305) 379-6222
                                                  JJR@ferrarolaw.com

                                                  *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ James L. Ferraro, Jr.*
James L. Ferraro, Jr., Esq.
Florida Bar No: 107494
The Ferraro Law Firm, P.A.
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Telephone: (305) 375-0111
Facsimile: (305) 379-6222
JJR@ferrarolaw.com