UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Rosemary Knight and David Knight<br>3:20-cv-00115 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on January 3, 2020 on behalf of Plaintiffs Rosemary Knight and David Knight.

Dated: January 3, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

| | |
|---|---|
| Dated: <u>January 3, 2020</u> | /s/ Michael Akselrud <br> Michael Akselrud <br> The Lanier Law Firm, PC <br> 21550 Oxnard St., 3rd Fl <br> Woodland Hills, CA 91367 <br> (310) 277-5100 <br> Counsel for Plaintiff(s) |