# Exhibit B

# Supplementary Online Content

O'Brien KM, Tworoger SS, Harris HR, et al. Association of powder use in the genital area with risk of ovarian cancer. *JAMA*. doi:10.1001/jama.2019.20079

**eTable 1.** Characteristics at Baseline by Cohort

**eTable 2.** Characteristics at Baseline by Use of Powder in the Genital Area

**eTable 3.** Stratified Pooled Hazard Ratios (HRs) and 95% (CIs) for the Association Between Long-Term or Frequent Use of Powder in the Genital Area and Risk of Ovarian Cancer

**eTable 4.** Pooled Hazard Ratios and 95% CIs in Patent Women for Medically Confirmed Cases Overall and by Tumor Invasiveness, Location, and Histotype

**eAppendix.** Questions Related to Use of Powder/Talc in the Genital Area in Each of the 4 Cohorts

This supplementary material has been provided by the authors to give readers additional information about their work.

© 2019 American Medical Association. All rights reserved.

eTable 1. Characteristics at Baseline by Cohort

|  | Nurses' Health Study I n=81,869 | Nurses' Health Study II | Sister Study n=40,647 | Women's Health Initiative |
|---|---|---|---|---|
| **Race** | | | | |
| White | 79,895 (98) | 59,101 (96) | 35,483 (87) | 61,292 (84) |
| Black | 1,196 (1) | 826 (1) | 3,293 (8) | 5,735 (8) |
| Other | 778 (1) | 1,334 (2) | 1,853 (5) | 6,033 (8) |
| Missing | 0 | 0 | 18 | 207 |
| **Birth cohort[a]** | | | | |
| 1915-1929 | 28,308 (35) | 0 (0) | 2 (0) | 27,178 (37) |
| 1930-1944 | 49,961 (61) | 6 (0) | 10,701 (26) | 42,886 (59) |
| 1945-1959 | 3,600 (4) | 52,907 (86) | 22,681 (56) | 3,203 (4) |
| 1960-1971 | 0 (0) | 8,348 (14) | 7,2623 (18) | 0 (0) |
| **Education** | | | | |
| High school or less | 0 (0) | 0 (0) | 5,898 (15) | 15,310 (21) |
| Some college | 0 (0) | 0 (0) | 13,245 (33) | 26,192 (36) |
| Completed college | 81,869 (100) | 61,261 (100) | 21,498 (53) | 31,179 (43) |
| Missing | 0 | 0 | 6 | 586 |
| **Body mass index (BMI; kg/m$^2$)** | | | | |
| <25.0 (Normal) | 52,290 (64) | 25,970 (43) | 16,726 (41) | 30,421 (42) |
| 25.0-29.9 (Overweight) | 19,793 (24) | 18,017 (30) | 12,591 (31) | 24,768 (34) |
| >30 (Obese) | 9,653 (12) | 16,665 (27) | 11,319 (28) | 17,905 (25) |
| Missing | 133 | 609 | 11 | 173 |
| **Parity** | | | | |
| Nulliparous | 4,414 (5) | 10,462 (17) | 7,523 (19) | 9,092 (12) |
| 1 birth | 5,726 (7) | 8,375 (14) | 5,856 (14) | 6,396 (9) |
| 2 births | 22,828 (28) | 24,345 (40) | 15,022 (37) | 18,997 (26) |
| 3 or more births | 47,479 (59) | 18,079 (30) | 12,221 (30) | 38,352 (53) |
| Missing | 1,422 | 0 | 25 | 430 |
| **Smoking status** | | | | |
| Never smoker | 35,825 (44) | 39,999 (65) | 23,034 (57) | 36,791 (51) |
| Former smoker | 23,749 (29) | 18,319 (30) | 14,333 (35) | 30,994 (43) |
| Current smoker | 22,151 (27) | 2,872 (5) | 3,271 (8) | 4,593 (6) |
| Missing | 144 | 71 | 9 | 889 |
| **Ever oral contraceptive use** | 40,816 (50) | 52,484 (86) | 34,310 (84) | 29,890 (41) |
| Missing | 11 | 0 | 32 | 1 |
| **Had tubal ligation** | 14,402 (18) | 16,603 (27) | 11,698 (29) | 12,609 (17) |
| Missing | 22 | 0 | 16 | 388 |
| **Had hysterectomy** | 14,171 (17) | 8,463 (14) | 6,868 (17) | 20,063 (27) |
| Missing | 3 | 0 | 23 | 70 |
| **Patent[b]** | 54,087 (66) | 39,012 (64) | 24,310 (60) | 43,037 (59) |
| Missing | 21 | 0 | 35 | 289 |
| **Postmenopausal** | 34,228 (42) | 54,795 (89) | 23,987 (59) | 73,267 (100) |
| **Ever hormone therapy use** | 13,919 (17) | 27,590 (45) | 15,098 (37) | 39,777 (54) |
| Missing | 18 | 113 | 121 | 1 |

[a]Approximation based on age at enrollment and median enrollment year; studies did not provide exact dates
[b]No hysterectomy or tubal ligation

© 2019 American Medical Association. All rights reserved.

eTable 2. Characteristics at Baseline by Use of Powder in the Genital Area

| | Never User of Powder n= 158,084 | Ever User of Powder n= 98,960 |
|---|---|---|
| **Study** | | |
| Nurses' Health Study | 48,429 (31) | 33,440 (34) |
| Nurses' Health Study II | 45,096 (29) | 16,165 (16) |
| Sister Study | 29,807 (19) | 10,840 (11) |
| Women's Health Initiative | 34,752 (22) | 38,515 (39) |
| **Race** | | |
| White | 145,996 (92) | 89,775 (91) |
| Black | 5,151 (3) | 5,899 (6) |
| Other | 6,825 (4) | 3,173 (3) |
| **Education** | | |
| High school or less | 12,234 (8) | 8,974 (9) |
| Some college | 21,672 (14) | 17,765 (18) |
| Completed college | 123,880 (79) | 71,927 (73) |
| **Body Mass Index (BMI; kg/m$^2$)** | | |
| <25.0 (Normal) | 82,681 (53) | 42,726 (43) |
| 25.0-29.9 (Overweight) | 45,186 (29) | 29,983 (30) |
| ≥30 (Obese) | 29,630 (19) | 25,912 (26) |
| **Parity** | | |
| Nulliparous | 20,153 (13) | 11,338 (12) |
| 1 birth | 16,690 (11) | 9,663 (10) |
| 2 births | 51,328 (33) | 29,864 (30) |
| 3 or more births | 68,863 (44) | 47,268 (48) |
| **Smoking status** | | |
| Never smoker | 85,855 (55) | 49,794 (51) |
| Former smoker | 51,003 (32) | 36,392 (37) |
| Current smoker | 20,666 (13) | 12,221 (12) |
| **Ever oral contraceptive use** | 101,189 (64) | 56,311 (57) |
| **Had tubal ligation** | 34,717 (22) | 20,595 (21) |
| **Had hysterectomy** | 28,072 (18) | 21,493 (22) |
| **Patent** | 100,245 (63) | 60,201 (61) |
| **Postmenopausal** | 112,354 (71) | 73,923 (75) |
| **Ever hormone therapy use** | 57,768 (37) | 38,616 (39) |

Missing: Race (112 unexposed, 113 exposed), Education (298 unexposed, 294 exposed), BMI (587 unexposed, 339 exposed), Parity (1,050 unexposed, 827 exposed), Smoking status (560 unexposed, 533 exposed), Oral contraceptive use (34 unexposed, 10 exposed), Tubal ligation (193 unexposed, 233 exposed), Hysterectomy (56 unexposed, 40 exposed), Patent (168 unexposed, 177 exposed), Hormone therapy use (178 unexposed, 75 exposed)

© 2019 American Medical Association. All rights reserved.

**eTable 3.** Stratified Pooled Hazard Ratios (HRs) and 95% (CIs) for the Association Between Long-Term or Frequent Use of Powder in the Genital Area and Risk of Ovarian Cancer

|  | Long-term use[a] HR (95% CI) | Heterogeneity p-value | Frequent use[a] HR (95% CI) | Heterogeneity p-value |
|---|---|---|---|---|
| **Age at baseline** | | | | |
| <60 | 1.13 (0.80, 1.60) | 0.74 | 1.08 (0.95, 1.23) | 0.62 |
| ≥60 | 0.96 (0.74, 1.25) |  | 1.18 (0.82, 1.71) |  |
| **Race** | | | | |
| Non-Hispanic White | 0.99 (0.80, 1.23) | 0.52 | 1.08 (0.96, 1.22) | 0.51 |
| Other | 1.26 (0.65, 2.45) |  | 1.32 (0.63, 2.76) |  |
| **Menopausal status[b]** | | | | |
| Premenopausal | NE[c] | NE[c] | 1.07 (0.72, 1.57) | 0.98 |
| Postmenopausal | 1.04 (0.84, 1.28) |  | 1.10 (0.96, 1.24) |  |
| **Follow-up time** | | | | |
| 0-10 years | 1.08 (0.84, 1.39) | 0.57 | 1.15 (0.93, 1.41) | 0.69 |
| >10 years | 0.89 (0.61, 1.29) |  | 1.06 (0.92, 1.24) |  |
| **Hormone therapy use[d]** | | | | |
| Never | 1.03 (0.74, 1.43) | 0.68 | 1.01 (0.80, 1.27) | 0.39 |
| Ever | 1.07 (0.81, 1.41) |  | 1.24 (0.97, 1.59) |  |
| **BMI** | | | | |
| <30 kg/m$^2$ | 1.00 (0.78, 1.28) | 0.86 | 1.12 (0.99, 1.28) | 0.39 |
| ≥30 kg/m$^2$ | 1.02 (0.70, 1.47) |  | 0.90 (0.67, 1.20) |  |
| **Parity** | | | | |
| Nulliparous | 0.59 (0.32, 1.12) | 0.21 | 1.04 (0.70, 1.55) | 0.51 |
| Parous | 1.10 (0.88, 1.37) |  | 1.10 (0.97, 1.25) |  |
| **Hysterectomy** | | | | |
| No | 1.00 (0.78, 1.28) | 0.94 | 1.12 (0.98, 1.28) | 0.75 |
| Yes | 1.06 (0.73, 1.53) |  | 1.00 (0.75, 1.31) |  |
| **Tubal ligation status** | | | | |
| No | 0.98 (0.78, 1.24) | 0.83 | 1.15 (1.01, 1.31) | 0.06 |
| Yes | 1.16 (0.71, 1.88) |  | 0.74 (0.52, 1.05) |  |
| **Patency** | | | | |
| Patent | 1.00 (0.76, 1.32) | 0.99 | 1.19 (1.03, 1.37) | 0.15 |
| Not patent | 1.03 (0.75, 1.41) |  | 0.91 (0.73, 1.14) |  |

Adjusted for study, race/ethnicity (white, African-American, other), education (≤high school, some college, ≥college graduate), BMI (as a restricted cubic spline), parity (0, 1, 2, 3+ births), ever oral contraceptive use, tubal ligation (yes/no), hysterectomy status (yes/no), menopausal status (pre or post-menopausal), ever hormone therapy use. Variables being stratified on were not included in the adjustment set.

[a]Referent group = never users
[b]Menopausal status updated throughout follow-up.
[c]Not estimated due to low cell count for long-term exposed cases
[d]Among postmenopausal women only

© 2019 American Medical Association. All rights reserved.

**eTable 4.** Pooled Hazard Ratios and 95% CIs in Patent Women for Medically Confirmed Cases Overall and by Tumor Invasiveness, Location, and Histotype

|  | Number of cases[a] | Ever Use[b] (95% CI) | Long-term Use[b] (95% CI) | Frequent Use[b] (95% CI) |
|---|---|---|---|---|
| **All medically-confirmed cases** | 1,182 | 1.10 (0.98, 1.24) | 1.04 (0.78, 1.38) | 1.17 (1.00, 1.38) |
| **Invasiveness** | | | | |
| Invasive only | 973 | 1.13 (0.99, 1.28) | 1.14 (0.84, 1.55) | 1.21 (1.02, 1.44) |
| Borderline | 87 | 1.03 (0.68, 1.58) | 1.19 (0.39, 3.65) | 1.09 (0.61, 1.94) |
| *Heterogeneity p-value[c]* | | 0.70 | 0.88 | 0.42 |
| **Tumor location** | | | | |
| Epithelial Ovarian | 973 | 1.14 (1.00, 1.29) | 1.10 (0.81, 1.49) | 1.21 (1.02, 1.45) |
| Fallopian Tube | 30 | 1.46 (0.71, 2.96) | 3.61 (0.69, 18.8) | 2.20 (0.94, 5.15) |
| Peritoneal | 62 | 0.93 (0.56, 1.54) | 1.38 (0.29, 6.47) | 0.79 (0.41, 1.52) |
| *Heterogeneity p-value[c]* | | 0.59 | 0.32 | 0.01 |
| **Histotype** | | | | |
| Serous | 635 | 1.14 (0.97, 1.33) | 1.08 (0.73, 1.60) | 1.18 (0.95, 1.46) |
| Endometroid | 107 | 1.30 (0.88, 1.91) | 1.32 (0.49, 3.53) | 1.42 (0.86, 2.34) |
| Mucinous | 67 | 1.02 (0.63, 1.66) | 1.41 (0.49, 4.03) | 1.37 (0.72, 2.60) |
| Clear Cell | 53 | 1.35 (0.80, 2.31) | 1.29 (0.36, 4.58) | 1.17 (0.53, 2.57) |
| Other | 229 | 1.03 (0.79, 1.35) | 1.23 (0.66, 2.28) | 1.08 (0.74, 1.56) |
| *Heterogeneity p-value[c]* | | 0.82 | 0.96 | 0.93 |
| **Histotype II[d]** | | | | |
| High grade serous | 435 | 1.16 (0.96, 1.40) | 1.06 (0.68, 1.66) | 1.20 (0.91, 1.58) |
| Low grade serous | 17 | 1.20 (0.48, 3.01) | 1.00 (0.94, 1.06) | 0.50 (0.11, 2.30) |
| Other | 400 | 1.09 (0.89, 1.33) | 1.21 (0.76, 1.91) | 1.21 (0.92, 1.59) |
| *Heterogeneity p-value[c]* | | 0.91 | 0.25 | 0.48 |

Other ovarian cancers not meeting the specified case definition were censored at time of diagnosis
Adjusted for study, race/ethnicity (white, black, other), education ≤high school, some college, ≥college graduate), BMI (as a restricted cubic spline), parity (0, 1, 2, 3+ births), duration of oral contraceptive use (never, 0-5 years, >5 years), menopausal status (pre or post-menopausal), duration of hormone therapy use (never, 0-5 years, >5 years).
[a]For ever use analysis; limited to women with complete covariate information
[b]Referent group = Never users
[c]From competing risks model: likelihood ratio test of model that allows effect estimate to vary by subtype compared to a model that does not
[d]High grade serous defined as grade 2-4 serous or grade 3-4 endometroid; Low grade serous = grade 1 serous

© 2019 American Medical Association. All rights reserved.

**eAppendix.** Questions Related to Use of Powder/Talc in the Genital Area in Each of the 4 Cohorts

**Nurses' Health Study: 1982 questionnaire** (underline in original questionnaire)
Have you <u>ever</u> commonly used talcum, baby powder or deodorizing powder to:
    a. Apply to perineal (private) area?
        Options: No; Daily; 1-6 times a week; less than once a week
    b. Apply to sanitary napkins?
        Options: No; Yes

**Ever use** defined as using ever on perineal area (a) or on sanitary napkins (b).
**Frequent use** defined as use on perineal area at least once per week. Participants who did not apply perineal talc but did apply talc to their sanitary napkins were considered to be non-frequent users for talc.
**Long term use** not assessed

**Nurses' Health Study II: 2013 questionnaire** (underline and CAPS in original questionnaire)
Have you <u>ever</u> used talcum, baby or deodorizing powder AT LEAST WEEKLY in the genital/rectal area or on sanitary napkins, tampons, or underwear?
    Options: Never; Less than 1 year; 1 to <10 years; 10-<20 years; 20-<30 years; 30+ years

**Ever use** and **frequent use** defined as using at least weekly for any time period
**Long-term use** defined as using at least weekly for ≥20 years

**Sister Study: Baseline Questionnaire** (bold in original questionnaire)
During the ages of <u>10-13</u>, about how often did you apply talcum powder to a **sanitary napkin, underwear, diaphragm, cervical cap, or directly to your vaginal area?** (*Mark one.*)
    Options: Did not use; Sometimes; Frequently; Don't Know

In the <u>past 12 months</u>, how frequently have you applied talcum powder to **a sanitary napkin, underwear, diaphragm, cervical cap, or directly to your vaginal area?** (*Mark one.*)
    Options: Did not use; Less than once a month; 1-3 times per month; 1-5 times per week; More than 5 times per month

In the <u>past 12 months</u>, what types of talcum powder have you usually used on a sanitary napkin, underwear, diaphragm, cervical cap, or your vaginal area? (*Mark all that apply.*)
    Options: Did not use; Powder, Spray

Note: same questions were asked for talcum powder under arms and other parts of your body.

**Ever use** defined as use in 12 months prior to baseline or at ages 10-13.
**Frequent use** defined as use at least once per week (in the last 12 months) or "frequently" during ages 10-13.
**Long-term use** defined as perineal use at ages 10-13 and in the last 12 months.
Women who said they were non-users at one time point but who were missing data for the other were considered never users.

© 2019 American Medical Association. All rights reserved.

**Women's Health Initiative: Observational Study Baseline Questionnaire**
Have you ever used powder on your private parts (genital areas)?
    Options: No; Yes
For how many years?
    Options: Less than 1 year; 1-4 years; 5-9 years; 10-19 years; 20 or more years

*Did you ever use a diaphragm (a birth control device that fits over the opening of your womb)?*
    *Options: No, Yes*
Did you ever use powder on your diaphragm?
    Options: No; Yes
For how many years did you use powder on your diaphragm?
    Options: Less than 1 year; 1-4 years; 5-9 years; 10-19 years; 20 or more years

Did you ever use powder on a sanitary napkin or pad?
    Options: No; Yes
For how many years did you use powder on sanitary pads?
    Options: Less than 1 year; 1-4 years; 5-9 years; 10-19 years; 20 or more years

**Ever use** defined as "Yes" to any of 3 'ever use' questions
**Frequent use** not assessed
**Long term use** defined as use for 20 or more years on any of 3 'years used' questions

© 2019 American Medical Association. All rights reserved.