# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW
# JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Debbie Story 3:20-CV-00266 | **MDL No. 2738 (FLW) (LHG)** |

## **NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on January 8, 2020 on behalf of Plaintiff Debbie Story.

| | |
|---|---|
| Dated: <u>January 8, 2020</u> | Respectfully Submitted by,<br><u>/s/ Michael Akselrud</u><br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl.<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: January 8, 2020                                /s/ Michael Akselrud
                                                           Michael Akselrud
                                                            The Lanier Law Firm, PC
                                                            21550 Oxnard St., 3rd Fl
                                                            Woodland Hills, CA 91367
                                                            (310) 277-5100
                                                            Counsel for Plaintiff(s)