

Montgomery
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Atlanta
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034

BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

January 10, 2020

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

   **Re:**  ***In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*** **(MDL No. 2738)**

Dear Judge Wolfson:

  The Plaintiffs' Steering Committee (PSC) writes to supplement the record with confirmation from the International Standards Organization (ISO) that Dr. William Longo's and Dr. Mark Rigler's laboratory, MAS, Inc. properly follows the ISO standards in testing cosmetic talc for the presence of asbestos. *See* Exhibit A.

  The ISO standards are developed by a consensus of experts in the relevant field. *See* ISO-Developing Standards, www.iso.org/developing-standards.html (last accessed January 9, 2020). The attached ISO certification for the MAS laboratory demonstrates that Dr. Longo and Dr. Rigler correctly implement the Blount heavy liquid separation, ISO 22261, ISO 22262, ISO 22262-1, and ISO 22262-2 to test for asbestos in talc cosmetic products by PLM and TEM. Because the ISO methods are the consensus of scientific experts for testing for asbestos in cosmetic talc, and because Dr. Longo and Dr. Rigler properly follow these methods both outside of litigation and in this case, their tests for asbestos and fibrous talc in Johnson's Baby Powder and Shower to Shower are both generally accepted and reliable.

  Thank you for your consideration of this additional information.

            Very truly yours,

  */s/ P. Leigh O'Dell*        */s/ Michelle A. Parfitt*
  P. Leigh O'Dell          Michelle A. Parfitt

Hon. Freda L. Wolfson, U.S.D.J.
January 10, 2020
Page 2

cc: All counsel of record via ECF notification