# Exhibit A

# Accredited Laboratory

A2LA has accredited

**MAS, LLC**
Suwanee, GA

for technical competence in the field of

## Chemical Testing

This laboratory is accredited in accordance with the recognized International Standard ISO/IEC 17025:2017 *General requirements for the competence of testing and calibration laboratories.* This accreditation demonstrates technical competence for a defined scope and the operation of a laboratory quality management system (refer to joint ISO-ILAC-IAF Communiqué dated April 2017).

Presented this 31st day of December 2019.

Vice President, Accreditation Services
For the Accreditation Council
Certificate Number 2925.01
Valid to December 31, 2021

*For the tests to which this accreditation applies, please refer to the laboratory's Chemical Scope of Accreditation.*





SCOPE OF ACCREDITATION TO ISO/IEC 17025:2017

MAS, LLC
3945 Lakefield Court
Suwanee, GA 30024
Mr. Kevin Simpson   Phone: (770) 866 3210

CHEMICAL

Valid To: December 31, 2021                                           Certificate Number: 2925.01

In recognition of the successful completion of the A2LA evaluation process, accreditation is granted to this laboratory to perform the following tests on <u>Toys, Office and School Furniture, and Building Materials (such as wallboard, fabric, carpeting, floor coverings, talc products, etc.)</u>:

| Test | Test Method |
|---|---|
| Lead in Children's Metal Products by ICP-OES | EPA SW-846 Method 6010; CPSC-CH-E1001-08 |
| Lead in Polymeric Materials by ICP-OES | EPA SW-846 Method 6010; 16 CFR 1303; CPSC-CH-E1003-09.1 |
| Phthalates in Toys by GC-MS | CPSC-CH-C1001-09.4 (2018) |
| Sampling and Analysis of Volatile Organic Compounds and Aldehyde Emissions of Furniture using Sampling Chambers, GC-MS, and HPLC | BIFMA M7.1 |
| Sampling and Analysis of Volatile Organic Compounds and Aldehyde Emissions of Building Materials using Sampling Chambers, GC-MS, and HPLC | California Dept. of Public Health Standard Method |
| Asbestos in Cosmetic Talc Products by PLM | Blount prep method using heavy liquid separation: ISO 22261, ISO 22262 |
| Asbestos in Cosmetic Talc Products by TEM | ISO 22262-1, ISO 22262-2 |

The Consumer Product Safety Improvement Act (CPSIA) requires that every children's product subject to a federal consumer product safety requirement be tested by a Consumer Product Safety Commission (CPSC) accepted laboratory for compliance with the applicable federal children's product safety requirements. Accreditation by A2LA does not infer acceptance by the CPSC. Please verify this organization's acceptance status by using the CPSC's searchable database, located at http://www.cpsc.gov/cgi-bin/labsearch/

(A2LA Cert. No. 2925.01) 12/31/2019                                                                          Page 1 of 1

5202 Presidents Court, Suite 220 I Frederick, MD 21703-8515 I Phone: 301 644 3248 I Fax: 240 454 9449 I www.A2LA.org