NASS CANCELLIERE
By:     Casey R. Coburn
1515 Market Street, Suite 2000
Philadelphia, PA  19102
(215) 546-8200

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>Rodella Brown-Harrison: 17-cv-00080<br>Leslie Franklin: 17-cv-08544<br>Sherry Hurley: 17-cv-08544<br>Susan Frankenberry: 17-cv-08821<br>Cheryl Journey: 17-cv-11784<br>Kathleen Basilio: 17-cv-11793<br>Mary Prince: 18-cv-00714<br>Patricia Tollari:18-cv-01292<br>Camille Zanni: 18-cv-02233<br>Tammy Tabor: 18-cv-09161 | MDL NO 16-2738 (FLW)(LHG) |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiffs Rodella Brown-Harrison, Leslie Franklin, Sherry Hurley, Susan Frankenberry, Cheryl Journey, Kathleen Basilio, Mary Prince, Patricia Tollari, Camille Zanni, and Tammy Tabor.

*/s/ Casey R. Coburn*
CASEY R. COBURN
1515 Market Street, Suite 2000
Philadelphia, PA  19102
Telephone:     (215) 546-8200
Facsimile:      (215) 545-1591
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Casey R. Coburn, do hereby certify that a hard copy of Plaintiff's Council's Notice of Appearance was properly signed and that a true and correct copy was filed with the Court and served upon all counsel of record via E-File Service pursuant to the Federal Rules of Civil Procedure on the date stated below.

Date: January 13, 2020

NASS CANCELLIERE

*/s/ Casey R. Coburn*
CASEY R. COBURN