# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:*<br>*Marie Stroney v. Johnson & Johnson, et al.*<br>Member Case No: 3:20-cv-00410 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 13, 2020 on behalf of Plaintiff, Marie Stroney.

**DATED:** **January 13, 2020**

Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golombhonik.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this 13th day of January, 2020, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:    January 13, 2020**

/s/ Richard M. Golomb
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golombhonik.com

*Attorney for Plaintiff*