**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> <u>ROSALINDA H. GUTIERREZ,</u> <br><br> Plaintiff, <br><br> v. <br><br> <u>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC.,</u> <br><br> Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br> Civil Action No.: 3:20-cv-00459 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 14, 2020 on behalf of Plaintiff Rosalinda H. Gutierrez.

Dated: <u>1-16-2020</u>

Respectfully Submitted,

*/s/ Vanessa H. Gross*
Thomas P. Cartmell            MO# 45366
tcartmell@wcllp.com
Vanessa H. Gross              MO# 61250
vgross@wcllp.com
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372
**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on January 16, 2020.

*/s/ Vanessa H. Gross*
Vanessa H. Gross