UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Andrea I. Cobbs-Green v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:19-cv-20216* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 14, 2019 on behalf of the plaintiff, Andrea I. Cobbs-Green.

Dated:  January 16, 2020        Respectfully Submitted by,

   **MOTLEY RICE LLC**

   /s/ Carmen S. Scott
   Carmen S. Scott
   cscott@motleyrice.com
   28 Bridgeside Blvd.
   Mt. Pleasant, SC 29464
   (843) 216-9160
   (843) 216-9450 (Facsimile)

   *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 16, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

              **MOTLEY RICE LLC**

              /s/ Carmen S. Scott
              Carmen S. Scott