UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Suzanne P. Simpkins v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:19-cv-20548* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 20, 2019 on behalf of the plaintiff, Suzanne P. Simpkins.

Dated:  <u>January 16, 2020</u>                    Respectfully Submitted by,

                                                **MOTLEY RICE LLC**

                                                <u>/s/ Carmen S. Scott</u>
                                                Carmen S. Scott
                                                cscott@motleyrice.com
                                                28 Bridgeside Blvd.
                                                Mt. Pleasant, SC 29464
                                                (843) 216-9160
                                                (843) 216-9450 (Facsimile)

                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                    **MOTLEY RICE LLC**

                    /s/ Carmen S. Scott
                    Carmen S. Scott