# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Pamela L. Michaels v. Johnson & Johnson, et al.* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 16, 2020 on behalf of the plaintiff, Pamela L. Michaels.

Dated: <u>January 17, 2020</u>

Respectfully Submitted by,

MCGOWAN, HOOD & FELDER, LLC

<u>/s/ James L. Ward, Jr.</u>
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Phone: 843-388-7202
jward@mcgowanhood.com

S. Randall Hood
1539 Health Care Drive
Rock Hill, SC 29732
Phone: 803-327-7800
rhood@mcgowanhood.com

John Gressette Felder, Jr.
1517 Hampton Street
Columbia, SC 29201
Phone: 803-779-0100
jfelder@mcgowanhood.com

**Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2020, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

      MCGOWAN, HOOD & FELDER, LLC

      */s/ James L. Ward, Jr.*
      James L. Ward, Jr.
      321 Wingo Way, Suite 103
      Mt. Pleasant, SC 29464
      Phone:  843-388-7202
      jward@mcgowanhood.com

      S. Randall Hood
      1539 Health Care Drive
      Rock Hill, SC 29732
      Phone:  803-327-7800
      rhood@mcgowanhood.com

      John Gressette Felder, Jr.
      1517 Hampton Street
      Columbia, SC 29201
      Phone: 803-779-0100
      jfelder@mcgowanhood.com