# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 |
| This Document Relates to: | 3:16-md-02738-FLW-LHG |
| Melissa Parsons and Terry Lee Parsons, v. Johnson & Johnson, Johnson & Johnson Consumer, Inc. f/k/a Johnson & Johnson Consumer Companies, Inc. and Pikeville Radiology, PLLC Civil Case No. 3:19-cv-21967-FLW | |

## ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

This matter having come before the Court pursuant to Plaintiffs' Motion to Remand this action back to the Pike Circuit Court; the issues having been fully briefed herein; Court having considered arguments of counsel; the Court having reviewed the record and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand is hereby GRANTED and this action is hereby remanded to the Pike Circuit Court for further proceedings therein.

Dated this the ____day of _____, 2020.

_____
Judge, United States District Court
District of New Jersey