UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:**<br><br>*Diane Massie vs. Johnson & Johnson, Inc., et al.*, Case No. 3:19-cv-21237<br><br>*Amanda Mace vs. Johnson & Johnson, Inc., et al.*, Case No. 3:19-cv-21235<br><br>*Tanya Kobek vs. Johnson & Johnson, Inc., et al.,* Case No. 3:19-cv-21239 | NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of David B. Franco as additional counsel of record for the Plaintiffs in the above-captioned actions. All notices and copies of pleadings, papers, and other materials relevant to these actions that are not served via the ECF system should be directed to and served upon:

> David B. Franco
> 500 W. 2nd Street
> Floor 19, Suite 138
> Austin, TX  78701
> Telephone: (512) 714-2223
> Facsimile: (504) 229-6730
> Email: dfranco@dfrancolaw.com

Dated: January 21, 2020

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (Texas Bar No. 24072097)

**FRANCOLAW, PLLC**
500 W. 2nd Street
Floor 19, Suite 138
Austin, TX  78701
Telephone: (512) 714-2223
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2020, I electronically filed the foregoing Notice of Appearance with the Clerk of Court of the United States District Court for the District of New Jersey by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                  *s/ David B. Franco*
                                                  David B. Franco, Esq.