UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Vicki McEntyre and Ronnie McEntyre <br> 3:20-CV-00623 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on January 17, 2020 on behalf of Plaintiffs Vicki McEntyre and Ronnie McEntyre.

| | |
|---|---|
| Dated: January 21, 2020 | Respectfully Submitted by, <br> /s/ Michael Akselrud <br> Michael Akselrud <br> The Lanier Law Firm, PC <br> 21550 Oxnard St., 3rd Fl. <br> Woodland Hills, CA 91367 <br> (310) 277-5100 <br> Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: January 21, 2020            /s/ Michael Akselrud
                      Michael Akselrud
                      The Lanier Law Firm, PC
                      21550 Oxnard St., 3rd Fl
                      Woodland Hills, CA 91367
                      (310) 277-5100
                      Counsel for Plaintiff(s)