# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Sonya Lufkin and Scott Lufkin <br> 3:20-CV-00627 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on January 17, 2020 on behalf of Plaintiffs Sonya Lufkin and Scott Lufkin.

Dated: January 21, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: January 21, 2020                          /s/ Michael Akselrud
                                                               Michael Akselrud
                                                               The Lanier Law Firm, PC
                                                               21550 Oxnard St., 3rd Fl
                                                               Woodland Hills, CA 91367
                                                               (310) 277-5100
                                                               Counsel for Plaintiff(s)