# UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>This document relates to:<br><br>*CONNIE WILLIAMS*<br><br>3:20-cv-00671-FLW-LHG | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed January 21, 2020 on behalf of Plaintiff *Connie Williams*.

Dated: This 21st day of January, 2020.        Respectfully Submitted by,

CORRIE YACKULIC LAW FIRM, PLLC        GLP ATTORNEYS, P.S., INC.

*/s/ Corrie J. Yackulic*                            */s/ Melissa J. Westberg*
Corrie J. Yackulic                                  Melissa J. Westberg
110 Prefontaine Place South, Suite 304   2601 4th Ave, Floor 6
Seattle, WA 98104                                  Seattle, WA 98121
Tel. 206-787-1915                                  Tel. 206-435-7617
Fax. 206-299-9725                                 Fax. 206-448-4640
corrie@cjylaw.com                               mwestberg@glpattorneys.com

Counsel for Plaintiff                              Counsel for Plaintiff

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 21, 2020, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

              */s/ Corrie Yackulic*
              Corrie Yackulic