UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| ANITA V. TATE, INDIVIDUALLY AND FOR THE ESTATE OF PARA L. TATE, | |
| Plaintiffs, | Civil Action No.: 3:20-cv-00530 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 16th day of January 2020 on behalf of Anita V. Tate, individually and for the Estate of Para L. Tate.

Dated: 1/22/2020                                  Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　　　　　 */s/ W. Cameron Stephenson*
　　　　　　　　　　　　　　　　　　　　　　W. Cameron Stephenson
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 0051599
　　　　　　　　　　　　　　　　　　　　　　LEVIN PAPANTONIO THOMAS MITCHELL
　　　　　　　　　　　　　　　　　　　　　　RAFFERTY & PROCTOR, P.A.
　　　　　　　　　　　　　　　　　　　　　　316 South Baylen Street, Suite 600
　　　　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　　　　Telephone: (850) 435-7186
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (850) 436-6186
　　　　　　　　　　　　　　　　　　　　　　Email: cstephenson@levinlaw.com
　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ W. Cameron Stephenson