# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Linda Lawson and Robert Rubin<br>3:20-CV-00707 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on January 22, 2020 on behalf of Plaintiffs Linda Lawson and Robert Rubin.

Dated: January 22, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: January 22, 2020
                                                /s/ Michael Akselrud
                                                Michael Akselrud
                                                The Lanier Law Firm, PC
                                                21550 Oxnard St., 3rd Fl
                                                Woodland Hills, CA 91367
                                                (310) 277-5100
                                                Counsel for Plaintiff(s)