**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jeanine Huntington vs. Johnson & Johnson, et al.*<br>*Case No.: 3:18-cv-17809* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jeanine Huntington.

This 24th day of January 2020.

                                                Respectfully submitted,

                                                ONDERLAW, LLC

By:    */s/ Stephanie L. Rados*
           James G. Onder, #38049 MO
           William W. Blair, #58196 MO
           Stephanie L. Rados, #65117 MO
           110 E. Lockwood, 2nd Floor
           St. Louis, MO  63119
           314-963-9000 telephone
           314-963-1700 facsimile
           onder@onderlaw.com
           blair@onderlaw.com
           rados@onderlaw.com

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of January 2020.

                                                    */s/ Stephanie L. Rados*