IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **This document relates to:**<br><br>CAROLINE LOO-LEW<br>Civil Case No. 3:20-cv-00584-FLW-LHG | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 16, 2020, on behalf of Plaintiff CAROLINE LOO-LEW.

.

DATED: January 27, 2020                              Respectfully Submitted,

                                                                  KIESEL LAW LLP

                                                By:  */s/ Cherisse Heidi A. Cleofe*
                                                       Cherisse Heidi A. Cleofe (CA #290152)
                                                       Melanie Meneses Palmer (CA # 286752)
                                                       8648 Wilshire Boulevard
                                                       Beverly Hills, CA  90211
                                                       Tel. (310) 854-4444
                                                       Fax (310) 854-0812
                                                       cleofe@kiesel.law
                                                       palmer@kiesel.law

                                                       Haytham Faraj (CA # 291416)
                                                       (ARDC # 6286135)
                                                       LAW OFFICES OF HAYTHAM FARAJ
                                                       1935 W. Belmont Ave.
                                                       Chicago, IL 60657
                                                       Tel. (312) 635-0800
                                                       haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash H. Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd. West
Los Angeles, CA 90068
Tel. (323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: January 27, 2020				Respectfully Submitted,

						By:	*/s/ Cherisse Heidi A. Cleofe*
							Cherisse Heidi A. Cleofe
							KIESEL LAW LLP
							8648 Wilshire Boulevard
							Beverly Hills, California 90211
							Tel. (310) 854-4444
							Fax (310) 854-0812
							E-mail: cleofe@kiesel.law

							Counsel for Plaintiff