**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

---

**IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Jeanne Stanton-Irick vs. Johnson & Johnson, et al.*
*Case No.: 3:19-cv-01129*

**MDL NO. 2738 (FLW) (LHG)**

---

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Jeanne Stanton-Irick.

This 28th day of January 2020.

Respectfully submitted,

ONDERLAW, LLC

By:     */s/ Stephanie L. Rados*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of January 2020.


/s/ Stephanie L. Rados