UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-md-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| VICTORIA L. SARVEY, | |
| Plaintiff | |
| v. | Civil Action No.: 3:20-cv-01054 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 30, 2020 on behalf of Plaintiff Victoria L. Sarvey.

Dated: February 3, 2020

Respectfully Submitted,

/s/ Vanessa H. Gross
Thomas P. Cartmell          MO# 45366
Vanessa H. Gross            MO# 61250
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816-531-2372
tcartmell@wcllp.com
vgross@wcllp.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on February 3, 2020.

/s/ Vanessa H. Gross