UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** **JOHNNY BURGESS,**           **Plaintiff,** **v.** **JOHNSON & JOHNSON, et al.,**           **Defendants.** | **MDL NO. 2738 (FLW) (LHG)** Case No. 3:20-CV-1139-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on January 31, 2020, on behalf of Plaintiff JOHNNY BURGESS.

Dated: February 3, 2020         Respectfully Submitted,

                                            By:  /s/ *Mark P. Robinson, Jr.*
                                                 Mark P. Robinson, Jr.
                                                 19 Corporate Plaza Drive
                                                 Newport Beach, CA 92660
                                                 949-720-1288 Phone
                                                 949-720-1292 Facsimile
                                                 mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that February 3, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.