UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: KENNA EDDY, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | MDL NO. 2738 (FLW) (LHG) Case No. 3:19-CV-21531-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on December 18, 2019, on behalf of Plaintiff KENNA EDDY.

Dated: February 3, 2020  Respectfully Submitted,

By:   /s/ *Mark P. Robinson, Jr.*
      Mark P. Robinson, Jr.
      19 Corporate Plaza Drive
      Newport Beach, CA 92660
      949-720-1288 Phone
      949-720-1292 Facsimile
      mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that February 3, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

       /s/ Mark P. Robinson Jr.
      MARK P. ROBINSON, JR.