## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: | |
| MARIE THAYER-GRAHAM, | Case No. 3:20-CV-1141-FLW-LHG |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

## <u>NOTICE OF FILING SHORT FORM COMPLAINT</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on January 31, 2020, on behalf of Plaintiff MARIE THAYER-GRAHAM.

Dated: February 3, 2020          Respectfully Submitted,


By:  /s/ *Mark P. Robinson, Jr.*
          Mark P. Robinson, Jr.
          19 Corporate Plaza Drive
          Newport Beach, CA 92660
          949-720-1288 Phone
          949-720-1292 Facsimile
          mrobinson@robinsonfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that February 3, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.


  /s/ Mark P. Robinson Jr.       
MARK P. ROBINSON, JR.