UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Allen Knight, Individually and on Behalf of the Estate of Barbara Joan Knight<br>3:20-CV-01070 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

   Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on January 31, 2020 on behalf of Plaintiffs Allen Knight, Individually and on Behalf of the Estate of Barbara Joan Knight.

Dated: February 4, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 4, 2020　　　　　　　　　　/s/ Michael Akselrud
　　　　　　　　　　　　　　　　　　　　　　Michael Akselrud
　　　　　　　　　　　　　　　　　　　　　　The Lanier Law Firm, PC
　　　　　　　　　　　　　　　　　　　　　　21550 Oxnard St., 3rd Fl
　　　　　　　　　　　　　　　　　　　　　　Woodland Hills, CA 91367
　　　　　　　　　　　　　　　　　　　　　　(310) 277-5100
　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff(s)