# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> NELOY SHAH AS THE PROPOSED REPRESENTATIVE OF THE ESTATE OF MALTI SHANTILAL SHAH <br> 3:20-cv-1130 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on January 31, 2020 on behalf of Neloy Shah as the Proposed Representative of the Estate of Malti Shantilal Shah.

Dated: January 31, 2020

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  January 31, 2020

                 */s/ Christopher R. LoPalo*
                 Christopher R. LoPalo, Esq.
                 400 Broadhollow Rd., Suite 305
                 Melville, NY 11747
                 Telephone: (212) 397-1000
                 Facsimile: (646) 927-1676
                 CLoPalo@NapoliLaw.com

                 *Attorneys for Plaintiff*