**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Buchta v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- Christine Buchta; 3:20-cv-915

This 5th day of February 2020.

                                                       Respectfully submitted by,

                                                      s/ D. Todd Mathews
                                                      D. Todd Mathews, #52502 (MO)
                                                      Gori Julian & Associates, P.C.
                                                      156 N. Main Street
                                                      Edwardsville, IL 62025
                                                      (618) 659-9833 – Telephone
                                                      (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 5th day of February 2020.

/s/ D. Todd Mathews
D. Todd Mathews