UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>JANET SAMUELS, PERSONAL REPRESENTATIVE OF THE ESTATE OF PILAR HESTRES<br><br>               Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, ET AL.,<br><br>               Defendants. | Civil Action No.: 3:17-CV-02384 |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Amended Short Form Complaint with Jury Demand was filed on February 12, 2020, on behalf of Plaintiff, Janet Samuels, Personal Representative of the Estate of Pilar Hestres.

Dated: February 12, 2020

Respectfully submitted by:

 /s/ Nicole L. Barber
Nicole L. Barber
Ventura Law
235 Main Street,
Danbury, CT 06810
203-800-8000
nicole@venturalaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 12, 2020, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                   /s/ *Nicole L. Barber*
                                                   Nicole L. Barber
                                                   Ventura Law
                                                   235 Main Street,
                                                   Danbury, CT 06810
                                                   203-800-8000
                                                   nicole@venturalaw.com