UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>VERNON DWELLE JR.,<br><br>                           Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC.,<br><br>                           Defendants. | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:20-cv-01451-FLW-LHG<br><br>DIRECT FILED ACTION |

### **NOTICE OF FILING SHORT FORM COMPLAINT**

Plaintiff hereby gives notice that pursuant to Case Management Order No. 8 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on February 12, 2020 on behalf of Plaintiff, Vernon Dwelle, Jr..

Dated: February 12, 2020

                                                              Respectfully submitted,

                                                              */s/ Eric D. Pearson*
                                                              Eric D. Pearson
                                                              Texas State Bar No. 15690472
                                                              eric@hop-law.com
                                                              Heygood, Orr & Pearson
                                                              6363 North State Hwy 161, Suite 450
                                                              Irving, Texas 75038
                                                              (214) 237-9001 Telephone
                                                              (214) 237-9002 Facsimile

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

    **/s/   Eric D. Pearson**
Eric D. Pearson

*ATTORNEY FOR PLAINTIFF*