## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| Kaley Majko, <br>                      Plaintiff, <br> v. <br> Johnson & Johnson, et al., <br>                      Defendants. | COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:20-cv-1341 <br><br> DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 2/07/2020 on behalf of Kaley Majko.

Dated: 2/13/2020

                                                THE DRISCOLL FIRM, P.C.

                                                BY: /s/ JOHN J. DRISCOLL
                                                JOHN J. DRISCOLL (#6276464)
                                                211 North Broadway, Suite 4050
                                                St. Louis, Missouri 63102
                                                Telephone No. (314) 932-3232
                                                Fax No. (314) 932-3233
                                                John@thedriscollfirm.com
                                                *Counsel for Plaintiff*