UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> __Brenda Cote__, <br><br>                              Plaintiff, <br> v. <br><br> __Johnson & Johnson, et al.__, <br><br>                              Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:20-cv-__1338__ <br><br> DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on __2/07/2020__ on behalf of __Brenda Cote__.

Dated: __2/13/2020__

                                                                              THE DRISCOLL FIRM, P.C.

                                                                              BY:  /s/ JOHN J. DRISCOLL
                                                                              JOHN J. DRISCOLL (#6276464)
                                                                              211 North Broadway, Suite 4050
                                                                              St. Louis, Missouri 63102
                                                                              Telephone No. (314) 932-3232
                                                                              Fax No. (314) 932-3233
                                                                              John@thedriscollfirm.com
                                                                              *Counsel for Plaintiff*