UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Deborah Proctor v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:20-cv-01497-FLW-LHG* | Civil Action: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice if hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 12, 2020 on behalf of Plaintiff Deborah Proctor.

Dated: February 13, 2020

Respectfully submitted,

/s/ Andrea L. Sapone
Andrea L. Sapone
AL Bar Number: ASB-4438-E68S
Harold T. McCall
TX Bar Number: 24054279
Annesley H. DeGaris
AL Bar Number: ASB-9182-A63A
**DEGARIS WRIGHT MCCALL**
2 North 20th Street, Suite 1030
Birmingham, AL 35203
Tel: (205) 509-1817
Fax: (205) 588-5231
Email:asapone@dwmlawyers.com;
hmccall@waynewright.com;
adegaris@dwmlawyers.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be send by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Andrea L. Sapone
Andrea L. Sapone

**DEGARIS WRIGHT MCCALL**