# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bartnick v. Johnson & Johnson, et al.*, | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that the Short Form Complaint and Jury Demand have been filed for the following Plaintiff and assigned the following case number:

- Debra Bartnick; 3:20-cv-1173

This 14th day of February 2020.

        Respectfully submitted by,

        s/ D. Todd Mathews
        D. Todd Mathews, #52502 (MO)
        Gori Julian & Associates, P.C.
        156 N. Main Street
        Edwardsville, IL 62025
        (618) 659-9833 – Telephone
        (618) 659-9834 – Facsimile

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of February 2020.

                <u>*/s/ D. Todd Mathews*</u>
                D. Todd Mathews