BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Linda Abeles*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

*This document relates to:*
Linda Abeles v. Johnson & Johnson, et al.
Case No. 3:20-cv-01600

Civil No. 3:16-md-2738-FLW-LHG

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form
Complaints) that the Short Form Complaint and Jury Demand was filed on February 14, 2020 on
behalf of Plaintiff Linda Abeles.

*/s/ Brittany S. Scott*
Brittany S. Scott
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(800) 898-2034 Telephone
(334) 954-7555 Facsimile
Brittany.Scott@BeasleyAllen.com

Attorneys for Plaintiff Linda Abeles

Dated: February 14, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ **Brittany S. Scott***
Brittany S. Scott

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.