UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**MARSHA LYNNE DIXON** | MDL NO. 2738 (FLW) (LHG)<br><br>Case No.: 3:17-cv-11113 |

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PCPC

COMES NOW Plaintiff, Marsha Lynne Dixon, and pursuant to Fed. R. Civ. P. 41, hereby dismisses without prejudice her claims against Defendant, Personal Care Products Council, only. None of the claims against the remaining Defendants shall be affected by this dismissal.

Dated: February 15, 2020

Respectfully Submitted by,

 /s/ Kristie M. Hightower
Kristie M. Hightower
Matthew E. Lundy
Nicholas J. Kohrs
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
PO Box 3010
Lake Charles, LA 70602
Tel: (337)439-0707
Fax: (337)439-1029
khightower@lundylawllp.com
mlundy@lundylawllp.com
nkohrs@lundylawllp.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 15, 2020

/s/ Kristie M. Hightower
Kristie M. Hightower
Matthew E. Lundy
Nicholas J. Kohrs
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
PO Box 3010
Lake Charles, LA 70602
Tel: (337)439-0707
Fax: (337)439-1029
khightower@lundylawllp.com
mlundy@lundylawllp.com
nkohrs@lundylawllp.com