UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**VALERIE WARDELL STILL, individually, and as Administrator of the Estate of HELEN MARIE WARDELL** | MDL NO. 2738 (FLW) (LHG)<br><br>Case No.: 3:18-cv-02563 |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PCPC**

COMES NOW Plaintiff, Valerie Wardell Still, individually, and as Administrator of the Estate of Helen Marie Wardell, and pursuant to Fed. R. Civ. P. 41, hereby dismisses without prejudice her claims against Defendant, Personal Care Products Council, only. None of the claims against the remaining Defendants shall be affected by this dismissal.

Dated: February 15, 2020                    Respectfully submitted by,

                                                                                              /s/ Kristie M. Hightower
                                                                                             Kristie M. Hightower
                                                                                             Matthew E. Lundy
                                                                                             Nicholas J. Kohrs
                                                                                             Lundy, Lundy, Soileau & South, llp
                                                                                             501 Broad Street
                                                                                             Lake Charles, LA 70601
                                                                                             PO Box 3010
                                                                                             Lake Charles, LA 70602
                                                                                             Tel: (337)439-0707
                                                                                             Fax: (337)439-1029
                                                                                             khightower@lundylawllp.com
                                                                                             mlundy@lundylawllp.com
                                                                                             nkohrs@lundylawllp.com

                                                                                             *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  February 15, 2020

/s/ Kristie M. Hightower
Kristie M. Hightower
Matthew E. Lundy
Nicholas J. Kohrs
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
PO Box 3010
Lake Charles, LA 70602
Tel: (337)439-0707
Fax: (337)439-1029
khightower@lundylawllp.com
mlundy@lundylawllp.com
nkohrs@lundylawllp.com