UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**YASMIN J. SYED** | MDL NO. 2738 (FLW) (LHG)<br><br>Case No.: 3:17-cv-07931 |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PCPC**

COMES NOW Plaintiff, Yasmin J. Syed, and pursuant to Fed. R. Civ. P. 41, hereby dismisses without prejudice her claims against Defendant, Personal Care Products Council, only. None of the claims against the remaining Defendants shall be affected by this dismissal.

Dated:  February 15, 2020                                       Respectfully Submitted by,

                                                         /s/ Kristie M. Hightower
                                                        Kristie M. Hightower
                                                        Matthew E. Lundy
                                                        Nicholas J. Kohrs
                                                        LUNDY, LUNDY, SOILEAU & SOUTH, LLP
                                                        501 Broad Street
                                                        Lake Charles, LA 70601
                                                        PO Box 3010
                                                        Lake Charles, LA 70602
                                                        Tel: (337)439-0707
                                                        Fax: (337)439-1029
                                                        khightower@lundylawllp.com
                                                        mlundy@lundylawllp.com
                                                        nkohrs@lundylawllp.com

                                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 15, 2020

/s/ Kristie M. Hightower
Kristie M. Hightower
Matthew E. Lundy
Nicholas J. Kohrs
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
PO Box 3010
Lake Charles, LA 70602
Tel: (337)439-0707
Fax: (337)439-1029
khightower@lundylawllp.com
mlundy@lundylawllp.com
nkohrs@lundylawllp.com