**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Mary Dimond, Individually and As Personal Representative of the Estate of Erica Alamillo, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:20-cv-00055* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Mary Dimond, Individually and As Personal Representative of the Estate of Erica Alamillo, Deceased.

This 17th day of February 2020.

                                                                     Respectfully submitted,

                                                                     ONDERLAW, LLC

                            By:    */s/ Stephanie L. Rados*
                                       James G. Onder, #38049 MO
                                       William W. Blair, #58196 MO
                                       Stephanie L. Rados, #65117 MO
                                       110 E. Lockwood, 2nd Floor
                                       St. Louis, MO  63119
                                       314-963-9000 telephone
                                       314-963-1700 facsimile
                                       onder@onderlaw.com
                                       blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of February 2020.

*/s/ Stephanie L. Rados*