**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*David Armstrong, Individually and As Personal Representative of the Estate of Gwendolyn Walker, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:20-cv-00578* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, David Armstrong, Individually and As Personal Representative of the Estate of Gwendolyn Walker, Deceased.

This 18th day of February 2020.

    Respectfully submitted,

    ONDERLAW, LLC

By:   */s/ Stephanie L. Rados*
      James G. Onder, #38049 MO
      William W. Blair, #58196 MO
      Stephanie L. Rados, #65117 MO
      110 E. Lockwood, 2nd Floor
      St. Louis, MO 63119
      314-963-9000 telephone
      314-963-1700 facsimile
      onder@onderlaw.com
      blair@onderlaw.com

rados@onderlaw.com

## **Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of February 2020.

                */s/ Stephanie L. Rados*