UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEWJERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>Hector E. Duran, III, surviving child of Rosa Maria Duran; Case No. 3:20-CV-1471 | MDL No. 2738 (FLW) (LHG)<br>Civil Action No. 3:16-MD-2738 |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 12, 2020 on behalf of Plaintiff Hector E. Duran, III, surviving child of Rosa Maria Duran.

Dated:  February 18, 2020

Respectfully submitted,

**SHAW COWART, LLP**

By: ___/s/ Ethan L. Shaw___
Ethan L. Shaw (TX Bar No. 18140480)
John P. Cowart (TX Bar No. 04919500)
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
(512) 499-8900 telephone
(512) 320-8906 facsimile
elshaw@shawcowart.com
jcowart@shawcowart.com

*Attorneys for Plaintiff Hector E. Duran, III*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Ethan L. Shaw*
Ethan L. Shaw