BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Sharon Schumacher*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Sharon Schumacher v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-01683 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 18, 2020 on behalf of Plaintiff Sharon Schumacher.

                                                           */s/ Lauren A. James*
                                                         Lauren A. James
                                                         BEASLEY ALLEN CROW METHVIN
                                                         PORTIS & MILES, P.C.
                                                         218 Commerce Street
                                                         Montgomery, Alabama 36104
                                                         (800) 898-2034 Telephone
                                                         (334) 954-7555 Facsimile
                                                         Lauren.James@BeasleyAllen.com

                                                         Attorneys for Plaintiff Sharon Schumacher

Dated: February 18, 2020

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 18, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ Lauren A. James*
              Lauren A. James

              BEASLEY ALLEN CROW METHVIN
              PORTIS & MILES, P.C.