UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

**THIS DOCUMENT RELATES TO:**

*Allesia Muldrow*
**Case No.:** 3:20-cv-01468

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Allesia Muldrow.

This 18th day of February, 2020,

/s/Steven D. Davis
TorHoerman Law LLC
Steven D. Davis, IL 6281263
210 South Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile:  (618) 656-4401
sdavis@thlawyer.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th  day of February, 2020.

      /s/Steven D. Davis
      TorHoerman Law LLC
      Steven D. Davis, IL 6281263
      210 South Main Street
      Edwardsville, IL 62025
      Telephone: (618) 656-4400
      Facsimile:  (618) 656-4401
      sdavis@thlawyer.com