## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been electronically filed with the Court this 18th day of February, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Jessica L. Brennan*
Jessica L. Brennan
600 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 549-7164
Facsimile: (973) 360-9831
E-mail: jessica.brennan@faegredrinker.com
