## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Margaret Nottingham vs. Johnson & Johnson, et al.*<br>*Case No.: 3:19-cv-4418* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Margaret Nottingham.

  This 20th day of February 2020.

                   Respectfully submitted,

                   ONDERLAW, LLC

            By: */s/ Stephanie L. Rados*
               James G. Onder, #38049 MO
               William W. Blair, #58196 MO
               Stephanie L. Rados, #65117 MO
               110 E. Lockwood, 2nd Floor
               St. Louis, MO  63119
               314-963-9000 telephone
               314-963-1700 facsimile
               onder@onderlaw.com
               blair@onderlaw.com
               rados@onderlaw.com

## Certificate of Service

   The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of February 2020.

                      */s/ Stephanie L. Rados*