IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIBILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| This Document Relates to: Brian R. Dieckmann, et al. v. Johnson & Johnson, et al. Civil Action No. 3:20-cv-01691-FLW-LHG | **Notice of Filing** |

    Notice is hereby given pursuant to Case Management Order No. 3 (filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 18, 2020, on behalf of the Plaintiff Brian R. Dieckmann, individually and as Personal Representative of the Estate of Cheryl Ann Dieckmann.

Date: February 20, 2020

Respectfully submitted:

RILEY WILLIAMS & PIATT, LLC

/s/ *William N. Riley*
William N. Riley (#14941-49)
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
317.633.5270
Fax: 317.426.3348
wriley@rwp-law.com

*Counsel for Plaintiff*

## **Certificate of Service**

      I hereby certify that on the 20th day of February, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               /s/ *William N. Riley*
                                               William N. Riley