**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON <br> TALCUM POWDER PRODUCTS <br> MARKETING, SALES PRACTICES, AND <br> PRODUCTS LIABILITY LITIGATION <br><br> CARL SMITH, Individually and as Surviving Spouse of TYRA M. SMITH, <br><br>                      Plaintiffs, <br> v. <br><br> JOHNSON & JOHNSON and <br> JOHNSON & JOHNSON CONSUMER INC., <br>                      Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS GOODMAN <br><br><br> Civil Action No.: 3:20-cv-01915 |

## NOTICE OF FILING

       Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 21, 2020 on behalf of Plaintiff, Carl Smith, Individually and as suviving spouse of Tyra M. Smith.

Dated: 2/24/2020                              Respectfully Submitted by,

                                                         */s/ Peter A. Miller*
                                                         Peter A. Miller (VA# 47822)
                                                         Miller DellaFera PLC
                                                         3420 Pump Rd., PMB 404
                                                         Henrico, VA 23233
                                                         Tel: (800) 401-6670
                                                         Fax: (888) 830-1488

                                                      **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on February 24, 2020.

*/s/ Peter A. Miller*
Peter A. Miller