**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to*:<br><br>Melissa Archer: 3:18-cv-11989<br>William Hartley, Individually, And as Representative of the Estate of Sherry Hartley: 3:18-cv-15228<br>Christine Jay: 3:19-cv-08165<br>Robbie McKee: 3:18-cv-11475<br>Lori Rathburn-Hutchens: 3:19-cv-09283<br>Darwin Shriver, Individually, And as Administrator of the Estate of Barbara Shriver: 3:19-cv-08169<br>Pamela Vornholt: 3:18-cv-12008 | Civil Action No.<br>__MDL No. 16-2738 (FLW)(LHG)__ |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiffs Melissa Archer, William Hartley, Individually, And as Representative of the Estate of Sherry Hartley, Christine Jay, Robbie McKee, Lori Rathburn-Hutchens, Darwin Shriver, Individually, And as Administrator of the Estate of Barbara Shriver, and Pamela Vornholt.

s/ Steve Faries
Steve Faries
Mark R. Mueller
MUELLER LAW PLLC
404 W. 7th St.
Austin, TX 78701
(512) 478-1236
receptionist@muellerlaw.com
*Attorneys for Plaintiffs*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>February 25 2020</u>, a copy, of the foregoing NOTICE OF APPEARANCE was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.


<u>s/ Steve Faries</u>
Steve Faries

MUELLER LAW PLLC