UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>KATHLEEN ANN MANNINO,<br><br>Case No.: 3:20-cv-01991-FLW-LHG | MDL NO. 3:16-md-02738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order Nos. 1, 2, and 3 that the Short Form Complaint and Demand for Jury Trial on behalf of Kathleen Ann Mannino was filed on February 25, 2020, in Case No. 3:20-cv-01991-FLW-LHG.

Respectfully Submitted by,

By: /s/ *Yechezkel Rodal*
Yechezkel Rodal, Esq.
Florida Bar No. 091210
Rodal Law, P.A.
*Attorney for Plaintiff*
5300 N.W. 33rd Ave., Suite 219
Ft. Lauderdale, Florida 33309
Telephone: (954) 367-5308
chezky@Rodallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ *Yechezkel Rodal*
Yechezkel Rodal, Esq.
Florida Bar No.  091210
Rodal Law, P.A.
*Attorney for Plaintiff*
5300 N.W. 33rd Ave., Suite 219
Ft. Lauderdale, Florida 33309
Telephone: (954) 367-5308
chezky@Rodallaw.com