BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Betty Shirley*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Betty Shirley v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-01993 | Civil No. 3:16-md-2738-FLW-LHG |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 25, 2020 on behalf of Plaintiff Betty Shirley.

*/s/ Lauren A. James*
Lauren A. James
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(800) 898-2034 Telephone
(334) 954-7555 Facsimile
Lauren.James@BeasleyAllen.com

Attorneys for Plaintiff Betty Shirley

Dated: February 25, 2020

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 25, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Lauren A. James*
Lauren A. James

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.