**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Marta S. Candelario v. Johnson & Johnson, et al.*<br>*Case No.: 3:20-cv-01968-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on February 25, 2020, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiff, Marta Candelario.


Dated:  February 26, 2020         SULLIVAN PAPAIN BLOCK McGRATH
                                                        & CANNAVO P.C.


                                                      By: /s/ Craig M. Silverman
                                                          Craig M. Silverman (DC #500798)
                                                          120 Broadway – 27th Floor
                                                          New York, New York 10271
                                                          Phone: (212) 732-9000
                                                          Fax: (212) 266-4141
                                                          Email: Csilverman@triallaw1.com

                                                          *Counsel for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              /s/ Craig M. Silverman
                                              Craig M. Silverman