# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| SAMIERRAH SMITH, | COMPLAINT AND JURY DEMAND |
| Plaintiff, v. | Civil Action No: 3:20-cv-01978 |
| JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on February 25, 2020 on behalf of Samierrah Smith.

Dated: February 27, 2020

Respectfully submitted:

_____
MICHAEL GOETZ, ESQUIRE
Florida Bar No. 963984
Morgan & Morgan
Complex Litigation Group
One Tampa City Center, 7th Floor
201 N. Franklin Street
Tampa, Florida 33602
Telephone (813) 223-5505
Facsimile (813) 223-5402
E-Mail: MGoetz@forthepeople.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system February 27, 2020.

                <u>/s/ Michael Goetz</u>
                Attorney for Plaintiff