UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Keith Camp, Individually<br>and on Behalf of the Estate of Andrea Camp, deceased,<br><br>3:20-cv-00212 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 6, 2020 on behalf of Plaintiff(s) Keith Camp, Individually and on Behalf of the Estate of Andrea Camp, deceased. Dated: February 27, 2020

                                          Respectfully submitted,

                                          /s/ *Matthew R. McCarley*

                                          Matthew R. McCarley
                                          Texas Bar No. 24041426
                                          **FEARS NACHAWATI, PLLC**
                                          5473 Blair Road
                                          Dallas, TX 75231
                                          mccarley@fnlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Matthew R. McCarley*

Matthew R. McCarley
Texas Bar No. 24041426
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com