Wendy R. Fleishman (*pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** <br><br> CIVIL ACTION NO.: 3:19-CV-20394 |
| THIS DOCUMENT RELATES TO: <br><br> *Karen Lynne Davis And James Davis v. Johnson & Johnson, et al.* | **UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL DEATH CLAIMS** |

James Davis, as the surviving spouse for Karen Lynne Davis, moves the Court for an Order substituting him as plaintiff in this action and leave to file the Amended Complaint asserting claims for wrongful death and survival.

James Davis should be duly substituted as plaintiff in this action under the provisions of Rule 25(a)(1) of the Federal Rules of Civil Procedure because:

1929008.1

1. Karen Lynne Davis, decedent, commenced this action before her death. (ECF Dkt. No. 1.)

2. Decedent Karen Lynne Davis died on December 5, 2019 due to injuries caused by the negligent acts and omissions as alleged in her original Complaint. (ECF Dkt. No. 1.) Decedent is survived by her husband, James Davis. Notice of and Suggestion of her death was filed with this Court on February 24, 2020. (ECF Dkt. No. 7.)

3. Under Mississippi law, Miss. Code § 11-7-13, a surviving spouse may bring an action for wrongful death damages.

4. Pursuant to New Jersey law, the claims made by Karen Lynne Davis against Defendants herein survive her death. N.J.S.A. 2A:15-3.[1] Under that law, the claims against the Defendants may be instituted as if the deceased person were still alive. The claims of Plaintiff Karen Lynne Davis, deceased, survive and pass to the Wrongful Death Beneficiaries.

5. A proposed First Amended Complaint also now alleging survival and wrongful death claims is attached hereto as **Exhibit A**.

6. Plaintiff's counsel has met and conferred with Defendants' counsel, who has indicated Defendants do not oppose the motion.

---

[1] *See also* Mississippi Wrongful Death statute, Miss. Code § 11-7-13 (allowing the right of action for personal injuries to survive the death of the injured).

1929008.1

- 3 -

7. This motion is timely in that the deadline for the Wrongful Death Beneficiaries to file a motion for substitution of parties is not expired.

Dated: February 27, 2020

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ *Wendy R. Fleishman*

Wendy R. Fleishman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Attorneys for Plaintiffs*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020 a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system.  Parties may access this filing through the Court's system.

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman

1929008.1