# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** <br><br> CIVIL ACTION NO.: 3:19-CV-20394 |
| THIS DOCUMENT RELATES TO: <br><br> Karen Lynne Davis And James Davis v. Johnson & Johnson, et al. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL DEATH CLAIMS** |

THIS MATTER having been opened to the Court upon an unopposed application of LIEFF CABRASER HEIMANN & BERNSTEIN, LLP, attorneys for the Estate of Karen Lynne Davis, for an Order allowing Plaintiff leave to substitute the plaintiff under Fed. R. Civ. P. 25(a)(1) and to file the First Amended Complaint, upon notice to all counsel of record, and with full consideration of all matters brought before this Court regarding the motion, and for good cause shown:

IT IS HEREBY on this _____ day of _____, 2020

1928989.1

ORDERED that the Unopposed Motion for Substitution of Plaintiff under Rule 25(a)(1) and for Leave to File Plaintiff's Fist Amended Complaint, be and hereby is granted.

**IT IS SO ORDERED.**

By: _____
HON. FREDA L. WOLFSON

1928989.1