UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-md-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| KENDRA D. MCMANUS, AS ADMINISTERATRIX OF THE ESTATE OF PAMELA D. WEST, DECEASED, | |
| Plaintiff | |
| v. | Civil Action No.: 3:20-cv-1793 |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 20, 2020 on behalf of Plaintiff Kendra D. McManus, as Administeratrix of the Estate of Pamela D. West, Deceased.

Dated: February 27, 2020

Respectfully Submitted,

*/s/ Vanessa H. Gross*
Thomas P. Cartmell          MO# 45366
Vanessa H. Gross            MO# 61250
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone:  (816) 701-1100
Facsimile:  (816-531-2372
tcartmell@wcllp.com
vgross@wcllp.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing systems on February 27, 2020.

                                                  */s/ Vanessa H. Gross*