UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>BARBARA LUCAS,<br><br>     Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br>     Defendants. | MDL No. 2738 (FLW) (LHG)<br><br><br><br><br>Civil Action No.: 3:20-cv-02064<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 26th day of February 2020 on behalf of Barbara Lucas.

Dated: 2/29/2020        Respectfully Submitted by,

                 */s/ W. Cameron Stephenson*
                W. Cameron Stephenson
                Florida Bar No.: 0051599
                LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
                316 South Baylen Street, Suite 600
                Pensacola, FL 32502
                Telephone: (850) 435-7186
                Facsimile: (850) 436-6186
                Email: cstephenson@levinlaw.com
                ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on the 29th day of February 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                 _/s/ W. Cameron Stephenson_