## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW)(LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| LINDA M. WATKINS, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., AND IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC. <br><br> Defendants. | COMPLAINT AND JURY DEMAND <br><br> Civil Action No. 3:20-cv-2183 <br><br><br> DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on February 28, 2020 on behalf of Linda M. Watkins.

Dated: March 2, 2020

Respectfully submitted,

GOLDENBERG HELLER & ANTOGNOLI, P.C.

By: */s/ Thomas J. Lech*
    Thomas J. Lech
    2227 South State Route 157
    Edwardsville, IL  62025
    Telephone:  (618) 656-5150
    Facsimile:  (618) 656-6230
    E-mail:  tlech@ghalaw.com

    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 2, 2020, the foregoing was served on all parties of record via the District of New Jersey electronic filing system.

/s/ *Thomas J. Lech*