UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br>THIS DOCUMENT RELATES TO:<br><br>JACQUELINE GUNTHER<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, ET AL.<br><br>Defendants. | MDL NO. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:17-cv-06315 |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no answer or motion for summary judgment having yet been filed by the Defendants, the Plaintiff, Jacqueline Gunther, hereby dismisses, without prejudice, all of her claims in the above-captioned case.

Dated: March 4, 2020

Respectfully submitted,

/s/ Nicole L. Barber
Nicole L. Barber (CT: ct22977)
Ventura Law
235 Main Street
Danbury, CT 06810
Phone: 203-800-8000
Fax: 203-791-9264
nicole@venturalaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 4, 2020, a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice as to All Defendants was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

            /s/ Nicole L. Barber
            Nicole L. Barber (CT: ct22977)
            Ventura Law
            235 Main Street
            Danbury, CT 06810
            Phone: 203-800-8000
            Fax: 203-791-9264
            nicole@venturalaw.com