UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Sharlinda Ross v. Johnson & Johnson, et al.<br>Case No: 3:20-CV-02141-FLW-LHG | Civil Action No.<br>3:20-CV-02141<br><br>MDL No. 2738 |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 27, 2020, on behalf of Plaintiff Sharlinda Ross.

                                            s/ Steve Faries
                                            Steve Faries
                                            Mark R. Mueller
                                            MUELLER LAW PLLC
                                            404 W. 7th St.
                                            Austin, TX 78701
                                            (512) 478-1236
                                            receptionist@muellerlaw.com

                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2020, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      s/ Steve Faries
      Steve Faries

      MUELLER LAW PLLC