**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW**
**JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** This document relates to: Edward Geb, Individually and on Behalf of the Estate of Kathleen Geb, deceased 3:20-CV-02451 | **MDL No. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 6, 2020 on behalf of Plaintiffs Edward Geb, Individually and on Behalf of the Estate of Kathleen Geb, deceased.

Dated: March 6, 2020                          Respectfully Submitted by,
                                              /s/ Michael Akselrud
                                              Michael Akselrud
                                              The Lanier Law Firm, PC
                                              21550 Oxnard St., 3rd Fl.
                                              Woodland Hills, CA 91367
                                              (310) 277-5100
                                              Counsel for Plaintiff(s)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: <u>March 6, 2020</u>                      /s/ Michael Akselrud
                                       Michael Akselrud
                                       The Lanier Law Firm, PC
                                       21550 Oxnard St., 3rd Fl
                                       Woodland Hills, CA 91367
                                       (310) 277-5100
                                       Counsel for Plaintiff(s)