**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Michael Nowicki, Individually and As Personal Representative of the Estate of Linda Nowicki, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:19-cv-8833* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Michael Nowicki, Individually and As Personal Representative of the Estate of Linda Nowicki, Deceased.

This 9th day of March 2020.

                 Respectfully submitted,

                 ONDERLAW, LLC

         By: */s/ Stephanie L. Rados*
             James G. Onder, #38049 MO
             William W. Blair, #58196 MO
             Stephanie L. Rados, #65117 MO
             110 E. Lockwood, 2nd Floor
             St. Louis, MO  63119
             314-963-9000 telephone
             314-963-1700 facsimile
             onder@onderlaw.com
             blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of March 2020.

*/s/ Stephanie L. Rados*