# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Linda Easley and Charles Easley<br>3:20-cv-02506 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 6, 2020 on behalf of Plaintiffs Linda Easley and Charles Easley
.

Dated: March 9, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: March 9, 2020                                       /s/ Michael Akselrud
                                                                     Michael Akselrud
                                                                     The Lanier Law Firm, PC
                                                                     21550 Oxnard St., 3rd Fl
                                                                     Woodland Hills, CA 91367
                                                                     (310) 277-5100
                                                                     Counsel for Plaintiff(s)