**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lorrie Fox v. Johnson & Johnson, et al.*<br>Case No.: 3:20-cv-02578 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Lorrie Fox.

Dated: March 10, 2020            Respectfully submitted,

                   By: */s/ Stuart L. Goldenberg*
                   Stuart L. Goldenberg (MN #0158719)
                   Noah C. Lauricella (MN #397896)
                   **GOLDENBERGLAW, PLLC**
                   800 LaSalle Avenue, Suite 2150
                   Minneapolis, MN 55402
                   (612) 333-4662 (Tel)
                   (612) 367-8107 (Fax)
                   slgoldenberg@goldenberglaw.com
                   nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th day of March, 2020.

                        */s/ Stuart L. Goldenberg*