UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Debra DeVito and John DeVito<br>3:20-CV-02551 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 9, 2020 on behalf of Plaintiffs Debra DeVito and John DeVito.

| | |
|---|---|
| Dated: March 13, 2020 | Respectfully Submitted by,<br>/s/ Michael Akselrud<br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl.<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: March 13, 2020                   /s/ Michael Akselrud
                                                             Michael Akselrud
                                                            The Lanier Law Firm, PC
                                                            21550 Oxnard St., 3rd Fl
                                                            Woodland Hills, CA 91367
                                                            (310) 277-5100
                                                            Counsel for Plaintiff(s)