## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of March, 2020.

/s/ Jennifer L. Orendi