## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

*Logis Plater, Individually and As Personal Representative*
*of the Estate of Dorothy Plater, Deceased vs. Johnson &*
*Johnson, et al.*
*Case No.: 3:20-cv-2162*

**MDL NO. 2738 (FLW) (LHG)**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Logis Plater, Individually and As Personal Representative of the Estate of Dorothy Plater,

Deceased.

This 14th day of March, 2020.

Respectfully submitted,

ONDERLAW, LLC

By:     /s/ Stephanie L. Rados
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com

rados@onderlaw.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of March, 2020.

*/s/ Stephanie L. Rados*