# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| K. BRISCOE-BEY on Behalf of Deceased Mother, MILDRED MAKER, et al.,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON,<br>JOHNSON & JOHNSON CONSUMER, INC.,<br><br>Defendants. | Case No.: 3:20-cv-00544-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 16, 2020, on behalf of Plaintiff, K. Briscoe-Bey on Behalf of Deceased Mother, Mildred Maker.

Date:  March 16, 2020

Respectfully Submitted,

*/s/ Eric D. Holland*
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                    */s/ Eric D. Holland*
                    Eric D. Holland – MO Bar #: 39935
                    Holland Law Firm, LLC
                    300 N. Tucker Blvd., Suite 801
                    St. Louis, MO 63101
                    Tel: 314-241-8111
                    Fax: 314-241-5554
                    Email: eholland@allfela.com

                    ***Attorneys for Plaintiff***