**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| RICHARD HELLER, on Behalf of CARYLON HELLER, Deceased, et al., Plaintiff, v. JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., Defendants. | Case No.: 3:20-cv-01098-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 31, 2020, on behalf of Plaintiff, Richard Heller, on Behalf of Carylon Heller, Deceased.

Date:  March 16, 2020

Respectfully Submitted,

*/s/ Eric D. Holland*
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/ Eric D. Holland
        Eric D. Holland – MO Bar #: 39935
        Holland Law Firm, LLC
        300 N. Tucker Blvd., Suite 801
        St. Louis, MO 63101
        Tel: 314-241-8111
        Fax: 314-241-5554
        Email: eholland@allfela.com

        *Attorneys for Plaintiff*