# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| **CRYSTAL MORRIS, et al.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JOHNSON & JOHNSON,**<br>**JOHNSON & JOHNSON CONSUMER, INC.,**<br><br>**Defendants.** | Case No.: 3:20-cv-01657-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 17, 2020, on behalf of Plaintiff, Crystal Morris.

Date:  March 16, 2020                               Respectfully Submitted,

                                                                            */s/ Eric D. Holland*
                                                                            Eric D. Holland – MO Bar #: 39935
                                                                            Holland Law Firm, LLC
                                                                            300 N. Tucker Blvd., Suite 801
                                                                            St. Louis, MO 63101
                                                                            Tel: 314-241-8111
                                                                            Fax: 314-241-5554
                                                                            Email: eholland@allfela.com

                                                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Eric D. Holland
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

*Attorneys for Plaintiff*