# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Ronald Landry, Individually and on Behalf of the Estate of Patricia Landry<br>3:20-CV-02807 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 13, 2020 on behalf of Plaintiffs Ronald Landry, Individually and on Behalf of the Estate of Patricia Landry.

| | |
|---|---|
| Dated: March 16, 2020 | Respectfully Submitted by,<br>/s/ Michael Akselrud<br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl.<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: March 16, 2020
                                    /s/ Michael Akselrud
                                    Michael Akselrud
                                    The Lanier Law Firm, PC
                                    21550 Oxnard St., 3rd Fl
                                    Woodland Hills, CA 91367
                                    (310) 277-5100
                                    Counsel for Plaintiff(s)