AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Sylvain Lessard, individually and as successor-in-interest to Eileen Cuti | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:17-cv-04665 |
| Johnson & Johnson, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sylvain Lessard, individually and as successor-in-interest to Eileen Cuti, Plaintiff              .

Date:  03/17/2020

/s/ Michael Akselrud
*Attorney's signature*

Michael Akselrud, 285033
*Printed name and bar number*

The Lanier Law Firm
21550 Oxnard St, 3rd Fl
Woodland Hills, CA 91367

*Address*

michael.akselrud@lanierlawfirm.com
*E-mail address*

(310) 277-5100
*Telephone number*

(310) 277-5103
*FAX number*