UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO:<br><br>RODERICK DORSEY,<br><br>               Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>               Defendants. | Case No. 3:20:CV-002675-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on March 11, 2020, on behalf of Plaintiff RODERICK DORSEY.

Dated: March 17, 2020                             Respectfully Submitted,

                                                                  By:   /s/ *Mark P. Robinson, Jr.*
                                                                       Mark P. Robinson, Jr.
                                                                       19 Corporate Plaza Drive
                                                                       Newport Beach, CA 92660
                                                                       949-720-1288 Phone
                                                                       949-720-1292 Facsimile
                                                                       mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that March 17, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.