**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Rebecca Corner vs. Johnson & Johnson, et al.*<br>*Case No.: 3:20-cv-2459* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rebecca Corner.

This 18th day of March 2020.

                                                                                                    Respectfully submitted,

                                                                                                    ONDERLAW, LLC

                                           By:    */s/ Stephanie L. Rados*
                                                                     James G. Onder, #38049 MO
                                                                     William W. Blair, #58196 MO
                                                                     Stephanie L. Rados, #65117 MO
                                                                     110 E. Lockwood, 2nd Floor
                                                                     St. Louis, MO  63119
                                                                     314-963-9000 telephone
                                                                     314-963-1700 facsimile
                                                                     onder@onderlaw.com
                                                                     blair@onderlaw.com
                                                                     rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of March 2020.

*/s/ Stephanie L. Rados*
