# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*<br>Beverly J. Spatafore and John A. Spatafore<br>Case No.: 3:20-cv-02076 | MDL No. 2738 (FLW) (LHG)<br><br>Civil Action No.: 3:20-cv-02076 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 19, 2020, on behalf of Plaintiffs Beverly J. Spatafore and John A. Spatafore.

                                                */s/C. Edward Amos, II*
                                                Scott S. Segal, Esq. (WV Bar# 4717)
                                                Jason P. Foster, Esq. (WV Bar# 10593)
                                                C. Edward Amos, II, Esq. (WV Bar# 12362)
                                                The Segal Law Firm
                                                810 Kanawha Blvd., East
                                                Charleston, WV 25301
                                                (304) 344-9100
                                                (304) 344-9105 (fax)
                                                Emails: scott.segal@segal-law.com;
                                                jason.foster@segal-law.com;
                                                edward.amos@segal-law.com

Dated: March 19, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/C. Edward Amos, II*
Scott S. Segal, Esq. (WV Bar# 4717)
Jason P. Foster, Esq. (WV Bar# 10593)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails:  scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com