# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| DALE WILLIAMS, INDIVIDUALLY AND FOR THE ESTATE OF MARGARET WILLIAMS, | |
| Plaintiffs, | Civil Action No.: 3:20-cv-02958 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 17th day of March 2020 on behalf of Dale Williams, individually and for the Estate of Margaret Williams.

Dated:  3/20/2020                                     Respectfully Submitted by,

                                              */s/ W. Cameron Stephenson*
                                              W. Cameron Stephenson
                                              Florida Bar No.: 0051599
                                              LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
                                              316 South Baylen Street, Suite 600
                                              Pensacola, FL 32502
                                              Telephone: (850) 435-7186
                                              Facsimile: (850) 436-6186
                                              Email: cstephenson@levinlaw.com
                                              ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ W. Cameron Stephenson