## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*John Perkins, Individually, and as Proposed Administrator of the Estate of Jeanie Perkins (deceased) v. Johnson & Johnson, et al.*<br>Case No.:  3:20-cv-03005-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on March 18, 2020 on behalf of Plaintiff John Perkins, Individually, and as Proposed Administrator of the Estate of Jeanie Perkins (deceased).

Dated: March 23, 2020

                                                Respectfully submitted,
                                                BERNSTEIN LIEBHARD, LLP

By:    */s/ Morris Dweck*
          Morris Dweck
          10 East 40th Street
          New York, NY 10016
          Phone: 212-779-1414
          Fax: 212-779-3218
          dweck@bernlieb.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on the 18th day of March, 2020.

*/s/ Morris Dweck*