UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>__Selena Avery__,<br><br>Plaintiff,<br>v.<br><br>__Johnson & Johnson, et al.__,<br><br>Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:20-cv-__2616__<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on __3/10/2020__ on behalf of __Selena Avery__.

Dated: __3/23/2020__

                                                   THE DRISCOLL FIRM, P.C.

                                                   BY: /s/ JOHN J. DRISCOLL
                                                   JOHN J. DRISCOLL (#6276464)
                                                   211 North Broadway, Suite 4050
                                                   St. Louis, Missouri 63102
                                                   Telephone No. (314) 932-3232
                                                   Fax No. (314) 932-3233
                                                   John@thedriscollfirm.com
                                                   *Counsel for Plaintiff*