UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Zaida Roberts,<br><br>                              Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.,<br><br>                              Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:20-cv-03169<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 3/23/2020 on behalf of Zaida Roberts.

Dated: 3/24/2020

THE DRISCOLL FIRM, P.C.

BY: /s/ JOHN J. DRISCOLL
JOHN J. DRISCOLL (#6276464)
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
John@thedriscollfirm.com
*Counsel for Plaintiff*