# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>ELIZABETH J. CAMPBELL,<br><br>      Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br>      Defendants. | MDL No. 2738 (FLW) (LHG)<br><br><br><br>Civil Action No.: 3:20-cv-03236<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 25th day of March 2020 on behalf of Elizabeth J. Campbell.

Dated:  3/27/2020            Respectfully Submitted by,

                   */s/ W. Cameron Stephenson*
                   W. Cameron Stephenson
                   Florida Bar No.: 0051599
                   LEVIN PAPANTONIO THOMAS MITCHELL
                   RAFFERTY & PROCTOR, P.A.
                   316 South Baylen Street, Suite 600
                   Pensacola, FL 32502
                   Telephone: (850) 435-7186
                   Facsimile: (850) 436-6186
                   Email: cstephenson@levinlaw.com
                   ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of March 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                        /s/ W. Cameron Stephenson