# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Donald L. Slack, Jr., Individually and on behalf of the estate of Irene Hansen-Norton <br> 3:20-CV-03259 | **MDL No. 2738 (FLW) (LHG)** |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 25, 2020 on behalf of Plaintiffs Donald L. Slack, Jr., Individually and on behalf of the estate of Irene Hansen-Norton.


Dated: March 30, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: March 30, 2020                /s/ Michael Akselrud
                                          Michael Akselrud
                                          The Lanier Law Firm, PC
                                          21550 Oxnard St., 3rd Fl
                                          Woodland Hills, CA 91367
                                          (310) 277-5100
                                          Counsel for Plaintiff(s)