Sindhu S. Daniel (NJ Bar No. 010711996)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to: <u>Edmond Collette as representative of the Estate of Angela Feltner, Deceased v. Johnson & Johnson, et al.;</u> <u>Case No. 3:20-cv-03411</u> | |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 30.2020 on behalf of Plaintiff, Edmond Collette as representative of the Estate of Angela Feltner, Deceased..

Dated: March 31, 2020

*/s/ Sindhu S. Daniel*
Sindhu S. Daniel (NJ Bar No. 010711996)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Sindhu Daniel
Sindhu Daniel