# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Teresa Hoffman 3:20-CV-03363 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 27, 2020 on behalf of Plaintiffs Teresa Hoffman

Dated: April 1, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: April 1, 2020                  /s/ Michael Akselrud
                                      Michael Akselrud
                                      The Lanier Law Firm, PC
                                      21550 Oxnard St., 3rd Fl
                                      Woodland Hills, CA 91367
                                      (310) 277-5100
                                      Counsel for Plaintiff(s)