UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Judy Schwampe and John Schwampe v. Johnson & Johnson, et al.*, Case No. 3:20-cv-03434. | MDL NO. 16-2738 (FLW) (LHG) |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Dkt. No. 7462) (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on March 31, 2020, on behalf of Plaintiffs Judy Schwampe and John Schwampe.

Dated this the 1st day of April, 2020.

Respectfully submitted,

LAW OFFICES OF JAMES S. ROGERS

s/ James S. Rogers
James S. Rogers, Washington Bar No. 5335

s/ Heather Cover
Heather Cover, Washington Bar No. 52146
1500 Fourth Avenue, Suite 500
Seattle, WA 98101
Phone: (206) 621-8525
Facsimile: (206) 223-8224
Email: jsr@jsrogerslaw.com
Email: heather@jsrogerslaw.com
Counsel for Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this court.

LAW OFFICES OF JAMES S. ROGERS

 s/ James S. Rogers
James S. Rogers, WSBA # 5335
Attorney for Plaintiffs