LINVILLE JOHNSON, PLLC.
1932 N. Druid Hills Rd., Suite 200
Atlanta, Georgia 30319
(404) 800-9882
*Attorneys for Plaintiff Debbie Lynn Bridges*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Debbie Lynn Bridges v. Johnson & Johnson, et al. Case No. 3:20-cv-03492 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 1, 2020 on behalf of Plaintiff Debbie Lynn Bridges.

*/s/ Blake G. Tanase*
Blake G. Tanase
LINVILLE JOHNSON, PLLC.
1932 N. Druid Hills Rd. NE, Suite 200
Atlanta, Georgia 30319
(404) 800-9882 Telephone
(833) 770-4972 Facsimile
Blake@yourattorney.com

Attorneys for Plaintiff Debbie Lynn Bridges

Dated: April 1, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Blake G. Tanase*
      Blake G. Tanase

      LINVILLE JOHNSON, PLLC.