## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of April, 2020.

/s/ <em>Jennifer L. Orendi</em>