UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Brenda Toler 3:20-CV-03494 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on April 1, 2020 on behalf of Plaintiffs Brenda Toler.

Dated: April 3, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

# CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: April 3, 2020	/s/ Michael Akselrud
	Michael Akselrud
	The Lanier Law Firm, PC
	21550 Oxnard St., 3rd Fl
	Woodland Hills, CA 91367
	(310) 277-5100
	Counsel for Plaintiff(s)