## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>**Richard L. Wilson as Personal Representative of the Estate of Dorothy Wilson, 3:20-cv-03500-FLW-LHG** | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April, 6, 2020, on behalf of Plaintiff, Richard L. Wilson as Personal Representative of the Estate of Dorothy L. Wilson.

Date:  April 8, 2020

                                              Respectfully Submitted,

                                              */s/ James L. Ferraro, Jr.*
                                              James L. Ferraro, Jr., Esq.
                                              Florida Bar No: 107494
                                              The Ferraro Law Firm, P.A.
                                              600 Brickell Avenue, Suite 3800
                                              Miami, Florida 33131
                                              Telephone: (305) 375-0111
                                              Facsimile: (305) 379-6222
                                              JJR@ferrarolaw.com

                                              ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                    */s/ James L. Ferraro, Jr.*
                                                   James L. Ferraro, Jr., Esq.
                                                   Florida Bar No: 107494
                                                   The Ferraro Law Firm, P.A.
                                                   600 Brickell Avenue, Suite 3800
                                                   Miami, Florida 33131
                                                   Telephone: (305) 375-0111
                                                   Facsimile: (305) 379-6222
                                                   JJR@ferrarolaw.com