# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Jami Parker<br><br><br><br>                              Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br>                              Defendants. | MDL No. 2738 (FLW) (LHG)<br>Master Docket No. 3:16-md-2738<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Case No. 3:20-cv-03684 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed a true and correct copy of the foregoing Notice of Filing with the Clerk of the Court via the CM/ECF system, which sent a notification of such filing to all counsel of record.

Dated: April 8, 2020

                                              Respectfully submitted,

                                              /s/: Randi Kassan
                                              SANDERS PHILLIPS GROSSMAN, LLC
                                              Randi Kassan, Esq.
                                              100 Garden City Plaza, Suite 500
                                              Garden City, NY 11530
                                              Phone: 516-741-5600
                                              Fax: 516-741-0128
                                              Email: rkassan@thesandersfirm.com