UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| **LILLIAN COX,** Plaintiff, v. **JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC.,** Defendants. | Case No.: 3:19-cv-20715-FLW-LHG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with no responsive pleadings having yet been filed by Defendants, Plaintiff, Lillian Cox, hereby gives notice that she voluntarily dismisses all Defendants without prejudice to refiling, and requests this Court terminate her action.

Date: April 9, 2020                        Respectfully Submitted,

                                           */s/ Eric D. Holland*
                                           Eric D. Holland – MO Bar #: 39935
                                           Holland Law Firm, LLC
                                           300 N. Tucker Blvd., Suite 801
                                           St. Louis, MO 63101
                                           Tel: 314-241-8111
                                           Fax: 314-241-5554
                                           Email: eholland@hollandtriallawyers.com

                                           *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2020, a copy of the foregoing NOTICE OF VOLUTNARY DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>  */s/ Eric D. Holland*
> Eric D. Holland – MO Bar #: 39935
> Holland Law Firm, LLC
> 300 N. Tucker Blvd., Suite 801
> St. Louis, MO 63101
> Tel: 314-241-8111
> Fax: 314-241-5554
> Email: eholland@allfela.com
>
> *Attorneys for Plaintiff*