# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SLAES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nyeema Jones v. Johnson & Johnson, et al.*<br><br>*Case No. 3:20-cv-3918* | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

    Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on April 10, 2020, on behalf of Nyeema Jones.

    Respectfully submitted,

Dated: April 10, 2020

    MARY ALEXANDER & ASSOCIATES, P.C.
    /s/ Mary E. Alexander
    Mary E. Alexander. Esq.
    Mary Alexander & Associates, P.C.
    44 Montgomery Street, Suite 1303
    San Francisco, CA 94104
    Telephone: (415) 433-4440
    Facsimile: (415) 433-5440
    malexander@maryalexanderlaw.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020, the above and foregoing document was filed electronically with the Clerk of the Court and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mary E. Alexander
Mary E. Alexander, Esq.