**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| JOAN BISHOP, | |
| Plaintiff, | Civil Action No.: 3:20-cv-03802 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 13th day of April 2020 on behalf of Joan Bishop.

Dated:  4/13/2020                                    Respectfully Submitted by,

                                                                                      */s/ W. Cameron Stephenson*
                                                                                      W. Cameron Stephenson
                                                                                      Florida Bar No.: 0051599
                                                                                      LEVIN PAPANTONIO THOMAS MITCHELL
                                                                                      RAFFERTY & PROCTOR, P.A.
                                                                                      316 South Baylen Street, Suite 600
                                                                                      Pensacola, FL 32502
                                                                                      Telephone: (850) 435-7186
                                                                                      Facsimile: (850) 436-6186
                                                                                      Email: cstephenson@levinlaw.com
                                                                                      ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of April 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                                                              */s/ W. Cameron Stephenson*