UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2378 (FLW) (LHG) |

**This document relates to:**
*Jacqueline B. Miller, et al. v. Johnson & Johnson, et al.*
Civil Action No.: 3:20-cv-3884

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 9, 2020, on behalf of Plaintiffs Jacqueline B. Miller and Eric L. Miller.

Dated:  April 14, 2020                             Respectfully submitted,

/s/Jennifer A. Moore
Jennifer A. Moore
Ashton Rose Smith
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com
ashton@moorelawgroup.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

> */s/Jennifer A. Moore*
> Jennifer A. Moore
> Ashton Rose Smith
> MOORE LAW GROUP, PLLC
> 1473 South 4th Street
> Louisville, KY  40208
> T: (502) 717-4080
> F: (502) 717-4086
> jennifer@moorelawgroup.com
> ashton@moorelawgroup.com
> *Counsel for Plaintiffs*