**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Robin Welton v. Johnson & Johnson, Inc., et al.*<br>Case No.: 3:20-cv-04306 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Robin Welton.

Dated: April 15, 2020              Respectfully submitted,

                     By: */s/ Stuart L. Goldenberg*
                     Stuart L. Goldenberg (MN #0158719)
                     Noah C. Lauricella (MN #397896)
                     **GOLDENBERGLAW, PLLC**
                     800 LaSalle Avenue, Suite 2150
                     Minneapolis, MN 55402
                     (612) 333-4662 (Tel)
                     (612) 367-8107 (Fax)
                     slgoldenberg@goldenberglaw.com
                     nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of April, 2020.

                     */s/ Stuart L. Goldenberg*