UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Carmen Washington v. Johnson & Johnson, Inc. et. al*<br>Case No.: 3:20-cv-03151 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Carmen Washington.

Dated: <u>April 15, 2020</u>

Respectfully submitted,

By: */s/ Nicholas J. Shemik*
Nicholas J. Shemik (NY #5316542)
**THE DIETRICH LAW FIRM P.C.**
1323 North Forest Road
Williamsville, New York
(716) 839-3939 (Tel)
(716) 970-4550 (Fax)
nshemik@calljed.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of April, 2020.

*/s/ Nicholas J. Shemik*