UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| This document relates to: Donna Mitchell on behalf of Pearl Toomer, Deceased  Case 3:20-cv-02917-FLW-LHG | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)**

COMES NOW Plaintiff, Donna Mitchell, on behalf of the Estate of Pearl Toomer, deceased, by and through her undersigned attorneys, The Driscoll firm, P. C., and herewith files her Notice of Voluntary Dismissal of Plaintiff's Complaint, without prejudice, in this matter.

Dated: April 16, 2020                    THE DRISCOLL FIRM, P.C.

BY:  /s/ JOHN J. DRISCOLL
JOHN J. DRISCOLL (#6276464)
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
John@thedriscollfirm.com
*Counsel for Plaintiff*