## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** |
| This document relates to: | Civil Action No.: 3:20-cv-3726 |
| Marston v. Johnson and Johnson, et al. | |

### NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury demand was filed on April 7, 2020 on

behalf of Dale Marston.


 Dated: April 17, 2020                                        Respectfully Submitted by,


                                                              /s/ James R. Segars, III
                                                             JAMES R. SEGARS, III
                                                             ATTORNEY FOR PLAINTIFFS


**GERALD J. DIAZ, JR.,** MSB # 6063
**JAMES R. SEGARS, III**, MSB #103605
**THE DIAZ LAW FIRM, PLLC**
208 Waterford Square, Suite 300
Madison, MS  39110
Phone: (601) 607-3456
Fax: (601) 607-3393
Email: joey@diazlawfirm.com
Email: tripp@diazlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2020, a copy of the foregoing Notice of Filing of Short

Form Complaint was filed electronically. Notice of this filing will be sent by operation of the

Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may

access this filing through the Court's system.

*/s/ James R. Segars, III*