## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** |
| This document relates to: | Civil Action No.: 3:20-cv-3511 |
| Pritchett, et al. v. Johnson and Johnson, et al. | |

## <u>NOTICE OF FILING</u>

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand was filed on April 1, 2020 on behalf of Michael Pritchett, Individually, and on behalf of all Wrongful Death Beneficiaries, and as Personal Representative of the Estate of Edith Pritchett.


Dated: April 17, 2020                              Respectfully Submitted by,


                                                     /s/ James R. Segars, III
                                                   JAMES R. SEGARS, III
                                                   ATTORNEY FOR PLAINTIFFS


**GERALD J. DIAZ, JR.,** MSB # 6063
**JAMES R. SEGARS, III**, MSB #103605
**THE DIAZ LAW FIRM, PLLC**
208 Waterford Square, Suite 300
Madison, MS  39110
Phone: (601) 607-3456
Fax: (601) 607-3393
Email: joey@diazlawfirm.com
Email: tripp@diazlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020, a copy of the foregoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

_/s/ James R. Segars, III_