**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Diane Plott vs. Johnson & Johnson, et al.* <br> *Case No.: 3:19-cv-12590* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Diane Plott.

This 20th day of April 2020.

                                                                            Respectfully submitted,

                                                                            ONDERLAW, LLC

                                         By:    */s/ Stephanie L. Rados*
                                                                James G. Onder, #38049 MO
                                                                 William W. Blair, #58196 MO
                                                                Stephanie L. Rados, #65117 MO
                                                                110 E. Lockwood, 2nd Floor
                                                                St. Louis, MO 63119
                                                                314-963-9000 telephone
                                                               314-963-1700 facsimile
                                                               onder@onderlaw.com
                                                               blair@onderlaw.com
                                                               rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of April 2020.

*/s/ Stephanie L. Rados*
