# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** <br><br> CIVIL ACTION NO.: 3:19-CV-20394 |
| THIS DOCUMENT RELATES TO: <br><br> Karen Lynne Davis And James Davis v. Johnson & Johnson, et al. | **ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL DEATH CLAIMS** |

THIS MATTER having been opened to the Court upon an unopposed application of LIEFF CABRASER HEIMANN & BERNSTEIN, LLP, attorneys for the Estate of Karen Lynne Davis, for an Order allowing Plaintiff leave to substitute the plaintiff under Fed. R. Civ. P. 25(a)(1) and to file the First Amended Complaint, upon notice to all counsel of record, and with full consideration of all matters brought before this Court regarding the motion, and for good cause shown:

IT IS HEREBY on this ___20th____ day of ____April_____, 2020

1928989.1

ORDERED that the Unopposed Motion for Substitution of Plaintiff under Rule 25(a)(1) and for Leave to File Plaintiff's First Amended Complaint [16-cv-2348 DE No. 12480 and 19-cv-20394 DE No. 8], be and hereby is GRANTED; Plaintiff is to file the First Amended Complaint within 7 days of the entry of this Order.

**IT IS SO ORDERED.**

By: _____
HON. LOIS H. GOODMAN