UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Lamb v. Johnson & Johnson, et al.,* Case No. 3:20-cv-4373 | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 16, 2020, on behalf of Plaintiff Loretta Lamb.

Dated: April 20, 2020              Respectfully Submitted by,

                                    /s/ Stacy K. Hauer

                                   Stacy Hauer, Esq.
                                   MN Bar No. 317093
                                   Jennell K. Shannon, Esq.
                                   MN Bar No. 398672
                                   Michael K. Johnson, Esq.
                                   MN Bar No. 258696
                                   **JOHNSON BECKER, PLLC**
                                   444 Cedar Street, Suite 1800
                                   St. Paul, MN 55101
                                   Phone: 612-436-1800
                                   Fax: 612-436-1801
                                   Email: mjohnson@johnsonbecker.com
                                   Email: shauer@johnsonbecker.com
                                   Email: jshannon@johnsonbecker.com

                                   ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Stacy K. Hauer

Stacy Hauer, Esq.
MN Bar No. 317093
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: shauer@johnsonbecker.com

ATTORNEY FOR PLAINTIFF