UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738 (FLW) (LHG) |
| This Document Relates to: *England et al. v. Johnson & Johnson et al* Case No. 3:20-cv-02135 | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order No. 8, that the Short Form Complaint with Jury Demand was filed on February 27, 2020 on behalf of Teresa England and Bailey Wayne England.

Dated: April 20, 2020

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN**

By: /s/ Wendy R. Fleishman
Wendy R. Fleishman (NY Bar No. 2500429)
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
wfleishman@lchb.com

### Certificate of Service

I hereby certify that on April 20, 2020 a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

/s/ Wendy R. Fleishman
Wendy R. Fleishman

1934304.1