**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>WHITNEY FANFA,<br>ADMINISTRATOR OF THE ESTATE OF<br>TONI L. FANFA<br><br>                Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, ET AL.,<br><br>                Defendants. | Civil Action No.: 3:17-CV-07646 |

**NOTICE OF FILING**

       Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that an amended Short Form Complaint with Jury Demand was filed on April 21, 2020, on behalf of the Plaintiff, Whitney Fanfa, Administrator of the Estate of Toni L. Fanfa.

| | |
|---|---|
| Dated: April 21, 2020 | Respectfully submitted by:<br><br>/s/ Nicole L. Barber<br>Nicole L. Barber<br>Ventura Law<br>235 Main Street<br>Danbury, CT 06810<br>nicole@venturalaw.com<br>203-800-8000 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 21, 2020, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ Nicole L. Barber
Nicole L. Barber
Ventura Law
235 Main Street
Danbury, CT 06810
nicole@venturalaw.com
203-800-8000