BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Mary Frances Hull*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Mary Frances Hull v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-04688 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 21, 2020 on behalf of Plaintiff Mary Frances Hull.

                                            */s/ Lauren A. James*
                                            Lauren A. James
                                            BEASLEY ALLEN CROW METHVIN
                                            PORTIS & MILES, P.C.
                                            218 Commerce Street
                                            Montgomery, Alabama 36104
                                            (800) 898-2034 Telephone
                                            (334) 954-7555 Facsimile
                                            Lauren.James@BeasleyAllen.com

                                            Attorneys for Plaintiff Mary Frances Hull

Dated: April 21, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                     */s/ Lauren A. James*
                                     Lauren A. James

                                     BEASLEY ALLEN CROW METHVIN
                                     PORTIS & MILES, P.C.