# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Lisa Ann McLaughlin <br> 3:20-CV-04679 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on April 21, 2020 on behalf of Plaintiffs Lisa Ann McLaughlin.

Dated: April 22, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on April 22, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: April 22, 2020                 /s/ Michael Akselrud
                                     Michael Akselrud
                                     The Lanier Law Firm, PC
                                     21550 Oxnard St., 3rd Fl
                                     Woodland Hills, CA 91367
                                     (310) 277-5100
                                     Counsel for Plaintiff(s)