**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: *Michele Haigh v. Johnson & Johnson, Inc., et al.* Case No.: 3:20-cv-04860 | |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Michele Haigh.

Dated: April 22, 2020                      Respectfully submitted,

                                                  By: */s/ Stuart L. Goldenberg*
                                                  Stuart L. Goldenberg (MN #0158719)
                                                  Noah C. Lauricella (MN #397896)
                                                  **GOLDENBERGLAW, PLLC**
                                                  800 LaSalle Avenue, Suite 2150
                                                  Minneapolis, MN 55402
                                                  (612) 333-4662 (Tel)
                                                  (612) 367-8107 (Fax)
                                                  slgoldenberg@goldenberglaw.com
                                                  nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of April, 2020.

                                                                      */s/ Stuart L. Goldenberg*