**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL No. 3:16-md-02738-FLW |
| THIS DOCUMENT RELATES TO: ) ) ) ) ) | |
| Sandy Forrest | |
| 2:20-cv-4967 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 23, 2020 on behalf of Plaintiff, Sandy Forrest.

Dated:  April 23, 2020Respectfully submitted,

/s/ Thomas V. Ayala
Thomas V. Ayala
Paige Alderson
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-662-7000
tayala@gelaw.com
palderson@gelaw.com

1

## **CERTIFICATE OF SERVICE**

I, Thomas V. Ayala, hereby certify that on this 23rd day of April, 2020, I electronically filed the foregoing Notice of Filing, using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ *Thomas V. Ayala*
Thomas V. Ayala