THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Telephone: (314) 932-3232
Facsimile: (314) 932-3233

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

IN RE: Johnson & Johnson Talcum Powder

MDL No. 2738

**NOTICE OF APPEARANCE**

   **COMES NOW**, Paul W. Johnson, and hereby enters his Appearance as additional counsel on behalf of the following matters.

| Case Title | Individual Case Number |
|---|---|
| Dalton v. Johnson & Johnson, et al. | 3:19-cv-12028 |
| Fuhrman, et al. v. Johnson & Johnson, et al. | 3:19-cv-12664 |
| Bailey et al v. Johnson & Johnson et al | 3:19-cv-12666 |
| Fritch v. Johnson & Johnson et al | 3:19-cv-12668 |
| Siniscal v. Johnson & Johnson et al | 3:19-cv-12669 |
| Potts v. Johnson & Johnson et al | 3:19-cv-12670 |
| Strickland v. Johnson & Johnson et al | 3:19-cv-12671 |
| Field v. Johnson & Johnson et al | 3:19-cv-12672 |
| Cushenberry v. Johnson & Johnson et al | 3:19-cv-12673 |
| Phillips v. Johnson & Johnson et al | 3:19-cv-12674 |
| Matthews v. Johnson & Johnson et al | 3:19-cv-13140 |
| Ginet v. Johnson & Johnson, et al. | 3:19-cv-13256 |
| Hallowell v. Johnson & Johnson et al | 3:19-cv-14222 |
| Martin v. Johnson & Johnson, et al. | 3:19-cv-17521 |
| Stuckey v. Johnson & Johnson, et al. | 3:19-cv-17523 |
| Graves, et al. v. Johnson & Johnson, et al. | 3:19-cv-17526 |
| Wosenu v. Johnson & Johnson, et al. | 3:19-cv-17527 |
| Bessette v. Johnson & Johnson et al | 3:19-cv-18211 |
| Waller v. Johnson & Johnson et al | 3:19-cv-18212 |
| Smith-Cooper v. Johnson & Johnson et al | 3:19-cv-18215 |
| Solano v. Johnson & Johnson et al | 3:19-cv-18219 |
| Brissell v. Johnson & Johnson et al | 3:19-cv-18229 |

| Case | Number |
|---|---|
| Cameron v. Johnson & Johnson et al | 3:19-cv-18267 |
| Clark v. Johnson & Johnson et al | 3:19-cv-18268 |
| Cotman-Ridge v. Johnson & Johnson et al | 3:19-cv-18269 |
| Crivello v. Johnson & Johnson et al | 3:19-cv-18270 |
| Davis v. Johnson & Johnson et al | 3:19-cv-18271 |
| Durso v. Johnson & Johnson et al | 3:19-cv-18272 |
| Flores v. Johnson & Johnson et al | 3:19-cv-18273 |
| Giangreco v. Johnson & Johnson et al | 3:19-cv-18274 |
| Gordon-Ozgul v. Johnson & Johnson et al | 3:19-cv-18276 |
| Krolikowski v. Johnson & Johnson et al | 3:19-cv-18278 |
| Lewis v. Johnson & Johnson et al | 3:19-cv-18309 |
| Pace et al v. Johnson & Johnson et al | 3:19-cv-18310 |
| Schaefer v. Johnson & Johnson et al | 3:19-cv-18311 |
| Lax v. Johnson & Johnson et al | 3:19-cv-18557 |
| Peterson Vv. Johnson & Johnson et al | 3:19-cv-18560 |
| Cortes v. Johnson & Johnson et al | 3:19-cv-18561 |
| Noel-Barr, et al. v. Johnson & Johnson et al | 3:19-cv-18562 |
| Taylor v. Johnson & Johnson et al | 3:19-cv-18614 |
| Lott et al v. Johnson & Johnson et al | 3:19-cv-18618 |
| Pelton v. Johnson & Johnson et al | 3:19-cv-18620 |
| Reed v. Johnson & Johnson et al | 3:19-cv-18624 |
| Koon v. Johnson & Johnson et al | 3:19-cv-18625 |
| Bey v. Johnson & Johnson et al | 3:19-cv-18628 |
| Garcia v. Johnson & Johnson et al | 3:19-cv-18629 |
| Weyh et al v. Johnson & Johnson et al | 3:19-cv-18630 |
| Bradley v. Johnson & Johnson et al | 3:19-cv-18633 |
| Walker et al v. Johnson & Johnson et al | 3:19-cv-18634 |
| Caesar v. Johnson & Johnson, et al. | 3:19-cv-19215 |
| Doty v. Johnson & Johnson, et al. | 3:19-cv-19219 |
| Higgins v. Johnson & Johnson et al | 3:19-cv-19220 |
| Hilburn v. Johnson & Johnson, et al. | 3:19-cv-19221 |
| Kelley v. JJ, et al. | 3:19-cv-19265 |
| Ledford v. Johnson & Johnson, eta L. | 3:19-cv-19266 |
| Montoya v. JJ, et al. | 3:19-cv-19-267 |
| Cohen v. JJ, et al. | 3:19-cv-19306 |
| Buckner, et al. v. Johnson & Johnson, et al. | 3:19-cv-20048 |
| Kuppinger v. Johnson & Johnson,et al. | 3:19-cv-20753 |
| Griffin v. JJ, et al. | 3:19-cv-22046 |
| Simon v. Johnson & Johnson, et al. | 3:19-cv-22047 |
| Gray v. Johnson & Johnson et A | 3:19-cv-22048 |
| Lipford v. Johnson & Johnson et al | 3:19-cv-22049 |
| Vogelsong v. Johnson & Johnson et al | 3:19-cv-22050 |
| Brieno et al v. Johnson & Johnson et al | 3:19-cv-22051 |
| Thomas et al v. Johnson & Johnson et al | 3:19-cv-22052 |
| Mcneel et al v. Johnson & Johnson et al | 3:19-cv-22053 |
| Williams et al v. Johnson & Johnson et al | 3:19-cv-22054 |
| Nalepka et al v. Johnson & Johnson et al | 3:19-cv-22055 |

| Case | Number |
|---|---|
| Henry et al v. Johnson & Johnson et al | 3:19-cv-22056 |
| Holder et al v. Johnson & Johnson et al | 3:19-cv-22057 |
| Malbrough et al v. Johnson & Johnson et al | 3:19-cv-22058 |
| Porter et al v. Johnson & Johnson et al | 3:19-cv-22059 |
| Blakes et al v. Johnson & Johnson et al. | 3:19-cv-22060 |
| RHOADS v. Johnson & Johnson et al | 3:19-cv-22061 |
| Russo v. Johnson & Johnson, et al. | 3:19-cv-22065 |
| MACKERT v. Johnson & Johnson et al | 3:19-cv-22067 |
| O'neill et al v. Johnson & Johnson et al | 3:19-cv-22070 |
| Bolender v. Johnson & Johnson et al | 3:19-cv-22072 |
| Mckenzie v. Johnson & Johnson et al | 3:19-cv-22074 |
| Johnson v. Johnson & Johnson, et al. | 3:19-cv-22077 |
| BLAIR v. Johnson & Johnson et al | 3:19-cv-22079 |
| Mcpherson v. Johnson & Johnson et al | 3:19-cv-22155 |
| Shaw et al v. Johnson & Johnson et al | 3:19-cv-22156 |
| Cowart v. Johnson & Johnson, et al. | 3:19-cv-22157 |
| Hood v. Johnson & Johnson et al | 3:19-cv-22158 |
| Johnson v. Johnson & Johnson, et al. | 3:19-cv-22159 |
| Lilly v. Johnson & Johnson et al | 3:19-cv-22160 |
| Roy v. Johnson & Johnson et al | 3:19-cv-22161 |
| Parsley v. Johnson & Johnson et al | 3:19-cv-22162 |
| Carrington v. Johnson & Johnson, et al. | 3:19-cv-22164 |
| D'annunzio v. Johnson & Johnson et al | 3:19-cv-22165 |
| Martin v. Johnson & Johnson et al | 3:19-cv-22166 |
| Fine v. Johnson & Johnson et al | 3:19-cv-22167 |
| Block v. Johnson & Johnson et al | 3:19-cv-22171 |
| Dixon v. Johnson & Johnson et al | 3:19-cv-22173 |
| Suttle v. Johnson & Johnson et al | 3:19-cv-22174 |
| Wyatt v. Johnson & Johnson et al | 3:19-cv-22175 |
| Eppright v. Johnson & Johnson et al | 3:19-cv-22177 |
| Williams v. Johnson & Johnson et al | 3:19-cv-22179 |
| Burns et al v. Johnson & Johnson et al | 3:19-cv-22180 |
| Mcgee et al v. Johnson & Johnson et al | 3:19-cv-22183 |
| Ciaccio-Brown et al v. Johnson & Johnson et A | 3:19-cv-22184 |
| Burger v. Johnson & Johnson, et al | 3:19-cv-22185 |
| Kaehler v. Johnson & Johnson et al | 3:19-cv-622 |
| Lon v. Johnson & Johnson et al | 3:19-cv-624 |
| Nixon v. Johnson & Johnson et al | 3:20-cv-00521 |
| Bates v. Johnson & Johnson et al | 3:20-cv-00522 |
| Wilhoite v. Johnson & Johnson | 3:20-cv-01344 |
| Dovel v. Johnson & Johnson, et al. | 3:20-cv-03064 |
| Pierce, et al. v. Johnson & Johnson, et al. | 3:20-cv-03103 |
| Jones v. Johnson & Johnson, et al. | 3:20-cv-03167 |
| Roberts v. Johnson & Johnson, et al. | 3:20-cv-03169 |
| Blanche v. Johnson & Johnson, et al. | 3:20-cv-1337 |
| Cote v. Johnson & Johnson, et al. | 3:20-cv-1338 |

| | |
|---|---|
| Fledmann v. Johnson & Johnson, et al. | 3:20-cv-1339 |
| Klein v. Johnson & Johnson, et al. | 3:20-cv-1340 |
| Majko v. Johnson & Johnson, et al. | 3:20-cv-1341 |
| Naranjo v. Johnson & Johnson, et al. | 3:20-cv-1342 |
| Toney v. Johnson & Johnson, et al. | 3:20-cv-1343 |
| Skiles, et al. v. Johnson & Johnson, et al. | 3:20-cv-1391 |
| Crockett, et al. v. Johnson & Johnson, et al. | 3:20-cv-2477 |
| Usher, et al. v. Johnson & Johnson, et al. | 3:20-cv-2615 |
| Avery v. Johnson & Johnson, et al. | 3:20-cv-2616 |
| Stephens v. Johnson & Johnson, et al. | 3:20-cv-3324 |
| Bautista v. Johnson & Johnson et al | 3:19-cv-22169 |

**Respectfully submitted**, this the 24th day of April, 2020.

*/s/ Paul W. Johnson*
Paul W. Johnson (MO # 34554)
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Telephone: (314) 932-3232
Facsimile: (314) 932-3233
Paul@thedriscollfirm.com

***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 24, 2020, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ Paul W. Johnson*
              Paul W. Johnson
              THE DRISCOLL FIRM, P.C.
              211 N. Broadway, 40th Floor
              St. Louis, MO 63102
              Telephone: (314) 932-3232
              Facsimile: (314) 932-3233
              Paul@thedriscollfirm.com

              ***Attorney for Plaintiff***