# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| ELIZABETH MCGUIRE AND DONALD MCKAY, | |
| Plaintiffs, | Civil Action No.: 3:20-cv-04798 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 22nd day of April 2020 on behalf of Elizabeth McGuire and Donald McKay.

Dated:  4/27/2020              Respectfully Submitted by,

    /s/ W. Cameron Stephenson
   W. Cameron Stephenson
   Florida Bar No.: 0051599
   LEVIN PAPANTONIO THOMAS MITCHELL
   RAFFERTY & PROCTOR, P.A.
   316 South Baylen Street, Suite 600
   Pensacola, FL 32502
   Telephone: (850) 435-7186
   Facsimile: (850) 436-6186
   Email: cstephenson@levinlaw.com
   ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ W. Cameron Stephenson*