# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Mara Wilson, Individually and on behalf of the estate of Michelle Winslow <br> 3:20-CV-05098 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on April 24, 2020 on behalf of Plaintiffs Mara Wilson, Individually and on behalf of the estate of Michelle Winslow.

Dated: April 27, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: April 27, 2020    /s/ Michael Akselrud
                                                    Michael Akselrud
                                                    The Lanier Law Firm, PC
                                                    21550 Oxnard St., 3rd Fl
                                                    Woodland Hills, CA 91367
                                                    (310) 277-5100
                                                    Counsel for Plaintiff(s)