UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nance Ortolano vs. Johnson & Johnson, et al.*<br>*Case No. 3:20-cv-3016* | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Nance Ortolano.

This 28th day of April 2020.

                                                    Respectfully submitted,

                                                    REICH & BINSTOCK, LLP

                                                    By: */s/ Robert J. Binstock*
                                                    Robert J. Binstock (TX 02328350)
                                                    Dennis C. Reich (TX 16739600)
                                                    Reich & Binstock, LLP
                                                    4265 San Felipe, Suite 1000
                                                    Houston, TX 77027
                                                    Phone: 713-622-7271
                                                    bbinstock@reichandbinstock.com
                                                    dreich@reichandbinstock.com

                                                    *Attorneys for Plaintiff*

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of April 2020.

/s/ Robert J. Binstock