**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: **Charlene Elaine Lee**<br><br>Member Case No. 3:20-cv-5304 | **MDL No. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 29, 2020 on behalf of **Plaintiff John E. Lee, individually and as Trustee of the John Ernest Lee and Charlene Elaine Lee Family Trust**.

Dated: April 29, 2020

Respectfully Submitted by:

/s/ Wes S. Larsen
Wes S. Larsen, Idaho Bar No. 9134
**JAMES, VERNON & WEEKS, P.A.**
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
Email: wes@jvwlaw.net

**Counsel for Plaintiff**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2020, a copy of the foregoing **NOTICE OF FILING** was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Wes S. Larsen
Wes S. Larsen, Attorney