**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |

LAWANDA JOHNSON, Individually, obo the heirs of, and obo BEATRICE JOHNSON, Deceased

    Plaintiff,

  vs.              Civil Action No.: 3:20-cv-5054

JOHNSON & JOHNSON,
JOHNSON & JOHNSON CONSUMER, INC.

    Defendant.

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed April 24, 2020 on behalf of Plaintiff Lawanda Johnson, Individually, obo the heirs of, and obo Beatrice Johnson, Deceased.

Dated:  April 30, 2020

            Respectfully submitted,

            /s/ *Vanessa H. Gross*

| | |
|---|---|
| Thomas P. Cartmell | MO #45366 |
| Vanessa H. Gross | MO #61250 |

Wagstaff & Cartmell LLP
4740 Grand Ave., Ste. 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372
tcartmell@wcllp.com
vgross@wcllp.com

Attorneys for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

   I hereby certificate that on this 30th day of April, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ *Vanessa H. Gross*