## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**KYLE WHELAN v. JOHNSON & JOHNSON, INC. ET AL.** | Civil No. 3:19-cv-21203 |

### NOTICE OF FILNG

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 9, 2019 on behalf of Kyle Whelan.

Dated:    4/30/2020

/s/ Larry Helvey
**Larry Helvey**
2735 First Avenue SE, Suite 101
Cedar Rapids, IA 52402
Telephone: 319-362-0421
Facsimile: 319-362-3496
E-mail: lhelvey@helveylaw.com

J. Barton Goplerud  
Brian O. Marty  
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.  
5015 Grand Ridge Drive, Suite 100  
West Des Moines, IA 50265-5749  
Telephone: (515) 223-4567  
Facsimile: (515) 223-8887  
Email: goplerud@sagwlaw.com  
marty@sagwlaw.com.

**ATTORNEYS FOR PLAINTIFF**