UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Sandra K Myles 3:20-CV-05275 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on April 29, 2020 on behalf of Plaintiffs Sandra K Myles

Dated: May 1, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: <u>May 1, 2020</u>                                                   <u>/s/ Michael Akselrud</u>
                                                                                                        Michael Akselrud
                                                                                                        The Lanier Law Firm, PC
                                                                                                        21550 Oxnard St., 3rd Fl
                                                                                                        Woodland Hills, CA 91367
                                                                                                        (310) 277-5100
                                                                                                        Counsel for Plaintiff(s)