IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-mdL-02738-FLW-LHG<br><br>MDL No. 2738<br><br>Hon. Lois H. Goodman<br>Hon. Freda L Wolfson |

\This Document Relates to:
Plaintiffs listed on the attached Exhibit A

## NOTICE OF TRANSFER TO INACTIVE STATUS

PLEASE TAKE NOTICE that effective April 1, 2020 Baird Brown was transferred to inactive status by the California Bar.

Date:   May 1, 2020

Respectfully submitted,

/s/ Baird A. Brown_____
Baird A. Brown
LAW OFFICES OF BAIRD BROWN, PC
3055 Wilshire Boulevard, Ste 980
P (213) 487-8880
F (213) 487-8884
bairdbrownlaw@gmail.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the CM/ECF participants registered to receive services in this MDL.

 /s/ Lucas Granillo_____
Lucas Granillo

## **Exhibit A**

3:19-cv-05798;   *Rodriguez v. Johnson & Johnson, et al.*

3:19-cv-16146;   *Himler v. Johnson & Johnson, et al.*