**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**DEBRA S. DAVIS** | MDL No. 2738 (FLW)(LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No. 3:20-cv-5497** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 4, 2020 on behalf of Plaintiff, Debra S. Davis.

Dated:  May 4, 2020               Respectfully Submitted by:

                                                By: /s/ Daniel J. Thornburgh
                                                Daniel J. Thornburgh
                                                Aylstock, Witkin, Kreis, & Overholtz
                                                17 East Main Street, Suite 200
                                                Pensacola, FL 32502
                                                Telephone: 850-202-1010
                                                Fax: 850-916-7449
                                                dthornburgh@awkolaw.com

                                                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 4, 2020                                    Respectfully Submitted by:


                                                             By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com