**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: **Charlene Elaine Lee**<br><br>Member Case No. 3:20-cv-5304 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PCPC**

COMES NOW Plaintiff John E. Lee, individually and as Trustee of the John Ernest Lee and Charlene Elaine Lee Family Trust, and pursuant to Fed. R. Civ. P. 41 and MDL 2738 Case Management Order No. 10, hereby dismisses without prejudice his claims against Defendant, Personal Care Products Council, only. None of the claims against the remaining Defendants shall be affected by this voluntary dismissal.

| | |
|---|---|
| Dated: May 4, 2020 | Respectfully Submitted by:<br><br>/s/ Wes S. Larsen<br>Wes S. Larsen, Idaho Bar No. 9134<br>**JAMES, VERNON & WEEKS, P.A.**<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814<br>Telephone: (208) 667-0683<br>Facsimile: (208) 664-1684<br>Email: wes@jvwlaw.net<br><br>**Counsel for Plaintiff** |

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PCPC** was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Wes S. Larsen  
Wes S. Larsen, Attorney