# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tara L. d'Auregeau and Shawn P. d'Auregeau v. Johnson & Johnson, et al.*; **Civil Action No. 3:20-cv-05291** | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on April 29, 2020 on behalf of Plaintiff Tara Lynn d'Auregeau and Shawn Phillip d'Auregeau.

Date: May 6, 2020　　　　　　　　　Respectfully submitted by,

　　　　　　　　　　　　　　　　　　**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

　　　　　　　　　　　　　　　　　　/s/ Kristie M. Hightower
　　　　　　　　　　　　　　　　　　**KRISTIE M. HIGHTOWER**
　　　　　　　　　　　　　　　　　　(LA Bar No. 31782; MS Bar No. 102792)
　　　　　　　　　　　　　　　　　　501 Broad Street
　　　　　　　　　　　　　　　　　　Lake Charles, LA 70602
　　　　　　　　　　　　　　　　　　PO Box 3010
　　　　　　　　　　　　　　　　　　Lake Charles, LA 70602
　　　　　　　　　　　　　　　　　　Telephone: (337) 439-0707
　　　　　　　　　　　　　　　　　　Facsimile: (337) 439-1029
　　　　　　　　　　　　　　　　　　Email: khightower@lundylawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 6th day of May, 2020.

**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

/s/ Kristie M. Hightower
**KRISTIE M. HIGHTOWER**