UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.        Date: May 6, 2020

TITLE OF CASE:

CIVIL: 16-2738(FLW)(LHG)

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:

Leigh O'Dell, Esq., Michelle A. Parfitt, Esq., Christopher Placitella, Esq., Warren Burns, Esq., Richard Golomb, Esq., Chris Tisi, Esq., Lawrence Berman, Esq., Daniel Lapinski, Esq., Hunter Shkolnik, Esq., Alastair Findeis, Esq. Michael Weinkowitz, Esq., Sindhu Daniel, Esq. for Plaintiffs.

John Beisner, Esq., Susan Sharko, Esq., Alison Brown, Jessica Brennan, Esq. for Johnson & Johnson defendants.

Caroline Tinsley, Esq., & Janet Poletto, Esq, for PTI Union, & PTI Royston defendants.

Thomas Locke for PCPC defendants.


NATURE OF PROCEEDINGS: STATUS CONFERENCE

Status Conference held Via Zoom (recorded)

Order to be submitted.


TIME COMMENCED: 11:00 A.M.
TIME ADJOURNED: 12:15 P.M.          *s/Jacqueline Merrigan*
TOTAL TIME: 1 hour 15 minutes        Deputy Clerk