**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Candace Rosenthal v. Johnson & Johnson, et al.*<br>Case No.: 3:20-cv-05591-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on May 6, 2020, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiffs, Candace and Scott Rosenthal.

Dated: May 7, 2020    SULLIVAN PAPAIN BLOCK McGRATH
       COFFINAS & CANNAVO P.C.


       /s/ Craig M. Silverman
       Craig M. Silverman (DC #500798)
       120 Broadway – 27th Floor
       New York, New York 10271
       Phone: (212) 732-9000
       Fax:    (212) 266-4141
       Email: Csilverman@triallaw1.com

       *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  /s/ Craig M. Silverman
                                                  Craig M. Silverman