UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| This document relates to: *Barbara Becker v. Johnson & Johnson, et al.,* Case No. 3:17-cv-12985 | |

## NOTICE OF APPEARANCE OF ROBERT B. CAREY

Notice is hereby given that Robert B. Carey enters his appearance on behalf of Plaintiff Barbara Becker.

Dated:  May 7, 2020         Respectfully Submitted,

                    By: s/ Robert B. Carey
                        Robert B. Carey
                        HAGENS BERMAN SOBOL SHAPIRO LLP
                        11 West Jefferson Street, Suite 1000
                        Phoenix, Arizona 85003
                        Telephone: (602) 840-5900
                        Facsimile: (602) 840-3012
                        rob@hbsslaw.com

                        *Attorney for Plaintiffs Barbara Becker and Dean Becker*

- 1 -

010619-11/1266184 V1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been electronically filed with the Court this 7th day of May, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

HAGENS BERMAN SOBOL SHAPIRO LLP

 s/ Robert B. Carey
Robert B. Carey
11 West Jefferson, Suite 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
E-mail: rob@hbsslaw.com