# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Stephen Yoell, Individually and As Personal Representative of the Estate of Marla Yoell, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:20-cv-3586* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Stephen Yoell, Individually and As Personal Representative of the Estate of Marla Yoell, Deceased.

This 8th day of May 2020.

                                                  Respectfully submitted,

                                                  ONDERLAW, LLC

                            By:    */s/ Stephanie L. Rados*
                                        James G. Onder, #38049 MO
                                        William W. Blair, #58196 MO
                                        Stephanie L. Rados, #65117 MO
                                        110 E. Lockwood, 2nd Floor
                                        St. Louis, MO  63119
                                        314-963-9000 telephone
                                        314-963-1700 facsimile
                                        onder@onderlaw.com
                                        blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of May 2020.

*/s/ Stephanie L. Rados*