# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> KELLY PRUNTY AS THE PROPOSED REPRESENTATIVE OF JENNIFER L. PETERSON <br> 3:20-cv-5740 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on May 8, 2020 on behalf of Kelly Prunty as the Proposed Representative of Jennifer L. Peterson.

Dated:  May 8, 2020                           Respectfully submitted,

                                                                           **NAPOLI SHKOLNIK, PLLC**

                                                                           */s/ Christopher R. LoPalo*
                                                                           Christopher R. LoPalo, Esq.
                                                                           400 Broadhollow Rd., Suite 305
                                                                           Melville, NY 11747
                                                                           Telephone: (212) 397-1000
                                                                           Facsimile: (646) 927-1676
                                                                           CLoPalo@NapoliLaw.com

                                                                           *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: May 8, 2020

                                              */s/ Christopher R. LoPalo*
                                              Christopher R. LoPalo, Esq.
                                              400 Broadhollow Rd., Suite 305
                                              Melville, NY 11747
                                              Telephone: (212) 397-1000
                                              Facsimile: (646) 927-1676
                                              CLoPalo@NapoliLaw.com

                                              *Attorneys for Plaintiff*