**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| SUZETTE MORTZ, | |
| Plaintiff, | Civil Action No.: 3:20-cv-05431 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 1st day of May 2020 on behalf of Suzette Mortz.

Dated: 5/11/2020                                       Respectfully Submitted by,

                                                                */s/ W. Cameron Stephenson*
                                                                W. Cameron Stephenson
                                                                Florida Bar No.: 0051599
                                                                LEVIN PAPANTONIO THOMAS MITCHELL
                                                                RAFFERTY & PROCTOR, P.A.
                                                                316 South Baylen Street, Suite 600
                                                                Pensacola, FL 32502
                                                                Telephone: (850) 435-7186
                                                                Facsimile: (850) 436-6186
                                                                Email: cstephenson@levinlaw.com
                                                                ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of May 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                                          */s/ W. Cameron Stephenson*