**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** **JUDGE FREDA L. WOLFSON** **MAG. JUDGE LOIS H. GOODMAN** |

Deborah Witter ,

          Plaintiff,

v.

Johnson & Johnson, et al. ,

          Defendants.

COMPLAINT AND JURY DEMAND

Civil Action No.: 3:20-cv-05395_____

DIRECT FILED ACTION

## NOTICE OF FILING

    Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 4/30/2020_____ on behalf of Deborah Witter _____.

Dated: 5/11/2020_____

                    THE DRISCOLL FIRM, P.C.

                    BY:  /s/ PAUL W. JOHNSON
                    PAUL W. JOHNSON (#34554)
                    JOHN J. DRISCOLL (#6276464)
                    211 North Broadway, Suite 4050
                    St. Louis, Missouri 63102
                    Telephone No. (314) 932-3232
                    Fax No. (314) 932-3233
                    John@thedriscollfirm.com
                    *Counsel for Plaintiff*