

Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC 20004-1454
**T** (202) 463-2400
**F** (202) 828-5393

tlocke@seyfarth.com
T (202) 828-5376

www.seyfarth.com

May 12, 2020

The Honorable Freda L. Wolfson
United States District Court for the District of
New Jersey
Clarkson S. Fisher Building & U.S.
Courthouse
402 East State Street, Room 2020
Trenton, New Jersey

**Re:** *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2728

Dear Judge Wolfson:

Per your Honor's instructions during our telephonic status conference on May 6, 2020, Defendant Personal Care Products Counsel ("PCPC") respectfully requests that its Motion for Summary Judgment (Dkt. No. 9713) be re-listed on the Court's docket.

Plaintiffs' counsel have agreed to file Plaintiffs' response to the Motion no later than June 8, 2020. PCPC will file its reply no later than June 22, 2020.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Thomas T. Locke*

Thomas T. Locke

cc: Counsel of Record through ECF

SO ORDERED: 5/13/2020

Motion [9713] is relisted.

_____
FREDA L. WOLFSON, CHIEF JUDGE

63758275v.1