# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Melanie Despres and Nicholl Despres<br>3:20-CV-05843 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on May 13, 2020 on behalf of Plaintiffs Melanie Despres and Nicholl Despres.

Dated: May 15, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: May 15, 2020                                        /s/ Michael Akselrud  
                                                                       Michael Akselrud  
                                                                       The Lanier Law Firm, PC  
                                                                       21550 Oxnard St., 3rd Fl  
                                                                       Woodland Hills, CA 91367  
                                                                       (310) 277-5100  
                                                                       Counsel for Plaintiff(s)