**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Felechia Murry, Individually and as Personal Representative of the Estate of Faye Murry, deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:19-cv-13162* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Felechia Murry, Individually and as Personal Representative of the Estate of Faye Murry, Deceased.

This 17th day of May 2020.

                                      Respectfully submitted,

                                      ONDERLAW, LLC

                    By:    */s/ Stephanie L. Rados*
                               James G. Onder, #38049 MO
                               William W. Blair, #58196 MO
                               Stephanie L. Rados, #65117 MO
                               110 E. Lockwood, 2nd Floor
                               St. Louis, MO  63119
                               314-963-9000 telephone
                               314-963-1700 facsimile
                               onder@onderlaw.com
                               blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of May 2020.

/s/ Stephanie L. Rados