UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Brandy Lynn DeWilde, Individually and on behalf of the estate of Jamie Lynn DeWilde<br>3:20-CV-05866 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on May 13, 2020 on behalf of Plaintiffs Brandy Lynn DeWilde, Individually and on behalf of the estate of Jamie Lynn DeWilde.

| | |
|---|---|
| Dated: May 18, 2020 | Respectfully Submitted by,<br>/s/ Michael Akselrud<br>Michael Akselrud<br>The Lanier Law Firm, PC<br>21550 Oxnard St., 3rd Fl.<br>Woodland Hills, CA 91367<br>(310) 277-5100<br>Counsel for Plaintiff(s) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 18, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: May 18, 2020                           /s/ Michael Akselrud
                                                      Michael Akselrud
                                                      The Lanier Law Firm, PC
                                                      21550 Oxnard St., 3rd Fl
                                                      Woodland Hills, CA 91367
                                                      (310) 277-5100
                                                      Counsel for Plaintiff(s)