UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

MDL NO. 2738(FLW)(LHG)

*Lisa A. Ichiba and Hiromi Ichiba*
*Case No. 3:20-cv-6017*

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Lisa A. Ichiba and Hiromi Ichiba.

Dated this 18th day of May, 2020.

Respectfully submitted,

**DECOF, BARRY, MEGA & QUINN, P.C.**

By: /s/ Douglas E. Chabot
Patrick C. Barry, Esq.    RI Bar No. 5631
Douglas E. Chabot, Esq.   RI Bar No. 8199
One Smith Hill
Providence, RI  02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641
Email: pcb@decof.com; dec@decof.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of May, 2020.

By: /s/ Douglas E. Chabot