UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL-3:16-02738<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

THIS DOCUMENT RELATES TO:

GESELE EISMAN and GARY EISMAN V.
   JOHNSON & JOHNSON, ET AL

Case No. 3:20 cv-05834-FLW-LHG

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaint) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Gesele Eisman and Gary Eisman.

Date: May 20, 2020

Respectfully submitted

_____

Victoria L. Weinman (VLW4041)
Harry I. Katz, P.C.
61-25 Utopia Parkway
Fresh Meadows, New York 11365
718-463-3700

## CERTIFICATION OF SERVICE

The undersigned hereby certified that this document was filed and electronically served by way of the Court's electronic filing system on the 20th of May, 2020.

*[signature]*

VICTORIA L. WEINMAN