# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02738-FLW-LHG<br><br>MDL No. 2738<br><br>Hon. Lois H. Goodman<br>Hon. Freda L Wolfson |

This Document Relates to Plaintiffs:

Dora Rodriguez
Case No. 3:19-cv-05798-FLW-LHG

Brenda Himler
Case No. 3:19-cv-16146-FLW-LHG

## PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW
## APPEARANCE OF ATTORNEY BAIRD A. BROWN

Pursuant to Local Rule 102.1, Baird A. Brown hereby moves this Court for leave to withdraw as counsel for Plaintiffs, Dora Rodriguez and Brenda Himler (collectively "Plaintiffs"), and in support thereof states as follows:

1. Plaintiffs formerly retained attorney Baird A. Brown of Law Offices of Baird Brown, PC ("L/O Baird Brown") as their legal representative in their respective cases.

2. Baird A. Brown filed notice on May 1, 2010 that effective April 1, 2020 Baird Brown was transferred to inactive status by the California Bar.

3. Consequently, Plaintiffs retained Donald G. Norris of Law Offices of Donald G. Norris, A Law Corporation ("L/O Donald G. Norris") as their legal representative.

Accordingly, Baird A. Brown respectfully requests that the Court terminate his appearance on behalf of Plaintiffs, Dora Rodriguez and Brenda Himler, and substitute attorney Donald G. Norris of Law Offices of Donald G. Norris, A Law Corporation and for such further relief this Court deems just and proper.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Baird A. Brown<br>Baird A. Brown (Bar No. 56627)<br>LAW OFFICES OF BAIRD BROWN, PC<br>3055 Wilshire Boulevard, Ste. 980<br>P (213) 487-8880<br>F (213) 487-8884<br>bairdbrownlaw@gmail.com<br>Counsel for Plaintiffs | /s/ Donald G. Norris<br>Donald G. Norris (Bar No. 90000)<br>LAW OFFICES OF DONALD G. NORRIS,<br>A LAW CORPORATION<br>3055 Wilshire Boulevard, Ste. 980<br>P (213) 487-8880<br>F (213) 487-8884<br>dnorrislaw@gmail.com<br>Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify all attorneys of record of such filing.

/s/ Taurin Robinson
Taurin Robinson