BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Patricia A. Boudreau*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Patricia A. Boudreau v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-06201 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 21, 2020 on behalf of Plaintiff Patricia A. Boudreau.

            */s/ Lauren A. James*
            Lauren A. James
            BEASLEY ALLEN CROW METHVIN
            PORTIS & MILES, P.C.
            218 Commerce Street
            Montgomery, Alabama 36104
            (800) 898-2034 Telephone
            (334) 954-7555 Facsimile
            Lauren.James@BeasleyAllen.com

            Attorneys for Plaintiff Patricia A. Boudreau

Dated: May 21, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Lauren A. James*
      Lauren A. James

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.