BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Marquetta Carzell*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Marquetta Carzell v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-06204 | Civil No. 3:16-md-2738-FLW-LHG |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 21, 2020 on behalf of Plaintiff Marquetta Carzell.

                        */s/ Lauren A. James*
                        Lauren A. James
                        BEASLEY ALLEN CROW METHVIN
                        PORTIS & MILES, P.C.
                        218 Commerce Street
                        Montgomery, Alabama 36104
                        (800) 898-2034 Telephone
                        (334) 954-7555 Facsimile
                        Lauren.James@BeasleyAllen.com

                        Attorneys for Plaintiff Marquetta Carzell

Dated: May 21, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Lauren A. James*
      Lauren A. James

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.