# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02738-FLW-LHG<br><br>MDL No. 2738<br><br>Hon. Lois H. Goodman<br>Hon. Freda L Wolfson |

This Document Relates to Plaintiffs:

Dora Rodriguez
Case No. 3:19-cv-05798-FLW-LHG

Brenda Himler
Case No. 3:19-cv-16146-FLW-LHG

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW

## APPEARANCE OF ATTORNEY BAIRD A. BROWN

Plaintiffs' Motion to Withdraw (16-cv-2738 Docket Entry No. #13403) is GRANTED.

IT IS HEREBY ORDERED that BAIRD A. BROWN and the firm LAW OFFICES OF BAIRD BROWN, PC are hereby withdrawn as counsel of record for the above referenced Plaintiffs and that Donald G. Norris of Law Offices of Donald G. Norris, A Law Corporation be substituted as counsel of record.

DATE: May 22, 2020

_____
LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE