BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Sally R. Levine*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Sally R. Levine v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-06250 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 22, 2020 on behalf of Plaintiff Sally R. Levine.

           */s/ Lauren A. James*
           Lauren A. James
           BEASLEY ALLEN CROW METHVIN
           PORTIS & MILES, P.C.
           218 Commerce Street
           Montgomery, Alabama 36104
           (800) 898-2034 Telephone
           (334) 954-7555 Facsimile
           Lauren.James@BeasleyAllen.com

           Attorneys for Plaintiff Sally R. Levine

Dated: May 22, 2020

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 22, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ Lauren A. James*
              Lauren A. James

              BEASLEY ALLEN CROW METHVIN
              PORTIS & MILES, P.C.