UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, GOODMAN AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*CECYLIA ZALOGA v. JOHNSON & JOHNSON, et al.,*<br>Civil Action No. 3:20-cv-06195-FLW-LHG | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on May 21, 2020, on behalf of Plaintiff Cecylia Zaloga.

Dated: May 26, 2020

Respectfully submitted by,

s/ *Meghan E. McCormick*
Meghan E. McCormick
LEVIN SIMES ABRAMS LLP
1700 Montgomery St., Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: mmccormick@levinsimes.com
Counsel for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF System.

*s/ Meghan E. McCormick*
Meghan E. McCormick