BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Ola Franklin*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Ola Franklin v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-06392 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 27, 2020 on behalf of Plaintiff Ola Franklin.

        */s/ Lauren A. James*
        Lauren A. James
        BEASLEY ALLEN CROW METHVIN
        PORTIS & MILES, P.C.
        218 Commerce Street
        Montgomery, Alabama 36104
        (800) 898-2034 Telephone
        (334) 954-7555 Facsimile
        Lauren.James@BeasleyAllen.com

        Attorneys for Plaintiff Ola Franklin

Dated: May 27, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                        */s/ Lauren A. James*
                                                                        Lauren A. James

                                                                        BEASLEY ALLEN CROW METHVIN
                                                                        PORTIS & MILES, P.C.