# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ) ) ) ) Civil No. 3:16-md-2738-FLE-LHG ) ) ) |
| This document relates to: Elicia Coley v. Johnson & Johnson, et al. Case No. 3:20-cv-06431-FLW-LHG | ) ) ) |

## NOTICE OF FILING OF SHORT FORM COMPLAINT

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaint), that the Short Form Complaint with Jury Demand was filed on May 27, 2020 on behalf of Plaintiff Elicia Coley, Case No. 3:20-cv-06431-FLW-LHG.

Plaintiff Elicia Coley

By: __/s/ Joel E. Brown_____
Joel E. Brown, Illinois Bar No. 6212326
Attorney for Plaintiff
416 Main Street, Suite 1300
Peoria, Illinois 61602
Tel. 309-673-4357
Fax 309-673-6119
jb@joelebrown.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record who have appeared herein.

/s/ Joel E. Brown
Illinois Bar No. 6212326
Attorney for Defendant
416 Main Street, Suite 1300
Peoria, IL 61602
Phone: 309-673-4357
Fax: 309-673-6119
Email: jb@joelebrown.com