UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>SHANTERIA WILSON<br><br>3:20-cv-6455 | 3:16-md-02738 (FLW)(LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 28, 2020, on behalf of Plaintiff Shanteria Wilson.

Dated: May 28, 2020

    Respectfully submitted,

    */s/ Gregory D. Brown*
    Gregory D. Brown (TX Bar. No. 24078266)
    gregory_brown@fleming-law.com
    Rand P. Nolen (TX Bar No. 00788126)
    rand_nolen@fleming-law.com
    FLEMING, NOLEN & JEZ, L.L.P.
    2800 Post Oak Blvd., Suite 4000
    Houston, Texas 77056-6109
    Tel:  713-621-7944
    Fax: 713-621-9638

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify on May 28, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                         */s/ Gregory D. Brown*  
                                                                         GREGORY D. BROWN