UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:**<br><br>**CORDA ADAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON & JOHNSON, et. al.**<br><br>Defendants | **Case No. 3:17-cv-10126-FLW-LHG** |

## MOTION TO SUBSTITUTE TRUSTEES

Counsel for Plaintiff in the above-referenced action hereby give notice of the death of Plaintiff, Corda Adams. Ms. Adams passed away on December 21, 2017 and a Suggestion of Death has been filed previously.

By way of the Motion to Substitute Parties in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the Plaintiff's trustees, Lisa Eigner and Kelly Arnold, are now requesting to be substituted in this action as Plaintiffs so that Corda Adams' claims survive and the action on her behalf may proceed. The Trust Document is attached hereto as Exhibit A.

WHEREFORE, the Plaintiff requests the Trustees, Lisa Eigner and Kelly Arnold be substituted as Plaintiffs in this matter.

Dated: May 29, 2020                               Respectfully Submitted,

**MORRIS LAW FIRM**

By:   */s/ James A. Morris, Jr.*
James A. Morris, Jr.
4001 W. Alameda Ave.
Suite 208
Burbank, CA 91505
747-283-1144 Phone
747-283-1143 Facsimile
jmorris@jamlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2020, the above and foregoing <u>Motion to Substitute Trustees</u> was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ James A. Morris, Jr.*
JAMES A. MORRIS, JR.
