UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO:<br><br>CORDA ADAMS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>        Defendants | Case No. 3:17-cv-10126-FLW-LHG |

## (Proposed) ORDER

This matter comes before the Court on Plaintiff's Motion to Substitute Lisa Eigner and Kelly Arnold as the Trustees of Corda Adams, in the place of Corda Adams, in the above-referenced matter. The Court having reviewed the pleadings and being otherwise advised, it is hereby ordered that Plaintiff's Motion to Substitute is GRANTED.

Signed, this _____ day of _____, 2020.

                                                      _____
                                                              Honorable Freda L. Wolfson
                                                                     U.S. District Judge