# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Rhonda Lujan <br> 3:20-cv-06383 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on May 27, 2020 on behalf of Plaintiffs Rhonda Lujan.


Dated: May 29, 2020                              Respectfully Submitted by,
                                                 /s/ Michael Akselrud
                                                 Michael Akselrud
                                                 The Lanier Law Firm, PC
                                                 21550 Oxnard St., 3rd Fl.
                                                 Woodland Hills, CA 91367
                                                 (310) 277-5100
                                                 Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: May 29, 2020                                    /s/ Michael Akselrud
                                                       Michael Akselrud
                                                       The Lanier Law Firm, PC
                                                       21550 Oxnard St., 3rd Fl
                                                       Woodland Hills, CA 91367
                                                       (310) 277-5100
                                                       Counsel for Plaintiff(s)