# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Deborah Selnick and Sandy Selnick<br>3:20-cv-06410 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on May 27, 2020 on behalf of Plaintiffs: Deborah Selnick and Sandy Selnick.

Dated: May 29, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: <u>May 29, 2020</u>                                            <u>/s/ Michael Akselrud</u>
                                                                                  Michael Akselrud
                                                                                   The Lanier Law Firm, PC
                                                                                   21550 Oxnard St., 3rd Fl
                                                                                  Woodland Hills, CA 91367
                                                                                  (310) 277-5100
                                                                                  Counsel for Plaintiff(s)