BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for* Plaintiff *R. Ray Fulmer, II o/b/o Deborah K. Fulmer, deceased*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>R. Ray Fulmer, II, Individually and as Administrator of the Estate of Deborah K. Fulmer, deceased v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-06493 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 28, 2020 on behalf of Plaintiff R. Ray Fulmer, II o/b/o Deborah K. Fulmer, deceased.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Lauren A. James*
　　　　　　　　　　　　　　　　　　　　　　Lauren A. James
　　　　　　　　　　　　　　　　　　　　　　BEASLEY ALLEN CROW METHVIN
　　　　　　　　　　　　　　　　　　　　　　PORTIS & MILES, P.C.
　　　　　　　　　　　　　　　　　　　　　　218 Commerce Street
　　　　　　　　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　　　　　　　　(800) 898-2034 Telephone
　　　　　　　　　　　　　　　　　　　　　　(334) 954-7555 Facsimile
　　　　　　　　　　　　　　　　　　　　　　Lauren.James@BeasleyAllen.com

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff R. Ray Fulmer, II
　　　　　　　　　　　　　　　　　　　　　　o/b/o Deborah K. Fulmer, deceased

Dated: June 1, 2020

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 1, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

            */s/ Lauren A. James*
            Lauren A. James

            BEASLEY ALLEN CROW METHVIN
            PORTIS & MILES, P.C.