**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**AT TRENTON**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> **This document relates to:** <br><br> **LINDA J. PARKER** <br><br> **3:20-cv-06156** | **MDL NO. 16-2738 (FLW) (LHG)** <br> **JUDGE FRIEDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand was filed on May 20, 2020 on behalf of Linda J. Parker.

Dated:  June 1, 2020

Respectfully submitted,

/s/ Ronald R. Parry
Ronald R. Parry
STRAUSS TROY CO., LPA
The Federal Reserve Building
150 East Fourth Street, 4th Floor
Cincinnati, Ohio  45202-4018
513-621-2120 (Telephone)
513-241-8259 (Facsimile)
rrparry@strausstroy.com

*Counsel for Plaintiff Linda J. Parker*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of June, 2020, the foregoing Notice of Filing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ Ronald R. Parry
Ronald R. Parry

13993765_1.docx