UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

---

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                                  MDL2738(FLW)(LHG)
This document relates to: Gesele Eisman and Gary Eisman
Member Case No. 3:20 CV-05834

---

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PCPC

COMES NOW Plaintiffs, Gesele Eisman and Gary Eisman and pursuant to Fed. R. Civ. P. 41 and MDL 2738 Case Management Order No. 10, hereby dismisses without prejudice his claims against Defendant, Personal Care Products Council, only. None of the claims against the remaining Defendants shall be affected by this voluntary dismissal.

Dated: June 2, 2020

Respectfully Submitted by:

_____
/s/ Victoria L. Weinman (VLW4041)
Harry I. Katz, P.C.
61-25 Utopia Parkway
Fresh Meadows, New York 11365
718-463-3700
Fax: 718-886-3410
Email: vickyweinman@hikpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2020 a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PCPC was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

Dated: June 2, 2020

Respectfully Submitted by:

/s/ Victoria L. Weinman (VLW4041)
Harry I. Katz, P.C.
61-25 Utopia Parkway
Fresh Meadows, New York 11365
718-463-3700
Fax: 718-886-3410
Email: vickyweinman@hikpc.com