UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

-----------------------------------------------------------------X

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action: 3:16-md-2738<br><br>MDL NO. 2738 |

THIS DOCUMENT RELATES TO:
Jean DeOliveira v. Johnson & Johnson, et al.
Civil Action No.: 3:20-cv-06710-FLW-LHG

-----------------------------------------------------------------X

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 1, 2020 on behalf of plaintiff, Jean DeOliveira.


Dated: June 1, 2020

                                                                        Respectfully submitted,

                                                                        **Bailly and McMillan, LLP**

                                                                        /s/ Richard DePonto
                                                                        Richard DePonto, Esq.
                                                                        NY State Bar No. 5305131
                                                                        Attorneys for Plaintiff
                                                                        244 Westchester Avenue
                                                                        Suite 410
                                                                        White Plains, NY 10604
                                                                        Tel: 914-684-9100
                                                                        Fax: 914-684-9108

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**BAILLY AND McMILLAN, LLP**

/s/ Richard DePonto
Richard DePonto