# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>All Cases Filed Against Defendant Personal Care Products Council | **MDL NO. 2738 (FLW) (LHG)**<br><br>**CHIEF JUDGE FREDA L. WOLFSON**<br><br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>**CONSENT ORDER TO ALLOW ADDITIONAL PAGES FOR PLAINTIFFS' OPPOSITION IN RESPONSE TO DEFENDANT PCPC'S MOTION FOR SUMMARY JUDGMENT** |

**THIS MATTER** having been brought before the Court by the Plaintiffs' Steering Committee pursuant to Local Civil Rule 7.2 to provide for an enlargement of the page limits for Plaintiffs' Opposition in response to Defendant Personal Care Products Council's Motion for Summary Judgment, and with the consent of Defendant PCPC

**IT IS ORDERED** that Plaintiffs' Opposition may exceed the page limits provided in Local Civil Rule 7.2, which states that any brief shall not exceed 30

pages if written in 12-point proportional font (excluding pages for table of content and authorities); and

**IT IS FURTHER ORDERED** that Plaintiffs' Opposition may be a total length of 60 pages written in a 12-point proportional font (excluding pages for table of content and authorities).

This 3rd day of June 2020.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson, U.S.C.D.J.