# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Nicole Gordon and Austin Gordon vs. Johnson & Johnson, et al.*<br><br>*Case No.: 3:20-CV-06700-FLW-LHG* | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 1, 2020, on behalf of Plaintiffs Nicole Gordon and Austin Gordon.

Dated: June 3, 2020

*s/ Jason L. DePauw*

Jason L. DePauw (MN # 392150)
Munir R. Meghjee (MN #0301437)
**Robins Kaplan LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 345-8500
Facsimile: (612) 339-4181
jdepauw@robinskaplan.com
mmeghjee@robinskaplan.com

90677218.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2020, the foregoing NOTICE OF FILING was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*s/ Jason L. DePauw*

90677218.1