UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738 (FLW)(LHG) MDL No. 2738 (FLW) (LHG) |
| *This document relates to:* JENNIFER WALLACE, Individually; and minor child, J.A.W., Individually   Case No. 3:18-CV-09861 | |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned hereby informs the Honorable Court of the death of Plaintiff, Jennifer Wallace, on or about October 7, 2018. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff and Leave to File an Amended Complaint will be filed by Eileen and Ronald Wallace, who are the surviving heirs and parents and appointed Co-Executors over J.A.W.

Dated: June 4, 2020

Respectfully Submitted by

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2020, a copy of the foregoing SUGGESTION OF DEATH was filed electronically.  Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Nicole K.H. Maldonado