UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTIVES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document specifically relates to: MARGARET WEBSTER, Plaintiff,<br><br>Case No. 3:17-cv-06654 | Case No. 3:16-md-2738 (FLW) (LHG)<br>MDL No. 2738 (FLW) (LHG) |

## NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Margaret Webster ("Plaintiff"). Further, as Georgia law provides for the survival of actions notwithstanding the death of a party pursuant to FRCP 25 and O.C.GA. 9-11-25, Plaintiff respectfully informs this court that a Motion for Substitution of Party will be filed by the representatives of Margaret L. Webster's Estate, as well as a Motion for Leave to Amend the Complaint to add a claim for wrongful death and survival action.

Dated June 5, 2020.

                                                        Respectfully submitted,

                                                        ***/s/: M. Brandon Smith***
                                                        M. Brandon Smith
                                                        GA Bar No. 141418
                                                        Childers, Schlueter & Smith, LLC
                                                        1932 N. Druid Hills Road, Suite 100
                                                        Atlanta, Georgia 30319
                                                        (404) 419-9500
                                                        (404) 419-9501 (Fax)
                                                        bsmith@cssfirm.com

**Certificate of Service**

I hereby certify that on June 5, 2020 a true copy of the foregoing Notice of Suggestion of Death of Plaintiff was filed electronically via the CM/ECF System. Notice of this filing is being sent to all parties by operation of the Court's CM/ECF as well.

*/s/ M. Brandon Smith*