**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:* *Estate of Omyra Denise Sudler v. Johnson & Johnson, et al.* Member Case No: 3:20-cv-06739 | |

**NOTICE OF FILING**

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 2, 2020 on behalf of Plaintiff, Derrick Sudler, Individually and as Administrator of the Estate of Omyra Denise Sudler, Deceased.

**DATED:** **June 5, 2020**   Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golombhonik.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this 5th day of June, 2020, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** June 5, 2020

/s/ Richard M. Golomb
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Phone: (215) 985-9177
Fax: (215) 985-4169
Email: rgolomb@golombhonik.com

*Attorney for Plaintiff*