## **CERTIFICATE OF SERVICE**

I, Michelle A. Parfitt, hereby certify that I caused a copy of the foregoing the Plaintiffs' Steering Committee's Opposition to Defendant Personal Care Product Council's Motion for Summary Judgment to be filed electronically via the court's electronic filing system the 8th day of June, 2020. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated: June 8, 2020			*/s/ Michelle A. Parfitt*
					Michelle A. Parfitt