# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases Filed Against Defendant Personal Care Products Council | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## CERTIFICATION OF MICHELLE A. PARFITT, ESQ.

Michelle A. Parfitt, Esq., hereby certifies as follows:

1.  I am an attorney at law and member of the law firm of Ashcraft & Gerel, LLP. I was appointed as Co-Lead Counsel to represent all Plaintiffs in the above-captioned matter.

2.  I submit this Certification based on personal knowledge in support of the Plaintiffs' Steering Committee's Opposition to Defendant Personal Care Product Council's Motion for Summary Judgment.

3.  Attached hereto as Exhibit 1 is a true and correct copy of Bates Number CPC-POLAKOWTRSCPT00000266. (*filed under seal*)

4.  Attached hereto as Exhibit 2 is a true and correct copy of Bates Number JNJ000254100. (*filed under seal*)

5.  Attached hereto as Exhibit 3 is a true and correct copy of Bates Number CPC-POLAKOWTRSCPT00000326. (*filed under seal*)

6.  Attached hereto as Exhibit 4 is a true and correct copy of Bates Number WCD000081. (*filed under seal*)

7. Attached hereto as Exhibit 5 is a true and correct copy of Bates Number WCD000200. (*filed under seal*)

8. Attached hereto as Exhibit 6 is a true and correct copy of Bates Number JNJ000307294. (*filed under seal*)

9. Attached hereto as Exhibit 7 is a true and correct copy of Bates Number JNJ000089586. (*filed under seal*)

10. Attached hereto as Exhibit 8 is a true and correct copy of Bates Number JNJ000029681. (*filed under seal*)

11. Attached hereto as Exhibit 9 is a true and correct copy of Bates Number JNJ000036430. (*filed under seal*)

12. Attached hereto as Exhibit 10 is a true and correct copy of Bates Number JNJ000036440. (*filed under seal*)

13. Attached hereto as Exhibit 11 is a true and correct copy of Bates Number JNJ000058415. (*filed under seal*)

14. Attached hereto as Exhibit 12 is a true and correct copy of Bates Number PCPC0080419. (*filed under seal*)

15. Attached hereto as Exhibit 13 is a true and correct copy of Bates Number JNJ000011704.

16. Attached hereto as Exhibit 14 is a true and correct copy of Bates Number JNJ000022756. (*filed under seal*)

17. Attached hereto as Exhibit 15 is a true and correct copy of Bates Number JNJ000023178. (*filed under seal*)

18. Attached hereto as Exhibit 16 is a true and correct copy of Bates Number PCPC0075236. (*filed under seal*)

19. Attached hereto as Exhibit 17 is a true and correct copy of Bates Number PCPC0080396. (*filed under seal*)

20. Attached hereto as Exhibit 18 is a true and correct copy of Bates Number PCPC_MDL00028357. (*filed under seal*)

21. Attached hereto as Exhibit 19 is a true and correct copy of Bates Number IMERYS240345. (*filed under seal*)

22. Attached hereto as Exhibit 20 is a true and correct copy of Bates Number IMERYS239856. (*filed under seal*)

23. Attached hereto as Exhibit 21 is a true and correct copy of Bates Number JNJ000001864. (*filed under seal*)

24. Attached hereto as Exhibit 22 is a true and correct copy of Bates Number IMERYS288396. (*filed under seal*)

25. Attached hereto as Exhibit 23 is a true and correct copy of Bates Number IMERYS288390. (*filed under seal*)

26. Attached hereto as Exhibit 24 is a true and correct copy of Bates Number PCPC_MDL00029273. (*filed under seal*)

27. Attached hereto as Exhibit 25 is a true and correct copy of Bates Number PCPC_MDL00027958. (*filed under seal*)

28. Attached hereto as Exhibit 26 is a true and correct copy of Exhibit 3 to the Deposition of Mark Pollak taken on Aug. 29, 2018.

29. Attached hereto as Exhibit 27 is a true and correct copy of Bates Number PCPC_MDL00026142. (*filed under seal*)

30. Attached hereto as Exhibit 28 is a true and correct copy of Bates Number PCPC_MDL00028481. (*filed under seal*)

31. Attached hereto as Exhibit 29 is a true and correct copy of Bates Number PCPC_MDL00028665. (*filed under seal*)

32. Attached hereto as Exhibit 30 is a true and correct copy of Bates Number PCPC_MDL00020804. (*filed under seal*)

33. Attached hereto as Exhibit 31 is a true and correct copy of Bates Number PCPC_MDL00028677. (*filed under seal*)

34. Attached hereto as Exhibit 32 is a true and correct copy of Bates Number IMERYS095244. (*filed under seal*)

35. Attached hereto as Exhibit 33 is a true and correct copy of Bates Number JNJ000016566. (*filed under seal*)

36. Attached hereto as Exhibit 34 is a true and correct copy of Bates Number PCPC0035731. (*filed under seal*)

37. Attached hereto as Exhibit 35 is a true and correct copy of Bates Number IMERYS178944.

38. Attached hereto as Exhibit 36 is a true and correct copy of NTP Summary Minutes, Dec. 13-15, 2000.

39. Attached hereto as Exhibit 37 is a true and correct copy of Bates Number JNJ000373701. (*filed under seal*)

40. Attached hereto as Exhibit 38 is a true and correct copy of Bates Number CPC-NYCALTRSCPT00009958. (*filed under seal*)

41. Attached hereto as Exhibit 39 is a true and correct copy of Bates Number PCPC_MDL00010215. (*filed under seal*)

42. Attached hereto as Exhibit 40 is a true and correct copy of Bates Number JNJ000388775. (*filed under seal*)

43. Attached hereto as Exhibit 41 is a true and correct copy of Bates Number PCPC0035754. (*filed under seal*)

44. Attached hereto as Exhibit 42 is a true and correct copy of Bates Number Weinberg Group 0004-0006. (*filed under seal*)

45. Attached hereto as Exhibit 43 is a true and correct copy of an excerpt of Deposition of Linda Loretz taken on Jul. 18, 2018 at 112:6-114:7.

46. Attached hereto as Exhibit 44 is a true and correct copy of Bates Number JNJ000564167. (*filed under seal*)

47. Attached hereto as Exhibit 45 is a true and correct copy of Bates Number JNJ000013664. (*filed under seal*)

48. Attached hereto as Exhibit 46 is a true and correct copy of Bates Number PCPC0077968. (*filed under seal*)

49. Attached hereto as Exhibit 47 is a true and correct copy of Bates Number PCPC_MDL00010631. (*filed under seal*)

50. Attached hereto as Exhibit 48 is a true and correct copy of an excerpt of Deposition of Mark Pollak taken on Feb. 18, 2016 at 16:24-17:9.

51. Attached hereto as Exhibit 49 is a true and correct copy of an excerpt of Deposition of Linda Loretz taken on Jan. 8, 2016 at 40:13-15.

52. Attached hereto as Exhibit 50 is a true and correct copy of an excerpt of Deposition of Linda Loretz taken on Oct. 2, 2018 at 834:20-835:2.

53. Attached hereto as Exhibit 51 is a true and correct copy of Bates Number PCPC_MDL00015232. (*filed under seal*)

54. Attached hereto as Exhibit 52 is a true and correct copy of the 2003 Annual Report for PCPC.

55. Attached hereto as Exhibit 53 is a true and correct copy of Bates Number IMERYS3619465. (*filed under seal*)

56. Attached hereto as Exhibit 54 is a true and correct copy of Bates Number IMERYS329339. (*filed under seal*)

57. Attached hereto as Exhibit 55 is a true and correct copy of Bates Number JNJ000384773. (*filed under seal*)

58. Attached hereto as Exhibit 56 is a true and correct copy of Bates Number IMERYS280641. (*filed under seal*)

59. Attached hereto as Exhibit 57 is a true and correct copy of Bates Number MDL_KELLY00017302.

60. Attached hereto as Exhibit 58 is a true and correct copy of the Cosmetic Ingredient Review Expert Panel from December 10-11, 2012.

61. Attached hereto as Exhibit 59 is a true and correct copy of Bates Number MBS-CRE000191.

62. Attached hereto as Exhibit 60 is a true and correct copy of Bates Number IMERYS226115. (*filed under seal*)

63. Attached hereto as Exhibit 61 is a true and correct copy of Bates Number IMERYS065205. (*filed under seal*)

64. Attached hereto as Exhibit 62 is a true and correct copy of Bates Number PCPC0011431. (*filed under seal*)

65. Attached hereto as Exhibit 63 is a true and correct copy of Bates Number PCPC0011582. (*filed under seal*)

66. Attached hereto as Exhibit 64 is a true and correct copy of Bates Number PCPC0011835. (*filed under seal*)

67. Attached hereto as Exhibit 65 is a true and correct copy of Bates Number JNJ000490528.

68. Attached hereto as Exhibit 66 is a true and correct copy of Bates Number IMERYS149314. (*filed under seal*)

69. Attached hereto as Exhibit 67 is a true and correct copy of Bates Number MVS-CRE000031.

70. Attached hereto as Exhibit 68 is a true and correct copy of Bates Number MBS-CRE0002171-272 - Kelly email, April 15, 2013.

71. Attached hereto as Exhibit 69 is a true and correct copy of Bates Number PCPC_MDL00031603. (*filed under seal*)

72. Attached hereto as Exhibit 70 is a true and correct copy of Bates Number PCPC0052415. (*filed under seal*)

73. Attached hereto as Exhibit 71 is a true and correct copy of Exhibit 10 to the Deposition of Linda Loretz taken on Jul. 18, 2018.  (*filed under seal*)

74. Attached hereto as Exhibit 72 is a true and correct copy of the Declaration of Mark Pollak, filed in *Simpson v. Johnson & Johnson, et al*.

75. Attached hereto as Exhibit 73 is a true and correct copy of:

http://www.personalcarecouncil.org/member-benefits.

76. Attached hereto as Exhibit 74 is a true and correct copy of:

http://www.personalcarecouncil.org/legislation-regulation/legislative-advocacy.

77. Attached hereto as Exhibit 75 is a true and correct copy of an excerpt of Deposition of Mark Pollak taken on Aug. 29, 2018 at 105:15-106:1.

78. Attached hereto as Exhibit 76 is a true and correct copy of the PCPC's Form 990 (2014).

79. Attached hereto as Exhibit 77 s a true and correct copy of the Declaration of Mark Pollak, filed in *Linda Nard v. Johnson & Johnson, et al.*

80. Attached hereto as Exhibit 78 is a true and correct copy of the DC Council, Committee on Public Safety & the Judiciary, Report on Bill 18-893, Nov. 18, 2010.

81. Attached hereto as Exhibit 79 is a true and correct copy of the Testimony of Arthur Spitzer, ACLU submitted to Committee on Public Safety & the Judiciary, Sept. 17, 2010.

82. Attached hereto as Exhibit 80 is a true and correct copy of Hearing Transcript on Jan. 13, 2017 in *Simpson v. Johnson & Johnson, et al*. at 39:19-24, 43:7-9.

83. Attached hereto as Exhibit 81 is a true and correct copy of Bates Number PCPC_MDL00007402. (*filed under seal*)

84. Attached hereto as Exhibit 82 is a true and correct copy of: https://www.cosmeticsdesign.com/Article/2020/30/10/The-PCPC-s-focus-on-science-safety-and-sustainability.

85. Attached hereto as Exhibit 83 is a true and correct copy of Bates Number JNJ000281901.

86. Attached hereto as Exhibit 84 is a true and correct copy of Bates Number IMERYS137726.

87. Attached hereto as Exhibit 85 is a true and correct copy of Bates Number JNJ000218562. (*filed under seal*)

88. Attached hereto as Exhibit 86 is a true and correct copy of Bates Number PCPC0073585. (*filed under seal*)

89. Attached hereto as Exhibit 87 is a true and correct copy of Bates Number PCPC0075387. (*filed under seal*)

90. Attached hereto as Exhibit 88 is a true and correct copy of Bates Number JNJ000021286. (*filed under seal*)

91. Attached hereto as Exhibit 89 is a true and correct copy of Bates Number IMERYS210870. (*filed under seal)*

92. Attached hereto as Exhibit 90 is a true and correct copy of Bates Number JNJ000053072.

93. Attached hereto as Exhibit 91 is a true and correct copy of Bates Number PCPC0066819.

94. Attached hereto as Exhibit 92 is a true and correct copy of Bates Number JNJ000016158.

95. Attached hereto as Exhibit 93 is a true and correct copy of Bates Number IMERYS-A_0011817.

96. Attached hereto as Exhibit 94 is a true and correct copy of Bates Number PCPC_MDL00010250. (*filed under seal*)

97. Attached hereto as Exhibit 95 is a true and correct copy of Bates Number PCPC_MDL00015287. (*filed under seal*)

98. Attached hereto as Exhibit 96 is a true and correct copy of Bates Number PCPC_MDL00030856. (*filed under seal*)

99. Attached hereto as Exhibit 97 is a true and correct copy of Bates Number PCPC_MDL00044793. (*filed under seal*)

100. Attached hereto as Exhibit 98 is a true and correct copy of Bates Number JNJ000031001. (*filed under seal*)

101. Attached hereto as Exhibit 99 is a true and correct copy of Bates Number JNJ000011933.

102. Attached hereto as Exhibit 100 is a true and correct copy of Bates Number PCPC0066630. (*filed under seal*)

103. Attached hereto as Exhibit 101 is a true and correct copy of Bates Number PCPC0072893. (*filed under seal*)

104. Attached hereto as Exhibit 102 is a true and correct copy of Bates Number PCPC_MDL00103539. (*filed under seal*)

105. Attached hereto as Exhibit 103 is a true and correct copy of Bates Number PCPC_MDL00023425. (*filed under seal*)

106. Attached hereto as Exhibit 104 is a true and correct copy of Bates Number PCPC_MDL00092069.

107. Attached hereto as Exhibit 105 is a true and correct copy of Bates Number PCPC_MDL00020026. (*filed under seal*)

108. Attached hereto as Exhibit 106 is a true and correct copy of Bates Number PCPC_MDL00022149. (*filed under seal*)

109. Attached hereto as Exhibit 107 is a true and correct copy of Wehner et al., *Do Particles Translocate From the Vagina to the Oviducts and Beyond?* 23 Fd. Chem. Toxic. 367 (1985).

110. Attached hereto as Exhibit 108 is a true and correct copy of Wehner et al., *On Talc Translocation From the Vagina to the Oviducts and Beyond*, 24 Fd. Chem. Toxic. 329 (1986).

111. Attached hereto as Exhibit 109 is a true and correct copy of Bates Number PCPC_MDL00015494. (*filed under seal*)

112. Attached hereto as Exhibit 110 is a true and correct copy of Bates Number PCPC0061912. (*filed under seal*)

113. Attached hereto as Exhibit 111 is a true and correct copy of Bates Number PCPC0027850. (*filed under seal*)

114. Attached hereto as Exhibit 112 is a true and correct copy of Bates Number IMERYS125259. (*filed under seal*)

115. Attached hereto as Exhibit 113 is a true and correct copy of Bates Number PCPC0072694. (*filed under seal*)

116. Attached hereto as Exhibit 114 is a true and correct copy of Bates Number JNJTALC000071142. (*filed under seal*)

117. Attached hereto as Exhibit 115 is a true and correct copy of Bates Number PCPC_MDL00031934. (*filed under seal*)

118. Attached hereto as Exhibit 116 is a true and correct copy of Bates Number JNJ000001403. (*filed under seal*)

119. Attached hereto as Exhibit 117 is a true and correct copy of Bates Number JNJ000046271. (*filed under seal*)

120. Attached hereto as Exhibit 118 is a true and correct copy of Bates Number PCPC0075364. (*filed under seal*)

121. Attached hereto as Exhibit 119 is a true and correct copy of Bates Number JNJ000240311.

122. Attached hereto as Exhibit 120 is a true and correct copy of Bates Number IMERYS288570. (*filed under seal*)

123. Attached hereto as Exhibit 121 is a true and correct copy of Bates Number PCPC_MDL00032703. (*filed under seal*)

124. Attached hereto as Exhibit 122 is a true and correct copy of Bates Number PCPC_MDL00145227. (*filed under seal*)

125. Attached hereto as Exhibit 123is a true and correct copy of Bates Number JNJ000023733. (*filed under seal*)

126. Attached hereto as Exhibit 124 is a true and correct copy of Bates Number JNJ000404511. (*filed under seal*)

127. Attached hereto as Exhibit 125 is a true and correct copy of Bates Number PCPC0082507. (*filed under seal*)

128. Attached hereto as Exhibit 126 is a true and correct copy of Bates Number JNJ000240488. (*filed under seal*)

129. Attached hereto as Exhibit 127 is a true and correct copy of Bates Number PCPC_MDL00031778. (*filed under seal*)

130. Attached hereto as Exhibit 128 is a true and correct copy of Bates Number PCPC_MDL00031693. (*filed under seal*)

131. Attached hereto as Exhibit 129 is a true and correct copy of Bates Number PCPC_MDL00010473. (*filed under seal*)

132. Attached hereto as Exhibit 130 is a true and correct copy of Bates Number PCPC_MDL00007847. (*filed under seal*)

133. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.


Dated: June 8, 2020                               */s/ Michelle A. Parfitt*
                                                  Michelle A. Parfitt