# Exhibit 26



TITLE: Talc IP - Revenue Received
GENERAL LEDGER ACCOUNT: #25078
DATE INITIATED: 08/17/92

| PARTICIPANTS: | 1992 | 1993 | 1994 | 1997 | 2000 | 2001 | 2005 | 2008 | 2009 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Alberto-Culver | | | | 500 | | | | | | 500 |
| Avon Products | 5,000 | 2,000 | 894 | | 10,000 | 2,000 | | | | 19,894 |
| Bristol-Myers / Clairol | | | | 500 | 6,000 | 1,500 | | | | 8,000 |
| Carter-Wallace, Inc. | 5,000 | | | | | | | | | 5,000 |
| Colgate-Palmolive | 5,000 | 2,000 | 894 | 500 | | | | | | 8,394 |
| Combe Inc. | | | | 500 | | | | | | 500 |
| Cosmair, Inc. | 5,000 | 1,500 | 894 | 500 | 1,000 | | | | | 8,894 |
| Estee Lauder, Inc. | 5,000 | | | | | | | | | 5,000 |
| Helene Curtis / Unilever | 5,000 | 1,500 | 894 | 500 | 31,000 | 6,500 | | | | 45,394 |
| Johnson & Johnson | 5,000 | 2,000 | 9,310 | 500 | 151,000 | 7,500 | 15,000 | | | 190,310 |
| L'Oreal | | | | | 10,000 | 2,500 | | | 2,500 | 15,000 |
| Luzenac America | 5,000 | 2,000 | 894 | 500 | 31,000 | 7,500 | | | 2,500 | 49,394 |
| Mary Kay Cosmetics | 5,000 | 1,000 | 894 | 500 | 1,000 | 500 | | | | 8,894 |
| Maybelline, Inc. | 5,000 | 1,500 | 894 | | | | | | | 7,394 |
| Pfizer/Minterals Tech. | 5,000 | 1,500 | 1,126 | | | | | | | 8,626 |
| Polar Minerals | | | | 500 | 1,000 | 500 | | | | 2,000 |
| Procter & Gamble (incl Noxell) | 5,000 | 2,000 | 894 | 500 | 1,000 | | | | | 9,394 |
| Schering-Plough Corp. | 5,000 | 1,500 | 894 | | | | | | | 7,394 |
| US Cosmetics Corp. | 5,000 | | | 500 | | | | | | 5,500 |
| R. T. Vanderbilt | 5,000 | 1,500 | 894 | 500 | 1,000 | | | | | 8,894 |
| Whittaker, Clark & Dan. | 5,000 | 1,000 | 894 | 500 | 1,000 | | | | | 8,394 |
| American Westmin | 5,000 | 1,000 | 894 | | | | | | | 6,894 |
| Mary Kay Cosmetics | | | | | | | | 2,500 | | 2,500 |
| Procter & Gamble | | | | | | | | 2,500 | | 2,500 |
| Revlon | | | | | | | | 2,500 | | 2,500 |
| The Dial Corp | | | | | | | | | 2,500 | 2,500 |
| | 85,000.00 | 22,000.00 | 21,164.00 | 7,500.00 | 245,000.00 | 29,000.00 | 15,000.00 | 7,500.00 | 7,500.00 | 439,664.00 |