# Exhibit 48

Page 1

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION - ATLANTIC COUNTY

MASTER DOCKET NO. ATL-L-2648-15

------------------------------------

IN RE:  TALC-BASED POWDER PRODUCTS : Case No.
                                   : 300
Applicable to All Cases            : Civil Action

------------------------------------

IN THE SUPERIOR COURT

OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

------------------------------------

LORI OULES,

      Plaintiff,

V.                                Civil Action No.

JOHNSON & JOHNSON, et al.,        2014 CA 008327 B

      Defendants.         Judge Brian Holeman

---------------------------X

VIDEOTAPED DEPOSITION OF

PERSONAL CARE PRODUCTS COUNCIL

Through its corporate representative

MARK A. POLLAK

Washington, DC 20004

Thursday, February 18, 2016

Reported by: Denise D. Vickery, CRR/RMR

Mark A. Pollak

Page 14

```
 1  page 3?
 2      A.  Yeah, I'm fairly certain I've
 3  reviewed them.  Yes.
 4      Q.  Okay.  Have you had a chance to go
 5  over those with your attorneys?
 6          MR. LOCKE:  Objection.  We -- in
 7      my letter dated February 28th and -- or --
 8      excuse me -- January 28th and February 5th,
 9      we asserted our objections to the
10      definitions consistent with -- to the
11      extent they're inconsistent with New Jersey
12      or District of Columbia law.
13   BY MR. GOLOMB:
14      Q.  Did you look at the definitions
15  beginning on page 3, Mr. Pollak?
16      A.  Uh-huh.
17      Q.  You have to give a verbal yes --
18      A.  Yes.  Sorry.
19      Q.  -- answer.  Thank you.
20          And those definitions continue
21  through page 8; is that correct?
22      A.  Correct.
23      Q.  And did you understand the various
24  terms in paragraphs 1 through 23 under the
25  definitions?
```

Page 15

```
 1      A.  I think so.
 2      Q.  Okay.  Do you have any questions
 3  about any of them?
 4      A.  No.
 5      Q.  And beginning on page 8, there are
 6  -- there's some instructions.  It's a single
 7  instruction.  It says:
 8          "The deponent is instructed to
 9  produce at deposition:  copies of any and all
10  documents reviewed or read in preparation for the
11  deposition."
12          Let's talk about what it is that you
13  reviewed or read to prepare you for your
14  deposition, other than this notice of deposition
15  and other than the two documents that your
16  attorney provided today and Dr. Loretz's
17  deposition transcript.
18          What else did you review?
19      A.  So I took a look at some of the
20  other publicly available information on the
21  Personal Care Products Council and related
22  organizations, such as the Cosmetic Ingredient
23  Review and the Personal Care Products Foundation.
24      Q.  Okay.  When you say "publicly
25  available" materials, what specifically did
```

Page 16

```
 1  you look at?
 2      A.  So I looked at what's on our website
 3  about membership, information on the foundation
 4  and its mission.  I took a look at the CIR
 5  procedures and some of the other information they
 6  have through their website.
 7      Q.  And what is the CIR?
 8      A.  The Cosmetic Ingredient Review
 9  program.
10      Q.  And what does the CIR do?
11      A.  So the CIR is an independent
12  organization that reviews the scientific
13  literature on the safety of cosmetic ingredients
14  and makes a determination based on this
15  information as to whether an ingredient is safe,
16  unsafe, or needs further study before being used.
17      Q.  And when you say "independent," what
18  do you mean by that?
19      A.  Although it is funded by the
20  Personal Care Products Council, the -- we do not
21  control the decision-making of the expert panel,
22  and these are outsiders similar to the OTC drug
23  review process.
24      Q.  So the PCPC funds the CIR?
25      A.  Correct.
```

Page 17

```
 1      Q.  And, in fact, they share office
 2  space --
 3      A.  Correct.
 4      Q.  -- with the CIR; is that correct?
 5          And so every dollar spent by the
 6  independent cosmetic review -- the Cosmetic
 7  Ingredient Review -- I'm sorry -- comes from
 8  PCPC?
 9      A.  Correct.  Yes.
10      Q.  And who are the employees of the
11  CIR?
12      A.  So there are six or seven employees
13  who are basically in the areas of administration
14  or science writers.  There is a -- at least one
15  is a toxicologist, but basically helping to put
16  together the reports on the ingredient literature
17  to provide to the expert panel members.
18      Q.  And how are the expert panel members
19  chosen?
20      A.  There is a set of procedures with a
21  CIR steering committee that's composed of seven
22  people, and the steering committee makes
23  recommendations on nominations for the panel.
24      Q.  And how are those steering committee
25  members chosen?
```

5 (Pages 14 to 17)