# Exhibit 49

Linda Loretz, Ph.D.

Page 1

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION - ATLANTIC COUNTY

MASTER DOCKET NO. ATL-L-2648-15

- - -

IN RE:   TALC-BASED POWDER PRODUCTS : Case No.:   300
                                    :
Applicable to All Cases             :
                                    :

- - -

DEPOSITION UNDER ORAL EXAMINATION OF

LINDA LORETZ, Ph.D.

Washington, D.C.

Friday, January 8, 2016

- - -

REPORTED BY:   AMANDA BLOMSTROM, CSR/CRR/CLR/RMR

- - -

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

Linda Loretz, Ph.D.

Page 38

1  Q. And in 1996 when you first
2  went to work there, approximately how
3  many people were in the Science
4  Department?
5  A. Not terribly different from
6  today. It's approximately ten.
7  Q. Who heads up the Science
8  Department today?
9  A. Today it's Beth Lange.
10  Q. And how many, how many
11  toxicologists are there in the Science
12  Department of PCPC today?
13  A. I would say three.
14  Q. And who are the other two
15  other than you?
16  A. Jay Ansell and Carol
17  Eisenmann.
18  Q. And tell me just generally
19  what it is you do from -- on a day-to-day
20  basis.
21  A. We have -- as I say, I get
22  involved with committees. I'm the
23  official liaison for several committees.
24  We hold meetings. We prep for those
25  meetings. We work on issues related to,

Page 39

1  for example, the Cosmetic Ingredient
2  Review and their ingredient reviews.
3  Q. What is the Cosmetic
4  Ingredient Review?
5  A. It is an organization that
6  was set up to review cosmetic
7  ingredients. It's an expert panel. And
8  then there are also liaison members; PCPC
9  has a liaison member, the FDA has a
10  liaison member, and the Consumer
11  Federation of America has a liaison
12  member.
13  But it's a, a group. It's
14  an expert scientific panel that reviews
15  ingredients.
16  Q. And who, who is the, the
17  PCPC liaison to the Cosmetic Ingredient
18  Review?
19  A. It's Beth Lange. It's the
20  head of the Science Department.
21  Q. Who selects the -- you
22  mentioned the experts in the, for the
23  CIR, who selects those experts?
24  A. There -- there is a public
25  nomination period. And who makes the

Page 40

1  actual selection at the end of the day?
2  I'm not sure.
3  Q. Who nominates them?
4  A. They can be nominated by
5  anyone.
6  Q. By --
7  A. I mean, it's a public --
8  they can be nominated by industry; they
9  can be nominated by FDA; they could be
10  nominated by outside --
11  Q. Who --
12  A. -- organizations.
13  Q. Who funds the CIR?
14  A. The CIR is funded by
15  industry.
16  Q. By "industry," you're
17  talking about companies like Johnson and
18  Imerys?
19  A. It's -- it's funded by PCPC.
20  I mean, it, it -- that's the funding, but
21  they're -- it's an independent body.
22  Q. Okay. Is it a -- an
23  agency? Is the CIR, the Cosmetic
24  Ingredient Review, an agency within the
25  PCPC?

Page 41

1  A. It's not an agency. I mean,
2  I wouldn't use the word "agency."
3  Q. Well, what word would you
4  use?
5  A. Well, they're independent
6  but they're -- they are -- they're funded
7  by the industry because, I mean, they
8  have to be funded by somebody.
9  Q. Okay. But, I mean, they're
10  not, they're not funded by the -- any
11  federal government?
12  A. Correct.
13  Q. They're not funded by the
14  state government?
15  A. Correct.
16  Q. They're funded by companies
17  like Johnson and Imerys?
18  A. Right, but -- well, they're
19  funded by PCPC.
20  Q. Okay.
21  A. So the membership of PCPC --
22  Q. All right. And companies
23  like --
24  A. -- so far as --
25  Q. -- Johnson and Imerys are

11 (Pages 38 to 41)