# Exhibit 50

Linda Loretz, Ph.D.

Page 763

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

------------------------------x

IN RE JOHNSON & JOHNSON             ) MDL No.

TALCUM POWDER PRODUCTS              ) 16-2738 (FLW)(LHG)

MARKETING SALES PRACTICES,          )

AND PRODUCTS LIABILITY              )

LITIGATION                          )

                                    )

THIS DOCUMENT RELATES TO            )

ALL CASES                           )

------------------------------x

V O L U M E   I I I

VIDEOTAPED 30(b)(6) DEPOSITION OF DEFENDANT
PERSONAL CARE PRODUCTS COUNCIL
by and through its Designated Representative,

LINDA LORETZ, Ph.D.

WASHINGTON, D.C.

TUESDAY, OCTOBER 2, 2018

9:01 A.M.

Reported by: Leslie A. Todd

Page 832

1    A   Correct, they fund CIR.
2    Q   Okay. So the same money that industry
3    provides to fund PCPC ends up going to CIR to pay
4    the salaries and wages of those who work for CIR,
5    correct?
6    A   That's correct.
7    Q   And the overhead, right?
8    A   Yes.
9    Q   Okay. In fact, that -- the last I
10   checked, and maybe this has changed, but last I
11   checked you actually -- PCPC and CIR share office
12   space; is that right? Correct?
13   A   We are -- we are located -- yes,
14   correct.
15   Q   Okay. There been any discussion of
16   maybe moving to different locations?
17   A   Yeah, at one point they were actually on
18   a different floor. They're not now, but -- in
19   order to, you know, to seem more independent, but
20   I think it's -- we would still be told that, Well,
21   they're industry funded, so I think it was
22   considered that it wouldn't make that much
23   difference.
24   Q   You share an office space. Do you end
25   up sharing supplies?

Page 833

1    A   I think we do share supplies, yes.
2    Q   Share the same conference rooms?
3    A   Same what?
4    Q   Same conference rooms?
5    A   Yes.
6    Q   Equipment?
7    A   Yes.
8    Q   Okay. So there's a section in here that
9    talks about separation and independence of the CIR
10   staff, right?
11   A   Yes.
12   Q   And in part, it talks about "The CIR
13   staff shall be employees of or consultants to
14   Council," right?
15   A   Yes.
16   Q   So the CIR staff, they're actually
17   employees of PCPC.
18   A   We -- PCPC pays them, that's right.
19   Q   It goes on to say, "but shall be
20   separate and independent from the Council staff."
21       Right? And then it goes on, "No person
22   on the Cosmetic Ingredient Review staff may also
23   serve on the Council staff. The CIR staff may
24   obtain supplies and services through the central
25   facilities of the Council."

Page 834

1    We just talked about that, right?
2    A   Correct.
3    Q   Okay. And then it talks about contact
4    between the CIR staff and Council staff to be kept
5    to a minimum.
6        Is that kind of hard to do given you
7    share the same office space?
8    A   I mean, as far as being friendly with,
9    of course. I mean, that's kind of normal
10   interaction. I think what that really refers to
11   is just that you do your job, we do our job, and
12   we don't -- we don't interact on our jobs.
13   Q   And the reason that this separation, if
14   you will, exists is for what?
15   A   Because to keep CIR as independent as
16   they can be, but -- but -- I mean, just to say
17   this is CIR staff. I mean, the decision makers
18   are the expert panel, and there -- there,
19   certainly, the independence is more obvious.
20   Q   "The CIR staff shall follow all the
21   personnel policies and procedures established in
22   the Council Procedures Manual." Right?
23   A   Yes.
24   Q   So not only are they employees, they are
25   to abide by the PCPC policies and procedures,

Page 835

1    correct?
2    A   Right. Because they're employees, yes.
3    Q   Now, Section 12, "Director." (a) "The
4    director shall be appointed" -- well, first of
5    all, who -- tell me what the director is.
6    A   The head of -- excuse me -- the head of
7    CIR staff. So they oversee the report preparation
8    basically that goes to the expert panel.
9    Q   Okay. Now, one -- one person I know to
10   have been, I think, the director was Alan
11   Andersen, right?
12   A   Correct.
13   Q   Okay. He is no longer director?
14   A   He retired.
15   Q   Okay. And he retired when?
16   A   So just roughly -- I don't know, five
17   years ago.
18   Q   Okay. And how long was he the director?
19   A   A long time. He was director when I
20   came in '97, and I'm not sure how long he had been
21   at that post. But a long time.
22   Q   Okay. You're aware he's testified
23   before?
24   A   I think I did know that, yes.
25   Q   Okay. Have you read his testimony?