# Exhibit 52



# 2003 ANNUAL REPORT



1101 17th Street, N.W.
Suite 300
Washington, D.C. 20036

202-331-1770
202-331-1969
www.ctfa.org

> CTFA TAKES A LEADERSHIP ROLE IN REINFORCING THE VALUE OF AND NEED FOR THE INDUSTRY'S PRODUCTS.

**T**he Cosmetic, Toiletry, and Fragrance Association (CTFA) is the leading trade association for the personal care products industry, representing companies with the majority of U.S. personal care product sales. CTFA represents the interests of the industry at the local, state, national, and international levels. CTFA was founded in 1894 by industry leaders who knew that no matter how strong they were individually, by joining together they would be even stronger.

CTFA active members are manufacturers and distributors of finished personal care products. Associate members are suppliers of ingredients, raw materials, packaging, and services used in the production and marketing of finished products.

CTFA members play a vital role in contributing to CTFA's efforts in advancing the goals of our industry, from developing new scientific procedures to breaking down the barriers to international trade. In times of economic uncertainty, CTFA members find it even more valuable to act as part of a community working on common concerns and strategies.

CTFA's mission is to protect the freedom of the industry to compete in a fair and responsible marketplace, while also working to support the industry's commitment to consumers for safe and effective products. This is accomplished by promoting voluntary industry self-regulation efforts to ensure uniform national and international government standards.



*At the 2003 CTFA Annual Meeting, CTFA President Ed Kavanaugh opened the Washington Report, which reviewed the Association's accomplishments in the prior year.*



*During the 2003 CTFA Annual Meeting, CTFA Board Chair Andrea Jung, Avon Products, Inc., commended the "alliance of peers" that keeps the industry strong and vital through tough times.*

This 2003 CTFA Annual Report covers the three elements of CTFA:

- the core scientific, legal, legislative, regulatory, international, and public affairs programs;

- the independent Cosmetic Ingredient Review (CIR), the linchpin of CTFA's self-regulatory programs;

- the CTFA Foundation, which coordinates and funds the *Look Good...Feel Better* program, helping women cancer patients deal with the appearance-related consequences of chemotherapy and radiation.

# FOOD AND DRUG ADMINISTRATION

### Cosmetic Regulation

In commenting on Program Priorities for Cosmetics for the Center for Food Safety and Applied Nutrition, CTFA urged FDA to take quick action to complete a final guidance for a "sunburn alert" label for certain products containing alpha hydroxy acids (AHAs). The Association asked FDA to restrict the need for such a label to products where the AHA is intended to function as an exfoliant and to exclude products where it is clear the AHA would not increase sun sensitivity. In a meeting with the directors of the FDA's Center for Foods and Office of Cosmetics and Colors, CTFA also urged action on cosmetic nomenclature issues that would facilitate international harmonization of labels, approval of the color additive Carbon Black, and completion of the internet-based system for the Voluntary Cosmetic Reporting Program.

### Cosmetic-Drug Issues

CTFA responded to several initiatives affecting cosmetic products that are also regulated as over-the-counter (OTC) drugs. This included filing extensive scientific data and other information in support of topical antimicrobial products after FDA reopened the rulemaking record to ensure that updated information on product efficacy and safety was considered by the Agency.

The Association also worked with the Consumer Healthcare Products Association (CHPA) on a number of issues involving oral care products, including development of non-animal caries testing protocols and a response to the FDA expert panel report on anti-plaque and anti-gingivitis products.

In addition, CTFA responded to final regulations for antiperspirants and skin protectants with petitions to FDA to reopen the record and reconsider certain decisions. For antiperspirants, CTFA asked that longer duration claims be allowed and that warning requirements be simplified. For skin protectants, CTFA asked FDA to allow certain claims that were permitted by the proposed rule and had been banned without adequate basis. In addition, the Association asked FDA to allow disclosure of inactive ingredients off-label at the point of sale for certain skin protectant products, such as lip balms, that are sold in very small packages.



*CTFA Vice President-Legal & General Counsel Tom Donegan addressed attendees during the CTFA 2003 Legal and Regulatory Conference.*

### Sunscreens

FDA continued its consideration of CTFA arguments in favor of changes to the final regulation for sunscreens. CTFA urged FDA to repeal its ban on SPF claims over 30 and truthful anti-aging claims, and to allow a broader range of truthful descriptions of the uses and benefits of sunscreen products on the label. CTFA also asked the Agency to permit reduced labeling under the OTC Drug Labeling Regulation for all sunscreen products.



*Dr. Roger Ceilley, co-chair of the American Academy of Dermatology's (AAD) National Coalition for Sun Safety, and Irene Malbin, vice president-public affairs, CTFA, discussed the new print public service announcements presented at the National Coalition's October meeting in New York. CTFA is a member of the National Coalition for Sun Safety.*

# CONGRESSIONAL

CTFA continued to represent and protect the interests of the cosmetic and personal care product industry on Capitol Hill.

The Association supported an appropriate level of funding for FDA's cosmetic regulatory program. This funding would help ensure that the Agency fully participates in programs such as the Cosmetic Ingredient Review.

CTFA also worked on other issues, including repeal of the Foreign Sales Corporation/Extraterritorial Income Exclusion tax program; chemical facilities security proposals requiring some chemical plants to implement site security plans; retail theft legislation establishing new criminal penalties for shoplifting by organized theft rings; Occupational Safety and Health Administration reform; reauthorization of the Consumer Product Safety Commission and Federal Trade Commission; and class action reform.



*CTFA Vice President Mike Thompson (l) welcomed Amit Sachdev, senior associate commissioner for legislation, Food and Drug Administration (FDA), who addressed CTFA's Legislative Planning Committee. Sachdev discussed the new priorities for the FDA under Commissioner Mark McClellan and provided a review of FDA-related issues before the 108th Congress.*

### Legislative Forum

In June, CTFA held a Legislative Forum on Capitol Hill in Washington, D.C. Rep. Cliff Stearns (R-Florida), chairman of the Energy and Commerce Subcommittee on Commerce, Trade and Consumer Protection, and Rep. Darrell Issa (R-California), another member of the Energy and Commerce Committee and an early supporter of the effort to recall California Governor Gray Davis, were the keynote speakers. In addition, panels composed of Congressional staff, cosmetic industry representatives, retailers, and others covered FDA and retail issues, as well as the political landscape.

### Antimicrobials

CTFA filed several additional documents with FDA supporting the safety and efficacy of antimicrobial soaps and washes during a reopening of the rulemaking record. These materials were developed by a coalition of companies working with CTFA and the Soap and Detergent Association (SDA). The CTFA/SDA coalition also continued to compile additional data demonstrating the benefits of these products and that the use of antimicrobial products is not related to the development of antibiotic resistance.

### Other FDA Issues

CTFA also filed comments supporting FDA's reliance on intended use as determined from product claims as the basis for deciding the regulatory classification of a product. These comments were filed in a matter involving decorative contact lens-

# ACTIVITY



*CTFA President Ed Kavanaugh (l) met with Senator Judd Gregg (R-N.H.), chairman of the Senate Health, Education, Labor, and Pensions Committee, during the CTFA Legislative Forum.*

Following the session, CTFA members met with Sen. Judd Gregg (R-New Hampshire), Chairman of the Health, Education, Labor, and Pensions Committee; Rep. Carolyn Maloney (D-New York), a member of the Financial Services Committee; and Rep. Sue Kelley (R-New York), a member of the Financial Services and Small Business committees.



*At the CTFA Legislative Forum, CTFA members discussed issues facing the personal care products industry and heard presentations on FDA matters, retail issues, and the political landscape from congressional staffers, cosmetic industry representatives, retailers, and others. Mike Thompson (third from left), vice president-legislative relations, CTFA, met with (l-r) Anne Crews, Mary Kay, Inc.; Sandy Schneider, DougMar Consulting; Representative Carolyn Maloney (D-N.Y.); Nadine Harrison, Johnson & Johnson; and Jayna Gadomski, legislative coordinator, CTFA.*

es. In addition, the Association filed comments in support of consideration of new sunscreen active ingredients. It also sought to limit labeling requirements for medical devices such as toothbrushes used in conjunction with personal care products.

In May, CTFA filed comments on FDA's draft guidance for industry entitled, Part II, Electronic Records; *Electronic Signatures– Scope and Application*. CTFA is a member of the Industry Coalition comprising 14 trade associations working with FDA on Part II issues representing manufacturers of FDA regulated products. CTFA's supplemental comments addressed the distinction between non-dose limited OTC drugs, such as sunscreens and dandruff shampoos, and more traditional drugs. CTFA asked the Agency to factor the low risk posed by these OTC drug products into the implementation of good manufacturing practices (GMPs) requirements under the risk-based approach.

## INGREDIENTS

CTFA's Safety and Regulatory Toxicology Committee (SRTC) finalized a white paper addressing protein allergy.

CTFA submitted comments supporting the National Toxicology Program review that determined Diethanolamine (DEA) should not be included in the Report on Carcinogens.

In March, the Technical Advisory Committee of Colipa, the cosmetic trade association for the European Union, and CTFA agreed to a program of close coordination on joint concerns regarding global issues. Under this program, a joint Colipa/CTFA interested party group will assist the silicone industry with the preparation of a dossier on Cyclotetrasiloxane for submission to the European Union's Scientific Committee for Cosmetics and Non-Food Products (SCCNFP). Another joint Colipa/CTFA interested party group is developing a research plan to support Parabens for the program. CTFA continues to assist Colipa in gathering information on AHAs in response to requests from the SCCNFP.

Working with other trade associations, CTFA is closely monitoring the EPA chemical right-to-know voluntary initiatives, the High Production Volume (HPV) testing program, and the Children's Chemical Evaluation Program.

CTFA is also conducting surveys of the maximum concentration of ingredient use in FDA product categories to provide the Cosmetic Ingredient Review (CIR) with concentration-of-use information.

## ENVIRONMENTAL ISSUES

### Air Quality

CTFA worked to help members comply with a California Air Resources Board (CARB) survey calling for data to be used in calculating volatile organic compound (VOC) emissions from personal care products sold in California during 2001. The survey is the first step in the regulatory process to limit the VOC content of personal care products. Regulations will be considered in late 2003 and adopted in 2004 to obtain further emission reductions. They are likely to cover a number of personal care products and will require reformulated products by 2006.

CTFA testified at a CARB Board hearing in October 2003 to argue against even more stringent proposals for regulating consumer products advanced by the South Coast Air Resources Board (Los Angeles) — the Association will continue to oppose attempts by any authority to regulate these products at a regional level. CTFA also opposed efforts by the South Coast Board to levy additional fees on the consumer product industry and to obtain authority to ban certain forms of consumer products such as aerosols.

The Association continued efforts to ensure uniform, feasible air quality regulations in the Northeast and Mid-Atlantic states by encouraging states interested in further regulation to adopt the model regulation negotiated with the regional Ozone Transport Commission. CTFA worked actively with state environmental agencies in Maryland, New Jersey, Virginia, and the District of Columbia. Rules complying with the model regulation are now final in New York, Delaware, and Pennsylvania. In addition, CTFA testified at a hearing in Texas to support the state's decision to repeal its regulations for volatile organic compounds (VOCs) for consumer products and to defer to the U.S. Environmental Protection Agency regulations.

### California Proposition 65

CTFA helped coordinate the industry response to a Proposition 65 enforcement lawsuit in California. The suit was brought against retailers and argued that products sold by those retailers should display Proposition 65 warnings. CTFA also continued urging the state to reform Proposition 65 to reduce the number of unfounded lawsuits filed by private citizen "bounty hunters."

## STATE LEGISLATIVE AND REGULATORY ACTIVITIES

The efforts of many state legislatures to offset huge budget deficits with new fees and taxes presented CTFA with challenges during 2003. Despite the efforts of the Association, California enacted legislation requiring CARB to impose a new tax on consumer product manufacturers, including cosmetic and personal care product manufacturers, whose products result in the emission in the state of at least 250 tons of volatile organic compounds annually. The revenue will be used to pay for CARB's consumer product regulatory and enforcement programs, which were previously funded by tax dollars.

CTFA participated in several regulatory workshops and testified before CARB in opposition to this tax. CTFA argued that this was an illegal tax as opposed to a regulatory fee, that the basis for calculating the tax was inaccurate, and that the amount of funds collected was not properly aligned with the actual cost of implementing CARB's regulation of consumer products. The Association continues to express strong legislative and regulatory opposition to this new tax.

CTFA-opposed efforts to tax advertising were defeated in several states, including Arkansas, Kansas, Nebraska, South Dakota, and Texas. Ad tax legislation enacted in Connecticut was later repealed.

The Association continued to work to mitigate the impact of a California law unnecessarily regulating organic cosmetic products.

CTFA followed developments and reported to Association members on many other state issues, including animal testing restrictions, sunscreen labeling requirements, restrictions on the sale of antimicrobial and other cleaning products, chemical sensitivities, and environmental packaging.



*CTFA Vice President-Legislative Services Jane Cavins tracks federal and state legislation impacting the industry, including indoor air quality, fragrances, environmental packaging, and sunscreens.*

### California Legislative Day

CTFA hosted a California Legislative Day in Sacramento in May. Five members of the state's Legislature addressed CTFA members, who then participated in visits with key legislators and their staff. The day concluded with a reception.



*(l-r) CTFA Vice President Mike Thompson, CTFA, greeted California Assembly Minority Leader Dave Cox at the CTFA Reception for CTFA's California Legislative Day.*

During the event, direct contact was made with more than one-third of the members of the California Legislature.

### California Skin Cancer Awareness Day

In May, CTFA participated in the California Society of Dermatology's Skin Cancer Awareness Day by distributing sunscreen products to members of the Legislature and their staff. More than 250 people were provided with skin cancer screenings by dermatologists during the event.



*Mike Thompson welcomed CTFA member John Gatlin (l), Gillette, and Assembly Member Robert Dutton (c) to the CTFA California Legislative Day reception.*



*At the CTFA California Legislative Day, CTFA members discussed grassroots and expanded legislative efforts in California. (l-r) Jayna Gadomski, CTFA; Assembly Member Sharon Runner; Christa Cole, California Tan; and Mike Thompson, CTFA.*





Washington Report staff examined legal and regulatory issues. (l-r) E— tions; Tom Donegan, CTFA vice president-legal & general counsel; Ire— ence; Peter Barton Hutt, CTFA outside counsel, Covington & Burling;



CTFA Annual Meeting Planning Committee Chair Jean Hoehn Zimmerman, Chanel Inc., welcomed attendees to the 2003 CTFA Annual Meeting.



Retired General Wesley Clark, former Supreme Allied Commander of Europe, discussed the prospect of war with Iraq and the war on terror.



Adrian Slywotzky, vice president/board member, Mercer Management Consulting, Inc., examined the changing rules of profitability.



Scott Bedbury, CEO, Brandstream, described the importance of branding and of creating brands that resonate with the consumer.



*Ed Kavanaugh, CTFA president; Mike Thompson, CTFA vice president-legislative rela-[tions]; [Ire]ne Malbin, vice president-public affairs; Gerald McEwen, Jr., CTFA vice president-sci-[ence]; and Lou Santucci, CTFA vice president-international.*



*Communications specialist Michael Sheehan provided advice on dealing with negative media coverage.*



*CTFA Board Chair Andrea Jung thanked special breakfast speaker Fareed Zakaria, editor, Newsweek International, who spoke on trade with China.*



*CTFA Foundation President Carolyn Deaver reviewed **Look Good...Feel Better** activities and initiatives.*



*At the **Look Good...Feel Better** gala on Saturday night, tenor Michael Amante wowed the audience with his renditions of opera arias and pop tunes.*

Case 3:16-md-02738-MAS-RLS   Document 13577-10   Filed 06/08/20   Page 11 of 17 PageID: 114627



(l-r) CTFA President Ed Kavanaugh; Bertil Heerink, secretary general, Colipa (the European cosmetics trade association); Ingrid Standal, president, KLF (the Norwegian cosmetics trade association); and Enrique Puig, president, Colipa; at the Colipa General Assembly in Luxembourg.

## INTERNATIONAL ACTIVITIES

### European Union

CTFA was actively involved in issues regarding the Seventh Amendment to the Cosmetics Directive, which became effective in March of 2003.

The final legislation includes a marketing ban on products containing ingredients tested on animals if such testing is conducted after 2009. Other provisions of the final law deal with fragrance labeling and a new labeling concept called Period After Opening (PAO).

CTFA worked with Colipa to develop guidelines for fragrance and PAO labeling. A seminar was also held in December to explain all of the new provisions of the directive and to help companies understand some of the technical issues surrounding the new requirements.

### Mutual Understanding Meeting

The Seventh International Mutual Understanding Meeting held in Tokyo was jointly sponsored by the Japanese, European, and American trade associations. Held every three years, the purpose of the meeting is to gather together industry representatives from around the world and discuss issues of current concern and plan mutual approaches to facilitate business internationally. In addition to this meeting, a first joint meeting was held with the Japan Hair Color Industry Association to discuss hair color issues around the world.

### Canada

CTFA submitted comments on Health Canada's Proposed Amendment to the Canadian Cosmetic Regulations, which introduces cosmetic ingredient disclosure requirements for products sold in Canada. The comments included opposition to the requirement to list product ingredients on both primary and secondary packaging and use of the word "saveur" instead of "aroma" to indicate "flavor." Health Canada has since changed its position in favor of requiring ingredient listing on the outer package only and use of "aroma."

### Latin America

CTFA continues to work in support of harmonization efforts, including use of INCI names without translation, the need to eliminate at some future point the pre-market registration requirement, and implementation of harmonized GMP standards and inspection guidelines in Latin America. CTFA gave presentations on the benefits of industry self-regulation and industry-government cooperation at the Sixth Summit of the Latin American Health Authorities in Ecuador, at Cosmprof - Cosmetica in Brazil, and at the Mexican cosmetic industry trade association regulatory seminar.

CTFA is actively working with its Mexican counterpart on the 2003 revision of NOM 141, the cosmetic labeling standard, to eliminate the translation requirement for ingredient labeling.



Dr. Gerald McEwen, vice president-science, CTFA, updated attendees at the annual Colipa Scientific Forum on "Hot Topics in the U.S."



*Lou Santucci, vice president-international, addressed attendees at the Seventh International Mutual Understanding Meeting in Tokyo.*

### International Standards Organization (ISO)

CTFA formed an interested party task force and became a participating ("P") member of ISO TC-217, a technical committee on cosmetics of the International Standards Organization (ISO), representing U.S. interests through the American National Standards Institute (ANSI). ISO TC-217 is proposing standards for cosmetics in the areas of quality assurance, manufacturing practices, safety, packaging, and microbiology.

Adoption of these standards by regulatory authorities can lead to requirements that companies become ISO certified to manufacture or sell products in that jurisdiction. To have a voice at the table during deliberations on these standards, industry must have an official ("P") status.

CTFA is working to ensure that any standards developed are compatible with industry practice and do not impose additional burdens on product development and marketing.

### Certificates of Free Sale

CTFA processed nearly 2,000 certificates of free sale for CTFA members, providing them with timely documentation for exporting their products around the world. This members-only service can also be provided on an expedited basis.

## TECHNICAL & REGULATORY INFORMATION

### Electronic Services

The CTFA Internet site (www.ctfa.org) was completely redesigned in 2003 to improve member access to critical CTFA information, enhance site navigation, and increase functionality. In addition to a contemporary new look, the user-friendly site now offers a number of convenient features including a new online registration system that allows members to register for all CTFA meetings and conferences.

In the members-only section of the Web site, CTFA members are able to access the CTFA Membership Directory to conduct searches for contact information for other members, update their membership profiles, look up e-mail addresses for CTFA staff, and get their account history for items ordered through the CTFA Web site.

The members-only section also gives users access to the CTFA newsletter archives, *Tech/Reg Notes*, and the *CTFA Legislative Update*. Passwords were mailed out to members in December 2003. (Contact the CTFA membership department at passwords@ctfa.org if you did not receive one.)

Work also continued on a new section, the *Business Opportunities Web site* (www.ctfa-businessopportunities.org). This site will allow exporters, importers, suppliers, agents, buyers, and distributors to expand their businesses by allowing them to connect with others who may be interested in the products and services they provide.

CTFA's *Career Opportunities in Cosmetics, Toiletries, and Fragrances* continues to gain in popularity among job seekers and employers. Other electronic resources such as the **CTFA On-Line** and the **International Cosmetic Legal and Regulatory Database** were accessed by members only for the latest industry information.



*CTFA Vice President-Member Relations Mark Pollak (r) greeted Derek Dickins, director of development, CMP, during the 11th Annual HBA Health & Beauty America at the Jacob K. Javits Convention Center in New York, held September 30-October 2, 2003. CTFA entered into a cooperative agreement with the organizers of the show (CMP) and obtained special terms for its members for exhibiting at the show. The event attracted 16,509 industry professionals.*

## CONFERENCES AND SEMINARS

The CTFA 2003 **Legal & Regulatory Conference** in Santa Fe, New Mexico, was attended by more than 100 member company representatives who heard presentations on advertising, labeling, and other product promotion issues; new corporate governance requirements; California regulatory issues; and issues affecting the regulation of cosmetics and OTC drugs in the U.S., Canada, and Europe.

CTFA technical committees organized and presented three special workshops. In September, approximately 180 CTFA member company representatives attended the **Quality Assurance and Good Manufacturing Practices for Companies that Make Cosmetics and OTC Drugs** seminar in Newark, New Jersey, which provided a practical discussion of cosmetic good manufacturing practices and discussions of the relationship between cosmetic and OTC drug GMPs. The program included speakers from the Food and Drug Administration and the European Union.

Also in September, representatives from more than 40 CTFA member companies attended CTFA's **Color Additive Workshop** in Newark, New Jersey. Presentations at the workshop included detailed information on properties and cosmetic applications of certifiable organic colorants, as well as inorganic colorants not subject to FDA certification. Color measurement, theory and techniques, color matching, and shade matching of cosmetic products were also discussed. Also, an FDA official gave an overview of cosmetic color additive regulations. As a program wrap-up, the **CTFA International Color Handbook, 3rd Edition** was introduced.

In early October, CTFA senior staff presented a session on **State, Federal, and International Regulatory Issues Affecting Cosmetics and OTC Drugs** at the HBA Health & Beauty America exposition and conference at the Javits Center in New York City. More than 100 participants attended the session, which discussed how these regulatory issues affect the development and marketing of cosmetics.

In October, 130 industry representatives attended the 2003 CTFA **Microbiology Seminar: Hygienic Manufacturing**, in Newark, New Jersey. In-depth presentations on the basics of sanitary equipment design; guidelines on environmental testing; and meeting good manufacturing practices requirements by applying HAACP (Hazard Analysis and Critical Control Point) procedures highlighted the program.

In November, CTFA held its **Regional Meeting** in Los Angeles for current and prospective members. CTFA staff covered a wide range of legislative and regulatory issues affecting the personal care products industry. The meeting also featured David Mallory, manager, Stationary Source Division, California Air Resources Board (CARB), who discussed volatile organic compound (VOC) regulations.



*Jean Knarr (l) CTFA vice president-meetings, and Cheryl Schiappa, CTFA vice president-administration, collaborated on the CTFA Annual Meeting.*

## CTFA PUBLICATIONS/MARKETING

At the end of 2003, CTFA published the 10th edition of the *International Cosmetic Ingredient Dictionary and Handbook* and the *2004 CTFA Scientific/Regulatory Reference CD-ROM*. The book contains more than 1,400 new International Nomenclature Cosmetic Ingredient (INCI) labeling names and 10,000 new trade and technical names since the 9th edition in 2002. The new edition also includes Japanese translations for more than 2,500 INCI names.

The 2004 CD-ROM features 13 publications including the *Dictionary and Handbook* and new *CTFA International Color Handbook*. Purchasers of the print edition of the *Dictionary and Handbook* receive a free CD-ROM version of the book and have the opportunity to purchase access codes to additional publications to take advantage of cross-searching capabilities.

Demand is high for the third edition of the *CTFA International Color Handbook*, which includes summaries of cosmetic color additive regulations for more than 100 countries. The new edition of the *Color Handbook* also contains master lists of color additives used in cosmetic products all over the world, cross-referenced by their *Colour Index* numbers or INCI names, CAS numbers, and *Colour Index* names, and their official names in the European Union, Japan, and the United States.

Additionally, the *Color Handbook* contains summaries of technical data for more than 200 color additives and other related substances that also include the *Colour Index* names, chemical descriptions, structural formulas, other technical names, and tables listing the regulatory status of each color additive in the book.

Other CTFA publications also continued to sell well, including the *International Cosmetic Ingredient Dictionary and Handbook* (Ninth Edition), the *CTFA Scientific/ Regulatory Reference CD-ROM* (2002 Edition), the *Labeling Manual, International Regulatory Resource Manual*, and *Microbiology Guidelines*.

CTFA exhibited at several trade shows to promote the Association's publications, including the New York/New Jersey Society of Cosmetic Chemists (SCC) Suppliers' Day, the American Academy of Dermatology (AAD) Annual Meeting, and HBA Health & Beauty America annual exposition and conference in New York



*In 2003, CTFA published the 10th edition of the International Cosmetic Ingredient Dictionary and Handbook and CTFA Scientific/ Regulatory Reference CD-ROM.*

City. To reach a broader international audience, CTFA worked with an international distributor to provide free *Buyers' Guides* to other trade shows throughout Europe. CTFA is also promoting the Association and its publications by fostering relationships with international trade magazines.

In conjunction with CTFA Web redesign, the online bookstore (www.ctfa-bookstore.org) on the CTFA Internet site (www.ctfa.org) was completely revamped and now offers customers a more user-friendly, functional site.

### WORK YOUR IMAGE!®

In the tough economy of 2003, job applicants needed every edge and **Work Your Image!®** delivered. CTFA's national program with partner Women Work! provided useful advice on a job-ready appearance for thousands of women around the country as they faced the employment marketplace. The demand for **Work Your Image!** materials was so great that publications for both the English and Spanish **(Mejora Tu Imagen!®)** language versions were reprinted.

**Work Your Image!** was also featured in the March issue of *Essence* magazine. That article brought the importance of image on the job to their readership of more than eight million and helped women visualize what it takes to look successful on the job and during the job search.

Irene Malbin, CTFA vice president-public affairs, stressed the importance of **Work Your Image!** in these difficult economic times at the Women Work! national conference in Washington, D.C.

Since **Work Your Image!** began in 1999, it has helped more than 200,000 women understand the importance of appearance through local job training programs that are part of the Women Work! Network. In addition to job training, these local programs provide career counseling, life skills development, and support groups to help women getting off welfare as well as those returning to or newly entering the workplace.

## COSMETIC INGREDIENT REVIEW

### Safety Assessments

In November 2003, the CIR Expert Panel completed its 89th meeting since its inception in 1976. The Expert Panel has now completed safety assessments for 1,175 individual cosmetic ingredients. Thirty-seven new ingredients were reviewed in 2003.

Cosmetic ingredient safety assessments continue to be made available to the industry, academic centers, physicians, and the public as monographs published by CIR. In addition to individual safety monographs, the *2003 CIR Compendium* presents an abstract of each safety assessment, captures the rationale and conclusion, and provides a quick reference table with essential information for all reviewed ingredients.

### International Journal of Toxicology

CIR safety assessments are peer reviewed and published in the *International Journal of Toxicology*. Publication in this widely disseminated journal makes the Expert Panel's findings readily available and easily retrievable through electronic searches.

In 2003, CIR Director Dr. Alan Andersen served as guest editor of three issues of the *International Journal of Toxicology* containing CIR safety assessments. For the first time, CIR also published its Annual Review, containing the CIR Expert Panel's conclusions from its re-review process.



CIR Director Dr. Alan Andersen and Expert Panel Chair Dr. Wilma Bergfeld participated in discussions at a CIR Expert Panel meeting in Washington, D.C.

### Re-review

The Expert Panel continued to re-review safety assessments performed in the early 1980s. This proactive effort by the Panel assures that its findings are current and that there are no significant new data that would cause a change in the Panel's conclusion. If there are new data, an opportunity exists to reopen the safety assessment and address any issues.

In 2003, for example, the Expert Panel considered more than 100 new safety studies relating to Formaldehyde. The Panel found that these new data raised no new safety issues, that the original conclusion was still valid, and there was no need to reopen the safety assessment.



(Clockwise, l-r) Dr. Curt Klaasen, Dr. Don Belsito, Dr. Alan Andersen, Dr. Wilma Bergfeld, Dr. Jim Marks, Dr. Tom Slaga, and Dr. Ron Shank discussed ingredient safety assessments at a CIR Expert Panel meeting.



## LOOK GOOD...FEEL BETTER®

The **Look Good...Feel Better**® (LGFB) program continued to grow, serving 45,000 women in 2003 through group sessions and through the LGFB self-help video. In addition, a new brochure, **Look Good...Feel Better for Men**®, was created to help men in cancer treatment learn how to address some of the issues related to skin care, exercise, stress management, and other topics.

The **Look Good...Feel Better for Teens**® Web site, www.2bMe.org, was selected as a winner in *e Design* magazine's annual competition for being effective in helping teens deal with a difficult problem.

The program has also spread to 13 countries outside of the U.S., with **Look Good...Feel Better** being offered in Australia, New Zealand, United Kingdom, Canada, Israel, France, Norway, Denmark, Sweden, Singapore, Argentina, the Netherlands, and Ireland.



(l-r) Carolyn Deaver, vice president, CTFA Foundation; Steve Spero, president, American Cancer Society board of directors/Eastern Division; Pamela Baxter, DreamBall chairman (LVMH); and Robin Burns, DreamBall Contributions chairman (Intimate Brands); with record-breaking $2.5 million check.



CTFA Foundation Vice President Carolyn Deaver was honored in November by the Lombardi Comprehensive Cancer Center. Deaver received the Lombardi Symbol of Caring Award in recognition for her work with **Look Good...Feel Better** at the 18th Annual Lombardi Gala held in Washington, D.C. Deaver was congratulated by (l-r) Vincent T. Lombardi, II (son of the late Vince, Jr.) and Dr. Richard Pestell, director of the Lombardi Comprehensive Cancer Center.

# NOTES