# Exhibit 58

Distributed for Comment Only -- Do Not Cite or Quote

**Cosmetic Ingredient Review**
Commitment . . . Credibility
Since 1976

CIR

ONE HUNDRED TWENTY-FIFTH MEETING

OF THE

EXPERT PANEL

December 10-11, 2012

The Madison Hotel

Washington, D.C.

| Expert Panel Members | Liaison Representatives |
|---|---|
| Wilma F. Bergfeld, M.D., Chair | Consumer |
| Donald V. Belsito, M.D. | Rachel Weintraub, Esq. |
| Ronald A. Hill, Ph.D. | |
| Curtis D. Klaassen, Ph.D. | Industry |
| Daniel C. Liebler, Ph.D. | Halyna Breslawec, Ph.D. |
| James G. Marks, Jr., M.D. | |
| Ronald C. Shank, Ph.D. | |
| Thomas J. Slaga, Ph.D. | Government |
| Paul W. Snyder, D.V.M., Ph.D. | Linda Katz, MD., M.P.H. (ABSENT) |

_____
Adopted (Date)

_____
Wilma F. Bergfeld, M.D.

1101 17th St., NW, Suite 412   Washington, DC 20036-4702
Phone 202.331.0651    FAX 202.331.0088    http://www.cir-safety.org

Defendant's Exhibit D-1058

Distributed for Comment Only -- Do Not Cite or Quote

<u>Others Present at Meeting</u>

| | |
|---|---|
| F. Alan Andersen | CIR |
| Jay Ansell | Council |
| Yutaka Aoki | Kanebo Cosmetics |
| Robeena Aziz | FDA |
| Lillian Becker | CIR |
| Don Bjerke | Procter & Gamble |
| Ivan Boyer | CIR |
| Christina Burnett | CIR |
| Natalie Cook | Avon |
| Kapal Dewan | FDA |
| Carol Eisenmann | PCPC |
| Mark Ellis | IMA-NA |
| Monice Fiume | CIR |
| Kevin Fries | CIR |
| Lillian Gill | CIR |
| Carsten Goebel | Procter & Gamble |
| Chris Grissing | IMA-NA |
| Bart Heldreth | CIR |
| Carla Jackson | CIR |
| Wilbur Johnson, Jr. | CIR |
| ==William G. Kelly, Jr.== | ==Ctr. For Reg. Effectiveness== |
| Akiho Kinoshita | Shiseido |
| Dennis Laba | Presperse |
| Tim McCarthy | J & J |
| Stanley R. Milstein | FDA |
| Lauren Nardella | The Rose Sheet |
| Diego Rua | FDA |
| ==Shripal Sharma== | ==Imerys== |
| Noriko Shibuya | Shiseido |
| David Steinberg | Steinberg & Associates |
| Lorene Telofiles | J & J |

1