# Exhibit 59

**MULTINATIONAL BUSINESS SERVICES, INC.**
1601 CONNECTICUT AVENUE, N.W., SUITE 500
WASHINGTON, D.C. 20009

Shripal Sharma
Imerys Talc Group
1732 N First Street
Suite 450
San Jose, CA 95112

Invoice LAI-10/12

FOR SERVICES RENDERED

October 2012

## Talc safety reviews

### Regulatory Support

- Researched scientific literature for studies on path. lab./hospital contamination with dust containing minerals that could contaminate tissue samples.

- Completed further review of CIR Scientific Literature Review for issues raised by epidemiologic studies.

- Completed CRE comments on CIR Scientific Literature Review (21 pages) and submitted to CIR and sponsor.

- Discussed strategy for comments and participation in December meeting with sponsor and other industry representatives.

- Reviewed expert witness reports in S. Dakota litigation for issues and literature that should be presented in CRE comments.

- Discussed strategy for preparations for, and participation in, December CIR Expert Panel review (1st stage) with sponsor.

- Reviewed CIR procedures again with special attention to recording of Expert Panel discussions at public meetings and opportunities for participation.

- Reviewed IMA-NA and PCPC comments to CIR.

*Total Professional Services Rendered (24 hours @ $250)*     $ 6,000.00
*Total Professional Services Rendered (36 hours @ $350)*     $12,600.00

***TOTAL DUE***     **$18,600.00**