# Exhibit 67

## Secretary1

**From:** Jim Tozzi <btozzi1@cox.net>
**Sent:** Wednesday, September 07, 2016 1:31 AM
**To:** Secretary1
**Subject:** Fw: CIR document

---

**From:** Jim Tozzi
**Sent:** Wednesday, November 28, 2012 10:00 PM
**To:** William Kelly Jr.
**Subject:** Re: CIR document

Bill:

The client has to be impressed with your work!

j

----- Original Message -----
**From:** William Kelly Jr.
**To:** 'Jim Tozzi'
**Sent:** Tuesday, November 27, 2012 2:56 PM
**Subject:** RE: CIR document

Jim,

Attached is a copy of the Draft Report on talc safety by CIR staff. The references to CRE are at CIR Panel Book pages 2 and 3. On report page 16 (the page number above the Panel Book page number 23), the paragraph immediately under the subheading "Particulate Migration in the Genital Tract" is new and its substance was taken from the CRE comments (although it should be augmented to be clearer that it was presented as a consensus statement). On Report page 20, the first paragraph, beginning "The possibility that..." is a new paragraph that incorporates material from the CRE comments and cites "Kelly WG, 2012" in addition to "Carr CJ, 1995" (and our comments presented the Carr materials). On Report page 22, the paragraph in the middle of the page beginning "Moreover ...." Is a new paragraph based on the CRE comments and citing "Kelly WG, 2012." Report page 81 (References) has added the CRE comments as a reference (second reference on that page). No other comments are cited as references. (I will be surprised if this remains in the final – it's very unusual. Perhaps they think I am a Ph.D. gynecologist!)

The full report as attached is over 10 MB (380 pp.) If it does not get through, I will send you the link from the CIR website (but that will probably be removed shortly after the December 10-11 meeting).

Bill

**From:** Jim Tozzi [mailto:btozzi1@cox.net]
**Sent:** Sunday, November 25, 2012 12:29 PM
**To:** William Kelly Jr.
**Subject:** Re: CIR document

BIll:

Great job!

1

MBS-CRE000031