# Exhibit 68

----- Original Message -----
**From:** William Kelly Jr.
**To:** 'Jim Tozzi'
**Sent:** Monday, April 15, 2013 2:20 PM
**Subject:** RE: missed Kelly phone call

Jim,

Could material on CIR and other public-private partnerships be posted to the Fedfocus.org website instead of CRE (which is a .com and has acquired an industry reputation)? There is currently a subject link on the fedfocus site, but clicking on it links back to CRE. Also, the material posted so far is not very relevant to the CIR situation and is very dated. I think it might be best to start over and position it as a new project taken on in view of current and likely future federal budget constraints and calls for putting the burden on industry to establish safety of its products (the TSCA issue). Perhaps we should discuss this.

Bill

---

**From:** Jim Tozzi [mailto:btozzi1@cox.net]
**Sent:** Monday, April 15, 2013 11:12 AM
**To:** William Kelly Jr.
**Subject:** Re: missed Kelly phone call

Bill:

Sounds good. Here is the link on Federal Focus I provided for your use.   http://www.thecre.com/ociionews/

you might wish to start putting articles up there now so as to reinforce your proposal. You can send them to me and I will post them.

Showing that the CIR as unbiased and cleaning up material on the internet is critical if they are going to calm down law suits.

j

----- Original Message -----
**From:** William Kelly Jr.
**To:** btozzi1@cox.net ; tozzi@thecre.com
**Sent:** Monday, April 15, 2013 12:48 PM
**Subject:** missed Kelly phone call

Jim,

Sorry I missed your call, which I believe was on Thursday. I did not know to expect it and I did not see the light flashing on my answering machine until late Friday. (I often miss answering machine messages for a day or two; email is a better way to communicate with me unless I know when to expect a call.)

The only account I am working on currently is talc. (Of course, I also want to write an article on the IQA during the next six months, as well as clean up the Wikipaedia entry on the IQA.) The Cosmetic Ingredient Review released its final report on cosmetic talc on Friday and I reviewed and summarized final revisions for Shripal. The final conclusion of the 83-page review was that talc is safe when used as intended (including perineal application of talcum powder). Shripal has asked me to write up a short proposal regarding how CRE can market the report and try to clean up a lot of the inaccurate information about talc on the Internet, as well as support the CIR Expert Panel as unbiased. I am working on that now. I think this is our one hope for continuing the account. Shripal knows that we

2

MBS-CRE000271

engineered the CIR report from the outset, and that industry did next to nothing to achieve the final result. So in his view, we are in a good position to carry out the above talc correction campaign outlined above. He says he will market our proposal within the company. I would like to get IMA to pony-up also, but they might be more interested in industrial uses of talc. The Personal Care Products Council (PCPC, formerly CTFA) should also be interested. I am not so sure about J & J, because they have turned to marketing both talcum powder and cornstarch-based products during the last few decades, and it might not make much difference to them which product they sell.

I will get the proposal to Shripal before our regularly scheduled phone call on Wednesday, and then discuss it with him.

Bill

MBS-CRE000272