# Exhibit 73



# Benefits of Council Membership

Members of the Council have a leg up on the competition. In addition to supporting the important work the Council does on behalf of the industry, members receive access to knowledge and expertise that provides an important advantage in this thriving industry.

- Access a wide range of information regarding legislative, regulatory, legal, scientific, public affairs, and international topics.

- Attend Council events (/taxonomy/term/2) to learn the latest scientific, regulatory, legislative, and international developments, and to network with your colleagues in the industry.

- Receive substantial discounts on the Council's technical and regulatory publications (https://access.personalcarecouncil.org/eweb/DynamicPage.aspx?Site=pcpc&WebKey=4513b14e-2f75-4857-85b4-b3697be5d5d9) , including the International Cosmetic Ingredient Dictionary and Handbook.

- Participate in Council committees (/node/145) to help develop programs and find solutions that benefit the industry.

- Take advantage of the Council's certificates of free sale (/node/156) program to receive timely documentation for exporting products to countries around the world.

- Keep abreast of key issues with member only newsletters, including specialized newsletters for scientists and legislative/regulatory staff.

- Work with other Council members on key issues before congress, state legislatures, the U.S. Food and Drug Administration (FDA), the U.S. Environmental Protection Agency (EPA), and other federal, state and international agencies.

- Receive updates on important regulatory developments in international markets, including developing markets.

- Gain exclusive opportunity to subscribe to one or both of the following databases
  - ON-LINE (http://www.personalcarecouncil.org/science-safety/line-infobase) for easy access to the latest on cosmetic ingredients.
  - International Cosmetic Legal & Regulatory Database (IRDB) (http://www.ctfa-international.org/) for updated information on international cosmetic regulations, labeling requirements, and more.

Ready to Join? Start the Membership Process Online (/node/150)
Need More Information? Call 202.454.0350 or email (mailto:membership@personalcarecouncil.org)

