# Exhibit 74

| Join The Council Today | OR | Login | | | FOLLOW US: |







| About | Member & Industry Resources | Science & Safety | Legislation & Regulation | Global Strategies | Public Information | Careers | News Room |

# Legislation & Regulation

## Legislative Advocacy

The Council represents the industry at the federal, state and local level on issues of interest to the cosmetic and personal care industry.

Major federal priorities that the Council has championed in recent years focus on Congressional funding for the FDA's Office of Cosmetics and Colors and modernization of FDA's laws regulating cosmetics.

Council members can get further details on state legislative activity on the "Member's Only (http://personalcarecouncil.org/legislation-regulation/state-legislative-advocacy)" portion of the website through an enhanced, interactive feature that provides information on state legislation and activities.

Not a member? Join today (http://personalcarecouncil.org/about-us/join-us) !

- 2016 Emerging Issues Conference
  Thursday, November 10, 2016

