# Exhibit 83

<u>C·T·F·A Specification</u>

# TALC

**DEFINITION:** Talc is an essentially white, odorless, fine powder which is ground from naturally occurring rock ore. It consists of a minimum of 90% hydrated magnesium silicate, with the remainder consisting of naturally associated minerals such as calcite, chlorite, dolomite, kaolin, and magnesite, and containing no detectable fibrous, asbestos minerals.

| TEST | SPECIFICATION | METHOD |
|---|---|---|
| Color | As specified by the buyer and showing no change after heating | Heat 1 to 2 g at 200°C for 5 minutes. |
| Odor | As specified by the buyer | |
| Identification | 1. Close match to CTFA spectrum-IR with no indication of foreign materials<br>or<br>2. (Alternate) Close match to X-ray Powder Diffraction File No. 19-770, published by ASTM, showing the most intense reflections at d values about 9.35, 1.53, and 4.95°A | CTFA G 3-1 |
| Slip | As specified by the buyer | |
| Lustre | As specified by the buyer | |
| Water-Soluble Iron | Passes test | USP (Current) |
| Water-Soluble Substances | 0.1% maximum | USP (Current) (Reaction and Soluble Substances) |
| Acid-Soluble Substances | As specified by the buyer 6.0% maximum | CTFA E 32-1 |
| Screen Test | 100% through 100 mesh<br>98% minimum through 200 mesh<br>Finer grades: as specified by the buyer | CTFA C 6-1 |
| Loss on Ignition | 6.0% maximum | CTFA E 36-1 |
| Arsenic (as As) | 3 ppm maximum | CTFA E 1-1, Parts I-A and II |
| Lead (as Pb) | 20 ppm maximum | CTFA E 2-2, Parts I-A and II |
| Fibrous Amphibole (Asbestiform Tremolite et al.) | None detected | CTFA J 4-1 |
| Free Crystalline Silica (Quartz) | As specified by the buyer | CTFA J 5-1 (DTA)<br>Alternate: CTFA J 6-1 (X-ray) |

* * * * *

**The Cosmetic, Toiletry and Fragrance Association**



C·T·F·

TALC

| | |
|---|---|
| Product: | Talc |
| Phase: | Solid |
| Method: | Pressed Pellet, 0.19% in KBr |
| Reference: | Air |
| Instrument: | Beckman IR-10 |
| Optics: | Grating |

This spectrum is presented for identification purposes only and is not intended as a standard of purity.

J&J-0119182

JNJ 000281902

*C·T·F·A* Compendium of Cosmetic Ingredient Composition

# Specifications

*Editors*

Joanne M. Nikitakis
Gerald N. McEwen, Jr., Ph.D., J.D.

*Editorial Advisor*

Alfred G. Wich

The Cosmetic, Toiletry and Fragrance Association
1110 Vermont Avenue, N.W., Washington, D.C. 20005

J&J-0119183

JNJ 000281903

| | Ave. Resp. Dust mg/m³ | Single Exp Duration (Sec) | Daily Exposure mg/m³ | 8 Hr TWA Resp. Dust mg/m³ |
|---|---|---|---|---|
| ADULT FACE DUSTING | 0.48 (0.5) | 18 (30) | 0.0042 | 0.005 |
| ADULT Body Dusting | 1.13 - 2.03 | 45 - 90 | 0.025 - 0.051 | 0.003 - 0.006 |
| Baby Dusting | 0.19 - 0.31 | 20 - 30 | 0.0015 | 0.001 (?) |

Slide 1

| Column 1 | Column 2 | Column 3 | | |
|---|---|---|---|---|
| | Ave. Resp. Dust mg/m³ | Daily Exposure mg/m³ | 8 Hr TWA Resp Dust mg/m³ | |
| Adult Face Dusting | 0.48 (0.5) | 0.0042 | 0.0005 | |
| Adult Body Dusting | 1.13 - 2.03 | 0.025 - 0.051 | 0.003 - 0.006 | |
| Baby Dusting | 0.19 - 0.31 | 0.008 - 0.0025 | 0.001 | |

Slide 2

| | Col. 1 | Col. 2 | Col. 3 | Daily particulate input Aqueous Direct Adult/Infant Exposure  μg/m³    18 mg |
|---|---|---|---|---|
| | " | " | " | 3.571   2571 |
| | " | " | " | 705-1440   1117-4320 |
| | " | " | " | 4500-14400  1350 / 4320 |

120

Copyright © 1990, 1983, 1976, 1974, 1972, 1971

**The Cosmetic, Toiletry and Fragrance Association**
1110 Vermont Avenue, N.W., Washington, D.C. 20005

No portion of the CTFA Compendium of Cosmetic Ingredient Composition may be reproduced in whole or in part in any form or by any electronic or mechanical means, including information storage and retrieval systems, without prior permission from the Cosmetic, Toiletry and Fragrance Association.

Library of Congress Catalog Card No. 90-83147



J&J-0119185

JNJ 000281905