# Exhibit 84



CTFA Specification
TALC COSMETIC

Issued: 6-1-42
Revised: 3-23-62
5-30-71
10-7-76

# COSMETIC TALC

**CTFA Adopted Name:**
TALC

**DEFINITION:** Cosmetic Talc is an essentially white, odorless, fine powder, ground from naturally occurring rock ore. It consists typically of 90% hydrated magnesium silicate, having the ideal formula $Mg_6[Si_8O_{20}]\cdot(OH)_4$, with the remainder consisting of naturally associated minerals such as calcite, chlorite, dolomite, kaolin and magnesite, and containing no detectable fibrous, asbestos minerals.

| TEST | SPECIFICATION | METHOD |
|---|---|---|
| Color | As specified by the buyer and showing no change after heating | Heat 1 to 2 g at 200°C for 5 minutes |
| Odor | As specified by the buyer | |
| Identification | Positive:<br>1. Close match to CTFA Spectrum—IR with no indication of foreign materials<br>OR<br>2. (Alternate) Close match to X-ray Powder Diffraction File No. 19-770, published by ASTM, showing the most intense reflections at d values about 9.35, 1.53 and 4.59 Å | CTFA G 3-1<br><br><br>ASTM D 934-74 |
| Slip | As specified by the buyer | |
| Lustre | Do. | |
| Water-Soluble Iron | Passes test | USP XIX, page 487 |
| Screen Test | 100% through 100 mesh<br>98% minimum through 200 mesh<br>Finer grades: as specified by the buyer | CTFA C 6-1 |
| Water Soluble Substances | 0.1% maximum | USP XIX, page 487<br>See test for "Reaction and Soluble Substances" |
| Acid Soluble Substances | As specified by the buyer<br>6.0% maximum | CTFA E 32-1 |
| Loss of Ignition | 5.0% maximum | USP XIX, page 487 |
| Arsenic (as As) | 3 ppm maximum | CTFA F 1-1, Parts I-A and II |
| Lead (as Pb) | 20 ppm maximum | CTFA F 2-1, Parts I-A and II |
| Fibrous Amphibole (Asbestiform Tremolite et al) | None detected | CTFA J 4-1 |
| Free Crystalline Silica (Quartz) | As specified by the buyer | CTFA J 5-1 (DTA)<br>Alternate: CTFA J 6-1 (X-ray) |

* * * * *

Copyright © 1976 The Cosmetic, Toiletry and Fragrance Association, Inc.

No portion of the CTFA Standards, in whole or in part, may be reprinted without permission from The Cosmetic, Toiletry and Fragrance Association, Inc. 1133 Fifteenth Street, N.W., Washington, D.C. 20005

Protected Document – Subject to Protective Order

IMERYS 137726