# Exhibit 119

# CTFA

THE COSMETIC, TOILETRY, AND FRAGRANCE ASSOCIATION

**AGREEMENT**

**E. EDWARD KAVANAUGH**
PRESIDENT

## GUARANTEE TO SUPPORT CTFA TALC INTERESTED PARTY TASK FORCE ACTIVITIES

In consideration of The Cosmetic, Toiletry, and Fragrance Association's (CTFA) efforts with regard to the management, coordination and development of scientific data, information, and assessments by consultants etc., pertaining to the continued safe use of talc, the COMPANY identified below agrees to guarantee funding up to a maximum of $10,000. The funding from all Interested Parties will be used to reimburse CTFA for the direct costs of the research and Task Force expenses (excluding CTFA staff salaries, benefits, etc.), and for an administrative overhead equal to 10% of the total direct costs, up to a maximum total shared amount of $10,000/Task Force in any calendar year.

The COMPANY further agrees to indemnify, defend, and hold CTFA, its directors, officers and employees, safe and harmless from and against any and all loss, costs, claims, actions, liability and /or suits arising from or growing out of these activities, unless such loss, costs, claims, actions, liability, and/or suits are demonstrated to be due to gross negligence or willful misconduct of CTFA, its directors, officers, or its employees.

The COMPANY acknowledges that results of the research efforts undertaken may indicate additional work, or that modifications to the research or Task Force activities might be recommended, by early results, that could lead to costs that would exceed those predicted. Such acknowledgement does NOT commit the COMPANY to any additional funding for the activities of the Task Force; however, in such a case, CTFA will request additional funding from all interested parties. If the subsequent commitment received from the Task Force participants is not sufficient to reimburse CTFA for additional anticipated costs, efforts on behalf of the Task Force will be limited to concluding ongoing research within the scope of the funds committed.

The COMPANY understands that all members of the Interested Party Task Force will have equal access to all reports generated by and for CTFA in conjunction with the work conducted. We also understand that such reports will become public documents upon finalization by the Task Force.

JOHNSON & JOHNSON
FOR (COMPANY)

J. NEAL MATHESON  _[signature]_ , 6/4/94
BY (Print Name AND Sign)                (Date)

EXEC. V.P., R,D&E
(Title)

*Please send your response by facsimile, as soon as possible, to:* Pandora Dennis
(202) 331-1969

1101 17TH ST., N.W., SUITE 300    WASHINGTON, D.C. 20036-4702
202.331.1770    FAX 202.331.1969
SECURING THE INDUSTRY'S FUTURE SINCE 1894

Protected Document--Subject to Protective Order

JNJ 000240311