**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON ) | |
| TALCUM POWDER PRODUCTS ) | |
| MARKETING, SALES PRACTICES, ) | |
| AND PRODUCT LIABILITY ) | Civil No. 3:16-md-2738-FLW-LHG |
| LITIGATION ) | |
| ) | |
| This document relates to: ) | |
| Lynnette A. Boundy v. ) | |
| Johnson & Johnson, et al. ) | |
| Case No. 3:20-cv-07013-FLW-LHG ) | |

**NOTICE OF FILING OF SHORT FORM COMPLAINT**

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaint), that the Short Form Complaint with Jury Demand was filed on June 9, 2020 on behalf of Plaintiff Lynnette A. Boundy, Case No. 3:20-cv-07013-FLW-LHG.

                                                            Plaintiff Lynnette A. Boundy

                                                            By: /s/ Joel E. Brown
                                                           Joel E. Brown, Illinois Bar No. 6212326
                                                           Attorney for Plaintiff
                                                           416 Main Street, Suite 1300
                                                          Peoria, Illinois 61602
                                                          Tel. 309-673-4357
                                                          Fax 309-673-6119
                                                          jb@joelebrown.com

CERTIFICATE OF SERVICE

     I hereby certify that on June 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record who have appeared herein.

                                                           /s/ Joel E. Brown
                                                           Illinois Bar No. 6212326
                                                           Attorney for Defendant
                                                           416 Main Street, Suite 1300
                                                           Peoria, IL 61602
                                                           Phone: 309-673-4357
                                                           Fax: 309-673-6119
                                                           Email: jb@joelebrown.com