# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To All Cases | MDL Docket No. 2738 |

**THIS MATTER** having been brought before the Court by the parties, and pursuant to Case Management Order Nos. 3;

**WHEREAS** the cases listed on the attached Exhibit A are included in the group of 1,000 randomly selected cases for which discovery shall proceed pursuant to the Court's May 15, 2020 and May 26, 2020 Orders**;**

**WHEREAS** the cases listed on the attached Exhibit A were filed more than 90 days ago and the complaints have not yet been served, and for good cause shown;

**IT IS** on this 10th day of June, 2020,

**ORDERED** that:

1. Within 14 days from the entry of this Order, plaintiffs and their counsel in each cases listed on the attached Exhibit A shall cause the complaint to be properly served on all defendants pursuant to F.R.C.P. 4, and Case Management Order Nos.

3, or the case will be dismissed with prejudice for failure to comply the with Federal Rules of Civil Procedure and this Court's Orders.

/s/ Freda L. Wolfson
Hon.  Freda L. Wolfson,
U.S. Chief District Judge

IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 2738

# Exhibit A

| No. | Case Name | Case No. | Plaintiff Firm |
|---|---|---|---|
| 1. | Allison, Richard | 3:17-cv-12731 | Girardi & Keese |
| 2. | Bradley, Patricia | 3:20-cv-03124 | Fears Nachawati Law Firm |
| 3. | Colangelo, Elizabeth E | 3:19-cv-19947 | Raipher PC |
| 4. | Felicello, Janet | 3:19-cv-18222 | Onder, Shelton, O'Leary & Peterson, LLC |
| 5. | Hartman, Harry | 3:20-cv-01264 | Morgan & Morgan |
| 6. | Hartsfield, Barbara | 3:17-cv-03928 | Morris Bart & Associates |
| 7. | Kuppinger, Misty | 3:19-cv-20753 | Driscoll Firm, P.C. |
| 8. | Mantheiy, Barbara | 3:17-cv-13817 | Ashcraft & Gerel, LLP |
| 9. | Morello, Maria | 3:19-cv-14427 | RisCassi & Davis, P.C. |
| 10. | Morrow, Pamela G | 3:19-cv-08892 | Wagstaff & Cartmell, LLP |
| 11. | Peartree, Jeanette | 3:19-cv-10961 | Ashcraft & Gerel // Onder, Shelton, O'Leary & Peterson, LLC |
| 12. | Rall, Debra | 3:20-cv-03424 | Fears Nachawati Law Firm |
| 13. | Senior, Karen | 3:20-cv-03024 | Morris Bart & Associates |
| 14. | Stutson, James | 3:19-cv-17546 | Eichen, Crutchlow, Zaslow & McElroy, LLP |
| 15. | Turner, Rhonda | 3:20-cv-03133 | Motley Rice, LLC |
| 16. | Turner, Tonya Eugenia | 3:19-cv-11286 | Bruera Law Firm PLLC |

3

**IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**MDL Docket No. 2738**

| No. | Case Name | Case No. | Plaintiff Firm |
|---|---|---|---|
| 17. | Velmont, Tom | 3:18-cv-02538 | Girardi & Keese |
| 18. | Williams, Sherita | 3:19-cv-22179 | Driscoll Firm, P.C. |
| 19. | Wilson, Lequisa | 3:17-cv-09596 | Onder, Shelton, O'Leary & Peterson, LLC |