UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| <u>ALLISON GARNER AS EXECUTRIX OF THE ESTATE OF KAREENA GARNER</u> | COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| v. | Civil Action No.: 3:20-cv-7066 |
| JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC. | DIRECT FILED ACTION |
| Defendants. | |

## <u>NOTICE OF FILING SHORT FORM COMPLAINT</u>

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on <u>June 10, 2020</u>.

Dated: <u>June 10, 2020.</u>

                                                     Respectfully submitted,

                                                     <u>/s/</u> M. Brandon Smith
                                                     M. BRANDON SMITH, Esq.
                                                     Georgia Bar Number: 141418
                                                     CHILDERS, SCHLUETER & SMITH, LLC
                                                     1932 N. Druid Hills Road, Suite 100
                                                     Atlanta, GA 30319
                                                     Phone: 404.419.9500
                                                     Fax: 404.419.9501
                                                     bsmith@cssfirm.com
                                                     *Attorney for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ M. Brandon Smith
M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*