# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |
| This document relates to:<br><br>*Buffington, Robert M., Individually and as Executor of the Estate of Sally B. Hudson*, Docket Nos. 3:17-cv-03632 and 3:18-cv-12628 | **CONSENT ORDER REGARDING CONSOLIDATION OF DUPLICATE FILED COMPLAINTS** |

**THIS MATTER** having been brought before the Court by the parties to address the issue of duplicate complaints in this MDL litigation filed by the Murray Law Firm on behalf of Plaintiff Robert M. Buffington, Individually and as Executor of the Estate of Sally B. Hudson, Docket Nos. 3:17-cv-03632 and 3:18-cv-12628; and with the consent of the Defendants;

**IT IS ORDERED** that the Complaints filed by the Murray Law Firm on behalf of Plaintiff Robert M. Buffington, Individually and as Executor of the Estate of Sally B. Hudson, Docket Nos. 3:17-cv-03632 and 3:18-cv-12628, are hereby consolidated under Docket No. 3:17-cv-03632, the first filed matter;

**IT IS FURTHER ORDERED** that consolidation of the two complaints pursuant to this Order shall in no way affect or limit Defendants' affirmative defenses, including but not limited to laches and statute of limitations.

DATED: June 17, 2020

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson,
U.S. Chief District Judge