# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>All Cases Filed Against Defendant Personal Care Products Council | **MDL NO. 2738 (FLW) (LHG)**<br><br>**CHIEF JUDGE FREDA L. WOLFSON**<br><br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>**CONSENT ORDER TO ALLOW ADDITIONAL PAGES FOR DEFENDANT PERSONAL CARE PRODUCT COUNCIL'S REPLY TO PLAINTIFFS' OPPOSITION IN RESPONSE TO PCPC'S MOTION FOR SUMMARY JUDGMENT** |

**THIS MATTER** having been brought before the Court by Defendant Personal Care Products Council ("PCPC") pursuant to Local Civil Rule 7.2 to provide for an enlargement of the page limits for PCPC's Reply to Plaintiffs' Opposition (ECF No. 13308) to PCPC's Motion for Summary Judgment (ECF No. 9713), and with the consent of Plaintiffs' Steering Committee;

**IT IS ORDERED** that PCPC's Reply may exceed the page limits provided in Local Civil Rule 7.2, which states that any reply brief shall not exceed 15 pages

64431587v.1

if written in 12-point non-proportional font (excluding pages for table of contents and authorities); and

**IT IS FURTHER ORDERED** that PCPC's Reply may be a total length of 40 pages written in a 12-point proportional font, Times New Roman 12 (excluding pages for table of contents and authorities).

This 17th day of June 2020.

_____
Hon. Freda L. Wolfson, U.S.C.D.J.

64431587v.1