**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| TERESA ANA BLAIR, |  |
| Plaintiff, | Civil Action No.: 3:20-cv-07111 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br>Defendants. |  |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 11th day

of June 2020 on behalf of Teresa Ana Blair.


Dated:  6/22/2020                              Respectfully Submitted by,

                                                        */s/ W. Cameron Stephenson*
                                                        W. Cameron Stephenson
                                                        Florida Bar No.: 0051599
                                                        LEVIN PAPANTONIO THOMAS MITCHELL
                                                        RAFFERTY & PROCTOR, P.A.
                                                        316 South Baylen Street, Suite 600
                                                        Pensacola, FL 32502
                                                        Telephone: (850) 435-7186
                                                        Facsimile: (850) 436-6186
                                                        Email: cstephenson@levinlaw.com
                                                        ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June 2020, a copy of the forgoing Notice of

Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by

operation of the Court's electronic filing system to all parties indicated on the electronic filing

receipt.  Parties may access this filing through the Court's system.

*/s/ W. Cameron Stephenson*