UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** |
| *THIS DOCUMENT RELATES TO ALL CASES* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appear on behalf of Plaintiff Beverly J. Spatafore:

**THE SEGAL LAW FIRM**
**A Legal Corporation**

_____s/ *Jason P. Foster*_____
Scott S. Segal
WV Bar No. 4717
scott.segal@segal-law.com
Robin Jean Davis
WV Bar No. 964
robinjeandavis@segal-law.com
Jason P. Foster
WV Bar No. 10593
jason.foster@segal-law.com
810 Kanawha Boulevard, East
Charleston, West Virginia 25301
Tel: (304) 344-9100
Fax: (304) 344-9105

Dated:  June 22, 2020

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |
| *THIS DOCUMENT RELATES TO ALL CASES* | |

CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, the above and foregoing *Notice of Appearance* was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's CM/ECF system.

　　　　　s/ *Jason P. Foster*　　　　
Jason P. Foster
WV Bar No. 10593
jason.foster@segal-law.com
**The Segal Law Firm**
**A Legal Corporation**
810 Kanawha Boulevard, East
Charleston, West Virginia 25301
Tel: (304) 344-9100
Fax: (304) 344-9105

2