# Ex. A

Linda Loretz, Ph.D.

```
 1                UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEW JERSEY
 3
 4     -------------------------------x
 5     IN RE JOHNSON & JOHNSON         ) MDL No.
 6     TALCUM POWDER PRODUCTS          ) 16-2738 (FLW)(LHG)
 7     MARKETING SALES PRACTICES,      )
 8     AND PRODUCTS LIABILITY          )
 9     LITIGATION                      )
10                                     )
11     THIS DOCUMENT RELATES TO        )
12     ALL CASES                       )
13     -------------------------------x
14
15                    V O L U M E   I I
16        VIDEOTAPED 30(b)(6) DEPOSITION OF DEFENDANT
                PERSONAL CARE PRODUCTS COUNCIL
17       by and through its Designated Representative,
18                   LINDA LORETZ, Ph.D.
19                    WASHINGTON, D.C.
20                  MONDAY, OCTOBER 1, 2018
21                        9:09 A.M.
22
23
24
25    Reported by: Leslie A. Todd
```

```
 1   BY MR. GOLOMB:
 2         Q    Okay.  That was an answer?
 3         A    Yeah, I think they work on our website.
 4   I think they work on putting messages together,
 5   and they work with our Public Affairs people.
 6         Q    Well, my question was who is
 7   Burson-Marsteller?
 8         A    It's a company.
 9         Q    It's a company.  All right.  And is that
10   something you learned in your preparation for
11   today's deposition?
12         A    I had heard of them, the name before.
13         Q    All right.  Who is Nichols-Dezenhall?
14         A    Nichols-Dezenhall is a public affairs
15   company that did work for CTFA back some many
16   years ago.  I'm not sure that we've used them at
17   all in recent years.  They did a couple of focus
18   groups around the time of the NTP report on talc.
19   We use them I know for other things.
20         Q    When did you learn about the focus
21   groups?
22         A    In my preparation for this deposition.
23         Q    Okay.  Because you recall -- I was the
24   one who asked you about Nichols-Dezenhall before,
25   do you remember that?
```