# Ex. C

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF NEW JERSEY

 3

 4    ------------------------------x

 5    IN RE JOHNSON & JOHNSON        ) MDL No.

 6    TALCUM POWDER PRODUCTS         ) 16-2738 (FLW)(LHG)

 7    MARKETING SALES PRACTICES,     )

 8    AND PRODUCTS LIABILITY         )

 9    LITIGATION                     )

10                                   )

11    THIS DOCUMENT RELATES TO       )

12    ALL CASES                      )

13    ------------------------------x

14                    V O L U M E  I

15      VIDEOTAPED 30(b)(6) DEPOSITION OF DEFENDANT

                PERSONAL CARE PRODUCTS COUNCIL

16     by and through its Designated Representative,

17                  LINDA LORETZ, M.D.

18                   WASHINGTON, D.C.

19                TUESDAY, JULY 17, 2018

20                      9:10 A.M.

21

22

23

24

25    Reported by: Leslie A. Todd
```

Linda Loretz, M.D.

1      A     That's what this says, yes.

2      Q     But going back to up to where we were
3   just talking about "talc never had asbestos
4   issues, but it's problematic to attempt to address
5   any particular company's issues in the document,"
6   that's what we were talking about just a few
7   minutes ago.  J&J is concerned about their baby
8   powder getting lumped in with other -- other baby
9   powders that they say had asbestos in it, right?

10     A     Of they could --

11           MS. FRAZIER:  Objection to form.

12           MR. LOCKE:  Objection to form.

13           THE WITNESS:  I was going to say the
14  issue, as I understand, in the early '70s, it was
15  unresolved whether there were some findings, and
16  then it wasn't clear whether they were correct.

17           But, yes, J&J had said that theirs never
18  had any asbestos, that they did additional
19  testing, and that the question of whether there
20  was any asbestos in some other talcs, I think was
21  not fully resolved.

22  BY MR. MEADOWS:

23     Q     Okay.  Have you ever heard the phrase
24  "the fatal law defense"?

25     A     No.  I saw it in my review of documents,

Linda Loretz, M.D.

```
 1         Q    So the first time you ever learned the
 2   phrase "fatal flaw defense" was when talking to
 3   lawyers in preparation for this deposition?
 4         A    That is correct.
 5         Q    What's your understanding of what the
 6   "fatal flaw defense" is?
 7         A    I don't really know.  It's not my phrase
 8   or -- I don't know.
 9         Q    When you were preparing for this
10   deposition, did you not take an opportunity to
11   learn what it means?
12              MR. LOCKE:  Objection to form.  You know
13   it's not a PCPC document.
14   BY MR. MEADOWS:
15         Q    There is no document on the table.  I'm
16   asking you a question.  You learned about the
17   fatal flaw defense.  Did you take time to learn
18   what that means?
19              MR. LOCKE:  Objection to form.
20              THE WITNESS:  I think what it means is
21   in the mind of someone else.  I -- I would only
22   speculate.
23   BY MR. MEADOWS:
24         Q    My question is very simple, did you take
25   the time to educate yourself on what the fatal
```