# Ex. H

THE
COSMETIC
TOILETRY
AND
FRAGRANCE
ASSOCIATION,
INC.





# CTFA COSMETIC INGREDIENT DICTIONARY

## 1973

·

### FIRST EDITION

·

**Editor**

Norman F. Estrin, Ph.D.

**Editorial Advisory Board**

James M. Akerson,
Chairman

Percy Fainer
Gordon Hewitt, Ph.D.
Joseph B. Jerome, Ph.D.
Emanuel Kroll
Earl L. Richardson, Ph.D.
E. Griffin Shay
John Wenninger

Published by
**The Cosmetic, Toiletry and Fragrance Association, Inc.**
1625 Eye Street, N.W.  •  Washington, D.C. 20006

Copyright © 1973

The Cosmetic, Toiletry and Fragrance Association, Inc.

No portion of the CTFA Cosmetic Ingredient Dictionary may be reproduced in whole or in part in any form or by any electronic or mechanical means, including information storage and retrieval systems (except for the purpose of official, nonpublic use by the United States Government) without written permission from The Cosmetic, Toiletry and Fragrance Association, Inc., 1625 Eye Street, N.W., Washington, D.C. 20006.

Library of Congress Catalog Card No. 73-79857

PRINTED IN THE UNITED STATES OF AMERICA

# I

# FOREWORD

This book is the latest in a series of efforts by The Cosmetic, Toiletry and Fragrance Association, Inc. to provide information on cosmetic ingredients for the cosmetic industry, the government, the medical profession, and the consuming public.

The Association, which was organized in 1894, was known from 1935 until 1971 as the Toilet Goods Association, Inc. The interest of the Association's members in the identity of cosmetic ingredients dates back nearly 40 years.

Under the initial leadership of Stephen Mayham, nine cosmetic ingredient standards had been developed when Harold Dewitt Goulden joined the Association's staff as its Scientific Director in 1942. At that time the Association accelerated its program to develop standards for cosmetic ingredients. This resulted eventually in the publication of standards for nearly 100 ingredients.

In the early 1950's another significant step was taken when the Association sponsored a review of the literature on cosmetic materials through a grant to the Laboratory of Applied Physiology, Yale University. The Association's efforts, through Stephen Mayham and Harold Goulden, culminated in the publication of the "Handbook of Cosmetic Materials", by Leon A. Greenberg, Ph.D., and David Lester, Ph.D., in 1954.

In 1967, Mr. Goulden was very persuasive in his suggestions that not enough was yet known about ingredients currently in use by the industry in its products.

Shortly afterwards, Norman F. Estrin, Ph.D., joined the Association as Assistant Director of Science as an understudy to Mr. Goulden.

Events moved rapidly and a stepped-up, far-reaching program was initiated by the Standards Committee and its newly-appointed Cosmetic Ingredient Description Subcommittee. This program resulted in the publication (in 1971) of complete revisions and modernized standards for nearly 100 cosmetic ingredients

and complete descriptions (in 1972) for nearly 500 additional ingredients available for use in cosmetic products.

Concurrent with the development of the Standards and Descriptions, a survey was initiated by the Association to generate a comprehensive list of cosmetic ingredients. Twenty companies responded by providing complete ingredient lists to an independent laboratory which then compiled a master list from those submissions.

The master list, complete with both chemical and trade names and Chemical Abstract Registry (CAS) numbers (when known), was then submitted to all CTFA members and each was asked to review and indicate ingredients currently in use in formulations. In addition, each company was asked to submit names and/or identifications for other ingredients which might be in use but which were not included on the original master list.

A second master list was developed as a result of industry's cooperation, enabling the start of work to develop a unified system for naming and describing cosmetic ingredients. The survey responses, as well as further submissions, were essential to the development of this Dictionary.

Almost all of the extensive research into naming systems currently in use which resulted in the development of a unified approach for cosmetic ingredients was performed by James M. Akerson (Gillette Medical Evaluation Laboratories) who laid the groundwork for the development of this Dictionary.

In August 1972, the CTFA's Cosmetic Ingredient Nomenclature Committee, under the Chairmanship of Mr. Akerson, undertook the task of writing the initial draft of the Dictionary. Its efforts culminated in publication of the October 13, 1972 draft which consisted of an alphabetical listing of Chemical/Trade Names, with the corresponding CTFA Adopted Name. That

draft formed the basis for Part II of the present volume.

CTFA members of the committee are Percy Fainer (Clairol, Inc.), Gordon Hewitt, Ph.D. (Colgate-Palmolive Company), Emanuel Kroll (Henkel Inc.) and Griffin Shay (Avon Products, Inc.). In addition, Joseph B. Jerome, Ph.D. (American Medical Association), John Wenninger (U.S. Food and Drug Administration) and Earl L. Richardson, Ph.D. (U.S. Food and Drug Administration) actively participated in and contributed materially to the development of this Dictionary. Their many constructive suggestions, although unofficial, were essential to making this Dictionary a reality.

The Dictionary is the result of the tireless efforts and outstanding dedication of these scientists who constitute the Editorial Advisory Board. Consumers, government and industry alike owe their gratitude to this Board, as well as to the companies and agencies in which these scientists serve, for their outstanding contribution in the ultimate production of this comprehensive CTFA Cosmetic Ingredient Dictionary.

Appreciation is also expressed to Anne McCann (U.S. Food and Drug Administration) for her assistance in locating Registry Numbers.

We acknowledge the dedication of Norman F. Estrin, Ph.D., CTFA Vice President-Science and Ms. Anita Curry whose enthusiasm and guidance resulted in preparation of this text.

The work of the Editorial Advisory Board is continuing. The Board is actively reviewing new information in order to prepare supplements to the present edition.

Washington, D.C.
May 15, 1973

James H. Merritt
*President, CTFA*

# II

# PREFACE

This CTFA Cosmetic Ingredient Dictionary is designed to recommend uniform nomenclature for ingredients available for use by the cosmetic industry.

This Dictionary provides cosmetic ingredient information valuable to the consumer, the medical profession and the cosmetic industry. It consists of an alphabetical compilation of CTFA Adopted Names, providing definitions, structures, registry numbers, sources of information and related chemical and/or trade names. A second section provides an alphabetical listing of Chemical/Trade Names with their corresponding CTFA Adopted Names. This section is intended to help cosmetic manufacturers in their labeling and formula disclosure efforts. Another section is a listing by supplier of trade name ingredients identified in this Dictionary. Inclusion of a supplier's name does not constitute an endorsement; absence of a supplier's name is unintentional and similarly in no way constitutes a lack of endorsement.

This compendium is a dynamic document. It will undergo periodic review to reflect current nomenclature usage and to attempt comprehensive coverage of ingredients available for use.

This nomenclature does not include or imply standards or grades of purity. The CTFA Adopted Names have been proposed according to the basic structure or composition of the ingredient.

The assigning of the same CTFA Adopted Name to a group of chemical and/or trade names does not, and is not meant to, imply strict chemical equality or interchangeability of ingredients. Inclusion of an ingredient in the Dictionary does not imply that it is or should be used by the cosmetic industry; absence of an ingredient in the Dictionary does not mean that it is not or should not be used.

The Cosmetic Ingredient Nomenclature Committee will consider for inclusion in supplements to this Dictionary any ingredient being used by or promoted for use by the cosmetic industry. Manufacturers of cosmetics or suppliers of raw materials are encouraged to submit to the Committee, descriptions of these ingredients, including full chemical specifications and structures, along with evidence of present usage or promotion to the cosmetic industry.

The CTFA Cosmetic Ingredient Nomenclature Committee hopes that you will find this Dictionary of value and stands ready to be of service in the future. Your comments and suggestions, as well as information concerning these and additional ingredients, may be sent to:

> The CTFA Cosmetic Ingredient Nomenclature
> Committee
> c/o The Cosmetic, Toiletry and Fragrance
> Association
> 1625 Eye Street, N.W.
> Washington, D.C. 20006

Rockville, Maryland
May 15, 1973

James M. Akerson
*CTFA Chairman, Cosmetic Ingredient*
*Nomenclature Committee*