# Ex. I

Linda Loretz, Ph.D.

```
 1                UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEW JERSEY
 3
 4     ------------------------------x
 5     IN RE JOHNSON & JOHNSON        ) MDL No.
 6     TALCUM POWDER PRODUCTS         ) 16-2738 (FLW)(LHG)
 7     MARKETING SALES PRACTICES,     )
 8     AND PRODUCTS LIABILITY         )
 9     LITIGATION                     )
10                                    )
11     THIS DOCUMENT RELATES TO       )
12     ALL CASES                      )
13     ------------------------------x
14
15                    V O L U M E   I I I
16        VIDEOTAPED 30(b)(6) DEPOSITION OF DEFENDANT
                PERSONAL CARE PRODUCTS COUNCIL
17       by and through its Designated Representative,
18                    LINDA LORETZ, Ph.D.
19                     WASHINGTON, D.C.
20                  TUESDAY, OCTOBER 2, 2018
21                        9:01 A.M.
22
23
24
25     Reported by: Leslie A. Todd
```

Linda Loretz, Ph.D.

1  Q    Mm-hmm.  Now, the decision that is made
2  by an CI -- a CIR expert panel, what weight does
3  that have with the FDA?
4       MR. LOCKE:  Objection to form and beyond
5  the scope.
6       THE WITNESS:  I think FDA has
7  consistently said that they take into account CIR
8  conclusions.  It's one piece of evidence.
9  BY MR. MEADOWS:
10 Q    Okay.  But they don't -- the FDA does
11 not adopt a CIR finding, does it?
12 A    That's true.
13 Q    In fact, the FDA has specifically said
14 that, correct?
15 A    They have.
16 Q    Okay.  I want to look at Exhibit 91.
17      (Exhibit No. 91 was marked for
18      identification.)
19 BY MR. MEADOWS:
20 Q    And this Exhibit 91 is from
21 PCPC-MDL-44971.
22      Do you recognize that document?
23 A    I don't think so.
24 Q    Okay.  It does appear to come from the
25 PCPC files; is that right?