Ex. J

1517

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CIVIL ACTION NO 16-MD-2738(FLW)(LHG)


_____ :
                        :
IN RE JOHNSON & JOHNSON : DAUBERT HEARING
POWDER PRODUCTS MARKETING, : JULY 30, 2019
SALES PRACTICES. : VOLUME 7
------------------------- :


CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608

B E F O R E:  THE HONORABLE FREDA L. WOLFSON, USDJ

A P P E A R A N C E S:

BEASLEY ALLEN, ESQUIRES
BY:  P. LEIGH O'DELL, ESQUIRE (ALABAMA)
     MARGARET M. THOMPSON, ESQUIRE  (ALABAMA)
       -and-
ASHCRAFT & GEREL, ESQUIRES
BY:  MICHELLE A. PARFITT, ESQUIRE (VIRGINIA)
On behalf of the Plaintiffs Steering Committee


DRINKER, BIDDLE & REATH, ESQUIRES
BY:  SUSAN M. SHARKO, ESQUIRE  (NEW JERSEY)
     JULIE L. TERSIGNI, ESQUIRE  (NEW JERSEY)
       -and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, ESQUIRES
BY:  JOHN H. BEISNER, ESQUIRE  (WASHINGTON, D.C.)
       -and-
PROSKAUER ROSE, ESQUIRES
BY:  BART H. WILLIAMS, ESQUIRE  (CALIFORNIA)
     LEE M. POPKIN, ESQUIRE  (NEW YORK)
       -and-
WEIL GOTSHAL & MANGES, ESQUIRES
BY:  ALLISON M. BROWN, ESQUIRE
On behalf of Defendant Johnson & Johnson

                              (Continued.)


* * * * *
VINCENT RUSSONIELLO, RPR, CRR, CCR
OFFICIAL U.S. COURT REPORTER
(609) 588-9516

Clarke-Pearson - Cross/Ms. Brown

1578

1    your articles discuss your theory talcum powder causes

2    ovarian cancer.  True?

3    A.    That's right, because that's not the intent of

4    any of those articles.

5    Q.    You would agree with me, Dr. Clarke-Pearson, and

6    I heard you mention it this morning, that the

7    potential association between talcum powder and

8    ovarian cancer has been reported in the literature for

9    decades.  Correct?

10   A.    That information has been gathering over time.

11   Q.    And, in fact, at your deposition you told us

12   that you yourself have been aware of the potential

13   association since your residency back in 1975.

14   Correct?

15   A.    That's true.

16   Q.    But the truth is, Dr. Clarke-Pearson, that it

17   wasn't until the end of 2018, after you were hired by

18   the plaintiffs' lawyers, that you formed the opinion

19   that talcum powder causes ovarian cancer.  True?

20   A.    No.  I formed my opinion before I was hired by

21   the lawyers.

22        MS. BROWN:  Permission to read, your Honor.

23        THE COURT:  Yes.

24   Q.    At your February 4th, 2019, deposition, page

25   104, lines 3 through 24, you were asked -- talking

Clarke-Pearson - Cross/Ms. Brown

1579

1    about a video that we will talking about in a little

2    bit:

3              "You did not tell the viewers that talcum

4    powder was associated with a cause of ovarian cancer.

5    Is that right?

6              "ANSWER:  That's correct.  Because at that

7    point in time I didn't believe it was causative.

8              "QUESTION:  It wasn't until after being

9    retained in this case and around the time that you

10   concluded your review in November of 2018, that you

11   formed that opinion."

12             There was an objection.

13             "ANSWER:  As I was preparing to offer an

14   opinion I did this review and came to that opinion,

15   yes.

16             "QUESTION:  If we try to put a time on it, it

17   would be toward the latter part of 2018, once you had

18   completed your review that you told us about in

19   connection with this litigation.  Correct?

20             "ANSWER:  Yes."

21             I want Dr. Clarke-Pearson --

22   A.   Can you tell me when the video you are

23   referencing the very time is?

24   Q.   I'll ask you some questions about it.  We're

25   going to get to it.  Right now I want to talk about

Clarke-Pearson - Cross/Ms. Brown

1580

1    some other publications you had in your field over the

2    years.

3            In 1993 you authored a publication regarding

4    mutations of the p53 gene and ovarian cancer.  Do you

5    recall that?

6    A.    Not really.  I was a co-author and that was a

7    long time ago.  Do you have that in the exhibits?

8    Q.    Absolutely.  You were asked about this paper at

9    your deposition a few months ago.  Do you recall that?

10   A.    I do.

11   Q.    You can find it in your binder up there,

12   Dr. Clarke-Pearson, at tab 501.  We'll also bring it

13   up on the screen to aid you.

14           Do you recall, Dr. Clarke-Pearson, talking

15   about this article a few months ago in your deposition

16   and --

17   A.    I'm not listening to you while I'm trying to

18   find this.

19           MS. BROWN:  May I approach to help him?

20           THE COURT:  Yes.

21           (Pause.)

22   Q.    Have you got that in front of you?

23   A.    Yes.

24   Q.    This was an article you were a co-author on back

25   in 1993 regarding the p53 gene in ovarian cancer.

Clarke Pearson - Cross/Ms. Brown

1581

1    Correct?

2    A.    Correct.

3    Q.    And one of the things that you note in this

4    article is that approximately one-half of human

5    epithelial ovarian cancers have mutations in the p53

6    gene.  Correct?

7    A.    That's what we found.

8    Q.    And what you concluded in this article with your

9    co-authors back in 1993 is that "p53 mutations in

10   ovarian cancer arise because of spontaneous errors in

11   DNA synthesis and repair rather than a direct

12   interaction of carcinogens with DNA.  These molecular

13   data you and your co-authors noted here in your

14   article, these molecular data are consistent with data

15   from epidemiologic studies that have failed to

16   demonstrate a convincing relationship between exposure

17   to environmental carcinogens and the development of

18   ovarian cancer."

19        That's what you wrote in 1993.  Correct?

20   A.    That's what my lead author wrote and I was a

21   co-author, yes.

22   Q.    Doctor, just to orient us as we walk through

23   your field and testimony, you told us a moment ago you

24   first became aware of the potential association of

25   talc and ovarian cancer during your residency in 1975.

Clarke-Pearson - Cross/Ms. Brown

1582

1    True?

2    A.    That's right, based on Johns Hopkins data from

3    Woodruff and Parmley.

4    Q.    We just looked at an article from 1993 which you

5    were a co-author on in which you concluded that most

6    environmental carcinogens are not linked to p53

7    mutations.  Right?

8    A.    That's what that article said, yes.

9    Q.    I want to take a look at another article that

10   you wrote, Dr. Clarke-Pearson, in 2009, and you can

11   find that in the very next tab in the binder in front

12   of you at 502.  This is an article -- if we can bring

13   it up on the screen -- that you were in fact the sole

14   author of.  Correct?

15   A.    This is an invited review article from the New

16   England Journal, and I was the sole author, yes.

17   Q.    And the New England Journal of Medicine we can

18   agree is a prestigious medical journal.  Correct?

19   A.    I said that earlier, yes.

20   Q.    The article here is entitled, "Screening For

21   Ovarian Cancer."  Correct?

22   A.    Yes.

23   Q.    One of the things you were telling us earlier

24   today is that by the time you treat patients, they in

25   many cases already have ovarian cancer.  Correct?

Clarke Pearson - Cross/Ms. Brown

1583

1    A.    Yes.

2    Q.    But part of your research and the focus of your

3    40 years in this area has also been on how to screen

4    women for ovarian cancer and how to prevent women from

5    getting ovarian cancer.  Correct?

6    A.    Yes.

7    Q.    And in this particular article you posed a

8    hypothetical -- you were posed a hypothetical at the

9    beginning, and the article deals with circumstances in

10   which a physician should consider screening a woman

11   for ovarian cancer.  Correct?

12   A.    No.  It is not intended -- the article concludes

13   that we are not able to screen for ovarian cancer.  So

14   I was not encouraging physicians to screen for ovarian

15   cancer because there was no mechanism in 2009 or in

16   2019 on how we can screen for ovarian cancer.

17   Q.    I'm not trying to quibble with you on this.

18   A.    I'm just stating what this article is intended

19   to say.

20   Q.    Let's see if we can understand each other, what

21   this article is about.

22         The article starts out with a description of a

23   putative plaintiff who has come to her physician with

24   this description.  Fair enough?

25   A.    That's the case.

Clarke Pearson - Cross/Ms. Brown

1584

1   Q.   And you review throughout the article the state

2   of knowledge of ovarian cancer, and you include a

3   discussion of some risk factors for ovarian cancer.

4   Correct?

5   A.   Some risk factors.

6   Q.   And your ultimate conclusion in this article is

7   this woman should not be screened for ovarian cancer.

8   Correct?

9   A.   Because we don't have any screening methods to

10  use.  So why would we screen.

11  Q.   That's unfortunately one of the terrible things

12  about ovarian cancer is that we don't have a way to

13  screen women for ovarian cancer.  Correct?

14  A.   That's correct.

15  Q.   And what you note in connection with this

16  article, Doctor, is you comment on that very thing.

17  And if we could look at page 2, second column, top

18  paragraph, one of the things you are talking about is

19  that because there is no obvious precursor lesion,

20  screening has to focus on early detection of invasive

21  cancer.  Correct?

22  A.   Where does it say "early detection"?

23  Q.   Very top.  Because there is no obvious precursor

24  lesion.  Are you with me?

25  A.   Yes.  That wasn't highlighted.

Clarke Pearson - Cross/Ms. Brown

1585

1    Q.    "Screening must focus on early detection of

2    invasive cancer."  Correct?

3    A.    That's the whole idea of any screening for

4    cancer.

5    Q.    What you go on to state in this 2009 article in

6    the prestigious New England Journal of Medicine is

7    that risk factors other than age, a family history of

8    ovarian or breast cancer, and the presence of a BRCA

9    mutation are poorly understood, and approximately 90

10   percent of ovarian cancers appear to be sporadic.

11   Correct?

12   A.    Yes.

13   Q.    In this 2019 article, 2009 article in the New

14   England Journal of Medicine, you made no reference to

15   talc as a causative agent or a risk factor for ovarian

16   cancer.  True?

17   A.    There are a number of other risk factors that we

18   didn't include in that study because, again, you can't

19   screen for ovarian cancer.

20   Q.    In your 2009 article in the New England Journal

21   of Medicine you make no reference to talc as a

22   causative agent in ovarian cancer.  Is that correct,

23   Doctor?

24   A.    I didn't make the reference to that or didn't

25   make the reference to incessant ovulation,

Clarke-Pearson - Cross/Ms. Brown

1586

1  endometriosis, pelvic inflammatory disease, for

2  example.

3  Q.    In fact, what you did is you called out three

4  risk factors, right?  Age, family history, and BRCA

5  mutation.  Correct?

6  A.    Yes.

7  Q.    And for the others you wrote that they are

8  poorly understood.  Correct?

9  A.    Yes.

10  Q.    In 2011, Dr. Clarke-Pearson, you did some work

11  with the Society of Gynecologic Oncologists as you

12  have over the course of your career.  Correct?

13  A.    Yes.

14  Q.    And you were part of a publication which can be

15  found at 530 in your binder -- and if we could bring

16  that up -- called "Pathways to Progress in Women's

17  Cancer, a Research Agenda Proposed by the Society of

18  Gynecologic Oncologists."

19        Just to orient us, Dr. Clarke-Pearson, you

20  have held some leadership positions in that

21  organization, including being the president.  True?

22  A.    Correct.

23  Q.    And in this particular publication, Pathways to

24  Progress from 2011, your name appears here on the

25  first page as the immediate past president of this

Clarke Pearson - Cross/Ms. Brown

1587

1  Society.  Correct?

2  A.    Yes, as a cover letter to the membership.

3  Q.    If we could look at the first paragraph of the

4  cover letter to this publication, you and the then

5  president write in the third sentence, you give a

6  little context for what this report is in fact about,

7  and you say:

8           "To make our vision a reality, SGO has in this

9  research report entitled, Pathway to Progress In

10  Women's Cancers, identified and outlined the areas of

11  research by diseases upon which the women's cancer

12  community should focus for the next decade."

13           Do you see that, Doctor?

14  A.    Yes.

15  Q.    So part of this publication, what this was to

16  progress in women's cancer was to identify areas of

17  research and to improve research and study in the

18  field of gynecologic cancers.  True?

19  A.    Certainly, that's what we want to do.

20  Q.    And on page 17 of this document, Doctor, one of

21  the things that you write about is similar to what we

22  have been talking about, the idea that screening for

23  ovarian cancer is notoriously difficult.  Correct?

24  A.    Yes.

25  Q.    And you have a section in this publication from

Clarke Pearson - Cross/Ms. Brown

1588

1   2019 that talks about how to prevent ovarian cancer or

2   what preventive action could be taken.  Correct?

3   A.    Yes.

4   Q.    And in this section entitled "Prevention in

5   2019," you make mention of a number of risk factors

6   for ovarian cancer.  True?

7   A.    These are high risk factors, true.

8   Q.    And those risk factors that you included in this

9   80-page Pathways to Progress document states as

10  follows:

11          "Family history and inherited risk are the

12  strongest risk factors for the development of ovarian

13  cancer but they cannot be modified.  Obesity is a

14  known risk factor for the development of ovarian and

15  many other cancers."

16          Do you see that?

17  A.    Yes.

18  Q.    You go on to talk about protective factors for

19  ovarian cancer.  Is that correct?

20  A.    Yes, and I talked about them earlier today.

21  Q.    Mr. Williams reminded me that I did not say the

22  year of this publication, but it was from 2011.

23  Correct?

24  A.    Yes.

25  Q.    So in 2011, this publication from the Society of

Clarke Pearson - Cross/Ms. Brown

1589

1    Gynecologic Oncology, which mentions prevention of

2    ovarian cancer and risk factors, did not include any

3    discussion of talc as a causative agent for ovarian

4    cancer.  Correct?

5    A.     That's not shown there, yes.

6    Q.     And the purpose or at least the title of this

7    document is "Pathways to Progress in Women's Cancer."

8    Correct?

9    A.     It's encouraging us to continue research to

10   find, for example, screening methods, other ways to

11   prevent ovarian cancer, better ways to treat it.  It

12   was a comprehensive outline how we would like to

13   progress, and it was intended for many audiences,

14   including the National Cancer Institute that was not

15   funding cancer research adequately in our opinion.

16   Q.     We will talk about the NCI a little bit later.

17   In the Pathway to Progress, a Research Agenda Proposed

18   for the Society of Gynecological Oncology, in which

19   your name appears in 2011, this document made no

20   mention that talc causes ovarian cancer.  Correct?

21   A.     From what you have shown me.  I can't recall

22   this whole thing from 2011.  You implied I'm the

23   author.  I'm not the author of this publication.

24   Q.     At this time you were the immediate past

25   president of this Society.  Correct, Doctor?

Clarke Pearson - Cross/Ms. Brown

1590

1    A.    I was immediate past president.  I wasn't the

2    author of this publication.

3    Q.    And you authored the cover page of the document

4    that follows.  Correct?

5    A.    Yes.

6    Q.    And you referred to this research report as an

7    effort to outline areas of research in which the

8    women's cancer community should focus for the next

9    decade.  Correct?

10   A.    We're trying to develop an agenda for a variety

11   of audiences to encourage research, to improve the

12   outcomes of women with ovarian cancer.

13   Q.    And you made no mention in your cover letter or

14   in the document itself of talc causing ovarian cancer.

15   Correct?

16   A.    And other risk factors, that's true.

17   Q.    Now, in 2014, Doctor, you appeared on a Fox News

18   interview.  Do you recall that?

19   A.    Yes.  It was in Greensboro, North Carolina, a

20   very brief morning piece for women that are doing the

21   laundry that lasted about two minutes maybe.

22   Q.    And I imagine you were also interested in

23   reaching women who were not doing the laundry.  This

24   was an effort to reach all women --

25   A.    Anyone who was available at 10 o'clock in the

Clarke-Pearson - Cross/Ms. Brown

1591

1  morning, yes.

2  Q.    But it was an effort to get the word out about

3  ovarian cancer, for all women, regardless of whether

4  they were folding the laundry at 10 o'clock?

5  A.    Exactly. Anybody who was listening, I was happy

6  to have them hear me.

7  Q.    I would like to take a look at it and ask you a

8  couple of questions about it, if we could.

9        (The video was played.)

10 Q.    Now, Dr. Clarke-Pearson, we can agree, of

11 course, on this television interview, one of the

12 things you were endeavoring to do is to help women.

13 Right?

14 A.    Absolutely.

15 Q.    You go on in that interview to encourage women,

16 if they think they have signs of ovarian cancer, to go

17 to their doctor and ask to be checked out.  Right?

18 A.    That's correct.

19 Q.    And one of the things you said here is "I hope

20 this clip encourages women to get better care and to

21 detect ovarian cancer earlier."  Right?

22 A.    Yes.

23 Q.    One of the things you did in connection with

24 your effort to help women is you listed some of the

25 risk factors for ovarian cancer.  Correct?

Clarke-Pearson - Cross/Ms. Brown

1592

1    A.    I listed some of the high risk factors, yes.

2    Q.    You did not advise the Fox viewers in 2014 that

3    they shouldn't go to the drugstore and buy talcum

4    powder because it causes ovarian cancer.  Correct?

5    A.    That was not mentioned along with a lot of other

6    things.

7    Q.    And the reason you didn't mention that,

8    Dr. Clarke-Pearson, in 2014 is because in 2014 you

9    didn't believe that talc causes ovarian cancer?

10   A.    I didn't believe it, but there was certainly

11   mounting evidence that we had to start thinking

12   seriously about that issue.

13   Q.    In 2014, Doctor, five years ago, you did not

14   believe the opinions that you've come into this

15   courtroom to give us today.  You did not believe that

16   talc causes ovarian cancer?

17   A.    I've learned a lot in the last two years.

18   Q.    In fact, it wasn't until you became an expert in

19   this litigation that you came to believe that talc

20   causes ovarian cancer.  Correct?

21   A.    I became an expert after I believed that talc

22   caused ovarian cancer, not the other way around.

23   Q.    Well, let's talk a little bit about how you got

24   involved in this litigation.

25         You know one of the plaintiffs' lawyers.

Clarke Pearson - Cross/Ms. Brown

1593

1    Correct?

2    A.    Yes.

3    Q.    You actually went to medical school with

4    Dr. Thompson.  Correct?

5    A.    Not true.

6    Q.    You were at medical school at the same time.

7    Correct?

8    A.    I was a resident in obstetrics and gynecology

9    when Dr. Thompson was a medical student, and I didn't

10   know her at that time.

11   Q.    And it was through Dr. Thompson you got involved

12   in this litigation.  Correct?

13   A.    She asked me if I would evaluate whether I

14   believed talcum powder caused ovarian cancer or not

15   before I started in on my methodologic review of the

16   literature.

17   Q.    At the time Dr. Thompson approached you, you had

18   been a practicing gynecologic oncologist for 40 years.

19   Correct?

20   A.    Thereabouts, yes.

21   Q.    At the time Dr. Thompson approached you, you did

22   not hold the opinion that talcum powder causes ovarian

23   cancer?

24   A.    I didn't hold an opinion at that time.  That's

25   true.

Clarke Pearson - Cross/Ms. Brown

1594

1  Q.    Dr. Thompson approached you in late 2017, early

2  2018.  Correct?

3  A.    I don't recall exactly when.

4  Q.    It wasn't until after you did a review for

5  Dr. Thompson that you came to the opinion that you now

6  hold here today.  Correct?

7  A.    I did a review for myself.  I'm not going to go

8  out and do something for Dr. Thompson because she

9  wants me to say something for her or her firm.  I have

10 a reputation, and I feel it's a strong reputation, and

11 I'm not going to sign on as somebody's hired gun.  So

12 I reviewed the literature in depth and came to the

13 conclusion talcum powder causes ovarian cancer.

14 Q.    You were compensated, of course, to review the

15 literature.  Correct?

16 A.    After I made a conclusion as to what my position

17 was, yes.

18 Q.    And you submitted an invoice for your review of

19 that literature.  Correct?

20 A.    Yes.

21 Q.    And you were compensated by the plaintiffs'

22 lawyers.  Right?

23 A.    As every expert witness.

24        THE COURT:  Did you serve as an expert?

25        THE WITNESS:  Witness, not in a product

1595

1    liability, but in many malpractice cases.

2            THE COURT:  Not in a case like this before?

3            THE WITNESS:  No.

4    BY MS. BROWN:

5    Q.    And so if we can work a little bit with timing

6    and this board, Doctor, is it fair to say after

7    Dr. Thompson approached you about being an expert in

8    litigation and you reviewed the literature, you came

9    to the opinion that talcum powder causes ovarian

10   cancer.  Correct?

11   A.    Yes, after doing a Bradford Hill analysis.

12   Q.    And prior to that, though, prior to that time,

13   though, Dr. Clarke-Pearson, you were not of that

14   opinion.  Correct?

15   A.    I was not of that opinion.

16   Q.    I want to talk a little bit about whether or not

17   this opinion that you've come to hold in the last

18   couple of years after getting involved in this

19   litigation, whether that opinion is generally-accepted

20   in your gynecologic community.

21           I want to start by talking about the American

22   College of Obstetrics and Gynecology.  You would

23   agree, Dr. Clarke-Pearson, that that is a leading

24   organization in your field.  Correct?

25   A.    Yes, in obstetrics and gynecology.

Clarke Pederson - Cross/Ms. Brown

1645

1  Q.    Nowhere in this paper does it state that talcum

2  powder causes ovarian cancer?

3  A.    I would have to look at the words throughout the

4  whole paper and look for cause.  I can see what the

5  relative risk is. I could see what the statistical

6  risk is, and it increased significantly.

7  Q.    This is one of the six meta-analyses on which

8  you rely.  True?

9  A.    And all of them showed significant increase risk

10  of ovarian cancer with the use of perineal talc.

11  Q.    And this says a causal link has not been

12  established?

13  A.    That's in their introduction, yes.

14  Q.    What this article says is a mechanism remains

15  unclear.  Correct?

16  A.    That's what is in their introduction.

17  Q.    And another meta-analysis that was done in 2018

18  was the Berge analysis.  Correct?

19  A.    Yes.

20  Q.    And incidentally, Doctor, one of the things your

21  methodology here was to rely on the meta-analyses.

22  Correct?

23  A.    In the end, my methodology evaluated all the

24  case-control, cohort and one pooled study, and the

25  meta-analysis.  The meta-analysis I feel are more

Clarke Pearson - Cross/Ms. Brown

1667

1    Q.    Let's look at literally, a bit at a quick chart,

2    if we could, which is slide 27 of the studies that you

3    cite in your report for the proposition that talc can

4    migrate to the ovaries.

5          We just talked about the Egli Newton 1961

6    study that showed in two people laying down, given

7    drugs for contractions, that carbon particles that

8    have been deposited up near the cervix were found.  Is

9    that right?

10   A.    The carbon particles got to the tubes and

11   ovaries.

12   Q.    This is a real old study.  Right, Doctor?

13   A.    1961.  It's a while back.

14   Q.    I don't even have the '60s on my chart.  This

15   two-person carbon particle study was available well

16   before you got involved in this litigation.  Correct?

17   A.    Yes.

18   Q.    Incidentally, Doctor, I want to make sure we are

19   clear on something.  Before Dr. Thompson called you

20   and asked you to look at this literature in connection

21   with this lawsuit, this litigation, you were not of

22   the opinion that talc causes ovarian cancer?

23   A.    That's what we talked about for a good bit this

24   morning already.

25   Q.    I want to make sure we were clear.