**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br><br>Veronica Foloky v. Johnson & Johnson, et al.<br>*Case No. 3:20-cv-7579* | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 22, 2020 on behalf of Plaintiff Veronica Foloky.

Dated:  June 23, 2020                             Respectfully Submitted by,

*/s/ Laurence S. Berman*
Laurence S. Berman
Michael M. Weinkowitz
Levin Sedran & Berman LLP
510 Walnut Street, Ste 500
Philadelphia, PA  19106
Tel (215) 592-1500/Fax (215) 592-4663
Lberman@lfsblaw.com
MWeinkowitz@lfsblaw.com

*Counsel for Plaintiffs*