**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br><br>Veronica Foloky v. Johnson & Johnson, et al.<br>*Case No. 3:20-cv-7579* | MDL Docket No. 2738 |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Michael M. Weinkowitz, Esquire, of the law firm Levin Sedran & Berman LLP, as counsel on behalf of Plaintiff, Veronica Foloky, in the above-captioned matter.

>  */s/ Michael M. Weinkowitz*
> Laurence S. Berman
> Michael M. Weinkowitz
> LEVIN SEDRAN & BERMAN LLP
> 510 Walnut Street, Ste 500
> Philadelphia, PA  19106
> Tel (215) 592-1500/Fax (215) 592-4663
> Lberman@lfsblaw.com
> MWeinkowitz@lfsblaw.com
>
> *Counsel for Plaintiff(s)*

Dated:  June 23, 2020

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 23, 2020, a copy of the forgoing *Notice of Appearance* was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's System.

                */s/ Michael M. Weinkowitz*
                Michael M. Weinkowitz
                LEVIN SEDRAN & BERMAN LLP