UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:_____<br>_____Arisel Aponte Ramos_____ | MDL No. 2738 (FLW) (LHG) |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiff(s) named below file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint* in *In re: Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738 in the United States District Court for the District of New Jersey. Plaintiff(s) file(s) this Short Form Complaint as permitted by Case Management Order No. 1 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint*, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

## IDENTIFICATION OF PARTIES

**Identification of Plaintiff(s)**

1. Name of individual injured due to the use of talcum powder product(s): ___
   _Arisel Aponte Ramos_.

2. At the time of the filing of the specific case, Plaintiff(s) is/are a citizen of
   _Yauco, Puerto Rico_.

3. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: _N/A_

4. Survival and/or Wrongful Death Claims:

   Name and residence of Decedent Plaintiff when she suffered the talcum powder product(s) related death: _N/A_

5. Plaintiff/Decedent was born on _September 7/1959_ and died on _____.

6. Plaintiff is filing this case in a representative capacity as the _N/A_ _____ of the _____, having been duly appointed as the _____ by the _____ Court of ___.

7. As a result of using talcum powder products, Plaintiff/Decedent suffered personal and economic injur(ies) that are alleged to have been caused by the use of the products identified in Paragraph 16 below, but not limited to, the following:

      __✓__ injury to herself

      _____ injury to the person represented

      _____ wrongful death

      _____ survivorship action

      __✓__ economic loss

      _____ loss of services

      _____ loss of consortium

      _____ other: _____

### Identification of Defendants

8. Plaintiff(s)/Decedent Plaintiff(s) is/are suing the following Defendant(s) (please check all that apply)[1]:

      ☑ Johnson & Johnson

      ☑ Johnson & Johnson Consumer Inc.

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged by the specific Plaintiff(s) as to whom this *Short Form Complaint* applies, the specific facts supporting these allegations must be pleaded by the Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to this *Short Form Complaint*.

- [x] Imerys Talc America, Inc. ("Imerys Talc")
- [ ] Personal Care Products Council ("PCPC")

**Additional Defendants:**

- [ ] Other(s) Defendant(s) (please specify): Imerys Talc America, Inc.; Rio Tinto Minerals, Inc.; Rio Tinto Minerals Services, Inc.; Valeant Pharmaceutical North America, LLC

## JURISDICTION & VENUE

**Jurisdiction:**

9. Jurisdiction in this Short Form Complaint is based on:

    - [x] Diversity of Citizenship
    - [ ] Other (The basis of any additional ground for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure). _____

_____

**Venue:**

10. District Court(s) and Division (if any) in which venue was proper where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court and to where remand could be ordered by the Judicial Panel for trial: United States District Court for the District of Puerto Rico

g. Imerys Talc America, Inc. ("Imerys Talc")

h. Personal Care Products Council ("PCPC")

Additional Defendants:

i. Other(s) Defendant(s) (please specify): _Imerys Talc America, Inc.,_ _RioTinto Minerals, Inc., Rio Tinto Minerals Services, Inc.,_ _Cyprus Mines Corporation, Rio Tinto America, Inc._

JURISDICTION & VENUE

2. Jurisdiction.

a. Jurisdiction in this Short Form Complaint is based on:

— Diversity of Citizenship

— Other (The basis of any additional ground for jurisdiction was to be plead in sufficient detail as required by the applicable Federal Rules of Civil Procedure). _____

_____

3. Venue.

(i) District, Courts, and Division (if any) in which venue was proper where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court and to where remand could or would be ordered by the Judicial Panel for MDL:

_United States District Court for the_ _District of New Jersey_

## CASE SPECIFIC FACTS

11. Plaintiff(s) currently reside(s) in (City, State): _Urb. Valle de Yabucoa; 305 Calle Caoba, Yabucoa, P.R 00767_

12. At the time of the Plaintiff's/Decedent's diagnosis with a talcum powder product(s) injury, Plaintiff/Decedent resided in (City, State): _Yabucoa, Puerto Rico_.

13. The Plaintiff/Decedent was diagnosed with a talcum powder product(s) injury in (City/State): _Humacao, Puerto Rico_ on _July 2007_ (date).

14. To the best of Plaintiff's knowledge, Plaintiff/Decedent began using talcum powder product(s) on or about the following date: _childhood_ and continued the use of talcum powder product(s) through about the following date: _July 2007_.

15. The Plaintiff/Decedent purchased talcum powder product(s) in the following (State(s)): _in different stores and drug stores in Puerto Rico_

16. Plaintiff/Decedent used the following talcum powder products:

    ☑ Johnson & Johnson's Baby Powder

    ☐ Shower to Shower

## CASE SPECIFIC FACTS

1. Plaintiff(s) currently reside(s) in (City, State): _Tifton, GA a/k/a Ms. Karen L. Lee (nee Cobb, formerly ___)_

2. At the time of the Plaintiff's/Decedent's diagnosis with a cancer possibly caused by talcum powder product(s) injury, Plaintiff/Decedent resided in (City, State):

   _Tifton, GA_ ___ _Aus. & Lee_ ___

3. The Plaintiff/Decedent was diagnosed with _talcum powder product(s) injury_ in (City/State): _Alpharetta_, _Fine & Lee_ on

   July _2007_ (date)

4. To the best of Plaintiff's knowledge, Plaintiff/Decedent began using talcum powder product(s) on or about the following date: _end of time_ and continued the use of talcum powder product(s) through about the following date:

   _July 2007_

5. The Plaintiff/Decedent purchased talcum powder product(s) in the following State(s): _GA ___ States_, and they used in ___ _Bank, GA_
   Plaintiff/Decedent used the following talcum powder products:

   a. ___ Johnson & Johnson's Baby Powder
   
   b. ___ Shower to Shower

## CAUSES OF ACTION

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

18. The following claims and allegations asserted in the Master *Long Form Complaint and Jury Demand* are herein adopted by reference by Plaintiff(s):

- ☑ Count I: Products Liability – Strict Liability – Failure to Warn (Against Imerys Talc)

- ☑ Count II: Products Liability – Strict Liability – Failure to Warn (Against the Johnson & Johnson Defendants)

- ☑ Count III: Products Liability – Strict Liability – Defective Manufacturer and Design (Against Imerys Talc)

- ☑ Count IV: Products Liability – Strict Liability – Defective Manufacturer and Design (Against the Johnson & Johnson Defendants)

- ☑ Count V: Breach of Express Warranties (Against the Johnson & Johnson Defendants)

- ☑ Count VI: Breach of Implied Warranty of Merchantability (Against the Johnson & Johnson Defendants)

- ☑ Count VII: Breach of Implied Warranty of Fitness for a Particular Purpose (Against the Johnson & Johnson Defendants)

- ☑ Count VIII: Negligence (Against Imerys Talc)

- ☑ Count IX: Negligence (Against the Johnson & Johnson Defendants)

- ☐ Count X: Negligence (Against PCPC)

- ☑ Count XI: Negligent Misrepresentation (Against the Johnson &

10

Johnson Defendants)

- ☑ Count XII: Fraud (Against the Johnson & Johnson Defendants)

- ☐ Count XIII: Fraud (Against PCPC)

- ☑ Count XIV: Violation of State Consumer Protection Laws of the State of _Puerto Rico_ (Against the Johnson & Johnson Defendants).

- ☑ Count XV: Fraudulent Concealment (Against Imerys Talc)

- ☑ Count XVI: Fraudulent Concealment (Against the Johnson & Johnson Defendants)

- ☐ Count XVII: Fraudulent Concealment (Against PCPC)

- ☑ Count XVIII: Civil Conspiracy (Against All Defendants)

- ☐ Count XIX: Loss of Consortium (Against All Defendants)

- ☑ Count XX: Punitive Damages (Against All Defendants)

- ☑ Count XXI: Discovery Rule and Tolling (Against All Defendants)

- ☐ Count XXII: Wrongful Death (Against All Defendants)

- ☐ Count XXIII: Survival Action (Against All Defendants)

- ☐ Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in Paragraph nine (9) above. If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements

11

of the Federal Rules of Civil Procedure. _____

_____

_____

_____

_____

_____

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint as appropriate.

## JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: *November 6, 2018*

Respectfully Submitted by,

s/ *Jorge Carazo-Quetglas*

*Jorge Carazo - Quetglas - DPR.*
*201305*
*P.M.B 133*
*53 Esmeralda Ave., Ste 2*

**Counsel for Plaintiff(s)**

*Guaynabo, P.R.*
*00969-4461*
*Tel. (787) 707-0588*
*Email: jorge@jctrayudalegal.com*

12

of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint as appropriate.

**JURY DEMAND**

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: _____, 20__          Respectfully submitted by:

_____
Counsel for Plaintiff(s)