## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of June, 2020.


/s/ Jennifer L. Orendi