# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Angelina Giunta v. Johnson & Johnson, et al. Docket Number: 3:18-cv-10456 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Angelina Giunta.

DATED: June 25, 2020

                              Respectfully submitted,

                              BY:   */s/ Edward Ruffo*
                              Edward Ruffo
                              Rheingold Giuffra Ruffo & Plotkin, LLP
                              551 5th Ave, 29th Floor
                              New York, NY 10176
                              Office: (212) 684-1880
                              Facsimile: (212) 689-8156
                              eruffo@rheingoldlaw.com
                              NJ Attorney ID: 017131992
                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

        BY:   */s/ Edward Ruffo*
        Edward Ruffo
        Rheingold Giuffra Ruffo & Plotkin, LLP
        551 5th Ave, 29th Floor
        New York, NY 10176
        Office: (212) 684-1880
        Facsimile: (212) 689-8156
        eruffo@rheingoldlaw.com
        NJ Attorney ID: 017131992
        Attorneys for Plaintiff