# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Kathryn Eagers, ET AL v. Johnson & Johnson, et al. Docket Number: 3:20-cv-07356 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kathryn Eagers.

DATED: June 25, 2020

        Respectfully submitted,

        BY:   */s/ Edward Ruffo*
        Edward Ruffo
        Rheingold Giuffra Ruffo & Plotkin, LLP
        551 5th Ave, 29th Floor
        New York, NY 10176
        Office: (212) 684-1880
        Facsimile: (212) 689-8156
        eruffo@rheingoldlaw.com
        NJ Attorney ID: 017131992
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

> BY: */s/ Edward Ruffo*
> Edward Ruffo
> Rheingold Giuffra Ruffo & Plotkin, LLP
> 551 5th Ave, 29th Floor
> New York, NY 10176
> Office: (212) 684-1880
> Facsimile: (212) 689-8156
> eruffo@rheingoldlaw.com
> NJ Attorney ID: 017131992
> Attorneys for Plaintiff