# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: SHARLA KEAR, INDIVIDUALLY and as REPRESENTATIVE of the ESTATE of JEANNIE MAESTAS KEAR, Deceased <br> 3:20-cv-07734 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on June 24, 2020 on behalf of Plaintiffs SHARLA KEAR, INDIVIDUALLY and as REPRESENTATIVE of the ESTATE of JEANNIE MAESTAS KEAR, Deceased

Dated: June 26, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: June 26, 2020                                    /s/ Michael Akselrud
                                                                     Michael Akselrud
                                                                     The Lanier Law Firm, PC
                                                                     21550 Oxnard St., 3rd Fl
                                                                     Woodland Hills, CA 91367
                                                                     (310) 277-5100
                                                                     Counsel for Plaintiff(s)