# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>Jeannine Mahoney-Sexton,<br><br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson, et al.,<br><br>Defendants. | **MDL NO. 2738 (FLW) (LHG)**<br><br>Civil Action No.: 3:18-cv-00278-FLW-LHG<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO AMEND SHORT FORM COMPLAINT AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |

This matter having been opened to the Court upon an unopposed motion of HAUSFELD, LLP, attorneys for Plaintiff, Jeannine Mahoney-Sexton, for an Order allowing Plaintiff leave to amend her pleading under Fed. R. Civ. P. 15(a) and to file the First Amended Complaint, upon notice to all counsel of record, and with full consideration of all matters brought before this Court regarding the motion, and for good cause shown.

IT IS HEREBY on this _____ day of _____, 2020

ORDERED that the Unopposed Motion to Amend under Rule 15(a) and for Leave to File Plaintiff's First Amended Complaint, be and hereby is granted.

**IT IS SO ORDERED.**

By: _____
HON. FREDA L. WOLFSON