UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, <br><br> This document relates to: <br><br> ANN BURY <br><br> 3:19-CV-17751-FLW-LHG | ) ) ) ) ) ) ) ) ) ) ) ) ) )  NO. 3:16-MD-2738-FLW-LGH |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed June 29, 2020 on behalf of Plaintiff Ann Bury.

Dated this 29th day of June, 2020.   Respectfully Submitted by,

*s/ J. Dino Vasquez*
J. Dino Vasquez, WSBA #25533
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  dvasquez@karruttle.com
*Attorneys for Plaintiff Ann Bury*

#1325615 v1 / 73753-001

CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, the foregoing document was electronically filed with the United States District Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                  */s/ Heather L. Hattrup*
                                                  Heather L. Hattrup
                                                  hhattrup@karrtuttle.com

#1325615 v1 / 73753-001