## <u>CERTIFICATE OF SERVICE</u>

I, Michelle A. Parfitt, hereby certify that I caused a copy of the foregoing the Plaintiffs' Steering Committee's Reply in Support of the Entry of Proposed CMO-7(A) and in Opposition to the Objections of Certain Plaintiffs to be filed electronically via the court's electronic filing system the 29th day of June, 2020. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.


Dated:        June 29, 2020            */s/ Michelle A. Parfitt*
                                       Michelle A. Parfitt