# APPENDIX 1

| ECF No. | Exhibit | Description |
|---|---|---|
| 13573-18 | Exhibit 17 | PCPC0080396 |
| 13574-19 | Exhibit 46 | PCPC0077968 |
| 13575 | Exhibit 51 | PCPC_MDL00015232 |
| 13575-1 | Exhibit 53 | IMERYS319465 |
| 13575-6 | Exhibit 56 | IMERYS280641 |
| 13575-7 | Exhibit 60 | IMERYS226115 |
| 13575-8 | Exhibit 61 | IMERYS065205 |
| 13576-6 | Exhibit 100 | PCPC0066630 |
| 13576-32 | Exhibit 130 | PCPC_MDL00007847 |