# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL FILED AGAINST PERSONAL CARE PRODUCTS COUNCIL* | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Consolidate Motion to Seal Certain Accompanying Exhibits to Plaintiffs' Steering Committee's Memoranda in Support of Certain Motions to Exclude Defendants' Expert Witnesses, and any opposition thereto filed by Defendants, it is hereby ORDERED that the motion is GRANTED; and

IT IS FURTHER ORDERED that Exhibits designated in Appendix 1 to Plaintiffs' Motion to Seal shall be filed under seal and remain so until further order of Court; and

IT IS FURTHER ORDERED that all other Exhibits filed temporarily under seal shall be made public by the Clerk's office.

_____
FREDA L. WOLFSON, U.S.C.D.J.