# Exhibit B

**Patrick Lyons**

**Subject:** RE: SJMotion Sur-reply

**From:** "Locke, Thomas T" <TLocke@seyfarth.com>
**Subject: Re: SJMotion Sur-reply**
**Date:** June 25, 2020 at 2:04:27 PM EDT
**To:** Michelle Parfitt <MParfitt@ashcraftlaw.com>

Michelle,

It is PCPC's position that it did not present new issues in the reply. Plaintiffs have not explained what the alleged new issues were. Plaintiffs will need to explain those issues in their motion to file a sur-reply. So, plaintiffs should state now to PCPC what those issues are. If plaintiffs are unwilling to do so, PCPC can't consent to a sur-reply.

If plaintiffs file a motion to file a sur-reply, please include our entire email exchange with that motion.

Thanks,

Tom


Thomas T Locke | Partner | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-5376
tlocke@seyfarth.com | www.seyfarth.com

[https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Signature.png]

---
The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.
---

On Jun 25, 2020, at 12:19 PM, Michelle Parfitt <MParfitt@ashcraftlaw.com> wrote:


[EXT. Sender]

Tom, Thank you and we appreciate your position. If it is your client's position that you are not consenting without a representation of what we expect to address in our response we will prepare the motion advising that the parties have met and conferred and cannot agree. Always happy to discuss if you believe I have overstated your client's position . Be well.

Michelle

Michelle A. Parfitt
Senior Partner

Ashcraft & Gerel, LLP
1825 K Street NW, Suite 700
Washington, DC 20006
Office: 202.783.6400
Mobile: 202.669.0032
Fax: 202.416.6392
mparfitt@ashcraftlaw.com<mailto:mparfitt@ashcraftlaw.com>

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, may contain confidential and privileged information, either as protected attorney work product or confidential client information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** "Locke, Thomas T" <TLocke@seyfarth.com>
**Subject: Re: Sur Reply**
**Date:** June 24, 2020 at 4:50:18 PM EDT
**To:** Michelle Parfitt <MParfitt@ashcraftlaw.com>

Michelle

We don't believe that we raised any new arguments. Please identify the arguments to which you are referring?

Tom


Thomas T Locke | Partner | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-5376
tlocke@seyfarth.com | www.seyfarth.com

[https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Signature.png]

_____
The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.
_____

On Jun 24, 2020, at 4:25 PM, Michelle Parfitt <MParfitt@ashcraftlaw.com> wrote:


[EXT. Sender]

Tom-

We intend a sur-reply of about 10-12 pages to address new arguments raised for the first time or made out of context by defendants in their reply brief to which Plaintiffs did not have an opportunity to respond to as not raised in defendant's opening brief.

As for your request for a sur-sur reply brief, we would consider your request once you receive our sur-reply brief.  In that our sur-reply brief is in response to what you have already raised, we do not necessarily believe there should be a need for a sur-sur reply brief but will entertain your request.

Thank you for your consideration .

Regards,

Michelle

Michelle A. Parfitt
Senior Partner

Ashcraft & Gerel, LLP
1825 K Street NW, Suite 700
Washington, DC 20006
Office: 202.783.6400
Mobile: 202.669.0032
Fax: 202.416.6392
mparfitt@ashcraftlaw.com<mailto:mparfitt@ashcraftlaw.com>

<image002.jpg>

On Jun 24, 2020, at 3:35 PM, Locke, Thomas T <TLocke@seyfarth.com<mailto:TLocke@seyfarth.com>> wrote:

Michelle

What are the issues?  What would the page length be?  Would PCPC get a sur-reply to the sur-reply?

Tom



Thomas T Locke | Partner | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-5376
tlocke@seyfarth.com<mailto:tlocke@seyfarth.com> | www.seyfarth.com<http://www.seyfarth.com>

[https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Signature.png]

_____
The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.
_____

On Jun 24, 2020, at 2:52 PM, Michelle Parfitt <MParfitt@ashcraftlaw.com<mailto:MParfitt@ashcraftlaw.com>> wrote:

[EXT. Sender]

Tom, Good afternoon. I hope your week is going well.

I am writing to request PCPC's consent to Plaintiffs' motion to file a Sur-Reply to PCPC's Reply in Support of its Motion for Summary Judgment.

Thanking you in advance.
Michelle


Michelle A. Parfitt
Senior Partner

Ashcraft & Gerel, LLP
1825 K Street NW, Suite 700
Washington, DC 20006
Office: 202.783.6400
Mobile: 202.669.0032
Fax: 202.416.6392
mparfitt@ashcraftlaw.com<mailto:mparfitt@ashcraftlaw.com><mailto:mparfitt@ashcraftlaw.com>


<image002.jpg>


CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, may contain confidential and privileged information, either as protected attorney work product or confidential client information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
<image002.jpg>

