# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

## CERTIFICATION OF P. LEIGH O'DELL, ESQ.

P. Leigh O'Dell, Esq., hereby certifies as follows:

1. I am an attorney at law and member of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. I was appointed as Plaintiffs' Co-Lead Counsel to represent all Plaintiffs in the above-captioned matter.

2. I submit this Certification based on personal knowledge in support of the Plaintiffs' Steering Committee's Motion to File A Surreply.

3. Attached hereto as Exhibit A is a true and correct copy of the Plaintiffs' Steering Committee's Surreply in Response in to Defendant Personal Care Product Council's Reply in Support of its Motion for Summary Judgment.

4. Attached hereto as Exhibit B is a true and correct copy of the email exchange between Michelle Parfitt and Thomas Locke.

5.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

*/s/ P. Leigh O'Dell*
P. Leigh O'Dell

Dated: June 30, 2020