UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases Filed Against Defendant Personal Care Products Council | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of the Plaintiffs Steering Committee's Motion for Leave to File a Surreply, and any opposition papers, it is hereby ORDERED that the motion is GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs will file their Surreply on the docket within 5 days of entry of this Order.

_____
FREDA L. WOLFSON, U.S.C.D.J.