## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>ANN M. WAGNER<br>AND JOHN WAGNER,<br><br>     Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br>     Defendants. | MDL No. 2738 (FLW) (LHG)<br><br><br><br><br><br><br><br>Civil Action No.: 3:20-cv-07720<br><br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 24th day of June 2020 on behalf of Ann M. Wagner and John Wagner.

Dated:  6/30/2020           Respectfully Submitted by,

                   */s/ W. Cameron Stephenson*
                  W. Cameron Stephenson
                  Florida Bar No.: 0051599
                  LEVIN PAPANTONIO THOMAS MITCHELL
                  RAFFERTY & PROCTOR, P.A.
                  316 South Baylen Street, Suite 600
                  Pensacola, FL 32502
                  Telephone: (850) 435-7186
                  Facsimile: (850) 436-6186
                  Email: cstephenson@levinlaw.com
                  ATTORNEY FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of June 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ W. Cameron Stephenson*