# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To All Cases | MDL Docket No. 2738 |

**THIS MATTER** having been brought before the Court by the defendants, and pursuant to Case Management Order No. 3 and the June 10, 2020 Order regarding unserved discovery pool cases;

**WHEREAS** the plaintiffs listed on the attached Exhibit A failed to comply with F.R.C.P. 4, and with Case Management Order No. 3 and with the Court's June 10, 2020 Order which required that they serve their complaints within fourteen days, that is, on or before June 24, 2020, and for good cause shown;

**IT IS** on this 30th day of June, 2020,

**ORDERED** that the cases listed on the attached Exhibit A are hereby dismissed with prejudice for failure to comply with the Federal Rules of Civil Procedure and this Court's Orders.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson,
U.S. Chief District Judge

IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 2738

# Exhibit A

| No. | Case Name | Case No. | Plaintiff Firm |
|---|---|---|---|
| 1. | Colangelo, Elizabeth E | 3:19-cv-19947 | Raipher PC |
| 2. | Hartsfield, Barbara | 3:17-cv-03928 | Morris Bart & Associates |
| 3. | Morello, Maria | 3:19-cv-14427 | RisCassi & Davis, P.C. |
| 4. | Senior, Karen | 3:20-cv-03024 | Morris Bart & Associates |
| 5. | Turner, Rhonda | 3:20-cv-03133 | Motley Rice, LLC |