UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON ) | MDL NO. 16-2738 (FLW) (LHG) |
| TALCUM POWDER PRODUCTS ) | JUDGE FREDA L. WOLFSON |
| MARKETING, SALES PRACTICES, ) | MAG. JUDGE LOIS H. GOODMAN |
| AND PRODUCTS LIABILITY ) | |
| LITIGATION ) | |
| ) | |
| This Document Relates to: ) | |
| Ruby Woods versus ) | |
| Johnson & Johnson, et. al. ) | |
| Civil Action Number 3:20-cv-07935 ) | |
| ) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury demand has been filed this date on behalf of Plaintiff, Ruby Woods.


SWEET & ASSOCIATES
158 E. PASCAGOULA DR
JACKSON, MISSISSIPPI  39201
TELEPHONE:     601-965-8700
FACSIMILE:      601-965-8719
E-MAIL:             dennis.sweet@sweetandassociates.net


/s/ Dennis C. Sweet III
Dennis C. Sweet III
Trial Counsel for Plaintiff, Ruby Woods
Mississippi Bar Roll Number 8105

1

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

June 30, 2020.

                /s/ Dennis C. Sweet, III
                Dennis C. Sweet, III