UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 |
| THIS DOCUMENT RELATES TO:<br><br>KEVIN BENEDICT v. JOHNSON & JOHNSON, ET AL.<br>3:18-cv-15557<br>CLAYTON CANTER v. JOHNSON & JOHNSON, ET AL.<br>3:18-cv-15560<br>LINDSEY MCKOOPER v. JOHNSON & JOHNSON, ET AL.<br>3:18-cv-15565<br>ANTHONY FINCH v. JOHNSON & JOHNSON, ET AL.<br>3:18-cv-15571<br>ERIN MILLER v. JOHNSON & JOHNSON, ET AL.<br>3:18-cv-15568<br>JOHN FOLIO v. JOHNSON & JOHNSON, ET AL.<br>3:18-cv-15593<br>GEORGE GILL v. JOHNSON & JOHNSON, ET AL.<br>3:18-cv-15594<br>PETER GRAY v. JOHNSON & JOHNSON, ET AL.<br>3:18-cv-15595<br>ALAN GREENBERG v. JOHNSON & JOHNSON, ET AL.<br>3:18-cv-15596<br>JON GREGORY v. JOHNSON & JOHNSON, ET AL.<br>3:18-cv-15597 | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

FELECIA HILL-PORTER v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15598
JOSEPH AVERY v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15679
JANET BRYANT v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15748
LAURA GAGLIANO v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15752
DEEANN JOHNSON v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15749
AWELDA PEREZ RAMIREZ v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15750
CHESTER RAVERT v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15751
RONALD RUGE v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15753
JOSEPH SHENTON v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15754
RONALD SIMS v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15755
GEORGE RICHARD STEVENS v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15756
JANET HOWARD v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15743
EARL JOHNSON v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15744
JERRY KING v. JOHNSON & JOHNSON,

ET AL.
3:18-cv-15745
VICTOR OWENS v. JOHNSON &
JOHNSON, ET AL.
3:18-cv-15747
CHUCK PROCTOR v. JOHNSON &
JOHNSON, ET AL.
3:18-cv-15746
TASHA MILLER v. JOHNSON &
JOHNSON, ET AL.
3:18-cv-15790
JOYCE MONTGOMERY v. JOHNSON &
JOHNSON, ET AL.
3:18-cv-15814
ROYACE DAVIS v. JOHNSON &
JOHNSON, ET AL.
3:18-cv-15774
JEAN MCLAT v. JOHNSON & JOHNSON,
ET AL.
3:18-cv-15784
PAUL WILLIAMS v. JOHNSON &
JOHNSON, ET AL.
3:18-cv-15776
DENISE HAMMOND v. JOHNSON &
JOHNSON, ET AL.
3:18-cv-15771
RONALD JENKINS v. JOHNSON &
JOHNSON, ET AL.
3:18-cv-15825
DEBORAH PITCHER v. JOHNSON &
JOHNSON, ET AL.
3:18-cv-15821
DONNA PRICE v. JOHNSON & JOHNSON,
ET AL.
3:18-cv-15822
IRENE RENES v. JOHNSON & JOHNSON,
ET AL.
3:18-cv-15824
AILEAN ROBBINS v. JOHNSON &
JOHNSON, ET AL.

3:18-cv-15826
ELIZABETH OBER v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15818
AMBER ROSS v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15863
MONINA SANTOS v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15870
LAURA SCOTT v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15889
PHYLLIS SELF v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15997
EDNA SHERWOOD v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15998
JUDITH SMITH v. JOHNSON & JOHNSON, ET AL.
3:18-cv-15999
JUDY TERWILLIGER v. JOHNSON & JOHNSON, ET AL.
3:18-cv-6000
MARIE TOVAR v. JOHNSON & JOHNSON, ET AL.
3:18-cv-16001
SHARON VASSER v. JOHNSON & JOHNSON, ET AL.
3:18-cv-16002
KAREN WATTS v. JOHNSON & JOHNSON, ET AL.
3:18-cv-16007
DEBRA WOOD v. JOHNSON & JOHNSON, ET AL.
3:18-cv-16008
ANDREA DEAN v. JOHNSON & JOHNSON, ET AL.
3:19-cv-00031

| |
|---|
| EVELISA RUFINO v. JOHNSON & JOHNSON, ET AL.<br>3:19-cv-00034<br>BRUNICE SEATS v. JOHNSON & JOHNSON, ET AL.<br>3:19-cv-00037<br>CAROLYN DANIEL v. JOHNSON & JOHNSON, ET AL.<br>3:19-cv-1421 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** David N. Bigelow, Esq. is no longer an attorney of Girardi and Keese, the law firm representing the above-referenced Plaintiffs in this matter. Please remove his appearance in this case. Keith Griffin, Esq. of Girardi and Keese remains counsel of record.

Dated: June 24, 2020

Respectfully Submitted:

/s/ David N. Bigelow
Girardi | Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record on this 24th Day of June, 2020.

/s/ David N. Bigelow
Girardi | Keese