**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Magdalena Trevino vs. Johnson & Johnson, et al*<br>Case No. 3:20-cv-08072 | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on  July 1, 2020 on behalf of Plaintiff, Magdalena Trevino.


 */s/   Anna Greenberg*
Anna Greenberg
Edward Blizzard
BLIZZARD LAW, P.L.L.C.
5020 Montrose Blvd., Suite 410
Houston, TX 77006
T:  (713) 844-3750
F:  (713) 844-3755
E:  agreenberg@blizzardlaw.com
E:  eblizzard@blizzardlaw.com

Attorneys for Plaintiff


Dated:  July 1, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.


  */s/   Anna Greenberg*
Anna Greenberg

BLIZZARD LAW, P.L.L.C.