**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE:  JOHNSON & JOHNSON | ) | **MDL NO. 16-2738 (FLW) (LHG)** |
| TALCUM POWDER PRODUCTS | ) | **JUDGE FREDA L. WOLFSON** |
| MARKETING, SALES PRACTICES, | ) | **MAG. JUDGE LOIS H. GOODMAN** |
| AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | |
| This Document Relates to: | ) | |
| Evelyn Hardy versus | ) | |
| Johnson & Johnson, et. al. | ) | |
| Civil Action Number 3:20-cv-08031 | ) | |
| | ) | |

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Amended Short Form Complaint and Jury demand has been

filed this date on behalf of Plaintiff, Evelyn Hardy.



SWEET & ASSOCIATES
158 E. PASCAGOULA DR
JACKSON, MISSISSIPPI  39201
TELEPHONE:       601-965-8700
FACSIMILE:        601-965-8719
E-MAIL:              dennis.sweet@sweetandassociates.net



/s/ Dennis C. Sweet III
Dennis C. Sweet III
Trial Counsel for Plaintiff, Evelyn Hardy
Mississippi Bar Roll Number: 8105

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

July 1, 2020.

/s/ Dennis C. Sweet, III
Dennis C. Sweet, III