# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------

IN RE: JOHNSON & JOHNSON :   Civil Action No. 3:16-md-2738-FLW-
TALCUM POWDER PRODUCTS :   LHG
MARKETING, SALES PRACTICES :
AND PRODUCTS LIABILITY :
LITIGATION :       MDL No. 2738
                        :
This document relates to: :   **CONSENT ORDER REGARDING**
                        :   **CONSOLIDATION OF DUPLICATE**
*Morello, Maria, Docket Nos. 3:19-cv-* :       **FILED COMPLAINTS**
*14427 and 3:19-cv-09268* :

---------------------------------------------------

**THIS MATTER** having been brought before the Court by the parties to address the issue of duplicate complaints in this MDL litigation filed by RisCassi & Davis, P.C. on behalf of Plaintiff Maria Morello, Docket Nos. 3:19-cv-14427 and 3:19-cv-09268; and with the consent of the Defendants;

**IT IS ORDERED** that the Complaints filed by RisCassi & Davis, P.C. on behalf of Plaintiff Maria Morello, Docket Nos. 3:19-cv-14427 and 3:19-cv-09268, are hereby consolidated under Docket No. 3:19-cv-14427;

**IT IS FURTHER ORDERED** that consolidation of the two complaints pursuant to this Order shall in no way affect or limit Defendants' affirmative defenses, including but not limited to laches and statute of limitations.

DATED: July 2, 2020                    /s/ Freda L. Wolfson
                                        Hon. Freda L. Wolfson,
                                        U.S. Chief District Judge