UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Yolanda Stewart,<br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.,<br>　　　　　　　　　　Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:20-cv-6167<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 5/20/2020 on behalf of Yolanda Stewart.

Dated: 7/6/2020

　　　　　　　　　　　　　　　　　　　　　　THE DRISCOLL FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　　　BY: /s/ PAUL W. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　 PAUL W. JOHNSON (#34554)
　　　　　　　　　　　　　　　　　　　　　　JOHN J. DRISCOLL (#6276464)
　　　　　　　　　　　　　　　　　　　　　　211 North Broadway, Suite 4050
　　　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63102
　　　　　　　　　　　　　　　　　　　　　　Telephone No. (314) 932-3232
　　　　　　　　　　　　　　　　　　　　　　Fax No. (314) 932-3233
　　　　　　　　　　　　　　　　　　　　　　John@thedriscollfirm.com
　　　　　　　　　　　　　　　　　　　　　　***Counsel for Plaintiff***