UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Cheryl Jensen,<br>                      Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.,<br>                      Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:20-cv-06231<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 5/21/2020 on behalf of Cheryl Jensen.

Dated: 7/6/2020

                                                THE DRISCOLL FIRM, P.C.

                                                BY:  /s/ PAUL W. JOHNSON
                                                  PAUL W. JOHNSON (#34554)
                                                JOHN J. DRISCOLL (#6276464)
                                                211 North Broadway, Suite 4050
                                                St. Louis, Missouri 63102
                                                Telephone No. (314) 932-3232
                                                Fax No. (314) 932-3233
                                                John@thedriscollfirm.com
                                                ***Counsel for Plaintiff***