UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Maggie Peace,<br>                        Plaintiff,<br>v.<br>Johnson & Johnson, et al.,<br>                        Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:20-cv-06412<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 5/27/2020 on behalf of Maggie Peace.

Dated: 7/6/2020

                                                        THE DRISCOLL FIRM, P.C.

                                                        BY: /s/ PAUL W. JOHNSON
                                                        PAUL W. JOHNSON (#34554)
                                                        JOHN J. DRISCOLL (#6276464)
                                                        211 North Broadway, Suite 4050
                                                        St. Louis, Missouri 63102
                                                        Telephone No. (314) 932-3232
                                                        Fax No. (314) 932-3233
                                                        John@thedriscollfirm.com
                                                        ***Counsel for Plaintiff***