UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> Sandra L. Harris, <br>                    Plaintiff, <br> v. <br> Johnson & Johnson, et al., <br>                    Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:20-cv-06535 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 5/29/2020 on behalf of Sandra L. Harris.

Dated: 7/6/2020

THE DRISCOLL FIRM, P.C.

BY: /s/ PAUL W. JOHNSON
 PAUL W. JOHNSON (#34554)
JOHN J. DRISCOLL (#6276464)
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
John@thedriscollfirm.com
***Counsel for Plaintiff***