## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| Lillie Johnson _____, | COMPLAINT AND JURY DEMAND |
| Plaintiff, | Civil Action No.: 3:20-cv-07615_____ |
| v. | DIRECT FILED ACTION |
| Johnson & Johnson, et al. _____, | |
| Defendants. | |

### NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 6/22/2020 _____ on behalf of Lillie Johnson _____.

Dated: 7/6/2020 _____

THE DRISCOLL FIRM, P.C.

BY: /s/ PAUL W. JOHNSON
 PAUL W. JOHNSON (#34554)
 JOHN J. DRISCOLL (#6276464)
 211 North Broadway, Suite 4050
 St. Louis, Missouri 63102
 Telephone No. (314) 932-3232
 Fax No. (314) 932-3233
 John@thedriscollfirm.com
 *Counsel for Plaintiff*