UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> Kathryn Wood, <br><br>                                   Plaintiff, <br> v. <br><br> Johnson & Johnson, et al., <br><br>                                   Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:20-cv-7626 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 6/22/2020 on behalf of Kathryn Wood.

Dated: 7/6/2020

                                               THE DRISCOLL FIRM, P.C.

                                               BY: /s/ PAUL W. JOHNSON
                                               PAUL W. JOHNSON (#34554)
                                              JOHN J. DRISCOLL (#6276464)
                                              211 North Broadway, Suite 4050
                                              St. Louis, Missouri 63102
                                              Telephone No. (314) 932-3232
                                              Fax No. (314) 932-3233
                                              John@thedriscollfirm.com
                                              ***Counsel for Plaintiff***