## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>*ALMA BROWDER v. JOHNSON & JOHNSON, et al.* | Civil Action No. 3:18-cv-03102-FLW-LHG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Plaintiff

ALMA BROWDER in the above-captioned matter. A request is hereby made that all notices given

or required to be given in this case and all pleadings and other papers filed in this matter be served

upon this counsel.

DATED: July 8, 2020                    Respectfully Submitted,


By:  /s/ Melanie Meneses Palmer
         Melanie Meneses Palmer
         California State Bar No. 286752
         **KIESEL LAW LLP**
         8648 Wilshire Boulevard
         Beverly Hills, CA  90211
         Tel.: (310) 854-4444
         Fax: (310) 854-0812
         palmer@kiesel.law

         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Melanie Meneses Palmer
Melanie Meneses Palmer
California Bar No. 286752
palmer@kiesel.law