UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION | Case No. 3:20-cv-08247 (FLW) (LHG) <br><br> MDL NO. 16-2738 (FLW) (LHG) |

**This document relates to:**
*Judie Kochwelp v. Johnson & Johnson, et al.*, Case No. 3:20-cv-08247

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 6, 2020 on behalf of Plaintiff Judie Kochwelp.

Date: July 8, 2020

Respectfully submitted by,

**PAUL LLP**

/s/*Ashlea Schwarz*
Richard M. Paul III (MO Bar #44233)
Ashlea Schwarz (MO Bar #60102)
Laura C. Fellows (MO Bar #65896)
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com
Laura@PaulLLP.com
**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF FILING was filed through the Court's CM/ECF filing system on July 8, 2020, which sends notification of filing to all counsel of record.

*/s/Ashlea Schwarz*
