## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS            Case No: 3:20-cv-08506FLW) (LHG)
MARKETING, SALES PRACTICES        MDL No. 2738 (FLW) (LHG)
AND PRODUCTS LIABILITY
LITIGATION

This document relates to:
GAIL GOTTLIEB
Case No: 3:20-cv-08506 (FLW)(LHG)

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on July 8, 2020 on

behalf of Plaintiff, captioned above.

Dated:  July 8, 2020                    Respectfully submitted,

                                        _____/s/ Grant L. Davis_____
                                        Grant L. Davis
                                        DAVIS, BETHUNE & JONES, LLC
                                        1100 Main Street, Suite 2930
                                        Kansas City, MO  64105
                                        (816) 421-1600
                                        (816) 472-5972 Fax
                                        gdavis@dbjlaw.net
                                        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2020, a copy of the foregoing NOTICE OF FILING was

filed electronically.  Notice of this filing will be sent by operations of this Court's electronic

filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing

through the Court's system.

*/s/ Grant L. Davis*

Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***
