## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ROSALINDA MARTINEZ<br><br>                    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>                    Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-08415<br><br>DIRECT FILED ACTION |

## **NOTICE OF FILING**

      Notice is hereby given pursuant to the court's Case Management Order's that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on July 7, 2020 on behalf of Plaintiff Rosalinda Martinez.

Dated: July 9, 2020                          Respectfully Submitted,

                                              By:   */s/ T. Christopher Pinedo*
                                                     T. Christopher Pinedo
                                                     HILLIARD MARTINEZ GONZALES, LLP
                                                     719 South Shoreline Boulevard
                                                     Corpus Christi, Texas 78374
                                                     Phone: 361.882.1612
                                                     Fax: 361.882.3015
                                                     cpinedo@hmglawfirm.com

                                                     Attorneys for Plaintiff Rosalinda Martinez

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*