## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>*ALMA BROWDER v. JOHNSON & JOHNSON, et al.* | Civil Action No. 3:18-cv-03102-FLW-LHG |

### NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff, ALMA BROWDER, and hereby notifies the Court and the parties of the death of Plaintiff, ALMA BROWDER, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as **Exhibit 1**. Counsel also respectfully informs this Court that a Motion for Substitution of Plaintiff and for Leave to File Amendment of Complaint to Assert Survival and Wrongful Death Claims will be filed by John Edward Bratton, who is the son and personal representative of the estate of the now deceased ALMA BROWDER.

DATED: July 9, 2020

Respectfully Submitted,

By: /s/ Melanie Meneses Palmer
Melanie Meneses Palmer (CA # 286752)
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
palmer@kiesel.law

2

>   Haytham Faraj (CA # 291416)
>   (ARDC # 6286135)
>   **LAW OFFICES OF HAYTHAM FARAJ**
>   1935 W. Belmont Ave.
>   Chicago, IL 60657
>   (312) 635-0800
>   haytham@farajlaw.com
>
>   Tigran Martinian (CA # 247638)
>   Arash H. Zabetian (CA # 291403)
>   **MARTINIAN & ASSOCIATES, INC.**
>   2801 Cahuenga Blvd. West
>   Los Angeles, CA 90068
>   (323) 850-1900
>   tm@martinianlaw.com
>   arash@zabetianlaw.com
>
>   *Counsel For Plaintiff*