# EXHIBIT 1

Primary Reg. Dist. No. 5701
Registrar's No. 5700-2019001814
Ohio Department of Health - Vital Statistics
**CERTIFICATE OF DEATH**
State File No. 2019031995

| # | Field | Value |
|---|---|---|
| 1 | Decedent's Legal Name | ALMA DIANNE BROWDER |
| 2 | Sex | FEMALE |
| 3 | Date of Death | MARCH 28, 2019 |
| 4 | Social Security Number | 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 |
| 5a | Age (Years) | 70 |
| 6 | Date of Birth | FEBRUARY 25, 1949 |
| 7 | Birthplace | DAYTON, OHIO |
| 8a | Residence State | OHIO |
| 8b | County | MONTGOMERY |
| 8c | City or Town | RIVERSIDE |
| 8d | Street Address and Zip Code | 5149 OLENTANGY DRIVE 45431 |
| 9 | Ever in US Armed Forces? | NO |
| 10 | Marital Status at Time of Death | WIDOWED (AND NOT REMARRIED) |
| 12 | Decedent's Education | HIGH SCHOOL GRADUATE OR GED |
| 13 | Decedent of Hispanic Origin | NO |
| 14 | Decedent's Race | WHITE |
| 15 | Father's Name | HOWARD CRAIG |
| 16 | Mother's Name (prior to first marriage) | MARTHA M JONES |
| 17a | Informant's Name | JOHN EDWARD BRATTON |
| 17b | Relationship to Decedent | SON |
| 17c | Mailing Address | 719 CRESTMONT DRIVE, RIVERSIDE, OHIO 45431 |
| 18a | Place of Death | NONHOSPITAL - HOSPICE FACILITY |
| 18b | Facility Name | HOSPICE OF DAYTON INC |
| 18c | City or Town, State and Zip Code | DAYTON, OH 45420 |
| 18d | County of Death | MONTGOMERY |
| 19 | Funeral Service Licensee or Other Agent | ANDREW L VANDERHORST |
| 20 | License Number | 007186 |
| 21 | Name and Complete Address of Funeral Facility | TOBIAS FH, 3970 DAYTON XENIA RD, BEAVERCREEK, OH 45432 |
| 22 | Method and Place of Disposition | CREMATION - TOBIAS CREMATORY, BEAVERCREEK, OH |
| 23 | Local Registrar | KRISTIE HUNTER-CONLEY |
| 24 | Date Filed | APRIL 02, 2019 |
| 26a | Certifier | [X] Certifying Physician |
| 26b | Time of Death | 0027 |
| 26c | Date Pronounced Dead | MARCH 28, 2019 |
| 26d | Was Case Referred to Medical Examiner or Coroner? | NO |
| 26e | Certifier Name and Title | WENDY GAY SCHMITZ, MD |
| 25f | License number | 35.069185 |
| 26g | Date Signed | APRIL 02, 2019 |
| 27 | Name and Address of Person who Completed Cause of Death | WENDY GAY SCHMITZ, 324 WILMINGTON AVE, DAYTON, OH 45420 |
| 28 Part I a | Immediate Cause | METASTATIC OVARIAN CANCER — Approximate Interval: YEARS |
| 29a | Was An Autopsy Performed? | NO |
| 29b | Were Autopsy Findings Available Prior To Completion Of Cause of Death? | NOT APPLICABLE |
| 30 | Did Tobacco Use Contribute to Death? | NO |
| 31 | If Female, Pregnancy Status | NOT APPLICABLE |
| 32 | Manner of Death | NATURAL |

HEA 2724 Rev. 08/18

KRISTIE L. HUNTER-CONLEY
LOCAL REGISTRAR

APR 04 2019

*[signature: Kristie Hunter-Conley]*

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH
REV. 7/2015
VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW