## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, a copy of the foregoing NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ Melanie Meneses Palmer
Melanie Meneses Palmer
California State Bar No. 286752
palmer@kiesel.law