# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| **PATRICIA A. HODGES on Behalf of REGINA LEE GRIER, Deceased,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **JOHNSON & JOHNSON,** <br> **JOHNSON & JOHNSON CONSUMER, INC.,** <br> **IMERYS TALC AMERICA, INC.** <br> **PERSONAL CARE PRODUCTS COUNCIL.** <br><br> **Defendants.** | Case No.: 3:20-cv-03801-FLW-LHG <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 8, 2020, on behalf of Plaintiff, Patricia A. Hodges.

Date:  July 10, 2020

Respectfully Submitted,

*/s/ Eric D. Holland*
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@hollandtriallawyers.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

> */s/ Eric D. Holland*
> Eric D. Holland – MO Bar #: 39935
> Holland Law Firm, LLC
> 300 N. Tucker Blvd., Suite 801
> St. Louis, MO 63101
> Tel: 314-241-8111
> Fax: 314-241-5554
> Email: eholland@allfela.com