# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| **JULIA WAITS and HARVEY WAITS,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL.** <br><br> **Defendants.** | Case No.: 3:20-cv-05589-FLW-LHG <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

   Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 6, 2020, on behalf of Plaintiffs, Julia Waits and Harvey Waits.

Date:  July 10, 2020               Respectfully Submitted,

                                   */s/ Eric D. Holland*
                                   Eric D. Holland – MO Bar #: 39935
                                   Holland Law Firm, LLC
                                   300 N. Tucker Blvd., Suite 801
                                   St. Louis, MO 63101
                                   Tel: 314-241-8111
                                   Fax: 314-241-5554
                                   Email: eholland@hollandtriallawyers.com

                                   *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Eric D. Holland
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com