**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| **CLAUDINE WHITE on Behalf of GRACE D. HALEY, Deceased** <br><br> **Plaintiffs,** <br><br> v. <br><br> **JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL.** <br><br> **Defendants.** | Case No.: 3:20-cv-05880-FLW-LHG <br><br> DIRECT FILED ACTION |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 14, 2020, on behalf of Plaintiff, Claudine White.

| | |
|---|---|
| Date: July 10, 2020 | Respectfully Submitted, <br><br> */s/ Eric D. Holland* <br> Eric D. Holland – MO Bar #: 39935 <br> Holland Law Firm, LLC <br> 300 N. Tucker Blvd., Suite 801 <br> St. Louis, MO 63101 <br> Tel: 314-241-8111 <br> Fax: 314-241-5554 <br> Email: eholland@hollandtriallawyers.com <br><br> *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>  */s/ Eric D. Holland*
>  Eric D. Holland – MO Bar #: 39935
>  Holland Law Firm, LLC
>  300 N. Tucker Blvd., Suite 801
>  St. Louis, MO 63101
>  Tel: 314-241-8111
>  Fax: 314-241-5554
>  Email: eholland@allfela.com