UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 3:20-cv-08653 (FLW) (LHG) MDL No. 2738 (FLW) (LHG) |

**This document relates to:**
**MAGGIE PEACE**
Case No: 3:20-cv-08653 (FLW)(LHG)

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 10, 2020 on behalf of Plaintiff, captioned above.

Dated:  July 10, 2020                     Respectfully submitted,

                                          */s/ Grant L. Davis*
                                          Grant L. Davis
                                          DAVIS, BETHUNE & JONES, LLC
                                          1100 Main Street, Suite 2930
                                          Kansas City, MO  64105
                                          (816) 421-1600
                                          (816) 472-5972 Fax
                                          gdavis@dbjlaw.net
                                          ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                    */s/ Grant L. Davis*
Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***