UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: Allan Koman, Individually and on behalf of the estate of Annette Koman<br>3:20-CV-08586 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on July 10, 2020 on behalf of Plaintiffs Allan Koman, Individually and on behalf of the estate of Annette Koman.

Dated: July 13, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: July 13, 2020                                        /s/ Michael Akselrud
                                                                    Michael Akselrud
                                                                    The Lanier Law Firm, PC
                                                                    21550 Oxnard St., 3rd Fl
                                                                    Woodland Hills, CA 91367
                                                                    (310) 277-5100
                                                                    Counsel for Plaintiff(s)