UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| LISA HITTLER, et al., | ) IN RE JOHNSON & JOHNSON "BABY" |
| | ) POWDER" and "SHOWER TO SHOWER" |
| Plaintiffs, | ) MARKETING, SALES PRACTICES AND |
| | ) PRODUCTS LIABILITY LITIGATION |
| v. | ) |
| | ) MDL Docket Number 16-2738 |
| JOHNSON & JOHNSON, et al. | ) Case Number District of New Jersey: |
| | ) 3:18-cv-17106-FLW-LHG |
| Defendants. | ) |
| | ) Transferred from Eastern District of MO |
| | ) Case Number: 4:18-cv-01474-SPM |

## MOTION TO REOPEN CASE FOR PURPOSES OF FILING MOTION FOR RECONSIDERATION PURSUANT RULE 7.1

COME NOW Plaintiffs in the matter styled *Lisa Hittler, et al. v. Johnson & Johnson, et al.*, Cause No. 3:18-cv-17106-FLW-LHG, and hereby move the Court for an Order reopening this file that was closed on June 29, 2020, so that Plaintiffs may file their Motion for Reconsideration or, in the Alternative, Clarification of the Court's Order of June 29, 2020, Pursuant Rule 7.1, in the form of attached Exhibit A.

               THE ONDER LAW FIRM

            By  */s/ W. Wylie Blair*
               James G. Onder #38049MO
               W. Wylie Blair #58196MO
               110 E. Lockwood, 2nd Floor
               St. Louis, MO 63119
               314/963-9000 telephone
               314/963-1700 facsimile
               onder@onderlaw.com
               blair@onderlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July a copy of the foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.

/s/ W. Wylie Blair