UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| SHERRON GAVIN, Individually and On Behalf of All Distributees of the Estate of Rosalyn Gavin, Deceased, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>    Defendants. | ) IN RE JOHNSON & JOHNSON "BABY" POWDER" and "SHOWER TO SHOWER"<br>)<br>) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br>)<br>) MDL Docket Number 16-2738<br>) Case Number District of New Jersey:<br>) 3:18-cv-10319-FLW-LHG<br>)<br>) Transferred from Eastern District of MO<br>) Case Number: 4:18-cv-00212 |

## MOTION TO REOPEN CASE FOR PURPOSES OF FILING MOTION FOR RECONSIDERATION PURSUANT RULE 7.1

COME NOW Plaintiffs in the matter styled *Sherron Gavin, Individually and on behalf of all Distributees of the Estate of Rosalyn Gavin, Deceased, et al. v. Johnson & Johnson, et al.*, Cause No. 3:18-cv-10319-FLW-LHG, and hereby move the Court for an Order reopening this file that was closed on June 29, 2020, so that Plaintiffs may file their Motion for Reconsideration or, in the Alternative, Clarification of the Court's Order of June 29, 2020, Pursuant Rule 7.1, in the form of attached Exhibit A.

1

THE ONDER LAW FIRM

By    */s/ W. Wylie Blair*
James G. Onder #38049MO
W. Wylie Blair #58196MO
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314/963-9000 telephone
314/963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July a copy of the foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.

                                                    */s/ W. Wylie Blair*