**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** **JUDGE FREDA L. WOLFSON** **MAG. JUDGE LOIS H. GOODMAN** |
| **THIS DOCUMENT RELATES TO:** | |
| *JAMES D. SANDBORN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARY E. SANDBORN, DECEASED, v. JOHNSON & JOHNSON, ET AL.* | |
| Case No.: 3:20-cv-8922 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, James D. Sandborn, Individually and as Personal Representative of the Estate of Mary E. Sandborn, Deceased.


Dated:  July 14, 2020          Respectfully submitted,

                              **DALIMONTE RUEB LLP**

                              By: */s/ Jennifer L. Orendi*
                              Jennifer L. Orendi (DC #489615)
                              John A. Dalimonte (MA #554554)
                              Gregory D. Rueb (CA #154589)
                              1250 Connecticut Avenue NW, Suite 200
                              Washington, DC 20036
                              202-538-2790 (Tel)
                              202-261-3508 (Fax)
                              jorendi@drlawllp.com
                              john@drlawllp.com
                              greg@drlawllp.com

                              ATTORNEYS FOR PLAINTIFF