# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to: MICHAEL NUNLEY AS THE PROPOSED REPRESENTATIVE OF THE ESTATE OF JULIA A. NUNLEY 3:20-cv-8948 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on July 15, 2020 on behalf of Michael Nunley as the Proposed Representative of the Estate of Julia A. Nunley.

Dated: July 15, 2020              Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  July 15, 2020

                                          */s/ Christopher R. LoPalo*
                                          Christopher R. LoPalo, Esq.
                                          400 Broadhollow Rd., Suite 305
                                          Melville, NY 11747
                                          Telephone: (212) 397-1000
                                          Facsimile: (646) 927-1676
                                          CLoPalo@NapoliLaw.com

                                          *Attorneys for Plaintiff*