# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION | : <br> : <br> : MDL No. 2738 <br> : <br> : |
| This document relates to: | : <br> : |
| William Doub, Individually and as Personal Representative of the Estate of Anne Long Doub v. Johnson & Johnson, et al., *Case No. 3:20-cv-08990* | : <br> : <br> : |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-captioned action on July 16, 2020 on behalf of Plaintiff William Doub.

Dated: July 16, 2020                                      Respectfully Submitted,

/s/ Kevin M. Fitzgerald, Esq.
Fitzgerald Law Group, LLC
ME Bar No. 009373
120 Exchange Street, Suite 200
Portland, ME 04101
T: (207) 874-7407
F: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Counsel for Plaintiff William Doub,*
*Individually and as Personal Representative*
*of the Estate of Anne Long Doub*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on July 16, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants.

Dated: July 16, 2020           /s/ Kevin M. Fitzgerald, Esq.
                  Fitzgerald Law Group, LLC
                  ME Bar No. 009373
                  120 Exchange Street, Suite 200
                  Portland, ME 04101
                  T: (207) 874-7407
                  F: (207) 850-2120
                  Email: kfitzgerald@fitz-lawgroup.com

                  *Counsel for Plaintiff William Doub, Individually*
                  *and as Personal Representative of the Estate of*
                  *Anne Long Doub*