US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHERINE RAE FAIRBROTHER | 3;16-MD02738 |
| Plaintiff | |
| -vs- | RECEIVED |
| | JUL 1 6 2020 |
| JOHNSON AND JOHNSON | AT 8:30_____ M<br>WILLIAM T. WALSH<br>CLERK |
| Defendant | |

## **AFFIDAVIT**

I, ANGELA FAIRBROTHER, of PORTLAND, in MULTNOMAH, Oregon, MAKE OATH AND SAY THAT:

1. I AM THE BIOLOGICAL DAUGHTER OF CATHERINE RAE FAIRBROTHER.

2. CATHERINE RAE FAIRBROTHER PASSED AWAY ON OCTOBER 20, 2016 AND WAS NOT MARRIED AT THE TIME OF DEATH.

3. CATHERINE RAE FAIRBROTHER DID NOT HAVE A WILL AT TIME OF DEATH.

4. I ANGELA FAIRBROTHER AM A LEGAL HEIR TO CATHERINE RAE FAIRBROTHERS ESTATE.

5. CATHERINE RAE FAIRBROTHER DID NOT OWE ANY OUTSTANDING DEBTS AT TIME OF DEATH.

6. ATTACHED IS EXHIBIT, "A" COPY OF MY BIRTH CERTIFICATE FROM THE STATE OF WASHINGTON

7. ATTACHED IS EXHIBIT "B" COPY OF CATHERINE RAE FAIRBROTHER'S DEATH CERTIFICATE

STATE OF OREGON

COUNTY OF MULTNOMAH

SUBSCRIBED AND SWORN TO BEFORE ME, on the ~~10th~~ 13th day of February, 2020

(Signature)

ANGELA FAIRBROTHER

Signature

(Seal)

NOTARY PUBLIC Thomas Mathew Nelson

My Commission expires:

09/12/2020

OFFICIAL STAMP
THOMAS MATHEW NELSON
NOTARY PUBLIC - OREGON
COMMISSION NO. 954494
MY COMMISSION EXPIRES SEPTEMBER 12, 2020

FICIAL STAMP
MATHEW NELSON
PUBLIC - OREGON
ISSION NO. 954494
ES SEPTEMBER 12, 2020

PORTLAND OR 972

13 JUL 2020 PM 5 L

Angela Fairbrother
2833 SE 145th Ave
Portland OR 97336

New Jersey Court
402 E State St.
Trenton NJ
08608

08608-150799