# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>PENNY M. BISHOP,<br><br>      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No: 3:20-cv-01264<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on July 10, 2020 on behalf of Penny M. Bishop.

Dated:  July 13, 2020        Respectfully submitted:

                   /s/ Michael Goetz

                   _____
                   MICHAEL GOETZ, ESQUIRE
                   Florida Bar No. 963984
                   Morgan & Morgan
                   Complex Litigation Group
                   One Tampa City Center, 7th Floor
                   201 N. Franklin Street
                   Tampa, Florida 33602
                   Telephone (813) 223-5505
                   Facsimile (813) 223-5402
                   E-Mail:  MGoetz@forthepeople.com
                   Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system July 13, 2020.

                                           /s/ Michael Goetz  
                                           Attorney for Plaintiff