UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| | COMPLAINT AND JURY DEMAND |
| THIS DOCUMENT RELATES TO: KATHLEEN PROTOKOWICZ | Civil Action No.:   3:20-cv-8999 |
| | DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Firm Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kathleen Protokowicz.

This 17th day of July, 2020.

                                                  Respectfully Submitted by,

                                                  _____/s/_____
                                                  Jeffrey S. Quinn
                                                  Ryan S. Perlin
                                                  Bekman, Marder, & Adkins, LLC
                                                  300 West Pratt Street, Suite 450
                                                  Baltimore, Maryland 21201
                                                  quinn@bmalawfirm.com
                                                  410-539-6633

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2020, this Notice of Filing was filed and electronically served by way of the Court's electronic filing system. This Notice of Filing was further served with a copy of the Summons and Short Form Complaint by email, as instructed by the Beasley Allen Law Firm email dated March 26, 2020 concerning temporary change of service due to COVID-19, to:

>Serviceofprocess@its.jnj.com
>Law Department
>Johnson & Johnson
>One Johnson & Johnson Plaza
>New Brunswick, New Jersey 08933

>Serviceofprocess@its.jnj.com
>Law Department
>Johnson & Johnson Consumer, Inc.
>One Johnson & Johnson Plaza
>New Brunswick, New Jersey 08933

and by email to:

>MDLImerysComplaints@gordonrees.com

>talccomplaints@coughlinduffy.com

>Thomas T. Locke at tlocke@seyfarth.com

>Sheryl L. Axelrod at saxelrod@theaxelrodfirm.com

>_____/s/_____
>Jeffrey S. Quinn
>Ryan S. Perlin
>Bekman, Marder, & Adkins, LLC
>300 West Pratt Street, Suite 450
>Baltimore, Maryland 21201
>quinn@bmalawfirm.com
>410-539-6633