**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>Anna and William Ballard,<br>Plaintiffs,<br><br>v.<br><br>Johnson & Johnson, et al.,<br>Defendants. | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOFLSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Case No.: 3:20-cv-09004<br><br>DIRECT FILED ACTION |

**CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to Johnson & Johnson's protocol for service amid the COVID-19 pandemic, Plaintiff has this date served the Complaint in the above entitled action via certified mail pursuant to Case Management Order #3 upon:

Law Department
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Law Department
Johnson & Johnson Consumer, Inc., f/k/a Johnson & Johnson Consumer Companies, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

And by sending the same via email at serviceofprocess@its.jnj.com.

Dated:  July 21, 2020

/s/C. Edward Amos, II
Scott S. Segal, Esq. (WV Bar# 4717)
Jason P. Foster, Esq. (WV Bar# 10593)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301

(304) 344-9100
(304) 344-9105 (fax)
Emails:  scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com