BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Debra Shall*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Debra Shall v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-09209 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 21, 2020 on behalf of Plaintiff Debra Shall.

                                                                              */s/ Brittany S. Scott*
                                                                              Brittany S. Scott
                                                                              BEASLEY ALLEN CROW METHVIN
                                                                              PORTIS & MILES, P.C.
                                                                              218 Commerce Street
                                                                              Montgomery, Alabama 36104
                                                                              (800) 898-2034 Telephone
                                                                              (334) 954-7555 Facsimile
                                                                              Brittany.Scott@BeasleyAllen.com

                                                                              Attorneys for Plaintiff Debra Shall

Dated: July 21, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                    */s/ **Brittany S. Scott***
                                    Brittany S. Scott

                                    BEASLEY ALLEN CROW METHVIN
                                    PORTIS & MILES, P.C.