# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCMENT RELATES TO:**<br><br>Stanley R. Greene, as Administrator to the Estate of Carol S. Greene, and Stanley R. Greene, Individually v. Johnson and Johnson Company, et. al. | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:20-CV-9260 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 15, 2017 on behalf of Stanley R. Greene, As Administrator to the Estate of Carol S. Greene and Stanley R. Greene, Individually.

Dated: July 22, 2020

                                          Respectfully submitted by,

                                          **ANAPOL WEISS**

                                          */s/ Gregory S. Spizer, Esq.*
                                          Gregory S. Spizer, Esquire
                                          Counsel for Plaintiff
                                          One Logan Square
                                          130 N. 18th Street; Ste. 1600
                                          Philadelphia, PA 19103
                                          Telephone 215-735-1130
                                          Facsimile: 215-875-7722
                                          E-mail: gspizer@anapolweiss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ Gregory S. Spizer, Esq.*
Gregory S. Spizer, Esquire
ANAPOL WEISS
One Logan Square
130 N. 18th Street; Ste. 1600
Philadelphia, PA 19103
Telephone 215-735-1130
Facsimile: 215-875-7722
E-mail: Gspizer@anapolweiss.com