# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCMENT RELATES TO:**<br><br>Colin Richard Bellantis, As Executor to the Estate of Catherine Bellantis v. Johnson and Johnson Company, et. al. | **MDL DOCKET NO. 2738 (FLW) (LHG)**<br><br>**JUDGE FREDA L. WOLFSON**<br><br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:20-cv-09238 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 15, 2017 on behalf of Colin Richard Bellantis, As Executor to the Estate of Catherine Bellantis.

Dated: July 22, 2020

Respectfully submitted by,

**ANAPOL WEISS**

*/s/ Gregory S. Spizer, Esq.*
Gregory S. Spizer, Esquire
Counsel for Plaintiff
One Logan Square
130 N. 18th Street; Ste. 1600
Philadelphia, PA 19103
Telephone 215-735-1130
Facsimile: 215-875-7722
E-mail: gspizer@anapolweiss.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

 

*/s/ Gregory S. Spizer, Esq.*
Gregory S. Spizer, Esquire
ANAPOL WEISS
One Logan Square
130 N. 18th Street; Ste. 1600
Philadelphia, PA 19103
Telephone 215-735-1130
Facsimile: 215-875-7722
E-mail: Gspizer@anapolweiss.com