UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:** *LYNDA MAUPIN AND GLENN R. MAUPIN v. JOHNSON & JOHNSON, ET AL.* Case No.: 3:20-cv-9302 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Lynda Maupin and Glenn R. Maupin.

Dated: July 22, 2020

Respectfully submitted,

**DALIMONTE RUEB LLP**

By: */s/ Jennifer L. Orendi*
Jennifer L. Orendi (DC #489615)
John A. Dalimonte (MA #554554)
Gregory D. Rueb (CA #154589)
1250 Connecticut Avenue NW, Suite 200
Washington, DC 20036
202-538-2790 (Tel)
202-261-3508 (Fax)
jorendi@drlawllp.com
john@drlawllp.com
greg@drlawllp.com

ATTORNEYS FOR PLAINTIFF