UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| LYDIA HUDSON-GIVENS and MARVIN GIVENS<br><br>Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL.<br><br>Defendants. | Case No:    3:20-cv-09017- FLW-LHG<br>DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 16, 2020, on behalf of Plaintiff, Lydia Hudson-Givens and Marvin Givens.

Dated:  July 23, 2020

Respectfully submitted,

/s/Burt Terry Dunken
Burt Terry Dunken – TX Bar No. 06231400
The Dunken Law Firm
3 Sugar Creek Center Boulevard
Suite 550
Sugar Land, Texas 77478
713.554.6780
tdunken@dunkenlaw.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on July 23, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/Burt Terry Dunken
Burt Terry Dunken – TX Bar No. 06231400
The Dunken Law Firm
3 Sugar Creek Center Boulevard
Suite 550
Sugar Land, Texas 77478
713.554.6780
tdunken@dunkenlaw.com
Attorney for Plaintiffs