# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Weiner v. Johnson & Johnson, et al. Docket Number: 3:20-cv-09393 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Judith Weiner.

DATED: July 24, 2020

                                      Respectfully submitted,

                                      BY:   */s/ Edward Ruffo*
                                      Edward Ruffo
                                      Rheingold Giuffra Ruffo & Plotkin, LLP
                                      551 5th Ave, 29th Floor
                                      New York, NY 10176
                                      Office: (212) 684-1880
                                      Facsimile: (212) 689-8156
                                      eruffo@rheingoldlaw.com
                                      NJ Attorney ID: 017131992
                                      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

> BY: */s/ Edward Ruffo*
> Edward Ruffo
> Rheingold Giuffra Ruffo & Plotkin, LLP
> 551 5th Ave, 29th Floor
> New York, NY 10176
> Office: (212) 684-1880
> Facsimile: (212) 689-8156
> eruffo@rheingoldlaw.com
> NJ Attorney ID: 017131992
> Attorneys for Plaintiff