UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| ANDREA NICOLE HAYES, Individually and as Personal Representative of the Estate of Bessie Mae Hayes, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., AND IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC.<br><br>Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No.  20-cv-09077<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on July 17, 2020 on behalf of Andrea Nicole Hayes, Individually and as Personal Representative of the Estate of Bessie Mae Hayes, Deceased.

Dated: July 29, 2020

Respectfully submitted,

GOLDENBERG HELLER &
ANTOGNOLI, P.C.


By: */s/ Thomas J. Lech*
      Thomas J. Lech
      2227 South State Route 157
      Edwardsville, IL  62025
      Telephone:  (618) 656-5150
      Facsimile:  (618) 656-6230
      E-mail:  tlech@ghalaw.com

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 29, 2020, the foregoing was served on all parties of record via the District of New Jersey electronic filing system.


/s/  *Thomas J. Lech*