**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3:16-md-2738-FLW-LHG**<br><br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALMA BROWDER v. JOHNSON & JOHNSON, et al.* | **Civil Action No. 3:18-cv-03102-FLW-LHG** |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL DEATH CLAIMS**

THIS MATTER having been opened to the Court upon an unopposed application of KIESEL LAW LLP, LAW OFFICES OF HAYTHAM FARAJ and MARTINIAN & ASSOCIATES, INC., attorneys for the Estate of Alma Browder, for an Order allowing John Edward Bratton leave to substitute the plaintiff under Fed. R. Civ. P. 25(a)(1) and to file the First Amended Complaint, upon notice to all counsel of record, and with full consideration of all matters brought before this Court regarding the motion, and for good cause shown:

IT IS HEREBY on this _____ day of _____, 2020

ORDERED that the Unopposed Motion for Substitution of Plaintiff under Rule 25(a)(1) and for Leave to File Plaintiff's Fist Amended Complaint, be and hereby is GRANTED. Plaintiff is to file the First Amended Complaint within _____ days of the entry of this Order.

**IT IS SO ORDERED.**

_____
HON. FREDA L. WOLFSON
UNITED STATES DISTRICT COURT JUDGE