## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020, a copy of the foregoing UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL DEATH CLAIMS; [PROPOSED] ORDER was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Melanie Meneses Palmer
Melanie Meneses Palmer
California State Bar No. 286752
palmer@kiesel.law