## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>Mairon D. and John R. Daley,<br>Plaintiffs,<br><br>v.<br><br>Johnson & Johnson, et al.,<br>Defendants. | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOFLSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Case No.: 3:20-cv-09602<br><br>DIRECT FILED ACTION |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 29, 2020, on behalf of Plaintiffs Mairon D. and John R. Daley

        */s/C. Edward Amos, II*
        Scott S. Segal, Esq. (WV Bar# 4717)
        Jason P. Foster, Esq. (WV Bar# 10593)
        C. Edward Amos, II, Esq. (WV Bar# 12362)
        The Segal Law Firm
        810 Kanawha Blvd., East
        Charleston, WV 25301
        (304) 344-9100
        (304) 344-9105 (fax)
        Emails: scott.segal@segal-law.com;
        jason.foster@segal-law.com;
        edward.amos@segal-law.com

Dated: July 29, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                      */s/C. Edward Amos, II*
Scott S. Segal, Esq. (WV Bar# 4717)
Jason P. Foster, Esq. (WV Bar# 10593)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails:  scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com