## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br><br>**GAYLE CORBIN,** | MDL No. 2738 (FLW) (LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br><br>**CIVIL ACTION No. 3:20-cv-9695** |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on July 30, 2020 on behalf of Plaintiff, Gayle Corbin.

Dated:  July 30, 2020        Respectfully Submitted by:

            By: /s/ Daniel J. Thornburgh
            Daniel J. Thornburgh
            Aylstock, Witkin, Kreis, & Overholtz
            17 East Main Street, Suite 200
            Pensacola, FL 32502
            Telephone: 850-202-1010
            Fax: 850-916-7449
            dthornburgh@awkolaw.com

            *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  July 30, 2020                    Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com