## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>***This document relates to:***<br><br>This document relates to:<br>NORMAN R. COOPER, Individually and as Personal Representative of the Estate of CHARLOTTE A. COULTER, Decedent<br><br>Case No. 3:20-cv-05799-FLW-LHG | **Case No. 3-16-md-2738 (FLW)(LHG)**<br>**MDL No. 2738 (FLW) (LHG)** |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 12, 2020 on behalf of Plaintiff captioned above.

Dated: July 30, 2020

Respectfully Submitted by:

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020, a copy of the foregoing NOTICE OF FILING

SHORT FORM COMPLAINT was filed electronically. Notice of this filing will be sent by

operations of the Court's electronic filing system to all parties indicated on the electronic

filing receipt.  Parties may access this filing through the Court's system.

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com