UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW
JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br> This document relates to: Linda Rustemis and Thomas Rustemis <br> 3:20-CV-09624 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on July 29, 2020 on behalf of Plaintiffs Linda Rustemis and Thomas Rustemis.

Dated: July 31, 2020

Respectfully Submitted by,
/s/ Michael Akselrud
Michael Akselrud
The Lanier Law Firm, PC
21550 Oxnard St., 3rd Fl.
Woodland Hills, CA 91367
(310) 277-5100
Counsel for Plaintiff(s)

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: July 31, 2020                          /s/ Michael Akselrud
                                                   Michael Akselrud
                                                   The Lanier Law Firm, PC
                                                   21550 Oxnard St., 3rd Fl
                                                   Woodland Hills, CA 91367
                                                   (310) 277-5100
                                                   Counsel for Plaintiff(s)