## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**DEBRA DOWDY,** | MDL No. 2738 (FLW)(LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>CIVIL ACTION No. 3:20-cv-9802 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on July 31, 2020 on behalf of Plaintiff, Debra Dowdy.

Dated: July 31, 2020          Respectfully Submitted by:

                                             By: /s/ Daniel J. Thornburgh
                                             Daniel J. Thornburgh
                                             Aylstock, Witkin, Kreis, & Overholtz
                                             17 East Main Street, Suite 200
                                             Pensacola, FL 32502
                                             Telephone: 850-202-1010
                                             Fax: 850-916-7449
                                             dthornburgh@awkolaw.com

                                             *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  July 31, 2020  Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com