UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| BRIAN MANERING, SR. AND SAMANTHA MANERING, | |
| Plaintiffs, | Civil Action No.: 3:20-cv-09758 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 31st day of July 2020 on behalf of Brian Manering, Sr. and Samantha Manering.

Dated:  8/3/2020                                      Respectfully Submitted by,

                                                          */s/ W. Cameron Stephenson*
                                                         W. Cameron Stephenson
                                                         Florida Bar No.: 0051599
                                                         LEVIN PAPANTONIO THOMAS MITCHELL
                                                         RAFFERTY & PROCTOR, P.A.
                                                         316 South Baylen Street, Suite 600
                                                         Pensacola, FL 32502
                                                         Telephone: (850) 435-7186
                                                         Facsimile: (850) 436-6186
                                                         Email: cstephenson@levinlaw.com
                                                         ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of August 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                 */s/ W. Cameron Stephenson*