BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Judy Golledge*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Judy Golledge v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-10017 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 4, 2020 on behalf of Plaintiff Judy Golledge.

                                           */s/ Lauren A. James*
                                           Lauren A. James
                                           BEASLEY ALLEN CROW METHVIN
                                           PORTIS & MILES, P.C.
                                           218 Commerce Street
                                           Montgomery, Alabama 36104
                                           (800) 898-2034 Telephone
                                           (334) 954-7555 Facsimile
                                           Lauren.James@BeasleyAllen.com

                                           Attorneys for Plaintiff Judy Golledge

Dated: August 4, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Lauren A. James*
      Lauren A. James

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.