UNITED STATES DISTRICT COURT FOR<br>THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>____Williams____ vs. *Johnson & Johnson, et al.*<br>*Case No.:* _____3:20-cv-9993_____ | MDL NO. 2738 (FLW) (LHG) |

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Brenda Himler.

This __4__ day of ____August____, __2020__.

> Respectfully submitted,
>
> Law Offices of Donald G. Norris,
> A Law Corporation
>
> By: */s/ Donald G. Norris*
> Donald G. Norris, CA Bar No. 90000
> 3055 Wilshire Boulevard, Ste. 980
> Los Angeles, CA 90010
> 213-487-8880 telephone
> 213-487-8884 facsimile
> dnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 4th day of August, 2020, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

             /s/ Taurin Robinson
             Taurin Robinson