## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>_____Bunch_____ vs. *Johnson & Johnson, et al.*<br>*Case No.:*   _____3:20-cv-10005_____ | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Brenda Himler.

This  4  day of    August   ,   2020  .

                                                          Respectfully submitted,

                                                          Law Offices of Donald G. Norris,
                                                          A Law Corporation

                                  By:    */s/ Donald G. Norris*
                                                Donald G. Norris, CA Bar No. 90000
                                                3055 Wilshire Boulevard, Ste. 980
                                                Los Angeles, CA 90010
                                                213-487-8880 telephone
                                                213-487-8884 facsimile
                                                dnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 4th day of August, 2020, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

                /s/ Taurin Robinson
                Taurin Robinson