## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL NO. 2738 (FLW) (LHG)

THIS DOCUMENT RELATES TO:

_____Hellard_____ vs. *Johnson & Johnson, et al.*
Case No.:        3:20-cv-9995

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Brenda Himler.

This  4  day of ___August___, __2020__.

Respectfully submitted,

Law Offices of Donald G. Norris,
A Law Corporation

By:   */s/ Donald G. Norris*
Donald G. Norris, CA Bar No. 90000
3055 Wilshire Boulevard, Ste. 980
Los Angeles, CA 90010
213-487-8880 telephone
213-487-8884 facsimile
dnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August, 2020, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

/s/ Taurin Robinson
Taurin Robinson