UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*METRO HUTZAYLUK, JR, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF STEPHANIE HUTZAYLUK, DECEASED, AND DAVID HUTZAYLUK, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF STEPHANIE HUTZAYLUK, DECEASED,, v. JOHNSON & JOHNSON, ET AL.*<br><br>Case No.: 3:20-cv-10132 | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Metro Hutzayluk, Jr., Individually and as Administrator of the Estate of Stephanie Hutzayluk, Deceased, and David Hutzayluk, Individually and as Administrator of the Estate of Stephanie Hutzayluk, Deceased.

Dated: August 6, 2020

Respectfully submitted,

**DALIMONTE RUEB LLP**

By: */s/ Jennifer L. Orendi*
Jennifer L. Orendi (DC #489615)
John A. Dalimonte (MA #554554)
Gregory D. Rueb (CA #154589)
1250 Connecticut Avenue NW, Suite 200
Washington, DC 20036
202-538-2790 (Tel)
202-261-3508 (Fax)
jorendi@drlawllp.com
john@drlawllp.com
greg@drlawllp.com

ATTORNEYS FOR PLAINTIFFS