**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | |
| **THIS DOCUMENT RELATES TO:** | **MDL NO. 2738 (FLW) (LHG)** |
| _____*Davis*_____ vs. *Johnson & Johnson, et al.* *Case No.:* _____3:20-cv-10168_____ | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Brenda Himler.

This _7_ day of ____August____, __2020__.

                                                       Respectfully submitted,

                                                       Law Offices of Donald G. Norris,
                                                       A Law Corporation

By:    */s/ Donald G. Norris*
          Donald G. Norris, CA Bar No. 90000
          3055 Wilshire Boulevard, Ste. 980
          Los Angeles, CA 90010
          213-487-8880 telephone
          213-487-8884 facsimile
          dnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 7th day of August, 2020, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

                                        /s/ Taurin Robinson
                                        Taurin Robinson