# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| JAIME LIZAOLA AND JOAN LIZAOLA, | |
| Plaintiffs, | Civil Action No.: 3:20-cv-10134 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 7th day of August 2020 on behalf of Jaime Lizaola and Joan Lizaola.

Dated: 8/10/2020                           Respectfully Submitted by,

                                                   */s/ W. Cameron Stephenson*
                                                  W. Cameron Stephenson
                                                  Florida Bar No.: 0051599
                                                  LEVIN PAPANTONIO THOMAS MITCHELL
                                                  RAFFERTY & PROCTOR, P.A.
                                                  316 South Baylen Street, Suite 600
                                                  Pensacola, FL 32502
                                                  Telephone: (850) 435-7186
                                                  Facsimile: (850) 436-6186
                                                  Email: cstephenson@levinlaw.com
                                                  ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

  I hereby certify that on the 10th day of August 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                 */s/ W. Cameron Stephenson*