**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 2738 (FLW) (LHG)<br><br>CHIEF JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>**NOTICE OF WITHDRAWAL** |

Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. hereby withdraws Document No. 14272 as it was filed inadvertently, and respectfully request that it be removed from the docket.

                                              Respectfully submitted,

                                              /s/ *Susan M. Sharko*
                                              Susan M. Sharko
                                              FAEGRE DRINKER BIDDLE & REATH LLP
                                              600 Campus Drive
                                              Florham Park, NJ 07932
                                              Telephone:  973-549-7350
                                              Facsimile:   973-360-9831
                                              E-mail: susan.sharko@faegredrinker.com

                                              *Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc*