## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Arlene Sherman, 3:20-CV-10254 | **MDL No. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on August 10, 2020 on behalf of Plaintiff Arlene Sherman.


Dated:  August 10, 2020                          Respectfully Submitted,

                                                 /s/ Jeff Benton
                                                 Jeff Benton
                                                 The Benton Law Firm
                                                 1825 Market Center Blvd., Suite 350
                                                 Dallas, Texas 75207
                                                 Telephone: (214) 777-7777
                                                 Facsimile: (214) 615-2950
                                                 Jeff@TheBentonLawFirm.com

                                                 **Counsel for Plaintiff(s)**


### CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  August 10, 2020                          /s/ Jeff Benton
                                                 Jeff Benton