# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>Maria F. Wright,<br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson, et al.,<br>Defendants. | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOFLSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Case No.: 3:20-cv-10262<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 20, 2020, on behalf of Plaintiff Maria F. Wright.

                                        */s/C. Edward Amos, II*
                                        Scott S. Segal, Esq. (WV Bar# 4717)
                                        Jason P. Foster, Esq. (WV Bar# 10593)
                                        C. Edward Amos, II, Esq. (WV Bar# 12362)
                                        The Segal Law Firm
                                        810 Kanawha Blvd., East
                                        Charleston, WV 25301
                                        (304) 344-9100
                                        (304) 344-9105 (fax)
                                        Emails: scott.segal@segal-law.com;
                                        jason.foster@segal-law.com;
                                        edward.amos@segal-law.com

Dated:  August 10, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/C. Edward Amos, II*
Scott S. Segal, Esq. (WV Bar# 4717)
Jason P. Foster, Esq. (WV Bar# 10593)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com
