Caroline T. White
MURRAY LAW FIRM
650 Poydras St., Ste. 2150
New Orleans, LA 70130
Telephone:  504-525-8100
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Willis Colston, et al., v. Johnson & Johnson, et al.*, 3:20-cv-05918-FLW-LHG | CIVIL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 14, 2020 on behalf of the Plaintiffs in the above referenced matter.

Dated:  August 11, 2020

Respectfully Submitted by,

*/s/  Caroline T. White*
Stephen B. Murray, Sr. (LA #9858)
Arthur M. Murray (LA #27694)
Caroline T. White (LA #36051)
MURRAY LAW FIRM
650 Poydras St., Ste. 2150
New Orleans, LA 70130
T:  504-525-8100
F:  504-584-5249
cthomas@murray-lawfirm.com

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ <u>Caroline T. White</u>