**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>___Johnson___ vs. Johnson & Johnson, et al.<br>Case No.:        3:20-cv-10288 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Brenda Himler.

This 11 day of August, 2020.

                                                    Respectfully submitted,

                                                    Law Offices of Donald G. Norris,
                                                    A Law Corporation

                        By:    */s/ Donald G. Norris*
                               Donald G. Norris, CA Bar No. 90000
                               3055 Wilshire Boulevard, Ste. 980
                               Los Angeles, CA 90010
                               213-487-8880 telephone
                               213-487-8884 facsimile
                               dnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 11th day of August, 2020, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

                                                                     /s/ Taurin Robinson  
                                                                     Taurin Robinson