**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>_____Jones_____ vs. Johnson & Johnson, et al.<br>Case No.:        3:20-cv-10332 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Brenda Himler.

This 11 day of August, 2020.

Respectfully submitted,

Law Offices of Donald G. Norris,
A Law Corporation

By:   */s/ Donald G. Norris*
Donald G. Norris, CA Bar No. 90000
3055 Wilshire Boulevard, Ste. 980
Los Angeles, CA 90010
213-487-8880 telephone
213-487-8884 facsimile
dnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 11th day of August, 2020, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

              <u>/s/ Taurin Robinson</u>
              Taurin Robinson