UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jana Rabinowitz v. Johnson & Johnson, et al.*<br>Case No. 3:20-cv-06872 FLW-LHG | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on June 4, 2020, on behalf of Jana Rabinowitz, individually, as successor in interest of Decedent Robin Rabinowitz, and as personal representative of the Estate of Robin Rabinowitz.

                                                             Respectfully submitted,

Dated: August 11, 2020

                                                        MARY ALEXANDER &
                                                        ASSOCIATES, P.C.

                                                        /s/ Mary E. Alexander
                                                        Mary E. Alexander. Esq.
                                                        Mary Alexander & Associates, P.C.
                                                        44 Montgomery Street, Suite 1303
                                                        San Francisco, CA 94104

        Telephone: (415) 433-4440
        Facsimile: (415) 433-5440
        malexander@maryalexanderlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2020, the above and foregoing document was filed electronically with the Clerk of the Court and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mary E. Alexander
Mary E. Alexander, Esq.