# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

MDL No. 2738 (FLW) (LHG)

THIS DOCUMENT RELATES TO:

*Stacey Gouse v. Johnson & Johnson, et al.*
*Case No. 3:20-cv-06738-FLW-LHG*

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on June 2, 2020, on behalf of Stacey Gouse, individually, as successor in interest of Decedent Sierra Steward, and as personal representative of the Estate of Sierra Steward.

Dated:  August 11, 2020

Respectfully submitted,

MARY ALEXANDER & ASSOCIATES, P.C.

/s/ Mary E. Alexander
Mary E. Alexander. Esq.
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440
malexander@maryalexanderlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2020, the above and foregoing document was filed electronically with the Clerk of the Court and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Mary E. Alexander
    Mary E. Alexander, Esq.