IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:**<br>MARIA COOK,<br><br>          Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.<br><br>          Defendants. | Civil Action No.  3:17-cv-06202 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the Plaintiff's counsel will appear before the Honorable Magistrate Judge Lois H. Goodman as soon as may be heard, in the U.S. Courthouse, 402 E. State Street, Suite 2020, Trenton, NJ, or before any judge sitting in her stead, and present the Motion to Substitute Party and Amend Complaint filed herewith.

Dated: August 13, 2020

Respectfully submitted,

*/s/ Meghan E. McCormick*
Meghan E. McCormick
LEVIN SIMES ABRAMS LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: mmccormick@levinsimes.com
**Attorneys for Plaintiff**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on August 13, 2020, which shall send notification of such filing to all CM/ECF participants.

*/s/ Meghan E. McCormick*
Meghan E. McCormick
