UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: _____<br>Jackson et al., v. Johnson & Johnson, et al._____<br>3:20-cv-10387-FLW-LGH_____ | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 12, 2020 on behalf of Plaintiffs Judith Jackson and Robert Jackson.

Respectfully submitted this 14th day of August, 2020.

| **CHEELEY LAW GROUP, LLC** | **BARNES LAW GROUP, LLC** |
|---|---|
| /s/ Robert D. Cheeley_____<br>Robert D. Cheeley<br>Georgia Bar No. 122727<br>Julia A. Merritt<br>Georgia Bar No. 159038<br>299 South Main Street, Suite A<br>Alpharetta, GA  30009<br>Phone: (770) 559-6365<br>bob@cheeleylawgroup.com<br>julia@cheeleylawgroup.com | /s/ John R. Bevis_____<br>Roy E. Barnes<br>Georgia Bar No. 039000<br>John R. Bevis<br>Georgia Bar No. 056110<br>Benjamin R. Rosichan<br>Georgia Bar No. 296256<br>31 Atlanta Street<br>Marietta, GA  30060<br>Phone: (770) 227-6375<br>roy@barneslawgroup.com<br>bevis@barneslawgroup.com<br>brosichan@barneslawgroup.com |

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 14th day of August, 2020.

                                                **BARNES LAW GROUP, LLC**

                                                s/ John R. Bevis_____
                                                John R. Bevis
                                                Georgia Bar No. 056110