**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Heather Kicklighter, et al.<br>            Plaintiffs,<br>v.<br><br>Johnson & Johnson, et al.<br>            Defendants.<br><br>Civil Action No.: 3:20-cv-10517 | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOFLSON<br>MAG. JUDGE LOIS H. GOODMAN |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on August 14, 2020, the Short Form Complaint and Jury Demand were filed on behalf of Plaintiffs Heather M. Kicklighter and Randy Kicklighter.

Date:   August 14, 2020                    Respectfully submitted,

/s/ Nicholas C. Bonadio
Jay D. Miller (MD Bar No. 04653)
jmiller@lawpga.com
Nicholas C. Bonadio (MD BarNo.13679)
nbonadio@lawpga.com
Thomas W. Keilty (MD Bar No. 18992)
tkeilty@lawpga.com
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street, 22nd Floor
Baltimore, Maryland 21201
410-649-2000 (Tel) 410-649-1780 (Fax)
*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

      /s/ Nicholas C. Bonadio
      Nicholas C. Bonadio