## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To:<br><br>*Billy Jean Kerpash v. Johnson & Johnson, Inc., et al.*<br>*3:18-cv-12956-FLW-LHG* | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>Judge Freda L. Wolfson<br>Magistrate Judge Lois H. Goodman<br><br>**MDL No. 16-2738** |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of Plaintiff, Billie Jean Kerpash.


Dated: August 14, 2020                          Respectfully Submitted by,

                                                                                 ONDERLAW, LLC

By:     */s/ Stephanie L Rados*
        James G. Onder, #38049
        William W. Blair, #58196
        Stephanie L. Rados, #65117
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

## CERTIFICATE OF SERVICE

I, Stephanie L. Rados, depose and state that I have served a copy of this Suggestion of Death upon all counsel of record via the United States Court for the District of New Jersey ECF Document Filing System on August 14, 2020.

By: ___/s/ Stephanie L. Rados___

[x]   As provided by law pursuant to Rule 5(b) of Fed. Rules of Civil Procedure, I certify that the statements set forth herein are true and correct.