# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>All Cases Listed On Exhibit A | **MDL NO. 2738 (FLW) (LHG)**<br>**CHIEF JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>**OMNIBUS CONSENT ORDER OF DISMISSAL OF DUPLICATE FILED ACTIONS WITH PREJUDICE AND SUBSTITUTING REMAINING ACTIONS INTO DISCOVERY POOL** |

Plaintiffs identified on Exhibit A, attached hereto, filed multiple actions in this MDL litigation. One of the cases filed for each plaintiff was selected for the Discovery Pool by Order dated June 4, 2020.  This Order, with the consent of the parties, will clean up the docket so that each plaintiff has only one lawsuit pending, and that case, pursuant to the Court's Order of June 4, 2020, is part of the Discovery Pool.

Accordingly, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and with the consent of all parties, IT IS HEREBY STIPULATED AND ORDERED that plaintiffs' claims against defendants are dismissed  in the "Duplicate Actions" identified in Exhibit A only, with prejudice as duplicate filings.  The dismissals are not adjudications on the merits.  All parties shall bear their own costs.

This Order shall not affect the other civil actions filed by plaintiffs and identified as the "Remaining Actions" in Exhibit A, currently pending in MDL No. 2738 in the United States District Court for the District of New Jersey, and the "Remaining Actions" be and hereby are subject to all requirements of the Court's May 15, May 26, June 4, and July 23, 2020 Orders (collectively, "Discovery Pool Orders").

This 18th day of August, 2020,

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson, U.S.C.D.J.

# EXHIBIT A

| DUPLICATE ACTIONS – TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Cowart, Deniria | 3:19-cv-13435 | Kiesel, LLP/ Law Office of Haytham Faraj/Martinian & Associates, Inc. |
| Johnson, Jessica D. | 3:19-cv-10312 | The Miller Firm LLC |
| Marston, Dale | 3:20-cv-03726 | The Diaz Law Firm, PLLC |
| Miller, Shirley | 3:20-cv-04810 | Williams Hart Law Firm |
| Roberts, Mary | 3:20-cv-01101 | Hovde, Dassow, & Deets, LLC/Scovern Law/The Lanier Law Firm, P.C. |
| Schultz, Samantha | 3:18-cv-11330 | Sanders Viener Grossman LLP |
| West, Elizabeth | 3:18-cv-16107 | Cohen & Malad LLP |
| Felicello, Janet | 3:19-cv-18222 | Onder Shelton O'Leary & Peterson LLC |

| REMAINING ACTIONS – DO NOT DISMISS – SUBJECT TO DISCOVERY POOL ORDERS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Cowart, Deniria | 3:19-cv-22157 | Driscoll Law Firm P.C. |
| Johnson, Jessica | 3:19-cv-08618 | Beasley Allen Crown Methvin Portis & Miles PC |
| Marston, Dale | 3:19-cv-07282 | Wagstaff & Cartmell LLP |
| Miller, Shirley | 3:18-cv-14700 | Napoli Shkolnik, PLLC |
| Roberts, Mary Kathleen | 3:19-cv-09131 | Johnson Law Group |
| Schultz, Samantha | 3:19-cv-14494 | Potts Law Firm |
| West, Elizabeth and Doug West | 3:19-cv-13002 | Potts Law Firm |
| Felicello, Janet | 3:19-cv-17339 | Onder Shelton O'Leary & Peterson, LLC |