## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES,  AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>All Cases Listed On Exhibit A | **MDL NO. 2738 (FLW) (LHG)**<br>**CHIEF JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>**OMNIBUS CONSENT ORDER OF DISMISSAL OF DUPLICATE FILED CASES WITH PREJUDICE** |

Plaintiffs identified on Exhibit A, attached hereto, filed multiple actions in this MDL litigation.  Accordingly, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and with the consent of all parties, IT IS HEREBY STIPULATED AND ORDERED that plaintiffs' claims against defendants are dismissed only in the "Duplicate Actions" identified in Exhibit A, with prejudice as duplicate filings.  This Order shall not affect the other civil actions filed by plaintiffs and identified as the "Remaining Actions" in Exhibit A, currently pending in MDL No. 2738 in the United States District Court for the District of New Jersey, and the dismissals are not adjudications on the merits.  All parties shall bear their own costs.

This 18th day of August, 2020,

/s/ Freda L. Wolfson

Hon. Freda L. Wolfson, U.S.C.D.J.

# EXHIBIT A

| DUPLICATE ACTIONS — TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Bernal-Garcia, Tammy | 3:20-cv-01534 | Williams Hart Law Firm |
| Criado, Sharon | 3:19-cv-05695 | Napoli Shkolnik, PLLC |
| Rowse, Linda | 3:19-cv-19768 | Onder Shelton O'Leary & Peterson |
| James, Murray | 3:17-cv-03931 | Morris Bart & Associates |
| Loupe, Lloyd | 3:17-cv-03937 | Morris Bart & Associates |
| York, Linda | 3:19-cv-22123 | Onder Shelton O'Leary & Peterson, LLC |
| King, Mavis | 3:17-cv-07970 | Wilson Law P.A. |
| Newton, Cynthia | 3:17-cv-10833 | Ashcraft & Gerel, LLP |
| Belgard, Avery obo Billie Belgard | 3:17-cv-03918 | Morris Bart & Associates |
| Belgard, Avery obo Billie Belgard | 3:18-cv-14483 | Morris Bart & Associates |
| Bennett, Elizabeth | 3:19-cv-19890 | Mueller Law PLLC |
| Bennett, Elizabeth | 3:20-cv-03199 | Williams Hart Law Firm |
| Bunge, Lance on behalf of the Estate of Joan Bunge | 3:19-cv-21560 | Onder Shelton O'Leary & Peterson |
| Byres, Pamela and Joseph Byrnes | 3:20-cv-01577 | Degaris Wright McCall |
| Collins, Nettie | 3:18-cv-11258 | Morris Bart & Associates |
| Dalton, Lee | 3:20-cv-01487 | Johnson Law Group |
| Detres, Isadora | 3:19-cv-17767 | Ashcraft & Gerel LLP/Beasley Allen Crow Methvin Portis & Miles PC |
| Devargas, Casandra | 3:19-cv-20026 | Mueller Law PLLC |
| Distasio, Gerard, Jr. as the Remaining Heir of Deborah Distasio | 3:18-cv-16861 | Napoli Shkolnik PLLC |
| Donnelly, Camille | 3:20-cv-00274 | Fletcher V. Trammell |
| Dooley, Sandra | 3:19-cv-19006 | Kiesel Law, LLP/Law Office of Haytham Faraj/Martinian & Associates, Inc. |
| Fine, Brenda | 3:20-cv-02720 | Williams Hart Law Firm |
| Garcia, Rebecca | 3:18-cv-11750 | Onder Shelton O'Leary & Peterson |
| Gilmore, Betty | 3:18-cv-13481 | Onder Shelton O'Leary & Peterson |
| Greenwell, Kathy | 3:20-cv-03340 | Johnson Law Group |

| DUPLICATE ACTIONS — TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Ham, Kelley Michelle | 3:19-cv-12604 | Justinian & Associates PLLC |
| Jones, Nicole | 3:20-cv-00913 | Gori Julian & Associates, P.C. |
| Joseph, Audrey | 3:19-cv-17678 | Lenze Lawyers, PLC |
| Kerik, Carol | 3:19-cv-14294 | Beasley Allen Crow Methvin Portis & Miles PC |
| Kinler, Elizabeth | 3:19-cv-08824 | Napoli Shkolnik, PLLC |
| Lincoln, Kimberly | 3:19-cv-19284 | Morelli Law Firm, PLLC |
| Linsey, Wallace V., Jr. and The Estate of Marilyn Linsey | 3:19-cv-06811 | Napoli Shkolnik, PLLC |
| Martinez, Lillian | 3:18-cv-02824 | Michael N. David |
| Martinez, Margaret | 3:20-cv-01172 | Gori Julian & Associates PC/The Buxner Law Firm |
| McPherson, Betty | 3:20-cv-04324 | Williams Hart Law Firm |
| Nicastro, Tammy | 3:19-cv-18737 | The Lanier Law Firm |
| Parsley, Mary | 3:19-cv-00005 | Onder Shelton O'Leary & Peterson |
| Parsley, Mary | 3:19-cv-22162 | Driscoll Firm, P.C. |
| Rampley, Peggy | 3:18-cv-10091 | Onder Shelton O'Leary & Peterson |
| Rathburn-Hutchens, Lori | 3:19-cv-09283 | Mueller Law |
| Santos, Monina | 3:18-cv-15870 | Girardi Keese |
| Smith, Amanda and Patrick Hall, Individually and on Behalf of the Estate of Donna J. Smith | 3:18-cv-00809 | Bohrer Law Firm/Skikos Crawford, Skikos & Joseph/Onder Shelton O'Leary & Peterson |
| Smith, Barbara | 3:18-cv-10094 | Onder Shelton O'Leary & Peterson |
| Stephansen, Sharron | 3:18-cv-10095 | Onder Shelton O'Leary& Peterson |
| Suttle, Laura | 3:19-cv-22174 | Driscoll Firm PC |
| West, Gingia | 3:19-cv-13445 | The Lanier Law Firm PC |
| Wilds, Sara | 3:18-cv-13900 | Daniel & Associates, LLC |
| DiFrancesco, Maureen | 3:17-cv-13326 | Mueller Law Firm |

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Bernal-Garcia, Tammy | 3:19-cv-16438 | Motley Rice, LLC |
| Criado, Sharon | 3:17-cv-09476 | Onder Shelton O'Leary & Peterson |
| Rowse, Linda J. and Donald E. Neal | 3:19-cv-14418 | Hovde, Dassow & Deets LLC/Scovern Law/ The Lanier Law Firm PC |
| James, Murray | 3:18-cv-14488 | Morris Bart & Associates |
| Loupe, Lloyd | 3:18-cv-14546 | Morris Bart & Associates |
| York, Linda | 3:19-cv-21542 | Johnson Law Group |
| Cieszko, Paulino obo King, Mavis | 3:20-cv-02552 | Wilson Law P.A. |
| Thomas, Brandi obo Newton, Cynthia | 3:20-cv-04935 | Ashcraft & Gerel, LLP |
| Belgard, Avery obo Billie Belgard | 3:18-cv-11256 | Morris Bart & Associates |
| Bennett, Elizabeth | 3:19-cv-19295 | The Lanier Law Firm |
| Bunge, Lance Individually and as Administrator of the Estate of Joan Elizabeth Bunge | 3:19-cv-20623 | Dalimonte Rueb, LLP |
| Byrnes, Pamela | 3:18-cv-05380 | Onder Shelton O'Leary & Peterson |
| Collins, Terry, Individually and on behalf of the Estate of Nettie Collins | 3:20-cv-02087 | Fletcher V. Trammell |
| Dalton, Lee Ann | 3:19-cv-07910 | Morgan & Morgan |
| Detres, Isadora and Herbert Detres | 3:18-cv-05401 | Golomb & Honik, PC |
| Devargas, Casandra | 3:20-cv-00911 | Gori Julian & Associates, P.C./The Buxner Law Firm |
| Distasio, Jerry, Individually and as Personal Representative of the Estate of Deborah Distasio | 3:18-cv-14703 | Onder Shelton O'Leary & Peterson LLC |
| Donnelly, Camille and Harry Donnelly | 3:19-cv-08949 | Ross Feller Casey LLP |
| Dooley, Sandra | 3:18-cv-09768 | Daniel & Associates, LLC |
| Fine, Brenda | 3:19-cv-22167 | Driscoll Firm, P.C. |

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Garcia, Rebecca | 3:18-cv-08462 | Simmons Hanley Conroy |
| Gilmore, Betty M. | 3:17-cv-13073 | The Miller Firm LLC |
| Greenwell, Kathy | 3:19-cv-16441 | Fletcher V. Trammell |
| Ham, Kelley | 3:18-cv-13638 | Fears Nachawati Law Firm PLLC |
| Jones, Nicole | 3:18-cv-10715 | Onder Shelton O'Leary & Peterson LLC |
| Joseph, Audrey | 3:19-cv-17164 | Lenze Lawyers, PLC |
| Kerik, Carol | 3:18-cv-03231 | Napoli Shkolnik, PLLC |
| Kinler, Elizabeth | 3:18-cv-03264 | Beasely Allen Crow Methvin Portis and Miles PC |
| Lincoln, Kimberly | 3:19-cv-08533 | Gori Julian & Associates P.C. |
| Linsey, Wallace Individually and on Behalf of Marilyn Linsey and the Estate of Marilyn Linsey | 3:17-cv-06795 | The Simon Law Firm. P.C. |
| Martinez, Lillian | 3:19-cv-08750 | Michael N. David |
| Martinez, Margaret | 3:19-cv-21769 | Holland Groves Schneller & Stolze LLC |
| McPherson, Betty | 3:19-cv-22155 | Driscoll Firm, PC |
| Nicastro, Tammy | 3:19-cv-17915 | Ross Feller Casey, LLP |
| Parsley, Mary | 3:18-cv-16530 | Napoli Shkolnik, PLLC |
| Rampley, Peggy | 3:18-cv-11223 | The Miller Firm LLC |
| Rathburn, Hutchins, Lori | 3:19-cv-19257 | Sanders Phillips Grossman LLC |
| Santos, Monina and Ramon Santos | 3:17-cv-13481 | The Miller Firm LLC |
| Smith, Amanda (Next of Kin of Donna Smith) | 3:17-cv-13541 | The Miller Firm LLC |
| Smith, Barbara | 3:17-cv-01711 | Delise & Hall  Cohen & Malad LLP |
| Stephansen, Sharon | 3:17-cv-10136 | Morris Law Firm |
| Suttle, Laura | 3:18-cv-08663 | Sanders Viener Grossman LLP |
| West, Gingia and Lindwood | 3:18-cv-13659 | Fears Nachawati Law Firm PLLC |
| Wilds, Sara | 3:19-cv-19563 | Goldenberg Law, PLLC |
| DiFrancesco, Maureen | 3:18-cv-10319 | Beasley Allen |