UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Raynelle Honeycutt-Wheels, individually and on behalf of the Estate of Dawnise Williams, 3:20-CV-10706 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on August 18, 2020 on behalf of Plaintiff Raynelle Honeycutt-Wheels, individually and on behalf of the Estate of Dawnise Williams .

| | |
|---|---|
| Dated:  August 18, 2020 | Respectfully Submitted,<br><br>/s/ Jeff Benton_____<br>Jeff Benton<br>The Benton Law Firm<br>1825 Market Center Blvd., Suite 350<br>Dallas, Texas 75207<br>Telephone: (214) 777-7777<br>Facsimile: (214) 615-2950<br>Jeff@TheBentonLawFirm.com<br><br>**Counsel for Plaintiff(s)** |

### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

| | |
|---|---|
| Dated:  August 18, 2020 | /s/ Jeff Benton_____<br>Jeff Benton |