# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>Relates to:<br><br>REGINA CASTRONOVA and DEAN CASTRONOVA; CIVIL ACTION NO.: 3:20-CV-10671 | **MDL No. 16-2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on this date on behalf of Plaintiffs, Regina Castronova and Dean Castronova, her spouse.

                                  Respectfully submitted,

                                  **THE JACOB D. FUCHSBERG LAW FIRM**
                                  Attorney for Plaintiff

Dated:  August 18, 2020         /s/ Ilana S. Wolk
                                  Ilana S. Wolk (DNJ No. IW2946)
                                  Jacob D. Fuchsberg Law Firm
                                  3 Park Avenue, Suite 3700
                                  New York, NY 10016
                                  Telephone: 212-869-3500
                                  Fax: (212) 398-1532
                                  i.wolk@fuchsberg.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  August 18, 2020                        /s/ Ilana S. Wolk
                                                              Ilana S. Wolk (DNJ No. IW2946)