# EXHIBIT 1

# CERTIFICATION OF VITAL RECORD

# State of New Hampshire

## CERTIFICATE OF DEATH

FILE # 2019005878

| Field | Value |
|---|---|
| FULL NAME OF DECEASED | GUILDA FRANCES CLAVETTE |
| DATE OF DEATH | JUNE 24, 2019 |
| AGE | 66 YRS |
| SEX | FEMALE |
| DATE OF BIRTH | SEPTEMBER 9, 1952 |
| BIRTHPLACE | VILLE DE GELIS, QUEBEC, CANADA |
| MOTHER'S/PARENT'S NAME | MARIE MORIN (BLANCHETTE) |
| FATHER'S/PARENT'S NAME | PHILIPPE MORIN |
| PLACE OF DEATH | DERRY, NEW HAMPSHIRE |
| DOMESTIC STATUS | DIVORCED |
| SPOUSE'S/PARTNER'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | |
| SOCIAL SECURITY NUMBER | 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 |
| RESIDENCE | DERRY, NEW HAMPSHIRE |
| PLACE OF DISPOSITION | ST. MARY CEMETERY, LAWRENCE, MASSACHUSETTS |
| DATE OF DISPOSITION | JUNE 28, 2019 |
| MANNER OF DEATH | NATURAL |
| FILE DATE | JUNE 25, 2019 |
| CAUSE OF DEATH | |
| a | OVARIAN CANCER |
| APPROX INTERVAL: ONSET TO DEATH | 4 YEARS |
| b | |
| c | |
| d | |
| OTHER SIGNIFICANT CONDITIONS | |
| DESCRIBE HOW INJURY OCCURRED | |
| DATE/TIME OF INJURY | |
| PLACE OF INJURY | |
| LOCATION OF INJURY | |
| NAME AND ADDRESS OF CERTIFIER | FREDERICK M BRICCETTI MD, 200 TECHNOLOGY DRIVE, HOOKSETT, NEW HAMPSHIRE 03106 |
| MARGINAL NOTES | |

NH CIRCUIT COURT 2019 OCT -1 P 4:29

3162952

I HEREBY CERTIFY THIS IS A TRUE COPY ISSUED FROM THE OFFICIAL RECORDS ON FILE AT THIS OFFICE AND SHALL BE RECEIVED AS EVIDENCE WITH THE SAME EFFECT AS THE ORIGINAL.

ATTEST: STATE/LOCAL REGISTRAR Stephen M. Wurtz, Acting State Registrar

DATE ISSUED: June 25, 2019   STATE/CITY/TOWN OF: DERRY

This copy not valid without official vital record watermark, holographic seals, and displaying seal and signature of Registrar. It shall be unlawful for anyone to reproduce this certificate other than local or State Registrar.

VS-SP1

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE