GACOVINO, LAKE & ASSOCIATES, P.C.
270 West Main Street
Sayville, New York 11782
800-550-0000
*Attorneys for Plaintiff Teresa West*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Teresa West v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-10727 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 18, 2020 on behalf of Plaintiff Teresa West.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard Zgoda, Jr.* _____
　　　　　　　　　　　　　　　　　　　　　　　Richard Zgoda, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Gacovino, Lake & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　270 West Main Street
　　　　　　　　　　　　　　　　　　　　　　　Sayville, NY 11782
　　　　　　　　　　　　　　　　　　　　　　　(800) 550-0000 Telephone
　　　　　　　　　　　　　　　　　　　　　　　(631) 543-5450 Facsimile
　　　　　　　　　　　　　　　　　　　　　　　r.zgoda@gacovinolake.com
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Teresa West

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                                   ***/s/ Richard Zgoda, Jr.***
                                                                                      Richard Zgoda, Jr.
Gacovino, Lake & Associates, P.C.
270 West Main Street
Sayville, NY 11782
(800) 550-0000 Telephone
(631) 543-5450 Facsimile
r.zgoda@gacovinolake.com
Attorneys for Plaintiff Teresa West