**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>_____Acker_____ vs. *Johnson & Johnson, et al.*<br>*Case No.:*        3:20-cv-06836 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Brenda Himler.

This  4  day of    June    ,  2020  .

> Respectfully submitted,
>
> Law Offices of Donald G. Norris,
> A Law Corporation
>
> By:  */s/ Donald G. Norris*
> Donald G. Norris, CA Bar No. 90000
> 3055 Wilshire Boulevard, Ste. 980
> Los Angeles, CA 90010
> 213-487-8880 telephone
> 213-487-8884 facsimile
> dnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 4th day of June, 2020, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

                                                  /s/ Taurin Robinson
                                                  Taurin Robinson