UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 2738 (FLW) (LHG) |
| **THIS DOCUMENT RELATES TO:** | |
| **SUSANNAH LOMACK,** | Case No. 3:20:CV-10461-FLW-LHG |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 13, 2020, on behalf of Plaintiff SUSANNAH LOMACK.

Dated: August 20, 2020         Respectfully Submitted,

                    By:  /s/ *Mark P. Robinson, Jr.*
                         Mark P. Robinson, Jr.
                         19 Corporate Plaza Drive
                         Newport Beach, CA 92660
                         949-720-1288 Phone
                         949-720-1292 Facsimile
                         mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that August 20, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

 /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.
