**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW)(LGH) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| ALBERT CRENSHAW, PERSONAL REPRESENTATIVE OF THE ESTATE OF SHIRLEY A. CRENSHAW, | Civil Action No.: |

  Plaintiff,
v.

JOHNSON & JOHNSON ("J&J") and JOHNSON & JOHNSON CONSUMER INC. f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC. ("J&J Consumer"),

  Defendants.
_____/

## NOTICE OF FILING

 Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 21, 2020 on behalf of Plaintiff, Albert Crenshaw, Personal Representative of the Estate of Shirley A. Crenshaw.

              Hafeli Staran & Christ, P.C.

              s/Mark W. Hafeli_____
Dated:  August 21, 2020       Mark W. Hafeli (P28908)
              Attorney for Albert Crenshaw, Personal Representative
              2055 Orchard Lake Road
              Sylvan Lake, MI 48320
              248-731-3083
              mhafeli@hsc-law.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing systems on August 21, 2020.

                                                  s/Mark W. Hafeli
                                                  Mark W. Hafeli (P28908)
                                                  Attorney for Albert Crenshaw, Personal Representative