**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Bolstad. v. Johnson & Johnson, et al.*, 3:17-cv-02404-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand has been filed for the following Plaintiff and assigned the following case number:

- DEBORAH BOLSTAD; 3:20-cv-11065

This 24th day of August, 2020.

                                                    Respectfully submitted by,

                                                    s/ D. Todd Mathews\_\_\_
                                                    D. Todd Mathews, #52502 (MO)
                                                    The Gori Law Firm, P.C.
                                                    156 N. Main Street
                                                    Edwardsville, IL 62025
                                                    (618) 659-9833 – Telephone
                                                    (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of August, 2020.

                                            */s/ D. Todd Mathews*
                                            D. Todd Mathews