BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Melba Scott*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Melba Scott v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-11316 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 25, 2020 on behalf of Plaintiff Melba Scott.

>/s/ *Lauren A. James*
>Lauren A. James
>BEASLEY ALLEN CROW METHVIN
>PORTIS & MILES, P.C.
>218 Commerce Street
>Montgomery, Alabama 36104
>(800) 898-2034 Telephone
>(334) 954-7555 Facsimile
>Lauren.James@BeasleyAllen.com
>
>Attorneys for Plaintiff Melba Scott

Dated: August 25, 2020

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Lauren A. James*
      Lauren A. James

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.