**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| THIS DOCUMENT RELATES TO: | |
| MICHELLE PERKINS, an Individual, and as Successor in Interest for JUNE PERKINS, | **Case No. 3:20-cv-10985-FLW-LHG** |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 20, 2020, on behalf of Plaintiff MICHELLE PERKINS.

1

Dated: August 25, 2020                    Respectfully Submitted,


                                          By:   /s/ *Mark P. Robinson, Jr.*
                                                Mark P. Robinson, Jr.
                                                19 Corporate Plaza Drive
                                                Newport Beach, CA 92660
                                                949-720-1288 Phone
                                                949-720-1292 Facsimile
                                                mrobinson@robinsonfirm.com

———————————————

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that August 25, 2020, the above and foregoing Notice of

Filing Short Form Complaint was filed electronically and is available for

viewing through the Court's electronic filing system.  A true and correct copy

has been served upon all counsel of record via the Court's ECF system.

       /s/ Mark P. Robinson Jr.
       MARK P. ROBINSON, JR.