UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| **OLIVIA DE ALBA,** | Case No. 3:20-cv-11078-FLW-LHG |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| Defendants. | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 21, 2020, on behalf of Plaintiff OLIVIA DE ALBA.

Dated: August 25, 2020		Respectfully Submitted,


		By:   /s/ *Mark P. Robinson, Jr.*
			Mark P. Robinson, Jr.
			19 Corporate Plaza Drive
			Newport Beach, CA 92660
			949-720-1288 Phone
			949-720-1292 Facsimile
			mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that August 25, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

 /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.