## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th day of August, 2020.

*/s/ Jennifer L. Orendi*