UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 3:16-md-2738-FLW-LHG <br><br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: <br><br> *ROSEMARY LAMANTIA v. JOHNSON & JOHNSON et al.* | Civil Action No. 3:17-cv-11809 |

## NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the undersigned hereby informs the Honorable Court of the death of Plaintiff, Rosemary LaMantia, on or about December 3, 2018. Counsel respectfully informs this Court that contemporaneously with this Suggestion of Death, Plaintiff will file a Motion to Substitute and Leave to File Amended Short Form Complaint for Daniel LaMantia, who is the surviving spouse of the now deceased Rosemary LaMantia.

Dated: August 26, 2020

Respectfully Submitted,

By: */s/ Kevin S. Hannon*
    Kevin S. Hannon, N.H. Bar No. 269896
    1641 Downing Street
    Denver, Colorado 80218
    Phone:  (303) 861-8800
    Email:  khannon@hannonlaw.com
    **DULY AUTHORIZED SIGNATURE OF**
    **KEVIN S. HANNON ON FILE AT THE**
    **HANNON LAW FIRM, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, a copy of the foregoing NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF was filed electronically. Service of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: */s/ Kevin S. Hannon*
    Kevin S. Hannon, N.H. Bar No. 269896
    THE HANNON LAW FIRM, LLC
    1641 Downing Street
    Denver, Colorado 80218
    Phone: (303) 861-8800
    Email: khannon@hannonlaw.com
    **DULY AUTHORIZED SIGNATURE OF KEVIN S. HANNON ON FILE AT THE HANNON LAW FIRM, LLC**