UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON** **TALCUM POWDER PRODUCTS** **MARKETING, SALES PRACTICES** **AND PRODUCTS LIABILITY** **LITIGATION** | Case No: 3:20-cv-11407 (FLW) (LHG) MDL No. 2738 (FLW) (LHG) |

**This document relates to:**
**MARA RECIO, Individually and on behalf of**
**JOAN RECIO, Deceased**
**Case No: 3:20-cv-11407 (FLW)(LHG)**

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on, August 25, 2020 on behalf of Plaintiff, captioned above.

Dated:  August 26, 2020                             Respectfully submitted,

                                                         */s/ Grant L. Davis*
Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 26, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                */s/ Grant L. Davis*
                Grant L. Davis
                DAVIS, BETHUNE & JONES, LLC
                1100 Main Street, Suite 2930
                Kansas City, MO 64105
                (816) 421-1600
                (816) 472-5972 Fax
                gdavis@dbjlaw.net
                **Counsel for Plaintiff**