## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON** | |
| **TALCUM POWDER PRODUCTS** | **Case No: 3:20-cv-11402 (FLW) (LHG)** |
| **MARKETING, SALES PRACTICES** | **MDL No. 2738 (FLW) (LHG)** |
| **AND PRODUCTS LIABILITY** | |
| **LITIGATION** | |

**This document relates to:**
**MARY J. WARRING, Individually**
**Case No: 3:20-cv-11402 (FLW)(LHG)**

### <u>NOTICE OF FILING SHORT FORM COMPLAINT</u>

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on, August 25, 2020 on

behalf of Plaintiff, captioned above.

Dated:  August 26, 2020                    Respectfully submitted,

                                        */s/ Grant L. Davis*
                                        Grant L. Davis
                                        DAVIS, BETHUNE & JONES, LLC
                                        1100 Main Street, Suite 2930
                                        Kansas City, MO  64105
                                        (816) 421-1600
                                        (816) 472-5972 Fax
                                        gdavis@dbjlaw.net
                                        ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Grant L. Davis*

Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***
