## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:**<br><br>*ROSEMARY LAMANTIA v. JOHNSON & JOHNSON, et al.* | Civil Action No. 3:17-cv-11809-FLW-LHG |

### UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL DEATH CLAIMS

Daniel LaMantia, as the surviving spouse of Rosemary LaMantia, moves the Court for an Order substituting him as the plaintiff in this action and granting him leave to file the Amended Complaint asserting claims for wrongful death and survival. Daniel LaMantia should be duly substituted as plaintiff in this action under the provisions of Rule 25(a)(1) of the Federal Rules of Civil Procedure because:

1. Rosemary LaMantia, decedent, commenced this action on November 17, 2017, before her death. (Dkt. 1.)

2. Decedent Rosemary LaMantia died on December 3, 2018, due to injuries caused by the negligent acts and omissions as alleged in her original Complaint. (Dkt.1) Decedent is survived by her spouse, Daniel LaMantia. Notice of and Suggestion of her death was filed with this Court on August 26, 2020.

3. Under Wisconsin law, WIS. STAT. § 895.04, a civil action for wrongful death may be brought by the surviving spouse of the deceased. Daniel LaMantia is the surviving spouse of Rosemary LaMantia.

4. Pursuant to Wisconsin law, the claims made by Rosemary LaMantia against Defendants herein survive her death. WIS. STAT. § 895.03. Under Wisconsin law, the claims against the Defendants may be prosecuted by the surviving spouse of the deceased. WIS. STAT. § 895.04.

5. Fed. R. Civ. P. 25(a) provides that a party has a period of ninety (90) days after notice of a party's death is suggested upon the record to file a motion for substitution of parties. This motion is timely in that the Notice and Suggestion of Death was filed on August 26, 2020.

6. A proposed First Amended Complaint alleging survival and wrongful death claims is attached hereto as **Exhibit A**.

7. Plaintiff's counsel has met and conferred with Defendants' counsel, who has indicated Defendants do not oppose the motion.

DATED: August 27, 2020

Respectfully Submitted,

THE HANNON LAW FIRM, LLC

By: /s/ Kevin S. Hannon
Kevin S. Hannon, Wis. Bar # 1034348
1641 Downing Street
Denver, Colorado 80218
Phone: (303) 861-8800
Email: khannon@hannonlaw.com
**DULY AUTHORIZED SIGNATURE OF KEVIN S. HANNON ON FILE AT THE HANNON LAW FIRM, LLC**