## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2020, a copy of the foregoing **UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL DEATH CLAIMS; [PROPOSED] ORDER** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Kevin S. Hannon
Kevin S. Hannon, Wis. Bar No. 1034348
khannon@hannonlaw.com
**DULY AUTHORIZED SIGNATURE OF KEVIN S. HANNON ON FILE AT THE HANNON LAW FIRM LLC**