UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** MARY LATASHA JONES, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | **Case No. 3:20-cv-11708 -FLW-LHG** |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 27, 2020 on behalf of Plaintiff Mary Latasha Jones.

Dated: August 27, 2020     Respectfully Submitted,

                                            By: /s/ Christopher R. Bagley

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 27, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/  Christopher R. Bagley