# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Tameka Yvette Jackson v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:20-cv-06826-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 4, 2020 on behalf of the plaintiff, Tameka Yvette Jackson.

Dated: August 28, 2020  　　　　　　　　　Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　　　**MOTLEY RICE LLC**

　　　　　　　　　　　　　　　　　　　　/s/ Carmen S. Scott
　　　　　　　　　　　　　　　　　　　　Carmen S. Scott
　　　　　　　　　　　　　　　　　　　　cscott@motleyrice.com
　　　　　　　　　　　　　　　　　　　　28 Bridgeside Blvd.
　　　　　　　　　　　　　　　　　　　　Mt. Pleasant, SC 29464
　　　　　　　　　　　　　　　　　　　　(843) 216-9160
　　　　　　　　　　　　　　　　　　　　(843) 216-9450 (Facsimile)

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 28, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

            **MOTLEY RICE LLC**

            /s/ Carmen S. Scott
            Carmen S. Scott