UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: SHIRLEY BARTSCHI, Plaintiffs, v. JOHNSON & JOHNSON, et al., Defendants. | Case No. 3:20-cv-11712-FLW-LHG |

**NOTICE OF FILING SHORT FORM COMPLAINT
– DIRECT FILE ACTION**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 27, 2020, on behalf of Plaintiff SHIRLEY BARTSCHI.

Dated: August 28, 2020     Respectfully Submitted,

                                                By:  /s/ *Timothy Hamilton*
                                                   Timothy M. Hamilton
                                                   Walker, Hamilton & Koenig LLP
                                                   50 Francisco Street, Ste. 460
                                                   San Francisco, CA 94133
                                                   415-986-3339 Phone
                                                    415-986-1618 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 28, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ *Timothy M. Hamilton*
      Timothy M. Hamilton