# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON** | |
| **TALCUM POWDER PRODUCTS** | Case No: 3:20-cv-11895 (FLW) (LHG) |
| **MARKETING, SALES PRACTICES** | MDL No. 2738 (FLW) (LHG) |
| **AND PRODUCTS LIABILITY** | |
| **LITIGATION** | |

**This document relates to:**
**SARAH COLEMAN, Individually and on behalf of**
**PRISCILLA ANN COLEMAN, Deceased**
**Case No: 3:20-cv-11895 (FLW)(LHG)**

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on, August 28, 2020 on behalf of Plaintiff, captioned above.

Dated:  August 28, 2020         Respectfully submitted,

                              */s/ Grant L. Davis*
                              Grant L. Davis
                              DAVIS, BETHUNE & JONES, LLC
                              1100 Main Street, Suite 2930
                              Kansas City, MO  64105
                              (816) 421-1600
                              (816) 472-5972 Fax
                              gdavis@dbjlaw.net
                              ***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

          /s/ Grant L. Davis
Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***