# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** **PHYLLIS-JEANNE BOWMAN,** Plaintiff, v. **JOHNSON & JOHNSON, et al.,** Defendants. | **Case No. 3:20-cv-11964-FLW-LHG** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that a Short Form Complaint with Jury Demand was filed on August 30, 2020, on behalf of Plaintiff Phyllis-Jeanne Bowman.

1

Dated: August 30, 2020                    Respectfully Submitted,

                                          By:  /s/ Christopher R. Bagley

## CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Christopher R. Bagley