# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br><br>PETER J. BUEHLER, ADMINISTRATOR OF THE ESTATE OF TAMMY JO BUEHLER<br><br>          Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>          Defendants. | MDL NO. 2738 (FLW) (LHG)<br><br><br><br><br>Case No. 3:20-cv-12062-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 31, 2020 on behalf of Plaintiff.

Dated: August 31, 2020    Respectfully Submitted,

By  /s/ Chad M. Tuschman
    Chad M. Tuschman, Esquire (0074534)
    Williams DeClark Tuschman Co., L.P.A.
    The Louisville Building
    626 Madison Avenue
    Suite 800
    Toledo, OH  43604-1110
    (419) 241-7700
    (419) 241-7778 FAX
    ctuschman@wdtlaw.org
    COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that August 31, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's EFC system.

By: /s/ Chad M. Tuschman
Chad M. Tuschman, Esquire