UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: VERONICA WILDER, Administratrix of the Estate of ROCKY LEE HENDRICKS BUFFALOE, deceased, <br><br>Plaintiff, <br><br>v. <br><br>JOHNSON & JOHNSON, et al., <br><br>Defendants. | Case No. 3:18-cv-05705-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on April 6, 2018, on behalf of Plaintiff Veronica Wilder, Administratrix of the Estate of Rocky Lee Hendricks Buffaloe, Deceased.

1

Dated: August 31, 2020	Respectfully Submitted,

By:  /s/ Christopher R. Bagley

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 31, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/  Christopher R. Bagley
August 31, 2020