UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Malm v. Johnson & Johnson, et al. Docket Number: 3:20-cv-10700 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jennifer Malm.

DATED: September 1, 2020

                                      Respectfully submitted,

                                      BY:    */s/ Edward Ruffo*
                                      Edward Ruffo
                                      Rheingold Giuffra Ruffo & Plotkin, LLP
                                      551 5th Ave, 29th Floor
                                      New York, NY 10176
                                      Office: (212) 684-1880
                                      Facsimile: (212) 689-8156
                                      eruffo@rheingoldlaw.com
                                      NJ Attorney ID: 017131992
                                      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

BY: */s/ Edward Ruffo*
Edward Ruffo
Rheingold Giuffra Ruffo & Plotkin, LLP
551 5th Ave, 29th Floor
New York, NY 10176
Office: (212) 684-1880
Facsimile: (212) 689-8156
eruffo@rheingoldlaw.com
NJ Attorney ID: 017131992
Attorneys for Plaintiff