UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Brenda Earnest, et al vs. Johnson & Johnson, et al. Case No.: 3:20-cv-10847 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Brenda Earnest, Individually and as Representative of the Estate of Betty Argo, Decased.

Dated: August 31, 2020.

                                                                 Respectfully Submitted by,

                                                                 /s/ *William L. Bross*
                                                                 William L. Bross
                                                                 Heninger Garrison Davis, LLC
                                                                  2224 First Avenue North
                                                                  Birmingham, AL  35203
                                                                  Telephone: (205) 326-3336
                                                                  Facsimile: (205) 380-8072
                                                                  Email: william@hgdlawfirm.com

                                                                *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 31, 2020 this document was filed and electronically served by way of the Court's electronic filing system.

/s/ *William L. Bross*
Of Counsel
