# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Sylvia Lagle vs. Johnson & Johnson, et al. Case No.: 3:19-cv-08359 | MDL No. 2738 (FLW) (LHG) |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to F.R.C.P. 25(a)(1), undersigned counsel hereby informs this Honorable Court of the Death of the plaintiff, Sylvia Lagle, on July 27, 2018.

Dated: September 1, 2020.

Respectfully Submitted by,
/s/ *William L. Bross*
William L. Bross
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 380-8072
Email: william@hgdlawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 1, 2020 this document was filed and electronically served by way of the Court's electronic filing system.

/s/ *William L. Bross*
Of Counsel