# NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
## N.C. VITAL RECORDS
### CERTIFICATE OF DEATH

**State File No.:** 2018910103 / D 127 716
**Registration District No.:** 0495
**Local No.:** 873
**County of Death:** Forsyth

**Decedent's Legal Name:** Sylvia Ann Lagle
**Last Name Prior to First Marriage:** Everhardt
**Sex:** F
**Age:** 77
**Date of Birth:** February 10, 1941
**Birthplace:** Davie/NC
**Date of Death:** July 27, 2018

**Place of Death:** Hospice facility
**Facility Name:** Kate B Reynolds Hospice Home
**City or Town:** Winston Salem
**County of Death:** Forsyth

**Marital Status:** Widowed
**Decedent's Usual Occupation:** Secretary
**Kind of Business/Industry:** Law Office

**Residence - State:** North Carolina
**County:** Davie
**City or Town:** Mocksville
**Inside City Limits:** No
**Zip Code:** 27028
**Was Decedent Ever in U.S. Armed Forces:** No
**Street and Number:** 363 Gladstone Road

**Decedent's Education:** Associate degree (e.g., AA, AS)
**Decedent of Hispanic Origin:** No, not Spanish/Hispanic/Latino
**Decedent's Race:** White

**Father/Parent Name:** Phillip Hamilton Everhardt
**Mother/Parent Name:** Annie Delora Foster

**Informant's Name:** Billy Lagle
**Relationship to Decedent:** Son
**Mailing Address:** 152 Guy Gaither Road, Harmony, NC 28634

**Method of Disposition:** Cremation
**Place of Disposition:** Guilford Cremation Service
**Location:** Greensboro, NC

**Signature of Funeral Director:** Nicholas P Miller
**License Number:** NCFS2920
**Name of Embalmer:** Not Embalmed

**Name and Address of Funeral Home:** EATON FUNERAL SERVICE, INC. 325 N. MAIN STREET MOCKSVILLE, NC 27028

### Medical Certification

**Part I - Immediate Cause:**
a. Ovarian Cancer

**Was an Autopsy Performed:** No
**Manner of Death:** Natural
**Was Case Referred to Medical Examiner:** No
**Time of Death (Approximate):** 3:45 PM
**Did Tobacco Use Contribute to Death:** Unknown
**If Female:** Not pregnant within past year

**Certifier:** Certifying physician/nurse practitioner/physician assistant
**License Number:** 2011-00944
**Date Signed:** 7-30-18
**Name and Address of Certifier:** Corbat, MD, 101 Hospice Ln, Winston Salem NC

**Date Filed:** AUG 02 2018

| STATE OF NORTH CAROLINA | File No. 18 E 280 |
|---|---|
| DAVIE County | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |

**IN THE MATTER OF THE ESTATE OF:**

Name: SYLVIA EVERHARDT LAGLE

# LETTERS
## TESTAMENTARY

G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

**Name And Address Of Fiduciary 1**
LISA LAGLE MARKLAND
175 WILLMAT LANE
MOCKSVILLE, NC 27028

**Title Of Fiduciary 1**
CO-EXECUTOR

**Name And Address Of Fiduciary 2**
WILLIAM H LAGLE, JR
152 GUY GAITHER ROAD
HARMONY, NC 28634

**Title Of Fiduciary 2**
CO-EXECUTOR

**Date Of Qualification**
08/28/2018

**Clerk Of Superior Court**
ELLEN E DRECHSLER

**EX OFFICIO JUDGE OF PROBATE**

**Date Of Issuance**

**Signature**

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

**SEAL**

**NOTE:** *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts