**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Sylvia Lagle vs. Johnson & Johnson, et al. Case No.: 3:19-cv-08359** | **MDL No. 2738 (FLW) (LHG)** |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Lisa Lagle Markland and William H. Lagle, Jr., next of kin to Sylvia Lagle and pursuant to Fed.R.Civ.P 25(a), moves to substitute themselves as Plaintiffs in this action based upon the death of Sylvia Lagle on July 27, 2018. Letters Testamentary issued to Lisa Lagle Markland and William H. Lagle, Jr. are attached as Exhibit A.

A Notice/Suggestion of Death was filed in this matter on September 1, 2020.

Dated: September 1, 2020.

Respectfully Submitted by,

/s/ *William L. Bross*
William L. Bross
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 380-8072
Email: william@hgdlawfirm.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 1, 2020 this document was filed and electronically served by way of the Court's electronic filing system.

/s/ <i>William L. Bross</i>
Of Counsel
