**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Sylvia Lagle vs. Johnson & Johnson, et al. Case No.: 3:19-cv-08359** | **MDL No. 2738 (FLW) (LHG)** |

## ORDER

Considering the foregoing Motion to Substitute;

**IT IS ORDERED** that the Plaintiff's Motion to Substitute Party is hereby **GRANTED**, and that Lisa Lagle Markland and William H. Lagle, Jr., on behalf of Sylvia Lagle, deceased, and the Estate of Sylvia Lagle, be substituted as the proper party plaintiffs.

DONE and ORDERED this _____ day of _____, _____.

_____
Hon. Freda L. Wolfson
United States District Judge