**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to: _____<br>Johnson v. Johnson & Johnson, et al._____<br>3:20-cv-10388-FLW-LGH_____ | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed on September 2, 2020 on behalf of Plaintiff Judith Johnson.

Respectfully submitted this 2nd day of September, 2020.

| **CHEELEY LAW GROUP, LLC** | **BARNES LAW GROUP, LLC** |
|---|---|
| /s/ Robert D. Cheeley_____ | /s/ John R. Bevis_____ |
| Robert D. Cheeley | Roy E. Barnes |
| Georgia Bar No. 122727 | Georgia Bar No. 039000 |
| Julia A. Merritt | John R. Bevis |
| Georgia Bar No. 159038 | Georgia Bar No. 056110 |
| 299 South Main Street, Suite A | Benjamin R. Rosichan |
| Alpharetta, GA  30009 | Georgia Bar No. 296256 |
| Phone: (770) 559-6365 | 31 Atlanta Street |
| bob@cheeleylawgroup.com | Marietta, GA  30060 |
| julia@cheeleylawgroup.com | Phone: (770) 227-6375 |
| | roy@barneslawgroup.com |
| | bevis@barneslawgroup.com |
| | brosichan@barneslawgroup.com |

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 2nd day of September, 2020.

**BARNES LAW GROUP, LLC**

s/ John R. Bevis_____
John R. Bevis
Georgia Bar No. 056110