## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| _____ | |
| CAROLYN FAYE HARRINGTON, | **Case No. 3:20-cv-12319-FLW-LHG** |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 3, 2020, on behalf of Plaintiff Carolyn Faye Harrington.

1

Dated: September 3, 2020                    Respectfully Submitted,


                                            By:  /s/ Christopher R. Bagley

## CERTIFICATE OF SERVICE

I hereby certify that, on Sept. 3, 2020,   the above and foregoing Notice of

Filing Short Form Complaint was filed electronically and is available for

viewing through the Court's electronic filing system.  A true and correct copy

has been served upon all counsel of record via the Court's ECF system.


/s/   Christopher R. Bagley