UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No: 3:20-cv-12374 (FLW) (LHG) <br> MDL No. 2738 (FLW) (LHG) |

**This document relates to:**
**KRISTINE HARE, Individually**
Case No: 3:20-cv-12374 (FLW)(LHG)

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on, September 5, 2020 on behalf of Plaintiff, captioned above.

Dated: September 6, 2020                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Grant L. Davis*
　　　　　　　　　　　　　　　　　　　　　　　　Grant L. Davis
　　　　　　　　　　　　　　　　　　　　　　　　DAVIS, BETHUNE & JONES, LLC
　　　　　　　　　　　　　　　　　　　　　　　　1100 Main Street, Suite 2930
　　　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO  64105
　　　　　　　　　　　　　　　　　　　　　　　　(816) 421-1600
　　　　　　　　　　　　　　　　　　　　　　　　(816) 472-5972 Fax
　　　　　　　　　　　　　　　　　　　　　　　　gdavis@dbjlaw.net
　　　　　　　　　　　　　　　　　　　　　　　　***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ Grant L. Davis*
Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***