**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Case No: 3:20-cv-12381 (FLW) (LHG)** <br> **MDL No. 2738 (FLW) (LHG)** |

**This document relates to:**
**LISA PERRY, Individually**
**Case No: 3:20-cv-12381 (FLW)(LHG)**

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on, September 6, 2020 on behalf of Plaintiff, captioned above.

Dated:  September 6, 2020               Respectfully submitted,

                                                        */s/ Grant L. Davis*
                                                  Grant L. Davis
                                                  DAVIS, BETHUNE & JONES, LLC
                                                  1100 Main Street, Suite 2930
                                                  Kansas City, MO  64105
                                                  (816) 421-1600
                                                  (816) 472-5972 Fax
                                                  gdavis@dbjlaw.net
                                                  ***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                */s/ Grant L. Davis*
                                       Grant L. Davis
                                       DAVIS, BETHUNE & JONES, LLC
                                       1100 Main Street, Suite 2930
                                       Kansas City, MO  64105
                                       (816) 421-1600
                                       (816) 472-5972 Fax
                                       gdavis@dbjlaw.net
                                       ***Counsel for Plaintiff***