UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Tammy Rodriguez, 3:20-CV-12387 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on September 7, 2020 on behalf of Plaintiff Tammy Rodriguez.

Dated:  September 7, 2020           Respectfully Submitted,

                                                               /s/ Jeff Benton
                                                               Jeff Benton
                                                               The Benton Law Firm
                                                               1825 Market Center Blvd., Suite 350
                                                               Dallas, Texas 75207
                                                               Telephone: (214) 777-7777
                                                               Facsimile: (214) 615-2950
                                                               Jeff@TheBentonLawFirm.com

                                                               **Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  September 7, 2020                  /s/ Jeff Benton
                                                                Jeff Benton