IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, PRODUCTS LIABILITY LITIGATION : : : : : : : THIS DOCUMENT RELATES TO : : Rodella Brown-Harrison 17-cv-00080 : Sherry Hurley 17-cv-08585 : Susan Frankenberry 17-cv-08821 : Cheryl Journey 17-cv-11784 : Kathleen Basilio 17-cv-11793 : Mary Prince 18-cv-00714 : Patricia Tollari 18-cv-01292 : Camille Zanni 18-cv-02233 : Tammy Tabor 18-cv-09161 : | MDL NO 16-2738 (FLW)(LHG) |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of plaintiffs Rodella Brown-Harrison, Sherry Hurley, Susan Frankenberry, Cheryl Journey, Kathleen Basilio, Mary Prince, Patricia Tollari, Camille Zanni, and Tammy Tabor.

Respectfully Submitted by,

**NASS CANCELLIERE**

*/s/ Michael J. Brown*
MICHAEL J. BROWN, #322666 PA
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Telephone:  (215) 546-8200
Facsimile:  (215) 545-1591
mbrown@nasscancelliere.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of September, 2020.

                                                   _/s/ **Michael J. Brown**_
                                                 MICHAEL J. BROWN