**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: <u>James Sustson, individually and as personal representative of the estate of Rebecca Stutson v. Johnson & Johnson, et al.</u> | Civil Action No. 3:19-cv-17546-FLW-LHG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Plaintiff REBECCA STUTSON in the above-captioned matter. A request is hereby made that notices given or required be given in this case and all pleadings and other papers filed in this matter be served upon this counsel.

DATED: September 8, 2020

Respectfully Submitted,

/s/ Joshua H. Dorminy
STEPHEN G. LOWRY
Georgia Bar No. 460289
JED D. MANTON
Georgia Bar No. 868587
MADELINE E. McNEELEY
Georgia Bar No. 460652
JOSHUA H. DORMINY
Georgia Bar No. 822360
Attorneys for Plaintiff

1201 Peachtree St. NE, Suite 900
Atlanta, GA 30361
Telephone: (404) 961-7650
Facsimile: (404) 961-7651
steve@hlmlawfirm.com
jed@hlmlawfirm.com
molly@hlmlawfirm.com
jdorminy@hlmlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/Joshua H. Dorminy
JOSHUA H. DORMINY
Georgia Bar No. 822360
jdorminy@hlmlawfirm.com