## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br><br>Chester R. Stanger on behalf of Georgann Stanger, Deceased, v. Johnson & Johnson, et al.<br>*Case No. 3:20-cv-12285* | MDL No. 2738 (FLW) (LHG) |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 3, 2020 on behalf of Plaintiff Chester R. Stanger.

Dated: September 8, 2020

Respectfully Submitted by,

 */s/ Laurence S. Berman*
Laurence S. Berman
Michael M. Weinkowitz
Levin Sedran & Berman LLP
510 Walnut Street, Ste 500
Philadelphia, PA  19106
Tel (215) 592-1500/Fax (215) 592-4663
Lberman@lfsblaw.com
MWeinkowitz@lfsblaw.com

*Counsel for Plaintiffs*