UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| MARY POE McFARLAND,  Plaintiff,  v.  JOHNSON & JOHNSON, et al.,  Defendants. | **Case No. 3:20-cv-12427-FLW-LHG** |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 8, 2020, on behalf of Plaintiff Mary Poe McFarland.

1

Dated: September 8, 2020       Respectfully Submitted,

By: /s/ Christopher R. Bagley

## **CERTIFICATE OF SERVICE**

I hereby certify that, on Sept. 8, 2020, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/   *Christopher R. Bagley*
September 8, 2020