# Exhibit A

# Tram Nguyen

| | |
|---|---|
| **From:** | Michelle Parfitt |
| **Sent:** | Tuesday, September 08, 2020 1:00 PM |
| **To:** | Tram Nguyen |
| **Cc:** | Michelle Parfitt |
| **Subject:** | Fwd: Plaintiffs Profile Forms submitted through MDL Centrality |

**Michelle A. Parfitt**
Senior Partner

Ashcraft & Gerel, LLP
1825 K Street NW, Suite 700
Washington, DC 20006
Office: 202.783.6400
Mobile: 202.669.0032
Fax: 202.416.6392
mparfitt@ashcraftlaw.com



Begin forwarded message:

**From:** "Sharko, Susan M" <susan.sharko@faegredrinker.com>
**Subject: RE: Plaintiffs Profile Forms submitted through MDL Centrality**
**Date:** September 3, 2020 at 9:26:31 AM EDT
**To:** Michelle Parfitt <MParfitt@ashcraftlaw.com>
**Cc:** "Leigh.ODell@beasleyallen.com" <Leigh.ODell@beasleyallen.com>, "Sindhu Daniel" <sdaniel@baronbudd.com>

You all obviously had a late night.  Not sure what you are asking here.  It was quite disappointing to see that the majority of the fact sheets didn't come in until the last day, compressing our review time.   You will see that our notices, going out today, provide a short grace period to enable plaintiffs to correct their deficiencies.   Given the schedule in place, we do not agree to do nothing until Friday as that would prejudice our review.   Thanks.   Susan.

**From:** Michelle Parfitt <MParfitt@ashcraftlaw.com>
**Sent:** Thursday, September 3, 2020 12:09 AM
**To:** Sharko, Susan M <susan.sharko@faegredrinker.com>
**Cc:** Leigh.ODell@beasleyallen.com; Sindhu Daniel <sdaniel@baronbudd.com>; Michelle Parfitt <MParfitt@ashcraftlaw.com>
**Subject:** Plaintiffs Profile Forms submitted through MDL Centrality

**This Message originated outside your organization.**

Good evening Susan,

 Our records reflect that as of this evening  925 Plaintiff Profile Forms (PPF) have been uploaded  and submitted to  JJ through  MDL  Centrality  It appears that there are  15 Dismissals and  49 cases that have not been submitted or served. There could be many reasons for this discrepancy , including issues with data entry, duplicate cases , or that cases have been voluntarily dismissed. We would like to take the opportunity tomorrow to reconcile the  remaining cases with the representative firms and confirm which cases  remain after any pending voluntary dismissals,  duplication issues or data entry errors. We trust that you will agree to provide us with the opportunity  to perform the  reconciliation and address any issues by Friday , September 4th, as this will not prejudice  JJ's review.

Kind regards,
Michelle, Leigh & Sindhu

**Michelle A. Parfitt**
Senior Partner

Ashcraft & Gerel, LLP
1825 K Street NW, Suite 700
Washington, DC 20006
Office: 202.783.6400
Mobile: 202.669.0032
Fax: 202.416.6392
mparfitt@ashcraftlaw.com



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, may contain confidential and privileged information, either as protected attorney work product or confidential client information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.