**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | 3:16-md-02738-FLW-LHG |

*This document relates to:*

*Sherry Skorupa and Edward Skorupa, her husband v. Johnson & Johnson, et al.*
*Case No. 3:20-cv-12339*
_____/

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on September 4, 2020 on behalf of the Plaintiffs, Sherry Skorupa and Edward Skorupa.

Dated: September 9, 2020.

                                      Respectfully submitted,

                                      /s/ Joseph H. Saunders
                                      Joseph H. Saunders, Esquire
                                      SAUNDERS & WALKER, P.A.
                                      3491 Gandy Blvd. North, Ste. 200
                                      Pinellas Park, FL 33780-1637
                                      (727) 579-4500, FAX (727) 577-9797
                                      FBN 341746
                                      joe@saunderslawyers.com
                                      *Counsel for Plaintiffs*

1