## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>-------------------------------------------<br><br>*This relates to all cases listed on Exhibit A* | MDL No. 3:16-md-02738<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINTS PURSUANT TO RULE 41(b)** |

**TO:**  *All Counsel of Record*

**COUNSEL:**

**PLEASE TAKE NOTICE** that Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Defendants"), will move before this Court on October 5, 2020, or as soon thereafter as counsel may be heard, pursuant to Fed. R. Civ. P. 41(b), for an Order dismissing plaintiffs' complaints for failure to comply with this Court's May 15, May 26, and June 4, 2020 Orders.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion to Dismiss, Defendants will rely upon the accompanying Letter Brief in Support.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is attached.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

ACTIVE.124982494.01

Respectfully submitted,

*/s/ Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ  07932-1047
Telephone:    (973) 549-7000
Facsimile:     (973) 360-9831
Email:  susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

Dated:  September 9, 2020

2

# **EXHIBIT A**

| No. | Full Name | Case No. | Firm |
|---|---|---|---|
| 1. | Smith, Pauline | 3:18-cv-14853 | Burns Charest LLP |
| 2. | Stallings, Elizabeth | 3:18-cv-00274 | Burns Charest LLP |
| 3. | Gray, Martha | 3:18-cv-00519 | Burns Charest LLP |
| 4. | Stewart, Kathlene | 3:19-cv-17655 | Burns Charest LLP |
| 5. | Wagoner, Earline | 3:18-cv-05820 | Burns Charest LLP |
| 6. | Cunningham, Theresa | 3:16-cv-07889 | Burns Charest LLP // Burns Charest LLP // Meierhenry Sargent, LLP |
| 7. | Cowart, Deniria | 3:19-cv-22157 | Driscoll Firm, P.C. |
| 8. | Castillo, Lorraine | 3:19-cv-00576 | Fears Nachawati Law Firm |
| 9. | Richards, Duane | 3:18-cv-14654 | Fears Nachawati Law Firm |
| 10. | Rodgers, Michelle | 3:19-cv-15158 | Fears Nachawati Law Firm |
| 11. | Bynam, Denise | 3:19-cv-13428 | Kiesel Law, LLP // LAW OFFICE OF HAYTHAM FARAJ // Martinian & Associates, Inc. |
| 12. | Hartman, Pamela | 3:20-cv-01264 | Morgan & Morgan |
| 13. | Conley, Alexis | 3:18-cv-11677 | Murphy, Falcon & Murphy, P.A. |
| 14. | Baxter, Corrine | 3:17-cv-07780 | The Dugan Law Firm |
| 15. | Joseph, Shintelle | 3:16-cv-07465 | The Dugan Law Firm |

ACTIVE.124982494.01