

faegredrinker.com

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

September 9, 2020

**VIA ECF**

Honorable Freda L. Wolfson, Chief Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 5E
Trenton, NJ 08608

*Re:  In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Chief Judge Wolfson:

Please accept this letter in support of defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Motion to Dismiss for failure to comply with the Court's May 15, May 26, and June 4, Orders regarding case-specific discovery for Stage One discovery pool cases.

As of this filing, the 15 discovery pool plaintiffs listed in attached Exhibit A have failed to comply with the Court's orders requiring them to provide a completed Plaintiff Profile Form ("PPF") and supporting documents by the September 2, 2020 deadline.  Specifically, the June 4, 2020 Order [Doc. No. 13525] directed that:

> Within 90 days from the entry of this Order, plaintiffs in each of the Selected Cases shall: (1) produce a fully complete and verified Plaintiff Profile Form, the form of which was attached to the Order of May 26, 2020, as Exhibit B; (2) produce executed medical record retrieval authorizations, the form of which was attached to the Court's Order of May 26, 2020, as Exhibit C; and (3) promptly order and produce core records pursuant to Paragraph 2 of the May 15, 2020 Order.

ACTIVE.124981670.01

Honorable Freda L. Wolfson,
Chief Judge

-2-

September 9, 2020

    Despite knowing of their basic discovery obligations for months, these discovery pool plaintiffs have not produced *any* discovery as required by the Orders.  *See also* May 15, 2020 Order [Doc. No. 13317], ¶ 2; May 26, 2020 Order [Doc. No. 13428], ¶ 6.  Defendants notified plaintiffs (through counsel) of their failure to comply and allowed them an opportunity to cure their deficiencies to no avail.  Only one plaintiff whose case is the subject of this motion responded at all – the Kiesel firm on *Bynam* asking for an extension of time for 15 days because they cannot find their client.

    Pursuant to Rule 41(b), "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."  Discovery and case preparation efforts have stalled in these actions due to plaintiffs' continued refusal to comply with the Court-ordered discovery.  Defendants therefore respectfully request that plaintiffs' cases be dismissed with prejudice pursuant to Rule 41(b).

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Susan M. Sharko*
Susan M. Sharko
FAEGRE DRINKER BIDDLE
 & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: 973-549-7350
Facsimile:  973-360-9831
E-mail: susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

cc:    All Counsel of Record (via ECF)

| Honorable Freda L. Wolfson, Chief Judge | -3- | September 9, 2020 |

# **EXHIBIT A**

| No. | Full Name | Case No. | Firm |
|---|---|---|---|
| 1. | Smith, Pauline | 3:18-cv-14853 | Burns Charest LLP |
| 2. | Stallings, Elizabeth | 3:18-cv-00274 | Burns Charest LLP |
| 3. | Gray, Martha | 3:18-cv-00519 | Burns Charest LLP |
| 4. | Stewart, Kathlene | 3:19-cv-17655 | Burns Charest LLP |
| 5. | Wagoner, Earline | 3:18-cv-05820 | Burns Charest LLP |
| 6. | Cunningham, Theresa | 3:16-cv-07889 | Burns Charest LLP // Burns Charest LLP // Meierhenry Sargent, LLP |
| 7. | Cowart, Deniria | 3:19-cv-22157 | Driscoll Firm, P.C. |
| 8. | Castillo, Lorraine | 3:19-cv-00576 | Fears Nachawati Law Firm |
| 9. | Richards, Duane | 3:18-cv-14654 | Fears Nachawati Law Firm |
| 10. | Rodgers, Michelle | 3:19-cv-15158 | Fears Nachawati Law Firm |
| 11. | Bynam, Denise | 3:19-cv-13428 | Kiesel Law, LLP // LAW OFFICE OF HAYTHAM FARAJ // Martinian & Associates, Inc. |
| 12. | Hartman, Pamela | 3:20-cv-01264 | Morgan & Morgan |
| 13. | Conley, Alexis | 3:18-cv-11677 | Murphy, Falcon & Murphy, P.A. |
| 14. | Baxter, Corrine | 3:17-cv-07780 | The Dugan Law Firm |
| 15. | Joseph, Shintelle | 3:16-cv-07465 | The Dugan Law Firm |