**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br>------------------------------------------<br>*This relates to all cases listed on Exhibit A* | MDL No. 3:16-md-02738<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINTS** |
|---|---|

**THIS MATTER**, having been brought before the Court on motion by Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Defendants"), for entry of an Order dismissing plaintiffs' complaints, as set forth in attached Exhibit A, with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with this Court's May 15, May 26, and June 4, 2020 Orders; and the Court having considered the moving papers and any opposition thereto; and having considered the arguments of counsel, if any; and for good cause shown;

IT IS on this _____ day of ____________________, 2020

**ORDERED** as follows:

1. Defendants' Motion to Dismiss plaintiffs' complaints pursuant to Rule 41(b) is hereby **GRANTED**.

2. Plaintiffs' complaints, as set forth in attached Exhibit A, are hereby dismissed with prejudice.

_____________________________________
Hon. Freda L. Wolfson,
U.S. Chief District Judge

# EXHIBIT A

| No. | Full Name | Case No. | Firm |
|---|---|---|---|
| 1. | Smith, Pauline | 3:18-cv-14853 | Burns Charest LLP |
| 2. | Stallings, Elizabeth | 3:18-cv-00274 | Burns Charest LLP |
| 3. | Gray, Martha | 3:18-cv-00519 | Burns Charest LLP |
| 4. | Stewart, Kathlene | 3:19-cv-17655 | Burns Charest LLP |
| 5. | Wagoner, Earline | 3:18-cv-05820 | Burns Charest LLP |
| 6. | Cunningham, Theresa | 3:16-cv-07889 | Burns Charest LLP // Burns Charest LLP // Meierhenry Sargent, LLP |
| 7. | Cowart, Deniria | 3:19-cv-22157 | Driscoll Firm, P.C. |
| 8. | Castillo, Lorraine | 3:19-cv-00576 | Fears Nachawati Law Firm |
| 9. | Richards, Duane | 3:18-cv-14654 | Fears Nachawati Law Firm |
| 10. | Rodgers, Michelle | 3:19-cv-15158 | Fears Nachawati Law Firm |
| 11. | Bynam, Denise | 3:19-cv-13428 | Kiesel Law, LLP // LAW OFFICE OF HAYTHAM FARAJ // Martinian & Associates, Inc. |
| 12. | Hartman, Pamela | 3:20-cv-01264 | Morgan & Morgan |
| 13. | Conley, Alexis | 3:18-cv-11677 | Murphy, Falcon & Murphy, P.A. |
| 14. | Baxter, Corrine | 3:17-cv-07780 | The Dugan Law Firm |
| 15. | Joseph, Shintelle | 3:16-cv-07465 | The Dugan Law Firm |