## CERTIFICATION OF SERVICE

I hereby certify that on September 9, 2020, a true and correct copy of the foregoing MOTION TO DISMISS was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                                      /s/ Jessica L. Brennan
Jessica L. Brennan
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932-1047
Phone:   (973) 549-7164
Fax:      (973) 360-9831
Email: jessica.brennan@faegredrinker.com