# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Catherine Green vs. Johnson & Johnson, et al. Case No. 3:18-CV-15782-FLW-LHG | **Case No. 3:16-md-2738 (FLW)(LHG)**<br>**MDL No. 2738 (FLW) (LHG)** |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to F.R.C.P. 25(a)(1), undersigned counsel hereby informs this Honorable Court of the Death of the plaintiff, Catherine Green on February 28, 2019 (*See* **Exhibit 1**). Counsel respectfully informs this Court that contemporaneously with this Suggestion of Death, Plaintiff will file a Motion to Substitute and Leave to File Amended Short Form Complaint for Temple Diehl Mechella, who is the surviving heir and adult daughter of Catherine Green.

Dated: September 4, 2020

/s/ Keith D. Griffin
Keith D. Griffin
Alexa F. Galloway
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

*Attorneys for Plaintiff Catherine Green*

# Exhibit "1"

# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2019034850  **DATE ISSUED:** MARCH 6, 2019

**DATE FILED:** MARCH 6, 2019

### DECEDENT INFORMATION

NAME: CATHERINE  CLIFFORD  GREEN

DATE OF DEATH: FEBRUARY 28, 2019    SEX: FEMALE    AGE: 074 YEARS
DATE OF BIRTH: OCTOBER 31, 1944    SSN: \*\*\*-\*\*-1368
BIRTHPLACE: SOUTH BEND, INDIANA, UNITED STATES
PLACE WHERE DEATH OCCURRED:    HOSPICE
FACILITY NAME OR STREET ADDRESS: WILLIAM CHILDS HOSPICE HOUSE
LOCATION OF DEATH: PALM BAY, BREVARD COUNTY, 32907
RESIDENCE: 2183 WOODFIELD CIRCLE, WEST MELBOURNE, FLORIDA 32904, UNITED STATES
COUNTY: BREVARD
OCCUPATION, INDUSTRY: MARKETING AND PUBLIC RELATIONS, TELEVISION COMMERCIALS
EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE    EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME:   JEFFRY  KEITH  GREEN
FATHER'S/PARENT'S NAME:   TEMPLE  Z  CLIFFORD
MOTHER'S/PARENT'S NAME:   CAROL  RUTH  KIDD

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME:   TEMPLE  DIEHL  MECCHELLA
RELATIONSHIP TO DECEDENT:   DAUGHTER
INFORMANT'S ADDRESS: 2183 WOODFIELD CIRCLE, WEST MELBOURNE, FLORIDA 32904, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: MICHAEL W AMMEN, F046377
FUNERAL FACILITY:   AMMEN FAMILY CREMATION AND FUNERAL CARE-MELBOURNE F041850
    1001 SOUTH HICKORY ST, MELBOURNE, FLORIDA 32901
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION:   SPACE COAST CREMATORY
    MELBOURNE, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN    MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 1420    DATE CERTIFIED: MARCH 5, 2019
CERTIFIER'S NAME:  RUDDY EDUARDO RUIZ
CERTIFIER'S LICENSE NUMBER:  ME68400
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER):   NOT ENTERED

The first five digits of the decedent's Social Security Number, has been redacted pursuant to §119.071(5), Florida Statutes.

_Ken Jones_, STATE REGISTRAR

REQ: 2020215037

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.



DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD     Florida HEALTH

VOID IF ALTERED OR ERASED

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10 2020, a copy of the foregoing **NOTICE AND SUGGESTION OF DEATH** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Keith D. Griffin
Keith D. Griffin