UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Catherine Green vs. Johnson & Johnson, et al.<br>Case No. 3:18-CV-15782-FLW-LHG | **Case No. 3:16-md-2738 (FLW)(LHG)**<br>**MDL No. 2738 (FLW) (LHG)** |

**MOTION FOR SUBSTITUTION OF PARTY UNDER RULE 25(A)(1)**

COMES NOW Temple Diehl Mechella, surviving heir and daughter of Catherine Green and pursuant to Fed.R.Civ.P. 25(a), moves to substitute herself as Plaintiff in this action based upon the death of Catherine Green on February 28, 2019.

A Notice/ Suggestion of Death was filed in this matter contemporaneously on September 4, 2020.

Dated: September 4, 2020

/s/ Keith D. Griffin
Keith D. Griffin
Alexa F. Galloway
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017-1904
(213) 977-0211

*Attorneys for Plaintiff Catherine Green*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10 2020, a copy of the foregoing **MOTION FOR SUBSTITUTION OF PARTY UNDER RULE 25(A)(1)** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Keith D. Griffin
Keith D. Griffin