UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br>*Roy Robertson as the Personal Representative of the Estate of Grace Robertson* | Civil Action: 3:20-cv-12558-FLW-LHG<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 11, 2020 on behalf of Plaintiffs *Roy Robertson, as the Personal Representative of the Estate of Grace Robertson.*

Dated: September 11, 2020

Respectfully Submitted by,

MCGOWAN, HOOD & FELDER, LLC

*/s/ James L. Ward, Jr.*
James L. Ward, Jr.
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Phone: 843-388-7202
jward@mcgowanhood.com

S. Randall Hood
1539 Health Care Drive
Rock Hill, SC 29732
Phone: 803-327-7800
rhood@mcgowanhood.com

John Gressette Felder, Jr.
1517 Hampton Street
Columbia, SC 29201
Phone: 803-779-0100
jfelder@mcgowanhood.com

***Counsel for Plaintiff(s)***

## **CERTIFICATE OF SERVICE**

 I hereby certify that on September 11, 2020, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

          MCGOWAN, HOOD & FELDER, LLC

          */s/ James L. Ward, Jr.*
          James L. Ward, Jr.
          321 Wingo Way, Suite 103
          Mt. Pleasant, SC 29464
          Phone: 843-388-7202
          jward@mcgowanhood.com