# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Deniria Cowart<br><br>Case 3:19-cv-22157-FLW-LHG | MDL No. 2738 (FLW) (LHG) |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARILY DISMISSAL UNDER FED. R. CIV. P. 41(a)(2)**

Plaintiff Deniria Cowart having filed a motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the court being fully advised; now, therefore,

IT IS ORDERED that plaintiffs' motion is granted and, further, that the above actions are dismissed, without prejudice and without costs.

SO ORDERED this _____ day of _____, 2020.

_____
Hon. Freda L. Wolfson, U.S.D.J.