## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| DAVID E. SCOTT, Individually and as Personal Representative of the ESTATE OF JENNIFER M. THOMAS, deceased, | Civil Action No: 3:20-cv-12179 |
| Plaintiff, | DIRECT FILED ACTION |
| v. | |
| JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on September 1. 2020 on behalf of David E. Scott, Individually and as Personal Representative of the Estate of Jennifer M. Thomas, deceased.

Dated: September 15, 2020

Respectfully submitted:

*/s/ mg/*

_____
MICHAEL GOETZ, ESQUIRE
Florida Bar No. 963984
Morgan & Morgan
Complex Litigation Group
One Tampa City Center, 7th Floor
201 N. Franklin Street
Tampa, Florida 33602
Telephone (813) 223-5505
Facsimile (813) 223-5402
E-Mail: MGoetz@forthepeople.com
Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system September 15, 2020.

      /s/ Michael Goetz
      Attorney for Plaintiff