UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Elisabeth Colucci v. Johnson & Johnson, Inc. et. al* <br> Case No.: 3:20-cv-12696 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Elisabeth Colucci.

Dated: September 15, 2020

Respectfully submitted,

By: */s/ Nicholas J. Shemik*
Nicholas J. Shemik (NY #5316542)
**THE DIETRICH LAW FIRM P.C.**
101 John James Audubon Parkway
Buffalo, New York 14228
(716) 839-3939 (Tel)
(716) 970-4550 (Fax)
nshemik@calljed.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of September, 2020.

*/s/ Nicholas J. Shemik*