UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:**<br><br>*ANNE HERMILLER v. JOHNSON & JOHNSON, et al.* | Civil Action No. 3:17-cv-11249-FLW-LHG |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL DEATH CLAIMS**

THIS MATTER having been opened to the Court upon an unopposed application of SIMMONS HANLY CONROY, attorneys for the Estate of Anne Hermiller, for an Order allowing Gerald Hermiller leave to substitute the plaintiff under Fed. R. Civ. P. 25(a)(1) and to file the First Amended Complaint, upon notice to all counsel of record, and with full consideration of all matters brought before this Court regarding the motion, and for good cause shown:

IT IS HEREBY on this _____ day of _____ 2020.

ORDERED that the Unopposed Motion for Substitution of Plaintiff under Rule 25(a)(1) and for Leave to File Plaintiff's Fist Amended Complaint, be and hereby is GRANTED. Plaintiff is to file the First Amended Complaint within _____ days of the entry of this Order.

**IT IS SO ORDERED.**

                                                                      _____
                                                                      Hon. Freda L. Wolfson
                                                                      UNITED STATES DISTRICT COURT JUDGE