## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, a copy of the foregoing UNOPPOSED

MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE

TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL

DEATH CLAIMS and [PROPOSED] ORDER were filed electronically.  Notice of this filing

will be sent by operation of the Court's electronic filing system to all parties indicated on the

electronic filing receipt. Parties may access this filing through the Court's system.


/s/ Trent B. Miracle
Trent B. Miracle, IL#6281491
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonsfirm.com

Attorneys for Plaintiff