UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>SARAH FANG<br><br>               **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>               **Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-08894<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the court's Case Management Order's that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on July 14, 2020 on behalf of Plaintiff Sarah Fang.

Dated: September 15, 2020                 Respectfully Submitted,

                                                 By:   */s/ T. Christopher Pinedo*
                                                         T. Christopher Pinedo
                                                         HILLIARD MARTINEZ GONZALES, LLP
                                                         719 South Shoreline Boulevard
                                                         Corpus Christi, Texas 78374
                                                         Phone:  361.882.1612
                                                         Fax:  361.882.3015
                                                         cpinedo@hmglawfirm.com

                                                         Attorneys for Plaintiff Sarah Fang

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*
