## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>CHRISTINA RHEA-GUY<br><br>                Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>                Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-11546<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the court's Case Management Order's that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on June 7, 2019 on behalf of Plaintiff Christina Rhea-Guy.

Dated: September 15, 2020          Respectfully Submitted,

                                         By:   */s/ T. Christopher Pinedo*
                                              T. Christopher Pinedo
                                              HILLIARD MARTINEZ GONZALES, LLP
                                              719 South Shoreline Boulevard
                                              Corpus Christi, Texas 78374
                                              Phone: 361.882.1612
                                              Fax: 361.882.3015
                                              cpinedo@hmglawfirm.com

                                              Attorneys for Plaintiff Christina Rhea-Guy

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*

2