UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>LILLIAN PARKS<br><br>     **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>     **Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-09215<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the court's Case Management Order's that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on July 21, 2020 on behalf of Plaintiff Lillian Parks.

Dated: September 15, 2020    Respectfully Submitted,

              By:  /s/ T. Christopher Pinedo
                T. Christopher Pinedo
                HILLIARD MARTINEZ GONZALES, LLP
                719 South Shoreline Boulevard
                Corpus Christi, Texas 78374
                Phone:  361.882.1612
                Fax:  361.882.3015
                cpinedo@hmglawfirm.com

                Attorneys for Plaintiff Lillian Parks

## CERTIFICATE OF SERVICE

I hereby certify that September 15, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*