UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  TALCUM POWDER PRODCUTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Drew H. Sadler as the Proposed Representative of the Estate of Suzan L. Sadler  v. Johnson & Johnson, et al.* | 3:16-MD-2738 (CCC)(MF)<br>(MDL2738)<br><br>3:20-cv-12729-CCC-MF |

## **ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiff in the above captioned matter.

DATED: September 15, 2020

                                                    Respectfully submitted,

                                                    /s/ Christopher LoPalo
                                                   Christopher LoPalo, Esq.
                                                   Napoli Shkolnik PLLC
                                                   400 Broadhollow Rd., Suite 305
                                                   Melville, NY 11747
                                                   Tel: (212) 397-1000
                                                   CLoPalo@NapoliLaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 15, 2020

                                                /s/ Christopher LoPalo
                                              Christopher LoPalo, Esq.