LARRY HELVEY LAW FIRM
2735 1st Avenue SE, Suite 101
Cedar Rapids, IA  52402
*Attorney for Brenda Glessner-McKee*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Brenda Glessner-McKee v. Johnson & Johnson, et al.   Case No. 3:20-cv-07129 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 11, 2020 on behalf of Plaintiff Brenda Glessner-McKee.

*/s/ Larry D. Helvey, M.D., J.D.*
Larry Helvey
Larry Helvey Law Firm
2735 1st Avenue SE, Suite 101
Cedar Rapids, IA  52402
Phone:  319-362-0421
Fax: 319-362-3496
Email:  lhelvey@helveylaw.com
Attorney for Plaintiff

Dated: June 30, 2020

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Wendy A. Dunn*
Wendy A. Dunn