**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** **JUDGE FREDA L. WOLFSON** **MAG. JUDGE LOIS H. GOODMAN** |
| **THIS DOCUMENT RELATES TO:** | |
| *NANCY M. O'MALLEY v. JOHNSON & JOHNSON, ET AL.* | |
| Case No.: 3:20-cv-12737 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Nancy M. O'Malley.

Dated:  September 15, 2020                      Respectfully submitted,

                                    **DALIMONTE RUEB LLP**

                                    By: */s/ Jennifer L. Orendi*
                                    Jennifer L. Orendi (DC #489615)
                                    John A. Dalimonte (MA #554554)
                                    Gregory D. Rueb (CA #154589)
                                    1250 Connecticut Avenue NW, Suite 200
                                    Washington, DC 20036
                                    202-538-2790 (Tel)
                                    202-261-3508 (Fax)
                                    jorendi@drlawllp.com
                                    john@drlawllp.com
                                    greg@drlawllp.com

                                    ATTORNEYS FOR PLAINTIFF