```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.     Date: September 15, 2020
COURT REPORTER: Carol Farrell

TITLE OF CASE:
                                     CIVIL: 16-2738(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:

Leigh O'Dell, Esq., Michelle A. Parfitt, Esq., Christopher Placitella, Esq., Sindhu Daniel, Esq. for Plaintiffs.

John Beisner, Esq., Susan Sharko, Esq., Alison Brown, Jessica Brennan, Esq. for Johnson & Johnson defendants.


NATURE OF PROCEEDINGS: STATUS CONFERENCE

Status Conference held Via Zoom on the record.
Status Conference set for October 13, 2020 at 2:00 P.M. Via Zoom.


TIME COMMENCED: 1:30 P.M.
TIME ADJOURNED: 2:00 P.M.          *s/Jacqueline Merrigan*
TOTAL TIME: 30 minutes              Deputy Clerk