UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>REBECCA WILLIAMSON, as Special Administrator of the Estate of ANGELLA GARRIE, Deceased<br><br>                **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC.<br><br>                **Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:20-cv-10476<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Oder's that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on August 14, 2020 on behalf of Plaintiff, Rebecca Williamson, as Special Administrator of the Estate of Angella Garrie, Deceased.

Dated: September 16, 2020

Respectfully Submitted,

By: */s/ Monte Sharits*
Monte Sharits
ODOM LAW FIRM, P.A.
161 W. Van Asche Loop, Ste. 1
Fayetteville, AR 72703
Ph: (479) 442-7575
Fax: (479) 442-9008
msharits@odomfirm.com

ATTORNEY FOR PLAINTIFF