## **CERTIFICATE OF SERVICE**

      I hereby certify that September 16, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all attorneys of records.

                                                               **ODOM LAW FIRM, P.A.**

                                                               */s/ Monte Sharits*

Case 3:16-md-02738-MAS-RLS   Document 14727-1   Filed 09/16/20   Page 1 of 1 PageID: 119424