## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES,  AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG) CHIEF JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| This document relates to: | **ORDER COMPELLING PRODUCTION OF MEDICAL RECORDS CERTIFICATION BY DISCOVERY POOL PLAINTIFFS** |
| All Cases Listed On Exhibit A | |

**THIS MATTER** having been brought before the Court during the September 15, 2020 status conference, and pursuant to this Court's  May 15, May 26, and June 4, 2020 Orders regarding case-specific discovery for Stage One discovery pool cases, and the parties having agreed to this form of Order, and for good cause shown;

**WHEREAS** the plaintiffs identified on attached Exhibit A were selected as Stage One discovery pool cases and thus are subject to the case-specific discovery requirements set forth in this Court's May 15, May 26, and June 4, 2020 Orders which required that "the plaintiffs shall promptly order the following core records and produce them to defense counsel";

**WHEREAS** the plaintiffs identified on attached Exhibit A did not produce by the September 2, 2020 deadline the core medical records;

**WHEREAS** the plaintiffs identified on attached Exhibit A were notified on September 3, 2020, through their counsel, regarding the fact that core medical records were not served;

**IT IS** on this 17th day of September, 2020,

**ORDERED** that on or before September 25, 2020, the plaintiffs identified on attached Exhibit A shall produce via MDL Centrality a signed certification providing the following information: (1) provider/facility name from which records have been requested; (2) the date of initial records request and any follow-up requests; and (3) the status of each request and expected return date (if known); and certifying that all medical records in the possession of plaintiff and her counsel have been produced. Failure to submit said certification will result in the case being dismissed with prejudice for failure to comply with this Court's Orders.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. Chief District Judge

# EXHIBIT  A

| No. | Plaintiff Name | Case No. | Law Firm Name |
|-----|----------------|----------|---------------|
| 1. | BAXTER, JENNIFER | 3:19-cv-12776 | Deaton Law Firm |
| 2. | HYKES, SCARLET | 3:19-cv-12734 | Deaton Law Firm |
| 3. | RECIO, CHRISTINA | 3:19-cv-12775 | Deaton Law Firm |
| 4. | STUTSON, REBECCA | 3:19-cv-17546 | Harris Lowry Manton |
| 5. | GRAYSON, REBECCA | 3:19-cv-06854 | Kiesel Law LLP |
| 6. | WALKER, SARAH | 3:16-cv-08963 | Morris Bart, LLC |
| 7. | JUSTICE, PATRICIA | 3:18-cv-00333 | Morris Law Firm |
| 8. | FREEMAN, SHARON | 3:17-cv-13814 | OnderLaw, LLC |
| 9. | HIGH, JANE | 3:19-cv-20641 | OnderLaw, LLC |
| 10. | MEYER, CARLENE | 3:20-cv-04590 | OnderLaw, LLC |
| 11. | STUART, HELEN | 3:20-cv-00463 | OnderLaw, LLC |
| 12. | TATE, LEANNE | 3:19-cv-16826 | OnderLaw, LLC |
| 13. | TAYLOR, JENNIFER | 3:20-cv-02662 | OnderLaw, LLC |
| 14. | UNDERWOOD, REGINA | 3:19-cv-22099 | OnderLaw, LLC |
| 15. | WASIAL, SUSAN | 3:19-cv-17838 | OnderLaw, LLC |
| 16. | WHITE, KAREN | 3:19-cv-21555 | OnderLaw, LLC |
| 17. | COLEMAN, GEORGIA | 3:19-cv-14466 | Trammell PC |
| 18. | DOUGLAS, MATRELLE | 3:19-cv-14560 | Trammell PC |
| 19. | HANNAH, CAROL | 3:19-cv-09336 | Trammell PC |