UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>All Cases Listed On Exhibit A | **MDL NO. 2738 (FLW) (LHG)**<br>**CHIEF JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>**ORDER COMPELLING PRODUCTION OF VERIFICATION OR AUTHORIZATIONS BY DISCOVERY POOL PLAINTIFFS** |

**THIS MATTER** having been brought before the Court during the September 15, 2020 status conference, and pursuant to this Court's May 15, May 26, and June 4, 2020 Orders regarding case-specific discovery for Stage One discovery pool cases, and the parties having agreed to this form of Order, and for good cause shown;

**WHEREAS** the plaintiffs identified on attached Exhibit A were selected as Stage One discovery pool cases and thus are subject to the case-specific discovery requirements set forth in this Court's May 15, May 26, and June 4, 2020 Orders;

**WHEREAS** the plaintiffs identified on attached Exhibit A failed to produce by the September 2, 2020 deadline an executed Plaintiff Profile Form Verification and/or an executed Limited Authorization to Disclose Health Information;

**WHEREAS** the plaintiffs identified on attached Exhibit A were notified on September 3, 2020, through their counsel, regarding their failure to submit the verification and/or authorizations and have not yet cured the deficiency;

**IT IS** on this 17th day of September, 2020,

**ORDERED** that on or before September 25, 2020, the plaintiffs identified on attached Exhibit A shall produce via MDL Centrality the missing verification and/or authorizations, or show cause why such verification and/or authorization cannot be produced at this time. Should Plaintiffs fail to either provide the ordered documentation or show sufficient cause for the delay, their case will be dismissed with prejudice for failure to comply with this Court's Orders.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. Chief District Judge

# **EXHIBIT A**

| No. | Plaintiff Name | Case No. | Law Firm Name | Verification | Authorization |
|---|---|---|---|---|---|
| 1. | BENNINGTON, STAVROULA | 3:18-cv-00012 | Beasley Allen | No | No |
| 2. | BLACKSHERER, ELIZABETH | 3:19-cv-01505 | Beasley Allen | No | No |
| 3. | BOWERS, VIRGINIA | 3:19-cv-14787 | Beasley Allen | No | No |
| 4. | CARTER, DIANE | 3:17-cv-10456 | Beasley Allen | No | No |
| 5. | COLLINS, VALERIE | 3:18-cv-03680 | Beasley Allen | No | No |
| 6. | ELLIS, MELISSA | 3:17-cv-06861 | Beasley Allen | No | No |
| 7. | HESTER, TAMMY | 3:17-cv-10610 | Beasley Allen | No | No |
| 8. | JOHNSON, ELIZABETH | 3:17-cv-10381 | Beasley Allen | No | No |
| 9. | KIDDER, LOREE | 3:19-cv-20237 | Beasley Allen | No | No |
| 10. | MITCHELL, COLLEEN | 3:19-cv-20208 | Beasley Allen | No | No |
| 11. | MYERS, PAMELA | 3:18-cv-03972 | Beasley Allen | No | No |
| 12. | NEAL, MICHELLE | 3:17-cv-09684 | Beasley Allen | No | No |
| 13. | PELTIER, JERRI | 3:17-cv-10105 | Beasley Allen | No | No |
| 14. | RAIMONDI, BONNIE | 3:19-cv-08748 | Beasley Allen | No | No |

| No. | Plaintiff Name | Case No. | Law Firm Name | Verification | Authorization |
|---|---|---|---|---|---|
| 15. | TOBLIN, EILEEN | 3:19-cv-16042 | Beasley Allen | No | No |
| 16. | WARNELL, MARGARET | 3:18-cv-11246 | Beasley Allen | No | No |
| 17. | WILLIAMS, NIKITA | 3:17-cv-10451 | Beasley Allen | No | No |
| 18. | WOOD, JOANNE | 3:17-cv-09533 | Beasley Allen | | No |
| 19. | ZIRPOLO, PATRICIA | 3:19-cv-01454 | Beasley Allen | No | No |
| 20. | MENDES, DEBRA | 3:19-cv-07743 | Bisnar|Chase | No | No |
| 21. | SWANGIM, JERRIANNE | 3:18-cv-05588 | Blizzard Law, PLLC | No | No |
| 22. | BAXTER, JENNIFER | 3:19-cv-12776 | Deaton Law Firm | No | No |
| 23. | HYKES, SCARLET | 3:19-cv-12734 | Deaton Law Firm | No | No |
| 24. | RECIO, CHRISTINA | 3:19-cv-12775 | Deaton Law Firm | No | No |
| 25. | ALLISON, OMA | 3:17-cv-12731 | Girardi Keese | | No |
| 26. | HILL, DOROTHY | 3:18-cv-15598 | Girardi Keese | | No |
| 27. | LOPATO, ALEA | 3:18-cv-15862 | Girardi Keese | | No |
| 28. | VELMONT, ESTHER | 3:18-cv-02538 | Girardi Keese | | No |
| 29. | STUTSON, REBECCA | 3:19-cv-17546 | Harris Lowry Manton | No | |
| 30. | AMATO, FELICIA | 3:20-cv-03343 | Johnson Law Group | No | No |

4

| No. | Plaintiff Name | Case No. | Law Firm Name | Verification | Authorization |
|---|---|---|---|---|---|
| 31. | HOUSLEY, YVONNE | 3:19-cv-00987 | Johnson Law Group | No | No |
| 32. | LAYMAN, LINDA | 3:19-cv-01275 | Johnson Law Group | | No |
| 33. | HARRIS, JEANNE | 3:17-cv-01502 | Morris Bart, LLC | No | No |
| 34. | WALKER, SARAH | 3:16-cv-08963 | Morris Bart, LLC | No | No |
| 35. | THE ESTATE OF, NOLA WALKER | 3:19-cv-05458 | Napoli Shkolnik PLLC | No | No |
| 36. | BAHMLER, JANICE | 3:18-cv-10767 | OnderLaw, LLC | No | No |
| 37. | CAMBRIA, KELLY | 3:17-cv-11175 | OnderLaw, LLC | No | No |
| 38. | CRUMPTON, DOROTHY | 3:18-cv-11058 | OnderLaw, LLC | No | No |
| 39. | FREEMAN, SHARON | 3:17-cv-13814 | OnderLaw, LLC | No | No |
| 40. | GOMEZ, MARIA | 3:17-cv-10889 | OnderLaw, LLC | No | No |
| 41. | HIGH, JANE | 3:19-cv-20641 | OnderLaw, LLC | No | No |
| 42. | LUCIUS, JUANITA | 3:18-cv-02554 | OnderLaw, LLC | | No |
| 43. | MALL, KAREN | 3:18-cv-13486 | OnderLaw, LLC | No | No |
| 44. | MARTIN, ALISON | 3:17-cv-09917 | OnderLaw, LLC | No | No |
| 45. | O'MILLER, KATIE | 3:18-cv-11020 | OnderLaw, LLC | No | No |

5

| No. | Plaintiff Name | Case No. | Law Firm Name | Verification | Authorization |
|---|---|---|---|---|---|
| 46. | QUARLES, DELORES | 3:19-cv-20714 | OnderLaw, LLC | No | No |
| 47. | SAVAGE, CATHERINE | 3:19-cv-13168 | OnderLaw, LLC | No | No |
| 48. | SHELTON, JOY | 3:17-cv-10985 | OnderLaw, LLC |  | No |
| 49. | STAFFORD, TERRI | 3:17-cv-09730 | OnderLaw, LLC | No | No |
| 50. | STUART, HELEN | 3:20-cv-00463 | OnderLaw, LLC | No | No |
| 51. | TATE, LEANNE | 3:19-cv-16826 | OnderLaw, LLC | No | No |
| 52. | TAYLOR, JENNIFER | 3:20-cv-02662 | OnderLaw, LLC | No | No |
| 53. | TURNER, ADGENDA | 3:18-cv-00329 | OnderLaw, LLC | No | No |
| 54. | TYRRELL, ASHLEY | 3:20-cv-01552 | OnderLaw, LLC | No | No |
| 55. | UNDERWOOD, REGINA | 3:19-cv-22099 | OnderLaw, LLC | No | No |
| 56. | WALTER, BARBARA | 3:18-cv-10103 | OnderLaw, LLC | No | No |
| 57. | WHITE, KAREN | 3:19-cv-21555 | OnderLaw, LLC | No | No |
| 58. | WHITLEY, LOIS | 3:19-cv-18063 | OnderLaw, LLC | No | No |
| 59. | WILLIAMS, ANDREA | 3:19-cv-17011 | OnderLaw, LLC | No | No |
| 60. | WILLIAMS, ROSIE | 3:19-cv-12031 | OnderLaw, LLC | No | No |
| 61. | WORD, DANITA | 3:19-cv-18505 | OnderLaw, LLC | No | No |

| No. | Plaintiff Name | Case No. | Law Firm Name | Verification | Authorization |
|---|---|---|---|---|---|
| 62. | FELDMAN, ANN MARIA | 3:20-cv-01339 | The Driscoll Firm | No | No |
| 63. | CHAPIN, DEBRA | 3:20-cv-01466 | Trammell PC | No | No |
| 64. | COLEMAN, GEORGIA | 3:19-cv-14466 | Trammell PC | No | No |
| 65. | JACKSON, MELINDA | 3:20-cv-02191 | Trammell PC | No | No |