UNITED STATES DISTRICT COURT
DISTRICT OF NEWJERSEY

| | |
|---|---|
| **IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Maria Carmen Salvador*<br>*v.*<br>*Johnson & Johnson, et al.*<br><br>Case No.: 3:17-cv-06839 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 17, 2020 on behalf of Plaintiff Maria Carmen Salvador, who has the Power of Attorney for Jorge Salvador, who is the personal representative for the Estate of Ana Maria Salvador.

Dated: September 17, 2020                                           Respectfully Submitted by,

*s/ Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 17, 2020, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                   *s/ Andrew F. Sullo*
                   SULLO & SULLO, LLP
                   2020 Southwest Fwy.
                   Suite 300
                   Houston, TX 77098
                   T: 713-839-9026
                   F: 713-335-0841
                   ASullo@sullolaw.com