**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>William Bird v. Johnson & Johnson, et al.<br>Civil No. 3:20-cv-12662 | Civil No.  3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 14, 2010 on behalf of Plaintiff William Bird, an individual and as Successor in Interest to Sally Bird (deceased).

DATED: September 17, 2020                   BISNAR|CHASE LLP

                                   By:    /s/ Tom Antunovich
                                          BRIAN D. CHASE
                                          TOM ANTUNOVICH
                                          Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By:   /s/ Tom Antunovich
      BRIAN D. CHASE
      TOM ANTUNOVICH