# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Tina Hopkins  v. Johnson & Johnson, et al.<br>Civil No. 3:20-cv-12677 | Civil No.  3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 14, 2010 on behalf of Plaintiff Tina Hopkins.


DATED: September 17, 2020		BISNAR|CHASE LLP

					By:	/s/ Tom Antunovich
						BRIAN D. CHASE
						TOM ANTUNOVICH
						Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                      BISNAR|CHASE LLP

By:    <u>/s/ Tom Antunovich</u>
         BRIAN D. CHASE
         TOM ANTUNOVICH