# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG) CHIEF JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| This document relates to: | **ORDER COMPELLING COMPLETE RESPONSES TO FACT SHEETS BY DISCOVERY POOL PLAINTIFFS** |
| All Cases Listed On Exhibit A | |

**THIS MATTER** having been brought before the Court during the September 15, 2020 status conference, and pursuant to this Court's May 15, May 26, and June 4, 2020 Orders regarding case-specific discovery for Stage One discovery pool cases, and the parties having agreed to this form of order;

**WHEREAS** the plaintiffs identified on attached Exhibit A were selected as Stage One discovery pool cases and thus are subject to the case-specific discovery requirements set forth in this Court's May 15, May 26, and June 4, 2020 Orders;

**WHEREAS** the plaintiffs identified on attached Exhibit A allegedly failed to produce by the September 2, 2020 deadline a complete and verified Plaintiff Profile Form, the form of which was attached to the Order of May 26, 2020, as Exhibit B;

**WHEREAS** the plaintiffs identified on attached Exhibit A were notified on September 4, 2020, through their counsel, regarding their alleged failure to provide specific information required in the Plaintiff Profile Form;

**IT IS** on this 18th day of September, 2020,

**ORDERED** that on or before September 25, 2020, the plaintiffs identified on attached Exhibit A shall provide answers to the identified questions via MDL Centrality.  If  in good faith after a thorough investigation any plaintiff  cannot provide this information, counsel shall inform defense counsel in writing served via MDL Centrality of  the efforts that were made to locate the missing information and why the question cannot be answered.  Failure to answer the question and/or failure to provide a satisfactory explanation of why the question cannot be answered   will cause the case to be heard by the Court and the case may be dismissed with prejudice for failure to comply with the Court's Orders.


/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. Chief District Judge

# EXHIBIT  A

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 1. | 3:17-cv-10707 | SLACK, MARY | Walton Telken, LLC | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 2. | 3:18-cv-16976 | RODEN, ARDELL | The Miller Firm LLC | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 3. | 3:19-cv-01822 | OINONEN, CATHLEEN | The Miller Firm LLC | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 4. | 3:17-cv-08533 | DISHMAN, BRENDA | Beasley Allen | 17. Ever used Johnson & Johnson Shower to Shower? |
| 5. | 3:17-cv-06861 | ELLIS, MELISSA | Beasley Allen | 8. Family members diagnosed with any Genetic Mutations? |
| 6. | 3:17-cv-10381 | JOHNSON, ELIZABETH | Beasley Allen | 4a. Ever had Tubal Litigation ---- 20. Highest and Lowest weight |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| | | | | during five years prior to cancer diagnosis |
| 7. | 3:17-cv-09146 | KINBERGER, CYNTHIA | Beasley Allen | 17. Ever used Johnson & Johnson Shower to Shower? |
| 8. | 3:18-cv-11246 | WARNELL, MARGARET | Beasley Allen | 3a. Type of Cancer 3b. Date of Initial Diagnosis 3c. Type of Ovarian, Fallopian tube, or Primary Peritoneal Cancer |
| 9. | 3:17-cv-09438 | WYATT, DEBORAH | Beasley Allen | 8. Family members diagnosed with any Genetic Mutations? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis |
| 10. | 3:17-cv-13247 | TUCKER, PENNY | The Miller Firm LLC | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 11. | 3:17-cv-10456 | CARTER, DIANE | Beasley Allen | 8. Family members diagnosed with any Genetic Mutations? |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 12. | 3:18-cv-13193 | NELSON, NANCY | Law Office of Darren Wolf, PC | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 13. | 3:16-cv-09101 | WILLIAMS, IDA | Ross Feller Casey, LLP | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 14. | 3:17-cv-09678 | SHARON, MARCHESE | Morelli Law Firm, PLLC | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 15. | 3:19-cv-19637 | DOBRZELEWSKI, LYNNE | OnderLaw, LLC | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 16. | 3:19-cv-13168 | SAVAGE, CATHERINE | OnderLaw, LLC | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>9. Doctor or Healthcare Provider's Name<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>----<br>21a. Currently smoke cigarettes? |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 17. | 3:19-cv-21671 | DOWD, CATHERINE | OnderLaw, LLC | 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 17. Ever used Johnson & Johnson Shower to Shower? ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis |
| 18. | 3:19-cv-20641 | HIGH, JANE | OnderLaw, LLC | 2. Current or Last Known Address ---- 3a. Type of Cancer 3b. Date of Initial Diagnosis 3c. Type of Ovarian, Fallopian tube, or Primary Peritoneal Cancer ---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
|     |                  |                |               | 4a. Ever had Tubal Litigation <br> ---- <br> Condition BRCA1 or BRCA2 <br> ---- <br> Condition: Breast Cancer <br> ---- <br> Condition: Lynch Syndrome <br> ---- <br> 8. Family members diagnosed with any Genetic Mutations? <br> ---- <br> 9. Doctor or Healthcare Provider's Name <br> ---- <br> 11. Name - Hospitalizations from 10 years prior to Diagnosis <br> ---- <br> 16. Ever used Johnson's Baby Powder? <br> ---- <br> 17. Ever used Johnson & Johnson Shower to Shower? <br> ---- <br> 19. What is your height? <br> ---- <br> 20. Highest and Lowest weight during five years prior to cancer |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
|     |                  |                |               | diagnosis<br>----<br>21a. Currently smoke cigarettes? |
| 19. | 3:19-cv-16826 | TATE, LEANNE | OnderLaw, LLC | 2. Current or Last Known Address<br>----<br>3a. Type of Cancer 3b. Date of Initial Diagnosis 3c. Type of Ovarian, Fallopian tube, or Primary Peritoneal Cancer<br>----<br>4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>9. Doctor or Healthcare Provider's Name<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis<br>---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | 16. Ever used Johnson's Baby Powder? ---- 17. Ever used Johnson & Johnson Shower to Shower? ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- 21a. Currently smoke cigarettes? |
| 20. | 3:19-cv-22099 | UNDERWOOD, REGINA | OnderLaw, LLC | 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 9. Doctor or Healthcare Provider's Name ---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
|     |                  |                |               | 11. Name - Hospitalizations from 10 years prior to Diagnosis ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- 21a. Currently smoke cigarettes? |
| 21. | 3:19-cv-21555 | WHITE, KAREN | OnderLaw, LLC | 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 9. Doctor or Healthcare Provider's Name ---- 11. Name - Hospitalizations from 10 years prior |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | to Diagnosis<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>----<br>21a. Currently smoke cigarettes? |
| 22. | 3:20-cv-02662 | TAYLOR, JENNIFER | OnderLaw, LLC | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>9. Doctor or Healthcare Provider's Name<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>17. Ever used |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| | | | | Johnson & Johnson Shower to Shower? ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- 21a. Currently smoke cigarettes? |
| 23. | 3:18-cv-11020 | O'MILLER, KATIE | OnderLaw, LLC | 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | 21a. Currently smoke cigarettes? |
| 24. | 3:20-cv-01552 | TYRRELL, ASHLEY | OnderLaw, LLC | 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 9. Doctor or Healthcare Provider's Name ---- 11. Name - Hospitalizations from 10 years prior to Diagnosis ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
|     |                  |                |               | 21a. Currently smoke cigarettes? |
| 25. | 3:19-cv-20714    | QUARLES, DELORES | OnderLaw, LLC | 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 9. Doctor or Healthcare Provider's Name ---- 11. Name - Hospitalizations from 10 years prior to Diagnosis ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | 21a. Currently smoke cigarettes? |
| 26. | 3:19-cv-12031 | WILLIAMS, ROSIE | OnderLaw, LLC | 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 17. Ever used Johnson & Johnson Shower to Shower? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis |
| 27. | 3:17-cv-10851 | RAWLINS, JANICE | OnderLaw, LLC | 16. Ever used Johnson's Baby Powder? |
| 28. | 3:17-cv-09917 | MARTIN, ALISON | OnderLaw, LLC | 4a. Ever had Tubal Litigation ---- Condition BRCA1 |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- 21a. Currently smoke cigarettes? |
| 29. | 3:19-cv-18063 | WHITLEY, LOIS | OnderLaw, LLC | 3a. Type of Cancer 3b. Date of Initial Diagnosis 3c. Type of Ovarian, Fallopian tube, or Primary Peritoneal Cancer ---- 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | ----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>9. Doctor or Healthcare Provider's Name<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>16. Ever used Johnson's Baby Powder?<br>----<br>17. Ever used Johnson & Johnson Shower to Shower?<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>----<br>21a. Currently smoke cigarettes? |
| 30. | 3:17-cv-09730 | STAFFORD, TERRI | OnderLaw, LLC | 4a. Ever had Tubal Litigation<br>---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| | | | | Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- 21a. Currently smoke cigarettes? |
| 31. | 3:18-cv-11058 | CRUMPTON, DOROTHY | OnderLaw, LLC | 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | ---- <br> 16. Ever used Johnson's Baby Powder? <br> ---- <br> 19. What is your height? <br> ---- <br> 20. Highest and Lowest weight during five years prior to cancer diagnosis <br> ---- <br> 21a. Currently smoke cigarettes? |
| 32. | 3:18-cv-08701 | JOHANNSEN, JANET | OnderLaw, LLC | 16. Ever used Johnson's Baby Powder? |
| 33. | 3:17-cv-11175 | CAMBRIA, KELLY | OnderLaw, LLC | 4a. Ever had Tubal Litigation <br> ---- <br> Condition BRCA1 or BRCA2 <br> ---- <br> Condition: Breast Cancer <br> ---- <br> Condition: Lynch Syndrome <br> ---- <br> 8. Family members diagnosed with any Genetic Mutations? <br> ---- <br> 19. What is your height? |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | ----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>----<br>21a. Currently smoke cigarettes? |
| 34. | 3:18-cv-13486 | MALL, KAREN | OnderLaw, LLC | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>9. Doctor or Healthcare Provider's Name<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | 21a. Currently smoke cigarettes? |
| 35. | 3:19-cv-18505 | WORD, DANITA | OnderLaw, LLC | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>9. Doctor or Healthcare Provider's Name<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
|     |                  |                |               | 21a. Currently smoke cigarettes? |
| 36. | 3:19-cv-17011    | WILLIAMS, ANDREA | OnderLaw, LLC | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>9. Doctor or Healthcare Provider's Name<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>16. Ever used Johnson's Baby Powder?<br>----<br>17. Ever used Johnson & Johnson Shower to Shower?<br>----<br>19. What is your height? |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
|     |                  |                |               | ----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>----<br>21a. Currently smoke cigarettes? |
| 37. | 3:20-cv-00463    | STUART, HELEN  | OnderLaw, LLC | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>9. Doctor or Healthcare Provider's Name<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
|     |                  |                |               | 21a. Currently smoke cigarettes? |
| 38. | 3:20-cv-01346    | HERRERA, MARIA | OnderLaw, LLC | 9. Doctor or Healthcare Provider's Name |
| 39. | 3:17-cv-10889    | GOMEZ, MARIA   | OnderLaw, LLC | 3a. Type of Cancer 3b. Date of Initial Diagnosis 3c. Type of Ovarian, Fallopian tube, or Primary Peritoneal Cancer ---- 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 9. Doctor or Healthcare Provider's Name ---- 16. Ever used Johnson's Baby |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| | | | | Powder? ---- 17. Ever used Johnson & Johnson Shower to Shower? ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- 21a. Currently smoke cigarettes? |
| 40. | 3:17-cv-12727 | HAYES, DONONA | White & Weddle, P.C. | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 41. | 3:18-cv-08997 | MORRIS, TANYA | Morelli Law Firm, PLLC | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 42. | 3:18-cv-16374 | ESPY, JOANN | Morelli Law Firm, PLLC | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 43. | 3:17-cv-10642 | CROFT, GLENDA | Morris Law Firm | 8. Family members diagnosed with any Genetic Mutations? |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 44. | 3:20-cv-01339 | FELDMAN, ANNA MARIA | The Driscoll Firm | 4a. Ever had Tubal Litigation <br> ---- <br> 8. Family members diagnosed with any Genetic Mutations? <br> ---- <br> 11. Name - Hospitalizations from 10 years prior to Diagnosis <br> ---- <br> 20. Highest and Lowest weight during five years prior to cancer diagnosis |
| 45. | 3:19-cv-21333 | LEFEVRE, EVELYN | Williams Hart Boundas Easterby, LLP | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 46. | 3:16-cv-08793 | BIER, BETTY | Morris Bart, LLC | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 47. | 3:18-cv-09013 | SEYMOUR SWETMAN, KATHLEEN | Morris Bart, LLC | 4a. Ever had Tubal Litigation <br> ---- <br> 9. Doctor or Healthcare Provider's Name |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 48. | 3:16-cv-08963 | WALKER, SARAH | Morris Bart, LLC | 3a. Type of Cancer 3b. Date of Initial Diagnosis 3c. Type of Ovarian, Fallopian tube, or Primary Peritoneal Cancer ---- 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 11. Name - Hospitalizations from 10 years prior to Diagnosis ---- 17. Ever used Johnson & Johnson Shower to Shower? ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
|     |                  |                |               | prior to cancer diagnosis<br>----<br>21a. Currently smoke cigarettes? |
| 49. | 3:17-cv-01502    | HARRIS, JEANNE | Morris Bart, LLC | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>17. Ever used Johnson & Johnson Shower to Shower?<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
|     |                  |                |               | 21a. Currently smoke cigarettes? |
| 50. | 3:18-cv-09854 | FLETCHER, CAROLYN | Morris Bart, LLC | 11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>17. Ever used Johnson & Johnson Shower to Shower?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis |
| 51. | 3:18-cv-10712 | RICHARD, DALE | Morris Bart, LLC | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>9. Doctor or Healthcare Provider's Name<br>---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| | | | | 19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>----<br>21a. Currently smoke cigarettes? |
| 52. | 3:19-cv-09336 | HANNAH, CAROL | Trammell PC | 9. Doctor or Healthcare Provider's Name |
| 53. | 3:20-cv-01466 | CHAPIN, DEBRA | Trammell PC | 11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis |
| 54. | 3:18-cv-16103 | SULLIVAN, MARGARET | Morris Bart, LLC | 8. Family members diagnosed with any Genetic Mutations? |
| 55. | 3:18-cv-10767 | BAHMLER, JANICE | OnderLaw, LLC | 4a. Ever had Tubal Litigation<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | 20. Highest and Lowest weight during five years prior to cancer diagnosis |
| 56. | 3:19-cv-14560 | DOUGLAS, MATRELLE | Trammell PC | 4a. Ever had Tubal Litigation<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>----<br>21a. Currently smoke cigarettes? |
| 57. | 3:20-cv-01473 | HAMILTON, DEBBIE | Trammell PC | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 58. | 3:17-cv-07253 | LANGLEY, MARGARET | Burns Charest LLP | 9. Doctor or Healthcare Provider's Name |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| 59. | 3:18-cv-14244 | DISSMORE, DEBORAH | Burns Charest LLP | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 60. | 3:18-cv-13694 | COX, LYNETTE | Law Office of Coby L. Wooten | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 61. | 3:18-cv-01135 | SZUMERA, KELLY | The Miller Firm LLC | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 62. | 3:17-cv-11761 | NANCY, GOUCHER | Nix Patterson, LLP | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 63. | 3:19-cv-14466 | COLEMAN, GEORGIA | Trammell PC | 2. Current or Last Known Address ---- 3a. Type of Cancer 3b. Date of Initial Diagnosis 3c. Type of Ovarian, Fallopian tube, or Primary Peritoneal Cancer ---- 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | Cancer |
| | | | | ---- |
| | | | | Condition: Lynch Syndrome |
| | | | | ---- |
| | | | | 8. Family members diagnosed with any Genetic Mutations? |
| | | | | ---- |
| | | | | 9. Doctor or Healthcare Provider's Name |
| | | | | ---- |
| | | | | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| | | | | ---- |
| | | | | 16. Ever used Johnson's Baby Powder? |
| | | | | ---- |
| | | | | 17. Ever used Johnson & Johnson Shower to Shower? |
| | | | | ---- |
| | | | | 19. What is your height? |
| | | | | ---- |
| | | | | 20. Highest and Lowest weight during five years prior to cancer diagnosis |
| | | | | ---- |
| | | | | 21a. Currently smoke cigarettes? |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 64. | 3:20-cv-02191 | JACKSON, MELINDA | Trammell PC | Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>17. Ever used Johnson & Johnson Shower to Shower?<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>----<br>21a. Currently smoke cigarettes? |
| 65. | 3:18-cv-07703 | MOAK, JEANETTE | The Simon Law Firm, P.C. | 17. Ever used Johnson & Johnson Shower to Shower? |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 66. | 3:17-cv-06751 | LAWRENCE, PATRICIA | The Simon Law Firm, P.C. | 17. Ever used Johnson & Johnson Shower to Shower? |
| 67. | 3:19-cv-12776 | BAXTER, JENNIFER | Deaton Law Firm | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>17. Ever used Johnson & Johnson Shower to Shower?<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis |
| 68. | 3:19-cv-17546 | REBECCA, STUTSON | Harris Lowry Manton | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2 |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| | | | | ----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 69. | 3:19-cv-00987 | HOUSLEY, YVONNE | Johnson Law Group | Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>17. Ever used Johnson & Johnson Shower to Shower? |
| 70. | 3:17-cv-06687 | RAMIREZ, CAMI | The Simon Law Firm, P.C. | 4a. Ever had Tubal Litigation |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 71. | 3:19-cv-12775 | RECIO, CHRISTINA | Deaton Law Firm | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>17. Ever used Johnson & Johnson Shower to Shower?<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis |
| 72. | 3:19-cv-12734 | HYKES, SCARLET | Deaton Law Firm | 4a. Ever had Tubal Litigation<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>17. Ever used Johnson & Johnson Shower to Shower? |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | ----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis |
| 73. | 3:20-cv-03343 | AMATO, FELICIA | Johnson Law Group | 17. Ever used Johnson & Johnson Shower to Shower? |
| 74. | 3:18-cv-02366 | ADKINS, BERNADINE | Johnson Law Group | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 75. | 3:18-cv-15736 | BRUNDIDGE, BETTY | OnderLaw, LLC | 8. Family members diagnosed with any Genetic Mutations?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis |
| 76. | 3:17-cv-13814 | FREEMAN, SHARON | OnderLaw, LLC | 4a. Ever had Tubal Litigation<br>----<br>Condition BRCA1 or BRCA2<br>----<br>Condition: Breast Cancer<br>---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|------------------|----------------|---------------|--------------|
| | | | | Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 9. Doctor or Healthcare Provider's Name ---- 11. Name - Hospitalizations from 10 years prior to Diagnosis ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- 21a. Currently smoke cigarettes? |
| 77. | 3:18-cv-00329 | TURNER, ADGENDA | OnderLaw, LLC | 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|-----|-----|-----|-----|-----|
| | | | | 8. Family members diagnosed with any Genetic Mutations? ---- 9. Doctor or Healthcare Provider's Name ---- 11. Name - Hospitalizations from 10 years prior to Diagnosis ---- 16. Ever used Johnson's Baby Powder? ---- 17. Ever used Johnson & Johnson Shower to Shower? ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- 21a. Currently smoke cigarettes? |
| 78. | 3:18-cv-10103 | WALTER, BARBARA | OnderLaw, LLC | 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| | | | | Cancer<br>----<br>Condition: Lynch Syndrome<br>----<br>8. Family members diagnosed with any Genetic Mutations?<br>----<br>9. Doctor or Healthcare Provider's Name<br>----<br>11. Name - Hospitalizations from 10 years prior to Diagnosis<br>----<br>16. Ever used Johnson's Baby Powder?<br>----<br>17. Ever used Johnson & Johnson Shower to Shower?<br>----<br>19. What is your height?<br>----<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br>----<br>21a. Currently smoke cigarettes? |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 79. | 3:18-cv-01274 | CURTIS, SANDRA | Burns Charest LLP | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 80. | 3:18-cv-15598 | HILL, DOROTHY | Girardi Keese | 2. Current or Last Known Address ---- 4a. Ever had Tubal Litigation ---- Condition BRCA1 or BRCA2 ---- Condition: Breast Cancer ---- Condition: Lynch Syndrome ---- 8. Family members diagnosed with any Genetic Mutations? ---- 9. Doctor or Healthcare Provider's Name ---- 19. What is your height? ---- 20. Highest and Lowest weight during five years prior to cancer diagnosis ---- 21a. Currently smoke cigarettes? |

| No. | MDL Cause Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 81. | 3:17-cv-12731 | ALLISON, OMA | Girardi Keese | 8. Family members diagnosed with any Genetic Mutations? ---- 11. Name - Hospitalizations from 10 years prior to Diagnosis ---- 21a. Currently smoke cigarettes? |
| 82. | 3:17-cv-07067 | HELVESTON, NATASHA | Burns Charest LLP | 11. Name - Hospitalizations from 10 years prior to Diagnosis |
| 83. | 3:18-cv-00519 | GRAY, MARTHA | Burns Charest LLP | 8. Family members diagnosed with any Genetic Mutations? ---- 9. Doctor or Healthcare Provider's Name |