BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Mary Lynn Braquet*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Mary Lynn Braquet v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-12830 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 18, 2020 on behalf of Plaintiff Mary Lynn Braquet.

                                                                                        */s/ Brittany S. Scott*
                                                                                        Brittany S. Scott
                                                                                        BEASLEY ALLEN CROW METHVIN
                                                                                        PORTIS & MILES, P.C.
                                                                                        218 Commerce Street
                                                                                        Montgomery, Alabama 36104
                                                                                        (800) 898-2034 Telephone
                                                                                        (334) 954-7555 Facsimile
                                                                                        Brittany.Scott@BeasleyAllen.com

                                                                                        Attorneys for Plaintiff Mary Lynn Braquet

Dated: September 18, 2020

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 18, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                */s/ Brittany S. Scott*
                Brittany S. Scott

                BEASLEY ALLEN CROW METHVIN
                PORTIS & MILES, P.C.