UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Carol Gray, individually and on behalf of the Estate of Juanita Gray (Deceased), 3:20-CV-12846 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on September 18, 2020, on behalf of Plaintiff Carol Gray, individually and on behalf of the Estate of Juanita Gray.

Dated:  September 18, 2020                          Respectfully Submitted,

                                                                    /s/ Jeff Benton  
                                                                    Jeff Benton  
                                                                    The Benton Law Firm  
                                                                    1825 Market Center Blvd., Suite 350  
                                                                    Dallas, Texas 75207  
                                                                    Telephone: (214) 777-7777  
                                                                    Facsimile: (214) 615-2950  
                                                                    Jeff@TheBentonLawFirm.com

                                                                    **Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  September 18, 2020                          /s/ Jeff Benton  
                                                                    Jeff Benton