# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| This document relates to: Carol Quinn, ET AL v. Johnson & Johnson, et al. Docket Number: 3:20-cv-12832 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Carol Quinn.

DATED: September 18, 2020

Respectfully submitted,

BY:     */s/ Edward Ruffo*
Edward Ruffo
Rheingold Giuffra Ruffo & Plotkin, LLP
551 5th Ave, 29th Floor
New York, NY 10176
Office: (212) 684-1880
Facsimile: (212) 689-8156
eruffo@rheingoldlaw.com
NJ Attorney ID: 017131992
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

BY:    */s/ Edward Ruffo*
Edward Ruffo
Rheingold Giuffra Ruffo & Plotkin, LLP
551 5th Ave, 29th Floor
New York, NY 10176
Office: (212) 684-1880
Facsimile: (212) 689-8156
eruffo@rheingoldlaw.com
NJ Attorney ID: 017131992
Attorneys for Plaintiff