**UNITED STATES DISTRICT COURT**
**DISTRICT NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABIITY LITIGATION** | **CIVIL ACTION NO.** <br><br> **3:16-MD-2738-FLW-LHG** <br><br> **MDL NO. 2738** |
| **THIS DOCUMENT RELATES TO:** <br><br> *MARTHA COX V. JOHNSON & JOHNSON, et al.* | |

**NOTICE OF SUGGESTION OF DEATH**

Counsel for Plaintiffs files this Notice of Suggestion of Death of Decedent Martha Cox, showing the Court as follows:

1. Martha Cox, Decedent, and Cader B. Cox III, commenced this action on December 30, 2019 before Martha's death.

2. Martha Cox died on March 26, 2020, due to injuries caused by the negligent acts and omissions as alleged in her original Complaint. (Dkt.1). Martha Cox is survived by Plaintiff Cader B. Cox, III, Decedent's widower.

3. Pursuant to Georgia law, the claims made by Martha Cox against Defendants herein survive her death. O.C.G.A. § 51-4-2. Under that law, the claims against the Defendants may be prosecuted by the administrator of the deceased. The administrator of the deceased party may pursue damages for wrongful death. O.C.G.A. § 51-4-2.

4. On September 3, 2020, Decedent's widower, Plaintiff Cader B. Cox, III was appointed as Administrator of the Estate of Martha Cox by the Probate Court of Mitchell County, Georgia.

5. Pursuant to Fed. R. Civ. P. 25(a)(1), a Motion for Substitution may be made by the decedent's successor within 90 days after service of a statement noticing the death.

6. A Motion for Substitution, a proposed Order, and a proposed First Amended Complaint are simultaneously filed herewith.

Respectfully Submitted this 21st day of September, 2020

/s/ John R. Bevis
Roy E. Barnes
GA Bar No. 039000
John R. Bevis
GA Bar No. 056100
Benjamin R. Rosichan
GA Bar No. 296256
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
Fax: (770) 227-6373
roy@barneslawgroup.com
bevis@barneslawgroup.com
brosichan@barneslawgroup.com

/s/ Julia A. Merritt
Robert D. Cheeley
GA Bar No. 122727
Julia A. Merritt
GA Bar No. 159038
**CHEELEY LAW GROUP, LLC**
2500 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
Tel: (770) 861-4100
Fax: (678) 559-0273
bob@cheeleylawgroup.com
julia@cheeleylawgroup.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing *Suggestion of Death* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Julia A. Merritt*
Julia A. Merritt
GA Bar No. 159038
**CHEELEY LAW GROUP, LLC**
2500 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
Tel: (770) 861-4100
Fax: (678) 559-0273
julia@cheeleylawgroup.com