**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Carol Diliberto, et al. v. Johnson & Johnson, et al.*<br>*Case No.: 3:20-cv-12829-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on September 18, 2020, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiffs, Carol Diliberto and Christopher Diliberto.

Dated:  September 21, 2020         SULLIVAN PAPAIN BLOCK McGRATH
                                                         COFFINAS & CANNAVO P.C.

                                                       By:  /s/ Craig M. Silverman
                                                           Craig M. Silverman (NY #5290473)
                                                           120 Broadway – 27th Floor
                                                           New York, New York 10271
                                                           Phone:     (212) 732-9000
                                                           Fax:         (212) 266-4141
                                                           Email:       Csilverman@triallaw1.com

                                                           *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Craig M. Silverman
      Craig M. Silverman