## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

**IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

THIS DOCUMENT RELATES TO:

*Laurie Vilord, et al. v. Johnson & Johnson, et al.*
*Case No.: 3:20-cv-12899-FLW-LHG*

**MDL NO. 2738 (FLW) (LHG)**

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on September 21, 2020, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiffs, Laurie Vilord and Paul Vilord.

Dated:  September 21, 2020

SULLIVAN PAPAIN BLOCK McGRATH
COFFINAS & CANNAVO P.C.

By:  /s/ Craig M. Silverman
Craig M. Silverman (NY #5290473)
120 Broadway – 27th Floor
New York, New York 10271
Phone:    (212) 732-9000
Fax:       (212) 266-4141
Email:    Csilverman@triallaw1.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 21, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Craig M. Silverman
Craig M. Silverman