# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>KRISTY GRUBER<br><br>            **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>            **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-09410<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the court's Case Management Order's that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on July 24, 2020 on behalf of Plaintiff Kristy Gruber.

Dated: September 24, 2020            Respectfully Submitted,

                                                    By:  */s/ T. Christopher Pinedo*
                                                              T. Christopher Pinedo
                                                               HILLIARD MARTINEZ GONZALES LLP
                                                               719 South Shoreline Boulevard
                                                               Corpus Christi, Texas 78401
                                                                Phone:  361.882.1612
                                                                Fax:  361.882.3015
                                                                cpinedo@hmglawfirm.com

                                                               Attorneys for Plaintiff Kristy Gruber

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*

2