## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th  day of September, 2020.


*/s/ Jennifer L. Orendi*