**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>JOHN WALLER AND WANDA WALLER,<br>                  Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br>                  Defendants. | MDL No. 2738 (FLW) (LHG)<br><br><br><br>Civil Action No.: 3:20-cv-13036<br>DIRECT FILED ACTION |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, Christopher V. Tisi of the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A., and enters his appearance as counsel for the Plaintiffs, John Waller and Wanda Waller, in the above-styled action.

Dated: 09/24/2020                                                                     Respectfully Submitted,

                                                                                         */s/ Christopher V. Tisi*
                                                                                         Christopher V. Tisi
                                                                                         District of Columbia Bar No. 412839
                                                                                         LEVIN PAPANTONIO THOMAS
                                                                                         MITCHELL RAFFERTY &
                                                                                         PROCTOR, P.A.
                                                                                         316 South Baylen St.
                                                                                         Pensacola, FL 32502
                                                                                         Telephone: (850) 435-7079
                                                                                         Email: ctisi@levinlaw.com
                                                                                         ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of September 2020, a true and correct copy of the forgoing was filed with the Clerk of the Court by using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

*/s/ Christopher V. Tisi*