UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br>------------------------------------------------------<br>This relates to:<br><br>*Michelle Rodgers v. Johnson & Johnson, et al,* Case 3:19-cv-15158 | MDL No. 3:16-md-02738<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 41(B)** |

On September 9, 2020, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Defendants") moved to dismiss pursuant to Rule 41(b) fifteen discovery pool cases [Doc. No. 14653]. Defendants' Motion and supporting letter brief argues the plaintiffs have failed to produce discovery as required by the Court's June 4, 2020 Order [Doc. No.13525].

Defendants' Motion lists Michelle Rodgers's case as having failed to comply with the Court's Order. As of yesterday, September 24, 2020, all responsive documents for the Rodgers case have been produced by Plaintiff's counsel. Specifically, Plaintiff's counsel has provided, pursuant to the Court's June 4, 2020 order: (1) A fully complete and verified Plaintiff Profile Form; (2) executed medical record retrieval authorizations; (3) core medical records, including 467 pages of medical records from Jackson Madison County General Hospital, which address Ms. Rodgers's diagnosis with ovarian cancer and treatment; (4) and Ms. Rodgers's death certificate. (*See* Exhibit A—Screenshot from Plaintiff's MDL Centrality Profile).

Plaintiff Michelle Rodgers died from ovarian cancer in 2019. She was not married at the time, and only her minor son, Cameron Morris, and sister, Gena Abbott, knew anything about her

lawsuit. Plaintiff's Counsel is working diligently to amend the Complaint and institute the proper plaintiff in light of Michelle's death. Further, this case is particularly important because it was selected as one of 10 random bellwether selections on September 21, 2020.

Plaintiff's Counsel contacted Defense Counsel yesterday, September 24, 2020, via email to request that Defendants withdraw Michelle Rodgers from their Motion to Dismiss, considering the production of all required documents. (Exhibit B). As of today, Plaintiff's Counsel has not received a response to that email, and as such, submits this Response to Defendants' Motion.

Because Plaintiff's Counsel has worked diligently to cure the deficiencies identified in Defendants' Motion, and produced all of the required documents, Plaintiff respectfully requests that Defendants' Motion be denied.

Respectfully Submitted,

_____
Eric Przybysz
Texas Bar No. 24102381
**Fears Nachawati, PLLC**
ericp@fnlawfirm.com
5473 Blair Road
Dallas, TX 75231
Tel. 214-890-0711
Fax 214-890-0711

*/s/ Matthew R. McCarley*
Matthew R. McCarley
Texas Bar No. 24041426
**Fears Nachawati, PLLC**
mccarley@fnlawfirm.com
5473 Blair Road
Dallas, TX 75231
Tel. 214-890-0711
Fax 214-890-0711

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2020, a true and correct copy of the above and foregoing document was served via electronic case filing on all counsel of record.

*/s/ Eric Przybysz*
Eric Przybysz
Texas Bar No. 24102381
ericp@fnlawfirm.com
**Fears Nachawati, PLLC**
5473 Blair Road
Dallas, TX 75231
Tel. 214-890-0711
Fax 214-890-0711

# EXHIBIT A



# EXHIBIT B

# Eric Przybysz

| | |
|---|---|
| **From:** | Eric Przybysz |
| **Sent:** | Thursday, September 24, 2020 4:50 PM |
| **To:** | jessica.brennan@faegredrinker.com |
| **Cc:** | Ruben Berganza; Sally Louanlavong |
| **Subject:** | RE: Talc MDL, Michelle Rodgers - 3:19-cv-15158 |
| **Importance:** | High |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | jessica.brennan@faegredrinker.com | | |
| | Ruben Berganza | Delivered: 9/24/2020 4:50 PM | |
| | Sally Louanlavong | Delivered: 9/24/2020 4:50 PM | Read: 9/24/2020 5:09 PM |

Jessica,
My apologies, the correct case number is 3:19-cv-15158. The draw number is #740.

Best regards,

**Eric Przybysz**
Attorney
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com



Confidentiality Notice:
The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.

---

**From:** Eric Przybysz
**Sent:** Thursday, September 24, 2020 4:30 PM
**To:** jessica.brennan@faegredrinker.com
**Cc:** Ruben Berganza <rberganza@fnlawfirm.com>; Sally Louanlavong <slouanlavong@fnlawfirm.com>
**Subject:** Talc MDL, Michelle Rodgers - 3:16-md-02738-FLW-LHG
**Importance:** High

Hi Jessica,

I'm writing to you regarding the Michelle Rodgers case (3:16-md-02738-FLW-LHG), which was a random bellwether discovery selection. Ms. Rodgers passed away, which is what caused our delay in uploading her Plaintiff Profile Form and supporting documents. However, as of this afternoon, the following has been uploaded:

- Plaintiff Profile Form
- Signed Verification
- Signed authorizations
- Death Certificate
- Medical Records (467 pages from Jackson Madison County General Hospital)

This case is on the Motion to Dismiss filed September 9, 2020. Please let me know if you would be willing to remove this case from the Motion in light of the completed PPF and supporting documents. I do not request the other two cases for which my firm is responsible—Lorraine Castillo and Duane Richards—be taken off the motion. Please let me know at your earliest convenience so that I can avoid filing a response for Rodgers if possible.

Best regards,


**Eric Przybysz**
Attorney
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com



Confidentiality Notice:
The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.

# Eric Przybysz

**From:** Brennan, Jessica L. <jessica.brennan@faegredrinker.com>
**To:** Eric Przybysz
**Sent:** Thursday, September 24, 2020 4:53 PM
**Subject:** Read: RE: Talc MDL, Michelle Rodgers - 3:19-cv-15158

Your message

  To:
  Subject: Talc MDL, Michelle Rodgers - 3:19-cv-15158
  Sent: Thursday, September 24, 2020 4:53:07 PM (UTC-06:00) Central Time (US & Canada)

 was read on Thursday, September 24, 2020 4:52:57 PM (UTC-06:00) Central Time (US & Canada).