**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>STEPHANIE BERKEY<br><br>        **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>        **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-13296<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on September 25, 2020 on behalf of Plaintiff Stephanie Berkey.

Dated: September 28, 2020                  Respectfully Submitted,

                                                By:  */s/ T. Christopher Pinedo*
                                                        T. Christopher Pinedo
                                                        HILLIARD MARTINEZ GONZALES LLP
                                                        719 South Shoreline Boulevard
                                                        Corpus Christi, Texas 78401
                                                        Phone:  361.882.1612
                                                        Fax:  361.882.3015
                                                        cpinedo@hmglawfirm.com

                                                        Attorneys for Plaintiff Stephanie Berkey

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*