## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>JOSEFEA MANUEL<br><br>     **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>     **Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-13234<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on September 24, 2020 on behalf of Plaintiff Josefea Manuel.

Dated: September 28, 2020    Respectfully Submitted,

             By: */s/ T. Christopher Pinedo*
               T. Christopher Pinedo
               HILLIARD MARTINEZ GONZALES LLP
               719 South Shoreline Boulevard
               Corpus Christi, Texas 78401
               Phone:  361.882.1612
               Fax:  361.882.3015
               cpinedo@hmglawfirm.com

               Attorneys for Plaintiff Josefea Manuel

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*
