**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**JENNIFER MAINE**<br><br>            **Plaintiff,**<br><br>v.<br><br>**JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.**<br><br>            **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-13224<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on September 24, 2020 on behalf of Plaintiff Jennifer Maine.

Dated: September 28, 2020            Respectfully Submitted,

                                          By:   */s/ T. Christopher Pinedo*
                                                T. Christopher Pinedo
                                                HILLIARD MARTINEZ GONZALES LLP
                                                719 South Shoreline Boulevard
                                                Corpus Christi, Texas 78401
                                                Phone:  361.882.1612
                                                Fax:  361.882.3015
                                                cpinedo@hmglawfirm.com

                                                Attorneys for Plaintiff Jennifer Maine

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*