**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**INGRIA WOODS**<br><br>        **Plaintiff,**<br><br>v.<br><br>**JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.**<br><br>        **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-13228<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on September 24, 2020 on behalf of Plaintiff Ingria Woods.

Dated: September 28, 2020        Respectfully Submitted,

        By:   */s/ T. Christopher Pinedo*
            T. Christopher Pinedo
            HILLIARD MARTINEZ GONZALES LLP
            719 South Shoreline Boulevard
            Corpus Christi, Texas 78401
            Phone:  361.882.1612
            Fax:  361.882.3015
            cpinedo@hmglawfirm.com

            Attorneys for Plaintiff Ingria Woods

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*

2