# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY | * * * * * | Civil No. 3:16-md-2738-FLW-LHG |
| This document relates to: | * * | |
| *Dorothy J. Richardson and Scott Richardson v. Johnson & Johnson, et al.* | * * * | |
| Case No. 3:20-md-00017-FLW-LHG | * * | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 28, 2020 on behalf of Plaintiffs Dorothy J. Richardson and Scott Richardson.

This the 28th day of September, 2020.

/s/ *Carrie R. Guest*
Carrie R. Guest, NCSB# 36451
MARTIN & JONES, PLLC
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone:  (919) 821-0005
Facsimile:  (919) 863-6084
crg@m-j.com
hfh@m-j.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, a copy of the foregoing **NOTICE OF FILING** was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Carrie R. Guest*
Carrie R. Guest, NCSB# 36451

MARTIN & JONES, PLLC