**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW)(LGH) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| DERRICK C.G. MARTIN, PERSONAL REPRESENTATIVE OF THE ESTATE OF BESSIE BLAND A/K/A BESSIE MURRAY-BLAND A/K/A BESSIE BLAND MURRAY, | Civil Action No.: 3:20-cv-13465 |
| Plaintiff, v. | |
| JOHNSON & JOHNSON ("J&J") and JOHNSON & JOHNSON CONSUMER INC. f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC. ("J&J Consumer"), | |
| Defendants. | |

_____/

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 29, 2020 on behalf of Plaintiff, Derrick C.G. Martin, Personal Representative of the Estate of Bessie Bland a/k/a Bessie Murray-Bland a/k/a Bessie Bland Murray.

                                                Hafeli Staran & Christ, P.C.

Dated: September 29, 2020
                                                s/Mark W. Hafeli_____
                                                Mark W. Hafeli (P28908)
                                                Attorney for Derrick C.G. Martin
                                                Personal Representative
                                                2055 Orchard Lake Road
                                                Sylvan Lake, MI 48320
                                                248-731-3083
                                                mhafeli@hsc-law.com

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing systems on September 29, 2020.

                   s/Mark W. Hafeli
                   Mark W. Hafeli (P28908)
                   Attorney for Derrick C.G. Martin, Personal Representative