

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

faegredrinker.com

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

September 29, 2020

**VIA ECF**

Honorable Freda L. Wolfson, Chief Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 5E
Trenton, NJ 08608

> **Re:   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738***

Dear Chief Judge Wolfson:

Please accept this letter in support of defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Motion to Dismiss for failure to comply with the Court's May 15, May 26, June 4, September 17, and September 19, 2020 Orders regarding case-specific discovery for Stage One discovery pool cases.

The 32 plaintiffs listed in attached Exhibit A have failed to meet their Court-ordered discovery obligations requiring that they submit a complete and verified Plaintiff Profile Form ("PPF"), core medical records, and supporting documents by September 2, 2020.  *See* June 4, 2020 Order [Doc. No. 13525].  The case-specific deficiencies which remain unresolved are included in Exhibit A.

The Court's Orders are clear – failure to produce the required discovery or to provide a satisfactory explanation of why the discovery cannot be produced will result in the case being dismissed with prejudice. *See* September 17, 2020 Order [Doc. No. 14728]; September 17, 2020 Order [Doc. No. 14729]; September 19, 2020 Order [Doc. No. 14749.]  Despite a four-week extension and further orders directing compliance, these plaintiffs

Honorable Freda L. Wolfson,
Chief Judge

-2-

September 29, 2020

have not provided any explanation as to why their discovery remains deficient.

Pursuant to Rule 41(b), "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Plaintiffs have now ignored six Court orders. Defendants therefore respectfully request that the cases be dismissed with prejudice pursuant to Rule 41(b).

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Susan M. Sharko*
Susan M. Sharko
FAEGRE DRINKER BIDDLE
 & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: 973-549-7350
Facsimile:  973-360-9831
E-mail: susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

cc:   All Counsel of Record (via ECF)

| Honorable Freda L. Wolfson, Chief Judge | -3- | September 29, 2020 |

**EXHIBIT A**

| No. | MDL Case Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 1. | 3:18-cv-00012 | BENNINGTON, STAVROULA | Beasley Allen | **Supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 2. | 3:19-cv-14787 | BOWERS, VIRGINIA | Beasley Allen | **Supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 3. | 3:17-cv-10456 | CARTER, DIANE | Beasley Allen | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 4. | 3:18-cv-03680 | COLLINS, VALERIE | Beasley Allen | **Supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |

Honorable Freda L. Wolfson,
Chief Judge                                  -4-                         September 29, 2020

| No. | MDL Case Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 5. | 3:17-cv-06861 | ELLIS, MELISSA | Beasley Allen | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 6. | 3:17-cv-10381 | JOHNSON, ELIZABETH | Beasley Allen | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 7. | 3:19-cv-20237 | KIDDER, LOREE | Beasley Allen | **Supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 8. | 3:19-cv-20208 | MITCHELL, COLLEEN | Beasley Allen | **Supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]) and plaintiff failed to provide any explanation of |

Honorable Freda L. Wolfson, Chief Judge -5- September 29, 2020

| No. | MDL Case Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
|  |  |  |  | why the discovery cannot be produced. |
| 9. | 3:17-cv-09684 | NEAL, MICHELLE | Beasley Allen | **Supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 10. | 3:18-cv-11246 | WARNELL, MARGARET | Beasley Allen | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 11. | 3:18-cv-05588 | SWANGIM, JERRIANNE | Blizzard Law, PLLC | **Supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 12. | 3:18-cv-02366 | ADKINS, BERNADINE | Johnson Law Group | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |

ACTIVE.125114135.01

Honorable Freda L. Wolfson, Chief Judge    -6-    September 29, 2020

| No. | MDL Case Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 13. | 3:20-cv-03343 | AMATO, FELICIA | Johnson Law Group | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 14. | 3:19-cv-00987 | HOUSLEY, YVONNE | Johnson Law Group | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 15. | 3:17-cv-09678 | SHARON, MARCHESE | Morelli Law Firm, PLLC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 16. | 3:17-cv-01502 | HARRIS, JEANNE | Morris Bart, LLC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); |

Case 3:16-md-02738-MAS-RLS   Document 14906-1   Filed 09/29/20   Page 7 of 11 PageID: 119908

Honorable Freda L. Wolfson, Chief Judge -7- September 29, 2020

| No. | MDL Case Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| | | | | and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 17. | 3:18-cv-10712 | RICHARD, DALE | Morris Bart, LLC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 18. | 3:18-cv-16103 | SULLIVAN, MARGARET | Morris Bart, LLC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 19. | 3:16-cv-08963 | WALKER, SARAH | Morris Bart, LLC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **core records have not been produced** (September 17, 2020 Order [Doc. No. 14728]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |

ACTIVE.125114135.01

Honorable Freda L. Wolfson,
Chief Judge
-8-
September 29, 2020

| No. | MDL Case Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 20. | 3:17-cv-10642 | CROFT, GLENDA | Morris Law Firm | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 21. | 3:19-cv-05458 | THE ESTATE OF, NOLA WALKER | Napoli Shkolnik PLLC | **Supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 22. | 3:18-cv-15736 | BRUNDIDGE, BETTY | OnderLaw, LLC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 23. | 3:19-cv-19637 | DOBRZELEWSKI, LYNNE | OnderLaw, LLC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 24. | 3:20-cv-02662 | TAYLOR, JENNIFER | OnderLaw, LLC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **supporting documents have not been produced** (September 17, 2020 |

Honorable Freda L. Wolfson, Chief Judge -9- September 29, 2020

| No. | MDL Case Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 25. | 3:19-cv-18063 | WHITLEY, LOIS | OnderLaw, LLC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 26. | 3:20-cv-01339 | FELDMAN, ANNA MARIA | The Driscoll Firm | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 27. | 3:19-cv-01822 | OINONEN, CATHLEEN | The Miller Firm LLC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |

Honorable Freda L. Wolfson,
Chief Judge                                     -10-                                    September 29, 2020

| No. | MDL Case Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 28. | 3:20-cv-01466 | CHAPIN, DEBRA | Trammell PC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]) and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 29. | 3:19-cv-14466 | COLEMAN, GEORGIA | Trammell PC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **core records have not been produced** (September 17, 2020 Order [Doc. No. 14728]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 30. | 3:19-cv-14560 | DOUGLAS, MATRELLE | Trammell PC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **core records have not been produced** (September 17, 2020 Order [Doc. No. 14728]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |

Honorable Freda L. Wolfson,
Chief Judge                        -11-                        September 29, 2020

| No. | MDL Case Number | Plaintiff Name | Law Firm Name | Deficiencies |
|---|---|---|---|---|
| 31. | 3:19-cv-09336 | HANNAH, CAROL | Trammell PC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **core records have not been produced** (September 17, 2020 Order [Doc. No. 14728]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |
| 32. | 3:20-cv-02191 | JACKSON, MELINDA | Trammell PC | **The PPF remains materially deficient** (September 19, 2020 Order [Doc. No. 14749]); **supporting documents have not been produced** (September 17, 2020 Order [Doc. No. 14729]); and plaintiff failed to provide any explanation of why the discovery cannot be produced. |