## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>-------------------------------------------<br><br>*This relates to all cases listed on Exhibit A* | MDL No. 3:16-md-02738<br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINTS** |

**THIS MATTER**, having been brought before the Court on motion by Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Defendants"), for entry of an Order dismissing plaintiffs' complaints, as set forth in attached Exhibit A, with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with this Court's May 15, May 26, June 4, 2020, September 17, and September 19, 2020 Orders; and the Court having considered the moving papers and any opposition thereto; and having considered the arguments of counsel, if any; and for good cause shown;

    IT IS on this _____ day of _____, 2020

    **ORDERED** as follows:

1. Defendants' Motion to Dismiss plaintiffs' complaints pursuant to Rule 41(b) is hereby **GRANTED**.

2. Plaintiffs' complaints, as set forth in attached Exhibit A, are hereby dismissed with prejudice.

_____
Hon. Freda L. Wolfson,
U.S. Chief District Judge

ACTIVE.125115634.01

# **EXHIBIT A**

| No. | MDL Case Number | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 1. | 3:18-cv-00012 | BENNINGTON, STAVROULA | Beasley Allen |
| 2. | 3:19-cv-14787 | BOWERS, VIRGINIA | Beasley Allen |
| 3. | 3:17-cv-10456 | CARTER, DIANE | Beasley Allen |
| 4. | 3:18-cv-03680 | COLLINS, VALERIE | Beasley Allen |
| 5. | 3:17-cv-06861 | ELLIS, MELISSA | Beasley Allen |
| 6. | 3:17-cv-10381 | JOHNSON, ELIZABETH | Beasley Allen |
| 7. | 3:19-cv-20237 | KIDDER, LOREE | Beasley Allen |
| 8. | 3:19-cv-20208 | MITCHELL, COLLEEN | Beasley Allen |
| 9. | 3:17-cv-09684 | NEAL, MICHELLE | Beasley Allen |
| 10. | 3:18-cv-11246 | WARNELL, MARGARET | Beasley Allen |
| 11. | 3:18-cv-05588 | SWANGIM, JERRIANNE | Blizzard Law, PLLC |
| 12. | 3:18-cv-02366 | ADKINS, BERNADINE | Johnson Law Group |
| 13. | 3:20-cv-03343 | AMATO, FELICIA | Johnson Law Group |
| 14. | 3:19-cv-00987 | HOUSLEY, YVONNE | Johnson Law Group |
| 15. | 3:17-cv-09678 | SHARON, MARCHESE | Morelli Law Firm, PLLC |

| No. | MDL Case Number | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 16. | 3:17-cv-01502 | HARRIS, JEANNE | Morris Bart, LLC |
| 17. | 3:18-cv-10712 | RICHARD, DALE | Morris Bart, LLC |
| 18. | 3:18-cv-16103 | SULLIVAN, MARGARET | Morris Bart, LLC |
| 19. | 3:16-cv-08963 | WALKER, SARAH | Morris Bart, LLC |
| 20. | 3:17-cv-10642 | CROFT, GLENDA | Morris Law Firm |
| 21. | 3:19-cv-05458 | THE ESTATE OF, NOLA WALKER | Napoli Shkolnik PLLC |
| 22. | 3:18-cv-15736 | BRUNDIDGE, BETTY | OnderLaw, LLC |
| 23. | 3:19-cv-19637 | DOBRZELEWSKI, LYNNE | OnderLaw, LLC |
| 24. | 3:20-cv-02662 | TAYLOR, JENNIFER | OnderLaw, LLC |
| 25. | 3:19-cv-18063 | WHITLEY, LOIS | OnderLaw, LLC |
| 26. | 3:20-cv-01339 | FELDMAN, ANNA MARIA | The Driscoll Firm |
| 27. | 3:19-cv-01822 | OINONEN, CATHLEEN | The Miller Firm LLC |
| 28. | 3:20-cv-01466 | CHAPIN, DEBRA | Trammell PC |
| 29. | 3:19-cv-14466 | COLEMAN, GEORGIA | Trammell PC |

| No. | MDL Case Number | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 30. | 3:19-cv-14560 | DOUGLAS, MATRELLE | Trammell PC |
| 31. | 3:19-cv-09336 | HANNAH, CAROL | Trammell PC |
| 32. | 3:20-cv-02191 | JACKSON, MELINDA | Trammell PC |

ACTIVE.125115634.01