## **CERTIFICATION OF SERVICE**

      I hereby certify that on September 29, 2020, a copy of the foregoing documents were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                                          Jessica L. Brennan
                                          Faegre Drinker Biddle & Reath LLP
                                          600 Campus Drive
                                          Florham Park, NJ  07932-1047
                                          Phone: (973) 549-7164
                                          Fax:    (973) 360-9831
                                          E-mail: Jessica.Brennan@faegredrinker.com