## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY
LITIGATION

-------------------------------------------

*This relates to:*

*Baxter (3:19-cv-12776); Hill (3:18-cv-15598); Hykes (3:19-cv-12734); Justice (3:18-cv-00333); Recio (3:19-cv-12775); Wasial (3:19-cv-17838)*

MDL No. 3:16-md-02738


**[PROPOSED]
ORDER GRANTING
DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS'
COMPLAINTS**


**THIS MATTER**, having been brought before the Court on motion by Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Defendants"), for entry of an Order dismissing plaintiffs' complaints with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with this Court's May 15, May 26, June 4, 2020, September 17, and September 19, 2020 Orders; and the Court having considered the moving papers and any opposition thereto; and having considered the arguments of counsel, if any; and for good cause shown;

IT IS on this _____ day of _____, 2020

**ORDERED** as follows:

1.      Defendants' Motion to Dismiss plaintiffs' complaints pursuant to Rule 41(b) is hereby **GRANTED**.

    2.      Plaintiffs' complaints are hereby dismissed with prejudice.


_____

Hon. Freda L. Wolfson,
U.S. Chief District Judge

ACTIVE.125118422.01