## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>DELIA SERRANO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MILADIS BERNAL<br><br>**Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>**Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-13347<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on September 26, 2020 on behalf of Plaintiff Delia Serrano, Individually and as Representative of the Estate of Miladis Bernal.

Dated: September 29, 2020

Respectfully Submitted,

By: _/s/ T. Christopher Pinedo_
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 South Shoreline Boulevard
Corpus Christi, Texas 78401
Phone: 361.882.1612
Fax: 361.882.3015
cpinedo@hmglawfirm.com

Attorneys for Plaintiff Delia Serrano, Individually and as Representative of the Estate of Miladis Bernal

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*