IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG |
| This document relates to:<br><br>NICHOLE L. FRASER<br>Case No. 3:20-cv-13545-FLW-LHG | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No 3 (Filing Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 29, 2020.

DATED: September 30, 2020

Respectfully Submitted,

KIESEL LAW LLP

By: */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer (CA # 286752)
8648 Wilshire Boulevard
Beverly Hills, CA  90211
Tel.: (310) 854-4444
palmer@kiesel.law

Haytham Faraj (CA # 291416)
(ARDC # 6286135)
LAW OFFICES OF HAYTHAM FARAJ
1935 W. Belmont Ave.
Chicago, IL 60657
Tel.: (312) 635-0800
haytham@farajlaw.com

Tigran Martinian (CA # 247638)
Arash H. Zabetian (CA # 291403)
MARTINIAN & ASSOCIATES, INC.
2801 Cahuenga Blvd. West
Los Angeles, CA 90068
Tel.: (323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

*Counsel for Plaintiff*
*Nichole L. Fraser*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 30, 2020				Respectfully Submitted,


						By:	      */s/ Melanie Meneses Palmer*
							Melanie Meneses Palmer
							**KIESEL LAW LLP**
							8648 Wilshire Boulevard
							Beverly Hills, California  90211
							Tel.: (310) 854-4444
							Fax: (310) 854-0812
							E-mail: palmer@kiesel.law

							*Counsel for Plaintiff*
							*Nichole L. Fraser*