# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Joycelynn Noelani Quirch v. Johnson & Johnson, et al., Civil No. 3:20-cv-13482 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 29, 2020 on behalf of Plaintiff Joycelynn Noelani Quirch.


DATED: September 30, 2020                    BISNAR|CHASE LLP

                                By:   /s/ Tom Antunovich
                                      BRIAN D. CHASE
                                      TOM ANTUNOVICH
                                      Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                         BISNAR|CHASE LLP

                 By:    /s/ Tom Antunovich
                           BRIAN D. CHASE
                           TOM ANTUNOVICH