UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 3:20-cv-13617 (FLW) (LHG) MDL No. 2738 (FLW) (LHG) |

**This document relates to:**
**BETTY N. LATHAM, Individually**
Case No: 3:20-cv-13617 (FLW)(LHG)

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 30, 2020 on behalf of Plaintiff, captioned above.

Dated: September 30, 2020           Respectfully submitted,

                                    */s/ Grant L. Davis*
                                    Grant L. Davis
                                    DAVIS, BETHUNE & JONES, LLC
                                    1100 Main Street, Suite 2930
                                    Kansas City, MO  64105
                                    (816) 421-1600
                                    (816) 472-5972 Fax
                                    gdavis@dbjlaw.net
                                    ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                      */s/ Grant L. Davis*
                                Grant L. Davis
                                DAVIS, BETHUNE & JONES, LLC
                                1100 Main Street, Suite 2930
                                Kansas City, MO  64105
                                (816) 421-1600
                                (816) 472-5972 Fax
                                gdavis@dbjlaw.net
                                ***Counsel for Plaintiff***