# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>AUDREY VOELKER | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.: 3:20-cv-13604 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 30, 2020 on behalf of Plaintiff, Audrey Voelker.

Dated: October 1, 2020

    Respectfully submitted by,

    **NASH & FRANCISKATO**

    */s/ Brian S. Franciskato*
    Brian S. Franciskato
    Counsel for Plaintiff
    Two Pershing Square
    2300 Main Street, Suite 170
    Kansas City, MO 64108
    Telephone 816-221-6600
    Facsimile: 816-221-6612
    E-mail: bfranciskato@nashfranciskato.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2020 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Brian S. Franciskato
Brian S. Franciskato, Esq.
Nash & Franciskato
Two Pershing Square
2300 Main Street, Suite 170
Kansas City, MO 64108
Telephone 816-221-6600
Facsimile: 816-221-6612
E-mail: bfranciskato@nashfranciskato.com
