# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| **This Document Relates to:** Krystal Mcelmurray v. Johnson & Johnson, et al. Civil Action No.: 3:20-cv-13724 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 1, 2020 on behalf of Plaintiff Krystal Mcelmurray.

Dated: October 1, 2020

Respectfully submitted,

*/s/Adam P. Slater*
Attorney(s) for Plaintiff
**Adam P. Slater, Esq. 4302899**
Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 419
Melville, New York, 11747
Phone: (631) 420-9300

*Counsel for Plaintiff Shannon Jones*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on July 20, 2020.

Dated: October 1, 2020                    Respectfully submitted,

*/s/Adam P. Slater*
Attorney(s) for Plaintiff
**Adam P. Slater, Esq. 4302899**