BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISADORA DETRES, | Case No. 3:18-cv-05401 |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | MDL No. 2738 |
| Defendants. | **NOTICE OF APPEARANCE** |

### NOTICE OF APPEARANCE

**COMES NOW**, Elizabeth A. Eiland, and hereby enters her Appearance as additional counsel on behalf of the Plaintiff, Isadora Detres, in the above-referenced matter.

**Respectfully submitted**, this the 7th Day of October 2020.

                                                 */s/ Elizabeth A. Eiland*
                                                 Elizabeth A. Eiland
                                                 BEASLEY, ALLEN, CROW, METHVIN,
                                                 PORTIS & MILES, P.C.
                                                 Post Office Box 4160
                                                 218 Commerce Street
                                                 Montgomery, Alabama 36103
                                                 Telephone: (334) 269-2343
                                                 Facsimile: (334) 954-7555
                                                 Liz.Eiland@BeasleyAllen.com

                                                 ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2020, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Elizabeth A. Eiland*
Elizabeth A. Eiland
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Liz.Eiland@BeasleyAllen.com

***Attorney for Plaintiff***