IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 3:16-02738 (FLW)(LHG)** |
| *This document relates to:* <br> *Lina Agosta v. Johnson & Johnson, et al.* <br> Member Case No: 3:20-cv-13970___ | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 6, 2020 on behalf of Plaintiff, Lina Agosta.

**DATED:**   10/7/2020

Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golombhonik.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **7th day of October 2020**, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**   10/7/2020

                                           */s/ Richard M. Golomb*
                                           Richard M. Golomb, Esquire
                                           **GOLOMB & HONIK, P.C.**
                                           1835 Market Street, Suite 2900
                                           Philadelphia, PA  19103
                                           Phone: (215) 985-9177
                                           Fax:     (215) 985-4169
                                           Email:  rgolomb@golombhonik.com

                                           *Attorney for Plaintiffs*