# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**IN RE: JOHNSON & JOHNSON**
**TALCUM POWDER PRODUCTS**         Case No: 3:20-cv-14026 (FLW) (LHG)
**MARKETING, SALES PRACTICES**     MDL No. 2738 (FLW) (LHG)
**AND PRODUCTS LIABILITY**
**LITIGATION**

**This document relates to:**
**TOMMY STILES, Individually and on behalf of**
**PEGGY STILES, Deceased**
**Case No: 3:20-cv-14026 (FLW)(LHG)**

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 7, 2020 on behalf of Plaintiff, captioned above.

Dated: October 7, 2020                Respectfully submitted,

                                       */s/ Grant L. Davis*
                                     Grant L. Davis
                                     DAVIS, BETHUNE & JONES, LLC
                                     1100 Main Street, Suite 2930
                                     Kansas City, MO  64105
                                     (816) 421-1600
                                     (816) 472-5972 Fax
                                     gdavis@dbjlaw.net
                                     ***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              */s/ Grant L. Davis*
                                     Grant L. Davis
                                     DAVIS, BETHUNE & JONES, LLC
                                     1100 Main Street, Suite 2930
                                     Kansas City, MO  64105
                                     (816) 421-1600
                                     (816) 472-5972 Fax
                                     gdavis@dbjlaw.net
                                     ***Counsel for Plaintiff***