UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Joanna Lopresti, et al. v. Johnson & Johnson, et al.*<br>Case No.: 3:20-cv-13984-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on October 6, 2020, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiff, Joanna Lopresti.

Dated:  October 7, 2020                        SULLIVAN PAPAIN BLOCK McGRATH
                                                                  COFFINAS & CANNAVO P.C.


                                                                  By: /s/ Craig M. Silverman
                                                                         Craig M. Silverman (NY #5290473)
                                                                         120 Broadway – 27th Floor
                                                                         New York, New York 10271
                                                                         Phone:    (212) 732-9000
                                                                         Fax:        (212) 266-4141
                                                                         Email:     Csilverman@triallaw1.com

                                                                         *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                /s/ Craig M. Silverman
                                                Craig M. Silverman