UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL FILED AGAINST PERSONAL CARE PRODUCTS COUNCIL* | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

### ORDER

AND NOW, this 8th day of October, 2020, upon consideration of the Consolidated Motion [13760] to Seal Certain Accompanying Exhibits to Plaintiffs' Steering Committee's Memoranda in Support of Certain Motions to Exclude Defendants' Expert Witnesses, and any opposition thereto filed by Defendants, it is hereby ORDERED that the motion [13760] is GRANTED; and

IT IS FURTHER ORDERED that the Exhibits designated in Appendix 1 to Plaintiffs' Motion to Seal shall be filed under seal and remain so until further order of Court; and

IT IS FURTHER ORDERED that all other Exhibits filed temporarily under seal shall be made public by the Clerk's office.

_____
LOIS H. GOODMAN, U.S.M.J.