UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Gwendolyn Benson, individual and as beneficiary of the Estate of Amy Bryant, Deceased.<br><br>3:20-cv-14222 | 3:16-md-02738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 9, 2020 on behalf of Plaintiff, Gwendolyn Benson, individual and as beneficiary of the Estate of Amy Bryant, deceased.

Dated: October 9, 2020

                                                            Respectfully submitted,

                                                            /s/ *Warren T. Burns*

                                                           Korey A. Nelson (LA #30002)
                                                           Amanda K. Klevorn (LA #35193)
                                                           **BURNS CHAREST LLP**
                                                           365 Canal Street, Suite 1170
                                                           New Orleans, Louisiana 70130
                                                           T: 504.799.2845
                                                           F: 504.881.1765
                                                           E: aklevorn@burnscharest.com
                                                               knelson@burnscharest.com

                                                           **AND**

        Warren T. Burns (TX #24053119)
        Daniel H. Charest (TX #24057803)
        Spencer M. Cox (TX #24097540)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com
           dcharest@burnscharest.com
           scox@burnscharest.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2020 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/ Warren T. Burns
        Warren T. Burns (TX #24053119)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com