ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorneys for Plaintiff Latasha Edwards*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Latasha Edwards v. Johnson & Johnson, et al.<br>Case No.      3:20-cv-14184 | Civil No.  3:20-cv-14184 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 9, 2020 on behalf of Plaintiff Latasha Edwards.

                                             */s/ Cristen Mendoza*
                                             Cristen Mendoza
                                             ANDRUS WAGSTAFF PC
                                             7171 W Alaska Drive
                                             Lakewood, CO 80226
                                             (303) 376-6360 Telephone
                                             (303) 376-6361 Facsimile
                                             cristen.mendoza@andruswagstaff.com

                                             Attorneys for Plaintiff

Dated: October 9, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that on October 9, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                         */s/ Cristen Mendoza*
                                                         Cristen Mendoza

                                                         ANDRUS WAGSTAFF PC