**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to: SINCOFF v. JOHNSON & JOHNSON et al.** | **MDL No. 2738 (FLW) (LHG)**<br><br>**Case No. 3:18-cv-14497** |

**NOTICE OF FILING FIRST AMENDED SHORT FORM COMPLAINT**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the First Amended Short Form Complaint with Jury Demand in this action was filed on October 12, 2020, on behalf of Plaintiffs RICHARD J. SINCOFF, JOAN E. WEILL, and ANDREA S. TURNER, Individually, and on behalf of the ESTATE OF BARBARA W. SINCOFF, Deceased. Plaintiffs' First Amended Complaint is filed with the written consent of the J&J Defendants (confirmed via e-mail with defense counsel Jessica Brennan on February 12, 2020). In accordance with the Stay Order issued in the Imerys bankruptcy filed February 13, 2019, Plaintiffs' First Amended Short Form Complaint is not intended in any way to act as a commencement or continuation of the action against Imerys Talc America, Inc.

Dated: October 12, 2020              Respectfully submitted,

                           */s/ Tayjes M. Shah*
                           Tayjes M. Shah (01750)
                           **THE MILLER FIRM, LLC**
                           The Sherman Building
                           108 Railroad Avenue
                           Orange, Virginia 22960
                           Ph: (540) 672-4224
                           Fax: (540) 672-3055
                           E-Mail: tshah@millerfirmllc.com

                           *Attorneys for Plaintiffs*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document has been filed electronically on the court's ECF system and is available for viewing and downloading from the ECF system. All counsel of record listed on the Court's CM/ECF system are to be served by the Court via Notice of Electronic Filing (NEF).

Dated: October 12 2020					By: <u>*Tayjes M. Shah*</u>