Craig A. Knapp – Arizona State Bar No. 013580
knapp@krattorneys.com
KNAPP & ROBERTS, P.C.
8777 North Gainey Center Drive, Suite 165
Scottsdale, Arizona 85258
Tel: (480) 991-7677
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Trasi Green, individually | Civil Action No. 3:20-cv-14316<br><br>MDL No. 2738 (FLW) (LHG)<br>Honorable Freda L. Wolfson<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on October 12, 2020 on behalf of Trasi Green, individually.

DATED: October 12, 2020                               KNAPP & ROBERTS

                                                     */s/ Craig A. Knapp*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2020, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: October 12, 2020

KNAPP & ROBERTS

*/s/ Craig A. Knapp*
Knapp & Roberts, P.C.
8777 N. Gainey Center Dr.
Suite 165
Scottsdale, AZ 85258
(480) 991-7677
knapp@krattorneys.com
*Attorneys for Plaintiffs*