## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of October, 2020.

                                                                    */s/ Jennifer L. Orendi*