IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:**<br><br>WILLIAM ANDREW GODWIN and BENJAMIN JERRY GODWIN, individually and as Co-Personal Representative of the Estate of SHEILA GODWIN,<br><br>   Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.,<br><br>   Defendants. | Civil Action No.: 3:17-cv-04835 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a First Amended Short Form Complaint and Jury Demand has been filed on October 13, 2020 on behalf of WILLIAM ANDREW GODWIN and BENJAMIN JERRY GODWIN, individually and as Co-Personal Representative of the Estate of SHEILA GODWIN.

Dated: October 13, 2020          Respectfully submitted by,

                   /s/ *Meghan E. McCormick*
                   Meghan E. McCormick
                   LEVIN SIMES ABRAMS LLP
                   1700 Montgomery Street, Suite 250

San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: mmccormick@levinsimes.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF System.

*/s/ Meghan E. McCormick*
Meghan E. McCormick