**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>KANDICE MALONE<br><br>                Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>                Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-13500<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on September 29, 2020 on behalf of Plaintiff Kandice Malone.

Dated: October 14, 2020                    Respectfully Submitted,

                                          By:   */s/ T. Christopher Pinedo*
                                               T. Christopher Pinedo
                                               HILLIARD MARTINEZ GONZALES LLP
                                               719 South Shoreline Boulevard
                                               Corpus Christi, Texas 78401
                                               Phone:  361.882.1612
                                               Fax:  361.882.3015
                                               cpinedo@hmglawfirm.com

                                               Attorneys for Plaintiff Kandice Malone

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*