IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:** <br><br> JOSEPH COOK, individually and as Personal Representative of the Estate of MARIA COOK, <br><br>     Plaintiffs, <br> v. <br><br> JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC., <br><br>     Defendants. | Civil Action No.  3:17-cv-06202 |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a First Amended Short Form Complaint and Jury Demand has been filed on October 14, 2020, on behalf of JOSEPH COOK, individually and on behalf of the Estate of MARIA COOK.

Dated October 14, 2020

           Respectfully submitted by,

           */s/ Meghan E. McCormick*
           Meghan E. McCormick
           LEVIN SIMES ABRAMS LLP
           1700 Montgomery Street, Suite 250
           San Francisco, California 94111
           Telephone: (415) 426-3000
           Facsimile: (415) 426-3001
           Email: mmccormick@levinsimes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF System.


*/s/ Meghan E. McCormick*
Meghan E. McCormick

1