IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 3:16-02738 (FLW)(LHG)** |
| *This document relates to:*<br>*Julie Gaynes & Harold Gaynes, w/h v. Johnson & Johnson, et al.*<br>Member Case No: 3:20-cv-14352___ | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 13, 2020 on behalf of Plaintiffs, Julie Gaynes and Harold Gaynes, w/h.

**DATED:    10/15/2020**                             Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golombhonik.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this 15th **day of October 2020**, I caused a true and correct copy of the foregoing: *Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand* was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** 10/15/2020

                                         */s/ Richard M. Golomb*
                                         Richard M. Golomb, Esquire
                                         **GOLOMB & HONIK, P.C.**
                                         1835 Market Street, Suite 2900
                                         Philadelphia, PA  19103
                                         Phone: (215) 985-9177
                                         Fax:     (215) 985-4169
                                         Email:  rgolomb@golombhonik.com

                                         *Attorney for Plaintiffs*