UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Civil Action No. 3:20-CV-14293 |
| *This document relates to*: <br><br> Randy Richardson, Individually, and on behalf of Willie Richardson (Deceased) v. Johnson & Johnson, et al. <br> Case No: 3:20-CV-14293-FLW-LHG | MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 12, 2020, on behalf of Plaintiff Randy Richardson, Individually, and on behalf of Willie Richardson (Deceased).

        s/ Steve Faries
        Steve Faries
        Mark R. Mueller
        MUELLER LAW PLLC
        404 W. 7th St.
        Austin, TX 78701
        (512) 478-1236
        receptionist@muellerlaw.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2020, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        s/ Steve Faries
                                        Steve Faries

                                        MUELLER LAW PLLC