## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**CORLASS BLACKMOND**<br><br>                    **Plaintiff,**<br><br>**v.**<br><br>**JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.**<br><br>                    **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-14473<br><br>DIRECT FILED ACTION |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on October 14, 2020 on behalf of Plaintiff Corlass Blackmond.

Dated: October 15, 2020                     Respectfully Submitted,

                              By:   _/s/ T. Christopher Pinedo_____
                                    T. Christopher Pinedo
                                    HILLIARD MARTINEZ GONZALES LLP
                                    719 South Shoreline Boulevard
                                    Corpus Christi, Texas 78401
                                    Phone:  361.882.1612
                                    Fax:  361.882.3015
                                    cpinedo@hmglawfirm.com

                                    Attorneys for Plaintiff Corlass Blackmond

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*

2