## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of October, 2020.

                                                                                           */s/ Jennifer L. Orendi*

Case 3:16-md-02738-MAS-RLS   Document 15209-1   Filed 10/15/20   Page 1 of 1 PageID: 120612