**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>TONYA PATTON<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>　　　　　　**Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-14476<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

　　Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on October 14, 2020 on behalf of Plaintiff Tonya Patton.

Dated: October 15, 2020　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　By: 　/s/ T. Christopher Pinedo
　　　　　　　　　　　　　　　　　　　　T. Christopher Pinedo
　　　　　　　　　　　　　　　　　　　　HILLIARD MARTINEZ GONZALES LLP
　　　　　　　　　　　　　　　　　　　　719 South Shoreline Boulevard
　　　　　　　　　　　　　　　　　　　　Corpus Christi, Texas 78401
　　　　　　　　　　　　　　　　　　　　Phone:  361.882.1612
　　　　　　　　　　　　　　　　　　　　Fax:  361.882.3015
　　　　　　　　　　　　　　　　　　　　cpinedo@hmglawfirm.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Tonya Patton

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*