BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Deborah Cannon*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Deborah Cannon v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-14494 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 15, 2020 on behalf of Plaintiff Deborah Cannon.

                                                                               */s/ Brittany S. Scott*
                                                                               Brittany S. Scott
                                                                               BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                                                                               218 Commerce Street
                                                                                Montgomery, Alabama 36104
                                                                                (800) 898-2034 Telephone
                                                                                (334) 954-7555 Facsimile
                                                                                Brittany.Scott@BeasleyAllen.com

                                                                                Attorneys for Plaintiff Deborah Cannon

Dated: October 15, 2020

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                       */s/ Brittany S. Scott*
                                                       Brittany S. Scott

                                                       BEASLEY ALLEN CROW METHVIN
                                                     PORTIS & MILES, P.C.