ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorneys for Plaintiffs Harold Bowers*
*obo Catherine Bowers (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Harold Bowers obo Catherine Bowers (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-14545 | Civil No. 3:16-md-2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 16, 2020 on behalf of Plaintiffs Harold Bowers obo Catherine Bowers (deceased).

                                              */s/ Cristen M. Mendoza*
                                              Cristen M. Mendoza
                                              ANDRUS WAGSTAFF PC
                                              7171 W Alaska Drive
                                              Lakewood, CO 80226
                                              (866) 795-9529 Telephone (303)
                                              376-6361 Facsimile
                                              cristen.mendoza@andruswagstaff.com

                                              Attorney for Plaintiffs

Dated: October 16, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 16, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                           */s/ **Cristen M. Mendoza***
                                                           Cristen M. Mendoza

                                                           ANDRUS WAGSTAFF PC