UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT ALSO RELATES TO:<br><br>LISA ANNA EGNER and KELLY JEAN ARNOLD, as successor co-Trustees of the Estate of CORDA ADAMS, Deceased,<br><br>Plaintiffs,<br><br>v.<br>JOHNSON & JOHNSON, et. al.<br><br>Defendants | Case No. 3:17-cv-10126-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Letter Order of October 13, 2020, that the First Amended Short Form Complaint and Jury Demand was filed on October 16, 2020, on behalf of Plaintiff LISA ANNA EGNER and KELLY JEAN ARNOLD, as successor co-Trustees of the Estate of CORDA ADAMS, Deceased.

Dated: October 16, 2020                                Respectfully Submitted,

By:   */s/ James A. Morris, Jr.*
James A. Morris, Jr.
Morris Law Firm
4001 W. Alameda Ave. Ste 208
Burbank, CA 91505
747-283-1144 Phone
747-283-1143 Facsimile
jmorris@jamlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, the above and foregoing Notice of Filing was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ James A. Morris, Jr.*
JAMES A. MORRIS, JR.