UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-02738 (FLW) (LHG) |
| This document relates to: Gwendolyn B. Stevens and Robert C. Stevens<br><br>Case No. 3:18-cv-02080 | |

### NOTICE OF APPEARANCE

COME NOW, Fred H. Shepherd and Earl Landers Vickery of VICKERY & SHEPHERD, LLP, and Joseph H. Low IV of THE LAW FIRM OF JOSEPH H. LOW IV, who hereby enter their Appearance as Co-Lead Counsel on behalf of Plaintiffs, Gwendolyn B. Stevens and Robert C. Stevens in the above-referenced matter. All communications from the Court or other counsel with respect to this suit shall be sent to the undersigned at the below-listed firms.

Dated: October 16, 2020

Respectfully submitted,

VICKERY & SHEPHERD, LLP

*/s/ Fred H. Shepherd*
Fred H. Shepherd
Texas Bar No. 24033056
Earl Landers Vickery
Texas Bar No. 20571900
10000 Memorial Dr., Suite 750
Houston, TX  77024-3485
Telephone:  713-526-1100
Facsimile:  713-523-5939
Email:  fred@justiceseekers.com
Email:  lanny@justiceseekers.com
*Co-Lead Counsel for Plaintiffs,
Gwendolyn B. Stevens and
Robert C. Stevens*


    Joseph H. Low IV
California Bar No. 194897
THE LAW FIRM OF JOSEPH H. LOW IV
100 Oceangate, 12th Floor
Long Beach, CA  90802
Telephone: 562-901-0840
Facsimile:  562-901-0841
Email:  joseph@jhllaw.com
*Co-Lead Counsel for Plaintiffs,*
*Gwendolyn B. Stevens and*
*Robert C. Stevens*

### Certificate of Service

I hereby certify that on October 16, 2020, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the ECF system.  A true and correct copy has been served upon all counsel of record and is available for viewing via the Court's CM/ECF system.

*/s/ Fred H. Shepherd*
Fred H. Shepherd