UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT ALSO RELATES TO:<br><br>GLENDA CROFT<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>    Defendants | Case No. 3:17-cv-10642-FLW-LHG |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)

COMES NOW Plaintiff, GLENDA CROFT, by and through her undersigned attorneys, Morris Law Firm, and herewith files her Notice of Voluntary Dismissal of Plaintiff's Complaint, without prejudice, in this matter.

Dated: October 16, 2020          MORRIS LAW FIRM

                 By:   */s/ James A. Morris, Jr.*
                    James A. Morris, Jr. (#296852)
                    4001 W. Alameda Ave. Ste 208
                    Burbank, CA 91505
                    747-283-1144 Phone
                    747-283-1143 Facsimile
                    jmorris@jamlawyers.com
                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, the above and foregoing Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A) and Proposed Order were filed electronically and are available to viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

> /s/ James A. Morris, Jr.
> JAMES A. MORRIS, JR.