UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT ALSO RELATES TO:<br><br>GLENDA CROFT<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>        Defendants | Case No. 3:17-cv-10642-FLW-LHG |

## [PROPOSED] ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)

Plaintiff Glenda Croft having filed for a motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the Court being advised; now, therefore,

IT IS ORDER that Plaintiff's Motion is granted and further, that the above action is dismissed, without prejudice and without costs.

SO ORDERED this ___ day of _____, 2020.

_____
Hon. Freda L. Wolfson, U.S.D.J.