## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>Melissa Parsons et. al. v. Johnson & Johnson et. al.<br>Civil Case No. 3:19-cv-21967-FLW | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 16, 2020 on behalf of Plaintiffs Melissa Parsons and Terry Parsons.

                                                Respectfully submitted,

                                                /s/Michael E. Liska
                                                Gary C. Johnson
                                                Michael E. Liska
                                                Brittany Deskins Johnson
                                                **GARY C. JOHNSON, P.S.C.**
                                                110 Caroline Avenue
                                                P. O. Box 231
                                                Pikeville, Kentucky 41501
                                                Telephone: (606) 437-4002
                                                Facsimile: (606) 437-0021
                                                gary@garycjohnson.com
                                                mliska@garycjohnson.com
                                                bjohnson@garycjohnson.com
                                                *Co-Counsel for Plaintiffs*

                                                -and-

   Richard H. Friedman
Peter J. Mullenix
**Friedman Rubin, PLLP**
1109 1st Avenue
Suite 501
Seattle, Washington 98101
Telephone: (206) 501-4446
Facsimile: (206) 623-0794
RFriedman@friedmanrubin.com
PMullenix@friedmanrubin.com
*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2020, a copy of the foregoing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

   /s/ Michael E. Liska
*Co-Counsel for Plaintiffs*