UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON<br>TALCUM POWDER PRODUCTS<br>MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY<br>LITIGATION | Case No: 3:20-cv-14579 (FLW) (LHG)<br>MDL No. 2738 (FLW) (LHG) |

DAVID PAGE, Individually and on behalf of
CRYSTAL L. PAGE, Deceased
Case No: 3:20-cv-14579 (FLW)(LHG)

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on, October 16, 2020 on behalf of Plaintiff, captioned above.

Dated: October 16, 2020                    Respectfully submitted,

                                           /s/ Grant L. Davis
                                           Grant L. Davis
                                           DAVIS, BETHUNE & JONES, LLC
                                           1100 Main Street, Suite 2930
                                           Kansas City, MO  64105
                                           (816) 421-1600
                                           (816) 472-5972 Fax
                                           gdavis@dbjlaw.net
                                           **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                */s/ Grant L. Davis*
                                Grant L. Davis
                                DAVIS, BETHUNE & JONES, LLC
                                1100 Main Street, Suite 2930
                                Kansas City, MO  64105
                                (816) 421-1600
                                (816) 472-5972 Fax
                                gdavis@dbjlaw.net
                                **Counsel for Plaintiff**