# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> MARIE WOODS AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAISY ESTHER GAZARD, DECEASED, <br><br> 3:20-cv-14600 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on August 7, 2020 on behalf of MARIE WOODS AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAISY ESTHER GAZARD, DECEASED.

Dated: October 16, 2020

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 16, 2020

                                              */s/ Christopher R. LoPalo*
                                              Christopher R. LoPalo, Esq.
                                              400 Broadhollow Rd., Suite 305
                                              Melville, NY 11747
                                              Telephone: (212) 397-1000
                                              Facsimile: (646) 927-1676
                                              CLoPalo@NapoliLaw.com
                                              *Attorneys for Plaintiff*