**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| VIVIAN SORROW, Individually and obo MAGALI MARIA BERTRAN, Deceased, | Civil Action No.: 3:20-cv-14196 |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER COMPANIES, INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 9, 2020 on behalf of Plaintiff Vivian Sorrow, Individually and on behalf of Magali Maria Bertran, Deceased.

Dated: October 16, 2020                          Respectfully Submitted by,

/s/ *Hector G. Gancedo*
Hector G. Gancedo CA # 132139
hgancedo@gancedolaw.com
Gancedo Law Firm, Inc.
1575 North Lake Ave., #202
Pasadena, CA 91104
(626) 577-2500
FAX (626) 577-2555
**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on October 16, 2020.

*/s/ Hector G. Gancedo*
Hector G. Gancedo
