# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: Cox, et al. v. Johnson & Johnson, et al. 3:20-cv-06779-FLW-LGH | **CIVIL ACTION NO. 3:20-CV-6779** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed on October 19, 2020 on behalf of Plaintiff Cader Cox.

Respectfully submitted this 19th day of October, 2020.

**CHEELEY LAW GROUP, LLC**

/s/ Robert D. Cheeley_____
Robert D. Cheeley
Georgia Bar No. 122727
Julia A. Merritt
Georgia Bar No. 159038
299 South Main Street, Suite A
Alpharetta, GA  30009
Phone: (770) 559-6365
bob@cheeleylawgroup.com
julia@cheeleylawgroup.com

**BARNES LAW GROUP, LLC**

/s/ John R. Bevis_____
Roy E. Barnes
Georgia Bar No. 039000
John R. Bevis
Georgia Bar No. 056110
Benjamin R. Rosichan
Georgia Bar No. 296256
31 Atlanta Street
Marietta, GA  30060
Phone: (770) 227-6375
roy@barneslawgroup.com
bevis@barneslawgroup.com
brosichan@barneslawgroup.com

*Attorneys for Plaintiffs*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 19th day of October, 2020.

**CHEELEY LAW GROUP, LLC**

s/ Robert D. Cheeley_____
Robert D. Cheeley
Georgia Bar No. 122727