ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorney for Plaintiff Jill Lee*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Jill Lee v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-14669 | Civil No.  3:16-md-2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 19, 2020 on behalf of Plaintiff Jill Lee.

                                                                 */s/ Cristen Mendoza*
Cristen Mendoza
ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
(303) 376-6360 Telephone
(303) 376-6361 Facsimile
cristen.mendoza@andruswagstaff.com

Attorney for Plaintiff

Dated: October 19, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              */s/ Cristen Mendoza*
                                              Cristen Mendoza

                                              ANDRUS WAGSTAFF PC