## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2020, the above and foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                                */s/ James A. Morris, Jr.*
                                                JAMES A. MORRIS, JR.