UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-MD-02738<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS RELATES TO DOC ID 14906, CASES INCLUDED ON EXHIBIT A TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 41B:<br><br>**Deidre Winkler OBO Margaret Sullivan v. Johnson & Johnson et al.**<br>**Case No. 3:18-cv-16103** | |

## RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 41B

Plaintiff, Deidre Winkler, through undersigned counsel, respectfully appears to oppose the dismissal of her case for failure to comply with the Court's Orders. Plaintiff is cited by Defendants as having a materially deficient PPF. The Order, Doc 14749, advised that she had failed to cure the item 8 question, "Family members diagnosed with Genetic Mutations?" This was answered on September 21, 2020 in an amended PPF. Counsel can aver that Ms. Winkler has always provided what information she had to her Counsel, albeit her late mother is the ovarian cancer victim, and her information is limited.

And so, on its face, Plaintiff has complied with the stated deficiencies. However, Plaintiff notes that physician information, although not noted in the order as a deficiency, is lacking. This date Plaintiff received and loaded the core medical records of the late Ms.

1

Sullivan's diagnosis with serous adenocarcinoma, records requested and denied by the provider in a prior medical request.   These Texas records (Plaintiff is from Louisiana) have been uploaded, and the physicians identified.    Ms. Winkler depends upon the records to provide that information.

While Plaintiff did in fact submit the information that was required by the order, with the addition of the additional cancer injury medical records there is  now a comprehensive response.   Plaintiff apologizes for not noticing that there was information NOT listed in the Deficiencies section of the Order that is useful, but the very day the record was obtained on the portal it was uploaded and the information on the PPF amended.

Plaintiff respectfully requests that her case not be dismissed, as she personally has complied with all requests made to her. She prays that her substantial compliance allows her to continue her case until its ultimate resolution.

Submitted October 19, 2020

*/s/ Richard L. Root*
Richard L. Root, LA # 19988
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
rroot@morrisbart.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-MD-02738<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| **THIS RELATES TO DOC ID 14906, CASES INCLUDED ON EXHIBIT A TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO 41B:**<br><br>**Deidre Winkler OBO Margaret Sullivan v. Johnson & Johnson et al.**<br>**Case No. 3:18-cv-16103** | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Submitted October 19, 2020

*/s/ Richard L. Root*