# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION**              3:16-md-02738-FLW-LHG

*This document relates to:*

*Janet Applefield, as personal representative of
Sandra Applefield, deceased v. Johnson &
Johnson, et al.,
Case No. 3:17-cv-03080*

_____/

## NOTICE OF FILING

        Notice is hereby given pursuant to Case Management Order No. 3 that an Amended

Short Form Complaint with Jury Demand was filed in the above case on October 20, 2020

on behalf of Janet Applefield, as personal representative of the estate of the Plaintiff,

Sandra Applefield, deceased.

        Dated: October 20, 2020.


                        Respectfully submitted,


                         /s/ Joseph H. Saunders_____
                        Joseph H. Saunders, Esquire
                        SAUNDERS & WALKER, P.A.
                        3491 Gandy Blvd. North, Ste. 200
                        Pinellas Park, FL 33780-1637
                        (727) 579-4500, FAX (727) 577-9797
                        FBN 341746
                        joe@saunderslawyers.com
                        *Counsel for Plaintiff*