

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

October 20, 2020

**VIA ECF**

Honorable Freda L. Wolfson, Chief Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 5E
Trenton, NJ 08608

> **Re:  *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738***

Dear Chief Judge Wolfson:

  Please accept this letter in further support of defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Motions to Dismiss for failure to comply with the Court's May 15, May 26, June 4, September 17, and September 19, 2020 Orders regarding case-specific discovery for Stage One discovery pool cases.

  Opposition to the motions was due on October 19, 2020.  As of this filing, the 30 plaintiffs listed on attached Exhibit A have not filed oppositions to the motions.  Defendants therefore respectfully request that these cases be dismissed with prejudice pursuant to Rule 41(b).

  Thank you for your consideration of this matter.

            Respectfully submitted,

            /s/ *Susan M. Sharko*
            Susan M. Sharko
            FAEGRE DRINKER BIDDLE
             & REATH LLP
            600 Campus Drive
            Florham Park, NJ 07932

| | | |
|---|---|---|
| Honorable Freda L. Wolfson,<br>Chief Judge | -2- | October 20, 2020 |

Telephone: 973-549-7350
Facsimile:  973-360-9831
E-mail: susan.sharko@faegredrinker.com
*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

cc:   All Counsel of Record (via ECF)

| Honorable Freda L. Wolfson, Chief Judge | -3- | October 20, 2020 |

**EXHIBIT A**

| No. | MDL Case Number | Plaintiff Name | Law Firm Name |
| --- | --- | --- | --- |
| 1. | 3:18-cv-02366 | ADKINS, BERNADINE | Johnson Law Group |
| 2. | 3:20-cv-03343 | AMATO, FELICIA | Johnson Law Group |
| 3. | 3:19-cv-12776 | BAXTER, JENNIFER | The Deaton Law Firm |
| 4. | 3:18-cv-00012 | BENNINGTON, STAVROULA | Beasley Allen |
| 5. | 3:17-cv-10456 | CARTER, DIANE | Beasley Allen |
| 6. | 3:19-cv-14466 | COLEMAN, GEORGIA | Trammell PC |
| 7. | 3:18-cv-03680 | COLLINS, VALERIE | Beasley Allen |
| 8. | 3:19-cv-19637 | DOBRZELEWSKI, LYNNE | OnderLaw, LLC |
| 9. | 3:19-cv-14560 | DOUGLAS, MATRELLE | Trammell PC |
| 10. | 3:17-cv-06861 | ELLIS, MELISSA | Beasley Allen |
| 11. | 3:17-cv-10889 | GOMEZ, MARIA | OnderLaw, LLC |
| 12. | 3:19-cv-09336 | HANNAH, CAROL | Trammell PC |
| 13. | 3:19-cv-00987 | HOUSLEY, YVONNE | Johnson Law Group |
| 14. | 3:19-cv-12734 | HYKES, SCARLET | The Deaton Law Firm |
| 15. | 3:20-cv-02191 | JACKSON, MELINDA | Trammell PC |
| 16. | 3:17-cv-10381 | JOHNSON, ELIZABETH | Beasley Allen |
| 17. | 3:19-cv-20641 | JONES, ROBERT | OnderLaw, LLC |
| 18. | 3:17-cv-09917 | MARTIN, ALISON | OnderLaw, LLC |
| 19. | 3:18-cv-11020 | O'MILLER, KATIE | OnderLaw, LLC |

| Honorable Freda L. Wolfson, Chief Judge | -4- | October 20, 2020 |

| No. | MDL Case Number | Plaintiff Name | Law Firm Name |
|---|---|---|---|
| 20. | 3:19-cv-13168 | SAVAGE, CATHERINE | OnderLaw, LLC |
| 21. | 3:17-cv-09730 | STAFFORD, TERRI | OnderLaw, LLC |
| 22. | 3:20-cv-00463 | STUART, HELEN | OnderLaw, LLC |
| 23. | 3:18-cv-05588 | SWANGIM, JERRIANNE | Blizzard Law, PLLC |
| 24. | 3:19-cv-16826 | TATE, ROXANNE | OnderLaw, LLC |
| 25. | 3:20-cv-02662 | TAYLOR, JENNIFER | OnderLaw, LLC |
| 26. | 3:20-cv-01552 | TYRRELL, ASHLEY | OnderLaw, LLC |
| 27. | 3:19-cv-22099 | UNDERWOOD, REGINA | OnderLaw, LLC |
| 28. | 3:19-cv-18063 | WHITLEY, LOIS | OnderLaw, LLC |
| 29. | 3:19-cv-17011 | WILLIAMS, ANDREA | OnderLaw, LLC |
| 30. | 3:19-cv-12031 | WILLIAMS, ROSIE | OnderLaw, LLC |