UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to:<br> Cox, et al. v. Johnson & Johnson, et al. 3:20-cv-06779-FLW-LGH | **MDL NO. 2738 (FLW) (LHG)**<br><br>**CIVIL ACTION NO. 3:20-CV-6779** |

## WITHDRAWAL OF NOTICE OF FILING

COMES NOW counsel for Plaintiffs and hereby notifies the Court and Defendants of the Withdrawal of Notice of Filing Plaintiff's First Amended Short Form Complaint and Jury Demand of Decedent Martha Cox, which was erroneously filed.

Respectfully submitted this 20th day of October, 2020.

| **CHEELEY LAW GROUP, LLC** | **BARNES LAW GROUP, LLC** |
|---|---|
| /s/ Robert D. Cheeley_____<br>Robert D. Cheeley<br>Georgia Bar No. 122727<br>Julia A. Merritt<br>Georgia Bar No. 159038<br>2500 Old Milton Pkwy, Ste 200<br>Alpharetta, GA  30009<br>Phone: (770) 559-6365<br>bob@cheeleylawgroup.com<br>julia@cheeleylawgroup.com | /s/ John R. Bevis_____<br>Roy E. Barnes<br>Georgia Bar No. 039000<br>John R. Bevis<br>Georgia Bar No. 056110<br>Benjamin R. Rosichan<br>Georgia Bar No. 296256<br>31 Atlanta Street<br>Marietta, GA  30060<br>Phone: (770) 227-6375<br>roy@barneslawgroup.com<br>bevis@barneslawgroup.com<br>brosichan@barneslawgroup.com |

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 20th day of October, 2020.

**CHEELEY LAW GROUP, LLC**

/s/ Julia A. Merritt
Julia A. Merritt
Georgia Bar No. 159038