**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to:<br>Cox, et al. v. Johnson & Johnson, et al.<br>3:20-cv-06779-FLW-LGH | **MDL NO. 2738 (FLW) (LHG)**<br><br>**CIVIL ACTION NO. 3:20-CV-6779** |

### NOTICE OF FILING

Notice is hereby given that the Amended Complaint has been filed on October 20, 2020 on behalf of Plaintiff Cader Cox.

Respectfully submitted this 20th day of October, 2020.

| **CHEELEY LAW GROUP, LLC** | **BARNES LAW GROUP, LLC** |
|---|---|
| /s/ Robert D. Cheeley<br>Robert D. Cheeley<br>Georgia Bar No. 122727<br>Julia A. Merritt<br>Georgia Bar No. 159038<br>2500 Old Milton Parkway, Ste 200<br>Alpharetta, GA  30009<br>Phone: (770) 559-6365<br>bob@cheeleylawgroup.com<br>julia@cheeleylawgroup.com | /s/ John R. Bevis_____<br>Roy E. Barnes<br>Georgia Bar No. 039000<br>John R. Bevis<br>Georgia Bar No. 056110<br>Benjamin R. Rosichan<br>Georgia Bar No. 296256<br>31 Atlanta Street<br>Marietta, GA  30060<br>Phone: (770) 227-6375<br>roy@barneslawgroup.com<br>bevis@barneslawgroup.com<br>brosichan@barneslawgroup.com |

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 20th day of October, 2020.

        **CHEELEY LAW GROUP, LLC**

        /s/ Julia A. Merritt
        Julia A. Merritt
        Georgia Bar No. 159038