# Exhibit 1

| From: | Talc |
|---|---|
| To: | Ashley Tizeno; Matthew Yezierski; Cydney Thrower |
| Cc: | KFRAZIER@shb.com; jessica.brennan@faegredrinker.com; leigh.odell@beasleyallen.com; mparfitt@ashcraftlaw.com; Talc |
| Subject: | MDL 2738 – Notice of Document Deficiencies |
| Date: | Thursday, September 3, 2020 11:52:43 AM |

[EXTERNAL]

**Johnson Law Group**
**VIA EMAIL**

Re: Notice of Failure to Submit Supporting Documents
*In re Johnson & Johnson Talcum Powder Marketing, Sales Practices and Products Liability* Litigation – MDL No. 2738

Dear Counsel,

This is to notify you of the failure by the plaintiff(s) referenced below to submit the required supporting documents by the deadline prescribed in the Court's June 4, 2020, Order ("Order").

Pursuant to the Order, plaintiffs in the 1000 Selected Cases were required to serve upon Defendants via MDL Centrality:

- a complete and verified PPF;

- certain core records, including: "[a]ll medical records or reports from any hospital, physician, or other health care provider who treated plaintiff for ovarian cancer or any gynecologic disease, condition or symptom alleged in the Complaint and/or PPF, and [i]f applicable, decedent-user's death certificate and copies of letters testamentary or letters of administration confirming standing of the named plaintiff or proof that plaintiff is working to obtain letters testamentary or letters of administration"; and

- an executed Limited Authorization to Disclose Health Information

These documents were to be provided within 90 days of the Order, which fell on Wednesday, September 2, 2020.

Plaintiffs have three days from the date of this correspondence in which to comply fully with the requirement to submit supporting documents. After three days, Defendants will move to dismiss with prejudice the cases of plaintiffs who have failed to comply with the CMO.

| PLAINTIFF'S NAME | MDL CENTRALITY ID | LAW FIRM | MEDICAL RECORDS | VERIFICATION OF PPF | AUTHORIZATION | DOCUMENT SUBMISSION DUE DATE |
|---|---|---|---|---|---|---|
| WHALEN, CATHY | 2205 | Johnson Law Group | | Not Produced | | September 2, 2020 |
| LAYMAN, LINDA | 2239 | Johnson Law Group | | | Not Produced | September 2, 2020 |
| HOUSLEY, YVONNE | 2245 | Johnson Law Group | | Not Produced | Not Produced | September 2, 2020 |
| YORK, LINDA | 2247 | Johnson Law Group | | Not Produced | Not Produced | September 2, 2020 |
| AMATO, FELICIA | 2265 | Johnson Law Group | | Not Produced | Not Produced | September 2, 2020 |
| ADKINS, BERNADINE | 2266 | Johnson Law Group | | Not Produced | Not Produced | September 2, 2020 |
| HODOROVIC, PAMELA | 2267 | Johnson Law Group | | Not Produced | Not Produced | September 2, 2020 |
| SKAGGS, NICKIE | 2268 | Johnson Law Group | | Not Produced | Not Produced | September 2, 2020 |

Jessica L. Brennan
Faegre Drinker Biddle & Reath LLP
600 Campus Dr.
Florham Park, NJ 07932-1047
jessica.brennan@faegredrinker.com
1-973-549-7164

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*