# Exhibit 2

| From: | Talc |
|---|---|
| To: | Alexander Pham; Ashley Tizeno; Kori Westbrook; Matthew Yezierski; Cydney Thrower |
| Cc: | KFRAZIER@shb.com; jessica.brennan@faegredrinker.com; leigh.odell@beasleyallen.com; mparfitt@ashcraftlaw.com; Talc; KSTUFFLEBEAN@shb.com |
| Subject: | MDL 2738 - Notice of Failure to Provide Material Information |
| Date: | Friday, September 4, 2020 11:12:14 AM |

[EXTERNAL]

**Johnson Law Group**
**VIA EMAIL**

Re: Notice of Failure to Provide Material Information
*In re Johnson & Johnson Talcum Powder Marketing, Sales Practices and Products Liability* Litigation – MDL No. 2738

Dear Counsel,

This is to notify you of the failure by the plaintiff(s) referenced below to provide material information required in the Plaintiff Profile Form ("PPF") by the deadline prescribed in the Court's June 4, 2020, Order ("Order"). We are still in the review process and additional deficiencies may be noted later.

Pursuant to the Order, plaintiffs in the 1000 Selected Cases were required to serve upon Defendants via MDL Centrality a **complete** and verified PPF, certain core records, and an executed Limited Authorization to Disclose Health Information within 90 days of the Order, which fell on Wednesday, September 2, 2020.

Plaintiffs have three days from the date of this correspondence in which to comply fully with the requirement to submit a **complete** PPF. After three days, Defendants will move to dismiss with prejudice the cases of plaintiffs who have failed to comply with the CMO.

| PLAINTIFF ID | PLAINTIFF NAME | LAW FIRM | INFORMATION MISSING | PPF DUE DATE |
|---|---|---|---|---|
| 2242 | MOTTER, STEPHENIE | Johnson Law Group | 8. Family members diagnosed with any Genetic Mutations? | September 2, 2020 |
| 2243 | AKEMANN, KARLA | Johnson Law Group | Condition: BRCA1 or BRCA2<br>Condition: Breast Cancer<br>Condition: Lynch Syndrome<br>11. Name of Hospitals and Clinics<br>20. Highest and Lowest weight during five years prior to cancer diagnosis<br><br>23. Number of Pregnancies? | September 2, 2020 |
| 2245 | HOUSLEY, YVONNE | Johnson Law Group | Condition: BRCA1 or BRCA2<br>Condition: Breast Cancer<br>Condition: Lynch Syndrome<br>8. Family members diagnosed with any Genetic Mutations?<br>23. Number of Pregnancies? | September 2, 2020 |
| 2247 | YORK, LINDA | Johnson Law Group | 11. Name of Hospitals and Clinics | September 2, 2020 |
| 2215 | KESTERSON, JAMIE | Johnson Law Group | 11. Name of Hospitals and Clinics | September 2, 2020 |

Jessica L. Brennan
Faegre Drinker Biddle & Reath LLP
600 Campus Dr.
Florham Park, NJ 07932-1047
jessica.brennan@faegredrinker.com
1-973-549-7164