UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**MDL NO. 2738 (FLW)(LHG)**
Civil Action No.:  3:17-cv-08262

| | |
|---|---|
| **IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | ) ) ) ) |
| Carolyn Streeter, | ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| Johnson & Johnson, *et al.* | ) ) |
| **Defendants.** | ) ) |

**SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PLAINTIFF**

Pursuant to Fed. R. Civ. P. Rule 25, Plaintiff submits the following:

1. Plaintiff, Carolyn Streeter (hereinafter the "decedent"), died on April 8, 2020.

2. Tasha Malette is decedent's daughter.

3. Tasha Malette was appointed as the Administrator of the Estate of Carolyn Streeter on October 5, 2020 and is prepared to continue this action in her capacity as Administrator of the Estate.  *See* Ex. A, copy of *Letters of Administration*.

4. This Court should allow this motion to substitute Plaintiff to reflect the proper Plaintiff as Tasha Malette, as Administrator of the Estate of Carolyn Streeter.

5. Plaintiff has communicated with Defendant Johnson & Johnson to seek its assent to this Motion.  Defendant does not oppose the Motion.

Respectfully submitted,

/s/James D. Gotz
James D. Gotz
Steven B. Rotman
Hausfeld
One Marina Park Drive
Suite 1410
Boston, MA 02110
(617) 207-0600
jgotz@hausfeld.com
srotman@hausfeld.com

Dated: October 21, 2020

## **CERTIFICATE OF SERVICE**

      I certify that on October 21, 2020, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.


                    /s/James D. Gotz_____
                    James D. Gotz, Esq.