# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** |
| This document relates to: <br><br> Carolyn Streeter <br><br> Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | Civil Action No.: 3:17-cv-08262 |

### ORDER ON UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF

**THIS MATTER** having come before the Court upon Plaintiff's unopposed Motion for the Substitution of Plaintiff pursuant to Federal Rule of Civil Procedure 25, and for good cause shown,

**IT IS** on this _____ day of _____ 2020,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Tasha Malette is substituted as the Plaintiff in this action; and it is

**FURTHER ORDERED** that the Clerk's office will update the caption for this matter accordingly.

By: _____
HON. FREDA L. WOLFSON