UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**MDL NO. 2738 (FLW)(LHG)**
Civil Action No.: 3:17-cv-08286

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | ) ) ) ) |
| Kimberly Boykins, | ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| Johnson & Johnson, *et al.* | ) ) |
| **Defendants.** | ) ) |

**SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PLAINTIFF**

Pursuant to Fed. R. Civ. P. Rule 25, Plaintiff submits the following:

1. Plaintiff, Kimberly Boykins (hereinafter the "decedent"), died on February 13, 2020.

2. Sierra Boykins is decedent's daughter.

3. Sierra Boykins was appointed as the Administrator of the Estate of Kimberly Boykins on October 1, 2020 and is prepared to continue this action in her capacity as Personal Representative of the Estate. *See* Ex. A, copy of *Letters of Administration*.

4. This Court should allow this motion to substitute Plaintiff to reflect the proper Plaintiff as Sierra Boykins, as Administrator of the Estate of Kimberly Boykins.

5. Plaintiff has communicated with Defendant Johnson & Johnson to seek its assent to this Motion. Defendant does not oppose the Motion.

Respectfully submitted,

/s/James D. Gotz_____
James D. Gotz
Steven B. Rotman
Hausfeld
One Marina Park Drive
Suite 1410
Boston, MA 02110
(617) 207-0600
jgotz@hausfeld.com
srotman@hausfeld.com

Dated: October 21, 2020

## **CERTIFICATE OF SERVICE**

       I certify that on October 21, 2020, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

       /s/James D. Gotz
       James D. Gotz, Esq.