# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Kimberly Boykins<br><br>      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>      Defendants. | **MDL NO. 2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br><br>Civil Action No.: 3:17-cv-08286 |

## ORDER ON UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF

  **THIS MATTER** having come before the Court upon Plaintiff's unopposed Motion for the Substitution of Plaintiff pursuant to Federal Rule of Civil Procedure 25, and for good cause shown,

  **IT IS** on this _____ day of _____ 2020,

  **ORDERED** that Plaintiff's Motion is **GRANTED**; and it is

  **FURTHER ORDERED** that Sierra Boykins is substituted as the Plaintiff in this action; and it is

  **FURTHER ORDERED** that the Clerk's office will update the caption for this matter accordingly.

            By: _____
               HON. FREDA L. WOLFSON