# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>Kimberly Boykins,<br><br>Plaintiff,<br><br>v.<br><br><br>Johnson & Johnson, et al.,<br><br>Defendants. | **MDL NO. 2738 (FLW) (LHG)**<br><br>Civil Action No.: 3:17-cv-08286<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO AMEND SHORT FORM COMPLAINT AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |

### ORDER ON UNOPPOSED MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion for Leave to Amend Short Form Complaint pursuant to Fed. R. Civ. P. 15, and for good cause shown,

IT IS HEREBY on this _____ day of _____, 2020

ORDERED that Plaintiff's Unopposed Motion for Leave To Amend Short Form Complaint be and hereby is granted.

**IT IS SO ORDERED.**

By: _____
HON. FREDA L. WOLFSON