## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| RICHARD LACROIX, AS SURVIVING SPOUSE OF THE ESTATE OF ALINE LACROIX, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC.<br><br>Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:20-cv-14726<br><br><br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 20, 2020 on behalf of Plaintiff RICHARD LACROIX, AS SURVIVING SPOUSE OF THE ESTATE OF ALINE LACROIX, DECEASED.

Dated: October 21, 2020

Respectfully Submitted by,

/s/ *Joseph A. Osborne*___
Joseph A. Osborne, Esq.
OSBORNE & FRANCIS LAW FIRM
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600; Fax: (561) 923-8100
josborne@realtoughlawyers.com

**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this Filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this Filing through the Court's system.

/s/ *Joseph A. Osborne*
Joseph A. Osborne, Esq.
OSBORNE & FRANCIS LAW FIRM