UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO:<br><br>SHARON LEE STEPHANSEN,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>Defendants | Case No. 3:17-md-10136-FLW-LHG |

## <u>SUGGESTION OF DEATH</u>

Counsel for Plaintiff in the above-referenced action hereby gives notice of the death of Plaintiff Sharon Lee Stephansen. Ms. Stephansen passed away on December 2, 2017. Counsel was not made aware of Decedent's death until approximately May 2020.

By way of the Motion to Substitute Parties in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Jennifer VanDerveer, Jerome Michael Stephansen, Jessica Stephansen, and Brian Scott Messer, Plaintiff's surviving heirs at law, will immediately request to be substituted in this action as Plaintiffs and

Successors in Interest on Behalf of the Estate so that Sharon Lee Stephansen's claims survive and the action on her behalf may proceed.

Attached hereto as Exhibit "A" is a true and correct copy of the Death Certificate for Sharon Lee Stephansen.

Dated: October 21, 2020                    Respectfully Submitted,

                                           **MORRIS LAW FIRM**

                              By:    /s/ James A. Morris, Jr.
                                     James A. Morris, Jr.
                                     4001 W. Alameda Avenue
                                     Suite 208
                                     Burbank, CA 91505
                                     747-283-1144 Phone
                                     747-283-1143 Facsimile
                                     jmorris@jamlawyers.com

2

# EXHIBIT "A"

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER  2017 114613

| 1. DECEDENT'S LEGAL NAME  SHARON LEE STEPHANSEN | | | 2. SEX  FEMALE | 3. DATE OF DEATH  12/02/2017 |
|---|---|---|---|---|
| 4. TIME OF DEATH  12:47 PM | 5a. AGE  75 | 5b. UNDER 1 YEAR  Months / Days | 5c. UNDER 1 DAY  Hours / Minutes | 6. DATE OF BIRTH  09/19/1942 | 7. BIRTHPLACE  VANCOUVER, WASHINGTON |

| 8a. PLACE OF DEATH:  NURSING HOME/LONG TERM CARE | | |
|---|---|---|
| 8b. FACILITY NAME  WESTMORELAND HEALTH AND REHAB | 8c. CITY OR TOWN  KNOXVILLE | 8d. COUNTY OF DEATH  KNOX |

| 9. MARITAL STATUS  WIDOWED | 10. SURVIVING SPOUSE (name prior to first marriage) | 11a. DECEDENT'S USUAL OCCUPATION  HOMEMAKER | 11b. KIND OF BUSINESS/INDUSTRY  OWN HOME |
|---|---|---|---|
| 12. SOCIAL SECURITY NUMBER  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 | 13a. RESIDENCE-STATE OR FOREIGN COUNTRY  TENNESSEE | 13b. COUNTY  KNOX | 13c. CITY OR TOWN  KNOXVILLE |
| 13d. STREET AND NUMBER  5037 LYONS VIEW PIKE | 13e. INSIDE CITY LIMITS?  YES | 13f. ZIP CODE  37919 | 14. WAS DECEDENT EVER IN US ARMED FORCES?  NO |

| 15. DECEDENT'S EDUCATION  HIGH SCHOOL GRADUATE OR GED COMPLETED | 16. DECEDENT OF HISPANIC ORIGIN?  NO, NOT SPANISH/HISPANIC/LATINO | 17. DECEDENT'S RACE  WHITE |
|---|---|---|

| 18. FATHER'S NAME  JAMES MCGILL | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE  NORA J CONTOYANIS |
|---|---|

| 20a. INFORMANT'S NAME  JEROME MICHAEL STEPHANSEN JR | 20b. RELATIONSHIP TO DECEDENT  SON | 20c. MAILING ADDRESS  1300 HOLMOUTH LANE, KNOXVILLE, TENNESSEE 37914 |
|---|---|---|

| 21a. METHOD OF DISPOSITION  CREMATION | 21b. PLACE OF DISPOSITION  EAST TENNESSEE CREMATION COMPANY | 21c. LOCATION  MARYVILLE, TENNESSEE |
|---|---|---|
| 22a. SIGNATURE OF FUNERAL DIRECTOR  /s/ JAMES A SAFEWRIGHT | 22b. LICENSE NUMBER  5069 | 22c. SIGNATURE OF EMBALMER | 22d. LICENSE NUMBER |
| 23. NAME AND ADDRESS OF FUNERAL HOME  CREMATION OPTIONS, INC., P.O. BOX 31721, KNOXVILLE, TENNESSEE 37930-1721 | | 23b. LICENSE NUMBER  1084 |

| 24. REGISTRAR'S SIGNATURE  /s/ LORI FERRANTI | 25. DATE FILED  12/08/2017 |
|---|---|

**26. CERTIFIER**

26a. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. CERTIFIER  /s/ CYNTHIA PEARMAN | 27b. LICENSE NUMBER  034071 | 27c. DATE SIGNED  12/04/2017 |
|---|---|---|
| 27d. NAME AND ADDRESS  CYNTHIA PEARMAN UNIVERSITY OF TENNESSEE HOSPICE 4435 VALLEY VIEW DRIVE SUITE 104A, KNOXVILLE, TENNESSEE 37917 | | |

28. PART I. ENTER THE CHAIN OF EVENTS-DISEASES, INJURIES, OR COMPLICATIONS THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | APPROXIMATE INTERVAL: ONSET TO DEATH |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death). Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a.  METASTATIC OVARIAN CANCER  DUE TO (OR AS A CONSEQUENCE OF) | |
| | b.  DUE TO (OR AS A CONSEQUENCE OF) | |
| | c.  DUE TO (OR AS A CONSEQUENCE OF) | |
| | d. | |

| PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | 29a. WAS AN AUTOPSY PERFORMED?  NO |
|---|---|
| | 29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH |

| 30. MANNER OF DEATH  NATURAL | 31. DID TOBACCO USE CONTRIBUTE TO DEATH?  UNKNOWN | 32. IF FEMALE  NOT PREGNANT WITHIN PAST YEAR |
|---|---|---|
| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
| | 34e. DESCRIBE HOW INJURY OCCURRED | | 34f. LOCATION OF INJURY | |

PH-1659 (Rev. 8/2017)  RDA 10112

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

12200917

Edward G. Bishop III
State Registrar

Lisa Piercey, MD, MBA, FAAP
Commissioner

1 2 2 0 0 9 1 7

Date Issued:   Aug-04-2020

**CERTIFICATION OF VITAL RECORD**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, the above and foregoing

Suggestion of Death was filed electronically and is available to viewing through

the Court's electronic filing system.  A true and correct copy has been served upon

all counsel of record via the Court's ECF system.


/s/ James A. Morris, Jr.
JAMES A. MORRIS, JR.