**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>Relates to:<br><br>VELVET DiLEO, et. al.; CIVIL ACTION NO.: 3:20-cv-14779 | **MDL No. 16-2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on this date on behalf of Plaintiffs, VELVET DiLEO and PETER DiLEO, her spouse.

Dated:  October 21, 2020                    Respectfully submitted,

**THE JACOB D. FUCHSBERG LAW FIRM**
Attorney for Plaintiff

/s/ Ilana S. Wolk
Ilana S. Wolk (DNJ No. IW2946)
Jacob D. Fuchsberg Law Firm
3 Park Avenue, Suite 3700
New York, NY 10016
Telephone: 212-869-3500
Fax: (212) 398-1532
i.wolk@fuchsberg.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: October 21, 2020                      /s/ Ilana S. Wolk
                                                     Ilana S. Wolk (DNJ No. IW2946)