## UNITED STATES DISTRICT COURT
## DISTRICT OF NEWJERSEY

IN RE JOHNSON&JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

*Stuart Cohen, individually and as Executor of the Estate of Sari Cohen*
*v.*
*Johnson & Johnson, et al.*

Case No.: 3:17-cv-06839

CIVIL NO.: 3:16-MD-2738-FLW-LHG

JUDGE FREDA L. WOLFSON

MAG. JUDGE LOIS H. GOODMAN

## NOTICE OF FILING

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 21, 2020 on behalf of Plaintiff Stuart Cohen, individually and as Executor of the Estate of Sari Cohen.

Dated: October  21, 2020

Respectfully Submitted by,

/*s/ Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2020, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com