UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:**<br><br>**SHARON LEE STEPHANSEN,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON & JOHNSON, et. al.**<br><br>Defendants | **Case No. 3:17-md-10136-FLW-LHG** |

## MOTION TO SUBSTITUTE SURVIVING HEIRS AT LAW

Counsel for Plaintiff in the above-referenced action hereby give notice of the death of Plaintiff Sharon Lee Stephansen. Ms. Stephansen passed away on December 2, 2017. Defense counsel was not made aware of Decedent's death until approximately May 2020 and the Death Certificate was provided in approximately late August 2020. A Suggestion of Death has been filed previously.

By way of the Motion to Substitute Parties in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the Plaintiff's surviving heirs at law, Jennifer VanDerveer, Jerome Michael Stephansen, Jessica Stephansen, and Brian Scott

Messer, are now requesting to be substituted in this action as Plaintiffs so that Sharon Lee Stephansen's claims survive and the action on her behalf may proceed.

WHEREFORE, Plaintiff requests that Jennifer VanDerveer, Jerome Michael Stephansen, Jessica Stephansen, and Brian Scott Messer, the surviving heirs at law of Sharon Lee Stephansen, deceased, be substituted as Plaintiffs in this matter.

Dated: October 21, 2020               Respectfully Submitted,

**MORRIS LAW FIRM**

By:   */s/ James A. Morris, Jr.*
James A. Morris, Jr.
4001 W. Alameda Ave., Suite 208
Burbank, CA 91505
747-283-1144 Phone
747-283-1143 Facsimile
jmorris@jamlawyers.com