**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:**<br><br>**SHARON LEE STEPHANSEN,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON & JOHNSON, et. al.**<br><br>Defendants | **Case No. 3:17-md-10136-FLW-LHG** |

## (Proposed) ORDER

This matter comes before the Court on Plaintiff's Motion to Substitute Jennifer VanDerveer, Jerome Michael Stephansen, Jessica Stephansen, and Brian Scott Messer, as the surviving heirs at law, in the place of Sharon Lee Stephansen, in the above-referenced matter. The Court having reviewed the pleadings and being otherwise advised, it is hereby ordered that Plaintiff's Motion to Substitute is GRANTED.

Signed, this _____ day of _____, 2020.

_____
Honorable Freda L. Wolfson
U.S. District Judge
