## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, the above and foregoing <u>Motion to Substitute Surviving Heirs at Law and [Proposed] Order</u> were filed electronically and are available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                                  */s/ James A. Morris, Jr.*
                                                  JAMES A. MORRIS, JR.