UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>MIGDALIA ACOSTA<br><br>    **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>    **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-14521<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on October 15, 2020 on behalf of Plaintiff Migdalia Acosta.

Dated: October 22, 2020    Respectfully Submitted,

            By: */s/ T. Christopher Pinedo*
              T. Christopher Pinedo
              HILLIARD MARTINEZ GONZALES LLP
              719 South Shoreline Boulevard
              Corpus Christi, Texas 78401
              Phone: 361.882.1612
              Fax: 361.882.3015
              cpinedo@hmglawfirm.com

              Attorneys for Plaintiff Migdalia Acosta

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                        **HILLIARD MARTINEZ GONZALES, LLP**

                                        */s/ T. Christopher Pinedo*