BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Diane Ciraldo o/b/o Clara Jean Heberline, deceased*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Diane Ciraldo, Individually and as Executor of the Estate of Clara Jean Heberline, deceased v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-14831 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 22, 2020 on behalf of Plaintiff Diane Ciraldo o/b/o Clara Jean Heberline, deceased.

    */s/ Lauren A. James*
    Lauren A. James
    BEASLEY ALLEN CROW METHVIN
    PORTIS & MILES, P.C.
    218 Commerce Street
    Montgomery, Alabama 36104
    (800) 898-2034 Telephone
    (334) 954-7555 Facsimile
    Lauren.James@BeasleyAllen.com

    Attorneys for Plaintiff Diane Ciraldo o/b/o
    Clara Jean Heberline, deceased

Dated: October 22, 2020

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 22, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

               ***/s/ Lauren A. James***
               Lauren A. James

               BEASLEY ALLEN CROW METHVIN
               PORTIS & MILES, P.C.