UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE:  TALCUM POWDER PRODCUTS LIABILITY LITIGATION | ) ) ) | 3:16-MD-2738 (CCC)(MF) (MDL2738) |
| This document relates to: | ) ) ) | 3:20-cv-14973-CCC-MF |
| *Sandra Tompkins  v. Johnson & Johnson, et al.* | ) ) ) ) | |

## **ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiff in the above captioned matter.

DATED: October 26, 2020

                                       Respectfully submitted,

                                         /s/ Christopher LoPalo
                                       Christopher LoPalo, Esq.
                                       Napoli Shkolnik PLLC
                                       400 Broadhollow Rd., Suite 305
                                       Melville, NY 11747
                                       Tel: (212) 397-1000
                                       CLoPalo@NapoliLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: October 26, 2020

   /s/ Christopher LoPalo
Christopher LoPalo, Esq.