**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>SONIQUA WELLINGTON<br><br>               **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>               **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-14761<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on October 21, 2020 on behalf of Plaintiff Soniqua Wellington.

Dated: October 26, 2020                Respectfully Submitted,

                                            By:   /s/ T. Christopher Pinedo
                                                  T. Christopher Pinedo
                                                  HILLIARD MARTINEZ GONZALES LLP
                                                  719 South Shoreline Boulevard
                                                  Corpus Christi, Texas 78401
                                                  Phone:  361.882.1612
                                                  Fax:  361.882.3015
                                                  cpinedo@hmglawfirm.com

                                                  Attorneys for Plaintiff Soniqua Wellington

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                        **HILLIARD MARTINEZ GONZALES, LLP**

                                        */s/ T. Christopher Pinedo*