IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM  Civil No.: 3:20-cv-14854

POWDER PRODUCTS MARKETING,

SALES PRACTICES, AND PRODUCTS

LIABILITY LITIGATION                MDL No. 2738

## AMENDED NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Dorothy Lowe, Individually and on behalf of the Wrongful Death Beneficiaries and Heirs-At-Law of Crystal Dawn **Lane**, deceased.

Dated: October 27, 2020.

                        Respectfully Submitted,

                        By: */s/ T. Roe Frazer II*
                        T. Roe Frazer II (MS Bar No. 5519) PHV
                        Patrick D. McMurtray (TN Bar No. 31597) PHV
                        Thomas Roe Frazer III (TN Bar No. 33296) PHV
                        FRAZER PLC
                        30 Burton Hills Blvd., Suite 450
                        Nashville, TN 37215
                        Telephone: (615) 647-6464
                        Facsimile: (866) 314-2466
                        roe@frazer.law
                        patrick@frazer.law
                        trey@frazer.law

**Of Counsel:**
Blair Durham (TN BPR # 021453)
BART DURHAM INJURY LAW
404 James Robertson Parkway, Suite 1712
Nashville, TN 37219
Telephone: (615) 242-9000
blair@blairdurham.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ T. Roe Frazer II*