UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Krystal Bratten, Administratrix of the Estate of Larine J. Harper, and in her own right.<br>Case no. 3:20-cv-14968 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 26, 2020, date on behalf of Plaintiff Krystal Bratten, Administratrix or the Estate of Larine J. Harper, Deceased.

Dated: October 27, 2020

/s/ Priscilla E. Jimenez, Esquire
Priscilla E. Jimenez, Esquire
KLINE & SPECTER PC
1525 Locust Street – 19th Floor
Philadelphia, PA 19102
215-772-1000
215-735-0960 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2020, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                                                   */s/ Priscilla Jimenez*
                                                                   Priscilla E. Jimenez, Esquire
                                                                   KLINE & SPECTER PC
                                                                   1525 Locust Street – 19th Floor
                                                                   Philadelphia, PA 19102