UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2738 (FLW) (LHG) |

**This document relates to:**
*Christine Adams v. Johnson & Johnson, et al.*
*Civil Action No.: 3:20-cv-14994*

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 26, 2020, on behalf of Plaintiff Christine Adams.

Dated: October 28, 2020

Respectfully submitted,

*/s/Jennifer A. Moore*
Jennifer A. Moore
Ashton Rose Smith
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com
ashton@moorelawgroup.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/Jennifer A. Moore*
Jennifer A. Moore
Ashton Rose Smith
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com
ashton@moorelawgroup.com
*Counsel for Plaintiff*
