**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>GAYLA BROOKS<br><br>                **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>                **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-14964<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on October 26, 2020 on behalf of Plaintiff Gayla Brooks.

Dated: October 28, 2020                Respectfully Submitted,

                                          By:  */s/ T. Christopher Pinedo*
                                               T. Christopher Pinedo
                                             HILLIARD MARTINEZ GONZALES LLP
                                             719 South Shoreline Boulevard
                                             Corpus Christi, Texas 78401
                                             Phone:  361.882.1612
                                             Fax:  361.882.3015
                                             cpinedo@hmglawfirm.com

                                             Attorneys for Plaintiff Gayla Brooks

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*