UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Mark A. Cabral, Individually and as personal representative of the Estate of Sandra F. Cabral, Decedent; Mark Cabral Jr. adult son; Stephen Cabral, adult son; Denise Barios, adult daughter,<br><br>**Case No. 3:17-cv-07619** | Case No. 3-16-md-2738 (FLW)(LHG)<br>MDL No. 2738 (FLW) (LHG) |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned hereby informs the Honorable Court of the death of Plaintiff, Mark A. Cabral, on or about March 14, 2019. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff and Leave to File an Amended Complaint will be filed by Stephen Cabral and and Denise Barios, who are the surviving heirs and adult children and appointed joint Personal Representatives.

Dated: October 28, 2020        Respectfully Submitted by

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2020, a copy of the foregoing SUGGESTION OF DEATH was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Nicole K.H. Maldonado