SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE FREDA L. WOLFSON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE LOIS H. GOODMAN |
| *Lucia Cherim v. Johnson & Johnson, et al.* Case No. 3:20-cv-15107-FLW-LHG | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand was filed on October 28, 2020 on

behalf of Plaintiff Lucia Cherim.

Dated:  October 29, 2020                                      Respectfully Submitted,

                                                             */s/ John J. Foley*
                                                             John J. Foley
                                                             **SIMMONS HANLY CONROY**
                                                             One Court Street
                                                             Alton, IL 62002
                                                             Telephone:  618.259.2222
                                                             Facsimile:  618.259.2251
                                                             jfoley@simmonsfirm.com
                                                             *Attorneys for Plaintiff*

1

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing was served

via the Court's electronic filing system on this 29th day of October, 2020 to all parties of interest.

*/s/ John J. Foley*
John J. Foley