UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>THE ESTATE OF BETTY BECK | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:20-cv-15204 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 29, 2020, on behalf of Plaintiff the Estate of Betty Beck.

Dated: October 29, 2020

By: */s/ Rhett A. McSweeney*
Rhett A. McSweeney, #269542
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
ram@westrikeback.com

**Counsel for Plaintiff(s)**

**CERTICATE OF SERVICE**

      I hereby certify that on October 29, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney, #269542
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
ram@westrikeback.com