## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>HEATHER CHROSTOWSKI<br><br>                  **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>                  **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-14969<br><br>DIRECT FILED ACTION |

## **NOTICE OF FILING**

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on October 26, 2020 on behalf of Plaintiff Heather Chrostowski.

Dated: October 29, 2020                  Respectfully Submitted,

                                                    By:  */s/ T. Christopher Pinedo*
                                                                 T. Christopher Pinedo
                                                                 HILLIARD MARTINEZ GONZALES LLP
                                                                 719 South Shoreline Boulevard
                                                                 Corpus Christi, Texas 78401
                                                                 Phone: 361.882.1612
                                                                 Fax: 361.882.3015
                                                                 cpinedo@hmglawfirm.com

                                                               Attorneys for Plaintiff Heather Chrostowski

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*