**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEWJERSEY**

| | |
|---|---|
| **IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Alfred P. Singleton and Belinda Singleton v. Johnson & Johnson, et al.*<br><br>Case No.: 3:20-cv-15298 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

    Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 30, 2020 on behalf of Plaintiff Alfred P. Singleton and Belinda Singleton, who are the personal representatives for the Estate of Elizabeth M. Singleton.

Dated: October 30, 2020                                              Respectfully Submitted by,

                                                                                */s/ Andrew F. Sullo*
                                                                                SULLO & SULLO, LLP
                                                                                2020 Southwest Fwy.
                                                                                Suite 300
                                                                                Houston, TX 77098
                                                                                T: 713-839-9026
                                                                                F: 713-335-0841
                                                                                ASullo@sullolaw.com

                                                                             *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com