BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Jerry W. Spangler o/b/o Barbara Spangler (deceased)*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Jerry W. Spangler, Individually and as Executor of the Estate of Barbara Spangler, deceased v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-15302 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 30, 2020 on behalf of Plaintiff Jerry W. Spangler o/b/o Barbara Spangler (deceased).

> */s/ Brittany S. Scott*
> Brittany S. Scott
> BEASLEY ALLEN CROW METHVIN
> PORTIS & MILES, P.C.
> 218 Commerce Street
> Montgomery, Alabama 36104
> (800) 898-2034 Telephone
> (334) 954-7555 Facsimile
> Brittany.Scott@BeasleyAllen.com
>
> Attorneys for Plaintiff Jerry W. Spangler
> o/b/o Barbara Spangler (deceased)

Dated: October 30, 2020

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Brittany S. Scott*
      Brittany S. Scott

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.