# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sarah Hobbs, et al. v. Johnson & Johnson, et al.*<br>*Case No.: 3:20-cv-15439-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on November 2, 2020, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiffs, Sarah Hobbs and Jay Ray Hobbs.

Dated:  November 3, 2020

SULLIVAN PAPAIN BLOCK McGRATH
 COFFINAS & CANNAVO P.C.

By:  /s/ Craig M. Silverman
     Craig M. Silverman
     120 Broadway – 27th Floor
     New York, New York 10271
     Phone:    (212) 732-9000
     Fax:      (212) 266-4141
     Email:    Csilverman@triallaw1.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Craig M. Silverman
      Craig M. Silverman