IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| *This document relates to:*<br>*Jeanette Tome, Individually and as Administrator of the Estate of Janet Kauffman, Deceased v. Johnson & Johnson, et al.*<br>Member Case No: 3:20-cv-15258___ | MDL No: 3:16-02738 (FLW)(LHG) |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 30, 2020 on behalf of Plaintiff, Jeanette Tome, Individually and as Administrator of the Estate of Janet Kauffman, Deceased.

**DATED:** 11/3/2020

Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golombhonik.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **3rd day of November 2020**, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**   11/3/2020

                                     */s/ Richard M. Golomb*
                                     Richard M. Golomb, Esquire
                                     **GOLOMB & HONIK, P.C.**
                                     1835 Market Street, Suite 2900
                                     Philadelphia, PA  19103
                                     Phone: (215) 985-9177
                                     Fax:    (215) 985-4169
                                     Email:  rgolomb@golombhonik.com

                                     *Attorney for Plaintiffs*