## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 3:16-02738 (FLW)(LHG)** |
| *This document relates to:* Patricia Garza *v. Johnson & Johnson, et al.* Member Case No: 3:20-cv-15505 | |

### NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on 11/3/2020 on behalf of Plaintiffs, Patricia Garza

**DATED:** 11/4/2020

Respectfully submitted,

*/s/ Jessica Glitz*

Jessica Glitz, Esquire
**TAUTFEST BOND, PLLC**
5151 Belt Line Rd., Suite 1000
Dallas, Texas 75208
Phone: (214) 695-9980
Fax:    (214) 695-4281
Email: jglitz@tbtorts.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Jessica Glitz, hereby certify that on this 11/4/2020                    , I caused a true

and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint***

***and Jury Demand*** was filed electronically with the Court using CM/ECF filing system

which will generate and send a notice of this filing to all counsel of record.

**DATED:** 11/4/2020

*/s/ Jessica Glitz*
_____
Jessica Glitz, Esquire
TAUTFEST BOND, PLLC
5151 Belt Line Rd., Suite 1000
Dallas, Texas 75208
Phone: (214) 695-9980
Fax: (214) 695-4281
Email:  jglitz@tbtorts.com

*Attorney for Plaintiff*