UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>SINQUISA BENJAMIN<br><br>     **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>     **Defendants.** | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-14985<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on October 26, 2020 on behalf of Plaintiff Sinquisa Benjamin.

Dated: November 4, 2020    Respectfully Submitted,

            By: */s/ T. Christopher Pinedo*
               T. Christopher Pinedo
               HILLIARD MARTINEZ GONZALES LLP
               719 South Shoreline Boulevard
               Corpus Christi, Texas 78401
               Phone:  361.882.1612
               Fax:  361.882.3015
               cpinedo@hmglawfirm.com

               Attorneys for Plaintiff Sinquisa Benjamin

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*

2