IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No: 3:16-02738 (FLW)(LHG) |
| *This document relates to:* Bonnie Colter *v. Johnson & Johnson, et al.* Member Case No: 3:20-cv-15516 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on 11/4/2020 on behalf of Plaintiffs, Bonnie Colter

DATED: 11/4/2020

Respectfully submitted,

*/s/ Jessica Glitz*
Jessica Glitz, Esquire
**TAUTFEST BOND, PLLC**
5151 Belt Line Rd., Suite 1000
Dallas, Texas 75208
Phone: (214) 695-9980
Fax:    (214) 695-4281
Email: jglitz@tbtorts.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Jessica Glitz, hereby certify that on this   11/4/2020   , I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**   11/4/2020

                                                       */s/ Jessica Glitz*
                                                       Jessica Glitz, Esquire
                                                       TAUTFEST BOND, PLLC
                                                       5151 Belt Line Rd., Suite 1000
                                                       Dallas, Texas 75208
                                                       Phone: (214) 695-9980
                                                       Fax: (214) 695-4281
                                                       Email:  jglitz@tbtorts.com

                                                       *Attorney for Plaintiff*