## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| **LAWANNA GIBSON** | COMPLAINT AND JURY DEMAND |
| **Plaintiff,** | Civil Action No: 3:20-cv-15238 |
| **v.** | DIRECT FILED ACTION |
| **JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.** | |
| **Defendants.** | |

### <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on October 30, 2020 on behalf of Plaintiff Lawanna Gibson.


Dated: November 4, 2020                           Respectfully Submitted,


By:  _/s/ T. Christopher Pinedo_
                                                      T. Christopher Pinedo
                                                      HILLIARD MARTINEZ GONZALES LLP
                                                      719 South Shoreline Boulevard
                                                      Corpus Christi, Texas 78401
                                                      Phone:  361.882.1612
                                                      Fax:  361.882.3015
                                                      cpinedo@hmglawfirm.com

                                                      Attorneys for Plaintiff Lawanna Gibson

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*