**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**LOIS H. GOODMAN**<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 EAST STATE STREET<br>ROOM 7050<br>TRENTON, NJ 08608<br>609-989-2114 |

November 4, 2020

**LETTER ORDER**

Re:   **JOHNSON & JOHNSON TALCUM POWDER PRODUCTIONS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**
**Civil Action No. 16-2738 (FLW)(LHG)**

Dear Counsel:

On the master docket for this matter, and in some of the related individual matters, the Court has received Motions to Substitute Plaintiff and/or Motions to Amend the Complaint. The motions have been filed on consent or are unopposed or the opposition period has expired. In the interest of expediting their resolution and conserving Court resources, the Court hereby GRANTS the motions identified on attached Schedule A.  Plaintiffs are instructed to file any Amended Complaint within 7 days of the entry of this Order.

**IT IS SO ORDERED.**

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**

## SCHEDULE A

| No. | Civil Action No. | Plaintiff Name in Caption | ECF No. |
|---|---|---|---|
| 1 | 16-2738 | *Talc Master Docket* | 15362 |
| 2 | " | *Talc Master Docket* | 15364 |
| 3 | " | *Talc Master Docket* | 15365 |
| 4 | " | *Talc Master Docket* | 15366 |
| 5 | " | *Talc Master Docket* | 15367 |
| 6 | " | *Talc Master Docket* | 15368 |
| 7 | " | *Talc Master Docket* | 15369 |
| 8 | " | *Talc Master Docket* | 15390 |
| 9 | 17-9212 | Young | 12 |
| 10 | 20-13064 | Hagler | 5 |
| 11 | 20-7579 | Foloky | 7 |