# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** |
| **THIS DOCMENT RELATES TO:** <br> LAURA BERNOUDY | Civil Action No.: 3:20-CV-15545 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on November 4, 2020 on behalf of Plaintiff, Laura Bernoudy.

Dated: November 4, 2020

        Respectfully submitted by,

        **ANAPOL WEISS**

        */s/ Gregory S. Spizer, Esq.*
        Gregory S. Spizer, Esquire
        Counsel for Plaintiff
        One Logan Square
        130 N. 18th Street; Ste. 1600
        Philadelphia, PA 19103
        Telephone 215-735-1130
        Facsimile: 215-875-7722
        E-mail: gspizer@anapolweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Gregory S. Spizer, Esq.*
Gregory S. Spizer, Esquire
ANAPOL WEISS
One Logan Square
130 N. 18th Street; Ste. 1600
Philadelphia, PA 19103
Telephone 215-735-1130
Facsimile: 215-875-7722
E-mail: Gspizer@anapolweiss.com