UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>LISA M. MONACO, INDIVIDUALLY AND FOR THE ESTATE OF CAROLYN MONACO,<br><br>     Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br>     Defendants. | MDL No. 2738 (FLW) (LHG)<br><br><br><br><br><br><br><br>Civil Action No.: 3:20-cv-15567<br>DIRECT FILED ACTION |

**NOTICE OF FILING**

  Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 5th day of November 2020 on behalf of Lisa M. Monaco.

Dated:  11/5/2020          Respectfully Submitted by,

                  /s/ W. Cameron Stephenson
                 W. Cameron Stephenson
                 Florida Bar No.: 0051599
                 LEVIN PAPANTONIO THOMAS MITCHELL
                 RAFFERTY & PROCTOR, P.A.
                 316 South Baylen Street, Suite 600
                 Pensacola, FL 32502
                 Telephone: (850) 435-7186
                 Facsimile: (850) 436-6186
                 Email: cstephenson@levinlaw.com
                 ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of November 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                                      */s/ W. Cameron Stephenson*