# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738<br>3:16-md-02738 |

## NOTICE OF APPEARANCE OF COUNSEL

Comes now, Leanna B. Pittard of Blasingame, Burch, Garrard & Ashley, P.C., and hereby enters her appearance as additional counsel on behalf of the plaintiffs in the following matters:

| | |
|---|---|
| Lynda Helms v. Johnson & Johnson, et al. | 3:17-cv-07900 |
| Marilyn J. Hay, Individually and as Personal Representative of the Estate of Margaret Anne O'Brien v. Johnson & Johnson, et al. | 3:17-cv-08094 |
| Deanna Orlando and John Orlando v. Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. | 3:17-cv-07937 |
| Helena Spears-Hamilton f/k/a Helena Spears v. Johnson & Johnson, et al. | 3:17-cv-08124 |
| Claudia Williams v. Johnson & Johnson, et al. | 3:17-cv-08169 |
| Sandra Williams v. Johnson & Johnson, et al. | 3:17-cv-08174 |
| Sameka Wheeler and Mark Wheeler v. Johnson & Johnson, et al. | 3:17-cv-08172 |
| Charles Goodwin, Individually and as Personal Representative of the Estate of Ruth Goodwin v. Johnson & Johnson, et al. | 3:17-cv-10882 |
| Donna Summerlin and Timmy Summerlin v. Johnson & Johnson, et al. | 3:17-cv-8171 |
| Deborah Ferguson v. Johnson & Johnson, Johnson & Johnson Consumer, Inc. | 3:17-cv-12523 |
| Martha Combs f/k/a Martha Klemetson v. Johnson & Johnson, et al. | 3:17-cv-07240 |

| | |
|---|---|
| Robert C. Reddy, Individually and in his Capacity as Personal Representative of the Estate of Sandra Faye Reddy, Deceased v. Johnson & Johnson, et al. | 3:17-cv-877 |
| Hal Dunn, Individually and in his Capacity as Personal Representative of the Estate of Katherine Dunn; Brigette Dunn, Jennifer Brown and Heather Cox v. Johnson & Johnson, et al. | 3:17-cv-1168 |
| Sharon Lynn Weber and Joseph Weber v. Johnson & Johnson, et al. | 3:17-cv-1178 |
| Mario Dipalermo, Individually and as Personal Representative of the Estate of Sandra Dipalermo v. Johnson & Johnson, et al. | 3:17-cv-07261 |
| Oscar Benavides, Surviving Spouse of Nora Benavides and Oscar Thomas Benavides, Surviving Child of Nora Benavides v. Johnson & Johnson, et al. | 3:17-cv-1533 |
| Diana Davis-Blair and Mira Blair v. Johnson & Johnson, et al. | 3:17-cv-01872 |
| Nora Smith and Rodney Smith v. Johnson & Johnson, et al. | 3:17-cv-01769 |
| Larry Lose, Personal Representative of The Estate of Stacy Lose v. Johnson & Johnson, et al. | 3:17-cv-2023 |
| Tamara Pace v. Johnson & Johnson, et al. | 3:17-cv-2103 |
| Kathleen Hahn and William Hahn v. Johnson & Johnson, et al. | 3:17-cv-02621 |
| Fay Stafford and Michael Stafford v. Johnson & Johnson, et al. | 3:17-cv-2941 |
| Johnny Fullem, Individually and as Personal Representative of the Estate of Georgia Fullem v. Johnson & Johnson, et al. | 3:17-cv-03536 |
| Bobbie Walton v. Johnson & Johnson, et al. | 3:17-cv-03532 |
| Rayna Harrison v. Johnson & Johnson, et al. | 3:17-cv-03665 |
| Keith Gersin, Individually, and as Personal Representative of the Estate of Sheri Gersin v. Johnson & Johnson, et al. | 3:17-cv-04126 |
| Sharon Thomas v. Johnson & Johnson, et al. | 3:17-cv-04342 |
| Kevin Moon, individually and as Personal Representative of the Estate of Jill Moon v. Johnson & Johnson, et al. | 3:17-cv-04580 |
| Jeffrey Goldberg, Individually and as Successor-In-Interest to Taffiney Goldberg, Deceased v. Johnson & Johnson, et al. | 3:17-cv-12034 |

| | |
|---|---|
| Lila Stewart v. Johnson & Johnson, et al. | 3:17-cv-04973 |
| Theresa Irwin v. Johnson & Johnson, et al. | 3:17-cv-05140 |
| Ashely Persico v. Johnson & Johnson, et al. | 3:17-cv-6408 |
| Marie Sharkey and Michael Sharkey v. Johnson & Johnson, et al. | 3:17-cv-6407 |
| Monica Turner and John Thomas Turner v. Johnson & Johnson, et al. | 3:17-cv-6410 |
| Patricia Ross-Duskin and Dwayne Duskin v. Johnson & Johnson, et al. | 3:17-cv-6650 |
| Denise Richardson v. Johnson & Johnson, et al. | 3:17-cv-08024 |
| Debra Ely and Kevin Ely v. Johnson & Johnson, et al. | 3:17-cv-09420 |
| Janie Johnson and William Roberson v. Johnson & Johnson, et al. | 3:17-cv-09421 |
| Victoria Halfon v. Johnson & Johnson, et al. | 3:17-cv-11920 |
| Thomas W. Brown, Individually and as Personal Representative of the Estate of Mary Elizabeth Brown, Deceased v. Johnson & Johnson, et al. | 3:17-cv-12893 |
| Angela Oliver-Wright and William Wright v. Johnson & Johnson, et al. | 3:18-cv-00505 |
| Donna Tuttle-Koll v. Johnson & Johnson, et al. | 3:18-cv-01069 |
| Patsy Lucille Ridges v. Johnson & Johnson, et al. | 3:18-cv-02619 |
| Deborah Ellis and William Ellis v. Johnson & Johnson, et al. | 3:18-cv-10219 |
| Wendee Colette v. Johnson & Johnson, et al. | 3:18-cv-10646 |
| Robin Kelly v. Johnson & Johnson, et al. | 3:18-cv-11611 |
| Kathryn Stedman and Roger Stedman v. Johnson & Johnson, et al. | 3:18-cv-12638 |
| Alisia Robinson and Cleophus Robinson v. Johnson & Johnson, et al. | 3:18-cv-12721 |
| Gloria Milo and Alphonse Milo v. Johnson & Johnson, et al. | 3:18-cv-14026 |
| Linda Demirjian and Ronald Demirjian v. Johnson & Johnson, et al. | 3:18-cv-14876 |
| Helen Greene v. Johnson & Johnson, et al. | 3:18-cv-14868 |
| Cristina Henao v. Johnson & Johnson, et al. | 3:18-cv-14874 |
| Elizabeth Valentukonis v. Johnson & Johnson, et al. | 3:18-cv-14870 |
| Mary Asbury v. Johnson & Johnson, et al. | 3:18-cv-17070 |
| Karen Ditzell v. Johnson & Johnson, et al. | 3:18-cv-17073 |
| Janice Hanges v. Johnson & Johnson, et al. | 3:18-cv-17075 |

| | |
|---|---|
| Tamara Newsome and Daniel Francois v. Johnson & Johnson, et al. | 3:18-cv-17146 |
| Wayne R. Ardizzone, Individually and as Personal Representative of the Estate of June Ann Ardizzone, Deceased v. Johnson & Johnson, et al. | 3:19-cv-07110 |
| Carter Judkins v. Johnson & Johnson, et al. | 3:19-cv-12430 |
| Rhonda Mitchusson v. Johnson & Johnson, et al. | 3:19-cv-12421 |
| Cornelia James v. Johnson & Johnson, et al. | 3:19-cv-14444 |
| Karen Ellis v. Johnson & Johnson, et al. | 3:19-cv-1460 |
| Faith Jacques and Claude Jacques v. Johnson & Johnson, et al. | 3:19-cv-17053 |
| Karen Maxwell v. Johnson & Johnson, et al. | 3:19-cv-21342 |
| Lupe Hanson and Christopher Hanson v. Johnson & Johnson, Johnson & Johnson Consumer, Inc. | 3:17-cv-12542 |
| Violet McMackin v. Johnson & Johnson, Johnson & Johnson Consumer, Inc. | 3:17-cv-12533 |
| Joanna Pilipovich v. Johnson & Johnson, Johnson & Johnson Consumer, Inc. | 3:17-cv-12521 |
| Carmen Rico-Schlegel and Peter Hampton v. Johnson & Johnson, Johnson & Johnson Consumer, Inc. | 3:17-cv-12546 |
| Thomas Edwards, Individually and as Successor-In-Interest to Annabelle Edwards, Deceased v. Johnson & Johnson, et al. | 3:17-cv-12638 |
| Brenda Traylor v. Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America, Inc. | 3:16-cv-7425 |
| Tammy Anders v. Johnson & Johnson, et al. | 3:20-cv-03279 |
| Linda Flonnory v. Johnson & Johnson, et al. | 3:20-cv-08087 |
| Carol and David Albritton v. Johnson & Johnson, et al. | 3:20-cv-10426 |
| Thea Curtis v. Johnson & Johnson, et al. | 3:20-cv-12822 |
| Michael Potts, Christina Skinner and Christopher Potts, Individually and as Heirs at Law of Debra Potts v. Johnson & Johnson, et al. | 3:20-cv-14977 |

This 5th day of November, 2020.

Respectfully submitted,

*/s/ Leanna B. Pittard*
Leanna B. Pittard
lpittard@bbga.com
Georgia Bar No. 344031

Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA  30603
(706) 354-4000
(706) 549-3545 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2020, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                            */s/ Leanna B. Pittard*
                                            Leanna B. Pittard
                                            lpittard@bbga.com
                                            Georgia Bar No. 344031

Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA  30603
(706) 354-4000
(706) 549-3545 (fax)