# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCMENT RELATES TO:**<br><br>PATRICIA JOAN MCNEAL | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:20-CV-15627 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on November 6, 2020 on behalf of Plaintiff, Susan Weed Hillman.

Dated: November 6, 2020

                                                   Respectfully submitted by,

                                                   **ANAPOL WEISS**

                                                   */s/ Gregory S. Spizer, Esq.*
                                                   Gregory S. Spizer, Esquire
                                                   Counsel for Plaintiff
                                                   One Logan Square
                                                   130 N. 18th Street; Ste. 1600
                                                   Philadelphia, PA 19103
                                                   Telephone 215-735-1130
                                                   Facsimile: 215-875-7722
                                                   E-mail: gspizer@anapolweiss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2020 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Gregory S. Spizer, Esq.*
Gregory S. Spizer, Esquire
ANAPOL WEISS
One Logan Square
130 N. 18th Street; Ste. 1600
Philadelphia, PA 19103
Telephone 215-735-1130
Facsimile: 215-875-7722
E-mail: Gspizer@anapolweiss.com