## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| *This document relates to:* Joyce Mckenzie and John L. Mckenzie SR  *v. Johnson & Johnson, et al.*  Member Case No: 3:20-cv-15615 | MDL No: 3:16-02738 (FLW)(LHG) |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on 11/6/2020 on behalf of Plaintiffs, Joyce Mckenzie and John L. Mckenzie SR

**DATED:**   11/6/2020

Respectfully submitted,

*/s/ Jessica Glitz*
Jessica Glitz, Esquire
**TAUTFEST BOND, PLLC**
5151 Belt Line Rd., Suite 1000
Dallas, Texas 75208
Phone: (214) 695-9980
Fax:    (214) 695-4281
Email:  jglitz@tbtorts.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Jessica Glitz, hereby certify that on this 11/6/2020, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** 11/6/2020

/s/ Jessica Glitz

Jessica Glitz, Esquire
TAUTFEST BOND, PLLC
5151 Belt Line Rd., Suite 1000
Dallas, Texas 75208
Phone: (214) 695-9980
Fax: (214) 695-4281
Email: jglitz@tbtorts.com

*Attorney for Plaintiff*