## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ANGELA WILKERSON<br><br>    **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>    **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-15496<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on November 3, 2020 on behalf of Plaintiff Angela Wilkerson.

Dated: November 9, 2020      Respectfully Submitted,

                By: */s/ T. Christopher Pinedo*
                  T. Christopher Pinedo
                  HILLIARD MARTINEZ GONZALES LLP
                  719 South Shoreline Boulevard
                  Corpus Christi, Texas 78401
                  Phone: 361.882.1612
                  Fax: 361.882.3015
                  cpinedo@hmglawfirm.com

                  Attorneys for Plaintiff Angela Wilkerson

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*