**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>SHELLY BAKER-LADD<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.<br><br>        Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-15256<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on October 30, 2020 on behalf of Plaintiff Shelly Baker-Ladd.

Dated: November 9, 2020        Respectfully Submitted,

                            By:  */s/ T. Christopher Pinedo*
                                T. Christopher Pinedo
                                HILLIARD MARTINEZ GONZALES LLP
                                719 South Shoreline Boulevard
                                Corpus Christi, Texas 78401
                                Phone:  361.882.1612
                                Fax:  361.882.3015
                                cpinedo@hmglawfirm.com

                                Attorneys for Plaintiff Shelly Baker-Ladd

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*