SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kecie Dunigan v. Johnson & Johnson, et al.*<br>Case No. 3:20-cv-15773-FLW-LHG | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 10, 2020 on behalf of Plaintiff Kecie Dunigan.

Dated:  November 10, 2020                                              Respectfully Submitted,

                                                                                 */s/ John J. Foley*
                                                                                 John J. Foley
                                                                                 **SIMMONS HANLY CONROY**
                                                                                 One Court Street
                                                                                 Alton, IL 62002
                                                                                 Telephone:  618.259.2222
                                                                                 Facsimile:   618.259.2251
                                                                                 jfoley@simmonsfirm.com
                                                                                 *Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 10th day of November, 2020 to all parties of interest.

*/s/ John J. Foley*
John J. Foley