SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Julie Wiench v. Johnson & Johnson, et al.*<br>Case No. 3:20-cv-15772-FLW-LHG | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

### <u>NOTICE OF FILING</u>

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 10, 2020 on behalf of Plaintiff Julie Wiench.

Dated:  November 10, 2020                      Respectfully Submitted,

                                                              */s/ John J. Foley*
                                                              John J. Foley
                                                             **SIMMONS HANLY CONROY**
                                                              One Court Street
                                                             Alton, IL 62002
                                                             Telephone:  618.259.2222
                                                             Facsimile:  618.259.2251
                                                             jfoley@simmonsfirm.com
                                                             *Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 10th day of November, 2020 to all parties of interest.

*/s/ John J. Foley*
John J. Foley