UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Normande Deslauriers, Case No. 3:20-cv-15015* | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 27, 2020, on behalf of Plaintiff Normande Deslauriers.

Dated: November 11, 2020

Respectfully Submitted by,

 */s/ Stacy K. Hauer*

Stacy K. Hauer, Esq.
MN Bar No. 317093
Michael K. Johnson, Esq.
MN Bar No. 258696
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: mjohnson@johnsonbecker.com
Email: shauer@johnsonbecker.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Stacy K. Hauer

Stacey K. Hauer, Esq. (MN Bar No. 317093)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: shauer@johnsonbecker.com