# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No.: 3:20-cv-15865<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Anna Mae Cassidy.

Dated: November 11, 2020.

                                            Respectfully Submitted,

                                            By: */s/ T. Roe Frazer II*
                                            T. Roe Frazer II (MS Bar No. 5519) PHV
                                            Patrick D. McMurtray (TN Bar No. 31597) PHV
                                            Thomas Roe Frazer III (TN Bar No. 33296) PHV
                                            FRAZER PLC
                                            30 Burton Hills Blvd., Suite 450
                                            Nashville, TN 37215
                                            Telephone: (615) 647-6464
                                            Facsimile: (866) 314-2466
                                            roe@frazer.law
                                            patrick@frazer.law
                                            trey@frazer.law

**Of Counsel:**
Blair Durham (TN BPR # 021453)
BART DURHAM INJURY LAW
404 James Robertson Parkway, Suite 1712
Nashville, TN 37219
Telephone: (615) 242-9000
blair@blairdurham.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                                 */s/ T. Roe Frazer II*