UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| JERRY MCCLELLAN obo Wrongful Death Heirs and of  THE ESTATE OF BARBARA K. MCCLELLAN, Deceased, | Civil Action No.: 3:20-cv-15834 |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 11, 2020 on behalf of Plaintiff Jerry McClellan obo Wrongful Death Heirs and of The Estate of Barbara K. McClellan, Deceased.

Dated: November 12, 2020

Respectfully Submitted,

/s/ Vanessa H. Gross
Thomas P. Cartmell          MO# 45366
tcartmell@wcllp.com
Vanessa H. Gross            MO# 61250
vgross@wcllp.com
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372
**Counsel for Plaintiff(s)**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served on all parties of

records via the District of New Jersey electronic filing systems on November 12, 2020.

*/s/ Vanessa H. Gross*
Vanessa H. Gross