# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**MANDY HODGE**<br><br>    **Plaintiff,**<br><br>v.<br><br>**JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC.**<br><br>    **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 3:20-cv-15803<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on November 10, 2020 on behalf of Plaintiff Mandy Hodge.

Dated: November 12, 2020    Respectfully Submitted,

              By: */s/ T. Christopher Pinedo*
                 T. Christopher Pinedo
                 HILLIARD MARTINEZ GONZALES LLP
                 719 South Shoreline Boulevard
                 Corpus Christi, Texas 78401
                 Phone:  361.882.1612
                 Fax:  361.882.3015
                 cpinedo@hmglawfirm.com

                 Attorneys for Plaintiff Mandy Hodge

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**HILLIARD MARTINEZ GONZALES, LLP**

*/s/ T. Christopher Pinedo*