**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW)(LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOUIS H. GOODMAN** |
| ***THIS DOCUMENT RELATES TO:*** | **CIVIL ACTION No. 3:20-cv-16159** |
| **DANIELLE CASE,** | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on November 14, 2020 on behalf of Plaintiff, Danielle Case.

Dated: November 14, 2020         Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2020, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  November 14, 2020             Respectfully Submitted by:


                                                By: /s/ Daniel J. Thornburgh
                                               Daniel J. Thornburgh
                                               Aylstock, Witkin, Kreis, & Overholtz
                                               17 East Main Street, Suite 200
                                               Pensacola, FL 32502
                                               Telephone: 850-202-1010
                                               Fax: 850-916-7449
                                               dthornburgh@awkolaw.com