BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Valerie Boucher*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Valerie Boucher v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-16203 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 16, 2020 on behalf of Plaintiff Valerie Boucher.

                                                             */s/ Lauren A. James*
                                                             Lauren A. James
                                                             BEASLEY ALLEN CROW METHVIN
                                                             PORTIS & MILES, P.C.
                                                             218 Commerce Street
                                                             Montgomery, Alabama 36104
                                                            (800) 898-2034 Telephone
                                                            (334) 954-7555 Facsimile
                                                            Lauren.James@BeasleyAllen.com

                                                            Attorneys for Plaintiff Valerie Boucher

Dated: November 16, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          */s/ Lauren A. James*
                                          Lauren A. James

                                          BEASLEY ALLEN CROW METHVIN
                                          PORTIS & MILES, P.C.