UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Diana Dix<br><br>3:20-cv-16304 | MDL No. 3:16-md-02738-FLW |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 9, 2020 on behalf of Plaintiff Diana Dix.

Dated: November 17, 2020        Respectfully submitted,

/s/ Sindhu Daniel
Sindhu Daniel
Paige Alderson
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE  19801
302-622-7000
sdaniel@gelaw.com
palderson@gelaw.com

1

## **CERTIFICATE OF SERVICE**

      I, hereby certify that on November 17, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                               /s/ *Molly Ferraro*
                                               Molly Ferraro