# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738-FLW |
| THIS DOCUMENT RELATES TO: | |
| Linda Nappa | |
| 3:20-cv-16303 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 9, 2020 on behalf of Plaintiff Linda Nappa.

Dated: November 17, 2020                    Respectfully submitted,

                                            /s/ Sindhu Daniel_____
                                            Sindhu Daniel
                                            Paige Alderson
                                            GRANT & EISENHOFER P.A.
                                            123 S. Justison Street
                                            Wilmington, DE  19801
                                            302-662-7000
                                            sdaniel@gelaw.com
                                            palderson@gelaw.com

1

## **CERTIFICATE OF SERVICE**

      I, hereby certify that on November 17, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                      /s/ *Molly Ferraro*
                                      Molly Ferraro