# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Linda C. Eastman v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:20-cv-13830-FLW-LHG* | **Civil Action: 3:16-md-2738**<br><br>**MDL No. 2738** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 2, 2020, on behalf of the plaintiff, Linda C. Eastman.

Dated:  November 18, 2020                     Respectfully Submitted by,

                                              **MOTLEY RICE LLC**

                                              /s/ Carmen S. Scott
                                              Carmen S. Scott
                                              cscott@motleyrice.com
                                              28 Bridgeside Blvd.
                                              Mt. Pleasant, SC 29464
                                              (843) 216-9160
                                              (843) 216-9450 (Facsimile)

                                              *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 18, 2020, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.


**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott