UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Karla Polk v. Johnson & Johnson, et al.*<br>**Case No.:** 3:20-cv-16442 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a short form Complaint and Jury Demand has been filed on behalf of Plaintiff, Karla Polk.

Dated: 11/18/2020                                            Respectfully Submitted by,

                                                                                  /s/ *Roopal P. Luhana*
                                                                                 Roopal P. Luhana, Esq.
                                                                                 CHAFFIN LUHANA LLP
                                                                                 600 Third Avenue, 12th Floor
                                                                                 New York, NY 10016
                                                                                 Phone: 888-480-1123
                                                                                 Fax: 888-499-1123
                                                                                 Email: luhana@chaffinluhana.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this  18th  of November , 2020.

/s/ *Roopal P. Luhana*