```
                 UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY


 _____

                                  CIVIL DOCKET NUMBER:
 IN RE:  JOHNSON & JOHNSON
 TALCUM POWDER PRODUCTS           3:16-md-2738-FLW-LHG
 MARKETING, SALES PRACTICES
 AND PRODUCTS LIABILITY           STATUS CONFERENCE VIA
 LITIGATION                       REMOTE ZOOM VIDEOCONFERENCE


 _____


       Clarkson S. Fisher Building & U.S. Courthouse
       402 East State Street
       Trenton, New Jersey  08608
       November 17, 2020
       Commencing at 2:00 p.m.


 B E F O R E:            THE HONORABLE FREDA L. WOLFSON,
                         CHIEF UNITED STATES DISTRICT JUDGE


 A P P E A R A N C E S:


       ASHCRAFT & GEREL, LLP
       BY:  MICHELLE A. PARFITT, ESQUIRE
       1825 K STREET, NW
       WASHINGTON, DC  20006
       For the Plaintiffs

       BEASLEY ALLEN LAW FIRM
       BY:  PATRICIA LEIGH O'DELL, ESQUIRE
       218 COMMERCE STREET
       P.O. BOX 4160
       MONTGOMERY, AL  36104
       For the Plaintiffs


            Carol Farrell, Official Court Reporter
                  cfarrell.crr@gmail.com
                       856-318-6100

  Proceedings recorded by mechanical stenography; transcript
         produced by computer-aided transcription.
```

*United States District Court*
*District of New Jersey*

```
 1   A P P E A R A N C E S (Continued):

 2
         GRANT & EISENHOFER, P.A.
 3       BY:  SINDHU SUSAN DANIEL, ESQUIRE
         123 JUSTISON STREET, 6TH FLOOR
 4       WILMINGTON, DE  19801
         For the Plaintiffs
 5
         COHEN, PLACITELLA & ROTH, PC
 6       BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
         127 MAPLE AVENUE
 7       RED BANK, NJ  07701
         For the Plaintiffs
 8
         FAEGRE DRINKER BIDDLE & REATH LLP
 9       BY:  SUSAN M. SHARKO, ESQUIRE
              JESSICA LEIGH BRENNAN, ESQUIRE
10       600 CAMPUS
         FLORHAM PARK, NJ  07932
11       For the Defendant, Johnson & Johnson and
         Johnson & Johnson Consumer Companies, Inc.,
12       now known as Johnson & Johnson Consumer Inc.

13
         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
14       BY:  JOHN H. BEISNER, ESQUIRE
         1440 NEW YORK AVENUE, N.W.
15       WASHINGTON, DC  20005
         For Defendants, Johnson & Johnson and
16       Johnson & Johnson Consumer Companies, Inc.,
         now known as Johnson & Johnson Consumer Inc.
17

18

19

20

21

22

23

24

25
```

*United States District Court*
*District of New Jersey*

1                 (PROCEEDINGS held via remote Zoom videoconference
2      before The Honorable Freda L. Wolfson, Chief United States
3      District Judge, at 2:00 p.m.)
4                 THE COURT:  As people are being admitted, let me just
5      say the following:  If you're not going to be speaking, turn
6      off your video so I will only see the people who will actually
7      be participating in the hearing.  Okay?  And that will help.
8      Lots of people are disappearing now.  That helps.
9                 Let me know when on your side you think you see
10     everyone that is going to be participating both on plaintiffs'
11     and defense side.  I see Ms. Sharko, I see Mr. Beisner,
12     Mr. Placitella, I see Ms. Brennan, Ms. O'Dell, Ms. Parfitt.
13     Okay.  Do I have everybody on my first screen pretty much
14     that's participating?  And I see Mr. Locke, okay, on the other
15     screen.
16                Okay.  So let me begin.  It's good to see everyone.
17     I hope that means that you've all been healthy and well and,
18     hopefully, your families as well that are here.  That's great.
19                So, let me start too by introducing, you'll see on
20     the screen, it says, "Carol Farrell, Official Court Reporter."
21     The pandemic -- Vinnie was not ill, but he had no desire to
22     come back when the pandemic hit so Vinnie is finally retired,
23     and Carol is my new court reporter.  She's an ace, terrific,
24     and we have been doing this for about three months, including
25     a virtual bench trial for six days, and so we have got this

1   down pat.  So Carol is now your point of contact for Official
2   Court Reporter.  Okay?  So that's who you see on the screen.
3           Okay.  I could see by reading your status report,
4   there is not much that you want to discuss with me today.  I'm
5   thinking the reason why now we are having this status is you
6   all felt guilty that you thought perhaps you were ignoring me
7   because every time I scheduled one of these, you said we
8   didn't need it.  It's okay.  My feelings are not hurt if we
9   don't need one of these and you think we need to adjourn it,
10  but we're here so we might as well talk for a few moments.
11          It appears, however, that most of the things that
12  you're raising or that are still issues are things that you're
13  bringing up to Judge Pisano; is that correct?
14          MS. SHARKO:  Yes.
15          MS. PARFITT:  Yes.
16          THE COURT:  Okay.  And those include, I guess, issues
17  about depositions of defendants, right, and various other
18  things that you're dealing with.  So I don't know that any of
19  this is for me.
20          Is there anything you want to actually bring to my
21  attention today that is in or not in your status letter?
22          MS. PARFITT:  Your Honor, if I may, this is Michelle,
23  and good afternoon.  How are you?
24          THE COURT:  Good.  Thank you.
25          MS. PARFITT:  Good, good.

1          Perhaps just one issue.  And the status report has
2   reported as to the stage -- or excuse me -- these motions to
3   dismiss.  There are some changes.  Even as of last week, there
4   have been some firms who have completed the forms timely,
5   curing any deficiencies, and so the status report as submitted
6   to Your Honor needs some amending.  Again, we can take care of
7   that.  We certainly don't need to waste the Court's time.  But
8   I just didn't want -- since the document has been filed and
9   there was an attachment by Ms. Brennan representing that there
10  were several cases, that there was an unopposed motion, some
11  of that has changed in light of the fact that deficiencies
12  have indeed been cured.
13         So what we can do is we can -- I just didn't want the
14  Court to start ruling without acknowledging that there are
15  some additions and some amendments to the status report, and
16  that's the status of pending motions to dismiss.
17         THE COURT:  Right.
18         MS. PARFITT:  All with you.  So I can identify --
19         THE COURT:  I notice, though, the first five are
20  still being listed -- excuse me, I'm sorry.  You cut in, cut
21  out on that.
22         MS. PARFITT:  Yes.  I can identify what firms and
23  what cases or we can just take that up with defendants after
24  this.  These have been rolling in over the course of the last
25  few weeks where people have, in good faith, been making the

1  necessary and receiving the necessary medical records that
2  they had hoped to receive or completion of reports or estates
3  being set up.  So it doesn't involve probably more than eight
4  cases, but, again, I just didn't want the Court to start to
5  rule that there was no lack of opposition.  In some cases,
6  where the sheet has indicated "not opposed," it is indeed
7  opposed because it's -- the deficiency has been corrected.
8            LAW CLERK FANG:  Judge, those motions were not part
9  of that status letter.
10           THE COURT:  No, they weren't in the status letter
11 that I got.  They weren't attached.  That's the voice of
12 Wayne, who refuses to let himself be seen on Zoom most of the
13 time, so he is there in the background, but, I mean, I guess
14 he didn't have time to do his hair or something.
15           MS. PARFITT:  What we could do is we can just see
16 whether there is going to be any opposition.  We could talk to
17 J&J and see if they have any concerns about the eight cases
18 that, frankly, I think they have remedied their situation or
19 there is a very good reason why they can't do --
20           THE COURT:  Okay.  Why don't you do that, and then
21 send a joint letter to us about them, and I'll know which ones
22 are no longer there.
23           I also, on the exhibit we got, which was Exhibit A, I
24 think the first five are listed again but they were terminated
25 pursuant to the CMO 8 so I don't think they should keep

1  getting listed.
2           And I can tell you that a couple of these, just
3  trying to give you some timelines, for instance, the Bathon
4  case and the Denwiddie case, those should be completed by the
5  end of December, so in the next month and a half; and just
6  trying to get to these, in the midst of everything else, as
7  quickly as we can.  Some of them were just recently obviously
8  fully briefed, but they'll get our attention.  But those two,
9  at least, I think if you want to look at a timeline, you can
10 talk about by the end of December.  Okay?
11          What else?  Is there anything else we need to discuss
12 while we're here today?  Yes, Chris Placitella, yes.
13          MR. PLACITELLA:  Good morning -- good afternoon, Your
14 Honor.
15          THE COURT:  Good afternoon.
16          MR. PLACITELLA:  If it would be proper, could someone
17 give me Vinnie's contact information so I can drop him a note?
18          And I want to comment on Mr. Locke's guitar in the
19 back.  I played that in 8th grade.  But that's it.  Thank you.
20          THE COURTROOM DEPUTY:  I'll send you an e-mail.
21          THE COURT:  Okay.  Jackie is going to send you an
22 e-mail, Chris, okay?
23          MR. PLACITELLA:  (Nods head.)
24          THE COURT: Yes.  And, frankly, I think what really
25 did him in -- it wasn't just the pandemic -- but when he saw

1  that I was actually going to go forward and do a patent trial
2  and have three *Markman* hearings in the fall, that was enough.
3  That schedule just -- that was it for him.  So, anyway, but
4  we're good.  He's doing well, though.  So we wish him well in
5  his retirement.
6           But you'll all be very, very happy with Carol; tons
7  of experience, and she is very tech savvy, so she really has
8  gotten us through this time very, very well.  Okay.
9           And I take it that whatever depositions and things
10 you're doing, you're doing them virtually, right?
11          MS. SHARKO:  We should be, Your Honor.
12          MS. PARFITT:  There is one issue with regard to that,
13 if we may.  And, Leigh, you perhaps want to address this since
14 your firm has had some experience with regard to that, in
15 particular.
16          Your Honor, they are being done virtual at this point
17 in time.  We are, however, asking defendants with regard to
18 certain plaintiffs, who may not be tech-savvy themselves, may
19 need to -- and socially distance can be practiced.  The firms
20 can get to someone's house, meaning the plaintiff can get to
21 the client's home safely [audio distortion] and be there --
22          THE COURT:  By the way, if anyone is not speaking,
23 mute, so we don't get that background noise.  Only whoever is
24 speaking please be off mute.  Thank you.
25          MS. PARFITT:  Thank you, Your Honor.  I appreciate

1  that.  I'm not sure what you heard and what you didn't.
2          THE COURT:  You said something about some of the
3  plaintiffs and wanting to do it at someone's home.
4          MS. PARFITT:  The plaintiffs' depositions are being
5  done necessarily at their home, most of them being ill, and
6  there are certain cases where a plaintiff's attorney can get
7  to their home, can remain in their home, be socially
8  distanced, take the appropriate precautions, be there to help
9  with either technology or to be there with their client.  That
10 individual will remain on camera, and that individual, the
11 attorney -- so his or her actions would be observed by the
12 defendants.  There would be no assist or anything that would
13 be a claim that they might be interfering with the process.
14         There has been some opposition to that as of late
15 because, as you could imagine, these depositions are starting.
16 They're being scheduled as recently as starting the beginning
17 of next month, and they're going to continue through January,
18 so that we do complete all the plaintiffs' depositions.  But
19 there seems to be some -- some issue with regard to whether or
20 not the plaintiff's attorney can be there.
21         And, Leigh, if you can speak to that, having brought
22 that to Judge Pisano's attention.
23         MS. O'DELL:  Yes, Your Honor. We have had a few
24 situations like that where the plaintiff was quite close to
25 the firm, and our firm in particular, and we have been able to

1  drive there, to adhere to all the safety guidelines, but yet
2  the plaintiff was not in a position to really handle the
3  technology or to participate.  And so, for those situations,
4  where a plaintiff would be allowed to -- would like their
5  lawyer to be there, you can do that while adhering to all of
6  the safety guidelines, while being on video, as Ms. Parfitt
7  has mentioned.  We would like that opportunity to be available
8  to plaintiffs.  It's a very stressful situation for a
9  plaintiff to be put up for a deposition, to be doing that on
10 their own, with technology to navigate as well.  It's very
11 challenging.
12         So if there is a situation where a lawyer would have
13 to fly or they could not adhere to the safety guidelines, we
14 are not advocating that.  Only in those situations where they
15 would be able to follow state law and participate without
16 putting anyone at risk.
17         MS. SHARKO:  So we brought two or three of these
18 issues to Judge Pisano for ruling.  They involved *in extremis*
19 plaintiffs, which are different in many respects from the
20 discovery depositions of the pool plaintiffs about which we're
21 starting to embark.
22         We feel very strongly that everybody should be on the
23 same playing field, and the depositions should go forward with
24 everybody remote, for a variety of reasons.
25         And I think in the 30 pool plaintiffs, maybe three of

1  them, three lawyers, have suggested -- or four lawyers -- that
2  they want to be in the room, with the plaintiff's lawyer, and
3  I wrote back to each of them explaining why we objected to
4  that.  I haven't heard from any of them yet, but if they don't
5  agree with our position, then I think we'll be prepared to
6  take that to Judge Pisano again.
7         They involve different states with different
8  quarantine rules.  And there's -- Zoom depositions work well.
9  We've all been doing this for many months now.  And we think
10 it's just not fair to have the plaintiff's lawyer in the room
11 and the defense lawyer not there, and now we have the added
12 issue of people wearing masks and how that impacts the sound
13 quality, et cetera.
14        So, if we can't work out the discovery issues, we'll
15 take them to Judge Pisano.  Judge Pisano was very clear, in
16 addressing the two or three *in extremis* cases, that his
17 rulings were not precedential; they were limited to the
18 specific facts of the cases and lawyers involved.  I don't
19 think there is an issue yet.
20        THE COURT:  All right.  Well then, I'll let Judge
21 Pisano handle it.
22        I will say some of my experience, because we've now
23 been doing this for awhile as well, but particularly in the
24 criminal area, I have defendants who, let's say, are not in
25 custody, and we are doing this, and I haven't had any issue.

1  Even at worst, they get on their phones.  They all know how to
2  use a phone and they're able to connect, and we've seen them.
3            So determine if it's really an issue you want to
4  present to Judge Pisano.  Because, as I said, some of these
5  defendants, I mean, we're talking about individuals who don't
6  own computers, who -- well, I need not go there, I mean, some
7  of them.  But they all know how to get on their phone, and
8  it's worked well.  We've had no issues with them.  Right,
9  Carol?  Yes.
10           And so I leave it to Judge Pisano.  I don't want to
11 step on anyone's toes here.  You can present it to him.  But
12 there are ways of dealing with this.
13           I have found certainly that not wearing a mask is
14 good for these things.  And if someone has got to be present
15 with someone, I don't see any way around it.  You're going to
16 have to wear masks, if you're in the same room with someone.
17 I don't care if it's six feet -- I don't know what it is
18 anymore.  I don't know that anyone really knows.  And from
19 those kinds of safety perspectives, particularly if you might
20 have someone who is not well, suffering in some way or have
21 underlying conditions, I wouldn't particularly want to put
22 someone in the same room.
23           And I can tell you those of my defendants who are not
24 in custody, for instance, they're not going to their lawyer's
25 office to do their plea or their sentencing.  They're doing

```
 1  them in different locations.  I've even had some defendants
 2  who have done them, they're working, and they go to some room
 3  in their workplace and put their phone on and do it, and it's
 4  been wild, I mean, how it works.  But that's it.  Those are
 5  just some comments, but I'll let Judge Pisano handle it.
 6  Okay?
 7            All right.  But --
 8            MS. O'DELL:  Thank you, Your Honor.
 9            THE COURT:  Yes.  Anything else, though, that's
10  coming up that we need to know?  And there is no rush to put
11  one of these on again if nothing is happening.
12            It sounds like there are going to be deps going on
13  December and January, and maybe the best time then is to put
14  something on in February, unless you have an issue you want to
15  address with me, after perhaps some of this discovery has been
16  taken, right, and we have a better feel for where we are?
17  Does that make sense to all of you?
18            MS. SHARKO:  Yes.
19            MS. O'DELL:  It does, Your Honor.  And certainly we
20  would have the phase discovery for the individual plaintiffs
21  and the physicians completed, but some of the liability
22  depositions that we have described in the status report, we
23  anticipate later in the year, when, hopefully, we have a
24  vaccine and maybe we can do those without being remote, but
25  hope springs eternal on that point.
```

1        THE COURT:  All right.  Well, let's just do something
2   then maybe at some point in February.  Jackie is somewhere on
3   the line with a calendar.
4        THE COURTROOM DEPUTY:  Second week of February?  We
5   can do Tuesday, the 9th, at 2:00.
6        THE COURT:  That's fine.  Everybody good with that?
7        MS. PARFITT:  That's fine.
8        MS. O'DELL:  Yes, thank you.
9        THE COURT:  Okay.  If something comes up in the
10  interim, that's fine.  And if for some reason you think that
11  date, there really is nothing to discuss, but that maybe a few
12  weeks later would make sense, it's okay.  You can let us know
13  if you don't want to proceed on that date.  I don't want to
14  lose touch with all of you, but you're busy, you're doing what
15  you need to do.  We're all living in kind of an alternative
16  universe, so -- and my feelings will not be hurt if you decide
17  that you want to put it off a bit.  Okay?
18       All right.  Last chance.  Nothing else that we need
19  to discuss today?  Okay.  So we don't need a new scheduling
20  order or anything else.  There is nothing that we have to
21  enter, so that's fine.
22       Okay.  Everybody be safe, have good holidays.
23  Remember the rules:  Nobody outside your immediate family,
24  right?  Okay.
25            (The proceedings concluded at 2:18 p.m.)

```
 1              - - - - - - - - - - - - - - -

 2

 3        I certify that the foregoing is a correct transcript

 4   from the record of proceedings in the above-entitled matter.

 5

 6   /S/ Carol Farrell, NJ-CRCR, FCRR, RDR, CRR, RMR, CRC, CRI
     Court Reporter/Transcriber
 7

 8   November 18, 2020
          Date
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## /

**/S** [1] - 15:6

## 0

**07701** [1] - 2:7
**07932** [1] - 2:10
**08608** [1] - 1:9

## 1

**123** [1] - 2:3
**127** [1] - 2:6
**1440** [1] - 2:14
**17** [1] - 1:10
**18** [1] - 15:8
**1825** [1] - 1:16
**19801** [1] - 2:4

## 2

**20005** [1] - 2:15
**20006** [1] - 1:17
**2020** [2] - 1:10, 15:8
**218** [1] - 1:19
**2:00** [3] - 1:10, 3:3, 14:5
**2:18** [1] - 14:25

## 3

**30** [1] - 10:25
**36104** [1] - 1:20
**3:16-md-2738-FLW-LHG** [1] - 1:4

## 4

**402** [1] - 1:9
**4160** [1] - 1:20

## 6

**600** [1] - 2:10
**6TH** [1] - 2:3

## 8

**8** [1] - 6:25
**856-318-6100** [1] - 1:23
**8th** [1] - 7:19

## 9

**9th** [1] - 14:5

## A

**able** [3] - 9:25, 10:15, 12:2
**above-entitled** [1] - 15:4
**ace** [1] - 3:23
**acknowledging** [1] - 5:14
**actions** [1] - 9:11
**added** [1] - 11:11
**additions** [1] - 5:15
**address** [2] - 8:13, 13:15
**addressing** [1] - 11:16
**adhere** [2] - 10:1, 10:13
**adhering** [1] - 10:5
**adjourn** [1] - 4:9
**admitted** [1] - 3:4
**advocating** [1] - 10:14
**afternoon** [3] - 4:23, 7:13, 7:15
**agree** [1] - 11:5
**aided** [1] - 1:25
**AL** [1] - 1:20
**ALLEN** [1] - 1:18
**allowed** [1] - 10:4
**alternative** [1] - 14:15
**amending** [1] - 5:6
**amendments** [1] - 5:15
**AND** [1] - 1:5
**anticipate** [1] - 13:23
**anyway** [1] - 8:3
**appreciate** [1] - 8:25
**appropriate** [1] - 9:8
**area** [1] - 11:24
**ARPS** [1] - 2:13
**ASHCRAFT** [1] - 1:15
**assist** [1] - 9:12
**attached** [1] - 6:11
**attachment** [1] - 5:9
**attention** [3] - 4:21, 7:8, 9:22
**attorney** [3] - 9:6, 9:11, 9:20
**audio** [1] - 8:21
**available** [1] - 10:7
**AVENUE** [2] - 2:6, 2:14
**awhile** [1] - 11:23

## B

**background** [2] - 6:13, 8:23
**BANK** [1] - 2:7
**Bathon** [1] - 7:3
**BEASLEY** [1] - 1:18
**begin** [1] - 3:16
**beginning** [1] - 9:16
**BEISNER** [1] - 2:14
**Beisner** [1] - 3:11
**bench** [1] - 3:25
**best** [1] - 13:13
**better** [1] - 13:16
**BIDDLE** [1] - 2:8
**bit** [1] - 14:17
**BOX** [1] - 1:20
**BRENNAN** [1] - 2:9
**Brennan** [2] - 3:12, 5:9
**briefed** [1] - 7:8
**bring** [1] - 4:20
**bringing** [1] - 4:13
**brought** [2] - 9:21, 10:17
**Building** [1] - 1:8
**busy** [1] - 14:14
**BY** [6] - 1:16, 1:19, 2:3, 2:6, 2:9, 2:14

## C

**calendar** [1] - 14:3
**camera** [1] - 9:10
**CAMPUS** [1] - 2:10
**care** [2] - 5:6, 12:17
**Carol** [7] - 1:22, 3:20, 3:23, 4:1, 8:6, 12:9, 15:6
**case** [2] - 7:4
**cases** [8] - 5:10, 5:23, 6:4, 6:5, 6:17, 9:6, 11:16, 11:18
**certain** [2] - 8:18, 9:6
**certainly** [3] - 5:7, 12:13, 13:19
**certify** [1] - 15:3
**cetera** [1] - 11:13
**cfarrell.crr@gmail.com** [1] - 1:23
**challenging** [1] - 10:11
**chance** [1] - 14:18
**changed** [1] - 5:11
**changes** [1] - 5:3
**Chief** [1] - 3:2
**CHIEF** [1] - 1:12
**Chris** [2] - 7:12, 7:22
**CHRISTOPHER** [1] - 2:6
**CIVIL** [1] - 1:3
**claim** [1] - 9:13
**Clarkson** [1] - 1:8
**clear** [1] - 11:15
**CLERK** [1] - 6:8
**client** [1] - 9:9
**client's** [1] - 8:21
**close** [1] - 9:24
**CMO** [1] - 6:25
**COHEN** [1] - 2:5
**coming** [1] - 13:10
**Commencing** [1] - 1:10
**comment** [1] - 7:18
**comments** [1] - 13:5
**COMMERCE** [1] - 1:19
**Companies** [2] - 2:11, 2:16
**complete** [1] - 9:18
**completed** [3] - 5:4, 7:4, 13:21
**completion** [1] - 6:2
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**computers** [1] - 12:6
**concerns** [1] - 6:17
**concluded** [1] - 14:25
**conditions** [1] - 12:21
**CONFERENCE** [1] - 1:5
**connect** [1] - 12:2
**Consumer** [4] - 2:11, 2:12, 2:16
**contact** [2] - 4:1, 7:17
**continue** [1] - 9:17
**Continued** [1] - 2:1
**correct** [2] - 4:13, 15:3
**corrected** [1] - 6:7
**couple** [1] - 7:2
**course** [1] - 5:24
**COURT** [18] - 1:1, 3:4, 4:16, 4:24, 5:17, 5:19, 6:10, 6:20, 7:15, 7:21, 7:24, 8:22, 9:2, 11:20, 13:9, 14:1, 14:6, 14:9
**court** [1] - 3:23
**Court** [6] - 1:22, 3:20, 4:2, 5:14, 6:4, 15:6
**Court's** [1] - 5:7
**Courthouse** [1] - 1:8
**COURTROOM** [2] - 7:20, 14:4
**CRC** [1] - 15:6
**CRCR** [1] - 15:6
**CRI** [1] - 15:6
**criminal** [1] - 11:24
**CRR** [1] - 15:6
**cured** [1] - 5:12
**curing** [1] - 5:5
**custody** [2] - 11:25, 12:24
**cut** [2] - 5:20

## D

**DANIEL** [1] - 2:3
**Date** [1] - 15:8
**date** [2] - 14:11, 14:13
**days** [1] - 3:25
**DC** [2] - 1:17, 2:15
**DE** [1] - 2:4
**dealing** [2] - 4:18, 12:12
**December** [3] - 7:5, 7:10, 13:13
**decide** [1] - 14:16
**Defendant** [1] - 2:11
**defendants** [8] - 4:17, 5:23, 8:17, 9:12, 11:24, 12:5, 12:23, 13:1
**Defendants** [1] - 2:15
**defense** [2] - 3:11, 11:11
**deficiencies** [2] - 5:5, 5:11
**deficiency** [1] - 6:7
**Denwiddie** [1] - 7:4
**deposition** [1] - 10:9
**depositions** [9] - 4:17, 8:9, 9:4, 9:15, 9:18, 10:20, 10:23, 11:8, 13:22
**deps** [1] - 13:12
**DEPUTY** [2] - 7:20, 14:4
**described** [1] - 13:22
**desire** [1] - 3:21
**determine** [1] - 12:3
**different** [4] - 10:19, 11:7, 13:1
**disappearing** [1] - 3:8
**discovery** [4] - 10:20, 11:14, 13:15, 13:20
**discuss** [4] - 4:4, 7:11, 14:11, 14:19
**dismiss** [2] - 5:3, 5:16
**distance** [1] - 8:19
**distanced** [1] - 9:8
**distortion** [1] - 8:21
**District** [1] - 3:3
**DISTRICT** [3] - 1:1, 1:1, 1:12
**DOCKET** [1] - 1:3
**document** [1] - 5:8
**done** [3] - 8:16, 9:5, 13:2
**down** [1] - 4:1
**DRINKER** [1] - 2:8
**drive** [1] - 10:1
**drop** [1] - 7:17

## E

**e-mail** [2] - 7:20, 7:22
**East** [1] - 1:9
**eight** [2] - 6:3, 6:17

EISENHOFER [1] - 2:2
either [1] - 9:9
embark [1] - 10:21
end [2] - 7:5, 7:10
enter [1] - 14:21
entitled [1] - 15:4
ESQUIRE [7] - 1:16, 1:19, 2:3, 2:6, 2:9, 2:9, 2:14
estates [1] - 6:2
et [1] - 11:13
eternal [1] - 13:25
excuse [2] - 5:2, 5:20
exhibit [1] - 6:23
Exhibit [1] - 6:23
experience [3] - 8:7, 8:14, 11:22
explaining [1] - 11:3
extremis [2] - 10:18, 11:16

**F**

fact [1] - 5:11
facts [1] - 11:18
FAEGRE [1] - 2:8
fair [1] - 11:10
faith [1] - 5:25
fall [1] - 8:2
families [1] - 3:18
family [1] - 14:23
FANG [1] - 6:8
Farrell [3] - 1:22, 3:20, 15:6
FCRR [1] - 15:6
February [3] - 13:14, 14:2, 14:4
feelings [2] - 4:8, 14:16
feet [1] - 12:17
felt [1] - 4:6
few [4] - 4:10, 5:25, 9:23, 14:11
field [1] - 10:23
filed [1] - 5:8
finally [1] - 3:22
fine [4] - 14:6, 14:7, 14:10, 14:21
FIRM [1] - 1:18
firm [3] - 8:14, 9:25
firms [3] - 5:4, 5:22, 8:19
first [3] - 3:13, 5:19, 6:24
Fisher [1] - 1:8
five [2] - 5:19, 6:24
FLOM [1] - 2:13
FLOOR [1] - 2:3
FLORHAM [1] - 2:10
fly [1] - 10:13

follow [1] - 10:15
following [1] - 3:5
FOR [1] - 1:1
foregoing [1] - 15:3
forms [1] - 5:4
forward [2] - 8:1, 10:23
four [1] - 11:1
frankly [2] - 6:18, 7:24
FREDA [1] - 1:12
Freda [1] - 3:2
fully [1] - 7:8

**G**

GEREL [1] - 1:15
grade [1] - 7:19
GRANT [1] - 2:2
great [1] - 3:18
guess [2] - 4:16, 6:13
guidelines [3] - 10:1, 10:6, 10:13
guilty [1] - 4:6
guitar [1] - 7:18

**H**

hair [1] - 6:14
half [1] - 7:5
handle [3] - 10:2, 11:21, 13:5
happy [1] - 8:6
head [1] - 7:23
healthy [1] - 3:17
heard [2] - 9:1, 11:4
hearing [1] - 3:7
hearings [1] - 8:2
held [1] - 3:1
help [2] - 3:7, 9:8
helps [1] - 3:8
himself [1] - 6:12
hit [1] - 3:22
holidays [1] - 14:22
home [5] - 8:21, 9:3, 9:5, 9:7
Honor [9] - 4:22, 5:6, 7:14, 8:11, 8:16, 8:25, 9:23, 13:8, 13:19
Honorable [1] - 3:2
HONORABLE [1] - 1:12
hope [2] - 3:17, 13:25
hoped [1] - 6:2
hopefully [2] - 3:18, 13:23
house [1] - 8:20
hurt [2] - 4:8, 14:16

**I**

identify [2] - 5:18, 5:22
ignoring [1] - 4:6
ill [2] - 3:21, 9:5
imagine [1] - 9:15
immediate [1] - 14:23
impacts [1] - 11:12
IN [1] - 1:4
Inc [4] - 2:11, 2:12, 2:16, 2:16
include [1] - 4:16
including [1] - 3:24
indeed [2] - 5:12, 6:6
indicated [1] - 6:6
individual [3] - 9:10, 13:20
individuals [1] - 12:5
information [1] - 7:17
instance [2] - 7:3, 12:24
interfering [1] - 9:13
interim [1] - 14:10
introducing [1] - 3:19
involve [2] - 6:3, 11:7
involved [2] - 10:18, 11:18
issue [8] - 5:1, 8:12, 9:19, 11:12, 11:19, 11:25, 12:3, 13:14
issues [5] - 4:12, 4:16, 10:18, 11:14, 12:8

**J**

J&J [1] - 6:17
Jackie [2] - 7:21, 14:2
January [2] - 9:17, 13:13
JERSEY [1] - 1:1
Jersey [1] - 1:9
JESSICA [1] - 2:9
JOHN [1] - 2:14
JOHNSON [2] - 1:4
Johnson [12] - 2:11, 2:11, 2:12, 2:15, 2:16, 2:16
joint [1] - 6:21
JUDGE [1] - 1:12
Judge [12] - 3:3, 4:13, 6:8, 9:22, 10:18, 11:6, 11:15, 11:20, 12:4, 12:10, 13:5
JUSTISON [1] - 2:3

**K**

keep [1] - 6:25
kind [1] - 14:15

kinds [1] - 12:19
known [2] - 2:12, 2:16
knows [1] - 12:18

**L**

lack [1] - 6:5
last [3] - 5:3, 5:24, 14:18
late [1] - 9:14
LAW [2] - 1:18, 6:8
law [1] - 10:15
lawyer [5] - 10:5, 10:12, 11:2, 11:10, 11:11
lawyer's [1] - 12:24
lawyers [3] - 11:1, 11:18
least [1] - 7:9
leave [1] - 12:10
LEIGH [2] - 1:19, 2:9
Leigh [2] - 8:13, 9:21
letter [4] - 4:21, 6:9, 6:10, 6:21
liability [1] - 13:21
LIABILITY [1] - 1:5
light [1] - 5:11
limited [1] - 11:17
line [1] - 14:3
listed [3] - 5:20, 6:24, 7:1
LITIGATION [1] - 1:6
living [1] - 14:15
LLP [3] - 1:15, 2:8, 2:13
locations [1] - 13:1
Locke [1] - 3:14
Locke's [1] - 7:18
look [1] - 7:9
lose [1] - 14:14

**M**

mail [2] - 7:20, 7:22
MAPLE [1] - 2:6
MARKETING [1] - 1:5
Markman [1] - 8:2
mask [1] - 12:13
masks [2] - 11:12, 12:16
matter [1] - 15:4
MEAGHER [1] - 2:13
mean [4] - 6:13, 12:5, 12:6, 13:4
meaning [1] - 8:20
means [1] - 3:17
mechanical [1] - 1:24
medical [1] - 6:1
mentioned [1] - 10:7
Michelle [1] - 4:22

MICHELLE [1] - 1:16
midst [1] - 7:6
might [3] - 4:10, 9:13, 12:19
moments [1] - 4:10
MONTGOMERY [1] - 1:20
month [2] - 7:5, 9:17
months [2] - 3:24, 11:9
morning [1] - 7:13
most [3] - 4:11, 6:12, 9:5
motion [1] - 5:10
motions [3] - 5:2, 5:16, 6:8
MR [3] - 7:13, 7:16, 7:23
MS [18] - 4:14, 4:15, 4:22, 4:25, 5:18, 5:22, 6:15, 8:11, 8:12, 8:25, 9:4, 9:23, 10:17, 13:8, 13:18, 13:19, 14:7, 14:8
mute [2] - 8:23, 8:24

**N**

N.W [1] - 2:14
navigate [1] - 10:10
necessarily [1] - 9:5
necessary [2] - 6:1
need [11] - 4:8, 4:9, 5:7, 7:11, 8:19, 12:6, 13:10, 14:15, 14:18, 14:19
needs [1] - 5:6
NEW [2] - 1:1, 2:14
new [2] - 3:23, 14:19
New [1] - 1:9
next [2] - 7:5, 9:17
NJ [3] - 2:7, 2:10, 15:6
NJ-CRCR [1] - 15:6
nobody [1] - 14:23
noise [1] - 8:23
note [1] - 7:17
nothing [4] - 13:11, 14:11, 14:18, 14:20
notice [1] - 5:19
November [2] - 1:10, 15:8
NUMBER [1] - 1:3
NW [1] - 1:16

**O**

O'Dell [1] - 3:12
O'DELL [5] - 1:19, 9:23, 13:8, 13:19, 14:8

**objected** [1] - 11:3
**observed** [1] - 9:11
**obviously** [1] - 7:7
**OF** [1] - 1:1
**office** [1] - 12:25
**Official** [3] - 1:22, 3:20, 4:1
**one** [5] - 4:7, 4:9, 5:1, 8:12, 13:11
**ones** [1] - 6:21
**opportunity** [1] - 10:7
**opposed** [2] - 6:6, 6:7
**opposition** [3] - 6:5, 6:16, 9:14
**order** [1] - 14:20
**outside** [1] - 14:23
**own** [2] - 10:10, 12:6

**P**

**P.A** [1] - 2:2
**p.m** [3] - 1:10, 3:3, 14:25
**P.O** [1] - 1:20
**pandemic** [3] - 3:21, 3:22, 7:25
**Parfitt** [2] - 3:12, 10:6
**PARFITT** [11] - 1:16, 4:15, 4:22, 4:25, 5:18, 5:22, 6:15, 8:12, 8:25, 9:4, 14:7
**PARK** [1] - 2:10
**part** [1] - 6:8
**participate** [2] - 10:3, 10:15
**participating** [3] - 3:7, 3:10, 3:14
**particular** [2] - 8:15, 9:25
**particularly** [3] - 11:23, 12:19, 12:21
**pat** [1] - 4:1
**patent** [1] - 8:1
**PATRICIA** [1] - 1:19
**PC** [1] - 2:5
**pending** [1] - 5:16
**people** [5] - 3:4, 3:6, 3:8, 5:25, 11:12
**perhaps** [4] - 4:6, 5:1, 8:13, 13:15
**perspectives** [1] - 12:19
**phase** [1] - 13:20
**phone** [3] - 12:2, 12:7, 13:3
**phones** [1] - 12:1
**physicians** [1] - 13:21
**Pisano** [9] - 4:13, 10:18, 11:6, 11:15, 11:21, 12:4, 12:10, 13:5
**Pisano's** [1] - 9:22
**PLACITELLA** [5] - 2:5, 2:6, 7:13, 7:16, 7:23
**Placitella** [2] - 3:12, 7:12
**plaintiff** [5] - 8:20, 9:24, 10:2, 10:4, 10:9
**plaintiff's** [4] - 9:6, 9:20, 11:2, 11:10
**plaintiffs** [7] - 8:18, 9:3, 10:8, 10:19, 10:20, 10:25, 13:20
**Plaintiffs** [4] - 1:17, 1:21, 2:4, 2:7
**plaintiffs'** [3] - 3:10, 9:4, 9:18
**played** [1] - 7:19
**playing** [1] - 10:23
**plea** [1] - 12:25
**point** [4] - 4:1, 8:16, 13:25, 14:2
**pool** [2] - 10:20, 10:25
**position** [2] - 10:2, 11:5
**POWDER** [1] - 1:4
**practiced** [1] - 8:19
**PRACTICES** [1] - 1:5
**precautions** [1] - 9:8
**precedential** [1] - 11:17
**prepared** [1] - 11:5
**present** [3] - 12:4, 12:11, 12:14
**pretty** [1] - 3:13
**proceed** [1] - 14:13
**Proceedings** [1] - 1:24
**proceedings** [2] - 14:25, 15:4
**PROCEEDINGS** [1] - 3:1
**process** [1] - 9:13
**produced** [1] - 1:25
**PRODUCTS** [2] - 1:4, 1:5
**proper** [1] - 7:16
**pursuant** [1] - 6:25
**put** [6] - 10:9, 12:21, 13:3, 13:10, 13:13, 14:17
**putting** [1] - 10:16

**Q**

**quality** [1] - 11:13
**quarantine** [1] - 11:8
**quickly** [1] - 7:7
**quite** [1] - 9:24

**R**

**raising** [1] - 4:12
**RDR** [1] - 15:6
**RE** [1] - 1:4
**reading** [1] - 4:3
**really** [6] - 7:24, 8:7, 10:2, 12:3, 12:18, 14:11
**reason** [3] - 4:5, 6:19, 14:10
**reasons** [1] - 10:24
**REATH** [1] - 2:8
**receive** [1] - 6:2
**receiving** [1] - 6:1
**recently** [2] - 7:7, 9:16
**record** [1] - 15:4
**recorded** [1] - 1:24
**records** [1] - 6:1
**RED** [1] - 2:7
**refuses** [1] - 6:12
**regard** [4] - 8:12, 8:14, 8:17, 9:19
**remain** [2] - 9:7, 9:10
**remedied** [1] - 6:18
**remember** [1] - 14:23
**REMOTE** [1] - 1:6
**remote** [3] - 3:1, 10:24, 13:24
**report** [5] - 4:3, 5:1, 5:5, 5:15, 13:22
**reported** [1] - 5:2
**Reporter** [3] - 1:22, 3:20, 4:2
**reporter** [1] - 3:23
**Reporter/ Transcriber** [1] - 15:6
**reports** [1] - 6:2
**representing** [1] - 5:9
**respects** [1] - 10:19
**retired** [1] - 3:22
**retirement** [1] - 8:5
**risk** [1] - 10:16
**RMR** [1] - 15:6
**rolling** [1] - 5:24
**room** [5] - 11:2, 11:10, 12:16, 12:22, 13:2
**ROTH** [1] - 2:5
**rule** [1] - 6:5
**rules** [2] - 11:8, 14:23
**ruling** [2] - 5:14, 10:18
**rulings** [1] - 11:17
**rush** [1] - 13:10

**S**

**safe** [1] - 14:22
**safely** [1] - 8:21
**safety** [4] - 10:1, 10:6, 10:13, 12:19
**SALES** [1] - 1:5
**savvy** [2] - 8:7, 8:18
**saw** [1] - 7:25
**schedule** [1] - 8:3
**scheduled** [2] - 4:7, 9:16
**scheduling** [1] - 14:19
**screen** [4] - 3:13, 3:15, 3:20, 4:2
**second** [1] - 14:4
**see** [13] - 3:6, 3:9, 3:11, 3:12, 3:14, 3:16, 3:19, 4:2, 4:3, 6:15, 6:17, 12:15
**send** [3] - 6:21, 7:20, 7:21
**sense** [2] - 13:17, 14:12
**sentencing** [1] - 12:25
**set** [1] - 6:3
**several** [1] - 5:10
**SHARKO** [5] - 2:9, 4:14, 8:11, 10:17, 13:18
**Sharko** [1] - 3:11
**sheet** [1] - 6:6
**side** [2] - 3:9, 3:11
**SINDHU** [1] - 2:3
**situation** [3] - 6:18, 10:8, 10:12
**situations** [3] - 9:24, 10:3, 10:14
**six** [2] - 3:25, 12:17
**SKADDEN** [1] - 2:13
**SLATE** [1] - 2:13
**socially** [2] - 8:19, 9:7
**someone** [6] - 7:16, 12:14, 12:15, 12:16, 12:20, 12:22
**somewhere** [1] - 14:2
**sorry** [1] - 5:20
**sound** [1] - 11:12
**sounds** [1] - 13:12
**speaking** [3] - 3:5, 8:22, 8:24
**specific** [1] - 11:18
**springs** [1] - 13:25
**stage** [1] - 5:2
**start** [3] - 3:19, 5:14, 6:4
**starting** [3] - 9:15, 9:16, 10:21
**State** [1] - 1:9
**state** [1] - 10:15
**states** [1] - 11:7
**States** [1] - 3:2
**STATES** [2] - 1:1, 1:12
**status** [10] - 4:3, 4:5, 4:21, 5:1, 5:5, 5:15, 5:16, 6:9, 6:10, 13:22
**STATUS** [1] - 1:5
**stenography** [1] - 1:24
**step** [1] - 12:11
**still** [2] - 4:12, 5:20
**Street** [1] - 1:9
**STREET** [3] - 1:16, 1:19, 2:3
**stressful** [1] - 10:8
**strongly** [1] - 10:22
**submitted** [1] - 5:5
**suffering** [1] - 12:20
**suggested** [1] - 11:1
**SUSAN** [2] - 2:3, 2:9

**T**

**TALCUM** [1] - 1:4
**tech** [2] - 8:7, 8:18
**tech-savvy** [1] - 8:18
**technology** [3] - 9:9, 10:3, 10:10
**terminated** [1] - 6:24
**terrific** [1] - 3:23
**THE** [21] - 1:1, 1:12, 3:4, 4:16, 4:24, 5:17, 5:19, 6:10, 6:20, 7:15, 7:20, 7:21, 7:24, 8:22, 9:2, 11:20, 13:9, 14:1, 14:4, 14:6, 14:9
**themselves** [1] - 8:18
**thinking** [1] - 4:5
**three** [6] - 3:24, 8:2, 10:17, 10:25, 11:1, 11:16
**timeline** [1] - 7:9
**timelines** [1] - 7:3
**timely** [1] - 5:4
**today** [4] - 4:4, 4:21, 7:12, 14:19
**toes** [1] - 12:11
**tons** [1] - 8:6
**touch** [1] - 14:14
**transcript** [2] - 1:24, 15:3
**transcription** [1] - 1:25
**Trenton** [1] - 1:9
**trial** [2] - 3:25, 8:1
**trying** [2] - 7:3, 7:6
**Tuesday** [1] - 14:5
**turn** [1] - 3:5
**two** [3] - 7:8, 10:17, 11:16

| U | Z |
|---|---|
| **U.S** [1] - 1:8<br>**underlying** [1] - 12:21<br>**United** [1] - 3:2<br>**UNITED** [2] - 1:1, 1:12<br>**universe** [1] - 14:16<br>**unless** [1] - 13:14<br>**unopposed** [1] - 5:10<br>**up** [6] - 4:13, 5:23, 6:3, 10:9, 13:10, 14:9 | **ZOOM** [1] - 1:6<br>**Zoom** [3] - 3:1, 6:12, 11:8 |

| V |
|---|
| **vaccine** [1] - 13:24<br>**variety** [1] - 10:24<br>**various** [1] - 4:17<br>**via** [1] - 3:1<br>**VIA** [1] - 1:5<br>**video** [2] - 3:6, 10:6<br>**VIDEOCONFERENCE** [1] - 1:6<br>**videoconference** [1] - 3:1<br>**Vinnie** [2] - 3:21, 3:22<br>**Vinnie's** [1] - 7:17<br>**virtual** [2] - 3:25, 8:16<br>**virtually** [1] - 8:10<br>**voice** [1] - 6:11 |

| W |
|---|
| **WASHINGTON** [2] - 1:17, 2:15<br>**waste** [1] - 5:7<br>**Wayne** [1] - 6:12<br>**ways** [1] - 12:12<br>**wear** [1] - 12:16<br>**wearing** [2] - 11:12, 12:13<br>**week** [2] - 5:3, 14:4<br>**weeks** [2] - 5:25, 14:12<br>**wild** [1] - 13:4<br>**WILMINGTON** [1] - 2:4<br>**wish** [1] - 8:4<br>**WOLFSON** [1] - 1:12<br>**Wolfson** [1] - 3:2<br>**workplace** [1] - 13:3<br>**works** [1] - 13:4<br>**worst** [1] - 12:1<br>**wrote** [1] - 11:3 |

| Y |
|---|
| **year** [1] - 13:23<br>**YORK** [1] - 2:14 |