**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3:16-02738-FLW-LHG** |
| **This Document Relates To:** |  |
| **All Cases** |  |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of the Court:

     Please enter the appearance of Harrison M. Biggs of Parker Waichman LLP, as Plaintiff counsel in *In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2738.

Dated: November 19, 2020            Respectfully submitted,

                                                   /s/ Harrison M. Biggs
                                                   Harrison M. Biggs
                                                   Parker Waichman LLP
                                                   6 Harbor Park Drive
                                                   Port Washington, NY 11050
                                                   Tel.: (516) 466-6500
                                                   Fax: (516) 466-6665
                                                   hbiggs@yourlawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2020, a true and accurate copy of the foregoing Notice of Entry of Appearance was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/ECF system.

/s/ Harrison M. Biggs
Harrison M. Biggs, Esq.
