# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br>-------------------------------------------<br>*This document relates to all cases listed on Exhibit A* | MDL No. 3:16-md-02738<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINTS PURSUANT TO RULE 41(b) |

**TO:   All Counsel of Record**

**COUNSEL:**

**PLEASE TAKE NOTICE** that Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Defendants"), will move before this Court on December 21, 2020, or as soon thereafter as counsel may be heard, pursuant to Fed. R. Civ. P. 41(b), for an Order dismissing Plaintiffs' complaints for failure to comply with this Court's October 13, 2020 Order.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion to Dismiss, Defendants will rely upon the accompanying Letter Brief in Support.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is attached.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if the motion is opposed.

ACTIVE.125450938.01

Respectfully submitted,

*/s/ Susan M. Sharko*
Susan M. Sharko
FAEGRE DRINKER BIDDLE
 & REATH LLP
600 Campus Drive
Florham Park, NJ  07932-1047
Telephone:    (973) 549-7000
Facsimile:     (973) 360-9831
Email:  susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

Dated:  November 25, 2020

2

# **EXHIBIT A**

| MDL Case No. | Plaintiff Name | Law Firm Name |
|---|---|---|
| 3:17-cv-09127 | Ellis, Paula | The Law Offices of Sean M. Cleary |
| 3:18-cv-15782 | Green, Catherine | Girardi & Keese |
| 3:18-cv-08463 | Herrmann, Linda | Simmons Hanly Conroy |
| 3:19-cv-08359 | Lagle, Sylvia | Heninger Garrison Davis |
| 3:18-cv-12309 | Richard, Donna | Marlin & Saltzman LLP |
| 3:17-cv-06984 | Smith, Sarah | Barrett Law Group |

ACTIVE.125450938.01