

faegredrinker.com

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

**Faegre Drinker Biddle & Reath** LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

November 25, 2020

**VIA ECF**

Honorable Freda L. Wolfson, Chief Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 5E
Trenton, NJ 08608

*Re:   In re: Johnson & Johnson Talcum Powder Products Marketing,
Sales Practices and Products Liability Litigation - MDL 2738*

Dear Chief Judge Wolfson:

Please accept this letter in support of defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Motion to Dismiss for failure to comply with the Court's October 13, 2020 Order directing filing of amended complaints by October 20, 2020.

As of this filing, the six plaintiffs listed in attached Exhibit A have failed to comply with the October 13 Order requiring them to file amended complaints within seven days, by October 20, 2020.  *See* October 13, 2020 Order, Exhibit A.  Pursuant to Rule 41(b), "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."  All of these cases have been pending for almost two years or longer, and plaintiffs have offered no reason for their refusal to comply with the October 13 Order.  Defendants therefore respectfully request that plaintiffs' cases be dismissed with prejudice pursuant to Rule 41(b).

Honorable Freda L. Wolfson,
Chief Judge

-2-

November 25, 2020

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Susan M. Sharko*

Susan M. Sharko
FAEGRE DRINKER BIDDLE
 & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: 973-549-7350
Facsimile:  973-360-9831
E-mail: susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson &
Johnson and Johnson & Johnson
Consumer Inc.*

cc:    All Counsel of Record (via ECF)

ACTIVE.125450928.01

Honorable Freda L. Wolfson,
Chief Judge                                  -3-                         November 25, 2020

## EXHIBIT A

| MDL Case No. | Plaintiff Name | Law Firm Name |
|---|---|---|
| 3:17-cv-09127 | Ellis, Paula | The Law Offices of Sean M. Cleary |
| 3:18-cv-15782 | Green, Catherine | Girardi & Keese |
| 3:18-cv-08463 | Herrmann, Linda | Simmons Hanly Conroy |
| 3:19-cv-08359 | Lagle, Sylvia | Heninger Garrison Davis |
| 3:18-cv-12309 | Richard, Donna | Marlin & Saltzman LLP |
| 3:17-cv-06984 | Smith, Sarah | Barrett Law Group |