## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br>--------------------------------------------<br>*This document relates to all cases listed on Exhibit A* | MDL No. 3:16-md-02738<br><br>**[PROPOSED]<br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINTS** |

**THIS MATTER**, having been brought before the Court on motion by defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Defendants"), for entry of an Order dismissing plaintiffs' complaints, as set forth in attached Exhibit A, with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with this Court's October 13, 2020 Order; and the Court having considered the moving papers and any opposition thereto; and having considered the arguments of counsel, if any; and for good cause shown;

IT IS on this _____ day of _____, 2020

**ORDERED** as follows:

1. Defendants' Motion to Dismiss plaintiffs' complaints pursuant to Rule 41(b) is hereby **GRANTED**.

2. Plaintiffs' complaints, as set forth in attached Exhibit A, are hereby dismissed with prejudice.

 

Hon. Freda L. Wolfson,
U.S. Chief District Judge

2

# **EXHIBIT A**

| MDL Case No. | Plaintiff Name | Law Firm Name |
|---|---|---|
| 3:17-cv-09127 | Ellis, Paula | The Law Offices of Sean M. Cleary |
| 3:18-cv-15782 | Green, Catherine | Girardi & Keese |
| 3:18-cv-08463 | Herrmann, Linda | Simmons Hanly Conroy |
| 3:19-cv-08359 | Lagle, Sylvia | Heninger Garrison Davis |
| 3:18-cv-12309 | Richard, Donna | Marlin & Saltzman LLP |
| 3:17-cv-06984 | Smith, Sarah | Barrett Law Group |

ACTIVE.125450938.01