## CERTIFICATION OF SERVICE

      I hereby certify that on November 25, 2020, a copy of the foregoing document(s) were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                                                Jessica L. Brennan
                                                Faegre Drinker Biddle & Reath LLP
                                                600 Campus Drive
                                                Florham Park, NJ  07932-1047
                                                Phone: (973) 549-7164
                                                Fax:    (973) 360-9831
                                                E-mail: Jessica.Brennan@faegredrinker.com