UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>MARK MENUCK, individually and on behalf of JACQUELINE MENUCK, Deceased,<br><br>3:20-cv-17292 | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

# NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 27, 2020 on behalf of Plaintiff Mark Menuck, individually and on behalf of Jacqueline Menuck, deceased.

Dated: November 27, 2020

                                    Respectfully submitted,

                                    /s/ *Warren T. Burns*

                                    Korey A. Nelson (LA #30002)
                                    Amanda K. Klevorn (LA #35193)
                                    **BURNS CHAREST LLP**
                                    365 Canal Street, Suite 1170
                                    New Orleans, Louisiana 70130
                                    T: 504.799.2845
                                    F: 504.881.1765

E: aklevorn@burnscharest.com
knelson@burnscharest.com

**AND**

Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)
Spencer M. Cox (TX #24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com
dcharest@burnscharest.com
scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Warren T. Burns*
Warren T. Burns (TX #24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com