Brandi R. Hamilton
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com

*Attorney for Plaintiffs Robert Smith, Jr. and Anda Minniefield*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION ) ) ) ) ) | Civil No. 3:17-cv-6984-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to: Robert Smith, Jr. and Anda Minniefield, individually and as the Personal Representatives of Sarah Smith, deceased; Case No: 3:17-cv-6984-FLW-LGH ) ) ) ) ) ) | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiffs Robert Smith, Jr. and Anda Minniefield.

Dated: November 30, 2020.                      By: /s/ *Brandi R. Hamilton*
                                              Brandi R. Hamilton
                                              **BARRETT LAW GROUP, P.A.**
                                              404 Court Square
                                              P.O. Box 927
                                              Lexington, Mississippi 39095
                                              Telephone: (662) 834-2488
                                              Fax: (662) 834-2628
                                              bhamilton@barrettlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Brandi R. Hamilton
Brandi R. Hamilton