UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>*ARUNA GHETIA v. JOHNSON & JOHNSON, et al.* | Civil Action No. 3:18-cv-12060-FLW-LHG |

**UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL DEATH CLAIMS**

Kishor Ghetia, as the Executor of the Estate of Aruna Ghetia, moves the Court for an Order substituting him in as the plaintiff in this action and granting him leave to file the Amended Complaint asserting claims for loss of consortium, wrongful death and survival. Kishor Ghetia should be duly substituted as plaintiff in this action under the provisions of Rule 25(a)(1) of the Federal Rules of Civil Procedure because:

1. Aruna Ghetia, decedent, commenced this action on July 25, 2018, before her death. (Dkt. 1.)

2. Decedent Aruna Ghetia died on February 8, 2019, due to injuries caused by the negligent acts and omissions as alleged in her original Complaint. (Dkt.1) Decedent is survived by her spouse, Kishor Ghetia and two children, Lisa Baines and Raj Ghetia. Notice of and Suggestion of her death was filed with this Court on November 24, 2020. (Dkt. 8).

3. Pursuant to Connecticut law, the case must be filed by the executor of the estate, Con. Gen. Stat. §52-555. The claims made by Aruna Ghetia against Defendants herein survive her death, Con. Gen. Stat. §52-599.

4. A proposed First Amended Complaint alleging loss of consortium, survival and wrongful death claims is attached hereto as **Exhibit A**.

5. Plaintiff's counsel has met and conferred with Defendants' counsel, who has indicated Defendants do not oppose the motion.

6. This motion is timely in that the deadline for the Wrongful Death Beneficiaries to file a motion for substitution of parties is not expired.

DATED: December 1, 2020                                  Respectfully Submitted,


By: *Trent B. Miracle*
**SIMMONS HANLY CONROY**
ONE COURT STREET
ALTON, IL 62002
618-259-2222
Fax: 618-259-2251
Email: tmiracle@simmonsfirm.com
*Counsel For Plaintiff*