## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, a copy of the foregoing UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL DEATH CLAIMS and [PROPOSED] ORDER were filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Trent B. Miracle*
Trent B. Miracle, IL#6281491
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonsfirm.com

Attorneys for Plaintiff