# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>**JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>Melissa Parsons and Terry Lee Parsons,<br><br>v.<br><br>Johnson & Johnson,<br>Johnson & Johnson Consumer, Inc.<br>f/k/a Johnson & Johnson Consumer Companies, Inc.<br><br>Civil Case No. 3:19-cv-21967-FLW | MDL No. 2738<br><br>3:16-md-02738-FLW-LHG |

## AMENDED NOTICE TO TAKE VIDEOTAPED
## TRIAL PRESERVATION DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the *Federal Rules of Civil Procedure*, the oral and videotaped deposition of Plaintiff, **MELISSA PARSONS**, will be taken before a person authorized to administer the oath. This deposition will be videotaped for use at trial and counsel are specifically informed that Plaintiff's health is declining such that she may not be available or capable to attend trial; therefore, this deposition is intended to preserve her testimony for use before the jury. The taking of said deposition may be adjourned from day to day until completed.

**DATE AND TIME OF DEPOSITION:** DECEMBER 11, 2020, AT 12:00 P.M. EST

**LOCATION:** GARY C. JOHNSON, P.S.C.
232 SECOND STREET
PIKEVILLE, KY 41502

**COURT REPORTER:** PAM OSBORNE
OSBORNE REPORTING SERVICE
P.O. BOX 1163
PIKEVILLE, KY 41502

Respectfully submitted,

/s/Michael E. Liska
Gary C. Johnson
Michael E. Liska
Brittany Deskins Johnson
**GARY C. JOHNSON, P.S.C.**
110 Caroline Avenue
P. O. Box 231
Pikeville, Kentucky 41501
Telephone: (606) 437-4002
Facsimile: (606) 437-0021
gary@garycjohnson.com
mliska@garycjohnson.com
bjohnson@garycjohnson.com
*Co-Counsel for Plaintiffs*

-and-

Richard H. Friedman
Peter J. Mullenix
**Friedman Rubin, PLLP**
1109 1st Avenue
Suite 501
Seattle, Washington 98101
Telephone: (206) 501-4446
Facsimile: (206) 623-0794
RFriedman@friedmanrubin.com
PMullenix@friedmanrubin.com
*Co-Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 1st day of December, 2020, a copy of the foregoing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. Notice is also being sent to involved counsel for the parties via email.

            /s/ Michael E. Liska
            *Co-Counsel for Plaintiffs*