## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>Noel C. Prince and William J. Prince, her husband,<br>Plaintiffs,<br>v.<br>Johnson & Johnson, et al.,<br>Defendants. | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOFLSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Case No.: 3:20-cv-16190<br><br>DIRECT FILED ACTION |

### AMENDED NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 16, 2020, on behalf of Plaintiffs Noel C. Prince and William J. Prince, her husband.

                                                                 /s/Jason P. Foster
Scott S. Segal, Esq. (WV Bar# 4717)
Jason P. Foster, Esq. (WV Bar# 10593)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com

Dated: December 2, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>December 2, 2020</u>, a copy of the foregoing AMENDED NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/Jason P. Foster*
Scott S. Segal, Esq. (WV Bar# 4717)
Jason P. Foster, Esq. (WV Bar# 10593)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com

2