## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**PATRICIA ARREDONDO,** | MDL No. 2738 (FLW)(LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>CIVIL ACTION No. 3:20-cv-17805 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on December 2, 2020 on behalf of Plaintiff, Patricia Arredondo.

Dated:  December 2, 2020                 Respectfully Submitted by:

                                                                                      By: /s/ Daniel J. Thornburgh
                                                                                       Daniel J. Thornburgh
                                                                                       Aylstock, Witkin, Kreis, & Overholtz
                                                                                       17 East Main Street, Suite 200
                                                                                       Pensacola, FL 32502
                                                                                       Telephone: 850-202-1010
                                                                                       Fax: 850-916-7449
                                                                                       dthornburgh@awkolaw.com

                                                                                       *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2020, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  December 2, 2020	Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com