## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December, 2020, I electronically filed the foregoing **Short Form Complaint and Jury Demand.** Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Keith D. Griffin
Keith D. Griffin
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel: (213) 977-0211
kgriffin@girardikeese.com
Attorneys for Plaintiff