**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALE PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| This Document Relates to:<br><br>*Alexis Conley v. Johnson & Johnson, et al.*<br>Case No. 3:18-11677 | |

**ORDER GRANTING**
**MOTION TO WITHDRAW APPEARANCE AS COUNSEL**

On this _____ day of _____, it is hereby ORDERED that the Motion to Withdraw Appearance of Jessica H. Meeder on behalf of Plaintiff Alexis Conley is GRANTED. The appearance of Jessica H. Meeder on behalf of Plaintiff Alexis Conley is hereby terminated.

_____
Chief Judge Freda L. Wolfson