Craig A. Knapp – Arizona State Bar No. 013580
knapp@krattorneys.com
KNAPP & ROBERTS, P.C.
8777 North Gainey Center Drive, Suite 165
Scottsdale, Arizona 85258
Tel: (480) 991-7677
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Maria Christina Napoli | Civil Action No. 3:20-cv-18220<br><br>MDL No. 2738 (FLW) (LHG)<br>Honorable Freda L. Wolfson<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |

### NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on December 4, 2020 on behalf of Maria Christina Napoli.

DATED: December 4, 2020                             KNAPP & ROBERTS

                                                                          /s/ Craig A. Knapp

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, a copy of the foregoing NOTICE OF FILING SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

DATED: December 4, 2020                     KNAPP & ROBERTS

*/s/ Craig A. Knapp*
Knapp & Roberts, P.C.
8777 N. Gainey Center Dr.
Suite 165
Scottsdale, AZ 85258
(480) 991-7677
knapp@krattorneys.com
*Attorneys for Plaintiffs*