

GIRARDI | KEESE
LAWYERS

December 3, 2020

Clerk of the Court
New Jersey MDL

Re: In re Johnson & Johnson Talcum Powder Product Marketing, Sales Practice and Products Liability Litigation 16MD2738

Dear Clerk's Office:

Please be advised that the lead firm counsel for all individually filed actions referenced on the attached Exhibit A is:

Thomas V. Girardi
GIRARDI KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211

Notifications emails: tgirardi@girardikeese.com; sfujimoto@girardikeese.com; kcory@girardikeese.com; lst@girardikeese.com

With kind regards,

KEITH D. GRIFFIN

KDG:lw

Attachment

| # | LastName | FirstName | MDL/ DistrictCaseNo | Date of filing |
|---|---|---|---|---|
| 1 | Adams | Denise Lyn | 3:18-CV-15538-FLW-LHG | 10/31/2018 |
| 2 | Addison | Virginia | 3:17-cv-12730 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 3 | Allen | Kay | 3:18-CV-15539-FLW-LHG | 11/1/2018 |
| 4 | Allison | Oma | 3:17-cv-12731 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 5 | Avery | Linda | 3:18-CV-15679-FLW-LHG | 11/6/2018 |
| 6 | Barnes | Billie | 3:18-CV-15556-FLW-LHG | 11/1/2018 |
| 7 | Benedict | Elaine | 3:18-CV-15557-FLW-LHG | 11/1/2018 |
| 8 | Bequer | Myriam | 3:18-CV-15558-FLW-LHG | 11/1/2018 |
| 9 | Blanks | Angel | 3:18-CV-15561-FLW-LHG | 11/1/2018 |
| 10 | Blase | Stella | 3:18-CV-15566-FLW-LHG | 11/1/2018 |
| 11 | Brennan-Jones | Cheryl | 3:18-CV-15567-FLW-LHG | 11/2/2018 |
| 12 | Brock | Norma | 3:17-cv-12747 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 13 | Brunty | Sarah | 3:18-CV-15569-FLW-LHG | 11/2/2018 |
| 14 | Bueno | Alicia | 3:17-cv-12500 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 15 | Cabrera | Josefa | 3:18-CV-15576-FLW-LHG | 11/2/2018 |
| 16 | Canter | Betty | 3:18-CV-15560-FLW-LHG | 11/1/2018 |
| 17 | Chambliss | Linda | 3:18-CV-15578-FLW-LHG | 11/2/2018 |
| 18 | Chavez | Mirna | 3:18-CV-15581-FLW-LHG | 11/2/2018 |
| 19 | Childress | Wanda | 3:20-cv-1287-FLW-LHG | 9/18/2020 |
| 20 | Chimock | Bernadine | 3:18-CV-15583-FLW-LHG | 11/2/2018 |
| 21 | Cole | Mildred | 3:18-CV-15585-FLW-LHG | 11/2/2018 |
| 22 | Cook | Wendy | 3:18-CV-15587-FLW-LHG | 11/2/2018 |
| 23 | Cooper | Amy | 3:18-CV-15565-FLW-LHG | 11/1/2018 |
| 24 | Cowles | Marion | 3:18-CV-15589-FLW-LHG | 11/2/2018 |
| 25 | Curry | Lisa | 3:18-CV-15591-FLW-LHG | 11/2/2018 |
| 26 | Daniel | Carolyn | 3:19-cv-01421-FLW-LHG | 1/29/2019 |
| 27 | Dean | Andrea | 3:19-cv-00031-FLW-LHG | 1/2/2019 |
| 28 | Decker | Margo | 3:17-cv-12732 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 29 | Edelen | Bessie | 3:17-cv-12737 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 30 | Fernandez | Teresa | 3:18-CV-15605-FLW-LHG | 11/2/2018 |
| 31 | Ferrie | Kathryn | 3:18-CV-15568-FLW-LHG | 11/2/2018 |
| 32 | Finch | Mary Louise | 3:18-CV-15571-FLW-LHG | 11/2/2018 |
| 33 | Folio | Lorentina | 3:18-CV-15593-FLW-LHG | 11/2/2018 |
| 34 | Ford | Isabella | 3:17-cv-12735 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 35 | Fredericks | Linda | 3:18-CV-15757-FLW-LHG | 11/7/2018 |
| 36 | Gill | Sharon | 3:18-CV-15594-FLW-LHG | 11/2/2018 |
| 37 | Gonzalez | Juana | 3:18-CV-15758-FLW-LHG | 11/7/2018 |
| 38 | Gray | Ellen | 3:18-CV-15595-FLW-LHG | 11/2/2018 |
| 39 | Green | Catherine | 3:18-CV-15782-FLW-LHG | 11/8/2018 |
| 40 | Green | Gwendolyn | 3:18-CV-15783-FLW-LHG | 11/8/2018 |
| 41 | Green | Sandra | 3:18-CV-15789-FLW-LHG | 11/7/2018 |
| 42 | Greenberg | Gail | 3:18-CV-15596-FLW-LHG | 11/2/2018 |
| 43 | Greene | Patricia | 3:18-CV-15785-FLW-LHG | 11/8/2018 |
| 44 | Gregory | Mary | 3:18-CV-15597-FLW-LHG | 11/2/2018 |
| 45 | Grimm | Michelle | 3:18-CV-15816-FLW-LHG | 11/8/2018 |
| 46 | Gutierrez | Rita | 3:17-cv-11717 | 11/16/2017 |

| 47 | Hasfal | Esther | 3:17-cv-12751 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
|---|---|---|---|---|
| 48 | Held | Patricia | 3:18-CV-15817-FLW-LHG | 11/8/2018 |
| 49 | Henry | Maureen | 3:18-CV-15820-FLW-LHG | 11/8/2018 |
| 50 | Hill | Dorothy | 3:18-CV-15598-FLW-LHG | 11/2/2018 |
| 51 | Hill | Rhonda | 3:18-CV-15823-FLW-LHG | 11/8/2018 |
| 52 | Howard | Janet | 3:18-CV-15743-FLW-LHG | 11/7/2018 |
| 53 | Jenkins | Candice | 3:18-CV-15825-FLW-LHG | 11/8/2018 |
| 54 | Johnson | Clarice | 3:18-CV-15744-FLW-LHG | 11/7/2018 |
| 55 | Johnson | Donna | 3:17-cv-12739 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 56 | Kelly | Grace | 3:18-CV-15827-FLW-LHG | 11/8/2018 |
| 57 | King | Phyllis | 3:18-CV-15745-FLW-LHG | 11/7/2018 |
| 58 | Lee | Diane | 3:18-CV-15849-FLW-LHG | 11/8/2018 |
| 59 | Lehmann | Betty | 3:18-CV-15857-FLW-LHG | 11/8/2018 |
| 60 | Lopato | Alea | 3:18-CV-15862-FLW-LHG | 11/8/2018 |
| 61 | Martin | Rhonda | 3:18-CV-15869-FLW-LHG | 11/8/2018 |
| 62 | Marutiak | Virginia | 3:17-cv-12734 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 63 | Mateo | Gladys | 3:18-CV-15877-FLW-LHG | 11/8/2018 |
| 64 | Maynard-Schoob | Gervaise | 3:18-CV-15881-FLW-LHG | 11/8/2018 |
| 65 | McCoy | Mary | 3:18-CV-15903-FLW-LHG | 11/9/2018 |
| 66 | McDaniel | Tina | 3:18-cv-01383-FLW-LHG | 1/31/2018 |
| 67 | McLat | Jean | 3:18-CV-15784-FLW-LHG | 11/8/2018 |
| 68 | Melton | Phyllis | 3:17-cv-12740 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 69 | Miller | Michelle | 3:18-CV-15746-FLW-LHG | 11/7/2018 |
| 70 | Miller | Tasha | 3:18-CV-15790-FLW-LHG | 11/7/2018 |
| 71 | Montgomery | Joyce | 3:18-CV-15814-FLW-LHG | 11/8/2018 |
| 72 | Muniz | Elicia | 3:18-CV-15815-FLW-LHG | 11/8/2018 |
| 73 | Nassiff | Gloria | 3:17-cv-12741 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 74 | Ober | Elizabeth | 3:18-CV-15818-FLW-LHG | 11/8/2018 |
| 75 | Owens | Margaret | 3:18-CV-15747-FLW-LHG | 11/7/2018 |
| 76 | Palano | Marion | 3:18-CV-15748-FLW-LHG | 11/7/2018 |
| 77 | Peach | Nora | 3:17-cv-15055 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 78 | Pitcher | Deborah | 3:18-CV-15821-FLW-LHG | 11/8/2018 |
| 79 | Powell | Annabelle | 3:18-CV-15749-FLW-LHG | 11/7/2018 |
| 80 | Price | Donna | 3:18-CV-15822-FLW-LHG | 11/8/2018 |
| 81 | Ramirez | Myrna | 3:18-CV-15750-FLW-LHG | 11/30/2018 |
| 82 | Ravert | Colleen | 3:18-CV-15751-FLW-LHG | 11/7/2018 |
| 83 | Reilly | Karen | 3:18-CV-15752-FLW-LHG | 11/7/2018 |
| 84 | Renes | Irene | 3:18-CV-15824-FLW-LHG | 11/8/2018 |
| 85 | Robbins | Ailean | 3:18-CV-15826-FLW-LHG | 11/8/2018 |
| 86 | Rodenbaugh | Jeanette | 3:17-cv-12738 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 87 | Ross | Amber | 3:18-CV-15863-FLW-LHG | 11/8/2018 |
| 88 | Rubido | Monserrat | 3:20-cv-13437 | 9/28/2020 |
| 89 | Rufino | Evelisa | 3:19-cv-00034-FLW-LHG | 1/2/2019 |
| 90 | Ruge | Jean | 3:18-CV-15753-FLW-LHG | 11/7/2018 |
| 91 | Sanders | Margarette | 3:17-cv-12505 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 92 | Scott | Laura | 3:18-CV-15889-FLW-LHG | 11/9/2018 |
| 93 | Seats | Brunice | 3:19-cv-00037-FLW-LHG | 1/2/2019 |

Case 3:16-md-02738-MAS-RLS   Document 15934   Filed 12/07/20   Page 4 of 4 PageID: 122474

| | | | | |
|---|---|---|---|---|
| 94 | Self | Phyllis | 3:18-CV-15997-FLW-LHG | 11/9/2018 |
| 95 | Shenton | Mary | 3:18-CV-15754-FLW-LHG | 11/7/2018 |
| 96 | Sherwood | Edna | 3:18-CV-15998-FLW-LHG | 11/9/2018 |
| 97 | Sileno | Vivian | 3:17-cv-12744 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 98 | Sims | Barbara | 3:18-CV-15755-FLW-LHG | 11/7/2018 |
| 99 | Small | Helen | 3:17-cv-12508 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 100 | Smith | Betty | 3:17-cv-12746 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 101 | Smith | Judith | 3:18-CV-15999-FLW-LHG | 11/9/2018 |
| 102 | Stevens | Maria | 3:18-CV-15756-FLW-LHG | 11/7/2018 |
| 103 | Terwilliger | Judy | 3:18-CV-16000-FLW-LHG | 11/9/2018 |
| 104 | Tovar | Marie | 3:18-CV-16001-FLW-LHG | 11/9/2018 |
| 105 | Turchiaro | Lori | 3:18-CV-15771-FLW-LHG | 11/8/2018 |
| 106 | Umfleet | Penny | 3:17-cv-12748 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 107 | Vasser | Sharon | 3:18-CV-16002-FLW-LHG | 11/9/2018 |
| 108 | Vaughn | Mary | 3:18-CV-15774-FLW-LHG | 11/8/2018 |
| 109 | Velmont | Esther | 3:18-cv-02538-FLW-LHG | 2/22/2018 |
| 110 | Watts | Karen | 3:18-CV-16007-FLW-LHG | 11/9/2018 |
| 111 | Williams | Katherine | 3:18-CV-15776-FLW-LHG | 11/8/2018 |
| 112 | Wohlers | Thelma | 3:17-cv-12749 MDL No. 2738 (FLW) (LHG) | 12/6/2017 |
| 113 | Wood | Debra | 3:18-cv-16008--FLW-LHG | 11/9/2018 |