UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**LISA RILEY,**<br>**Individually and as Personal Representative of the Estate of Bonnie Alston**<br><br>**Case: 3:20-cv-18291** | MDL No. 2738 (FLW) (LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>MDL No. 2738 (FLW) (LHG) |

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)**

COMES NOW Plaintiff, Lisa Riley, by and through her undersigned attorneys, Aylstock, Witkin, Kreis, & Overholtz, PLLC., and herewith files her Notice of Voluntary Dismissal of Plaintiff's Complaint, without prejudice and without costs, pursuant to Rule 41(a)(1)(A). No Defendant has filed a notice of appearance in this matter and no answer or motion for summary judgment has been served.

Dated:  December 7, 2020

Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiffs*