

faegredrinker.com

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

December 7, 2020

**VIA ECF**

Honorable Freda L. Wolfson, Chief Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 5E
Trenton, NJ 08608

*Re:   In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Chief Judge Wolfson:

I write regarding the J&J defendants' Motion to Dismiss six cases for failure to comply with the Court's October 13, 2020 Order directing filing of amended complaints.  [Doc. No. 15833].

The J&J defendants have consented to plaintiffs' request to file their amended complaints late, which has now been done in all six cases.  As these plaintiffs are now in compliance with October 13, 2020 Order, defendants hereby withdraw the motion in its entirety.

After we filed the motion, the responses from plaintiffs' counsel revealed that they are not reviewing documents filed on the electronic docket, the transmission of which constitutes the notice required by Federal Rules of Civil Procedure 77(d).  *See* District Of New Jersey ECF User Manual (Rev. June 23, 2017) at p. 9-11.  Rather, they were expecting personal service of each pleading.  We have corrected this misperception.  It might be helpful for Ms. O'Dell and Ms. Parfitt to remind their constituents that they need to pay attention to the electronic docket so that we do not have to go through this again.

Honorable Freda L. Wolfson,  
Chief Judge

-2-

December 7, 2020

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Susan M. Sharko*  
Susan M. Sharko  
FAEGRE DRINKER BIDDLE & REATH LLP  
600 Campus Drive  
Florham Park, NJ 07932  
Telephone: 973-549-7350  
Facsimile: 973-360-9831  
E-mail: susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

cc: All Counsel of Record (via ECF)  
Leigh O'Dell, Esq.  
Michelle Parfitt, Esq.

ORDERED that the Clerk's Office is directed to terminate Defendants' motion to dismiss [DKT 15833].

Dated: 12/8/2020

/s/ Freda L. Wolfson  
Freda L. Wolfson  
Chief Judge

ACTIVE.125630293.01