UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Mo. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| Ana Marie Ruebel Guthrie, Individually and on Behalf of the Estate of Brandi Guthrie,<br><br>      *Plaintiffs,*<br><br>v.<br><br>Johnson & Johnson, et al.,<br><br>      *Defendants.* | Civil Action No.: 3:20-cv-18427 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing Short Form Complaints) that the Short Form and Jury Demand was filed on December 8, 2020 on behalf of Ana Marie Ruebel Guthrie, Individually and on Behalf of the Estate of Brandi Guthrie.

Dated: December 8, 2020

                                              By: */s/ Karen H. Beyea-Schroeder*
                                                  Karen H. Beyea-Schroeder
                                                  Riley L. Burnett, Jr.
                                                  **BURNETT LAW FIRM**
                                                  3737 Buffalo Speedway, 18th Floor
                                                  Houston, Texas  77098
                                                  Tel: (832) 413-4410
                                                  Fax: (832) 900-2120
                                                  Email: Karen.Schroeder@RBurnettLaw.com
                                                  RBurnett@RBurnettLaw.com
                                                  *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December 2020, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                             */s/ Karen H. Beyea-Schroeder*