IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No.: 3:20-cv-18476<br><br>MDL No. 2738 |

NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Rachel Marie Anderson.

Dated: December 8, 2020.

                                                Respectfully Submitted,

                                                By: */s/ T. Roe Frazer II*
                                                T. Roe Frazer II (MS Bar No. 5519) PHV
                                                Patrick D. McMurtray (TN Bar No. 31597) PHV
                                                Thomas Roe Frazer III (TN Bar No. 33296) PHV
                                                FRAZER PLC
                                                30 Burton Hills Blvd., Suite 450
                                                Nashville, TN 37215
                                                Telephone: (615) 647-6464
                                                Facsimile: (866) 314-2466
                                                roe@frazer.law
                                                patrick@frazer.law
                                                trey@frazer.law

**Of Counsel:**
Blair Durham (TN BPR # 021453)
BART DURHAM INJURY LAW
404 James Robertson Parkway, Suite 1712
Nashville, TN 37219
Telephone: (615) 242-9000
blair@blairdurham.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                                     */s/ T. Roe Frazer II*