**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **MDL DOCKET NO. 2738 (FLW) (LHG)** |
| This document relates to: *KOMP v. JOHNSON & JOHNSON et al., Case No. 3:20-cv-16724* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 20, 2020, on behalf of Plaintiff Rebecca Komp.


Dated: December 9, 2020       Respectfully Submitted by,

      */s/ Stacy K. Hauer*

      Michael K. Johnson, Esq.
      MN Bar No. 258696
      Stacy Hauer, Esq.
      MN Bar No. 317093
      **JOHNSON BECKER, PLLC**
      444 Cedar Street, Suite 1800
      St. Paul, MN 55101
      Phone: 612-436-1800
      Fax: 612-436-1801
      Email: mjohnson@johnsonbecker.com
      Email: shauer@johnsonbecker.com

      ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 9, 2020, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Stacy K. Hauer*

Stacy Hauer, Esq.
MN Bar No. 317093
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: jshannon@johnsonbecker.com

ATTORNEY FOR PLAINTIFF