UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br>-------------------------------------------------<br>*This relates to Plaintiff Diane L. Allbright*<br>   Case No.: 3:18-cv-08732 | MDL No. 3:16-md 02738 |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

PLEASE TAKE NOTICE that Plaintiff DIANE L. ALLBRIGHT substitutes Stephen M. Gorny of The Gorny Law Firm, LC, State Bar No. 16984, in place of Jessica Meeder of Murphy Falcon & Murphy, PA, One South Street, 23rd Floor, Baltimore, Maryland 21202.

Contact information for new counsel is as follows:

Stephen M. Gorny
The Gorny Law Firm, LC
The Gorny Law Building
4330 Belleview Avenue, Suite 200
Tel: (816) 756-5071 / Fax: 1 (816) 756-5067
steve@gornylawfirm.com

A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon counsel. Additionally, counsel respectfully requests that all orders, pleadings and correspondence be served upon Stephen M. Gorny through the CM/ECF system.

Dated: December 9, 2020                     Respectfully submitted,


                                  **BY:**     **/s/ *Stephen M. Gorny***
                                          **STEPHEN M. GORNY, KS #16984**
                                          **THE GORNY LAW FIRM, LC**
                                          **The Gorny Law Building**
                                          **4330 Belleview Avenue**
                                          **Suite 200**
                                          **Kansas City, MO  64111**
                                          **(816) 756-5071 (Telephone)**
                                          **1 (816) 756-5067 (Facsimile)**
                                          steve@gornylawfirm.com

                                          ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Substitution of Attorney was sent via the Court's ECF system to all Counsel of Record.


   */s/ Stephen M. Gorny*
   Attorney for Plaintiff