## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, a copy of the foregoing UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT and [PROPOSED] ORDER were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Trent B. Miracle
Trent B. Miracle, IL#6281491
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonsfirm.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, I electronically filed the foregoing Notice of Death of Plaintiff Margaret Hullinger with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Trent B. Miracle*