UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>*RICHARD ESTABROOK, et al. v. JOHNSON & JOHNSON, et al.* | Civil Action No. 3:18-cv-09122-FLW-LHG |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT**

THIS MATTER having been opened to the Court upon an unopposed application of SIMMONS HANLY CONROY, attorneys for Richard Estabrook, Personal Representative of the Estate of Sharon Rae Johnston, respectfully request an Order allowing Plaintiff Richard Estabrook to file his First Amended Complaint, upon notice to all counsel of record, and with full consideration of all matters brought before this Court regarding the motion, and for good cause shown:

IT IS HEREBY on this _____ day of _____ 2020.

ORDERED that the Plaintiff's Unopposed Motion to File First Amended Complaint hereby is GRANTED.  Plaintiff is to file the First Amended Complaint within _____ days of the entry of this Order.

**IT IS SO ORDERED.**

_____
Hon. Freda L. Wolfson
UNITED STATES DISTRICT COURT JUDGE