## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS, MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3:16-md-2738-FLW-LHG** <br> **Judge Freda L. Wolfson** <br> **Magistrate Judge Lois H. Goodman** |
| **THIS DOCUMENT RELATES TO:** <br><br> *ROSEMARY SMARRA* <br> **Case No.  3:20-cv-14485-FLW-LHG** | **MDL 2738** |

## NOTICE OF FILING OF SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaint) and Jury Demand was filed on October 15, 2020 on behalf of Plaintiff Rosemary Smarra.

Dated: December 10, 2020

Respectfully Submitted,

/s/ Laura E. Balzarini
Laura E. Balzarini
Balzarini & Watson
310 Grant Street
Suite 3303
Pittsburgh, PA 15219
(412) 471-1200
lbal@comcast.net

*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I certify that on December 10, 2020, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

Dated: Dec. 10, 2020

By:

/s/ Laura E. Balzarini
Laura E. Balzarini
Balzarini & Watson
310 Grant Street
Suite 3303
Pittsburgh, PA 15219
(412) 471-1200
lbal@comcast.net

*Counsel for Plaintiff*