**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Tina Madrazo v. Johnson & Johnson, Inc., et al.* Case No.: 3:20-cv-18791 | |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Tina Madrazo.

Dated: <u>December 11, 2020</u>                                   Respectfully submitted,

                                                                       By: */s/ Stuart L. Goldenberg*
                                                                       Stuart L. Goldenberg (MN #0158719)
                                                                       Noah C. Lauricella (MN #397896)
                                                                       **GOLDENBERGLAW, PLLC**
                                                                       800 LaSalle Avenue, Suite 2150
                                                                       Minneapolis, MN 55402
                                                                       (612) 333-4662 (Tel)
                                                                       (612) 367-8107 (Fax)
                                                                       slgoldenberg@goldenberglaw.com
                                                                       nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of December, 2020.

                                                                               */s/ Stuart L. Goldenberg*