ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorneys for Plaintiffs Dana Christian*
*obo Nanette Christian (deceased)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Dana Christian obo Nanette Christian (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:20-cv-18847 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 14, 2020 on behalf of Plaintiff Dana Christian obo Nanette Christian (deceased).

          */s/ Cristen Mendoza*
          Cristen Mendoza
          ANDRUS WAGSTAFF PC
          7171 W Alaska Drive
          Lakewood, CO 80226
          (303) 376-6360 Telephone
          (303) 376-6361 Facsimile
          cristen.mendoza@andruswagstaff.com

          Attorney for Plaintiffs

Dated: December 14, 2020

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 14, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

               */s/ Cristen Mendoza*
               Cristen Mendoza

               ANDRUS WAGSTAFF PC