**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>MARY STARLING, | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:20-cv-18890 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on December 14, 2020 on behalf of Plaintiff, Mary Starling.

Dated:  December 14, 2020

Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  December 14, 2020               Respectfully Submitted by:

                                        By: /s/ Daniel J. Thornburgh
                                        Daniel J. Thornburgh
                                        Aylstock, Witkin, Kreis, & Overholtz
                                        17 East Main Street, Suite 200
                                        Pensacola, FL 32502
                                        Telephone: 850-202-1010
                                        Fax: 850-916-7449
                                        dthornburgh@awkolaw.com