UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALE PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| This Document Relates to:<br><br>*Albright v. Johnson & Johnson, et al.*<br>Case No. 3:18-08732 | |

**REQUEST BY ATTORNEY TO**
**WITHDRAW FROM ELECTRONIC NOTIFICATION**

Request is hereby made by Jessica H. Meeder, substituted counsel in the above captioned matter, to withdraw from electronic notifications in this matter. It is represented that I am no longer counsel to Plaintiff Diane Allbright.

Dated: December 16, 2020                              Respectfully Submitted,

                                                                                    /s/ Jessica H. Meeder
                                                                                   Jessica H. Meeder
                                                                                   jessica@feganscott.com
                                                                                   **FEGAN SCOTT LLC**
                                                                                   1200 G St. NW, Suite 800
                                                                                   Washington, D.C. 20005
                                                                                   Telephone: 202-921-6007
                                                                                   Facsimile: 312-264-0100

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2020, I electronically filed the foregoing using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Dated: December 16, 2020                            /s/ Jessica H. Meeder
                                                             Jessica H. Meeder