## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALE PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| This Document Relates to:<br><br>*Marrufo v. Johnson & Johnson, et al.*<br>Case No. 3:18-08747 | |

## REQUEST BY ATTORNEY TO
## WITHDRAW FROM ELECTRONIC NOTIFICATION

Request is hereby made by Jessica H. Meeder, substituted counsel in the above captioned matter, to withdraw from electronic notifications in this matter. It is represented that I am no longer counsel to Plaintiff Charlotte K. Marrufo.

Dated: December 16, 2020

Respectfully Submitted,

/s/ Jessica H. Meeder
Jessica H. Meeder
jessica@feganscott.com
**FEGAN SCOTT LLC**
1200 G St. NW, Suite 800
Washington, D.C.  20005
Telephone:  202-921-6007
Facsimile:   312-264-0100

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2020, I electronically filed the foregoing using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Dated: December 16, 2020                      /s/ Jessica H. Meeder
                                                     Jessica H. Meeder