# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALE PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| This Document Relates to: *Lee v. Johnson & Johnson, et al.* Case No. 3:18-11263 | |

## REQUEST BY ATTORNEY TO
## WITHDRAW FROM ELECTRONIC NOTIFICATION

Request is hereby made by Jessica H. Meeder, substituted counsel in the above captioned matter, to withdraw from electronic notifications in this matter. It is represented that I am no longer counsel to Plaintiffs Tamera Lynn Lee and Marty Lee.

Dated: December 16, 2020                    Respectfully Submitted,

                                             /s/ Jessica H. Meeder
                                            Jessica H. Meeder
                                            jessica@feganscott.com
                                            **FEGAN SCOTT LLC**
                                            1200 G St. NW, Suite 800
                                            Washington, D.C. 20005
                                            Telephone: 202-921-6007
                                            Facsimile: 312-264-0100

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, I electronically filed the foregoing using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Dated: December 16, 2020        /s/ Jessica H. Meeder
                                Jessica H. Meeder