UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738 (FLW) (LHG)<br><br>Civil Action No.: 3:18-CV-11677-FLW-LHG |
| This Document Relates to:<br>*Alexis Conley v. Johnson & Johnson Consumer Inc. et al*<br>Case No. 3:18-cv-11677 | |

## Substitution of Counsel

To the Clerk of this Court and all parties of record:

PLAINTIFF ALEXIS CONLEY HEREBY GIVES NOTICE that Nicholas A. Szokoly of Murphy, Falcon & Murphy shall be added as attorney of record for Plaintiff, Alexis Conley in the above-captioned matter and that Jessica H. Meeder shall be withdrawn as counsel of record for Plaintiff Alexis Conley in this matter as she is no longer associated with Murphy, Falcon & Murphy, and is no longer participating in this litigation.

Counsel respectfully requests that all orders, pleadings and correspondence be served upon Nicholas A. Szokoly through the CM/ECF system and/or at the address below.

| | |
|---|---|
| Dated:  December 16, 2020 | By: /s/ *Nicholas A. Szokoly*<br>Nicholas A. Szokoly<br>Murphy, Falcon & Murphy<br>1 South Street, 30th Floor<br>Baltimore, MD 21202<br>Phone: (410) 951-8744<br>Fax:    (410) 539-6599<br>Email: Nick.Szokoly@murphyfalcon.com |

**Certificate of Service**

I hereby certify that on December 16, 2020, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

/s/ *Nicholas A. Szokoly*
Nicholas A. Szokoly
