# Exhibit 7

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**
**The Honorable Rex M. Burlison, Judge**

**NORA DANIELS**, )
)
    Plaintiff, )
)
    vs. ) Cause No. 1422-CC09326-01
)
**JOHNSON & JOHNSON, ET AL.**, )
)
    Defendants. )

**TRIAL TRANSCRIPT**
**VOLUME 17**
**February 24, 2017**

**JENNIFER A. DUNN, RPR, CCR #485**
**OFFICIAL COURT REPORTER**
**CITY OF ST. LOUIS CIRCUIT COURT**
**TWENTY-SECOND JUDICIAL CIRCUIT**
**jdunncourts@yahoo.com**

# **I N D E X**

| | Page |
|---|---|
| **SUSAN NICHOLSON, M.D., F.I.D.S.A.** | |
| Direct Examination by Ms. Dunne | 3248 |
| Proceedings outside the presence of the jury Re: Juror Number 2 | 3545 |
| Proceedings outside the presence of the jury Re: Scheduling | 3546 |
| Direct Examination Continued by Ms. Dunne | 3548 |
| Proceedings outside the presence of the jury Re: Verdict Directors | 3652 |
| Certificate of Court Reporter | 3654 |

```
09:43:15   1         Q    How often is that literature compiled?
09:43:18   2         A    So, we look at the literature on an ongoing basis
09:43:22   3    as it comes out, but at least once a year we do a sweep of
09:43:25   4    the literature to make sure that we have seen everything
09:43:28   5    that's been published in that -- in that interim.
09:43:31   6         Q    Are the products reviewed annually in that way?
09:43:34   7         A    Yes, they are.
09:43:35   8         Q    And to your knowledge, Johnson's Baby Powder has
09:43:38   9    been reviewed annually in the same manner?
09:43:41  10         A    Yes, it has.
09:43:44  11         Q    Now, using the baby powder for a moment as an
09:43:47  12    example, if you believe that the product is safe, why do you
09:43:53  13    continue to do these annual reviews?
09:43:55  14         A    Well, as science advances, we have new
09:44:00  15    methodologies, new ways to look at things over the years.
09:44:04  16    And the thing about vigilance is, it's an ongoing process.
09:44:09  17    You can never be totally satisfied that you've seen
09:44:12  18    everything and you know everything.  So every new piece of
09:44:15  19    information we look at with an open mind, and we discuss it
09:44:19  20    in a group that's a bunch of different people with different
09:44:22  21    expertise so that we make sure, and the one question we ask
09:44:25  22    ourself is, does this piece of information change our mind
09:44:29  23    about how we think about the safety of this product.  That's
09:44:32  24    the one critical question at each safety management team.
09:44:40  25         Q    When you undertook your effort to review the
```

```
09:44:43   1   safety of literature regarding talc and Johnson's Baby
09:44:46   2   Powder, was that outside the normal process of review that
09:44:51   3   you just described?
09:44:52   4        A    The first time I looked at it, it was -- I was new
09:44:55   5   to the job.  I had started in May of 2015.  I had heard
09:44:59   6   about the litigation around talc and ovarian cancer.  I had
09:45:03   7   never heard of it before.  I didn't know anything about it,
09:45:07   8   so I took it upon myself to get some of the literature and
09:45:10   9   read about it so I could learn about it myself and start to
09:45:14  10   form my own opinion.
09:45:15  11        Q    Before taking your current position, were you
09:45:18  12   familiar with the Johnson's Baby Powder product?
09:45:20  13        A    Of course, yeah.
09:45:21  14        Q    Why do you say of course?
09:45:22  15        A    Well, I have it in my cabinet at home.  I think
09:45:26  16   that smell is -- I think I'm going to guess pretty much
09:45:30  17   everybody in this room has used or been exposed to baby
09:45:34  18   powder sometime in their life.
09:45:35  19        Q    As part of your review process, did you take steps
09:45:38  20   to just learn the history of the product?
09:45:40  21        A    I did.
09:45:42  22        Q    What did you learn about when Johnson & Johnson
09:45:45  23   first marketed the baby powder?
09:45:46  24        A    Johnson & Johnson had been marketing baby powder
09:45:48  25   since 1894, but what I learned is actually talc had been
```