**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>CLAIRE E. O'SHEA,<br><br>CASE NUMBER HERE | Civil Action No.: 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed December 17, 2020 on behalf of Plaintiff *Claire E. O'Shea.*

Dated:  This 17th day of December 2020.   Respectfully Submitted by,

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic
110 Prefontain Place South, Ste. 304
Seattle, WA 98104
Tel. 206-787-1915
Fax. 206-299-9725
corrie@cjylaw.com
Counsel for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

*/s/ Corrie Yackulic*
Corrie Yackulic