## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738 (FLW) (LHG) |
| *This document relates to:* George Koppelman, Individually and on behalf of the Estate of Donna Koppelman | |
| **Case No. 3:18-cv-16077** | |

## SUBSTITUTION OF COUNSEL

**To the Clerk of this Court and all parties of record:**

PLAINTIFF GEORGE KOPPELMAN, Individually and on Behalf of the Estate of DONNA KOPPELMAN HEREBY GIVES NOTICE that Noah M. Wexler of Arnold & Itkin LLP, State Bar No. 24060816, shall be added as attorney of record for Plaintiff George Koppelman, Individually and on behalf of the Estate of Donna Koppelman in the above-captioned matter and that Jessica Meeder shall be withdrawn as counsel of record for Plaintiff George Koppelman, Individually and on behalf of the Estate of Donna Koppelman in this matter as she is no longer participating in this litigation.

Counsel respectfully requests that all orders, pleadings, and correspondence be served upon Noah M. Wexler through the CM/ECF system and/or at the address below:

Noah M. Wexler
Arnold & Itkin LLP
6009 Memorial Dr.
Houston, Texas 77007
Tel: (713) 222-3800 / Fax: (713) 222-7707
nwexler@arnolditkin.com
e-service@arnolditkin.com

**Dated:** December 18, 2020	Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah M. Wexler*_____

Noah M. Wexler
State Bar No. 24060816
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
nwexler@arnolditkin.com
e-service@arnolditkin.com

*ATTORNEY FOR PLAINTIFF*

**CERTIFICATION OF SERVICE**

I hereby certify that on December 18, 2020, a copy of the foregoing document(s) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

*/s/ Noah M. Wexler*_____

Noah M. Wexler
State Bar No. 24060816
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
nwexler@arnolditkin.com
e-service@arnolditkin.com