## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Civil Action No. 3:16-md-2738-FLW-LHG**<br><br>**MDL No. 2738** |
| ***This Document Relates to All Cases*** | |

## [PROPOSED] ORDER

**THIS MATTER** having come before the Court by Plaintiffs' Motion for Leave to Amend Plaintiffs' First Amended Master Long Form Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and for good cause shown,

**IT IS** on this _____ day of _____ 20_____,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff shall file the amended complaint within 7 days of the entry of this order.

_____

Hon. Freda L. Wolfson, U.S.C.D.J.