## **CERTIFICATE OF SERVICE**

I, Michelle A. Parfitt, hereby certify that I caused a copy of the foregoing Motion for Leave to Amend Plaintiffs' First Amended Master Long Form Complaint to be filed electronically via the court's electronic filing system this 22nd day of December 2020. Those attorneys who are registered with the court's electronic filing system may access these filing through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

/s/ *Michelle A. Parfitt*
Michelle A. Parfitt