Exhibit 93, part 6

## 4.2 Mechanisms of carcinogenicity

It is generally accepted that alveolar macrophages and neutrophils play a central role in diseases associated with exposure to crystalline silica (Hamilton et al., 2008). An inflammation-based mechanism as described in IARC (1997) is a likely mechanism responsible for the induction of lung cancer associated with exposure to crystalline silica, although reactive oxygen species can be directly generated by crystalline silica polymorphs themselves, and can be taken up by epithelial cells. For this reason, a direct effect on lung epithelial cells cannot be excluded (Schins, 2002; Fubini & Hubbard, 2003; Knaapen et al. 2004).

### 4.2.1 Physicochemical features of crystalline silica dusts associated with carcinogenicity

The major forms or polymorphs of crystalline silica are the natural minerals quartz, tridymite, cristobalite, coesite, stishovite, and the artifical silica-based zeolites (porosils) (Fenoglio et al., 2000a). Humans have been exposed only to quartz, tridymite, cristobalite, the other forms being very rare. Several amorphous forms of silica exist, some of which were classified in Group 3 (not classifiable as to their carcinogenicity) in the previous IARC Monograph (IARC, 1997). Also, it has been shown that this cytotoxicity is lowered with lowering hydrophilicity (Fubini et al., 1999), which depends upon the circumstances under which the surface was created. For example, silica in fly ashes or volcanic dusts is generated at high temperatures, and is mostly hydrophobic.

The classification in Group 1 (carcinogenic to humans) of some silica polymorphs in the previous IARC Monograph (IARC, 1997) was preceded by a preamble indicating that crystalline silica did not show the same carcinogenic potency in all circumstances. Physicochemical features – polymorph characteristics, associated contaminants – may account for the differences found in humans and in experimental studies. Several studies on a large variety of silica samples, aiming to clarify the so-called "variability of quartz hazard" have indicated features and contaminants that modulate the biological responses to silica as well as several surface characteristics that contribute to the carcinogenicity of a crystalline silica particle (Donaldson & Borm, 1998; Fubini, 1998a; Elias et al., 2000; Donaldson et al., 2001). The larger potency of freshly ground dusts (e.g. as in sandblasting) has been confirmed in several studies; Vallyathan et al., 1995), as immediately after cleavage, a large number of surface-active radicals are formed that rapidly decay (Damm & Peukert, 2009). The association with clay or other aluminium-containing compounds inhibits most adverse effects (Duffin et al., 2001; Schins et al., 2002a), iron in traces may enhance the effects but an iron coverage inhibits cytotoxicity and cell transformation (Fubini et al., 2001). One study on a large variety of commercial quartz dusts has shown a spectrum of variability in oxidative stress and inflammogenicity in vitro and in vivo, which exceeds the differences previously found among different polymorphs (Bruch et al., 2004; Cakmak et al., 2004; Fubini et al., 2004; Seiler et al., 2004). Subtle differences in the level of contaminants appear to determine such variability. New studies in vitro and in vivo on synthesized nanoparticles of quartz (Warheit et al., 2007) indicate a variability of effects also at the nanoscale. These new data clearly show that more or less pathogenic materials are comprised under the term "crystalline silica dusts." However, most studies, so far, have failed to identify strict criteria to distinguish between potentially more or less hazardous forms of crystalline silica.

The pathogenic potential of quartz seems to be related to its surface properties, and the surface properties may vary depending on the origin of the quartz. The large variability in silica hazard even within quartz particles of the same polymorph may originate from the

JNJ 000451690

grinding procedure, the particle shape, the thermal treatment (determines the hydrophilicity of the particle), and the metal impurities (e.g. aluminium, iron) (Fubini *et al.*, 2004).

The toxicity of silica dust from various sources may be related either to the kind of silica polymorph or to impurities.

The correlation between artificially pure crystalline silicas (porosils) with similar physicochemical properties, but different micromorphology, size and surface area, was investigated (Fenoglio *et al.*, 2000a). Surface area and aspect ratio (elongated crystals with a higher aspect ratio than more isometric crystals) of the particulates tested in a cellular system (mouse monocyte-macrophage tumour cell line) correlate best with inhibition of cell proliferation after 24–72 hours experimental time. From the natural crystalline silicas, only stishovite did not show a cytotoxic effect; all the other natural polymorphs were rather toxic. Stishovite is made up of smooth round particles (Cerrato *et al.*, 1995) whereas quartz, tridymite, and cristobalite consist of particles with very sharp edges caused by grinding (Fubini, 1998a; Fubini *et al.*, 1990, 1999). Stishovite, the only polymorph with silicon in octahedral coordination, has densely packed hydroxyl-silanols on its surface that interact with hydrogen bonds with each other; for this reason, the interaction of silanols with cell membranes, which normally does occur, is dramatically reduced (Cerrato *et al.*, 1995).

Pure silica-zeolites with different particle forms exhibit similar cytotoxicity *in vitro* if compared at equal surface area instead of equal mass. The extent of free radical generation did not show a significant correlation with cytotoxicity in this short-term in-vitro test (Fenoglio *et al.*, 2000a). Free radicals generated by the particle may play a role in later stages of toxicity related to crystalline silica (Ziemann *et al.*, 2009). Both silicon-based surface radicals and iron ions located at the particle surface may be active

centres for free radical release in solution (Fubini *et al.*, 2001).

As has already been demonstrated with quartz and cristobalite (Brown & Donaldson, 1996; Bégin *et al.*, 1987), the cytotoxicity of artificially pure silica-zeolites can be decreased by aluminium ions adsorbed onto the particle surface (Fenoglio *et al.*, 2000a). Crystalline silica may occur naturally embedded in clays or may be mixed with other materials in some commercial products. It is possible that these materials may adsorb onto the silica surface, and modify its reactivity. However, the extent of surface coverage and the potency of these modified crystalline silica particles after long-term residence in the lungs have not been systematically assessed.

A quartz sample isolated from bentonite clay obtained from a 100 to 112 million-year-old formation in Wyoming, USA, exhibits a low degree of internal crystal organization, and the surface of this quartz particles are occluded by coatings of the clay. This "quartz isolate" was compared in respect to its toxic potency after intratracheal instillation in rats with the quartz sample DQ12. The "quartz isolate" showed a much lower toxicity than DQ12 quartz, in agreement with the much lower surface reactivity of "quartz isolate" compared to the DQ12 quartz (Creutzenberg *et al.*, 2008; Miles *et al.*, 2008).

### 4.2.2 Direct genotoxicity and cell transformation

Reactive oxygen species are generated not only at the particle surface of crystalline silica, but also by phagocytic and epithelial cells exposed to quartz particles (Castranova *et al.*, 1991; Deshpande *et al.*, 2002). Oxidants generated by silica particles and by the respiratory burst of silica-activated phagocytic cells may cause cellular and lung injury, including DNA damage. Lung injury may be initiated and amplified by severe inflammation (Donaldson *et al.*, 2001; Castranova, 2004; Knaapen *et al.*, 2004). Various

JNJ 000451691

products (chemotactic factors, cytokines, growth factors) released by activated (and also dying) alveolar macrophages will not only recruit more macrophages as well as polymorphonuclear leukocytes (PMNs) and lymphocytes, but may also affect and activate bronchiolar and alveolar epithelial cells.

Reactive oxygen species can directly induce DNA damage (Knaapen et al., 2002; Schins et al., 2002b), and morphological transformations observed in Syrian hamster embryo (SHE) cells correlate well with the amount of hydroxyl radicals generated (Elias et al., 2000, 2006; Fubini et al., 2001). Neoplastic transformation was observed in in-vitro assays in the absence of secondary inflammatory cells (Hersterberg et al., 1986; Saffiotti & Ahmed, 1995; Elias et al., 2000). There seems to be no correlation between the extent of cytotoxicity as assessed by colony-forming efficiency and transforming potency (SHE test) when various quartz samples were investigated (Elias et al., 2000). In contrast to transforming potency, which was clearly related to hydroxyl radical generation, cytotoxicity was not affected by antioxidants. Partial reduction of transforming potency when deferoxamine-treated quartz was used points to the role of tran-sitional metals, e.g. iron on the particle surface in generating hydroxyl radicals (Fubini et al., 2001). The SHE test used in this study by Fubini et al. (2001) and by others is recommended by the Centre for the Validation of Alternative Methods (ECVAM) as an alternative method for investigating the potential carcinogenicity of particulates (Fubini, 1998b). In nude mice injected with these transformed cells, tumours could be initiated (Saffiotti & Ahmed, 1995).

Particle uptake by target cells is also relevant for direct genotoxicity (Schins, 2002). Crystalline silica particles were detected in type II lung epithelial cells (RLE-6TN) in vitro; these particles were located also in close proximity to the nuclei and mitochondria, but not within these organelles. An osteosarcoma cell line lacking functional mitochondria was investigated with respect to quartz-related DNA damage with an osteosarcoma cell line with normal mitochondria. Only the cell line with functioning mitochondria showed significantly increased DNA damage after exposure to DQ12 quartz (Li et al., 2007).

The relationship between genotoxic effects (formation of DNA strand breaks) and the uptake of quartz particles was investigated in vitro with A549 human lung epithelial cells (Schins et al., 2002a). The percentage of A549 cells containing particles was clearly lower after exposure to quartz coated with polyvinylpyridine-N-oxide or aluminum lactate compared to uncoated quartz (DQ12). In this experiment, DNA strand breaks measured (Comet assay) in the exposed cells correlated very well with the number of particles absorbed by the cells. It could also be demonstrated that the generation of reactive oxygen species was closely related to the formation of DNA strand breaks (Schins, 2002). However, in other in-vitro studies using different quartz species, DNA strand breaks in epithelial cells could be observed only at particle concentrations that caused cytotoxicity (Cakmak et al., 2004).

Rats were exposed to crystalline silica for 3 hours and sacrificed at different time points after exposure, and lungs were examined by electron microscopy. The lungs were fixed by vascular perfusion through the right ventricle. In these investigations, silica crystals were found within the cytoplasm of type I lung epithelial cells (Brody et al., 1982). Although type I cells are not the target cell for tumour formation, these data show that the uptake of quartz particles in epithelial lung cells in vivo is in principle possible. Other particles including titanium dioxide, carbon black, or metallic particles have occasionally been found in type I lung epithelial cells in rats after inhalation exposure (Anttila, 1986; Anttila et al., 1988; Nolte et al., 1994).

JNJ 000451692

After intratracheal instillation of DQ12 quartz, DNA strand breaks could be observed in lung epithelial cells isolated from quartz-treated rats. This effect was not found when the quartz dust was treated with either polyvinylpyridine-*N*-oxide or aluminium lactate. This finding suggests an important role of the reactive surface of quartz-induced DNA damage *in vivo*. No increase in alkaline phosphatase was found in the bronchiolo-alveolar lavage fluid of quartz-treated rats, and therefore, as alkaline phosphatase is an enzyme specifically present in type II epithelial cells, it can be assumed that there was no obvious cytotoxicity in these lung cells. These data support the current view of the important role of inflammatory cells in quartz-induced genotoxic effects (Knaapen *et al.*, 2002).

### 4.2.3 Depletion of antioxidant defences

Substantial amounts of ascorbic acid (Fenoglio *et al.*, 2000b) and glutathione (Fenoglio *et al.*, 2003) are consumed in the presence of quartz in cell-free tests via two different surface reactions. Both reactions may deplete antioxidant defences in the lung-lining fluid, thereby enhancing the extent of oxidative damage.

Incubation of murine alveolar MH-S macrophages with quartz particles (80 μg/cm$^2$) for 24 hours inhibited glucose 6-phosphate dehydrogenase (G6PD)-1 activity by 70%, and the pentose phosphate pathway by 30%. Such effects were accompanied by a 50% decrease in intracellular glutathione. Quartz inhibits G6PD but not other oxidoreductases, and this inhibition is prevented by glutathione, suggesting that silica contributes to oxidative stress also by inhibiting the pentose phosphate pathway, which is critical for the regeneration of reduced glutathione (Polimeni *et al.*, 2008).

### 4.2.4 Indirect mechanisms

After 13 weeks of inhalation exposure to 3 mg/m$^3$ crystalline silica (mass median aerodynamic diameter, 1.3 μm) or 50 mg/m$^3$ amorphous silica (mass median aerodynamic diameter, 0.81 μm), the percentage of PMNs in the lung of the exposed rats was similar after each exposure. However, HPRT mutation frequency of the alveolar epithelial cells was significantly increased only in rats exposed to crystalline silica. Other factors including toxic effects to epithelial cells, solubility, and biopersistence may also be important for the induction of these mutagenic effects (Johnston *et al.*, 2000). A specific finding in rats treated intratracheally with amorphous silica (Aerosil®150, pyrogenic silica with primary particle size of 14 nm) was a severe granulomatous alveolitis which over time progressed to "scar-like" interstitial fibrotic granulomas not seen after crystalline silica exposure in rats (Ernst *et al.*, 2002). Lung tumours were found in rats also after the repeated intratracheal instillation of the same amorphous silica (Kolling *et al.*, 2008).

Toxic mineral dusts, especially crystalline silica, have unique, potent effects on alveolar macrophages that have been postulated to trigger the chain of events leading to chronic lung fibrosis (silicosis) and lung cancer (Hamilton *et al.*, 2008). Macrophages express a variety of cell-surface receptors that bind to mineral dusts leading to phagocytosis, macrophage apoptosis, or macrophage activation. The major macrophage receptor that recognizes and binds inhaled particles as well as unopsonized bacteria is MARCO (Arredouani *et al.*, 2004, 2005). Additional members of the macrophage-scavenger receptor family responsible for binding mineral particles as well as a wide range of other ligands include SR-AI and SR-AII (Murphy *et al.*, 2005). Although SR-AI/II and MARCO bind both toxic and non-toxic particles, only crystalline silica triggers macrophage apoptosis following

JNJ 000451693

IARC MONOGRAPHS – 100C

binding to these scavenger receptors (Hamilton et al., 2008). Other receptors expressed by macrophages and other target cells in the lung that bind mineral dusts include complement receptor and mannose receptors (Gordon, 2002). The pathological consequences of silica-induced injury to alveolar macrophages followed by apoptosis is impaired alveolar-macrophage-mediated clearance of crystalline silica as discussed in Section 4.1. Lysosomal membrane permeabilization following phagocytosis of crystalline silica particles has been hypothesized to enhance IL-1β secretion (Hornung et al., 2008), and to trigger the release of cathepsin D, leading to mitochondrial damage, and the apoptosis of alveolar macrophages (Thibodeau et al., 2004). Macrophage injury and apoptosis may be responsible for the increased susceptibility of workers exposed to silica to develop autoimmune disease (Pfau et al., 2004; Brown et al., 2005), and pulmonary tuberculosis (IARC, 1997; Huaux, 2007).

Persistent inflammation triggered by crystalline silica (quartz) has been linked to indirect genotoxicity in lung epithelial cells in rats, see Fig. 4.1 (IARC, 1997). Rats exposed to crystalline silica develop a severe, prolonged inflammatory response characterized by elevated neutrophils, epithelial cell proliferation, and development of lung tumours (Driscoll et al., 1997). These persistent inflammatory and epithelial proliferative responses are less intense in mice and hamsters, and these species do not develop lung tumours following exposure to crystalline silica or other poorly soluble particles (IARC, 1997). There has been considerable discussion of whether the response of rats to inhaled particles is an appropriate model for the exposed response of humans (ILSI, 2000). Comparative histopathological studies of rats and humans exposed to the same particulate stimuli reveal more severe inflammation, alveolar lipoproteinosis, and alveolar epithelial hyperplasia in rats than in humans (Green et al., 2007). These studies suggest that rats are more susceptible to develop persistent lung inflammation in response to particle inhalation than other species (ILSI, 2000).

Chronic exposure of rats to crystalline silica also leads to pulmonary fibrosis (Oberdörster, 1996), and workers with silicosis have an elevated risk of developing lung cancer (Pelucchi et al., 2006). The causal association between chronic inflammation, fibrosis, and lung cancer was reviewed by IARC (2002). These associations provide a biological plausible mechanism between inflammation and the development of fibrosis and/or lung cancer (Balkwill & Mantovani, 2001).

## 4.3 Molecular pathogenesis of cancer of the lung

Acquired molecular alterations in oncogenes and tumour-suppressor genes characterize the multistage development of lung cancer (Sato et al., 2007). Somatic alterations, such as DNA adducts, develop in the respiratory tract of smokers during the early stages of carcinogenesis (Wiencke et al., 1999). Specific point mutations in in the K-RAS oncogene and the p53 tumour-suppressor gene are considered as biomarkers of exposure to chemical carcinogens in tobacco smoke (Pfeifer et al., 2002). Only one study has investigated the mutational spectrum of these genes that may be used as biomarkers for exposure to crystalline silica. Liu et al. (2000) analysed the mutation spectra in the K-RAS and p53 genes in lung cancers that developed in workers with silicosis [smoking status unknown]. In a series of 36 cases, 16 mutations in exons 5, 7 and 8 of the p53 gene were found. In contrast to non-occupational lung cancers, seven of these mutations clustered in exon 8. Most of the K-RAS gene mutations in non-small cell lung carcinomas occur at codon 12. Liu et al. (2000) did not detect this mutation in their case series of silicotics. Six mutations were found at codon 15 in exon 1 as well as additional mutations in codons 7, 15, 20, and

JNJ 000451694

**Fig. 4.1 Proposed mechanisms for the carcinogenicity of crystalline silica in rats**



21. Most of these mutations were G→C transversions in contrast to G→T transversions at codon 12, which are characteristic of non-small cell lung cancers associated with tobacco smoking. If these specific mutations are confirmed in a larger series of lung cancers in silicotics, these could provide early biomarkers for the development of lung cancer in workers exposed to crystalline silica.

In a rat model of silica-induced lung cancer, a low frequency of $p53$ gene mutations and no mutations in $K$-$RAS$, $N$-$RAS$, or $c$-$H$-$RAS$ oncogenes were observed (Blanco et al., 2007). No mutations in oncogenes or tumour-suppressor genes have been directly linked with exposure to crystalline silica.

The epigenetic silencing of the $p16^{INK4a}$ (Belinsky et al., 2002), $CDH13$, and $APC$ genes has also been found in a rat model of lung cancer induced by intratracheal instillation of crystalline silica (Blanco et al., 2007). In this rodent model, the increased expression of iNOS

JNJ 000451695

(inducible nitric oxide synthase) was also found in preneoplastic lesions, which is consistent with a role for reactive nitrogen species in silicosis (Porter et al., 2006).

## 4.4 Species differences and susceptible populations

In rat chronic inhalation studies using crystalline silica or granular, poorly soluble particles, female rats are more susceptible than males to the induction of lung tumours. Overall, rats are susceptible to the induction of lung cancer following the exposure to crystalline silica or granular, poorly soluble particles, but hamsters and mice are more resistant. The mechanistic basis for these sex and species differences is unknown. Mice exposed to crystalline silica by intranasal instillation or subcutaneous injection, as well as rats injected intrapleurally or intraperitoneally develop lymphomas. Following inhalation exposure to crystalline silica, lymphomas have not been observed in any species (see Section 3).

In some workers exposed to crystalline silica, cytokine gene polymorphisms have been linked with silicosis (Yucesoy et al., 2002). Specific polymorphisms in genes encoding in *TNF-α* and *IL-1RA* (interleukin-1 receptor antagonist) have been associated with an increased risk for the development of silicosis (Yucesoy & Luster, 2007). Gene–linkage analyses might reveal additional markers for susceptibility to the development of silicosis and lung cancer in workers exposed to crystalline silica.

## 4.5 Synthesis

Three mechanisms have been proposed for the carcinogenicity of crystalline silica in rats (Fig. 4.1). First, exposure to crystalline silica impairs alveolar-macrophage-mediated particle clearance thereby increasing persistence of silica in the lungs, which results in macrophage activation, and the sustained release of chemokines and cytokines. In rats, persistent inflammation is characterized by neutrophils that generate oxidants that induce genotoxicity, injury, and proliferation of lung epithelial cells leading to the development of lung cancer. Second, extracellular generation of free radicals by crystalline silica depletes antioxidants in the lung-lining fluid, and induces epithelial cell injury followed by epithelial cell proliferation. Third, crystalline silica particles are taken up by epithelial cells followed by intracellular generation of free radicals that directly induce genotoxicity.

The Working Group considers the first mechanism as the most prominent based on the current experimental data using inhalation or intratracheal instillation in rats, although the other mechanisms cannot be excluded. It is unknown which of these mechanisms occur in humans exposed to crystalline silica dust. The mechanism responsible for the induction of lymphomas in rats and mice following direct injections of crystalline silica dust is unknown.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of crystalline silica in the form of quartz or cristobalite. Crystalline silica in the form of quartz or cristobalite dust causes cancer of the lung.

There is *sufficient evidence* in experimental animals for the carcinogenicity of quartz dust.

There is *limited evidence* in experimental animals for the carcinogenicity of tridymite dust and cristobalite dust.

Crystalline silica in the form of quartz or cristobalite dust is *carcinogenic to humans (Group 1).*

JNJ 000451696

# References

Akbar-Khanzadeh F & Brillhart RL (2002). Respirable crystalline silica dust exposure during concrete finishing (grinding) using hand-held grinders in the construction industry. *Ann Occup Hyg*, 46: 341–346. doi:10.1093/annhyg/mef043 PMID:12176721

Akbar-Khanzadeh, F, Milz S, Ames A *et al.* (2007). Crystalline silica dust and respirable particulate matter during indoor concrete grinding - wet grinding and ventilated grinding compared with uncontrolled conventional grinding. *J Occup Environ Hyg*, 4: 770–779. doi:10.1080/15459620701569708 PMID:17763068

Andersson L, Bryngelsson I-L, Ohlson C-G *et al.* (2009). Quartz and dust exposure in Swedish iron foundries. *J Occup Environ Hyg*, 6: 9–18. doi:10.1080/15459620802523943 PMID:18982534

Anttila S (1986). Dissolution of stainless steel welding fumes in the rat lung: an x ray microanalytical study. *Br J Ind Med*, 43: 592–596. PMID:3756109

Anttila S, Grekula A, Sutinen S *et al.* (1988). Inhaled manual metal arc and shieldgas stainless and mild steel welding fumes in rat lung. *Ann Occup Hyg*, 32: 225–235.

Archer JD, Cooper GS, Reist PC *et al.* (2002). Exposure to respirable crystalline silica in eastern North Carolina farm workers. *AIHA J (Fairfax, Va)*, 63: 750–755. doi:10.1080/15428110208984765 PMID:12486989

Arredouani M, Yang Z, Ning Y *et al.* (2004). The scavenger receptor MARCO is required for lung defense against pneumococcal pneumonia and inhaled particles. *J Exp Med*, 200: 267–272. doi:10.1084/jem.20040731 PMID:15263032

Arredouani MS, Palecanda A, Koziel H *et al.* (2005). MARCO is the major binding receptor for unopsonized particles and bacteria on human alveolar macrophages. *J Immunol*, 175: 6058–6064. PMID:16237101

Attfield MD & Costello J (2004). Quantitative exposure–response for silica dust and lung cancer in Vermont granite workers. *Am J Ind Med*, 45: 129–138. doi:10.1002/ajim.10348 PMID:14748044

Bahrami AR, Golbabai F, Mahjub H *et al.* (2008). Determination of exposure to respirable quartz in the stone crushing units at Azendarian-West of Iran. *Ind Health*, 46: 404–408. doi:10.2486/indhealth.46.404 PMID:18716390

Bakke B, Stewart P, Eduard W (2002). Determinants of dust exposure in tunnel construction work. *Appl Occup Environ Hyg*, 17: 783–796. doi:10.1080/10473220290096032 PMID:12419106

Balkwill F & Mantovani A (2001). Inflammation and cancer: back to Virchow? *Lancet*, 357: 539–545. doi:10.1016/S0140-6736(00)04046-0 PMID:11229684

Bégin R, Massé S, Sébastien P *et al.* (1987). Sustained efficacy of aluminum to reduce quartz toxicity in the lung. *Exp Lung Res*, 13: 205–222. doi:10.3109/01902148709064319 PMID:2822380

Belinsky SA, Snow SS, Nikula KJ *et al.* (2002). Aberrant CpG island methylation of the p16(INK4a) and estrogen receptor genes in rat lung tumors induced by particulate carcinogens. *Carcinogenesis*, 23: 335–339. doi:10.1093/carcin/23.2.335 PMID:11872642

Blanco D, Vicent S, Fraga MF *et al.* (2007). Molecular analysis of a multistep lung cancer model induced by chronic inflammation reveals epigenetic regulation of p16 and activation of the DNA damage response pathway. *Neoplasia*, 9: 840–852. doi:10.1593/neo.07517 PMID:17971904

Brätveit M, Moen BE, Mashalla YJS, Maalim H (2003). Dust exposure during small-scale mining in Tanzania: a pilot study. *Ann Occup Hyg*, 47: 235–240. doi:10.1093/annhyg/meg027 PMID:12639837

Brody AR, Roe MW, Evans JN, Davis GS (1982). Deposition and translocation of inhaled silica in rats. Quantification of particle distribution, macrophage participation, and function. *Lab Invest*, 47: 533–542. PMID:6292578

Brown GM, Donaldson K (1996). *Modulation of quartz toxicity by aluminum*. In: *Silica and Silica-induced Lung Diseases*. Castranova V, Vallyathan V Wallace WE, editors. Boca Raton, FL: CRC Press, pp. 299–304.

Brown JM, Pfau JC, Pershouse MA, Holian A (2005). Silica, apoptosis, and autoimmunity. *J Immunotoxicol*, 1: 177–187. doi:10.1080/15476910490911922 PMID:18958651

Brown TP & Rushton L (2005a). Mortality in the UK industrial silica sand industry: 1. Assessment of exposure to respirable crystalline silica. *Occup Environ Med*, 62: 442–445. doi:10.1136/oem.2004.017715 PMID:15961619

Brown TP & Rushton L (2005b). Mortality in the UK industrial silica sand industry: 2. A retrospective cohort study. *Occup Environ Med*, 62: 446–452. doi:10.1136/oem.2004.017731 PMID:15961620

Bruch J, Rehn S, Rehn B *et al.* (2004). Variation of biological responses to different respirable quartz flours determined by a vector model. *Int J Hyg Environ Health*, 207: 203–216. doi:10.1078/1438-4639-00278 PMID:15330388

Brüske-Hohlfeld I, Möhner M, Pohlabeln H *et al.* (2000). Occupational lung cancer risk for men in Germany: results from a pooled case–control study. *Am J Epidemiol*, 151: 384–395. PMID:10695597

Bryson D, Bischoff F, Stauffer RD (1974). A comparison of chrysotile and tridymite at the intrathoracic site in male Marsh mice (Abstract No. 22). *Proc Am Assoc Cancer Res*, 15: 6

Burgess GL (1998). Development of an exposure matrix for respirable crystalline silica in the British pottery industry. *Ann Occup Hyg*, 42: 209–217. PMID:9684560

JNJ 000451697

Cakmak GD, Schins RP, Shi T et al. (2004). In vitro genotoxicity assessment of commercial quartz flours in comparison to standard DQ12 quartz. Int J Hyg Environ Health, 207: 105–113. doi:10.1078/1438-4639-00276 PMID:15031953

Carta P, Aru G, Manca P (2001). Mortality from lung cancer among silicotic patients in Sardinia: an update study with 10 more years of follow up. Occup Environ Med, 58: 786–793. doi:10.1136/oem.58.12.786 PMID:11706145

Castranova V, Kang JH, Moore MD et al. (1991). Inhibition of stimulant-induced activation of phagocytic cells with tetrandrine. J Leukoc Biol, 50: 412–422. PMID:1655939

Castranova V (2004). Signaling pathways controlling the production of inflammatory mediators in response to crystalline silica exposure: role of reactive oxygen/nitrogen species. Free Radic Biol Med, 37: 916–925. doi:10.1016/j.freeradbiomed.2004.05.032 PMID:15336307

Cerrato G, Fubini B, Baricco M, Morterra C (1995). Spectroscopic, structural and microcalorimetric study of stishovite, a non-pathogenic polymorph of SiO$^2$. J Mater Chem, 5: 1935–1941. doi:10.1039/jm9950501935

Checkoway H, Heyer NJ, Demers PA, Breslow NE (1993). Mortality among workers in the diatomaceous earth industry. Br J Ind Med, 50: 586–597. PMID:8343419

Checkoway H, Heyer NJ, Demers PA, Gibbs GW (1996). Reanalysis of mortality from lung cancer among diatomaceous earth industry workers, with consideration of potential confounding by asbestos exposure. Occup Environ Med, 53: 645–647. doi:10.1136/oem.53.9.645 PMID:8882123

Checkoway H, Heyer NJ, Seixas NS et al. (1997). Dose-response associations of silica with nonmalignant respiratory disease and lung cancer mortality in the diatomaceous earth industry. Am J Epidemiol, 145: 680–688. PMID:9125994

Chen J, McLaughlin JK, Zhang JY et al. (1992). Mortality among dust-exposed Chinese mine and pottery workers. J Occup Med, 34: 311–316. doi:10.1097/00043764-199203000-00017 PMID:1312152

Chen W, Bochmann F, Sun Y (2007). Effects of work related confounders on the association between silica exposure and lung cancer: a nested case–control study among Chinese miners and pottery workers. Int Arch Occup Environ Health, 80: 320–326. doi:10.1007/s00420-006-0137-0 PMID:16897095

Chen W & Chen J (2002). Nested case–control study of lung cancer in four Chinese tin mines. Occup Environ Med, 59: 113–118. doi:10.1136/oem.59.2.113 PMID:11850554

Chen W, Yang J, Chen J, Bruch J (2006). Exposures to silica mixed dust and cohort mortality study in tin mines: exposure–response analysis and risk assessment of lung cancer. Am J Ind Med, 49: 67–76. doi:10.1002/ajim.20248 PMID:16362950

Cherry NM, Burgess GL, Turner S, McDonald JC (1998). Crystalline silica and risk of lung cancer in the potteries. Occup Environ Med, 55: 779–785. doi:10.1136/oem.55.11.779 PMID:9924456

Cocco P, Rice CH, Chen JQ et al. (2001). Lung cancer risk, silica exposure, and silicosis in Chinese mines and pottery factories: the modifying role of other workplace lung carcinogens. Am J Ind Med, 40: 674–682. doi:10.1002/ajim.10022 PMID:11757044

Cooper GS, Miller FW, Germolec DR (2002). Occupational exposures and autoimmune diseases. Int Immunopharmacol, 2: 303–313. doi:10.1016/S1567-5769(01)00181-3 PMID:11811933

Costello J & Graham WG (1988). Vermont granite workers' mortality study. Am J Ind Med, 13: 483–497. doi:10.1002/ajim.4700130408 PMID:2834946

Crangle RD (2009). Diatomite (advance release). In: U.S. Geological Survey Minerals Yearbook–2008. Reston, VA: USGS. Available at http://minerals.usgs.gov/minerals/pubs/commodity/diatomite/myb1-2009-diato.pdf

Creutzenberg O, Hansen T, Ernst H et al. (2008). Toxicity of a quartz with occluded surfaces in a 90-day intratracheal instillation study in rats. Inhal Toxicol, 20: 995–1008. doi:10.1080/08958370802123903 PMID:18788017

Croteau GA, Flanagan ME, Camp JE, Seixas NS (2004). The efficacy of local exhaust ventilation for controlling dust exposures during concrete surface grinding. Ann Occup Hyg, 48: 509–518. doi:10.1093/annhyg/meh050 PMID:15298850

Dagle GE, Wehner AP, Clark ML et al. (1986). Chronic inhalation exposure of rats to quartz. In: Silica, Silicosis and Cancer. Controversy in Occupational Medicine. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 255–266. ISBN:0030041996.

Damm C & Peukert W (2009). Kinetics of radical formation during the mechanical activation of quartz. Langmuir, 25: 2264–2270. doi:10.1021/la803502x PMID:19143556

de Klerk NH & Musk AW (1998). Silica, compensated silicosis, and lung cancer in Western Australian gold-miners. Occup Environ Med, 55: 243–248. doi:10.1136/oem.55.4.243 PMID:9624278

Deshpande A, Narayanan PK, Lehnert BE (2002). Silica-induced generation of extracellular factor(s) increases reactive oxygen species in human bronchial epithelial cells. Toxicol Sci, 67: 275–283. doi:10.1093/toxsci/67.2.275 PMID:12011487

Dolley TP (2009). Silica (advance release). In: U.S. Geological Survey Minerals Yearbook–2008. Reston, VA: USGS. Available at http://minerals.usgs.gov/minerals/pubs/commodity/silica/myb1-2008-silic.pdf

Donaldson K & Borm PJ (1998). The quartz hazard: a variable entity. Ann Occup Hyg, 42: 287–294. PMID:9729916

Donaldson K, Stone V, Duffin R et al. (2001). The quartz hazard: effects of surface and matrix on inflammogenic activity. J Environ Pathol Toxicol Oncol, 20: Suppl 1109–118. PMID:11570668

JNJ 000451698

Driscoll KE, Deyo LC, Carter JM et al. (1997). Effects of particle exposure and particle-elicited inflammatory cells on mutation in rat alveolar epithelial cells. Carcinogenesis, 18: 423–430. doi:10.1093/carcin/18.2.423 PMID:9054638

Duffin R, Gilmour PS, Schins RP et al. (2001). Aluminium lactate treatment of DQ12 quartz inhibits its ability to cause inflammation, chemokine expression, and nuclear factor-kappaB activation. Toxicol Appl Pharmacol, 176: 10–17. doi:10.1006/taap.2001.9268 PMID:11578144

Ebbesen P (1991). Chirality of quartz. Fibrosis and tumour development in dust inoculated mice. Eur J Cancer Prev, 1: 39–42. doi:10.1097/00008469-199110000-00008 PMID:1842682

Elci OC, Akpinar-Elci M, Blair A, Dosemeci M (2002). Occupational dust exposure and the risk of laryngeal cancer in Turkey. Scand J Work Environ Health, 28: 278–284. PMID:12199430

Elias Z, Poirot O, Danière MC et al. (2000). Cytotoxic and transforming effects of silica particles with different surface properties in Syrian hamster embryo (SHE) cells. Toxicol In Vitro, 14: 409–422. doi:10.1016/S0887-2333(00)00039-4 PMID:10963957

Elias Z, Poirot O, Fenoglio I et al. (2006). Surface reactivity, cytotoxic, and morphological transforming effects of diatomaceous Earth products in Syrian hamster embryo cells. Toxicol Sci, 91: 510–520. doi:10.1093/toxsci/kfj177 PMID:16571621

Ernst H, Rittinghausen S, Bartsch W et al. (2002). Pulmonary inflammation in rats after intratracheal instillation of quartz, amorphous SiO2, carbon black, and coal dust and the influence of poly-2-vinylpyridine-N-oxide (PVNO). Exp Toxicol Pathol, 54: 109–126. doi:10.1078/0940-2993-00241 PMID:12211632

Erren TC, Glende CB, Morfeld P, Piekarski C (2009). Is exposure to silica associated with lung cancer in the absence of silicosis? A meta-analytical approach to an important public health question. Int Arch Occup Environ Health, 82: 997–1004. PMID:19066933

Fenoglio I, Croce A, Di Renzo F et al. (2000a). Pure-silica zeolites (Porosils) as model solids for the evaluation of the physicochemical features determining silica toxicity to macrophages. Chem Res Toxicol, 13: 489–500. doi:10.1021/tx990169u PMID:10858322

Fenoglio I, Fonsato S, Fubini B (2003). Reaction of cysteine and glutathione (GSH) at the freshly fractured quartz surface: a possible role in silica-related diseases? Free Radic Biol Med, 35: 752–762. doi:10.1016/S0891-5849(03)00398-8 PMID:14583359

Fenoglio I, Martra G, Coluccia S, Fubini B (2000b). Possible role of ascorbic acid in the oxidative damage induced by inhaled crystalline silica particles. Chem Res Toxicol, 13: 971–975. doi:10.1021/tx000125h PMID:11080045

Flanagan ME, Seixas N, Becker P et al. (2006). Silica exposure on construction sites: results of an exposure monitoring data compilation project. J Occup Environ Hyg, 3: 144–152. doi:10.1080/15459620500526552 PMID:16464818

Flanagan ME, Seixas N, Majar M et al. (2003). Silica dust exposures during selected construction activities. AIHAJ, 64: 319–328. PMID:12809537.

Føreland S, Bye E, Bakke B, Eduard W (2008). Exposure to fibres, crystalline silica, silicon carbide and sulphur dioxide in the Norwegian silicon carbide industry. Ann Occup Hyg, 52: 317–336. doi:10.1093/annhyg/men029 PMID:18550624

Fubini B (1998a). Surface chemistry and quartz hazard. Ann Occup Hyg, 42: 521–530. PMID:9838865

Fubini B (1998b). Non-animal Tests for Evaluating the Toxicity of Solid Xenobiotics. Atla, 26: 579–617.

Fubini B, Fenoglio I, Ceschino R et al. (2004). Relationship between the state of the surface of four commercial quartz flours and their biological activity in vitro and in vivo. Int J Hyg Environ Health, 207: 89–104. doi:10.1078/1438-4639-00277 PMID:15031952

Fubini B, Fenoglio I, Elias Z, Poirot O (2001). Variability of biological responses to silicas: effect of origin, crystallinity, and state of surface on generation of reactive oxygen species and morphological transformation of mammalian cells. J Environ Pathol Toxicol Oncol, 20: Suppl 195–108. PMID:11570678

Fubini B, Giamello E, Volante M et al. (1990). Chemical functionalities at the silica surface determining its reactivity when inhaled. Formation and reactivity of surface radicals. Toxicol Ind Health, 6: 571–598. PMID:1670383.

Fubini B & Hubbard A (2003). Reactive oxygen species (ROS) and reactive nitrogen species (RNS) generation by silica in inflammation and fibrosis. Free Radic Biol Med, 34: 1507–1516. doi:10.1016/S0891-5849(03)00149-7 PMID:12788471

Fubini B, Zanetti G, Altilia S et al. (1999). Relationship between surface properties and cellular responses to crystalline silica: studies with heat-treated cristobalite. Chem Res Toxicol, 12: 737–745. doi:10.1021/tx980261a PMID:10458708

Golbabaei F, Barghi M-A, Sakhaei M (2004). Evaluation of workers' exposure to total, respirable and silica dust and the related health symptoms in Senjedak stone quarry, Iran. Ind Health, 42: 29–33. doi:10.2486/indhealth.42.29 PMID:14964615

Gordon S (2002). Pattern recognition receptors: doubling up for the innate immune response. Cell, 111: 927–930. doi:10.1016/S0092-8674(02)01201-1 PMID:12507420

Gottesfeld P, Nicas M, Kephart JW et al. (2008). Reduction of respirable silica following the introduction of water spray applications in Indian stone crusher mills. Int J Occup Environ Health, 14: 94–103. PMID:18507285

Graham WG, Costello J, Vacek PM (2004). Vermont granite mortality study: an update with an emphasis on lung cancer. J Occup Environ Med, 46:

JNJ 000451699

459–466. doi:10.1097/01.jom.0000126026.22470.6d PMID:15167394

Green FH, Vallyathan V, Hahn FF (2007). Comparative pathology of environmental lung disease: an overview. *Toxicol Pathol*, 35: 136–147. doi:10.1080/01926230601132055 PMID:17325982

Groth DH, Stettler LE, Platek SF *et al.* (1986). Lung tumors in rats treated with quartz by instillation. In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine*. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 243–253. ISBN:0030041996.

Guénel P, Breum NO, Lynge E (1989). Exposure to silica dust in the Danish stone industry. *Scand J Work Environ Health*, 15: 147–153. PMID:2549615

Hai DN, Chai SK, Chien VC *et al.* (2001). An occupational risk survey of a refractory brick company in Ha Noi, Viet Nam. *Int J Occup Environ Health*, 7: 195–200. PMID:11513069

Hamilton RF Jr, Thakur SA, Holian A (2008). Silica binding and toxicity in alveolar macrophages. *Free Radic Biol Med*, 44: 1246–1258. doi:10.1016/j.freeradbiomed.2007.12.027 PMID:18226603

Harrison J, Chen J-Q, Miller W *et al.* (2005). Risk of silicosis in cohorts of Chinese tin and tungsten miners and pottery workers (II): Workplace-specific silica particle surface composition. *Am J Ind Med*, 48: 10–15. doi:10.1002/ajim.20175 PMID:15940714

Hayumbu P, Robins TG, Key-Schwartz R (2008). Cross-sectional silica exposure measurements at two Zambian copper mines of Nkana and Mufulira. *Int J Environ Res Public Health*, 5: 86–90. PMID:18678921

Hersterberg TW, Oshimura M, Brody AR *et al.* (1986). *Asbestos and silica induce morphological transformation of mammalian cells in culture: a possible mechanism*. In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine*. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 177–190.

Hessel PA, Sluis-Cremer GK, Hnizdo E (1986). Case–control study of silicosis, silica exposure, and lung cancer in white South African gold miners. *Am J Ind Med*, 10: 57–62. doi:10.1002/ajim.4700100107 PMID:3017101

Hessel PA, Sluis-Cremer GK, Hnizdo E (1990). Silica exposure, silicosis, and lung cancer: a necropsy study. *Br J Ind Med*, 47: 4–9. PMID:2155648

Hicks J & Yager J (2006). Airborne crystalline silica concentrations at coal-fired power plants associated with coal fly ash. *J Occup Environ Hyg*, 3: 448–455. doi:10.1080/15459620600802747 PMID:16862716

Hnizdo E, Murray J, Klempman S (1997). Lung cancer in relation to exposure to silica dust, silicosis and uranium production in South African gold miners. *Thorax*, 52: 271–275. doi:10.1136/thx.52.3.271 PMID:9093345

Hnizdo E & Sluis-Cremer GK (1991). Silica exposure, silicosis, and lung cancer: a mortality study of

South African gold miners. *Br J Ind Med*, 48: 53–60. PMID:1847069

Holland L, Gonzales M, Wilson J (1983). *Pulmonary effects of shale dusts in experimental animals*. In: *Health Issues Related to Metal and Nonmetallic Mining*. Wagner W, Rom W, Merchand J, editors. Boston MA: Butterworths, pp. 485–496. ISBN:0250406101.

Holland L, Wilson J MI,.Tillery M (1986). *Lung cancer in rats exposed to fibrogenic dusts*. In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine*. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 267–279. ISBN:0030041996.

Hornung V, Bauernfeind F, Halle A *et al.* (2008). Silica crystals and aluminum salts activate the NALP3 inflammasome through phagosomal destabilization. *Nat Immunol*, 9: 847–856. doi:10.1038/ni.1631 PMID:18604214

Huaux F (2007). New developments in the understanding of immunology in silicosis. *Curr Opin Allergy Clin Immunol*, 7: 168–173. doi:10.1097/ACI.0b013e32802bf8a5 PMID:17351471

Hughes JM, Weill H, Rando RJ *et al.* (2001). Cohort mortality study of North American industrial sand workers. II. Case-referent analysis of lung cancer and silicosis deaths. *Ann Occup Hyg*, 45: 201–207. PMID:11295143

IARC (1987a). Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum*, 42: 1–239. PMID:2824337

IARC (1987b). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1997). Silica, some silicates, coal dust and para-aramid fibrils. *IARC Monogr Eval Carcinog Risks Hum*, 68: 1–475. PMID:9303953

IARC (2002). Man-made vitreous fibres. *IARC Monogr Eval Carcinog Risks Hum*, 81: 1–381. PMID:12458547

IARC (2004). Tobacco smoke and involuntary smoking. *IARC Monogr Eval Carcinog Risks Hum*, 83: 1–1438. PMID:15285078

ILSI; Risk Science Institute Workshop Participants. (2000). The relevance of the rat lung response to particle overload for human risk assessment: a workshop consensus report. *Inhal Toxicol*, 12: 1–17. PMID:10715616

Ishihara Y, Iijima H, Matsunaga K *et al.* (2002). Expression and mutation of p53 gene in the lung of mice intratracheal injected with crystalline silica. *Cancer Lett*, 177: 125–128. doi:10.1016/S0304-3835(01)00779-0 PMID:11825659

Jaurand MC, Fleury J, Monchaux G *et al.* (1987). Pleural carcinogenic potency of mineral fibers (asbestos, attapulgite) and their cytotoxicity on cultured cells. *J Natl Cancer Inst*, 79: 797–804. PMID:2821313

Johnson NF, Smith DM, Sebring R, Holland LM (1987). Silica-induced alveolar cell tumors in rats. *Am J*

JNJ 000451700

*Ind Med*, 11: 93–107. doi:10.1002/ajim.4700110110 PMID:3028139

Johnston CJ, Driscoll KE, Finkelstein JN et al. (2000). Pulmonary chemokine and mutagenic responses in rats after subchronic inhalation of amorphous and crystalline silica. *Toxicol Sci*, 56: 405–413. doi:10.1093/toxsci/56.2.405 PMID:10911000

Kauppinen T, Heikkilä P, Partanen T et al. (2003). Mortality and cancer incidence of workers in Finnish road paving companies. *Am J Ind Med*, 43: 49–57. doi:10.1002/ajim.10161 PMID:12494421

Kauppinen T, Toikkanen J, Pedersen D et al. (2000). Occupational exposure to carcinogens in the European Union. *Occup Environ Med*, 57: 10–18. doi:10.1136/oem.57.1.10 PMID:10711264

Knaapen AM, Albrecht C, Becker A et al. (2002). DNA damage in lung epithelial cells isolated from rats exposed to quartz: role of surface reactivity and neutrophilic inflammation. *Carcinogenesis*, 23: 1111–1120. doi:10.1093/carcin/23.7.1111 PMID:12117767

Knaapen AM, Borm PJ, Albrecht C, Schins RP (2004). Inhaled particles and lung cancer. Part A: Mechanisms. *Int J Cancer*, 109: 799–809. doi:10.1002/ijc.11708 PMID:15027112

Kolling A, Ernst H, Rittinghausen S et al. (2008). Comparison of primary lung tumor incidences in the rat evaluated by the standard microscopy method and by multiple step sections. *Exp Toxicol Pathol*, 60: 281–288. doi:10.1016/j.etp.2008.02.003 PMID:18455915

Koskela RS, Klockars M, Laurent H, Holopainen M (1994). Silica dust exposure and lung cancer. *Scand J Work Environ Health*, 20: 407–416. PMID:7701286

Kurihara N & Wada O (2004). Silicosis and smoking strongly increase lung cancer risk in silica-exposed workers. *Ind Health*, 42: 303–314. doi:10.2486/indhealth.42.303 PMID:15295901

Lacasse Y, Martin S, Gagné D, Lakhal L (2009). Dose-response meta-analysis of silica and lung cancer. *Cancer Causes Control*, 20: 925–933. doi:10.1007/s10552-009-9296-0 PMID:19184475

Lacasse Y, Martin S, Simard S, Desmeules M (2005). Meta-analysis of silicosis and lung cancer. *Scand J Work Environ Health*, 31: 450–458. PMID:16425586

Lee K (2009). OSHA compliance issues: benzene and crystalline silica exposures in a grey iron foundry. *J Occup Environ Hyg*, 6: D15–D17. doi:10.1080/15459620902754380 PMID:19205997

Li H, Haberzettl P, Albrecht C et al. (2007). Inhibition of the mitochondrial respiratory chain function abrogates quartz induced DNA damage in lung epithelial cells. *Mutat Res*, 617: 46–57. PMID:17239409

Linch KD (2002). Respirable concrete dust–silicosis hazard in the construction industry. *Appl Occup Environ Hyg*, 17: 209–221. doi:10.1080/104732202753438298 PMID:11871757

Liu B, Guan R, Zhou P et al. (2000). A distinct mutational spectrum of p53 and K-ras genes in lung cancer of workers with silicosis. *J Environ Pathol Toxicol Oncol*, 19: 1–7. PMID:10905501

Lumens MEGL & Spee T (2001). Determinants of exposure to respirable quartz dust in the construction industry. *Ann Occup Hyg*, 45: 585–595. PMID:11583660

Mauderly JL, Snipes MB, Barr EB et al. (1994). Pulmonary toxicity of inhaled diesel exhaust and carbon black in chronically exposed rats. Part I: Neoplastic and nonneoplastic lung lesions. *Res Rep Health Eff Inst*, (68, Pt 1): 1–75, discussion 77–97. PMID:7530965

Mamuya SHD, Bråtveit M, Mwaiselage J et al. (2006). High exposure to respirable dust and quartz in a labour-intensive coal mine in Tanzania. *Ann Occup Hyg*, 50: 197–204. doi:10.1093/annhyg/mei052 PMID:16143714

McDonald AD, McDonald JC, Rando RJ et al. (2001). Cohort mortality study of North American industrial sand workers. I. Mortality from lung cancer, silicosis and other causes. *Ann Occup Hyg*, 45: 193–199. PMID:11295142

McDonald JC, Gibbs GW, Liddell FD, McDonald AD (1978). Mortality after long exposure to cummingtonite-grunerite. *Am Rev Respir Dis*, 118: 271–277. PMID:211890

McDonald JC, McDonald AD, Hughes JM et al. (2005). Mortality from lung and kidney disease in a cohort of North American industrial sand workers: an update. *Ann Occup Hyg*, 49: 367–373. doi:10.1093/annhyg/mei001 PMID:15728107

McLaughlin JK, Chen JQ, Dosemeci M et al. (1992). A nested case–control study of lung cancer among silica exposed workers in China. *Br J Ind Med*, 49: 167–171. PMID:1313281

McNeill DA, Chrisp CE, Fisher GL (1990). Pulmonary adenomas in A/J mice treated with silica. *Drug Chem Toxicol*, 13: 87–92. doi:10.3109/01480549009011071 PMID:2165900

Mehnert WH, Staneczek W, Möhner M et al. (1990). A mortality study of a cohort of slate quarry workers in the German Democratic Republic. *IARC Sci Publ*, (97): 55–64. PMID:2164503

Meijer E, Kromhout H, Heederik D (2001). Respiratory effects of exposure to low levels of concrete dust containing crystalline silica. *Am J Ind Med*, 40: 133–140. doi:10.1002/ajim.1080 PMID:11494340

Miles W, Moll WF, Hamilton RD, Brown RK (2008). Physicochemical and mineralogical characterization of test materials used in 28-day and 90-day intratracheal instillation toxicology studies in rats. *Inhal Toxicol*, 20: 981–993. doi:10.1080/08958370802077943 PMID:18686105

Mirabelli D & Kauppinen T (2005). Occupational exposures to carcinogens in Italy: an update of CAREX database. *Int J Occup Environ Health*, 11: 53–63. PMID:15859192

JNJ 000451701

Moulin JJ, Clavel T, Roy D et al. (2000). Risk of lung cancer in workers producing stainless steel and metallic alloys. Int Arch Occup Environ Health, 73: 171–180. doi:10.1007/s004200050024 PMID:10787132

Muhle H, Bellman B, Creuzenberg O et al. (1998). Pulmonary response to toner TiO(2) and crystalline silica upon chronic inhalation exposure in syrian golden hamsters. Inhal Toxicol, 10: 667–729.

Muhle H, Bellmann B, Creutzenberg O et al. (1991). Pulmonary response to toner upon chronic inhalation exposure in rats. Fundam Appl Toxicol, 17: 280–299. doi:10.1016/0272-0590(91)90219-T PMID:1662648

Muhle H, Kittel B, Ernst H et al. (1995). Neoplastic lung lesions in rat after chronic exposure to crystalline silica. Scand J Work Environ Health, 21: Suppl 227–29. PMID:8929684

Muhle H, Takenaka S, Mohr U et al. (1989). Lung tumor induction upon long-term low-level inhalation of crystalline silica. Am J Ind Med, 15: 343–346. PMID:2539015

Murphy JE, Tedbury PR, Homer-Vanniasinkam S et al. (2005). Biochemistry and cell biology of mammalian scavenger receptors. Atherosclerosis, 182: 1–15. doi:10.1016/j.atherosclerosis.2005.03.036 PMID:15904923

Naidoo R, Seixas N, Robins T (2006). Estimation of respirable dust exposure among coal miners, in South Africa. J Occup Environ Hyg, 3: 293–300. doi:10.1080/15459620600668973 PMID:15859192

Niemeier R, Mulligan LT, Rowland J (1986). Cocarcinogenicity of foundry silica sand in hamsters. In: Silica, Silicosis, and Cancer: Controversy in Occupational Medicine. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 215–227. NLN:0030041996.

Nieuwenhuijsen MJ, Noderer KS, Schenker MB et al. (1999). Personal exposure to dust, endotoxin and crystalline silica in California agriculture. Ann Occup Hyg, 43: 35–42. PMID:10028892

NIOSH (2002). NIOSH Hazard Review: Health Effects of Occupational Exposure to Respirable Crystalline Silica (DHHS (NIOSH) Publication No. 2002–129). Cincinnati, OH, 145 pp.

Nolte T, Thiedemann KU, Dungworth DL et al. (1994). Histological and Ultrastructural Alterations of the Bronchioloalveolar Region in the Rat Lung After Chronic Exposure to a Pyrolized Pitch Condensate or Carbon Black, Alone or in Combination. Inhal Toxicol, 6: 459–483. doi:10.3109/08958379409040505

NTP (2005). Report on Carcinogens, Eleventh Edition. Silica, Crystalline (Respirable Size*). U.S. Department of Health and Human Services, Public Health Service, National Toxicology Program.

Oberdörster G (1996). Significance of particle parameters in the evaluation of exposure-dose-response relationships of inhaled particles. Inhal Toxicol, 8: Suppl73–89. PMID:11542496

Otsuki T, Maeda M, Murakami S et al. (2007). Immunological effects of silica and asbestos. Cell Mol Immunol, 4: 261–268. PMID:17764616

Pan G, Takahashi K, Feng Y et al. (1999). Nested case–control study of esophageal cancer in relation to occupational exposure to silica and other dusts. Am J Ind Med, 35: 272–280. doi:10.1002/(SICI)1097-0274(199903)35:3<272::AID-AJIM7>3.0.CO;2-T PMID:9987560

Park R, Rice F, Stayner L et al. (2002). Exposure to crystalline silica, silicosis, and lung disease other than cancer in diatomaceous earth industry workers: a quantitative risk assessment. Occup Environ Med, 59: 36–43. doi:10.1136/oem.59.1.36 PMID:11836467

Pelucchi C, Pira E, Piolatto G et al. (2006). Occupational silica exposure and lung cancer risk: a review of epidemiological studies 1996–2005. Ann Oncol, 17: 1039–1050. doi:10.1093/annonc/mdj125 PMID:16403810

Pfau JC, Brown JM, Holian A (2004). Silica-exposed mice generate autoantibodies to apoptotic cells. Toxicology, 195: 167–176. doi:10.1016/j.tox.2003.09.011 PMID:14751672

Pfeifer GP, Denissenko MF, Olivier M et al. (2002). Tobacco smoke carcinogens, DNA damage and p53 mutations in smoking-associated cancers. Oncogene, 21: 7435–7451. doi:10.1038/sj.onc.1205803 PMID:12379884

Polimeni M, Gazzano E, Ghiazza M et al. (2008). Quartz inhibits glucose 6-phosphate dehydrogenase in murine alveolar macrophages. Chem Res Toxicol, 21: 888–894. doi:10.1021/tx7003213 PMID:18370412

Porter DW, Millecchia LL, Willard P et al. (2006). Nitric oxide and reactive oxygen species production causes progressive damage in rats after cessation of silica inhalation. Toxicol Sci, 90: 188–197. doi:10.1093/toxsci/kfj075 PMID:16339787

Pott F, Dungworth DL, Einrich U et al. (1994). Lung tumours in rats after intratracheal instillation of dusts. Ann Occup Hyg, 38: Suppl. 1357–363.

Pukkala E, Guo J, Kyyrönen P et al. (2005). National job-exposure matrix in analyses of census-based estimates of occupational cancer risk. Scand J Work Environ Health, 31: 97–107. PMID:15864903

Pylev LN (1980). Role of silicon dioxide in the development of lung tumors induced in rats by intratracheal administration of benz(a)pyrene Gig Tr Prof Zabol, (4): 33–36. PMID:6250952

Rafnsson V & Gunnarsdóttir H (1997). Lung cancer incidence among an Icelandic cohort exposed to diatomaceous earth and cristobalite. Scand J Work Environ Health, 23: 187–192. PMID:9243728

Rando RJ, Shi R, Hughes JM et al. (2001). Cohort mortality study of North American industrial sand workers. III. Estimation of past and present exposures to respirable crystalline silica. Ann Occup Hyg, 45: 209–216. PMID:11295144

JNJ 000451702

Rappaport SM, Goldberg M, Susi P, Herrick RF (2003). Excessive exposure to silica in the US construction industry. *Ann Occup Hyg*, 47: 111–122. doi:10.1093/annhyg/meg025 PMID:12581996

Reid PJ & Sluis-Cremer GK (1996). Mortality of white South African gold miners. *Occup Environ Med*, 53: 11–16. doi:10.1136/oem.53.1.11 PMID:8563852

Renne RA, Eldridge SR, Lewis TR, Stevens DL (1985). Fibrogenic potential of intratracheally instilled quartz, ferric oxide, fibrous glass, and hydrated alumina in hamsters. *Toxicol Pathol*, 13: 306–314. doi:10.1177/019262338501300407 PMID:3010436

Rice FL, Park R, Stayner L *et al.* (2001). Crystalline silica exposure and lung cancer mortality in diatomaceous earth industry workers: a quantitative risk assessment. *Occup Environ Med*, 58: 38–45. doi:10.1136/oem.58.1.38 PMID:11119633

Saffiotti U (1990). *Lung cancer induction by silica in rats, but not in mice and hamsters: species differences in epithelial and granulomatous reactions*. In: *Environmental Hygiene II*. Seemayer NH, Hadnagy W, editors. New York: Springer Verlag, pp. 235–238. ISBN:0387527354.

Saffiotti U (1992). *Lung cancer induction by crystallne silica*. In: *Relevance of Animal Studies to the Evaluation of Human Cancer Risk*. D'Amato R, Slaga TJ, Farland WH, Henry C, editors. New York: Wiley-Liss, pp. 51–69. ISBN:0471561835.

Saffiotti U & Ahmed N (1995). Neoplastic transformation by quartz in the BALB/3T3/A31-1-1 cell line and the effects of associated minerals. *Teratog Carcinog Mutagen*, 15: 339–356. doi:10.1002/tcm.1770150609 PMID:8732883

Saffiotti U, Williams AG, Daniel LN *et al.* (1996). *Carcinogenesis by crystallne silica: animal, cellular, and molecular studies*. In: *Silica and Silica-induced Lung Diseases*. Castranova V, Vallyathan V, Wallace WE, editors. Boca Raton: CRC Press, pp. 345–381. ISBN:0849347092.

Sanderson WT, Steenland K, Deddens JA (2000). Historical respirable quartz exposures of industrial sand workers: 1946–1996. *Am J Ind Med*, 38: 389–398. doi:10.1002/1097-0274(200010)38:4<389::AID-AJIM4>3.0.CO;2-J PMID:10982979

Sato M, Shames DS, Gazdar AF, Minna JD (2007). A translational view of the molecular pathogenesis of lung cancer. *J Thorac Oncol*, 2: 327–343. doi:10.1097/01.JTO.0000263718.69320.4c PMID:17409807

Scarselli A, Binazzi A, Marinaccio A (2008). Occupational exposure to crystalline silica: estimating the number of workers potentially at high risk in Italy. *Am J Ind Med*, 51: 941–949. doi:10.1002/ajim.20619 PMID:18651580

Schins RP (2002). Mechanisms of genotoxicity of particles and fibers. *Inhal Toxicol*, 14: 57–78. doi:10.1080/08958370175333631 PMID:12122560

Schins RP, Duffin R, Höhr D *et al.* (2002a). Surface modification of quartz inhibits toxicity, particle uptake, and oxidative DNA damage in human lung epithelial cells. *Chem Res Toxicol*, 15: 1166–1173. doi:10.1021/tx025558u PMID:12230410

Schins RP, Knaapen AM, Cakmak GD *et al.* (2002b). Oxidant-induced DNA damage by quartz in alveolar epithelial cells. *Mutat Res*, 517: 77–86. PMID:12034310

Seiler F, Rehn B, Rehn S, Bruch J (2004). Different toxic, fibrogenic and mutagenic effects of four commercial quartz flours in the rat lung. *Int J Hyg Environ Health*, 207: 115–124. doi:10.1078/1438-4639-00275 PMID:15031954

Shih T-S, Lu P-Y, Chen C-H *et al.* (2008). Exposure profiles and source identifications for workers exposed to crystalline silica during a municipal waste incinerator relining period. *J Hazard Mater*, 154: 469–475. doi:10.1016/j.jhazmat.2007.10.047 PMID:18063296

Shimkin MB & Leiter J (1940). Induced pulmonary tumors in mice. III. The role of chronic irritation in the production of pulmonary tumors in strain A mice. *J Natl Cancer Inst*, 1: 241–254.

Smith AH, Lopipero PA, Barroga VR (1995). Meta-analysis of studies of lung cancer among silicotics. *Epidemiology*, 6: 617–624. doi:10.1097/00001648-199511000-00010 PMID:8589094

Spiethoff A, Wesch H, Wegener K, Klimisch H-J (1992). The effects of Thorotrast and quartz on the induction of lung tumors in rats. *Health Phys*, 63: 101–110. doi:10.1097/00004032-199207000-00011 PMID:1325960

Steenland K (2005). One agent, many diseases: exposure–response data and comparative risks of different outcomes following silica exposure. *Am J Ind Med*, 48: 16–23. doi:10.1002/ajim.20181 PMID:15940719

Steenland K & Brown D (1995). Mortality study of gold miners exposed to silica and nonasbestiform amphibole minerals: an update with 14 more years of follow-up. *Am J Ind Med*, 27: 217–229. doi:10.1002/ajim.4700270207 PMID:7755012

Steenland K & Goldsmith DF (1995). Silica exposure and autoimmune diseases. *Am J Ind Med*, 28: 603–608. doi:10.1002/ajim.4700280505 PMID:8561170

Steenland K & Greenland S (2004). Monte Carlo sensitivity analysis and Bayesian analysis of smoking as an unmeasured confounder in a study of silica and lung cancer. *Am J Epidemiol*, 160: 384–392. doi:10.1093/aje/kwh211 PMID:15286024

Steenland K, 't Mannetje A, Boffetta P *et al.*International Agency for Research on Cancer. (2001). Pooled exposure–response analyses and risk assessment for lung cancer in 10 cohorts of silica-exposed workers: an IARC multicentre study. *Cancer Causes Control*, 12: 773–784. doi:10.1023/A:1012214102061 PMID:11714104

Steenland K & Sanderson W (2001). Lung cancer among industrial sand workers exposed to crystalline silica. *Am J Epidemiol*, 153: 695–703. doi:10.1093/aje/153.7.695 PMID:11282798

JNJ 000451703

Steenland K & Stayner L (1997). Silica, asbestos, man-made mineral fibers, and cancer. *Cancer Causes Control*, 8: 491–503. doi:10.1023/A:1018469607938 PMID:9498906

Stewart AP & Rice C (1990). A source of exposure data for occupational epidemiology studies. *Appl Occup Environ Hyg*, 5: 359–363.

Stratta P, Canavese C, Messuerotti A *et al*. (2001). Silica and renal diseases: no longer a problem in the 21st century? *J Nephrol*, 14: 228–247. PMID:11506245

't Mannetje A, Steenland K, Checkoway H *et al*. (2002). Development of quantitative exposure data for a pooled exposure–response analysis of 10 silica cohorts. *Am J Ind Med*, 42: 73–86. doi:10.1002/ajim.10097 PMID:12125083

Thibodeau MS, Giardina C, Knecht DA *et al*. (2004). Silica-induced apoptosis in mouse alveolar macrophages is initiated by lysosomal enzyme activity. *Toxicol Sci*, 80: 34–48. doi:10.1093/toxsci/kfh121 PMID:15056807

Tjoe-Nij E, de Meer G, Smit J, Heederik D (2003). Lung function decrease in relation to pneumoconiosis and exposure to quartz-containing dust in construction workers. *Am J Ind Med*, 43: 574–583. doi:10.1002/ajim.10229 PMID:12768607

Tse LA, Li ZM, Wong TW *et al*. (2007). High prevalence of accelerated silicosis among gold miners in Jiangxi, China. *Am J Ind Med*, 50: 876–880. doi:10.1002/ajim.20510 PMID:17948247

Tsuda T, Babazono A, Yamamoto E *et al*. (1997). A Meta-Analysis on the Relationship between Pneumoconiosis and Lung Cancer. *J Occup Health*, 39: 285–294. doi:10.1539/joh.39.285

Ulm K, Waschulzik B, Ehnes H *et al*. (1999). Silica dust and lung cancer in the German stone, quarrying, and ceramics industries: results of a case–control study. *Thorax*, 54: 347–351. doi:10.1136/thx.54.4.347 PMID:10092697

Vallyathan V, Castranova V, Pack D *et al*. (1995). Freshly fractured quartz inhalation leads to enhanced lung injury and inflammation. Potential role of free radicals. *Am J Respir Crit Care Med*, 152: 1003–1009. PMID:7663775

Verma DK, Kurtz LA, Sahai D, Finkelstein MM (2003). Current chemical exposures among Ontario construction workers. *Appl Occup Environ Hyg*, 18: 1031–1047. PMID:14612300

Wagner JC (1970). *The pathogenesis of tumors following the intrapleural injection of asbestos and silica*. In: *Morphology of Experimental Respiratory Carcinogenesis*. Nettesheim P, Hanna MJ, Deatherage JW, editors. Oak Ridge, TN: US Atomic Energy Commission, pp. 347–358.

Wagner JC & Berry G (1969). Mesotheliomas in rats following inoculation with asbestos. *Br J Cancer*, 23: 567–581. PMID:5360333

Wagner MF & Wagner JC (1972). Lymphomas in the Wistar rat after intrapleural inoculation of silica. *J Natl Cancer Inst*, 49: 81–91. PMID:4338782

Wagner MM (1976). Pathogenesis of malignant histiocytic lymphoma induced by silica in a colony of specificpathogen-free Wistar rats. *J Natl Cancer Inst*, 57: 509–518. PMID:185399

Wagner MM, Wagner JC, Davies R, Griffiths DM (1980). Silica-induced malignant histiocytic lymphoma: incidence linked with strain of rat and type of silica. *Br J Cancer*, 41: 908–917. PMID:6252921

Warheit DB, Webb TR, Colvin VL *et al*. (2007). Pulmonary bioassay studies with nanoscale and fine-quartz particles in rats: toxicity is not dependent upon particle size but on surface characteristics. *Toxicol Sci*, 95: 270–280. doi:10.1093/toxsci/kfl128 PMID:17030555

Watkins DK, Chiazze L Jr, Fryar CD, Fayerweather W (2002). A case–control study of lung cancer and non-malignant respiratory disease among employees in asphalt roofing manufacturing and asphalt processing. *J Occup Environ Med*, 44: 551–558. doi:10.1097/00043764-200206000-00018 PMID:12085482

Weeks JL & Rose C (2006). Metal and non-metal miners' exposure to crystalline silica, 1998–2002. *Am J Ind Med*, 49: 523–534. doi:10.1002/ajim.20323 PMID:16691611

Wernli KJ, Fitzgibbons ED, Ray RM *et al*. (2006). Occupational risk factors for esophageal and stomach cancers among female textile workers in Shanghai, China. *Am J Epidemiol*, 163: 717–725. doi:10.1093/aje/kwj091 PMID:16467414

WHO (2000). *Concise International Chemical Assessment Document No. 24: Crystalline Silica, Quartz*. World Health Organization, Geneva.

Wickman AR & Middendorf PJ (2002). An evaluation of compliance with occupational exposure limits for crystalline silica (quartz) in ten Georgia granite sheds. *Appl Occup Environ Hyg*, 17: 424–429. doi:10.1080/10473220290035444 PMID:12049432

Wiencke JK, Thurston SW, Kelsey KT *et al*. (1999). Early age at smoking initiation and tobacco carcinogen DNA damage in the lung. *J Natl Cancer Inst*, 91: 614–619. doi:10.1093/jnci/91.7.614 PMID:10203280

Wilson T, Scheuchenzuber WJ, Eskew ML, Zarkower A (1986). Comparative pathological aspects of chronic olivine and silica inhalation in mice. *Environ Res*, 39: 331–344. doi:10.1016/S0013-9351(86)80059-7 PMID:3007105

Woskie SR, Kalil A, Bello D, Abbas Virji M (2002). Exposures to quartz, diesel, dust, and welding fumes during heavy and highway construction. *AIHAJ*, 63: 447–457. PMID:12486778.

Xu Z, Brown LM, Pan GW *et al*. (1996). Cancer risks among iron and steel workers in Anshan, China, Part II: Case–control studies of lung and stomach cancer. *Am J Ind Med*, 30: 7–15.

JNJ 000451704

doi:10.1002/(SICI)1097-0274(199607)30:1<7::AID-AJIM2>3.0.CO;2-# PMID:8837676

Yassin A, Yebesi F, Tingle R (2005). Occupational exposure to crystalline silica dust in the United States, 1988–2003. *Environ Health Perspect*, 113: 255–260. doi:10.1289/ehp.7384 PMID:15743711

Yingratanasuk T, Seixas N, Barnhart S, Brodkin D (2002). Respiratory health and silica exposure of stone carvers in Thailand. *Int J Occup Environ Health*, 8: 301–308. PMID:12412846

Yu IT & Tse LA (2007). Exploring the joint effects of silicosis and smoking on lung cancer risks. *Int J Cancer*, 120: 133–139. doi:10.1002/ijc.22133 PMID:17036327

Yu IT, Tse LA, Leung CC *et al.* (2007). Lung cancer mortality among silicotic workers in Hong Kong–no evidence for a link. *Ann Oncol*, 18: 1056–1063. doi:10.1093/annonc/mdm089 PMID:17586750

Yucesoy B & Luster MI (2007). Genetic susceptibility in pneumoconiosis. *Toxicol Lett*, 168: 249–254. doi:10.1016/j.toxlet.2006.10.021 PMID:17161563

Yucesoy B, Vallyathan V, Landsittel DP *et al.* (2002). Cytokine polymorphisms in silicosis and other pneumoconioses. *Mol Cell Biochem*, 234–235: 219–224. doi:10.1023/A:1015987007360 PMID:12162437

Zhuang Z, Hearl FJ, Odencrantz J *et al.* (2001). Estimating historical respirable crystalline silica exposures for Chinese pottery workers and iron/copper, tin, and tungsten miners. *Ann Occup Hyg*, 45: 631–642. PMID:11718659

Ziemann C, Jackson P, Brown R *et al.* (2009). Quartz-Containing Ceramic Dusts: *In vitro* screening of the cytotoxic, genotoxic and pro-inflammatory potential of 5 factory samples. *J Phys: Conf Ser*, 151: 1–6. doi:10.1088/1742-6596/151/1/012022

JNJ 000451705

# WOOD DUST

Wood dust was considered by a previous IARC Working Group in 1994 (IARC, 1995), although wood-related occupations (i.e. Furniture and Cabinet-making) had been considered by IARC Working Groups earlier, in 1980 and 1987 (IARC, 1981, 1987). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification, chemical, and physical properties of the agent

Wood dust, generated in the processing of wood for a wide range of uses, is a complex substance. Its composition varies considerably according to the species of tree being processed. Wood dust is composed mainly of cellulose (approximately 40–50%), polyoses, lignin, and a large and variable number of substances of lower relative molecular mass which may significantly affect the properties of the wood. These include non-polar organic extractives (fatty acids, resin acids, waxes, alcohols, terpenes, sterols, steryl esters, and glycerides), polar organic extractives (tannins, flavonoids, quinones, and lignans) and water-soluble extractives (carbohydrates, alkaloids, proteins, and inorganic material) (IARC, 1995).

Trees are characterized botanically as gymnosperms (principally conifers, generally referred to as 'softwoods'), and angiosperms (principally deciduous trees, generally referred to as 'hardwoods'). Softwood and hardwood are not botanical concepts, referring to the species of tree and not directly describing the hardness of wood. Out of 12000 different species of trees, only about 800 are coniferous or softwoods, but roughly two-thirds of the wood used commercially worldwide belongs to the group of softwoods. Hardwoods tend to be somewhat more dense, and have a higher content of polar extractives than softwoods (IARC, 1995). For a comparison of softwoods and hardwoods, see Table 1.1.

For detailed descriptions of the classification and nomenclature, anatomical features, cell-wall structures, distribution of components of wood, and chemical components of wood, see the previous *IARC Monograph* (IARC, 1995), Nimz *et al.* (2005), and Kretschmann *et al.* (2007).

### 1.2 Occupational exposure

The wood species used in wood-related industries vary greatly by region and by type of product. Both hardwoods and softwoods (either domestically grown or imported) are used in the manufacture of furniture. Logging, sawmills, plywood, and particle-board manufacture generally involve the use of trees grown locally (IARC,

JNJ 000451706

**Table 1.1 Comparison of softwoods and hardwoods**

| Characteristic | Gymnosperms/conifers/softwoods | Angiosperms/deciduous wood/ hardwoods |
|---|---|---|
| Density (g/cm³) | White (silver) fir: mean, 0.41 (0.32–0.71) European spruce: mean, 0.43 (0.30–0.64) Scots pine: mean, 0.49 (0.30–0.86) | European beech 0.68 (0.49–0.88) European oak 0.65 (0.39–0.93) |
| Fibres | Long (1.4–4.4 mm) | Short (0.2–2.4 mm) |
| Cell type | One (tracheids) | Various |
| Cellulose | ~40–50% | ~40–50% |
| Unit | β-D-Glucose | β-D-Glucose |
| Fibre pulp | Long | Short |
| Polyoses | ~15–30% | ~25–35% |
| Unit | More mannose More galactose | More xylose |
| Lignin | ~25–35% | ~20–30% |
| Unit | Mainly guaiacyl | Mainly syringyl or guaiacyl |
| Methoxy group content | ~15% | ~20% |
| Extractive content | | |
| Non-polar (e.g. terpenes) | High | Low |
| Polar (e.g. tannins) | Low | High |

Reprinted in part from Volume 62 (IARC, 1995)

1995). For detailed descriptions of historical exposures to wood dust and other agents in the workplace, see the previous *IARC Monograph* (IARC, 1995).

### 1.2.1 Extent of occupational exposure

Kauppinen *et al.* (2006) used nearly 36000 exposure measurements to estimate the occupational exposure to inhalable wood dust by country, industry, the level of exposure and type of wood dust in 25 Member States of the European Union. In 2000–03, approximately 3.6 million workers in the European Union [and undoubtedly millions more worldwide] were exposed occupationally to inhalable wood dust. The estimated number of workers exposed by industry and the number exposed to a level exceeding 5 mg/m³ are shown in Table 1.2. The highest exposure levels were estimated to occur in the construction sector and furniture industry.

Due to limited exposure data, there was considerable uncertainty in the estimates concerning construction woodworkers. About 560000 workers (16% of the number of workers exposed) may have been exposed to a level of inhalable wood dust that exceeded 5 mg/m³. Mixed exposures to more than one species of wood and dust from wooden boards was very common, but reliable data on exposure to different species of wood could not be retrieved.

The US National Occupational Exposure Survey, carried out during 1981–83 in the United States of America, estimated that about 600000 workers were exposed to wood dust. The largest numbers of exposed workers were employed in the building trades (*n* = 134090), and the lumber/ wood product industries (*n* = 153543). Forestry workers (e.g. lumberjacks using chainsaws) were not considered to be exposed in this survey (NIOSH, 1990).

JNJ 000451707

**Table 1.2 WOODEX: Estimated number of workers exposed to wood dust in the 25 Member States of the European Union, 2000–03**

| Industry | Number employed | Number exposed | Exposed (% of employed) | Number exposed > 5 mg/m³ |
|---|---|---|---|---|
| Construction | 13 million | 1.2 million | 9 | 254000 |
| Manufacture of furniture | 1.2 million | 713000 | 59 | 86500 |
| Manufacture of joinery | 472000 | 330000 | 71 | 42000 |
| Forestry | 445000 | 148000 | 33 | < 100 |
| Building of ships and boats | 294000 | 31000 | 11 | 9600 |
| Sawmilling | 259000 | 196000 | 76 | 20000 |
| Manufacture of other wood products | 147000 | 97000 | 66 | 15500 |
| Manufacture of wooden boards | 124000 | 92000 | 74 | 8400 |
| Manufacture of wooden containers | 80000 | 57000 | 71 | 8600 |
| All other employment | 163 million | 709000 | 0.4 | 118000 |
| Total | 179 million | 3.6 million | 2.0 | 563000 |

From Kauppinen et al. (2006)

## 1.2.2 Levels of occupational exposure

The highest exposures to wood dust have generally been reported in wood furniture and cabinet manufacture, especially during machine-sanding and similar operations (with wood dust levels frequently above 5 mg/m³). Exposure levels above 1 mg/m³ have also been measured in the finishing departments of plywood and particleboard mills, where wood is sawn and sanded, and in the workroom air of sawmills and planer mills near chippers, saws, and planers. Exposure to wood dust also occurs among workers in joinery shops, window and door manufacture, wooden boat manufacture, installation and refinishing of wood floors, pattern and model making, pulp and paper manufacture, construction carpentry, and logging. Measurements are generally available only since the 1970s, and exposures may have been higher in the past because of less efficient (or non-existent) local exhaust ventilation or other measures to control dust (IARC, 1995).

Woodworking machines have increased greatly in efficiency since the industrial revolution, and the increased speed of production has resulted in the generation of more dust. The increased efficiency may also result in exposure to finer wood dust particles than in the past, because smoother surfaces can be produced, and because saws and bits may retain their sharpness for longer. The introduction of engineering controls in some industries in some parts of the world, especially since the 1950s, has, however, reduced the exposure of workers considerably. Unfortunately, engineering controls, even if properly maintained, are not always effective, and the dust generated by hand-held power tools, particularly sanders, is much more difficult to control (IARC, 1995).

Studies published since the previous *IARC Monograph* reporting wood dust concentrations are presented in Table 1.3.

## 1.2.3 Particle size distribution

Chung et al. (2000) characterized the quantity, particle size distribution and morphology of dust created during the machining of medium-density fibreboard (MDF) in a controlled environment (a 2 × 2 × 2 m³ dust chamber). In terms of particle size distribution and morphology, the dust generated by machining MDF was generally found to be comparable with the dust generated by similarly machining hardwood or softwood. The quantity of dust generated during sanding

JNJ 000451708

## Table 1.3 Wood dust concentrations in various industries around the world

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| **Sawmills and lumber mills** | | | | |
| Demers et al. (2000), Teschke et al. (1999b) Softwood lumber mill British Columbia, Canada July–August 1996 | Sawmill, planer mill, and yard | *Geometric mean (GSD)* Inhalable particulate: 1.0 (2.7) Estimated wood dust: 0.5 (3.1) | 220 | Exposure assessment conducted for cross-sectional study of respiratory health among 275 softwood lumber mill workers; mill processed spruce (*Picea engelmannii* and *glauca*), pine (*Pinus contorta*), and fir (*Abies lasiocarpa*); random sampling strategy; full-shift (7–8 hours) personal inhalable particulate samples collected using seven-hole inhalable dust samplers; wood dust exposure estimated using the resin acid content within dust in combination with observations of job tasks, proximity to dust sources and use of personal protective equipment |
| Rosenberg et al. (2002) Sawmill, Finland 1997–99 | Sawhouse - pine processing - spruce processing | *Range of geometric means* Inhalable particulate: 0.5–2.2 Inhalable particulate: 0.4–1.9 | 237 (178 personal) | Measured exposure of 22 sawhouse workers in mills processing pine (*Pinus silvestris*) and spruce (*Picea abies*); full-shift area and personal inhalable particulate samples collected in breathing zone; exposure measured during evening shift on three consecutive days; IOM samplers to collect inhalable dust; gravimetric determination of inhalable dust; assumption that all or most of inhalable dust originated from wood dust |
| Hall et al. (2002), Sawmills British Columbia, Canada 1981–97 | Lumber mill | *Geometric mean (GSD)* 0.72 (3.49) | 1237 | Analysis of compliance data set (and a nested subset of research data) containing personal exposure measurements to wood dust at 77 lumber mills; 23% of database were research samples, 77% were compliance samples; an empirical "determinants of exposure" model created using multiple linear regression |

JNJ 000451709

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Russa et al. (2008), Sawmill Switzerland June–October 2002 | Sawmill | *Mean (range)* Inhalable particulate: 1.7 (0.2–8.5) | NR | Cross-sectional survey of male employees at 12 sawmills processing spruce and fir species in the French part of Switzerland; personal measurements of inhalable dust collected using IOM samplers; gravimetric analysis of inhalable dust |
| *Miscellaneous wood-related occupations* | | | | |
| Edman et al. (2003) Wood pellets and briquettes Sweden | Industrial production of wood pellets and briquettes | *Geometric mean (range)* overall: 1.7 (0.16–19) | 24 | Personal exposure to wood dust measured gravimetrically and with personal data logging, real-time aerosol monitor; sampling time: 8 hours; |
| Kalliny et al. (2008) Wood-processing plants USA 1999–2004 | Sawmill, plywood assembly plants, secondary wood milling operations, factories producing finished wood products | *Geometric mean (GSD)* Inhalable: 1.44 (2.67) Thoracic: 0.35 (2.65) Respirable: 0.18 (2.54) | | Size-fractionated dust exposure surveyed longitudinally in 10 wood processing plants across the USA; dust exposures measured using the RespiCon Personal Particle Sampler; woods processed included softwoods (e.g. southern yellow pine and Radiata pine), hardwoods (red oak, maple, poplar, birch, rubber tree wood, cherry), engineered woods (medium–density fibreboard, particleboard), and plywood (from southern yellow pine) |
| Teschke et al. (1999a) Misc. establishments USA 1979–97 | | *Geometric mean (GSD)* | 1632 personal TWA samples | Analysis of 1632 measurements of airborne wood dust reported to OSHA's Integrated Management Information System and development of an empirical predictive model; measurements collected using OSHA sampling method for "total" particulate (i.e. non-specific gravimetric method) |
| | Overall | 1.86 (6.82) | | |
| | Sanders, transportation equipment industry | 17.5 (1.79) | | |
| | Press operators, wood products industry | 12.3 (4.12) | | |
| | Lathe operators, furniture industry | 7.46 (4.56) | | |
| | Sanders, wood cabinet industry | 5.83 (5.19) | | |

411

JNJ 000451710

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | | Number of samples | Comments |
|---|---|---|---|---|---|
| Commonwealth of Australia (2008) Wood industries Australia | All wood industries | *Arithmetic mean (range)* 5.8 (0.06–210) | | 521 | Analysis of existing surveillance data on inhalable wood dust exposure; data gathered via a review of published Australian literature; requests to government agencies, consultants, industry associations, specific industries and researchers; telephone surveys, and new air sampling |
| Alwis et al. (1999); Mandryk et al. (1999) Wood industries New South Wales, Australia 1996–97 | | *Geometric mean (GSD)* Inhalable dust | | | Personal inhalable and respirable samples collected; sampling time: 6–8 hours |
| | Logging | 0.6 (1.3) | | 7 | |
| | Sawmill | 1.6 (3.2) | | 93 | |
| | Wood chipping | 1.9 (1.7) | | 9 | |
| | Joinery | 3.7 (3.7) | | 66 | |
| | | Respirable dust | | | |
| | Logging | < 0.1 (1.3) | | 4 | |
| | Sawmill | 0.3 (2.2) | | 31 | |
| | Wood chipping | 0.3 (1.7) | | 4 | |
| | Joinery | 0.5 (1.7) | | 39 | |
| Scarselli et al. (2008) Wood industries Italy 1996–2006 | All wood-related | *Geometric mean (GSD)* 1.0 (1.6) | | 10837 | Analysis of airborne wood dust exposure measurements contained in the SIREP (Italian Information System on Occupational Exposure to Carcinogens) database; 10837 measurements on 10528 workers at 1181 companies; concentration of wood dust (hardwood or mixed wood dust) measured as 8-h TWA; no information about type of sample (personal vs stationary) or sampling strategy (random vs systematic) |
| Baran & Teul (2007) Wood processing Poland | Sawmill, manufacturing frames for furniture, and manufacturing ready-made furniture | *Range* 0.59–16.2 | | | Analysis of measurements on 1100 workers employed in 9 wood-processing plants: 2 sawmills, 4 plants manufacturing frames for upholstered furniture, and 3 plants manufacturing ready-made furniture |

JNJ 000451711

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| HSE (2000b; Black et al. (2007) Woodworking United Kingdom 1999–2000 | Sawmilling, joinery, furniture manufacture, other | *Range of medians* 1.5–2.8 | 396 | Cross-sectional survey of 46 representative companies in the British woodworking industry; personal samples collected as per MDHS 14/3; sampling time: 3–6 hours during activities judged to be representative of whole shift; gravimetric analysis of inhalable dust |
| Spee et al. (2007) Building projects the Netherlands 2002 | Carpenters | *Geometric mean (GSD)* | | Task-based exposure survey of 26 carpenters at 13 building projects from 12 companies; personal and area samples randomly collected as per specially designed protocol for sampling of wood dust in carpentry and furniture industry; gravimetric analysis of wood dust |
| | - overall | 3.3 (2.1) | 44 | |
| | Task-based | *Arithmetic mean* | | |
| | - working indoors | 5.2 | 29 | |
| | - working outdoors | 2.2 | 11 | |
| | - indoors + outdoors | 16.2 | 4 | |

GSD, geometric standard deviation; NR, not reported; OSHA, Occupational Safety and Health Administration; TWA, time-weighted average

413

JNJ 000451712

was higher for sanding MDF when compared with sanding either hardwood or softwood. However, there was no significant difference with sanding MDF and natural woods, in terms of the quantity of dust generated.

Additional information on the particle size distribution of wood dust in workroom air can be found in the previous *IARC Monograph* (IARC, 1995).

### 1.2.4 Exposure to other agents

Within the furniture-manufacturing industry, exposure may occur to solvents and formaldehyde in glues and surface coatings. Such exposures are usually greatest for workers with low or negligible exposure to wood dust, and are infrequent or low for workers with high exposure to wood dust. Some outdoor furniture has also been manufactured from impregnated wood containing copper–chromium–arsenic compounds. Formaldehyde-based glues and varnishes were introduced in the wood industry after World War II but they became commonly used only in the 1950s and 1960s in most countries.

The manufacture of plywood and particle board may result in exposure to formaldehyde, solvents, phenol, wood preservatives, and engine exhausts. Sawmill workers may also be exposed to wood preservatives and fungal spores. Wood preservatives used include chlorophenol salts in sawmills, and organochlorine pesticides in plywood mills. When coniferous trees are sawn, monoterpenes evaporate into workroom air. In some sawmills, wood is also impregnated with copper–chromium–arsenic salts or creosote. Construction woodworkers may be exposed to asbestos and silica in their work environment. Many of them also varnish wooden floors with solvent- or water-based varnishes, some of which may release formaldehyde. Exposures to chemicals in industries where other wood products are manufactured vary, but are in many cases similar to those in the furniture-manufacturing industry (IARC, 1995).

### 1.2.5 Exposure of the general population

Woodworking is a popular hobby and non-occupational exposure may also occur during building and repair operations in homes. Woodworking can encompass a variety of activities that generate wood dust, including sawing, sanding, planing, routing, etc. The woods worked include a variety of particle boards, soft timbers, treated pine, masonite, plywood, and various imported hardwoods and softwoods. The size of the dust particles produced, the amount of dust, and resultant exposure to the person working in these areas depends on several factors including the equipment being used, the ventilation and extraction system in place, the state and type of timber, the general ventilation in the area, and any personal protective equipment that may be used. Exposure levels during non-occupational woodworking may be similar to those at workplaces, but the duration of exposure is usually substantially shorter.

## 2. Cancer in Humans

In the previous *IARC Monograph*, the evidence associated with exposure to wood dust or wood-related occupations or activites and cancer of the nasal cavity and paranasal sinuses (referred to below as 'sinonasal cancer'), and of the nasopharynx, larynx, lung, stomach, colon, and rectum as well as leukaemia, Hodgkin lymphoma, non-Hodgkin lymphoma, and multiple myeloma was systematically reviewed because excesses had been observed in one or more studies. The Working Group for the previous *IARC Monograph* concluded that there was very strong evidence for sinonasal cancer. In case–control studies, they also consistently observed associations between exposure to wood

JNJ 000451713

dust and cancer of the nasopharynx, but could not rule out confounding; and between wood dust and cancer of the larynx, but noted conflicting evidence from cohort studies. The Working Group concluded that there was "no indication that occupational exposure to wood dust has a causal role in cancers of the oropharynx, hypopharynx, lung, lymphatic and haematopoietic systems, stomach, colon, or rectum" (IARC, 1995).

Since the previous *IARC Monograph*, several studies have been published including selected case series of sinonasal cancer (see Table 2.1), cohort studies (see Table 2.2), registry-based studies (see Table 2.3). For case–control or other studies focused on particular cancer sites, only studies published since the previous volume that reported results for wood dust exposure are summarized here. The results of case–control studies on sinonasal, pharyngeal, and laryngeal cancer are summarized in Tables 2.4, 2.5, and 2.6, respectively. In addition, the results of case–control studies on lung cancer are summarized in Table 2.7, because of the relatively large number of studies that focus on this cancer site. Studies of other cancer sites are summarized in Table 2.8.

## 2.1 Sinonasal cancer

The Working Group for the previous *IARC Monograph* (IARC, 1995) reviewed a large number of case–control studies that consistently observed a strong association between exposure to wood dust or employment in wood-related occupations and sinonasal cancer. Support for this association was found in several large cohort studies of furniture workers (Olsen & Sabroe, 1979; Acheson et al., 1984), but most cohort studies had little power to examine the risks for this cancer site (see Table 18, IARC, 1995). Odds ratios for all or unspecified sinonasal cancers were consistently elevated in case–control studies conducted in many countries (see Table 20, IARC, 1995).

Very high odds ratios were observed for sinonasal adenocarcinoma and strong evidence of a exposure–response relationship was observed in some studies (Hayes et al., 1986; Olsen & Asnaes, 1986; Luce et al., 1993) (see Table 21, IARC, 1995). In addition, an unusually large proportion of all adenocarcinomas in cases series were woodworkers. Some case–control studies observed an excess risk of sinonasal squamous cell carcinoma associated with wood dust or wood occupations, but the association was much weaker than was observed with adenocarcinoma (see Table 22, IARC, 1995). A pooled re-analysis of 12 case–control studies (including six of the nine above) found strong evidence for a exposure–response relationship among men for adenocarcinoma (OR, 0.6; 95%CI: 0.6–4.7 for low; OR, 3.1; 95%CI: 1.6–6.1 for moderate; and OR, 45.5; 95%CI: 28.3–72.9 for high wood dust), and little evidence for squamous cell carcinoma (OR, 0.9; 95%CI: 0.6–1.2 for low; OR, 1.0; 95%CI: 0.7–1.4 for moderate; and OR, 0.8; 95%CI: 0.4–1.6 for high wood dust) (Demers et al., 1995a). For the three studies with results for squamous cell carcinoma not included in the pooled re-analysis, Fukuda et al. (1987) observed an excess among both male (OR, 2.9; 95%CI: 1.5–5.6) and female woodworkers (OR, 2.0; 95%CI: 0.3–14), Shimizu et al. (1989) observed an excess of squamous cell carcinoma of the maxillary sinus among male woodworkers (OR, 2.1; 95%CI: 0.8–5.3), and Olsen & Asnaes (1986) observed only a slightly increased risk of carcinoma of the sinonasal cavities among men classified as exposed to wood dust (OR, 1.3; 95%CI: 0.6–2.8).

Among the cohort studies that reported tree species, an excess of sinonasal cancer (SMR, 8.1; 95%CI: 3.7–16) was observed among British furniture workers exposed to hardwood dust (Rang & Acheson, 1981; Acheson et al., 1984). No cases of sinonasal cancer were reported in a much smaller study of German furniture

JNJ 000451714

workers exposed to beech, oak, and pine (Barthel & Dietrich, 1989) or among two small cohort of workers exposed to softwood—Finnish sawmill workers (Jäppinen *et al.*, 1989) and American plywood workers (Robinson *et al.*, 1990). [The Working Group noted that their power to detect an excess was low, and that exposure levels among sawmill and plywood workers were low compared to furniture workers.]

Few case–control studies in the previous *IARC Monograph* reported tree species. Very large excesses of sinonasal adenocarcinoma were associated with hardwood dust exposure in studies from France (OR, 5.30; 95%CI: 1.04–2.70, for highest level of exposure, Leclerc *et al.*, 1994) and Italy (OR, 0.90; 95%CI: 0.20–4.07, Battista *et al.*, 1983). Excesses of sinonasal cancer were observed among workers primarily exposed to softwood in case–control studies from Nordic Countries (OR, 3.3; 95%CI: 1.1–9.4, Hernberg *et al.*, 1983), the USA (OR, 3.1; 95%CI: 1.0–9.0 with 15-year lag, Vaughan *et al.*, 2000), Canada (OR, 2.5; *P* < 0.03, Elwood, 1981), and France (OR, 1.7, Leclerc *et al.*, 1994). The results for three of these four studies were restricted to squamous cell carcinoma.

Early case series reported many cases of sinonasal adenocarcinoma that were exposed to hardwoods (Acheson *et al.*, 1968, 1972; Leroux-Robert, 1974; Luboinski & Marandas, 1975; Andersen *et al.*, 1976, 1977; Engzell *et al.*, 1978; Kleinsasser & Schroeder, 1989). Seven cases of sinonasal squamous cell carcinoma exposed to "softwoods" were reported in a Norwegian case series (Voss *et al.*, 1985), and three cases of adenocarcinoma were reported among British workers exposed to softwoods (Acheson *et al.*, 1972). Several new case series have also been published with results relevant for the evaluation of sinonasal cancer (Table 2.1). Case series of sinonasal adenocarcinoma continue to make up a large proportion of cases with exposure to wood dust, with mean exposure durations ranging from 25 to 37 years. Most case series were restricted to adenocarcinoma, but in the case series that considered other tumours, the proportion of wood dust exposure was much less in the non-adenocarcinoma cases.

In the period following the previous *IARC Monograph* (IARC, 1995), five cohort studies (Table 2.2) were published that are relevant for the evaluation of wood dust, and three present results for sinonasal cancer. In a pooled re-analysis of five previously published cohort studies, Demers *et al.* (1995b) found an excess risk of sinonasal cancer among men classified as being definitely exposed to wood dust (SMR, 8.4; 95%CI: 3.9–16.0). Stellman *et al.* (1998) found no evidence of an excess risk associated with self-reported wood dust exposure or longest occupation among participants in the Cancer Prevention Study II. Innos *et al.* (2000) found an excess risk of sinonasal cancer among Estonian furniture workers highly exposed to wood dust (for men SIR, 2.3; 95%CI: 0.3–8.4, *n* = 2; for women SIR, 3.2; 95%CI: 0.1–18.1, *n* = 1).

Three new case–control studies (Table 2.4) have published results relevant for the evaluation of sinonasal cancer. Teschke *et al.* (1997) found no association with softwood or hardwood dust in a small Canadian study. In a pooled re-analysis of European case–control studies 't Mannetje *et al.* (1999) found a strong association with adenocarcinoma (OR, 12.2; 95%CI: 7.4–20.0), but no association with squamous cell carcinoma (OR, 0.7; 95%CI: 0.5–1.1). Pesch *et al.* (2008) found a strong association between adenocarcinoma and hardwood dust exposure (OR, 4.0; 95%CI: 1.9–8.3), but not with softwood dust exposure (OR, 0.3; 95%CI: 0.2–0.7). [The Working Group noted that only compensated cases were included, and this may have biased the results towards hardwood dust exposure.]

JNJ 000451715

**Table 2.1 Case series of sinonasal cancer according to occupation and exposure to wood dust**

| Reference, location, name of study | Sex | Origin | Histology | Exposed cases/ total cases | Occupations/exposures | Comments |
|---|---|---|---|---|---|---|
| Svane-Knudsen et al. (1998) Denmark | M, F | Nasal cavity and paranasal sinuses Hospital-based series 1978–95 | Adenocarcinomas Epidermoid carcinomas | 12/22 3/41 | Hardwood dust exposure based on patient records [further details were not provided] | Softwood dust exposure not mentioned |
| Stoll et al. (2001) France | M, F | Ethmoidal sinuses 1975–2000 | Adenocarcinomas | 62/76 | Exposed to wood dust | Mean duration of wood dust exposure 26 yr |
| Roux et al. (2002) France | | Sinonasal cancer 1985–2001 | Adenocarcinomas | 134/139 | Wood dust exposure from furniture, sawmill, carpentry and wood-product workers | Mean duration of wood dust exposure 30 yr |
| Barbieri et al. (2005) Italy | M, F | Ethmoidal sinuses 1978–2002 | Adenocarcinomas | 17/100 | Hardwood and softwood dust exposure (5 softwood only) | |
| Llétin et al. (2006) France | M, F | Ethmoidal sinuses Hospital-based series 1985–2004 | Adenocarcinomas | 45/60 | Wood dust exposure | Mean duration of wood dust exposure 25.6, range 2–44 yr |
| Fontana et al. (2008) France | M, F | Sinonasal cancer Diagnostic Registry 1981–2000 | All | 46/76 men 0/24 women | Wood dust exposure | Mean duration of wood dust exposure 37 yr |
| Llorente et al. (2008) Spain | M, F | Hospital-based series 1986–2002 | All | 62/79 | Wood dust exposure | |
| Bornholdt et al. (2008) Denmark | M, F | Sinonasal cancer 1991–2001 | Adenocarcinomas Squamous cell carcinomas | 33/58 7/109 | Wood dust exposure as per job title from the Central Person Registry or interview | |
| Choussy et al. (2008) France | M, F | Ethmoidal sinuses Hospital-based series 1976–2001 | Adenocarcinomas | 353/418 | Wood dust exposure | Mean duration of wood dust exposure 27.7 yr |

417

JNJ 000451716

**Table 2.2 Cohort studies of woodworkers exposed to wood dust**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)ᵃ | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Demers et al. (1995b). Cohort mortality study United Kingdom and USA | Pooled analysis of updated data from 5 studies: British furniture workers (Acheson et al., 1984), US furniture workers (Miller et al., 1989), two cohorts of plywood workers (Blair et al., 1986; Robinson et al., 1995), and wood model makers (Roscoe et al., 1992) | Workers classified as exposed to wood dust based on available work history | All cancers (140–208) | All woodworkers | 1726 | 0.8 (0.8–0.8) | SMRs adjusted for sex, age, & calendar period using national rates | |
| | | | Pharynx (146–149) | All woodworkers | 20 | 0.8 (0.5–1.3) | | |
| | | | Nasopharynx (147) | All woodworkers | 9 | 2.4 (1.1–4.5) | | |
| | | | | Possible wood dust | 4 | 2.9 (0.8–7.5) | | |
| | | | | Probable wood dust | 0 | 0.0 (0.0–3.8) | | |
| | | | | Definite wood dust | 5 | 5.3 (1.7–12.4) | | |
| | | | Paranasal sinus (160) | All woodworkers | 11 | 3.1 (1.6–5.6) | | |
| | | | | Possible wood dust | 1 | 0.8 (0.0–4.6) | | |
| | | | | Probable wood dust | 1 | 1.2 (0.0–6.5) | | |
| | | | | Definite wood dust | 9 | 8.4 (3.9–16.) | | |
| | | | Larynx (161) | All woodworkers | 18 | 0.7 (0.4–1.0) | | |
| | | | | Possible wood dust | 4 | 0.4 (0.1–1.1) | | |
| | | | | Probable wood dust | 8 | 1.1 (0.5–2.1) | | |
| | | | | Definite wood dust | 6 | 0.8 (0.3–1.8) | | |
| | | | Lung (162) | All woodworkers | 575 | 0.8 (0.7–0.9) | | |
| | | | Stomach (151) | All woodworkers | 138 | 0.9 (0.8–1.1) | | |
| | | | Intestine (152, 153) | All woodworkers | 136 | 0.8 (0.6–0.9) | | |
| | | | Rectum (154) | All woodworkers | 60 | 0.8 (0.6–1.0) | | |
| | | | Non-Hodgkin lymphoma (200, 202) | All woodworkers | 57 | 1.1 (0.8–1.4) | | |
| | | | Hodgkin disease (201) | All woodworkers | 12 | 0.6 (0.3–1.1) | | |
| | | | Multiple myeloma (203) | All woodworkers | 33 | 1.3 (0.9–1.3) | | |

JNJ 000451717

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Damber et al. (1995b) (contd.) | | | | Possible wood dust | 9 | 1.0 (0.5–1.9) | | |
| | | | | Probable wood dust | 8 | 1.3 (0.6–2.5) | | |
| | | | | Definite wood dust | 11 | 1.6 (0.8–2.8) | | |
| | | | Leukaemia (204–208) | All woodworkers | 47 | 0.7 (0.5–0.9) | | |
| Stellman et al. (1998) Prospective cohort USA | Prospective study of 362823 men enrolled in the American Cancer Society Cancer Prevention Study II in 1982 and followed up for 6 yr | Self-reported wood dust exposure or wood-related occupation | All causes (0–999) | Wood dust exposure | 2995 | 1.1 (1.0–1.1) | RRs adjusted for age and smoking status | |
| | | | | Wood occupation | 1271 | 1.2 (1.1–1.2) | | |
| | | | All cancers (140–208) | Wood dust exposure | 961 | 1.1 (1.0–1.2) | | |
| | | | | Wood occupation | 381 | 1.2 (1.1–1.3) | | |
| | | | Pharynx (146–149) | Wood dust exposure | 7 | 0.9 (0.4–2.0) | | |
| | | | | Wood occupation | 2 | 0.8 (0.2–3.4) | | |
| | | | Nasopharynx (147) | Wood dust exposure | 1 | 0.4 (0.1–3.3) | | |
| | | | | Wood occupation | 1 | 1.4 (0.4–1.8) | | |
| | | | Paranasal sinus (160) | Wood dust exposure | 1 | 1.1 (0.1–8.4) | | |
| | | | | Wood occupation | 0 | | | |
| | | | Larynx (161) | Wood dust exposure | 8 | 1.6 (0.8–3.4) | | |
| | | | | Wood occupation | 2 | 1.2 (0.3–4.9) | | |

419

JNJ 000451718

IARC MONOGRAPHS – 100C

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Stellman et al. (1998) contd.) | | | Lung (162) | Wood dust exposure | 317 | 1.2 (1.0–1.3) | | |
| | | | | Wood occupation | 111 | 1.1 (0.9–1.4) | | |
| | | | Stomach (151) | Wood dust exposure | 40 | 1.3 (1.0–1.9) | | |
| | | | | Wood occupation | 11 | 1.1 (0.6–1.9) | | |
| | | | Colon (153) | Wood dust exposure | 100 | 1.0 (0.8–1.3) | | |
| | | | | Wood occupation | 37 | 1.0 (0.8–1.5) | | |
| | | | Rectum (154) | Wood dust exposure | 23 | 1.3 (0.8–2.0) | | |
| | | | | Wood occupation | 9 | 1.5 (0.8–2.9) | | |
| | | | Non-Hodgkin lymphoma (200, 202) | Wood dust exposure | 39 | 1.1 (0.8–1.5) | | |
| | | | | Wood occupation | 12 | 1.0 (0.6–1.7) | | |
| | | | Hodgkin disease (201) | Wood dust exposure | 4 | 1.2 (0.4–3.4) | | |
| | | | | Wood occupation | 1 | 1.0 (0.1–7.7) | | |
| | | | Multiple myeloma (203) | Wood dust exposure | 16 | 1.0 (0.6–1.8) | | |
| | | | | Wood occupation | 4 | 0.7 (0.3–1.9) | | |
| | | | Leukaemia (204–208) | Wood dust exposure | 32 | 0.9 (0.6–1.3) | | |
| | | | | Wood occupation | 14 | 1.1 (0.6–1.9) | | |

420

JNJ 000451719

Wood dust

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Innes et al. (2000) Retrospective cancer incidence cohort study Estonia | Retrospective study of incident cancers in all furniture workers employed in Tallinn, Estonia, for at least six months between 1 January 1946 and 31 December 1988 and living in Estonia on 1 January 1968. Cancer incidence follow-up: 1968–95 | Exposure based on industrial hygiene surveys and work history | All cancers (140–208) | Med. exposure men | 55 | 1.2 (0.9–1.6) | SIRs adjusted for age and calendar period | |
| | | | | High exposure men | 265 | 1.0 (0.9–1.1) | | |
| | | | | Med. exposure women | 98 | 1.0 (0.8–1.2) | | |
| | | | | High exposure women | 171 | 1.1 (0.9–1.3) | | |
| | | | Buccal cavity (140–145) | Med. exposure men | 5 | 3.7 (1.2–8.6) | | |
| | | | | High exposure Men | 6 | 0.8 (0.3–1.7) | | |
| | | | | Med. exposure women | 2 | 2.5 (0.3–8.9) | | |
| | | | | High exposure women | 2 | 1.6 (0.2–5.8) | | |
| | | | Pharynx (146–149) | Med. exposure men | 3 | 4.0 (0.8–11.8) | | |
| | | | | High exposure men | 6 | 1.5 (0.6–3.3) | | |
| | | | | Med. exposure women | 0 | 0.0 | | |
| | | | | High exposure women | 0 | 0.0 | | |
| | | | Paranasal sinus (160) | Med. exposure men | 0 | 0.0 | | |
| | | | | High exposure men | 2 | 2.3 (0.3–8.4) | | |
| | | | | Med exposure women | 0 | 0.0 | | |
| | | | | High exposure women | 1 | 3.2 (0.1–18.1) | | |

JNJ 000451720

IARC MONOGRAPHS – 100C

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Innes et al. (2000) (contd.) | | | Larynx | Men | 7 | 0.7 (0.3–1.4) | | |
| | | | | Women | 1 | 1.7 (0.0–9.4) | | |
| | | | Bronchi and lung (162) | Med. exposure men | 9 | 0.8 (0.4–1.5) | | |
| | | | | High exposure men | 70 | 1.0 (0.8–1.3) | | |
| | | | | Med. exposure women | 5 | 1.1 (0.4–2.6) | | |
| | | | | High exposure women | 11 | 1.6 (0.8–2.9) | | |
| | | | Stomach (151) | Med. exposure men | 11 | 1.7 (0.9–3.0) | | |
| | | | | High exposure men | 36 | 0.9 (0.6–1.2) | | |
| | | | | Med. exposure women | 13 | 1.2 (0.7–2.1) | | |
| | | | | High exposure women | 23 | 1.4 (0.9–2.1) | | |
| | | | Colon (153) | Med. exposure men | 6 | 3.0 (1.1–6.7) | | |
| | | | | High exposure men | 18 | 1.5 (0.9–2.4) | | |
| | | | | Med. exposure women | 8 | 1.4 (0.6–2.7) | | |
| | | | | High exposure women | 16 | 1.8 (1.0–2.9) | | |
| | | | Rectum (154) | Med. exposure men | 1 | 0.6 (0.0–3.2) | | |
| | | | | High exposure men | 13 | 1.2 (0.7–2.1) | | |
| | | | | Med. exposure women | 7 | 1.6 (0.6–3.2) | | |
| | | | | High exposure women | 11 | 1.6 (0.8–2.9) | | |

JNJ 000451721

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Innes et al. (2000) (contd.) | | | Hodgkin disease (201) | Med. exposure men | 1 | 2.6 (0.1–14.3) | | |
| | | | | High exposure men | 3 | 1.4 (0.3–4.2) | | |
| | | | | Med. exposure Women | 0 | 0.0 | | |
| | | | | High exposure women | 1 | 1.3 (0.0–7.5) | | |
| | | | Haematopoietic and lymphatic (200–208) | Med. exposure men | 2 | 0.8 (0.1–2.8) | | |
| | | | | High exposure men | 14 | 0.9 (0.5–1.5) | | |
| | | | | Med. exposure women | 5 | 1.0 (0.3–2.3) | | |
| | | | | High exposure women | 3 | 0.4 (0.1–1.2) | | |
| Szadkowska-Stanczyk & Szymczak (2001) Nested case–control study Poland | 79 deceased lung cancer cases from a cohort of 10575 Polish pulp and paper mill workers (7084 men, 3491 women), 1+ yr, 1968–90, observed through 1995 | Employment history obtained from the mills; occupational exposure was assessed by experts and a cumulative dose index | Lung (162) | Wood dust exposure | 10 | 2.1 (0.9–4.9) | ORs adjusted for smoking. Matched on sex, birth year (± 1 yr), hire year (± 3 yr), and vital status | |
| | | | | Low | 4 | 2.1 (0.6–7.4) | | |
| | | | | Moderate & high | 6 | 2.1 (0.7–6.3) | | |
| | | | | 1–4 yr of exposure | 4 | 1.7 (0.5–6.2) | | |
| | | | | 5+ yr of exposure | 6 | 2.4 (0.8–7.7) | | |
| | | | | Low cumulative dose | 4 | 2.1 (0.5–9.2) | | |
| | | | | High cumulative dose | 6 | 2.0 (0.7–5.4) | | |

JNJ 000451722

IARC MONOGRAPHS – 100C

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)ᵃ | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Dement et al. (2003)<br>Cohort mortality study<br>USA | 13354 male carpenter members of the United Brotherhood of Carpenters and Joiners of America matched to the New Jersey State Cancer registry, who had participated in the New Jersey Carpenters fund before 1 July 2000 and matched to the New Jersey Carpenters Pension Fund<br>All incident cancer cases within the cohort 1979–2000 | Employment as a carpenter | All cancers (140–208) | All | 592 | 1.1 (1.0–1.2) | SIRs adjusted for age and calendar period | The lowest duration of carpenter work (< 10 yr) was used as the comparison group for expected cases |
| | | | Pharynx (146–149) | | 11 | 1.4 (0.7–2.4) | | |
| | | | Oesophagus (150) | | 8 | 1.1 (0.5–2.2) | | |
| | | | Stomach (151) | | 12 | 1.0 (0.5–1.8) | | |
| | | | Rectum (154) | | 35 | 1.5 (1.1–2.1) | | |
| | | | Liver and gallbladder (155, 156) | | 12 | 1.6 (1.1–2.1) | | |
| | | | Larynx (161) | | 14 | 1.2 (0.7–2.0) | | |
| | | | Trachea, bronchus, and lung (160, 162) | | 137 | 1.5 (1.2–1.7) | | |
| | | | Other respiratory (163–165) | | 15 | 4.2 (2.4–6.9) | | |
| | | | Leukaemia (204–208) | | 12 | 0.8 (0.4–1.4) | | |
| | | | Myeloma (203) | | 9 | 1.5 (0.7–2.8) | | |

JNJ 000451723

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/deaths | RR (95%CI)[a] | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Lee et al. (2003) Cohort cancer incidence study Sweden | 365424 male construction workers screened by the Organization for Working Environment, Occupational Safety and Health during 1971–93 and followed during 1971–99 through the Swedish National Cancer Registry | Wood dust exposure assessment based on a job–exposure matrix | Multiple myeloma (203) | Never exposed[I] | 376 | 1.0 (reference) | RR[1] adjusted for BMI at entry to cohort | |
| | | | | Ever exposed[II] | 20 | 0.8 (0.49–1.20) | | |
| | | | | Never exposed[2] | 376 | 1.0 (reference) | RR[2] adjusted for age, BMI, and other occupational co-exposures | |
| | | | | Ever exposed[2] | 20 | 0.8 (0.49–1.23) | | |
| Jansson et al. (2005) Cohort cancer incidence study Sweden | Male construction workers, same population as Lee et al. (2003) 260052 workers in cohort after excluding those missing smoking and BMI | Wood dust exposure assessment based on a job–exposure matrix | Oesophagus (adenocarcinoma) | No exposure | 61 | 1.0 (reference) | IRRs adjusted for attained age, calendar year at entry into cohort, tobacco smoking at entry to cohort and BMI at entry to cohort | |
| | | | | Moderate exposure | 3 | 0.8 (0.2–2.5) | | |
| | | | | High exposure | 0 | 0 | | |
| | | | Gastric (cardia; adenocarcinoma) | No exposure | 152 | 1.0 (reference) | | |
| | | | | Moderate exposure | 11 | 1.1 (0.6–2.0) | | |
| | | | | High exposure | 2 | 4.8 (1.2–19.4) | | |
| | | | Oesophagus (squamous cell carcinoma) | No exposure | 170 | 1.0 (reference) | | |
| | | | | Moderate exposure | 8 | 0.7 (0.4–1.5) | | |
| | | | | High exposure | 1 | 2.2 (0.3–15.9) | | |

JNJ 000451724

## Table 2.2 (continued)

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/deaths | RR (95%CI)a | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Purdue et al. (2006) Cohort cancer incidence study Sweden | Male construction workers, same population as Lee et al. (2003). 307779 workers in cohort after excluding those missing smoking | Wood dust exposure assessment based on a job–exposure matrix | All sites (140–208) | Never exposed | 490 | 1.0 | RRs adjusted for age, smoking status and snuff use | |
| | | | | Ever exposed | 20 | 0.7 (0.4–1.0) | | |
| | | | Oral cavity (140–145) | Never exposed | 166 | 1.0 | | |
| | | | | Ever exposed | 5 | 0.5 (0.2–1.2) | | |
| | | | Pharynx (146–149) | Never exposed | 108 | 1.0 | | |
| | | | | Ever exposed | 4 | 0.6 (0.2–1.6) | | |
| | | | Larynx (161) | Never exposed | 216 | 1.0 | | |
| | | | | Ever exposed | 11 | 0.8 (0.5–1.5) | | |
| Sixtahl et al. (2002) Cohort cancer incidence study Sweden | Male construction workers, same population as Lee et al. (2003). 256357 workers in cohort after excluding those missing smoking and BMI | Wood dust exposure assessment based on a job–exposure matrix | Gastric (non-cardia) (151) | Wood dust No exposure | 892 | 1.0 (reference) | RRs adjusted for age, smoking status and BMI | |
| | | | | Moderate exposure | 53 | 0.9 (0.7–1.2) | | |
| | | | | High exposure | 3 | 1.2 (0.4–3.6) | | |

BMI, body mass index; CI, confidence interval; IRR, incidence rate ratio; RR, relative risks; SIR, standardized incidence ratio; standardized mortality ratio; yr, year or years

JNJ 000451725

**Table 2.3 Descriptive and linkage studies with results on exposure to wood dust**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases /deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Pukkala et al. (2009) Census cancer incidence linkage Nordic countries | All incident cancer cases diagnosed in Denmark (1961–2005), Finland (1961–2005), Norway (1961–2005), Sweden (1961–2005) and Iceland (1961–2005) | Woodworkers includes workers who prepare and treat wood and make, assemble and repair constructions and products of wood | All cancers (140–208) | Men | 74353 | 0.95 (0.95–0.96) | SIRs adjusted for age and calendar period | National rates use to calculate expected cancers |
| | | | | Women | 3004 | 0.92 (0.89–0.95) | | |
| | | | Pharynx (146–149) | Men | 450 | 0.83 (0.76–0.11) | | |
| | | | | Women | 8 | 0.94 (0.4–1.9) | | |
| | | | Nose (160) | Men | 355 | 1.8 (1.7–2.04) | | |
| | | | | Women | 10 | 1.9 (0.9–3.5) | | |
| | | | Adenocarcinoma | Men | 122 | 5.5 (4.6–6.6)- | | |
| | | | | Women | | | | |
| | | | Larynx (161) | Men | 819 | 0.82 (0.77–0.8) | | |
| | | | | Women | 7 | 1.7 (0.5–3.9) | | |
| | | | Lung (162) | Men | 10941 | 0.96 (0.94–0.97) | | |
| | | | | Women | 235 | 1.2 (1.1–1.4) | | |
| | | | Mesothelioma (158, 162.2) | Men | 494 | 1.6 (1.4–1.7) | | |
| | | | | Women | 11 | 2.1 (1.1–3.8) | | |
| | | | Stomach (151) | Men | 4904 | 1.04 (1.01–1.07) | | |
| | | | | Women | 133 | 1.1 (0.93–1.3) | | |
| | | | Colon (153) | Men | 5478 | 0.9 (0.88–0.93) | | |
| | | | | Women | 206 | 0.88 (0.77–1.01) | | |
| | | | Rectum (154) | Men | 3988 | 0.97 (0.94–1.0) | | |
| | | | | Women | 123 | 0.96 (0.8–1.14) | | |
| | | | Hodgkin disease (201) | Men | 382 | 1.04 (0.94–1.15) | | |
| | | | | Women | 5 | 0.47 (0.15–1.11) | | |
| | | | Non-Hodgkin lymphoma (200, 202) | Men | 2170 | 0.97 (0.933–1.02) | | |
| | | | | Women | 110 | 1.03 (0.85–1.24) | | |
| | | | Multiple myeloma (203) | Men | 1263 | 1.01 (0.96–1.07) | | |
| | | | | Women | 47 | 1.03 (0.76–1.37) | | |
| | | | Leukaemia (204) | Men | 1898 | 0.96 (0.92–1.01) | | |
| | | | | Women | 61 | 0.93 (0.71–1.19) | | |

427

JNJ 000451726

IARC MONOGRAPHS – 100C

**Table 2.3 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases /deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Weiderpass et al. (2001)<br>Census linkage study<br>Finland | 2833 cases of endometrial cancers and 1101 cervical cancers diagnosed since 1971 in a cohort of 413877 skilled and specialized workers in Finland excluding farming occupations | Occupations were coded into job titles and a national job-exposure matrix (FINJEM) converted each job title into a probability and mean level of exposure | Endometrium | Wood surface finisher | 8 | 1.8 (0.8–3.5) | SIRs adjusted for birth cohort, follow-up period, and social class | |
| | | | | Low wood dust exposure | 368 | 1.0 (0.9–1.2) | | |
| | | | Cervix | High wood dust exposure | 70 | 1.1 (0.8–1.4) | | |
| | | | | Woodworker, NEC | 7 | 2.5 (1.0–5.1) | | |
| | | | | Plywood and fibreboard worker | 24 | 1.6 (1.0–2.3) | | |
| | | | | Low wood dust exposure | 249 | 1.2 (1.0–1.4) | | |
| | | | | High wood dust exposure | 34 | 1.2 (0.9–1.7) | | |

428

JNJ 000451727

**Table 2.3 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases /deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Arias Bahia et al. (2005) Registry-based study Brazil | 138 male cases in wood-related jobs based on hospital records, 1991–99, 20+ yr of age. Expected numbers based on male incidence rates from the Belem population-based cancer registry. 2420 deaths among woodworkers compared to other deaths in the State of Para | Employment as a wood worker | Oral cavity and pharynx | | 8 | 1.7 (1.0–2.6) | Age | PCIRs – proportional cancer incidence ratios Belem (1988–89) |
| | | | Stomach | | 32 | 1.0 (0.7–1.5) | | |
| | | | Colon | | 1 | 0.3 (0.0–1.7) | | |
| | | | Rectum | | 3 | 1.1 (0.2–3.7) | | |
| | | | Nasal cavity | | 1 | 1.5 (0.0–8.5) | | |
| | | | Larynx | | 7 | 1.2 (0.5–2.4) | | |
| | | | Lung | | 18 | 1.2 (0.7–1.9) | | |
| | | | Hodgkin disease | | 3 | 2.2 (0.4–6.3) | | |
| | | | Other lymphomas | | 0 | 0.0 | | |
| | | | Multiple myeloma | | 2 | 2.4 (0.3–8.8) | | |
| | | | Leukaemia | | 4 | 1.4 (0.4–3.5) | | |
| | | | Oral cavity and pharynx | | 18 | 1.0 (0.6–1.7) | | CMORs – cancer mortality odds ratios State of Para (1980–95) |
| | | | Stomach | | 82 | 0.8 (0.7–1.1) | | |
| | | | Colon | | 5 | 0.5 (0.2–1.2) | | |
| | | | Rectum | | 8 | 1.3 (0.6–2.8) | | |
| | | | Larynx | | 18 | 1.3 (0.6–2.8) | | |
| | | | Lung | | 53 | 0.8 (0.6–1.0) | | |
| | | | Hodgkin disease | | 5 | 1.1 (0.4–2.8) | | |
| | | | Other lymphomas | | 11 | 1.4 (0.7–2.6) | | |
| | | | Multiple myeloma | | 1 | 0.5 (0.0–3.4) | | |
| | | | Leukaemia | | 7 | 0.6 (0.2–1.2) | | |

429

JNJ 000451728

**Table 2.3 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases /deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Laakkonen et al. (2006) Census linkage study Finland | Incident cancer cases in all economically active Finns born during 1906–45 who participated in the national population census on 31 December 1970 (667121 men; 513110 women) | Exposure to wood dust: None (0) Low (< 3 mg/ m³-yr) Med (3–50 mg/ m³-yr) High (> 50 mg/ m³-yr) | Nasal cavity (160) | None men | 259 | 1.0 (0.9–1.1) | SIRs adjusted for age and social class | Exposure lag period 20 yr |
| | | | | women | 118 | 1.0 (0.8–1.2) | | |
| | | | | Low men | 15 | 1.6 (0.9–2.6) | | |
| | | | | women | 1 | 1.7 (0.0–9.7) | | |
| | | | | Med men | 17 | 1.3 (0.8–2.1) | | |
| | | | | women | 1 | 0.8 (0.0–4.4) | | |
| | | | | High men | 1 | 1.2 (0.0–6.9) | | |
| | | | | women | 0 | 0.0 | | |
| | | | Larynx (161) | None men | 1965 | 1.0 (1.0–1.1) | | |
| | | | | women | 128 | 1.0 (0.8–1.2) | | |
| | | | | Low men | 76 | 1.1 (0.8–1.3) | | |
| | | | | women | 1 | 1.2 (0.0–6.8) | | |
| | | | | Med men | 77 | 0.7 (0.6–0.9) | | |
| | | | | women | 3 | 2.1 (0.4–6.1) | | |
| | | | | High men | 1 | 0.1 (0.0–0.7) | | |
| | | | | women | 0 | 0.0 | | |
| | | | Lung (162) | None men | 27309 | 1.0 (1.0–1.0) | | |
| | | | | women | 3446 | 1.0 (1.0–1.0) | | |
| | | | | Low men | 936 | 1.1 (1.0–1.2) | | |
| | | | | women | 21 | 0.9 (0.6–1.4) | | |
| | | | | Med men | 1784 | 1.0 (1.0–1.1) | | |
| | | | | women | 48 | 1.0 (0.8–1.4) | | |
| | | | | High men | 108 | 0.9 (0.7–1.0) | | |
| | | | | women | 12 | 1.0 (0.5–1.7) | | |

CI, confidence interval; CMORs, cancer mortality odds ratios; PCIRs, proportional cancer incidence ratios; RR, relative risk; SIR,standardized incidence ratio; yr, year or years

JNJ 000451729

## 2.2 Cancer of the nasopharynx

The previous *IARC Monograph* reviewed nine community-based case–control studies of cancer of the nasopharynx (see Table 25, IARC, 1995). The majority indicated an excess risk associated with either wood dust exposure (4/5 studies) or wood-related occupations (3/4 studies). Many of these studies had positive results based on very small numbers, and did not control for confounding. The studies were conducted in many different countries and odds ratios were generally in the range of 1.5–2.5. Among the studies that adjusted for the effects of smoking and alcohol, Vaughan (1989) and Vaughan & Davis (1991) observed an excess risk among carpenters (OR, 4.5; 95%CI: 1.1–19), and all woodworkers employed for 10 years or longer (OR, 4.2; 95%CI: 0.4–27). Sriamporn et al. (1992) observed an excess risk among wood cutters (OR, 4.1; 95%CI: 0.8–22).

None of the cohort studies reviewed by the previous *IARC Monograph* provided results for cancer of the nasopharynx, a rare tumour with an incidence rate of approximately 1/100000 in European countries.

In the period following the previous *IARC Monograph* (IARC, 1995), five new or updated cohort studies (Table 2.2) were published including a pooled re-analysis of five previously published cohort studies. Demers et al. (1995b) found an excess risk of cancer of the nasopharynx among workers classified as definitely exposed to wood dust (SMR, 5.3; 95%CI: 1.7–12.4, *n* = 5) and, overall, excesses were observed among both furniture (SMR, 2.4; 95%CI: 1.2–5.9, *n* = 7) and plywood workers (SMR, 4.6; 95%CI: 0.6–16.4, *n* = 2). Stellman et al. (1998) found no evidence of an excess risk associated with self-reported wood dust exposure or longest occupation among participants in the Cancer Prevention Study II. The remaining cohort studies did not present results for this organ site.

Three new case–control studies (Table 2.5) have published results relevant for the evaluation of cancer of the nasopharynx. Armstrong et al. (2000) observed an increased risk associated with wood dust among Malaysian Chinese workers (OR, 2.4; 95%CI: 1.3–4.2). Vaughan et al. (2000) in a population-based study observed no increased risk overall (OR, 1.2; 95%CI: 0.5–2.7), and no evidence of an exposure–response relationship in analyses by maximum or cumulative exposure in a multicentre study in the USA. In another population-based study Hildesheim et al. (2001) found an increased risk overall (OR, 1.7; 95%CI: 1.0–3.0), which increased with both duration and cumulative exposure in Taiwan, China. It was also reported that these results were not affected by further adjustment for formaldehyde. One further hospital-based study reported an excess for nasopharyngeal and sinonasal cancer combined (Jayaprakash et al., 2008).

## 2.3 Cancer of the pharynx

The previous *IARC Monograph* reviewed four case–control studies of cancer of the pharynx other than the nasopharynx (see Table 26, IARC, 1995). Two indicated an excess risk associated with wood-related occupations, although one was based on very small numbers. Another found mixed evidence. None of the cohort studies reviewed by that Working Group provided relevant results.

Four new case–control studies (Table 2.5) published since the previous *IARC Monograph* have results relevant for the evaluation of cancer of the pharynx other than the nasopharynx. Gustavsson et al. (1998) observed a decreased risk for cancer of the hypopharynx associated with wood dust in Sweden (OR, 0.5; 95%CI: 0.3–1.0). Laforest et al. (2000) observed no increased risk overall (OR, 0.9; 95%CI: 0.5–1.7), and only a slightly increased risk in the highest categories of cumulative exposure (OR, 1.5; 95%CI: 0.6–3.9). Berrino et al. (2003) found an increased risk of

JNJ 000451730

**Table 2.4 Case–control studies of sinonasal cancer and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Teschke et al. (1999) Population-based case-control study Canada | Nasal cavity and paranasal sinus (160) | All incident cases with histologically confirmed primary malignant tumours age ≥ 19 yr; 1990–92 | Controls were selected randomly from provincial voters list; frequency-matched for age and sex | Occupational histories obtained by interview and occupational exposures assessed by job classification | Hardwood dust Softwood dust | 0.6 (0.1–3.0) 0.7 (0.3–1.6) | Sex, age (< 60, 60–69, ≥ 70), cigarette smoking (0–19, ≥ 20 pack-years) | |
| 't Mannetje et al. (1999) Pooled population-based case-control study Italy, France, Netherlands, Germany, Sweden | Nasal cavity and paranasal sinus (160) | 555 cases (104 women, 451 men) from 4 studies in Italy and 1 each from the Netherlands, France, Germany, and Sweden | 1705 controls (241 women, 1464 men) from the same studies | Occupational history and job-exposure matrices were applied for wood dust | Wood dust exposure: Women Men Adenocarcinoma Squamous cell carcinoma | 1.2 (0.3–4.5) 2.4 (1.8–3.2) 12.2 (7.4–20.0) 0.7 (0.5–1.1) | Age group and study centre. Sex and smoking where applicable | |
| Pesch et al. (2008) Industry-based case–control study Germany | Nasal cavity and paranasal sinus (160) | 86 male cases of adenocarcinoma of the nasal cavity and paranasal sinuses identified among workers with a recognized occupational disease during 1994–2003 | 204 controls randomly recruited from recognized accidents and falls frequency-matched to controls for age with 60 yr cut-off. Controls were also employed in the woodworking industries | Cumulative and average wood dust exposure quantified with a job-exposure matrix based on wood dust measurements at recent and historical workplaces | High exposure to: Hardwood Softwood Particle board Medium-density fibreboard | 4.0 (1.9–8.3) 0.3 (0.2–0.7) 0.5 (0.3–1.0) 0.3 (0.1–1.1) | Smoking, age, region, ever exposed to varnishes or stains | Only cases with successful compensation claims were used |

JNJ 000451731

Wood dust

**Table 2.5 Case–control studies of cancer of the pharynx and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)ᵃ | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Gustavsson et al. (1998) Population-based case-control study Sweden | Pharynx (140–149) | 401 incident squamous cell carcinomas, men aged 40–79 yr living in Stockholm or Southern health care region, 1988–91 | Randomly selected from the base population, frequency-matched on region and age group | Occupational history, exposure assessment based on literature survey of exposure | Ever exposed | 0.5 (0.3–1.0) | Region, age, alcohol consumption, smoking habits | |
| Armstrong et al. (2000) Population-based case-control study Malaysia | Nasopharynx (147) | 282 Chinese cases identified between July 1990 and June 1992 through diagnosis records and/or treatment at centres with radiotherapy in the study area of Selangor & the Federal Territory | Matched by age (± 3yr) to 1 control in good health with no history of cancer of the head, neck or respiratory system, selected from Chinese population | Occupational histories were obtained by interview, exposure based on job | Any history of occupational exposure to wood dust | 2.4 (1.3–4.2) | Diet and cigarette smoke indices, and matched on age | |
| Vaughan et al. (2000) Multicentred population-based case-control study USA 1987–93 | Nasopharynx (147) | 196 newly diagnosed cases in men & women, age 18–74 yr, from 5 registries (Connecticut, Detroit, Iowa, Utah and western Washington) | 244 controls from the general population through random-digit dialling and frequency-matched to the cases by age (± 5yr), sex and cancer registry | Lifetime histories of occupational and chemical exposures taken by interview; estimates of exposures assessed on a job-by-job basis | Ever exposed<br>Max exposure (mg/m³):<br>> 0.0–0.55<br>> 0.55–1.50<br>> 1.50<br>Cumulative (mg/m³–yr):<br>> 0.0–2.75<br>> 2.75–15.70<br>> 15.70 | 1.2 (0.5–2.7)<br><br>1.3 (0.5–3.6)<br>2.0 (0.5–8.1)<br>0.2 (0.0–2.1)<br><br>0.7 (0.2–2.5)<br>3.0 (0.9–9.8)<br>0.4 (0.1–2.3) | Age, sex, race, SEER site, cigarette use, proxy status, education and cumulative exposure to formaldehyde | |

433

JNJ 000451732

IARC MONOGRAPHS – 100C

**Table 2.5 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Laforest et al. (2000)<br>Hospital-based case–control study<br>France<br>1989–91 | Hypopharynx (148) | 296 men, incident squamous cell carcinomas, histologically confirmed from 15 hospitals | Controls were patients with primary cancers of different sites requiring the same medical environment as case cancers, frequency-matched on age, same hospital or similar hospitals nearby, 1987–91 | Detailed lifetime occupational history taken, occupational exposures were assessed through a job–exposure matrix | Ever exposed<br>Probability:<br>≤ 70%<br>> 70%<br>Duration:<br>< 6 yr<br>6–10 yr<br>> 10 yr<br>Cumulative:<br>Low (< 10)<br>Medium (10–42)<br>High (> 42) | 0.9 (0.2–4.1)<br><br>0.7 (0.3–1.8)<br>1.1 (0.5–2.3)<br><br>0.5 (0.2–1.5)<br>1.0 (0.3–2.9)<br>1.2 (0.5–3.0)<br><br>0.6 (0.2–1.6)<br>0.7 (0.3–2.3)<br>1.5 (0.6–3.9) | Age, smoking, alcohol, exposure to formaldehyde (yes/no), and mineral fibres (yes/no) | |
| Hildesheim et al. (2001)<br>Population-based case–control study<br>Taiwan, China<br>July 1991 to December 1994 | Nasopharynx (147) | 375 newly diagnosed, histologically confirmed cases identified through two tertiary care hospitals in Taipei, Taiwan, China; < 75 yr of age, residents of Taipei city for 6+ mo | 325 community controls matched to cases on sex, age and geographic residence by use of listings available through the National Household Registration System | Occupational history via interview, blindly assessed by an industrial hygienist for intensity and probability of exposure | Ever exposed<br>Duration:<br>≤ 10 yr<br>> 10 yr<br>Cumulative:<br>< 25<br>≥ 25 | 1.7 (1.0–3.0)<br><br>1.2 (0.6–2.5)<br>2.4 (1.1–5.0)<br><br>1.2 (0.6–2.5)<br>2.4 (1.2–5.1) | Age, sex, education, ethnicity, and HLA | |

434

JNJ 000451733

**Table 2.5 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Berrino et al. (2003) Population-based case-control study Italy, France, Spain, Switzerland 1979–82 | Hypopharynx (148) | 304 male incident cases from Calvados, France; Turin and Varese, Italy; Pamplona and Zaragoza, Spain; and Geneva, Switzerland | 2176 male population controls | Occupational history through specialist interview; exposures assessed using a job–exposure matrix | <55 yr of age: Possible exposure / Probable exposure / >55 yr of age: Wood dust exposure | 0.3 (0.1–1.0) / 0.4 (0.2–1.2) / 2.1 (1.2–3.7) | Age, centre, tobacco, alcohol, diet, socioeconomic status, and exposure to other agents | |
| Vlajinac et al. (2006) Hospital-based case–control study Serbia & Montenegro 1998–2000 | Oropharynx (146) | 100 consecutive incident cases at the Clinical Centre of Serbia | 100 controls among patients treated during the same period for non-malignant diseases of the head/neck, matched on age (± 2 yr), sex and place of residence | Occupational exposure to various chemicals, dust and other agents | Exposure to wood dust[1] / Occupational exposure to wood dust[2] | 2.3 (1.0–5.7) / 4.2 (1.5–11.9) | [1]Education, BMI, smoking, alcohol, family history of cancers [2]Smoking, dental diseases, HSV infection, smoking, alcohol | |
| Jayaprakash et al. (2008) Hospital-based case–control study Buffalo, NY, USA and Germany 1982–98 | Sinonasal & nasopharynx & hypopharynx (160, 147, 148) | 90 incident cases in men diagnosed at Roswell Park Cancer Institute | 1522 controls | Self reported exposures about prior exposure to wood dust at work | Moderate exposure / High exposure / Occasionally exposed / Regularly exposed | 1.5 (0.9–1.5) / 1.35 (0.4–4.6) / 1.45 (0.85–2.5) / 1.6 (0.75–3.3) | Age, sex, tobacco, education, year of enrollment | |

BMI, body mass index; CI, confidence interval; HLA, human leukocyte antigen; HSV, herpes simplex virus; mo, month or months; yr, year or years

JNJ 000451734

cancer of the hypopharynx among men over the age of 55 years (OR, 2.1; 95%CI: 1.2–3.7), and a decreased risk among men under 55 years (OR, 0.4; 95%CI: 0.2–1.2). Vlajinac et al. (2006) observed an increased risk of cancer of the oropharynx (OR, 2.3; 95%CI: 1.0–5.7) associated with wood dust in Serbia and Montenegro.

All five cohort studies published in the period following the previous *IARC Monograph* provided results for cancer of the pharynx, although none provided results for subsites of other than the nasopharynx. The pooled re-analysis of five previously published cohort studies (Demers et al., 1995b) observed slightly fewer cases of cancer of the pharynx than expected (SMR, 0.8; 95%CI: 0.5–1.3). Stellman et al. (1998) also found no evidence of an excess risk associated with self-reported wood dust exposure or longest occupation among participants in the Cancer Prevention Study II (RR, 0.9; 95%CI: 0.4–2.0). Innos et al. (2000) found an excess risk of cancer of the pharynx among Estonian furniture workers exposed to both medium levels (SIR, 4.0; 95%CI: 0.8–11.8) and high levels of exposure (SIR, 1.5; 95%CI: 0.6–3.3). Dement et al. (2003) observed slightly more cases of cancer of the pharynx than expected among members of the US carpenters union (SMR, 1.4; 95%CI: 0.7–2.4). Purdue et al. (2006) observed a somewhat reduced risk among Swedish construction workers exposed to wood dust versus those who were not (RR, 0.6; 95%CI: 0.2–1.6, *n* = 4).

## 2.4 Cancer of the larynx

The previous *IARC Monograph* reviewed ten case–control studies of cancer of the larynx (see Table 27, IARC, 1995). The majority had some indication of an excess risk associated with either wood dust exposure (1/2 studies) or wood-related occupations (7/8 studies), although sometimes based on small numbers. The studies were conducted in the USA (*n* = 7), Europe (*n* = 2), and the People's Republic of China (*n* = 1), and the majority of these studies adjusted for the effects of smoking. No support for this association was found in the cohort studies (see Table 18, IARC, 1995). The five cohort studies that reported results for cancer of the larynx observed fewer cancers than expected.

Seven new case–control studies (Table 2.6) have published results relevant for the evaluation of cancer of the larynx. Pollán & López-Abente (1995) in a Spanish study observed an excess risk among woodworkers (OR, 2.7; 95%CI: 0.9–7.7) that increased with duration of employment. Gustavsson et al. (1998) observed a decreased risk for cancer of the larynx associated with wood dust in Sweden (OR, 0.5; 95%CI: 0.3–0.9). Laforest et al. (2000) observed no increased risk overall and no evidence of an association with duration or cumulative exposure in a french study (OR, 1.0; 95%CI: 0.6–1.7). Elci et al. (2002) also found no association with wood dust in a Turkish study (OR, 1.1; 95%CI: 0.8–1.4). Berrino et al. (2003) found an increased risk of cancer of the larynx among men over the age of 55 (OR, 1.7; 95%CI: 1.2–2.6), and a decreased risk among men under 55 (OR, 0.6; 95%CI: 0.3–1.1). Ramroth et al. (2008) reported an excess based on a checklist (OR, 2.1; 95%CI: 1.2–3.9), but a weaker association based on a method using a job-specific questionnaire (OR, 1.4; 95%CI: 0.8–2.5). Jayaprakash et al. (2008) reported an excess among men based on self-reported exposure (OR, 2.1; 95%CI: 0.9–5.0). Six of the seven studies adjusted for the potential effects of smoking and alcohol consumption, but the last only adjusted for smoking.

All five cohort studies published in the period following the previous *IARC Monograph* provided results for cancer of the larynx. The pooled re-analysis of five previously published cohort studies (Demers et al., 1995b) observed slightly fewer cases of cancer of the larynx than expected (SMR, 0.7; 95%CI: 0.4–1.0), and no association with probability of exposure. Stellman et al. (1998) observed a potential excess risk associated with self-reported wood

JNJ 000451735

**Table 2.6 Case–control studies of cancer of the larynx and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Pollán & López-Abente (1995)<br>Hospital-based case–control study<br>Spain<br>January 1982 to August 1985 | Larynx (161) | 50 male residents of Madrid with histologically confirmed squamous cell carcinomas diagnosed at Ramon y Cajal Hospital | 1 hospital control (matched by sex, age, admission date excluding alcohol or tobacco-related conditions) and 1 population control (matched on sex, age, residential census sections at diagnosis) | Extensive job history up to 1 yr before diagnosis; subject was considered exposed at ≥ 1 yr of employment | All woodworkers<br>1–20 yr<br>> 20 yr | 2.7 (0.9–7.7)<br>1.6 (0.4–5.9)<br>5.6 (1.2–27.6) | Age, tobacco and alcohol consumption, and other occupational groups | |
| Gustavsson et al. (1998)<br>Community-based case–control study<br>Sweden<br>1 January 1988 to 31 January 1991 | Larynx (161) | 401 incident squamous cell carcinomas in all Swedish men aged 40–79 yr living in Stockholm or the southern health care region | Referents randomly selected from the base population and frequency-matched to the cases for region and age group (40–54, 55–64, 65–79 yr) | Exhaustive occupational history taken and exposure assessments were based on a literature survey of exposure data for different occupations | Ever exposed | 0.5 (0.3–0.9) | Adjusted for region, age, alcohol consumption and smoking habits | |

JNJ 000451736

IARC MONOGRAPHS – 100C

**Table 2.6 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)ᵃ | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Laforest et al. (2000) Hospital-based case–control study France 1 January 1989 to 30 April 1991; | Larynx (161) | 296 primary incident squamous cell cancers diagnosed and histologically confirmed in 15 French hospitals; only men were included in the study | Controls were patients with primary cancers of different sites requiring the same medical environment as case cancers, selected by frequency matching on age and recruited between 1987 and 1991 in the same hospitals as the cases or similar hospitals nearby | Detailed lifetime occupational history taken and occupational exposures were assessed through a job–exposure matrix | **Wood dust** Probability of exposure: ≤ 70% > 70% Duration of exposure: < 6 yr 6–10 yr > 10 yr Cumulative level: Low (< 10) Medium (10–42) High (> 42) | 1.0 (0.6–1.7) 0.9 (0.4–2.0) 1.1 (0.5–2.2) 1.4 (0.6–3.2) 0.5 (0.2–1.5) 1.0 (0.5–2.3) 1.0 (0.4–2.1) 1.2 (0.5–2.8) 0.9 (0.3–2.3) | Age, smoking, alcohol, exposure to formaldehyde, and mineral fibres | |
| Elci et al. (2002) Hospital-based case–control study Turkey 1979–84 | Larynx (161) | 940 cases among men identified from patients admitted to the Oncology Treatment Center of the Social Security Agency Okmeydani Hospital in Instanbul | 1519 referent patients with Hodgkin disease, soft tissue sarcoma, non-melanoma skin cancer, testis, bone and male breast cancer as well as a series of non-cancer subjects | Occupational history taken using a questionnaire, occupations coded and exposures assessed using a job–exposure matrix developed for occupational dusts | Wood dust exposure Low intensity Med intensity High intensity Low probability Med probability High probability | 1.1 (0.8–1.4) 0.8 (0.5–1.4) 1.4 (1.0–1.9) 0.8 (0.4–1.4) 1.3 (1.0–1.7) 1.4 (0.7–2.5) 0.4 (0.2–0.9) | Age, smoking, and alcohol consumption | |

438

JNJ 000451737

Wood dust

**Table 2.6 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Berrino et al. (2003) Population-based case–control study Italy, France, Spain, Switzerland 1979–82 | Endolarynx (161) | 696 male incident endolarynx cases diagnosed in Calvados, France; Turin & Varese, Italy; Pamplona & Zaragoza, Spain; Geneva, Switzerland | 2176 male population controls | Occupational history taken through specialist interview; occupational exposures assessed using a job-exposure matrix | < 55 yr of age: Possible exposure Probably exposure > 55 yr of age Wood dust exposure | 0.5 (0.2–1.1) 0.6 (0.3–1.1) 1.7 (1.2–2.6) | Age, centre, tobacco, alcohol, diet, socioeconomic status, and exposure to other agents | |
| Jayaprakash et al. (2008) Hospital-based case–control study Buffalo, NY, USA and Germany 1982–98 | Larynx (161) | 124 incident male cases diagnosed at Roswell Park Cancer Institute | 1522 controls | Self reported exposures about prior exposure to wood dust at work | Moderate exposure High exposure Occasionally exposed Regularly exposed | 0.8 (0.5–1.3) 2.1 (0.9–4.96) 0.8 (0.4–1.4) 1.5 (0.8–2.8) | Age, sex, tobacco, education, year of enrolment | |
| Ramroth et al. (2008) Population-based case–control study South-western Germany 1998–2000 | Larynx (161) | 257 histologically confirmed incident larynx cancer cases in men and women diagnosed in Rhein-Neckar-Odenwald region | 769 population controls | Occupational history taken through specialist interview; occupational exposures assessed using exposure substance check-list (SCL), detailed occupational history, supplementary job-specific questionnaires (JSQ) | SCL: Wood dust Hardwood dust Softwood dust JSQ: Wood dust Hardwood dust Softwood dust | 2.1 (1.2–3.9) 2.6 (1.3–5.2) 2.2 (1.1–4.2) 1.4 (0.8–2.5) 1.2 (0.6–2.5) 1.5 (0.7–2.8) | Adjusted for age, sex, tobacco, alcohol, education | |

CI, confidence interval; RR, relative risk; yr, year or years

439

JNJ 000451738

dust exposure (RR, 1.6; 95%CI: 0.8–3.4, $n = 8$), but not for wood occupations (RR, 1.2; 95%CI: 0.3–4.9, $n = 2$) among participants in the Cancer Prevention Study II. Innos et al. (2000) observed fewer cases of cancer of the larynx than expected (SIR, 0.7; 95%CI: 0.3–1.4) among male Estonian furniture workers. Dement et al. (2003) observed slightly more cases of cancer of the larynx than expected among members of the US carpenters union (SMR, 1.2; 95%CI: 0.7–2.0). Purdue et al. (2006) observed a somewhat reduced risk among Swedish construction workers exposed to wood dust versus those who were not (RR, 0.8; 95%CI: 0.5–1.5).

Recent registry-based studies also presented results for wood dust and cancer of the larynx. No excess was observed among woodworkers in a large Nordic census-based cancer incidence linkage study (Pukkala et al., 2009). Arias Bahia et al. (2005) observed a slight excess of cancer of the larynx in a Brazilian cancer registry and mortality study. Laakkonen et al. (2006) found no relationship with wood dust exposure in a Finnish cancer registry study.

## 2.5 Cancer of the lung

The Working Group for the previous *IARC Monograph* reviewed 24 case–control studies of cancer of the lung (see Table 28, IARC, 1995). Roughly half had some indication of an excess risk associated with either wood dust exposure or wood-related occupations. The studies were conducted in North America ($n = 11$), Europe ($n = 9$), Asia ($n = 3$), and New Zealand ($n = 1$). No support for this association was found in the cohort studies (see Table 18, IARC, 1995). The seven cohort studies that reported results for cancer of the lung observed a similar number of cancers to that expected.

Three new case–control studies (Table 2.7) have published results relevant for the evaluation of cancer of the lung. Wu et al. (1995) observed an increased risk of non-small cell lung cancers

among African- and Mexican-American men. Matos et al. (2000) observed an increased risk for lung cancer among sawmill workers, but not other woodworkers in Argentina. Barcenas et al. (2005) observed an excess of lung cancer associated with wood-related occupations or self-reported exposure in an American case–control study. All results were adjusted for smoking.

Four of the five cohort studies published in the period following the previous *IARC Monograph* provided results for cancer of the lung. The pooled re-analysis of five previously published cohort studies (Demers et al., 1995b) observed slightly fewer cases of cancer of the lung than expected (SMR, 0.8; 95%CI: 0.7–0.9). Stellman et al. (1998) observed a slight excess risk associated with self-reported wood dust exposure (RR, 1.2; 95%CI: 1.0–1.3), but not for wood occupations (RR, 1.1; 95%CI: 0.9–1.4) among participants in the Cancer Prevention Study II. Innos et al. (2000) observed an increased risk among highly exposed female (SIR, 1.6; 95%CI: 0.8–2.9), but not among male Estonian furniture workers (SIR, 1.0; 95%CI: 0.8–1.3). Dement et al. (2003) observed an excess among members of the US carpenters union (SMR, 1.5; 95%CI: 1.2–1.7). In a nested case–control study of Polish pulp and paper mill workers, Szadkowska-Stańczyk & Szymczak (2001) observed an excess of lung cancer associated with wood dust exposure (OR, 2.1; 95%CI: 0.9–4.9), but no evidence of an exposure–response relationship.

Recent registry studies also presented results for wood dust and lung cancer. A small excess was observed among women (SIR, 1.2; 95%CI: 1.1–1.4) but not among men (SIR, 0.96; 95%CI: 0.94–0.97) in a large Nordic census-based cancer incidence linkage study (Pukkala et al., 2009). Arias-Bahia et al. (2005) observed mixed results in Brazil; a slight excess in the cancer registry study and a decreased risk in the mortality study. Laakkonen et al. (2006) found no relationship with wood dust exposure in a Finnish cancer registry study.

JNJ 000451739

**Table 2.7 Case–control studies of cancer of the lung and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | Relative risk (95% CI)[a] | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Wu et al. (1995) Hospital-based case–control study USA | Lung (162) | 113 African-American and 67 Mexican-American cases with newly diagnosed lung cancer recruited from the hospitals in Houston and San Antonio, Texas | 270 healthy controls without prior histories of cancer from community centres, cancer screening programmes, churches and employee groups frequency-matched on age, ethnicity and sex | Occupational histories collected by interview, self-reported occupational exposure to wood dust | Wood dust exposure African-American: Non-small cell lung cancer | 3.5 (1.4–8.6) | Age, sex, mutagen sensitivity, and pack-yr (smoking) | . |
| | | | | | Small cell lung cancer | 4.8 (1.2–18.5) | | |
| | | | | | Mexican-American: Non-small cell lung cancer | 0.7 (0.0–12.4) | | |
| | | | | | | 3.8 (0.8–17.4) | | |
| | | | | | Small cell lung cancer | 0.3 (0.0–6.2) | | |
| Matos et al. (2000) Hospital-based case–control study Argentina 1994–96 | Lung (162) | 199 male patients residents in the city or in the province of Buenos Aires and admitted for treatment in any of 4 hospitals of Buenos Aires city | 393 controls; 2 male control subjects hospitalized for conditions unrelated to tobacco use during the same period, and residents in the same area, matched by hospital and age (± 5yr) | Occupational history obtained by interview; occupational exposure assessed by job-exposure matrix | Occupation in: Sawmills or wood mills | 4.8 (1.2–19.0) | Age group, hospital, pack–yr and industries with P < 0.05 | |
| | | | | | Furniture | 1.0 (0.4–2.2) | | |
| | | | | | Woodworkers (carpenters, cabinet-makers, machine operators) | 0.7 (0.3–1.5) | | |

JNJ 000451740

**Table 2.7 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | Relative risk (95% CI)[a] | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Barcenas *et al.* (2005)<br>Hospital-based case–control study<br>USA<br>July 1995 to October 2000 | Lung (162) | 1368 men and women with incident histologically confirmed lung cancer diagnosed at the University of Texas Cancer Center | 1192 cancer-free enrollees of private multispecialty clinics; matched on gender and ethnic groups | Longest held occupation or industry; self-reported wood dust exposure obtained by interview; minimum of 1 yr | Wood related occupation/industry | 3.2 (1.5–6.9) | Adjusted for age, gender, ethnicity, smoking status, and place of residence | |
| | | | | | Self-reported wood dust exposure | 1.5 (1.2–2.1) | | |
| | | | | | Occupation, industry, or self-reported exposure: | | | |
| | | | | | Lung (adenocarcinoma) | 1.5 (1.0–2.1) | | |
| | | | | | Non-small cell lung carcinoma (excluding adenocarcinoma) | 1.9 (1.3–2.7) | | |
| | | | | | Small cell lung carcinoma | 1.1 (0.5–2.3) | | |
| Jayaprakash *et al.* (2008)<br>Hospital-based case–control study<br>Buffalo, NY, USA and Germany<br>1982–98 | Lung (162) | 809 incident male cases diagnosed at Roswell Park Cancer Institute | 1522 controls | Self reported exposures about prior exposure to wood dust at work | Moderate exposure | 1.1 (0.9–1.4) | Age, sex, tobacco, education, year of enrollment | |
| | | | | | High exposure | 2.15 (1.3–3.6) | | |
| | | | | | Occasionally exposed | 1.1 (0.8–1.4) | | |
| | | | | | Regularly exposed | 1.7 (1.2–2.4) | | |

JNJ 000451741

## 2.6 Other cancer sites

The results for other cancer sites were reviewed, but were less consistent than for the respiratory tract. The results for case–control studies for wood dust that were published subsequent to the previous *IARC Monograph* are presented in Table 2.8.

## 2.7 Furniture and cabinet-making industry

The Working Group also addressed the carcinogenic risk associated with the furniture and cabinet-making industry that was evaluated in the previous *IARC Monograph* Volume 25 (IARC, 1981), and reassessed in Supplement 7 (IARC, 1987) when it was classified as *carcinogenic to humans (Group 1)*. Since then, new studies and pooled analyses have strengthened the association between working in this industry and sinonasal and nasopharyngeal cancers, including Fukuda & Shibata (1988), Minder & Vader (1988), Magnani *et al.* (1993), Demers *et al.* (1995a, b) and Bouchardy *et al.* (2002). Such studies are listed among others published since 1980 in Table 2.9 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.9.pdf; Table to 2.10 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.10.pdf; Table 2.11 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.11.pdf; Table 2.12 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.12.pdf; Table 2.13 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.13.pdf; Table 2.14 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.14.pdf; Table 2.15 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.15.pdf; and Table 2.16 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-10-Table2.16.pdf.

From reviewing the studies in Tables 2.9 to 2.16 together with the data on exposure to wood dust in Tables 2.1 to 2.8, the Working Group attributed the causal association between working in the furniture and cabinet-making industry and sinonasal and nasopharyngeal cancers to wood dust.

Another possible association observed in the industry included excesses of pleural malignant mesothelioma, which is most likely the result of asbestos exposure. Another possible excess of haematopoietic malignancies may be the result to other exposures such as solvents. Relevant results are presented in Tables 2.11, 2.13 and 2.15 (online), but the Working Group considered data for these sites to be inconsistent and inadequate for evaluation.

## 2.8 Synthesis

There is consistent and strong evidence from both case–control studies and large cohort studies that wood dust causes sinonasal cancer. Most of these studies do not specify the histology of the tumours. Among the case–control that specified histology, very large excess risks were observed for sinonasal adenocarcinoma and wood dust exposure. Case series have found a large proportion of adenocarcinoma cases to be woodworkers.

There is also weaker evidence that wood dust causes cancer of the nasopharynx. The majority of case–control studies observed an increased risk of cancer of the nasopharynx associated with wood dust exposure or with employment in wood-related occupations, although often based on small numbers. This is supported by the pooled re-analysis of cohort studies where a strong association was observed with probability of wood dust exposure. The primary confounder of concern was formaldehyde exposure, but in the pooled cohort study the probability of wood dust exposure, which would likely be inversely correlated with formaldehyde exposure, was

JNJ 000451742

**Table 2.8 Case–control studies of other cancers and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Fritschi & Siemiatycki (1996) Population-based case-control study Canada 1979–85 | Non-Hodgkin lymphoma (200, 202) | 3730 male cases aged 35–70 yr; resident in Montreal, histologically confirmed non-Hodgkin lymphoma, Hodgkin disease, or myeloma | 533 colorectal, bladder, prostate, stomach, kidney, melanoma, pancreas and oesophageal cancer controls. 533 population controls selected by electoral lists or random-digit dialling | Occupational history obtained by interview or questionnaire | Wood dust exposure: Non-substantial Substantial | 0.5 (0.3–0.8) 0.8 (0.5–1.3) | Age, proxy status, income (quintiles), ethnicity | Results for wood dust only presented for non-Hodgkin lymphoma |
| Cocco et al. (1998) Census-linked case-control study USA 1984–92 | Gastric cardia (151.1) | 1056 cases of gastric cardia cancer were identified in men aged 25 yr or more using death certificates from 24 states | 5280 control subjects were identified the same way but who died of non-malignant disease; 5:1 match on region, sex, race, and age | Usual occupation obtained from death certificates, exposure was assessed using a job-exposure matrix | Wood dust exposure: Unexposed <br> All exposed Low level exposure Med level exposure High level exposure | 1.0 (reference) 0.8 (0.6–1.1) 0.9 (0.6–1.4) 0.7 (0.5–1.2) 1.0 (0.5–2.2) | Matched on region, sex, race, and age | |

JNJ 000451743

Wood dust

**Table 2.8 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Coggon et al. (1999) Census-linked case–control study USA 1984–96 | Stomach (151) | 41957 deaths of stomach cancer aged 25+ yr using death certificates from 24 states | 83914 controls who died of non-malignant disease; 2:1 match on region, sex, race, and age (± 5 yr) | Usual occupation obtained from death certificates, exposure was assessed using a job–exposure matrix | White men: | | Matched on region, sex, race, and age | |
| | | | | | Med probability | 0.9 (0.8–1.1) | | |
| | | | | | High probability | 1.0 (0.9–1.1) | | |
| | | | | | Med intensity | 1.0 (0.9–1.1) | | |
| | | | | | High intensity | 0.9 (0.7–1.1) | | |
| | | | | | African-American men: | | | |
| | | | | | Med probability | 1.0 (0.7–1.3) | | |
| | | | | | High probability | 0.9 (0.8–1.2) | | |
| | | | | | Med intensity | 1.1 (0.9–1.3) | | |
| | | | | | High intensity | 0.8 (0.6–1.0) | | |
| | | | | | White women: | | | |
| | | | | | Med probability | 0.7 (0.4–1.2) | | |
| | | | | | High probability | 0.8 (0.3–2.2) | | |
| | | | | | Med intensity | 0.9 (0.7–1.2) | | |
| | | | | | High intensity | 0.7 (0.3–1.6) | | |
| | | | | | African-American women: | | | |
| | | | | | Medium probability | 1.3 (0.5–3.8) | | |
| | | | | | Medium intensity | 0.9 (0.5–1.6) | | |
| | | | | | High intensity | 0.4 (0.1–3.4) | | |

445

JNJ 000451744

**Table 2.8 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Mao et al. (2000) Registry-linked case–control study Canada 1994–97 | Non-Hodgkin lymphoma (200, 202) | 1469 histologically confirmed incident cases (764 men, 705 women) of non-Hodgkin lymphoma diagnosed in 8 Canadian provinces who were 20–74 yr of age | 5073 controls frequency matched on age and sex randomly selected from within the same provinces via Provincial Health Insurance Plans, Property Assessment databases, or random-digit dialling | Home or work exposure to 17 chemicals was obtained through questionnaires or interviews | Wood dust exposure: Men Women Never exposed 1–6 yr exposure ≥ 7 yr exposure | 0.9 (0.8–1.1) 1.4 (1.0–2.0) 1.0 (reference) 1.2 (0.7–1.9) 1.7 (1.1–2.6) | 10-yr age groups, province, BMI (< 20, 20–27, > 27), consumption of milk | |
| De Roos et al. (2001) Population-based case–control study Canada & USA 1992–94 | Neuroblastoma | 538 incident cases under 19 yr of age at 139 participating hospitals | 504 cases were identified through random-digit dialling individually caliper-matched to cases on date of birth | Telephone interviews with parents for maternal and paternal occupational history. Self-reported exposure assessed by an industrial hygienist (IH) | Wood dust exposure: Paternal occupational exposure Self-reported exposure IH-reviewed exposure | 1.4 (0.8–2.3) 1.5 (0.8–2.8) | Child's age, maternal race, maternal age, and maternal education | |

446

JNJ 000451745

**Table 2.8 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Briggs et al. (2003) Population-based case–control study USA 1984–88 | Non-Hodgkin lymphoma (200, 202) Hodgkin disease (201) | 1511 non-Hodgkin lymphoma, 343 Hodgkin disease cases diagnosed among African-American and white men born 1929–53, from Atlanta, Detroit, Connecticut, Iowa, Kansas, Miami, San Francisco, Seattle | 1910 controls with no history of the selected cancer identified by random-digit dialling and frequency-matched by birth year, and geographic region of cancer registry | Occupational history collected by professional interviewers | Wood dust exposure: Non-Hodgkin lymphoma: African-American White Hodgkin disease: African-American White | 1.4 (0.7–2.8) 1.1 (0.9–1.3) 4.6 (1.6–13.3) 0.9 (0.7–1.3) | Age and cancer registry. | |
| Fritschi et al. (2005) Population-based case–control study Australia January 2000–August 2001 | Non-Hodgkin lymphoma (200, 202) | Incident cases of non-Hodgkin lymphoma diagnosed in New South Wales or the Australian Capital Territory; aged 20–74 yr | Controls were randomly selected from the New South Wales and Australian Capital Territory Electoral Rolls, frequency matched on age, sex and region of residence | Lifetime occupational history obtained by telephone interview & mailed questionnaire. Exposure assessment done blindly by an occupational hygienist and a job–exposure matrix | Hardwood dust exposure: Non-substantial Substantial Softwood dust exposure: Non-substantial Substantial | 1.5 (0.9–2.4) 1.7 (1.0–2.9) 1.2 (0.6–2.7) 1.6 (0.1–2.6) 1.7 (1.0–2.8) 1.6 (0.7–3.8) | Adjusted for age, sex, state and ethnic origin | |

JNJ 000451746

**Table 2.8 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Pan et al. (2005) Registry-linked case–control study Canada 1994–97 | Brain (191) | 1009 incident cases of histologically confirmed primary brain cancer from 8 provinces | 5039 population control subjects aged 20–76 yr collected in the same study area | Occupational history obtained through questionnaires. Self-reported exposure | Wood dust exposure: Men / Women / Both sexes | 1.3 (1.9–1.4) 1.1 (0.8–1.7) 1.2 (1.0–1.4) | Age, province of residence, education, alcohol intake, total energy intake, smoking pack-yr, and sex | |
| Fritschi et al. (2002) Population-based case–control study Australia January 2001–August 2002 | Prostate (185) | 606 histologically confirmed cases in Western Australia, aged 40–75 yr. 402 cases of benign prostatic hyperplasia identified from hospital records | 471 controls aged 45–75 yr randomly selected from the Western Australia electoral roll August 2001–October 2002; frequency-matched on 5 yr age groups | Occupational history obtained by questionnaires and interviews. Exposure was assessed for each occupation by an occupational hygienist for probability, frequency and total dose. | Wood dust exposure: Prostatic cancer– / Not exposed / Non-substantial / Substantial / Benign prostatic hyperplasia– / Not exposed / Non-substantial / Substantial | 1.0 (reference) 1.1 (0.8–1.4) 1.2 (0.5–2.6) / 1.0 (reference) 1.1 (0.8–1.4) 0.8 (0.4–1.4) | Adjusted for age | |

BMI, body mass index; yr, year or years

JNJ 000451747

associated with nasopharyngeal cancer risk, and an excess was observed among both the furniture workers and plywood workers subcohorts.

There was weaker evidence for other sites such as the pharynx, larynx, and lung. Although positive associations were observed in some case–control studies, the pattern was not as consistent and not supported by positive findings in cohort studies.

The great majority of studies did not report on the specific tree species to which workers were exposed or whether exposure was due primarily to hardwoods or softwoods. The few studies that did address tree species were relevant only for the evaluation of sinonasal cancer. There is strong evidence for an association between sinonasal cancer and exposure to hardwood dusts, based on the results of the few studies that specifically assessed exposure to hardwoods and on the results of case series that identified specific tree species. Among the few case–control studies that assessed the relationship with softwoods, there was a consistent excess risk, but the magnitude of the excess was small in comparison to hardwoods, and the association was primarily with squamous cell carcinoma.

## 3. Cancer in Experimental Animals

Only a limited number of studies in experimental animals have been published on the carcinogenicity of wood dust. Studies described below include those summarized in the previous *IARC Monograph* (IARC, 1995) as well as studies published since.

### 3.1 Inhalation

#### 3.1.1 Rat

An inhalation study to determine the carcinogenicity of inhaled oak wood dust with and without wood preservatives was conducted in rats. Six groups of 58–61 female F344 rats were exposed to: 1) 18 mg/m$^3$ of untreated oak wood dust; 2) wood preservatives containing 1 μg/m$^3$ lindane and 0.2 μg/m$^3$ pentachlorophenol (PCP); 3) oak wood dust treated with lindane and PCP; 4) 21 μg/m$^3$ of sodium dichromate; 5) oak wood dust treated with chromate (wood contained the equivalent of 39 μg/m$^3$ chromate); and, 6) 72 μg/m$^3$ of *N*-nitrosodimethylamine (positive control). A group of 115 rats were sham-exposed (negative control). Approximately 24 rats/group were exposed for 25 weeks and approximately 36 rats/group were exposed for their lifespan. The particle size was reported as 2–7 μm. The untreated wood dust contained up to 5 μg/m$^3$ of chromate. No respiratory tract tumours were observed in the negative controls. The positive control group of animals exposed for their lifespan had an incidence of 12/35 nasal cavity tumours. Respiratory tract tumours occurred less frequently in animals exposed for only 25 weeks than in those exposed for their lifespan. The only significant finding in rats exposed for 25 weeks was an increased incidence over controls of benign tumours of organs other than the respiratory tract in the group exposed to chromate aerosol alone. In the rats exposed to untreated oak wood for their lifespan, 2/36 rats developed malignant tumours of the respiratory tract (one in the oral cavity, one bronchial carcinoma, but none in the nasal cavity); there were no benign tumours of the respiratory tract. There was 1/37 animals exposed to wood dust treated with chromate stain, and 1/34 animals exposed to chromate aerosol for their lifespan that had a nasal cavity tumour, but none were found in the rats exposed to untreated wood dust (Klein *et al.*, 2001).

Sixteen female Sprague Dawley rats were exposed to 25 mg/m$^3$ of untreated beech wood dust (70%, ≤ 10 μm; 10–20%, ≤ 5 μm) for 6 hours/day, 5 days/week for 104 weeks. There were 16 untreated controls. In the 15 surviving exposed rats and 15 control rats, no respiratory tract

JNJ 000451748

tumours were observed. Incidences of non-respiratory tract tumours did not differ between untreated and exposed rats (Holmström et al., 1989).

Fifteen female Wistar rats were exposed to 15.3 mg/m³ of beech wood dust (mass median aerodynamic diameter [MMAD], 7.2 μm; geometric standard deviation [GSD], 2.2) for 6 hours/day, 5 days/week, for 6 months, and were observed for up to 18 months. No respiratory tract tumours were found in exposed rats or in 15 untreated controls. The incidence of non-respiratory tract tumours did not differ between exposed rats and untreated controls (Tanaka et al., 1991).

### 3.1.2 Hamster

One group of 12 and one group of 24 male Syrian golden hamsters were exposed to either 15 or 30 mg/m³ beech wood dust (70%, ≤ 10 μm; 10–20%, ≤ 5 μm) for 6 hours/day, 5 days/week for either 36 or 40 weeks, respectively. One group of 12 and one group of 24 animals served as untreated controls. No respiratory tract tumours were observed in the 12 animals exposed to 15 mg/m³, but 1/22 animals exposed to 30 mg/m³ had an unclassifiable infiltrating malignant nasal tumour (not significantly different from controls) (Wilhelmsson et al., 1985a, b). [The Working Group noted that in the above inhalation studies, the size of the dusts was quite large, which might allow some deposition in the upper respiratory tract, but very little deposition in the lower respiratory tract. No measurement of deposition was made, so the actual exposure is unknown.]

## 3.2 Intraperitoneal injection

### 3.2.1 Rat

Female Wistar rats received three weekly intraperitoneal injections of beech wood dust [total dose reported as 250 or 300 mg/animal]

suspended in saline, and were held for 140 weeks. No mesotheliomas or sarcomas were reported in the 52 rats examined (Pott et al., 1989). [The Working Group noted the limited reporting of the study. No details on the number of starting animals or on particle size were given.]

## 3.3 Administration with known carcinogens or other modifying factors

### 3.3.1 Rat

Four groups of 16 female Sprague-Dawley rats were exposed 6 hours/day, 5 days/week for 104 weeks by inhalation to: air (control); 25 mg/m³ untreated beech wood dust (70%, ≤ 10 μm; 10–20%, ≤ 5 μm); 14.9 mg/m³ formaldehyde; or wood dust plus formaldehyde. Metaplastic or dysplastic lesions were observed in rats exposed to formaldehyde with or without wood dust, but the incidences between both groups were not statistically different. No such lesions were observed in control rats or in rats exposed to wood dust alone. No respiratory tract tumours were observed in rats exposed to wood dust or to wood dust plus formaldehyde (Holmström et al., 1989).

Two groups of 20 male Wistar rats were exposed by inhalation to air (control); or 15 mg/m³ of beech wood dust (MMAD, 7.2 μm; GSD, 2.2) for 6 hours/day, 5 days/week for 6 months. Thereafter, five rats per groups were exposed to 10.2 mg/m³ of sidestream cigarette smoke for 2 hours/day, 5 days/week for 1 month. The experiment was terminated 18 months after the start of the exposures. No tumours of the respiratory tract were observed (Tanaka et al., 1991).

### 3.3.2 Hamster

Two groups of 12 male Syrian golden hamsters were exposed by inhalation to air (control) or 15 mg/m³ beech wood dust (70%, ≤ 10 µm; 10–20%, ≤ 5 µm) for 6 hours/day, 5 days/week for 36 weeks. Another two groups of hamsters were treated similarly but also received weekly subcutaneous injections of 1.5 mg N-nitrosodiethylamine (NDEA) for the first 12 consecutive weeks. No nasal tumours were observed in the four groups. Tracheal squamous cell papilloma incidences were: 1/7, controls; 0/8, wood dust; 3/8, NDEA; 4/8, NDEA plus wood dust (Wilhelmsson et al., 1985a, b).

Two groups of 24 male Syrian golden hamsters were exposed by inhalation to air or 30 mg/m³ beech wood dust (70%, ≤ 10 µm; 10–20%, ≤ 5 µm) for 6 hours/day, 5 days/week for 40 weeks. Another two groups of hamsters were treated similarly but received weekly subcutaneous injections of 3 mg NDEA for the first 12 consecutive weeks. No respiratory tract tumours were found in control animals. The incidence of these tumours did not differ between the groups treated with NDEA or NDEA plus wood dust (Wilhelmsson et al., 1985a, b).

## 3.4 Exposure to wood dust extracts

In a lifetime experiment, four groups of 70 female NMRI mice weighing 25–30 g [age unspecified] received skin applications of a mutagenic fraction of a methanol extract of beech wood dust in 30 µL acetone twice a week for 3 months. Positive and negative controls were included in the study (Table 3.1). No effect on survival was observed between the treated groups and the negative control groups. A comparison between mice treated with wood dust extract and mice serving as negative controls indicated an overall carcinogenic effect ($P < 0.01$, $\chi^2$ test) (Mohtashamipur et al., 1989). [The Working Group also noted a dose-dependent increase in the incidence of skin squamous cell papillomas and carcinomas combined or papillomas alone.]

Four groups of 50 male and female Kunming mice were intragastrically administered 0, 1, 2 or 4 g/kg body weight of a water extract of birch wood dust, once a week for 5 weeks. Thereafter, mice were given 0.5% butylated hydroxytoluene for 3 weeks in the diet. The experiment was terminated at experimental Week 15. There was a dose-dependent increase ($P < 0.05$) in lung tumour incidence (0/50, 2/49, 4/48, 7/49, respectively), and multiplicity (0, 0.04, 0.15, 0.24 tumour/mouse, respectively). No significant increase was observed in a similar experiment using an organic extract of birch wood dust (He et al., 2002).

## 3.5 Exposure to wood shavings

Studies directed at testing the potential carcinogenicity of cedar shavings were inadequate in that they did not have control groups (Vlahakis, 1977; Jacobs & Dieter, 1978).

## 3.6 Synthesis

Several of the studies investigating the carcinogenicity of inhaled wood dust in rats and hamsters used particles with relatively large MMADs, a design that would enhance deposition in the upper respiratory tract, including the nasal cavity. Despite this design, the results of the animal studies do not confirm the nasal carcinogenicity of wood dust observed in humans. No measurement of the actual deposition of wood dust in the respiratory tract was made, and therefore the amount of the exposure is unknown.

In one study in mice, a methanol extract of beech wood dust was tested by skin application. Although a dose-dependent increase in the incidence of skin tumours was observed, this result cannot be used in the evaluation of the carcinogenicity in experimental animals of wood dust per se.

**Table 3.1 Study in mice exposed to mutagenic fractions of methanolic extracts of dust[a]**

| Tumour | Negative controls | | Shaven, acetone-treated (n = 42) | Extract (g) | | | | Benzo[a]pyrene (μg) | |
|---|---|---|---|---|---|---|---|---|---|
| | Untreated (n = 43) | Shaven (n = 44) | | 2.5 (n = 43) | 5.0 (n = 50) | 7.5 (n = 46) | 10.0 (n = 49) | 5 (n = 43) | 10 (n = 42) |
| Skin squamous cell carcinomas | – | – | – | 1 | – | – | 1[b] | 1 | 15 |
| Skin squamous cell papillomas | – | – | – | 1 | 1 | 6 | 5[b] | 2 | 5 |
| Skin keratoacanthomas | – | – | – | – | – | 1 | – | – | 2 |
| Skin papillary cystadenomas | – | – | – | – | 1 | – | – | – | – |
| Sebaceous gland adenomas | – | – | – | – | – | – | – | 2 | – |
| Mammary gland adenocarcinomas | – | – | – | – | 4 | 3 | 2 | – | 1 |
| Mammary gland adenoacanthomas | – | – | – | – | – | – | 1 | – | – |
| Mammary gland mixed tumours | – | – | – | – | – | – | 2 | – | – |
| Fibrosarcomas | – | – | – | – | – | 1 | – | – | – |
| Haemangiosarcomas | – | – | – | – | 1 | – | – | – | – |
| Neurofibrosarcomas | – | – | – | – | 1 | – | – | – | – |
| Lymphomas | – | – | – | – | – | – | 1 | – | – |
| Anaplastic carcinomas | – | – | – | – | 1 | – | – | – | – |
| Precancerous skin lesions | – | 1 | 2 | 2 | 4 | 8 | 6 | 13 | 18 |

[a] Dust from untreated, semidry beech wood
[b] [P < 0.01; Cochran-Armitage test for trend] where comparisons are made for 0 (acetone-treated controls), 2.5, 5.0, 7.5 and 10 g extract groups, including squamous cell carcinomas and papillomas combined, or papillomas alone
Adapted from Mohtashamipur et al. (1989), numbers of animals given are effective numbers

JNJ 000451751

# 4. Other Relevant Data

## 4.1 Deposition and clearance of particulates in the nasal region

The anatomy and physiology of the upper respiratory tract is complex, and there are significant differences between rodents, non-human primates, and humans (reviewed by Stuart, 1984; Harkema, 1991). Wood dust, leather dust, and metal-containing dusts are complex mixtures that have been associated with the development of sinonasal and nasopharyngeal cancers in humans (IARC, 1995). The nasal region is a primary target of inhaled toxicants. In humans, the particulate fraction of wood and leather dusts is considered to be responsible for carcinogenesis (Fu et al., 1996; Feron et al., 2001). Particulate dosimetry in the upper respiratory tract depends on anatomy, airflow dynamics, and histology. Three-dimensional models have been developed to facilitate interspecies comparisons (Anjilvel & Asgharian, 1995). Humans vary in their breathing patterns at rest and at work; these patterns have an impact on the extent of nasal deposition of particles. In humans, coarse particles (2.5–10 μm) deposit by impaction in the nasal region; very fine particles (less than 0.01 μm in diameter) deposit in the nasopharynx by diffusion (Fig. 4.1; reviewed in Oberdörster et al., 2005). Coarse particles deposited in the nose are rapidly removed by sneezing, sniffing, and mucociliary clearance. However, some areas in the nasopharynx lack cilia, and particles deposited in these regions have longer retention times that can be up to several days (Feron et al., 2001).

## 4.2 Molecular pathogenesis

The histopathological classification of cancers arising in the sinonasal region (nasal cavity and paranasal sinuses) and in the nasopharynx varies with the anatomical location and associated risk factors (Rosai, 2004). In the sinonasal region, benign tumours or sinonasal papillomas occur; the inverted papilloma subtypes may progress to malignant squamous cell carcinomas in 3–13% of cases (Littman & Vaughan, 2006). The most common malignant tumour in the sinonasal region is squamous cell carcinoma, which is usually associated with cigarette smoking ('t Mannetje et al., 1999), and rarely following exposure to wood dust (see Section 2). Adenocarcinomas are strongly associated with exposure to wood and leather dusts (Fu et al., 1996; d'Errico et al., 2009). Wood dust exposure was associated with a 21-fold [95%CI: 8.0–55.0] increase in the risk of having a sinonasal adenocarcinoma or a squamous cell carcinoma compared to not being exposed (Bornholdt et al., 2008). These occupationally related carcinomas have a unique histological appearance described as intestinal-type sinonasal adenocarcinoma (ITAC). The majority of ITACs are localized in the superior nasal cavity and ethmoid sinus. This cancer develops after a long latent period of 20–30 years of exposure to wood dust, and is locally invasive with rare distant metastases (Llorente et al., 2009). Other malignant sinonasal cancers include cylindrical (transitional) cell carcinoma, small cell neuroendocrine carcinoma, and undifferentiated (anaplastic) carcinoma (Rosai, 2004).

In the nasopharynx, the histopathological classification varies with age and associated risk factors (Yu & Yuan, 2006). Keratinizing squamous cell carcinomas occur at older ages, and the majority of nasopharyngeal carcinomas are non-keratinizing carcinomas, either differentiated or undifferentiated (Rosai, 2004). Non-keratinizing nasopharyngeal carcinomas are more common in high-risk populations in association with Epstein-Barr virus infection and other risk factors as discussed in Section 4.4.

JNJ 000451752

IARC MONOGRAPHS – 100C

**Fig. 4.1 Deposition of inhaled particles in the human respiratory tract during nasal breathing**



From Oberdörster et al., (2005). Drawing courtesy of J Harkema. Reproduced with permission from Environmental Health Perspectives.

### 4.2.1 Cancer of the nasal cavity and paranasal sinuses

These cancers are extremely rare with only an overall annual incidence of approximately 1/100000 in Europe (Muir et al., 1987). There have been few studies of molecular and genetic alterations associated with the development of sinonasal cancers, and no link to chemical carcinogens has been established (Saber et al., 1998). Inverted papilloma is recognized as a preneoplastic lesion, and mutations in the *p53* tumour-suppressor gene have been associated with progression to squamous cell carcinoma. Epigenetic alterations characterized by promoter hypermethylation have also been identified in sinonasal papilloma (Stephen et al., 2007). In ITACs of patients with known long-term exposure to wood or leather dust, *p14*$^{ARF}$ and *p16*$^{INK4a}$ promoter methylation was detected in 80% and 67% of cases, respectively (Perrone et al., 2003). In the same study, *p53* mutations were present in 44% (7/16 cases) of the ITACs, and in all but one case the mutations were G:C→A:T transitions in 86% of the cases, and involved the CpG dinucleotides in 50% of the cases. Loss of heterozygosity at chromosomal loci encoding the *p53* (locus 17p13), *p14*$^{ARF}$ and

JNJ 000451753

$p16^{INK4a}$ (locus 9p21) genes were also reported in 58% and 45% of the cases, respectively (Perrone et al., 2003). p53 Mutations were previously reported in only 18% (2/11) of sinonasal adenocarcinomas from patients with unknown exposure (Wu et al., 1996). K-RAS mutations were also reported in ITACs with a frequency of 13%, whereas the frequency was very low (1%) in squamous cell carcinoma (Saber et al., 1998; Bornholdt et al., 2008). Strikingly, among the five mutations located in codon 12 of the K-RAS gene, the G→A transition was the most common, and was present in tumour tissue (adenocarcinoma) from two wood-dust-exposed patients and from one patient with unknown exposure (Bornholdt et al., 2008). [The Working Group noted that a clear link between exposure to wood or leather dust and specific G:C→A:T transitions in ITACs remains to be demonstrated.] Although ITACs resemble colonic adenocarcinomas histologically, alterations in E-cadherin and β-catenin genes characteristic of the APC pathway and alterations in mismatch-repair genes are rare in sinonasal adenocarcinomas (Perez-Ordonez et al., 2004).

Unique patterns of chromosomal gains and losses have been associated with wood-dust-related ITACs (Korinth et al., 2005; Llorente et al., 2009). Overexpression of c-erbB2 protein was found in one-third of cases (Gallo et al., 1998).

There are no identified precursor lesions leading to the development of ITACs, although hyperplasia, squamous metaplasia, and dysplasia occur frequently in areas adjacent to sinonasal carcinomas (Llorente et al., 2009). A morphological study of nasal biopsies from 139 leather workers employed for a median of 29 years revealed squamous metaplasia in 65% of cases, dysplasia in 41% of cases, and goblet cell hyperplasia in 22% of cases. The presence of goblet cell hyperplasia was associated with longer occupational exposures in leather-tanning activities (Palomba et al., 2008).

### 4.2.2 Cancer of the nasopharynx

There are few studies of molecular alterations in cancer of the nasopharynx. Many genetic alterations (chromosomal gains and losses) have been described in endemic nasopharyngeal carcinomas, but none of these changes have been specifically linked to wood or leather dust exposure (Hui et al., 1999; Chan et al., 2002).

## 4.3 Mechanisms of toxicity and carcinogenicity

### 4.3.1 Tissue injury

Histopathological changes associated with tissue injury and repair (metaplasia, hyperplasia) are extremely common in the upper respiratory tract of experimental animals and humans. In rats, the inhalation of a wide range of volatile and semi-volatile industrial chemicals induces tissue injury, inflammation, and hyperplasia; however, there is no consistent association with subsequent development of nasal cancer. Inflammation, IgE-mediated allergic rhinitis associated with the inhalation of particulate antigens, and inflammatory sinonasal polyps are very common in humans, yet sinonasal cancers are rare as discussed in Section 4.2. Common histopathological changes found in the nasal epithelium include cuboidal and squamous metaplasia and hyperplasia of goblet cells and cylindrical cells. These reactive changes are not considered to be precursors for the development of neoplasia. It is possible that wood dust particles incite tissue injury by direct mechanical damage, although there are no experimental data to support this mechanism (Feron et al., 2001).

JNJ 000451754

### 4.3.2 Impaired ciliary clearance and mucostasis

Heavy occupational exposure to wood dust has been reported to impair ciliary clearance, and to contribute to mucostasis (IARC, 1995). Theoretically, the impaired clearance of wood dust particles could lead to prolonged contact with the upper respiratory epithelium (Littman & Vaughan, 2006). Impaired mucociliary clearance may also allow particulate antigens to gain entry to nasal-associated lymphoid tissues, and enhance allergic sensitization (Feron et al., 2001).

### 4.3.3 Direct genotoxicity

Direct genotoxic effects of wood dust extracts were summarized in IARC (1995). Overall, the mutagenic activity of beech and oak wood extracts was detected in bacterial systems and in rat hepatocytes in vitro. Several chemicals were isolated from wood extracts, but only quercetin and $\Delta^3$-carene were shown to be mutagenic (IARC, 1995). Exposure to hexavalent chromium has been associated with the development of sinonasal cancers (Sunderman, 2001).

Dust particles may act as carriers for genotoxic agents. Chromium compounds are often present in oak and beech dusts as they are frequently used in the wood-processing industry, particularly as potassium dichromate in stains as well as fixing agents in wood preservatives. Stained furniture is made largely from oak and beech as they contain enough tannic acid to allow for chemical staining (Klein et al., 2001). Nasal tumours were produced in rats following the inhalation of chromate-stained oak wood dust Klein et al. (2001). It was hypothesized that chromate trapped in dust particles is slowly released as hexavalent chromium in the nasal mucosa. Leather workers and tanners are also exposed to hexavalent chromium (Stern et al., 1987). Hexavalent chromium is genotoxic and

**Table 4.1 Other risk factors for cancers of the nasal cavity and paranasal sinuses[a]**

| Exposure | Reference |
|---|---|
| Boot and shoe manufacture and repair | IARC (1987, 2012b) |
| Formaldehyde | IARC (1995, 2012d) |
| Hexavalent chromium | IARC (1990, 2012b) |
| Mineral oils | IARC (1987, 2012d) |
| Mustard gas | IARC (1987, 2012d) |
| Selected nickel compounds | IARC (1990, 2012b) |
| Tobacco smoking | IARC (2002, 2012c) |

[a] All classifed as Group 1 carcinogens by IARC

has been linked with the development of sinonasal cancers in humans (Table 4.1; IARC, 1990).

DNA damage (detected by comet assay) in peripheral blood leukocytes was studied in 35 furniture workers and in 41 control office workers. Approximately 20% of woodworkers had elevated levels of DNA damage that did not depend on smoking status compared to 13% of control smokers and 7% of control non-smokers (Palus et al., 1999). [The Working Group noted that the significance of this study is difficult to assess because DNA damage in the sinonasal mucosa was not studied.]

Another group of 60 male furniture workers occupationally exposed for more than 5 years to a mixture of softwood and hardwood dusts (7.4–25.8 mg/m³) was studied for markers of genotoxicity using peripheral blood lymphocytes and buccal epithelial cells. Controls were 60 healthy male government workers with no history of wood dust exposure. Statistically significant elevations in DNA damage in peripheral blood lymphocytes were detected in workers using the Comet assay. Increased frequencies of micronuclei and chromosomal aberrations were also detected in the peripheral blood lymphocytes of workers. An increased frequency of micronuclei was also detected in buccal epithelial cells obtained from workers. Micronucleus frequency was increased in both workers and controls who were smokers and consumed alcohol. Serum

JNJ 000451755

levels of superoxide dismutase activity and glutathione peroxidase activity, but not catalase activity, were reduced in the workers (Rekhadevi et al., 2009). [The Working Group noted that the authors of this study could not eliminate a potential effect of exposure to chemical adhesives and wood polish in these workers.]

Çelik & Kanik (2006) studied the frequency of micronuclei and other nuclear alterations in exfoliated buccal mucosal cells from 20 workers occupationally exposed to wood dust and 20 healthy controls. Dust levels in the workplace were 4.7–28.9 mg/m³. In the controls, the micro-nucleus frequency was 1.5 ± 1.2% compared to 6.6 ± 1.6% in the workers. Evidence of nuclear injury (karyolysis, karyorhexis) and binucleated cells was also increased in the workers. Smokers in both groups showed increased micronucleus frequency and evidence of nuclear injury. [The Working Group noted that the use of buccal epithelial cells as a surrogate for sinonasal mucosa had not been validated.]

The genotoxicity of six wood dusts and dust from MDF coated with oak was compared in the A549 human lung carcinoma cell line (Bornholdt et al., 2007). As determined by a comet assay, beech, birch, teak, pine, and MDF dusts increased DNA strand breaks 1.2–1.6-fold after 3 hours of exposure. [The Working Group noted that the use of a malignant lung carcinoma cell line as a surrogate for sinonasal epithelial cells is questionable, and that no particulate control group was included.]

No data based on genotoxic assays were available to the Working Group for workers exposed to leather dusts.

### 4.3.4 Indirect genotoxicity

The most likely mechanism proposed for the carcinogenicity of wood dust is a combination of reduced clearance of large particles from the middle turbinate and ethmoid regions of the sinonasal cavity, leading to mechanical irritation, inflammation, and increased cell proliferation (Llorente et al., 2009). In support of the association between chronic inflammation and sinonasal cancer, Holmila et al. (2008) analysed COX-2 and p53 protein expression in 23 cases of adenocarcinoma; 17 were exposed to wood dust and 19 were smokers. Elevated COX-2 expression was found in 13 cases including eight cases who were non-smokers; ten of these cases had a history of wood dust exposure. In 50% of the cases with elevated COX-2 expression, there was elevated p53 protein expression in the same histological pattern as COX-2. COX-2 protein expression was confirmed at the mRNA level.

In a murine model of lung inflammation induced by intranasal instillation of birch or oak dusts two times a week for 3 weeks, oak dust induced more inflammation with an influx of neutrophils and lymphocytes compared with birch dust that elicited an influx of eosinophils (Määttä et al., 2006).

These dusts were also tested for induction of pro-inflammatory mediators from murine RAW 264.7 macrophage cell lines. Birch dust increased the release of the pro-inflammatory cytokines IL-6 and TNF-α, and oak dust caused a smaller release of TNF-α. Birch dust also elicited a stronger chemokine response than oak dust (Määttä et al., 2005).

A panel of six wood dusts and MDF dust was assessed for expression of IL-6 and IL-8 pro-inflammatory cytokines using the human A549 lung carcinoma cell line. Based on expression of IL-8 mRNA, teak dust was more potent than MDF, birch, spruce, or pine dust; with beech and oak dust showing the weakest activity in this assay (Bornholdt et al., 2007).

Human alveolar macrophages obtained from healthy volunteers were exposed to endotoxin-free pine dust for 2 hours. This exposure induced a dose-dependent release of the pro-inflammatory mediators, TNF-α and MIP-2, that was associated with increased production of reactive oxygen species (Long et al., 2004).

JNJ 000451756

No experimental data were available to the Working Group on the release of inflammatory mediators from animals or cell cultures following exposure to leather dusts.

Overall, these experimental studies provide evidence that wood dust from a variety of hardwoods and softwoods can elicit the release of pro-inflammatory mediators after short-term exposures, and suggest a possible association between inflammation and the development of cancer.

In summary, the mechanism responsible for the carcinogenicity of wood or leather dusts is unknown as concluded previously by IARC (1995). In 2000, the Health Council of the Netherlands concluded that wood dust cannot be classified as a non-genotoxic carcinogen or as a direct or indirect genotoxic carcinogen due to insufficient mechanistic data (Feron et al., 2001).

## 4.4 Other risk factors for sinonasal and nasopharyngeal cancers

The most important exposures associated with the development of sinonasal cancers are occupational exposures in furniture and woodworking industries, leather and shoe manufacturing, and in nickel workers (Table 4.1; IARC, 2012b).

Exposures to other agents classified by IARC as *carcinogenic to humans (Group 1)* have also been associated with cancers of the nasal cavity and paranasal sinuses (Table 4.1).

Other occupations that have been suggested to be linked with the development of sinonasal cancers include agricultural workers, workers in food manufacturing and preserving, and workers in the textile industry, and in the manufacturing of rubber and plastic products (Leclerc et al., 1997; Luce et al., 2002).

Nasopharyngeal cancers occurring in low-risk populations, including Europe and the US, peak in adolescents and young adults and are

**Table 4.2 Other risk factors for nasopharyngeal cancer[a]**

| Exposure | Reference |
|---|---|
| Chlorophenol | Zhu et al., (2002), IARC (1999) |
| Epstein-Barr virus (EBV) | IARC (1997, 2012a) |
| Ingestion of salted fish and preserved foods during childhood | IARC (2002, 2012c) |
| Formaldehyde | IARC (1995, 2012d) |
| Mustard gas | IARC (1987, 2012d) |
| Tobacco smoking | IARC (2002, 2012c) |

[a] All classifed as Group 1 carcinogens except for chlorophenol (2B)

associated with Epstein-Barr virus (EBV) infection. The highest risk populations are in the Cantonese region of Southern China and Hong Kong Special Administrative Region, followed by Taiwan, China, the Arctic region, Southeastern Asia, and North Africa. In these high-risk populations, peak incidence is at 50–59 years and the most important risk factors are dietary in association with EBV infection (Yu & Yuan, 2002; IARC, 2012a).

Tobacco smoking is a risk factor for both sinonasal cancer ('t Mannetje et al., 1999; IARC, 2002) and nasopharyngeal cancer, in addition to occupational exposure to formaldehyde or mustard gas (Table 4.2). Squamous cell carcinomas in the nasopharynx have also been linked with exposure to a wood preservative, chlorophenol (Table 4.2; IARC, 1999; Zhu et al., 2002).

It is worth noting that EBV infects almost everyone worldwide but the infection is usually kept dormant by the immune system. Exposure to agents that deregulate the immune system may potentially activate this oncogenic virus (IARC, 2012a).

No published reports were available to the Working Group on genetic susceptibility to development of sinonasal cancers or nasopharyngeal carcinoma associated with exposure to wood or leather dusts.

JNJ 000451757

## 4.5 Synthesis

Potential mechanisms responsible for the carcinogenicity of wood dust include tissue injury induced by the deposition of wood dust particles in the sinonasal region, impaired ciliary clearance, direct genotoxicity and indirect genotoxicity secondary to chronic inflammation. Wood or leather dusts may also act as carrier for other genotoxic agents (e.g. chromate). There is weak evidence for these mechanisms in cellular assays, short-term animal assays, or assays for genotoxicity using peripheral blood cells or buccal epithelial cells obtained from workers exposed to wood dust.

Workers exposed to wood or leather dusts have increased frequencies of metaplasia and hyperplasia in nasal epithelial biopsies, although these alterations are not considered to be precursor lesions of neoplasia at this organ site. In one study, leather workers also showed increased evidence of dysplasia in nasal biopsies. No mechanistic data were available to the Working Group for leather dust exposure.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of wood dust. Wood dust causes cancer of the nasal cavity and paranasal sinuses and of the nasopharynx.

There is *inadequate evidence* in experimental animals for the carcinogenicity of wood dust.

Wood dust is *carcinogenic to humans (Group 1)*.

## References

Acheson ED, Cowdell RH, Hadfield E, Macbeth RG (1968). Nasal cancer in woodworkers in the furniture industry. *BMJ*, 2: 587–596. doi:10.1136/bmj.2.5605.587 PMID:5654629

Acheson ED, Cowdell RH, Rang E (1972). Adenocarcinoma of the nasal cavity and sinuses in England and Wales. *Br J Ind Med*, 29: 21–30. PMID:5060244

Acheson ED, Pippard EC, Winter PD (1984). Mortality of English furniture makers. *Scand J Work Environ Health*, 10: 211–217. PMID:6494840

Alwis U, Mandryk J, Hocking AD et al. (1999). Dust exposures in the wood processing industry. *Am Ind Hyg Assoc J*, 60: 641–646. PMID:10529995

Andersen HC, Andersen I, Solgaard J (1977). Nasal cancers, symptoms and upper airway function in woodworkers. *Br J Ind Med*, 34: 201–207. PMID:911690

Andersen HC, Solgaard J, Andersen I (1976). Nasal cancer and nasal mucus-transport rates in woodworkers. *Acta Otolaryngol*, 82: 263–265. doi:10.3109/00016487609120900 PMID:983685

Anjilvel S & Asgharian B (1995). A multiple-path model of particle deposition in the rat lung. *Fundam Appl Toxicol*, 28: 41–50. doi:10.1006/faat.1995.1144 PMID:8566482

Arias Bahia SH, Echenique Mattos I, Koifman S (2005). Cancer and wood-related occupational exposure in the Amazon region of Brazil. *Environ Res*, 99: 132–140. doi:10.1016/j.envres.2004.12.005 PMID:16053937

Armstrong RW, Imrey PB, Lye MS et al. (2000). Nasopharyngeal carcinoma in Malaysian Chinese: occupational exposures to particles, formaldehyde and heat. *Int J Epidemiol*, 29: 991–998. doi:10.1093/ije/29.6.991 PMID:11101539

Baran S & Teul I (2007). Wood dust: An occupational hazard which increases the risk of respiratory disease. *J Physiol Pharmacol*, 58: Suppl. 543–50. PMID:18204114.

Barbieri PG, Lombardi S, Candela A et al. (2005). Epithelial naso-sinusal cancer incidence and the role of work in 100 cases diagnosed in the Province of Brescia (northern Italy), in the period 1978–2002. *Med Lav*, 96: 42–51. PMID:15847107

Barcenas CH, Delclos GL, El-Zein R et al. (2005). Wood dust exposure and the association with lung cancer risk. *Am J Ind Med*, 47: 349–357. doi:10.1002/ajim.20137 PMID:15776474

Barthel E & Dietrich M (1989). Retrospective cohort study of cancer morbidity in furniture makers exposed to wood dust. *Z Gesamte Hyg*, 35: 279–281. PMID:2750237

Battista G, Cavallucci F, Comba P et al. (1983). A case-referent study on nasal cancer and exposure to wood dust in the province of Siena, Italy. *Scand J Work Environ Health*, 9: 25–29. PMID:6857185

Berrino F, Richiardi L, Boffetta P et al. Milan JEM Working Group (2003). Occupation and larynx and hypopharynx cancer: a job-exposure matrix approach in an international case–control study in France, Italy, Spain and Switzerland. *Cancer Causes Control*, 14: 213–223. doi:10.1023/A:1023661206177 PMID:12814200

Black N, Dilworth M, Summers N (2007). Occupational exposure to wood dust in the British woodworking

JNJ 000451782

industry in 1999/2000. *Ann Occup Hyg*, 51: 249–260. doi:10.1093/annhyg/mem007 PMID:17369618

Blair A, Stewart PA, Hoover RN (1990). Mortality from lung cancer among workers employed in formaldehyde industries. *Am J Ind Med*, 17: 683–699. doi:10.1002/ajim.4700170604 PMID:2343874

Bornholdt J, Hansen J, Steiniche T *et al.* (2008). K-ras mutations in sinonasal cancers in relation to wood dust exposure. *BMC Cancer*, 8: 53 doi:10.1186/1471-2407-8-53 PMID:18289366

Bornholdt J, Saber AT, Sharma AK *et al.* (2007). Inflammatory response and genotoxicity of seven wood dusts in the human epithelial cell line A549. *Mutat Res*, 632: 78–88. PMID:17590384

Bouchardy C, Schüler G, Minder C *et al.* (2002). Cancer risk by occupation and socioeconomic group among men–a study by the Association of Swiss Cancer Registries. *Scand J Work Environ Health*, 28: Suppl 11–88. PMID:11871426

Briggs NC, Levine RS, Hall HI *et al.* (2003). Occupational risk factors for selected cancers among African American and White men in the United States. *Am J Public Health*, 93: 1748–1752. doi:10.2105/AJPH.93.10.1748 PMID:14534232

Çelik A & Kanik A (2006). Genotoxicity of occupational exposure to wood dust: Micronucleus frequency and nuclear changes in exfoliated buccal mucosa cells. *Environ Mol Mutagen*, 47: 693–698. doi:10.1002/em.20257 PMID:17078100

Chan AT, Teo PM, Johnson PJ (2002). Nasopharyngeal carcinoma. *Ann Oncol*, 13: 1007–1015. doi:10.1093/annonc/mdf179 PMID:12176778

Choussy O, Ferron C, Védrine PO *et al.*GETTEC Study Group (2008). Adenocarcinoma of Ethmoid: a GETTEC retrospective multicenter study of 418 cases. *Laryngoscope*, 118: 437–443. doi:10.1097/MLG.0b013e31815b48e3 PMID:18176354

Chung KYK, Cuthbert RJ, Revell GS *et al.* (2000). A study on dust emission, particle size distribution and formaldehyde concentration during machining of medium density fibreboard. *Ann Occup Hyg*, 44: 455–466. PMID:10963710

Cocco P, Ward MH, Dosemeci M (1998). Occupational risk factors for cancer of the gastric cardia. Analysis of death certificates from 24 US states. *J Occup Environ Med*, 40: 855–861. doi:10.1097/00043764-199810000-00004 PMID:9800169

Cocco P, Ward MH, Dosemeci M (1999). Risk of stomach cancer associated with 12 workplace hazards: analysis of death certificates from 24 states of the United States with the aid of job exposure matrices. *Occup Environ Med*, 56: 781–787. doi:10.1136/oem.56.11.781 PMID:10658565

Commonwealth of Australia (2008). *Benchmarking of exposures to wood dust and formaldehyde in selected industries in Australia.* Australian Safety and Compensation Council, pp. 71

d'Errico A, Pasian S, Baratti A *et al.* (2009). A Case-control Study on Occupational Risk Factors for Sino-nasal Cancer. *Occup Environ Med*, 66: 448455.

De Roos AJ, Olshan AF, Teschke K *et al.* (2001). Parental occupational exposures to chemicals and incidence of neuroblastoma in offspring. *Am J Epidemiol*, 154: 106–114. doi:10.1093/aje/154.2.106 PMID:11447042

Dement J, Pompeii L, Lipkus IM, Samsa GP (2003). Cancer incidence among union carpenters in New Jersey. *J Occup Environ Med*, 45: 1059–1067. doi:10.1097/01.jom.0000085892.01486.6a PMID:14534447

Demers PA, Boffetta P, Kogevinas M *et al.* (1995b). Pooled reanalysis of cancer mortality among five cohorts of workers in wood-related industries. *Scand J Work Environ Health*, 21: 179–190. PMID:7481605

Demers PA, Kogevinas M, Boffetta P *et al.* (1995a). Wood dust and sino-nasal cancer: pooled reanalysis of twelve case–control studies. *Am J Ind Med*, 28: 151–166. doi:10.1002/ajim.4700280202 PMID:8585514

Demers PA, Teschke K, Davies HW *et al.* (2000). Exposure to dust, resin acids, and monoterpenes in softwood lumber mills. *AIHAJ*, 61: 521–528. doi:10.1202/0002-8894(2000)061<0521:ETDRAA>2.0.CO;2 PMID:10976682

Edman K, Löfstedt H, Berg P *et al.* (2003). Exposure assessment to α- and β-pinene, delta(3)-carene and wood dust in industrial production of wood pellets. *Ann Occup Hyg*, 47: 219–226. doi:10.1093/annhyg/meg024 PMID:12639835

Elci OC, Akpinar-Elci M, Blair A, Dosemeci M (2002). Occupational dust exposure and the risk of laryngeal cancer in Turkey. *Scand J Work Environ Health*, 28: 278–284. PMID:12199430

Elwood JM (1981). Wood exposure and smoking: association with cancer of the nasal cavity and paranasal sinuses in British Columbia. *Can Med Assoc J*, 124: 1573–1577. PMID:7248866

Engzell U, Englund A, Westerholm P (1978). Nasal cancer associated with occupational exposure to organic dust. *Acta Otolaryngol*, 86: 437–442. PMID:716866

Feron VJ, Arts JH, Kuper CF *et al.* (2001). Health risks associated with inhaled nasal toxicants. *Crit Rev Toxicol*, 31: 313–347. doi:10.1080/20014091111712 PMID:11405443

Fontana L, Lietin B, Catilina P *et al.* (2008). Exposition professionnelle aux poussieres de bois et cancers naso-sinusiens. *Ann Otolaryngol Chir Cervicofac*, 125: 65–71. doi:10.1016/j.aorl.2007.10.003 PMID:18436189

Fritschi L, Benke G, Hughes AM *et al.* (2005). Risk of non-Hodgkin lymphoma associated with occupational exposure to solvents, metals, organic dusts and PCBs (Australia). *Cancer Causes Control*, 16: 599–607. doi:10.1007/s10552-004-7845-0 PMID:15986116

Fritschi L, Glass DC, Tabrizi JS *et al.* (2007). Occupational risk factors for prostate cancer and benign prostatic

JNJ 000451759

hyperplasia: a case–control study in Western Australia. *Occup Environ Med*, 64: 60–65. doi:10.1136/oem.2006.027706 PMID:17018583

Fritschi L & Siemiatycki J (1996). Lymphoma, myeloma and occupation: results of a case–control study. *Int J Cancer*, 67: 498–503. doi:10.1002/(SICI)1097-0215(19960807)67:4<498::AID-IJC6>3.0.CO;2-N PMID:8759607

Fu H, Demers PA, Costantini AS *et al.* (1996). Cancer mortality among shoe manufacturing workers: an analysis of two cohorts. *Occup Environ Med*, 53: 394–398. doi:10.1136/oem.53.6.394 PMID:8758034

Fukuda K & Shibata A (1988). A case–control study of past history of nasal diseases and maxillary sinus cancer in Hokkaido, Japan. *Cancer Res*, 48: 1651–1652. PMID:3345533

Fukuda K, Shibata A, Harada K (1987). Squamous cell cancer of the maxillary sinus in Hokkaido, Japan: a case–control study. *Br J Ind Med*, 44: 263–266. PMID:3567101

Gallo O, Franchi A, Fini-Storchi I *et al.* (1998). Prognostic significance of c-erbB-2 oncoprotein expression in intestinal-type adenocarcinoma of the sinonasal tract. *Head Neck*, 20: 224–231. doi:10.1002/(SICI)1097-0347(199805)20:3<224::AID-HED7>3.0.CO;2-2 PMID:9570628

Gustavsson P, Jakobsson R, Johansson H *et al.* (1998). Occupational exposures and squamous cell carcinoma of the oral cavity, pharynx, larynx, and oesophagus: a case–control study in Sweden. *Occup Environ Med*, 55: 393–400. doi:10.1136/oem.55.6.393 PMID:9764099

Hall AH, Teschke K, Davies H *et al.* (2002). Exposure levels and determinants of soft-wood dust exposures in BC lumber mills, 1981–1997. *AIHAJ*, 63: 709–714. PMID:12570078 doi:10.1202/0002-8894(2002)063<0709:ELADOS>2.0.CO;2

Harkema JR (1991). Comparative aspects of nasal airway anatomy: relevance to inhalation toxicology. *Toxicol Pathol*, 19: 321–336. PMID:1813979

Hayes RB, Gerin M, Raatgever JW, de Bruyn A (1986). Wood-related occupations, wood dust exposure, and sinonasal cancer. *Am J Epidemiol*, 124: 569–577. PMID:3752051

He P, Wu D, Dong Q (2002). The model of mouse lung tumor short-term induction test for assaying the carcinogencity induced by extracts of birch wood dust. *Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi*, 20: 116–118. PMID:14694626

Hernberg S, Collan Y, Degerth R *et al.* (1983). Nasal cancer and occupational exposures. Preliminary report of a joint Nordic case-referent study. *Scand J Work Environ Health*, 9: 2 Spec No208–213. PMID:6648420

Hildesheim A, Dosemeci M, Chan CC *et al.* (2001). Occupational exposure to wood, formaldehyde, and solvents and risk of nasopharyngeal carcinoma. *Cancer Epidemiol Biomarkers Prev*, 10: 1145–1153. PMID:11700262

Holmila R, Cyr D, Luce D *et al.* (2008). COX-2 and p53 in human sinonasal cancer: COX-2 expression is associated with adenocarcinoma histology and wood-dust exposure. *Int J Cancer*, 122: 2154–2159. doi:10.1002/ijc.23360 PMID:18186150

Holmström M, Wilhelmsson B, Hellquist H (1989). Histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde and wood dust. *Acta Otolaryngol*, 108: 274–283. doi:10.3109/00016488909125528 PMID:2816342

HSE (2000). *Wood Dust Survey 1999/2000* (Final Report). Sheffield: Health and Safety Laboratory, pp. 45

Hui AB, Lo KW, Leung SF *et al.* (1999). Detection of recurrent chromosomal gains and losses in primary nasopharyngeal carcinoma by comparative genomic hybridisation. *Int J Cancer*, 82: 498–503. doi:10.1002/(SICI)1097-0215(19990812)82:4<498::AID-IJC5>3.0.CO;2-S PMID:10404061

IARC (1981). Wood, leather and some associated industries. *IARC Monogr Eval Carcinog Risk Chem Hum*, 25: 1–379. PMID:6939655

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1990). Chromium, nickel and welding. *IARC Monogr Eval Carcinog Risks Hum*, 49: 1–648. PMID:2232124

IARC (1995). Wood dust and formaldehyde. *IARC Monogr Eval Carcinog Risks Hum*, 62: 1–405. PMID:7563584

IARC (1997). Epstein-barr virus and Kaposi's sarcoma herpesvirus/Human herpesvirus 8. *IARC Monogr Eval Carcinog Risks Hum*, 70: 1–492. PMID:9705682

IARC (1999). Re-evaluation of some organic chemicals, hydrazine and hydrogen peroxide. *IARC Monogr Eval Carcinog Risks Hum*, 71: 1–315. PMID:10507919

IARC (2002). Man-made vitreous fibres. *IARC Monogr Eval Carcinog Risks Hum*, 81: 1–381. PMID:12458547

IARC (2012a). Biological Agents. *IARC Monogr Eval Carcinog Risks Hum*, 100B: PMID:18335640

IARC (2012b). Metals, Arsenic, Dusts and Fibres. *IARC Monogr Eval Carcinog Risks Hum*, 100C: PMID:18335640

IARC (2012c). Lifestyle Factors. *IARC Monogr Eval Carcinog Risks Hum*, 100E: PMID:18335640

IARC (2012d). Chemical Agents and Related Occupations. *IARC Monogr Eval Carcinog Risks Hum*, 100F: PMID:18335640

Innos K, Rahu M, Rahu K *et al.* (2000). Wood dust exposure and cancer incidence: a retrospective cohort study of furniture workers in Estonia. *Am J Ind Med*, 37: 501–511. doi:10.1002/(SICI)1097-0274(200005)37:5<501::AID-AJIM6>3.0.CO;2-T PMID:10723044

JNJ 000451760

Jacobs BB & Dieter DK (1978). Spontaneous hepatomas in mice inbred from Ha:ICR Swiss stock: effects of sex, cedar shavings in bedding, and immunization with fetal liver or hepatoma cells. *J Natl Cancer Inst*, 61: 1531–1534. PMID:281561

Jansson C, Johansson AL, Bergdahl IA *et al.* (2005). Occupational exposures and risk of esophageal and gastric cardia cancers among male Swedish construction workers. *Cancer Causes Control*, 16: 755–764. doi:10.1007/s10552-005-1723-2 PMID:16049815

Jäppinen P, Pukkala E, Tola S (1989). Cancer incidence of workers in a Finnish sawmill. *Scand J Work Environ Health*, 15: 18–23. PMID:2922584

Jayaprakash V, Natarajan KK, Moysich KB *et al.* (2008). Wood dust exposure and the risk of upper aero-digestive and respiratory cancers in males. *Occup Environ Med*, 65: 647–654. doi:10.1136/oem.2007.036210 PMID:18182588

Kalliny MI, Brisolara JA, Glindmeyer H, Rando R (2008). A survey of size-fractionated dust levels in the US wood processing industry. *J Occup Environ Hyg*, 5: 501–510. doi:10.1080/15459620802194570 PMID:18569517

Kauppinen T, Vincent R, Liukkonen T *et al.* (2006). Occupational exposure to inhalable wood dust in the member states of the European Union. *Ann Occup Hyg*, 50: 549–561. doi:10.1093/annhyg/mel013 PMID:16571638

Klein RG, Schmezer P, Amelung F *et al.* (2001). Carcinogenicity assays of wood dust and wood additives in rats exposed by long-term inhalation. *Int Arch Occup Environ Health*, 74: 109–118. doi:10.1007/s004200000199 PMID:11317703

Kleinsasser O & Schroeder HG (1989). What's new in tumours of the nasal cavity? Adenocarcinomas arising after exposure to wood dust. *Pathol Res Pract*, 184: 554–558. PMID:2748468

Korinth D, Pacyna-Gengelbach M, Deutschmann N *et al.* (2005). Chromosomal imbalances in wood dust-related adenocarcinomas of the inner nose and their associations with pathological parameters. *J Pathol*, 207: 207–215. doi:10.1002/path.1819 PMID:16041693

Kretschmann D, Winandy J, Clausen C *et al.* (2007). *Wood*. In: *Kirk-Othmer Encyclopedia of Chemical Technology*, 6th Ed. John Wiley & Sons, Inc., pp. 59

Laakkonen A, Kyyrönen P, Kauppinen T, Pukkala EI (2006). Occupational exposure to eight organic dusts and respiratory cancer among Finns. *Occup Environ Med*, 63: 726–733. doi:10.1136/oem.2005.025825 PMID:16601013

Laforest L, Luce D, Goldberg P *et al.* (2000). Laryngeal and hypopharyngeal cancers and occupational exposure to formaldehyde and various dusts: a case–control study in France. *Occup Environ Med*, 57: 767–773. doi:10.1136/oem.57.11.767 PMID:11024201

Leclerc A, Luce D, Demers PA *et al.* (1997). Sinonasal cancer and occupation. Results from the reanalysis of twelve case–control studies. *Am J Ind Med*, 31: 153–165. doi:10.1002/(SICI)1097-0274(199702)31:2<153::AID-AJIM4>3.0.CO;2-0 PMID:9028431

Leclerc A, Martinez Cortes M, Gérin M *et al.* (1994). Sinonasal cancer and wood dust exposure: results from a case–control study. *Am J Epidemiol*, 140: 340–349. PMID:8059769

Lee WJ, Baris D, Järvholm B *et al.* (2003). Multiple myeloma and diesel and other occupational exposures in swedish construction workers. *Int J Cancer*, 107: 134–138. doi:10.1002/ijc.11351 PMID:12925968

Leroux-Robert J (1974). Cancers of the ethmoid sinus in woodworkers. *Cah ORL*, 9: 585–594.

Liétin B, Mom T, Avan P *et al.* (2006). Adénocarcinomes de l'ethmoïde: analyse rétrospective des facteurs pronostics *Ann Otolaryngol Chir Cervicofac*, 123: 211–220. doi:10.1016/S0003-438X(06)76670-1 PMID:17185918

Littman AJ, Vaughan TL (2006). *Cancers of the Nasal Cavity and Paranasal Sinuses*. In: *Cancer Epidemiology and Prevention*. Schottenfeld D, Fraumeni JF, Jr., editors. New York: Oxford University Press, pp. 603–619.

Llorente JL, Nuñez F, Rodrigo JP *et al.* (2008). Adenocarcinomas nasosinusales: nuestra experiencia *Acta Otorrinolaringol Esp*, 59: 235–238. doi:10.1016/S0001-6519(08)73301-6 PMID:18501159

Llorente JL, Pérez-Escuredo J, Alvarez-Marcos C *et al.* (2009). Genetic and clinical aspects of wood dust related intestinal-type sinonasal adenocarcinoma: a review. *Eur Arch Otorhinolaryngol*, 266: 1–7. doi:10.1007/s00405-008-0749-y PMID:18560862

Long H, Shi T, Borm PJ *et al.* (2004). ROS-mediated TNF-alpha and MIP-2 gene expression in alveolar macrophages exposed to pine dust. *Part Fibre Toxicol*, 1: 3 doi:10.1186/1743-8977-1-3 PMID:15813983

Luboinski B & Marandas P (1975). Cancers of the ethmoid sinus: occupational etiology. *Arch Mal Prof*, 36: 477–487.

Luce D, Gérin M, Leclerc A *et al.* (1993). Sinonasal cancer and occupational exposure to formaldehyde and other substances. *Int J Cancer*, 53: 224–231. doi:10.1002/ijc.2910530209 PMID:8425759

Luce D, Leclerc A, Bégin D *et al.* (2002). Sinonasal cancer and occupational exposures: a pooled analysis of 12 case–control studies. *Cancer Causes Control*, 13: 147–157. doi:10.1023/A:1014350004255 PMID:11936821

Määttä J, Lehto M, Leino M *et al.* (2006). Mechanisms of particle-induced pulmonary inflammation in a mouse model: exposure to wood dust. *Toxicol Sci*, 93: 96–104. doi:10.1093/toxsci/kfl026 PMID:16740616

Määttä J, Majuri ML, Luukkonen R *et al.* (2005). Characterization of oak and birch dust-induced expression of cytokines and chemokines in mouse macrophage RAW 264.7 cells. *Toxicology*, 215: 25–36. doi:10.1016/j.tox.2005.06.021 PMID:16122864

Magnani C, Comba P, Ferraris F *et al.* (1993). A case–control study of carcinomas of the nose and paranasal

JNJ 000451761

sinuses in the woolen textile manufacturing industry. *Arch Environ Health*, 48: 94–97. PMID:8476310

Mandryk J, Alwis KU, Hocking AD (1999). Work-related symptoms and dose-response relationships for personal exposures and pulmonary function among woodworkers. *Am J Ind Med*, 35: 481–490. doi:10.1002/(SICI)1097-0274(199905)35:5<481::AID-AJIM5>3.0.CO;2-N PMID:10212701

Mao Y, Hu J, Ugnat AM, White KCanadian Cancer Registries Epidemiology Research Group (2000). Non-Hodgkin's lymphoma and occupational exposure to chemicals in Canada. *Ann Oncol*, 11: Suppl 169–73. doi:10.1023/A:1008342315673 PMID:10707783

Matos EL, Vilensky M, Mirabelli D, Boffetta P (2000). Occupational exposures and lung cancer in Buenos Aires, Argentina. *J Occup Environ Med*, 42: 653–659. doi:10.1097/00043764-200006000-00017 PMID:10874659

Miller BA, Blair A, Reed EJ (1994). Extended mortality follow-up among men and women in a U.S. furniture workers union. *Am J Ind Med*, 25: 537–549. doi:10.1002/ajim.4700250408 PMID:8010296

Minder CE & Vader JP (1988). Malignant pleural mesothelioma among Swiss furniture workers. A new high-risk group. *Scand J Work Environ Health*, 14: 252–256. PMID:3175558

Mohtashamipur E, Norpoth K, Ernst H, Mohr U (1989). The mouse-skin carcinogenicity of a mutagenic fraction from beech wood dusts. *Carcinogenesis*, 10: 483–487. doi:10.1093/carcin/10.3.483 PMID:2924395

Muir C, Waterhouse J, Mack T *et al.* (1987). Cancer incidence in five continents. Volume V. *IARC Sci Publ*, 88: 1–970. PMID:3453355

Nimz HH, Schmitt U, Schwab E *et al.* (2005). *Wood*. In: *Ullmann's Encyclopedia of Industrial Chemistry*, 7th ed. John Wiley & Sons, Inc., pp. 54

NIOSH; US National Institute for Occupational Safety and Health (1990). *National Occupational Exposure Survey 1981–83*. Cincinnati, OH.

Oberdörster G, Oberdörster E, Oberdörster J (2005). Nanotoxicology: an emerging discipline evolving from studies of ultrafine particles. *Environ Health Perspect*, 113: 823–839. doi:10.1289/ehp.7339 PMID:16002369

Olsen J & Sabroe S (1979). A follow-up study of non-retired and retired members of the Danish Carpenter/Cabinet Makers' Trade Union. *Int J Epidemiol*, 8: 375–382. doi:10.1093/ije/8.4.375 PMID:541161

Olsen JH & Asnaes S (1986). Formaldehyde and the risk of squamous cell carcinoma of the sinonasal cavities. *Br J Ind Med*, 43: 769–774. PMID:3790457

Palomba A, Iaia TE, Biancalani M *et al.* (2008). A morphologic and immunohistochemical study of nasal mucosa in leatherworkers. *Am J Rhinol*, 22: 356–360. doi:10.2500/ajr.2008.22.3201 PMID:18702897

Palus J, Dziubałtowska E, Rydzyński K (1999). DNA damage detected by the comet assay in the white blood cells of workers in a wooden furniture plant. *Mutat Res*, 444: 61–74. PMID:10477340

Pan SY, Ugnat AM, Mao YCanadian Cancer Registries Epidemiology Research Group (2005). Occupational risk factors for brain cancer in Canada. *J Occup Environ Med*, 47: 704–717. doi:10.1097/01.jom.0000165747.95801.c5 PMID:16010197

Perez-Ordonez B, Huynh NN, Berean KW *et al.* (2004). Expression of mismatch repair proteins, beta catenin, and E cadherin in intestinal-type sinonasal adenocarcinoma. *J Clin Pathol*, 57: 1080–1083. PMID:15452164.

Perrone F, Oggionni M, Birindelli S *et al.* (2003). TP53, p14ARF, p16INK4a and H-ras gene molecular analysis in intestinal-type adenocarcinoma of the nasal cavity and paranasal sinuses. *Int J Cancer*, 105: 196–203. doi:10.1002/ijc.11062 PMID:12673679

Pesch B, Pierl CB, Gebel M *et al.* (2008). Occupational risks for adenocarcinoma of the nasal cavity and paranasal sinuses in the German wood industry. *Occup Environ Med*, 65: 191–196. doi:10.1136/oem.2007.033886 PMID:17881467

Pollán M & López-Abente G (1995). Wood-related occupations and laryngeal cancer. *Cancer Detect Prev*, 19: 250–257. PMID:7750113

Pott F, Roller M, Ziem U *et al.* (1989). Carcinogenicity studies on natural and man-made fibres with the intraperitoneal test in rats. *IARC Sci Publ*, 173–179. PMID:2744824

Pukkala E, Martinsen JI, Lynge E *et al.* (2009). Occupation and cancer - follow-up of 15 million people in five Nordic countries. *Acta Oncol*, 48: 646–790. doi:10.1080/02841860902913546 PMID:19925375

Purdue MP, Järvholm B, Bergdahl IA *et al.* (2006). Occupational exposures and head and neck cancers among Swedish construction workers. *Scand J Work Environ Health*, 32: 270–275. PMID:16932824

Ramroth H, Dietz A, Ahrens W, Becher H (2008). Occupational wood dust exposure and the risk of laryngeal cancer: a population based case–control study in Germany. *Am J Ind Med*, 51: 648–655. doi:10.1002/ajim.20605 PMID:18626911

Rang EH & Acheson ED (1981). Cancer in furniture workers. *Int J Epidemiol*, 10: 253–261. doi:10.1093/ije/10.3.253 PMID:7287286

Rekhadevi PV, Mahboob M, Rahman MF, Grover P (2009). Genetic damage in wood dust-exposed workers. *Mutagenesis*, 24: 59–65. doi:10.1093/mutage/gen053 PMID:18815121

Robinson C, Stern F, Halperin W *et al.* (1995). Assessment of mortality in the construction industry in the United States, 1984–1986. *Am J Ind Med*, 28: 49–70. doi:10.1002/ajim.4700280105 PMID:7573075

Robinson CF, Fowler D, Brown DP *et al.* (1990). *Plywood Mills Workers Mortality Patterns 1945–1977*. Springfield, VA. Publ. No. PB90–147056

JNJ 000451762

Rosai J (2004). *Respiratory tract: nasal cavity, paranasal sinuses, and nasopharynx.* In: *Rosai and Ackerman's Surgical Pathology*, 9th ed. Edinburgh: Mosby.

Roscoe RJ, Steenland K, McCammon CS Jr *et al.* (1992). Colon and stomach cancer mortality among automotive wood model makers. *J Occup Med*, 34: 759–768, discussion 769–770. doi:10.1097/00043764-199208000-00007 PMID:1506932

Rosenberg C, Liukkonen T, Kallas-Tarpila T *et al.* (2002). Monoterpene and dust exposures: work-related symptoms among Finnish sawmill workers. *Am J Ind Med*, 41: 38–53. doi:10.1002/ajim.10033 PMID:11757054

Roux FX, Behm E, Page P *et al.* (2002). Adenocarcinomas of the ethmoid sinuses. Epidemiological data. *Ann Otolaryngol Chir Cervicofac*, 119: 271–280. PMID:12464852

Rusca S, Charrière N, Droz PO, Oppliger A (2008). Effects of bioaerosol exposure on work-related symptoms among Swiss sawmill workers. *Int Arch Occup Environ Health*, 81: 415–421. doi:10.1007/s00420-007-0228-6 PMID:17676333

Saber AT, Nielsen LR, Dictor M *et al.* (1998). K-ras mutations in sinonasal adenocarcinomas in patients occupationally exposed to wood or leather dust. *Cancer Lett*, 126: 59–65. doi:10.1016/S0304-3835(97)00536-3 PMID:9563649

Scarselli A, Binazzi A, Ferrante P, Marinaccio A (2008). Occupational exposure levels to wood dust in Italy, 1996–2006. *Occup Environ Med*, 65: 567–574. doi:10.1136/oem.2007.036350 PMID:18086698

Shimizu H, Hozawa J, Saito H *et al.* (1989). Chronic sinusitis and woodworking as risk factors for cancer of the maxillary sinus in northeast Japan. *Laryngoscope*, 99: 58–61. doi:10.1288/00005537-198901000-00011 PMID:2909822

Sjödahl K, Jansson C, Bergdahl IA *et al.* (2007). Airborne exposures and risk of gastric cancer: a prospective cohort study. *Int J Cancer*, 120: 2013–2018. doi:10.1002/ijc.22566 PMID:17266028

Spee T, van de Rijdt-van Hoof E, van Hoof W *et al.* (2007). Exposure to wood dust among carpenters in the construction industry in the Netherlands. *Ann Occup Hyg*, 51: 241–248. doi:10.1093/annhyg/mel075 PMID:17135212

Sriamporn S, Vatanasapt V, Pisani P *et al.* (1992). Environmental risk factors for nasopharyngeal carcinoma: a case–control study in northeastern Thailand. *Cancer Epidemiol Biomarkers Prev*, 1: 345–348. PMID:1305465

Stellman SD, Demers PA, Colin D, Boffetta P (1998). Cancer mortality and wood dust exposure among participants in the American Cancer Society Cancer Prevention Study-II (CPS-II). *Am J Ind Med*, 34: 229–237. doi:10.1002/(SICI)1097-0274(199809)34:3<229::AID-AJIM3>3.0.CO;2-Q PMID:9698991

Stephen JK, Vaught LE, Chen KM *et al.* (2007). Epigenetic events underlie the pathogenesis of sinonasal papillomas. *Mod Pathol*, 20: 1019–1027. doi:10.1038/modpathol.3800944 PMID:17673925

Stern FB, Beaumont JJ, Halperin WE *et al.* (1987). Mortality of chrome leather tannery workers and chemical exposures in tanneries. *Scand J Work Environ Health*, 13: 108–117. PMID:3602964

Stoll D, Bébéar JP, TrFuilhé Y *et al.* (2001). Ethmoid adenocarcinomas: retrospective study of 76 patients. *Rev Laryngol Otol Rhinol (Bord)*, 122: 21–29. PMID:11499229

Stuart BO (1984). Deposition and clearance of inhaled particles. *Environ Health Perspect*, 55: 369–390. doi:10.2307/3429715 PMID:6376108

Sunderman FW Jr (2001). Nasal toxicity, carcinogenicity, and olfactory uptake of metals. *Ann Clin Lab Sci*, 31: 3–24. PMID:11314863

Svane-Knudsen V, Jørgensen KE, Hansen O *et al.* (1998). Cancer of the nasal cavity and paranasal sinuses: a series of 115 patients. *Rhinology*, 36: 12–14. PMID:9569435

Szadkowska-Stańczyk I & Szymczak W (2001). Nested case–control study of lung cancer among pulp and paper workers in relation to exposure to dusts. *Am J Ind Med*, 39: 547–556. doi:10.1002/ajim.1053 PMID:11385638

't Mannetje A, Kogevinas M, Luce D *et al.* (1999). Sinonasal cancer, occupation, and tobacco smoking in European women and men. *Am J Ind Med*, 36: 101–107. doi:10.1002/(SICI)1097-0274(199907)36:1<101::AID-AJIM14>3.0.CO;2-A PMID:10361593

Tanaka I, Haratake J, Horie A, Yoshinura T (1991). Cumulative toxicity potential of hardwood dust and sidestream tobacco smoke in rats by repeated inhalation. *Inhal Toxicol*, 3: 101–112. doi:10.3109/08958379109145277

Teschke K, Demers PA, Davies HW *et al.* (1999b). Determinants of exposure to inhalable particulate, wood dust, resin acids, and monoterpenes in a lumber mill environment. *Ann Occup Hyg*, 43: 247–255. PMID:10432869

Teschke K, Marion SA, Vaughan TL *et al.* (1999a). Exposures to wood dust in US industries and occupations, 1979 to 1997. *Am J Ind Med*, 35: 581–589. doi:10.1002/(SICI)1097-0274(199906)35:6<581::AID-AJIM5>3.0.CO;2-I PMID:10332511

Teschke K, Morgan MS, Checkoway H *et al.* (1997). Surveillance of nasal and bladder cancer to locate sources of exposure to occupational carcinogens. *Occup Environ Med*, 54: 443–451. doi:10.1136/oem.54.6.443 PMID:9245952

Vaughan TL (1989). Occupation and squamous cell cancers of the pharynx and sinonasal cavity. *Am J Ind Med*, 16: 493–510. PMID:2589327

Vaughan TL & Davis S (1991). Wood dust exposure and squamous cell cancers of the upper respiratory tract. *Am J Epidemiol*, 133: 560–564. PMID:2006642

JNJ 000451763

Vaughan TL, Stewart PA, Teschke K *et al.* (2000). Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma. *Occup Environ Med*, 57: 376–384. doi:10.1136/oem.57.6.376 PMID:10810126

Vlahakis G (1977). Possible carcinogenic effects of cedar shavings in bedding of C3H-Avy fB mice. *J Natl Cancer Inst*, 58: 149–150. PMID:189039

Vlajinac HD, Marinkovic JM, Sipetic SB *et al.* (2006). Case-control study of oropharyngeal cancer. *Cancer Detect Prev*, 30: 152–157. doi:10.1016/j.cdp.2006.02.001 PMID:16647226

Voss R, Stenersen T, Roald Oppedal B, Boysen M (1985). Sinonasal cancer and exposure to softwood. *Acta Otolaryngol*, 99: 172–178. doi:10.3109/00016488509119160 PMID:3976390

Weiderpass E, Pukkala E, Vasama-Neuvonen K *et al.* (2001). Occupational exposures and cancers of the endometrium and cervix uteri in Finland. *Am J Ind Med*, 39: 572–580. doi:10.1002/ajim.1056 PMID:11385641

Wilhelmsson B, Lundh B, Drettner B (1985b). Effects of wood dust exposure and diethylnitrosamine in an animal experimental system. *Rhinology*, 23: 114–117. PMID:4035239

Wilhelmsson B, Lundh B, Drettner B, Stenkvist B (1985a). Effects of wood dust exposure and diethylnitrosamine. A pilot study in Syrian golden hamsters. *Acta Otolaryngol*, 99: 160–171. doi:10.3109/00016488509119159 PMID:3976389

Wu TT, Barnes L, Bakker A *et al.* (1996). K-ras-2 and p53 genotyping of intestinal-type adenocarcinoma of the nasal cavity and paranasal sinuses. *Mod Pathol*, 9: 199–204. PMID:8685214

Wu X, Delclos GL, Annegers JF *et al.* (1995). A case–control study of wood dust exposure, mutagen sensitivity, and lung cancer risk. *Cancer Epidemiol Biomarkers Prev*, 4: 583–588. PMID:8547823

Yu MC & Yuan JM (2002). Epidemiology of nasopharyngeal carcinoma. *Semin Cancer Biol*, 12: 421–429. doi:10.1016/S1044579X02000858 PMID:12450728

Yu MC, Yuan JM (2006). *Nasopharyngeal cancers*. In: *Cancer Epidemiology and Prevention*. Schottenfeld D, Fraumeni JF, Jr, editors. New York: Oxford University Press, pp. 620–626.

Zhu K, Levine RS, Brann EA *et al.* (2002). Case-control study evaluating the homogeneity and heterogeneity of risk factors between sinonasal and nasopharyngeal cancers. *Int J Cancer*, 99: 119–123. doi:10.1002/ijc.10311 PMID:11948502

JNJ 000451764

# LIST OF ABBREVIATIONS

| | |
|---|---|
| 8-h TWA | Eight-hour TWA |
| 8-OH-dG | 8-hydroxydeoxyguanine |
| AAS | atomic absorption spectrometry |
| ACGIH | American Conference of Governmental Industrial Hygienists |
| *AG-AAS* | Arsine generation atomic absorption spectrometry |
| AS3MT | arsenic +3 oxidation state methyltransferase |
| *ASA Register* | Finnish Register of Workers Exposed to Carcinogens |
| As–GSH | arsenic–glutathione |
| BALF | bronchoalveolar lavage fluid |
| CARET | Beta-Carotene and Retinol Efficacy Trial |
| CAREX | CARcinogen EXposure |
| CAS | Chemical Abstracts Service |
| CBD | chronic beryllium disease |
| DMAs | dimethylated arsenic species |
| DMAV | dimethylarsinic acid |
| DMBA | 7,12-dimethylbenz[α]anthracene |
| DMMTAV | Dimethylthioarsinic acid |
| DQ12 | uncoated quartz |
| DSMA, or cacodylic acid | disodium methanearsonate |
| DWA | Daily weighted average |
| EBV | Epstein-Barr virus |
| ECVAM | Centre for the Validation of Alternative Methods |
| EDAX | energy dispersive analysis of X-rays |
| ET-AAS | electrothermal atomic absorption spectroscopy |
| F344 | Fisher 344 |
| FBs | Ferruginous bodies |
| Fpg | formamidopyrimidine-DNA-glycosylase |
| G6PD | glucose 6-phosphate dehydrogenase |
| GAPDH | glyceraldehyde 3-phosphate dehydrogenase |
| GC-ECD | gas chromatography-electron capture detection |
| GF-AAS | graphite furnace atomic absorption spectrometry |
| GSD | geometric standard deviation |
| GSH | glutathione |
| HOBr | hypobromous acid |
| HOC1 | hypochlorous acid |
| *hOGG1* | human 8-oxoguanine-DNA-glycosylase |
| HPV | human papillomavirus |

JNJ 000451765

IARC MONOGRAPHS – 100C

| ICP-AES | inductively coupled plasma atomic emission spectroscopy |
| ICP-MS | inductively coupled plasma mass spectrometry |
| IMA | International Mineralogical Association |
| IMIS | Integrated Management Information System |
| ITAC | intestinal-type sinonasal adenocarcinoma |
| JEM | job–exposure matrix |
| LEV | local exhaust ventilation |
| MBDs | methyl-CpG binding domains |
| MDF | medium-density fibreboard |
| *MGMT* | O6-methylguanine-DNA methyltransferase |
| *MIG/MAG-method* | Metal Inert Gas-Metal Active Gas |
| MLHT | malignant lymphomas of the histiocytic type |
| MMAD | mass median aerodynamic diameter |
| MMAs | Monomethylated arsenic species |
| MMAV | monomethylarsonic acid |
| MnTBAP | manganese(III)meso-tetrakis(4-benzoic acid)porphyrin |
| MSHA | Mine Safety and Health Administration |
| MSMA | monosodium methanearsonate |
| NDEA | N-nitrosodiethylamine |
| NHANES III | Third National Health and Nutrition Examination Survey |
| *Ni–Cd* | nickel–cadmium |
| NIOSH | National Institute of Occupational Safety and Health |
| NOES | National Occupation Exposure Survey |
| NTP | National Toxicology Program |
| OEL | occupational exposure limit |
| OR | odds ratio |
| OSHA | Occupational Safety and Health Administration |
| PAHs | polyaromatic hydrocarbons |
| PARP | poly ADP-ribose polymerase |
| PCP | pentachlorophenol |
| PD-1 | programmed death-1 |
| PMNs | polymorphonuclear leukocytes |
| PMR | proportionate mortality ratio |
| RCF-1 | refractory ceramic fibres |
| REL | recommended exposure limit |
| RLE-6TN | type II lung epithelial cells |
| RR | relative risk |
| SHE | Syrian hamster embryo |
| SiO4 | silicate tetrahedron |
| SIR | standardized incidence ratio |
| SMR | Standard Mortality Ratio |
| SV40 | simian virus 40 |
| TEM | transmission electron microscopy |
| TPA | 12-O-tetradecanoyl phorbol-13-acetate |
| TWA | Time-weighted average |
| UV | ultraviolet |
| UVR | ultraviolet radiation |
| XPA | xeroderma pigmentosum group A |
| XRCC1 | X-ray complementing group 1 gene |
| Zn | zinc |

JNJ 000451766

# CUMULATIVE CROSS INDEX TO
# *IARC MONOGRAPHS*

The volume, page and year of publication are given. References to corrigenda are given in parentheses.

## A

A-α-C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 245 (1986); Suppl. 7, 56 (1987)
Acenaphthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Acepyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Acetaldehyde . . . . . . . . . . . . . . . . . . . . . . . . 36, 101 (1985) (corr. 42, 263); Suppl. 7, 77 (1987); 71, 319 (1999)
Acetaldehyde associated with the consumption of alcoholic beverages . . . . . . . . . . . . . 100E, 377 (2012)
Acetaldehyde formylmethylhydrazone (see Gyromitrin)
Acetamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 197 (1974); Suppl. 7, 56, 389 (1987); 71, 1211 (1999)
Acetaminophen (see Paracetamol)
Aciclovir . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 47 (2000)
Acid mists (see Sulfuric acid and other strong inorganic acids, occupational exposures to mists and vapours from)
Acridine orange . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 145 (1978); Suppl. 7, 56 (1987)
Acriflavinium chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 31 (1977); Suppl. 7, 56 (1987)
Acrolein. . . . . . . . . . . . . . 19, 479 (1979); 36, 133 (1985); Suppl. 7, 78 (1987); 63, 337 (1995) (corr. 65, 549)
Acrylamide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 41 (1986); Suppl. 7, 56 (1987); 60, 389 (1994)
Acrylic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 47 (1979); Suppl. 7, 56 (1987); 71, 1223 (1999)
Acrylic fibres . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 86 (1979); Suppl. 7, 56 (1987)
Acrylonitrile. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 73 (1979); Suppl. 7, 79 (1987); 71, 43 (1999)
Acrylonitrile-butadiene-styrene copolymers . . . . . . . . . . . . . . . . . . . . . . . . 19, 91 (1979); Suppl. 7, 56 (1987)
Actinolite (see Asbestos)
Actinomycin D (see also Actinomycins). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 80 (1987)
Actinomycins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 29 (1976) (corr. 42, 255)
Adriamycin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 43 (1976); Suppl. 7, 82 (1987)
AF-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 47 (1983); Suppl. 7, 56 (1987)
Aflatoxins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 145 (1972) (corr. 42, 251); 10, 51 (1976); Suppl. 7, 83 (1987); 56, 245 (1993); 82, 171 (2002); 100F, 225 (2012)
Aflatoxin B$_1$ (see Aflatoxins)

JNJ 000451767

IARC MONOGRAPHS – 100C

Aflatoxin $B_2$ (see Aflatoxins)

Aflatoxin $G_1$ (see Aflatoxins)

Aflatoxin $G_2$ (see Aflatoxins)

Aflatoxin $M_1$ (see Aflatoxins)

Agaritine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 63 (1983); Suppl. 7, 56 (1987)

Alcohol consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44 (1988); 96, 51 (2010); 100E, 373 (2012)

Aldicarb . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 93 (1991)

Aldrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 25 (1974); Suppl. 7, 88 (1987)

Allyl chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 39 (1985); Suppl. 7, 56 (1987); 71, 1231 (1999)

Allyl isothiocyanate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 55 (1985); Suppl. 7, 56 (1987); 73, 37 (1999)

Allyl isovalerate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 69 (1985); Suppl. 7, 56 (1987); 71, 1241 (1999)

Aluminium production . . . . . . . . . . . . . 34, 37 (1984); Suppl. 7, 89 (1987); 92, 35 (2010); 100F, 215 (2012)

Amaranth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 41 (1975); Suppl. 7, 56 (1987)

5-Aminoacenaphthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 243 (1978); Suppl. 7, 56 (1987)

2-Aminoanthraquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 191 (1982); Suppl. 7, 56 (1987)

*para*-Aminoazobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8, 53 (1975); Suppl. 7, 56, 390 (1987)

*ortho*-Aminoazotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8, 61 (1975) (corr. 42, 254); Suppl. 7, 56 (1987)

*para*-Aminobenzoic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 249 (1978); Suppl. 7, 56 (1987)

4-Aminobiphenyl . . . . . . . . . . . . . . . . . . . . . . . . 1, 74 (1972) (corr. 42, 251); Suppl. 7, 91 (1987); 100F, 41 (2012)

2-Amino-3,4-dimethylimidazo[4,5-*f*]quinoline (see MeIQ)

2-Amino-3,8-dimethylimidazo[4,5-*f*]quinoxaline (see MeIQx)

3-Amino-1,4-dimethyl-5H-pyrido[4,3-*b*]indole (see Trp-P-1)

2-Aminodipyrido[1,2-*a*:3',2'-*d*]imidazole (see Glu-P-2)

1-Amino-2-methylanthraquinone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 199 (1982); Suppl. 7, 57 (1987)

2-Amino-3-methylimidazo[4,5-*f*]quinoline (see IQ)

2-Amino-6-methyldipyrido[1,2-*a*:3',2'-*d*]imidazole (see Glu-P-1)

2-Amino-1-methyl-6-phenylimidazo[4,5-*b*]pyridine (see PhIP)

2-Amino-3-methyl-9H-pyrido[2,3-*b*]indole (see MeA-α-C)

3-Amino-1-methyl-5H-pyrido[4,3-*b*]indole (see Trp-P-2)

2-Amino-5-(5-nitro-2-furyl)-1,3,4-thiadiazole . . . . . . . . . . . . . . . . . . . . . . . 7, 143 (1974); Suppl. 7, 57 (1987)

2-Amino-4-nitrophenol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 167 (1993)

2-Amino-5-nitrophenol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 177 (1993)

4-Amino-2-nitrophenol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 43 (1978); Suppl. 7, 57 (1987)

2-Amino-5-nitrothiazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 71 (1983); Suppl. 7, 57 (1987)

2-Amino-9H-pyrido[2,3-*b*]indole (see A-α-C)

11-Aminoundecanoic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 239 (1986); Suppl. 7, 57 (1987)

Amitrole . . . . . . . . . . . . . . . . . 7, 31 (1974); 41, 293 (1986) (corr. 52, 513; Suppl. 7, 92 (1987); 79, 381 (2001)

Ammonium potassium selenide (see Selenium and selenium compounds)

Amorphous silica (see also Silica) . . . . . . 42, 39 (1987); Suppl. 7, 341 (1987); 68, 41 (1997) (corr. 81, 383)

Amosite (see Asbestos)

Ampicillin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 153 (1990)

Amsacrine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 317 (2000)

Anabolic steroids (see Androgenic (anabolic) steroids)

Anaesthetics, volatile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 285 (1976); Suppl. 7, 93 (1987)

Analgesic mixtures containing phenacetin

(see also Phenacetin) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 310 (1987); 100A, 377 (2012)

JNJ 000451768

Androgenic (anabolic) steroids ................................................. Suppl. 7, 96 (1987)

Angelicin and some synthetic derivatives (see also Angelicins) ......................... 40, 291 (1986)

Angelicin plus ultraviolet radiation
(see also Angelicin and some synthetic derivatives) ............................... Suppl. 7, 57 (1987)

Angelicins ................................................................. Suppl. 7, 57 (1987)

Aniline .................................... 4, 27 (1974) (corr. 42, 252); 27, 39 (1982); Suppl. 7, 99 (1987)

*ortho*-Anisidine ...................................... 27, 63 (1982); Suppl. 7, 57 (1987); 73, 49 (1999)

*para*-Anisidine ........................................ 27, 65 (1982); Suppl. 7, 57 (1987)

Anthanthrene ......................................... 32, 95 (1983); Suppl. 7, 57 (1987); 92, 35 (2010)

Anthophyllite (see Asbestos)

Anthracene ........................................ 32, 105 (1983); Suppl. 7, 57 (1987); 92, 35 (2010)

Anthranilic acid .......................................... 16, 265 (1978); Suppl. 7, 57 (1987)

Anthraquinones .......................................................... 82, 129 (2002)

Antimony trioxide ........................................................ 47, 291 (1989)

Antimony trisulfide ....................................................... 47, 291 (1989)

ANTU (see 1-Naphthylthiourea)

Apholate ................................................... 9, 31 (1975); Suppl. 7, 57 (1987)

*para*-Aramid fibrils ........................................................ 68, 409 (1997)

Aramite[*] ............................................... 5, 39 (1974); Suppl. 7, 57 (1987)

Areca nut (see also Betel quid) ...................................... 85, 39 (2004); 100E, 333 (2012)

Aristolochia species (see also Traditional herbal medicines) ........... 82, 69 (2002); 100A, 347 (2012)

Aristolochic acids .................................... 82, 69 (2002); 100A, 347 (2012)

Arsanilic acid (see Arsenic and arsenic compounds)

Arsenic and arsenic compounds .1, 41 (1972); 2, 48 (1973); 23, 39 (1980); Suppl. 7, 100 (1987); 100C, 41 (2012)

Arsenic in drinking-water ...................................................... 84, 39 (2004)

Arsenic pentoxide (see Arsenic and arsenic compounds)

Arsenic trioxide (see Arsenic in drinking-water)

Arsenic trisulfide (see Arsenic in drinking-water)

Arsine (see Arsenic and arsenic compounds)

Asbestos  2, 17 (1973) (corr. 42, 252); 14 (1977) (corr. 42, 256); Suppl. 7, 106 (1987) (corr. 45, 283);  100C, 219 (2012)

Atrazine ........................................................ 53, 441 (1991); 73, 59 (1999)

Attapulgite (see Palygorskite)

Auramine (technical-grade) .......... 1, 69 (1972) (corr. 42, 251); Suppl. 7, 118 (1987); 100F, 101 (2012)

Auramine, manufacture of
(see also Auramine, technical-grade) ........................... Suppl. 7, 118 (1987); 100F, 101 (2012)

Aurothioglucose ............................................... 13, 39 (1977); Suppl. 7, 57 (1987)

Azacitidine ...................................... 26, 37 (1981); Suppl. 7, 57 (1987); 50, 47 (1990)

5-Azacytidine (see Azacitidine)

Azaserine ...................................... 10, 73 (1976) (corr. 42, 255); Suppl. 7, 57 (1987)

Azathioprine ................................... 26, 47 (1981); Suppl. 7, 119 (1987); 100A, 319 (2012)

Aziridine ...................................... 9, 37 (1975); Suppl. 7, 58 (1987); 71, 337 (1999)

2-(1-Aziridinyl)ethanol ........................................ 9, 47 (1975); Suppl. 7, 58 (1987)

Aziridyl benzoquinone ........................................ 9, 51 (1975); Suppl. 7, 58 (1987)

Azobenzene ................................................ 8, 75 (1975); Suppl. 7, 58 (1987)

JNJ 000451769

AZT (see Zidovudine)

# B

Barium chromate (see Chromium and chromium compounds)
Basic chromic sulfate (see Chromium and chromium compounds)
BCNU (see Bischloroethyl nitrosourea)
11*H*-Benz[*bc*]aceanthrylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benz[*j*]aceanthrylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benz[*l*]aceanthrylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benz[*a*]acridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 123 (1983); Suppl. 7, 58 (1987)
Benz[*c*]acridine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 241 (1973); 32, 129 (1983); Suppl. 7, 58 (1987)
Benzal chloride (see also α-Chlorinated toluenes and
  benzoyl chloride) . . . . . . . . . . . . . . . . . . . . . . . 29, 65 (1982); Suppl. 7, 148 (1987); 71, 453 (1999)
Benz[*a*]anthracene . . . . . . . . . . . . . . . . . . . . . . 3, 45 (1973); 32, 135 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzene . . . . . . . . . 7, 203 (1974) (corr. 42, 254); 29, 93, 391 (1982); Suppl. 7, 120 (1987); 100F, 249 (2012)
Benzidine . . . . . . . . . . . . . . . . . . . . . . 1, 80 (1972); 29, 149, 391 (1982); Suppl. 7, 123 (1987); 100F, 53 (2012)
Benzidine-based dyes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 125 (1987); 100F, 65 (2012)
Benzo[*b*]chrysene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benzo[*g*]chrysene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benzo[*a*]fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Benzo[*b*]fluoranthene . . . . . . . . . . . . . . . . . . 3, 69 (1973); 32, 147 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*j*]fluoranthene . . . . . . . . . . . . . . . . . . . 3, 82 (1973); 32, 155 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*k*]fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 163 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*ghi*]fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 171 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*a*]fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 177 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*b*]fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 183 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*c*]fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 189 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzofuran . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 431 (1995)
Benzo[*ghi*]perylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 195 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*c*]phenanthrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 205 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
Benzo[*a*]pyrene 3, 91 (1973); 32, 211 (1983); (corr. 68, 477); Suppl. 7, 58 (1987); 92, 35 (2010); 100F, 111 (2012)
Benzo[*e*]pyrene . . . . . . . . . . . . . . . . . . . . . . . 3, 137 (1973); 32, 225 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)
1,4-Benzoquinone (see *para*-Quinone)
1,4-Benzoquinone dioxime . . . . . . . . . . . . . . . . . . . . . . . . 29, 185 (1982); Suppl. 7, 58 (1987); 71, 1251 (1999)
Benzotrichloride (see also α-Chlorinated toluenes and
  benzoyl chloride) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 73 (1982); Suppl. 7, 148 (1987); 71, 453 (1999)
Benzoyl chloride (see also α-Chlorinated toluenes and
  benzoyl chloride) . . . . . . . . . . . . . . . . . . . . 29, 83 (1982) (corr. 42, 261); Suppl. 7, 126 (1987); 71, 453 (1999)
Benzoyl peroxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 267 (1985); Suppl. 7, 58 (1987); 71, 345 (1999)
Benzyl acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 109 (1986); Suppl. 7, 58 (1987); 71, 1255 (1999)
Benzyl chloride (see also α-Chlorinated toluenes and
  benzoyl chloride) . . . . . 11, 217 (1976) (corr. 42, 256); 29, 49 (1982); Suppl. 7, 148 (1987); 71, 453 (1999)

JNJ 000451770

Benzyl violet 4B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 153 (1978); Suppl. 7, 58 (1987)
Bertrandite (see Beryllium and beryllium compounds)
Beryllium and beryllium compounds. . . 1, 17 (1972); 23, 143 (1980) (corr. 42, 260); Suppl. 7, 127 (1987); 58, 41 (1993); 100C, 95 (2012)
Beryllium acetate (see Beryllium and beryllium compounds)
Beryllium acetate, basic (see Beryllium and beryllium compounds)
Beryllium-aluminium alloy (see Beryllium and beryllium compounds)
Beryllium carbonate (see Beryllium and beryllium compounds)
Beryllium chloride (see Beryllium and beryllium compounds)
Beryllium-copper alloy (see Beryllium and beryllium compounds)
Beryllium-copper-cobalt alloy (see Beryllium and beryllium compounds)
Beryllium fluoride (see Beryllium and beryllium compounds)
Beryllium hydroxide (see Beryllium and beryllium compounds)
Beryllium-nickel alloy (see Beryllium and beryllium compounds)
Beryllium oxide (see Beryllium and beryllium compounds)
Beryllium phosphate (see Beryllium and beryllium compounds)
Beryllium silicate (see Beryllium and beryllium compounds)
Beryllium sulfate (see Beryllium and beryllium compounds)
Beryl ore (see Beryllium and beryllium compounds)
Betel quid with added tobacco . . . . 37, 141 (1985); Suppl. 7, 128 (1987); 85, 39 (2004); 100E, 333 (2012)
Betel quid without added tobacco . 37, 141 (1985); Suppl. 7, 128 (1987); 85, 39 (2004); 100E, 333 (2012)
BHA (see Butylated hydroxyanisole)
BHT (see Butylated hydroxytoluene)
Biomass fuel (primarily wood),
 indoor emissions from household combustion of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95, 41 (2010)
Bis(1-aziridinyl)morpholinophosphine sulfide . . . . . . . . . . . . . . . . . . . . . . . . 9, 55 (1975); Suppl. 7, 58 (1987)
2,2-Bis(bromomethyl)propane-1,3-diol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 455 (2000)
Bis(2-chloroethyl)ether . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 117 (1975); Suppl. 7, 58 (1987); 71, 1265 (1999)
N,N-Bis(2-chloroethyl)-2-naphthylamine . . 4, 119 (1974) (corr. 42, 253); Suppl. 7, 130 (1987); 100A, 333 (2012)
Bischloroethyl nitrosourea
 (see also Chloroethyl nitrosoureas) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 79 (1981); Suppl. 7, 150 (1987)
1,2-Bis(chloromethoxy)ethane . . . . . . . . . . . . . . . . . . . . 15, 31 (1977); Suppl. 7, 58 (1987); 71, 1271 (1999)
1,4-Bis(chloromethoxymethyl)benzene . . . . . . 15, 37 (1977); Suppl. 7, 58 (1987); 71, 1273 (1999)
Bis(chloromethyl)ether . . . . . . . . . . . . . 4, 231 (1974) (corr. 42, 253); Suppl. 7, 131 (1987); 100F, 295 (2012)
Bis(2-chloro-1-methylethyl)ether . . . . . . . . . . . . . . . . . . 41, 149 (1986); Suppl. 7, 59 (1987); 71, 1275 (1999)
Bis(2,3-epoxycyclopentyl)ether . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 231 (1989); 71, 1281 (1999)
Bisphenol A diglycidyl ether (see also Glycidyl ethers) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 1285 (1999)
Bisulfites (see Sulfur dioxide and some sulfites, bisulfites and metabisulfites)
Bitumens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35, 39 (1985); Suppl. 7, 133 (1987)
Bleomycins (see also Etoposide) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 97 (1981); Suppl. 7, 134 (1987)
Blue VRS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 163 (1978); Suppl. 7, 59 (1987)
Boot and shoe manufacture and repair. . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 249 (1981); Suppl. 7, 232 (1987)
Bracken fern . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 47 (1986); Suppl. 7, 135 (1987)
Brilliant Blue FCF, disodium salt . . . . . . . . . . . . . . . . . . . . . . 16, 171 (1978) (corr. 42, 257); Suppl. 7, 59 (1987)
Bromochloroacetonitrile

JNJ 000451771

IARC MONOGRAPHS – 100C

(see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 1291 (1999)
Bromodichloromethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 179 (1991); 71, 1295 (1999)
Bromoethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 299 (1991); 71, 1305 (1999)
Bromoform . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 213 (1991); 71, 1309 (1999)
Busulfan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (see 1,4-Butanediol dimethanesulfonate)
1,3-Butadiene . . 39, 155 (1986) (corr. 42, 264); Suppl. 7, 136 (1987); 54, 237 (1992); 71, 109 (1999); 97, 45 (2008); 100F, 309 (2012)
1,4-Butanediol dimethanesulfonate. . . . . . . . . . . . . .4, 247 (1974); Suppl. 7, 137 (1987); 100A, 39 (2012)
2-Butoxyethanol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .88, 329
1-*tert*-Butoxypropan-2-ol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .88, 415
*n*-Butyl acrylate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 67 (1986); Suppl. 7, 59 (1987); 71, 359 (1999)
Butylated hydroxyanisole. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 123 (1986); Suppl. 7, 59 (1987)
Butylated hydroxytoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 161 (1986); Suppl. 7, 59 (1987)
Butyl benzyl phthalate . . . . . . . . . . . . . . . 29, 193 (1982) (corr. 42, 261); Suppl. 7, 59 (1987); 73, 115 (1999)
β-Butyrolactone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 225 (1976); Suppl. 7, 59 (1987); 71, 1317 (1999)
γ-Butyrolactone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 231 (1976); Suppl. 7, 59 (1987); 71, 367 (1999)

## C

Cabinet-making (see Furniture and cabinet-making)
Cadmium acetate (see Cadmium and cadmium compounds)
Cadmium and cadmium compounds 2, 74 (1973); 11, 39 (1976) (corr. 42, 255); Suppl. 7, 139 (1987); 58, 119 (1993); 100C, 121 (2012)
Cadmium chloride (see Cadmium and cadmium compounds)
Cadmium oxide (see Cadmium and cadmium compounds)
Cadmium sulfate (see Cadmium and cadmium compounds)
Cadmium sulfide (see Cadmium and cadmium compounds)
Caffeic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 115 (1993)
Caffeine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 291 (1991)
Calcium arsenate (see Arsenic in drinking-water)
Calcium carbide production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Calcium chromate (see Chromium and chromium compounds)
Calcium cyclamate (see Cyclamates)
Calcium saccharin (see Saccharin)
Cantharidin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 79 (1976); Suppl. 7, 59 (1987)
Caprolactam . . . 19, 115 (1979) (corr. 42, 258); 39, 247 (1986) (corr. 42, 264); Suppl. 7, 59, 390 (1987); 71, 383 (1999)
Captafol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 353 (1991)
Captan. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 295 (1983); Suppl. 7, 59 (1987)
Carbaryl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 37 (1976); Suppl. 7, 59 (1987)
Carbazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32, 239 (1983); Suppl. 7, 59 (1987); 71, 1319 (1999)
3-Carbethoxypsoralen. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 317 (1986); Suppl. 7, 59 (1987)
Carbon black. . . . . . . . . . . . . . . . . .3, 22 (1973); 33, 35 (1984); Suppl.7, 142 (1987); 65, 149 (1996); 93, 2010
Carbon electrode manufacture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Carbon tetrachloride . . . . . . . . . . . . . . . . . 1, 53 (1972); 20, 371 (1979); Suppl. 7, 143 (1987); 71, 401 (1999)

JNJ 000451772

Carmoisine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 83 (1975); Suppl. 7, 59 (1987)
Carpentry and joinery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25, 139 (1981); Suppl. 7, 378 (1987)
Carrageenan . . . . . . . . . . . . . . . . . . . . . . . . . 10, 181 (1976) (corr. 42, 255); 31, 79 (1983); Suppl. 7, 59 (1987)
Cassia occidentalis (see Traditional herbal medicines)
Catechol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 155 (1977); Suppl. 7, 59 (1987); 71, 433 (1999)
CCNU (see 1-(2-Chloroethyl)-3-cyclohexyl-1-nitrosourea)
Ceramic fibres (see Man-made vitreous fibres)
Chemotherapy, combined, including alkylating agents
(see MOPP and other combined chemotherapy including alkylating agents)
Chimney sweeps and other exposures to soot . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010); 100F, 209 (2012)
Chloral (see also Chloral hydrate) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 245 (1995); 84, 317 (2004)
Chloral hydrate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 245 (1995); 84, 317 (2004)
Chlorambucil . . . . . . . . . . . . . . . . . . . . . .9, 125 (1975); 26, 115 (1981); Suppl. 7, 144 (1987); 100A, 47 (2012)
Chloramine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84, 295 (2004)
Chloramphenicol . . . . . . . . . . . . . . . . . . . . . . .10, 85 (1976); Suppl. 7, 145 (1987); 50, 169 (1990)
Chlordane (see also Chlordane/Heptachlor) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20, 45 (1979) (corr. 42, 258)
Chlordane and Heptachlor . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 146 (1987); 53, 115 (1991); 79, 411 (2001)
Chlordecone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 67 (1979); Suppl. 7, 59 (1987)
Chlordimeform . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 61 (1983); Suppl. 7, 59 (1987)
Chlorendic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 45 (1990)
Chlorinated dibenzodioxins (other than TCDD)
(see also Polychlorinated dibenzo-para-dioxins) . . . . . . . . . . . . . . . . . . 15, 41 (1977); Suppl. 7, 59 (1987)
Chlorinated drinking-water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 45 (1991)
Chlorinated paraffins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 55 (1990)
α-Chlorinated toluenes and benzoyl chloride . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 148 (1987); 71, 453 (1999)
Chlormadinone acetate . . . . . . . . . .6, 149 (1974); 21, 365 (1979); Suppl. 7, 291, 301 (1987); 72, 49 (1999)
Chlornaphazine (see N,N-Bis(2-chloroethyl)-2-naphthylamine)
Chloroacetonitrile (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . . .71, 1325 (1999)
para-Chloroaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 305 (1993)
Chlorobenzilate . . . . . . . . . . . . . . . . . . . . . . . .5, 75 (1974); 30, 73 (1983); Suppl. 7, 60 (1987)
Chlorodibromomethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52, 243 (1991); 71, 1331 (1999)
3-Chloro-4-(dichloromethyl)-5-hydroxy-2(5H)-furanone . . . . . . . . . . . . . . . . . . . . . . . . . . . 84, 441 (2004)
Chlorodifluoromethane . . . . . . . . . . .41, 237 (1986) (corr. 51, 483); Suppl. 7, 149 (1987); 71, 1339 (1999)
Chloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52, 315 (1991); 71, 1345 (1999)
1-(2-Chloroethyl)-3-cyclohexyl-1-nitrosourea
(see also Chloroethyl nitrosoureas) . . . . . . . . . . . . . . . . .26, 137 (1981) (corr. 42, 260); Suppl. 7, 150 (1987)
1-(2-Chloroethyl)-3-(4-methylcyclohexyl)-1-nitrosourea
(see also Chloroethyl nitrosoureas) . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 150 (1987); 100A, 57 (2012)
Chloroethyl nitrosoureas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 150 (1987)
Chlorofluoromethane . . . . . . . . . . . . . . . . . . . . . . . . . . .41, 229 (1986); Suppl. 7, 60 (1987); 71, 1351 (1999)
Chloroform . . . . . . . . . . . . . . . . . . . . . . . . . . .1, 61 (1972); 20, 401 (1979); Suppl. 7, 152 (1987); 73, 131(1999)
Chloromethyl methyl ether (technical-grade)
(see also Bis(chloromethyl)ether) . . . . . . . . . . . . . . . . .4, 239 (1974); Suppl. 7, 131 (1987); 100F, 295 (2012)
(4-Chloro-2-methylphenoxy)acetic acid (see MCPA)
1-Chloro-2-methylpropene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 315 (1995)
3-Chloro-2-methylpropene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 325 (1995)

JNJ 000451773

IARC MONOGRAPHS – 100C

2-Chloronitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 263 (1996)
3-Chloronitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 263 (1996)
4-Chloronitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 263 (1996)
Chlorophenols (see also Polychlorophenols and their sodium salts) . . . . . . . . . . . . . . Suppl. 7, 154 (1987)
Chlorophenols (occupational exposures to) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 319 (1986)
Chlorophenoxy herbicides. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 156 (1987)
Chlorophenoxy herbicides (occupational exposures to). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 357 (1986)
4-Chloro-*ortho*-phenylenediamine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 81 (1982); Suppl. 7, 60 (1987)
4-Chloro-*meta*-phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 82 (1982); Suppl. 7, 60 (1987)
Chloroprene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 131 (1979); Suppl. 7, 160 (1987); 71, 227 (1999)
Chloropropham . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 55 (1976); Suppl. 7, 60 (1987)
Chloroquine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 47 (1977); Suppl. 7, 60 (1987)
Chlorothalonil. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 319 (1983); Suppl. 7, 60 (1987); 73, 183 (1999)
*para*-Chloro-*ortho*-toluidine and its strong acid salts
 (see also Chlordimeform) . . . . 16, 277 (1978); 30, 65 (1983); Suppl. 7, 60 (1987); 48, 123 (1990); 77, 323 (2000)
4-Chloro-ortho-toluidine (see para-chloro-ortho-toluidine)
5-Chloro-ortho-toluidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 341 (2000)
Chlorotrianisene (see also Nonsteroidal estrogens) . . . . . . . . . . . . . . . 21, 139 (1979); Suppl. 7, 280 (1987)
2-Chloro-1,1,1-trifluoroethane . . . . . . . . . . . . . . . . . . . . 41, 253 (1986); Suppl. 7, 60 (1987); 71, 1355 (1999)
Chlorozotocin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 65 (1990)
Cholesterol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 99 (1976); 31, 95 (1983); Suppl. 7, 161 (1987)
Chromic acetate (see Chromium and chromium compounds)
Chromic chloride (see Chromium and chromium compounds)
Chromic oxide (see Chromium and chromium compounds)
Chromic phosphate (see Chromium and chromium compounds)
Chromite ore (see Chromium and chromium compounds)
Chromium and chromium compounds (see also Implants, surgical) . . . . . . 2, 100 (1973); 23, 205 (1980); Suppl. 7, 165 (1987); 49, 49 (1990) (corr. 51, 483); 100C,147 (2012)
Chromium carbonyl (see Chromium and chromium compounds)
Chromium potassium sulfate (see Chromium and chromium compounds)
Chromium sulfate (see Chromium and chromium compounds)
Chromium trioxide (see Chromium and chromium compounds)
Chrysazin (see Dantron)
Chrysene. . . . . . . . . . . . . . . . . . . . . . . . . . 3, 159 (1973); 32, 247 (1983); Suppl. 7, 60 (1987); 92, 35 (2010)
Chrysoidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 91 (1975); Suppl. 7, 169 (1987)
Chrysotile (see Asbestos)
Ciclosporin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 77 (1990); 100A, 337 (2012)
CI Acid Orange 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 121 (1993)
CI Acid Red 114 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 247 (1993)
CI Basic Red 9 (see also Magenta) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 215 (1993)
CI Direct Blue 15. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 235 (1993)
CI Disperse Yellow 3 (see Disperse Yellow 3)
Cimetidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 235 (1990)
Cinnamyl anthranilate . . . . . . . . . . . . . . . 16, 287 (1978); 31, 133 (1983); Suppl. 7, 60 (1987); 77, 177 (2000)
CI Pigment Red 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 259 (1993)

JNJ 000451774