Exhibit 93, part 7

CI Pigment Red 53:1 (see D&C Red No. 9)

Cisplatin (see also Etoposide) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 151 (1981); Suppl. 7, 170 (1987)

Citrinin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 67 (1986); Suppl. 7, 60 (1987)

Citrus Red No. 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 101 (1975) (corr. 42, 254); Suppl. 7, 60 (1987)

Clinoptilolite (see Zeolites)

Clofibrate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 39 (1980); Suppl. 7, 171 (1987); 66, 391 (1996)

Clomiphene citrate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21, 551 (1979); Suppl. 7, 172 (1987)

Clonorchis sinensis (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .61, 121 (1994); 100B, 341 (2012)

Coal, indoor emissions from household combustion of . . . . . . . . . . . . . . . 95, 43 (2010); 100E, 515 (2012)

Coal dust. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68, 337 (1997)

Coal gasification. . . . . . . . . . . . . . . . . . . 34, 65 (1984); Suppl. 7, 173 (1987); 92, 35 (2010); 100F, 145 (2012)

Coal-tar distillation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010); 100F, 153 (2012)

Coal-tar pitches (see also Coal-tars) . . . . . . . . . . . . . . .35, 83 (1985); Suppl. 7, 174 (1987); 100F, 161 (2012)

Coal-tars . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35, 83 (1985); Suppl. 7, 175 (1987); 100F, 161 (2012)

Cobalt[III] acetate (see Cobalt and cobalt compounds)

Cobalt-aluminium-chromium spinel (see Cobalt and cobalt compounds)

Cobalt and cobalt compounds (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 363 (1991)

Cobalt[II] chloride (see Cobalt and cobalt compounds)

Cobalt-chromium alloy (see Chromium and chromium compounds)

Cobalt-chromium-molybdenum alloys (see Cobalt and cobalt compounds)

Cobalt metal powder (see Cobalt and cobalt compounds)

Cobalt metal with tungsten carbide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 37 (2006)

Cobalt metal without tungsten carbide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 37 (2006)

Cobalt naphthenate (see Cobalt and cobalt compounds)

Cobalt[II] oxide (see Cobalt and cobalt compounds)

Cobalt[II,III] oxide (see Cobalt and cobalt compounds)

Cobalt sulfate and other soluble cobalt(II) salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 37 (2006)

Cobalt[II] sulfide (see Cobalt and cobalt compounds)

Coffee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51, 41 (1991) (corr. 52, 513)

Coke production . . . . . . . . . . . . . . . . . . 34, 101 (1984); Suppl. 7, 176 (1987); 92, 35 (2010); 100F, 167 (2012)

Combined estrogen–progestogen
  contraceptives. . . . . . . . . . . . . . . . . . . . .Suppl. 7, 297 (1987); 72, 49 (1999); 91, 39 (2007); 100A, 283 (2012)

Combined estrogen–progestogen
  menopausal therapy. . . . . . . . . . . . Suppl. 7, 308 (1987); 72, 531 (1999); 91, 203 (2007); 100A, 249 (2012)

Conjugated equine estrogens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 399 (1999)

Conjugated estrogens (see also Steroidal estrogens). . . . . . . . . . . . . . .21, 147 (1979); Suppl. 7, 283 (1987)

Continuous glass filament (see Man-made vitreous fibres)

Copper 8-hydroxyquinoline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15, 103 (1977); Suppl. 7, 61 (1987)

Coronene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 263 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)

Coumarin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 113 (1976); Suppl. 7, 61 (1987); 77, 193 (2000)

Creosotes (see also Coal-tars) . . . . . . . . . . . . . . . . . . . . . . . . 35, 83 (1985); Suppl. 7, 177 (1987); 92, 35 (2010)

meta-Cresidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27, 91 (1982); Suppl. 7, 61 (1987)

para-Cresidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27, 92 (1982); Suppl. 7, 61 (1987)

Cristobalite (see Crystalline silica)

Crocidolite (see Asbestos)

Crotonaldehyde. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 373 (1995) (corr. 65, 549)

JNJ 000451775

Crude oil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 119 (1989)

Crystalline silica (see also Silica) . . 42, 39 (1987); Suppl. 7, 341 (1987); 68, 41 (1997) (corr. 81, 383); 100C, 355 (2012)

Cycasin

(see also Methylazoxymethanol) . . . . . . . 1, 157 (1972) (corr. 42, 251); 10, 121 (1976); Suppl. 7, 61 (1987)

Cyclamates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22, 55 (1980); Suppl. 7, 178 (1987); 73, 195 (1999)

Cyclamic acid (see Cyclamates)

Cyclochlorotine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 139 (1976); Suppl. 7, 61 (1987)

Cyclohexanone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 157 (1989); 71, 1359 (1999)

Cyclohexylamine (see Cyclamates)

4-Cyclopenta[def]chrysene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Cyclopenta[cd]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 269 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)

5,6-Cyclopenteno-1,2-benzanthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Cyclopropane (see Anaesthetics, volatile)

Cyclophosphamide . . . . . . . . . . . . . . . . . 9, 135 (1975); 26, 165 (1981); Suppl. 7, 182 (1987); 100A, 63 (2012)

Cyproterone acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 49 (1999)

# D

2,4-D (see also Chlorophenoxy herbicides;

 Chlorophenoxy herbicides, occupational exposures to) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 111 (1977)

Dacarbazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 203 (1981); Suppl. 7, 184 (1987)

Dantron . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 265 (1990) (corr. 59, 257)

D&C Red No. 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 107 (1975); Suppl. 7, 61 (1987); 57, 203 (1993)

Dapsone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 59 (1980); Suppl. 7, 185 (1987)

Daunomycin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 145 (1976); Suppl. 7, 61 (1987)

DDD (see DDT)

DDE (see DDT)

DDT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 83 (1974) (corr. 42, 253); Suppl. 7, 186 (1987); 53, 179 (1991)

Decabromodiphenyl oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 73 (1990); 71, 1365 (1999)

Deltamethrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 251 (1991)

Deoxynivalenol (see Toxins derived from Fusarium graminearum, F. culmorum and F. crookwellense)

Diacetylaminoazotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 113 (1975); Suppl. 7, 61 (1987)

N,N'-Diacetylbenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 293 (1978); Suppl. 7, 61 (1987)

Diallate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 69 (1976); 30, 235 (1983); Suppl. 7, 61 (1987)

2,4-Diaminoanisole and its salts . . . . . . . 16, 51 (1978); 27, 103 (1982); Suppl. 7, 61 (1987); 79, 619 (2001)

4,4'-Diaminodiphenyl ether . . . . . . . . . . . . . . . . . . . . . . . . 16, 301 (1978); 29, 203 (1982); Suppl. 7, 61 (1987)

1,2-Diamino-4-nitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 63 (1978); Suppl. 7, 61 (1987)

1,4-Diamino-2-nitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . 16, 73 (1978); Suppl. 7, 61 (1987); 57, 185 (1993)

2,6-Diamino-3-(phenylazo)pyridine (see Phenazopyridine hydrochloride)

2,4-Diaminotoluene (see also Toluene diisocyanates) . . . . . . . . . . . . . . . 16, 83 (1978); Suppl. 7, 61 (1987)

2,5-Diaminotoluene (see also Toluene diisocyanates) . . . . . . . . . . . . . . . 16, 97 (1978); Suppl. 7, 61 (1987)

ortho-Dianisidine (see 3,3'-Dimethoxybenzidine)

Diatomaceous earth, uncalcined (see Amorphous silica)

Diazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 57 (1977); Suppl. 7, 189 (1987); 66, 37 (1996)

JNJ 000451776

Diazomethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 223 (1974); Suppl. 7, 61 (1987)
Dibenz[*a,h*]acridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 247 (1973); 32, 277 (1983); Suppl. 7, 61 (1987)
Dibenz[*a,j*]acridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 254 (1973); 32, 283 (1983); Suppl. 7, 61 (1987)
Dibenz[*a,c*]anthracene . . . . . . . . . . . . . . . 32, 289 (1983) (corr. 42, 262); Suppl. 7, 61 (1987); 92, 35 (2010)
Dibenz[*a,h*]anthracene . . .3, 178 (1973) (corr. 43, 261); 32, 299 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)
Dibenz[*a,j*]anthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 309 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)
7*H*-Dibenzo[*c,g*]carbazole . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 260 (1973); 32, 315 (1983); Suppl. 7, 61 (1987)
Dibenzodioxins, chlorinated (other than TCDD) (see Chlorinated dibenzodioxins (other than TCDD))
Dibenzo[*a,e*]fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . 32, 321 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)
13*H*-Dibenzo[*a,g*]fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Dibenzo[*h,rst*]pentaphene . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 197 (1973); Suppl. 7, 62 (1987); 92, 35 (2010)
Dibenzo[*a,e*]pyrene . . . . . . . . . . . . . . . . . . .3, 201 (1973); 32, 327 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)
Dibenzo[*a,h*]pyrene . . . . . . . . . . . . . . . . . . .3, 207 (1973); 32, 331 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)
Dibenzo[*a,i*]pyrene . . . . . . . . . . . . . . . . . . .3, 215 (1973); 32, 337 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)
Dibenzo[*a,l*]pyrene . . . . . . . . . . . . . . . . . . .3, 224 (1973); 32, 343 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)
Dibenzo[*e,l*]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Dibenzo-*para*-dioxin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69, 33 (1997)
Dibromoacetonitrile (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . .71, 1369 (1999)
1,2-Dibromo-3-chloropropane . . . . . . . 15, 139 (1977); 20, 83 (1979); Suppl. 7, 191 (1987); 71, 479 (1999)
1,2-Dibromoethane (see Ethylene dibromide)
2,3-Dibromopropan-1-ol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 439 (2000)
Dichloroacetic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 271 (1995); 84, 359 (2004)
Dichloroacetonitrile (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . .71, 1375 (1999)
Dichloroacetylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39, 369 (1986); Suppl. 7, 62 (1987); 71, 1381 (1999)
*ortho*-Dichlorobenzene . . . . . . . . . . . . . . 7, 231 (1974); 29, 213 (1982); Suppl. 7, 192 (1987); 73, 223 (1999)
*meta*-Dichlorobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73, 223 (1999)
*para*-Dichlorobenzene . . . . . . . . . . . . . . 7, 231 (1974); 29, 215 (1982); Suppl. 7, 192 (1987); 73, 223 (1999)
3,3'-Dichlorobenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 49 (1974); 29, 239 (1982); Suppl. 7, 193 (1987)
*trans*-1,4-Dichlorobutene . . . . . . . . . . . . . . . . . . . . . . . . . .15, 149 (1977); Suppl. 7, 62 (1987); 71, 1389 (1999)
3,3'-Dichloro-4,4'-diaminodiphenyl ether . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 309 (1978); Suppl. 7, 62 (1987)
1,2-Dichloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 429 (1979); Suppl. 7, 62 (1987); 71, 501 (1999)
Dichloromethane . . . . . . . . . . . . . . . . . . 20, 449 (1979); 41, 43 (1986); Suppl. 7, 194 (1987); 71, 251 (1999)
2,4-Dichlorophenol (see Chlorophenols; Chlorophenols, occupational exposures to;
 Polychlorophenols and their sodium salts)
(2,4-Dichlorophenoxy)acetic acid (see 2,4-D)
2,6-Dichloro-*para*-phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39, 325 (1986); Suppl. 7, 62 (1987)
1,2-Dichloropropane . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41, 131 (1986); Suppl. 7, 62 (1987); 71, 1393 (1999)
1,3-Dichloropropene (technical-grade) . . . . . . . . . . . . .41, 113 (1986); Suppl. 7, 195 (1987); 71, 933 (1999)
Dichlorvos . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 97 (1979); Suppl. 7, 62 (1987); 53, 267 (1991)
Dicofol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 87 (1983); Suppl. 7, 62 (1987)
Dicyclohexylamine (see Cyclamates)
Didanosine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 153 (2000)
Dieldrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5, 125 (1974); Suppl. 7, 196 (1987)
Dienoestrol (see also Nonsteroidal estrogens) . . . . . . . . . . . . . . . . . . . . .21, 161 (1979); Suppl. 7, 278 (1987)
Diepoxybutane
 (see also 1,3-Butadiene) . . . . . . . . . . . . . . 11, 115 (1976) (corr. 42, 255); Suppl. 7, 62 (1987); 71, 109 (1999)

JNJ 000451777

Diesel and gasoline engine exhausts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 41 (1989)
Diesel fuels. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 219 (1989) (corr. 47, 505)
Diethanolamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 349 (2000)
Diethyl ether (see Anaesthetics, volatile)
Di(2-ethylhexyl) adipate . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 257 (1982); Suppl. 7, 62 (1987); 77, 149 (2000)
Di(2-ethylhexyl) phthalate . . . . . . . . . . . . 29, 269 (1982) (corr. 42, 261); Suppl. 7, 62 (1987); 77, 41 (2000)
1,2-Diethylhydrazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 153 (1974); Suppl. 7, 62 (1987); 71, 1401 (1999)
Diethylstilbestrol . . . . . 6, 55 (1974); 21, 173 (1979) (corr. 42, 259); Suppl. 7, 273 (1987); 100A, 175 (2012)
Diethylstilbestrol dipropionate (see Diethylstilbestrol)
Diethyl sulfate. . . . . . . . . . . . . . . . . . . . . . 4, 277 (1974); Suppl. 7, 198 (1987); 54, 213 (1992); 71, 1405 (1999)
N,N′-Diethylthiourea. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 649 (2001)
Diglycidyl resorcinol ether . . . . . . . . . . 11, 125 (1976); 36, 181 (1985); Suppl. 7, 62 (1987); 71, 1417 (1999)
Dihydrosafrole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 170 (1972); 10, 233 (1976) Suppl. 7, 62 (1987)
1,2-Dihydroaceanthrylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
1,8-Dihydroxyanthraquinone (see Dantron)
Dihydroxybenzenes (see Catechol; Hydroquinone; Resorcinol)
1,3-Dihydroxy-2-hydroxymethylanthraquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)
Dihydroxymethylfuratrizine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 77 (1980); Suppl. 7, 62 (1987)
Diisopropyl sulfate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 229 (1992); 71, 1421 (1999)
Dimethisterone (see also Progestins; Sequential oral contraceptives). . . . . 6, 167 (1974); 21, 377 (1979)
Dimethoxane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 177 (1977); Suppl. 7, 62 (1987)
3,3′-Dimethoxybenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 41 (1974); Suppl. 7, 198 (1987)
3,3′-Dimethoxybenzidine-4,4′-diisocyanate . . . . . . . . . . . . . . . . . . . . . . . 39, 279 (1986); Suppl. 7, 62 (1987)
para-Dimethylaminoazobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 125 (1975); Suppl. 7, 62 (1987)
para-Dimethylaminoazobenzenediazo sodium sulfonate . . . . . . . . . . . . 8, 147 (1975); Suppl. 7, 62 (1987)
trans-2-[(Dimethylamino)methylimino]-5-
[2-(5-nitro-2-furyl)-vinyl]-1,3,4-oxadiazole . . . . . . . . . . . . . 7, 147 (1974) (corr. 42, 253); Suppl. 7, 62 (1987)
4,4′-Dimethylangelicin plus ultraviolet radiation
 (see also Angelicin and some synthetic derivatives) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)
4,5′-Dimethylangelicin plus ultraviolet radiation
 (see also Angelicin and some synthetic derivatives) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)
2,6-Dimethylaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 323 (1993)
N,N-Dimethylaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 337 (1993)
Dimethylarsinic acid (see Arsenic and arsenic compounds)
3,3′-Dimethylbenzidine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 87 (1972); Suppl. 7, 62 (1987); 100F, 93 (2012)
Dimethylcarbamoyl chloride. . . . . . . . . . . . . . . . . . . . . . . . 12, 77 (1976); Suppl. 7, 199 (1987); 71, 531 (1999)
Dimethylformamide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 171 (1989); 71, 545 (1999)
1,1-Dimethylhydrazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 137 (1974); Suppl. 7, 62 (1987); 71, 1425 (1999)
1,2-Dimethylhydrazine . . . . . . . . . . . . . . . 4, 145 (1974) (corr. 42, 253); Suppl. 7, 62 (1987); 71, 947 (1999)
Dimethyl hydrogen phosphite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 85 (1990); 71, 1437 (1999)
1,4-Dimethylphenanthrene. . . . . . . . . . . . . . . . . . . . . . . . . 32, 349 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)
Dimethyl sulfate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 271 (1974); Suppl. 7, 200 (1987); 71, 575 (1999)
3,7-Dinitrofluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 189 (1989); 65, 297 (1996)
3,9-Dinitrofluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 195 (1989); 65, 297 (1996)
1,3-Dinitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 201 (1989)
1,6-Dinitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 215 (1989)

JNJ 000451778

1,8-Dinitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 171 (1984); Suppl. 7, 63 (1987); 46, 231 (1989)
Dinitrosopentamethylenetetramine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 241 (1976); Suppl. 7, 63 (1987)
2,4-Dinitrotoluene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 309 (1996) (corr. 66, 485)
2,6-Dinitrotoluene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 309 (1996) (corr. 66, 485)
3,5-Dinitrotoluene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 309 (1996)
1,4-Dioxane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 247 (1976); Suppl. 7, 201 (1987); 71, 589 (1999)
2,4′-Diphenyldiamine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 313 (1978); Suppl. 7, 63 (1987)
Direct Black 38 (see also Benzidine-based dyes) . . . . . . . . . . . . . . . . . . . . . . . . 29, 295 (1982) (corr. 42, 261)
Direct Blue 6 (see also Benzidine-based dyes) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 311 (1982)
Direct Brown 95 (see also Benzidine-based dyes) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 321 (1982)
Disperse Blue 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 139 (1990)
Disperse Yellow 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 97 (1975); Suppl. 7, 60 (1987); 48, 149 (1990)
Disulfiram. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 85 (1976); Suppl. 7, 63 (1987)
Dithranol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 75 (1977); Suppl. 7, 63 (1987)
Divinyl ether (see Anaesthetics, volatile)
Doxefazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 97 (1996)
Doxylamine succinate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 145 (2001)
Droloxifene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 241 (1996)
Dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 33 (1995)
Dulcin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 97 (1976); Suppl. 7, 63 (1987)

# E

Endrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 157 (1974); Suppl. 7, 63 (1987)
Enflurane (see Anaesthetics, volatile)
Eosin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 183 (1977); Suppl. 7, 63 (1987)
Epichlorohydrin . . . . . . . . . . . . . . . . . . . . 11, 131 (1976) (corr. 42, 256); Suppl. 7, 202 (1987); 71, 603 (1999)
1,2-Epoxybutane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 217 (1989); 71, 629 (1999)
1-Epoxyethyl-3,4-epoxycyclohexane (see 4-Vinylcyclohexene diepoxide)
3,4-Epoxy-6-methylcyclohexylmethyl
 3,4-epoxy-6-methyl-cyclohexane carboxylate. . . . . . 11, 147 (1976); Suppl. 7, 63 (1987); 71, 1441 (1999)
cis-9,10-Epoxystearic acid. . . . . . . . . . . . . . . . . . . . . . . . . . 11, 153 (1976); Suppl. 7, 63 (1987); 71, 1443 (1999)
Epstein-Barr virus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70, 47 (1997); 100B, 49 (2012)
d-Equilenin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 399 (1999)
Equilin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 399 (1999)
Erionite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 225 (1987); Suppl. 7, 203 (1987); 100C, 311 (2012)
Estazolam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 105 (1996)
Estradiol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 99 (1974); 21, 279 (1979); Suppl. 7, 284 (1987); 72, 399 (1999)
Estradiol-17β (see Estradiol)
Estradiol 3-benzoate (see Estradiol)
Estradiol dipropionate (see Estradiol)
Estradiol mustard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 217 (1975); Suppl. 7, 68 (1987)
Estradiol valerate (see Estradiol)
Estriol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 117 (1974); 21, 327 (1979); Suppl. 7, 285 (1987); 72, 399 (1999)
Estrogen replacement therapy (see Post-menopausal estrogen therapy)

JNJ 000451779

IARC MONOGRAPHS – 100C

Estrogens (see Estrogens, progestins and combinations)
Estrogens, conjugated (see Conjugated estrogens)
Estrogens, nonsteroidal (see Nonsteroidal estrogens)
Estrogens, progestins (progestogens)
 and combinations . . . . . . . . . . . . . . . 6 (1974); 21 (1979); Suppl. 7, 272(1987); 72, 49, 339, 399, 531 (1999)
Estrogens, steroidal (see Steroidal estrogens)
Estrone . . . . . . . . . . . . . . 6, 123 (1974); 21, 343 (1979) (corr. 42, 259); Suppl. 7, 286 (1987); 72, 399 (1999)
Estrone benzoate (see Estrone)
Ethanol in alcoholic beverages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 96 (2010); 100E, 373 (2012)
Ethinyloestradiol . . . . . . . . . . . . . . . . . . . . . . .6, 77 (1974); 21, 233 (1979); Suppl. 7, 286 (1987); 72, 49 (1999)
Ethionamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 83 (1977); Suppl. 7, 63 (1987)
Ethyl acrylate. . . . . . . . . . . . . . . . . . . . . . . . . 19, 57 (1979); 39, 81 (1986); Suppl. 7, 63 (1987); 71, 1447 (1999)
Ethyl carbamate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 111 (1974); Suppl. 7, 73 (1987); 96, 1295 (2010)
Ethylbenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 227 (2000)
Ethylene . . . . . . . . . . . . . . . . . . . . 19, 157 (1979); Suppl. 7, 63 (1987); 60, 45 (1994); 71, 1447 (1999)
Ethylene dibromide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 195 (1977); Suppl. 7, 204 (1987); 71, 641 (1999)
Ethylene oxide  11, 157 (1976); 36, 189 (1985) (corr. 42, 263); Suppl. 7, 205 (1987); 60, 73 (1994); 97, 185 (2008); 100F, 379 (2012)
Ethylene sulfide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 257 (1976); Suppl. 7, 63 (1987)
Ethylenethiourea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 45 (1974); Suppl. 7, 207 (1987); 79, 659 (2001)
2-Ethylhexyl acrylate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 475 (1994)
Ethyl methanesulfonate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 245 (1974); Suppl. 7, 63 (1987)
N-Ethyl-N-nitrosourea . . . . . . . . . . . . . . . . . . . . . . . . 1, 135 (1972); 17, 191 (1978); Suppl. 7, 63 (1987)
Ethyl selenac (see also Selenium and selenium compounds) . . . . . . . . 12, 107 (1976); Suppl. 7, 63 (1987)
Ethyl tellurac . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 115 (1976); Suppl. 7, 63 (1987)
Ethynodiol diacetate . . . . . . . . . . . . . . . . . 6, 173 (1974); 21, 387 (1979); Suppl. 7, 292 (1987); 72, 49 (1999)
Etoposide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .76, 177 (2000); 100A, 91 (2012)
Eugenol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 75 (1985); Suppl. 7, 63 (1987)
Evans blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 151 (1975); Suppl. 7, 63 (1987)
Extremely low-frequency electric fields . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80 (2002)
Extremely low-frequency magnetic fields . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80 (2002)


F


Fast Green FCF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 187 (1978); Suppl. 7, 63 (1987)
Fenvalerate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 309 (1991)
Ferbam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 121 (1976) (corr. 42, 256); Suppl. 7, 63 (1987)
Ferric oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 29 (1972); Suppl. 7, 216 (1987)
Ferrochromium (see Chromium and chromium compounds)
Firefighting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98, 395 (2010)
Fission products, mixtures of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 285 (2012)
Fluometuron . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 245 (1983); Suppl. 7, 63 (1987)
Fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 355 (1983); Suppl. 7, 63 (1987); 92, 35 (2010)
Fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 365 (1983); Suppl. 7, 63 (1987); 92, 35 (2010)
Fluorescent lighting (exposure to) (see Ultraviolet radiation)

JNJ 000451780

Fluorides (inorganic, used in drinking-water) . . . . . . . . . . . . . . . . . . . . .27, 237 (1982); Suppl. 7, 208 (1987)

5-Fluorouracil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 217 (1981); Suppl. 7, 210 (1987)

Fluorspar (see Fluorides)

Fluosilicic acid (see Fluorides)

Fluroxene (see Anaesthetics, volatile)

Foreign bodies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74 (1999)

Formaldehyde . . 29, 345 (1982); Suppl. 7, 211 (1987); 62, 217 (1995) (corr. 65, 549; corr. 66, 485); 88, 39 (2006); 100F, 401 (2012)

2-(2-Formylhydrazino)-4-(5-nitro-2-furyl)thiazole . . . . . . 7, 151 (1974) (corr. 42, 253); Suppl. 7, 63 (1987)

Frusemide (see Furosemide)

Frying, emissions from high-temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95, 309 (2010)

Fuel oils (heating oils) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 239 (1989) (corr. 47, 505)

Fumonisin B1 (see also Toxins derived from Fusarium moniliforme) . . . . . . . . . . . . . . . . . . . 82, 301 (2002)

Fumonisin B2 (see Toxins derived from Fusarium moniliforme)

Furan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 393 (1995)

Furazolidone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31, 141 (1983); Suppl. 7, 63 (1987)

Furfural . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 409 (1995)

Furniture and cabinet-making . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 99 (1981)

Furosemide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 277 (1990)

2-(2-Furyl)-3-(5-nitro-2-furyl)acrylamide (see AF-2)

Fusarenon-X (see Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*)

Fusarenone-X (see Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*)

Fusarin C (see Toxins derived from Fusarium moniliforme)

## G

Gallium arsenide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 163 (2006)

Gamma (γ)-radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75, 121 (2000); 100D, 103 (2012)

Gasoline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 159 (1989) (corr. 47, 505)

Gasoline engine exhaust (see Diesel and gasoline engine exhausts)

Gemfibrozil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 427 (1996)

Glass fibres (see Man-made mineral fibres)

Glass manufacturing industry, occupational exposures in . . . . . . . . . . . . . . . . . . . . . . . . . . . 58, 347 (1993)

Glass wool (see Man-made vitreous fibres)

Glass filaments (see Man-made mineral fibres)

Glu-P-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 223 (1986); Suppl. 7, 64 (1987)

Glu-P-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40, 235 (1986); Suppl. 7, 64 (1987)

L-Glutamic acid, 5-[2-(4-hydroxymethyl)phenylhydrazide] (see Agaritine)

Glycidaldehyde . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 175 (1976); Suppl. 7, 64 (1987); 71, 1459 (1999)

Glycidol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 469 (2000)

Glycidyl ethers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 237 (1989); 71, 1285, 1417, 1525, 1539 (1999)

Glycidyl oleate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 183 (1976); Suppl. 7, 64 (1987)

Glycidyl stearate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 187 (1976); Suppl. 7, 64 (1987)

Griseofulvin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 153 (1976); Suppl. 7, 64, 391 (1987); 79, 289 (2001)

Guinea Green B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16, 199 (1978); Suppl. 7, 64 (1987)

JNJ 000451781

IARC MONOGRAPHS – 100C

Gyromitrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 163 (1983); Suppl. 7, 64, 391 (1987)

# H

Haematite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 29 (1972); Suppl. 7, 216 (1987)
Haematite and ferric oxide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 216 (1987)
Haematite mining, underground, with
exposure to radon. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1, 29 (1972); Suppl. 7, 216 (1987); 100D, 241 (2012)
Hairdressers and barbers (occupational exposure as) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 43 (1993)
Hair dyes, epidemiology of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 29 (1978); 27, 307 (1982)
Halogenated acetonitriles . . . . . . . . . . . . . . . . . . . 52, 269 (1991); 71, 1325, 1369, 1375, 1533 (1999)
Halothane (see Anaesthetics, volatile)
HC Blue No. 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 129 (1993)
HC Blue No. 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 143 (1993)
α-HCH (see Hexachlorocyclohexanes)
β-HCH (see Hexachlorocyclohexanes)
γ-HCH (see Hexachlorocyclohexanes)
HC Red No. 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 153 (1993)
HC Yellow No. 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 159 (1993)
Heating oils (see Fuel oils)
*Helicobacter pylori* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .61, 177 (1994); 100B, 385 (2012)
Hepatitis B virus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59, 45 (1994); 100B, 93 (2012)
Hepatitis C virus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .59, 165 (1994); 100B, 135 (2012)
Hepatitis D virus. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59, 223 (1994)
Heptachlor (see also Chlordane/Heptachlor) . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 173 (1974); 20, 129 (1979)
Hexachlorobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20, 155 (1979); Suppl. 7, 219 (1987); 79, 493 (2001)
Hexachlorobutadiene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 179 (1979); Suppl. 7, 64 (1987); 73, 277 (1999)
Hexachlorocyclohexanes . . . . . . . . . . . . . 5, 47 (1974); 20, 195 (1979) (corr. 42, 258); Suppl. 7, 220 (1987)
Hexachlorocyclohexane, technical-grade (see Hexachlorocyclohexanes)
Hexachloroethane. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20, 467 (1979); Suppl. 7, 64 (1987); 73, 295 (1999)
Hexachlorophene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20, 241 (1979); Suppl. 7, 64 (1987)
Hexamethylphosphoramide . . . . . . . . . . . . . . . . . . . . . . . .15, 211 (1977); Suppl. 7, 64 (1987); 71, 1465 (1999)
Hexestrol (see also Nonsteroidal estrogens) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 279 (1987)
Hormonal contraceptives, progestogens only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 339 (1999)
Human herpesvirus 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70, 375 (1997)
Human immunodeficiency viruses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .67, 31 (1996); 100B, 215 (2012)
Human papillomaviruses . . . . . . . . . . . . . . . . . . . . . 64 (1995) (corr. 66, 485); 90 (2007); 100B, 255 (2012)
Human T-cell lymphotropic viruses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .67, 261 (1996); 100B, 315 (2012)
Hycanthone mesylate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 91 (1977); Suppl. 7, 64 (1987)
Hydralazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24, 85 (1980); Suppl. 7, 222 (1987)
Hydrazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4, 127 (1974); Suppl. 7, 223 (1987); 71, 991 (1999)
Hydrochloric acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 189 (1992)
Hydrochlorothiazide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 293 (1990)
Hydrogen peroxide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36, 285 (1985); Suppl. 7, 64 (1987); 71, 671 (1999)

JNJ 000451782

Hydroquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 155 (1977); Suppl. 7, 64 (1987); 71, 691 (1999)
1-Hydroxyanthraquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)
4-Hydroxyazobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 157 (1975); Suppl. 7, 64 (1987)
17α-Hydroxyprogesterone caproate (see also Progestins). . . . . . . . . . . . . . . 21, 399 (1979) (corr. 42, 259)
8-Hydroxyquinoline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 101 (1977); Suppl. 7, 64 (1987)
8-Hydroxysenkirkine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 265 (1976); Suppl. 7, 64 (1987)
Hydroxyurea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 347 (2000)
Hypochlorite salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 159 (1991)

**I**

Implants, surgical . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74, 1999
Indeno[1,2,3-cd]pyrene . . . . . . . . . . . . . . . .3, 229 (1973); 32, 373 (1983); Suppl. 7, 64 (1987); 92, 35 (2010)
Indium phosphide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 197 (2006)
Inorganic acids (see Sulfuric acid and other strong inorganic acids, occupational exposures to mists and vapours from)
Inorganic lead compounds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 230 (1987); 87 (2006)
Insecticides, occupational exposures in spraying and application of. . . . . . . . . . . . . . . . . . 53, 45 (1991)
Insulation glass wool (see Man-made vitreous fibres)
Involuntary smoking (see Tobacco, Second-hand smoke)
Ionizing radiation (all types) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 103 (2012)
IQ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 261 (1986); Suppl. 7, 64 (1987); 56, 165 (1993)
Iron and steel founding. . . . . . . . . . . . . . . . . . . . . . . . . .34, 133 (1984); Suppl. 7, 224 (1987); 100F, 497 (2012)
Iron-dextran complex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2, 161 (1973); Suppl. 7, 226 (1987)
Iron-dextrin complex. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 161 (1973) (corr. 42, 252); Suppl. 7, 64 (1987)
Iron oxide (see Ferric oxide)
Iron oxide, saccharated (see Saccharated iron oxide)
Iron sorbitol-citric acid complex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 161 (1973); Suppl. 7, 64 (1987)
Isatidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 269 (1976); Suppl. 7, 65 (1987)
Isoflurane (see Anaesthetics, volatile)
Isoniazid (see Isonicotinic acid hydrazide)
Isonicotinic acid hydrazide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4, 159 (1974); Suppl. 7, 227 (1987)
Isophosphamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 237 (1981); Suppl. 7, 65 (1987)
Isoprene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 215 (1994); 71, 1015 (1999)
Isopropanol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15, 223 (1977); Suppl. 7, 229 (1987); 71, 1027 (1999)
Isopropanol manufacture (strong-acid process)
 (see also Isopropanol; Sulfuric acid and other strong inorganic acids, occupational exposures to mists and vapours from). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 229 (1987); 100F, 479 (2012)
Isopropyl oils. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15, 223 (1977); Suppl. 7, 229 (1987); 71, 1483 (1999)
Isosafrole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 169 (1972); 10, 232 (1976); Suppl. 7, 65 (1987)

JNJ 000451783

IARC MONOGRAPHS – 100C

## J

Jacobine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 275 (1976); Suppl. 7, 65 (1987)
Jet fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 203 (1989)
Joinery (see Carpentry and joinery)

## K

Kaempferol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 171 (1983); Suppl. 7, 65 (1987)
Kaposi sarcoma herpesvirus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70, 375 (1997); 100B, 169 (2012)
Kepone (see Chlordecone)
Kojic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 605 (2001)

## L

Lasiocarpine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 281 (1976); Suppl. 7, 65 (1987)
Lauroyl peroxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 315 (1985); Suppl. 7, 65 (1987); 71, 1485 (1999)
Lead acetate (see Lead and lead compounds)
Lead and lead compounds (see also Foreign bodies). . .1, 40 (1972) (corr. 42, 251); 2, 52, 150 (1973); 12, 131 (1976); 23, 40, 208, 209, 325 (1980); Suppl. 7, 230 (1987); 87 (2006)
Lead arsenate (see Arsenic and arsenic compounds)
Lead carbonate (see Lead and lead compounds)
Lead chloride (see Lead and lead compounds)
Lead chromate (see Chromium and chromium compounds)
Lead chromate oxide (see Chromium and chromium compounds)
Lead compounds, inorganic and organic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 230 (1987); 87 (2006)
Lead naphthenate (see Lead and lead compounds)
Lead nitrate (see Lead and lead compounds)
Lead oxide (see Lead and lead compounds)
Lead phosphate (see Lead and lead compounds)
Lead subacetate (see Lead and lead compounds)
Lead tetroxide (see Lead and lead compounds)
Leather goods manufacture . . . . . . . . . . . . . . . . . . . . 25, 279 (1981); Suppl. 7, 235 (1987); 100C, 317 (2012)
Leather industries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 199 (1981); Suppl. 7, 232 (1987); 100C, 317 (2012)
Leather tanning and processing . . . . . . . . . . . . . . . 25, 201 (1981); Suppl. 7, 236 (1987); 100C, 317 (2012)
Ledate (see also Lead and lead compounds) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 131 (1976)
Levonorgestrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 49 (1999)
Light Green SF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 209 (1978); Suppl. 7, 65 (1987)
d-Limonene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 135 (1993); 73, 307 (1999)
Lindane (see Hexachlorocyclohexanes)
Liver flukes (see Clonorchis sinensis, Opisthorchis felineus and Opisthorchis viverrini)
Lucidin (see 1,3-Dihydro-2-hydroxymethylanthraquinone)
Lumber and sawmill industries (including logging) . . . . . . . . . . . . . . . . 25, 49 (1981); Suppl. 7, 383 (1987)

JNJ 000451784

Luteoskyrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 163 (1976); Suppl. 7, 65 (1987)
Lynoestrenol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 407 (1979); Suppl. 7, 293 (1987); 72, 49 (1999)

# M

Madder root (see also Rubia tinctorum) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)
Magenta . . . . . . . . . . . . 4, 57 (1974) (corr. 42, 252); Suppl. 7, 238 (1987); 57, 215 (1993); 100F, 105 (2012)
Magenta, manufacture of (see also Magenta) . . . . . Suppl. 7, 238 (1987); 57, 215 (1993); 100F, 105 (2012)
Malathion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 103 (1983); Suppl. 7, 65 (1987)
Maleic hydrazide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 173 (1974) (corr. 42, 253); Suppl. 7, 65 (1987)
Malonaldehyde . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 163 (1985); Suppl. 7, 65 (1987); 71, 1037 (1999)
Malondialdehyde (see Malonaldehyde)
Maneb . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 137 (1976); Suppl. 7, 65 (1987)
Man-made mineral fibres (see Man-made vitreous fibres)
Man-made vitreous fibres . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43, 39 (1988); 81 (2002)
Mannomustine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 157 (1975); Suppl. 7, 65 (1987)
Mate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 273 (1991)
MCPA (see also Chlorophenoxy herbicides; Chlorophenoxy herbicides, occupational exposures to) 30, 255 (1983)
MeA-α-C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 253 (1986); Suppl. 7, 65 (1987)
Medphalan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 168 (1975); Suppl. 7, 65 (1987)
Medroxyprogesterone acetate 6, 157 (1974); 21, 417 (1979) (corr. 42, 259); Suppl. 7, 289 (1987); 72, 339 (1999)
Megestrol acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 293 (1987); 72, 49 (1999)
MeIQ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 275 (1986); Suppl. 7, 65 (1987); 56, 197 (1993)
MeIQx . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 283 (1986); Suppl. 7, 65 (1987) 56, 211 (1993)
Melamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 333 (1986); Suppl. 7, 65 (1987); 73, 329 (1999)
Melphalan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 167 (1975); Suppl. 7, 239 (1987); 100A, 107 (2012)
6-Mercaptopurine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 249 (1981); Suppl. 7, 240 (1987)
Mercuric chloride (see Mercury and mercury compounds)
Mercury and mercury compounds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58, 239 (1993)
Merphalan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 169 (1975); Suppl. 7, 65 (1987)
Mestranol . . . . . . . . . . . . . . . . 6, 87 (1974); 21, 257 (1979) (corr. 42, 259); Suppl. 7, 288 (1987); 72, 49 (1999)
Metabisulfites (see Sulfur dioxide and some sulfites, bisulfites and metabisulfites)
Metallic mercury (see Mercury and mercury compounds)
Methanearsonic acid, disodium salt (see Arsenic and arsenic compounds)
Methanearsonic acid, monosodium salt (see Arsenic and arsenic compounds)
Methimazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 53 (2001)
Methotrexate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 267 (1981); Suppl. 7, 241 (1987)
Methoxsalen (see 8-Methoxypsoralen)
Methoxychlor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 193 (1974); 20, 259 (1979); Suppl. 7, 66 (1987)
Methoxyflurane (see Anaesthetics, volatile)
5-Methoxypsoralen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 327 (1986); Suppl. 7, 242 (1987)
8-Methoxypsoralen (see also 8-Methoxypsoralen plus ultraviolet radiation) . . . . . . . . . . . 24, 101 (1980)

JNJ 000451785

IARC MONOGRAPHS – 100C

8-Methoxypsoralen plus ultraviolet radiation . . . . . . . . . . . . . . . . . . Suppl. 7, 243 (1987); 100A, 363 (2012)

Methyl acrylate . . . . . . . . . . . . . . . . . . . . . . 19, 52 (1979); 39, 99 (1986); Suppl. 7, 66 (1987); 71, 1489 (1999)

5-Methylangelicin plus ultraviolet radiation
 (see also Angelicin and some synthetic derivatives) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)

2-Methylaziridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 61 (1975); Suppl. 7, 66 (1987); 71, 1497 (1999)

Methylazoxymethanol acetate (see also Cycasin) . . . . . 1, 164 (1972); 10, 131 (1976); Suppl. 7, 66 (1987)

Methyl bromide . . . . . . . . . . . . . . . . . . . . . 41, 187 (1986) (corr. 45, 283); Suppl. 7, 245 (1987); 71, 721 (1999)

Methyl tert-butyl ether . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73, 339 (1999)

Methyl carbamate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 151 (1976); Suppl. 7, 66 (1987)

Methyl-CCNU (see 1-(2-Chloroethyl)-3-(4-methylcyclohexyl)-1-nitrosourea)

Methyl chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 161 (1986); Suppl. 7, 246 (1987); 71, 737 (1999)

1-, 2-, 3-, 4-, 5- and 6-Methylchrysenes . . . . . . . . . . . . . . 32, 379 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)

N-Methyl-N,4-dinitrosoaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 141 (1972); Suppl. 7, 66 (1987)

4,4′-Methylene bis(2-chloroaniline) . . . . 4, 65 (1974) (corr. 42, 252); Suppl. 7, 246 (1987); 57, 271 (1993); 100F, 73 (2012)

4,4′-Methylene bis(N,N-dimethyl)benzenamine . . . . . . . . . . . . . . . . . . . . 27, 119 (1982); Suppl. 7, 66 (1987)

4,4′-Methylene bis(2-methylaniline) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 73 (1974); Suppl. 7, 248 (1987)

4,4′-Methylenedianiline . . . . . . . . . . . . . . . . 4, 79 (1974) (corr. 42, 252); 39, 347 (1986); Suppl. 7, 66 (1987)

4,4′-Methylenediphenyl diisocyanate . . . . . . . . . . . . . . 19, 314 (1979); Suppl. 7, 66 (1987); 71, 1049 (1999)

2-Methylfluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 399 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)

3-Methylfluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 399 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)

Methylglyoxal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 443 (1991)

Methyl iodide . . . . . . . . . . . . . . . . . . . . . . . 15, 245 (1977); 41, 213 (1986); Suppl. 7, 66 (1987); 71, 1503 (1999)

Methylmercury chloride (see Mercury and mercury compounds)

Methylmercury compounds (see Mercury and mercury compounds)

Methyl methacrylate . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 187 (1979); Suppl. 7, 66 (1987); 60, 445 (1994)

Methyl methanesulfonate . . . . . . . . . . . . . . . . . . . . . . . . . 7, 253 (1974); Suppl. 7, 66 (1987); 71, 1059 (1999)

2-Methyl-1-nitroanthraquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 205 (1982); Suppl. 7, 66 (1987)

N-Methyl-N′-nitro-N-nitrosoguanidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 183 (1974); Suppl. 7, 248 (1987)

3-Methylnitrosaminopropionaldehyde [see 3-(N-Nitrosomethylamino)-propionaldehyde]

3-Methylnitrosaminopropionitrile [see 3-(N-Nitrosomethylamino)-propionitrile]

4-(Methylnitrosamino)-4-(3-pyridyl)-1-butanal [see 4-(N-Nitrosomethyl-amino)-4-(3-pyridyl)-1-butanal]

4-(Methylnitrosamino)-1-(3-pyridyl)-1-butanone [see 4-(N-Nitrosomethyl-amino)-1-(3-pyridyl)-1-butanone]

N-Methyl-N-nitrosourea . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 125 (1972); 17, 227 (1978); Suppl. 7, 66 (1987)

N-Methyl-N-nitrosourethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 211 (1974); Suppl. 7, 66 (1987)

N-Methylolacrylamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 435 (1994)

Methyl parathion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 131 (1983); Suppl. 7, 66, 392 (1987)

1-Methylphenanthrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 405 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)

7-Methylpyrido[3,4-c]psoralen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 349 (1986); Suppl. 7, 71 (1987)

Methyl red . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 161 (1975); Suppl. 7, 66 (1987)

Methyl selenac (see also Selenium and selenium compounds) . . . . . . 12, 161 (1976); Suppl. 7, 66 (1987)

Methylthiouracil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 53 (1974); Suppl. 7, 66 (1987); 79, 75 (2001)

Metronidazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 113 (1977); Suppl. 7, 250 (1987)

Microcystin-LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94, 331 (2010)

JNJ 000451786

Microcystis extracts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94, 367 (2010)

Mineral oils . . . . . . . . . . . .3, 30 (1973); 33, 87 (1984) (corr. 42, 262); Suppl. 7, 252 (1987); 100F, 179 (2012)

Mirex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 203 (1974); 20, 283 (1979) (corr. 42, 258); Suppl. 7, 66 (1987)

Mists and vapours from sulfuric acid and other strong inorganic acids . 54, 41 (1992); 100F, 487 (2012)

Mitomycin C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 171 (1976); Suppl. 7, 67 (1987)

Mitoxantrone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 289 (2000)

MNNG (see N-Methyl-N'-nitro-N-nitrosoguanidine)

MOCA (see 4,4'-Methylene bis(2-chloroaniline))

Modacrylic fibres . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 86 (1979); Suppl. 7, 67 (1987)

Monochloramine (see Chloramine)

Monocrotaline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 291 (1976); Suppl. 7, 67 (1987)

Monuron. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 167 (1976); Suppl. 7, 67 (1987); 53, 467 (1991)

MOPP and other combined chemotherapy
 including alkylating agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 254 (1987); 100A, 119 (2012)

Mordanite (see Zeolites)

Morinda officinalis (see also Traditional herbal medicines) . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)

Morpholine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 199 (1989); 71, 1511 (1999)

5-(Morpholinomethyl)-3-[(5-nitrofurfurylidene)amino]-2-oxazolidinone . . . . . 7, 161 (1974); Suppl. 7, 67 (1987)

Musk ambrette . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 477 (1996)

Musk xylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 477 (1996)

Mustard gas . . . . . . . . . . . . . . . . . . . . . . . . 9, 181 (1975) (corr. 42, 254); Suppl. 7, 259 (1987); 100F, 437 (2012)

Myleran (see 1,4-Butanediol dimethanesulfonate)

## N

Nafenopin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 125 (1980); Suppl. 7, 67 (1987)

Naphthalene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 367 (2002)

1,5-Naphthalenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 127 (1982); Suppl. 7, 67 (1987)

1,5-Naphthalene diisocyanate . . . . . . . . . . . . . . . . . . . . . 19, 311 (1979); Suppl. 7, 67 (1987); 71, 1515 (1999)

Naphtho[1,2-b]fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Naphtho[2,1-a]fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Naphtho[2,3-e]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

1-Naphthylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 87 (1974) (corr. 42, 253); Suppl. 7, 260 (1987)

2-Naphthylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 97 (1974); Suppl. 7, 261 (1987); 100F, 83 (2012)

1-Naphthylthiourea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 347 (1983); Suppl. 7, 263 (1987)

Neutron radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75, 361 (2000); 100D, 231 (2012)

Nickel acetate (see Nickel and nickel compounds)

Nickel ammonium sulfate (see Nickel and nickel compounds)

Nickel and nickel compounds (see also Implants, surgical) . . 2, 126 (1973) (corr. 42, 252); 11, 75 (1976);
Suppl. 7, 264 (1987) (corr. 45, 283); 49, 257 (1990) (corr. 67, 395); 100C, 169 (2012)

Nickel carbonate (see Nickel and nickel compounds)

Nickel carbonyl (see Nickel and nickel compounds)

Nickel chloride (see Nickel and nickel compounds)

Nickel-gallium alloy (see Nickel and nickel compounds)

JNJ 000451787

Nickel hydroxide (see Nickel and nickel compounds)
Nickelocene (see Nickel and nickel compounds)
Nickel oxide (see Nickel and nickel compounds)
Nickel subsulfide (see Nickel and nickel compounds)
Nickel sulfate (see Nickel and nickel compounds)
Niridazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 123 (1977); Suppl. 7, 67 (1987)
Nithiazide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 179 (1983); Suppl. 7, 67 (1987)
Nitrate or nitrite, ingested,
   under conditions that result in endogenous nitrosation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94, 43 (2010)
Nitrilotriacetic acid and its salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 181 (1990); 73, 385 (1999)
Nitrite (see Nitrate or nitrite)
5-Nitroacenaphthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 319 (1978); Suppl. 7, 67 (1987)
5-Nitro-ortho-anisidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 133 (1982); Suppl. 7, 67 (1987)
2-Nitroanisole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 369 (1996)
9-Nitroanthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 179 (1984); Suppl. 7, 67 (1987)
7-Nitrobenz[a]anthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 247 (1989)
Nitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 381 (1996)
6-Nitrobenzo[a]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . 33, 187 (1984); Suppl. 7, 67 (1987); 46, 255 (1989)
4-Nitrobiphenyl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 113 (1974); Suppl. 7, 67 (1987)
6-Nitrochrysene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 195 (1984); Suppl. 7, 67 (1987); 46, 267 (1989)
Nitrofen (technical-grade) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 271 (1983); Suppl. 7, 67 (1987)
3-Nitrofluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 201 (1984); Suppl. 7, 67 (1987)
2-Nitrofluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 277 (1989)
Nitrofural . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 171 (1974); Suppl. 7, 67 (1987); 50, 195 (1990)
5-Nitro-2-furaldehyde semicarbazone (see Nitrofural)
Nitrofurantoin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 211 (1990)
Nitrofurazone (see Nitrofural)
1-[(5-Nitrofurfurylidene)amino]-2-imidazolidinone . . . . . . . . . . . . . . . . . 7, 181 (1974); Suppl. 7, 67 (1987)
N-[4-(5-Nitro-2-furyl)-2-thiazolyl]acetamide . . . . . . . . . . . 1, 181 (1972); 7, 185 (1974); Suppl. 7, 67 (1987)
Nitrogen mustard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 193 (1975); Suppl. 7, 269 (1987)
Nitrogen mustard N-oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 209 (1975); Suppl. 7, 67 (1987)
Nitromethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 487 (2000)
1-Nitronaphthalene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 291 (1989)
2-Nitronaphthalene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 303 (1989)
3-Nitroperylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 313 (1989)
2-Nitro-para-phenylenediamine (see 1,4-Diamino-2-nitrobenzene)
2-Nitropropane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 331 (1982); Suppl. 7, 67 (1987); 71, 1079 (1999)
1-Nitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 209 (1984); Suppl. 7, 67 (1987); 46, 321 (1989)
2-Nitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 359 (1989)
4-Nitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 367 (1989)
N-Nitrosatable drugs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 297 (1980) (corr. 42, 260)
N-Nitrosatable pesticides . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 359 (1983)
N′-Nitrosoanabasine (NAB) . . . . . . . . . . . . . . . . . . . . . . . . 37, 225 (1985); Suppl. 7, 67 (1987); 89, 419 (2007)
N′-Nitrosoanatabine (NAT) . . . . . . . . . . . . . . . . . . . . . . . . . 37, 233 (1985); Suppl. 7, 67 (1987); 89, 419 (2007)
N-Nitrosodi-n-butylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 197 (1974); 17, 51 (1978); Suppl. 7, 67 (1987)
N-Nitrosodiethanolamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 77 (1978); Suppl. 7, 67 (1987); 77, 403 (2000)

JNJ 000451788

*N*-Nitrosodiethylamine . . . . 1, 107 (1972) (corr. 42, 251); 17, 83 (1978) (corr. 42, 257); Suppl. 7, 67 (1987)
*N*-Nitrosodimethylamine . . . . . . . . . . . . . . . 1, 95 (1972); 17, 125 (1978) (corr. 42, 257); Suppl. 7, 67 (1987)
*N*-Nitrosodiphenylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 213 (1982); Suppl. 7, 67 (1987)
*para*-Nitrosodiphenylamine . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 227 (1982) (corr. 42, 261); Suppl. 7, 68 (1987)
*N*-Nitrosodi-n-propylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 177 (1978); Suppl. 7, 68 (1987)
*N*-Nitroso-N-ethylurea (see *N*-Ethyl-*N*-nitrosourea)
*N*-Nitrosofolic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 217 (1978); Suppl. 7, 68 (1987)
*N*-Nitrosoguvacine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)
*N*-Nitrosoguvacoline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)
*N*-Nitrosohydroxyproline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 304 (1978); Suppl. 7, 68 (1987)
3-(*N*-Nitrosomethylamino)propionaldehyde. . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)
3-(*N*-Nitrosomethylamino)propionitrile . . . . . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)
4-(*N*-Nitrosomethylamino)-4-(3-pyridyl)-1-butanal. . . . . . . . . . . . . . . . 37, 205 (1985); Suppl. 7, 68 (1987)
4-(*N*-Nitrosomethylamino)-1-(3-pyridyl)-1-butanone
  (NNK) . . . . . . . . . . . . . . . . . . . . . . . . . 37, 209 (1985); Suppl. 7, 68 (1987); 89, 419 (2007); 100E, 319 (2012)
*N*-Nitrosomethylethylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 221 (1978); Suppl. 7, 68 (1987)
*N*-Nitroso-*N*-methylurea (see *N*-Methyl-*N*-nitrosourea)
*N*-Nitroso-*N*-methylurethane (see *N*-Methyl-*N*-nitrosourethane)
*N*-Nitrosomethylvinylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 257 (1978); Suppl. 7, 68 (1987)
*N*-Nitrosomorpholine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 263 (1978); Suppl. 7, 68 (1987)
*N'*-Nitrosonornicotine
  (NNN) . . . . . . . . . . . 17, 281 (1978); 37, 241 (1985); Suppl. 7, 68 (1987); 89, 419 (2007); 100E, 319 (2012)
*N*-Nitrosopiperidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 287 (1978); Suppl. 7, 68 (1987)
*N*-Nitrosoproline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 303 (1978); Suppl. 7, 68 (1987)
*N*-Nitrosopyrrolidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 313 (1978); Suppl. 7, 68 (1987)
*N*-Nitrososarcosine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 327 (1978); Suppl. 7, 68 (1987)
Nitrosoureas, chloroethyl (see Chloroethyl nitrosoureas)
5-Nitro-*ortho*-toluidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 169 (1990)
2-Nitrotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 409 (1996)
3-Nitrotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 409 (1996)
4-Nitrotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 409 (1996)
Nitrous oxide (see Anaesthetics, volatile)
Nitrovin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 185 (1983); Suppl. 7, 68 (1987)
Nivalenol (see Toxins derived from *Fusarium graminearum, F. culmorum* and *F. crookwellense*)
NNK (see 4-(*N*-Nitrosomethylamino)-1-(3-pyridyl)-1-butanone)
NNN (see *N'*-Nitrosonornicotine)
Nodularins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94, 329 (2010)
Nonsteroidal estrogens. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 273 (1987)
Norethisterone. . . . . . . . . . . . . . . . . . . . . . . 6, 179 (1974); 21, 461 (1979); Suppl. 7, 294 (1987); 72, 49 (1999)
Norethisterone acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 49 (1999)
Norethynodrel . . . . . . . . . .6, 191 (1974); 21, 461 (1979) (corr. 42, 259); Suppl. 7, 295 (1987); 72, 49 (1999)
Norgestrel . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 201 (1974); 21, 479 (1979); Suppl. 7, 295 (1987); 72, 49 (1999)
Nylon 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 120 (1979); Suppl. 7, 68 (1987)

JNJ 000451789

# O

Ochratoxin A . . . . . . . . . 10, 191 (1976); 31, 191 (1983) (corr. 42, 262); Suppl. 7, 271 (1987); 56, 489 (1993)

Oil Orange SS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 165 (1975); Suppl. 7, 69 (1987)

Oestrogen and Oestrogen-type compounds (see Estrogen)

*Opisthorchis felineus* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 121 (1994)

*Opisthorchis viverrini* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 121 (1994); 100B, 341 (2012)

Oral contraceptives, sequential (see Sequential oral contraceptives)

Orange I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 173 (1975); Suppl. 7, 69 (1987)

Orange G . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 181 (1975); Suppl. 7, 69 (1987)

Organic lead compounds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 230 (1987); 87 (2006)

Organolead compounds (see Organic lead compounds)

Oxazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 58 (1977); Suppl. 7, 69 (1987); 66, 115 (1996)

Oxymetholone (see also Androgenic (anabolic) steroids) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 131 (1977)

Oxyphenbutazone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 185 (1977); Suppl. 7, 69 (1987)

# P

Paint manufacture and painting (occupational exposures in) . . 47, 329 (1989); 98, 41 (2010); 100F, 509 (2012)

Palygorskite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42, 159 (1987); Suppl. 7, 117 (1987); 68, 245 (1997)

Panfuran S (see also Dihydroxymethylfuratrizine). . . . . . . . . . . . . . . . . . . . 24, 77 (1980); Suppl. 7, 69 (1987)

Paper manufacture (see Pulp and paper manufacture)

Paracetamol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 307 (1990); 73, 401 (1999)

Parasorbic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 199 (1976) (corr. 42, 255); Suppl. 7, 69 (1987)

Parathion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 153 (1983); Suppl. 7, 69 (1987)

Patulin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 205 (1976); 40, 83 (1986); Suppl. 7, 69 (1987)

Paving and roofing with coal-tar pitch . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Penicillic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10, 211 (1976); Suppl. 7, 69 (1987)

Pentachloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 99 (1986); Suppl. 7, 69 (1987); 71, 1519 (1999)

Pentachloronitrobenzene (see Quintozene)

Pentachlorophenol (see also Chlorophenols; Chlorophenols, occupational exposures to; Polychlorophenols and their sodium salts) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 303 (1979); 53, 371 (1991)

Permethrin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .53, 329 (1991)

Perylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 411 (1983); Suppl. 7, 69 (1987); 92, 35 (2010)

Petasitenine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31, 207 (1983); Suppl. 7, 69 (1987)

Petasites japonicus (see also Pyrrolizidine alkaloids) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 333 (1976)

Petroleum refining (occupational exposures in) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 39 (1989)

Petroleum solvents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 43 (1989)

Phenacetin. . . . . . . . . . . . . . . . . . . . . . 13, 141 (1977); 24, 135 (1980); Suppl. 7, 310 (1987); 100A, 377 (2012)

Phenanthrene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 419 (1983); Suppl. 7, 69 (1987); 92, 35 (2010)

Phenazopyridine hydrochloride. . . . . . . . 8, 117 (1975); 24, 163 (1980) (corr. 42, 260); Suppl. 7, 312 (1987)

Phenelzine sulfate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24, 175 (1980); Suppl. 7, 312 (1987)

Phenicarbazide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12, 177 (1976); Suppl. 7, 70 (1987)

JNJ 000451790

Phenobarbital and its sodium salt . . . . . . . . . . . . . . . . . 13, 157 (1977); Suppl. 7, 313 (1987); 79, 161 (2001)
Phenol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 263 (1989) (corr. 50, 385); 71, 749 (1999)
Phenolphthalein . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 387 (2000)
Phenoxyacetic acid herbicides (see Chlorophenoxy herbicides)
Phenoxybenzamine hydrochloride . . . . . . . . . . . . . . . . . . 9, 223 (1975); 24, 185 (1980); Suppl. 7, 70 (1987)
Phenylbutazone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 183 (1977); Suppl. 7, 316 (1987)
meta-Phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 111 (1978); Suppl. 7, 70 (1987)
para-Phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 125 (1978); Suppl. 7, 70 (1987)
Phenyl glycidyl ether (see also Glycidyl ethers) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 1525 (1999)
N-Phenyl-2-naphthylamine . . . . . . . . . . . . . . . . . . . . . . . 16, 325 (1978) (corr. 42, 257); Suppl. 7, 318 (1987)
ortho-Phenylphenol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 329 (1983); Suppl. 7, 70 (1987); 73, 451 (1999)
Phenytoin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 201 (1977); Suppl. 7, 319 (1987); 66, 175 (1996)
Phillipsite (see Zeolites)
PhIP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 229 (1993)
Phosphorus-32 as phosphate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 285 (2012)
Picene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Pickled vegetables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 83 (1993)
Picloram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 481 (1991)
Piperazine oestrone sulfate (see Conjugated estrogens)
Piperonyl butoxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 183 (1983); Suppl. 7, 70 (1987)
Pitches, coal-tar (see Coal-tar pitches)
Plutonium-239 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 241 (2012)
Polyacrylic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 62 (1979); Suppl. 7, 70 (1987)
Polybrominated biphenyls . . . . . . . . . . . . . . . . . . . . . . . . 18, 107 (1978); 41, 261 (1986); Suppl. 7, 321 (1987)
Polychlorinated biphenyls . . . . . . . . . . . . . 7, 261 (1974); 18, 43 (1978) (corr. 42, 258); Suppl. 7, 322 (1987)
Polychlorinated camphenes (see Toxaphene)
Polychlorinated dibenzo-para-dioxins
 (other than 2,3,7,8-tetrachlorodibenzodioxin) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69, 33 (1997)
Polychlorinated dibenzofurans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69, 345 (1997)
Polychlorophenols and their sodium salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 769 (1999)
Polychloroprene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 141 (1979); Suppl. 7, 70 (1987)
Polyestradiol phosphate (see Estradiol-17β)
Polyethylene (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . . . . . 19, 164 (1979); Suppl. 7, 70 (1987)
Poly(glycolic acid) (see Implants, surgical)
Polymethylene polyphenyl isocyanate
 (see also 4,4'-Methylenediphenyl diisocyanate) . . . . . . . . . . . . . . . . . . . 19, 314 (1979); Suppl. 7, 70 (1987)
Polymethyl methacrylate (see also Implants, surgical) . . . . . . . . . . . . . 19, 195 (1979); Suppl. 7, 70 (1987)
Polypropylene (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . . . 19, 218 (1979); Suppl. 7, 70 (1987)
Polystyrene (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . . . . . 19, 245 (1979); Suppl. 7, 70 (1987)
Polytetrafluoroethylene (see also Implants, surgical) . . . . . . . . . . . . . . . 19, 288 (1979); Suppl. 7, 70 (1987)
Polyurethane foams (see also Implants, surgical) . . . . . . . . . . . . . . . . . . 19, 320 (1979); Suppl. 7, 70 (1987)
Polyvinyl acetate (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . 19, 346 (1979); Suppl. 7, 70 (1987)
Polyvinyl alcohol (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . 19, 351 (1979); Suppl. 7, 70 (1987)
Polyvinyl chloride (see also Implants, surgical) . . . . . . . . 7, 306 (1974); 19, 402 (1979); Suppl. 7, 70 (1987)
Polyvinyl pyrrolidone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 463 (1979); Suppl. 7, 70 (1987); 71, 1181 (1999)
Ponceau MX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 189 (1975); Suppl. 7, 70 (1987)

JNJ 000451791

IARC MONOGRAPHS – 100C

Ponceau 3R . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 199 (1975); Suppl. 7, 70 (1987)
Ponceau SX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 207 (1975); Suppl. 7, 70 (1987)
Post-menopausal estrogen therapy . . . . . . . . . . . . Suppl. 7, 280 (1987); 72, 399 (1999); 100A, 219 (2012)
Potassium arsenate (see Arsenic and arsenic compounds)
Potassium arsenite (see Arsenic and arsenic compounds)
Potassium bis(2-hydroxyethyl)dithiocarbamate . . . . . . . . . . . . . . . . . . . 12, 183 (1976); Suppl. 7, 70 (1987)
Potassium bromate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 207 (1986); Suppl. 7, 70 (1987); 73, 481 (1999)
Potassium chromate (see Chromium and chromium compounds)
Potassium dichromate (see Chromium and chromium compounds)
Prazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 143 (1996)
Prednimustine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 115 (1990)
Prednisone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 293 (1981); Suppl. 7, 326 (1987)
Printing processes and printing inks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 33 (1996)
Procarbazine hydrochloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 311 (1981); Suppl. 7, 327 (1987)
Proflavine salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 195 (1980); Suppl. 7, 70 (1987)
Progesterone (see also Progestins;
 Combined oral contraceptives) . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 135 (1974); 21, 491 (1979) (corr. 42, 259)
Progestins (see Progestogens)
Progestogens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 289 (1987); 72, 49, 339, 531 (1999)
Pronetalol hydrochloride . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 227 (1977) (corr. 42, 256); Suppl. 7, 70 (1987)
1,3-Propane sultone . . . . . . . . . . . . . . . . . 4, 253 (1974) (corr. 42, 253); Suppl. 7, 70 (1987); 71, 1095 (1999)
Propham. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 189 (1976); Suppl. 7, 70 (1987)
β-Propiolactone . . . . . . . . . . . . . . . . . . . . 4, 259 (1974) (corr. 42, 253); Suppl. 7, 70 (1987); 71, 1103 (1999)
n-Propyl carbamate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 201 (1976); Suppl. 7, 70 (1987)
Propylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 213 (1979); Suppl. 7, 71 (1987); 60, 161 (1994)
Propyleneimine (see 2-Methylaziridine)
Propylene oxide . . . . . . . 11, 191 (1976); 36, 227 (1985) (corr. 42, 263); Suppl. 7, 328 (1987); 60, 181 (1994)
Propylthiouracil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 67 (1974); Suppl. 7, 329 (1987); 79, 91 (2001)
Ptaquiloside (see also Bracken fern) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 55 (1986); Suppl. 7, 71 (1987)
Pulp and paper manufacture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 157 (1981); Suppl. 7, 385 (1987)
Pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 431 (1983); Suppl. 7, 71 (1987); 92, 35 (2010)
Pyridine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 503 (2000)
Pyrido[3,4-c]psoralen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 349 (1986); Suppl. 7, 71 (1987)
Pyrimethamine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 233 (1977); Suppl. 7, 71 (1987)
Pyrrolizidine alkaloids
 (see Hydroxysenkirkine; Isatidine; Jacobine; Lasiocarpine; Monocrotaline; Retrorsine; Riddelliine;
Seneciphylline; Senkirkine)

# Q

Quartz (see Crystalline silica)
Quercetin (see also Bracken fern) . . . . . . . . . . . . . . . . . . . 31, 213 (1983); Suppl. 7, 71 (1987); 73, 497 (1999)
para-Quinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 255 (1977); Suppl. 7, 71 (1987); 71, 1245 (1999)
Quintozene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 211 (1974); Suppl. 7, 71 (1987)

JNJ 000451792

# R

Radiation (see gamma-radiation, neutrons, ultraviolet radiation, X-radiation)
Radionuclides, internalized, that emit α-particles . . . . . . . . . . . . . . . . . . . . . . . . 78 (2001); 100D, 241 (2012)
Radionuclides, internalized, that emit β-particles . . . . . . . . . . . . . . . . . . . . . . . . 78 (2001); 100D, 285 (2012)
Radioisotopes of iodine, short-lived, including Iodine-131 . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 285 (2012)
Radium-224, radium-226, radium-228. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 241 (2012)
Radon-222 with its decay products . . . . . . . . . . . . . . . .43, 173 (1988) (corr. 45, 283); 100D, 241 (2012)
Refractory ceramic fibres (see Man-made vitreous fibres)
Reserpine . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 217 (1976); 24, 211 (1980) (corr. 42, 260); Suppl. 7, 330 (1987)
Resorcinol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15, 155 (1977); Suppl. 7, 71 (1987); 71, 1119 (1990)
Retrorsine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10, 303 (1976); Suppl. 7, 71 (1987)
Rhodamine B. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16, 221 (1978); Suppl. 7, 71 (1987)
Rhodamine 6G . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16, 233 (1978); Suppl. 7, 71 (1987)
Riddelliine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 313 (1976); Suppl. 7, 71 (1987); 82, 153 (2002)
Rifampicin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24, 243 (1980); Suppl. 7, 71 (1987)
Ripazepam. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 157 (1996)
Rock (stone) wool (see Man-made vitreous fibres)
Rubber industry . . . . . . . . . . . . . . . . . . . . . 28 (1982) (corr. 42, 261); Suppl. 7, 332 (1987) ; 100F, 541 (2012)
Rubia tinctorum (see also Madder root, Traditional herbal medicines) . . . . . . . . . . . . . . . . . 82, 129 (2002)
Rugulosin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 99 (1986); Suppl. 7, 71 (1987)


# S

Saccharated iron oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 161 (1973); Suppl. 7, 71 (1987)
Saccharin and its salts . . . . . . . . . . . . . . . 22, 111 (1980) (corr. 42, 259); Suppl. 7, 334 (1987); 73, 517 (1999)
Safrole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 169 (1972); 10, 231 (1976); Suppl. 7, 71 (1987)
Salted fish, Chinese-style . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56, 41 (1993); 100E, 501 (2012)
Sawmill industry (including logging)
 (see Lumber and sawmill industry (including logging))
Scarlet Red . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 217 (1975); Suppl. 7, 71 (1987)
*Schistosoma haematobium* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . .61, 45 (1994); 100B, 371 (2012)
*Schistosoma japonicum* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 45 (1994)
*Schistosoma mansoni* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 45 (1994)
Selenium and selenium compounds . . . . . . . . . . . . . . . . . . 9, 245 (1975) (corr. 42, 255); Suppl. 7, 71 (1987)
Selenium dioxide (see Selenium and selenium compounds)
Selenium oxide (see Selenium and selenium compounds)
Semicarbazide hydrochloride . . . . . . . . . . . . . . . . . . . . . . . . 12, 209 (1976) (corr. 42, 256); Suppl. 7, 71 (1987)
*Senecio jacobaea L.* (see also Pyrrolizidine alkaloids) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 333 (1976)
*Senecio longilobus*
 (see also Pyrrolizidine alkaloids, Traditional) herbal medicines) . . . . . . . . . 10, 334 (1976); 82, 153 (2002)
Senecio riddellii (see also Traditional herbal medicines). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 153 (1982)
Seneciphylline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 319, 335 (1976); Suppl. 7, 71 (1987)

JNJ 000451793

Senkirkine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 327 (1976); 31, 231 (1983); Suppl. 7, 71 (1987)
Sepiolite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 175 (1987); Suppl. 7, 71 (1987); 68, 267 (1997)
Sequential oral contraceptives
  (see also Estrogens, progestins and combinations) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 296 (1987)
Shale-oils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35, 161 (1985); Suppl. 7, 339 (1987); 100F, 197 (2012)
Shiftwork . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98, 561 (2010)
Shikimic acid (see also Bracken fern) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 55 (1986); Suppl. 7, 71 (1987)
Shoe manufacture and repair (see Boot and shoe manufacture and repair)
Silica (see also Amorphous silica; Crystalline silica). . . . . . . . . . . . . . . . . . . . .42, 39 (1987); 100C, 355 (2012)
Silicone (see Implants, surgical)
Simazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 495 (1991); 73, 625 (1999)
Slag wool (see Man-made vitreous fibres)
Sodium arsenate (see Arsenic and arsenic compounds)
Sodium arsenite (see Arsenic and arsenic compounds)
Sodium cacodylate (see Arsenic and arsenic compounds)
Sodium chlorite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 145 (1991)
Sodium chromate (see Chromium and chromium compounds)
Sodium cyclamate (see Cyclamates)
Sodium dichromate (see Chromium and chromium compounds)
Sodium diethyldithiocarbamate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 217 (1976); Suppl. 7, 71 (1987)
Sodium equilin sulfate (see Conjugated estrogens)
Sodium estrone sulfate (see Conjugated estrogens)
Sodium fluoride (see Fluorides)
Sodium monofluorophosphate (see Fluorides)
Sodium *ortho*-phenylphenate
  (see also *ortho*-Phenylphenol) . . . . . . . . . . . . . . . . . 30, 329 (1983); Suppl. 7, 71, 392 (1987); 73, 451 (1999)
Sodium saccharin (see Saccharin)
Sodium selenate (see Selenium and selenium compounds)
Sodium selenite (see Selenium and selenium compounds)
Sodium silicofluoride (see Fluorides)
Solar radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55 (1992); 100D, 35 (2012)
Soots . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 22 (1973); 35, 219 (1985); Suppl. 7, 343 (1987); 100F, 209 (2012)
Special-purpose glass fibres such as E-glass and '475' glass fibres (see Man-made vitreous fibres)
Spironolactone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24, 259 (1980); Suppl. 7, 344 (1987); 79, 317 (2001)
Stannous fluoride (see Fluorides)
Static electric fields. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80 (2002)
Static magnetic fields. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80 (2002)
Steel founding (see Iron and steel founding)
Steel, stainless (see Implants, surgical)
Sterigmatocystin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 175 (1972); 10, 245 (1976); Suppl. 7, 72 (1987)
Steroidal estrogens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 280 (1987)
Streptozotocin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 221 (1974); 17, 337 (1978); Suppl. 7, 72 (1987)
Strobane® (see Terpene polychlorinates)
Strong-inorganic-acid mists containing sulfuric acid (see Mists and vapours from sulfuric acid and
other strong inorganic acids)
Strontium chromate (see Chromium and chromium compounds)

JNJ 000451794

Styrene  19, 231 (1979) (corr. 42, 258); Suppl. 7, 345 (1987); 60, 233 (1994) (corr. 65, 549); 82, 437 (2002)

Styrene-acrylonitrile copolymers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 97 (1979); Suppl. 7, 72 (1987)

Styrene-butadiene copolymers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 252 (1979); Suppl. 7, 72 (1987)

Styrene-7,8-oxide . . . . 11, 201 (1976); 19, 275 (1979); 36, 245 (1985); Suppl. 7, 72 (1987); 60, 321 (1994)

Succinic anhydride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 265 (1977); Suppl. 7, 72 (1987)

Sudan I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 225 (1975); Suppl. 7, 72 (1987)

Sudan II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 233 (1975); Suppl. 7, 72 (1987)

Sudan III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 241 (1975); Suppl. 7, 72 (1987)

Sudan Brown RR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 249 (1975); Suppl. 7, 72 (1987)

Sudan Red 7B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 253 (1975); Suppl. 7, 72 (1987)

Sulfadimidine (see Sulfamethazine)

Sulfafurazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 275 (1980); Suppl. 7, 347 (1987)

Sulfallate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 283 (1983); Suppl. 7, 72 (1987)

Sulfamethazine and its sodium salt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 341 (2001)

Sulfamethoxazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 285 (1980); Suppl. 7, 348 (1987); 79, 361 (2001)

Sulfites (see Sulfur dioxide and some sulfites, bisulfites and metabisulfites)

Sulfur dioxide and some sulfites, bisulfites and metabisulfites . . . . . . . . . . . . . . . . . . . . . . . 54, 131 (1992)

Sulfur mustard (see Mustard gas)

Sulfuric acid and other strong inorganic acids,
 occupational exposures to mists and vapours from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 41 (1992)

Sulfur trioxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 121 (1992)

Sulphisoxazole (see Sulfafurazole)

Sunset Yellow FCF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 257 (1975); Suppl. 7, 72 (1987)

Symphytine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 239 (1983); Suppl. 7, 72 (1987)

## T

2,4,5-T (see also Chlorophenoxy herbicides;
 Chlorophenoxy herbicides, occupational exposures to) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 273 (1977)

Talc . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 185 (1987); Suppl. 7, 349 (1987)

Talc, inhaled, not containing asbestos or asbestiform fibres . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93 (2010)

Talc-based body powder, perineal use of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93 (2010)

Tamoxifen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 253 (1996); 100A, 131 (2012)

Tannic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 253 (1976) (corr. 42, 255); Suppl. 7, 72 (1987)

Tannins (see also Tannic acid) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 254 (1976); Suppl. 7, 72 (1987)

TCDD (see 2,3,7,8-Tetrachlorodibenzo-*para*-dioxin)

TDE (see DDT)

Tea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 207 (1991)

Temazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 161 (1996)

Teniposide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 259 (2000)

Terpene polychlorinates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 219 (1974); Suppl. 7, 72 (1987)

Testosterone (see also Androgenic (anabolic) steroids) . . . . . . . . . . . . . . . . . . 6, 209 (1974); 21, 519 (1979)

Testosterone oenanthate (see Testosterone)

Testosterone propionate (see Testosterone)

2,2′,5,5′-Tetrachlorobenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 141 (1982); Suppl. 7, 72 (1987)

JNJ 000451795

IARC MONOGRAPHS – 100C

2,3,7,8-Tetrachlorodibenzo-*para*-dioxin . . . . 15, 41 (1977); Suppl. 7, 350 (1987); 69, 33 (1997); 100F, 339 (2012)

1,1,1,2-Tetrachloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 87 (1986); Suppl. 7, 72 (1987); 71, 1133 (1999)

1,1,2,2-Tetrachloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 477 (1979); Suppl. 7, 354 (1987); 71, 817 (1999)

Tetrachloroethylene . . . . . . . . . . . . . . . . . 20, 491 (1979); Suppl. 7, 355 (1987); 63, 159 (1995) (corr. 65, 549)

2,3,4,6-Tetrachlorophenol (see Chlorophenols; Chlorophenols, occupational exposures to; Polychlorophenols and their sodium salts)

Tetrachlorvinphos . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 197 (1983); Suppl. 7, 72 (1987)

Tetraethyllead (see Lead and lead compounds)

Tetrafluoroethylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 285 (1979); Suppl. 7, 72 (1987); 71, 1143 (1999)

Tetrakis(hydroxymethyl)phosphonium salts . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 95 (1990); 71, 1529 (1999)

Tetramethyllead (see Lead and lead compounds)

Tetranitromethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 437 (1996)

Textile manufacturing industry, exposures in  . . . . . . . . . . . . . . . . . . . . . . . . . 48, 215 (1990) (corr. 51, 483)

Theobromine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 421 (1991)

Theophylline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 391 (1991)

Thioacetamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 77 (1974); Suppl. 7, 72 (1987)

4,4'-Thiodianiline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 343 (1978); 27, 147 (1982); Suppl. 7, 72 (1987)

Thiotepa . . . . . . . . . . . . . . . . . . . . . . . . 9, 85 (1975); Suppl. 7, 368 (1987); 50, 123 (1990); 100A, 163 (2012)

Thiouracil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 85 (1974); Suppl. 7, 72 (1987); 79, 127 (2001)

Thiourea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 95 (1974); Suppl. 7, 72 (1987); 79, 703 (2001)

Thiram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 225 (1976); Suppl. 7, 72 (1987); 53, 403 (1991)

Thorium-232 (as Thorotrast) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100D, 241 (2012)

Titanium (see Implants, surgical)

Titanium dioxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 307 (1989); 93 (2010)

Tobacco

—Second-hand tobacco smoke . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83, 1189 (2004); 100E, 213 (2012)

—Smokeless tobacco  . . 37 (1985) (corr. 42, 263; 52, 513); Suppl. 7, 357 (1987); 89, 39 (2007); 100E, 265 (2012)

—Tobacco smoking . . . . . . . 38 (1986) (corr. 42, 263); Suppl. 7, 359 (1987); 83, 51 (2004); 100E, 43 (2012)

*ortho*-Tolidine (see 3,3'-Dimethylbenzidine)

2,4-Toluene diisocyanate (see also Toluene diisocyanates) . . . . . . . . . . . . . 19, 303 (1979); 39, 287 (1986)

2,6-Toluene diisocyanate (see also Toluene diisocyanates) . . . . . . . . . . . . . 19, 303 (1979); 39, 289 (1986)

Toluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 79 (1989); 71, 829 (1999)

Toluene diisocyanates . . . . . . . . . . . . . . . . 39, 287 (1986) (corr. 42, 264); Suppl. 7, 72 (1987); 71, 865 (1999)

Toluenes, α-chlorinated (see α-Chlorinated toluenes and benzoyl chloride)

*ortho*-Toluenesulfonamide (see Saccharin)

*ortho*-Toluidine . . . . . . . . 16, 349 (1978); 27, 155 (1982) (corr. 68, 477); Suppl. 7, 362 (1987); 77, 267 (2000)

Toremifene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 367 (1996)

Toxaphene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 327 (1979); Suppl. 7, 72 (1987); 79, 569 (2001)

T-2 Toxin (see Toxins derived from Fusarium sporotrichioides)

Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*  . . . 11, 169 (1976); 31, 153, 279 (1983); Suppl. 7, 64, 74 (1987); 56, 397 (1993)

Toxins derived from *Fusarium moniliforme* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 445 (1993)

Toxins derived from *Fusarium sporotrichioides* . . . . . . . 31, 265 (1983); Suppl. 7, 73 (1987); 56, 467 (1993)

JNJ 000451796

Traditional herbal medicines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .82, 41 (2002); 100A, 347 (2012)
Tremolite (see Asbestos)
Treosulfan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 341 (1981); Suppl. 7, 363 (1987); 100A, 171 (2012)
Triaziquone (see Tris(aziridinyl)-*para*-benzoquinone)
Trichlorfon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 207 (1983); Suppl. 7, 73 (1987)
Trichlormethine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 229 (1975); Suppl. 7, 73 (1987); 50, 143 (1990)
Trichloroacetic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 291 (1995) (corr. 65, 549); 84 (2004)
Trichloroacetonitrile (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . . .71, 1533 (1999)
1,1,1-Trichloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 515 (1979); Suppl. 7, 73 (1987); 71, 881 (1999)
1,1,2-Trichloroethane . . . . . . . . . . . . . . . 20, 533 (1979); Suppl. 7, 73 (1987); 52, 337 (1991); 71, 1153 (1999)
Trichloroethylene . . . . . 11, 263 (1976); 20, 545 (1979); Suppl. 7, 364 (1987); 63, 75 (1995) (corr. 65, 549)
2,4,5-Trichlorophenol (see also Chlorophenols; Chlorophenols, occupational exposures to;
 Polychlorophenols and their sodium salts) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 349 (1979)
2,4,6-Trichlorophenol (see also Chlorophenols; Chlorophenols, occupational exposures to;
 Polychlorophenols and their sodium salts) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 349 (1979)
(2,4,5-Trichlorophenoxy)acetic acid (see 2,4,5-T)
1,2,3-Trichloropropane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 223 (1995)
Trichlorotriethylamine-hydrochloride (see Trichlormethine)
T2-Trichothecene (see Toxins derived from Fusarium sporotrichioides)
Tridymite (see Crystalline silica)
Triethanolamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 381 (2000)
Triethylene glycol diglycidyl ether . . . . . . . . . . . . . . . 11, 209 (1976); Suppl. 7, 73 (1987); 71, 1539 (1999)
Trifluralin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 515 (1991)
4,4′,6-Trimethylangelicin plus ultraviolet radiation
 (see also Angelicin and some synthetic derivatives) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 57 (1987)
2,4,5-Trimethylaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 177 (1982); Suppl. 7, 73 (1987)
2,4,6-Trimethylaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 178 (1982); Suppl. 7, 73 (1987)
4,5′,8-Trimethylpsoralen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 357 (1986); Suppl. 7, 366 (1987)
Trimustine hydrochloride (see Trichlormethine)
2,4,6-Trinitrotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 449 (1996)
Triphenylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 447 (1983); Suppl. 7, 73 (1987); 92, 35 (2010)
Tris(aziridinyl)-*para*-benzoquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 67 (1975); Suppl. 7, 367 (1987)
Tris(1-aziridinyl)phosphine-oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 75 (1975); Suppl. 7, 73 (1987)
Tris(1-aziridinyl)phosphine-sulphide (see Thiotepa)
2,4,6-Tris(1-aziridinyl)-s-triazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 95 (1975); Suppl. 7, 73 (1987)
Tris(2-chloroethyl) phosphate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 109 (1990); 71, 1543 (1999)
1,2,3-Tris(chloromethoxy)propane . . . . . . . . . . . . . . . 15, 301 (1977); Suppl. 7, 73 (1987); 71, 1549 (1999)
Tris(2,3-dibromopropyl) phosphate . . . . . . . . . . . . . . . 20, 575 (1979); Suppl. 7, 369 (1987); 71, 905 (1999)
Tris(2-methyl-1-aziridinyl)phosphine-oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 107 (1975); Suppl. 7, 73 (1987)
Trp-P-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 247 (1983); Suppl. 7, 73 (1987)
Trp-P-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 255 (1983); Suppl. 7, 73 (1987)
Trypan blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 267 (1975); Suppl. 7, 73 (1987)
*Tussilago farfara* L. (see also Pyrrolizidine alkaloids) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 334 (1976)

JNJ 000451797

IARC MONOGRAPHS – 100C

## U

Ultraviolet radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 379 (1986); 55 (1992); 100D, 35 (2012)
Underground haematite mining with exposure to radon (see Haematite mining, underground)
Uracil mustard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 235 (1975); Suppl. 7, 370 (1987)
Uranium, depleted (see Implants, surgical)
Urethane (see Ethyl carbamate)
UV-emitting tanning devices, use of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .100D, 35 (2012)

## V

Vanadium pentoxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 227 (2006)
Vat Yellow 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 161 (1990)
Vinblastine sulfate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 349 (1981) (corr. 42, 261); Suppl. 7, 371 (1987)
Vincristine sulfate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 365 (1981); Suppl. 7, 372 (1987)

Vinyl acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 341 (1979); 39, 113 (1986);
  Suppl. 7, 73 (1987); 63, 443 (1995)
Vinyl bromide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 367 (1979); 39, 133 (1986);
  Suppl. 7, 73 (1987); 71, 923 (1999); 97, 445 (2008)
Vinyl chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 291 (1974); 19, 377 (1979) (corr. 42, 258);
  Suppl. 7, 373 (1987); 97, 311 (2008); 100F, 451 (2012)
Vinyl chloride-vinyl acetate copolymers . . . . . . . . . . . . . . . . . . 7, 311 (1976); 19, 412 (1979) (corr. 42, 258);
  Suppl. 7, 73 (1987)
4-Vinylcyclohexene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 277 (1976); 39, 181 (1986) Suppl. 7, 73 (1987);
  60, 347 (1994)
4-Vinylcyclohexene diepoxide . . . . . . . . . . . . . . . . . . . . . . 11, 141 (1976); Suppl. 7, 63 (1987); 60, 361 (1994)
Vinyl fluoride. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 147 (1986); Suppl. 7, 73 (1987);
  63, 467 (1995); 97, 459 (2008)
Vinylidene chloride. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 439 (1979); 39, 195 (1986);
  Suppl. 7, 376 (1987); 71, 1163 (1999)
Vinylidene chloride-vinyl chloride copolymers . . . . . . . 19, 448 (1979) (corr. 42, 258); Suppl. 7, 73 (1987)
Vinylidene fluoride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39, 227 (1986); Suppl. 7, 73 (1987); 71, 1551 (1999)
N-Vinyl-2-pyrrolidone . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 461 (1979); Suppl. 7, 73 (1987); 71, 1181 (1999)
Vinyl toluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .60, 373 (1994)
Vitamin K substances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 417 (2000)

## W

Welding. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49, 447 (1990) (corr. 52, 513)
Wollastonite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42, 145 (1987); Suppl. 7, 377 (1987); 68, 283 (1997)
Wood dust . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .62, 35 (1995); 100C, 407 (2012)

JNJ 000451798

Wood industries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25 (1981); Suppl. 7, 378 (1987)

## X

X-radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75, 121 (2000); 100D, 103 (2012)
Xylenes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 125 (1989); 71, 1189 (1999)
2,4-Xylidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 367 (1978); Suppl. 7, 74 (1987)
2,5-Xylidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 377 (1978); Suppl. 7, 74 (1987)
2,6-Xylidine (see 2,6-Dimethylaniline)

## Y

Yellow AB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 279 (1975); Suppl. 7, 74 (1987)
Yellow OB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 287 (1975); Suppl. 7, 74 (1987)

## Z

Zalcitabine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 129 (2000)
Zearalenone (see Toxins derived from *Fusarium graminearum, F. culmorum* and *F. crookwellense*)
Zectran . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 237 (1976); Suppl. 7, 74 (1987)
Zeolites other than erionite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68, 307 (1997)
Zidovudine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 73 (2000)
Zinc beryllium silicate (see Beryllium and beryllium compounds)
Zinc chromate (see Chromium and chromium compounds)
Zinc chromate hydroxide (see Chromium and chromium compounds)
Zinc potassium chromate (see Chromium and chromium compounds)
Zinc yellow (see Chromium and chromium compounds)
Zineb . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 245 (1976); Suppl. 7, 74 (1987)
Ziram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 259 (1976); Suppl. 7, 74 (1987); 53, 423 (1991)

JNJ 000451799

# LIST OF *IARC MONOGRAPHS*

## Volume 1

*Some Inorganic Substances, Chlorinated Hydrocarbons, Aromatic Amines, N-Nitroso Compounds, and Natural Products*

1972; 184 pages (out-of-print)

## Volume 2

*Some Inorganic and Organometallic Compounds*

1973; 181 pages (out-of-print)

## Volume 3

*Certain Polycyclic Aromatic Hydrocarbons and Heterocyclic Compounds*

1973; 271 pages (out-of-print)

## Volume 4

*Some Aromatic Amines, Hydrazine and Related Substances, N-Nitroso Compounds and Miscellaneous Alkylating Agents*

1974; 286 pages (out-of-print)

## Volume 5

*Some Organochlorine Pesticides*

1974; 241 pages (out-of-print)

## Volume 6

*Sex Hormones*

1974; 243 pages (out-of-print)

## Volume 7

*Some Anti-Thyroid and Related Substances, Nitrofurans and Industrial Chemicals*

1974; 326 pages (out-of-print)

## Volume 8

*Some Aromatic Azo Compounds*

1975; 357 pages (out-of-print)

## Volume 9

*Some Aziridines, N-, S- and O-Mustards and Selenium*

1975; 268 pages (out-of-print)

## Volume 10

*Some Naturally Occurring Substances*

1976; 353 pages (out-of-print)

JNJ 000451800

## Volume 11

*Cadmium, Nickel, Some Epoxides, Miscellaneous Industrial Chemicals and General Considerations on Volatile Anaesthetics*

1976; 306 pages (out-of-print)

## Volume 12

*Some Carbamates, Thio- carbamates and Carbazides*

1976; 282 pages (out-of-print)

## Volume 13

*Some Miscellaneous Pharmaceutical Substances*

1977; 255 pages

## Volume 14

*Asbestos*

1977; 106 pages (out-of-print)

## Volume 15

*Some Fumigants, the Herbicides 2,4-D and 2,4,5-T, Chlorinated Dibenzodioxins and Miscellaneous Industrial Chemicals*

1977; 354 pages (out-of-print)

## Volume 16

*Some Aromatic Amines and Related Nitro Compounds—Hair Dyes, Colouring Agents and Miscellaneous Industrial Chemicals*

1978; 400 pages

## Volume 17

*Some N-Nitroso Compounds*

1978; 365 pages

## Volume 18

*Polychlorinated Biphenyls and Polybrominated Biphenyls*

1978; 140 pages (out-of-print)

## Volume 19

*Some Monomers, Plastics and Synthetic Elastomers, and Acrolein*

1979; 513 pages (out-of-print)

## Volume 20

*Some Halogenated Hydrocarbons*

1979; 609 pages (out-of-print)

## Volume 21

*Sex Hormones (II)*

1979; 583 pages

## Volume 22

*Some Non-Nutritive Sweetening Agents*

1980; 208 pages

## Volume 23

*Some Metals and Metallic Compounds*

1980; 438 pages (out-of-print)

JNJ 000451801

## Volume 24

*Some Pharmaceutical Drugs*
    1980; 337 pages

## Volume 25

*Wood, Leather and Some Associated Industries*
    1981; 412 pages

## Volume 26

*Some Antineoplastic and Immunosuppressive Agents*
    1981; 411 pages (out-of-print)

## Volume 27

*Some Aromatic Amines, Anthraquinones and Nitroso Compounds, and Inorganic Fluorides Used in Drinking-water and Dental Preparations*
    1982; 341 pages (out-of-print)

## Volume 28

*The Rubber Industry*
    1982; 486 pages (out-of-print)

## Volume 29

*Some Industrial Chemicals and Dyestuffs*
    1982; 416 pages (out-of-print)

## Volume 30

*Miscellaneous Pesticides*
    1983; 424 pages (out-of-print)

## Volume 31

*Some Food Additives, Feed Additives and Naturally Occurring Substances*
    1983; 314 pages (out-of-print)

## Volume 32

*Polynuclear Aromatic Compounds, Part 1: Chemical, Environmental and Experimental Data*
    1983; 477 pages (out-of-print)

## Volume 33

*Polynuclear Aromatic Compounds, Part 2: Carbon Blacks, Mineral Oils and Some Nitroarenes*
    1984; 245 pages (out-of-print)

## Volume 34

*Polynuclear Aromatic Compounds, Part 3: Industrial Exposures in Aluminium Production, Coal Gasification, Coke Production, and Iron and Steel Founding*
    1984; 219 pages (out-of-print)

## Volume 35

*Polynuclear Aromatic Compounds, Part 4: Bitumens, Coal-tars and Derived Products, Shale-oils and Soots*
    1985; 271 pages

## Volume 36

*Allyl Compounds, Aldehydes, Epoxides and Peroxides*
    1985; 369 pages

JNJ 000451802

## Volume 37

*Tobacco Habits Other than Smoking; Betel-Quid and Areca-Nut Chewing; and Some Related Nitrosamines*
1985; 291 pages (out-of-print)

## Volume 38

*Tobacco Smoking*
1986; 421 pages

## Volume 39

*Some Chemicals Used in Plastics and Elastomers*
1986; 403 pages (out-of-print)

## Volume 40

*Some Naturally Occurring and Synthetic Food Components, Furocoumarins and Ultraviolet Radiation*
1986; 444 pages (out-of-print)

## Volume 41

*Some Halogenated Hydrocarbons and Pesticide Exposures*
1986; 434 pages (out-of-print)

## Volume 42

*Silica and Some Silicates*
1987; 289 pages

## Volume 43

*Man-Made Mineral Fibres and Radon*
1988; 300 pages (out-of-print)

## Volume 44

*Alcohol Drinking*
1988; 416 pages

## Volume 45

*Occupational Exposures in Petroleum Refining; Crude Oil and Major Petroleum Fuels*
1989; 322 pages

## Volume 46

*Diesel and Gasoline Engine Exhausts and Some Nitroarenes*
1989; 458 pages

## Volume 47

*Some Organic Solvents, Resin Monomers and Related Compounds, Pigments and Occupational Exposures in Paint Manufacture and Painting*
1989; 535 pages (out-of-print)

## Volume 48

*Some Flame Retardants and Textile Chemicals, and Exposures in the Textile Manufacturing Industry*
1990; 345 pages

## Volume 49

*Chromium, Nickel and Welding*
1990; 677 pages

JNJ 000451803

## Volume 50

*Pharmaceutical Drugs*
  1990; 415 pages

## Volume 51

*Coffee, Tea, Mate, Methylxanthines and Methylglyoxal*
  1991; 513 pages

## Volume 52

*Chlorinated Drinking-water; Chlorination By-products; Some Other Halogenated Compounds; Cobalt and Cobalt Compounds*
  1991; 544 pages

## Volume 53

*Occupational Exposures in Insecticide Application, and Some Pesticides*
  1991; 612 pages

## Volume 54

*Occupational Exposures to Mists and Vapours from Strong Inorganic Acids; and Other Industrial Chemicals*
  1992; 336 pages

## Volume 55

*Solar and Ultraviolet Radiation*
  1992; 316 pages

## Volume 56

*Some Naturally Occurring Substances: Food Items and Constituents, Heterocyclic Aromatic Amines and Mycotoxins*
  1993; 599 pages

## Volume 57

*Occupational Exposures of Hairdressers and Barbers and Personal Use of Hair Colourants; Some Hair Dyes, Cosmetic Colourants, Industrial Dyestuffs and Aromatic Amines*
  1993; 428 pages

## Volume 58

*Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry*
  1993; 444 pages

## Volume 59

*Hepatitis Viruses*
  1994; 286 pages

## Volume 60

*Some Industrial Chemicals*
  1994; 560 pages

## Volume 61

*Schistosomes, Liver Flukes and Helicobacter pylori*
  1994; 270 pages

JNJ 000451804

## Volume 62

*Wood Dust and Formaldehyde*
  1995; 405 pages

## Volume 63

*Dry Cleaning, Some Chlorinated Solvents and Other Industrial Chemicals*
  1995; 551 pages

## Volume 64

*Human Papillomaviruses*
  1995; 409 pages

## Volume 65

*Printing Processes and Printing Inks, Carbon Black and Some Nitro Compounds*
  1996; 578 pages

## Volume 66

*Some Pharmaceutical Drugs*
  1996; 514 pages

## Volume 67

*Human Immunodeficiency Viruses and Human T-Cell Lymphotropic Viruses*
  1996; 424 pages

## Volume 68

*Silica, Some Silicates, Coal Dust and para-Aramid Fibrils*
  1997; 506 pages

## Volume 69

*Polychlorinated Dibenzo-para-Dioxins and Polychlorinated Dibenzofurans*
  1997; 666 pages

## Volume 70

*Epstein-Barr Virus and Kaposi's Sarcoma Herpesvirus/Human Herpesvirus 8*
  1997; 524 pages

## Volume 71

*Re-evaluation of Some Organic Chemicals, Hydrazine and Hydrogen Peroxide*
  1999; 1586 pages

## Volume 72

*Hormonal Contraception and Post-menopausal Hormonal Therapy*
  1999; 660 pages

## Volume 73

*Some Chemicals that Cause Tumours of the Kidney or Urinary Bladder in Rodents and Some Other Substances*
  1999; 674 pages

## Volume 74

*Surgical Implants and Other Foreign Bodies*
  1999; 409 pages

JNJ 000451805

## Volume 75
*Ionizing Radiation, Part 1, X-Radiation and γ-Radiation, and Neutrons*
2000; 492 pages

## Volume 76
*Some Antiviral and Antineoplastic Drugs, and Other Pharmaceutical Agents*
2000; 522 pages

## Volume 77
*Some Industrial Chemicals*
2000; 563 pages

## Volume 78
*Ionizing Radiation, Part 2, Some Internally Deposited Radionuclides*
2001; 595 pages

## Volume 79
*Some Thyrotropic Agents*
2001; 763 pages

## Volume 80
*Non-Ionizing Radiation, Part 1: Static and Extremely Low-Frequency (ELF) Electric and Magnetic Fields*
2002; 429 pages

## Volume 81
*Man-made Vitreous Fibres*
2002; 418 pages

## Volume 82
*Some Traditional Herbal Medicines, Some Mycotoxins, Naphthalene and Styrene*
2002; 590 pages

## Volume 83
*Tobacco Smoke and Involuntary Smoking*
2004; 1452 pages

## Volume 84
*Some Drinking-Water Disinfectants and Contaminants, including Arsenic*
2004; 512 pages

## Volume 85
*Betel-quid and Areca-nut Chewing and Some Areca-nut-derived Nitrosamines*
2004; 334 pages

## Volume 86
*Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide*
2006; 330 pages

## Volume 87
*Inorganic and Organic Lead Compounds*
2006; 506 pages

## Volume 88
*Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol*
2006; 478 pages

JNJ 000451806

## Volume 89

*Smokeless Tobacco and Some Tobacco-specific N- Nitrosamines*

2007; 626 pages

## Volume 90

*Human Papillomaviruses*

2007; 670 pages

## Volume 91

*Combined Estrogen- Progestogen Contraceptives and Combined Estrogen-Progestogen Menopausal Therapy*

2007; 528 pages

## Volume 92

*Some Non-heterocyclic Polycyclic Aromatic Hydrocarbons and Some Related Exposures*

2010; 853 pages

## Volume 93

*Carbon Black, Titanium Dioxide, and Talc*

2010; 452 pages

## Volume 94

*Ingested Nitrate and Nitrite, and Cyanobacterial Peptide Toxins*

2010; 450 pages

## Volume 95

*Household Use of Solid Fuels and High-temperature Frying*

2010; 430 pages

## Volume 96

*Alcohol Consumption*

2010; 1431 pages

## Volume 97

*1,3-Butadiene, Ethylene Oxide and Vinyl Halides (Vinyl Fluoride, Vinyl Chloride and Vinyl Bromide)*

2008; 510 pages

## Volume 98

*Painting, Firefighting, and Shiftwork*

2010; 806 pages

## Volume 99

*Some Aromatic Amines, Organic Dyes, and Related Exposures*

2010; 692 pages

## Volume 100A

*Pharmaceuticals*

2012; 435 pages

## Volume 100B

*Biological Agents*

2012; 475 pages

JNJ 000451807

## Volume 100C

*Arsenic, metals, fibres, and dusts*
2012; 501 pages

## Volume 100D

*Radiation*
2012; 341 pages

## Volume 100E

*Personal habits and indoor combustions*
2012; 575 pages

## Volume 100F

*Chemical agents and related occupations*
2012; 599 pages

## Supplement No. 1

*Chemicals and Industrial Processes Associated with Cancer in Humans (IARC Monographs, Volumes 1 to 20)*
1979; 71 pages (out-of-print)

## Supplement No. 2

*Long-term and Short-term Screening Assays for Carcinogens: A Critical Appraisal*
1980; 426 pages (out-of-print) (updated as IARC Scientific Publications No. 83, 1986)

## Supplement No. 3

*Cross Index of Synonyms and Trade Names in Volumes 1 to 26 of the IARC Monographs*
1982; 199 pages (out-of-print)

## Supplement No. 4

*Chemicals, Industrial Processes and Industries Associated with Cancer in Humans (IARC Monographs, Volumes 1 to 29)*
1982; 292 pages (out-of-print)

## Supplement No. 5

*Cross Index of Synonyms and Trade Names in Volumes 1 to 36 of the IARC Monographs*
1985; 259 pages (out-of-print)

## Supplement No. 6

*Genetic and Related Effects: An Updating of Selected IARC Monographs from Volumes 1 to 42*
1987; 729 pages (out-of-print)

## Supplement No. 7

*Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1–42*
1987; 440 pages (out-of-print)

## Supplement No. 8

*Cross Index of Synonyms and Trade Names in Volumes 1 to 46 of the IARC Monographs*
1990; 346 pages (out-of-print)

JNJ 000451808