# Exhibit 153

| Date | Exhibit # | Testing Entity | Author | Recipients | Purpose Stated | Test method | Mine | What was tested | Special Preperation | What tests revealed | Hopkins Comments | subsites PSTF/EFE EISF/EISF/EISF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/1957 | J&J-309 | Battelle | Smith | | | | | Italian talc | | " the Italian talc averages about 10% fibrous or acicular particles" | | |
| 5/9/1968 | J&J-1 | Battelle | Smith | Dr. Lytan | | petrograph | Val Chisone | processed talc-Italian 1 | | tremolite; | | |
| 5/29/1958 | J&J-2 | Battelle | Smith, Dr. Lycan | | | microscopie | Val Chisone | processed talc-Italian 1 | | tremolite; 6 to 10 % fibrous talc | | |
| 12/4/1970 | J&J-9 | Colorado School of Mines | Colorado School of Mines, Miller | | | XRD & petrograph | Hammondsville | 38 core samples | | tremolite-actinolite; fibrous talc | | |
| 3/9/1971 | J&J-257 | McCrone | Grieger | Goudie | | SAED; XRD | | Shower to Shower; medicated powder | | "fiber of chrysotile.. Was very clear"; "medicated powder we found one fiber of chrysotile"; Shower to Shower ...we feel stronglythat it may be chrysotile ...chrysotile is very low"; >>> Final Report >>>"Shower to Shower The fiber content of Shower to Shower is quite low in comparison to previous samples which we have investigated...We found three suspect fibers . Of these, two were found in one field and probably have the same source, very possibly contamination ..It is still questionable whether they are chrysotile. We have, however, found traces of chrysotile in G-11 one of the additives to Shower to Shower , and this might be a possible source of these contaminant fibers." | | YES |
| 5/14/1971 | J&J-255 | J&J | Ashton | Smith | | XRD | | Baby Powder (production batch) | | tremolite; tremolite-actinolite | | |
| 7/2/1971 | J&J-256 | Colorado School of Mines | Pattengill | Ashton | | XRD; PLM | | six monthly plant-run samples | | 5 of 6 show tremolite-actinolite; "no other forms of nontalc minerals approaching asbestos types were indentified" | | |
| 7/7/1971 | J&J-15 | Colorado School of Mines | Pattengill | Ashton | | XRD | Vermont talc | processed talc-344-L | | tremolite & actinolite | | |
| 7/29/1971 | J&J-19 | Colorado School of Mines, McCrone, Dartmouth | Nasheid | Foster | | | Vermont talc | | | "trace amounts of fibrous minerals; (tremolite/actinolite) " | | |
| 10/12/1971 | J&J-23 | McCrone | Grieger | Goudie | appearance and fiber content | electron diffraction | | Shower to Shower | | traces of chrysotile in one of additives | | YES |
| 11/11/1971 | J&J-376 | McCrone | Grieger | Goudie | | TEM | | Shower to Shower | | "The Shower to Shower appeared to have a few more fibers than the other two samples ,however I think that mighbbe due to possible contamination from the G-11.In the G-11 we did find two positively identified chrysotile fibers and some other fibers which at first glance peeared to be chrysotile, when you look atthe electron diffraction pattern. I believe that most of the fibers in Showerto Shower which are suspectmay come from G-11. I left out the comments on G-11from the report becuase I felt you mightwant to change your supplier or investigate your supplier , and this would only tend to confuse the issue perhapswith the PDA." | | |

EXHIBIT Hopkins-28  Date: 11-5-78  MLG, CSR, RPR, CRR

EXHIBIT J&J-414

| Date / ID | Org | Person A | Person B | Technique | Scope | Sample | Findings | Asbestos? |
|---|---|---|---|---|---|---|---|---|
| 8/3/1972 J&J-28 | NYU | Seymour Lewin | Dr. Weissler (FDA) | XRD | FDA submits Lewin sample | Shower to Shower sample 84 | 5% chrysotile, "About 1 fiber or rod/needle every 500 particles. Approx. 1/3 of these are tremolite. "reported chrysotile". | YES |
| 8/10/1972 J&J-373 | J&J | | | PLM | | Shower to Shower | | |
| 8/24/1972 J&J-29 | Sperry Rand | Nashed | Dr. R. A. Fuller | SEM | | Shower to Shower | "asbestos fibers could be detected in the sample", "reported chrysotile" | YES |
| | | | | | | | Dr. Weissler used SEM "to study general shape of chrysotile asbestos." "Dr. Weissler he did find fibers which had the general shape of chrysotile" Also found "asbestos form fibers" in samples brought by JJ which were photographed" | |
| 8/31/1972 J&J-348 | Sperry Reid | JJ Wehrung | | SEM | | Shower to Shower | Observation of asbestiform "more correctly be called fiberform". SEM "very able to identify fiberforms which may be chrysotile" | |
| 9/8/1972 D-7 | Sperry Rand | JJ Wehrung | | SEM | | Shower to Shower | | |
| 9/26/1972 J&J-31 | Dr. Lewin | Dr. Nashed | Dr. Fuller | | | J&J Medicated Powder; Johnson's Baby Powder; J&J Shower to Shower | Medicated Powder: tremolite 4% Baby Powder: 2-3% chrysotile Shower to Shower: 2-5% chrysotile. | YES |
| 10/27/1972 J&J-34,36,34,37 | McCrone | Stewart | Goudie | XRD, TEM | "the presence of asbestiform minerals" & occurrence of any asbestos type minerals | Johnson's Baby Powder batch # 106T & 109T (Lewin Samples) | "both samples contained an insignificant amount of tremolite", tremolite rods | YES |
| 2/26/1973 J&J-100 | Colorado School of Mines | Reid | Ashton | XRD | | processed talc | tremolite-actinolite, slight trace of anthophllite? Chrysotile? "asbestos type materials" | YES? |
| 4/26/1973 J&J-44 | J&J | Petterson | Johnston | PLM | | Johnson's Baby Powder | "tremolite or actinolite are indentifiable (optical microscope)and these might be classified as asbestos fiber" | No |
| 4/27/1973 J&J-335 | J&J | | Petterson | optical microscope | | Johnston's Baby Powder | "trace amounts of amphiboles in all samples. "The optical properties of the amphiboles are closer to actinolite than tremolite" | |
| 5/1/1973 J&J-367 | | Miller | Petterson | | | Hammondsville ore | "the ore body contains tremolite" | Doesn't say which mine |
| | | | | | | | "Your question this morning was how did Lewin assay timing relate to actinolite showings. Baby Powder lots 106T & 109T were alleged to contain asbestiforms by Lewin. Talc shipments checked by microscope here showed all lots clean just prior to and right after that time, the first showing of actinolite we know about is October 1972. The indications are that things were in good shape when Lewin picked up the above two lots for his assay." | |
| 5/8/1973 J&J-568 | J&J | | | | | Hammondsville ore | centrifuge; concentration technique | |
| 6/6/1973 J&J-47 | Cardiff | Pooley | Ashton | XRD, PLM | | our Vermont talc; Shower to Shower sample 84 | actinolite | |
| 9/6/1973 J&J-258 | FDA | Stuart | | "determination of asbestos | "examined for chrysotile and/or tremolite | Vermont talc; samples | "fibers of tremolite/actinolite | Yes |
| 12/21/1973 J&J-263 | Colorado School of Mines | Reid | Ashton | TEM | | centrifuge | "identified chrysotile at a level of less than 10 ppm in the Vermont sample" | Yes |

| Date / ID | Author(s) | Person | Lab/Company | Method | Sample origin | Material | Purpose | Findings / Notes | Asbestos? |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/1974 I&J-57 | McCrone, Dartmouth | | | TEM, XRD | Hammondsville | ore & product | | "chrysotile fiber suppression was indicated"; Dartmouth finds amphibole 100 to 200 ppm in ore and 9000 ppm in ore. McCrone finds chrysotile in ore and finished product | Yes |
| Mar-74 I&J-58 | Dartmouth | Reynolds | Windsor Minerals | XRD & XRF | talc product & ore from Windsor | ore & product | develop methods for measuring the concentration of asbestiform amphiboles | "ore sample contains 2500ppm actinolite and the talc product contains 170 ppm actinolite", "small amounts of anthophyllite may be present"    Dr. Hopkins has issues with the conclusions | Yes |
| 4/24/1974 I&J-65 | McCrone | Stewart | Zeitz | XRD, TEM | Argenaut | ore | determine "whether or not there were any significant content of asbestiform minerals " | TEM finds chrysotile and fibrous tremolite | YES |
| 5/8/1974 I&J-66 | McCrone | | | optical microscope & TEM | | Windsor 66 ore & product | | ore-fiber probably tremolite & chrysotile, product: one chrysotile fiber | Possible contamination of 1 test |
| 5/9/1974 I&J-366 | McCrone | | | TEM | Argenaut | ore & product | | chrysotile fibers in ore and product of 1/3 of samples tested | |
| 5/24/1974 I&J-370 | McCrone, Dartmouth Zeitz | | Zeitz | TEM | Hammondsville | Windsor 66 ore & product | analysis for "asbestiform fibers" | centrifuge to float talc and settle denser materials    Table 15 McCrone Summary-probable chrysotile in 2 samples and chrysotile in 2 other samples >>>>Attachment A Dated 05-08-74>>>>>> "Sample 66-AC ore showed chrysotile fibers but in the product from the same ore beneficiation had reduced the chrysotile content to 1 fibril as mentioned above. The chrysotile fiber content of Sample 66-AC-ore represents an estimated chrysotile content of <1 ppm, thus, even in the worst case, the level of asbestos contamination present in these ores is minimal."">>>>>>>>>>Attachment B>>>>>>>"fibrous form of anthophyllite which occurs as a rare mineral in the Hammondsville ore body" | YES |
| 10/10/1974 I&J-74 | McCrone | Shimps | Zeitz | TEM | Hammondsville | product | "determine the extent of amphibole or serpentine contamination" "we kept a running tabulation of the asbestos we could possibly identify" | "fibrous asbestiform material" "chrysotile fibers were found" | YES |
| 7/1/1975 I&J-89 | McCrone | Grieger | Zeitz | TEM, SAED | "from your ore body" Johnson's Baby Powder | | | "confirmed asbestos" low to medium; "bundles of amphiboles" | YES |
| 9/8/1975 I&J-92 | Mt. Sinai | Langer | | TEM, PLM, XRD | | | | anthophyllite & tremolite | |
| 11/5/1975 I&J-97 | McCrone | Grieger | Zeitz | TEM | ore | | supplement report of 7-03-75 | Table 1 lists "fibers of asbestos" | YES |

| Date / Bates | Lab | Analyst | Description | Method | Sample source | Vermont composite sample | Fiber findings | Source / notes | YES? |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/1977 J&J-141 | Cardiff | Pooley | | XRD | | | fibers of antigorite composite samples-large and small fibrous tremolite | Source unknown- Mr. Ricks says look in Metadata | YES? |
| 6/14/1977 J&J-246 | EMV | | | SEM, XRD | | ore & product | tremolite & actinolite | | |
| 2/9/1979 J&J-164 | George Lee's Group | Cohen | | | | 6r composite samples | | | YES |
| 9/1/1983 J&J-175 | McCrone | Palenik | "airborne fiber concentrations" | NIOSH method | Argonaut, Rainbow | air samples | Argonaut - 118 fibers, Rainbow- 2650 fibers | Type of fiber not specified | |
| 11/2/1984 J&J-179 | McCrone | Palenik | "analysis for asbestos" | TEM- EPA method | | air samples | 6,500 to 60,000 chrysotile asbestos fibers All samples found asbestos | | YES |
| 5/15/1985 J&J-177 | MSHA | Olson | analysis for "asbestiform minerals" | PLM, XRD | Italian talc | air samples at Cyprus South Plainfield | 71.2% fibrous talc & *5.8% anthophyllite, an asbestiform amphibole | | YES |
| 8/5/1986 J&J-184 | McCrone | Laubenthal | | PCM | Hammondsville | air samples | fibers in both samples | Type of fiber not specified | YES |
| 3/30/1987 J&J-185 | J&J | Schmidt | | | Raymond Mill | Processed talc | "Tremolite is present in the fines (minus 100 plus 200 mesh) in six volume percent as free needles" | | |
| 4/15/1988 J&J-180 | Skyline Laboratories, Aquatec Environmental | | | XRD | Chester/Hamm | random and composite process samples | actinolite | | |
| 2/25/1992 J&J-202 | Cyprus | Munro | | | Argonaut, Hammondsville, Black Bear | ore | "fibrous tremolite was identified..in exposures and cores at the east Argonaut 7 Black Bear mines. Cyprus staff report past tremolite from the Hammondsville and Clifton deposits." | | |
| 0/00/0000 J&J-298 | McCrone | | | | | Windsor grade 56 | chrysotile | duplicate of J&J-164 | |
| 02/09/1979 J&J-341 | J&J | Lee | | | | Windsor 66 composite sample | "massive amphiboles in the 66 composite sample of Nov 6-10. the sample was forwarded to George Lee's group where the present of amphiboles was confirmed. They were identified as tremolite & actinolite" | | |
| 05/7/08/1958 J&J-211 | Battelle | Smith | | Petrograph | | Italian talc | "acicular and fibrous particles of talc", the 8 to 10% of nonplaty talcids presumed to be derived from tremolite or enstatite"; actinolite. The tremolite-acinolite in the sample is considered to be asbestos by current government regulations, however, it appeared to be cleavage fragments of the massive form rather than true asbestiform. typical tremolite fibers than true asbestiform | | |
| 1/12/1984 J&J-305 | McCrone | Palenik | | PLM | | Talc powder, grade EV | 3 to 10% non platy with trace amounts of tremolite | | |
| 1/24/1958 J&J-910 | Battelle | Brown; Lynam J&J | | | | Italian talc | "four of the samples are suspected of containing tremolite based on the finding of one or two 'fibers' per sample which satisfy the color/morphology criteria." | | |
| 4/19/1973 J&J-286 | J&J | Hamer | | Dispersion staining | | Johnson's Baby Powder | | | |

| Date | ID | Organization | Name 1 | Name 2 | Purpose | Instrument | Sample | Result/Notes |
|---|---|---|---|---|---|---|---|---|
| 4/27/1973 | J&J-395 | J&J | | | | Petrographic optical microscope | Johnson's Baby Powder | "trace amounts of amphibole" in all 4 samples tested, "Shape- prismatic, columnar, parallel-sided rods". Size: from 20X4 microns to 200X50 microns; indentity : the optical properties of the particles are closer to actinolite than tremolite" |
| 7/05/1976 | J&J-303 | Colorado School of Mines | | | | optical microscope | Johnson's Baby Powder | "small (1%?) amounts of amphibole needles." |
| 8/09/1972 | J&J-342 | J&J | | | | | Shower to Shower | No chrysotile observed |
| 8/27/1973 | J&J-299 | Dutch consumer organization | | | | electron microscope (REM) | Johnson's Baby Powder | "trace tremolite" in 1970 and 1971 samples. " asbestos = content of 1.59%" |
| 9/11/1975 | J&J-297 | McCrane | Stewart | Zeitz | | | A-HC | chrysotile fiber / Plate 4682 A-HC 51,000X Chrysotile fiber |
| 9/18/1961 | J&J-313 | Battelle | Smith | Ashton | | petrograph | Hammondsville core | 2 percent non platy talc in upper core; 14% (granular and fibrous) non platy talc with 1.2% altered amphiboles in lower core |
| ?/?/???? | | Dutch Consumers | | | | | Johnson's Baby Powder | claimed to have found asbestos |
| ?/?/1972 | J&J-33 | University of Minnesota | | | determine possible content of fibrous chrysotile asbestos | TEM | Shower to Shower | "chrysotile asbestos does exist in the specimens of Shower to Shower" |
| 0/00/1991 | J&J-327 | Cypress | Munro | | | | Argonaut mine | "Augusactmaun ore body open pit ...high incidence of fibre bearing zones encountered in the mean ore body" |
| 0/00/1991 | J&J-327 | Cypress | Munro | | | electron microscopy | Hamm mine; | "areas with fibrous actinolite" |
| 7/9/?? | J&J-17 | Mt. Sinai | J&J | | | | Johnson's Baby Powder | chrysolide asbestos |
| 10/27/1972 | J&J-26 | J&J | Nashed | Goudie | | | Johnson's Baby Powder batch # 108T & 109T (Lewin Samples) | "There are trace quantities (tremolite) present confirmed both by McCrone & Blükohton Levels are extremely low but occasionally can be seen optically. This is not new." |

# Exhibit 154

# The Cosmetic, Toiletry and Fragrance Association, Inc.

1133 15th STREET, N.W., WASHINGTON, D.C. 20005 · 202/331-1770 · TELEX 89-2673

James H. Merritt
*President*

Norman F. Estrin, Ph.D.
*Vice President—Science*

March 15th, 1976

Mr. Heinz J. Eiermann
Food and Drug Administration
200 C Street, S.W.
Washington, D.C. 20204

On March 11th, 1976, Mr. Eiermann --

-- the CTFA Talc Subcommittee met to discuss the current status of talc. It was recognized that a need exists to bring to your attention a profile of the analyses for asbestos form materials in talc used in the U.S. production of cosmetics and toiletry products.

The attached letters demonstrate responsibility of industry in monitoring its talcs. We are certain that the summary will give you assurance as to the freedom from contamination by asbestos form materials of cosmetic talc products.

Individual companies are more than willing to discuss the detailed data with you at your convenience.

Cordially,

Norman F. Estrin, Ph.D.
Vice President - Science

NFE:jj
Attachments

J&J-0074372

JNJ 000330157

Exhibit 155



# The Cosmetic, Toiletry and Fragrance Association, Inc.

1133 15th STREET, N.W., WASHINGTON, D.C. 20005 · 202/331-1770 · TELEX 89-2673

James H. Merritt
*President*

Norman F. Estrin, Ph.D.
*Vice President—Science*

TALC SUBCOMMITTEE

M I N U T E S

A meeting of the Talc Subcommittee was held on March 31, 1976, at Bristol-Myers, 225 Long Avenue, Hillside, New Jersey.  Those in attendance were:

    George Sandland, Bristol-Myers (CHAIRMAN)
    John Clements, Pfizer, Inc.
    Christopher Costello, Colgate-Palmolive
    John Facq, Colgate-Palmolive
    Allan Harvey, R.T. Vanderbilt Co., Inc.
    George Lee, Johnson & Johnson
    Ray Krammes, Whittaker, Clark & Daniels
    Roderick Mundy, Sterling Drug Inc.
    Louis Murino, Cyprus Industrial Minerals
    Fred Roesch, Whittaker, Clark & Daniels
    Robert Rolle, Johnson & Johnson
    Joseph Simko, Colgate-Palmolive
    Terry Smith, Faberge
    Harold Stanley, Charles Pfizer Co.
    Ian Stewart, Walter C. McCrone Assoc., Inc.
    Robert Suffis, Mennen Co.
    John Travers, Avon Products, Inc.
    Ronald Yakupcin, Kolmar Labs.
    Norman Estrin, CTFA

Mr. Sandland opened the meeting and proceeded with the agenda.

1.  Collaborative Study

    Mr. Lee and Dr. Rolle updated the Subcommittee on reports of recent gathering of samples by the Mt. Sinai group.  A suggestion was made that individual companies write directly to Mt. Sinai's management on the lack of creditability of Dr. Langer's results when applied to their specific products.

J&J-0088617

JNJ 000299024

The advantages and disadvantages were discussed in detail of engaging in a collaborative study. It was generally felt the study could not be successful if there are restrictions on which talcs can be gathered. Many members favored engaging a collaborative study. Dr. Estrin suggested a proposal be put together to be presented to the CTFA Board of Directors (as was done in the case of the microbiological contents study several years ago). A subcommittee was organized to draw up this proposal consisting of Mr. Suffis, Mr. Lee and chaired by Mr. Sandland.

2.  Periodic Reporting

The Subcommittee agreed on the success of the presentation of summary reports given to the FDA. Dr. Estrin suggested the Subcommittee should not obligate itself to give periodic reports to FDA but urged members to build their data base so that at some time in the future the Subcommittee can decide whether the time is right to present FDA with an update on industry analysis.

3.  Review of Talc

The planned review of talc by the Miscellaneous OTC Drug Panel was noted. It was suggested CTFA begin at once to plan for a presentation to be made by a panel of experts, including independent experts, talc suppliers and manufacturers. The actual data for consideration by the Miscellaenous Panel of summary information on talc was not known.

5.  Animal Studies

Dr. Estrin suggested consideration be given to planning animal studies on talc which may not be covered adequately by previous studies. Dr. Travers, Mr. Roesch and Mr. Lee will coordinate activities involving Dr. Gressel and Dr. Finkelstein to investigate this possibility.

6.  Sampling

The Subcommittee agreed CTFA should not address the issue raised by Mr. Eiermann and Dr. Schaffner further with the FDA.

There being no further business, the meeting adjourned.

Norman F. Estrin, Ph.D.
Vice President - Science

NFE:mp

J&J-0088618

JNJ 000299025

# Exhibit 156

*George Lee*

*J. L.   Talc Committee*
*— CTFA*

## Johnson & Johnson

### C O N F I D E N T I A L

DOMESTIC OPERATING COMPANY

NEW BRUNSWICK, N. J.

March 1, 1978

Mr. Charles Haynes
The Cosmetic, Toiletry and Fragrance Association, Inc.
1133 15th Street, N.W.
Washington, D.C.  20005

Dear Mr. Haynes:

I am enclosing a table which breaks the code for the recently completed CTFA Task Force on Round Robin Testing of Consumer Talcum Products for Asbestiform Amphibole Minerals.  The names, addresses, and phone numbers are also included for those industrial participants whose products were involved.

In accordance with your discussions with Norm Estrin and George Sandland, Chairman CTFA Talc Subcommittee, we would request your assistance in the dissemination of these round robin results as follows:

1.   Please contact me (201/524/5518) upon receipt of this letter so that I may destroy the only other copy of this table, which is in my possession.

2.   Contact each of the industrial participants to inform them of the round robin results for their product only, as well as the actual lot tested.  Please emphasize that no talcum product failed CTFA Method J4-1, Parts I and II; i.e., no product was found to contain asbestiform amphibole at a level equal to or greater than 0.5% by weight. "Nonasbestiform Amphibole Detected" means that the product was found by CTFA Method J4-1 to contain only nonasbestiform amphibole at a level equal to approximately 0.5% or greater.

RECEIVED

MAR 3 1978

J&J-0083118

Protected Document--Subject to Protective Order

JNJNL61_000062534

-2-                                March 1, 1978

   3.  Destroy your copy of the table.

   Your participation in this final important phase of the round robin is appreciated.  Thank you very much.

                              Sincerely,

                              John P. Schele  Chairman
                              CTFA Task Force on
                              Round Robin Testing of
                              Consumer Talcum Products

JS/gm
Enclosure

cc   (without table):  Dr. N. F. Estrin
                       Vice President-Science, CTFA
                       Mr. G. Sandland
                       Bristol-Myers Products

Protected Document--Subject to Protective Order

J&J-0083119

JNJNL61_000062535

Exhibit 157

_Johnson & Johnson_
CONSUMER PRODUCTS WORLDWIDE
SKILLMAN, NJ 08558-9418

June 27, 1995

SUBJECT:   CTFA Response to Cancer Prevention Coalition Citizen's Petition

| | |
|---|---|
| B. Fleming | J. O'Shaughnessy |
| C. Hammes | K. Schroeher |
| J. Freedman | M. McTernan |
| J. Hopkins | N. Matheson |
| J. Leebaw | N. Musco |
| J. Nugent | W. Slivka |

This forwards a copy of the subject response (submitted to FDA June 9, 1995) for your information and use.

The response was developed by members of the Talc Interested Party Task Force, edited by Dr. Steve Gettings, and reviewed by CTFA legal. As you might guess, we played a significant role in writing, editing, and providing references for the comments. Mike Chudkowski and consultants Bill Ashton and Dr. Al Wehner all contributed a great deal to the final product.

As you will see when reading the response, the petition addressed issues which had been thoroughly examined in January 1994 in a two-day FDA sponsored workshop. The comments we made point out the conclusion of the workshop participants - that cosmetic talc is safe for consumer use.

I will keep you informed of any response we receive. For perspective, the last talc citizen's petition was in FDA review for three years before a response was published.

_Donald F. Jones/es_

Donald F. Jones

es
Enclosure

cc:   W. Ashton
      M. Chudkowski
      A. Wehner

0037w.dj

Protected Document--Subject to Protective Order

JNJ 000021285

# COMMENTS

OF

## THE COSMETIC, TOILETRY, AND FRAGRANCE ASSOCIATION

IN RESPONSE TO

## A CITIZENS PETITION

FILED WITH

## THE FOOD AND DRUG ADMINISTRATION

ON NOVEMBER 17, 1994

## WHICH WOULD REQUIRE CARCINOGENIC LABELLING

ON ALL

## COSMETIC TALC PRODUCTS

FDA Docket No. 94P-0420/CP 1

June 1995

Protected Document--Subject to Protective Order

# Table of Contents

I.   INTRODUCTION

II.  THERE IS NO EVIDENCE TO SUGGEST THAT COSMETIC-GRADE TALC IS A HUMAN CARCINOGEN

    A.   The Contention That Cosmetic-Grade Talc Contains Asbestos is Unsupportable

    B.   Talc is a Rat Carcinogen Only Under Conditions Which Produce Particle Overload and Related Chronic Toxicity

    C.   Consumer Exposure to Respirable Talc Particles is Several Orders of Magnitude Lower Than Exposures Which Result in Rat Lung Tumors

III. THERE IS NO CONVINCING EVIDENCE TO SUPPORT THE CONTENTION THAT FREQUENT TALC APPLICATION IN THE FEMALE GENITAL AREA MAY INCREASE THE RISK OF OVARIAN CANCER

    A.   Evidence for the Role of Intrinsic and Extrinsic Risk Factors in the Etiology of Ovarian Epithelial Cancer is Inconclusive

    B.   Epidemiological Evidence Supports Only a Weak Statistical Association Between Perineal Talc Use and Ovarian Cancer, the Significance of Which is Not Considered Meaningful

    C.   Any Weak Statistical Association is Unsupported by Evidence of a Plausible Biological Mechanism by Which Talc Could Cause Ovarian Cancer

IV.  CONCLUSIONS

V.   REFERENCES

Protected Document--Subject to Protective Order

## I.   INTRODUCTION

The Cosmetic, Toiletry, and Fragrance Association (CTFA)[1] is filing these comments in response to a citizens petition filed by Ms. Jill A. Cashen and Samuel S. Epstein, M.D. on behalf of the Cancer Prevention Coalition ("Petitioner") on November 17, 1994 (FDA Docket No. 94P-0420/CP 1).  Petitioner urges the Food and Drug Administration (FDA) to require "cosmetic talcum powder" products to bear labels with warnings such as "Talcum powder causes cancer in laboratory animals.  Frequent talc application in the female genital area increases the risk of ovarian cancer".  CTFA contends that such labelling is without scientific basis and is unnecessary to protect the health of consumers.

Talc (CAS No. 14807-96-6) comprises pulverized, natural, foliated, hydrous magnesium silicates (Harvey, 1988).  As a pure mineral compound, talc is mineralogically defined as hydrous magnesium silicate, with the approximate chemical formula:

$$Mg_3(Si_2O_5)_2(OH)_2$$

The largest commercial uses of talc are in industrial applications such as paint, plastics, paper, ceramics, and construction materials.  Talc utilized in direct cosmetic applications accounts for a relatively small percentage of the overall talc market.  In 1992, approximately 48,000 tons of talc were used in the United States for cosmetics, pharmaceuticals, and food products (American Westmin, Inc./Luzenac America, unpublished data).

Pharmaceutical tableting and various food applications account for approximately 8% of

---

[1]The Cosmetic, Toiletry, and Fragrance Association is the national trade association representing the cosmetic, toiletry and fragrance industry in the United States.  CTFA, founded in 1894, represents over 500 companies involved in the personal care products industry.  CTFA's active members manufacture and distribute the vast majority of personal care products marketed in the United States.  CTFA's associate member companies supply goods and services such as raw materials and packaging to the industry's manufacturers and distributors.  The personal care products industry prides itself on a long history of providing safe, reliable products to meet the diverse needs and personal tastes of the American consumer.

JNJ 000021288

direct consumer uses of talc products; the greatest proportion (approximately 92%) is used in cosmetic applications. Used for decades in a wide variety of cosmetic and other applications, talc has proven to be among the safest of all consumer products. The talc industry has adopted stringent quality assurance standards set by the Food Chemical Codex, the United States Pharmacopeia and the Cosmetic, Toiletry and Fragrance Association. The focus of all three specifications is similar in that they place limits on certain extractable elements and other potential chemical contaminants. Only relatively pure talc products are capable of meeting these specifications.

Petitioner contends that labelling of cosmetic talc products is required in order to adequately warn consumers of the risk of ovarian cancer. However, the available literature and the experience of manufacturers provides no evidence that cosmetic talc, when used as intended, presents any health risk to the consumer. All current available safety information on cosmetic talc has been thoroughly reviewed (Wehner, 1994). Moreover, a panel of experts at a workshop organized by FDA and the International Society of Regulatory Toxicology and Pharmacology (ISRTP) convened to review the latest toxicological and epidemiological studies on talc concluded that the "probability of human risk [from talc] is likely non-existent under customary conditions of use "and that "while some weak association between talc exposure and ovarian tumors has been reported, it [is] not sufficient warning for concern" (Carr, 1995).

In summary, there is no evidence to suggest that cosmetic-grade talc is a human carcinogen and in particular there is no convincing evidence to show that frequent talc application in the female genital area may increase the risk of ovarian cancer. Specifically, CTFA will show that:

- the contention that cosmetic-grade talc contains asbestos is unsupportable;

Protected Document--Subject to Protective Order

09:13 JUN 07, 1995

- talc is a rat carcinogen only under conditions which produce particle overload and related chronic toxicity;

- consumer exposure to respirable talc particles is several orders of magnitude lower than exposures which result in rat lung tumors;

- evidence for the role of intrinsic and extrinsic risk factors in the etiology of ovarian epithelial cancer is inconclusive;

- epidemiological evidence supports only a weak statistical association between perineal talc use and ovarian cancer, the significance of which is not considered meaningful; and

- any weak statistical association is unsupported by evidence of a plausible biological mechanism by which talc could cause ovarian cancer.

In short, there is no scientific justification to support the Petitioners contention that cosmetic talc products should bear labels warning that "[t]alcum powder causes cancer in laboratory animals" and that "[f]requent talc application in the female genital area increases the risk of ovarian cancer".

## II.   *THERE IS NO EVIDENCE TO SUGGEST THAT COSMETIC-GRADE TALC IS A HUMAN CARCINOGEN*

### A.   The Contention that Cosmetic-Grade Talc Contains Asbestos is Unsupportable

Petitioner contends that talc used in cosmetic applications contains asbestos. This contention is based on outdated and erroneous evidence which FDA has previously refuted. Petitioner quotes early mineralogical research done by Cralley *et al* (1968) and Rohl *et al* (1976)

Protected Document--Subject to Protective Order

which sought to identify asbestos contamination in cosmetic talc. During the early 1970's FDA became concerned that cosmetic talc contained significant amounts of asbestos. However, in response to an earlier Citizens Petition "... FDA considered all analytical results to be of questionable reliability. This assessment proved to be correct because many questions were subsequently raised about results reported in the literature in the early 1970's" (letter from FDA Acting Associate Commissioner for Regulatory Affairs, 1986). In denying the Petition, FDA noted "we find that there is no basis at this time for the agency to conclude that there is a health hazard attributable to asbestos in cosmetic talc" (*Id*).

The historical association between talc and asbestos is an extremely unfortunate one. Precipitated in large part by the use of overly broad definitions of asbestos and nonspecific analytical techniques (Rohl, 1974; Rohl and Langer, 1974; Krause and Ashton, 1978; Parmentier and Gill, 1978), the idea that asbestos is commonly and intimately associated with talc is simply incorrect. As a retrograde mineral, talc may be found in association with chrysotile in serpentinites and other hydrous minerals. However, the geologic conditions under which talc and asbestos form are dissimilar. Many talc-bearing rocks form from ultramafic rocks, the central core of which is composed of serpentinite surrounded, successively, by shells of talc-carbonate rock and talc-bearing steatite (steatite is synonymous with soapstone). Usually a thin wall schistose rock, composed essentially of chlorite, separates the steatite from the country rock. The serpentinite is composed mostly of non-fibrous serpentine minerals (lizardite and antigorite), but small amounts of chrysotile asbestos may also occur within the serpentinite. The talc-carbonate and steatite shells which surround the serpentinite core contain abundant talc but do not contain asbestos. Careful mining procedures enable the serpentinite core to be avoided and thus possible contamination of talc ore with asbestos is obviated. Confirmation of the absence of asbestiform

Protected Document--Subject to Protective Order

minerals in the finished talc product is established using x-ray diffraction, optical microscopy and electron microscopy techniques (CTFA, 1990).

**B.    Talc is a Rat Carcinogen Only Under Conditions Which Produce Particle Overload and Related Chronic Toxicity**

Petitioner contends that "[t]alc is a carcinogen, with or without the presence of asbestos-like fibers". In support of this contention, Petitioner relies on the results of studies published by the National Toxicology Program (NTP). Petitioner's reliance is misplaced in that NTP showed talc to be a rat (but not a mouse) carcinogen, and only under circumstances indicative of a secondary mechanism involving particle overload and resultant chronic toxicity. In 1992, NTP reported the results of 2 year inhalation studies designed to determine the effect of talc in experimental animals (NTP, 1993); male and female F344/N rats and B6C3F$_1$ mice were exposed to target aerosol talc concentrations of 0, 6, or 18 mg/m$^3$ for 6 hours/day, 5 days/week, for 2 years. NTP concluded that:

*Under the conditions of these inhalation studies, there was some evidence of carcinogenic activity of talc in male F344/N rats based on an increased incidence of benign and malignant pheochromocytomas of the adrenal gland. There was clear evidence of carcinogenic activity of talc in female F344/N rats based on increased incidences of alveolar/bronchiolar adenomas and carcinomas of the lung and benign and malignant pheochromocytomas of the adrenal gland. There was no evidence of carcinogenic activity of talc in male or female B6C3F$_1$ mice exposed to 6 to 18 mg/m$^3$.*

Since its publication, the findings of NTP have been criticized by several experts in the field of inhalation toxicology with regard to both study design and conduct. Most notably these

Protected Document--Subject to Protective Order

09:16 JUN 07, 1995

studies were the subject of a joint ISRTP/FDA scientific workshop held in 1994 (*Talc: Consumer Uses and Health Perspectives;* January 31/February 1, 1994) which discussed the relevance of the NTP findings with regard to consumer exposure and consumer safety. Criticisms of the study made at the workshop may be summarized as follows:

*Test Article/Particle Size:* The NTP study has questionable relevance with regard to prediction of human risk due to consumer exposure since the talc sample utilized in the NTP study was of a kind which is used in industrial applications, and was not a product that would be used in a cosmetic powder application because of its extreme fineness (Zazenski et al., 1995). The test material used by NTP is an industrial grade product typically used in specialty coatings and high performance polymeric applications. The median particle size of the NTP talc sample was approximately 1.2 microns and had a top size of approximately 10 microns. In contrast, typical commercial loose talc powder has a median particle size of approximately 10 microns and a top size of approximately 45 microns (Zazenski et al., 1995).

*Exposure Levels Resulted in Lung Particle Overload:* The major criticism of the NTP study is the failure to include exposure levels which did not lead to lung particle overload. The concept of "particle overload" in chronic inhalation studies with highly insoluble particles of relatively low toxicity is now widely accepted (Morrow, 1988). Typically, exposure concentrations are relatively high and result in retained particulate lung burdens which are also high. Such retained lung burdens lead to a sequence of inflammatory responses, altered particle-clearance/retention and altered morphology, leading to chronic disease states including fibrosis and the induction of benign/malignant tumors (see Oberdörster, 1995).

Highly insoluble particles deposited in the lower respiratory tract are removed by two important mechanisms (see Oberdörster, 1995). The mucociliary escalator removes particles

Protected Document--Subject to Protective Order

deposited in the conducting airways; particles deposited in the alveolar region are phagocytosed by alveolar macrophages (AM) which then migrate towards the mucociliary escalator and are removed (Schlesinger, 1985, Oberdörster, 1988; Snipes, 1989). When deposition rate in the alveolar region exceeds the AM-medicated clearance rate, alveolar retention halftime is considerably increased (often irreversibly) and results in excessive accumulation of particles in the lung. One further consequence of excessive accumulation is increased translocation of particles to the pulmonary interstitium which eventually results in the induction of pulmonary fibrosis (Adamson et al., 1989; Bowden et al., 1989), activation of macrophages and release of cytokines resulting in increased epithelial cell proliferation (Driscoll et al., 1990).

Based on the actual talc burdens of exposed rats (ie., as measured by NTP), Oberdörster (1995) has estimated that the pulmonary retention halftimes of the retained talc particles range between 250 and 300 days, ie., is markedly longer than the normal retention halftime for highly insoluble particles in rat lungs of ~70 days. Oberdörster has concluded that these results are indicative of lung particle overload. Oberdörster has also shown that the talc-exposed mice exhibited a marked increase in pulmonary retention halftime for talc particles with increasing lung burdens (i.e., a severe retardation of normal AM-mediated particle clearance) compared to a normal retention halftime in mice lungs. In summary, the lung particle clearance was impaired in both rats and mice in the NTP study, resulting in altered accumulation kinetics of talc particles chronically inhaled at concentrations of 6 and 18 mg/m$^3$. The rat tumor response is thus very likely a secondary effect of the particle overload phenomenon ie., due to altered lung clearance kinetics resulting in excessively high lung burdens leading to chronic inflammatory and cell proliferative processes (Oberdörster, 1995). Conceivably, the difference in tumor response between male and female rats may be merely temporal since hyperplasia and an interstitial fibrosis

Protected Document--Subject to Protective Order

was observed in both sexes. Oberdörster attributes the lack of pulmonary tumors in mice to the fact that rat lung tumors associated with a high pulmonary particle load appears to be a very species-specific response to non-fibrous particles (Oberdörster, 1995).

*Exposure Levels Exceeded the MTD:* The highest dose in carcinogenicity studies is generally designed to be equivalent to the maximum tolerated dose (MTD). Although this principle has become increasingly subject to criticism, high-dose testing at the MTD remains the practice of NTP. In general, the MTD is estimated following a careful analysis of data from appropriate subchronic toxicity tests. The need to consider a broad range of biological information when selecting the MTD has become increasingly clear. For example, data concerning changes in body/ organ weight, clinically significant alterations in hematologic, urinary and clinical chemistry measurements, as well as more definitive toxic, gross or histopathologic endpoints can be used to estimate the MTD.

For chronic inhalation studies with highly insoluble particles of low cytotoxicity, the phenomenon of particle overload and the question of exceeding the MTD are intimately interrelated. Recommendations of a NTP Workshop on Maximal Aerosol Exposure Concentrations in Inhalation Studies (Lewis *et al.*, 1989) included "[the] chronic study should *not* (emphasis supplied) be performed at the highest technologically feasible concentration, three concentrations should be used of which only the highest should show some interference with lung defense mechanisms, i.e., clearance impairment; and the two lower concentrations should show no interference with clearance and particle accumulation". Based on these criteria, the MTD was clearly exceeded in the studies conducted by NTP on talc.

In the NTP study, talc-induced lung tumors were not detected in male rats, female mice or male mice. In rats, the principal toxic lesions associated with inhalation exposure to talc included

Protected Document--Subject to Protective Order

JNJ 000021295

09:18 JUN 07, 1995

chronic granulomatous inflammation, alveolar epithelial hyperplasia, squamous metaplasia and squamous cysts, and interstitial fibrosis of the lung. These lesions were accompanied by impaired pulmonary function. While the talc burden in the lungs of males and females was similar, the degree of chronic toxicity and inflammation was substantially higher in females. In mice, inhalation exposure to talc produced some chronic inflammation. In contrast to rats, alveolar epithelial hyperplasia, squamous metaplasia, and interstitial fibrosis were not observed. Overall, markedly less talc-induced lung toxicity was produced in mice than in rats. In summary, it is apparent that an increase in lung tumors was seen only in the test animals that clearly exhibited the highest degree of chronic lung toxicity, (ie., the female rats exposed to 18 mg/m$^3$ talc). Similarly, the increased incidence of pheochromocytomas is most likely attributable to the stressful conditions (eg., as a result of physiological, metabolic or endocrine changes) to which the test animals were exposed. In addition, the F344/N rat is known to have a high background incidence of pheochromocytomas (NTP, 1993). The relevance of these responses with regard to extrapolation to humans is thus highly suspect (Goodman, 1995).

The unmistakable conclusion from these observations is that the MTD was exceeded in the female rats exposed to the high dose, and that talc is not expected to cause lung tumors under conditions of exposure that fail to result in marked chronic lung toxicity (Goodman, 1995). In contrast to Petitioner's characterization of the results of the NTP study, clear evidence of carcinogenic activity of talc was seen *only* in female rats (not male or female mice) exposed to the high dose of talc and *only* under circumstances in which there was evidence of particle overload and marked chronic lung toxicity. In summarizing it's assessment of the NTP study, the panel of experts at the ISRTP/FDA workshop *Talc: Consumer Uses and Health Perspectives* characterized the positive results in female F344/N rats as "likely experimental artifact...[a] non-

Protected Document--Subject to Protective Order

specific generic response of dust overload of the lungs, and not a reflection of a direct activity of talc. Given the gross differences of rodent and human lungs, the lung clearance capabilities of humans and the possible conditions of customary human exposures, the NTP bioassay results in F344/N rats cannot be considered as relevant predictors of human risk" (Carr, 1995).

### C.   Consumer Exposure to Respirable Talc Particles is Several Orders of Magnitude Lower Than Exposures Which Result in Rat Lung Tumors

Although Petitioner would require warning labels to the effect that "[t]alcum powder causes cancer in laboratory animals", the implication is that talc exposure constitutes human risk of cancer. Such an implication is unwarranted since consumer exposure to talc is considerably lower than exposures which result in rat lung tumors. Consumers are exposed to talc during the application and use of body powders. In this regard, human exposure occurs principally via the dermal route, but primary concern has focused on exposure via the respiratory tract. Talc miners and millers are exposed to long-term, relatively high concentrations of airborne talc; the results of human cohort studies involving cosmetic grade talc miners and millers thus provide a useful basis against which pulmonary risk to consumers may be estimated (Scansetti et al., 1963; El-Ghawabi et al., 1970; Rubino et al., 1976; Gamble et al., 1982; Wegman et al., 1982; Leophonte et al., 1983; Wergeland et al., 1990). These studies show that a pneumoconiosis (talcosis) risk does exist but only when respirable talc dust levels are significantly greater than worst-case consumer exposures (described below) and exposure is over an extended period of time (several years).

While there may be disagreement over the amount of exposure required to induce pneumoconiosis, such studies suggest that talc poses a low to moderate pulmonary risk in an industrial setting. For example, in a mortality and morbidity study of Italian talc miners and millers, radiographic abnormalities consistent with pneumoconiosis were found among talc

Protected Document--Subject to Protective Order

workers after an average duration of exposure for 22 years, with an average respirable dust concentration of approximately 11 mppcf (Rubino, et al., 1976); in contrast, in a study involving French talc workers, no cases of pneumoconiosis at a level of 15 mppcf were reported (Leophonte, et al., 1983). Although it is difficult to reliably convert respirable particle count data (mppcf) into respirable gravimetric data (mg/m$^3$), such levels typically fall into the 1-2 mg/m3 range (e.g., in a study of Vermont talc miners and millers (Boundy et al., 1979), pneumoconiosis was observed when respirable dust levels ranged from 0.5 to 2.9 mg/m3). Despite the incidence of pneumoconiosis at high industrial exposure levels it is important to note that an excess prevalence of lung cancer in talc mining populations has not been observed (Selevan et al 1979; Leophonte et al., 1983; Wergeland et al., 1990; Rubino et al., 1976).

Electrostatic, Van der Waal's and valance charges present on the particulate surfaces of a dry powder such as talc result in substantial particle-to-particle agglomeration, thereby increasing effective mass, diameter, and settling velocity (Carta et al., 1981; Gajewski, 1990). These factors are important with regard to influencing the respirability of dry particles. Two studies have been conducted to evaluate exposures to respirable particles during application of talc as an adult body powder and as a baby powder (Russell et al., 1979; Aylott, et al., 1979). In both studies, respirable particles (≤ 10 microns) were collected usig a cyclone particle fractionation system operating at an air flow rate of 1.7-1.9 liters/minute. Adult exposure was assessed during normal face/body powdering practices by placing cyclone collection units on shelves at appropriate face height, or by positioning a cyclone attached to a headband near the nose (i.e., in the subjects breathing zone). To evaluate the exposure of babies to talc, sampling units were placed on the changing table near the infants' (or doll's) heads during normal powdering practices (i.e., while changing a diaper). Talc was dispensed using common twist-top, sprinkle-type containers, or in

Protected Document--Subject to Protective Order

09:21 JUN 07, 1995

the case of face powder, powder puffs. Exposure of adults to respirable particles during application of talc ranged from 0.48 to 2.03 mg/m$^3$, while the exposure to babies ranged from 0.19 to 0.21 mg/m$^3$. When these numbers are extrapolated to 8-hour time weighted average exposures, they range from <0.001 to 0.005 mg/m$^3$ (Zazenski et al., 1995). For comparison purposes, the current OSHA/ACGIH permissible industrial exposure limit for talc is 2.0 mg/m$^3$ as an 8 hour time-weighted average (ACGIH, 1992), i.e., the industrial permissible limit is approximately 350 times greater than the worst case consumer use of cosmetic grade talc.

Based upon the determinations reported in the literature, human exposure to respirable talc particles during normal product use are approximately 2,000-20,000 times lower than those used to expose rats and mice in inhalation studies conducted by the NTP (Zazenski et al., 1995). Although a direct comparison of the dosimetry of inhaled materials between rodents and humans is far from simple (Dahl et al., 1991), such a broad difference in exposure level is quite striking. The incidence of tumors resulting from massive exposures such as those involved in the NTP talc inhalation study are more likely to reflect a particle overloading effect in the experimental animals (Morrow, 1988; Morrow, 1992; Oberdörster, 1988) than any genotoxic effect associated with the test material (Endo-Capron et al., 1993).

As previously noted, the talc sample utilized in the NTP study was not a product that would be used in a cosmetic powder application because of its extreme fineness (SECTION II. B). Further, the NTP talc aerosol was exposed to Kr-85 gamma radiation immediately prior to its introduction into the exposure chambers containing the experimental animals. Use of ionizing radiation was intended to neutralize the electrical charge imparted on the talc particles during aerosolization. Charge neutralization tends to decrease agglomeration and results in deposition of particles in the deep lung of exposed animals. Thus, while selection of an ultra-fine product

Protected Document--Subject to Protective Order

.09:22 JUN 07, 1995

combined with procedures designed to maximize particle dispersion may be entirely appropriate from a toxicological perspective, such an artificial environment has questionable relevance with regard to actual human exposure from commercial cosmetic talc products under use conditions.

## SECTION II. SUMMARY

The issues raised by Petitioner with regard to asbestos contamination of cosmetic-grade talc have previously been addressed by FDA. In 1986, FDA concluded that there was no health hazard attributable to asbestos in cosmetic talc. Since that time no new evidence has arisen which would suggest a conclusion to the contrary; moreover, appropriate selection of mine site, careful mining procedures and the utilization of modern beneficiation techniques have further safeguarded against asbestos contamination. Accordingly, CTFA believes that FDA's response to the issue of asbestos contamination raised by Petitioner should be no different than its response in 1986.

With regard to Petitioner's assertion that talc is an animal carcinogen, the NTP chronic inhalation study has been subject to severe criticism. The test material used by NTP was characterized by an extremely small particle size and is not characteristic of material used for cosmetic talc applications. Further, the exposure levels chosen by NTP clearly exceeded the MTD for talc and were such that exposure resulted in impairment of lung clearance mechanisms and a condition known as particle overload. Because any highly persistent particulate compound of low cytotoxicity has carcinogenic potential, particularly in rats, when chronically inhaled at such high concentrations, the classification of such particles with respect to pulmonary carcinogenicity must be carefully evaluated. In the absence of any evidence of a toxic or genotoxic effect *per se*, the only reasonable conclusion which may be drawn from the studies conducted by NTP is that the carcinogenic effect of talc is a secondary phenomenon which does

Protected Document--Subject to Protective Order

not occur in the absence of chronic toxicity which is itself a result of particle overload.

In summary, the application of the results of the NTP study with regard to human risk assessment are highly questionable. Consumer exposure to respirable talc particles is several orders of magnitude lower than exposures which result in rodent tumors. There is no evidence of chronic toxicity following consumer exposure to talc, thus use of the lung tumor endpoint in female rats as the basis of extrapolation to human risk is inappropriate. Clearly, Petitioner's request that FDA require warnings such as "[t]alcum powder causes cancer in laboratory animals", with it's implicit message that talc may cause human risk of cancer, is both misleading and may cause consumers unnecessary concern. As such, Petitioner's request should be denied.

## III.   THERE IS NO CONVINCING EVIDENCE TO SUPPORT THE CONTENTION THAT FREQUENT TALC APPLICATION IN THE FEMALE GENITAL AREA MAY INCREASE THE RISK OF OVARIAN CANCER

### A.   Evidence For The Role Of Either Intrinsic Or Extrinsic Risk Factors In The Etiology Of Ovarian Epithelial Cancer Is Inconclusive

The etiology of human ovarian epithelial cancer is not clearly understood. Ovarian tumors of epithelial origin, which include serous, mucinous, endometrioid, clear cell and undifferentiated adenocarcinomas and the Brenner tumor, are responsible for the majority of ovarian malignancies (Cannistra, 1993; Slotman and Roa, 1988). The purported extrinsic and intrinsic risk factors which contribute to the incidence of epithelial cancer of the ovary have been the subject of numerous reviews (Shoham, 1994; Kelsey et al., 1994; Dietl and Marzusch, 1993; Parazzini et al., 1991; Baylis et al., 1986; Heintz et al., 1985). While a number of scientists have attempted to identify various extrinsic risk factors, including environmental (e.g. tobacco and talc), infectious disease (e.g. mumps, rubella), and dietary intake (e.g. lactose, animal fat, alcohol, caffeine) as

JNJ 000021301

potential etiologic agents, the data are inconclusive. At best, some studies have demonstrated a relationship between dietary factors and the incidence of ovarian epithelial cancer: in particular, an increased risk for ovarian cancer has been reported for women who consume diets which are high in animal fat (Shu et al., 1989; Mori and Miyake, 1988; La Vecchia, et al., 1987) and lactose (Cramer, 1989; Cramer et al., 1989).

Research investigating intrinsic risk factors has provided evidence which suggests that reproductive history and molecular factors are strongly linked to carcinogenesis of the ovarian epithelium. It is well documented that suppression of ovulation, either by pregnancy or by oral contraceptive use, decreases the risk for developing ovarian cancer (McGowan et al., 1979; Wu et al., 1988; Mori et al., 1988; Booth et al., 1989). Ovulation is a physiologic process which is mediated by hormones (gonadotropins) and results in repeated ruptures in the surface epithelia of the ovary. Following ovulation, a repair process takes place whereby there is an increase in epithelial cell mitotic activity. The reduced risk afforded by pregnancy or by oral contraceptive use is postulated to be meditated by the subsequent decrease in circulating gonadotropins and/or the suppression of ovulation (Whittemore, et al., 1992). Evidence supporting the etiologic role of ovulation has been provided by *in vitro* studies demonstrating that the repeated cell division of ovarian surface epithelial cells results in a malignant transformation (Godwin et al., 1993).

Molecular events associated with the initiation of ovarian cancer have recently been reviewed (Berek and Martinez-Maza, 1994; Godwin et al., 1993). Genetic mutations are molecular events which can lead to tumor formation. Studies assessing family history have reported a genetic predisposition to ovarian cancer (Patel and Obrams, 1993; Hartge et al., 1989) which appears to be inherited on an autosomal dominant gene (Slotman and Rao, 1988). Specific loss of a gene at the 6*q* chromosomal loci has been identified in ovarian tumors (Lee et al., 1990);

Protected Document--Subject to Protective Order                              JNJ 000021302

additionally, genetic alterations on chromosomes 1,3, 14 and 17 have been identified in certain ovarian carcinomas (Daly, 1992). Mutations can result in chromosome alterations and the subsequent inactivation of a particular gene. Studies conducted by Hoffman and colleagues (1993) have demonstrated a reduced expression of a cell adhesion molecule (E-cadherin) in an *in vitro* model of ovarian epithelial carcinogenesis. Genetic alterations can also lead to the overexpression of a gene. Proteins encoding certain chemical messengers (cytokines), such as IL-6 (interleukin 6), M-CSG (macrophage colony stimulating factor) and TNF (tumor necrosis factor) have been found to be increased in epithelial ovarian cancer cells (Malik and Balkwill, 1991).

In summary, the events which lead to development of ovarian epithelial cancer are not clearly understood. A variety of intrinsic and extrinsic risk factors may be involved. However, in light of the fact that cancer is a disease which evolves at the molecular level, it is likely that research investigating the molecular aspects of ovarian cancer may provide important insight how such risk factors relate to incidence. It is significant in this respect that a thorough review of the toxicology of talc reveals no evidence any genotoxicity (Wehner, 1994).

B.   **Epidemiological Evidence Suggests Only a Weak Statistical Association Between Perineal Talc Use and Ovarian Cancer, the Significance of Which is Not Considered Meaningful**

Although several studies on the possible association between perineal talc use and ovarian cancer have been published, any evidence of such an association remains equivocal. At most, the statistical association is weak and in the absence of evidence of a plausible biological mechanism (SECTION III. C) is insufficient to warrant public health concern. There have been seven case-control studies and one cohort study that have been published containing information regarding

Protected Document--Subject to Protective Order

JNJ 000021303

the risk of ovarian cancer in women using talc in their perineal region (Cramer et al., 1982; Hartge et al., 1983; Whittemore et al., 1988; Booth et al., 1989; Harlow and Weiss, 1989; Harlow et al., 1992; Rosenblatt et al., 1992; Hankinson et al., 1993). Talc exposure was the primary focus in only four of these studies (Cramer et al., 1982; Hartge et al., 1983; Harlow and Weiss, 1989; Harlow et al., 1992).

Cramer *et al* (1982) investigated whether there is an association between exposure to certain hydrous magnesium silicates (including talc), and the incidence of ovarian cancer. Population-based matched controls were randomly selected, and stratification and logistic regression were used to accommodate confounders. Overall, 42.8% of cases and 28.4% of controls reported exposure to talc, via direct application to the perineum, by dusting sanitary napkins, or both. The unadjusted odds ratio (OR) of ovarian cancer for any perineal exposure as opposed to no perineal exposure was 1.89 (95% CI 1.27-2.82). Adjustment was then made for parity and menopausal status. Women who used talc on both the perineum and sanitary napkin had an adjusted OR of 3.28 (95% CI 1.68-6.42) and for any exposure, 1.61 (95% CI 1.04-2.49). The reduction in risk from 1.89 to 1.61 for perineal talc exposure due to logistic regression is largely unexplained and may be due to residual confounding. No dose-response or duration data were reported. While a major strength of the study is the use of neighborhood controls, the nonparticipation rate among controls was relatively high (260/475=55%).

Hartge *et al* (1983) investigated the association between talc use and the risk of ovarian cancer but reported no significant finding. The cases were women with pathologically confirmed primary epithelial ovarian cancer, while the hospital based controls had non-gynecological conditions (psychiatrically disturbed women, pregnant women, and women with other malignancies were excluded). Controls were frequency matched on age, race and hospital. For

Protected Document--Subject to Protective Order

JNJ 000021304

the group of women who did not use talc versus the group of women who did, the unadjusted OR of ovarian cancer was 0.776 (95% CI 0.47-1.20). Although no attempt was made to control for potential confounding variables, this nonsignificant odds ratio was unaffected by adjustment for parity, race and age.

Lifetime consumption of coffee, tobacco and alcohol were the principal exposure factors studied by Whittemore *et al* (1988). Women diagnosed with ovarian cancer in the San Francisco Bay area between 1983-5 provided the cases for this study. Matched controls from two groups, hospital and population, were obtained. The hospital controls were selected from the same hospitals as the cases, whereas the population controls were selected using random digit dialing. All controls were matched to cases on age, race, and having at least one ovary. Logistic regression was used to adjust for confounders. While this study examined other potential risk factors as well as talc exposure in relation to ovarian cancer, the study did not find evidence of an association between genital talc exposure and an increased risk of ovarian cancer. While women who reported regular use of talc on the perineum showed a marginally significant increase in relative risk, no other differences were noted between cases and controls when considering other types of perineal talc exposure either alone or taken in combination. The unadjusted OR of ovarian cancer for any perineal exposure as opposed to no perineal exposure was 1.19 (95% CI 0.85-1.66). Adjusted for parity, the OR was 1.40 (95% CI 0.98-1.99). Other odds ratios also failed to produce significant associations. Several sources of bias were identified, including failure to interview all eligible cases, the potential pitfalls in combining hospital and population controls, confounding by differential talc use among women with characteristics predictive of ovarian cancer and random error in reported talc use tending to attenuate relative risk estimates. The study raises the possibility that a hormonal factor that may place women at a higher risk for the

Protected Document--Subject to Protective Order                                    JNJ 000021305

disease may also promote their use of talc.

Booth *et al* (1989) studied various potential risk factors for ovarian cancer including infertility, oral contraceptive use, parity, age at menopause, and genital talc use. Women with a diagnosis of ovarian cancer and treated at a London cancer hospital were each age matched to two hospital controls at 15 other hospitals. Non-participation rates were not provided, and one hospital providing more than 25% of the cases provided no controls. In addition, cases were generally older and in a higher social class than controls. All odds ratios were adjusted for social class in six categories. Maximum likelihood estimates of the odds ratios with the corresponding 95% confidence intervals were obtained. Logistic regression was used to test for trends. The results were inconclusive since weekly talc use showed a higher OR of ovarian cancer (2.0) than did daily use (1.3), (95% CI 1.3-3.4 and 0.8-1.9, respectively). Furthermore, there was no significant difference between cases and controls who used talc in conjunction with a diaphragm. The unadjusted OR of ovarian cancer with regard to talc use was a statistically nonsignificant 1.29 (95% CI 0.92-1.81). Overall, the study does not support the hypothesis that use of perineal talc increases the risk of ovarian cancer.

Harlow and Weiss (1989) investigated whether application of perineal talc application is associated with an increased risk of serous and mucinous borderline ovarian tumors. Cases (residents of three urban, western Washington state counties diagnosed as having a serious or mucinous borderline ovarian tumor) were identified from the corresponding population-based cancer reporting system. Controls were population-based and located through random digit dialing. Women who reported any perineal use of dusting powders had an adjusted OR of 1.1 (95% CI 0.7-2.1) for borderline ovarian tumor. The adjustment was for age, parity, and use of oral contraceptives but not for other possible confounders. Women using deodorizing powder

Protected Document—Subject to Protective Order

09:27 JUN 07, 1995

with or without baby powder (the only powder reported by women using a second powder) showed an increased risk of borderline tumor development, OR of 2.8 (95% CI 1.1-11.7). The elevated risk of borderline ovarian cancer among women who specifically used deodorizing powders may have been due to chance or applicable only to borderline but not malignant tumors.

Harlow *et al* (1992) investigated whether the use of talc increases the risk for epithelial ovarian cancer. Between July, 1984, and September, 1989, cases were diagnosed with borderline or malignant epithelial ovarian cancer at 10 different Boston metropolitan hospitals. Population controls were age matched and were all Caucasian. The influence of confounders and effect modifiers was assessed through stratification and logistic regression. Overall, 49% of cases and 39% of controls reported exposure to talc, yielding an OR of 1.5 (95% CI 1.0-2.1) for ovarian cancer. Among women with perineal exposure to talc, the risk was significantly elevated in subgroups of women who applied it directly as body powder (OR of 1.7; 95% CI 1.1-2.7). Women with an intact genital tract (and who had at least 10,000 applications while ovulating) showed an OR of 2.8 (95% CI 1.4-5.4). Although this study seemingly suggests a small increased risk of epithelial ovarian cancer due to lifetime use of perineal talc, the association is still not entirely clear. One important potential confounder that was not accounted for in this study was oral contraceptive use. More controls used oral contraceptives than cases, and oral contraceptive use was associated with less reported talc exposure. Thus, use of oral contraceptives is a possible strong confounder that, if properly considered, could eliminate any observed effect.

Rosenblatt *et al* (1992) studied the relationship between "fiber" exposure (Note: these investigators mischaracterize talc as "fiber"; other exposures include asbestos and fiberglass) and epithelial ovarian cancer. Controls, who were hospital-based and free of gynecological and malignant conditions, were matched to cases by age, race and date of diagnostic admission. Due

Protected Document—Subject to Protective Order

JNJ 000021307

to the strict inclusion criteria, controls could not be found for each case. Thus although 140 new cases were located and 108 were successfully interviewed, only 77 cases were entered into the study. The OR (adjusted for number of live births) was 1.0 (95% CI 0.2-4.0) for women reporting any genital "fiber" use versus those women who were not so exposed; the unadjusted OR was 0.84 (95% CI 0.27-2.63). An increased risk of ovarian cancer was observed for women who used talc on their sanitary napkins with an OR of 4.79 (95% CI 1.29-17.79). However, among the remaining eight odds ratios, none was statistically significant. While there seems to be an elevated risk of ovarian cancer in women who used talc on sanitary napkins, this finding is not supported by other studies (eg., Harlow *et al.*, (1992) did not report an elevated risk in this category).

The most recent study in which an indirect comparison of ovarian cancer incidence in talc users versus nonusers can be made was reported by Hankinson *et al* (1993). The purpose of this study was to assess whether tubal ligation and hysterectomy affected subsequent risk of ovarian cancer based upon the hypothesis that such procedures could prevent translocation of talc to the ovaries. In reporting a finding of no association between talc use and an increased risk of ovarian cancer the authors found that tubal ligation was "highly protective in women who reported never using talc". Such a finding tends to discount the talc translocation hypothesis discussed in SECTION III.C, below).

In reviewing evidence of the proposed association of talc exposure and ovarian cancer, the panel of experts at the ISRTP/FDA workshop *Talc: Consumer Uses and Health Perspectives* found that the "epidemiologic data are conflicting and remain equivocal" (Carr, 1995). The panel noted the problems connected with the epidemiology of weak associations and the fact that any properly designed study to determine the association between perineal talc use and ovarian cancer

Protected Document--Subject to Protective Order

must account for other possible risk factors. These other factors include (but are not necessarily limited to) age, oral contraceptive use, number of term pregnancies, menopausal status, and other, environmental factors such as smoking status, alcohol and caffeine consumption. Other confounding variables, such as vulvovaginal diseases and obesity may also be causally related to ovarian cancer (Rosenblatt et al., 1992). In such instances (where talc use is associated with such conditions because of the degree of comfort it imparts to those affected), any statistical association between talc use and ovarian cancer may be merely coincidental.

In summary, the results of epidemiological studies are inconsistent and ambiguous. Any reported association between perineal talc use and ovarian cancer is weak and statistically barely significant. The biological significance (and hence public health significance) of any such weak association remains obscure.

### C.    Any Weak Statistical Association is Unsupported by Evidence of a Plausible Biological Mechanism by Which Talc Could Cause Ovarian Cancer

As previously described (SECTION III. B), several investigators have proposed that, based on weak epidemiological evidence, chronic perineal use of talc, including direct application or application to under garments, sanitary napkins or diaphragms, may increase the risk of ovarian cancer. In order for this to occur, talc particles (which have no inherent locomotive capability) would have to migrate from the perineum to the ovaries of exposed individuals. In order to try to identify such a potential translocation process, several studies have been conducted in various species, including humans. Many of these studies are so fraught with problems as to render the results of such studies ambiguous.

Egli and Newton (1961) have claimed that half an hour following vaginal deposition of carbon black particles, translocation occurred from the vagina to the oviducts in two of three

Protected Document--Subject to Protective Order

female patients. The results of this study are subject to considerable doubt since the investigators failed to utilize either solution or filter blanks as negative controls. Wehner *et al* (1985) subsequently conducted a similar study in cynomolgus monkeys and found no difference in the number of carbon black particles in the blanks compared to the oviduct rinse solution.

In a study conducted by De Boer (1972), carbon black particles were deposited in the uterus, cervical canal, or vagina of over 100 patients prior to abdominal surgery. Subsequent evaluation showed that when deposited in the uterus, carbon black particles translocated to the oviducts and beyond; particles placed in the cervical canal migrated to a lesser extent. Translocation from the vagina occurred in only 2 of 37 patients: in both cases the patients were placed in the Trendelenburg position, resulting in a negative intra-abdominal pressure. Such negative pressure was considered by the investigator to have been sufficient to draw up material from the vagina, especially when the patient was anesthetized and had a relaxed cervix.

Translocation studies have also been performed in laboratory animals. Henderson *et al* (1986) injected a suspension of talc particles into the cervical canal of 8 female ex-breeder Sprague-Dawley rats. A group of four animals was sacrificed 5 days later, while the remaining 4 animals received additional installations 6 and 15 days following initial treatment. Two of these animals were further administered the talc suspension at 22 and 30 days; six other animals received intra-vaginal injections of talc particles. Subsequent evaluation showed that all animals receiving intrauterine deposition of talc (and 2 of 6 receiving intra-vaginal administration) resulted in the detection of talc particles in the ovaries. Wehner (1994) has suggested that the hydrostatic pressure of the saline solution enhanced the potential for translocation under such conditions. In contrast Phillips *et al* (1978) found no radiolabel in the ovaries of rabbits given either single or multiple intra-vaginal doses of $^3$H-labelled talc.

Protected Document—Subject to Protective Order

JNJ 000021310

An attempt to quantify the amount of talc supposedly found in human ovarian tissue (normal ovaries, cystic ovaries, and ovarian adenocarcinomas) has been made by Henderson *et al* (1979). According to these investigators, normal ovarian tissue contained up to 55,100 particles of talc per gram of wet weight of tissue, while cystic ovaries and ovarian adenocarcinomas contained up to 24,300 particles. However, because talc is ubiquitous, especially in a laboratory or surgical setting, it is difficult to determine if the talc observed in such clinical specimens is due to a specific exposure or contamination. In order to specifically and clearly evaluate the potential for translocation of talc from the vagina to the ovaries, Wehner *et al.* (1986) used neutron-activated talc with subsequent gamma-ray analysis in order to rule out contamination. These investigators used cynomolgus monkeys since the physiological and anatomical characteristics of this species resembles the human female more closely than any other readily available laboratory animal (cynomolgus monkeys have an estrous cycle of 28 days and menstruation lasts 2-7 days). Neutron-activated talc was deposited in the vagina for 30 consecutive working days (45 calendar days); thus exposure occurred through at least one menstrual cycle. Oxytocin was administered once per week during the study to induce the type of uterine contractions thought to occur during coitus and which may enhance the translocation process. The vagina/cervix, uterus, oviduct, ovaries and peritoneal lavage fluid of exposed animals were subsequently examined. Talc was observed only at the site of administration (vagina/cervix) and none was found in the ovaries.

In the carcinogenicity studies conducted by NTP (see SECTION II. B) male and female F344/N rats and B6C3F1 mice were exposed to target aerosol concentrations of 0,6 and 18 mg/m$^3$ talc for 6 hours daily, 5 days per week, for two years. Such conditions resulted in exposure via inhalation, oral and dermal (including perineal) routes. Initial tissue examination found no exposure-related lesions in either rat or mouse ovaries (NTP, 1993). Subsequent

Protected Document--Subject to Protective Order

09:32 JUN 07, 1995

histological examination of the ovaries and ovarian bursa from rats confirmed this finding and demonstrated no material consistent with the appearance of talc in any animals from any group (Boorman and Seely, 1995).

In summary, available histologic and physiologic studies provide no concrete basis to conclude that talc can plausibly migrate to the ovaries from the perineal region. In the absence of such biological evidence, conflicting and equivocal evidence of a weak statistical association between perineal talc use and ovarian cancer is insufficient to "raise concern at level sufficient to warrant regulatory or public health measures" (Carr, 1995).

## SECTION III. SUMMARY

Although several possible intrinsic and extrinsic risk factors have been suggested, the etiology of ovarian epithelial cancer is presently unknown. Critics of the supposed association between talc and ovarian cancer highlight the reported weak associations and the numerous confounding variables (e.g., interview case/control comparisons, failure to adequately address key independent risk factors, etc.) which characterize much of the epidemiological research in this area. Further, experimental studies in which neutron-activated talc was repeatedly introduced into the vagina of cynomolgus monkeys, failed to demonstrate translocation to the cervix, uterus or ovaries. The results of these studies in monkeys suggest that any increased risk of ovarian cancer following perineal exposure to talc is biologically implausible. While deserving of further study, a causal association between perineal talc application and ovarian cancer appears improbable at this time.

## IV.   CONCLUSIONS

Protected Document--Subject to Protective Order

JNJ 000021312

09:32 JUN 07, 1995

In January 31- February 1, 1994, a workshop organized by FDA and the International Society of Regulatory Toxicology and Pharmacology (ISRTP) was convened to provide a forum for an updated discussion of the origins, manufacture, characterization, toxicology and epidemiology of talc.[2] The principal focus of the meeting was on the latest toxicologic and epidemiologic studies and their significance with regard to the safe uses of talc in consumer products.

At the conclusion of the workshop, a panel of independent experts were able to reach a series of unanimous conclusions. With regard to the NTP talc bioassay in rodents, the panel found that "because of the extreme doses and the unrealistic particle sizes of the talc employed, because of the negative results in mice and male rats, because of the lack of tumor excess at the low doses, and because of the clear biochemical and cytological markers of excessive toxicity in female rats, the positive talc bioassay results in female F344/N rats are likely the result of experimental artifact and a non-specific, generic response of dust overload of the lungs, and not a reflection of a direct activity of talc. Given the gross differences of rodent and human lungs, the lung clearance capabilities of humans and the possible conditions of customary human exposures, the NTP bioassay results in F344/N female rats cannot be considered as relevant predictors of human risk" (Carr, 1995).

With regard to the proposed association of talc exposure and ovarian cancer, the panel found that "epidemiologic data are conflicting and remain equivocal". "Diet, parity, contraceptive use, ovulatory frequency, familial predisposition, age to menarche and menopause amongst other factors [are] associat[ed] strongly (and plausibly) with ovarian cancer incidence" (Carr, 1995).

---

[2] These conclusions are in large part based upon an Executive Summary which prefaced a series of papers published as the proceedings of the FDA/ISRTP Conference, *Talc: Consumer Uses and Health Perspectives* (Carr, 1995).

Protected Document--Subject to Protective Order

JNJ 000021313

09:33 JUN 07, 1995

These possible confounders, as well as control selection biases, etc., interviewer and interviewee biases, as well as other factors, may well explain the conflicting results that have appeared in the literature. In summary "...epidemiologic studies have provided weak and conflicting risk signals for [the] association [between talc use and ovarian cancer], and it is unlikely that further studies may prove adequate to raise concern at a level sufficient to warrant regulatory or public health measures " (Carr, 1995).

In conclusion, there is no basis to Petitioner's request that cosmetic talc products should bear warning labels to the effect that talcum powder causes cancer in laboratory animals or the "[F] requent talc application in the female genital area increases the risk of ovarian cancer". When used as intended, talc presents no health risk to the consumer. Accordingly Petitioner's request for warning labels on talc-containing cosmetic products should be denied.

## V.    REFERENCES

### SECTION L

Carr, C.J. (1995). Papers presented at the *International Society of Regulatory Toxicology and Pharmacology/U.S. FDA Workshop on Talc: Consumer Uses and Health Perspectives,* Bethesda, Maryland, January 31-February 1, 1994. Workshop participants and Executive Summary. *Regul. Toxol. Pharmacol.* **21**, 211-215.

Harvey, A.M. (1988). Talc. In *Pigment Handbook (2nd Edition) (Vol. I. Properties and Economics)*   (P.A. Lewis, Ed.) pp. 219-225. John Wiley & Sons, Inc., New York, NY.

Wehner, A.P. (1994). Biological effects of cosmetic talc. *Fd. Chem. Toxicol.* **32**(12), 1173-1184.

### SECTION II. A

Cralley, L.L., Key, M.M., Goth, D.H., Lainhart, W.S., and Ligo, R.M. (1968). Fibrous and mineral       content of cosmetic talcum products. *Am. In. Hyg. Assoc. J.* **29**(4), 350-354.

Protected Document--Subject to Protective Order

JNJ 000021314

CTFA (1990).  CTFA Method J4-1, Asbestiform Amphibole Minerals in Cosmetic Talc.  In *Compendium of Cosmetic Ingredient Composition. Methods.*  Cosmetic, Toiletry and Fragrance Association, Washington, D.C.

Krause, J.B., and Ashton, W.H. (1978).  Misidentification of asbestos in talc.  In *National Bureau of Standards Special Publication 506.  Proceedings of the Workshop on Asbestos: Definitions and Measurement Methods held at NBS, Gaithersburg, MD, July 18-20, 1977,* pp. 339-353.

Parmentier, C.J. and Gill, G.J. (1978).  Practical aspects of talc and asbestos. In *National Bureau of    Standards Special Publication 506.  Proceedings of the Workshop on Asbestos: Definitions and Measurement Methods held at NBS, Gaithersburg, MD, July 18-20, 1977,* pp. 403-411.

Rohl, A.N. (1974).  Asbestos in talc.  *Environ. Health Perspect.* **9**, 129-132.

Rohl, A.N., and Langer, A.M. (1974).  Identification and quantitation of asbestos in talc.  *Environ.    Health Perspect.* **9**, 95-109.

Rohl, A.N., Langer, A.M., Selikoff, J., Tordini, A., and Klimentidis, R. (1976).  Consumer talcums    and powders: Mineral and chemical characterization.  *J. Toxicol. Environ. Health* **2**, 255-284.

## SECTION II. B

Adamson, I.Y.R., Letourneau, H.L., and Bowden, D.H. (1989).  Enhanced macrophage-fibroblast interactions in the pulmonary interstitium increases fibrosis after silica injection to monocyte-depleted mice.  *Am. J. Pathol.* **134**(2), 411-418.

Bowden, D.H., Hedecock, C., and Adamson, I.Y.R. (1989).  Silica-induced pulmonary fibrosis involves the reaction of particles with interstitial rather than alveolar macrophages.  *J. Pathol.* **158**, 73-80.

Carr, C.J. (1995).  Papers presented at the *International Society of Regulatory Toxicology and Pharmacology/U.S. FDA Workshop on Talc: Consumer Uses and Health Perspectives,* Bethesda, Maryland, January 31-February 1, 1994.  Workshop participants and Executive Summary.  *Regul. Toxicol. Pharmacol.* **21**, 211-215.

Driscoll, K.E., Maurer, J.K., and Crosby, L.L. (1990).  Overload of lung clearance is associated with    activation of alveolar macrophage tumor necrosis factor and fibrorectin release.  *J. Aerosol Med.* **3** (Suppl. 1), S83-S91.

Lewis, T.R., Morrow, P.E., McClellan, R.O., Raabe, O.B. Kennedy, G.R., Schwetz, B.A., Goehl,

Protected Document--Subject to Protective Order

JNJ 000021315

09:35 JUN 07, 1995



T.J., Roycroft, J.H., and Chhabra, R.S. (1989). Establishing aerosol exposure concentrations for inhalation toxicity studies. *Toxicol. Appl. Pharmacol.* **99**, 377-383.

Morrow, P.E. (1988). Possible mechanisms to explain dust overloading of the lungs. *Fund. & Appl. Toxicol.* **10**, 369-384.

National Toxicology Program (NTP) (1993). NTP technical report on the toxicology and carcinogenesis studies of talc in F344/N and B6C3F1 mice. NTP TR 421. U.S. Dept. Health and Human Services, National Institute of Health.

Oberdörster, G. (1988). Lung clearance of inhaled insoluble and soluble particles. *J. Aerosol Med.* **1**(4), 289-330.

Oberdörster, G. (1995). The NTP talc inhalation study: A critical appraisal focused on lung particle overload. *Regul. Toxicol. Pharmacol.* **21**, 233-241.

Schlesinger, R.B. (1985). Clearance from the respiratory tract. *Fund. & Appl. Toxicol.* **5**, 435-450.

Snipes, M.B. (1989). Long-term retention and clearance of particles inhaled by mammalian species. *Toxicol.* **20** (3), 175-211.

Zazenski, R., Ashton, W.H., Briggs, D., Chudkowski, M., Kelse, J.W., MacEachern, L., McCarthy, E.F., Nordhauser, M.A., Roddy, M.T., Teetsel, N.M., Wells, A.B., and Gettings, S.D. (1995). Talc: Occurrence, characterization and consumer applications. *Regul. & Toxicol. Pharmacol.* **21**, 218-229.

**SECTION II. C.**

ACGIH (1992). *1992-1993 Threhold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices.* American Conference of Governmental Industrial Hygienists, Cincinnati, OH.

Aylott, R.I., Byrne, G.A., Middleton, J.D., and Roberts, M.E. (1979). Normal use levels of respirable cosmetic talc: Preliminary study. *Int. J. Cosm. Sci.* **1**, 177-186.

Boundy, M.G., Gold, K., Martin, K.P., Jr., Burgess, W.A., and Dement, J.M. (1979). Occupational exposures to non-asbestiform talc in Vermont. In *Dust and Disease* (R. Lemen and J.M. Dement, Eds.), pp. 365-378. Pathotox Publishers, Inc., Park Forest South, IL.

Carta, M., Alfano, G., Carbini, P., Ciccu, R., and Del Fa', C. (1981). Triboelectric phenomena in mineral processing. Theoretic fundamentals and applications. *J. Electrostatics* **10**, 177-182.

Protected Document--Subject to Protective Order

Dahl, A.R., Schlesinger, R.B., Heck, H.A., Medinsky, M.A. and Lucier, G.W. (1991). Symposium Overview: Comparative dosimetry of inhaled materials: Differences among animal species and extrapolation to man. *Fund. & Appl. Toxicol.* **16**, 1-13.

El-Ghawabi, S.H., El-Samra, G.H., and Mehasseb, H. (1970). Talc pneumoconiosis. *J. Egypt. Med. Assoc.* **53**, 330-340.

Endo-Capron, S., Renier, A., Janson, X., Kheuang, L., and Jaurand, M.C. (1993). *In vitro* response of rat pleural mesothelial cells to talc samples in genotoxicity assays (sister chromatatid exchanges and DNA repair). *Toxicol. In Vitro* **7**(1), 7-14.

Gamble, J., Greife, A., and Hancock, J. (1982). An epidemiological-industrial hygiene study of talc workers. *Ann. Occup. Hyg.* **26**(1-4), 841-859.

Gajewski, J.B. (1990). Assessment of electrostatic hazards due to the flow of charged solid particles in pneumatic transport. *Materials Science* **16**(1-3), 299-305.

Leophonte, P., Basset, M.F., Pincemin, J., Louis, A., Pernet, R., and Delaude, A. (1983). Mortalite des travailleurs de talc en France. Etude epidemidologique retrospective. *Rev. Fr. Mal. Respir.* **11**, 489-490.

Morrow, P.E. (1988). Possible mechanisms to explain dust overloading of the lungs. *Fund. & Appl. Toxicol.* **10**, 369-384.

Morrow, P.E. (1992). Dust overloading of the lungs: Update and appraisal. *Toxicol. & Appl. Pharmacol.* **113**, 1-12.

Oberdörster, G. (1988). Lung clearance of inhaled insoluble and soluble particles. *J. Aerosol Med.* **1**(4), 289-330.

Rubino, G.F., Scansetti, G. Piolatto, G., and Romano, C.A. (1976). Mortality study of talc miners and millers. *J. Occup. Med.* **18**(3), 186-193.

Russell, R.S., Merz, R.D., Sherman, W.T., and Sivertson, J.N. (1979). The determination of respirable particles in talcum powder. *Fd. Cosmet. Toxicol.* **17**, 117-122.

Scansetti, G., Rosetti, L., and Ghemi, F. (1963). Clinical and radiological evolution of pneumoconiosis in the talc extracting industry. *Medicina del Lavoro* **54**(11), 746-749.

Selevan, S.G., Dement, J.M., Wagoner, J.K., and Froines, J.R. (1979). Mortality patterns among miners and millers of non-asbestiform talc: Preliminary report. In *Dusts & Diseases* (R. Lemen and J.M. Dement, Eds.), pp. 379-388. Pathotox Publishers, Inc., Park Forest South, IL.

JNJ 000021317

09:37 JUN 07, 1995

Wegman, D.G., Peters, J.M., Boundy, M.G., and Smith, T.J. (1982). Evaluation of respiratory effects in miners and millers exposed to talc free of asbestos and silica. *Br. J. Ind. Med.* **39**, 233-238.

Wehner, A.P. (1994). Biological effects of cosmetic talc. *Fd. Chem. Toxicol.* **32**(12), 1173-1184.

Wergeland, E., Andersen, A., and Baerheim, A. (1990). Morbidity and mortality in talc exposed workers. *Am. J. Ind. Med.* **17**, 505-513.


## SECTION II. D.

Goodman, J.I. (1995). An analysis of the National Toxicology Program's (NTP) Technical Report       (NTP TR 421) on the toxicology and carcinogenesis studies of talc. *Regul. Toxicol. Pharmacol.* **21**, 244-249.


## SECTION III. A

Baylis, M.S., Henderson, W.J., Pierrepoint, C.G., and Griffiths, L. (1986). The aetiology of ovarian      cancer. In *Gynecological Oncology,* (C.P. Morrow and G.E. Smart, Eds.), pp. 157-165. Springer-Verlag, New York.

Berek, J.S. and Martinez-Maza, O. (1994). Molecular and biologic factors in the pathogenesis of ovarian cancer. *J. Reprod. Med.* **39**, 241-248.

Booth, M., Beral, V. and Smith, P. (1989). Risk factors for ovarian cancer-control study. *Br. J. Cancer* **60**, 592-598.

Cannistra, S.A. (1993). Cancer of the ovary. *New England J. Med.* **329**(21), 1550-1559.

Cramer, D.W. (1989). Lactase persistence and milk consumption as determinants of ovarian cancer      risk. *Am. J. Epidem.* **130**(5), 904-910.

Cramer, D.W., Willett, W.C., Bell, D.A., Ng, W.G., Harlow, B.L., Welch, W.R., Scully, R.E., and     Knapp, R.C. (1989). Galactose consumption and metabolism in relation to the risk of ovarian cancer. *Lancet* **2**, 66-71.

Daly, M.B. (1992). The epidemiology of ovarian cancer. *Hematol. Oncol. Clin. North Am.* **6**(4), 729-738.

Dietl, J., and Marzusch, K. (1993). Ovarian surface epithelian ovarian cancer. *Gynecol. Obstet. Invest.* **35**, 129-135.

Protected Document--Subject to Protective Order

JNJ 000021318

09:37 JUN 07, 1995

Godwin, A.K., Testa, J.R., and Hamilton, T.C. (1993). The biology of ovarian cancer development. *Cancer Supplement* **71**(2), 530-536.

Hartge, P., Schiffman, M.H., Hoover, R., McGowan, L., Lesher, L., and Norris, H.J. (1989). A case-   control study of epithelial ovarian cancer. *Am. J. Obstet. Gynecol.* **161**(1), 10-16.

Heintz, A.P., Hacker, N.F., and Lagasse, L.D. (1985). Epidemiology and etiology of ovarian cancer:    A review. *Obstet. Gynecol.* **66**(1), 127-135.

Hoffman, A.G., Burghardt, R.C., Tilley, R., and Auersperg, N. (1993). An in vitro model of ovarian    epithelial carcinogenesis: changes in cell-cell communication and adhesion occurring during neoplastic progression. *Int. J. Cancer* **54**, 828-838.

Kelsey, J.L. and Whittemore, A.S. (1994). Epidemiology and primary prevention of cancers of the   breast, endometrium, and ovary. A brief overview. *Ann. Epidemiol.* **4**(2), 89-95.

La Vecchia, C., Decarli, A., Negri, E., Parazzini, F., Gentile, A., Cecchetti, G., Fasoli, M., and Franceschi, S. (1987). Dietary factors and the risk of epithelial ovarian cancer. *J. Natl. Cancer Inst.* **79**(4), 663-669.

Lee, J.H., Kavanagh, J.J., Wildrick, D.M., Wharton, J.T., and Blick, M. (1990). Frequent loss of heterozygosity on chromosomes 6q, 11, and 17 in human ovarian carcinomas. *Cancer Res.* **50**, 2724-2728.

Malik, S., and Balkwill, F. (1991). Epithelial ovarian cancer: a cytokine propelled disease? [editorial]   *Br. J. Cancer* **64**, 617-620.

Mori, M., Harabuchi, I, Miyake, H., Casagrande, J.T., Henderson, B.E., and Ross, R.K. (1988). Reproductive, genetic and dietary risk factors for ovarian cancer. *Am. J. Epidem.* **128**(4), 771-777.

Mori, M., and Miyake, H. (1988). Dietary and other risk factors of ovarian cancer among elderly women. *Jpn. J. Cancer Res.* **79**, 997-1004.

McGowan, L., Parent, L., Lednar, W., and Norris, H.J. (1979). The women at risk for developing    ovarian cancer. *Gynecol. Oncol.* **7**, 325-344.

Parazzini, F., Franceschi, S., La Vecchia, C., and Fasoli, M. (1991). The epidemiology of ovarian cancer. *Gynecol. Oncol.* **43**, 9-23.

Patel, A.R., and Obrams, G.I. (1993). Epidemiology of ovarian cancer. *Cancer Eidemiol. Biomarkers Prev.* **2**, 79-83.

Shoham, Z. (1994). Epidemiology, etiology, and fertility drugs in ovarian epithelial carcinoma: where  are we today? *Fertil. Steril.* **62**(3), 433-48.

Protected Document--Subject to Protective Order

JNJ 000021319

Shu, X.O., Gao., Y.T., Yuan, J.M., Ziegler, R.G., and Brinton, L.A. (1989). Dietary factors and epithelial ovarian cancer. *Br. J Cancer* 59(4), 92-96.

Slotman, B.J., and Rao, R. (1988). Ovarian cancer (review). *Anticancer Res.* 8, 417-434.

Wehner, A.P. (1994). Biological effects of cosmetic talc. *Fd. Chem. Toxicol.* 32(12), 1173-1184.

Whittemore, A.S., Harris, R., Itnyre, J., and the Collaborative Ovarian Cancer Group (1992). Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. *Am. J. Epidem.* 136(10), 1212-1220.

Wu, M.L., Whittemore, A.S., Paffenbarger, R.S., Jr., Sarles, D.L., Kampert, J.B., Grosser, S., Jung, D.L., Ballon, S., Hendrickson, M., and Mohle-Boetani, J. (1988). Personal and environmental characteristics related to epithelial ovarian cancer. *Am. J. Epidem.* 128(6), 1216-1227.

## SECTION III. B

Booth, M., Beral, V., and Smith, P. (1989). Risk factors for ovarian cancer: A case-control study. *Br. J. Cancer* 60, 592-598.

Carr, C.J. (1995). Papers presented at the *International Society of Regulatory Toxicology and Pharmacology/U.S. FDA Workshop on Talc: Consumer Uses and Health Perspectives*, Bethesda, Maryland, January 31-February 1, 1994. Workshop participants and Executive Summary. *Regul. Toxicol. Pharmacol.* 21, 211-215.

Cramer, D.W., Welch, W.R., Scully, R.E., and Wojciechowski, C.A. (1982). Ovarian cancer and talc: A case-control study. *Cancer* 50, 372-376.

Hankinson, S.E., Hunter, D.J., Colditz, G.A., Willett, W.C., Stampfer, M.J., Rosner, B., Hennekens, C.H., and Speizer, F.E. (1993). Tubal ligation, hysterectomy, and risk of ovarian cancer: A prospective study. *JAMA* 270(23), 2813-2818.

Harlow, B.L., and Weiss, N.S. (1989). A case-control study of borderline ovarian tumors: The influence of perineal exposure to talc. *Am. J. Epidemiol.* 130(2), 390-394.

Harlow, B.L., Cramer, D.W., Bell, D.A., and Welch, W.R. (1992). Perineal exposure to talc and ovarian cancer risk. *Obstet. Gynecol.* 80(1), 19-26.

Hartge, P., Hoover, R., Lesher, L.P., and McGowan, L. (1983). Talc and ovarian cancer. *JAMA* 250(14), 1844.

Rosenblatt, K.A., Szklo, M., and Rosenshein, N.B. (1992). Mineral fiber exposure and the development of ovarian cancer. *Gynecol. Oncol.* 45, 20-25.

JNJ 000021320

09:39 JUN 07, 1995

Whittemore, A.S., Wu, M.L., Paffenbarger, R.S. Jr., Sarles, D.L., Kampert, J.B. Grosser, S., Jung, D.L., Ballon, S., and Hendrickson, M. (1988). Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am. J. Epidemiol.* **128**(6), 1228-1240.

Whittemore, A.S., Harris, R., Itnyre, J., Halpern, J. and the Collaborative Ovarian Cancer Group (1992). Characteristics relating to ovarian cancer risk: Collaborative analysis of 12 US case-control studies. I. Methods. *Am. J. Epidemiol.* **136**(10, 1175-1183.


## SECTION III. C

Boorman, G.A., and Seely, J.C. (1995). The lack of an ovarian effect of lifteime talc exposure in F344/N rats and B6C3F, mice. *Regul. Toxicol. Pharmacol.* **21**, 242-243.

Carr, C.J. (1995). Papers presented at the *International Society of Regulatory Toxicology and Pharmacology/U.S. FDA Workshop on Talc: Consumer Uses and Health Perspectives,* Bethesda, Maryland, January 31-February 1, 1994. Workshop participants and Executive Summary. *Regul. Toxicol. Pharmacol.* **21**, 211-215.

De Boer, C.H. (1972). Transport of particulate matter through the human female genital tract. *J. Reprod. Fertil.* **28**, 295-297.

Egli, G.E., and Newton, M.D. (1961). The transport of carbon particles in the human female reproductive tract. *Fertil. Steril.* **12**, 151-155.

Henderson, W.J., Hamilton, T.C., Baylis, M.S., Pierrepoint, C.G., and Griffiths, K. (1986). The demonstration of the migration of talc from the vagina and posterior uterus to the ovary in the rat. *Environ. Res.* **40**, 247-250.

Henderson, W.J., Hamilton, T.C., and Griffiths, K. (1979). Talc in normal and malignant ovarian tissue. *Lancet* **1**, 499.

National Toxicology Program (NTP) (1993). NTP technical report on the toxicology and carcinogenesis studies of talc in F344/N and B6C3F1 mice. NTP TR 421. U.S. Dept. Health and Human Services, National Institute of Health.

Phillips, J.C., Young, P.J., Hardy, K., and Gangolli, S.D. (1978). Studies on the absorption and disposition of 3H-labelled talc in the rat, mouse, guinea-pig and rabbit. *Fd. Cosmet. Toxicol.* **16**, 161-163.

Wehner, A.P. (1994). Biological effects of cosmetic talc. *Fd. Chem. Toxicol.* **32**(12), 1173--1184.

Wehner, A.P., Hall, A.S., Weller, R.E., Lepel, E.A., and Schirmer, R.E. (1985). Do particles translocate from the vagina to the oviducts and beyond? *Fd. Chem. Toxicol.* **23**(3), 367-372.

Protected Document--Subject to Protective Order                    JNJ 000021321

Wehner, A.P., and Weller, R.E. (1986).  On talc translocation from the vagina to the oviducts and beyond. *Fd. Chem. Toxicol.* **24**(4), 329-338.


## SECTION IV

Carr, C.J. (1995).  Papers presented at the *International Society of Regulatory Toxicology and Pharmacology/U.S. FDA Workshop on Talc: Consumer Uses and Health Perspectives*, Bethesda, Maryland, January 31-February 1, 1994.  Workshop participants and Executive Summary. *Regul. Toxicol. Pharmacol.* **21**, 211-215.

Protected Document--Subject to Protective Order