**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS                    Case No: 3:20-cv-20248 (FLW) (LHG)
MARKETING, SALES PRACTICES                MDL No. 2738 (FLW) (LHG)
AND PRODUCTS LIABILITY
LITIGATION

This document relates to:
CARLA BRACKEN, Individually and as personal
Representative of MARY SIMMONS, Deceased
Case No: 3:20-cv-20248 (FLW)(LHG)

<u>NOTICE OF FILING SHORT FORM COMPLAINT</u>

  Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on December 23, 2020

on behalf of Plaintiff, captioned above.

Dated: December 23, 2020      Respectfully submitted,

            _____*/s/ Grant L. Davis*_____
            Grant L. Davis
            DAVIS, BETHUNE & JONES, LLC
            1100 Main Street, Suite 2930
            Kansas City, MO  64105
            (816) 421-1600
            (816) 472-5972 Fax
            gdavis@dbjlaw.net
            ***Counsel for Plaintiff***

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2020, a copy of the foregoing NOTICE OF

FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's

electronic filing system to all parties indicated on the electronic filing receipt.  Parties may

access this filing through the Court's system.

*/s/ Grant L. Davis*

Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***
