UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: *Belinda Warren, as the Personal Representative of the Estate of Plaintiff Annie Warren v. Johnson & Johnson, et al.* | |

Case No.: 3:20-cv-20280

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a short form Complaint and Jury Demand has been filed on behalf of Plaintiff, Belinda Warren as the Personal Representative of the Estate of Plaintiff Annie Warren.

Dated: 12/23/2020

Respectfully Submitted by,

/s/ *Roopal P. Luhana*
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Phone: 888-480-1123
Fax: 888-499-1123
Email: luhana@chaffinluhana.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this  23rd  of   December        , 2020.

/s/ <i>Roopal P. Luhana</i>