

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034

BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

December 28, 2020

Hon. Joel A. Pisano (Ret.)
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102

      RE:   ***In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation (MDL No. 2738)***

Dear Judge Pisano:

      Now that the *Daubert* questions have been resolved, the PSC seeks: 1) to examine under oath 3 relevant Johnson & Johnson ("J&J") fact witnesses who have not been deposed in the talcum powder litigation; 2) to examine 30(b)(6) witness(es) on 4 discrete topics that have not been explored in any ovarian cancer case, state or federal; and 3) to cross-notice various fact witness depositions of J&J employees that are being conducted in various state court venues. The PSC's December 16, 2020 letter explains why these depositions are relevant, timely requested, and can be conducted well in advance of a MDL bellwether trial.

      J&J's desire to shield its employees from providing testimony is not supported by the Federal Rules of Civil Procedure. The PSC has heretofore been denied the right to take depositions, and now that the case is proceeding towards a bellwether trial and the Court has recognized that the PSC has not taken its own depositions, this last-ditch effort by J & J should be denied. As outlined above and in its previous submission, the PSC desires to take depositions of new witnesses and/or on new subject matters, and to be able to participate in state court depositions through a cross-notice procedure.

Hon. Joel A. Pisano (Ret.)<br>
December 28, 2020<br>
Page 2

J&J's attempt to control who and how the PSC may depose witnesses and prepare this case for a bellwether trial should be rejected.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ P. Leigh O'Dell*     */s/ Michelle A. Parfitt*
P. Leigh O'Dell             Michelle A. Parfitt

cc:   Hon. Freda L. Wolfson, Chief Judge (*via* ECF and email)
      Hon. Lois H. Goodman, Magistrate Judge
      All counsel of record (*via* ECF)