UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG) |
| This document relates to: <br><br> Caldwell, et al. v. Johnson and Johnson, et al. | Civil Action No.: 3:20-cv-17104 |

### NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand was filed on November 24, 2020 on behalf of Cindy Caldwell, individually, and on behalf of all wrongful death beneficiaries, and as personal representative of the Estate of Betty Nixon.

Dated: December 21, 2020

Respectfully Submitted by,

 /s/ James R. Segars, III
JAMES R. SEGARS, III
ATTORNEY FOR PLAINTIFFS

**JAMES R. SEGARS, III**, MSB #103605
**GERALD J. DIAZ, JR.,** MSB # 6063
THE DIAZ LAW FIRM, PLLC
208 Waterford Square, Suite 300
Madison, MS  39110
Phone: (601) 607-3456
Fax: (601) 607-3393
Email: tripp@diazlawfirm.com
Email: joey@diazlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, a copy of the foregoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ James R. Segars, III*