IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  **THIS DOCUMENTS ELATES TO:**   **CARMEN GLORIA CRUZ-GUZMAN** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN  Civil Action No.: 3:20-cv-20385 |

## NOTICE OF FILING

**TO THE HONORABLE COURT:**

Notice is hereby given that pursuant to Case management Order No. 3 (Filing of Short Form Complaint) that the Short Form Complaint and Jury Demand has been filed on December 28, 2020, on behalf of Plaintiff CARMEN GLORIA CRUZ-GUZMAN.

Dated: December 29, 2020.

Respectfully Submitted by,

**CARAZO QUETGLAS LAW OFFICES**

PMB 133
Ave. Esmeralda #53 Ste. 2
GUAYNABO, PR 00969-4461
TEL (787) 707-0588/ FAX (787) 707-0595
E mail: jorge@jctuayudalegal.com

**s/JORGE CARAZO-QUETGLAS**

Jorge Carazo-Quetglas
USDC-PR:       201305

1