## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENTS ELATES TO:* ESTATE OF NYDIA PEDRAZA-GARCÍA | Civil Action No.: 3:20-cv-20409 |

### NOTICE OF FILING

**TO THE HONORABLE COURT:**

Notice is hereby given that pursuant to Case management Order No. 3 (Filing of Short Form Complaint) that the Short Form Complaint and Jury Demand has been filed on December 28, 2020, on behalf of Plaintiff **ESTATE OF NYDIA PEDRAZA-GARCÍA.**

Dated: December 29, 2020.

Respectfully Submitted by,

**CARAZO QUETGLAS LAW OFFICES**

PMB 133
Ave. Esmeralda #53 Ste. 2
GUAYNABO, PR 00969-4461
TEL (787) 707-0588/ FAX (787) 707-0595
E mail: jorge@jctuayudalegal.com

**s/JORGE CARAZO-QUETGLAS**

Jorge Carazo-Quetglas
USDC-PR:          201305