## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG) |
| This document relates to: | Civil Action No.: 3:20-cv-20417 |
| Lincoln, et al. v. Johnson and Johnson, et al. | |

### NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand was filed on December 28, 2020 on behalf of Mark Lincoln, individually, and on behalf of all wrongful death beneficiaries, and as personal representative of the Estate of Carol Lincoln.

Dated: December 30, 2020               Respectfully Submitted by,

                                                                             */s/ James R. Segars, III*
                                                                             JAMES R. SEGARS, III
                                                                             ATTORNEY FOR PLAINTIFFS

**JAMES R. SEGARS, III**, MSB #103605
**GERALD J. DIAZ, JR.,** MSB # 6063
THE DIAZ LAW FIRM, PLLC
208 Waterford Square, Suite 300
Madison, MS  39110
Phone: (601) 607-3456
Fax: (601) 607-3393
Email: tripp@diazlawfirm.com
Email: joey@diazlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, a copy of the foregoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                              */s/ James R. Segars, III*