**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Fuentes v. Johnson & Johnson, et al.*, 3:20-cv-20203 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand has been filed for the following Plaintiff and assigned the following case number:

- Renee Fuentes Individually and as Next of Kin of Linda Smothers, Deceased; 3:20-cv-20203

This 4th day of January, 2021.

Respectfully submitted by,

s/ D. Todd Mathews
D. Todd Mathews, #52502 (MO)
The Gori Law Firm, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of January, 2021.

*/s/ D. Todd Mathews*
D. Todd Mathews
