# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**  **THIS DOCUMENT RELATES TO:** *Elizabeth Jayne Rosen, on Behalf of the Heirs of the Estate of Sandra Jean Trulli v. Johnson & Johnson, et al.* *Civil Action No.: 3:20-cv-14852-FLW-LHG* | **Civil Action: 3:16-md-2738**  **MDL No. 2738** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 22, 2020, on behalf of the plaintiff, Elizabeth Jayne Rosen, on Behalf of the Heirs of the Estate of Sandra Jean Trulli.

Dated:  <u>January 5, 2021</u>               Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 5, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

              **MOTLEY RICE LLC**

              /s/ Carmen S. Scott
              Carmen S. Scott