**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| DOUGLAS ADAMS AND WANDA ADAMS, | |
| Plaintiffs, | Civil Action No.: 3:21-cv-00121 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 5th day of January 2021 on behalf of Douglas Adams and Wanda Adams.

Dated:  1/5/2021                                        Respectfully Submitted by,

                                               */s/ W. Cameron Stephenson*
                                               W. Cameron Stephenson
                                               Florida Bar No.: 0051599
                                               LEVIN PAPANTONIO THOMAS MITCHELL
                                               RAFFERTY & PROCTOR, P.A.
                                               316 South Baylen Street, Suite 600
                                               Pensacola, FL 32502
                                               Telephone: (850) 435-7186
                                               Facsimile: (850) 436-6186
                                               Email: cstephenson@levinlaw.com
                                               ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

  I hereby certify that on the 5th day of January 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                 */s/ W. Cameron Stephenson*