# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Patricia Burns, 3:20-CV-00305 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on January 7, 2021 on behalf of Plaintiff Patricia Burns.

| | |
|---|---|
| Dated:  January 7, 2021 | Respectfully Submitted,<br><br>/s/ Jeff Benton<br>Jeff Benton<br>The Benton Law Firm<br>1825 Market Center Blvd., Suite 350<br>Dallas, Texas 75207<br>Telephone: (214) 777-7777<br>Facsimile: (214) 615-2950<br>Jeff@TheBentonLawFirm.com<br><br>**Counsel for Plaintiff(s)** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

| | |
|---|---|
| Dated: January 7, 2021 | /s/ Jeff Benton<br>Jeff Benton |