## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of January, 2021.

*/s/ Jennifer L. Orendi*
