Brandi R. Hamilton
Sterling Starns
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com
sstarns@barrettlawgroup.com

*Attorneys for Plaintiff George McDonnell Kofi Asare Ntorinkansah*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:17-cv-12800-FLW-LHG  MDL NO. 2738 |
| This document relates to: *George McDonnell Kofi Asare Ntorinkansah*, individually and as the Personal Representative of Dinah Owusu, deceased; Case No: 3:17-cv-12800-FLW-LGH | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff George McDonnell Kofi Asare Ntorinkansah.

Dated: January 8, 2021.

By: /s/ *Brandi R. Hamilton*
Brandi R. Hamilton
Sterling Starns
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com
sstarns@barrettlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Brandi R. Hamilton*
Brandi R. Hamilton
