UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Marilyn G. Hedgcock and Kevin Hedgcock Case No. 3:21-cv-00356 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on January 8, 2021, date on behalf of Plaintiffs Marilyn G. Hedgcock and Kevin Hedgcock.


Dated: January 12, 2021                    */s/ Priscilla E. Jimenez, Esquire*
                                                            Priscilla E. Jimenez, Esquire
                                                            KLINE & SPECTER PC
                                                            1525 Locust Street – 19th Floor
                                                            Philadelphia, PA 19102
                                                            215-772-1000
                                                            215-735-0960 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2021, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Priscilla Jimenez*
Priscilla E. Jimenez, Esquire
KLINE & SPECTER PC
1525 Locust Street – 19th Floor
Philadelphia, PA 19102