# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738 (FLW) (LHG) |
| *This document relates to:* Lonna Silvers and Larry Silvers, Individually **Case No. 3:18-cv-12140** | |

## SUBSTITUTION OF COUNSEL

**To the Clerk of this Court and all parties of record:**

PLAINTIFFS LONNA SILVERS and LARRY SILVERS GIVES NOTICE that Noah M. Wexler of Arnold & Itkin LLP, State Bar No. 24060816, shall be added as attorney of record for Plaintiffs Lonna Silvers and Larry Silvers in the above-captioned matter, in place of Barry R. Eichen of Eichen Crutchlow Zaslow & McElroy, LLP, 40 Ethel Rd., Edison, New Jersey 08817.

Counsel respectfully requests that all orders, pleadings, and correspondence be served upon Noah M. Wexler through the CM/ECF system and/or at the address below:

Noah M. Wexler
Arnold & Itkin LLP
6009 Memorial Dr.
Houston, Texas 77007
Tel: (713) 222-3800 / Fax: (713) 222-7707
nwexler@arnolditkin.com
e-service@arnolditkin.com

**Dated:** January 12, 2021          Respectfully submitted,

         **ARNOLD & ITKIN LLP**

         */s/ Noah M. Wexler*_____

         Noah M. Wexler
         State Bar No. 24060816
         6009 Memorial Drive
         Houston, Texas 77007
         Telephone: (713) 222-3800
         Facsimile: (713) 222-3850
         nwexler@arnolditkin.com
         e-service@arnolditkin.com

         ***ATTORNEY FOR PLAINTIFFS***

## CERTIFICATION OF SERVICE

I hereby certify that on January 12, 2021, a copy of the foregoing document(s) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

         */s/ Noah M. Wexler*_____

         Noah M. Wexler
         State Bar No. 24060816
         6009 Memorial Drive
         Houston, Texas 77007
         Telephone: (713) 222-3800
         Facsimile: (713) 222-3850
         nwexler@arnolditkin.com
         e-service@arnolditkin.com