UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738 (FLW) (LHG) |
| *This document relates to:* <br> Howard Sample, *Individually and as personal Representative of the* Estate of Gena N. Sample <br><br> **Case No. 3:18-cv-00723** | |

## SUBSTITUTION OF COUNSEL

**To the Clerk of this Court and all parties of record:**

PLAINTIFF HOWARD SAMPLE, individually and as personal representative of the Estate of Gena N. Sample GIVES NOTICE that Noah M. Wexler of Arnold & Itkin LLP, State Bar No. 24060816, shall be added as attorney of record for Plaintiff Howard Sample, individually and as personal representative of the Estate of Gena N. Sample in the above-captioned matter, in place of Barry R. Eichen of Eichen Crutchlow Zaslow & McElroy, LLP, 40 Ethel Rd., Edison, New Jersey 08817.

Counsel respectfully requests that all orders, pleadings, and correspondence be served upon Noah M. Wexler through the CM/ECF system and/or at the address below:

Noah M. Wexler
Arnold & Itkin LLP
6009 Memorial Dr.
Houston, Texas 77007
Tel: (713) 222-3800 / Fax: (713) 222-7707
nwexler@arnolditkin.com
e-service@arnolditkin.com

**Dated:** January 12, 2021                                    Respectfully submitted,

                                                               **ARNOLD & ITKIN LLP**

                                                               */s/ Noah M. Wexler*_____

                                                               Noah M. Wexler
                                                               State Bar No. 24060816
                                                               6009 Memorial Drive
                                                               Houston, Texas 77007
                                                               Telephone: (713) 222-3800
                                                               Facsimile: (713) 222-3850
                                                               nwexler@arnolditkin.com
                                                               e-service@arnolditkin.com

                                                               *ATTORNEY FOR PLAINTIFF*


## CERTIFICATION OF SERVICE

I hereby certify that on January 12, 2021, a copy of the foregoing document(s) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                                                               */s/ Noah M. Wexler*_____

                                                               Noah M. Wexler
                                                               State Bar No. 24060816
                                                               6009 Memorial Drive
                                                               Houston, Texas 77007
                                                               Telephone: (713) 222-3800
                                                               Facsimile: (713) 222-3850
                                                               nwexler@arnolditkin.com
                                                               e-service@arnolditkin.com