# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Martha Fletcher<br><br>**Case No. 3:20-cv-00923** | MDL No. 3:16-md-2738 (FLW) (LHG) |

## SUBSTITUTION OF COUNSEL

**To the Clerk of this Court and all parties of record:**

PLAINTIFF MARTHA FLETCHER GIVES NOTICE that Noah M. Wexler of Arnold & Itkin LLP, State Bar No. 24060816, shall be added as attorney of record for Plaintiff Martha Fletcher in place of Barry R. Eichen of Eichen Crutchlow Zaslow & McElroy, LLP, 40 Ethel Rd., Edison, New Jersey 08817.

Counsel respectfully requests that all orders, pleadings, and correspondence be served upon Noah M. Wexler through the CM/ECF system and/or at the address below:

Noah M. Wexler
Arnold & Itkin LLP
6009 Memorial Dr.
Houston, Texas 77007
Tel: (713) 222-3800 / Fax: (713) 222-7707
nwexler@arnolditkin.com
e-service@arnolditkin.com

**Dated:** January 12, 2021                                          Respectfully submitted,

                                            **ARNOLD & ITKIN LLP**

                                            */s/ Noah M. Wexler*
                                            Noah M. Wexler
                                            State Bar No. 24060816
                                            6009 Memorial Drive
                                            Houston, Texas 77007
                                            Telephone: (713) 222-3800
                                            Facsimile: (713) 222-3850
                                            nwexler@arnolditkin.com
                                            e-service@arnolditkin.com

                                            *ATTORNEY FOR PLAINTIFF*

## CERTIFICATION OF SERVICE

     I hereby certify that on January 12, 2021, a copy of the foregoing document(s) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                                            */s/ Noah M. Wexler*
                                            Noah M. Wexler
                                            State Bar No. 24060816
                                            6009 Memorial Drive
                                            Houston, Texas 77007
                                            Telephone: (713) 222-3800
                                            Facsimile: (713) 222-3850
                                            nwexler@arnolditkin.com
                                            e-service@arnolditkin.com