# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738 (FLW) (LHG) |
| *This document relates to:* Tamera Lee, Individually | |
| **Case No. 3:18-cv-11263** | |

## SUBSTITUTION OF COUNSEL

**To the Clerk of this Court and all parties of record:**

PLAINTIFF TAMERA LEE GIVES NOTICE that Noah M. Wexler of Arnold & Itkin LLP, State Bar No. 24060816, shall be added as attorney of record for Plaintiff Tamera Lee in place of Jessica Meeder of Murphy Falcon & Murphy, PA, One South Street, 23rd Floor, Baltimore, Maryland 21202.

Counsel respectfully requests that all orders, pleadings, and correspondence be served upon Noah M. Wexler through the CM/ECF system and/or at the address below:

Noah M. Wexler
Arnold & Itkin LLP
6009 Memorial Dr.
Houston, Texas 77007
Tel: (713) 222-3800 / Fax: (713) 222-7707
nwexler@arnolditkin.com
e-service@arnolditkin.com

**Dated:** January 12, 2021                                      Respectfully submitted,

                                                                    **ARNOLD & ITKIN LLP**

                                                                    */s/ Noah M. Wexler*
                                                                    Noah M. Wexler
                                                                    State Bar No. 24060816
                                                                    6009 Memorial Drive
                                                                    Houston, Texas 77007
                                                                    Telephone: (713) 222-3800
                                                                    Facsimile: (713) 222-3850
                                                                    nwexler@arnolditkin.com
                                                                    e-service@arnolditkin.com

                                                            ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATION OF SERVICE

     I hereby certify that on January 12, 2021, a copy of the foregoing document(s) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                                                                    */s/ Noah M. Wexler*
                                                                    Noah M. Wexler
                                                                    State Bar No. 24060816
                                                                    6009 Memorial Drive
                                                                    Houston, Texas 77007
                                                                    Telephone: (713) 222-3800
                                                                    Facsimile: (713) 222-3850
                                                                    nwexler@arnolditkin.com
                                                                    e-service@arnolditkin.com