UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | MDL Docket No. 2738 |

### CERTIFICATION OF JESSICA L. BRENNAN, ESQ.

1. Attached hereto as Exhibit 1 is a true and correct copy of Slip Op., *Hayes v. Colgate-Palmolive Co.*, No. 16-CI-003503 (Ky. Cir. Ct. Apr. 12, 2019).

2. Attached hereto as Exhibit 2 is a true and correct copy of the February 22, 2019 Transcript in *Rimondi v. BASF Catalysts, LLC*, No. MID-2912-17AS.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 12, 2021

_____
Jessica L. Brennan

ACTIVE.125940031.01