## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No.: 3:21-cv-681<br><br>MDL No. 2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Doris Delaine Gardner.

Dated: January 13, 2021.

    Respectfully Submitted,

    By: */s/ T. Roe Frazer II*
    T. Roe Frazer II (MS Bar No. 5519) PHV
    Patrick D. McMurtray (TN Bar No. 31597) PHV
    Thomas Roe Frazer III (TN Bar No. 33296) PHV
    FRAZER PLC
    30 Burton Hills Blvd., Suite 450
    Nashville, TN 37215
    Telephone: (615) 647-6464
    Facsimile: (866) 314-2466
    roe@frazer.law
    patrick@frazer.law
    trey@frazer.law

**Of Counsel:**
Blair Durham (TN BPR # 021453)
BART DURHAM INJURY LAW
404 James Robertson Parkway, Suite 1712
Nashville, TN 37219
Telephone: (615) 242-9000
blair@blairdurham.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                          */s/ T. Roe Frazer II*