**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738 (FLW) (LHG) |
| *This document relates to:* Bernice Ward, *Individually and as proposed personal Representative of the* Estate of Sadie Hall | |
| Case No. 3:18-cv-17222 | |

**SUBSTITUTION OF COUNSEL**

**To the Clerk of this Court and all parties of record:**

PLAINTIFF BERNICE WARD as proposed personal representative of the estate of SADIE HALL GIVES NOTICE that Noah M. Wexler of Arnold & Itkin LLP, State Bar No. 24060816, shall be added as attorney of record for Plaintiff Bernice Ward as proposed personal representative of the estate of Sadie Hall in the above-captioned matter, in place of Barry R. Eichen of Eichen Crutchlow Zaslow & McElroy, LLP, 40 Ethel Rd., Edison, New Jersey 08817.

Counsel respectfully requests that all orders, pleadings, and correspondence be served upon Noah M. Wexler through the CM/ECF system and/or at the address below:

Noah M. Wexler
Arnold & Itkin LLP
6009 Memorial Dr.
Houston, Texas 77007
Tel: (713) 222-3800 / Fax: (713) 222-7707
nwexler@arnolditkin.com
e-service@arnolditkin.com

**Dated:** January 14, 2021    Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah M. Wexler*_____

Noah M. Wexler
State Bar No. 24060816
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
nwexler@arnolditkin.com
e-service@arnolditkin.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATION OF SERVICE

I hereby certify that on January 14, 2021, a copy of the foregoing document(s) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

*/s/ Noah M. Wexler*_____

Noah M. Wexler
State Bar No. 24060816
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
nwexler@arnolditkin.com
e-service@arnolditkin.com