# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3:16-md-2738-FLW-LHG**<br>**Judge Freda L. Wolfson**<br>**Magistrate Judge Lois H. Goodman**<br><br>**MDL 2738** |
| **This document relates to:**<br>Annie Dent; 3:20-cv-08013-FLW-LHG | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 30, 2020, on behalf of the Plaintiff, Annie Dent.

/s/Dennis C. Sweet, III
Dennis C. Sweet, III (8105)
Sweet & Associates
158 East Pascagoula Street
Jackson, Mississippi 39201
(601) 965-8700
dennis.sweet@sweetandassociates.net
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Dennis C. Sweet, III, do hereby certify that I have this day filed the foregoing instrument with the Clerk of Court, via the Court's ECF electronic filing system, which provided an electronic copy of the same to all counsel of record in this MDL.

Dated:   January 19, 2021.

/s/Dennis C. Sweet, III
Dennis C. Sweet, III
Sweet & Associates
158 East Pascagoula Street
Jackson, Mississippi 39201
(601) 965-8700
dennis.sweet@sweetandassociates.net
Attorney for Plaintiff