**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENT RELATES* <br><br> TO: Kevin Rolack o/b/o Tori Rolack | Civil Action No: 3:2021-cv-00854 |

**NOTICE OF FILING SHORT FORM COMPLAINT**

    Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on January 19, 2021 on behalf of Kevin Rolack o/b/o Tori Rolack.

Dated: <u>January 19, 2021.</u>                                      Respectfully submitted,

                                                                                      */s/ Andres Pereira*
                                                                                       Andres Pereira
                                                                                       TX Bar No. 00794440

                                                                                      **Andres Pereria Law Firm, P.C.**
                                                                                      14709 Custer Court
                                                                                      Austin, Texas 78734
                                                                                      P: 512-920-2425
                                                                                      F: 512-309-5861

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

                                                                                 */s/ Andres Pereira*
                                                                                 Andres Pereira