## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *THIS DOCUMENT RELATES TO:* *Michelle Slack* | Civil Action No: 3:2021-cv-00772 |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order NO. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on January 15, 2021 on behalf of Michelle Slack.

Dated: <u>January 15, 2021.</u>  Respectfully submitted,

*/s/ Andres Pereira*
Andres Pereira
TX Bar No. 00794440

**Andres Pereria Law Firm, P.C.**
14709 Custer Court
Austin, Texas 78734
P: 512-920-2425
F: 512-309-5861

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

*/s/ Andres Pereira*
Andres Pereira