**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** *Lori Gamble, et al. v. Johnson & Johnson, et al.* **Case No.:** __3:21-cv-00937__ | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a short form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Lori Gamble and Walter Gamble.

Dated: January 21, 2021          Respectfully Submitted by,

                                                                           /s/ *Roopal P. Luhana*
                                                                          Roopal P. Luhana, Esq.
                                                                          CHAFFIN LUHANA LLP
                                                                          600 Third Avenue, 12th Floor
                                                                          New York, NY 10016
                                                                          Phone: 888-480-1123
                                                                          Fax: 888-499-1123
                                                                          Email: luhana@chaffinluhana.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this  21st  of January, 2021.

/s/ *Roopal P. Luhana*