## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL NO. 16-2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| Carla Wyatt, et al.<br><br>　　　Plaintiff,<br><br>v.<br><br>Johnson & Johnson and Johnson & Johnson Consumer, Inc.;<br><br>　　　Defendants. | CIVIL ACTION No.: 3:20-cv-20718-FLW-LHG<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Carla Wyatt, Individually and as Putative Administrator of the Estate of Naomi Sport, Deceased.

DATED:　January 22, 2021　　　　　　　Respectfully Submitted,

**THE CUFFIE LAW FIRM**

Attorneys for Plaintiff

/s/ Magua Benson

Magua B. Benson, Esq.
3080 Campbellton Road SW
Atlanta, Georgia 30311
Phone: (404) 344-4242
Fax: (404) 349-4229
mbenson@cuffielawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Magua Benson

Magua B. Benson, Esq.
3080 Campbellton Road SW
Atlanta, Georgia 30311
Phone: (404) 344-4242
Fax: (404) 349-4229
mbenson@cuffielawfirm.com