# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>THE ESTATE OF DENISE BAGGOTT | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN**<br><br>Civil Action No.: 3:21-cv-01056 |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 22, 2021, on behalf of Plaintiff Denise Baggott.

Dated: January 22, 2021            Respectfully,

                                                   By: */s/ Rhett A. McSweeney*
                                                   David M. Langevin, #329563
                                                   Rhett A. McSweeney, #269542
                                                   McSweeney/Langevin
                                                   2116 Second Avenue South
                                                   Minneapolis, MN 55404
                                                   Phone: (612) 542-4646
                                                   Fax: (612) 454-2678
                                                   dave@westrikeback.com
                                                   ram@westrikeback.com

                                                   **Counsel for Plaintiff(s)**

**CERTICATE OF SERVICE**

      I hereby certify that on January 22, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Rhett A. McSweeney*
David M. Langevin, #329563
Rhett A. McSweeney, #269542
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com