# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Cathy Carleton, 3:21-CV-01062 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on January 22, 2021 on behalf of Plaintiff Cathy Carleton.

Dated:  January 22, 2021

Respectfully Submitted,

/s/ Jeff Benton\
Jeff Benton\
The Benton Law Firm\
1825 Market Center Blvd., Suite 350\
Dallas, Texas 75207\
Telephone: (214) 777-7777\
Facsimile: (214) 615-2950\
Jeff@TheBentonLawFirm.com

**Counsel for Plaintiff(s)**

### CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  January 22, 2021

/s/ Jeff Benton\
Jeff Benton