**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| **NAHDIA ARESHEH,**<br>**Plaintiff,**<br>**v.**<br>**JOHNSON & JOHNSON, et al.,**<br>**Defendants.** | **Case No. 3:21-cv-00724-FLW-LHG** |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 25, 2020, on behalf of Plaintiff NAHDIA ARESHEH.

Dated: January 25, 2021

Respectfully Submitted,

By: /s/ *Mark P. Robinson, Jr.*

Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that January 25, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.