UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| **ELIZABETH BRENNAN-MAGDALENSKI,** | Case No. 3:21-cv-00730-FLW-LHG |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| Defendants. | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 25, 2020, on behalf of Plaintiff ELIZABETH BRENNAN-MAGDALENSKI.

1

Dated: January 25, 2021	Respectfully Submitted,

                                          By:  /s/ *Mark P. Robinson, Jr.*
                                          Mark P. Robinson, Jr.
                                          19 Corporate Plaza Drive
                                          Newport Beach, CA 92660
                                          949-720-1288 Phone
                                          949-720-1292 Facsimile
                                          mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that January 25, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.