IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION**<br><br>This document relates to: Kenneth Cole Sr., Individually and O/B/O Velda Cole (deceased) v. Johnson & Johnson, et al.; 3:20-cv-06824-FLW-LHG | MDL No. 2738 (FLW) (LHG) |

**NOTICE AND SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Kenneth Cole, Sr., on or about August 10, 2020. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Kenneth Cole, Sr. herewith.

Dated:  January 26th, 2021                                         Respectfully submitted,

By:    */s/ Jonas Mann*
         Jonas Mann (NJ Bar No. 020372007)
         **BARON & BUDD, P.C.**
         3102 Oak Lawn Avenue, Suite 1100
         Dallas, Texas 75219
         Tel.: (214) 521-3605
         Fax: (214) 520-1181
         Email: jmann@baronbudd.com

         *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 26th day of January, 2021, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jonas Mann*
Jonas Mann