# EXHIBIT 1

# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Aug 12 2020

**STATE OF TEXAS — CERTIFICATE OF DEATH**

**STATE FILE NUMBER:** 142-20-136811

1. **LEGAL NAME OF DECEASED** (Include AKA's, if any) (First, Middle, Last): KENNETH MELVIN COLE SR.
2. **DATE OF DEATH - ACTUAL OR PRESUMED** (mm-dd-yyyy): AUGUST 10, 2020
3. **SEX:** MALE
4. **DATE OF BIRTH:** [redacted]
5. **AGE-Last Birthday (Years):** 65
6. **BIRTHPLACE** (City & State or Foreign Country): FORT WORTH, TX
7. **SOCIAL SECURITY NUMBER:** [redacted]
8. **MARITAL STATUS AT TIME OF DEATH:** ☒ Widowed (but not remarried)
9. **SURVIVING SPOUSE'S NAME:** (blank)
10a. **RESIDENCE STREET ADDRESS:** 2810 GRINDSTONE RD
10c. **CITY OR TOWN:** MILLSAP
10d. **COUNTY:** PARKER
10e. **STATE:** TEXAS
10f. **ZIP CODE:** 76066
10g. **INSIDE CITY LIMITS?** ☒ No
11. **FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE:** WILLIE MELVIN COLE
12. **MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE:** ALOHA WHITE
13. **PLACE OF DEATH:** ☒ Decedent's Home
14. **COUNTY OF DEATH:** PARKER
15. **CITY/TOWN, ZIP:** PRECINCT 3, 76066
16. **FACILITY NAME:** 2810 GRINDSTONE RD
17. **INFORMANT'S NAME & RELATIONSHIP TO DECEASED:** KENNETH COLE JR. - SON
18. **MAILING ADDRESS OF INFORMANT:** 9021 FARMER RD, WHITE SETTLEMENT, TX 76108
19. **METHOD OF DISPOSITION:** ☒ Burial
20. **SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR:** JAMES R. ALEXANDER, BY ELECTRONIC SIGNATURE - 112002
21. ☒ Unknown
22. **PLACE OF DISPOSITION:** BROCK CEMETERY
23. **LOCATION:** BROCK, TX
24. **NAME OF FUNERAL FACILITY:** ALEXANDER'S MIDWAY FUNERAL HOME
25. **COMPLETE ADDRESS OF FUNERAL FACILITY:** 3607 EAST HIGHWAY 199, SPRINGTOWN, TX 76082
26. **CERTIFIER:** ☒ Certifying physician
27. **SIGNATURE OF CERTIFIER:** MARSHALL MORRISON, BY ELECTRONIC SIGNATURE
28. **DATE CERTIFIED:** AUGUST 11, 2020
29. **LICENSE NUMBER:** G5405
30. **TIME OF DEATH:** 04:00 PM
31. **PRINTED NAME, ADDRESS OF CERTIFIER:** MARSHALL MORRISON 137-A INDUSTRIAL AVE, AZLE, TX 76020
32. **TITLE OF CERTIFIER:** MD

33. **PART 1. CHAIN OF EVENTS:**

| Cause | Condition | Approximate interval Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | SEPTIC SHOCK | 3 DAYS |
| b. | EROSION OF TRACHEA | 3 WEEKS |
| c. UNDERLYING CAUSE | LARGE B CELL LYMPHOMA, METASTATIC | 6 WEEKS |
| d. | | |

34. **WAS AN AUTOPSY PERFORMED?** ☒ No
35. **WERE AUTOPSY FINDINGS AVAILABLE?** (blank)
36. **MANNER OF DEATH:** ☒ Natural
37. **DID TOBACCO USE CONTRIBUTE TO DEATH?** ☒ No

EDR NUMBER: 000044444796771

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

**ISSUED:** Aug 13 2020

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE