# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION**<br><br>This document relates to: <u>Kenneth Cole, Sr., Individually and O/B/O Velda Cole (Deceased v. Johnson & Johnson, et al., 3:20-cv-06814-FLW-LHG</u> | MDL No. 2738 (FLW) (LHG) |

## ORDER OF SUBSTITUTION

This matter has come before the Court on the Suggestion of Death and Motion for Substitution of Plaintiff Kenneth Cole, Sr. with Kenneth Cole, Jr., as Plaintiff and anticipated Personal Representative of the Estate of Velda Cole. The Court having been fully advised in the premises finds that Plaintiff Kenneth Cole, Sr. died on or about August 10, 2020; that the claim asserted in the above-entitled action survives; and that Kenneth Cole, Jr. is an appropriate party to succeed Kenneth Cole, Sr., as Plaintiff and anticipated Personal Representative of the Estate of Velda Cole. On the basis of the foregoing findings, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Motion for Substitution is granted.

IT IS FURTHER ORDERED that Plaintiff Kenneth Cole, Jr., as Plaintiff and anticipated Personal Representative of the Estate of Velda Cole, is substituted as Plaintiff herein in place of Kenneth Cole Sr., deceased, and that the title of the action be amended in conformity herewith.

Date: _____     SO ORDERED: _____
                                                            The Honorable Freda L. Wolfson
                                                            United States District Court Judge