UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG) |
| **This Document Relates to:**<br><br>UNIQUE GOODWIN v. Johnson & Johnson, et al.<br>Civil Action No.: 3:21-cv-1263 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 27, 2021 on behalf of Plaintiff Unique Goodwin.

Dated: January 27, 2021

Respectfully submitted,

*/s/Adam P. Slater*
Attorney(s) for Plaintiff
**Adam P. Slater, Esq. 4302899**
Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 419
Melville, New York, 11747
Phone: (631) 420-9300

*Counsel for Plaintiff Unique Goodwin*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on January 27, 2021

Dated: January 27, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/Adam P. Slater*
　　　　　　　　　　　　　　　　　　　　　　Attorney(s) for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　**Adam P. Slater, Esq. 4302899**