UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to*:<br><br>Camille Foley v. Johnson & Johnson, et al.<br>Case No: 3:21-CV-00777-FLW-LHG | **MDL NO. 16-2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 15, 2021, on behalf of Plaintiff Camille Foley.

>                         */s/ Jeff S. Gibson*
>                         Jeff S. Gibson, Atty. No. 22362-49
>                         WAGNER REESE, LLP
>                         11939 North Meridian Street
>                         Carmel, IN  46032
>                         Telephone: (317) 569-0000
>                         Fax: (317) 569-8088
>                         Email: JGibson@WagnerReese.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>                         s/ Jeff S. Gibson
>                         Jeff S. Gibson
>                         WAGNER REESE, LLP