UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Elizabeth Walls v. Johnson & Johnson, et al.<br>Case No: 3:21-CV-00774-FLW-LHG | MDL NO. 16-2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 15, 2021, on behalf of Plaintiff Elizabeth Walls.

                                              */s/ Jeff S. Gibson*
                                              Jeff S. Gibson, Atty. No. 22362-49
                                              WAGNER REESE, LLP
                                              11939 North Meridian Street
                                              Carmel, IN  46032
                                              Telephone: (317) 569-0000
                                              Fax: (317) 569-8088
                                              Email: JGibson@WagnerReese.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, a copy, of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              s/ Jeff S. Gibson
                                              Jeff S. Gibson
                                              WAGNER REESE, LLP