## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG |
| **This document relates to:**<br><br>JOANNE L. PERAULT<br>Case No. 3:21-cv-01146-FLW-LHG | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No 3 (Filing Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 26, 2021.

DATED: January 28, 2021

Respectfully Submitted,

**KIESEL LAW LLP**

By: */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer (CA # 286752)
8648 Wilshire Boulevard
Beverly Hills, CA  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
palmer@kiesel.law

Raymond P. Boucher (CA # 115364)
Shehnaz Bhujwala (CA # 223484)
**BOUCHER LLP**
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367
Tel: (818) 340-5400
Fax: (818) 340-5401
ray@boucher.la
bhujwala@boucher.la

Counsel for Plaintiff
Joanne L. Perault

00583538-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: January 28, 2021                Respectfully Submitted,

                              By:      */s/ Melanie Meneses Palmer*
                                       Melanie Meneses Palmer
                                       **KIESEL LAW LLP**
                                       8648 Wilshire Boulevard
                                       Beverly Hills, California  90211
                                       Tel.: (310) 854-4444
                                       Fax: (310) 854-0812
                                       E-mail: palmer@kiesel.law

                                       Counsel for Plaintiff
                                       Joanne L. Perault

00583538-1