# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Camille Grimes v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-01550 | Civil Action No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 1, 2021 on behalf of Plaintiff Camille Grimes.

>  */s/ Joseph Daniel Talmadge, Jr.*
>  Joseph Daniel Talmadge, Jr.
>  MORRIS, CARY, ANDREWS,
>  TALMADGE & DRIGGERS, LLC
>  3334 Ross Clark Circle
>  Dothan, Alabama 36303
>  (334) 702-0000 Telephone
>  (334) 673-0077 Facsimile
>  dtalmadge@mcatlaw.com
>
>  Attorneys for Camille Grimes

Dated:  February 1, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Joseph Daniel Talmadge, Jr.*
Joseph Daniel Talmadge, Jr.

MORRIS, CARY, ANDREWS,
TALMADGE & DRIGGERS, LLC