**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| __KATHLEEN COONEY__ | COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| v. | Civil Action No.: 3:21-CV- |
| JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC. | DIRECT FILED ACTION |
| Defendants. | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on February 1, 2021.

Dated: February 1, 2021.

                                                              Respectfully submitted,

                                                              */s/* M. Brandon Smith
                                                               M. BRANDON SMITH, Esq.
                                                               Georgia Bar Number: 141418
                                                                CHILDERS, SCHLUETER & SMITH, LLC
                                                                1932 N. Druid Hills Road, Suite 100
                                                                Atlanta, GA 30319
                                                                Phone: 404.419.9500
                                                                Fax: 404.419.9501
                                                                bsmith@cssfirm.com
                                                                *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

> */s/* M. Brandon Smith
> M. BRANDON SMITH, Esq.
>
> *Attorney for Plaintiff(s)*