**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br><br>*Joanne Kitchen  v. Johnson & Johnson, et al.*, *Case No.* **3:21-cv-01425-FLW-LHG** | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on January 29, 2021 on behalf of Joanne Kitchen.

Dated: February 1, 2021

                                                Respectfully submitted by,

                                                /s/ Lawrence R. Cohan
                                                Lawrence R. Cohan, Esq.
                                                Joshua C. Cohan, Esq.
                                                **SALTZ MONGELUZZI & BENDESKY P.C.**
                                                One Liberty Place
                                                1650 Market St, 52nd Floor
                                                Philadelphia, PA 19103
                                                lcohan@smbb.com
                                                jcohan@smbb.com
                                                (215) 575-3887 (Phone)
                                                (215) 496-0999 (Fax)

                                                        - and -

/s/ Barry R. Eichen
Barry R. Eichen, Esq.
John P. Kelly, Esq.
**EICHEN CRUTCHLOW ZASLOW, LLP**
40 Ethel Road
Edison, NJ 08817
beichen@njadvocates.com
jkelly@njadvocates.com
(732) 777-0100 (Phone)
(732) 429-1727 (Fax)

*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2021 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                                                 /s/ *Lawrence R. Cohan*