# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| __CLAUDIA MAE HENDERSON__<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC.<br><br>Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:21-CV-01633<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on February 1, 2021.

Dated: February 1, 2021.

                                              Respectfully submitted,

                                              */s/* M. Brandon Smith
                                              M. BRANDON SMITH, Esq.
                                              Georgia Bar Number: 141418
                                              CHILDERS, SCHLUETER & SMITH, LLC
                                              1932 N. Druid Hills Road, Suite 100
                                              Atlanta, GA 30319
                                              Phone: 404.419.9500
                                              Fax: 404.419.9501
                                              bsmith@cssfirm.com
                                              *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/* M. Brandon Smith
M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*