# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Mary Robinson, 3:21-CV-01664 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

 Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on February 1, 2021 on behalf of Plaintiff Mary Robinson.

Dated: February 1, 2021

Respectfully Submitted,

/s/ Jeff Benton
Jeff Benton
The Benton Law Firm
1825 Market Center Blvd., Suite 350
Dallas, Texas 75207
Telephone: (214) 777-7777
Facsimile: (214) 615-2950
Jeff@TheBentonLawFirm.com

**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

 I hereby certify that on February 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: February 1, 2021

/s/ Jeff Benton
Jeff Benton