**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sandi Nesbit vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-761-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Sandi Nesbit.

This 2nd day of February 2021.

                                              Respectfully submitted,

                                              ONDERLAW, LLC

By:   */s/ W. Wylie Blair*
         James G. Onder, #38049 MO
         William W. Blair, #58196 MO
         Stephanie L. Rados, #65117 MO
         110 E. Lockwood, 2nd Floor
         St. Louis, MO  63119
         314-963-9000 telephone
         314-963-1700 facsimile
         onder@onderlaw.com
         blair@onderlaw.com
         rados@onderlaw.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of February 2021.

*/s/ W. Wylie Blair*