**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Graciela Alvarez vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-823-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Graciela Alvarez.

This 2nd day of February 2021.

                Respectfully submitted,

                ONDERLAW, LLC

By: */s/ W. Wylie Blair*
   James G. Onder, #38049 MO
   William W. Blair, #58196 MO
   Stephanie L. Rados, #65117 MO
   110 E. Lockwood, 2nd Floor
   St. Louis, MO  63119
   314-963-9000 telephone
   314-963-1700 facsimile
   onder@onderlaw.com
   blair@onderlaw.com
   rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of February 2021.

                   */s/ W. Wylie Blair*