## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2021, a copy of the foregoing UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT and [PROPOSED] ORDER were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Trent B. Miracle
Trent B. Miracle, IL#6281491
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonsfirm.com

Attorneys for Plaintiff