UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>*ROBERT WORSHAM, et al. v. JOHNSON & JOHNSON, et al.* | Civil Action No. 3:18-cv-04714-FLW-LHG |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT**

THIS MATTER having been opened to the Court upon an unopposed application of SIMMONS HANLY CONROY, attorneys for Robert Worsham, Independent Administrator of the Estate of Nedra Worsham, respectfully request an Order allowing Plaintiff Robert Worsham to file his First Amended Complaint, upon notice to all counsel of record, and with full consideration of all matters brought before this Court regarding the motion, and for good cause shown:

IT IS HEREBY on this _____ day of _____ 2021.

ORDERED that the Plaintiff's Unopposed Motion to File First Amended Complaint hereby is GRANTED.  Plaintiff is to file the First Amended Complaint within _____ days of the entry of this Order.

**IT IS SO ORDERED.**

_____
Hon. Freda L. Wolfson
UNITED STATES DISTRICT COURT JUDGE