# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>Ruby L. Hicks,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Johnson & Johnson, et al.,<br><br>　　　　　　　　　　　　Defendants. | **MDL NO. 2738 (FLW) (LHG)**<br><br>Civil Action No.: 3:18-cv-00278-FLW-LHG<br><br>**MOTION TO AMEND SHORT FORM COMPLAINT AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**<br><br>Short Form Complaint Cause No. 3:20-CV-07954-FLW-LHG |

Pursuant to Federal Rules of Civil Procedure, Rule 15, Plaintiff moves this Court for leave to amend her Complaint in the above captioned action and, in support, states as follows:

1. A party may amend her pleading by leave of court, and "[t]he court shall freely give leave when justice so requires." Fed. R. Civ. P. 15(a).

2. A party may amend the pleadings as may be necessary and "at any time" "to conform them to the evidence and to raise an unpleaded issue." Fed. R. Civ. P. 15(b).

3. Plaintiff requests leave to amend the pleadings to conform them to the evidence and raise an unpleaded issue.

4. Specifically, Plaintiff requests leave to amend her complaint to include claims for recovery of various injuries or damages.

5. There is no prejudice in the allowance of this amendment.

6. The proposed Second Amended Short Form Complaint is attached as Exhibit A.

Respectfully submitted,

Ruby L. Hicks, Plaintiff

/s/Dennis C. Sweet, III
Dennis C. Sweet, III
Sweet & Associates
318 East Pascagoula Street
Jackson, Mississippi 39201
601-965-8700
dennis.sweet@sweetandassociates.net

## CERTIFICATE OF SERVICE

I certify that on February 4, 2021 the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

/s/Dennis C. Sweet, III
Dennis C. Sweet, III