## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : <br> : <br> : MDL No. 2738 (FLW) (LHG) <br> : JUDGE FREDA L. WOLFSON <br> : MAG. JUDGE LOIS H. GOODMAN |
| This Document Relates To: | : |
| | : Civil Action No.: 3:21-cv-1961 |
| Hayley Chambers, Individually and as Personal Representative of the Estate of Melissa Jewell, deceased. | : <br> : <br> : |

### NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on February 5, 2021 on behalf of Plaintiff, Hayley Chambers, individually and as Personal Representative of the Estate of Melissa Jewell, deceased.

Dated this February 5, 2021.

COHEN & MALAD, LLP

/s/ *Jonathan A. Knoll*
Jonathan A. Knoll, Atty. No. 29324-49
Edward B. Mulligan V, Atty. No. 29400-53
*Attorneys for Plaintiff*

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
jknoll@cohenandmalad.com
nmulligan@cohenandmalad.com
Phone:  (317) 636-6481
Fax:  (317) 636-2593

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

COHEN & MALAD, LLP

By:    /s/Jonathan A. Knoll
       Jonathan A. Knoll, Atty. No. 29324-49
       Edward B. Mulligan V, Atty. No. 29400-53
       *Attorneys for Plaintiff*

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593