UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Colombi v. Johnson & Johnson, et al.*, 3:21-cv-1114 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand has been filed for the following Plaintiff and assigned the following case number:

- Kim Colombi; 3:21-cv-1114

This 8th day of February, 2021.

Respectfully submitted by,

s/ D. Todd Mathews\_\_\_
D. Todd Mathews, #52502 (MO)
The Gori Law Firm, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of February, 2021.

/s/ D. Todd Mathews
D. Todd Mathews