UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Durden v. Johnson & Johnson, et al.*, 3:21-cv-1117 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 8 that the Short Form Complaint and Jury Demand has been filed for the following Plaintiff and assigned the following case number:

- Lesa Durden; 3:21-cv-1117

This 8th day of February, 2021.

                                                Respectfully submitted by,

                                                s/ D. Todd Mathews
                                                D. Todd Mathews, #52502 (MO)
                                                The Gori Law Firm, P.C.
                                                156 N. Main Street
                                                Edwardsville, IL 62025
                                                (618) 659-9833 – Telephone
                                                (618) 659-9834 – Facsimile

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of February, 2021.

/s/ D. Todd Mathews
D. Todd Mathews