## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<table>
<tr><td>

**IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

*This document relates to:*
**Renee Warren, Alyssa Warren and Caleb Warren, her children, 21-cv-02179**

</td><td>

**MDL No. 2738 (FLW) (LHG)**

</td></tr>
</table>

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 9, 2021, on behalf of Plaintiffs, Renee Warren, Alyssa Warren and Caleb Warren, her children.

Date:  February 9, 2021

Respectfully Submitted,

*/s/ James L. Ferraro, Jr.* James L. Ferraro, Jr., Esq. Florida Bar No: 107494
The Ferraro Law Firm, P.A. 600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Telephone: (305) 375-0111
Facsimile: (305) 379-6222
JJR@ferrarolaw.com

*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 9, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>*/s/ James L. Ferraro, Jr.*</u>
James L. Ferraro, Jr., Esq.
Florida Bar No: 107494
The Ferraro Law Firm, P.A.
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Telephone: (305) 375-0111
Facsimile: (305) 379-6222
JJR@ferrarolaw.com