**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

<table>
<tr><td>

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Toni Kinter vs. Johnson & Johnson, et al.*
*Case No.:  3:21-cv-1704-FLW-LHG*

</td><td>

**MDL NO. 2738 (FLW) (LHG)**

</td></tr>
</table>

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Toni Kinter.

This 9th day of February 2021.

Respectfully submitted,

ONDERLAW, LLC

By:     */s/ James G. Onder*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of February 2021.

*/s/ James G. Onder*