## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3:16-md-2738-FLW-LHG** <br> **Judge Freda L. Wolfson** <br> **Magistrate Judge Lois H. Goodman** <br><br> **MDL 2738** |
| **This document relates to:** <br><br> Delores and Thomas Adams | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 15, 2021 on behalf of Plaintiffs Delores and Thomas Adams.

DATED: February 10, 2021

Respectfully Submitted,

**KELLEY & FERRARO, LLP**

By: /s/ Shawn M. Acton
John Martin Murphy (0066221)
Shawn M. Acton (0072675)
Joyce Chambers Reichard (0096422)
Ernst & Young Tower
950 Main Avenue, Suite 1300
Cleveland, Ohio 44113
(216) 575-0777
(216) 575-0799 (Facsimile)
jmurphy@kelley-ferraro.com
sacton@kelley-ferraro.com
jreichard@kelley-ferraro.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: February 10, 2021   Respectfully Submitted,

By: */s/ Shawn M. Acton*
Shawn M. Acton
KELLEY & FERRARO, LLP
Ernst & Young Tower
950 Main Avenue, Suite 1300
Cleveland, Ohio 44113
(216) 575-0777
sacton@kelley-ferraro.com
Counsel for Plaintiffs