## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kim M. O'Dwyer, et al. v. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-02213-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on February 9, 2021, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiff, Kim M. O'Dwyer.

Dated: February 10, 2021　　　　　　SULLIVAN PAPAIN BLOCK McGRATH
　　　　　　　　　　　　　　　　　　 COFFINAS & CANNAVO P.C.

　　　　　　　　　　　　　　　　By: /s/ Craig M. Silverman
　　　　　　　　　　　　　　　　　　Craig M. Silverman (NY #5290473)
　　　　　　　　　　　　　　　　　　120 Broadway – 27th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10271
　　　　　　　　　　　　　　　　　　Phone:　(212) 732-9000
　　　　　　　　　　　　　　　　　　Fax:　　(212) 266-4141
　　　　　　　　　　　　　　　　　　Email:　Csilverman@triallaw1.com

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Craig M. Silverman
      Craig M. Silverman