**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

**IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION**

THIS DOCUMENT RELATES TO:

*Lee Lee Woon, et al. v. Johnson & Johnson, et al.
Case No.: 3:21-cv-02201-FLW-LHG*

**MDL NO. 2738 (FLW) (LHG)**

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that on February 9, 2021, a Short Form Complaint and Jury Demand was

filed on behalf of Plaintiff, Lee Lee Woon.

Dated:  February 10, 2021              SULLIVAN PAPAIN BLOCK McGRATH
                                                           COFFINAS & CANNAVO P.C.


                                               By:  /s/ Craig M. Silverman
                                                     Craig M. Silverman (NY #5290473)
                                                     120 Broadway – 27th Floor
                                                     New York, New York 10271
                                                     Phone:    (212) 732-9000
                                                     Fax:        (212) 266-4141
                                                     Email:    Csilverman@triallaw1.com

                                                     *Counsel for Plaintiff*

1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 10, 2020, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.


/s/ Craig M. Silverman_____
Craig M. Silverman