**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Michael Shepherd, Individually and as the Personal Representative of the Estate of Connie Hughart, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-1894-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Michael Shepherd, Individually and as the Personal Representative of the Estate of Connie Hughart, Deceased.

This 10th day of February 2021.

                                                   Respectfully submitted,

                                                   ONDERLAW, LLC

                                By:    */s/ James G. Onder*
                                           James G. Onder, #38049 MO
                                           William W. Blair, #58196 MO
                                           Stephanie L. Rados, #65117 MO
                                           110 E. Lockwood, 2nd Floor
                                           St. Louis, MO  63119
                                           314-963-9000 telephone
                                           314-963-1700 facsimile
                                           onder@onderlaw.com
                                           blair@onderlaw.com

rados@onderlaw.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th day of February 2021.

*/s/ James G. Onder*