**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOFLSON MAG. JUDGE LOIS H. GOODMAN |
| _____, Plaintiffs, v. Johnson & Johnson, et al., Defendants. | Case No.: _____ DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on_____, 20___, on behalf of Plaintiff_____.

                                                       */s/C. Edward Amos, II*
                                                       Scott S. Segal, Esq. (WV Bar# 4717)
                                                       Jason P. Foster, Esq. (WV Bar# 10593)
                                                       C. Edward Amos, II, Esq. (WV Bar# 12362)
                                                       The Segal Law Firm
                                                       810 Kanawha Blvd., East
                                                       Charleston, WV 25301
                                                       (304) 344-9100
                                                       (304) 344-9105 (fax)
                                                       Emails: scott.segal@segal-law.com;
                                                       jason.foster@segal-law.com;
                                                       edward.amos@segal-law.com

Dated: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on_____, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/C. Edward Amos, II*
Scott S. Segal, Esq. (WV Bar# 4717)
Jason P. Foster, Esq. (WV Bar# 10593)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com
