**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2738 (FLW) (LHG) |

**This document relates to:**
*April L. Lee, et al. v. Johnson & Johnson, et al.*
Civil Action No.: 3:21-cv-2484

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 12, 2021 on behalf of Plaintiffs April L. Lee and Joseph Lee.

Dated: February 15, 2021              Respectfully submitted,

/s/Jennifer A. Moore
Jennifer A. Moore
Moore Law Group, PLLC
1473 S. Fourth Street
Louisville, KY 40208
Phone: (502) 717-4080
Fax: (502) 717-4086
jennifer@moorelawgroup.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

><u>/s/Jennifer A. Moore</u>
>Jennifer A. Moore
>Moore Law Group, PLLC
>1473 S. Fourth Street
>Louisville, KY 40208
>Phone: (502) 717-4080
>Fax: (502) 717-4086
>jennifer@moorelawgroup.com
>*Counsel for Plaintiffs*