# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to: All Plaintiffs** | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## CROSS-NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF KATHLEEN WILLE

PLEASE TAKE NOTICE that, in connection with *Betty Fitzhugh v. Johnson & Johnson, et al.*, Case No. CACE-19-001150, in the Circuit Court of the 17th Judicial Circuit In and For Broward County, Florida, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Johnson & Johnson Defendants"), pursuant to the Federal and Florida Rules of Civil Procedure, cross-notice the videotaped deposition upon oral examination of **Kathleen Wille**, before a person duly authorized to administer oaths, on **March 10, 2021 at 10:00 am (eastern time) via video conference**, pursuant to the *Amended Notice of Oral and Video Deposition of Kathleen Wille*, as served and attached as Exhibit "A" hereto.

ACTIVE.126352578.01

The deposition will be conducted pursuant to the provisions of the Federal and Florida Rules of Civil Procedure. You may appear and examine the witness following completion of the *Fitzhugh* deposition.

Dated: February 16, 2021

*s/Susan M. Sharko*
Susan M. Sharko
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: 973-549-7000
Facsimile: 973-360-9831
E-mail: susan.sharko@faegredrinker.com

*s/John H. Beisner*
John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-661-8301
john.beisner@skadden.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I have, on this 16th day of February, 2021, caused the foregoing Cross-Notice of Oral and Videotaped Deposition of Kathleen Wille to be served on all counsel of record via ECF, including:

Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: 703-931-5500
Email: mparfitt@ashcraftlaw.com

P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Email: leigh.odell@beasleyallen.com

Christopher M. Placitella
COHEN PLACITELLA ROTH, PC
127 Maple Avenue
Red Bank, NJ 07701
Telephone: 888-219-3599
Facsimile: 215-567-6019
Email: cplacitella@cprlaw.com

                                              Jessica L. Brennan

ACTIVE.126352578.01