**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Keisha Temple vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-2441-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Keisha Temple.

This 17th day of February 2021.

>Respectfully submitted,
>
>ONDERLAW, LLC
>
>By:  */s/ James G. Onder*
>James G. Onder, #38049 MO
>William W. Blair, #58196 MO
>Stephanie L. Rados, #65117 MO
>110 E. Lockwood, 2nd Floor
>St. Louis, MO  63119
>314-963-9000 telephone
>314-963-1700 facsimile
>onder@onderlaw.com
>blair@onderlaw.com
>rados@onderlaw.com

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of February 2021.

                                                                                  */s/ James G. Onder*