# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SLAES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Anne Unger, et al. v. Johnson & Johnson, et al.*<br><br>Case No. 3:21-cv-02718-FLW-LHG | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on February 16, 2021, on behalf of Anne Unger and Robert Oshetsky.

                                                                     Respectfully submitted,

Dated:  February 17, 2021

                                                                     MARY ALEXANDER & ASSOCIATES, P.C.

                                                                    /s/ Mary E. Alexander
                                                                    Mary E. Alexander. Esq.
                                                                    Mary Alexander & Associates, P.C.

44 Montgomery Street, Suite 1303<br>
San Francisco, CA 94104<br>
Telephone: (415) 433-4440<br>
Facsimile: (415) 433-5440<br>
malexander@maryalexanderlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021, the above and foregoing document was filed electronically with the Clerk of the Court and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mary E. Alexander
Mary E. Alexander, Esq.