# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>-------------------------------------------<br><br>*This relates to:*<br><br>*All Cases Listed on Attached Exhibits A and B* | MDL No. 3:16-md-02738<br><br><br>**ORDER REGARDING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINTS** |

**THIS MATTER**, having been brought before the Court on motions by Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Defendants"), for entry of an Order dismissing plaintiffs' complaints with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with this Court's May 15, May 26, June 4, 2020, September 17, and September 19, 2020 Orders;

**WHEREAS** in the cases listed on attached Exhibit A, defendants' motions are unopposed and the deadline for filing oppositions has passed;

**WHEREAS** in the cases listed on attached Exhibit B, defendants have withdrawn their motions as moot; and for good cause shown;

IT IS on this 17th day of February, 2021

**ORDERED** as follows:

1. As to the cases listed on attached Exhibit A, defendants' Motions to Dismiss plaintiffs' complaints pursuant to Rule 41(b) are hereby **GRANTED** and plaintiffs' complaints are hereby dismissed with prejudice.

2. As to the cases listed on attached Exhibit B, defendants' Motions to Dismiss plaintiffs' complaints pursuant to Rule 41(b) are hereby **DENIED** as moot.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson,
U.S. Chief District Judge

# **EXHIBIT A**

| No. | Plaintiff Name | Case No. |
|---|---|---|
| 1. | *Bennington, Stavroula* | 18-cv-00012 |
| 2. | *Carter, Diane* | 17-cv-10456 |
| 3. | *Castillo, Lorraine* | 19-cv-00576 |
| 4. | *Coleman, Georgia* | 19-cv-14466 |
| 5. | *Douglas, Matrelle* | 19-cv-14560 |
| 6. | *Ellis, Melissa* | 17-cv-06861 |
| 7. | *Gomez, Maria* | 17-cv-10889 |
| 8. | *Harris, Charles (Jeanne Harris)* | 17-cv-01502 |
| 9. | *Hartman, Harry (Pamela L. Hartman)* | 20-cv-01264 |
| 10. | *Hykes, Scarlet* | 19-cv-12734 |
| 11. | *Jackson, Melinda* | 20-cv-02191 |
| 12. | *Johnson, Elizabeth* | 17-cv-10381 |
| 13. | *Jones, Robert (Jane High)* | 19-cv-20641 |
| 14. | *Martin, Alison* | 17-cv-09917 |
| 15. | *O'Miller, Katie* | 18-cv-11020 |
| 16. | *Recio, Christina* | 19-cv-12775 |
| 17. | *Richards, Duane* | 18-cv-14654 |
| 18. | *Savage, Catherine* | 19-cv-13168 |
| 19. | *Stafford, Terri* | 17-cv-09730 |

| No. | Plaintiff Name | Case No. |
| --- | --- | --- |
| 20. | *Stuart, Helen (Sandra Dunaway)* | 20-cv-00463 |
| 21. | *Swangim, Jerrianne* | 18-cv-05588 |
| 22. | *Tate, Roxane* | 19-cv-16826 |
| 23. | *Taylor, Jennifer* | 20-cv-02662 |
| 24. | *Tyrrell, Ashley* | 20-cv-01552 |
| 25. | *Underwood, Regina* | 19-cv-22099 |
| 26. | *Whitley, Lois* | 19-cv-18063 |
| 27. | *Williams, Andrea* | 19-cv-17011 |
| 28. | *Williams, Rosie* | 19-cv-12031 |
| 29. | *Baxter, Corrine* | 17-cv-07780 |
| 30. | *Joseph, Shintelle* | 16-cv-07465 |
| 31. | *Stallings, Elizabeth* | 18-cv-00274 |

# EXHIBIT B

| No. | Plaintiff Name | Case No. |
|---|---|---|
| 1. | *Adkins, Bernadine* | 18-cv-02366 |
| 2. | *Amato, Felicia* | 20-cv-03343 |
| 3. | *Baxter, Jennifer* | 19-cv-12776 |
| 4. | *Bowers, Virginia* | 19-cv-14787 |
| 5. | *Cambria, Carol (Kelly Cambria)* | 17-cv-03946 |
| 6. | *Chapin, Debra* | 20-cv-01466 |
| 7. | *Collins, Valerie* | 18-cv-03680 |
| 8. | *Conley, Alexis* | 18-cv-11677 |
| 9. | *Gray, Martha* | 18-cv-00519 |
| 10. | *Hannah, Carol* | 19-cv-09336 |
| 11. | *Hill-Porter, Felecia (Dorothy Hill)* | 18-cv-15598 |
| 12. | *Housley, Yvonne* | 19-cv-00987 |
| 13. | *Maclin, Julie (Patricia Ann Justice)* | 18-cv-00333 |
| 14. | *Oinonen, Cathleen* | 19-cv-01822 |
| 15. | *Richard, Dale* | 18-cv-10712 |
| 16. | *Sharon, Marchese* | 17-cv-09678 |
| 17. | *Smith, Kerry (Pauline Smith)* | 18-cv-14853 |
| 18. | *Welch, Terry (Wasial, Susan)* | 19-cv-17838 |

| No. | Plaintiff Name | Case No. |
|---|---|---|
| 19. | *Winkler, Deidre (Sullivan, Margaret)* | 18-cv-16103 |