**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bonnie Foster v. Johnson & Johnson, Inc., et al.*<br>Case No.: 3:21-cv-02780 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Bonnie Foster.

Dated: <u>February 17, 2021</u>                                 Respectfully submitted,

                                                                              By: */s/ Stuart L. Goldenberg*
                                                                              Stuart L. Goldenberg (MN #0158719)
                                                                              Noah C. Lauricella (MN #397896)
                                                                              **GOLDENBERGLAW, PLLC**
                                                                              800 LaSalle Avenue, Suite 2150
                                                                              Minneapolis, MN 55402
                                                                              (612) 333-4662 (Tel)
                                                                               (612) 367-8107 (Fax)
                                                                               slgoldenberg@goldenberglaw.com
                                                                               nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of February, 2021.

                                                                                          */s/ Stuart L. Goldenberg*