```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.        Date: February 17, 2021
COURT REPORTER: Carol Farrell

TITLE OF CASE:
                                         CIVIL: 16-2738(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

APPEARANCES:

Leigh O'Dell, Esq., Michelle A. Parfitt, Esq., Christopher Placitella, Esq., Daniel Lepinski & Chris Tisi, Esq. for Plaintiffs.

John Beisner, Esq., Susan Sharko, Esq., Alison Brown, Esq. Richard Berando, Esq.  for Johnson & Johnson defendants.
Thomas Locke, Esq. for PCPC

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Status Conference held Via Zoom on the record.
Selection of Bellwether trials discussed.
Status Conference scheduled for March 31, 2021 at 2:00 P.M.


TIME COMMENCED: 2:30 P.M.
TIME ADJOURNED: 3:40 P.M.              *s/Jacqueline Merrigan*
TOTAL TIME: 1 hour 10 minutes                 Deputy Clerk