UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO:<br><br>KAREN JENSEN,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>        Defendants | Case No. 3:17-cv-10316-FLW-LHG |

## SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action hereby gives notice of the death of Plaintiff Karen Jensen. Mrs. Jensen passed away on February 24, 2020. Counsel was not made aware of Decedent's death until approximately December 17, 2020.

By way of the Motion to Substitute Parties in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Tonny J. Jensen, Plaintiff's surviving husband, will immediately request to be substituted in this action as Plaintiff and Personal Representative on Behalf of the Estate of Karen Jensen so that her claims survive and the action on her behalf may proceed.

Attached hereto as Exhibit "A" is a true and correct copy of the Death Certificate for Karen Jensen.

Dated: February 17, 2021

Respectfully Submitted,

**MORRIS LAW FIRM**

By: <u>*/s/ James A. Morris, Jr.*</u>
James A. Morris, Jr.
4001 W. Alameda Avenue
Suite 208
Burbank, CA 91505
747-283-1144 Phone
747-283-1143 Facsimile
jmorris@jamlawyers.com

EXHIBIT "A"

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.  HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2020032808  **DATE ISSUED:** MARCH 2, 2020

**DECEDENT INFORMATION**  **DATE FILED:** FEBRUARY 28, 2020

NAME: KAREN C JENSEN

DATE OF DEATH: FEBRUARY 24, 2020  SEX: FEMALE  AGE: 073 YEARS
DATE OF BIRTH: OCTOBER 13, 1946  SSN: ***-**-0211
BIRTHPLACE: WELLINGTON, TEXAS, UNITED STATES
PLACE WHERE DEATH OCCURRED: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 8179 MOORING CIRCLE
LOCATION OF DEATH: BOYNTON BEACH, PALM BEACH COUNTY, 33472
RESIDENCE: 8179 MOORING CIRCLE, BOYNTON BEACH, FLORIDA 33472, UNITED STATES
COUNTY: PALM BEACH
OCCUPATION, INDUSTRY: OWNER, WATER PURIFICATION IMPORT/ EXPORT
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED   EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: TONNY J JENSEN
FATHER'S/PARENT'S NAME: HERMAN HENRY CHILDRESS
MOTHER'S/PARENT'S NAME: CORENE EMMERT

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: TONNY J JENSEN
RELATIONSHIP TO DECEDENT: HUSBAND
INFORMANT'S ADDRESS: 8179 MOORING CIRCLE, BOYNTON BEACH, FLORIDA 33472, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: KELLIE C. HOODIMAN, F044996
FUNERAL FACILITY: NEPTUNE SOCIETY-POMPANO BEACH F064804
   100 NW 70TH AVENUE STE 140, PLANTATION, FLORIDA 33317
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: GOLD COAST CREMATION
   FORT LAUDERDALE, FLORIDA

## CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN   MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 0712   DATE CERTIFIED: FEBRUARY 26, 2020
CERTIFIER'S NAME: ANDRES EDUARDO CANOVA
CERTIFIER'S LICENSE NUMBER: ME83256
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT ENTERED

The first five digits of the decedent's Social Security Number has been redacted pursuant to §119.071(5), Florida Statutes.

_[signature]_ , STATE REGISTRAR

REQ: 2021370541

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.





DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD    Florida HEALTH

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, the above and foregoing Suggestion of Death was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ James A. Morris, Jr.  
JAMES A. MORRIS, JR.