UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO:<br><br>KAREN JENSEN,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>        Defendants | Case No. 3:17-cv-10316-FLW-LHG |

## MOTION TO SUBSTITUTE INDIVIDUALLY AND AS SURVIVING HEIR AT LAW

Counsel for Plaintiff in the above-referenced action hereby give notice of the death of Plaintiff Karen Jensen. Ms. Jensen passed away on February 24, 2020. Plaintiff's counsel was not made aware of Decedent's death until December 17, 2020, and the Death Certificate was provided on or about December 18, 2020. A Suggestion of Death has been filed concurrently herewith.

By way of the Motion to Substitute Parties in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Tonny Jensen, Plaintiff's spouse and surviving heir at law, is now requesting to be substituted in this action as Plaintiff, both

individually, and as heir at law, so that Karen Jensen's claims survive and the action on her behalf may proceed.

WHEREFORE, Plaintiff requests that Tonny Jensen, the spouse and surviving heir at law of Karen Jensen, deceased, be substituted as Plaintiff in this matter.

Dated: February 17, 2021                                         Respectfully Submitted,

**MORRIS LAW FIRM**

By:   /s/ *James A. Morris, Jr.*
James A. Morris, Jr.
4001 W. Alameda Avenue
Suite 208
Burbank, CA 91505
747-283-1144 Phone
747-283-1143 Facsimile
jmorris@jamlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, the above and foregoing <u>Motion to Substitute Individually and as Surviving Heir at Law</u> was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ James A. Morris, Jr.*
JAMES A. MORRIS, JR.
