## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: KAREN JENSEN, Plaintiff, v. JOHNSON & JOHNSON, et. al. Defendants | Case No. 3:17-cv-10316-FLW-LHG |

## (Proposed) ORDER

This matter comes before the Court on Plaintiff's Motion to Substitute Tonny Jensen, individually and as surviving heir of Karen Jensen, deceased, as Plaintiff in the place of Karen Jensen, deceased, in the above-referenced matter. The Court, having reviewed the pleadings and being otherwise advised, it is hereby ordered that Plaintiff's Motion to Substitute is GRANTED.

Signed, this _____ day of _____, 2021.

_____
Honorable Freda L. Wolfson
U.S. District Judge