UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Patricia Wilks, 3:21-CV-02827 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on February 18, 2021 on behalf of Plaintiff Patricia Wilks.

Dated:  February 18, 2021          Respectfully Submitted,

                      /s/ Jeff Benton
                      Jeff Benton
                      The Benton Law Firm
                      1825 Market Center Blvd., Suite 350
                      Dallas, Texas 75207
                      Telephone: (214) 777-7777
                      Facsimile: (214) 615-2950
                      Jeff@TheBentonLawFirm.com

                      **Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  February 18, 2021          /s/ Jeff Benton
                      Jeff Benton