**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Kim S. Scott vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-2665-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kim S. Scott.

This 18th day of February 2021.

                Respectfully submitted,

                ONDERLAW, LLC

          By: */s/ James G. Onder*
             James G. Onder, #38049 MO
             William W. Blair, #58196 MO
             Stephanie L. Rados, #65117 MO
             110 E. Lockwood, 2nd Floor
             St. Louis, MO 63119
             314-963-9000 telephone
             314-963-1700 facsimile
             onder@onderlaw.com
             blair@onderlaw.com
             rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of February 2021.

<em>/s/ James G. Onder</em>