UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW)(LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| JENNIFER DEVOE and ROBERT DEVOE Plaintiffs, v. JOHNSON & JOHNSON, et al. Defendants. | Civil Case No. 3:20-cv-19496-FLW-LHG |

## NOTICE OF FILING

Notice is given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on February 18, 2021 on behalf of Jennifer and

Respectfully submitted, February 18, 2021

/s/ *Todd Barnes*
Todd Barnes, IN 25904-49
DOBS & Farinas
951 N. Delware St.
Indianapolis, IN 46202
(O)(F) (317) 854-3003
tbarnes@dobslegal.com
*Attorneys for Plaintiffs Jennifer and Robert DeVoe*

Certificate of Service

I hereby certify that on February 18, 2021, a copy of the foregoing Notice of Filing (Short Form Complaint) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Todd Barnes*
Todd Barnes, IN 25904-49
DOBS & Farinas
951 N. Delware St.
Indianapolis, IN 46202
(O)(F) (317) 854-3003
tbarnes@dobslegal.com
*Attorneys for Plaintiffs Jennifer and Robert DeVoe*