## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to: All Plaintiffs** | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## CROSS-NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF STEVEN MANN

PLEASE TAKE NOTICE that, in connection with *Vickie Forrest v. Johnson & Johnson, et al.*, Case No. 1522-CC00419-02, in the Circuit Court of the City of St. Louis, State of Missouri, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Johnson & Johnson Defendants"), pursuant to the Federal and Missouri Rules of Civil Procedure, cross-notice the videotaped deposition upon oral examination of **Steven Mann**, before a person duly authorized to administer oaths, on **March 11, 2021 at 9:00 am (eastern time) via video conference**, pursuant to the *Notice of Oral and Video Deposition of Steven Mann*, as served and attached as Exhibit "A" hereto.

ACTIVE.126378149.01

The deposition will be conducted pursuant to the provisions of the Federal and Missouri Rules of Civil Procedure. You may appear and examine the witness following completion of the *Mann* deposition.

Dated: February 19, 2021

*s/Susan M. Sharko*
Susan M. Sharko
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: 973-549-7000
Facsimile: 973-360-9831
E-mail: susan.sharko@faegredrinker.com

*s/John H. Beisner*
John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-661-8301
john.beisner@skadden.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

ACTIVE.126378149.01