**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Andrea R. Waguespack vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-2996-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Andrea R. Waguespack.

This 22nd day of February 2021.

Respectfully submitted,

ONDERLAW, LLC

By:    */s/ James G. Onder*
          James G. Onder, #38049 MO
          William W. Blair, #58196 MO
          Stephanie L. Rados, #65117 MO
          110 E. Lockwood, 2nd Floor
          St. Louis, MO  63119
          314-963-9000 telephone
          314-963-1700 facsimile
          onder@onderlaw.com
          blair@onderlaw.com
          rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of February 2021.


*/s/ James G. Onder*