UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*ROBIN DENISE STAFFORD, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARY LEE STAFFORD, DECEASED v. JOHNSON & JOHNSON, ET AL.*<br><br>Case No.: 3:21-cv-3176 | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Robin Denise Stafford, individually and as Personal Representative of the Estate of Mary Lee Stafford, Deceased.

Dated: February 22, 2021          Respectfully submitted,

                       **DALIMONTE RUEB LLP**

                       By: */s/ Jennifer L. Orendi*
                       Jennifer L. Orendi (DC #489615)
                       John A. Dalimonte (MA #554554)
                       Gregory D. Rueb (CA #154589)
                       1250 Connecticut Avenue NW, Suite 200
                       Washington, DC 20036
                       202-538-2790 (Tel)
                       202-261-3508 (Fax)
                       jorendi@drlawllp.com
                       john@drlawllp.com
                       greg@drlawllp.com

                       ATTORNEYS FOR PLAINTIFF