UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS GOODMAN |
| Ann Troccoli, | |
| Plaintiff | Civil Action No.: 3:19-cv-20925 |
| v. | |
| Johnson & Johnson, Johnson & Johnson Consumer, Inc. f/k/a Johnson & Johnson Consumer Companies, Inc. | |
| Defendants | |

## MOTION TO SUBSTITUTE ATTORNEY

COMES NOW ANN TROCCOLI, Plaintiff, to substitute counsel of record, and would show the court good cause as follows:

1. Plaintiff has retained the services of Steve Faries and Mueller Law, PLLC in this matter and desires that Steve Faries substitute as counsel of record in place of Michael Akselrud.

2. Steve Faries' Texas bar number is 2404084. His contact information is:

   Mueller Law Office
   404 W 7th St.
   Austin, Texas 78701
   Phone: 512-478-1236
   Fax: 512-478-1473
   E-mail: steve.faries@muellerlaw.com

3. Attorney Faries is attorney of record in similar cases before this court.

4. The withdrawal and substitution will not delay these proceedings.

Based on the foregoing, Ann Troccoli requests that this court grant her request for substitution of attorney in this action and enter the proposed Order attached hereto as Exhibit 1.

                Respectfully submitted,

                <u>/s/ Michael Akselrud</u>

Michael Akselrud
**The Lanier Law Firm, PC**
21550 Oxnard St, 3rd Fl
Woodland Hills, CA 91367
(310) 277-5100

Michael.Akselrud@LanierLawFirm.com

<u>/s/ Steve Faries</u>

Steve Faries
**Mueller Law, PLLC**
404 W 7th St
Austin, TX 78701
(512) 478-1236

steve.faries@muellerlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 22, 2021, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the court's system, and notices of these filings will be sent to these parties by operation of the court's electronic filing system.

/s/ Steve Faries

Steve Faries
Mueller Law, PLLC