UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

Ann Troccoli,

          Plaintiff            Civil Action No.: 3:19-cv-20925

v.

Johnson & Johnson, Johnson & Johnson Consumer, Inc. f/k/a Johnson & Johnson Consumer Companies, Inc.

          Defendants

## ORDER ON MOTION TO SUBSTITUTE ATTORNEY

THIS CAUSE, having come before this Honorable Court on the Motion to Substitute Attorney, and the Court, upon reviewing said motion, **HEREBY ORDERS THAT:**

1. The Motion to Substitute Attorney is GRANTED.

2. Steve Faries of Mueller Law, PLLC be substituted as attorney for Plaintiff.

3. Michael Akselrud of The Lanier Law Firm, PC be withdrawn as attorney for Plaintiff.

On this _____ day of _____, 20___.

_____
**HONORABLE LOIS H. GOODMAN**
**United States Magistrate Judge**