UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kenneth Kellerman, Individually and as Personal Representative of the Estate of Jeanne Hope, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-3097-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kenneth Kellerman, Individually and as Personal Representative of the Estate of Jeanne Hope, Deceased.

This 23rd day of February 2021.

                                                    Respectfully submitted,

                                                    ONDERLAW, LLC

                                 By:    */s/ James G. Onder*
                                                     James G. Onder, #38049 MO
                                                     William W. Blair, #58196 MO
                                                     Stephanie L. Rados, #65117 MO
                                                     110 E. Lockwood, 2nd Floor
                                                     St. Louis, MO  63119
                                                     314-963-9000 telephone
                                                     314-963-1700 facsimile
                                                     onder@onderlaw.com
                                                     blair@onderlaw.com

rados@onderlaw.com

### Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of February 2021.

*/s/ James G. Onder*