Gitlin, Horn and Van de Kieft LLP
2095 Broadway, Suite 411
New York, New York 10023
212-514-5437
*Attorneys for Plaintiff Virginia Ankenbrand*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Virginia Ankenbrand v. Johnson & Johnson, *et al.*<br>Case No. | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 24, 2021 on behalf of Plaintiff Virginia Ankenbrand.

                                                  */s/ Moshe Horn*
                                                Moshe Horn
                                                GITLIN, HORN AND VAN DE KIEFT LLP
                                                2095 Broadway, Suite 411
                                                New York, New York 10023
                                                (212) 514-5437 Telephone
                                                (212) 757-7042 Facsimile
                                                mhorn@ghvlaw.com

                                                *Attorneys for Plaintiff Virginia Ankenbrand*

Dated: February 24, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Moshe Horn*
      Moshe Horn

      GITLIN, HORN AND VAN DE KIEFT LLP