UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Hazel Cowan, individually and on behalf of the Estate of Mamie Fingers, 3:21-CV-03353 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on February 24, 2021 on behalf of Plaintiff Hazel Cowan, individually and on behalf of the Estate of Mamie Fingers.

Dated:  February 24, 2021

                  Respectfully Submitted,

                  /s/ Jeff Benton
                  Jeff Benton
                  The Benton Law Firm
                  1825 Market Center Blvd., Suite 350
                  Dallas, Texas 75207
                  Telephone: (214) 777-7777
                  Facsimile: (214) 615-2950
                  Jeff@TheBentonLawFirm.com

                  **Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  February 24, 2021          /s/ Jeff Benton
                           Jeff Benton