**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Martha Hemphill vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-3232-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Martha Hemphill.

This 24th day of February 2021.

                                        Respectfully submitted,

                                        ONDERLAW, LLC

           By:    */s/ James G. Onder*
                    James G. Onder, #38049 MO
                    William W. Blair, #58196 MO
                    Stephanie L. Rados, #65117 MO
                    110 E. Lockwood, 2nd Floor
                    St. Louis, MO 63119
                    314-963-9000 telephone
                    314-963-1700 facsimile
                    onder@onderlaw.com
                    blair@onderlaw.com
                    rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of February 2021.

*/s/ James G. Onder*
