Gitlin, Horn and Van de Kieft LLP
2095 Broadway, Suite 411
New York, New York 10023
212-514-5437
*Attorneys for Plaintiff Golda Pearlman*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Golda Pearlman v. Johnson & Johnson, *et al.*<br>Case No. | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 24, 2021 on behalf of Plaintiff Golda Pearlman.

        */s/ Moshe Horn*
        Moshe Horn
        GITLIN, HORN AND VAN DE KIEFT LLP
        2095 Broadway, Suite 411
        New York, New York 10023
        (212) 514-5437 Telephone
        (212) 757-7042 Facsimile
        mhorn@ghvlaw.com

        *Attorneys for Plaintiff Golda Pearlman*

Dated: February 24, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Moshe Horn*
      Moshe Horn

      GITLIN, HORN AND VAN DE KIEFT LLP