**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sandy G. Stevenson vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-3354-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Sandy G. Stevenson.

This 24th day of February 2021.

                                                    Respectfully submitted,

                                                    ONDERLAW, LLC

                                  By:    */s/ James G. Onder*
                                                 James G. Onder, #38049 MO
                                                 William W. Blair, #58196 MO
                                                 Stephanie L. Rados, #65117 MO
                                                 110 E. Lockwood, 2nd Floor
                                                 St. Louis, MO  63119
                                                 314-963-9000 telephone
                                                 314-963-1700 facsimile
                                                 onder@onderlaw.com
                                                 blair@onderlaw.com
                                                 rados@onderlaw.com

## **Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of February 2021.

*/s/ James G. Onder*