**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Cindy Caldwell, Individually and as Personal Representative of the Estate of Betty Nixon, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-3363-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Cindy Caldwell, Individually and as Personal Representative of the Estate of Betty Nixon, Deceased.

This 25th day of February 2021.

                                                    Respectfully submitted,

                                                    ONDERLAW, LLC

                        By:    */s/ James G. Onder*
                                  James G. Onder, #38049 MO
                                  William W. Blair, #58196 MO
                                  Stephanie L. Rados, #65117 MO
                                  110 E. Lockwood, 2nd Floor
                                  St. Louis, MO  63119
                                  314-963-9000 telephone
                                  314-963-1700 facsimile
                                  onder@onderlaw.com
                                  blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of February 2021.

*/s/ James G. Onder*