**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG) |
| LILLY M. CHURCH AND MICHAEL S. CHURCH, | |
| Plaintiffs, | Civil Action No.: 3:21-cv-03548 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 26th day of February 2021 on behalf of Lilly M. Church and Michael S. Church.

Dated:  2/26/2021             Respectfully Submitted by,

  */s/ W. Cameron Stephenson*
  W. Cameron Stephenson
  Florida Bar No.: 0051599
  LEVIN, PAPANTONIO, RAFFERTY,
  PROCTOR, BUCHANAN, O'BRIEN, BARR,
  MOUGEY, P.A.
  316 South Baylen Street, Suite 600
  Pensacola, FL 32502
  Telephone: (850) 435-7186
  Facsimile: (850) 436-6186
  Email: cstephenson@levinlaw.com
  ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ W. Cameron Stephenson*