ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorneys for Verbenia Lafond*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* Verbenia Lafond v. Johnson & Johnson, et al. Case No. 3:21-cv-03558 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 26, 2021 on behalf of Plaintiff Verbenia Lafond.

/s/ *Albert Northrup*
Albert Northrup
ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
(303) 376-6360 Telephone
(303) 376-6361 Facsimile
albert.northrup@andruswagstaff.com

Attorneys for Plaintiff

Dated: February 26, 2021

## CERTIFICATE OF SERVICE

   I hereby certify that on February 26, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/ *Albert Northrup*
                Albert Northrup

                ANDRUS WAGSTAFF PC