# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: MARY DORZEY | COMPLAINT AND JURY DEMAND  Civil Action No.: 3:21-cv-3518  DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Mary Dorzey, deceased, Marybeth Thompson, Individually and as Personal Representative of the Estate of Mary Dorzey, David J. Dorzey, Sr., David J. Dorzey, Jr. and Use-Plaintiff, Kimberly Sands.

This 26th day of February, 2021.

Respectfully Submitted by,

_____
Aaron L. Moore
Jeffrey S. Quinn
Bekman, Marder, & Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
quinn@bmalawfirm.com
410-539-6633

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2021, this Notice of Filing was filed and electronically served by way of the Court's electronic filing system. This Notice of Filing was further served with a copy of the Summons and Short Form Complaint by email, as instructed by the Beasley Allen Law Firm email dated March 26, 2020 concerning temporary change of service due to COVID-19, to:

>Serviceofprocess@its.jnj.com
>Law Department
>Johnson & Johnson
>One Johnson & Johnson Plaza
>New Brunswick, New Jersey 08933

>Serviceofprocess@its.jnj.com
>Law Department
>Johnson & Johnson Consumer, Inc.
>One Johnson & Johnson Plaza
>New Brunswick, New Jersey 08933

and by email to:

>MDLImerysComplaints@gordonrees.com

>talccomplaints@coughlinduffy.com

>Thomas T. Locke at tlocke@seyfarth.com

>Sheryl L. Axelrod at saxelrod@theaxelrodfirm.com

_____
Aaron L. Moore
Jeffrey S. Quinn
Bekman, Marder, & Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
quinn@bmalawfirm.com
410-539-6633