**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*JEFFREY D. VAUL, Individually and as Representative of the Estate of DONNA G. VAUL, Deceased; and ARTHUR E. VAUL, individually*<br><br>Case No. 3:19-cv-07525-FLW-LHG | MDL NO. 16-2738 (FLW) (LHG) |

## NOTICE OF APPEARANCE

COMES NOW, Joseph H. Low IV of THE LAW FIRM OF JOSEPH H. LOW IV, who hereby enters his Appearance as Co-Lead Counsel on behalf of Plaintiffs, Jeffrey D. Vaul and Arthur E. Vaul in the above-referenced matter. All communications from the Court or other counsel with respect to this suit shall be sent to the undersigned at the below-listed firms.

Dated: February 25, 2021    Respectfully submitted,

THE LAW FIRM OF JOSEPH H. LOW IV

*/s/ Joseph H. Low IV*
Joseph H. Low IV
California Bar No. 194897
100 Oceangate, 12th Floor
Long Beach, CA  90802
Telephone: 562-901-0840
Facsimile: 562-901-0841
Email: joseph@jhllaw.com
*Co-Lead Counsel for Plaintiffs,*
*Jeffrey D. Vaul and Arthur E. Vaul*

-2-

Certificate of Service

      I hereby certify that on February 25, 2021, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the ECF system.  A true and correct copy has been served upon all counsel of record and is available for viewing via the Court's CM/ECF system.

                                            */s/ Joseph H. Low IV*  
                                            Joseph H. Low IV