UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ROBERT TUCKER, Individually and as Next of Kin of APRIL TUCKER, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.,<br><br>Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br>Civil Action No.: 3:21-cv-3681 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 28, 2021 on behalf of Plaintiff, Robert Tucker, individually and as next of kin of April Tucker.

Dated: 02/28/2021

Respectfully Submitted by,

*/s/ Peter A. Miller*
Peter A. Miller (VA# 47822)
Miller DellaFera PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (888) 830-1488

**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on February 28, 2021.

*/s/ Peter A. Miller*
Peter A. Miller
