# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br>This document relates to:<br><br>*Echanna Porter v. Johnson & Johnson, et al.*<br><br>Case No: 2:20-cv-08031 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant ot Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Echanna Porter.

This 25th day of February 2021.

                                                Respectfully submitted,
                                                **HAFFNER LAW PC**

                              By:    */s/ Joshua H. Haffner*
                                          Joshua H. Haffner
                                          Cassidy R. Kitterman
                                          445 S. Figueroa St., Suite 2625
                                          Los Angeles, CA 90071
                                          jhh@haffnerlawyers.com
                                          ck@haffnerlawyers.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ Joshua H. Haffner*
                                                  **HAFFNER LAW PC**