**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Erin E. O'Brien, et al. v. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-03294-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on February 23, 2021, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiff, Erin E. O'Brien.

Dated: March 2, 2021                SULLIVAN PAPAIN BLOCK McGRATH
                     COFFINAS & CANNAVO P.C.


                By:  /s/ Craig M. Silverman
                    Craig M. Silverman (NY #5290473)
                    120 Broadway – 27th Floor
                    New York, New York 10271
                    Phone:    (212) 732-9000
                    Fax:      (212) 266-4141
                    Email:    Csilverman@triallaw1.com

                    *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Craig M. Silverman
      Craig M. Silverman