## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| THIS DOCUMENT RELATES TO: | JUDGE FREDA L. WOLFSON |
| *Carl Hammock, Individually and as Personal Representative of the Estate of Joanne L. Hammock, Deceased*<br>*v.*<br>*Johnson & Johnson, et al.* | MAG. JUDGE LOIS H. GOODMAN |
| Case No.: 3:21-cv-3853 | |

## NOTICE OF FILING

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 2, 2021 on behalf of Plaintiff Carl Hammock, who is the personal representative for the Estate of Joanne L. Hammock.

Dated: March 2, 2021                                    Respectfully Submitted by,

/*s/ Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2021, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/*s/ Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com
