UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALESPRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| DORA CAMPBELL, | MDL No. 2738 (FLW) (LHG) |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al | Civil Action No.: 3:19-cv-00655 |
| Defendants. | |

## PLAINTIFF'S JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiff by and through the undersigned counsel, hereby file this Joint Motion for Withdrawal and Substitution of Counsel.

Plaintiff requests that attorney Cristen Mendoza be withdrawn as counsel of record. Plaintiff further requests that attorney Albert Northrup be substituted as counsel of record. Attorney Albert Northrup has conferred with Cristen Mendoza and Cristen Mendoza does not oppose this Motion.

Dated: March 2, 2021

Respectfully:

/s/ Albert Northrup
Albert Northrup, Esq.
CO Bar No 49138
ANDRUS WAGSTAFF, PC
7171 W Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax: (303) 376-6361
Email: albert.northrup@andruswagstaff.com

/s/ Cristen Mendoza
Cristen Mendoza, Esq.
CO Bar No 53618
NY Bar No 4836938
ANDRUS WAGSTAFF, PC
7171 W Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax: (303) 376-6361
Email: cristen.mendoza@andruswagstaff.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Albert Northrup