**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Gregory Gaines, Individually and as Personal Representative of the Estate of Claudette Gaines, Deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-3928-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Gregory Gaines, Individually and as Personal Representative of the Estate of Claudette Gaines, Deceased.

This 3rd day of March 2021.

                                        Respectfully submitted,

                                        ONDERLAW, LLC

                              By:    */s/ James G. Onder*
                                              James G. Onder, #38049 MO
                                              William W. Blair, #58196 MO
                                              Stephanie L. Rados, #65117 MO
                                              110 E. Lockwood, 2nd Floor
                                              St. Louis, MO  63119
                                              314-963-9000 telephone
                                              314-963-1700 facsimile
                                              onder@onderlaw.com
                                              blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 3rd day of March 2021.

*/s/ James G. Onder*