# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCMENT RELATES TO:<br><br>*Jamie Allen and Carlton Sutherland, h/w v. Johnson and Johnson Company, et. al.*<br><br>**Case No. 3:21-cv-03555-FLW-LHG** | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on February 26, 2021 filed on behalf of Jamie Allen and Carlton Sutherland, h/w .

Dated: March 3, 2021

Respectfully submitted by,

/s/ Lawrence R. Cohan

Lawrence R. Cohan, Esq.
Joshua C. Cohan, Esq.
**SALTZ MONGELUZZI & BENDESKY P.C.**
One Liberty Place
1650 Market St, 52nd Floor
Philadelphia, PA 19103
lcohan@smbb.com
jcohan@smbb.com
(215) 575-3887 (Phone)
(215) 496-0999 (Fax)

- and –

/s/ Barry R. Eichen
Barry R. Eichen, Esq.
John P. Kelly, Esq.
**EICHEN CRUTCHLOW ZASLOW, LLP**
40 Ethel Road
Edison, NJ 08817
beichen@njadvocates.com
jkelly@njadvocates.com
(732) 777-0100 (Phone)
(732) 429-1727 (Fax)
*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2021 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Lawrence R. Cohan