# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738 Civ. Action No.: 16-2738(FLW) **ORDER** |
| This Document Relates To All Cases |  |

**THIS MATTER** having been brought before the Court during the February 17, 2021 status conference, and pursuant to the Court's May 15 and July 23, 2020 Orders regarding selection of, and case-specific discovery for Stage Two cases, and for good cause shown and consistent with the Court's comments on case selection at the February 17 conference:

**IT IS** on this 3rd day of March, 2021,

**ORDERED** that:

**1. Selection of Stage Three Cases**

a. The Stage Two cases which will advance to Stage Three shall be selected from the following list:

1. Bondurant (3:19-cv-14366)
2. Brown (3:17-cv-10268)
3. Converse (3:18-cv-17586)
4. Fisher (3:17-cv-12382)
5. Gallardo (3:18-cv-10840)
6. L. Hill (3:18-cv-08344)
7. T. Hill (3:17-cv-11847)
8. Judkins (3:19-cv-12430)

9. Kinberger (3:17-cv-09146)
10. Laddusaw (3:18-cv-09416)
11. Landreth (3:17-cv-11788)
12. Lihani (3:18-cv-02073)
13. Loreth (3:18-cv-08126)
14. McClendon (3:18-cv-03141)
15. Moore (3:19-cv-12995)
16. Newsome (3:18-cv-17146)
17. Nixon (3:19-cv-00829)
18. Orr (3:17-cv-08569)
19. Rabasca (3:17-cv-09673)
20. Rausa (3:20-cv-02947)
21. Rodgers (3:19-cv-15158)
22. Sarver (3:18-cv-00395)
23. Skaggs (3:20-cv-04687)
24. Smith (3:17-cv-09892)
25. Tunson (3:18-cv-12931)
26. Ulrich (3:19-cv-09191)
27. Vaul (3:19-cv-07525)
28. A. Williams (3:18-cv-03280)
29. C. Williams (3:19-cv-18778)
30. Walton (3:18-cv-12766)

    b. Notwithstanding the Order Regarding Pathology Evidence Preservation Protocol (Doc. 392) ("Pathology Protocol"), if requested by Defendants prior to April 1, 2021, Plaintiffs shall within 4 business days of a request provide (or direct third-party storage facilities to provide) Defendants with histology slides in their possession or control for the cases listed in subparagraph a above. If slides have already been requested, Plaintiffs shall provide the slides by **March 7,** 2021. Defendants shall return the slides within fourteen (14) days of receipt. Slides so provided shall be handled otherwise in accordance with the terms of the Pathology Protocol. This provision does not apply to preserved tissue in paraffin blocks. Pathology blocks shall be handled in accordance with the Pathology Protocol.

    c. On **March 23, 2021,** plaintiffs' co-lead counsel and the Johnson & Johnson defendants shall each select four cases from those listed above for a total of eight cases.

d.   On **March 30, 2021,** plaintiffs' co-lead counsel and the Johnson & Johnson defendants may then strike one case each from the list, leaving six cases.

e. Those six remaining cases (the "Stage Three" cases) shall be worked up for trial, as detailed below.

f.  If any Stage Three case is voluntarily dismissed, the Johnson & Johnson defendants will select a replacement case from among the cases listed above in subparagraph a.

**2.   Discovery of the Stage Three Cases**

a.   Case-specific factual discovery of the Stage Three cases shall be completed by **May 14, 2021.**   If additional time is needed in a specific case for good cause, the parties will meet and confer in good faith to resolve any issues.

b.   Plaintiffs shall designate all general and case specific experts pursuant to Rule 26(a)(2)(A) and serve on defense counsel the Rule 26(a)(2)(B) reports of all general and case specific expert witnesses they may use at trial in any of the Stage Three cases by **July 2, 2021.**

c.   Any depositions of Plaintiffs' expert witnesses shall be completed by August 27**, 2021.**

d.   Defendants shall designate all general and case specific experts pursuant to Rule 26(a)(2)(A) and serve on plaintiffs' counsel the Rule 26(a)(2)(B) reports of all general and case specific expert witnesses they may use at trial in any of the Stage Three cases by **October 15, 2021.**

e.   Any depositions of  defendants' expert witnesses shall be completed by **December 3, 2021.**

f.   The parties shall meet and confer on a schedule for motions to exclude and/or dispositive motions in the Stage Three cases and shall submit joint or separate proposals to the Court by **June 1, 2021**.

**3.    Dispositive Motions for the Cases that Did Not Advance to Stage Three**

a.   On or before **April 14, 2021,** the defendants shall advise plaintiffs of any dispositive motions they propose to make in the cases listed in paragraph 1(a) above that were not selected as Stage Three cases and of any discovery they propose to take for preparation of such motions.

b.  With respect to defendants' proposed motions, the parties shall meet and confer on a schedule for completion of any discovery and a briefing schedule for such motions and shall submit joint or separate proposals to the Court by **April 30, 2021.**

**/s/ Freda L. Wolfson**

Hon. Freda L. Wolfson,
U.S. Chief District Judge