# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALESPRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| ANNE LONG, et al | MDL No. 2738 (FLW) (LHG) |
| Plaintiffs, | |
| v. | |
| JOHNSON & JOHNSON, et al | Civil Action No.: 3:20-cv-14547 |
| Defendants. | |

## **ORDER**

The Court, after considering the Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, as well as any responses thereto, finds the motion meritorious.

**IT IS HEREBY ORDERED** that attorney Cristen Mendoza be withdrawn as Plaintiffs' attorney of record.

**IT IS FURTHER ORDERED** that attorney Albert Northrup be substituted as counsel of record.

**ORDERED** this \_\_\_\_ day of \_\_\_\_, 2021.

_____
United States Magistrate Judge