## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALESPRACTICES, AND
PRODUCTS LIABILITY LITIGATION

LETHA VINCENT, et al                                    MDL No. 2738 (FLW) (LHG)

      Plaintiffs,

v.

JOHNSON & JOHNSON, et al                        Civil Action No.: 3:20-cv-14567

      Defendants.

## PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiffs by and through the undersigned counsel, hereby file this Joint Motion for Withdrawal and Substitution of Counsel.

Plaintiffs requests that attorney Cristen Mendoza be withdrawn as counsel of record. Plaintiffs further requests that attorney Albert Northrup be substituted as counsel of record. Attorney Albert Northrup has conferred with Cristen Mendoza  and Cristen Mendoza does not oppose this Motion.

Dated: March 3, 2021                                    Respectfully:

                                        /s/ Albert Northrup
                                        Albert Northrup, Esq.
                                        CO Bar No 49138
                                        ANDRUS WAGSTAFF, PC
                                        7171 W Alaska Drive
                                        Lakewood, CO 80226
                                        Phone: (303) 376-6360
                                        Fax: (303) 376-6361
                                        Email: albert.northrup@andruswagstaff.com

/s/ Cristen Mendoza
Cristen Mendoza, Esq.
CO Bar No 53618
NY Bar No 4836938
ANDRUS WAGSTAFF, PC
7171 W Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax: (303) 376-6361
Email: cristen.mendoza@andruswagstaff.com


*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 3, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


<u>/s/ Albert Northrup</u>