## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ———————————————— ) | |
| **IN RE JOHNSON & JOHNSON** ) | |
| ) | |
| **TALCUM POWDER PRODUCTS** ) | |
| ) | |
| **MARKETING, SALES PRACTICES,** ) | MDL NO. 16-2738 (FLW) (LHG) |
| ) | |
| **AND PRODUCTS LIABILITY** ) | |
| ) | |
| **LITIGATION** ) | |
| ———————————————— ) | |

### SECOND SUPPLEMENT TO THE JANUARY 31, 2018
### AGREED ORDER AND STIPULATION REGARDING THE JOHNSON &
### JOHNSON DEFENDANTS' PRODUCTION OF TALCUM POWDER
### PRODUCTS AND TALC SAMPLES

WHEREAS, plaintiffs in the above-captioned action as well as other actions in which plaintiffs have made personal injury claims regarding Johnson's® Baby Powder or Shower to Shower® cosmetic talc products sold in the United States ("JBP" and "STS," respectively; the above-referenced lawsuits hereinafter referred to as "Talcum Powder Litigation")[1] have requested that defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "defendants") produce for inspection certain transmission electron microscopy ("TEM") grids of JBP, STS or the talc used for those products;

---

[1] "Talcum Powder Litigation" shall refer only to litigation involving Johnson & Johnson and/or Johnson & Johnson Consumer Inc.

WHEREAS, defendants represent that they have conducted reasonable searches for and do not possess any TEM grids of JBP, STS or the talc used for those products;

WHEREAS, defendants represent that they have made reasonable inquiries and have a reasonable and good faith belief that McCrone Associates does not possess any TEM grids of JBP, STS or the talc used for those products;

WHEREAS, defendants represent that they have identified TEM grids of JBP, STS and the talc used for those products, as well as TEM grids of samples collected from deposits used to source talc for JBP and/or STS ("Deposit Samples"), that are in the possession of RJ Lee Group, Inc. ("RJLG") or Alan Segrave ("Segrave")[2] and that were either (1) analyzed by RJLG or Segrave for defendants in the ordinary course of their business or (2) analyzed by RJLG or Segrave and relied on by defendants and/or their expert(s) in connection with Talcum Powder Litigation (collectively, "TEM Grids");

---

[2]     Alan Segrave resigned from Bureau Veritas Laboratories ("BV") on or about June 17, 2020.  Herein, all references to Segrave shall include BV.

2

WHEREAS, defendants represent that they have made reasonable efforts to create inventories of the samples used to create these TEM Grids, which they provided to plaintiffs and which are attached hereto as Exhibits A and B;[3]

WHEREAS, defendants represent that TEM Grids are not within their possession, custody or control but that they will facilitate plaintiffs' inspection of TEM Grids in coordination with RJLG and/or Segrave pursuant to the terms of this Second Supplement to the January 31, 2018 Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples ("Second Supplement to the Agreed Order");

WHEREAS, there are thousands of plaintiffs involved in Talcum Powder Litigation against defendants and a limited, finite number of TEM Grids, which defendants represent are fragile and could be damaged while handling or inspecting them, microscopically or otherwise;

WHEREAS, it is plaintiffs' position that it is generally accepted that a laboratory can examine a TEM grid prepared in another laboratory, and this practice is routinely engaged in outside of litigation; that evaluation by another

---

[3]     Defendants' disclosure of TEM grids does not include those, if any, prepared by consulting witnesses other than RJLG and Segrave.  Defendants represent that such consultants' grids, if any, are made solely from samples available to plaintiffs (e.g., Samples, as defined in the Agreed Order, talc or talcum powder produced by plaintiffs or their counsel in Talcum Powder Litigation, talcum powder purchased in the marketplace, etc.).

laboratory can be done reliably when documentation of the quality of the TEM grids is obtained prior to shipping and upon receipt of the TEM grids by the laboratories involved in the exchange; and that the process of inspecting the TEM grids generally does not cause damage to them when proper safeguards are followed; but that it is also recognized that grid openings can become damaged if the TEM grids are disturbed by handlers or during evaluation if an electron beam in the transmission electron microscope is too intense or remains on the grid opening for a substantial period of time;

WHEREAS, although defendants have objected to the production of TEM grids on a number of grounds including relevance, burden and risk of damage to the TEM grids, they have agreed to this Second Supplement to the Agreed Order by way of compromise, as a means of addressing some of their objections and accounting for some of the logistical difficulties associated with in-person inspections during the COVID-19 pandemic.  This compromise is without waiver of defendants' objections and right to seek modifications to the provisions set forth herein, as public health circumstances evolve;

WHEREAS, defendants have agreed to this compromise on the condition that plaintiffs will make certain TEM grids analyzed by their experts available to defendants for inspection pursuant to the same terms and procedures set forth herein;

4

WHEREAS, the parties have met and conferred to discuss mutually agreeable procedures to document the quality and condition of TEM grids before and after they are transferred to another laboratory, as well as to minimize the risk of damage to TEM grids during re-inspection by the other party's expert(s).

IT IS THEREFORE AGREED AND ORDERED THAT the parties will comply with this Second Supplement to the Agreed Order with respect to requests for the inspection of any TEM grids; and

IT IS FURTHER AGREED AND ORDERED THAT damage to or the destruction of any TEM grid resulting from compliance with this Second Supplement to the Agreed Order, including the production, transfer, inspection or any other aspect of handling the TEM grids that is necessitated by this Second Supplement to the Agreed Order, does not constitute spoliation of evidence.

IT IS FURTHER AGREED AND ORDERED AS FOLLOWS:

1.     TEM grids discussed in this Second Supplement to the Agreed Order are subject to the representations, qualifications, provisions, conditions and definitions of the Agreed Order, except as otherwise stated herein.

2.     Immediately following the entry of this Second Supplement to the Agreed Order, plaintiffs will select and identify to defendants in writing twenty

(20) samples[4] or an agreed upon number from Exhibits A and B.  Additionally,

defendants shall have thirty (30) business days from the entry of this Second

Supplement to the Agreed Order to select and identify to plaintiffs in writing

twenty (20) samples or an agreed upon number from those described in paragraph

19.  (TEM grids corresponding to the samples selected and agreed to by the parties

and/or ordered for inspection by any court are hereinafter referred to as "Selected

Grids.")

> 3.     If any dispute arises in connection with the selection or transfer of

TEM grids, the parties shall meet and confer within five (5) business days of the

objection in an effort to resolve the parties' dispute.  If the dispute cannot be

resolved by agreement, the parties shall present the dispute to the MDL Court

initially by letter, consistent with Local Civil Rule 37.1(a)(1), before filing a

formal motion for an order.

> 4.     Within ten (10) days of final resolution of such objection(s), or within

ten (10) days of each party's selection if no objection is asserted, the responsible

party shall cause the Selected Grids to be delivered to a laboratory chosen by the

Selecting Party ("Selecting Party's Laboratory").  Except for returning the Selected

---

[4]     RJLG and Segrave generally analyze 2 TEM grids for each sample they examine.  In addition, for each TEM grid analyzed, RJLG and Segrave generally create additional TEM grids of the same sample that are not analyzed.  As to any sample selected for inspection, plaintiffs shall receive all TEM grids associated with that sample that were analyzed by RJLG or Segrave.

Grids to the laboratory of origin, the Selecting Party's Laboratory shall not transfer the Selected Grids to any other laboratory unless agreed upon by the parties and subject to the procedures outlined in this protocol.

5.     Prior to transferring the Selected Grids to the Selecting Party's Laboratory, the laboratory of origin shall take photomicrographs of each of the Selected Grids at magnifications and in such number that are sufficient to capture the quality and condition of the Selected Grids before they are transferred to the Selecting Party's Laboratory.  Such photomicrographs shall be emailed to the Selecting Party before the Selected Grids are transferred to the Selecting Party's Laboratory.

6.     The Selected Grids shall be packaged by the laboratory of origin in a manner to allow their safe transfer to the Selecting Party's Laboratory and shall be transferred to the Selecting Party's Laboratory by means agreed to by the parties.

7.     The Selecting Party shall take all reasonable steps to minimize the risk of damage to the Selected Grids that have been sent to the Selecting Party's Laboratory while they are in the possession of the Selecting Party's Laboratory and in connection with returning the Selected Grids to the laboratory of origin.

8.     Within a reasonable time of receiving the Selected Grids, the Selecting Party's Laboratory shall take photomicrographs of each of the Selected Grids to capture the quality and condition of the Selected Grids upon their receipt

by the Selecting Party's Laboratory and in such manner that the photomicrographs may be compared to those taken by the laboratory of origin pursuant to paragraph 5. Such photomicrographs shall be emailed to the non-Selecting Party prior to the inspection of the Selected Grids at the Selecting Party's Laboratory.

9.      Inspection of the Selected Grids shall take place at the Selecting Party's Laboratory. The Selecting Party's expert(s) may inspect the Selected Grids via light microscopy, scanning electron microscopy and/or ATEM.[5] The Selecting Party's testifying expert(s) will create and maintain count sheets and document each structure they identify and in which grid opening the structure was located. All photographs taken of a structure, if any, and all images and data collected using energy dispersive spectroscopy or selected area electron diffraction, if any, shall be maintained and produced to the non-Selecting Party, along with all count sheets and other documentation of the analysis.

10.     The Selecting Party's expert(s) will use best efforts to ensure that the Selected Grids are not damaged or destroyed during analysis. If damage to a Selected Grid is identified at any point while in the possession of the Selecting Party's Laboratory, including during analysis, such damage shall be documented, including the date and time it was observed, photomicrographs of such damage

---

[5]      The parties reserve their right to object to the relevance and/or admissibility of any test result(s) obtained pursuant to the testing described herein.

shall be taken, and the inspection of all Selected Grids shall be suspended until the parties have agreed upon an appropriate way of proceeding under the circumstances.  Any disputes regarding the continued inspection of any Selected Grid shall be handled pursuant to the procedures set forth in paragraph 3.[6]

11.     The inspection of the Selected Grids may be recorded by video.  To the extent a video recording is made, it is for the limited purpose of capturing the handling of the Selected Grids so that such a recording exists if a claim is later made that the Selected Grids were damaged during the inspection.  Nothing in this paragraph shall foreclose a party from seeking to show such recording to a jury or the opposing party from objecting and seeking to prevent the admission of the recording at trial.

12.     The Selecting Party's Laboratory shall return the Selected Grids to the laboratory of origin within sixty (60) business days of receipt, unless a longer or shorter period is believed to be necessary, taking into account court deadlines, the number of TEM grids to be inspected and such other factors as may reasonably warrant a longer or shorter period.  To the extent a longer or shorter period is

---

[6]     The parties reserve their right to object to the admissibility of testing data collected for any grid opening or particle that was not examined prior to an inspection conducted pursuant to this Second Supplement to the Agreed Order if the testing results cannot be replicated and/or the opposing party does not have an opportunity to rebut them because of damage to the Selected Grid.

required, the parties shall meet and confer and resolve any disputes pursuant to the procedures set forth in paragraph 3.

13.   Absent unforeseen circumstances, the Selected Grids shall be returned using the same containers in which they were received and sent in the same or comparable manner used for delivery to the Selecting Party's Laboratory.  To the extent that an alternative manner of packaging and/or delivering the Selected Grids to the laboratory of origin is believed to be necessary, the parties shall meet and confer and resolve any disputes pursuant to the procedures set forth in paragraph 3.

14.   Following their inspection and prior to returning the Selected Grids, the Selecting Party's Laboratory shall take photomicrographs of each of the Selected Grids to capture the quality and condition of the Selected Grids prior to their return and in such manner that the photomicrographs may be compared to those taken by the laboratory of origin pursuant to paragraph 5.  If a dispute arises, such photomicrographs shall be emailed to the non-Selecting Party within a reasonable time of returning the Selected Grids to the laboratory of origin.

15.   Within a reasonable time of receiving the Selected Grids, the laboratory of origin shall take photomicrographs of each of the Selected Grids to capture the quality and condition of the Selected Grids upon their return to the laboratory of origin and in such manner that the photomicrographs may be compared to those taken by the laboratory of origin pursuant to paragraph 5.  If a

dispute arises, such photomicrographs shall be emailed to the Selecting Party within a reasonable time of receiving the Selected Grids.

16.    The parties and/or their experts shall maintain a chain of custody for the Selected Samples using the form attached hereto as Exhibit C.

17.    The inspection of additional TEM grids may be requested in increments not to exceed ten (10) samples or a reasonable number agreed to by the parties.  The non-Selecting Party may object to the Selecting Party's request, including to the continued inspection of TEM grids.  The parties shall meet and confer within five (5) business days of the non-Selecting Party's objection(s) if any is asserted.  Any unresolved dispute(s) shall be addressed to the MDL Court pursuant to the procedures set forth in paragraph 3.  The parties shall comply with this Second Supplement to the Agreed Order to the extent that any additional inspections are agreed to by the parties or ordered by this Court.

18.    Nothing herein shall limit either party's right to inspect the TEM grids of its own experts at any time.

19.    Plaintiffs will make certain TEM grids analyzed by their testifying experts available to defendants for inspection pursuant to the terms and procedures set forth herein, specifically, TEM grids created from any talc sample (a) analyzed by defendants in the ordinary course of their business, (b) produced by defendants pursuant to the Agreed Order or Supplement to the Agreed Order (Dkt. No. 10981-

1), (c) produced by co-defendant Imerys pursuant to the Agreed Order and Stipulation Regarding Production of Talc Samples from Imerys Talc America Inc. (Dkt. No. 4757), (d) analyzed by an expert for plaintiffs in connection with the samples listed in footnote 7,[7] or (e) otherwise specifically agreed to by the parties.[8]

20.    If the parties agree that additional TEM grids shall become the subject of this Second Supplement to the Agreed Order, they will supplement this Order with an inventory of the samples corresponding to such additional TEM grids.  If the parties disagree as to the inclusion of such TEM grids, they shall meet and confer and address any unresolved disputes to the MDL Court pursuant to the procedures set forth in paragraph 3.

---

[7]    MAS Sample Nos. M65205-001, M67341-001, M67341-005, M67341-006, M67341-007, M67341-008, M67341-009, M67341-010, M67341-011, M67341-012, M68705-005, M68705-006, M68705-007, M68705-008, M68705-009, M68705-010, M68705-011, M68705-012, M68705-013, M68705-014, M68706-001, M68706-002, M68706-003, M68706-004, M68707-001, M68707-002, M68707-003, M68707-004, M70523-005, M70523-006, M70523-007, M70523-008, M70523-009, M70523-010, M70523-011, M70523-012, M70523-013, M70523-014, M70523-018, M70523-019, M70524-001, M70524-002, M70524-003, M70524-004, M70525-001, M70525-002, M70525-003 and M70525-004.

[8]    Defendants disagree as to the scope of TEM grids examined by plaintiffs' testifying experts that should be the subject of this Second Supplement to the Agreed Order and will continue to meet and confer with plaintiffs and raise any issues that cannot be resolved between the parties with the Court.

**SO ORDERED**, this  4th  day of ___March_____, 2021.


/s/ Freda L. Wolfson
_____
United States Chief District Judge


**STIPULATED AND AGREED**:


_s/Susan M. Sharko_____
Susan M. Sharko
FAEGRE DRINKER
BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
Telephone:  973-549-7350
Facsimile:  973-360-9831
Email:  susan.sharko@faegredrinker.com


_s/John H. Beisner_____
John H. Beisner
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:  202-371-7000
Facsimile:  202-661-8301
Email:  john.beisner@skadden.com

_s/Michelle A. Parfitt_
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone:  703-931-5500
Email:  mparfitt@ashcraftlaw.com


_s/P. Leigh O'Dell_
P. Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone:  334-269-2343
Email:  leigh.odell@beasleyallen.com


_s/Christopher M. Placitella_
Christopher M. Placitella
COHEN PLACITELLA ROTH, PC
127 Maple Avenue
Red Bank, NJ 07701
Telephone:  888-219-3599
Facsimile:  215-567-6019
Email:  cplacitella@cprlaw.com

# EXHIBIT A

**Inventory of Samples for Which TEM Grids Were Created and Analyzed by RJ Lee Group[1]**

| Row | Lab Ref. No.[2] | Additional ID No.[3] | Date[4] | Sample Type | Category[5] | Other Information |
|-----|-----------------|----------------------|---------|-------------|-------------|-------------------|
| 1. | 3136108 | #1 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Talc Mine Face |
| 2. | 3136109 | #2 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Talc Mine Face |
| 3. | 3136110 | #3 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Mica Schist in Contact with Talc |
| 4. | 3136111 | #4 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Grey Talc (Grigio) |
| 5. | 3136112 | #5 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Talc and Chlorite at Mine Face |
| 6. | 3136113 | #6 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Talc Active Mine Face |
| 7. | 3136114 | #7 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Marble Waste Sorting Station |
| 8. | 3136115 | #8 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Marble Waste Sorting Station |
| 9. | 3136116 | #9 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Talc Sorting Station (Bianco) |
| 10. | 3136117 | #10 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; OMT Sorting Station |
| 11. | 3136118 | #11 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Grey Talc Sorting (Grigio) |
| 12. | 3136119 | #12 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Italian Crude |
| 13. | 3136120 | #13 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Guangxi Crude |
| 14. | 3136121 | #14 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; French Crude 00 |
| 15. | 3136122 | #15 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; French Crude 000 |

Created for Purposes of Litigation

EXHIBIT A

| ROW | LAB REF. NO.[2] | ADDITIONAL ID NO.[3] | DATE[4] | SAMPLE TYPE | CATEGORY[5] | OTHER INFORMATION |
|---|---|---|---|---|---|---|
| 16. | 3136123 | #16 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Fibrous Mineralization in Gianna |
| 17. | 3136124 | #17 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Marble Waste in Gianna |
| 18. | 3136125 | #18 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Mica Schist in Gianna Waste |
| 19. | 3136126 | #19 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Amphibole Prismatic in Footwall Metabasite |
| 20. | 3136127 | #20 | 03/24/2016 | Deposit Sample | Lit. – Miscellaneous | Italian Talc Mine Visit; Talc Paola |
| 21. | 3138491 | 1-1Q16 | 02/19/2016 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 22. | 3139455 | 1-2Q16 | 06/08/2016 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 23. | 3140762 | 1-3Q16 | 09/15/2016 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 24. | 3141790 | 1-4Q16 | 12/02/2016 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 25. | 3143083 | 1-1Q17 | 02/17/2017 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 26. | 3144312 | 1-2Q17 | 06/01/2017 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 27. | 3145361 | 1-3Q17 | 09/29/2017 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 28. | 3147067 | 1-4Q17 | 11/22/2017 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 29. | 3148949 | 20180015-01B1 | 04/07/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample; Jody E. Ratcliff v. American Honda Motor Co. Inc., et al. |
| 30. | 3148950 | 20180015-01B2 | 04/07/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample; Jody E. Ratcliff v. American Honda Motor Co. Inc., et al. |

Created for Purposes of Litigation

| Row | Lab Ref. No.[2] | Additional ID No.[3] | Date[4] | Sample Type | Category[5] | Other Information |
|---|---|---|---|---|---|---|
| 31. | 3149010 | 1-1Q18 | 02/20/2018 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 32. | 3149100 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut BB |
| 33. | 3149101 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Sample; USA VT Argonaut Underflow |
| 34. | 3149102 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut LG |
| 35. | 3149103 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut XST |
| 36. | 3149104 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut R |
| 37. | 3149105 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut G |
| 38. | 3149106 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut HG |
| 39. | 3149107 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut Serp |
| 40. | 3149108 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut CRX |
| 41. | 3149109 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut Drill |
| 42. | 3149110 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut |
| 43. | 3149111 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut BW |
| 44. | 3149112 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut MG |

Created for Purposes of Litigation

EXHIBIT A

| Row | Lab Ref. No.[2] | Additional ID No.[3] | Date[4] | Sample Type | Category[5] | Other Information |
|---|---|---|---|---|---|---|
| 45. | 3149113 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut |
| 46. | 3149114 | | 04/06/2018 | Deposit Sample | Lit. – Miscellaneous | Mickey Gunter Argonaut Mine Sample; USA VT Argonaut Amp |
| 47. | 3149710 | JBP001 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 48. | 3149711 | JBP006 | 12/11/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 49. | 3149713 | JBP087 | 12/31/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 50. | 3149714 | JBP096 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 51. | 3149715 | JBP097 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 52. | 3149717 | JBP107 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 53. | 3149718 | JBP119 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 54. | 3149722 | JBP166 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 55. | 3149723 | JBP167 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 56. | 3149724 | JBP169 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 57. | 3149727 | JBP183 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 58. | 3149730 | JBP232 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 59. | 3149731 | JBP237 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 60. | 3149732 | JBP294B | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |

Created for Purposes of Litigation

| Row | Lab Ref. No.[2] | Additional ID No.[3] | Date[4] | Sample Type | Category[5] | Other Information |
|---|---|---|---|---|---|---|
| 61. | 3149734 | STS001 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 62. | 3149735 | STS002 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 63. | 3149737 | STS004 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 64. | 3149741 | STS013 | 12/31/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 65. | 3149742 | STS016 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 66. | 3149745 | STS021 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 67. | 3149748 | STS036 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 68. | 3149749 | STS042 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 69. | 3149750 | STS043 | 12/31/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 70. | 3149751 | STS046 | 12/31/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 71. | 3149752 | STS051 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 72. | 3149754 | STS055 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 73. | 3149756 | STS065 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 74. | 3149757 | STS065 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 75. | 3149758 | 2014.001.0145 20180070-35B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 76. | 3149759 | 2014.001.0403 20180070-38B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 77. | 3149760 | 2014.001.0612 | 12/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |

5

Created for Purposes of Litigation

| ROW | LAB REF. NO.[2] | ADDITIONAL ID NO.[3] | DATE[4] | SAMPLE TYPE | CATEGORY[5] | OTHER INFORMATION |
|------|------|------|------|------|------|------|
| 78. | 3149762 | 2014.001.1363 | 12/27/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 79. | 3149765 | 2014.001.3718 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 80. | 3149785 | 001 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M65205-001 |
| 81. | 3149786 | 002 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M65208-001 |
| 82. | 3149787 | 003 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M65228-001 |
| 83. | 3149788 | 004 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M65329-013 |
| 84. | 3149789 | 005 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M65329-018 |
| 85. | 3149790 | 006 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M65329-041 |
| 86. | 3149791 | 007 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M65329-043 |
| 87. | 3149794 | 010 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66173-001 |
| 88. | 3149795 | 011 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66173-002 |
| 89. | 3149796 | 012 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66173-003 |
| 90. | 3149797 | 013 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66203-001 |
| 91. | 3149801 | 017 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66203-005 |
| 92. | 3149802 | 018 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66203-007 |
| 93. | 3149803 | 019 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66309-002 |
| 94. | 3149804 | 020 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66309-003 |

Created for Purposes of Litigation

| ROW | LAB REF. NO.[2] | ADDITIONAL ID NO.[3] | DATE[4] | SAMPLE TYPE | CATEGORY[5] | OTHER INFORMATION |
|------|------|------|------|------|------|------|
| 95. | 3149805 | 021 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66352-001 |
| 96. | 3149806 | 022 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66352-002 |
| 97. | 3149807 | 023 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66405-001 |
| 98. | 3149808 | 024 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66405-002 |
| 99. | 3149809 | 025 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66507-001 |
| 100. | 3149810 | 026 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66508-001 |
| 101. | 3149811 | 027 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66509-001 |
| 102. | 3149812 | 028 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66510-001 |
| 103. | 3149813 | 029 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66511-001 |
| 104. | 3149814 | 030 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66512-001 |
| 105. | 3149815 | 031 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66513-001 |
| 106. | 3149816 | 032 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66514-001 |
| 107. | 3149817 | 033 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M66515-001 |
| 108. | 3149819 | 035 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M68379-001 |
| 109. | 3149820 | 036 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M68379-002 |
| 110. | 3149821 | 037 | 04/23/2018 | Finished Good | Lit. – Produced by Plaintiffs | MAS Sample; Talc-M68483-001 |
| 111. | 3150303 | 1-2Q18 | 05/17/2018 | Milled Talc | OCB – Quarterly Monitoring Program | |

Created for Purposes of Litigation

EXHIBIT A

| Row | Lab Ref. No.[2] | Additional ID No.[3] | Date[4] | Sample Type | Category[5] | Other Information |
|---|---|---|---|---|---|---|
| 112. | 3150649 | STS009 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 113. | 3150650 | STS014 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 114. | 3150651 | STS015 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 115. | 3150652 | STS027 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 116. | 3150653 | STS029 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 117. | 3150654 | STS030 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 118. | 3150655 | STS044 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 119. | 3150656 | STS049 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 120. | 3150657 | 2014.001.0397 | 11/04/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 121. | 3154141 | JBP092 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 122. | 3154142 | JBP093 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 123. | 3154143 | JBP110 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 124. | 3154144 | JBP111 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 125. | 3154145 | JBP188 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 126. | 3154146 | JBP209 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 127. | 3154147 | JBP213 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 128. | 3154148 | JBP238 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |

Created for Purposes of Litigation

**EXHIBIT A**

| ROW | LAB REF. NO.[2] | ADDITIONAL ID NO.[3] | DATE[4] | SAMPLE TYPE | CATEGORY[5] | OTHER INFORMATION |
|-----|-----|-----|-----|-----|-----|-----|
| 129. | 3154149 | JBP241 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 130. | 3154150 | 2014.001.5102 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 131. | 3154481 | 1-3Q18 | 09/11/2018 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 132. | 3154678 | 2014.001.0499 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 133. | 3154679 | 2014.001.2021 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 134. | 3154680 | 2014.001.3918 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 135. | 3154681 | 2014.001.3921 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 136. | 3154682 | 2014.001.5859 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 137. | 3154683 | JBP004 | 11/12/2018 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 138. | 3155522 | 2014.001.0939 20180070-13B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 139. | 3155525 | 2014.001.2462 20180070-19B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 140. | 3155526 | 2014.001.3976 20180070-30B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 141. | 3155527 | 2015.001.3448 20180070-80B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 142. | 3156083 | 1-4Q18 | 12/10/2018 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 143. | 3156291 | 24218RB | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |

9

Created for Purposes of Litigation

| Row | Lab Ref. No.[2] | Additional ID No.[3] | Date[4] | Sample Type | Category[5] | Other Information |
|-----|-----------------|----------------------|---------|-------------|-------------|-------------------|
| 144. | 3156292 | 06618RB | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |
| 145. | 3156293 | 25518RB | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |
| 146. | 3156294 | 02318RB | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |
| 147. | 3156617 | JBP003 | 09/11/2020 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample; Rosalino Reyes III and Gemma Reyes v. Johnson & Johnson et al. |
| 148. | 3156618 | 2014.001.3298 | 09/11/2020 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample; Rosalino Reyes III and Gemma Reyes v. Johnson & Johnson et al. |
| 149. | 3156687 | 1-1Q19 | 02/20/2019 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 150. | 3156998 | A1901237-002A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 151. | 3156999 | A1901237-003A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 152. | 3157000 | A1901237-038A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 153. | 3157001 | A1901237-045A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 154. | 3157002 | A1901237-046A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 155. | 3157003 | A1901237-047A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 156. | 3157004 | A1901237-078A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |

Created for Purposes of Litigation

| ROW | LAB REF. NO.[2] | ADDITIONAL ID NO.[3] | DATE[4] | SAMPLE TYPE | CATEGORY[5] | OTHER INFORMATION |
|---|---|---|---|---|---|---|
| 157. | 3157005 | A1901237-079A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 158. | 3157006 | A1901237-080A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 159. | 3157046 | 27618RB | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |
| 160. | 3157047 | 0108RB | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |
| 161. | 3157048 | 02918RB | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |
| 162. | 3157049 | 28918RB | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |
| 163. | 3157139 | A1901237-004A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 164. | 3157140 | A1901237-005A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 165. | 3157141 | A1901237-007A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 166. | 3157142 | A1901237-009A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 167. | 3157143 | A1901237-010A | 06/04/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |
| 168. | 3157144 | A1901237-011A | 06/03/2019 | Milled Talc | Lit. – Produced by Imerys | Imerys Railcar Sample (MDL) |

Created for Purposes of Litigation

| ROW | LAB REF. NO.[2] | ADDITIONAL ID NO.[3] | DATE[4] | SAMPLE TYPE | CATEGORY[5] | OTHER INFORMATION |
|---|---|---|---|---|---|---|
| 169. | 3157186 | 29718RA | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |
| 170. | 3157187 | 31218RB | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |
| 171. | 3157188 | 31417RB | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |
| 172. | 3157189 | 25518RB | 04/19/2019 | Finished Good | Lit. – Produced by Defendants | Hermelinda Luna, Alexandra Hanks on behalf of Estate of Tania D. Hank, Ethel Herrara, et al. v. Johnson & Johnson, et al. |
| 173. | 3158521 | 1-2Q19 | 06/20/2019 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 174. | 3160639 | U.K. Facility #1 20180061-73B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 175. | 3160640 | U.K. Facility #4 20180061-74B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 176. | 3160641 | U.K. Facility #3 20180061-72B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 177. | 3160642 | 2015.001.3449B 20190189-02B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 178. | 3160643 | 2014.001.5830B 20190189-01B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 179. | 3160644 | 2019.001.0020B 20190189-04B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 180. | 3160645 | 2019.001.0021B 20190189-05B | 10/31/2019 | Finished Good | Lit. – Produced by Defendants | MDL Historical Sample |
| 181. | 3160886 | 1-3Q19 | 09/23/2019 | Milled Talc | OCB – Quarterly Monitoring Program | |

Created for Purposes of Litigation

EXHIBIT A

| Row | Lab Ref. No.[2] | Additional ID No.[3] | Date[4] | Sample Type | Category[5] | Other Information |
|------|------|------|------|------|------|------|
| 182. | 3161675 | H06148-D7 | 10/28/2019 | Milled Talc | OCB – Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 183. | 3161678 | H06158-D7 | 10/28/2019 | Milled Talc | OCB – Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 184. | 3161681 | H05168-D7 | 10/28/2019 | Milled Talc | OCB – Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 185. | 3161684 | H06228-D7 | 10/28/2019 | Milled Talc | OCB – Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 186. | 3161687 | 22318RB | 10/28/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 187. | 3161809 | 21918RA | 10/29/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB |
| 188. | 3161810 | 22118R | 10/29/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB |
| 189. | 3161811 | 22218R | 10/29/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB |
| 190. | 3161812 | 22518R | 10/29/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB |
| 191. | 3161813 | 22618R | 10/29/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB |
| 192. | 3161814 | 23018RA | 10/29/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that used a milled talc lot that was also used for JBP Lot No. 22318RB |
| 193. | 3161879 | 22318RB | 10/28/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 194. | 3161880 | 22318RB | 10/28/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 195. | 3161881 | 22318RB | 10/28/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |

Created for Purposes of Litigation

| Row | Lab Ref. No.[2] | Additional ID No.[3] | Date[4] | Sample Type | Category[5] | Other Information |
|-----|-----|-----|-----|-----|-----|-----|
| 196. | 3161882 | 22318RB | 10/28/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 197. | 3161883 | 22318RB | 10/28/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 198. | 3161884 | 22318RB | 10/28/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 199. | 3161928 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 200. | 3161929 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 201. | 3161930 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 202. | 3161931 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 203. | 3161932 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 204. | 3161933 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 205. | 3161934 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 206. | 3161935 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 207. | 3161936 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 208. | 3161937 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 209. | 3161938 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 210. | 3161939 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 211. | 3161940 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 212. | 3161941 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |

Created for Purposes of Litigation

EXHIBIT A

| Row | Lab Ref. No.[2] | Additional ID No.[3] | Date[4] | Sample Type | Category[5] | Other Information |
|------|------|------|------|------|------|------|
| 213. | 3161942 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 214. | 3161943 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 215. | 3161944 | 22318RB | 11/05/2019 | Finished Good | OCB – Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 216. | 3162528 | 1-4Q19 | 01/02/2020 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 217. | 3163161 | 1-1Q20 | 04/03/2020 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 218. | 3164535 | 1-2Q20 | 08/06/2020 | Milled Talc | OCB – Quarterly Monitoring Program | |
| 219. | 3165105 | 1-3Q20 | 09/30/2020 | Milled Talc | OCB – Quarterly Monitoring Program | |

---

[1]     All terms used herein shall have the same meaning as defined in the Second Supplement to the Agreed Order.  This inventory identifies all samples of JBP, STS, or the talc used for those products, as well as all Deposit Samples, for which TEM grids were analyzed by RJLG for defendants in the ordinary course of their business, or for which TEM grids were analyzed by RJLG and relied on by defendants and/or their expert(s) in connection with Talcum Powder Litigation, except for those TEM grids that were analyzed and are relied upon solely in connection with an individual case.  Defendants have made reasonable inquiries and have a reasonable and good faith belief that this inventory includes all TEM grids of JBP, STS, or the talc used for those products, as well as all TEM grids of Deposit Samples, that were analyzed by RJLG for defendants in connection with Talcum Powder Litigation except for certain (1) TEM grids created from samples received from plaintiffs or their experts during the period 2017 through the present and (2) TEM grids created from samples that have been made available to plaintiffs' counsel in Talcum Powder Litigation subsequent to the entry of the Agreed Order.

[2]     Sample reference number assigned by RJLG.

[3]     Additional identifying information on sample containers and/or in testing reports prepared by experts in Talcum Powder Litigation.

[4]     Date of first RJLG report containing TEM analysis of sample.

[5]     As used herein, the categories referenced above shall be defined as follows:

Created for Purposes of Litigation

- "Lit. – Produced by Defendants" – samples identified and produced to plaintiffs by defendants in Talcum Powder Litigation, including samples purchased and/or obtained by defense counsel and samples produced by defendants pursuant to the Agreed Order.

- "Lit. – Produced by Plaintiffs" – samples identified and produced to defendants by plaintiffs in Talcum Powder Litigation, including samples purchased and/or obtained by plaintiffs' counsel and samples allegedly used by individual plaintiffs.

- "Lit. – Produced by Imerys" – samples produced by Imerys Talc America, Inc. pursuant to the Agreed Order and Stipulation Regarding Production of Talc Samples from Imerys Talc America Inc. (Dkt. No. 4757).

- "Lit. – Miscellaneous" – samples tested in connection with litigation, but not covered by any other "Lit." category.

- "OCB – Quarterly Monitoring Program" – Grade 25 talc samples analyzed by RJLG for defendants in the ordinary course of their business in connection with defendants' quarterly monitoring program.

- "OCB – Voluntary Recall" – samples analyzed for defendants in the ordinary course of their business in connection with defendants' October 18, 2019 voluntary recall of JBP Lot No. 22318RB.

Created for Purposes of Litigation

# EXHIBIT B

**EXHIBIT B**

**Inventory of Samples for Which TEM Grids Were Created and Analyzed by Alan Segrave[1]**

| ROW | LAB REF. NO.[2] | ADDITIONAL ID NO. | DATE[3] | SAMPLE TYPE | CATEGORY[4] | OTHER INFORMATION |
|---|---|---|---|---|---|---|
| 1. | A1910246-001B | H06228-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 2. | A1910246-001C | H06228-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 3. | A1910246-001D | H06228-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 4. | A1910246-002B | H06148-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 5. | A1910246-002C | H06148-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 6. | A1910246-002D | H06148-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 7. | A1910246-003B | H05168-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 8. | A1910246-003C | H05168-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 9. | A1910246-003D | H05168-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 10. | A1910246-004B | 22318RB | 11/27/2019 | Finished Good | OCB - Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |

Created for Purposes of Litigation

| Row | Lab Ref. No.[2] | Additional ID No. | Date[3] | Sample Type | Category[4] | Other Information |
|---|---|---|---|---|---|---|
| 11. | A1910246-004C | 22318RB | 11/27/2019 | Finished Good | OCB - Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 12. | A1910246-004D | 22318RB | 11/27/2019 | Finished Good | OCB - Voluntary Recall | Lot of JBP that was voluntarily recalled on October 18, 2019 |
| 13. | A1910246-005B | H06158-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 14. | A1910246-005C | H06158-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |
| 15. | A1910246-005D | H06158-D7 | 11/27/2019 | Milled Talc | OCB - Voluntary Recall | One of the lots of milled talc used for JBP Lot No. 22318RB |

---

[1]     All terms used herein shall have the same meaning as defined in the Second Supplement to the Agreed Order.  This inventory identifies all samples of JBP, STS, or the talc used for those products, as well as all Deposit Samples, for which TEM grids were analyzed by Segrave for defendants in the ordinary course of their business, or for which TEM grids were analyzed by Segrave and relied on by defendants and/or their expert(s) in connection with Talcum Powder Litigation.  Defendants have made reasonable inquiries and have a reasonable and good faith belief that Segrave does not possess any TEM grids of JBP, STS, or the talc used for those products, or any TEM grids of Deposit Samples, that were analyzed by Segrave for defendants in connection with Talcum Powder Litigation other than certain TEM grids created from samples that have been made available to plaintiffs' counsel in Talcum Powder Litigation subsequent to the entry of the Agreed Order.

[2]     Sample reference number assigned by Segrave.

[3]     Date of first Segrave report containing TEM analysis of sample.

[4]     As used herein, "OCB - Voluntary Recall" shall refer to samples analyzed for defendants in the ordinary course of their business in connection with defendants' October 18, 2019 voluntary recall of JBP Lot No. 22318RB.

Created for Purposes of Litigation

# EXHIBIT C

**EXHIBIT C**

**Chain of Custody Form**

| ITEM | LAB REF. NO. | ADDITIONAL ID NO. | DESCRIPTION |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |

**EXHIBIT C**

| | |
|---|---|
| **Relinquished by (Signature):** | |
| **Relinquished by (Printed):** | |
| **Date:** | |
| **Time:** | |
| **Delivery via:** | |
| | |
| **Received by (Signature):** | |
| **Received by (Printed):** | |
| **Date:** | |
| **Time:** | |
| **Delivery via:** | |

| | |
|---|---|
| **Relinquished by (Signature):** | |
| **Relinquished by (Printed):** | |
| **Date:** | |
| **Time:** | |
| **Delivery via:** | |
| | |
| **Received by (Signature):** | |
| **Received by (Printed):** | |
| **Date:** | |
| **Time:** | |
| **Delivery via:** | |

2

Created for Purposes of Litigation