Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>This document relates to:  Frank Moore, )<br>Individually and O/B/O Dorothy Marie Davis )<br>(Deceased) v. Johnson & Johnson, et al.;  )<br>Case No. 3:21-cv-03636 | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 26, 2021 on behalf of Plaintiff, Frank Moore, Individually and o/b/o Dorothy Marie Davis (Deceased).


Dated: March 4, 2021

*/s/ Jonas Mann*
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 4, 2021, a copy of the foregoing NOTICE OF

FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing

will be sent by operation of the Court's electronic filing system to all parties indicated

on the electronic filing receipt. Parties may access this filing through the Court's system.


*<u>/s/ Jonas Mann</u>*
Jonas Mann