UNITED STATES DISTRICT COURT
DISTRICT OF NEWJERSEY

| | |
|---|---|
| **IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| THIS DOCUMENT RELATES TO: | JUDGE FREDA L. WOLFSON |
| *Shandra Butler, individually and as Personal Representative of the Estate of Vivian D. Dearborne, Deceased*<br>*v.*<br>*Johnson & Johnson, et al.* | MAG. JUDGE LOIS H. GOODMAN |
| Case No.: 3:21-cv-04221 | |

## **NOTICE OF FILING**

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 5, 2021 on behalf of Plaintiff Shandra Butler, individually and as Personal Representative of the Estate of Vivian D. Dearborne, Deceased.

Dated: March 5, 2021                                                                 Respectfully Submitted by,

                                                                  /*s/ Andrew F. Sullo*
                                                                  SULLO & SULLO, LLP
                                                                  2020 Southwest Fwy.
                                                                  Suite 300
                                                                  Houston, TX 77098
                                                                  T: 713-839-9026
                                                                  F: 713-335-0841
                                                                  ASullo@sullolaw.com

                                                                  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2021, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/*s/ Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com