# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br><br>JOSEPH A. MYERS, ADMINISTRATOR OF THE ESTATE OF KATHERINE E. MYERS<br><br>         **Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>         **Defendants.** | MDL NO. 2738 (FLW) (LHG)<br><br><br><br><br>Case No. |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 8, 2021 on behalf of Plaintiff.

Dated: March 8, 2021

Respectfully Submitted,

By    /s/ Chad M. Tuschman
    Chad M. Tuschman, Esquire (0074534)
    Williams DeClark Tuschman Co., L.P.A.
    The Louisville Building
    626 Madison Avenue
    Suite 800
    Toledo, OH  43604-1110
    (419) 241-7700
    (419) 241-7778 FAX
    ctuschman@wdtlaw.org
    COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that March 8, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's EFC system.

By: /s/ Chad M. Tuschman
Chad M. Tuschman, Esquire