# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> PATRICIA BETANCES AND ALAN RODLES. <br><br> 3:21-cv-4493 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on March 9, 2021 on behalf of PATRICIA BETANCES AND ALAN RODLES.

Dated:  March 9, 2021

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  March 9, 2021

                */s/ Christopher R. LoPalo*
                Christopher R. LoPalo, Esq.
                400 Broadhollow Rd., Suite 305
                Melville, NY 11747
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                CLoPalo@NapoliLaw.com
                *Attorneys for Plaintiff*