# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br> TINA GENTRY AND DONNIE GENTRY,<br><br>3:21-cv-4499 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on March 9, 2021 on behalf of TINA GENTRY AND DONNIE GENTRY.

Dated:  March 9, 2021          Respectfully submitted,

                     **NAPOLI SHKOLNIK, PLLC**

                     */s/ Christopher R. LoPalo*
                     Christopher R. LoPalo, Esq.
                     400 Broadhollow Rd., Suite 305
                     Melville, NY 11747
                     Telephone: (212) 397-1000
                     Facsimile: (646) 927-1676
                     CLoPalo@NapoliLaw.com

                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on March 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  March 9, 2021

                */s/ Christopher R. LoPalo*
                Christopher R. LoPalo, Esq.
                400 Broadhollow Rd., Suite 305
                Melville, NY 11747
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                CLoPalo@NapoliLaw.com
                *Attorneys for Plaintiff*