# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Richard Baker, individually and on behalf of the Estate of Betty Baker, 3:21-CV-04501 | **MDL No. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 9, 2021 on behalf of Plaintiff Richard Baker, individually and on behalf of the Estate of Betty Baker.

Dated:  March 9, 2021

Respectfully Submitted,

/s/ Jeff Benton_____
Jeff Benton
The Benton Law Firm
1825 Market Center Blvd., Suite 350
Dallas, Texas 75207
Telephone: (214) 777-7777
Facsimile: (214) 615-2950
Jeff@TheBentonLawFirm.com

**Counsel for Plaintiff(s)**

### CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  March 9, 2021

/s/ Jeff Benton_____
Jeff Benton