ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorneys for Vallerie Belizeard*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* Vallerie Belizeard v. Johnson & Johnson, et al. Case No. 3:21-cv-04595 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 9, 2021 on behalf of Plaintiff Vallerie Belizeard.

                                                                                                             ***/s/ Albert Northrup***
                                                                                                             Albert Northrup
                                                                                                              ANDRUS WAGSTAFF PC
                                                                                                              7171 W Alaska Drive
                                                                                                              Lakewood, CO 80226
                                                                                                              (303) 376-6360 Telephone
                                                                                                              (303) 376-6361 Facsimile
                                                                                                              albert.northrup@andruswagstaff.com

                                                                                                              Attorney for Plaintiff

Dated: March 9, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                               */s/ Albert Northrup*
                                               Albert Northrup

                                               ANDRUS WAGSTAFF PC