**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sue Massey vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-4101-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Sue Massey.

This 10th day of March 2021.

> Respectfully submitted,
>
> ONDERLAW, LLC
>
> By: */s/ James G. Onder*
> James G. Onder, #38049 MO
> William W. Blair, #58196 MO
> Stephanie L. Rados, #65117 MO
> 110 E. Lockwood, 2nd Floor
> St. Louis, MO 63119
> 314-963-9000 telephone
> 314-963-1700 facsimile
> onder@onderlaw.com
> blair@onderlaw.com
> rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th day of March 2021.

*/s/ James G. Onder*