UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Callie Ruffin, individually and on behalf of the Estate of Paula Winston, 3:21-CV-04745 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 10, 2021 on behalf of Plaintiff Callie Ruffin, individually and on behalf of the Estate of Paula Winston.

Dated:  March 10, 2021   Respectfully Submitted,

                                                 /s/ Jeff Benton
                                                 Jeff Benton
                                                 The Benton Law Firm
                                                 1825 Market Center Blvd., Suite 350
                                                 Dallas, Texas 75207
                                                 Telephone: (214) 777-7777
                                                 Facsimile: (214) 615-2950
                                                 Jeff@TheBentonLawFirm.com

                                                 **Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  March 10, 2021                                  /s/ Jeff Benton
                                                             Jeff Benton