# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Jennifer Petrucelli, 3:21-CV-04781 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 11, 2021 on behalf of Plaintiff Jennifer Petrucelli.

Dated: March 11, 2021

Respectfully Submitted,

/s/ Jeff Benton  
Jeff Benton  
The Benton Law Firm  
1825 Market Center Blvd., Suite 350  
Dallas, Texas 75207  
Telephone: (214) 777-7777  
Facsimile: (214) 615-2950  
Jeff@TheBentonLawFirm.com

**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

    I hereby certify that on March 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: March 11, 2021

/s/ Jeff Benton  
Jeff Benton