# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Virginia Thompson, 3:21-CV-04781 | **MDL No. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

     Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 11, 2021 on behalf of Plaintiff Virginia Thompson.

Dated:  March 11, 2021

Respectfully Submitted,

/s/ Jeff Benton\
Jeff Benton\
The Benton Law Firm\
1825 Market Center Blvd., Suite 350\
Dallas, Texas 75207\
Telephone: (214) 777-7777\
Facsimile: (214) 615-2950\
Jeff@TheBentonLawFirm.com

**Counsel for Plaintiff(s)**

### CERTIFICATE OF SERVICE

     I hereby certify that on March 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  March 11, 2021

/s/ Jeff Benton\
Jeff Benton