## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCMENT RELATES TO:<br><br>*Monica Mullins v. Johnson and Johnson, et. al.*<br><br>*Case No.:* **3:21-cv-04477-FLW-LHG** | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

### NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on March 8, 2021 on behalf of Monica Mullins.

Dated: March 12, 2021

    Respectfully submitted by,

    /s/ Lawrence R. Cohan

    Lawrence R. Cohan, Esq.
    Joshua C. Cohan, Esq.
    **SALTZ MONGELUZZI & BENDESKY P.C.**
    One Liberty Place
    1650 Market St, 52nd Floor
    Philadelphia, PA 19103
    lcohan@smbb.com
    jcohan@smbb.com
    (215) 575-3887 (Phone)
    (215) 496-0999 (Fax)

- and –

/s/ Barry R. Eichen
Barry R. Eichen, Esq.
John P. Kelly, Esq.
**EICHEN CRUTCHLOW ZASLOW, LLP**
40 Ethel Road
Edison, NJ 08817
beichen@njadvocates.com
jkelly@njadvocates.com
(732) 777-0100 (Phone)
(732) 429-1727 (Fax)
*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2021 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Lawrence R. Cohan*