UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No.: 2738 (FLW) (LHG) |
| THIS DOCUMENT ALSO RELATES TO: MAVARIE THOMPSON, Plaintiffs, v. JOHNSON & JOHNSON, INC., et al., Defendants. | CASE NO.: 3:21-cv-05135 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on March 15, 2021 on behalf of Plaintiff Mavarie Thompson.

Dated:  March 15,  2021

Respectfully Submitted,

By:   /s/ *Daniel J. Woodard*
Daniel J. Woodard
747 Third Avenue, 6th Floor
New York, NY 10017
212-388-5100 Phone
212-388-5200 Facsimile
dwoodard@p2law.com

{00059263}

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: March 15, 2021

/s/ *Daniel J. Woodard*
Daniel J. Woodard
747 Third Avenue, 6th Floor
New York, NY 10017
212-388-5100 Phone
212-388-5200 Facsimile
dwoodard@p2law.com

{00059263}