BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Eleanor Norrells o/b/o Elnora Vincent, deceased*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Eleanor Norrells, Individually and as Administrator of the Estate of Elnora Vincent, deceased v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-05241 | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 15, 2021 on behalf of Plaintiff Eleanor Norrells o/b/o Elnora Vincent, deceased.

/s/ *Lauren A. James*
Lauren A. James
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(800) 898-2034 Telephone
(334) 954-7555 Facsimile
Lauren.James@BeasleyAllen.com

Attorneys for Plaintiff Eleanor Norrells
o/b/o Elnora Vincent, deceased

Dated: March 15, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Lauren A. James*
      Lauren A. James

      BEASLEY ALLEN CROW METHVIN
      PORTIS & MILES, P.C.