UNITED STATES DISTRICT COURT
DISTRICT OF NEWJERSEY

| | |
|---|---|
| **IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ralph Carmon Jr, et al.*<br>*v.*<br>*Johnson & Johnson, et al.*<br><br>Case No.: 3:21-cv-05212 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 15, 2021 on behalf of Plaintiffs Ralph Carmon Jr, and Tonya Bright, who are the personal representatives for the Estate of Marie Davis.

Dated: March 15, 2021                                                                 Respectfully Submitted by,

/*s/ Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Andrew F. Sullo
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com