**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 3:16-md-02738-FLW ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALENA PITRE | ) ) |
| 3:21-cv-5284 | ) ) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 15, 2021 on behalf of Plaintiff, Alena Pitre.

Dated: March 15, 2021                    Respectfully Submitted,

                                         /s/ Jennifer R. Liakos
                                         Jennifer R. Liakos
                                         LIAKOS LAW, APC
                                         1611 S. Pacific Coast Highway, Suite 200D
                                         Redondo Beach, CA 90277
                                         (310) 961-0066
                                         Jenn@jennliakoslaw.com

**CERTIFICATE OF SERVICE**

      I, hereby certify that on March 15, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                         /s/ *Jennifer R. Liakos*
                                         Jennifer R. Liakos