UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>**Marie Palmer** | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 16, 2021, on behalf of Plaintiff, Marie Palmer.

Date:  March 16, 2021

                        Respectfully Submitted,

                        */s/ James L. Ferraro, Jr.*
                        James L. Ferraro, Jr., Esq.
                        Florida Bar No: 107494
                        The Ferraro Law Firm, P.A.
                        600 Brickell Avenue, Suite 3800
                        Miami, Florida 33131
                        Telephone: (305) 375-0111
                        Facsimile: (305) 379-6222
                        JJR@ferrarolaw.com

                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ James L. Ferraro, Jr.*
James L. Ferraro, Jr., Esq.
Florida Bar No: 107494
The Ferraro Law Firm, P.A.
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Telephone: (305) 375-0111
Facsimile: (305) 379-6222
JJR@ferrarolaw.com