**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sarah Malloy vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-5576-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

<u>**NOTICE OF FILING**</u>

　　　　Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Sarah Malloy.

　　　　This 18th day of March 2021.

<div style="margin-left:40%;">

Respectfully submitted,

ONDERLAW, LLC

By:　　*/s/ James G. Onder　*
　　　　James G. Onder, #38049 MO
　　　　William W. Blair, #58196 MO
　　　　Stephanie L. Rados, #65117 MO
　　　　110 E. Lockwood, 2nd Floor
　　　　St. Louis, MO  63119
　　　　314-963-9000 telephone
　　　　314-963-1700 facsimile
　　　　onder@onderlaw.com
　　　　blair@onderlaw.com
　　　　rados@onderlaw.com

</div>

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of March 2021.

/s/ James G. Onder