BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Svetlana Beckerman*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Svetlana Beckerman v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-05797 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 18, 2021 on behalf of Plaintiff Svetlana Beckerman.

                                                                    */s/ Lauren A. James*
                                                                    Lauren A. James
                                                                    BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                                                                    218 Commerce Street
                                                                    Montgomery, Alabama 36104
                                                                    (800) 898-2034 Telephone
                                                                    (334) 954-7555 Facsimile
                                                                    Lauren.James@BeasleyAllen.com

                                                                    Attorneys for Plaintiff Svetlana Beckerman

Dated: March 18, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                              */s/ Lauren A. James*
                              Lauren A. James

                              BEASLEY ALLEN CROW METHVIN
                              PORTIS & MILES, P.C.