## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd  day of March, 2021.


/s/ Jennifer L. Orendi