**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

--------------------------------------------------------

IN RE: JOHNSON & JOHNSON TALCUM  
POWDER PRODUCTS MARKETING,  
SALES PRACTICES AND PRODUCTS  
LIABILITY LITIGATION

:    Civil Action No. 16-md-2738-FLW-LHG  
:  
:  
:       MDL No. 2738  
:  
:     **ORDER APPOINTING**  
:      **SPECIAL MASTER**  
:  
:  
:

--------------------------------------------------------

        **THIS MATTER** having been opened to the Court *sua sponte*; it appearing that on August 30, 2017, the Court, pursuant to Fed. R. Civ. P. 53(a), appointed Hon. Joel Pisano, U.S.D.J. (retired), as the Special Discovery Master in this matter; it appearing that having determined the necessity of an appointed Special Master in that Order and given the recent death of Judge Pisano, a replacement of a Special Master is necessary to assist the Court in the discovery process of this Multidistrict Litigation ("MDL"); it appearing that having conferred with the parties as to the appropriate replacement, the Court makes the following findings:

1.   The Court appoints Hon. Joel Schneider, U.S.M.J. (now-retired), as the replacement Special Master; Judge Schneider is well-qualified because he has, in his past role as a federal Magistrate Judge, sat on various MDL matters;

2.   In accordance with Fed. R. Civ. P. 53(b)(3), Judge Schneider has submitted a Declaration, attesting that no grounds for disqualification under 28 U.S.C. § 455 exist;

3.   As the parties agree, a special discovery master in this case is necessary to address pretrial matters "that cannot be effectively and timely addressed" by this Court, *see* Fed. R. Civ. P. 53(a)(1)(c), and the Court finds that to minimize delay in these

proceedings, the appointment of a special master is appropriate and necessary for the prompt adjudication of pending, and future, discovery disputes;

Accordingly,

**IT IS** on this 23th day of March, 2021,

**ORDERED** that the Hon. Joel Schneider, U.S.M.J. (now-retired), shall be appointed as the Special Discovery Master in this MDL matter; and it is further

**ORDERED** that the Court's previous Order dated September 11, 2017, that sets forth the Special Discovery Master's authority and other matters, pursuant to Fed. R. Civ. P. 53(b)(2) and (c), shall remain in full force and effect as to the duties to be administered by Judge Schneider.


/s/              Freda L. Wolfson
Hon. Freda L. Wolfson
Chief Judge