## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2738 (FLW) (LHG)** |
| This document relates to: *Jacqueline Taylor, Case No. 3:21-cv-5759* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 18, 2021, on behalf of Plaintiff Jacqueline Taylor.

Dated: March 24, 2021                    Respectfully Submitted by,

                                         /s/ Stacy K. Hauer

                                         Michael K. Johnson, Esq.
                                         MN Bar No. 258696
                                         Stacy Hauer, Esq.
                                         MN Bar No. 317093
                                         **JOHNSON BECKER, PLLC**
                                         444 Cedar Street, Suite 1800
                                         St. Paul, MN 55101
                                         Phone: 612-436-1800
                                         Fax: 612-436-1801
                                         Email: mjohnson@johnsonbecker.com
                                         Email: shauer@johnsonbecker.com

                                         ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Stacy K. Hauer

Stacy K. Hauer, Esq. (MN Bar No. 317093)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: shauer@johnsonbecker.com