UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> __Sharon Brady__, <br><br>                                     Plaintiff, <br> v. <br><br> __Johnson & Johnson, et al.__, <br><br>                                    Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:21-cv-__04570__ <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on __03/09/2021__ on behalf of __Sharon Brady__.

Dated: __3/24/2021__

                                                                        THE DRISCOLL FIRM, P.C.

                                                                        BY: /s/ PAUL W. JOHNSON
                                                                        PAUL W. JOHNSON (#34554)
                                                                        211 North Broadway, Suite 4050
                                                                        St. Louis, Missouri 63102
                                                                        Telephone No. (314) 932-3232
                                                                        Fax No. (314) 932-3233
                                                                        Paul@thedriscollfirm.com
                                                                        *Counsel for Plaintiff*