## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

Tanya Bowker
_____,

                 Plaintiff,

v.

Johnson & Johnson, et al._____,

                 Defendants.

MDL NO. 16-2738 (FLW) (LHG)
JUDGE FREDA L. WOLFSON
MAG. JUDGE LOIS H. GOODMAN

COMPLAINT AND JURY DEMAND

Civil Action No.: 3:21-cv-04742_____

DIRECT FILED ACTION

## NOTICE OF FILING

    Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 03/10/2021_____ on behalf of Tanya Bowker_____.

Dated: 3/24/2021_____

                         THE DRISCOLL FIRM, P.C.

                         BY:  /s/ PAUL W. JOHNSON
                         PAUL W. JOHNSON (#34554)
                         211 North Broadway, Suite 4050
                         St. Louis, Missouri 63102
                         Telephone No. (314) 932-3232
                         Fax No. (314) 932-3233
                         Paul@thedriscollfirm.com
                         *Counsel for Plaintiff*