## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| Lorine Phillips      , | COMPLAINT AND JURY DEMAND |
| Plaintiff,<br>v. | Civil Action No.: 3:21-cv-<u>04740</u> |
| Johnson & Johnson, et al.   , | DIRECT FILED ACTION |
| Defendants. | |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on <u>03/10/2021</u> on behalf of <u>Lorine Phillips</u>.

Dated: <u>3/24/2021</u>

THE DRISCOLL FIRM, P.C.

BY: <u>/s/ PAUL W. JOHNSON</u>
PAUL W. JOHNSON (#34554)
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
Paul@thedriscollfirm.com
*Counsel for Plaintiff*