**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** |

Valerie Williams ,

                         Plaintiff,

v.

Johnson & Johnson, et al. ,

                         Defendants.

COMPLAINT AND JURY DEMAND

Civil Action No.: 3:21-cv-04738_____

DIRECT FILED ACTION

<u>**NOTICE OF FILING**</u>

     Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 03/10/2021 _____ on behalf of Valerie Williams _____.

Dated: 3/24/2021 _____

                                                THE DRISCOLL FIRM, P.C.

                                                BY:  /s/ PAUL W. JOHNSON
                                                PAUL W. JOHNSON (#34554)
                                                211 North Broadway, Suite 4050
                                                St. Louis, Missouri 63102
                                                Telephone No. (314) 932-3232
                                                Fax No. (314) 932-3233
                                                Paul@thedriscollfirm.com
                                                *Counsel for Plaintiff*