## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system the _____ day of _____, 20 _____.

/s/ C. Edward Amos, II