UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to Nancy J. Sauter<br>Case No. 3:21-cv-06443 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on March 24, 2021, date on behalf of Plaintiff Nancy J. Sauter.

Dated: March 24, 2021

/s/ *Priscilla E. Jimenez, Esquire*
Priscilla E. Jimenez, Esquire
KLINE & SPECTER PC
1525 Locust Street – 19th Floor
Philadelphia, PA 19102
215-772-1000
215-735-0960 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2021, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

      */s/ Priscilla Jimenez*
Priscilla E. Jimenez, Esquire
KLINE & SPECTER PC
1525 Locust Street – 19th Floor
Philadelphia, PA 19102