**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Phillip Johnston, Individually and as Personal Representative of the Estate of Cornelia Johnston, Deceased, vs. Johnson & Johnson, et al.*<br>*Case No.: 3:19-cv-15386-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, ***Phillip Johnston, Individually and as Personal Representative of the Estate of Cornelia Johnston, Deceased.***

This 25th day of March 2021.                    Respectfully submitted,

                                                            ONDERLAW, LLC

                                  By:     */s/ W. Wylie Blair*
                                           James G. Onder, #38049 MO
                                           William W. Blair, #58196 MO
                                           Stephanie L. Rados, #65117 MO
                                           110 E. Lockwood, 2nd Floor
                                           St. Louis, MO  63119
                                           314-963-9000 telephone
                                           314-963-1700 facsimile
                                           onder@onderlaw.com
                                           blair@onderlaw.com
                                           rados@onderlaw.com

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of March 2021.

                                                          */s/ W. Wylie Blair*