**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Christine Goodman, Individually and as Personal Representative of the Estate of Judy Pohronezny, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:19-cv-16363-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Christine Goodman, Individually and as Personal Representative of the Estate of Judy Pohronezny, Deceased

This 25th day of March 2021.

                                                    Respectfully submitted,

                                                    ONDERLAW, LLC

                                 By:    */s/ James G. Onder*
                                                 James G. Onder, #38049 MO
                                                 William W. Blair, #58196 MO
                                                 Stephanie L. Rados, #65117 MO
                                                 110 E. Lockwood, 2nd Floor
                                                 St. Louis, MO  63119
                                                 314-963-9000 telephone
                                                 314-963-1700 facsimile
                                                 onder@onderlaw.com
                                                 blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of March 2021.

                                                */s/ James G. Onder*