**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Jeffrey Casey, Individually and as Personal Representative
of the Estate of Xinia Casey, Deceased vs. Johnson &
Johnson, et al.*
*Case No.:  3:19-cv-17127-FLW-LHG*

**MDL NO. 2738 (FLW) (LHG)**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Jeffrey Casey, Individually and as Personal Representative of the Estate of Xinia Casey, Deceased.

This 26th day of March 2021.

Respectfully submitted,

ONDERLAW, LLC

By:     /s/ James G. Onder
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th day of March 2021.


*/s/ James G. Onder*