UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** |
| **This Document Relates to:**<br><br>MARY KAY GOETZ v. Johnson & Johnson, et al.<br>Civil Action No.: 3:21-cv-7037 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 29, 2021 on behalf of Plaintiff Mary Kay Goetz.

Dated: March 29, 2021

Respectfully submitted,

*/s/Adam P. Slater*
Attorney(s) for Plaintiff
**Adam P. Slater, Esq. 4302899**
Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 419
Melville, New York, 11747
Phone: (631) 420-9300

*Counsel for Plaintiff Mary Kay Goetz*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on March 29, 2021.

Dated: March 29, 2021                                                          Respectfully submitted,

                                                                                                   */s/Adam P. Slater*
                                                                                                   Attorney(s) for Plaintiff
                                                                                                   **Adam P. Slater, Esq. 4302899**