## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Monique N. Lewis v. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-07109-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on March 29, 2021, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiff Monique N. Lewis.

Dated: March 29, 2021                    SULLIVAN PAPAIN BLOCK McGRATH
                                          COFFINAS & CANNAVO P.C.


                                         By: /s/ Craig M. Silverman
                                             Craig M. Silverman (NY #5290473)
                                             120 Broadway – 27th Floor
                                             New York, New York 10271
                                             Phone:   (212) 732-9000
                                             Fax:     (212) 266-4141
                                             Email:   Csilverman@triallaw1.com

                                         *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Craig M. Silverman
      Craig M. Silverman