**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

---

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Rosalina Gabutin vs. Johnson & Johnson, et al.*
*Case No.:  3:20-cv-13060*

**MDL NO. 2738 (FLW) (LHG)**

---

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rosalina Gabutin.

This 30th day of March 2021.

Respectfully submitted,

ONDERLAW, LLC

By:     */s/ W. Wylie Blair*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of March 2021.

*/s/ W. Wylie Blair*