UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: | |
| GARY POLES, an Individual, and as Successor in Interest for PATSY POLES, | Case No. 3:21-cv-04164-FLW-LHG |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER, INC. f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC., | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on March 4, 2021, on behalf of Plaintiff GARY POLES.

1

Dated: March 30, 2021                    Respectfully Submitted,

                                             By:   /s/ *Mark P. Robinson, Jr.*
                                                    Mark P. Robinson, Jr.
                                                      19 Corporate Plaza Drive
                                                      Newport Beach, CA 92660
                                                      949-720-1288 Phone
                                                      949-720-1292 Facsimile
                                                      mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that March 30, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.