UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>MICHAEL ROESNER, an Individual, and as Successor in Interest for SHIRLEY ROESNER,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER, INC. f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>        Defendants. | MDL NO. 2738 (FLW) (LHG)<br><br><br><br><br>Case No. 3:21-cv-04102-FLW-LHG |

## **NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on March 4, 2021, on behalf of Plaintiff MICHAEL ROESNER.

1

Dated: March 30, 2021          Respectfully Submitted,

By:   /s/ *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that March 30, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.