**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Billy Perkins, Individually and as Personal Representative of the Estate of Barbara Perkins, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:19-cv-18185-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Billy Perkins, Individually and as Personal Representative of the Estate of Barbara Perkins, Deceased.

This 30th day of March 2021.

                                                   Respectfully submitted,

                                                   ONDERLAW, LLC

By:    */s/ James G. Onder*
            James G. Onder, #38049 MO
            William W. Blair, #58196 MO
            Stephanie L. Rados, #65117 MO
            110 E. Lockwood, 2nd Floor
            St. Louis, MO  63119
            314-963-9000 telephone
            314-963-1700 facsimile
            onder@onderlaw.com
            blair@onderlaw.com

rados@onderlaw.com

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of March 2021.

              */s/ James G. Onder*