# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |

Ginger Gibson                    ,

                              Plaintiff,

v.

Johnson & Johnson, et al.            ,

                              Defendants.

COMPLAINT AND JURY DEMAND

Civil Action No.: 3:21-cv-_5406_____

DIRECT FILED ACTION

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on _03/16/2021_ on behalf of _Ginger Gibson_.

Dated: _3/30/2021_

THE DRISCOLL FIRM, P.C.

BY:  /s/ PAUL W. JOHNSON
PAUL W. JOHNSON (#34554)
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
Paul@thedriscollfirm.com
*Counsel for Plaintiff*