UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Linda Huntley,<br><br>                    Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.,<br><br>                    Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:21-cv-5804<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 03/18/2021 on behalf of Linda Huntey.

Dated: 3/30/2021

                                            THE DRISCOLL FIRM, P.C.

                                            BY: /s/ PAUL W. JOHNSON
                                            PAUL W. JOHNSON (#34554)
                                            211 North Broadway, Suite 4050
                                            St. Louis, Missouri 63102
                                            Telephone No. (314) 932-3232
                                            Fax No. (314) 932-3233
                                            Paul@thedriscollfirm.com
                                            *Counsel for Plaintiff*