**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Anthony Hrynyshen, Individually and as Representative of the Estate of Rebecca Hrynyshen, deceased vs. Johnson & Johnson, et al.* <br> Case No.: 3:20-cv-13780 | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Anthony Hrynyshen, individually and as Representative of the Estate of Rebecca Hrynyshen, deceased.

      This 31st day of March 2021.

                                            Respectfully submitted,

                                            ONDERLAW, LLC

                By:    */s/ W. Wylie Blair*
                          James G. Onder, #38049 MO
                          William W. Blair, #58196 MO
                          Stephanie L. Rados, #65117 MO
                          110 E. Lockwood, 2nd Floor
                          St. Louis, MO  63119
                          314-963-9000 telephone
                          314-963-1700 facsimile
                          onder@onderlaw.com
                          blair@onderlaw.com
                          rados@onderlaw.com

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 31st day of March 2021.

                                              */s/ W. Wylie Blair*