# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** |

**This Document Relates to:**

TSI TSI PARKER v. Johnson & Johnson, et al.
Civil Action No.: 3:21-cv-7587

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 31, 2021 on behalf of Plaintiff Tsi Tsi Parker.

Dated: March 31, 2021

Respectfully submitted,

*/s/Adam P. Slater*
Attorney(s) for Plaintiff
**Adam P. Slater, Esq. 4302899**
Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 419
Melville, New York, 11747
Phone: (631) 420-9300

*Counsel for Plaintiff Tsi Tsi Parker*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on March 29, 2021.

Dated: March 31, 2021                         Respectfully submitted,

                                              */s/Adam P. Slater*
                                              Attorney(s) for Plaintiff
                                              **Adam P. Slater, Esq. 4302899**