**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Mary Schelling vs. Johnson & Johnson, et al.*<br>*Case No.: 3:20-cv-16615* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Mary Schelling.

This 31st day of March 2021.

                                                                    Respectfully submitted,

                                                                     ONDERLAW, LLC

By:    */s/ W. Wylie Blair*
            James G. Onder, #38049 MO
            William W. Blair, #58196 MO
            Stephanie L. Rados, #65117 MO
            110 E. Lockwood, 2nd Floor
            St. Louis, MO  63119
            314-963-9000 telephone
            314-963-1700 facsimile
            onder@onderlaw.com
            blair@onderlaw.com
            rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 31st day of March 2021.

                  */s/ W. Wylie Blair*