UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| ELIZABETH JENKINS<br><br>Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON,<br>JOHNSON & JOHNSON CONSUMER, INC.,<br>IMERYS TALC AMERICA, INC.<br>PERSONAL CARE PRODUCTS COUNCIL.<br><br>Defendants. | Case No: 3:21-cv-06959-FLW-LHG<br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 26, 2021, on behalf of Plaintiff, Elizabeth Jenkins.

Dated: March 31, 2021

Respectfully submitted,

/s/Burt Terry Dunken
Burt Terry Dunken – TX Bar No. 06231400
The Dunken Law Firm
4655 Techniplex Dr., Ste. 700
Stafford, TX 77477
713.554.6780
tdunken@dunkenlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/Burt Terry Dunken  
      Burt Terry Dunken – TX Bar No. 06231400  
      The Dunken Law Firm  
      4655 Techniplex Dr., Ste. 700  
      Stafford, TX 77477  
      713.554.6780  
      tdunken@dunkenlaw.com  
      Attorney for Plaintiff