**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Carol Printy, v. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-07703-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on April 1, 2021, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiff, Carol A. Printy.

Dated:  April 1, 2021                                   SULLIVAN PAPAIN BLOCK McGRATH
                                                                  COFFINAS & CANNAVO P.C.

                                                             By:  /s/ Craig M. Silverman
                                                             Craig M. Silverman (NY #5290473)
                                                             120 Broadway – 27th Floor
                                                             New York, New York 10271
                                                             Phone:     (212) 732-9000
                                                             Fax:         (212) 266-4141
                                                             Email:      Csilverman@triallaw1.com

                                                            *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

      /s/ Craig M. Silverman
      Craig M. Silverman