ANDRUS WAGSTAFF PC
7171 W Alaska Drive
Lakewood, CO 80226
866-795-99529
*Attorneys for Plaintiffs Coleman Wallace*
*obo Cynthia Wallace (deceased)*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Coleman Wallace obo Cynthia Wallace (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-7777 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 1, 2021 on behalf of Plaintiff Coleman Wallace obo Cynthia Wallace (deceased).

*/s/ Albert Northrup*
Albert Northrup
ANDRUS WAGSTAFF PC 7171 W
Alaska Drive Lakewood, CO 80226
(866) 795-9529 Telephone (303)
376-6361 Facsimile
albert.northrup@andruswagstaff.com

Attorneys for Plaintiffs

Dated: April 1, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                  */s/ Albert Northrup*

                                  Albert Northrup

                                  ANDRUS WAGSTAFF PC