UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738 |
| This Document Relates To All Cases | |

**THIS MATTER** having been brought before the Court pursuant to the March 3, 2021 Order regarding selection of and case-specific discovery for Stage Three cases;

**WHEREAS** on March 23, 2021, plaintiffs' co-lead counsel and the Johnson & Johnson defendants each selected four cases from the Stage Two discovery pool for a total of eight cases as follows:

Plaintiff Picks

1. Judkins (3:19-cv-12430)
2. McClendon (3:18-cv-03141)
3. Newsome (3:18-cv-17146)
4. Rausa (3:20-cv-02947)

Defense Picks

1. Converse (3:18-cv-17586)
2. Gallardo (3:18-cv-10840)
3. Nixon (3:19-cv-00829)
4. Tunson (3:18-cv-12931)

**WHEREAS** on March 30, 2021, plaintiffs' co-lead counsel and the Johnson & Johnson defendants elected to strike one case each from the eight cases listed above, as follows:

Plaintiff Strike

1. Nixon (3:19-cv-00829)

Defense Strike

1. McClendon (3:18-cv-03141)

**IT IS** on this 1st day of April 2021,

**ORDERED** that:

1. The following six remaining cases shall constitute the "Stage Three" cases to be worked up for trial as set forth in the Court's March 3, 2021 Order:

    a. Converse (3:18-cv-17586)

    b. Gallardo (3:18-cv-10840)

    c. Judkins (3:19-cv-12430)

    d. Newsome (3:18-cv-17146)

    e. Rausa (3:20-cv-02947)

    f. Tunson (3:18-cv-12931)

*s/Freda L. Wolfson*
Hon. Freda L. Wolfson,
U.S. Chief District Judge