**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*David Lemmons, Individually and as Representative of the Estate of Janice Lemmons, deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:20-cv-14942 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, David Lemmons, individually and as Representative of the Estate of Janice Lemmons, deceased.

This 2nd day of April 2021.

                                            Respectfully submitted,

                                            ONDERLAW, LLC

                       By:    */s/ W. Wylie Blair*
                                  James G. Onder, #38049 MO
                                  William W. Blair, #58196 MO
                                  Stephanie L. Rados, #65117 MO
                                  110 E. Lockwood, 2nd Floor
                                  St. Louis, MO  63119
                                  314-963-9000 telephone
                                  314-963-1700 facsimile
                                  onder@onderlaw.com
                                  blair@onderlaw.com
                                  rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of April 2021.

*/s/ W. Wylie Blair*