## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (FLW) (LHG) |
| This document relates to: *Evelyn Heath, Case No. 3:21-cv-6952* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 26, 2021, on behalf of Plaintiff Evelyn Heath.

Dated: April 2, 2021                          Respectfully Submitted by,

                                                          /s/ Stacy K. Hauer

Michael K. Johnson, Esq.
MN Bar No. 258696
Stacy Hauer, Esq.
MN Bar No. 317093
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: mjohnson@johnsonbecker.com
Email: shauer@johnsonbecker.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　　　 /s/ Stacy K. Hauer

Stacy K. Hauer, Esq. (MN Bar No. 317093)
`**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: shauer@johnsonbecker.com