UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:                    MDL NO. 2738(FLW)(LHG)

*Carol A. Roderick*
*Case No. 3:21-cv-8275*

NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that a Short Form Complaint and Jury Demand has been filed on

behalf of Plaintiff, Carol A. Roderick.

Dated this 6th day of April, 2021.

Respectfully submitted,

DECOF, BARRY, MEGA & QUINN, P.C.

By:/s/Douglas E. Chabot
Patrick C. Barry, Esq.      RI Bar No. 5631
Douglas E. Chabot, Esq.  RI Bar No. 8199
One Smith Hill
Providence, RI  02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641
Email:pcb@decof.com;dec@decof.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically

served by way of the Court's electronic filing system this 6th day of April, 2021.


By:/s/Douglas E. Chabot