## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 7th  day of April, 2021.

/s/ Jennifer L. Orendi