**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jonathan Nugent, Individually and as Representative of the Estate of Karen Nugent, deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:20-cv-16886 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jonathan Nugent, individually and as Representative of the Estate of Karen Nugent, deceased.

This 7th day of April 2021.

                                    Respectfully submitted,

                                    ONDERLAW, LLC

By:    */s/ W. Wylie Blair*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 7th day of April 2021.

<u>/s/ W. Wylie Blair</u>