UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Murphy-Amos v. Johnson & Johnson, et al., 3:21-cv-8260. | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs Tiffany Murphy-Amos and Ashawnte Amos.

This 7th day of April 2021.

                                       s/ Graham L. Newman
                                       Graham L. Newman (S.C. Fed. ID #9746)
                                       CHAPPELL, SMITH & ARDEN, P.A.
                                       2801 Devine Street, Suite 300
                                       Columbia, South Carolina 29205
                                       (803) 929-3600
                                       (803) 929-3604 (facsimile)
                                       gnewman@csa-law.com