## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| __SHAMIA CUMMINGS__ Plaintiff, v. JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC. Defendants. | COMPLAINT AND JURY DEMAND Civil Action No.: 3:21-CV-08562 DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on April 7, 2021.

Dated: April 7, 2021.

                                                                      Respectfully submitted,

                                                                      /s/ M. Brandon Smith
                                                                      M. BRANDON SMITH, Esq.
                                                                      Georgia Bar Number: 141418
                                                                      CHILDERS, SCHLUETER & SMITH, LLC
                                                                      1932 N. Druid Hills Road, Suite 100
                                                                      Atlanta, GA 30319
                                                                      Phone: 404.419.9500
                                                                      Fax: 404.419.9501
                                                                      bsmith@cssfirm.com
                                                                      *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                                 */s/* M. Brandon Smith
                                                 M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*