**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| ZORA BLIZZAARD<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC.<br><br>    Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:21-CV-08569<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on April 7, 2021.

Dated: April 7, 2021.

                                                            Respectfully submitted,

                                                            */s/* M. Brandon Smith
                                                            M. BRANDON SMITH, Esq.
                                                            Georgia Bar Number: 141418
                                                            CHILDERS, SCHLUETER & SMITH, LLC
                                                            1932 N. Druid Hills Road, Suite 100
                                                            Atlanta, GA 30319
                                                            Phone: 404.419.9500
                                                            Fax: 404.419.9501
                                                           bsmith@cssfirm.com
                                                           *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ M. Brandon Smith
M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*