# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: SHEILA WILLIAMS 3:21-cv-8633 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on April 8, 2021 on behalf of Sheila Williams.

Dated:  April 8, 2021                                    Respectfully submitted,

                                                     **NAPOLI SHKOLNIK, PLLC**

                                                     */s/ Christopher R. LoPalo*
                                                     Christopher R. LoPalo, Esq.
                                                     400 Broadhollow Rd., Suite 305
                                                     Melville, NY 11747
                                                     Telephone: (212) 397-1000
                                                     Facsimile: (646) 927-1676
                                                     CLoPalo@NapoliLaw.com

                                                     *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  April 8, 2021

                                                */s/ Christopher R. LoPalo*
                                                Christopher R. LoPalo, Esq.
                                                400 Broadhollow Rd., Suite 305
                                                Melville, NY 11747
                                                Telephone: (212) 397-1000
                                                Facsimile: (646) 927-1676
                                                CLoPalo@NapoliLaw.com

                                                *Attorneys for Plaintiff*