## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**BESSIE MILLS,** | MDL No. 2738 (FLW) (LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No. 3:21-cv-8650** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on April 8, 2021 on behalf of Plaintiff, Bessie Mills.


Dated:   April 8, 2021                    Respectfully Submitted by:

                                                  By: /s/ Daniel J. Thornburgh
                                                  Daniel J. Thornburgh
                                                  Aylstock, Witkin, Kreis, & Overholtz
                                                  17 East Main Street, Suite 200
                                                  Pensacola, FL 32502
                                                  Telephone: 850-202-1010
                                                  Fax: 850-916-7449
                                                  dthornburgh@awkolaw.com

                                                  *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  April 8, 2021                    Respectfully Submitted by:


By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com