UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**LARRY LYNCH, Individually and as Personal Representative of the Estate of Saundra K. Lynch** | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-8675 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on April 8, 2021 on behalf of Plaintiff, Larry Lynch.

Dated:  April 8, 2021				Respectfully Submitted by:

			By: /s/ Daniel J. Thornburgh
			Daniel J. Thornburgh
			Aylstock, Witkin, Kreis, & Overholtz
			17 East Main Street, Suite 200
			Pensacola, FL 32502
			Telephone: 850-202-1010
			Fax: 850-916-7449
			dthornburgh@awkolaw.com

			*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  April 8, 2021   Respectfully Submitted by:

> By: /s/ Daniel J. Thornburgh
> Daniel J. Thornburgh
> Aylstock, Witkin, Kreis, & Overholtz
> 17 East Main Street, Suite 200
> Pensacola, FL 32502
> Telephone: 850-202-1010
> Fax: 850-916-7449
> dthornburgh@awkolaw.com