**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

**THIS DOCUMENT RELATES TO:**

*Laurelynn Kraft*
Case No.: 3:21-cv-08507

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Laurelynn Kraft.

This 9th day of April, 2021

/s/Steven D. Davis
TorHoerman Law LLC
Steven D. Davis, IL 6281263
210 South Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile:  (618) 656-4401
sdavis@thlawyer.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of April, 2021.

/s/Steven D. Davis