## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**MDL NO. 2738 (FLW)(LHG)**
Civil Action No.:  3:17-cv-08264

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER | ) |
| PRODUCTS MARKETING, SALES PRACTICES, | ) |
| AND PRODUCTS LIABILITY LITIGATION | ) |
| | ) |
| Cynthia Winstead, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| Johnson & Johnson, *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PLAINTIFF

Pursuant to Fed. R. Civ. P. Rule 25, Plaintiff submits the following:

1.      Plaintiff, Cynthia Winstead (hereinafter the "decedent"), died on April 28, 2019.

2.      Antoinette Hillard is decedent's sister.

3.      Antoinette Hillard was appointed Administrator of the Estate of Cynthia Winstead on April 7, 2021 and is prepared to continue this action in her capacity as Personal Representative of the Estate.  *See* Ex. A, copy of *Decree Granting Administration*.

4.      This Court should allow this motion to substitute Plaintiff to reflect the proper Plaintiff as Antoinette Hillard, as Personal Representative of the Estate of Cynthia Winstead.

5.      Plaintiff has communicated with Defendant Johnson & Johnson to seek its assent to this Motion.  Defendant does not oppose the Motion.

Respectfully submitted,


/s/James D. Gotz_____
James D. Gotz
Steven B. Rotman
Hausfeld
One Marina Park Drive
Suite 1410
Boston, MA 02110
(617) 207-0600
jgotz@hausfeld.com
srotman@hausfeld.com


Dated: April 12, 2021

## **CERTIFICATE OF SERVICE**

I certify that on April 12, 2021, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

/s/James D. Gotz_____
James D. Gotz, Esq.