# EXHIBIT A

At a Surrogate's Court of the State of New York held in and for the County of Kings at Brooklyn, New York.

PRESENT: Hon. Harriet L Thompson, Surrogate

**Administration Proceeding, Estate of Cynthia F Winstead**
aka Cynthia Winstead

Deceased.

**DECREE GRANTING ADMINISTRATION**
**File No. 2020-3482**

A verified petition having been filed by Antoinette Hillard praying that administration of the goods, chattels and credits of the above-named decedent be granted to Antoinette Hillard and all persons named in such petition, required to be cited, having been cited to show cause why such relief should not be granted, have either failed to appear in response to a served citation or having waived the issuance of such citation and consented thereto; and it appearing that Antoinette Hillard is in all respects competent to act as administrator of the estate of said deceased; now it is

ORDERED AND DECREED, that Letters of Administration issue to Antoinette Hillard upon proper qualification and the filing of a bond be and hereby is dispensed with pursuant to SCPA § 801; and it is further

ORDERED AND DECREED, that the authority of such administrator be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions:

The Administrator is restrained from collecting and administering more than $10,000.00 in personal assets belonging to the decedent without further order from this court.

And said Administrator is hereby restrained from compromising any cause of action until further court order pursuant to EPTL 5-4.6 and upon filing satisfactory bond or security.

DATED: **APR 0 7 2021**

BROOKLYN, NY

Hon. Harriet L Thompson
Surrogate