# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| This document relates to:<br><br>Cynthia Winstead<br><br>Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Civil Action No.: 3:17-cv-08264 |

## ORDER ON UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF

**THIS MATTER** having come before the Court upon Plaintiff's unopposed Motion for the Substitution of Plaintiff pursuant to Federal Rule of Civil Procedure 25, and for good cause shown,

**IT IS** on this _____ day of _____ 2021,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Antoinette Hillard is substituted as the Plaintiff in this action; and it is

**FURTHER ORDERED** that the Clerk's office will update the caption for this matter accordingly.

By: _____
HON. FREDA L. WOLFSON