UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> Chavalla Owens, <br><br> Plaintiff, <br> v. <br><br> Johnson & Johnson, et al., <br><br> Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:21-cv-_____ <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 03/10/2021 on behalf of Chavalla Owens.

Dated: 03/25/2021

                                            THE DRISCOLL FIRM, P.C.

                                            BY: /s/ PAUL W. JOHNSON
                                            PAUL W. JOHNSON (#34554)
                                            211 North Broadway, Suite 4050
                                            St. Louis, Missouri 63102
                                            Telephone No. (314) 932-3232
                                            Fax No. (314) 932-3233
                                            Paul@thedriscollfirm.com
                                            *Counsel for Plaintiff*