**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*William Mangum, Individually and as Personal Representative of the Estate of Cassandra Mangum, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:20-cv-7234-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, William Mangum, Individually and as Personal Representative of the Estate of Cassandra Mangum, Deceased.

This 13th day of April 2021.

                                              Respectfully submitted,

                                              ONDERLAW, LLC

By:    */s/ James G. Onder*
           James G. Onder, #38049 MO
           William W. Blair, #58196 MO
           Stephanie L. Rados, #65117 MO
           110 E. Lockwood, 2nd Floor
           St. Louis, MO 63119
           314-963-9000 telephone
           314-963-1700 facsimile
           onder@onderlaw.com
           blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of April 2021.

*/s/ James G. Onder*