**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Arlena Kelly vs. Johnson & Johnson, et al.*<br>*Case No.: 3:20-cv-20316* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Arlena Kelly.

This 13th day of April 2021.

                Respectfully submitted,

                ONDERLAW, LLC

            By: */s/ W. Wylie Blair*
               James G. Onder, #38049 MO
               William W. Blair, #58196 MO
               Stephanie L. Rados, #65117 MO
               110 E. Lockwood, 2nd Floor
               St. Louis, MO 63119
               314-963-9000 telephone
               314-963-1700 facsimile
               onder@onderlaw.com
               blair@onderlaw.com
               rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of April 2021.

<u>/s/ W. Wylie Blair</u>