UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Cynthia Winstead,<br>         Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.,<br>         Defendants. | MDL NO. 2738 (FLW) (LHG)<br><br>Civil Action No.: 3:17-cv-08264<br><br>**ORDER GRANTING UNOPPOSED MOTION TO AMEND SHORT FORM COMPLAINT AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |

**ORDER ON UNOPPOSED MOTION FOR LEAVE
TO AMEND SHORT FORM COMPLAINT**

  **THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion for Leave to Amend Short Form Complaint pursuant to Fed. R. Civ. P. 15, and for good cause shown,

  IT IS HEREBY on this <u>13th</u> day of <u>April</u>, 2021

  ORDERED that Plaintiff's Unopposed Motion for Leave To Amend Short Form Complaint [19485 in 16-md-2738] be and hereby is granted. Any amended pleading shall be filed within 5 days of the entry of this Order.

  **IT IS SO ORDERED.**

                By: _____
                   HON. LOIS H. GOODMAN, U.S.M.J.