UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| This document relates to: <br><br> Cynthia Winstead <br><br>                 Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br>                 Defendants. | Civil Action No.: 3:17-cv-08264 |

**ORDER ON UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF**

**THIS MATTER** having come before the Court upon Plaintiff's unopposed Motion for the Substitution of Plaintiff pursuant to Federal Rule of Civil Procedure 25, and for good cause shown,

**IT IS** on this 13th day of April 2021,

**ORDERED** that Plaintiff's Motion [19484 in 16-md-2378] is **GRANTED**; and it is

**FURTHER ORDERED** that Antoinette Hillard is substituted as the Plaintiff in 17-cv-8264; and it is

**FURTHER ORDERED** that the Clerk's office will update the caption for 17-cv-8264 matter accordingly.

By: _____
HON. LOIS H. GOODMAN, U.S.M.J.