**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Geneva Shiles vs. Johnson & Johnson, et al.* <br> *Case No.: 3:20-cv-9496-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Geneva Shiles.

This 14th day of April 2021.

                                                  Respectfully submitted,

                                                  ONDERLAW, LLC

                            By:    */s/ James G. Onder*
                                        James G. Onder, #38049 MO
                                        William W. Blair, #58196 MO
                                        Stephanie L. Rados, #65117 MO
                                        110 E. Lockwood, 2nd Floor
                                        St. Louis, MO  63119
                                        314-963-9000 telephone
                                        314-963-1700 facsimile
                                        onder@onderlaw.com
                                        blair@onderlaw.com
                                        rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of April 2021.

                */s/ James G. Onder*