UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 3:21-CV-08550 (FLW) (LHG) MDL No. 2738 (FLW) (LHG) |

**This document relates to:**
**YERANUHI PETROSYAN, Individually**
**Case No: 3:21-CV-08550 (FLW)(LHG)**

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 7, 2021 on behalf of Plaintiff, captioned above.

Dated: April 14, 2021                    Respectfully submitted,

                                         _____/s/ Grant L. Davis_____
                                         Grant L. Davis
                                         DAVIS, BETHUNE & JONES, LLC
                                         1100 Main Street, Suite 2930
                                         Kansas City, MO  64105
                                         (816) 421-1600
                                         (816) 472-5972 Fax
                                         gdavis@dbjlaw.net
                                         *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                        */s/ Grant L. Davis*
                                 Grant L. Davis
                                 DAVIS, BETHUNE & JONES, LLC
                                 1100 Main Street, Suite 2930
                                 Kansas City, MO  64105
                                 (816) 421-1600
                                 (816) 472-5972 Fax
                                 gdavis@dbjlaw.net
                                 ***Counsel for Plaintiff***