# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| DARLENE POSTON AND MICHAEL POSTON, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., <br><br> Defendants. | Civil Action No.: 3:21-cv-09349 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 15th day of April 2021 on behalf of Darlene Poston and Michael Poston.

Dated: 4/15/2021                           Respectfully Submitted by,

                                            */s/ W. Cameron Stephenson*
                                            W. Cameron Stephenson
                                            Florida Bar No.: 0051599
                                            LEVIN, PAPANTONIO, RAFFERTY,
                                            PROCTOR, BUCHANAN, O'BRIEN, BARR,
                                            MOUGEY, P.A.
                                            316 South Baylen Street, Suite 600
                                            Pensacola, FL 32502
                                            Telephone: (850) 435-7186
                                            Facsimile: (850) 436-6186
                                            Email: cstephenson@levinlaw.com
                                            ATTORNEY FOR THE PLAINTIFFS

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ W. Cameron Stephenson*