UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Gwen Bartelme,<br>                    Plaintiff,<br>v.<br>Johnson & Johnson, et al.,<br>                    Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:21-cv-08899<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 04/09/2021 on behalf of Gwen Bartelme.

Dated: 4/15/2021

                                  THE DRISCOLL FIRM, P.C.

                                  BY: /s/ PAUL W. JOHNSON
                                  PAUL W. JOHNSON (#34554)
                                  211 North Broadway, Suite 4050
                                  St. Louis, Missouri 63102
                                  Telephone No. (314) 932-3232
                                  Fax No. (314) 932-3233
                                  Paul@thedriscollfirm.com
                                  *Counsel for Plaintiff*