# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| JAMES MILLER, INDIVIDUALLY AND FOR THE ESTATE OF PATRICIA ANN MILLER, Plaintiff, | Civil Action No.: 3:21-cv-09436 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 15th day of April 2021 on behalf of James Miller.

Dated: 4/15/2021                    Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　 */s/ W. Cameron Stephenson*
　　　　　　　　　　　　　　　　　　W. Cameron Stephenson
　　　　　　　　　　　　　　　　　　Florida Bar No.: 0051599
　　　　　　　　　　　　　　　　　　LEVIN, PAPANTONIO, RAFFERTY,
　　　　　　　　　　　　　　　　　　PROCTOR, BUCHANAN, O'BRIEN, BARR,
　　　　　　　　　　　　　　　　　　MOUGEY, P.A.
　　　　　　　　　　　　　　　　　　316 South Baylen Street, Suite 600
　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　Telephone: (850) 435-7186
　　　　　　　　　　　　　　　　　　Facsimile: (850) 436-6186
　　　　　　　　　　　　　　　　　　Email: cstephenson@levinlaw.com
　　　　　　　　　　　　　　　　　　ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                */s/ W. Cameron Stephenson*