**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No.: 3:16-md-2738-FLW-LHG |
| *This document relates to:* | |
| KATRINA CLOBES-WYNN and CRAIG STEVEN WYNN, wife and husband and their marital community comprised thereof, | |
| *3:21-cv-09785* | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed April 19, 2021 on behalf of Plaintiffs *KATRINA CLOBES-WYNN and CRAIG STEVEN WYNN.*

Dated:  This 19th day of April, 2021.

Respectfully Submitted by,

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*

Corrie J. Yackulic
110 Prefontaine Place South, Ste. 304
Seattle, WA 98104
Tel. 206-787-1915
Fax. 206-299-9725
corrie@cjylaw.com

RIVERA LAW OFFICES, PLLC

*Celia M. Rivera*
Celia M. Rivera
1800 Cooper Pt. Rd. SW #14
Olympia, WA 98502
Tel. 360-705-8200
Fax. 360-705-8203
celia@riveralawoffices.com
Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 19, 2021 a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

*/s/ Corrie Yackulic*
Corrie Yackulic