**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No.: 3:16-md-2738-FLW-LHG |

*This document relates to:*

CHRISTINE MAE HELBOCK and
FREDERICK MICHAEL HELBOCK, wife
and husband and their marital community
comprised thereof,

 *3:21-cv-09783*

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on April 19, 2021on

behalf of Plaintiffs CHRISTINE MAE HELBOCK and FREDERICK MICHAEL HELBOCK.


Dated:  This 19th day of April, 2021.           Respectfully Submitted by,

                                                CORRIE YACKULIC LAW FIRM, PLLC

                                                */s/ Corrie J. Yackulic*

                                                _____
                                                Corrie J. Yackulic
                                                110 Prefontaine Place South, Ste. 304
                                                Seattle, WA 98104
                                                Tel. 206-787-1915
                                                Fax. 206-299-9725
                                                corrie@cjylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021 a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

*/s/ Corrie Yackulic*
Corrie Yackulic