## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| **PETER ROSENBERG, an Individual, and as Successor in interest for CATHLEEN ROSENBERG,** | **Case No. 3:21-cv-09467-FLW-LHG** |
| **Plaintiffs,** | |
| **v.** | |
| **JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC., f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,** | |
| **Defendants.** | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on April 15, 2021, on behalf of Plaintiff PETER ROSENBERG.

Dated: April 19, 2021           Respectfully Submitted,


By:  _/s/ *Mark P. Robinson, Jr.*_____
       Mark P. Robinson, Jr.
       19 Corporate Plaza Drive
       Newport Beach, CA 92660
       949-720-1288 Phone
       949-720-1292 Facsimile
       mrobinson@robinsonfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that April 19, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

<u>/s/ Mark P. Robinson Jr.</u>
MARK P. ROBINSON, JR.