## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: KAREN WATTS,  Plaintiff, v. JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC., f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,  Defendants. | Case No. 3:21-cv-09469-FLW-LHG |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on April 15, 2021, on behalf of Plaintiff KAREN WATTS.

1

Dated: April 19, 2021                    Respectfully Submitted,


                                                            By:   /s/ *Mark P. Robinson, Jr.*
                                                                  Mark P. Robinson, Jr.
                                                                  19 Corporate Plaza Drive
                                                                  Newport Beach, CA 92660
                                                                  949-720-1288 Phone
                                                                  949-720-1292 Facsimile
                                                                  mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that April 19, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.