**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Arlene Boswell v. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-09398* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Arlene Boswell.

This 20th day of April 2021.

                                         Respectfully submitted,

                                         By: */s/ Morris Dweck*
                                         Morris Dweck
                                         **BERNSTEIN LIEBHARD LLP**
                                         10 East 40th Street
                                         New York, NY 10016
                                         Phone: 212-779-1414
                                         Fax: 212-779-3218
                                         dweck@bernlieb.com

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of April 2021.

                                          */s/ Morris Dweck*