IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No: 3:16-02738 (FLW)(LHG) |
| *This document relates to:* *Suzanne Bozett v. Johnson & Johnson, et al.* Member Case No: 3:21-cv-09669 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 19, 2021, on behalf of Plaintiff, Suzanne Bozett.

**DATED:** 4/20/2021

Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golombhonik.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **20th day of April, 2021**, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** 4/20/2021

          */s/ Richard M. Golomb*
          Richard M. Golomb, Esquire
          **GOLOMB & HONIK, P.C.**
          1835 Market Street, Suite 2900
          Philadelphia, PA  19103
          Phone: (215) 985-9177
          Fax:    (215) 985-4169
          Email:  rgolomb@golombhonik.com

*Attorney for Plaintiffs*