## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| <u>   WILLA MOORE</u>           Plaintiff,   v.   JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC.           Defendants. | COMPLAINT AND JURY DEMAND   Civil Action No.: 3:21-CV-09837   DIRECT FILED ACTION |

### NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on <u>April 20</u>, 2021.

Dated: <u>April 20, 2021.</u>

                                          Respectfully submitted,

                                          <u>/s/</u> M. Brandon Smith
                                          M. BRANDON SMITH, Esq.
                                          Georgia Bar Number: 141418
                                          CHILDERS, SCHLUETER & SMITH, LLC
                                          1932 N. Druid Hills Road, Suite 100
                                          Atlanta, GA 30319
                                          Phone: 404.419.9500
                                          Fax: 404.419.9501
                                          bsmith@cssfirm.com
                                          *Attorney for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ M. Brandon Smith
M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*