# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to: All Plaintiffs** | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## CROSS-NOTICE OF CONTINUING ORAL AND VIDEOTAPED DEPOSITION OF KATHLEEN WILLE

PLEASE TAKE NOTICE that, in connection with *Betty Fitzhugh v. Johnson & Johnson, et al.*, Case No. CACE-19-001150, in the Circuit Court of the 17th Judicial Circuit In and For Broward County, Florida, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Johnson & Johnson Defendants"), pursuant to the Federal and Florida Rules of Civil Procedure, cross-notice the continuing videotaped deposition upon oral examination of **Kathleen Wille**, before a person duly authorized to administer oaths, on **April 26, 2021 at 10:00 a.m. EST via video conference**, pursuant to the *Plaintiff's Notice of Continuing Oral and Videotaped Deposition of Kathleen Wille Duces Tecum*, as served and attached as Exhibit "A" hereto.

2

The deposition will be conducted pursuant to the provisions of the Federal and Florida Rules of Civil Procedure. You may appear and examine the witness following completion of the *Fitzhugh* deposition.

Dated: April 20, 2021

*s/ Susan M. Sharko*
Susan M. Sharko
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
Telephone:  973-549-7000
Facsimile:  973-360-9831
E-mail:  susan.sharko@faegredrinker.com

*s/ John H. Beisner*
John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:  202-371-7000
Facsimile:  202-661-8301
john.beisner@skadden.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I have, on this 20th day of April, 2021, caused the foregoing Cross-Notice of Oral and Videotaped Deposition of Kathleen Wille to be served on all counsel of record via ECF, including:

Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone:  703-931-5500
Email: mparfitt@ashcraftlaw.com

P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone:  334-269-2343
Email: leigh.odell@beasleyallen.com

Christopher M. Placitella
COHEN PLACITELLA ROTH, PC
127 Maple Avenue
Red Bank, NJ 07701
Telephone:  888-219-3599
Facsimile:  215-567-6019
Email: cplacitella@cprlaw.com

/s/ Jessica L. Brennan
Jessica L. Brennan

# EXHIBIT A

ACTIVE.126847634.01

# IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
# IN AND FOR BROWARD COUNTY, FLORIDA

**BETTY FITZHUGH,**

*Plaintiff,*

v.

**JOHNSON & JOHNSON, INC.;**
**JOHNSON & JOHNSON CONSUMER,**
**INC. f/k/a JOHNSON & JOHNSON**
**CONSUMER COMPANIES, INC.;**
**IMERYS TALC AMERICA, INC., f/k/a**
**LUZENAC AMERICA, INC., f/k/a RIO**
**TINTO MINERALS, INC.; PTI UNION,**
**LLC; PTI ROYSTON, LLC;**
**BROADVIEW INVESTMENTS, LLC;**
**and PUBLIX SUPER MARKETS, INC.,**

*Defendants.*

Case No.:   CACE-19-001150

## PLAINTIFF'S NOTICE OF CONTINUING
## ORAL AND VIDEOTAPED DEPOSITION OF KATHLEEN WILLE *DUCES TECUM*

PLEASE TAKE NOTICE that, pursuant to the Florida Rules of Civil Procedure, Plaintiff, by her undersigned attorneys, will the take the videotaped deposition by oral examination of Kathleen Wille.  The deposition which shall be taken by stenographic means before a certified court reporter or other person authorized to administer oaths will commence on **April 26, 2021 at 10:00 a.m.,** EST via ZOOM video conference, or at another location as agreed upon by all parties, and will continue from day to day until completed.  The deposition will be taken before Golkow Reporting, or some other officer authorized to take depositions.  This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of the Court.

The witness is requested to produce true, correct and complete copies of all documents,

materials and information listed in **Schedule A**, no later than two (2) weeks prior to the deposition.

DATED:   April 16, 2021                              Respectfully Submitted,

                                                                                              /s/ David P. Dearing
                                                                                             David P. Dearing, Esq.
                                                                                             Florida Bar No. 885673
                                                                                             **BEASLEY, ALLEN, CROW,**
                                                                                             **METHVIN, PORTIS & MILES, P.C.**
                                                                                             218 Commerce Street
                                                                                             Montgomery, Alabama 36104
                                                                                             T: (800) 898-2034
                                                                                             F: (334) 954-7555
                                                                                             david.dearing@beasleyallen.com

**Kelley Uustal, PLC**
Attorneys for Plaintiff
500 North Federal Highway, Suite 200
Fort Lauderdale, Florida 33301
Telephone: (954) 522-6601
Facsimile: (954) 522-6608

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 16th day of April, 2021, we electronically filed the foregoing via the Florida Courts e-Filing Portal which will serve a true and correct copy to the email addresses listed on the attached service list.

                                                                                             /s/ David P. Dearing
                                                                                             DAVID P. DEARING

## SCHEDULE "A"
## Duces Tecum

The deponent is hereby directed to produce true, correct and complete copies of all documents, materials and information listed below:

**DEFINITIONS:**

The term "document(s)" means and refers to all forms of writings and records, and includes any reduction to tangible form, including computer or magnetic memory or storage, or any other electronically stored information, communication, or data, including any written, recorded, or filmed graphic matter of any kind or nature, however produced or reproduced, including originals, drafts, and non-identical copies, wherever located including, but not limited to, documents and records held or stored on hospital servers, databases, networks, shared networks, local and remote drives, and local and remote drives of individuals.

**DOCUMENTS REQUESTED:**

1. A copy of the witness's current or most recent resume or curriculum vitae.

2. The witness's complete personnel file, including but not limited to, any and all performance reviews and personnel records that relate or refer to the witness's work on Johnson's Baby Powder and any other talcum powder products.

3. Any and all documents pertaining to the witness's compensation while employed by Johnson and Johnson or any of its subsidiary companies.

4. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the presence of asbestos in Johnson's Baby Powder, Shower to Shower, or other talcum powder products.

5. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between talc and ovarian cancer.

6. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between Johnson's Baby Powder, Shower to Shower, or other talcum powder products and ovarian cancer.

7. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between asbestos and ovarian cancer.

8. Any documents reflecting communications with J&J, including its lawyers regarding talcum powder products.

9. Any communications with Susan Nicholson, since leaving J&J.

10. Any and all documents which refer or relate to any of the following people or entities relating to talcum powder products:

    a. Imerys or any of its predecessor companies including Rio Tinto and Luzenac
    b. Crowell and Moring, including Ridgeway Hall
    c. Robert Glenn
    d. Meta-Analysis Research Group,
    e. Joshua Muscat MD
    f. Michael Huncharek, MD
    g. Brooke Mossman, PhD

11. Any and all documents relating to IARC's consideration of talc as a human carcinogen.

12. All communication with the FDA concerning Johnson's talcum powder products.

13. All communications with or about Rich Zazenski relating to talcum powder products.

14. All communications with or about John Hopkins relating to talcum powder product.

15. All communications with or about Center for Regulatory Effectiveness (CRE), Multinational Business Services (MBS), Multinational Legal Services (MLS), Bill Kelly, Jim Tozzi, or Alfred Wehner relating to talcum powder products.