# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> HEATHER BOGENRIEF AND BEN BOGENRIEF. <br><br> 3:21-cv-9870 | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on August 10, 2020 on behalf of HEATHER BOGENRIEF AND BEN BOGENRIEF.

Dated:  April 20, 2021               Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  April 20, 2021

                                      */s/ Christopher R. LoPalo*
                                      Christopher R. LoPalo, Esq.
                                      400 Broadhollow Rd., Suite 305
                                      Melville, NY 11747
                                      Telephone: (212) 397-1000
                                      Facsimile: (646) 927-1676
                                      CLoPalo@NapoliLaw.com
                                      *Attorneys for Plaintiff*