**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Alvin Easterling, Individually and as Personal Representative of the Estate of Sandra Easterling, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-2595-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Alvin Easterling, Individually and as Personal Representative of the Estate of Sandra Easterling, Deceased.

This 21st day of April 2021.

                                        Respectfully submitted,

                                        ONDERLAW, LLC

                By:    */s/ James G. Onder*
                        James G. Onder, #38049 MO
                        William W. Blair, #58196 MO
                        Stephanie L. Rados, #65117 MO
                        110 E. Lockwood, 2nd Floor
                        St. Louis, MO  63119
                        314-963-9000 telephone
                        314-963-1700 facsimile
                        onder@onderlaw.com
                        blair@onderlaw.com

rados@onderlaw.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 21st day of April 2021.

*/s/ James G. Onder*