**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Dennis Skylis, Individually and as the Proposed Administrator of the Estate of Plaintiff Alice Skylis v. Johnson & Johnson, et al.*<br><br>Case No.:  **3:21-cv-9964** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a short form Complaint and Jury Demand has been filed on behalf of Plaintiff, Dennis Skylis, Individually and as the Proposed Administrator of the Estate of Plaintiff Alice Skylis.

Dated: April 21, 2021                        Respectfully Submitted by,

                                                                    /s/ *Roopal P. Luhana*
                                                             Roopal P. Luhana, Esq.
                                                             CHAFFIN LUHANA LLP
                                                             600 Third Avenue, 12th Floor
                                                             New York, NY 10016
                                                             Phone: 888-480-1123
                                                             Fax: 888-499-1123
                                                             Email: luhana@chaffinluhana.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this  21st  of  April , 2021.

/s/ <em>Roopal P. Luhana</em>