UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LGH) |

*THIS DOCUMENT RELATES TO ALL CASES*

**PLAINTIFFS' STEERING COMMINTTES' NOTICE OF INTENT TO CROSS NOTICE OF TAKING ORAL DEPOSITION OF JOHN C. O'SHAUGHNESSY**

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Plaintiffs' Steering Committee (PSC), by and through the undersigned counsel, hereby provide all parties with notice if its intent cross-notice the videotaped deposition upon oral examination of John C. O'Shaughnessy in the above-referenced matter. A copy of the subpoena served upon Mr. O'Shaughnessy is attached as Exhibit A.

Plaintiffs reserve the right to take a supplemental (non-duplicative) deposition of John C. O'Shaughnessy as may be needed based upon the production of documents and other discovery to occur subsequent to the presently scheduled deposition.

The deposition will take place before a person authorized to administer oaths and will continue until completed at the following time:

**FOR A DATE TO BE DETERMINED[1]**

---

[1] Both the witness and J&J have filed motions to quash the subpoena which was issued in accordance with a commission ordered by the Honorable Rex Burlison, Circuit Court of the City of St. Louis, Missouri. *See* Exhibit B. The motions have been stayed while the parties confer. However, at the court's order, the PSC is filing this cross notice to preserve its right to participate in any deposition that may be set as a result of this subpoena.

The deposition will be videotaped before a certified court reporter and may be used for the purposes of discovery or for use by Plaintiffs as evidence at trial, or both. You are invited to appear and take part in the examination as you deem appropriate.

Dated:  April 21, 2021                                             Respectfully submitted,

*/s/ Michelle A. Parfitt*
MICHELLE A. PARFITT
Ashcraft & Gerel, LLP
4900 Seminary Road, Suite 650
Alexandria, Virginia 22311
703-931-5500
mparfitt@ashcraftlaw.com

*/s/ P. Leigh O'Dell*
P. LEIGH O'DELL
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C
218 Commerce Street
Montgomery, Alabama 36104
334-269-2343
leigh.odell@beasleyallen.com

*/s/Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
732-747-9003
cplacitella@cprlaw.com

ATTORNEYS FOR PLAINTIFFS' STEERING COMMITTEE

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/ P. Leigh O'Dell*
P. LEIGH O'DELL
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C
218 Commerce Street
Montgomery, Alabama 36104
334-269-2343
leigh.odell@beasleyallen.com

ATTORNEY FOR PLAINTIFFS