# Exhibit A



## COMMONWEALTH OF PENNSYLVANIA
## COUNTY OF BUCKS

VICKIE FORREST, et al.,
    PLAINTIFFS

v.

JOHNSON + JOHNSON, et al.,
    DEFENDANTS

CASE No: 1522-CC0049-01
DIVISION: 1

File No. _____

### SUBPOENA TO ATTEND AND TESTIFY

TO: John C. O'Shaughnessy
    19 Creekview Lane
    Yardley, PA 19067

1. You are ordered by the court to come to REMOTELY VIA ZOOM CONFERENCE

(Specify courtroom or other place)

at _____, _____ County, Pennsylvania, on April 12, 2021

at 9 o'clock, A .M., to testify on behalf of _____

in the above case, and to remain until excused.

2. And bring with you the following: See Schedule A attached hereto.

If you fail to attend or to produce the documents or things required by this subpoena, you may be subject to the sanctions authorized by Rule 234.5 of the Pennsylvania Rules of Civil Procedure, including but not limited to costs, attorney fees and imprisonment.

REQUESTED BY A PARTY/ATTORNEY IN COMPLIANCE WITH Pa.R.C.P. No. 234.2(a):
NAME: Benjamin Iser, Esquire
ADDRESS: 1835 Market St Suite 2900
         Philadelphia, PA 19103
TELEPHONE: (215) 985-9177
SUPREME COURT ID #: 321334

BY THE COURT:

**Judith J. Reiss**
Prothonotary

Date: _____
    Seal of the Court

                                        Deputy

OFFICIAL NOTE: This form of subpoena shall be used whenever a subpoena is issuable, including hearings in connection with depositions and before arbitrators, masters, commissioners, etc. in compliance with Pa.R.C.P. No. 234.1. If a subpoena for production of documents, records or things is desired, complete paragraph 2.

C-1F-1                                              (Rev. 12/17)
Completed Subpoena must be signed and sealed by the Prothonotary before service

**RETURN OF SERVICE:**

On the _____ day of _____,

I, _____,

served _____
         (name of person served)
with the foregoing subpoena by: _____
(Describe method of service)

_____

_____

I verify that the statements in this return of service are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

DATE: _____

_____
(signature)

C-1F-1

| Benjamin Isser, Esquire<br>1835 Market Street, Suite 2900   Philadelphia, PA 19103 | **DENNIS RICHMAN'S SERVICES** |
|---|---|
| GPS: 40.2431138888889;-74.8439861111111<br><br>CASE NUMBER: 1522-CC00919-01<br>Vickie Forrest, et al vs. Johnson & Johnson, et al<br><br>HEARING DATE: 4/14/2021 | **SUMMARY OF SERVICE**<br>JOB COMPLETE<br>P187068<br>Subpoena |
| | **COMPLETED BY**<br>Dennis Richman<br>3/29/2021  6:21 PM |
| **SUMMARY OF SERVICE** | Reference No.: |

DOCUMENTS SERVED: Subpoena;

PARTY SERVED: John C O'Shaughnessy

DATE & TIME OF SERVICE: 3/29/2021
6:21 PM

ADDRESS, CITY, AND STATE: 19 Creekview Ln
Yardley, PA 190672768

PHYSICAL DESCRIPTION:   Age: 65        Weight: 160        Hair: Gray
Sex: Male      Height: 5'8
Race: White

MANNER OF SERVICE:
Personal Service - By personally delivering copies to John C O'Shaughnessy.

**OFFICIAL AFFIDAVIT OF SERVICE/NON-SERVICE WILL FOLLOW IN THE MAIL**

**http://www.dennisrichman.com**

**SERVICE OF PROCESS | SKIP TRACING | COURT FILINGS**

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**
Did you know you can check status, place orders, and look up costs online?
http://www.dennisrichman.com

## SUMMARY OF SERVICE

Summary/P187068