UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Shelley J. Lindsay<br>Case No:  3:21-CV-09969 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 21, 2021 on behalf of Plaintiff, captioned above.

Dated:  April 22, 2021.

                                          Respectfully submitted,

                                          s/Donald W. Medley

                                          Donald W. Medley
                                          MS Bar #2832
                                          MEDLEY LAW GROUP
                                          P. O. Box 1724
                                          Hattiesburg, MS 39401
                                          Tel:  601-544-8110
                                          Fax:  601-544-8158
                                          don@medleylawgroup.com
                                          Counsel for Plaintiff