

faegredrinker.com

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

April 22, 2021

Honorable Freda L. Wolfson
Chief Judge
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation, MDL No. 2738

Dear Chief Judge Wolfson:

    The parties were tasked with agreeing on a schedule for completion of any discovery and briefing for dispositive motions (other than *Daubert)* in the cases that did not advance to the trial pool.  Ms. O'Dell, Ms. Parfit and I jointly submit this joint proposal to the Court for approval.

    **May 28 – completion of depositions requested by both sides for adjudication of motions**

    **June 18– motions due**

    **July 9 – opposition briefs due**

    **July 21 – reply briefs due**

    We await to hear whether this is agreeable to Your Honor.   Thank you for your continued consideration of these matters.

                                               Respectfully submitted,

                                             */s/ Susan Sharko*

                                             Susan M. Sharko

SMS
cc:    Michelle A. Parfitt, Esq.
        P. Leigh O'Dell, Esq.
        Thomas T. Locke, Esq.

**SO ORDERED.**

DATED: April 22, 2021        /s/ Freda L. Wolfson
                                            Freda L. Wolfson
                                            U.S. Chief District Judge