**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Richard Standish, Individually and as Personal Representative of the Estate of Carol Cline, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-2895-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Richard Standish, Individually and as Personal Representative of the Estate of Carol Cline, Deceased.

This 22nd day of April 2021.

                                                        Respectfully submitted,

                                                        ONDERLAW, LLC

                      By:    */s/ James G. Onder*
                              James G. Onder, #38049 MO
                              William W. Blair, #58196 MO
                              Stephanie L. Rados, #65117 MO
                              110 E. Lockwood, 2nd Floor
                              St. Louis, MO  63119
                              314-963-9000 telephone
                              314-963-1700 facsimile
                              onder@onderlaw.com
                              blair@onderlaw.com

rados@onderlaw.com

## **Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of April 2021.

                                                    */s/ James G. Onder*