## UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br><br>This document relates to:<br>MICHAEL ALAN BUYER as Surviving Spouse and Administrator of the Estate of ELAYNA MARIE RATCHFORD-BUYER, Decedent<br><br>Case No. 3:21-cv-01053-FLW-LHG | **Case No. 3-16-md-2738 (FLW)(LHG)**<br><br>**MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 22, 2021 on behalf of Plaintiff captioned above.

Dated: April 22, 2021          Respectfully Submitted by:

*/s/ Nicole K.H. Maldonado*
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        */s/ Nicole K.H. Maldonado*
        Nicole K.H. Maldonado, Esq.
        Baum Hedlund Aristei & Goldman, P.C.
        10940 Wilshire Boulevard, 17th Floor
        Los Angeles, CA 90024
        Tel: 310-207-3233 // Fax: 310-820-7444
        nmaldonado@baumhedlundlaw.com