# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>Case No: 3:21-cv-02758 |

This document relates to:  The Estate of Robin Terry, et al

## NOTICE OF FILING SUMMONS AND SHORT FORM COMPLAINT

Pursuant to Case Management Order #3, notice is hereby given of the filing of the Summons, Short Form Complaint and Jury Demand on behalf of The Estate of Robin Terry, et al on February 17, 2021.

Dated April 23, 2021

Respectfully Submitted,

SEITHEL LAW, LLC

By: s/Lynn Seithel (S.C. 8017)
Post Office Box 1929
Charleston, South Carolina 29457
843-557-1699 (Direct Dial)
800-818-0433 (Fax)
Lynn@Seithellaw.com
***Counsel for Plaintiffs***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>Case No: 3:21-cv-02758 |

This document relates to: The Estate of Robin Terry

CERTIFICATE OF SERVICE

I attest that all parties have been served electronically through the ECF filing system for MDL No. 2738 via certified mail and email as provided in CMO 3 with the following documents: Plaintiffs' Summons to all Defendants, Plaintiffs' Short Form Complaint, Plaintiffs' Notice of Filing Short Form Complaint and Certificate of Service.

Dated April 23, 2021

Respectfully Submitted,

SEITHEL LAW, LLC

By: s/Lynn Seithel (S.C. 8017)
Post Office Box 1929
Charleston, South Carolina 29457
843-557-1699 (Direct Dial)
800-818-0433 (Fax)
Lynn@Seithellaw.com
*Counsel for Plaintiff*