# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>Case No: 3:21-cv-02753 |

This document relates to: <u>Adrienne Wodenka</u>

## NOTICE OF FILING SUMMONS AND SHORT FORM COMPLAINT

Pursuant to Case Management Order #3, notice is hereby given of the filing of the Summons, Short Form Complaint and Jury Demand on behalf of Adrienne Wodenka on February 17, 2021.

Dated April 23, 2021

Respectfully Submitted,

SEITHEL LAW, LLC

By: <u>s/Lynn Seithel</u> (S.C. 8017)
Post Office Box 1929
Charleston, South Carolina 29457
843-557-1699 (Direct Dial)
800-818-0433 (Fax)
Lynn@Seithellaw.com
***Counsel for Plaintiffs***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>Case No: 3:21-cv-02753 |

This document relates to:  Adrienne Wodenka

### CERTIFICATE OF SERVICE

I attest that all parties have been served electronically through the ECF filing system for MDL No. 2738 and via Certified Mail and email as provided in CMO 3 with the following documents:  Plaintiffs' Summons to all Defendants, Plaintiffs' Short Form Complaint, Plaintiffs' Notice of Filing Short Form Complaint and Certificate of Service.

Dated April 23, 2021

Respectfully Submitted,

SEITHEL LAW, LLC

By: s/Lynn Seithel (S.C. 8017)
Post Office Box 1929
Charleston, South Carolina 29457
843-557-1699 (Direct Dial)
800-818-0433 (Fax)
Lynn@Seithellaw.com
***Counsel for Plaintiff***