# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: TIMOTHY DALE BEAN AS EXECUTOR OF THE ESTATE OF RACHEL LOUISE HOLMES, DECEASED.  3:21-cv-10074 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on April 23, 2021 on behalf of TIMOTHY DALE BEAN AS EXECUTOR OF THE ESTATE OF RACHEL LOUISE HOLMES, DECEASED.

Dated:  April 23, 2021

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  April 23, 2021

                                             */s/ Christopher R. LoPalo*
                                             Christopher R. LoPalo, Esq.
                                             400 Broadhollow Rd., Suite 305
                                             Melville, NY 11747
                                             Telephone: (212) 397-1000
                                             Facsimile: (646) 927-1676
                                             CLoPalo@NapoliLaw.com
                                             *Attorneys for Plaintiff*