UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

MDL No. 2738 (FLW) (LHG)

REPLACEMENT SPECIAL MASTER
ORDER NO. 2

The Special Master ("SM") having held a Zoom conference on the record with lead counsel on April 22, 2021; and this Order intending to confirm the SM's directions; and accordingly,

IT IS HEREBY ORDERED this 26th day of April 2021, the SM adopts the schedule and procedure agreed to by the parties and contained in counsel's April 22, 2021 email to the SM as follows:

1. At the request of counsel, the schedule for the submission of briefs on the parties' privilege dispute is extended.

2. By April 30, 2021, plaintiffs will identify categories of documents to be challenged and will specify all challenged documents within each category with sufficient detail to permit defendants to address the disputed privilege issues.

3. By May 7, 2021, plaintiffs will identify 50 documents from each category for *in camera* review by the SM.

-2-

4. By May 28, 2021, defendants shall serve the SM with a copy of the documents in dispute for *in camera* review as well as their initial memorandum of law addressing the documents challenged by plaintiffs.

5. By June 11, 2021, plaintiffs shall submit their memorandum of law in opposition.

6. Oral argument, which was originally scheduled by Zoom on May 13, 2021, is postponed and rescheduled to June 18, 2021 at 10:00 a.m. (EDT).

By: /s/ Joel Schneider
HON. JOEL SCHNEIDER (Ret.)
SPECIAL MASTER

Dated: April 26, 2021