## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nicole Nance, individually and as personal representative of the estate of Cynthia Dawood, deceased, vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-10149-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Nicole Nance, individually and as personal representative of the estate of Cynthia Dawood, deceased.

This 27th day of April 2021.

               Respectfully submitted,

               ONDERLAW, LLC

By:  */s/ Stephanie Rados*
   James G. Onder, #38049 MO
   William W. Blair, #58196 MO
   Stephanie L. Rados, #65117 MO
   110 E. Lockwood, 2nd Floor
   St. Louis, MO 63119
   314-963-9000 telephone
   314-963-1700 facsimile
   onder@onderlaw.com
   blair@onderlaw.com
   rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of April 2021.

*/s/ Stephanie Rados*