**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**IN RE JOHNSON & JOHNSON "BABY**
**POWDER" and "SHOWER TO SHOWER"**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Cathy Allen vs. Johnson & Johnson, et al.*
*Case No.: 3:21-cv-5813*

**MDL NO. 2738 (FLW) (LHG)**

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Cathy Allen.

This 27th day of April 2021.

Respectfully submitted,

ONDERLAW, LLC

By:      */s/ W. Wylie Blair*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of April 2021.


<u>/s/ W. Wylie Blair</u>