BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Roxanne Duane-McAuliffe*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Roxanne Duane-McAuliffe v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-10333 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 28, 2021 on behalf of Plaintiff Roxanne Duane-McAuliffe.

                                             */s/ Brittany S. Scott*
                                             Brittany S. Scott
                                             BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                                             218 Commerce Street
                                             Montgomery, Alabama 36104
                                             (800) 898-2034 Telephone
                                             (334) 954-7555 Facsimile
                                             Brittany.Scott@BeasleyAllen.com

                                             Attorneys for Plaintiff Roxanne Duane-McAuliffe

Dated: April 28, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ Brittany S. Scott*
                                                  Brittany S. Scott

                                                  BEASLEY ALLEN CROW METHVIN
                                                  PORTIS & MILES, P.C.