**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Barbara Armstrong vs. Johnson & Johnson, et al.* <br> *Case No.: 3:21-cv-3825-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Barbara Armstrong.

This 28th day of April 2021.

                                Respectfully submitted,

                                ONDERLAW, LLC

                    By:    */s/ James G. Onder*
                                James G. Onder, #38049 MO
                                William W. Blair, #58196 MO
                                Stephanie L. Rados, #65117 MO
                                110 E. Lockwood, 2nd Floor
                                St. Louis, MO  63119
                                314-963-9000 telephone
                                314-963-1700 facsimile
                                onder@onderlaw.com
                                blair@onderlaw.com
                                rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of April 2021.

*/s/ James G. Onder*