**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Gerald Hanchulak, Individually and as Personal Representative of the Estate of Theresa Hanchulak, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-10240-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Gerald Hanchulak, Individually and as Personal Representative of the Estate of Theresa Hanchulak, Deceased.

This 28th day of April 2021.

                                                Respectfully submitted,
                                                ONDERLAW, LLC

By:    */s/ Stephanie L. Rados*
         James G. Onder, #38049 MO
         William W. Blair, #58196 MO
         Stephanie L. Rados, #65117 MO
         110 E. Lockwood, 2nd Floor
         St. Louis, MO  63119
         314-963-9000 telephone
         314-963-1700 facsimile
         onder@onderlaw.com
         blair@onderlaw.com
         rados@onderlaw.com

## **Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of April 2021.

*/s/ W. Wylie Blair*
