**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Pamela Ramsey, Individually and as the Anticipated Representative of the Estate of Reese Daley, deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-5865 | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Pamela Ramsey, individually and as the Anticipated Representative of the Estate of Reese Daley, deceased.

This 29th day of April 2021.

                                          Respectfully submitted,

                                          ONDERLAW, LLC

        By:    */s/ W. Wylie Blair*
                     James G. Onder, #38049 MO
                     William W. Blair, #58196 MO
                     Stephanie L. Rados, #65117 MO
                     110 E. Lockwood, 2nd Floor
                     St. Louis, MO  63119
                     314-963-9000 telephone
                     314-963-1700 facsimile
                     onder@onderlaw.com
                     blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of April 2021.

/s/ W. Wylie Blair