**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*William Hargis, Individually and as Representative of the Estate of Elizabeth Hargis, deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-5873 | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, William Hargis, individually and as Representative of the Estate of Elizabeth Hargis, deceased.

This 29th day of April 2021.

                                                Respectfully submitted,

                                                ONDERLAW, LLC

                            By:    */s/ W. Wylie Blair*
                                            James G. Onder, #38049 MO
                                            William W. Blair, #58196 MO
                                            Stephanie L. Rados, #65117 MO
                                            110 E. Lockwood, 2nd Floor
                                            St. Louis, MO 63119
                                            314-963-9000 telephone
                                            314-963-1700 facsimile
                                            onder@onderlaw.com
                                            blair@onderlaw.com
                                            rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of April 2021.

/s/ W. Wylie Blair