**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Lisa Kier, Individually and as Personal Representative of the Estate of Lila Kohn, deceased, vs. Johnson & Johnson, et al.*
*Case No.: 3:21-cv-10374-FLW-LHG*

**MDL NO. 2738 (FLW) (LHG)**

---

<u>**NOTICE OF FILING**</u>

   Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lisa Kier, individually and as personal representative of the estate of Lila Kohn, deceased.
   This 29th day of April 2021.

        Respectfully submitted,

        ONDERLAW, LLC

By:   */s/ Stephanie Rados*
    James G. Onder, #38049 MO
    William W. Blair, #58196 MO
    Stephanie L. Rados, #65117 MO
    110 E. Lockwood, 2nd Floor
    St. Louis, MO  63119
    314-963-9000 telephone
    314-963-1700 facsimile
    onder@onderlaw.com
    blair@onderlaw.com
    rados@onderlaw.com

<u>**Certificate of Service**</u>

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of April 2021.

/s/ Stephanie Rados