# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

Jeanette Costoso ,

                        Plaintiff,

v.

Johnson & Johnson, et al. ,

                        Defendants.

COMPLAINT AND JURY DEMAND

Civil Action No.: 3:21-cv-10252_____

DIRECT FILED ACTION

## NOTICE OF FILING

      Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 04/27/2021_____ on behalf of Jeanette Costoso _____.

Dated: 4/30/2021_____

                            THE DRISCOLL FIRM, P.C.

                            BY: /s/ PAUL W. JOHNSON
                            PAUL W. JOHNSON (#34554)
                            211 North Broadway, Suite 4050
                            St. Louis, Missouri 63102
                            Telephone No. (314) 932-3232
                            Fax No. (314) 932-3233
                            Paul@thedriscollfirm.com
                            *Counsel for Plaintiff*