UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>__Diana Davis__,<br>                                    Plaintiff,<br>v.<br><br>__Johnson & Johnson, et al.__,<br>                                    Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:21-cv-__10253__<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on __04/27/2021__ on behalf of __Diana Davis__.

Dated: __4/30/2021__

                                                                        THE DRISCOLL FIRM, P.C.

                                                                        BY:  /s/ PAUL W. JOHNSON
                                                                        PAUL W. JOHNSON (#34554)
                                                                        211 North Broadway, Suite 4050
                                                                        St. Louis, Missouri 63102
                                                                        Telephone No. (314) 932-3232
                                                                        Fax No. (314) 932-3233
                                                                        Paul@thedriscollfirm.com
                                                                        *Counsel for Plaintiff*