UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> Koury Tyler, <br>                              Plaintiff, <br> v. <br> Johnson & Johnson, et al., <br>                              Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:21-cv-10261 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on 04/27/2021 on behalf of Koury Tyler.

Dated: 4/30/2021

                                                                 THE DRISCOLL FIRM, P.C.

                                                                 BY: /s/ PAUL W. JOHNSON
                                                                 PAUL W. JOHNSON (#34554)
                                                                 211 North Broadway, Suite 4050
                                                                 St. Louis, Missouri 63102
                                                                 Telephone No. (314) 932-3232
                                                                 Fax No. (314) 932-3233
                                                                 Paul@thedriscollfirm.com
                                                                 *Counsel for Plaintiff*