UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>CHERYL YAFFE, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LINDA DOYLE, DECEASED | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-10529 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on April 30, 2021 on behalf of Plaintiff, Cheryl Yaffe, individually, and on behalf of the state of Linda Doyle, deceased.

Dated:  April 30, 2021

Respectfully Submitted by:

By: /s/ Laura V. Yaeger
Florida Bar No. 101972
Texas Bar No. 24011432
Robert J. Bench
Texas Bar No. 00790292
Yaeger Law, PLLC
834 3rd Avenue South
Tierra Verde, FL 33715
Telephone: 727-202-5015
Fax:  727-800-3469

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  April 30, 2021               Respectfully Submitted by:

By: /s/ Laura V. Yaeger
Florida Bar No. 101972
Texas Bar No. 24011432
Robert J. Bench
Texas Bar No. 00790292
Yaeger Law, PLLC
834 3rd Avenue South
Tierra Verde, FL 33715
Telephone: 727-202-5015
Fax:  727-800-3469

Counsel for Plaintiff