# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>THOMAS FUQUAY v. JOHNSON & JOHNSON, et al.<br><br>3:21-cv-10551 | MDL No. 3:16-md-02738-FLW |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on April 30, 2021 on behalf of Plaintiff Thomas Fuquay.

Dated: April 30, 2021                    Respectfully submitted,

/s/ Jennifer R. Liakos
Jennifer R. Liakos
LIAKOS LAW, APC
1611 S. Pacific Coast Highway, Suite 200D
Redondo Beach, CA 90277
(310) 961-0066
Jenn@jennliakoslaw.com

1

**CERTIFICATE OF SERVICE**

      I, hereby certify that on April 30, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          /s/ *Jennifer R. Liakos*
                                          Jennifer R. Liakos