UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION  _____  *This Document Relates To All Cases* | MDL Docket No. 2738 |

**WHEREAS**, on March 4, 2021 this Court entered the Second Supplement to the January 31, 2018 Agreed Order and Stipulation Regarding the Johnson & Johnson Defendants' Production of Talcum Powder Products and Talc Samples (Dkt. No. 17857, the "Grids Protocol");

**WHEREAS,** since the entry of the Grids Protocol this Court has learned that requests are being made for the production and inspection of scanning electron microscopy ("SEM") stubs;

**WHEREAS,** the Court wants to ensure that appropriate steps are taken with respect to the transfer and inspection of SEM stubs, and for good cause shown;

**IT IS** on this  3rd  day of  May , 2021,

**ORDERED** that the Grids Protocol is amended to include SEM stubs and that SEM stubs will be handled consistently with the procedures of the Grids Protocol. To the extent that there is any dispute as to whether any provision of the Grids

2

Protocol can reasonably apply to SEM stubs, the parties are directed to meet and confer and address any issues that cannot be resolved with the Court.

   /s/ Freda L. Wolfson
_____
Hon. Freda L. Wolfson,
U.S. Chief District Judge

2