**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jimmy Allen, Individually and as the Anticipated Personal Representative of the Estate of Bonnie Allen, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-5794-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jimmy Allen, Individually and as the Anticipated Personal Representative of the Estate of Bonnie Allen, Deceased.

This 3rd day of May 2021.

                                                               Respectfully submitted,

                                                              ONDERLAW, LLC

By:     */s/ James G. Onder*
              James G. Onder, #38049 MO
              William W. Blair, #58196 MO
              Stephanie L. Rados, #65117 MO
              110 E. Lockwood, 2nd Floor
              St. Louis, MO 63119
              314-963-9000 telephone
              314-963-1700 facsimile
              onder@onderlaw.com
              blair@onderlaw.com

[rados@onderlaw.com](mailto:rados@onderlaw.com)

## Certificate of Service

 The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 3rd day of May 2021.

<i>/s/ James G. Onder</i>