## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |
| | **MDL No: 3:16-02738 (FLW)(LHG)** |
| *This document relates to:*<br>*Guadalupe Criollo v. Johnson & Johnson, et al.*<br>Member Case No: 3:21-cv-10591 | |

### NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 3, 2021, 2021, on behalf of Plaintiff, Guadalupe Criollo.

**DATED:** 5/3/2021

Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  rgolomb@golombhonik.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **3rd day of May, 2021**, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:     5/3/2021**

                                                     */s/ Richard M. Golomb*
                                                   Richard M. Golomb, Esquire
                                                   **GOLOMB & HONIK, P.C.**
                                                   1835 Market Street, Suite 2900
                                                   Philadelphia, PA  19103
                                                   Phone: (215) 985-9177
                                                   Fax:    (215) 985-4169
                                                   Email:  rgolomb@golombhonik.com

                                                   *Attorney for Plaintiffs*