UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Case No.*: *vs. Johnson & Johnson, et al.*<br>*3:21-cv-10668-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

This 5th day of May 2021.

                                                Respectfully submitted,

                                                ONDERLAW, LLC

                            By:    */s/ Stephanie Rados*
                                     James G. Onder, #38049 MO
                                     William W. Blair, #58196 MO
                                     Stephanie L. Rados, #65117 MO
                                     110 E. Lockwood, 2nd Floor
                                     St. Louis, MO  63119
                                     314-963-9000 telephone
                                     314-963-1700 facsimile
                                     onder@onderlaw.com
                                     blair@onderlaw.com
                                     rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this <u>5th</u> day of May 2021.

                <u>*/s/ Stephanie Rados*   </u>