**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Ann Davie vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-4408-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Ann Davie.

This 5th day of May 2021.

Respectfully submitted,

ONDERLAW, LLC

By:  */s/ James G. Onder*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 5th day of May 2021.


/s/ James G. Onder