April 22, 2021

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Docket No. 3:16-md-2738-FLW-LHG

IN RE:

JOHNSON & JOHNSON TALCUM          STATUS CONFERENCE VIA
POWDER PRODUCTS MARKETING,        REMOTE ZOOM
SALES PRACTICES AND PRODUCTS      VIDEOCONFERENCE
LIABILITY LITIGATION


                    *       *       *       *

               THURSDAY, APRIL 22, 2021

                    *       *       *       *


BEFORE:   SPECIAL MASTER JOEL SCHNEIDER, USMJ, RETIRED
          jschneider@mmwr.com
          856-488-7797



               MASTROIANNI & FORMAROLI, INC.

          Certified Court Reporting & Videoconferencing

                   515 South White Horse Pike

                   Audubon, New Jersey 08106

                       856-546-1100

Case 3:16-md-02738-MAS-RLS   Document 20886   Filed 05/06/21   Page 2 of 44 PageID: 139873
DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

1

2

3

4

5

6                          Transcript of proceedings in the

7    above matter taken stenographically by

8    Theresa Mastroianni Kugler, Certified Court Reporter,

9    license number 30X100085700, Notary Public of the

10   State of New Jersey and the Commonwealth of

11   Pennsylvania, VIA ZOOM REMOTE VIDEOCONFERENCE,

12   commencing at 3:59 PM.

13

14

15

16

17

18

19

20

21

22

23

24

25

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 3

```
 1
      A P P E A R A N C E S:
 2

 3
           MOTLEY RICE, LLC
 4         BY:  DANIEL R. LAPINSKI, ESQUIRE
           210 LAKE DRIVE EAST - SUITE 101
 5         CHERRY HILL, NEW JERSEY  08002
           856-667-0500
 6         FAX - 856-667-5133
           800-768-4026
 7         dlapinski@motleyrice.com
           ATTORNEYS FOR THE PLAINTIFFS
 8

 9
           ASHCRAFT & GEREL, LLP
10         BY:  MICHELLE A. PARFITT, ESQUIRE
           1825 K STREET, NW
11         WASHINGTON, DC  2006
           800-674-9725
12         202-759-7648
           mparfitt@ashcraftlaw.com
13         ATTORNEYS FOR THE PLAINTIFFS

14

15         BEASLEY ALLEN LAW FIRM
           BY:  LEIGH O'DELL, ESQUIRE
16         218 COMMERCE STREET
           P.O. BOX 4160
17         MONTGOMERY, ALABAMA  36104
           800-898-2034
18         FAX - 334-954-7555
           leigh.odell@beasleyallen.com
19         ATTORNEYS FOR THE PLAINTIFFS

20

21         COHEN, PLACITELLA & ROTH, PC
           BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
22         127 MAPLE AVENUE
           RED BANK, NEW JERSEY  07701
23         215-567-3500
           732-747-9003
24         FAX - 215-567-6019
           cplacitella@cprlaw.com
25         ATTORNEYS FOR THE PLAINTIFFS
```

April 22, 2021

```
 1          LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
            BUCHANAN, O'BRIEN, BARR, MOUGEY, PA
 2          BY:  CHRISTOPHER V. TISI, ESQUIRE
            316 SOUTH BAYLEN STREET
 3          PENSACOLA, FLORIDA  32502
            850-435-7000
 4          800-277-1193
            ctisi@levinlaw.com
 5          ATTORNEYS FOR THE PLAINTIFFS

 6

 7          FAEGRE DRINKER BIDDLE & REATH, LLP
            BY:  SUSAN M. SHARKO, ESQUIRE
 8             - and -
            BY: JESSICA LEIGH BRENNAN, ESQUIRE
 9          600 CAMPUS
            FLORHAM PARK, NEW JERSEY  07932
10          DIRECT - 973-549-7350
            FAX - 973-360-9831
11          susan.sharko@faegredrinker.com
            ATTORNEYS FOR THE DEFENDANT,
12          JOHNSON & JOHNSON and JOHNSON & JOHNSON
            CONSUMER COMPANIES, INC.,
13          now known as JOHNSON & JOHNSON CONSUMER, INC.

14

15          SKADDEN ARPS, SLATE, MEAGHER & FLOM, LLP
            BY:  RICHARD T. BERNARDO, ESQUIRE
16          1440 NEW YORK AVENUE, NW
            WASHINGTON, DC  20005
17          202-371-7410
            john.beisner@skadden.com
18          richard.bernardo@skadden.com
            ATTORNEYS FOR THE DEFENDANT,
19          JOHNSON & JOHNSON and JOHNSON & JOHNSON
            CONSUMER COMPANIES, INC.,
20          now known as JOHNSON & JOHNSON CONSUMER, INC.

21

22          SEYFARTH SHAW, LLP
            BY:  THOMAS T. LOCKE, ESQUIRE
23          975 F STREET, NW
            WASHINGTON, DC  20004
24          202-828-5376
            tlocke@seyfarth.com
25          ATTORNEYS FOR THE DEFENDANT,
```

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 5

1

2

A L S O   P R E S E N T:

3

4          RACHEL L. GOODMAN, ESQUIRE
           MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 6

1                  SPECIAL MASTER SCHNEIDER:  We're on the

2    record.

3                  Do you want to put your appearances

4    just for the formality of who we have who is on this

5    Zoom?

6                  Start with the plaintiffs.

7                  MS. LEIGH:  Leigh O'Dell for the

8    plaintiffs' steering committee.

9                  MR. LAPINSKI:  Good afternoon, your

10   Honor.  Dan Lapinski from the Motley Rice Law Firm on

11   behalf of the plaintiffs' steering committee.

12                 MS. PARFITT:  Good afternoon, your

13   Honor.  Michelle Parfitt, Ashcraft & Gerel, on behalf

14   of the plaintiffs' steering committee.

15                 MR. TISI:  Good afternoon, your Honor.

16   Chris Tisi, Levin, Papantonio, Rafferty for the

17   plaintiffs' steering committee.

18                 MR. PLACITELLA:  Your Honor, Chris

19   Placitella for the plaintiffs.

20                 MS. SHARKO:  Susan Sharko, Faegre

21   Drinker for the J&J defendants.

22                 MR. BERNARDO:  Richard Bernardo,

23   Skadden Arps for the J&J defendants.

24                 MS. BRENNAN:  And Jessica Brennan,

25   Faegre Drinker, for the J&J defendants.

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 7

```
 1                MR. LOCKE:  And this is Tom Locke,
 2   Personal Care Products counsel.
 3                SPECIAL MASTER SCHNEIDER:  A few
 4   minutes ago, I received Ms. Sharko's email.  The
 5   schedule you propose, so long as it's agreeable to
 6   the parties, is agreeable with me.
 7                I just had a couple of questions, and I
 8   think I know the answer to the first question.
 9                Can I assume that this short extension
10   that's going to be granted will not result in an
11   extension of any of the other deadlines that Judge
12   Wolfson set?
13                MS. O'DELL:  That's correct, your
14   Honor.
15                SPECIAL MASTER SCHNEIDER:  Great.
16                I noticed in the description and the
17   schedule, plaintiffs are going to identify 50
18   documents from each category that they're contesting.
19   One, what is the corpus or the universe of the number
20   in total of documents at issue on this privilege
21   question?
22                MR. LAPINSKI:  Your Honor, this is Dan
23   Lapinski.
24                I think if we look at documents that
25   were withheld for privilege and then also documents
```

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 8

1    that were produced with redactions, where the

2    redactions are on the basis of privilege, I think

3    that the total universe of documents that we're

4    looking at right now is about between 12 and 13

5    thousand, but we're in the process of working in

6    order to whittle that number down significantly as to

7    the actual documents on that log that are going to be

8    found.

9              SPECIAL MASTER SCHNEIDER:  At the

10   moment, Mr. Lapinski, do you know how many of this 12

11   or 13 thousand corpus are going to be challenged?

12             MR. LAPINSKI:  I don't know right now.

13   Based upon the work that we've done thus far and --

14   let me approach it a different way.

15             The log that we have for redactions

16   requires us to take a -- requires us to pull and take

17   a look at every document in order to put the

18   redaction in context because there is no description

19   as to why the redaction is attorney-client privilege.

20   So that's going to take more work on our end to be

21   able to make those determinations.

22             The documents that have been withheld

23   in total for purposes of privilege, there is about 63

24   hundred of those documents, I think.  I'm sorry.

25   Might be 68 hundred of those documents.  And of those

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 9

1   68 hundred documents, I think that realistically

2   we're going to end up knocking that number in half,

3   if not more than that.

4           SPECIAL MASTER SCHNEIDER:  Do you know

5   the different categories?  Even though you don't know

6   the specific documents at issue that are going to be

7   challenged yet, do you at least know the categories?

8           MR. LAPINSKI:  Yeah.  There is some

9   categories that we do know of.  There is categories

10  where there are third parties that are copied on

11  and/or recipients of the documents.  One of the

12  categories is where there are no attorneys that are

13  authors to or recipients of the documents and,

14  therefore, there can't be legal advice that is being

15  requested or given.

16           There are other categories of documents

17  where attorneys are only CC'd on the document and

18  have no other involvement but being CC'd.  They're

19  the four that I'm thinking of off the top of my head.

20  And let me just look at my notes and I will tell you

21  if I have any other categories that we're in the

22  process of identifying right now.

23           SPECIAL MASTER SCHNEIDER:  Do you

24  suspect that any of the categories will involve

25  outside counsel as opposed to inhouse counsel?

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 10

```
 1              MR. LAPINSKI:  I think that there may
 2    be some.  There are some documents where it involves
 3    outside counsel, but the issue isn't that there is
 4    the exchange of legal advice, the issue is that there
 5    is exchange of information.  And, you know, facts
 6    that are exchanged that ultimately underlie legal
 7    advice that is being sought or given is discoverable,
 8    and in those situations I think that you'll see
 9    challenges to those categories of documents.
10              MR. PLACITELLA:  The same thing would
11    hold true, your Honor, for documents that could
12    involve, say, inside and outside -- people inside
13    J&J, outside counsel and a third party, like a public
14    relations company or something.
15              SPECIAL MASTER SCHNEIDER:  This corpus
16    of 12 or 13 thousand documents, are these the same
17    set of documents that are being challenged in
18    different jurisdictions around the country?
19              MR. BERNARDO:  If I can answer that,
20    your Honor, since I'm probably closest to the
21    documents.  This is Richard Bernardo for the J&J
22    defendants.
23              Yes, they are.  There is one corpus of
24    documents that is utilized so that everybody involved
25    in the talcum power litigation has the benefit of the
```

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 11

1  same documents.  The categories that Mr. Lapinski

2  described are the very categories that are in the

3  process of being briefed in some New Jersey cases.

4          I don't want to get into, obviously,

5  what we believe are the merits of our privilege

6  assertions, simply to say that obviously we disagree

7  with the characterizations of the documents, the

8  descriptions on the log, and as your Honor probably

9  would expect, it's much more nuanced than that.

10          One thing I will say is we, the J&J

11  defendants, are committed to working with plaintiffs,

12  as we have in all of these cases, to see as they

13  identify documents if we can meet and confer and

14  reduce the corpus.  Because, for example, a document

15  may fall in a gray area of the law and by disclosing

16  it it's not somehow going to waive subject matter or

17  other privileges.

18          But to answer your question directly,

19  yes, they're the same documents.  And again, they're

20  the same categories, and some of them are being

21  briefed.  And, in fact, I'm arguing one of the

22  categories next week before Judge Viscomi, which is

23  one of the reasons, your Honor, that we really sought

24  to try and see if we could coordinate this a little

25  bit, because obviously it sort of avoids a lot of

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 12

1    duplication of efforts and inconsistent rulings.

2              SPECIAL MASTER SCHNEIDER:  So Mr.

3    Bernardo, you haven't seen Mr. Lapinski's list of

4    challenged documents yet, but might there be an

5    overlap in some of the documents that are going to be

6    challenged before Judge Viscomi in state court in her

7    cases and in this MDL?

8              MR. BERNARDO:  I'm sorry, your Honor.

9    Yes, exactly.  We actually have seen an earlier

10   version of it.  And we did do our own analysis, and I

11   don't have the numbers in front of me, but there is a

12   fair amount of overlap.  And I think once the

13   plaintiffs meet their first deadline of identifying

14   the documents associated with the categories, we'll

15   be in a better position to more readily define that

16   overlap.

17             SPECIAL MASTER SCHNEIDER:  Are you also

18   involved in, I don't know the details of it, that

19   there is a privilege challenge in the Missouri

20   litigation?

21             MR. BERNARDO:  Unfortunately for me,

22   I'm involved in all of it, your Honor.

23             My responsibility is to be the national

24   point person for all of this just to ensure that

25   there is some uniformity and consistency and make

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 13

```
 1    sure that everybody gets the same stuff.  I don't
 2    always do a perfect job at it, but we try.
 3              SPECIAL MASTER SCHNEIDER:  I'm sorry
 4    about that.  That's my lawn mower.  He's right on
 5    time for the Zoom call.
 6              MR. BERNARDO:  I'll apologize in
 7    advance because our cable person is here and he just
 8    came in and was about to disconnect our internet and
 9    I waved him off.  So if I suddenly disappear --
10              SPECIAL MASTER SCHNEIDER:  Let me
11    guess, Comcast.
12              MR. BERNARDO:  I wish it were.  No.
13              MR. TISI:  Your Honor, I was dressed up
14    as the cable guy.
15              SPECIAL MASTER SCHNEIDER:  Mr.
16    Bernardo, I don't want to know what the ruling is, so
17    don't tell me the ruling, but have there ever been
18    rulings on the documents that are going to be
19    challenged in this case?
20              MR. BERNARDO:  There have not yet been
21    rulings.  Years ago before my involvement, there were
22    a small number of documents that were challenged in
23    Missouri State court, a very small handful, and those
24    were all resolved.
25              The only other notable privilege
```

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 14

1    challenge has been on the same documents in probably

2    four or five different cases, each of which

3    fortunately came out to a consistent ruling that the

4    document was work product.  But that was one of the

5    reasons that we're trying to coordinate this, is to

6    avoid having to litigate the same issues in court

7    after court after court.

8                SPECIAL MASTER SCHNEIDER:  You

9    mentioned work product.  It was my understanding that

10   the challenge here is more directed to the

11   attorney-client privilege rather than work product,

12   or is it going to be both?

13               MR. BERNARDO:  It's going to be both,

14   your Honor.

15               SPECIAL MASTER SCHNEIDER:  Okay.

16               MR. BERNARDO:  I can tell you that with

17   certainty just knowing what the documents are,

18   because some are claims of attorney-client privilege,

19   other claims are work product, and some, as you would

20   expect, are claims of both.

21               SPECIAL MASTER SCHNEIDER:  So looking

22   ahead, let's assume there is four or five categories,

23   I'm just guessing, 50 documents in each category,

24   defendant will brief it, probably provide affidavits,

25   declarations.  Defendant, without seeing the

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 15

1    documents, will have to reply.  Obviously, I don't

2    know how I'm going to rule.  Is there an

3    understanding that, assuming the ruling is not

4    appealed, that the ruling will be binding on the

5    documents that are not specifically reviewed?  Or

6    what I'm trying to get at is whether there is going

7    to be another dispute down the road:  Well, maybe

8    these 50, the master decided were privileged, don't

9    have to be produced, but we don't agree that that 50

10   is representative of the rest of this category.

11                 Have there been discussions in that

12   vein?

13                 MR. BERNARDO:  Yes, your Honor.  And I

14   think we agreed to let plaintiffs pick the 50,

15   despite the fact we thought maybe each side should

16   pick.  But I think as we go through this, your Honor,

17   our hope is that the rulings on the 50 and the 50

18   that the plaintiffs select would be representative of

19   at least a large chunk and they can be applied.  I

20   think no matter how much effort is given to making

21   documents representative of a larger group of

22   documents, there are always going to be some that may

23   warrant, you know, specific treatment.  And I think

24   that after this process goes, we need to confer with

25   the plaintiffs to try to sort through that.

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 16

1                    SPECIAL MASTER SCHNEIDER:  Okay.
2      That's fine.
3                    MR. LAPINSKI:  For the plaintiffs, your
4      Honor, we're in agreement with that.  We're not, you
5      know, we're not looking at this as an exercise where
6      we put a handful of documents in front of you, you
7      rule and if the ruling doesn't go our way --
8                    SPECIAL MASTER SCHNEIDER:  Right.
9                    MR. LAPINSKI:  -- that we continue to
10     just put more and more.  But there may be situations
11     where a ruling that you enter may not apply to a
12     particular entry.  We may have to meet and confer,
13     and if not able to resolve it with a meet-and-confer,
14     bring it to the attention of your Honor.
15                   MR. PLACITELLA:  As you can see, your
16     Honor, we had to do some arm twisting of Mr. Bernardo
17     in order to --
18                   MR. BERNARDO:  You know, it's a
19     dangerous profession, especially when Mr. Placitella
20     is involved.
21                   SPECIAL MASTER SCHNEIDER:  I can see.
22                   The gentleman that there was -- at
23     least when we spoke last that there was a question
24     about his deposition and whether he was going to be
25     cross-designated, was he cross-designated?

April 22, 2021

Page 17

1              MR. BERNARDO:  Yes, your Honor.

2              SPECIAL MASTER SCHNEIDER:  Okay.  And

3    is the defendant going to move to quash the dep in

4    this case and will the documents to be reviewed --

5    because in my order I said I guess -- let me start

6    again so I sound somewhat coherent.

7              I suppose if there is going to be a

8    challenge to O'Shaughnessy, I think his name was --

9              MR. BERNARDO:  Um-hum.

10              SPECIAL MASTER SCHNEIDER:  -- I'm just

11    thinking out loud, it seems that there should be a

12    determination of whether his documents are privileged

13    initially.  So if there is a set of documents that

14    are not privileged, that will give the court -- not

15    the court, the master a better idea of the relevance

16    of his testimony if it knows what documents are at

17    issue in the case.

18              So with regard, Mr. Lapinski, to these

19    designated documents, is there a plan to include in

20    the documents to be reviewed in camera all of

21    O'Shaughnessy's documents that either mention his

22    name or you want to be considered in the context of

23    whether his deposition is going to go forward?

24              MR. LAPINSKI:  Your Honor, I don't

25    think we had given consideration to putting all of

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

1    the O'Shaughnessy documents before you for

2    consideration.  I think that our expectation was

3    similar to the broad population of documents, that we

4    would put representative samples in front of you that

5    relate to Mr. O'Shaughnessy.  And based upon your

6    rulings on those sample documents, we would be able

7    to make determinations about the other documents.

8              SPECIAL MASTER SCHNEIDER:  Will that be

9    one of the categories, just O'Shaughnessy documents?

10             MR. LAPINSKI:  You know, as we continue

11   to go through this, we can look to try and break that

12   out so that there is a category that's specific to

13   him.

14             The reviews that have been done thus

15   far, we haven't looked to break his documents out

16   separately because the entries that we've looked at

17   with his name, some of the documents that we've

18   looked at have fit into the broader categories.  But

19   I understand your point about breaking them out so

20   that you can address those documents in anticipation

21   of his deposition.

22             MR. TISI:  Judge, I had a comment on

23   that point.

24             As I mentioned last time, this is Chris

25   Tisi, as I mentioned last time, there have been, and

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

1    I don't have the number right in front of me, but I

2    want to say about a thousand documents that have been

3    produced that either are affirmed to or relate to Mr.

4    O'Shaughnessy that have been produced for which

5    privilege has not been claimed.  And as I understand

6    it, I have not been intimately involved in the

7    process of -- I've been involved in the scheduling of

8    it, but I haven't been involved in the process

9    of what had happened in Missouri, but as I understand

10   it, this deposition was ordered in part upon the

11   documents that were not privileged, at least.

12            So I just wanted you to be aware.  I

13   didn't want you to think that all of the testimony

14   would be based on documents or information that was

15   in the privilege bucket.  There are documents for

16   which privilege has not been asserted that he would

17   be justifiably examined on.

18            SPECIAL MASTER SCHNEIDER:  Will the

19   defendants move to quash O'Shaughnessy's deposition

20   in this MDL?

21            MR. BERNARDO:  The defendants have

22   moved to quash his subpoena.  If, procedurally, we

23   need to do that in addition in the MDL, we'll do

24   that.  But I've been discussing with Mr. Tisi, you

25   know, ways to address the deposition, the briefing,

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 20

1   and will continue to do that and make sure we do

2   what's necessary in order to protect our respective

3   positions.

4            SPECIAL MASTER SCHNEIDER:  If the

5   subpoena -- that's in Pennsylvania I think, right?

6            MR. BERNARDO:  Correct.

7            SPECIAL MASTER SCHNEIDER:  Okay.

8            Assuming for the sake of argument, just

9   for the sake of argument, that that subpoena is

10  quashed, does that mean that the cross-designation is

11  vacated?

12           MR. BERNARDO:  That would be

13  defendant's position, yes.  Because it would not be a

14  thing any longer, using a very specific legal term.

15           SPECIAL MASTER SCHNEIDER:  Is Mr.

16  O'Shaughnessy in New Jersey?

17           MR. BERNARDO:  No.  He lives in

18  Pennsylvania.  That's why the subpoena was issued

19  through the Pennsylvania process.

20           SPECIAL MASTER SCHNEIDER:  Okay.  All

21  right.  But the federal process is different than the

22  state process, right?  It's a little bit easier in

23  federal court to serve a federal subpoena out of

24  district than it is in state court to serve it in

25  another state, right?

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 21

```
 1                MR. BERNARDO:  That's correct, but none
 2    has been served is my only point.
 3                SPECIAL MASTER SCHNEIDER:  Okay.
 4                MR. BERNARDO:  The existing subpoena
 5    has been cross-noted.  But again, your Honor, I've
 6    been working, hopefully Mr. Tisi agrees,
 7    cooperatively with Mr. Tisi to see if we can sort of
 8    come to some meeting of the mind with respect to that
 9    subpoena process, the briefing and all of that and
10    will continue to do that.
11                MR. PLACITELLA:  I'm actually trying to
12    understand that statement.  So should we just
13    subpoena Mr. O'Shaughnessy then in the MDL, if that's
14    going to be your position?
15                MR. BERNARDO:  I think if there is to
16    be a separate adjudication there -- and, Chris, happy
17    to talk that through, we never really kind of got
18    quite down to that -- then maybe that would be the
19    case.
20                I will say on the record, there is no
21    need to personally serve Mr. O'Shaughnessy.  I think
22    we've been agreeable to accepting service on his
23    behalf, if that's the case.  And I would be
24    appreciative if he's not tracked down one more time
25    to get personally served and I think Ms. Sharko --
```

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 22

```
 1              SPECIAL MASTER SCHNEIDER:  I think that
 2    makes sense, but here is what I'm thinking of.  This
 3    is my goal.  My goal is to make sure that you stay on
 4    schedule.
 5              Okay?
 6              And I would like not to be in the
 7    situation come -- I'm just making this up, of
 8    course -- October or November when we finally get to
 9    tee up the O'Shaughnessy deposition issue, if it's
10    ripe, if it's going to be an issue, let's tee it up
11    and decide it so that at least I feel comfortable
12    that I've done everything I could to keep the parties
13    on track.  That's my goal.  That's my main goal, keep
14    the parties on the current schedule so the can is not
15    kicked down the road so no one can later on say,
16    well, we need more time for this or that, we have to
17    move deadlines back.  That's why I'm thinking about
18    the O'Shaughnessy deposition.
19              I agree with you, Mr. Bernardo, do the
20    plaintiffs really have to go through the formality of
21    serving it?  Whether or not that subpoena is quashed
22    in Pennsylvania, it sounds like plaintiffs still want
23    to move ahead in this MDL, right?
24              MR. TISI:  I think -- I'm sorry, that
25    was directed to Mr. Bernardo.  Sorry, Rich.
```

April 22, 2021

Page 23

```
 1              MR. BERNARDO:  Actually, no, I think
 2    that was directed to you guys.  He said the
 3    plaintiffs.
 4              MR. TISI:  You know, look, Judge, I
 5    feel like Rich and I have been speaking almost daily
 6    about this and other topics, and I don't want to kick
 7    the can down the road, but I think we've been fairly
 8    productive in terms of trying to get things moving
 9    and agreed to.  And, you know, I don't know what we
10    would do if we couldn't work out something, but I
11    would like to at least continue to work out something
12    with J&J on these issues.
13              SPECIAL MASTER SCHNEIDER:  On the other
14    hand, let's suppose, hypothetically, that the
15    Pennsylvania court does not quash the subpoena so the
16    deposition goes forward in the state case, does that
17    necessarily mean that J&J won't move to quash it in
18    this MDL?
19              MR. TISI:  Well, that's clearly a
20    question for you, Rich.
21              MR. BERNARDO:  To be completely candid,
22    your Honor, as Mr. Tisi said, we've been trying to
23    discuss this to figure out procedurally, logistically
24    and every other "ly" the best way to work this out.
25    I'm fairly confident, however it works out, we're not
```

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 24

```
 1    collectively kicking the can, but rather trying to
 2    see if there is some way to make this all work.  So
 3    we will continue to do that.  We hear you, your
 4    Honor, and will be mindful of your, you know,
 5    concerns in terms of timing and briefing and all of
 6    that.
 7                 I mean, at this particular time,
 8    spoiler alert, you know, all our arguments have been
 9    made in the briefs that have been filed, so it's not
10    a matter of, you know, needing significant time to
11    refile another brief, if necessary.  But I'll
12    continue to have my daily calls with Mr. Tisi.  I
13    look forward to it.
14                 SPECIAL MASTER SCHNEIDER:  Okay.  Well,
15    that's fine.  I just want the record to be clear that
16    we raised the issue.  I rely on the good faith and
17    good efforts of counsel, as I always do, and if you
18    work it out, great.  But I just would like not to be
19    in the situation come the fall or early winter where
20    we get into issues about extensions because discovery
21    disputes that could have been raised earlier weren't.
22    But it sounds like it's all in very good hands.
23                 MR. TISI:  Yeah.  I don't want to be
24    too bold except to say I think you'll know long
25    before fall and early winter whether we have an issue
```

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 25

 1    or not.  I do think that we are going to reach --

 2    either reach agreement or not reach agreement fairly

 3    shortly.

 4                 SPECIAL MASTER SCHNEIDER:  Okay.  That

 5    sounds great.

 6                 MR. BERNARDO:  Your Honor, as you

 7    raised the record, if I just may backpedal for a bit

 8    just to make one point that I've been discussing with

 9    Mr. Tisi that I just want to make sure we discuss

10    because I don't think Imerys is represented here, and

11    I just want to put it on the table.

12                 There is a category of documents that

13    is part of this privilege challenge that I've been

14    trying to coordinate with Mr. Tisi that originates

15    from a third party, an expert witness.  And he is

16    individually represented and plaintiffs are

17    challenging documents on his log.

18                 Having spent some time with his counsel

19    and the log, there is a portion of those that are

20    assertions of privilege on behalf of the Johnson &

21    Johnson defendants that I'm working with Mr. Tisi to

22    work through or defend or however we need to do it.

23    But I've learned there is a portion of documents on

24    that log that are assertions of privilege not by the

25    Johnson & Johnson defendants, but by Imerys, who, as

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 26

```
 1    I think your Honor knows, is in bankruptcy.  I don't
 2    have a proposal for how to proceed there, I just
 3    would be remiss not to put that on the table because
 4    we, obviously the Johnson & Johnson defendants,
 5    aren't in a position to comment on, defend or
 6    otherwise address the documents for Imerys.  So I
 7    just want to make sure that I put that out there so
 8    that, you know, I don't let that go without note.
 9              SPECIAL MASTER SCHNEIDER:  That sounds
10    like an important point because it sounds like they
11    have to be put on notice of the plaintiffs'
12    application that is going to be made challenging the
13    privilege designation, and they ought to be put on
14    notice of the schedule that's adopted about when they
15    have to respond to that.
16              MR. BERNARDO:  We've reached out to
17    their counsel.  And to be fair, your Honor, this was
18    just something I, with my colleagues, kind of sorted
19    through in the last couple of days, and I've
20    addressed that with Mr. Tisi, and he and I are going
21    to try to meet and confer and see if we can talk
22    through the J&J privileges on that log.  And I'll
23    leave it to them to reach out to the court.
24              Again, I don't want to speak out of
25    turn because I really don't know the process, but I
```

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

1    don't know whether given their bankruptcy they're

2    even like in a position to deal with that, meaning

3    like legally.  I just wanted to put that out there so

4    that it's on the record that a portion of this

5    relates to them and we have reached out to their

6    counsel.

7              MR. TISI:  Judge, if I can put a little

8    bit more gloss on that just so that you have a fuller

9    understanding.  The witness' name is Joshua Muscat

10   just so we can kind of make sure that we know that.

11   And he was a consultant initially with J&J or had

12   consulted with J&J in the normal course of business

13   in the 1990s.  And as time went on, he also became

14   involved with Imerys.  And then as time went on

15   further, he became an expert witness in litigation.

16              What I think we can at least do for

17   now, while preserving our right to deal with the

18   Imerys issue, as I think Mr. Bernardo had just

19   indicated, there are a subcategory of documents for

20   which Johnson & Johnson had been the privilege

21   holder.  And so, you know, I think we can kind of

22   carve that out and deal with those issues directly.

23   And I think we're trying to do that.  And I think

24   there are a fairly limited number of documents,

25   candidly, in that category.

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 28

1          Holding back the separate question of

2     his consulting with Imerys and then as a separate

3     category when he became an expert witness, which I

4     think presents different questions.  So there is

5     really kind of three categories of documents that

6     deal with this.  I think the one that is most -- we

7     can deal with right away is the ones where Dr. Muscat

8     was a consultant before litigation for J&J.

9          Does that make sense?

10          SPECIAL MASTER SCHNEIDER:  Well, you

11     raise a good point because it sounds like we're not

12     going to have a situation, Mr. Lapinski designates

13     his documents and, let's just take one category,

14     there is 50 documents.  And Mr. Bernardo responds and

15     he responds as to 45 documents, but can't respond as

16     to five others because they're not his privilege.

17     Right?  So then unless Imerys is put on notice, no

18     one is there to challenge the challenge to the

19     designation.

20          But I hear what you're saying, Mr.

21     Tisi, that that's not going to be the case, that all

22     of the designations are going to be directed to just

23     J&J privilege issues.

24          MR. TISI:  Correct.  And I think just

25     to -- for the nuance to it, and Mr. Bernardo will

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 29

1    correct me if I'm wrong, but I do believe that we

2    have engaged or J&J has been in contact with Dr.

3    Muscat's counsel who had issued the privilege log on

4    behalf of Dr. Muscat.  So there really are three

5    privilege logs involved.  There is the Imerys

6    privilege log, there is the Dr. Muscat privilege log,

7    and then presumably J&J has documents on its

8    privilege log related to this witness.

9               The short of it is, it's a little bit

10   of a Rubik's cube, but I think really where we come

11   down to it is that there is a category of documents

12   on Dr. Muscat's privilege log that relate to his

13   communications with J&J before he was a litigation

14   consultant, and we believe we're entitled to those

15   documents.

16               SPECIAL MASTER SCHNEIDER:  Okay.

17               MR. TISI:  We'll work through that

18   process.  We are conferring on it, but I agree,

19   that's kind of a little subcategory that you should

20   be aware of.

21               MR. BERNARDO:  And I didn't mean to

22   have us digress on this and resolve it, I simply

23   wanted to make sure I noted for the record that this

24   exists.  And I suspect, as Mr. Tisi says, we can work

25   through it.  And it may turn out to be a non-issue.

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

1    But if it turns out to be an issue, I just wanted to

2    make sure I alerted your Honor to it and that we

3    reach out to their counsel.

4                    SPECIAL MASTER SCHNEIDER:  Okay.

5                    Just one more thing, and I'm sorry for

6    backtracking back to O'Shaughnessy.

7                    Anticipating somewhere down the road

8    there is going to be a challenge to his deposition in

9    this MDL, if the plaintiffs want -- presumably, my

10   gut tells me there is an argument whether his

11   testimony is relevant, cumulative, proportional,

12   et cetera, et cetera.

13                   If the plaintiffs are going to argue

14   that some of the alleged privileged O'Shaughnessy

15   documents are relevant to that motion to quash, they

16   ought to raise it now in this challenge so we don't

17   have to deal with another privilege issue down the

18   road.

19                   Does what I'm saying make sense?  Do

20   you understand what I'm saying?

21                   MR. TISI:  Yes.

22                   MR. BERNARDO:  Yes, your Honor.

23                   SPECIAL MASTER SCHNEIDER:  Okay.

24                   And the last thing I would have is:  It

25   looks like on May 7th or thereabouts, Mr. Lapinski

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 31

```
 1    can identify the documents at issue.  Would it be

 2    possible for you to send me an electronic copy or a

 3    hard copy, if it's not that voluminous, of the

 4    documents at that time so I can get a head start

 5    looking at them to make a timely ruling on the

 6    privilege issue and not wait another 30 or 60 days to

 7    get rolling?

 8              MR. BERNARDO:  Your Honor, with all due

 9    respect, I would prefer that when we make the

10    submission to your Honor, it's after the briefing.

11    Because part of our briefing will be to contextualize

12    and provide information without which it will be -- I

13    know these documents.  They're very difficult to look

14    at.  It's not a matter of, you know, like early in my

15    legal clear where it's like, okay, here is a memo,

16    it's privileged or it's not.  They're very detailed

17    email exchanges.  And I think we would prefer to have

18    the briefing done and to be able to provide your

19    Honor, which we will do with the briefing, with a

20    document-by-document explanation of the basis of our

21    privilege that we think will assist your Honor in

22    terms of going through it.

23              So we would, if that's okay with your

24    Honor, prefer to have the process worked out, which

25    is how we've been briefing it in the New Jersey case.
```

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 32

1         SPECIAL MASTER SCHNEIDER:  So that
2  would be May 28th then?  That's when your response is
3  due?
4         MR. BERNARDO:  Yes.  Correct.
5         SPECIAL MASTER SCHNEIDER:  That's fine.
6  That's acceptable.
7         MR. BERNARDO:  Thank you.
8         SPECIAL MASTER SCHNEIDER:  So with the
9  briefs on May 28th, you'll serve a copy of the
10 documents for an in camera inspection?
11        MR. BERNARDO:  Yes.
12        SPECIAL MASTER SCHNEIDER:  Okay.
13        And if you have supporting affidavits,
14 declarations, to the extent that there is portions of
15 them that are not privileged, I'll assume you'll
16 serve plaintiffs with the non-privileged portion?
17        MR. BERNARDO:  Correct.  That's how
18 we've done it in federal court, which is to provide
19 plaintiffs with everything that we provided to the
20 court that's not privileged and an indication of what
21 we had provided to the court that is privileged.
22        SPECIAL MASTER SCHNEIDER:  Do you have
23 an anticipated date, I know it's hard to predict, but
24 when you're going to get a ruling?  Is all the
25 briefing done in the challenge in the state case

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 33

```
 1   before Judge Viscomi?

 2            MR. BERNARDO:  That's a bit of a moving

 3   process.  And the way it's been done there has been

 4   in multiple parts.  And there is an argument on part

 5   two next week.  But I think those are going to be

 6   proceeding on a very parallel track here and I think,

 7   again, there are some of the same legal issues.  I

 8   don't know Judge Viscomi's schedule in terms of

 9   ruling, but just based upon her other rulings and

10   what's on her docket at the moment, I'm not

11   anticipating we would get rulings in advance of

12   yours.

13            SPECIAL MASTER SCHNEIDER:  Okay.  Last

14   point.

15            Oral argument to be scheduled, if

16   requested.  Why don't we pencil in a date so that we

17   can lock it in?  And if we don't need it, we'll just

18   cancel it.  But this way if we have it on the

19   calendar, we'll know when it is, if it goes forward.

20            So the last brief is going to be June

21   11.  Is there a particular time of the month that

22   Judge Wolfson holds her calls?  I don't want to

23   interfere with that.

24            MS. SHARKO:  She doesn't have regularly

25   scheduled conferences.  We schedule them month to
```

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 34

 1   month usually.

 2              MS. PARFITT:  And the last call that we

 3   have with Judge Wolfson, your Honor, right now is one

 4   for May 12th.  So we don't have anything going into

 5   June at this time.

 6              SPECIAL MASTER SCHNEIDER:  Well, we

 7   said June 11, right?  So how about June 18 at 10

 8   o'clock, tentatively oral argument, if needed.  I

 9   guess we'll still be zooming those by then.

10              MR. TISI:  It's Friday the 18th, your

11   Honor?

12              SPECIAL MASTER SCHNEIDER:  That's what

13   I have.  Right.

14              And we'll pencil that in and usually --

15   well, I don't want to say anything.

16              If we don't need it, we'll cancel it.

17   If we need it, June 18th at 10 o'clock for oral

18   argument.

19              I think I have covered all of the

20   questions and issues I wanted to address.  Anything

21   else we need to address on my plate?

22              MS. SHARKO:  No, thank you, not from

23   the defendants.

24              MR. LAPINSKI:  Nothing from the

25   plaintiffs' side, I don't think, your Honor.

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 35

1            SPECIAL MASTER SCHNEIDER:  Okay.  Well,

2    then we can adjourn this call.

3            Remember, for the benefit of those who

4    weren't on the call, if you want to come formal to

5    the next Zoom with just me, that's fine.  if you want

6    to come less formal, that's okay with me, too.  I

7    can't speak for Judge Wolfson, but at least with me,

8    that will be fine.

9            So I hope everybody stays safe, has a

10   great weekend and thanks for everything and good

11   luck.  And we're adjourned.

12           ALL COUNSEL:  Thank you, your Honor.

13           (Proceeding concluded)

14

15

16

17

18

19

20

21

22

23

24

25

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

Page 36

```
 1              C E R T I F I C A T E

 2

 3          I, Theresa Mastroianni Kugler, a Notary Public

 4     and Certified Shorthand Reporter of the State of New

 5     Jersey, do hereby certify that the foregoing is a

 6     true and accurate transcript of the testimony as

 7     taken stenographically by and before me at the time,

 8     place, and on the date hereinbefore set forth.

 9          I DO FURTHER CERTIFY that I am neither a

10     relative nor employee nor attorney nor counsel of any

11     of the parties to this action, and that I am neither

12     a relative nor employee of such attorney or counsel,

13     and that I am not financially interested in the

14     action.

15

16

17

18        ┌─DocuSigned by:

19        │  Theresa kugler
          └──439DA67C1C71495...
             Theresa Mastroianni Kugler, C.S.R.
20           Notary Public, State of New Jersey
             My Commission Expires May 5, 2021
21           Certificate No. XI0857
             Date: April 26, 2021

22

23

24

25
```

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

37

**A**

able 8:21 16:13 18:6 31:18
acceptable 32:6
accepting 21:22
accurate 36:6
action 36:11,14
actual 8:7
addition 19:23
address 18:20 19:25 26:6 34:20,21
addressed 26:20
adjourn 35:2
adjourned 35:11
adjudication 21:16
adopted 26:14
advance 13:7 33:11
advice 9:14 10:4 10:7
affidavits 14:24 32:13
affirmed 19:3
afternoon 6:9,12 6:15
ago 7:4 13:21
agree 15:9 22:19 29:18
agreeable 7:5,6 21:22
agreed 15:14 23:9
agreement 16:4 25:2,2
agrees 21:6
ahead 14:22 22:23
ALABAMA 3:17
alert 24:8
alerted 30:2
alleged 30:14
ALLEN 3:15

amount 12:12
analysis 12:10
and/or 9:11
answer 7:8 10:19 11:18
anticipated 32:23
anticipating 30:7 33:11
anticipation 18:20
apologize 13:6
appealed 15:4
appearances 6:3
application 26:12
applied 15:19
apply 16:11
appreciative 21:24
approach 8:14
April 1:11 36:21
area 11:15
argue 30:13
arguing 11:21
argument 20:8,9 30:10 33:4,15 34:8,18
arguments 24:8
arm 16:16
Arps 4:15 6:23
Ashcraft 3:9 6:13
asserted 19:16
assertions 11:6 25:20,24
assist 31:21
associated 12:14
assume 7:9 14:22 32:15
assuming 15:3 20:8
attention 16:14
attorney 36:10 36:12
attorney-client

8:19 14:11,18
attorneys 3:7,13 3:19,25 4:5,11 4:18,25 9:12 9:17
Audubon 1:21
authors 9:13
AVENUE 3:22 4:16
avoid 14:6
avoids 11:25
aware 19:12 29:20

**B**

back 22:17 28:1 30:6
backpedal 25:7
backtracking 30:6
BANK 3:22
bankruptcy 26:1 27:1
BARR 4:1
based 8:13 18:5 19:14 33:9
basis 8:2 31:20
BAYLEN 4:2
BEASLEY 3:15
behalf 6:11,13 21:23 25:20 29:4
believe 11:5 29:1 29:14
benefit 10:25 35:3
Bernardo 4:15 6:22,22 10:19 10:21 12:3,8 12:21 13:6,12 13:16,20 14:13 14:16 15:13 16:16,18 17:1 17:9 19:21 20:6,12,17 21:1,4,15

22:19,25 23:1 23:21 25:6 26:16 27:18 28:14,25 29:21 30:22 31:8 32:4,7,11,17 33:2
best 23:24
better 12:15 17:15
BIDDLE 4:7
binding 15:4
bit 11:25 20:22 25:7 27:8 29:9 33:2
bold 24:24
BOX 3:16
break 18:11,15
breaking 18:19
Brennan 4:8 6:24,24
brief 14:24 24:11 33:20
briefed 11:3,21
briefing 19:25 21:9 24:5 31:10,11,18,19 31:25 32:25
briefs 24:9 32:9
bring 16:14
broad 18:3
broader 18:18
BUCHANAN 4:1
bucket 19:15
business 27:12

**C**

C 3:1 36:1,1
C.S.R 36:19
cable 13:7,14
calendar 33:19
call 13:5 34:2 35:2,4
calls 24:12 33:22
camera 17:20

32:10
CAMPUS 4:9
cancel 33:18 34:16
candid 23:21
candidly 27:25
Care 7:2
carve 27:22
case 13:19 17:4 17:17 21:19,23 23:16 28:21 31:25 32:25
cases 11:3,12 12:7 14:2
categories 9:5,7 9:9,9,12,16,21 9:24 10:9 11:1 11:2,20,22 12:14 14:22 18:9,18 28:5
category 7:18 14:23 15:10 18:12 25:12 27:25 28:3,13 29:11
CC'd 9:17,18
certainty 14:17
Certificate 36:21
Certified 1:19 2:8 36:4
certify 36:5,9
cetera 30:12,12
challenge 12:19 14:1,10 17:8 25:13 28:18,18 30:8,16 32:25
challenged 8:11 9:7 10:17 12:4 12:6 13:19,22
challenges 10:9
challenging 25:17 26:12
characterizati... 11:7
CHERRY 3:5

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

38

Chris 6:16,18 18:24 21:16
CHRISTOPH... 3:21 4:2
chunk 15:19
Civil 1:2
claimed 19:5
claims 14:18,19 14:20
clear 24:15 31:15
clearly 23:19
closest 10:20
COHEN 3:21
coherent 17:6
colleagues 26:18
collectively 24:1
Comcast 13:11
come 21:8 22:7 24:19 29:10 35:4,6
comfortable 22:11
commencing 2:12
comment 18:22 26:5
COMMERCE 3:16
Commission 36:20
committed 11:11
committee 6:8 6:11,14,17
Commonwealth 2:10
communicatio... 29:13
COMPANIES 4:12,19
company 10:14
completely 23:21
concerns 24:5
concluded 35:13

confer 11:13 15:24 16:12 26:21
CONFEREN... 1:5
conferences 33:25
conferring 29:18
confident 23:25
consideration 17:25 18:2
considered 17:22
consistency 12:25
consistent 14:3
consultant 27:11 28:8 29:14
consulted 27:12
consulting 28:2
CONSUMER 4:12,13,19,20
contact 29:2
contesting 7:18
context 8:18 17:22
contextualize 31:11
continue 16:9 18:10 20:1 21:10 23:11 24:3,12
cooperatively 21:7
coordinate 11:24 14:5 25:14
copied 9:10
copy 31:2,3 32:9
corpus 7:19 8:11 10:15,23 11:14
correct 7:13 20:6 21:1 28:24 29:1 32:4,17
counsel 7:2 9:25

9:25 10:3,13 24:17 25:18 26:17 27:6 29:3 30:3 35:12 36:10,12
country 10:18
couple 7:7 26:19
course 22:8 27:12
court 1:1,19 2:8 12:6 13:23 14:6,7,7 17:14 17:15 20:23,24 23:15 26:23 32:18,20,21
covered 34:19
cplacitella@c... 3:24
cross-designat... 16:25,25
cross-designat... 20:10
cross-noted 21:5
ctisi@levinla... 4:4
cube 29:10
cumulative 30:11
current 22:14

___ D ___

daily 23:5 24:12
Dan 6:10 7:22
dangerous 16:19
DANIEL 3:4
date 32:23 33:16 36:8,21
days 26:19 31:6
DC 3:11 4:16,23
deadline 12:13
deadlines 7:11 22:17
deal 27:2,17,22 28:6,7 30:17
decide 22:11
decided 15:8

declarations 14:25 32:14
defend 25:22 26:5
defendant 4:11 4:18,25 14:24 14:25 17:3
defendant's 20:13
defendants 6:21 6:23,25 10:22 11:11 19:19,21 25:21,25 26:4 34:23
define 12:15
dep 17:3
deposition 16:24 17:23 18:21 19:10,19,25 22:9,18 23:16 30:8
described 11:2
description 7:16 8:18
descriptions 11:8
designated 17:19
designates 28:12
designation 26:13 28:19
designations 28:22
despite 15:15
detailed 31:16
details 12:18
determination 17:12
determinations 8:21 18:7
different 8:14 9:5 10:18 14:2 20:21 28:4
difficult 31:13
digress 29:22
DIRECT 4:10

directed 14:10 22:25 23:2 28:22
directly 11:18 27:22
disagree 11:6
disappear 13:9
disclosing 11:15
disconnect 13:8
discoverable 10:7
discovery 24:20
discuss 23:23 25:9
discussing 19:24 25:8
discussions 15:11
dispute 15:7
disputes 24:21
district 1:1,1 20:24
dlapinski@m... 3:7
docket 1:2 33:10
document 8:17 9:17 11:14 14:4
document-by-... 31:20
documents 7:18 7:20,24,25 8:3 8:7,22,24,25 9:1,6,11,13,16 10:2,9,11,16 10:17,21,24 11:1,7,13,19 12:4,5,14 13:18,22 14:1 14:17,21 15:1 15:5,21,22 16:6 17:4,12 17:13,16,19,20 17:21 18:1,3,6 18:7,9,15,17 18:20 19:2,11

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

39

19:14,15 25:12
25:17,23 26:6
27:19,24 28:5
28:13,14,15
29:7,11,15
30:15 31:1,4
31:13 32:10
**Dr** 28:7 29:2,4,6
29:12
**dressed** 13:13
**Drinker** 4:7 6:21
6:25
**DRIVE** 3:4
**due** 31:8 32:3
**duplication** 12:1

**E**

**E** 3:1,1 5:2,2
36:1,1
**earlier** 12:9
24:21
**early** 24:19,25
31:14
**easier** 20:22
**EAST** 3:4
**effort** 15:20
**efforts** 12:1
24:17
**either** 17:21
19:3 25:2
**electronic** 31:2
**email** 7:4 31:17
**employee** 36:10
36:12
**engaged** 29:2
**ensure** 12:24
**enter** 16:11
**entitled** 29:14
**entries** 18:16
**entry** 16:12
**especially** 16:19
**ESQUIRE** 3:4
3:10,15,21 4:2
4:7,8,15,22 5:4
et 30:12,12
**everybody** 10:24

13:1 35:9
**exactly** 12:9
**examined** 19:17
**example** 11:14
**exchange** 10:4,5
**exchanged** 10:6
**exchanges** 31:17
**exercise** 16:5
**existing** 21:4
**exists** 29:24
**expect** 11:9
14:20
**expectation** 18:2
**expert** 25:15
27:15 28:3
**Expires** 36:20
**explanation**
31:20
**extension** 7:9,11
**extensions** 24:20
**extent** 32:14

**F**

**F** 4:23 36:1
**fact** 11:21 15:15
**facts** 10:5
**Faegre** 4:7 6:20
6:25
**fair** 12:12 26:17
**fairly** 23:7,25
25:2 27:24
**faith** 24:16
**fall** 11:15 24:19
24:25
**far** 8:13 18:15
**FAX** 3:6,18,24
4:10
**federal** 20:21,23
20:23 32:18
**feel** 22:11 23:5
**figure** 23:23
**filed** 24:9
**finally** 22:8
**financially**
36:13
**fine** 16:2 24:15

32:5 35:5,8
**Firm** 3:15 6:10
**first** 7:8 12:13
**fit** 18:18
**five** 14:2,22
28:16
**FLOM** 4:15
**FLORHAM** 4:9
**FLORIDA** 4:3
**foregoing** 36:5
**formal** 35:4,6
**formality** 6:4
22:20
**FORMAROLI**
1:18
**forth** 36:8
**fortunately** 14:3
**forward** 17:23
23:16 24:13
33:19
**found** 8:8
**four** 9:19 14:2
14:22
**Friday** 34:10
**front** 12:11 16:6
18:4 19:1
**fuller** 27:8
**further** 27:15
36:9

**G**

**gentleman** 16:22
**Gerel** 3:9 6:13
**give** 17:14
**given** 9:15 10:7
15:20 17:25
27:1
**gloss** 27:8
**go** 15:16 16:7
17:23 18:11
22:20 26:8
**goal** 22:3,3,13
22:13
**goes** 15:24 23:16
33:19
**going** 7:10,17

8:7,11,20 9:2,6
11:16 12:5
13:18 14:12,13
15:2,6,22
16:24 17:3,7
17:23 21:14
22:10 25:1
26:12,20 28:12
28:21,22 30:8
30:13 31:22
32:24 33:5,20
34:4
**good** 6:9,12,15
24:16,17,22
28:11 35:10
**GOODMAN** 5:4
**granted** 7:10
**gray** 11:15
**great** 7:15 24:18
25:5 35:10
**group** 15:21
**guess** 13:11 17:5
34:9
**guessing** 14:23
**gut** 30:10
**guy** 13:14
**guys** 23:2

**H**

**half** 9:2
**hand** 23:14
**handful** 13:23
16:6
**hands** 24:22
**happened** 19:9
**happy** 21:16
**hard** 31:3 32:23
**head** 9:19 31:4
**hear** 24:3 28:20
**hereinbefore**
36:8
**HILL** 3:5
**hold** 10:11
**holder** 27:21
**Holding** 28:1
**holds** 33:22

**Honor** 6:10,13
6:15,18 7:14
7:22 10:11,20
11:8,23 12:8
12:22 13:13
14:14 15:13,16
16:4,14,16
17:1,24 21:5
23:22 24:4
25:6 26:1,17
30:2,22 31:8
31:10,19,21,24
34:3,11,25
35:12
**hope** 15:17 35:9
**hopefully** 21:6
**Horse** 1:20
**hundred** 8:24,25
9:1
**hypothetically**
23:14

**I**

**idea** 17:15
**identify** 7:17
11:13 31:1
**identifying** 9:22
12:13
**Imerys** 25:10,25
26:6 27:14,18
28:2,17 29:5
**important** 26:10
**include** 17:19
**inconsistent**
12:1
**indicated** 27:19
**indication** 32:20
**individually**
25:16
**information**
10:5 19:14
31:12
**inhouse** 9:25
**initially** 17:13
27:11
**inside** 10:12,12

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

40

**inspection** 32:10
**interested** 36:13
**interfere** 33:23
**internet** 13:8
**intimately** 19:6
**involve** 9:24
  10:12
**involved** 10:24
  12:18,22 16:20
  19:6,7,8 27:14
  29:5
**involvement**
  9:18 13:21
**involves** 10:2
**issue** 7:20 9:6
  10:3,4 17:17
  22:9,10 24:16
  24:25 27:18
  30:1,17 31:1,6
**issued** 20:18
  29:3
**issues** 14:6 23:12
  24:20 27:22
  28:23 33:7
  34:20

**J**

**J&J** 6:21,23,25
  10:13,21 11:10
  23:12,17 26:22
  27:11,12 28:8
  28:23 29:2,7
  29:13
**Jersey** 1:1,21
  2:10 3:5,22 4:9
  11:3 20:16
  31:25 36:5,20
**Jessica** 4:8 6:24
**job** 13:2
**JOEL** 1:14
**john.beisner...**
  4:17
**Johnson** 1:5,5
  4:12,12,12,12
  4:13,13,19,19
  4:19,19,20,20

25:20,21,25,25
26:4,4 27:20
27:20
**Joshua** 27:9
**jschneider@m...**
  1:14
**Judge** 7:11
  11:22 12:6
  18:22 23:4
  27:7 33:1,8,22
  34:3 35:7
**June** 33:20 34:5
  34:7,7,17
**jurisdictions**
  10:18
**justifiably** 19:17

**K**

**K** 3:10
**keep** 22:12,13
**kick** 23:6
**kicked** 22:15
**kicking** 24:1
**kind** 21:17 26:18
  27:10,21 28:5
  29:19
**knocking** 9:2
**know** 7:8 8:10
  8:12 9:4,5,7,9
  10:5 12:18
  13:16 15:2,23
  16:5,18 18:10
  19:25 23:4,9,9
  24:4,8,10,24
  26:8,25 27:1
  27:10,21 31:13
  31:14 32:23
  33:8,19
**knowing** 14:17
**known** 4:13,20
**knows** 17:16
  26:1
**Kugler** 2:8 36:3
  36:19

**L**

**L** 5:2,4
**LAKE** 3:4
**Lapinski** 3:4 6:9
  6:10 7:22,23
  8:10,12 9:8
  10:1 11:1 16:3
  16:9 17:18,24
  18:10 28:12
  30:25 34:24
**Lapinski's** 12:3
**large** 15:19
**larger** 15:21
**law** 3:15 6:10
  11:15
**lawn** 13:4
**learned** 25:23
**leave** 26:23
**legal** 9:14 10:4,6
  20:14 31:15
  33:7
**legally** 27:3
**Leigh** 3:15 4:8
  6:7,7
**leigh.odell@b...**
  3:18
**let's** 14:22 22:10
  23:14 28:13
**Levin** 4:1 6:16
**LIABILITY** 1:6
**license** 2:9
**limited** 27:24
**list** 12:3
**litigate** 14:6
**litigation** 1:6
  10:25 12:20
  27:15 28:8
  29:13
**little** 11:24 20:22
  27:7 29:9,19
**lives** 20:17
**LLC** 3:3
**LLP** 3:9 4:7,15
  4:22 5:4
**lock** 33:17
**Locke** 4:22 7:1,1
**log** 8:7,15 11:8

25:17,19,24
26:22 29:3,6,6
29:8,12
**logistically**
  23:23
**logs** 29:5
**long** 7:5 24:24
**longer** 20:14
**look** 7:24 8:17
  9:20 18:11
  23:4 24:13
  31:13
**looked** 18:15,16
  18:18
**looking** 8:4
  14:21 16:5
  31:5
**looks** 30:25
**lot** 11:25
**loud** 17:11
**luck** 35:11
**ly** 23:24

**M**

**M** 3:21 4:7
**main** 22:13
**making** 15:20
  22:7
**MAPLE** 3:22
**MARKETING**
  1:5
**master** 1:14 6:1
  7:3,15 8:9 9:4
  9:23 10:15
  12:2,17 13:3
  13:10,15 14:8
  14:15,21 15:8
  16:1,8,21 17:2
  17:10,15 18:8
  19:18 20:4,7
  20:15,20 21:3
  22:1 23:13
  24:14 25:4
  26:9 28:10
  29:16 30:4,23
  32:1,5,8,12,22

33:13 34:6,12
35:1
**Mastroianni**
  1:18 2:8 36:3
  36:19
**matter** 2:7 11:16
  15:20 24:10
  31:14
**McCRACKEN**
  5:4
**MDL** 12:7 19:20
  19:23 21:13
  22:23 23:18
  30:9
**MEAGHER**
  4:15
**mean** 20:10
  23:17 24:7
  29:21
**meaning** 27:2
**meet** 11:13
  12:13 16:12
  26:21
**meet-and-conf...**
  16:13
**meeting** 21:8
**memo** 31:15
**mention** 17:21
**mentioned** 14:9
  18:24,25
**merits** 11:5
**Michelle** 3:10
  6:13
**mind** 21:8
**mindful** 24:4
**minutes** 7:4
**Missouri** 12:19
  13:23 19:9
**moment** 8:10
  33:10
**MONTGOM...**
  3:17 5:4
**month** 33:21,25
  34:1
**motion** 30:15
**Motley** 3:3 6:10

**MOUGEY** 4:1
**move** 17:3 19:19
  22:17,23 23:17
**moved** 19:22
**moving** 23:8
  33:2
**mower** 13:4
**mparfitt@ash...**
  3:12
**multiple** 33:4
**Muscat** 27:9
  28:7 29:4,6
**Muscat's** 29:3
  29:12

**N**

**N** 3:1 5:2
**name** 17:8,22
  18:17 27:9
**national** 12:23
**necessarily**
  23:17
**necessary** 20:2
  24:11
**need** 15:24
  19:23 21:21
  22:16 25:22
  33:17 34:16,17
  34:21
**needed** 34:8
**needing** 24:10
**neither** 36:9,11
**never** 21:17
**New** 1:1,21 2:10
  3:5,22 4:9,16
  11:3 20:16
  31:25 36:4,20
**non-issue** 29:25
**non-privileged**
  32:16
**normal** 27:12
**notable** 13:25
**Notary** 2:9 36:3
  36:20
**note** 26:8
**noted** 29:23

**notes** 9:20
**notice** 26:11,14
  28:17
**noticed** 7:16
**November** 22:8
**nuance** 28:25
**nuanced** 11:9
**number** 2:9 7:19
  8:6 9:2 13:22
  19:1 27:24
**numbers** 12:11
**NW** 3:10 4:16,23

**O**

**O** 5:2
**O'BRIEN** 4:1
**o'clock** 34:8,17
**O'Dell** 3:15 6:7
  7:13
**O'Shaughnessy**
  17:8 18:1,5,9
  19:4 20:16
  21:13,21 22:9
  22:18 30:6,14
**O'Shaughness...**
  17:21 19:19
**obviously** 11:4,6
  11:25 15:1
  26:4
**October** 22:8
**okay** 14:15 16:1
  17:2 20:7,20
  21:3 22:5
  24:14 25:4
  29:16 30:4,23
  31:15,23 32:12
  33:13 35:1,6
**once** 12:12
**ones** 28:7
**opposed** 9:25
**oral** 33:15 34:8
  34:17
**order** 8:6,17
  16:17 17:5
  20:2
**ordered** 19:10

**originates** 25:14
**ought** 26:13
  30:16
**outside** 9:25
  10:3,12,13
**overlap** 12:5,12
  12:16

**P**

**P** 3:1,1 5:2
**P.O** 3:16
**PA** 4:1
**Papantonio** 4:1
  6:16
**parallel** 33:6
**Parfitt** 3:10 6:12
  6:13 34:2
**PARK** 4:9
**part** 19:10 25:13
  31:11 33:4
**particular** 16:12
  24:7 33:21
**parties** 7:6 9:10
  22:12,14 36:11
**parts** 33:4
**party** 10:13
  25:15
**PC** 3:21
**pencil** 33:16
  34:14
**Pennsylvania**
  2:11 20:5,18
  20:19 22:22
  23:15
**PENSACOLA**
  4:3
**people** 10:12
**perfect** 13:2
**person** 12:24
  13:7
**Personal** 7:2
**personally** 21:21
  21:25
**pick** 15:14,16
**Pike** 1:20
**place** 36:8

**Placitella** 3:21
  3:21 6:18,19
  10:10 16:15,19
  21:11
**plaintiffs** 3:7,13
  3:19,25 4:5 6:6
  6:19 7:17
  11:11 12:13
  15:14,18,25
  16:3 22:20,22
  23:3 25:16
  30:9,13 32:16
  32:19
**plaintiffs'** 6:8,11
  6:14,17 26:11
  34:25
**plan** 17:19
**plate** 34:21
**PM** 2:12
**point** 12:24
  18:19,23 21:2
  25:8 26:10
  28:11 33:14
**population** 18:3
**portion** 25:19,23
  27:4 32:16
**portions** 32:14
**position** 12:15
  20:13 21:14
  26:5 27:2
**positions** 20:3
**possible** 31:2
**POWDER** 1:5
**power** 10:25
**PRACTICES**
  1:6
**predict** 32:23
**prefer** 31:9,17
  31:24
**presents** 28:4
**preserving**
  27:17
**presumably**
  29:7 30:9
**privilege** 7:20,25
  8:2,19,23 11:5

  12:19 13:25
  14:11,18 19:5
  19:15,16 25:13
  25:20,24 26:13
  27:20 28:16,23
  29:3,5,6,6,8,12
  30:17 31:6,21
**privileged** 15:8
  17:12,14 19:11
  30:14 31:16
  32:15,20,21
**privileges** 11:17
  26:22
**probably** 10:20
  11:8 14:1,24
**procedurally**
  19:22 23:23
**proceed** 26:2
**proceeding** 33:6
  35:13
**proceedings** 2:6
**process** 8:5 9:22
  11:3 15:24
  19:7,8 20:19
  20:21,22 21:9
  26:25 29:18
  31:24 33:3
**PROCTOR** 4:1
**produced** 8:1
  15:9 19:3,4
**product** 14:4,9
  14:11,19
**productive** 23:8
**Products** 1:5,6
  7:2
**profession** 16:19
**proportional**
  30:11
**proposal** 26:2
**propose** 7:5
**protect** 20:2
**provide** 14:24
  31:12,18 32:18
**provided** 32:19
  32:21
**public** 2:9 10:13

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

42

36:3,20
pull 8:16
purposes 8:23
put 6:3 8:17
 16:6,10 18:4
 25:11 26:3,7
 26:11,13 27:3
 27:7 28:17
putting 17:25

**Q**

quash 17:3
 19:19,22 23:15
 23:17 30:15
quashed 20:10
 22:21
question 7:8,21
 11:18 16:23
 23:20 28:1
questions 7:7
 28:4 34:20
quite 21:18

**R**

R 3:1,4 5:2 36:1
RACHEL 5:4
Rafferty 4:1
 6:16
raise 28:11
 30:16
raised 24:16,21
 25:7
reach 25:1,2,2
 26:23 30:3
reached 26:16
 27:5
readily 12:15
realistically 9:1
really 11:23
 21:17 22:20
 26:25 28:5
 29:4,10
reasons 11:23
 14:5
REATH 4:7
received 7:4

recipients 9:11
 9:13
record 6:2 21:20
 24:15 25:7
 27:4 29:23
RED 3:22
redaction 8:18
 8:19
redactions 8:1,2
 8:15
reduce 11:14
refile 24:11
regard 17:18
regularly 33:24
relate 18:5 19:3
 29:12
related 29:8
relates 27:5
relations 10:14
relative 36:10,12
relevance 17:15
relevant 30:11
 30:15
rely 24:16
Remember 35:3
remiss 26:3
REMOTE 1:5
 2:11
reply 15:1
Reporter 2:8
 36:4
Reporting 1:19
representative
 15:10,18,21
 18:4
represented
 25:10,16
requested 9:15
 33:16
requires 8:16,16
resolve 16:13
 29:22
resolved 13:24
respect 21:8
 31:9
respective 20:2

respond 26:15
 28:15
responds 28:14
 28:15
response 32:2
responsibility
 12:23
rest 15:10
result 7:10
RETIRED 1:14
reviewed 15:5
 17:4,20
reviews 18:14
RHOADS 5:4
Rice 3:3 6:10
Rich 22:25 23:5
 23:20
Richard 4:15
 6:22 10:21
richard.berna...
 4:18
right 8:4,12 9:22
 13:4 16:8 19:1
 20:5,21,22,25
 22:23 27:17
 28:7,17 34:3,7
 34:13
ripe 22:10
road 15:7 22:15
 23:7 30:7,18
rolling 31:7
ROTH 3:21
Rubik's 29:10
rule 15:2 16:7
ruling 13:16,17
 14:3 15:3,4
 16:7,11 31:5
 32:24 33:9
rulings 12:1
 13:18,21 15:17
 18:6 33:9,11

**S**

S 3:1 5:2,2
safe 35:9
sake 20:8,9

SALES 1:6
sample 18:6
samples 18:4
saying 28:20
 30:19,20
says 29:24
schedule 7:5,17
 22:4,14 26:14
 33:8,25
scheduled 33:15
 33:25
scheduling 19:7
SCHNEIDER
 1:14 6:1 7:3,15
 8:9 9:4,23
 10:15 12:2,17
 13:3,10,15
 14:8,15,21
 16:1,8,21 17:2
 17:10 18:8
 19:18 20:4,7
 20:15,20 21:3
 22:1 23:13
 24:14 25:4
 26:9 28:10
 29:16 30:4,23
 32:1,5,8,12,22
 33:13 34:6,12
 35:1
see 10:8 11:12
 11:24 16:15,21
 21:7 24:2
 26:21
seeing 14:25
seen 12:3,9
select 15:18
send 31:2
sense 22:2 28:9
 30:19
separate 21:16
 28:1,2
separately 18:16
serve 20:23,24
 21:21 32:9,16
served 21:2,25
service 21:22

serving 22:21
set 7:12 10:17
 17:13 36:8
SEYFARTH
 4:22
Sharko 4:7 6:20
 6:20 21:25
 33:24 34:22
Sharko's 7:4
SHAW 4:22
short 7:9 29:9
Shorthand 36:4
shortly 25:3
side 15:15 34:25
significant 24:10
significantly 8:6
similar 18:3
simply 11:6
 29:22
situation 22:7
 24:19 28:12
situations 10:8
 16:10
Skadden 4:15
 6:23
SLATE 4:15
small 13:22,23
somewhat 17:6
sorry 8:24 12:8
 13:3 22:24,25
 30:5
sort 11:25 15:25
 21:7
sorted 26:18
sought 10:7
 11:23
sound 17:6
sounds 22:22
 24:22 25:5
 26:9,10 28:11
South 1:20 4:2
speak 26:24 35:7
speaking 23:5
SPECIAL 1:14
 6:1 7:3,15 8:9
 9:4,23 10:15

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

43

12:2,17 13:3
13:10,15 14:8
14:15,21 16:1
16:8,21 17:2
17:10 18:8
19:18 20:4,7
20:15,20 21:3
22:1 23:13
24:14 25:4
26:9 28:10
29:16 30:4,23
32:1,5,8,12,22
33:13 34:6,12
35:1
specific 9:6
15:23 18:12
20:14
specifically 15:5
spent 25:18
spoiler 24:8
spoke 16:23
start 6:6 17:5
31:4
state 2:10 12:6
13:23 20:22,24
20:25 23:16
32:25 36:4,20
statement 21:12
STATES 1:1
STATUS 1:5
stay 22:3
stays 35:9
steering 6:8,11
6:14,17
stenographica...
2:7 36:7
STREET 3:10
3:16 4:2,23
stuff 13:1
subcategory
27:19 29:19
subject 11:16
submission
31:10
subpoena 19:22
20:5,9,18,23

21:4,9,13
22:21 23:15
suddenly 13:9
SUITE 3:4
supporting
32:13
suppose 17:7
23:14
sure 13:1 20:1
22:3 25:9 26:7
27:10 29:23
30:2
Susan 4:7 6:20
susan.sharko...
4:11
suspect 9:24
29:24

T

T 4:15,22 5:2
36:1,1
table 25:11 26:3
take 8:16,16,20
28:13
taken 2:7 36:7
talcum 1:5 10:25
talk 21:17 26:21
tee 22:9,10
tell 9:20 13:17
14:16
tells 30:10
tentatively 34:8
term 20:14
terms 23:8 24:5
31:22 33:8
testimony 17:16
19:13 30:11
36:6
thank 32:7
34:22 35:12
thanks 35:10
thereabouts
30:25
Theresa 2:8 36:3
36:19
thing 10:10

11:10 20:14
30:5,24
things 23:8
think 7:8,24 8:2
8:24 9:1 10:1,8
12:12 15:14,16
15:20,23 17:8
17:25 18:2
19:13 20:5
21:15,21,25
22:1,24 23:1,7
24:24 25:1,10
26:1 27:16,18
27:21,23,23
28:4,6,24
29:10 31:17,21
33:5,6 34:19
34:25
thinking 9:19
17:11 22:2,17
third 9:10 10:13
25:15
THOMAS 4:22
thought 15:15
thousand 8:5,11
10:16 19:2
three 28:5 29:4
THURSDAY
1:11
time 13:5 18:24
18:25 21:24
22:16 24:7,10
25:18 27:13,14
31:4 33:21
34:5 36:7
timely 31:5
timing 24:5
Tisi 4:2 6:15,16
13:13 18:22,25
19:24 21:6,7
22:24 23:4,19
23:22 24:12,23
25:9,14,21
26:20 27:7
28:21,24 29:17
29:24 30:21

34:10
tlocke@seyfar...
4:24
Tom 7:1
top 9:19
topics 23:6
total 7:20 8:3,23
track 22:13 33:6
tracked 21:24
transcript 2:6
36:6
treatment 15:23
true 10:11 36:6
try 11:24 13:2
15:25 18:11
26:21
trying 14:5 15:6
21:11 23:8,22
24:1 25:14
27:23
turn 26:25 29:25
turns 30:1
twisting 16:16
two 33:5

U

ultimately 10:6
Um-hum 17:9
underlie 10:6
understand
18:19 19:5,9
21:12 30:20
understanding
14:9 15:3 27:9
Unfortunately
12:21
uniformity
12:25
UNITED 1:1
universe 7:19
8:3
USMJ 1:14
usually 34:1,14
utilized 10:24

V

V 4:2
vacated 20:11
vein 15:12
version 12:10
VIDEOCONF...
1:6 2:11
Videoconfere...
1:19
Viscomi 11:22
12:6 33:1
Viscomi's 33:8
voluminous 31:3

W

wait 31:6
waive 11:16
WALKER 5:4
want 6:3 11:4
13:16 17:22
19:2,13 22:22
23:6 24:15,23
25:9,11 26:7
26:24 30:9
33:22 34:15
35:4,5
wanted 19:12
27:3 29:23
30:1 34:20
warrant 15:23
WASHINGT...
3:11 4:16,23
waved 13:9
way 8:14 16:7
23:24 24:2
33:3,18
ways 19:25
we'll 12:14
19:23 29:17
33:17,19 34:9
34:14,16
we're 6:1 8:3,5
9:2,21 14:5
16:4,4,25 23:25
27:23 28:11
29:14 35:11
we've 8:13 18:16

DocuSign Envelope ID: 89A3ECC0-EB7C-425D-95F4-F44F6BCD312F

April 22, 2021

44

18:17 21:22
23:7,22 26:16
31:25 32:18
**week** 11:22 33:5
**weekend** 35:10
**went** 27:13,14
**weren't** 24:21
35:4
**White** 1:20
**whittle** 8:6
**winter** 24:19,25
**wish** 13:12
**withheld** 7:25
8:22
**witness** 25:15
27:15 28:3
29:8
**witness'** 27:9
**Wolfson** 7:12
33:22 34:3
35:7
**work** 8:13,20
14:4,9,11,19
23:10,11,24
24:2,18 25:22
29:17,24
**worked** 31:24
**working** 8:5
11:11 21:6
25:21
**works** 23:25
**wrong** 29:1

**X**
**XIO857** 36:21

**Y**
**Yeah** 9:8 24:23
**Years** 13:21
**YORK** 4:16

**Z**
**Zoom** 1:5 2:11
6:5 13:5 35:5
**zooming** 34:9

**0**
**07701** 3:22
**07932** 4:9
**08002** 3:5
**08106** 1:21

**1**
**10** 34:7,17
**101** 3:4
**11** 33:21 34:7
**12** 8:4,10 10:16
**127** 3:22
**12th** 34:4
**13** 8:4,11 10:16
**1440** 4:16
**18** 34:7
**1825** 3:10
**18th** 34:10,17
**1990s** 27:13

**2**
**20004** 4:23
**20005** 4:16
**2006** 3:11
**202-371-7410**
4:17
**202-759-7648**
3:12
**202-828-5376**
4:24
**2021** 1:11 36:20
36:21
**210** 3:4
**215-567-3500**
3:23
**215-567-6019**
3:24
**218** 3:16
**22** 1:11
**26** 36:21
**28th** 32:2,9

**3**
**3:16-md-2738-...**
1:2
**3:59** 2:12

**30** 31:6
**30X100085700**
2:9
**316** 4:2
**32502** 4:3
**334-954-7555**
3:18
**36104** 3:17

**4**
**4160** 3:16
**45** 28:15

**5**
**5** 36:20
**50** 7:17 14:23
15:8,9,14,17
15:17 28:14
**515** 1:20

**6**
**60** 31:6
**600** 4:9
**63** 8:23
**68** 8:25 9:1

**7**
**732-747-9003**
3:23
**7th** 30:25

**8**
**800-277-1193**
4:4
**800-674-9725**
3:11
**800-768-4026**
3:6
**800-898-2034**
3:17
**850-435-7000**
4:3
**856-488-7797**
1:15
**856-546-1100**
1:22
**856-667-0500**

3:5
**856-667-5133**
3:6

**9**
**973-360-9831**
4:10
**973-549-7350**
4:10
**975** 4:23