Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

IN RE:  JOHNSON & JOHNSON            CIVIL DOCKET NUMBER:
TALCOM POWDER PRODUCTS
MARKETING, SALES PRACTICES          3:16-md-2738-FLW-LHG
AND PRODUCTS LIABILITY              STATUS CONFERENCE VIA REMOTE
LITIGATION                          ZOOM VIDEOCONFERENCE
_____

               Date:  March 31, 2021
               Commencing at 3:30 p.m.


 B E F O R E:       JOEL SCHNEIDER, USMJ, RET.


 A P P E A R A N C E S:

    MOTLEY RICE LLC
    BY: DANIEL R. LAPINSKI, ESQUIRE
    210 LAKE DRIVE EAST, SUITE 101
    CHERRY HILL, NJ  08002
    For the Plaintiffs

    ASHCRAFT & GEREL, LLP
    BY:  MICHELLE A. PARFITT, ESQUIRE
    1825 K STREET, NW
    WASHINGTON, DC  20006
    For the Plaintiffs

    BEASLEY ALLEN LAW FIRM
    BY:  PATRICIA LEIGH O'DELL, ESQUIRE
    218 COMMERCE STREET
    P.O. BOX 4160
    MONTGOMERY, AL  36104
    For the Plaintiffs

DocuSign Envelope ID: 5F225AB7-28E6-4CF2-8512-66FC198BAF5E

March 31, 2021

Page 2

```
 1    A P P E A R A N C E S (Continued):

 2    COHEN, PLACITELLA & ROTH, PC
      BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
 3    127 MAPLE AVENUE
      RED BANK, NJ  07701
 4    For the Plaintiffs

 5    LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY PROCTOR, P.A.
      BY:  CHRISTOPHER V. TISI, ESQUIRE
 6    316 SOUTH BAYLEN STREET
      PENSACOLA, FL  32502
 7    For the Plaintiffs

 8    FAEGRE DRINKER BIDDLE & REATH LLP
      BY:  SUSAN M. SHARKO, ESQUIRE
 9    600 CAMPUS
      FLORHAM PARK, NJ  07932
10    For the Defendant, Johnson & Johnson and
      Johnson & Johnson Consumer Companies, Inc.,
11    now known as Johnson & Johnson Consumer, Inc.

12    SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP
      BY:  JOHN H. BEISNER, ESQUIRE
13         RICHARD T. BERNADO, ESQUIRE
      1440 NEW YORK AVENUE, N.W.
14    WASHINGTON, DC  20005
      For the Defendants, Johnson & Johnson and
15    Johnson & Johnson Consumer Companies, Inc.,
      now known as Johnson & Johnson Consumer Inc.
16
      SEYFARTH SHAW LLP
17    BY:  THOMAS T. LOCKE, ESQUIRE
      975 F STREET, N.W.
18    WASHINGTON, DC  20004
      For the Defendant, Personal Care Products Council
19
      LEVIN, SEDRAN & BERMAN
20    BY:  LAURENCE S. BERMAN, ESQUIRE
      510 WALNUT STREET, SUITE 500
21    PHILADELPHIA, PA  19106

22    A L S O   P R E S E N T:

23    Rachel L. Goodman, Esquire
      Montgomery McCracken Walker & Rhoads LLP
24

25
```

DocuSign Envelope ID: 5F225AB7-28F6-4CF2-8512-66FC198BAF5E

March 31, 2021

Page 3

```
 1              (PROCEEDINGS held via remote Zoom
 2    videoconference before Joel Schneider, USMJ, Ret., at
 3    3:30 p.m.)
 4              SPECIAL MASTER SCHNEIDER:
 5              This is replacement Special Master Retired
 6    Judge Schneider.  We are here on the Talc MDL, 16-2738.
 7    This is my first call with counsel.  I'm delighted to
 8    be here.
 9              I don't know what the protocol is with Judge
10    Pisano. My understanding, I could be wrong, was that he
11    didn't have a court reporter for his conferences, but I
12    was looking at Judge Wolfson's order from 2017, Docket
13    Number 704, and I got the impression that the
14    proceedings should be of record.  So I'm just going to
15    follow the instructions.  I don't think it's a bad
16    practice to put our calls on the record.
17              Why don't we start with the, I guess,
18    introduction and entries of appearances.  Start with
19    the plaintiffs as we usually do.
20              MS. O'DELL:  Good afternoon, Judge, Leigh
21    O'Dell from Beasley Allen on behalf of the plaintiffs,
22    the Steering Committee.
23              MS. PARFITT:  Good afternoon -- good
24    afternoon, Your Honor, Michelle Parfitt, Ashcraft &
25    Gerel, on behalf of the plaintiffs, the Steering
```

DocuSign Envelope ID: 5F225AD7-28E6-4CE2-8512-66FG198BAE5E

March 31, 2021

Page 4

```
 1    Committee.  It's a pleasure to meet you.

 2              MR. PLACITELLA:  Good afternoon, Your Honor,

 3    Chris Placitella.  Hope you are well.  I'm the liaison

 4    counsel for the plaintiffs.

 5              MR. LAPINSKI:  Your Honor, good afternoon.

 6    Dan Lapinski from the Motley Rice firm.

 7              MR. TISI:  Good afternoon, Chris -- this is

 8    Chris Tisi from Levin Papantonio Rafferty at the -- on

 9    behalf of the plaintiffs.

10              MR. BERMAN:  I may be the last, Laurence

11    Berman, Levin Sedran & Berman, also for the plaintiffs.

12              SPECIAL MASTER SCHNEIDER:  Mr. Placitella,

13    you either have the nicest, organized library I've ever

14    seen, or a very nice backdrop picture.

15              MR. PLACITELLA:  I just finished a seminar

16    and, admittedly, it is a backdrop picture.

17              SPECIAL MASTER SCHNEIDER:  Okay.

18              Defendant.

19              MS. SHARKO:  Susan Sharko from Drinker

20    Biddle, now known as Faegre Drinker, for the J&J

21    defendants.

22              MR. BERNARDO:  Good afternoon, Your Honor,

23    Rich Bernardo from Skadden Arps, also for the

24    defendants.

25              And thank you, and thank you all, for
```

DocuSign Envelope ID: 5F225AB7-28E6-4CE2-8512-66FC198BAF5E

March 31, 2021

Page 5

```
 1    accommodating my -- my COVID shot.  As you all know
 2    it's been an ordeal to try to get an appointment.  So
 3    moving in line with -- and anyway, I appreciate the
 4    courtesy.
 5              MR. TISI:  Show me hand, Richard.
 6              MR. BERNARDO:  It had nothing to do with my
 7    COVID shot, unfortunately.
 8              Judge Schneider, just so you know, I am a
 9    total mess, I got a COVID shot, my hand is broken.
10    It's not off to a good start.
11              (Discussion off the record.)
12              MR. BEISNER:  Your Honor, it's John Beisner
13    also from Skadden Arps on behalf of the J&J defendants.
14              MS. BRENNAN:  Good afternoon, Your Honor,
15    Jessica Brennan, Faegre Drinker, on behalf of the J&J
16    defendants.
17              MR. LOCKE:  Good afternoon, Your Honor, Tom
18    Locke, Seyfarth Shaw, on behalf of the Personal Care
19    Products Council.
20              SPECIAL MASTER SCHNEIDER:  Rachel, you want
21    to put your name on the record just so everyone knows
22    who you are.
23              MS. GOODMAN:  Sure.  This is Rachel Goodman,
24    Montgomery McCracken.
25              SPECIAL MASTER SCHNEIDER:  So I just want to
```

DocuSign Envelope ID: 5F235AB7-2B56-4CE2-8512-66FC198BAE5E

March 31, 2021

Page 6

1    say that I'm delighted to have the appointment by Chief

2    Judge Wolfson, although, like you all, I regret the

3    circumstances under which the appointment occurred.

4            I knew Judge Pisano.  He was a gentleman.  He

5    gave me some great advice when I first joined the

6    bench, and will be missed.  And I know I have big shoes

7    to fill, but I'm going to do my best.

8            I see some familiar faces on the phone, which

9    is great, and I'm sure you all did your due diligence

10    about who I am and where I came from.  So there is no

11    need to go into that.

12            In sum and substance, I just retired after 14

13    years as a magistrate judge in Camden.  And I guess the

14    last five or six years I had the pleasure of working on

15    two MDLs with Judge Kugler.  Then I closed one, which

16    was resolved and Valsartan, which is still going on.

17    And I learned a lot that I think could help and will

18    help me grapple with the issues in this case.  But I

19    know this case has a long tail, and there is a lot to

20    know.

21            I did a fair amount of work to get ready for

22    this call.  I think I understand the general issues and

23    the complexity of this case, because of the parallel

24    proceedings in not only New Jersey State Court, but

25    state court around the country.  I know we have to

DocuSign Envelope ID: 5F225A97-28E6-4CE2-8512-66FC198BAE5E

March 31, 2021

 1   grapple with those issues.

 2            I thought a good way to start this call was

 3   just to -- instead of you telling me the history of the

 4   case, I'll generally tell you what I know and if you

 5   think there is any gaps that need to be filled, we'll

 6   fill them in.

 7            Talk about the general status of the case;

 8   talk about the issues that you would like me to

 9   address.  I'm aware of the privilege issue and the

10   deposition issue.

11            And then when we leave this conference have

12   some sort of schedule for how we are going to proceed

13   with deadlines.  I don't think any decisions will be

14   made today.

15            Just so you know, again, I'm new to this

16   asbestos talc world.  So I introduced myself to the

17   players who I thought ought to know about my

18   appointment.  I alerted Judge Porter with New Jersey

19   State Court of my appointment.  We had a very brief

20   conversation.  He's an incredibly gracious and nice

21   gentleman.

22            I alerted Judge Viscomi by e-mail of my

23   appointment.  We had no substantive conversations about

24   the cases.  He acknowledged my e-mail.  Wished me the

25   best.

DocuSign Envelope ID: 5F235AB7-2B56-4CE2-8512-66FC198BAE5E

March 31, 2021

Page 8

```
 1              I sent an e-mail to Special Master Norton in

 2    Missouri just alerting him to my appointment.  And I

 3    recently sent an e-mail to Judge Burlison in Missouri,

 4    I think it is, notifying him of my appointment.  But

 5    again, we have had no conversations whatsoever.  So to

 6    put your mind at ease, I have had no substantive

 7    conversations either in person or e-mail with any of

 8    these people.  I thought it was appropriate to wait to

 9    get some insight from you.

10              My general understanding of where we are is

11    as follows:  I know that the focus of this MDL to date

12    has been on the Daubert issues.  I know that you dealt

13    with causation discovery.  I know that Judge Pisano

14    recently entered an order permitting some corporate

15    depositions to go forward.

16              I'm generally under the impression that you

17    are now in the phase of the case where you are seeking

18    to identify and work up bellwether cases.  I would like

19    to get a little bit more detail on where you are on

20    that.

21              At one time I saw on the docket a scheduling

22    order.  I tried to track it down, but the docket is

23    just so big and my computer power is not that strong.

24    I just couldn't find it again.  So I'm sure you can

25    alert me.  But I have a vague recollection that at
```

DocuSign Envelope ID: 5F225AB7-28E6-4CE2-8512-66FC198BAF5E

March 31, 2021

Page 9

1    least the last scheduling order was sometime in May or

2    June you were going to finish fact discovery.

3             That's what I know about the general status

4    of the case.  At least the two general issues that we

5    are going to discuss today are privilege and

6    depositions.  Anything else you want to discuss is

7    fine, we can, of course, discuss that.

8             But in terms of just a general status of the

9    case, and maybe dealing with it at sort of a

10   10,000-foot level, is my understanding of where we are

11   generally correct; you are through causation, Daubert,

12   discovery?  It doesn't sound -- I could be wrong, it

13   doesn't sound like you've identified yet the

14   bellwethers that you are going to go to trial with, but

15   you have a subset of cases from which those cases are

16   going to be selected.  Some or all of them are being

17   worked up now and at least at sometime in the past

18   there was a deadline that Judge Wolfson probably set to

19   finish fact discovery on those cases.

20           So that's my general understanding of where

21   we are.  Maybe starting with the plaintiffs, can you

22   tell me what I missed and what I should know.

23           Again, we are just talking from a 10,000-foot

24   level, because there is just so much history here that

25   I may not need to know to do the work that I was asked

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAE5E

March 31, 2021

1    to do.

2              MS. PARFITT:  Judge, this is Michelle

3    Parfitt, I am a plaintiff's colead.

4              And perhaps just to start with the bellwether

5    and then pass to my partner and others.

6              We have, in fact, as of yesterday, we have

7    whittled down the number of bellwether selections to

8    three each.  The process started months ago where we

9    worked up preliminarily about 30 cases and then each

10   side selected four, and then yesterday we -- each side

11   struck one case from the other side.

12             So, we are really at the phase of bellwether

13   wherein we have now, both plaintiff and defendant have

14   three cases each, and those cases will then move

15   forward with regard to a more fulsome discovery

16   process.  So that's where we are right now.  So that is

17   moving full steam ahead, and we are obviously

18   encouraged and excited about that process.

19             So I took the very last comment that you

20   talked about first with regard to where we are on the

21   case-specific discovery.

22             And you are absolutely correct with regard to

23   Daubert.  We spent the last few years working up that

24   aspect of the case, and again, very excited to be

25   getting to the liability portion of the case which,

schedules@mfreporting.com  Mastroianni & Formaroli, Inc.            856-546-1100
                Professionals Serving Professionals

DocuSign Envelope ID: 5F235AD7-38F6-4CF2-8612-66FC498BAF5E

1    frankly, brings many of the issues to you.

2                 And I'll pass the baton to my partner, Leigh,

3    and see if she wants to add anything to that.

4                 SPECIAL MASTER SCHNEIDER:  Could I just ask

5    you a question there?

6                 MS. PARFITT:  Yes, mm-hmm.

7                 SPECIAL MASTER SCHNEIDER:  So there is a

8    total of six cases that are now in the bellwether pool.

9                 MS. PARFITT:  Yes.

10                 SPECIAL MASTER SCHNEIDER:  Do I take it that

11   there is a general consensus that you are going to work

12   up those six individual cases as if they are -- all six

13   are going to go to trial?

14                 MS. PARFITT:  That is correct.  And then what

15   will happen is, the plaintiffs will have the

16   opportunity to make the first selection for the first

17   bellwether trial; then the defendants will make the

18   next selection for the second case.

19                 So we are on track to move forward.  Judge

20   Wolfson has indicated that she's hopeful that we will

21   perhaps in 2022 be able to actually have a trial.  And,

22   again, we are enthused about that.

23                 The discovery order that is before the court

24   right now with regard to those bellwether cases takes

25   us through to about December of 2021.

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAF5E

March 31, 2021

Page 12

```
 1              So we have a fairly arduous schedule ahead of
 2      us with regard to those six cases, but we've begun that
 3      process and, again, optimist that we will be able to
 4      have a trial the first of 2022.
 5              SPECIAL MASTER SCHNEIDER:  I'm going to pick
 6      on you, because I have you in my box here.
 7              The latest scheduling order, the one I saw at
 8      one time that I couldn't track down; one, do you know
 9      the docket number; and, 2, do you have the dates handy
10      what those deadlines are?
11              MS. PARFITT:  I'll do better then that.  Now
12      why don't we send that.  How about that?  I feel like
13      I'm in law school now and I'm the block that you found,
14      right, I'm being called, I'm Vannah White.
15              No, no, I'm delighted to give the infor --
16      why don't we do this, we can send you a copy of not
17      only the scheduling order.  How will that be?  Then you
18      will have that.
19              SPECIAL MASTER SCHNEIDER:  Okay, do you know
20      the deadlines offhand?  Because it -- it probably will
21      be important for what we talk about today in terms of
22      scheduling.
23              MS. PARFITT:  I do.  If you give me just a
24      few minutes, I'll go ahead and get that handy for you,
25      okay?
```

DocuSign Envelope ID: 5F235AD7-38F6-46E2-8612-66FC498DAF5E

March 31, 2021

Page 13

1              SPECIAL MASTER SCHNEIDER:  Okay.

2              MS. PARFITT:  All right.

3              SPECIAL MASTER SCHNEIDER:  So if you want to

4    pass it off in the meantime to your colleague, that's

5    fine.

6              MS. O'DELL:  Then, great, I will take the

7    baton, Judge.

8              I will say the initial deadline is May 15th

9    for additional discovery in the cases that were

10   selected, initial fact discovery.  And if not mistaken,

11   we depose experts July the 2nd, and it sort of moved

12   through, you know, for the remainder of the year.

13             But we'll put the order in the chat or

14   circulate it, if that is of help to you.

15             And so most of that work, Your Honor, will be

16   case-specific work.  And the expert causation work

17   would be really in somewhat of a separate track than

18   the liability discovery, you know, that will likely be

19   the subject of this call, whether it be privilege

20   challenges, corporate witness depositions, et cetera.

21             SPECIAL MASTER SCHNEIDER:  Generally, from

22   plaintiffs' perspective as to these six cases, is there

23   any, I'll call it fact discovery, generally, we can get

24   into specifics after we drill down a little bit, that

25   you want to take?  Are there additional fact

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498BAF5E

March 31, 2021

Page 14

1    depositions that -- apart from the ones that Judge

2    Pisano dealt with that you want to take?

3              MS. O'DELL:  Your Honor, let me make sure I'm

4    clear on your question.

5              Are you will talking about in the individual

6    cases that have been selected for the bellwether pool?

7              SPECIAL MASTER SCHNEIDER:  Just the six.

8    Because that's all we are dealing with now; the six

9    cases, right?

10             MS. O'DELL:  Yes, sir.  But in terms of the

11   bellwether preparation, that would be correct.  And I

12   suspect in each of those individual cases, there will

13   be additional fact witnesses, lay witnesses, and then

14   also treating, other kind of health care professionals.

15   We haven't done that analysis, but I suspect that will

16   occur.

17             But in a separate independent track, you

18   know, the Plaintiffs' Steering Committee would like to

19   focus on corporate witness depositions that haven't

20   been taken, certainly not in this MDL, but in other

21   state court proceedings as well.

22             And so that liability discovery is something

23   that we really have not had a opportunity to turn our

24   attention to.

25             SPECIAL MASTER SCHNEIDER:  Are you going to

DocuSign Envelope ID: 5F235AD7-38F6-46E2-8612-66FC498BAF5E

March 31, 2021

1    ask to take any corporate depositions other than the

2    ones that Judge Pisano dealt with in his recent order?

3              MS. O'DELL:  You know, right now, I'll defer

4    to my colleague, Chris Tisi, who has been sort of

5    spearheading the discovery, liability discovery.

6              And so Chris, if you want to take that

7    question you can provide a more fulsome answer.  The

8    answer -- the true answer, I believe, Judge, is no.

9    But, Chris, please take it -- take it from there.

10             MR. TISI:  Well, Your Honor, the only reason

11   I know -- this is Chris Tisi, for the record, on behalf

12   of Plaintiffs' Steering Committee.

13             There -- we mentioned -- you raised another

14   one yesterday of -- Rich Bernardo, who is my

15   counterpoint on the other side, we talked about Mr.

16   Jutkowski (phonetic) -- I'm sorry, Mr. -- he's a

17   witness, I'm forgetting the name.  Rich, maybe you can

18   help me out on it but...

19             As we go through and are appearing to these,

20   there may be other corporate witnesses who we want to

21   depose.

22             I mean we have -- one of the things, I think,

23   to back up, if you don't mind, we have kind of a dual,

24   a dual responsibility here that I'm trying to navigate.

25   One is to take whatever corporate and third-party

DocuSign Envelope ID: 5F235AD7-38F6-46E2-8612-66FC498DAF5E

March 31, 2021

Page 16

1   discovery we need to do from a more general standpoint,

2   not case specific, that would be usable in the

3   bellwether trials that Judge -- that Judge Wolfson has

4   indicated she intends to try.

5           The other aspect and the other -- I need to

6   keep on is the development of a trial package for the

7   purposes of -- for the purposes of any case that might

8   be remanded from her court.

9           And so to answer your question, I believe

10  there are two subtracks here.  That would be on one

11  hand trying to make sure that we have the liability

12  testimony necessary to prove our case on the liability

13  side for the cases that are bellwether cases and the

14  other one is a more long-term.

15          I would also add here, there are other

16  potential third parties that we are looking into in

17  addition to corporate witnesses.  We are evaluating

18  those.  And so -- so I didn't want to leave this

19  conversation without -- without saying that your

20  question was premised on corporate liability witnesses,

21  but there might be some third-party witnesses who we

22  need to discuss as well.

23          I hope I have answered your question.

24          SPECIAL MASTER SCHNEIDER:  Let me ask you

25  this question:  Does anyone disagree with the notion

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAF5E

March 31, 2021

1    that we ought to have -- we ought to set a deadline

2    where the plaintiffs, and probably the defendants as

3    well, identify what additional discovery they want just

4    on these six bellwether cases?

5              Ms. Sharko.

6              MS. SHARKO:  Yes.  So in terms of

7    case-specific discovery relating to these specific

8    plaintiffs, we have that order in place.  We have to

9    complete fact discovery by May 14.  We have deadlines

10   for expert reports.  Expert depositions are to be

11   completed by December 3.  And then we move back into

12   Daubert with case-specific Daubert, which we haven't

13   done, and other dispositive motions.

14             So I think in terms of what specific

15   discovery do we need about this plaintiff or that

16   plaintiff, we have a schedule on that.

17             SPECIAL MASTER SCHNEIDER:  Here's what I was

18   thinking about, Ms. Sharko.

19             I know we have a May 14th date.  So I'm

20   trying to get you to that date; finished, done, no

21   extensions.

22             Wouldn't it be prudent to identify, say, in a

23   week or two, what discovery, say, the plaintiffs want.

24   Because if there is going to be an objection, let's tee

25   up the objection, get it decided so that we don't get

March 31, 2021

Page 18

1    to May 12th and we have to tee up the issue for

2    decision.  And if it's -- if plaintiff is permitted to

3    go forward with the discovery, it will never get done

4    by May 14th.

5            So if plaintiff intends -- I'm just talking

6    about the 6th now.  If plaintiff intends to take, say,

7    third-party discovery with regard to these six,

8    wouldn't it be prudent for them to identify in a week

9    or two or whatever date we agree to, what they want to

10   take.

11           If there is no objection, fine, plaintiffs

12   have until May 14th to finish.

13           If there is an objection, we can tee up the

14   objection sooner rather than later so we can meet that

15   May 14th date rather than what usually happens is, come

16   May 7th or 10th or 12th, Oh, by the way, Judge, you got

17   to decide this issue, and we need an extension of time,

18   because if you are permitted to go forward, we'll never

19   get it done by the deadline.  That's what I'm thinking.

20           MS. SHARKO:  So I think in fair -- in

21   fairness to the plaintiffs, what the parties intended

22   by the May 14 deadline was the deadline to complete the

23   depositions of the friends and relatives, the doctors,

24   employers, whatever people have specific knowledge

25   about a given plaintiff.

March 31, 2021

Page 19

```
1              I don't think we intended May 14 to be a
2      deadline to complete any other discovery.  We are happy
3      to have a deadline.  May 14 might --
4              SPECIAL MASTER SCHNEIDER:  What about the
5      third -- what about the third-party discovery?  That's
6      fact discovery.
7              MS. SHARKO:  I don't know what third-party --
8      I don't know what third-party discovery they
9      anticipate.
10             SPECIAL MASTER SCHNEIDER:  That's why --
11     that's why I think -- that's why I suggest wouldn't it
12     be prudent to get that identified sooner rather than
13     later to see if there is an objection.
14             MS. SHARKO:  Sure.
15             MS. O'DELL:  Your Honor, we certainly would
16     be open to, you know, a schedule.  But as Ms. Sharko
17     has said, and what the order says, and I sent it to you
18     by e-mail.  Your Honor, somehow I can't place it in the
19     chat on the Zoom, and so I apologize for that.
20             But it really is case specific and it was
21     intended to be, as she said, family and friends,
22     specific health care providers for that particular
23     plaintiff.
24             And since we have not had opportunity to do
25     liability discovery at all, and there's been, to date,
```

March 31, 2021

Page 20

1   no contemplation of a cutoff of that, because we really

2   are getting started.

3           And so, you know, we are very open to what

4   Your Honor would like in terms of contemplating a

5   schedule.  But trying to get those depositions done by

6   May 14th, I'm not sure, you know, how that can be

7   accomplished.

8           SPECIAL MASTER SCHNEIDER:  Yeah.

9           Well, Ms. O'Dell, I'm in a tough position

10  here, because in my former life I had some say over the

11  schedule, and I would say, "extension granted."

12          But right now my hands are tied, and I have

13  to live with this May 14.

14          Now, I don't disagree with you that I would

15  love for every -- since you've already identified these

16  six cases yesterday, right?  The odds are pretty good

17  you haven't rolled up your sleeves and studied these to

18  the nth degree like you will for trial, both sides,

19  right?

20          So would it be prudent to give both sides an

21  opportunity to identify, to study those cases, what

22  they want, see if there is any objections.  Maybe you

23  all can agree on a reasonable new date to complete all,

24  A-L-L, discovery, not just friends and relatives,

25  doctors.  Because I don't think it was anticipated when

DocuSign Envelope ID: 5F235AD7-28E6-46E2-8612-66FC498BAF5E

March 31, 2021

Page 21

```
 1    this deadline was set that there would be a carveout

 2    just for doctors and friends.  I think when it says

 3    "fact discovery," that's everything, right,

 4    third-parties, corporate deps, everything.

 5              MS. O'DELL:  No, sir.  Actually it says, case

 6    specific, you know, fact witnesses, I believe, in

 7    that -- in relation to the May 14th or May 12th -- I

 8    can't remember the date -- maybe May 14th deadline.

 9    And it was really --

10              SPECIAL MASTER SCHNEIDER:  Don't you think

11    that that encompassed all discovery that you need for

12    trial of that case?

13              MS. O'DELL:  No, sir.

14              MS. PARFITT:  No.

15              SPECIAL MASTER SCHNEIDER:  No?

16              MS. PARFITT:  I think so.

17              I think this may be the one time, Your Honor,

18    that all of us are perhaps in agreement.  Note this

19    moment.  This is a good moment.  You are right.

20              SPECIAL MASTER SCHNEIDER:  Freeze frame.

21              MS. PARFITT:  Freeze it.  Freeze the frame.

22    That's right.

23              But I think the gentleman is exactly right

24    with what we -- we totally -- and that's what we are

25    hopeful to talk about today with you and if we need to
```

 1  go back to Judge Wolfson.

 2          I will say that, as everyone has indicated,

 3  that that case specific, factual specific deadlines, we

 4  really did anticipate that was just to get the cases

 5  worked up.  I hear the Court.

 6          SPECIAL MASTER SCHNEIDER:  Okay.

 7          MS. PARFITT:  I know, I hear you completely.

 8          SPECIAL MASTER SCHNEIDER:  Okay.

 9          MS. PARFITT:  We could -- there is a lot we

10  would like to do.  And that's probably what brings us

11  to you today as well, because all of those things that

12  you are talking about would be prudent to do, we would

13  like to do.  There are any number of deponents that we

14  would like to talk to Your Honor about today that we

15  feel would be important to take.

16          And you are absolutely correct, there will be

17  some additional -- I suspect there will be some

18  additional deponents based upon the depositions of the

19  current list.  So we --

20          SPECIAL MASTER SCHNEIDER:  Can I ask you this

21  question?  You are in agreement on the May 14th date,

22  fine.

23          The expert date, plaintiffs' expert date is

24  August 27th.  Is it fair to state that it was

25  contemplated that before that date all fact discovery

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498BAF5E

March 31, 2021

Page 23

1    would be done?  All the fact discovery that you are

2    going to use for that case at trial?

3                MR. TISI:  Judge, I don't think -- and maybe

4    part of the problem -- this is Chris Tisi, again --

5    part of the issue was that this was bifurcated.  And I

6    would refer Your Honor to the December 16th letter we

7    sent to Judge Pisano.  We made it clear in that letter

8    that we were going to identify additional third parties

9    on a separate track as well as perhaps some other --

10   other corporate depositions.

11               Now, in terms of the date, the August date,

12   you know, I could be wrong here, but my impression was

13   that those were proceeding on a separate -- on a

14   separate track than the generic fact discovery that we

15   were trying to work with Judge Pisano on.

16               I think you have to recall, until Judge

17   Pisano actually issued his order in January, the

18   positions of the parties were we need to do some

19   discovery; no discovery ought to need happen at all.

20   So until January happened, we were -- the car was still

21   in the garage.  We couldn't do anything.

22               SPECIAL MASTER SCHNEIDER:  How about this

23   suggestion.  How about -- why don't you agree amongst

24   yourselves, and I can present it to Judge Wolfson or

25   you could present it to Judge Wolfson, say May 14th you

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAF5E

March 31, 2021

Page 24

1    are going to do friends and family and doctors.  And

2    August 1st, soup to nuts, you are going to finish

3    everything, fact discovery, on those six cases.

4              MS. SHARKO:  So, Judge, if I may.

5              The deadline for the plaintiffs' expert

6    reports, which is all their expert reports, is

7    July 2nd, per the order that Ms. O'Dell, Ms. Parfitt --

8              SPECIAL MASTER SCHNEIDER:  Okay.  You're

9    right.  Okay, I mixed it up.  I have it in front of me.

10   You're right.

11             MS. SHARKO:  That's okay.  But I want to

12   add -- add more.

13             I don't want to inject any static, but I mean

14   we disagree -- we disagree that we are at the beginning

15   of discovery.  If the car's in the garage, it's there

16   because the journey is complete.

17             Moving -- I'm not done.  I'm not done.

18             Moving -- so moving -- moving on, where we

19   need the most help from Your Honor right now is on the

20   privilege issues and the requests for the deposition of

21   the lawyer.

22             SPECIAL MASTER SCHNEIDER:  No problem.  Easy

23   enough.  I'd like to put that issue aside, though,

24   because I don't -- that's going to be easy to deal

25   with --

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498BAF5E

March 31, 2021

Page 25

```
 1              MS. SHARKO:  Okay.
 2              SPECIAL MASTER SCHNEIDER:  -- but if
 3    plaintiffs' final -- these six cases, expert reports
 4    are due July 2nd, can we say that all fact discovery,
 5    friends and family, third parties, any corporate
 6    additional depositions that you are permitted to take
 7    now or in the future are going to be done by June 1?
 8              MR. PLACITELLA:  Your Honor, can I just --
 9    can I just weigh in for one second?
10              Plaintiffs' expert report deadline was set.
11    There were certain assumptions that were going to be
12    made.
13              To the extent that the depositions of --
14    corporate depositions are relevant and would be taken
15    into account in fashioning an expert report, there's
16    gotta be -- we have to program in enough lead time
17    between when that expert report is actually due and
18    when we finish the liability discovery.
19              Now, not every expert is going to be impacted
20    by liability discovery, but some will be.
21              SPECIAL MASTER SCHNEIDER:  Right.
22              MR. PLACITELLA:  And when that date was
23    established, I think it was established with the
24    assumption that there would be some level of inertia
25    going forward to get things going.
```

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAF5E

March 31, 2021

Page 26

1              Unfortunately, without getting into who is

2     responsible for what, while the car may be in the

3     garage, there seems like a bunch of vehicles that have

4     been stuck in the mud.

5              So, you know, we are going to have to get

6     them out of the mud and moving forward and we may have

7     to adjust some of those deadlines.  That's all I'm

8     saying.

9              SPECIAL MASTER SCHNEIDER:  Would you -- would

10    you agree with me then, Mr. Placitella, that at least

11    at the moment, as far as plaintiffs are concerned,

12    there is no what I'll call a drop-dead deadline to

13    complete fact discovery for these six cases?

14             MR. PLACITELLA:  Yeah, if that includes

15    third-party discovery, I think the answer is yes.

16             MS. SHARKO:  That's correct.

17             SPECIAL MASTER SCHNEIDER:  Okay.  Do you

18    think it's prudent that we set that date, like you --

19    first you -- see if you can agree with the defendants

20    on it.

21             And by no means, by setting the date, don't

22    take that to mean that all the discovery that the

23    plaintiffs want is going to go forward.  If there is an

24    objection, we have to deal with it, of course.

25             But I'm hearing that although -- and you are

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAF5E

March 31, 2021

1    all on the same page, there is a May 14th date, that is

2    not the date to complete everything.  It just seems to

3    me the goal should be to get these six cases worked up

4    so that you can get ready to try them.  We can't do

5    that unless we have a drop-dead fact discovery date,

6    corporate, third-party, friends, family, doctors,

7    whatever.

8              What do you will suggest that date is?

9              MR. TISI:  May I just at least inject

10   something we haven't talked about now so at least you

11   have a full picture of where we are.

12             One of the issues -- and this was

13   contemplated early on when we -- when we co-drafted and

14   the judge approved CMO No. 11, which was the defendants

15   had asked that we attempt to coordinate with other

16   jurisdictions that are conducting discovery.  And one

17   of the challenges that -- that Rich and I have had, and

18   I don't want to ever speak for Rich -- but one of the

19   challenges we've had is if were just trying to schedule

20   depositions on our own it, would be a little bit

21   easier.  One of the things that happened over time

22   was -- and we've had -- we've run into this a couple of

23   times -- because the defendants want to coordinate, or

24   conversely, if there is a deposition going on in

25   another jurisdiction that we want to cross notice, we

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498BAE5E

March 31, 2021

1    are not only at the mercy of the people on this phone

2    call, but we have to accommodate the schedules of other

3    people who might -- who might also need to take the

4    deposition.

5            So we have run into a situation, I'm thinking

6    I'm thinking off the top of my head of a situation, we

7    agreed on a date, it was okay with folks in Florida and

8    Missouri and the MDL, but we come to learn it wasn't

9    okay with the lawyers coordinating in California.  So

10   now we had to take the date and then push it down the

11   road to a time where it could accommodate everybody.

12           So there is some scheduling challenges here

13   that I -- because of the way in which this case has

14   progressed that at least have to take into

15   consideration as we set those dates.

16           If we were with just setting those dates for

17   doctors, for example, case-specific doctors in this

18   case, those are relatively easy to schedule.

19           MS. SHARKO:  So I have a suggestion.  I have

20   a suggestion.

21           I think it is pretty clear that no one on the

22   call, except Your Honor, was prepared to talk about

23   this issue.  And we have done pretty well, I have to

24   say, Leigh and Michelle and I, in meeting and

25   conferring and agreeing on things.

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498BAF5E

March 31, 2021

Page 29

1          So my suggestion is you leave us to meeting

2     and confer about the concept of a deadline for

3     identifying the discovery and then a deadline for

4     completing it, consistent with the orders to which we

5     already agreed, because we definitely don't want to

6     undo those.  We made progress to get there.

7          And then when we have our next meeting, come

8     back and maybe we'll have an agreed-upon order,

9     hopefully, but if not, perhaps you can help us.

10          SPECIAL MASTER SCHNEIDER:  I think that's a

11     very good idea.  That's an excellent idea, because,

12     one, these six cases were just identified yesterday.

13     So in fairness, we don't know what we don't know yet.

14          And, you know, I live in the real world.  I

15     don't live in a fantasy world.  The orders are pretty

16     good you are going to ask Judge Wolfson for an

17     extension of time to complete -- well, maybe you are

18     going to object --

19          MS. SHARKO:  No.

20          SPECIAL MASTER SCHNEIDER:  -- but the

21     plaintiffs will.

22          MS. SHARKO:  We are -- we are committed to

23     getting this done so we can have a trial the first

24     quarter of 2022.  I think Ms. O'Dell and Ms. Parfitt

25     and I stand united.

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAF5E

March 31, 2021

Page 30

```
 1              SPECIAL MASTER SCHNEIDER:  Right.  No, I
 2     don't -- I don't disagree with that.  I don't think the
 3     back end is going to be extended at all.  But the
 4     interim deadlines may have to be adjusted to
 5     accommodate the plaintiff.
 6              We are hearing from the plaintiff today that
 7     they are saying that they are not going to get
 8     everything done by May 14th.
 9              MS. O'DELL:  Your Honor.
10              SPECIAL MASTER SCHNEIDER:  That's what I'm
11     hearing from the plaintiff.
12              MR. BERNARDO:  Your Honor.
13              MS. O'DELL:  Your Honor, if I could just --
14     if I could interject here.
15              I mean, we are really not -- you know, what
16     was contemplated for the order for the bellwethers is
17     Susan and Michelle and I did agree to that order.  We
18     had no sense that for those case-specific preparations
19     for those bellwether trials that we would need an
20     extension at this point.  Unless there is something
21     unforeseen, another wave of COVID, something else
22     happens, we are on track for that.
23              What we have always envisioned is that there
24     would be a separate parallel track for liability
25     discovery that would not only be used for the
```

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAE5E

March 31, 2021

Page 31

1    bellwethers in 2022, but would be materials that would

2    be gathered and marshaled for a trial package that

3    would be used in these cases when they are remanded to

4    their home jurisdictions.

5             And so we have never thought -- we thought

6    they would work together.  And so to be honest, I would

7    have anticipated, and I need to talk to my colleagues,

8    that liability discovery would be ongoing throughout

9    the remainder of the year because it's going to be used

10   in, you know, thousands of cases.

11             SPECIAL MASTER SCHNEIDER:  But Ms. O'Dell,

12   but here's the problem with that, that I see.  I want

13   to get back to what Mr. Placitella said, which I agree

14   with.

15             Some of the ongoing fact discovery that you

16   want to take is likely -- not all of it, of course --

17   is likely to be relevant to the expert reports that are

18   due by whatever the date is, June or July.

19             So there is that conundrum of -- I mean,

20   if -- if the plaintiffs agree that they will get their

21   final expert reports in, that's it, we are done,

22   finished.  I don't think the defendants are going to

23   object if you continue to take discovery.

24             If they have an objection to the substance --

25   in theory, they may have an objection to the substance

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAE5E

March 31, 2021

Page 32

1    of it.

2              But Mr. Placitella raised what I think is a

3    good point, and how do we deal with that?  How does --

4    how does discovery continue through the end of the year

5    if it's relevant to the expert reports that are due in

6    June or July?

7              MS. O'DELL:  I think -- yes, and to pick up

8    on Chris's comments.  There -- there are certain

9    experts that would be more pertinent, too.

10             SPECIAL MASTER SCHNEIDER:  Yes.  Absolutely.

11             MS. O'DELL:  And so if you have a

12   case-specific gyn oncologist, for example, that is

13   offering a general causation and a causation opinion,

14   some of it might support -- further support their

15   opinions, but it's unlikely to provide a new opinion,

16   because they are relying on a lot of the discovery that

17   has already been taken, as well as for the causation

18   case.

19             So understand Your Honor's point.  I just

20   wanted to share with you what our perspective has been

21   in terms of preparing the cases going forward to the

22   bellwethers.

23             MR. TISI:  Judge, I'm sorry, I didn't mean

24   to --

25             SPECIAL MASTER SCHNEIDER:  No, go ahead,

March 31, 2021

Page 33

```
 1    counsel.
 2              MR. TISI:  We did face this issue in the TRT
 3    litigation, Your Honor.  And the way in which it was
 4    handled was, the parties can continue, and I think
 5    Judge Connolly issued an order, that the parties, there
 6    was a deadline for the parties to take liability
 7    witnesses that would be usable in one of the bellwether
 8    trials up until, I want to say it was 30 days before
 9    trial, 45 days before trial, I would have to take a
10    check of the order.
11              The fact of the matter is that for the
12    liability questions, okay, it is unlikely that they
13    will affect the expert reports.  The expert reports are
14    primarily going to be scientific and medical, okay.
15    The depositions that we are taking primarily right now
16    are relating to, for lack of a better term, what did
17    you know and when did you know it?  And that is
18    not typically --
19              SPECIAL MASTER SCHNEIDER:  Okay, fair enough.
20              MR. TISI:  This is not typically going to be
21    a question that is the subject of -- now, I'm not
22    saying that an expert wouldn't say, look, you know, I
23    think that such and such should have happened by such
24    and such date and, you know, now I read the deposition
25    of something that happened later on in the case.
```

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498BAF5E

March 31, 2021

Page 34

1          But for the most part, the corporate

2     liability depositions we are taking are fact witnesses,

3     much like a witness to an automobile accident case.

4     That is not typically going to be the subject of expert

5     testimony.  I'm not saying it won't be.

6          So the way in which we dealt with it in the

7     TRT litigation was, Judge Connolly issued an order that

8     said, you know, no later than "X" date for this trial

9     all depositions need to be conducted by that date.

10         Now, he didn't foreclose that there might be

11    other depositions for other trials, but for that date

12    he -- that's what he did.

13         So I offer that as just a learning from

14    another piece of litigation that might be useful, for

15    whatever it worth.  And it may not be worth much, but

16    it's what I throw out there.

17         MS. SHARKO:  So I just -- I'm concerned

18    because it is 4:13 and we lose Mr. Bernardo at 4:30,

19    and we need him to weigh in on the defense' side.  I

20    think on the plaintiffs' side, too.  They like to talk

21    to him better than they like to talk to me on these

22    issues.  We need him on privilege and on the

23    lawyer-deposition issues.

24         SPECIAL MASTER SCHNEIDER:  Okay, let's turn

25    to that then, Ms. Sharko.

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498BAF5E

March 31, 2021

1              MS. SHARKO:  Thank you.

2              SPECIAL MASTER SCHNEIDER:  And then if need

3    be, we can turn back to the other issue.

4              I'm looking to you as the best way to tee up

5    this privilege issue.  I think that -- I read the

6    transcript of the hearing, and I thought Judge

7    Wolfson's instructions were pretty clear.

8              February 17th I wrote down:  Privilege

9    question should be raised right at the outset so

10   everyone understands what's fair game and what's not.

11   If you think somewhere down the line any of these

12   documents may come into the case or you may be

13   interested in them you have to bring your objections

14   now; and if you don't do it, they are not coming into

15   this case.  Can't do it later.

16             So the instruction is, if the plaintiffs

17   think they may want to use any of these alleged

18   privileged documents at trial, they have to tee up this

19   objection now.

20             And I read the transcript, you did, too,

21   Judge Wolfson said, in effect, I don't care if some

22   judge in Missouri said they are not privileged, we are

23   going to live and die by the decisions in this case.

24             So really, I think the ball is in plaintiffs'

25   court.  Do you know what you want to challenge, if

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAF5E

March 31, 2021

 1   anything?  And then we'll discuss how to tee up the

 2   issue to get it decided.

 3           MS. O'DELL:  Your Honor, we do have

 4   challenges.  We have been looking at the revised

 5   privilege law.  There has been a lot of activity on the

 6   defense' side in terms of certain documents being

 7   de-privileged.

 8           And so we have been looking at that.  We are

 9   expecting some new material from Rich, you know,

10   shortly in terms of the outstanding challenges that are

11   going on in state court as well so we can coordinate.

12           Our discussion -- just discussion internally

13   has been that we would identify the documents that we

14   plan to challenge the privilege designation by April

15   the 9th in order to provide to Rich and others, meet

16   and confer, for those that we could not reach agreement

17   on that we would bring those challenges to Your Honor

18   for purposes of having you decide the issues.

19           SPECIAL MASTER SCHNEIDER:  That's great.  No

20   problem at all.

21           Question:  If we are dealing with a hundred,

22   hundred and fifty documents, very easily look at every

23   single one in camera.  If we are dealing with seven or

24   eight thousand, you know, I can do it easy enough, I've

25   done it before, but it will make it a little bit

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498BAF5E

March 31, 2021

Page 37

 1    harder, unless the parties can agree to put the

 2    documents in categories and have a representative

 3    sample of each category and the ruling as to the

 4    representative sample will apply to that category.

 5           Any discussion about that?

 6           MR. BERNARDO:  Your Honor, this is exactly

 7    how we have been agreeing to do it in connection with

 8    the New Jersey challenge.  And I have been working well

 9    with Ms. O'Dell and Ms. Parfitt, Mr. Tisi, and will

10    continue to do that to try and streamline this.  I

11    think the April 9th deadline is fine.

12           I think the key here is that there are

13    challenges being made in multiple courts over the same

14    documents.  And we needed to do something to ensure

15    that they are getting dealt with in some coordinated

16    manner.

17           I think Step 1 is as Ms. O'Dell suggests, for

18    us to meet and confer and come up with the list.  I

19    think your suggestion, Your Honor, of categories is

20    spot on.  That's how the challenges really have been

21    done in the ones in New Jersey, and we already have

22    focused on categories.  And as I think that Your Honor

23    knows, several of those categories have already been

24    briefed.  And we would suggest that those be the first

25    in line, so that whatever courts are looking at them,

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAF5E

March 31, 2021

1    Your Honor, in conjunction with Judge Viscomi or Judge

2    Norton, however that's going to work, it get done

3    together.

4            So I'm happy to work with Ms. O'Dell to

5    narrow that.  Also agree that trying to refine it to a

6    representative set makes much more sense.  I think some

7    of these are legal issues that could -- I would say,

8    uphold the privilege of large swaths of documents.

9    Ms. O'Dell may have the opposite view.  In any event, I

10   think we are all on board with that.

11           And if I may, since there actually is a

12   transition here from the privilege issue to the

13   deposition issue, if I could just segue into that, Your

14   Honor, simply because that has some time sensitivity

15   associated with it in light of --

16           SPECIAL MASTER SCHNEIDER:  Can I ask one

17   question, though, before we get to that, Mr. Bernardo.

18           The question would be to Ms. O'Dell.

19           April 9th, whatever you present to the court,

20   let's say there is a hundred and fifty documents, two

21   hundred documents, whatever, either that's the whole

22   set or that's the representative sample.

23           Do you anticipate on April 9 you are just

24   going to send me a one-page or a two-page letter saying

25   these are the documents?  Or on April 9th am I going to

March 31, 2021

1    get the documents to review in camera with the

2    appropriate supporting affidavit to support the

3    privilege or work product claim?

4          MS. O'DELL:  Our suggestion, Your Honor, was

5    that on April 9th we will give the final list to Rich

6    of those documents that we are going to challenge.

7    Thereafter, the parties would meet and confer.  We

8    would narrow down to those areas where we --

9    disagreement remains.  And then we would submit that to

10   Your Honor with briefing on why plaintiffs believe that

11   the documents are not privileged.

12         So that would occur sometime -- and

13   depending, you know, on our meet and confer, sometime

14   at the end of April.

15         SPECIAL MASTER SCHNEIDER:  Well, let's get a

16   date for that now.

17         Let's get a definite -- let's get a date.

18         If April 9 defendant is going to get the

19   list, you are going to meet and confer, hopefully the

20   sky will fall in and you will agree on everything, but

21   that's not going to happen.

22         So can we say on April 23rd, defendant, you

23   have the burden of proof, you are going to submit your

24   letter brief, supporting affidavits.  And a week after

25   that, plaintiff, you will respond, and then we'll

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAE5E

March 31, 2021

Page 40

1    decide the issue?

2              MR. BERNARDO:  Your Honor, I think that

3    works.  What I would like to build in, if we may, is an

4    opportunity, if you are available after we get their

5    list on April 9th, to confer with Your Honor if we feel

6    as if however this is going to get adjudicated doesn't

7    really make sense in light of the other issues that are

8    being briefed.  I agree with the schedule.

9              SPECIAL MASTER SCHNEIDER:  No problem.

10             MR. BERNARDO:  With that minor edit, once I

11   get Ms. O'Dell's list -- I'll even after this call set

12   up a date with her to discuss their list.  Because I am

13   sure we can do that in short order.

14             And then if based on the list or the process

15   we have issues, we'll reach out to Your Honor to raise

16   them.  Because I think there may be some logistical

17   procedural issues that we will want to discuss with you

18   before we put it in writing.

19             SPECIAL MASTER SCHNEIDER:  Okay.  How about

20   this, Mr. Bernardo -- I don't disagree with anything

21   you said.  April 9 you will get the list.  You will

22   meet and confer.  To the extent you can't agree -- this

23   is the default setting:  By April 23rd, defendant will

24   file its letter brief with supporting affidavit,

25   affidavits.

Page 41

```
 1              Plaintiff responds by April 30th.
 2              If you think it will help advance the ball to
 3      have a phone call between the 9th and the 23rd,
 4      perfectly fine, and we can change this procedure.  So
 5      let's just have a default procedure so at least we have
 6      some sort of plan going forward.
 7              MR. BERNARDO:  That makes sense to the
 8      defense.
 9              SPECIAL MASTER SCHNEIDER:  Okay.  Let's segue
10      to the deposition issue, unless we -- Mr. Placitella?
11              MR. PLACITELLA:  Yeah, I would just ask the
12      Court, this is a pretty important issue, and if we can
13      have a few more days other than a week to respond, that
14      would be appreciated.
15              SPECIAL MASTER SCHNEIDER:  Okay.  That
16      reminds me of a question I wanted to ask Ms. O'Dell.
17              If this issue has been briefed already, can I
18      see those -- I don't want to see the decision, but can
19      I see the briefs that have already been filed on these
20      documents?  So I may get to a decision as quickly as
21      possible?
22              MR. PLACITELLA:  Well, they have been briefed
23      by the parties in a state mesothelioma case.  And I
24      don't even know that all the people on the Plaintiffs'
25      Steering Committee have seen the briefs.  I've seen
```

DocuSign Envelope ID: 5F235AD7-38F6-4CE2-8512-66FC498DAE5E

March 31, 2021

Page 42

1    them.  But the issues are not the same.

2            SPECIAL MASTER SCHNEIDER:  Okay.

3            MR. PLACITELLA:  Some are the same.  Some,

4    you know, they overlap but, you know, we still think

5    it's really important to fully brief the issue for you.

6            SPECIAL MASTER SCHNEIDER:  No problem.

7            Mr. Placitella, I'm familiar with the issues.

8    I don't need to know the boilerplate --

9            MR. PLACITELLA:  I understand.

10           SPECIAL MASTER SCHNEIDER:  -- about the

11   attorney-client privilege.

12           Your briefs should just get to the crux of

13   it.  That's what I'm really interested in.

14           How about May 5th; is that okay?  That will

15   give you the weekend and a few extra days?

16           MS. O'DELL:  Your Honor, can I ask our

17   colleague, Dan Lapinski, who is going to probably be

18   taking some of the laboring ore on this.  I hate to

19   agree to stuff while his on the phone.  He can kick me

20   under the table figuratively.

21           So, Dan, does this work or do you need...

22           MR. LAPINSKI:  I like the -- I like the

23   August 27th deadline that you were talking about

24   earlier, but...

25           Yes, the 5th should be fine.

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAF5E

March 31, 2021

Page 43

1          MS. O'DELL:  Thank you.

2          SPECIAL MASTER SCHNEIDER:  Okay.  Again,

3   without prejudice, Mr. Bernardo, to have the call that

4   we talked about.

5          Let me just say this, you've done this a

6   million times before.  I've done this a million times

7   before.  And I recently wrote on this in Valsartan.

8          When you send your supporting affidavits in

9   support of the privilege claim, I don't want to see

10  sort of a generic, it's privileged, pro forma

11  affidavit, you know.  You know what is needed to be --

12  to support a claim.

13         So I would -- would not expect the caliber of

14  the lawyers in this case that we are going to get what

15  we typically get, the pro forma affidavit, it's

16  privileged, work product, I anticipated litigation.

17         But you know what I'm talking about, right?

18         MR. BERNARDO:  I do, Your Honor.  And I will

19  assure you what you will get will not be pro forma, it

20  will be far from it.

21         We have really done, I think, a good job of

22  trying to cut though as many of these claims, and as

23  Ms. O'Dell alluded to, downgrade documents where there

24  is no risk of waiver, and we think they might fall into

25  gray areas.

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAF5E

March 31, 2021

 1              So what we, I think, would be presenting to

 2      Your Honor would be things for which we think there is

 3      a legitimate basis for privilege and the supporting

 4      materials will not be pro forma.

 5              SPECIAL MASTER SCHNEIDER:  I know Ms. Sharko

 6      said it's only one percent of the production.  But one

 7      percent of multi-millions is a lot of documents, right,

 8      Ms. Sharko?

 9              MR. BERNARDO:  I'm sure given how far we have

10      gone in downgrading documents, that Ms. O'Dell's

11      challenges will be very targeted as to a much smaller

12      number.

13              SPECIAL MASTER SCHNEIDER:  I don't have any

14      doubt whatsoever.

15              Let's segue to the deposition issue you

16      wanted.

17              It seems to me there's -- it seems to me

18      there's two categories to deal with.  There is the

19      three people that are in your letter and then the

20      president.  I don't really see them as the same issue.

21              MR. BERNARDO:  I agree.  And I'll just say,

22      again, we can note the time and date for the record.  I

23      agree with what Mr. Tisi said earlier in the call,

24      where he and I have been working well together to try

25      and deal with the depositions that have been requested

DocuSign Envelope ID: 5F235AD7-28E6-4CE2-8612-66FC498BAF5E

March 31, 2021

Page 45

 1    in that letter.  Other depositions we have agreed on.

 2    Many of them we are coordinating on dates.

 3              There is really one in particular that we

 4    just wanted to raise with Your Honor, because it raises

 5    significant issues that we believe Your Honor ought to

 6    be addressing.

 7              SPECIAL MASTER SCHNEIDER:  This is

 8    Mr. O'Shaughnessy?

 9              MR. BERNARDO:  This is Mr. O'Shaughnessy, is

10    a former assistant general counsel.

11              SPECIAL MASTER SCHNEIDER:  Right.

12              The plaintiff says the judge in Missouri

13    already ordered that deposition to go forward.  And

14    if -- are you -- plaintiff, I take it you are not

15    seeking to take the deposition in this case, are you?

16              MR. TISI:  Yeah, Your Honor, let me -- let

17    me -- oh, I'm sorry.  Go ahead, Leigh.

18              MS. O'DELL:  No, no.

19              MR. TISI:  No, no, no.  Go ahead.  Go ahead.

20    I'm sorry, I thought this was my issue, but I...

21              MS. O'DELL:  It is -- it is your issue.  I

22    can't keep my mouth shut, Chris, I'm sorry.

23              MR. BERNARDO:  I will be happy to take it,

24    but I don't think...

25              MS. PARFITT:  Thank you, Rich, but we

DocuSign Envelope ID: 5F235AD7-28E6-46E2-8612-66FC498DAF5E

March 31, 2021

Page 46

 1    appreciate it.

 2              MR. BERNARDO:  I was just volunteering.

 3              MR. TISI:  So -- so Judge, this falls within

 4    the category of, you know, the fact that -- let me just

 5    back up and say that over -- I want to say about four

 6    or five thousand non-privileged documents have been

 7    produced in this case that have Mr. O'Shaughnessy's

 8    name on it.  So clearly he has some factual information

 9    that is the not privileged based on -- based at least

10    on --

11              SPECIAL MASTER SCHNEIDER:  Could I -- I know

12    Mr. Bernardo has to leave.  So let's get to the crux of

13    this question.

14              MR. TISI:  All right.  So --

15              SPECIAL MASTER SCHNEIDER:  Is the deposition

16    of Mr. O'Shaughnessy cross noticed in this case?

17              MR. TISI:  It will be.

18              SPECIAL MASTER SCHNEIDER:  Okay.  Then the

19    defendants have standing to move to quash it for use in

20    this case, don't they?

21              MR. TISI:  I think that they -- I think that

22    they do.

23              What they don't have, which is what Mr.

24    Bernardo and I talked about yesterday, is they are

25    seeking to have the question of whether or not this

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498BAF5E

March 31, 2021

1    deposition goes in the first place, removed from a

2    state court judge, which we don't think is appropriate.

3                   SPECIAL MASTER SCHNEIDER:  So how can I do

4    that?  How can I do that?

5                   MR. TISI:  Your Honor -- Your Honor, I don't

6    think you can.  I don't think you can.

7                   So really where we are here, Judge, if I can

8    frame the issue is, we have a -- we have a Missouri

9    judge who has ordered the deposition.  He has been

10   served in this case.  The judge has already concluded

11   that he has relevant information to provide.

12                  SPECIAL MASTER SCHNEIDER:  Okay.

13                  MR. TISI:  The question is whether or not

14   there is a cross notice.

15                  Now, he was just served yesterday, so there

16   is no cross notice yet, but there will be.  So the

17   question is --

18                  SPECIAL MASTER SCHNEIDER:  Okay.  So then we

19   can tee up the objection in this case.

20                  MR. TISI:  For the cross notice.  Correct.

21                  SPECIAL MASTER SCHNEIDER:  Now, Mr. Bernardo,

22   do you think we have the power to tell the Missouri

23   state judge that he or she has to -- you know what I'm

24   trying to say.

25                  MR. BERNARDO:  Your Honor, let me --

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAE5E

March 31, 2021

Page 48

1           SPECIAL MASTER SCHNEIDER:  What can we do --

2     what can we do about the Missouri state court order?

3           MR. BERNARDO:  It's very simple.  And we

4     accomplished this in the state court proceeding as

5     well.

6           I mean, the starting point, Your Honor, is we

7     believe, given this deposition, the issue of whether it

8     goes forward ought to be decided by this court.  And if

9     it does go forward -- and I'll explain how --

10          SPECIAL MASTER SCHNEIDER:  But the Missouri

11    court already decided it.

12          MR. BERNARDO:  But that -- Your Honor, I

13    think -- I think there is an important point that's

14    being missed here.  This is part of the uniform

15    subpoena act, et cetera.  And the only thing that the

16    Missouri court did was authorize the issuance of a

17    subpoena, which was issued in a Pennsylvania court that

18    has no connection whatsoever to this litigation.

19          So the issue of whether the deposition will

20    go forward or not is going to be decided, at the

21    moment, by a state court judge randomly assigned.  And

22    pursuant to that statute, the deposition and objections

23    to it and privilege rulings that will be impacting this

24    court would be ruled by a randomly-assigned judge in

25    Pennsylvania.

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAF5E

1           It is our position that this court ought to
2    make those decisions.  And there is a very simple and
3    elegant way in which that can be accomplished.  And
4    this is exactly what was done in New Jersey state
5    proceeding, which was the potential deponent,
6    Mr. O'Shaughnessy, has agreed to accept service in
7    New Jersey of a New Jersey subpoena, properly executed,
8    and will not contest the jurisdiction of the court to
9    rule on, one, whether the deposition goes forward, and
10   if it does; two, to have it take place in New Jersey.
11           This is how we did it in the state
12   mesothelioma case, for the very important reason that
13   having -- in that instance, I believe it was a criminal
14   judge in Bucks County who was going to be calling balls
15   and strikes if the deposition were going to go forward
16   on privilege issues.
17           And Your Honor is already going to be
18   addressing these privilege issues in connection with
19   the documents.
20           So it's defendants' position that it just
21   makes sense for this court to be adjudicating this, not
22   for a randomly-assigned judge in Pennsylvania.
23           And as I just offered, I think there is an
24   easy way for that to be accomplished.  And to satisfy
25   everybody and do this -- if it's going -- if we lose on

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAF5E

March 31, 2021

Page 50

1   our motion to quash to have it proceed in this court to

2   be coordinated for all of the other ovarian cancer

3   actions rather than to have it, you know, be done again

4   in the state court.

5            SPECIAL MASTER SCHNEIDER:  The only thing,

6   when you say there is an easy way to do it, Mr.

7   Bernardo, the only easy way that I can think of is if

8   the parties consent to have this court decide the

9   issue.  What is the easy -- easy solution that you are

10  referring to?

11           MR. BERNARDO:  Is simply what was done in

12  New Jersey.  Because the parties can't, as a matter of

13  jurisdiction, consent to have it adjudicated here.

14  Because if it's issued in Pennsylvania pursuant to

15  their laws, the deposition takes place in Pennsylvania

16  pursuant to Pennsylvania laws.  So it would have to be

17  done pursuant to a New Jersey subpoena.

18           I mean, we are willing to consent to that,

19  and we are willing, through the parties' lawyer who we

20  coordinated with, to have the witness consent to have

21  this court adjudicate whether the deposition goes

22  forward; and if it does, to adjudicate the objections.

23           We can't just do it through -- we can't just

24  do it through consent as far as we read the law, Your

25  Honor, just because of the way the Uniform Deposition

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAE5E

March 31, 2021

Page 51

1    Subpoena Act confers jurisdiction on Pennsylvania.

2            MR. TISI:  First of all, Judge, let me be

3    clear.  I'm pretty sure -- and I could be wrong about

4    this, but I'm pretty sure that this is not being done

5    pursuant to the Uniform Deposition Act.  I don't think

6    that Missouri is part of that.

7            But putting that issue aside for the moment,

8    we can deal with that question, there is a big material

9    difference.  And even Rich and I spent some time with

10   this yesterday.  There is as big material difference

11   between what is going on in the state court in New

12   Jersey with Judge Viscomi and with what is going on

13   here.

14           In that case, okay, you had a New Jersey

15   mesothelioma case, where the New Jersey lawyers went to

16   Pennsylvania to serve Mr. O'Shaughnessy with a dep --

17   with a subpoena.

18           The question of whether or not that

19   deposition goes forward ultimately is decided by the

20   court in New Jersey.  You serve a subpoena, the

21   Pennsylvania -- the Pennsylvania judge puts a stamp on

22   it or doesn't.  Mr. O'Shaughnessy is served.  Motion to

23   quash is filed in New Jersey and Judge Viscomi decides

24   the question.  Here it's a very different --

25           MR. PLACITELLA:  That's not actually what

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAF5E

March 31, 2021

 1   happened.  No, that's not the way it worked, Chris.

 2           MR. TISI:  Chris, let me -- let me finish

 3   what I'm saying here, because...

 4           The question of -- if the judge in

 5   Pennsylvania agrees that the subpoena goes forward --

 6   Judge Burlison in Missouri has already decided that the

 7   deposition goes forward.  It doesn't come to Your

 8   Honor.  It doesn't come to Judge Wolfson in any event.

 9   It would go to that judge who ordered the deposition in

10   the first place.

11           The third point I would make that is really

12   important in this case is, this wasn't just an order

13   that was issued pro forma under the -- under the Act.

14   J&J went to Judge Burlison, as best as I know, I wasn't

15   part of the proceedings, asked for reconsideration.

16   The judge actually issued an order specifically

17   considering the question of whether or not

18   Mr. O'Shaughnessy should -- his deposition should be

19   taken; and he affirmatively on reconsideration decided

20   that it should.

21           So the question about where this goes, it

22   goes back to Judge Burlison.  In New Jersey it would go

23   to Judge Viscomi, and that's why procedurally it

24   happened that way.

25           If I'm incorrect, Chris, please feel free.

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498BAF5E

March 31, 2021

Page 53

1              MR. PLACITELLA:  Well, there's one --

2              SPECIAL MASTER SCHNEIDER:  Do you have a date

3     for Mr. O'Shaughnessy's deposition?

4              MR. TISI:  It's -- right now -- he was served

5     yesterday in the Missouri matter, as best as I know.

6              SPECIAL MASTER SCHNEIDER:  So there is no

7     date certain now when he's going to be deposed?

8              MR. TISI:  No.  I anticipate that J&J will

9     file, J&J or Mr. O'Shaughnessy, one and the same, will

10    be filing a motion to quash in Pennsylvania.

11             If that should be -- if that should be

12    granted, then we are in a position where the only place

13    it could occur is here.  If it should be denied, the

14    deposition goes forward and has to be set in the

15    Forrest case.

16             And then sole question for Your Honor is

17    whether or not it gets cross noticed here.

18             MR. PLACITELLA:  So Your Honor, if I may on

19    procedure, because I've been in -- knowledge about

20    both, but not in both -- in either case, actually, but

21    I've been present.

22             In New Jersey the subpoena was issued to

23    Mr. O'Shaughnessy originally in Pennsylvania.

24             A motion to quash was filed in Pennsylvania.

25    It was actually briefed.  And then the parties in New

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498BAF5E

March 31, 2021

Page 54

```
 1    Jersey agreed to have Judge Viscomi ultimately rule on
 2    a subpoena that was subsequently issued in New Jersey
 3    and took it outside the jurisdiction of Pennsylvania.
 4           What we have, from what I understand, in
 5    Missouri, is you have a circumstance where whether it
 6    should go forward was fought in Missouri.  The subpoena
 7    is then subsequently served in Pennsylvania.  I
 8    anticipate J&J will file their motion to quash in
 9    Pennsylvania.  Will be fought out there.  And should
10    the motion to quash not be successful, it was my
11    understanding that the intent of the court in Missouri
12    was to preside over that deposition and make rulings as
13    that deposition went forward.
14           MR. BERMAN:  If I can make a practical
15    suggestion here?  Since -- I will start by saying, I'm
16    not a Pennsylvania lawyer, Your Honor.  I have spoken
17    to enough Pennsylvania lawyers in connection with this
18    last subpoena to feel as if I at least understand this
19    process.
20           What I would suggest is maybe we submit a
21    very short letter brief in the next couple of days.
22    We'll make our -- Mr. O'Shaughnessy, he has his own
23    separate counsel.  And, obviously, J&J would be moving
24    on behalf of J&J.
25           Happy to explain why what Mr. Placitella is
```

DocuSign Envelope ID: 5F235AD7-38F6-4CE2-8612-66FC498DAF5E

March 31, 2021

Page 55

1   saying, at least in our understanding of the law, is

2   incorrect.  In other words, that if the subpoena is

3   issued in Pennsylvania, that the Pennsylvania court

4   would be the one to decide whether or not it goes

5   forward.  And once that is decided, that it would get

6   adjudicated in Pennsylvania.  And we think it ought to

7   be adjudicated before Your Honor.

8           If we are wrong about that -- and our intent

9   simply is -- and I wouldn't understand why plaintiffs

10  would object to that -- is that if it goes forward,

11  Your Honor is the one to decide issues with respect to

12  the scope of privilege of that deposition, because

13  there is no question but that that deposition, if it

14  goes forward, would be used by the people whom you are

15  looking at on this phone call on the plaintiffs' side

16  in this case.

17          And apropos of Judge Wolfson's admonition of

18  privilege issues and how they get decided, they can't

19  unlearn what they learn at a deposition because they

20  are taking it in another case.

21          So we just -- if it's going to go forward,

22  it's obviously an important deposition, and we think it

23  really ought to get decided here.

24          So happy to submit a very short explanation

25  of why we think the procedure is what it is and why we

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498BAF5E

March 31, 2021

Page 56

1    think there is an easy way of procedurally having this

2    appear before your court -- before Your Honor.

3             And if plaintiffs disagree that it should be

4    before Your Honor, we can talk about that separately,

5    but I think it makes sense to be before Your Honor.

6             SPECIAL MASTER SCHNEIDER:  There doesn't seem

7    to be a dispute, and there can't be, that if the

8    deposition is cross noticed in the MDL, that this court

9    has jurisdiction to deal with the question of whether

10   or not the MDL deposition of O'Shaughnessy should be

11   quashed.

12            The stickler is whether this court has

13   jurisdiction to upset somehow the decision that has

14   already been made by the Missouri court, right?

15            MR. TISI:  Correct.  And to compare the

16   analogy, Rich's analogy further, I think Judge Wolfson

17   understood that when she was dealing with the

18   arguments.

19            She understood, as best as I understand, that

20   a state court judge could decide that a particular

21   document is unprivileged, it is not privileged

22   according to Missouri law, and she also understood that

23   Your Honor may make a different decision.

24            Her remedy was it doesn't get used in this

25   court.

DocuSign Envelope ID: 5F235AD7-38F6-4CE2-8612-66FC498DAF5E

March 31, 2021

Page 57

```
 1              SPECIAL MASTER SCHNEIDER:  But why don't we
 2      do this, Mr. Tisi, why don't we do this.
 3              Why don't we give the plaintiffs a deadline,
 4      if they are going to cross notice, this is the
 5      drop-dead date.  If you're going to do it, do it by
 6      this date; and if you don't do it, you can't take the
 7      deposition in connection with this case.
 8              Presumably you will cross notice.  J&J files
 9      its request to quash.  Plaintiff responds.  I'll decide
10      in the first instance the MDL issue.
11              I don't see how I have jurisdiction over the
12      Missouri court.
13              MR. TISI:  Respectfully, I think you are
14      probably right in that.
15              SPECIAL MASTER SCHNEIDER:  So here's a
16      question for you.  I don't know the answer to this.
17      Suppose, hypothetically, just purely hypothetically,
18      the deposition is just taken with a caption from
19      Missouri.  You get to trial in the six cases.  Can that
20      deposition from Missouri be used in this case?
21              MR. TISI:  We think -- we think that it
22      should be.  And, you know, obviously there are
23      questions there.  But that's ultimately a decision that
24      gets taken down the road.  I mean...
25              SPECIAL MASTER SCHNEIDER:  But isn't that
```

DocuSign Envelope ID: 5F235AD7-38F6-46E2-8612-66FC498BAF5E

March 31, 2021

Page 58

1    getting through the back door what you can get through

2    the front door?

3              MR. BERNARDO:  I think Your Honor hit the

4    nail on the head.  That's exactly what's happening.  It

5    is going through the back door.

6              It goes back to Judge Wolfson's comment.  And

7    I think she specifically raised the challenge created

8    by depositions.  And to be clear, I think, if this

9    deposition were to go forward, I would expect that

10   after the witness were to state his name for the

11   record, the response to the first question would

12   probably be a instruction not to answer on the grounds

13   of attorney-client privilege.  That's going to have to

14   get adjudicated, because he's the in-house counsel and

15   his responsibility was litigation.

16             SPECIAL MASTER SCHNEIDER:  Mr. Bernardo, in

17   view of the direction that Judge Wolfson already gave,

18   purely hypothetical, cross notice.  The deposition of

19   O'Shaughnessy is quashed in the MDL.  The deposition is

20   taken in Missouri.

21             Do you think Judge Wolfson is going to let

22   that deposition from Missouri come into this case if

23   this court, if this court, me, or the magistrate or

24   Judge Wolfson, decided that the deposition of

25   O'Shaughnessy should be quashed?

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-65FC498DAF5E

March 31, 2021

Page 59

1              MR. PLACITELLA:  Well, can I respond to that

2     actually?

3              So there is -- there is a misstep here, I

4     think.  And that is the Pennsylvania court, they are

5     going to move to quash.  If the Pennsylvania court

6     quashes the dep in Pennsylvania, then there is nothing

7     to cross notice, right?

8              SPECIAL MASTER SCHNEIDER:  Right.  That's

9     exactly right.  That's exactly right.

10             MR. PLACITELLA:  So it's not yet ripe.

11             Then we come to the point do we want to take

12     the deposition or wait.  The plaintiffs want to take

13     the deposition in the MDL.  It would be a separate

14     notice which they say Mr. O'Shaughnessy will accept.

15     And at that point you would make a determination.

16             The one thing I probably disagree with on a

17     theoretical basis, a deposition taken in another state,

18     even given Judge Wolfson's statements, does become like

19     a document.  If information in that deposition turns

20     out to be privileged, well then it won't come in here.

21     That will be a -- you would look -- you would rule on

22     that like you would rule on any other document.

23             But if there is information in that

24     deposition that is not privileged, well then the court

25     can confront it at that time about how you want to deal

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAE5E

March 31, 2021

Page 60

 1    with it.

 2            To me, I think that we are never going to get

 3    there, frankly, because we are going to cross notice

 4    it.  If it -- if the judge in Pennsylvania allows it to

 5    go forward and you are going to deal with it; or if the

 6    judge in Pennsylvania doesn't allow it to go forward,

 7    then it will be before you on a direct notice.  So...

 8            SPECIAL MASTER SCHNEIDER:  Mr. Placitella,

 9    why do we have to wait for the Pennsylvania court to

10    decide?  Why can't I just say, if you are going to

11    cross notice it, do it within a week.  We'll tee up the

12    issue in this MDL and get it decided.  Why do we have

13    to wait for the Pennsylvania court to say whether or

14    not --

15            MR. PLACITELLA:  Why am I going to cross

16    notice a deposition that is not going forward?

17            SPECIAL MASTER SCHNEIDER:  Right now it's

18    go -- but until it's -- until it's quashed it's --

19            MR. PLACITELLA:  Until they quash the

20    deposition.  They've said it in Pennsylvania.  From

21    their perspective it should not go forward.

22            So how can you tee up whether it should go

23    forward here if they are fighting it in Pennsylvania?

24    If in Pennsylvania they win, the issue is moot.

25            SPECIAL MASTER SCHNEIDER:  I respectfully

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAF5E

March 31, 2021

Page 61

```
 1   disagree.

 2              I don't we need to wait -- do we know when

 3   the Pennsylvania court is going to decide it?

 4              MR. BERNARDO:  The motion hasn't even been

 5   filed, Your Honor.  And given our experience in the

 6   last iteration of this, my guess is it would probably

 7   be a number of weeks before there is any decision.

 8              SPECIAL MASTER SCHNEIDER:  My goal is to get

 9   you to the finish line.  So let's tee up the issue

10   sooner rather than later.

11              MR. BERNARDO:  Well, and Your Honor, but this

12   is -- this is exactly what we were proposing.  We just

13   were suggesting that the easy way to do it is to

14   withdraw that subpoena.  Serve it.  Have it occur at

15   the MDL and then the deposition happens and it get

16   coordinated.

17              I'm not sure why the resistance to having

18   Your Honor deal with it --

19              MR. TISI:  Okay.  Let me be -- let me be

20   clear -- let me be clear, Judge, if I can say this.

21              The plaintiffs in the Missouri case have

22   every right to pursue the discovery that they feel they

23   need to have for those cases.

24              For Mr. Bernardo to assume that we have the

25   same interest, that they are exactly a co-existing, is
```

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8512-66FC498DAE5E

March 31, 2021

Page 62

```
 1    very presumptuous.  There are 20,000 -- 25,000 women
 2    involved in this litigation.
 3            So what happens is, what is done in that
 4    case -- and I think you had it exactly right -- what is
 5    done in that case, that judge will rule on -- that
 6    judge already ruled that it goes forward, assuming the
 7    Pennsylvania court agrees.  He is then going to have to
 8    decide -- he has appointed a special master who will
 9    preside over that deposition and the rulings on
10    privilege as it goes forward.
11            Ultimately, that judge will decide what comes
12    into his courtroom.
13            If we have a circumstance where we get --
14    where we get -- where it's cross noticed, Your Honor
15    and Judge Wolfson will have the same responsibility.
16            SPECIAL MASTER SCHNEIDER:  Right, right.
17            MR. TISI:  And the reason why it's not
18    necessarily -- the reason why it is not necessarily --
19    we need to do it on a fast track here is for two
20    reasons:  No. 1, there are -- this isn't a situation
21    where the plaintiffs, as best as I know -- because I
22    have looked at the documents that have been produced.
23    We have -- start to take the deposition of Mr. Bernardo
24    where we have no documents.  They have already produced
25    in this case approximately fifteen hundred documents
```

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAF5E

March 31, 2021

Page 63

1    from Mr. O'Shaughnessy, substantive documents, okay,

2    where -- where he is -- even they agree, that there is

3    no privilege for those documents, okay.

4              So for those -- even if --

5              SPECIAL MASTER SCHNEIDER:  Yeah, but doesn't

6    mean -- one, it doesn't mean it's relevant and it

7    doesn't mean it's proportional.

8              MR. TISI:  Right.  But relevant -- relevancy

9    gets decided obviously down the road.

10              The second issue is, we already discussed

11    with Your Honor a process to tee up privileged

12    questions to Your Honor which will presumably, I can

13    guarantee you, will involve documents where

14    Mr. O'Shaughnessy is actually --

15              SPECIAL MASTER SCHNEIDER:  Here's my

16    suggestion.  Here's my suggestion.

17              If plaintiffs are going to cross notice

18    O'Shaughnessy in this case, do it by April 9.

19    Defendants file their objection by April 23rd.  And

20    plaintiffs respond by May 5th.  Same schedule as the

21    privilege documents, right?

22              This way we will tee up -- I don't think we

23    have to wait for the Pennsylvania court to rule to tee

24    up the issue in this MDL.

25              MR. TISI:  Okay.

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498BAF5E

March 31, 2021

1            SPECIAL MASTER SCHNEIDER:  Let's -- let's get

2      it teed up and decided.  That will -- that will give

3      us -- I mean, is the objection to O'Shaughnessy, Mr.

4      Bernardo, is it, one, all of what he has to say is

5      privileged; two, it's irrelevant; or three,

6      proportionality under Rule 26?

7            MR. BERNARDO:  You generally have it.  It is

8      a little bit more nuance than that, but I think you hit

9      the primary points, yes.

10            SPECIAL MASTER SCHNEIDER:  Okay, it's all

11      three.  Okay.

12            MR. BERNARDO:  And I think your suggestion is

13      appropriate.  And I think we'll proceed to file papers

14      and so has counsel in Pennsylvania.

15            By we may, after we further talk, and I'll

16      talk to Mr. Tisi, we may come back to you if there's

17      any procedural obstacles to achieving that way in light

18      of like you told us.

19            I was just trying to propose what I thought

20      was a simple solution to accomplish the very same

21      thing, but we are fine with Your Honor's suggestion.

22            SPECIAL MASTER SCHNEIDER:  If the parties

23      agree on a procedure, I'm all for it.  I'm happy.  But

24      I think it's a little uphill battle for you to say --

25      my instinct is, for you to say to plaintiffs -- they

DocuSign Envelope ID: 5F235AD7-38F6-46E2-8512-66FC498BAF5E

March 31, 2021

Page 65

1    already have an order from the court in Missouri that

2    says they can take this deposition.  You are asking the

3    plaintiffs to say, put that aside and let's redo the

4    issue in the case.  That's a heavy lift.

5              MR. BERNARDO:  Yeah, I'm not sure I agree

6    it's exactly that, but I take your point, Your Honor.

7              But I think the way Your Honor suggested

8    proceeding can work.  We'll take a look and talk to

9    Pennsylvania lawyers and figure out if it raises any

10   issues with respect to that particular subpoena.  And

11   if it does, we can come and revisit with Your Honor.

12             SPECIAL MASTER SCHNEIDER:  Mr. Placitella, is

13   this that same issue of O'Shaughnessy's dep before

14   Judge Viscomi?

15             MR. PLACITELLA:  Yes.

16             The issue -- the issue is before Judge

17   Viscomi.  But right now I think they have, if I recall,

18   somebody told me it was April 15th or something that

19   they have briefs due.

20             But yes, it is.  The issues there are

21   probably more narrow, because that focuses, you know,

22   that is about mesothelioma and asbestos.  Here the

23   issues are broader.  They do overlap for sure.

24             But, you know, because of the issues here,

25   asbestos is not the only issue.  And there is certainly

March 31, 2021

Page 66

 1    overlap.

 2             The Court should be aware -- the Court should

 3    be aware that I was on the phone, and Johnson & Johnson

 4    asked Judge Viscomi to, you know, coordinate this with

 5    the federal court or Missouri, and Judge Viscomi said,

 6    no, these are mesothelioma cases.  They are here.  I'm

 7    going to deal with it, and I'm going to move forward on

 8    my docket and my timeline.

 9             SPECIAL MASTER SCHNEIDER:  Do we have to deal

10    with the -- Ms. Sharko had mentioned in her letter,

11    Mr. McKeegan and Ms. Goodrich, that's one issue.  And

12    then I consider this a separate issue, the Mr. Gorski

13    issue.

14             MR. BERNARDO:  So Your Honor, I'll address

15    those.  The McKeegan and Goodrich issues are not yet

16    ripe.  I think they are going to be the same type of

17    issues we are talking about here.  But I think if we

18    establish something with respect to Mr. O'Shaughnessy,

19    that will probably address those.

20             With respect to the Gorski issue that is

21    something that I think we would like to discuss with

22    Your Honor at a subsequent discussion.  We really

23    wanted to put it on the table because it is a

24    deposition that we see getting increasingly asked for

25    in both ovarian and mesothelioma cases.  And we just

March 31, 2021

Page 67

1    want to achieve some level of coordinate considering --
2    I'm not sure there is an apex that's any more apex than
3    the CEO of a company like that.
4            And so we just wanted to put it in there
5    really to put that on Your Honor's radar, if you will.
6            SPECIAL MASTER SCHNEIDER:  Are the plaintiffs
7    going to notice Gorski in this case?
8            MR. TISI:  I don't even -- honestly, Judge,
9    and other people on this call may know other than
10   myself.  I don't even know who requested Mr. Gorski's
11   deposition.
12           But pursuant to CMO No. 11, you know, we
13   would -- if it was an ovarian cancer case, we would try
14   to coordinate, yeah, we would.
15           But I don't -- I don't know anything -- until
16   I got Ms. Sharko's letter yesterday, I don't think -- I
17   know I spoke to Ms. Parfitt and Ms. O'Dell this
18   morning, none of us knew anything about a request for
19   Mr. Gorski, and I spoke to Rich Bernardo yesterday and
20   it didn't come up.  So I don't know anything about it.
21           MR. PLACITELLA:  Yeah, the one thing I would
22   say in terms of apex, they are all apex.  In the last
23   case I tried, Mr. Gorski took the witness stand and the
24   issue went all the way to the New Jersey Supreme Court,
25   and he was forced to do testify.

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498BAF5E

March 31, 2021

1        MR. BERNARDO:  Again, Your Honor, I think

2    this is an issue we can discuss it more.  And it was

3    really to bring it to your attention as something that

4    is on the radar.

5        SPECIAL MASTER SCHNEIDER:  If that's not

6    ripe, than that's fine.  No problem.

7        MR. BERNARDO:  And I apologize.  I'm probably

8    at very close risk in losing my appointment.  So I

9    wanted to be sure I addressed this.  So I'm going to --

10   to leave.

11       Thank you, Your Honor.

12       SPECIAL MASTER SCHNEIDER:  Okay.  I have a

13   suggestion in terms of scheduling.  We have, according

14   to the schedule, the next call with Judge Wolfson, I

15   think, is on May 15th.

16       Do I have that right?

17       MS. PARFITT:  It's May the 12th, Your Honor.

18       MS. SHARKO:  May 12th.

19       SPECIAL MASTER SCHNEIDER:  May 12th, okay.

20       MS. PARFITT:  It's at 4 o'clock.

21       SPECIAL MASTER SCHNEIDER:  So why don't we

22   put another call with me at 4 o'clock.  And we'll -- if

23   need be, we will have oral argument on those

24   applications that date.  All right?

25       MS. PARFITT:  Thank you, Your Honor.

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498BAF5E

March 31, 2021

Page 69

```
 1              MS. SHARKO:  Okay.
 2              SPECIAL MASTER SCHNEIDER:  The other thought
 3      I had was -- and I appreciate your input on that.
 4              Going back to the beginning of this call, I
 5      think it's important that you straighten out the
 6      schedule, because I think that's something Judge
 7      Wolfson would want to straighten out, too, this issue
 8      about whether depositions are going to continue after
 9      the current fact date and expert reports and this and
10      that.
11              Hopefully, you will come to some sort of
12      agreement and understanding on that.
13              Why don't we tentatively schedule a call in,
14      say, like two weeks to talk about the schedule, because
15      if you are going to propose a change to Judge Wolfson,
16      I can't decide it, but you could -- we could discuss it
17      on the phone and then you can send your letter to Judge
18      Wolfson, say we discussed it, blah, blah, blah.  But I
19      would rather get that scheduling issue firmed up before
20      May 15th, right?  It's in your best interest.
21              MS. O'DELL:  Yes.
22              SPECIAL MASTER SCHNEIDER:  I agree with you
23      wholeheartedly, you ought to keep the date for the
24      bellwether trials in early or the spring of 2022.
25              I think it's feasible to adjust some of the
```

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAF5E

March 31, 2021

1    other deadlines and still keep that bellwether trial.

2              MS. SHARKO:  We really -- we really do not

3    want to adjust the schedule that we have.  But I think

4    instead, it sounds like Your Honor is suggesting that

5    we consider putting some additional deadlines in there.

6    So we'll meet and confer and...

7              SPECIAL MASTER SCHNEIDER:  I think if

8    you're -- there is a consensus on your part, then

9    that's fine.  That you were just talking about friends

10   and family and doctors for the current date.  But you

11   know there's going to be other issues, third parties

12   potentially, some either individual or corporate

13   additional J&J deps.  So you need a time frame for

14   that, if those are going to go forward.  You ought to

15   discuss what that ought to be.  Let's firm up the

16   schedule, so there is no misunderstanding.

17             You know, my goal is to keep you on that

18   schedule to try that case in early -- as early as

19   possible in 2022.  And I think that's Judge Wolfson's

20   goal, too.

21             MS. SHARKO:  How about if we report back to

22   Your Honor on April 22nd?

23             SPECIAL MASTER SCHNEIDER:  Let me look at my

24   calendar.  April 22nd is...

25             MS. SHARKO:  A Thursday.

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAE5E

March 31, 2021

Page 71

```
 1              SPECIAL MASTER SCHNEIDER:  So today -- today
 2      is the 31st.
 3              Ms. Sharko, why don't we pencil in a call or
 4      a Zoom.  It can always be canceled.  And let me know
 5      by, say, the 20th what's going on.  By the 20th, have a
 6      proposal on how you agree to adjust, if at all, the
 7      schedule.
 8              We'll tentatively schedule a Zoom on the 22nd
 9      at, let's say, three, but if need be, we'll just cancel
10      it.  And then we --
11              MS. SHARKO:  That's good for us.
12              SPECIAL MASTER SCHNEIDER:  And then we, on
13      the 12th at 4 o'clock, we'll have oral argument on the
14      two issues you are going to brief with the proviso that
15      Mr. Bernardo and I discussed that after April 9th we
16      may set up a phone call to change that proceeding,
17      depending on what the parties propose.
18              MS. PARFITT:  And Judge Schneider, would 2
19      o'clock by any chance or four -- I have a standing
20      3 o'clock on Thursday.
21              SPECIAL MASTER SCHNEIDER:  No problem.
22              MS. PARFITT:  Would that work for others?
23              MR. TISI:  I'm sorry, my only issue is I have
24      Mr. Bernardo's issue.  My second COVID shot is at
25      4 o'clock -- or actually 2 o'clock your time.  I'm on
```

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8512-66FC498DAF5E

March 31, 2021

Page 72

```
1    mountain time, so...
2             SPECIAL MASTER SCHNEIDER:  How about
3    4 o'clock, Ms. Parfitt?
4             MR. TISI:  Yeah, I -- so 4 o'clock would be
5    fine.
6             MS. PARFITT:  Perfectly fine.
7             MR. TISI:  But that might be too -- yes.
8             MR. LAPINSKI:  That's April 22nd?
9             SPECIAL MASTER SCHNEIDER:  Tentatively, in
10   pencil, Mr. Lapinski.  We may not need that call.
11            MR. LAPINSKI:  And that's the call just to
12   adjust -- just to adjust the scheduling, if necessary,
13   correct?
14            SPECIAL MASTER SCHNEIDER:  Exactly.
15            MR. LAPINSKI:  A question that I have on
16   that, Your Honor, is for the purposes of just these
17   six -- these six bellwether cases, why wouldn't we make
18   a discovery end date December 3rd that aligns with the
19   last date for any defendant expert depositions?
20            MS. SHARKO:  I think it's something we should
21   all meet and confer on.  We haven't thought this
22   through or talked about it.  Hopefully, we can resolve
23   it.  We have resolved almost everything else and that
24   gives us enough time to do it.
25            SPECIAL MASTER SCHNEIDER:  Okay.  So let me
```

March 31, 2021

Page 73

```
 1    sum up where we are.  We'll have the same schedule for
 2    the privilege issues and for the O'Shaughnessy issue.
 3                On the privilege issue by April 9, plaintiff
 4    is going to identify the disputed documents.  By
 5    April 23rd defendant is going to submit its brief and
 6    supporting affidavits in support of its defense,
 7    objection.  Plaintiff responds by May 5th.  And then
 8    hopefully your oral argument on May 15th at four.
 9                With regard to the O'Shaughnessy issue,
10    plaintiffs have until April 9 to co-designate.  If they
11    don't co-designate, then they can't take his deposition
12    in connection with this case.  Presumably they will.
13                Defendants move to quash on April 23rd.
14    Plaintiffs respond May 5th.  Oral argument May 12th at
15    four.
16                And by April 20, the parties will inform me
17    or the court about what they propose with regard to the
18    schedule.  We'll pencil in a Zoom or a call on
19    April 22nd at four with the understanding that that may
20    be postponed.
21                And then lastly, that all this is without
22    prejudice, if after the April 9th letter from plaintiff
23    about the privilege documents and the co-designation,
24    if the parties think a phone call would help advance
25    the ball, let us know, and we'll set it up quickly and
```

March 31, 2021

Page 74

1  maybe we'll avoid a lot of this.

2          MR. LAPINSKI:  Your Honor, the only thing

3  that I'll bring up is everything that you just said, is

4  just I want to confirm, it's May 12th at 4 o'clock that

5  we are having our next call.

6          SPECIAL MASTER SCHNEIDER:  Yeah, I'm sorry

7  about that.  I misspoke.

8          Okay.  I think that's a good plan.

9          My thought is unless Judge Wolfson tells me

10 differently, is to make sure that everything is ready,

11 done, by the deadlines in the order, most importantly

12 to get you to trial in early 2022 on the bellwethers.

13         I assume you will let her know about you've

14 agreed on the six bellwethers, but I don't know.

15         MS. PARFITT:  She's been notified, Your

16 Honor, of those.  Yes.

17         SPECIAL MASTER SCHNEIDER:  Great.  Terrific.

18         MR. TISI:  Judge, one clarification point.

19 And I just want to make sure I understand.

20         If the Pennsylvania judge has not yet ruled

21 so there is no -- we don't have a deposition to cross

22 notice, you still want our intent to cross notice on

23 this?

24         SPECIAL MASTER SCHNEIDER:  No, you do have a

25 deposition to cross notice.  Because until it is

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAF5E

March 31, 2021

Page 75

 1    quashed it is alive, isn't it?  Right?

 2            MR. TISI:  I think -- I think procedurally,

 3    as I understand it -- and I'm not a Pennsylvania

 4    lawyer -- until that subpoena -- as I understand the

 5    process, what Judge Burlison in Missouri has done, is

 6    he has ordered a comission to get a subpoena.  Until

 7    there is actually a subpoena that is issued -- we have

 8    Pennsylvania lawyers here, Mr. Berman -- until there is

 9    actually a subpoena that's issued out of the court in

10    Bucks County, I don't know that that's -- that that

11    has the --

12            SPECIAL MASTER SCHNEIDER:  Why do I care

13    about the subpoena?  I only care about the notice.

14            MR. TISI:  I agree.  I just wanted to make

15    sure --

16            MR. PLACITELLA:  But it's not a subpoena that

17    notice.

18            MS. SHARKO:  But now we are -- now we are

19    rearguing the same issue.

20            MR. PLACITELLA:  No, no, it's not -- it

21    wasn't a subpoena.

22            MR. TISI:  Right.  There is not a subpoena

23    until the subpoena is actually stamped by the clerk.

24            SPECIAL MASTER SCHNEIDER:  So wasn't there a

25    notice of deposition?

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAF5E

March 31, 2021

```
 1              MR. TISI:  No, not yet.  It can't be noticed

 2     until -- until the subpoena has been authorized under

 3     the State Law of Pennsylvania.  That's the question

 4     mark that I have.

 5              And you know, I don't know if Mr. Berman, and

 6     I know we have Pennsylvania lawyers here, want to weigh

 7     in on it.

 8              But as I understand it procedurally, there is

 9     nothing to cross notice until a subpoena is issued out

10     of the court in Pennsylvania.

11              SPECIAL MASTER SCHNEIDER:  But suppose this

12     is a normal case -- this is not a normal case, right?

13     No subpoenas.  No notices of deposition.  We get to a

14     conference.

15              The defendant -- the plaintiff says to the

16     defendant, I want to depose Jane Doe.  Do I have to

17     wait until a formal notice or subpoena is issued to

18     rule on that issue?  Or can I say, send me your briefs,

19     and I'll decide whether you can go forward?  I don't

20     think I need to wait.

21              MR. TISI:  I agree.  I agree.

22              MR. PLACITELLA:  I think it's probably form

23     over substance at this point, because I thought he was

24     served with a stamped subpoena.  Maybe I'm wrong, but I

25     thought he was served at this point.
```

DocuSign Envelope ID: 5F235AD7-28E6-4CE2-8612-66FC498DAE5E

March 31, 2021

Page 77

```
 1              MS. O'DELL:  Right, yeah.
 2              SPECIAL MASTER SCHNEIDER:  Yeah, I would
 3    rather not kick the can down the road.  I would rather
 4    get this issue teed up and decided and deal with it.  I
 5    think that's a pretty straightforward issue.
 6              The harder issue is Mr. Bernardo's request
 7    that this court somehow supersede the Missouri court.
 8    I don't know how you do that.
 9              MR. LAPINSKI:  Yeah, we think that is a
10    pretty issue as well.
11              MS. SHARKO:  Well, wait for our brief.  You
12    will be impressed.
13              MS. PARFITT:  That might be a good trailer
14    for a movie.
15              (Discussion off the record.)
16              SPECIAL MASTER SCHNEIDER:  Some poor old
17    retired magistrate judge is going to upset 225 years of
18    constitutional federalism.
19              MS. SHARKO:  Okay, we are laughing.
20              MR. PLACITELLA:  All right.  Well, Happy
21    Easter and happy Passover.
22              SPECIAL MASTER SCHNEIDER:  Have a good
23    holiday, everyone.
24              MR. LAPINSKI:  Happy holidays to everybody.
25              (Deposition adjourned at 5:11 p.m.)
```

March 31, 2021

Page 78

1              C E R T I F I C A T E

2

3          I CERTIFY that the foregoing is a true and

4    accurate transcript of the testimony as taken by and

5    before me stenographically at the time and place

6    aforementioned.

7          I FURTHER CERTIFY that I am neither

8    attorney for nor counsel to any of the parties; parties

9    of any of the attorneys in this action; and that I am

10   not financially interested in the outcome of this case.

11

12

13

14   *Howard Rappaport*
     439DA67C1C71495...

15   HOWARD A. RAPPAPORT, C.C.R
     Certificate No. XI00416

16

17

18

19

20

21

22

23

24

25

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAF5E

March 31, 2021

**A**

**A-L-L** 20:24
**able** 11:21 12:3
**absolutely** 10:22
   22:16 32:10
**accept** 49:6
   59:14
**accident** 34:3
**accommodate**
   28:2,11 30:5
**accommodating**
   5:1
**accomplish**
   64:20
**accomplished**
   20:7 48:4 49:3
   49:24
**account** 25:15
**accurate** 78:4
**achieve** 67:1
**achieving** 64:17
**acknowledged**
   7:24
**act** 48:15 51:1,5
   52:13
**action** 78:9
**actions** 50:3
**activity** 36:5
**add** 11:3 16:15
   24:12,12
**addition** 16:17
**additional** 13:9
   13:25 14:13
   17:3 22:17,18
   23:8 25:6 70:5
   70:13
**address** 7:9
   66:14,19
**addressed** 68:9
**addressing** 45:6
   49:18
**adjourned** 77:25
**adjudicate** 50:21
   50:22
**adjudicated**

40:6 50:13
   55:6,7 58:14
**adjudicating**
   49:21
**adjust** 26:7
   69:25 70:3
   71:6 72:12,12
**adjusted** 30:4
**admittedly** 4:16
**admonition**
   55:17
**advance** 41:2
   73:24
**advice** 6:5
**affect** 33:13
**affidavit** 39:2
   40:24 43:11,15
**affidavits** 39:24
   40:25 43:8
   73:6
**affirmatively**
   52:19
**aforementioned**
   78:6
**afternoon** 3:20
   3:23,24 4:2,5,7
   4:22 5:14,17
**ago** 10:8
**agree** 18:9 20:23
   23:23 26:10,19
   30:17 31:13,20
   37:1 38:5
   39:20 40:8,22
   42:19 44:21,23
   63:2 64:23
   65:5 69:22
   71:6 75:14
   76:21,21
**agreed** 28:7 29:5
   45:1 49:6 54:1
   74:14
**agreed-upon**
   29:8
**agreeing** 28:25
   37:7
**agreement** 21:18

22:21 36:16
   69:12
**agrees** 52:5 62:7
**ahead** 10:17
   12:1,24 32:25
   45:17,19,19
**AL** 1:19
**alert** 8:25
**alerted** 7:18,22
**alerting** 8:2
**aligns** 72:18
**alive** 75:1
**alleged** 35:17
**Allen** 1:17 3:21
**allow** 60:6
**allows** 60:4
**alluded** 43:23
**amount** 6:21
**analogy** 56:16
   56:16
**analysis** 14:15
**answer** 15:7,8,8
   16:9 26:15
   57:16 58:12
**answered** 16:23
**anticipate** 19:9
   22:4 38:23
   53:8 54:8
**anticipated**
   20:25 31:7
   43:16
**anyway** 5:3
**apart** 14:1
**apex** 67:2,2,22
   67:22
**apologize** 19:19
   68:7
**appear** 56:2
**appearances**
   3:18
**appearing** 15:19
**applications**
   68:24
**apply** 37:4
**appointed** 62:8
**appointment** 5:2

6:1,3 7:18,19
   7:23 8:2,4 68:8
**appreciate** 5:3
   46:1 69:3
**appreciated**
   41:14
**appropriate** 8:8
   39:2 47:2
   64:13
**approved** 27:14
**approximately**
   62:25
**April** 36:14
   37:11 38:19,23
   38:25 39:5,14
   39:18,22 40:5
   40:21,23 41:1
   63:18,19 65:18
   70:22,24 71:15
   72:8 73:3,5,10
   73:13,16,19,22
**apropos** 55:17
**arduous** 12:1
**areas** 39:8 43:25
**argument** 68:23
   71:13 73:8,14
**arguments**
   56:18
**Arps** 2:12 4:23
   5:13
**asbestos** 7:16
   65:22,25
**Ashcraft** 1:14
   3:24
**aside** 24:23 51:7
   65:3
**asked** 9:25 27:15
   52:15 66:4,24
**asking** 65:2
**aspect** 10:24
   16:5
**assigned** 48:21
**assistant** 45:10
**associated** 38:15
**assume** 61:24
   74:13

**assuming** 62:6
**assumption**
   25:24
**assumptions**
   25:11
**assure** 43:19
**attempt** 27:15
**attention** 14:24
   68:3
**attorney** 78:8
**attorney-client**
   42:11 58:13
**attorneys** 78:9
**August** 22:24
   23:11 24:2
   42:3
**authorize** 48:16
**authorized** 76:2
**automobile** 34:3
**available** 40:4
**AVENUE** 2:3,13
**avoid** 74:1
**aware** 7:9 66:2,3

**B**

**B** 1:9
**back** 15:23
   17:11 22:1
   29:8 30:3
   31:13 35:3
   46:5 52:22
   58:1,5,6 64:16
   69:4 70:21
**backdrop** 4:14
   4:16
**bad** 3:15
**ball** 35:24 41:2
   73:25
**balls** 49:14
**BANK** 2:3
**based** 22:18
   40:14 46:9,9
**basis** 44:3 59:17
**baton** 11:2 13:7
**battle** 64:24
**BAYLEN** 2:6

**Beasley** 1:17
  3:21
**beginning** 24:14
  69:4
**begun** 12:2
**behalf** 3:21,25
  4:9 5:13,15,18
  15:11 54:24
**Beisner** 2:12
  5:12,12
**believe** 15:8 16:9
  21:6 39:10
  45:5 48:7
  49:13
**bellwether** 8:18
  10:4,7,12 11:8
  11:17,24 14:6
  14:11 16:3,13
  17:4 30:19
  33:7 69:24
  70:1 72:17
**bellwethers** 9:14
  30:16 31:1
  32:22 74:12,14
**bench** 6:6
**Berman** 2:19,20
  4:10,11,11
  54:14 75:8
  76:5
**BERNADO** 2:13
**Bernardo** 4:22
  4:23 5:6 15:14
  30:12 34:18
  37:6 38:17
  40:2,10,20
  41:7 43:3,18
  44:9,21 45:9
  45:23 46:2,12
  46:24 47:21,25
  48:3,12 50:7
  50:11 58:3,16
  61:4,11,24
  62:23 64:4,7
  64:12 65:5
  66:14 67:19
  68:1,7 71:15

**Bernardo's**
  71:24 77:6
**best** 6:7 7:25
  35:4 52:14
  53:5 56:19
  62:21 69:20
**better** 12:11
  33:16 34:21
**Biddle** 2:8 4:20
**bifurcated** 23:5
**big** 6:6 8:23 51:8
  51:10
**bit** 8:19 13:24
  27:20 36:25
  64:8
**blah** 69:18,18,18
**block** 12:13
**board** 38:10
**boilerplate** 42:8
**box** 1:19 12:6
**Brennan** 5:14,15
**brief** 7:19 39:24
  40:24 42:5
  54:21 71:14
  73:5 77:11
**briefed** 37:24
  40:8 41:17,22
  53:25
**briefing** 39:10
**briefs** 41:19,25
  42:12 65:19
  76:18
**bring** 35:13
  36:17 68:3
  74:3
**brings** 11:1
  22:10
**broader** 65:23
**broken** 5:9
**Bucks** 49:14
  75:10
**build** 40:3
**bunch** 26:3
**burden** 39:23
**Burlison** 8:3
  52:6,14,22

  75:5
_____
**C**
**C** 1:10 2:1 78:1
  78:1
**C.C.R** 78:15
**calendar** 70:24
**caliber** 43:13
**California** 28:9
**call** 3:7 6:22 7:2
  13:19,23 26:12
  28:2,22 40:11
  41:3 43:3
  44:23 55:15
  67:9 68:14,22
  69:4,13 71:3
  71:16 72:10,11
  73:18,24 74:5
**called** 12:14
**calling** 49:14
**calls** 3:16
**Camden** 6:13
**camera** 36:23
  39:1
**CAMPUS** 2:9
**cancel** 71:9
**canceled** 71:4
**cancer** 50:2
  67:13
**caption** 57:18
**car** 23:20 26:2
**car's** 24:15
**care** 2:18 5:18
  14:14 19:22
  35:21 75:12,13
**carveout** 21:1
**case** 6:18,19,23
  7:4,7 8:17 9:4
  9:9 10:11,24
  10:25 11:18
  16:2,7,12
  19:20 21:5,12
  22:3 23:2
  28:13,18 32:18
  33:25 34:3
  35:12,15,23

  41:23 43:14
  45:15 46:7,16
  46:20 47:10,19
  49:12 51:14,15
  52:12 53:15,20
  55:16,20 57:7
  57:20 58:22
  61:21 62:4,5
  62:25 63:18
  65:4 67:7,13
  67:23 70:18
  73:12 76:12,12
  78:10
**case-specific**
  10:21 13:16
  17:7,12 28:17
  30:18 32:12
**cases** 7:24 8:18
  9:15,15,19
  10:9,14,14
  11:8,12,24
  12:2 13:9,22
  14:6,9,12
  16:13,13 17:4
  20:16,21 22:4
  24:3 25:3
  26:13 27:3
  29:12 31:3,10
  32:21 57:19
  61:23 66:6,25
  72:17
**categories** 37:2
  37:19,22,23
  44:18
**category** 37:3,4
  46:4
**causation** 8:13
  9:11 13:16
  32:13,13,17
**CEO** 67:3
**certain** 25:11
  32:8 36:6 53:7
**certainly** 14:20
  19:15 65:25
**Certificate**
  78:15

**CERTIFY** 78:3
  78:7
**cetera** 13:20
  48:15
**challenge** 35:25
  36:14 37:8
  39:6 58:7
**challenges** 13:20
  27:17,19 28:12
  36:4,10,17
  37:13,20 44:11
**chance** 71:19
**change** 41:4
  69:15 71:16
**chat** 13:13 19:19
**check** 33:10
**CHERRY** 1:13
**Chief** 6:1
**Chris** 4:3,7,8
  15:4,6,9,11
  23:4 45:22
  52:1,2,25
**Chris's** 32:8
**CHRISTOPH...**
  2:2,5
**circulate** 13:14
**circumstance**
  54:5 62:13
**circumstances**
  6:3
**CIVIL** 1:3
**claim** 39:3 43:9
  43:12
**claims** 43:22
**clarification**
  74:18
**clear** 14:4 23:7
  28:21 35:7
  51:3 58:8
  61:20,20
**clearly** 46:8
**clerk** 75:23
**close** 68:8
**closed** 6:15
**CMO** 27:14
  67:12

co-designate
  73:10,11
co-designation
  73:23
co-drafted 27:13
co-existing
  61:25
COHEN 2:2
colead 10:3
colleague 13:4
  15:4 42:17
colleagues 31:7
come 18:15 28:8
  29:7 35:12
  37:18 52:7,8
  58:22 59:11,20
  64:16 65:11
  67:20 69:11
comes 62:11
coming 35:14
comission 75:6
Commencing
  1:7
comment 10:19
  58:6
comments 32:8
COMMERCE
  1:18
committed
  29:22
Committee 3:22
  4:1 14:18
  15:12 41:25
Companies 2:10
  2:15
company 67:3
compare 56:15
complete 17:9
  18:22 19:2
  20:23 24:16
  26:13 27:2
  29:17
completed 17:11
completely 22:7
completing 29:4
complexity 6:23

computer 8:23
concept 29:2
concerned 26:11
  34:17
concluded 47:10
conducted 34:9
conducting
  27:16
confer 29:2
  36:16 37:18
  39:7,13,19
  40:5,22 70:6
  72:21
conference 1:5
  7:11 76:14
conferences 3:11
conferring 28:25
confers 51:1
confirm 74:4
confront 59:25
conjunction
  38:1
connection 37:7
  48:18 49:18
  54:17 57:7
  73:12
Connolly 33:5
  34:7
consensus 11:11
  70:8
consent 50:8,13
  50:18,20,24
consider 66:12
  70:5
consideration
  28:15
considering
  52:17 67:1
consistent 29:4
constitutional
  77:18
Consumer 2:10
  2:11,15,15
contemplated
  22:25 27:13
  30:16

contemplating
  20:4
contemplation
  20:1
contest 49:8
continue 31:23
  32:4 33:4
  37:10 69:8
Continued 2:1
conundrum
  31:19
conversation
  7:20 16:19
conversations
  7:23 8:5,7
conversely 27:24
coordinate
  27:15,23 36:11
  66:4 67:1,14
coordinated
  37:15 50:2,20
  61:16
coordinating
  28:9 45:2
copy 12:16
corporate 8:14
  13:20 14:19
  15:1,20,25
  16:17,20 21:4
  23:10 25:5,14
  27:6 34:1
  70:12
correct 9:11
  10:22 11:14
  14:11 22:16
  26:16 47:20
  56:15 72:13
Council 2:18
  5:19
counsel 3:7 4:4
  33:1 45:10
  54:23 58:14
  64:14 78:8
counterpoint
  15:15
country 6:25

County 49:14
  75:10
couple 27:22
  54:21
course 9:7 26:24
  31:16
court 1:1 3:11
  6:24,25 7:19
  11:23 14:21
  16:8 22:5
  35:25 36:11
  38:19 41:12
  47:2 48:2,4,8
  48:11,16,17,21
  48:24 49:1,8
  49:21 50:1,4,8
  50:21 51:11,20
  54:11 55:3
  56:2,8,12,14
  56:20,25 57:12
  58:23,23 59:4
  59:5,24 60:9
  60:13 61:3
  62:7 63:23
  65:1 66:2,2,5
  67:24 73:17
  75:9 76:10
  77:7,7
courtesy 5:4
courtroom
  62:12
courts 37:13,25
COVID 5:1,7,9
  30:21 71:24
created 58:7
criminal 49:13
cross 27:25
  46:16 47:14,16
  47:20 53:17
  56:8 57:4,8
  58:18 59:7
  60:3,11,15
  62:14 63:17
  74:21,22,25
  76:9
crux 42:12 46:12

current 22:19
  69:9 70:10
cut 43:22
cutoff 20:1

D

Dan 4:6 42:17
  42:21
DANIEL 1:12
date 1:7 8:11
  17:19,20 18:9
  18:15 19:25
  20:23 21:8
  22:21,23,23,25
  23:11,11 25:22
  26:18,21 27:1
  27:2,5,8 28:7
  28:10 31:18
  33:24 34:8,9
  34:11 39:16,17
  40:12 44:22
  53:2,7 57:5,6
  68:24 69:9,23
  70:10 72:18,19
dates 12:9 28:15
  28:16 45:2
Daubert 8:12
  9:11 10:23
  17:12,12
days 33:8,9
  41:13 42:15
  54:21
DC 1:16 2:14,18
de-privileged
  36:7
deadline 9:18
  13:8 17:1
  18:19,22,22
  19:2,3 21:1,8
  24:5 25:10
  26:12 29:2,3
  33:6 37:11
  42:23 57:3
deadlines 7:13
  12:10,20 17:9
  22:3 26:7 30:4

70:1,5 74:11
**deal** 24:24 26:24
32:3 44:18,25
51:8 56:9
59:25 60:5
61:18 66:7,9
77:4
**dealing** 9:9 14:8
36:21,23 56:17
**dealt** 8:12 14:2
15:2 34:6
37:15
**December** 11:25
17:11 23:6
72:18
**decide** 18:17
36:18 40:1
50:8 55:4,11
56:20 57:9
60:10 61:3
62:8,11 69:16
76:19
**decided** 17:25
36:2 48:8,11
48:20 51:19
52:6,19 55:5
55:18,23 58:24
60:12 63:9
64:2 77:4
**decides** 51:23
**decision** 18:2
41:18,20 56:13
56:23 57:23
61:7
**decisions** 7:13
35:23 49:2
**default** 40:23
41:5
**defendant** 2:10
2:18 4:18
10:13 39:18,22
40:23 72:19
73:5 76:15,16
**defendants** 2:14
4:21,24 5:13
5:16 11:17

17:2 26:19
27:14,23 31:22
46:19 63:19
73:13
**defendants'**
49:20
**defense** 41:8
73:6
**defense'** 34:19
36:6
**defer** 15:3
**definite** 39:17
**definitely** 29:5
**degree** 20:18
**delighted** 3:7 6:1
12:15
**denied** 53:13
**dep** 51:16 59:6
65:13
**depending** 39:13
71:17
**deponent** 49:5
**deponents** 22:13
22:18
**depose** 13:11
15:21 76:16
**deposed** 53:7
**deposition** 7:10
24:20 27:24
28:4 33:24
38:13 41:10
44:15 45:13,15
46:15 47:1,9
48:7,19,22
49:9,15 50:15
50:21,25 51:5
51:19 52:7,9
52:18 53:3,14
54:12,13 55:12
55:13,19,22
56:8,10 57:7
57:18,20 58:9
58:18,19,22,24
59:12,13,17,19
59:24 60:16,20
61:15 62:9,23

65:2 66:24
67:11 73:11
74:21,25 75:25
76:13 77:25
**depositions** 8:15
9:6 13:20 14:1
14:19 15:1
17:10 18:23
20:5 22:18
23:10 25:6,13
25:14 27:20
33:15 34:2,9
34:11 44:25
45:1 58:8 69:8
72:19
**deps** 21:4 70:13
**designation**
36:14
**detail** 8:19
**determination**
59:15
**development**
16:6
**die** 35:23
**difference** 51:9
51:10
**different** 51:24
56:23
**differently**
74:10
**diligence** 6:9
**direct** 60:7
**direction** 58:17
**disagree** 16:25
20:14 24:14,14
30:2 40:20
56:3 59:16
61:1
**disagreement**
39:9
**discovery** 8:13
9:2,12,19
10:15,21 11:23
13:9,10,18,23
14:22 15:5,5
16:1 17:3,7,9

17:15,23 18:3
18:7 19:2,5,6,8
19:25 20:24
21:3,11 22:25
23:1,14,19,19
24:3,15 25:4
25:18,20 26:13
26:15,22 27:5
27:16 29:3
30:25 31:8,15
31:23 32:4,16
61:22 72:18
**discuss** 9:5,6,7
16:22 36:1
40:12,17 66:21
68:2 69:16
70:15
**discussed** 63:10
69:18 71:15
**discussion** 5:11
36:12,12 37:5
66:22 77:15
**dispositive**
17:13
**dispute** 56:7
**disputed** 73:4
**DISTRICT** 1:1
1:1
**docket** 1:3 3:12
8:21,22 12:9
66:8
**doctors** 18:23
20:25 21:2
24:1 27:6
28:17,17 70:10
**document** 56:21
59:19,22
**documents**
35:12,18 36:6
36:13,22 37:2
37:14 38:8,20
38:21,25 39:1
39:6,11 41:20
43:23 44:7,10
46:6 49:19
62:22,24,25

63:1,3,13,21
73:4,23
**Doe** 76:16
**door** 58:1,2,5
**doubt** 44:14
**downgrade**
43:23
**downgrading**
44:10
**drill** 13:24
**Drinker** 2:8 4:19
4:20 5:15
**DRIVE** 1:12
**drop-dead** 26:12
27:5 57:5
**dual** 15:23,24
**due** 6:9 25:4,17
31:18 32:5
65:19

### E

**E** 1:9,9,10,10 2:1
2:1,22,22 78:1
78:1
**e-mail** 7:22,24
8:1,3,7 19:18
**earlier** 42:24
44:23
**early** 27:13
69:24 70:18,18
74:12
**ease** 8:6
**easier** 27:21
**easily** 36:22
**EAST** 1:12
**Easter** 77:21
**easy** 24:22,24
28:18 36:24
49:24 50:6,7,9
50:9 56:1
61:13
**edit** 40:10
**effect** 35:21
**eight** 36:24
**either** 4:13 8:7
38:21 53:20

March 31, 2021

70:12
**elegant** 49:3
**employers** 18:24
**encompassed** 21:11
**encouraged** 10:18
**ensure** 37:14
**entered** 8:14
**enthused** 11:22
**entries** 3:18
**envisioned** 30:23
**Esquire** 1:12,15
1:18 2:2,5,8,12
2:13,17,20,23
**establish** 66:18
**established** 25:23,23
**et** 13:20 48:15
**evaluating** 16:17
**event** 38:9 52:8
**everybody** 28:11
49:25 77:24
**exactly** 21:23
37:6 49:4 58:4
59:9,9 61:12
61:25 62:4
65:6 72:14
**example** 28:17
32:12
**excellent** 29:11
**excited** 10:18,24
**executed** 49:7
**expect** 43:13
58:9
**expecting** 36:9
**experience** 61:5
**expert** 13:16
17:10,10 22:23
22:23 24:5,6
25:3,10,15,17
25:19 31:17,21
32:5 33:13,13
33:22 34:4
69:9 72:19

**experts** 13:11
32:9
**explain** 48:9
54:25
**explanation** 55:24
**extended** 30:3
**extension** 18:17
20:11 29:17
30:20
**extensions** 17:21
**extent** 25:13
40:22
**extra** 42:15

**F**

**F** 1:9 2:17 78:1
**face** 33:2
**faces** 6:8
**fact** 9:2,19 10:6
13:10,23,25
14:13 17:9
19:6 21:3,6
22:25 23:1,14
24:3 25:4
26:13 27:5
31:15 33:11
34:2 46:4 69:9
**factual** 22:3 46:8
**Faegre** 2:8 4:20
5:15
**fair** 6:21 18:20
22:24 33:19
35:10
**fairly** 12:1
**fairness** 18:21
29:13
**fall** 39:20 43:24
**falls** 46:3
**familiar** 6:8 42:7
**family** 19:21
24:1 25:5 27:6
70:10
**fantasy** 29:15
**far** 26:11 43:20
44:9 50:24

**fashioning** 25:15
**fast** 62:19
**feasible** 69:25
**February** 35:8
**federal** 66:5
**federalism** 77:18
**feel** 12:12 22:15
40:5 52:25
54:18 61:22
**fifteen** 62:25
**fifty** 36:22 38:20
**fighting** 60:23
**figuratively** 42:20
**figure** 65:9
**file** 40:24 53:9
54:8 63:19
64:13
**filed** 41:19 51:23
53:24 61:5
**files** 57:8
**filing** 53:10
**fill** 6:7 7:6
**filled** 7:5
**final** 25:3 31:21
39:5
**financially** 78:10
**find** 8:24
**fine** 9:7 13:5
18:11 22:22
37:11 41:4
42:25 64:21
68:6 70:9 72:5
72:6
**finish** 9:2,19
18:12 24:2
25:18 52:2
61:9
**finished** 4:15
17:20 31:22
**firm** 1:17 4:6
70:15
**firmed** 69:19
**first** 3:7 6:5
10:20 11:16,16

12:4 26:19
29:23 37:24
47:1 51:2
52:10 57:10
58:11
**five** 6:14 46:6
**FL** 2:6
**FLOM** 2:12
**FLORHAM** 2:9
**Florida** 28:7
**focus** 8:11 14:19
**focused** 37:22
**focuses** 65:21
**folks** 28:7
**follow** 3:15
**follows** 8:11
**forced** 67:25
**foreclose** 34:10
**foregoing** 78:3
**forgetting** 15:17
**form** 76:22
**forma** 43:10,15
43:19 44:4
52:13
**formal** 76:17
**former** 20:10
45:10
**Forrest** 53:15
**forward** 8:15
10:15 11:19
18:3,18 25:25
26:6,23 32:21
41:6 45:13
48:8,9,20 49:9
49:15 50:22
51:19 52:5,7
53:14 54:6,13
55:5,10,14,21
58:9 60:5,6,16
60:21,23 62:6
62:10 66:7
70:14 76:19
**fought** 54:6,9
**found** 12:13
**four** 10:10 46:5
71:19 73:8,15

73:19
**frame** 21:20,21
47:8 70:13
**frankly** 11:1
60:3
**free** 52:25
**Freeze** 21:20,21
21:21
**friends** 18:23
19:21 20:24
21:2 24:1 25:5
27:6 70:9
**front** 24:9 58:2
**full** 10:17 27:11
**fully** 42:5
**fulsome** 10:15
15:7
**further** 32:14
56:16 64:15
78:7
**future** 25:7

**G**

**game** 35:10
**gaps** 7:5
**garage** 23:21
24:15 26:3
**gathered** 31:2
**general** 6:22 7:7
8:10 9:3,4,8,20
11:11 16:1
32:13 45:10
**generally** 7:4
8:16 9:11
13:21,23 64:7
**generic** 23:14
43:10
**gentleman** 6:4
7:21 21:23
**Gerel** 1:14 3:25
**getting** 10:25
20:2 26:1
29:23 37:15
58:1 66:24
**give** 12:15,23
20:20 39:5

March 31, 2021

42:15 57:3
64:2
**given** 18:25 44:9
48:7 59:18
61:5
**gives** 72:24
**go** 6:11 8:15
9:14 11:13
12:24 15:19
18:3,18 22:1
26:23 32:25
45:13,17,19,19
48:9,20 49:15
52:9,22 54:6
55:21 58:9
60:5,6,18,21
60:22 70:14
76:19
**goal** 27:3 61:8
70:17,20
**goes** 47:1 48:8
49:9 50:21
51:19 52:5,7
52:21,22 53:14
55:4,10,14
58:6 62:6,10
**going** 3:14 6:7
6:16 7:12 9:2,5
9:14,16 11:11
11:13 12:5
14:25 17:24
23:2,8 24:1,2
24:24 25:7,11
25:19,25,25
26:5,23 27:24
29:16,18 30:3
30:7 31:9,22
32:21 33:14,20
34:4 35:23
36:11 38:2,24
38:25 39:6,18
39:19,21,23
40:6 41:6
42:17 43:14
48:20 49:14,15
49:17,25 51:11

51:12 53:7
55:21 57:4,5
58:5,13,21
59:5 60:2,3,5
60:10,15,16
61:3 62:7
63:17 66:7,7
66:16 67:7
68:9 69:4,8,15
70:11,14 71:5
71:14 73:4,5
77:17
**good** 3:20,23,23
4:2,5,7,22 5:10
5:14,17 7:2
20:16 21:19
29:11,16 32:3
43:21 71:11
74:8 77:13,22
**Goodman** 2:23
5:23,23
**Goodrich** 66:11
66:15
**Gorski** 66:12,20
67:7,19,23
**Gorski's** 67:10
**gotta** 25:16
**gracious** 7:20
**granted** 20:11
53:12
**grapple** 6:18 7:1
**gray** 43:25
**great** 6:5,9 13:6
36:19 74:17
**grounds** 58:12
**guarantee** 63:13
**guess** 3:17 6:13
61:6
**gyn** 32:12

**H**

**H** 2:12
**hand** 5:5,9 16:11
**handled** 33:4
**hands** 20:12
**handy** 12:9,24

**happen** 11:15
23:19 39:21
**happened** 23:20
27:21 33:23,25
52:1,24
**happening** 58:4
**happens** 18:15
30:22 61:15
62:3
**happy** 19:2 38:4
45:23 54:25
55:24 64:23
77:20,21,24
**harder** 37:1 77:6
**hate** 42:18
**head** 28:6 58:4
**health** 14:14
19:22
**hear** 22:5,7
**hearing** 26:25
30:6,11 35:6
**heavy** 65:4
**held** 3:1
**help** 6:17,18
13:14 15:18
24:19 29:9
41:2 73:24
**HILL** 1:13
**history** 7:3 9:24
**hit** 58:3 64:8
**holiday** 77:23
**holidays** 77:24
**home** 31:4
**honest** 31:6
**honestly** 67:8
**Honor** 3:24 4:2
4:5,22 5:12,14
5:17 13:15
14:3 15:10
19:15,18 20:4
21:17 22:14
23:6 24:19
25:8 28:22
30:9,12,13
33:3 36:3,17
37:6,19,22

38:1,14 39:4
39:10 40:2,5
40:15 42:16
43:18 44:2
45:4,5,16 47:5
47:5,25 48:6
48:12 49:17
50:25 52:8
53:16,18 54:16
55:7,11 56:2,4
56:5,23 58:3
61:5,11,18
62:14 63:11,12
65:6,7,11
66:14,22 68:1
68:11,17,25
70:4,22 72:16
74:2,16
**Honor's** 32:19
64:21 67:5
**hope** 4:3 16:23
**hopeful** 11:20
21:25
**hopefully** 29:9
39:19 69:11
72:22 73:8
**HOWARD**
78:15
**hundred** 36:21
36:22 38:20,21
62:25
**hypothetical**
58:18
**hypothetically**
57:17,17

**I**

**idea** 29:11,11
**identified** 9:13
19:12 20:15
29:12
**identify** 8:18
17:3,22 18:8
20:21 23:8
36:13 73:4
**identifying** 29:3

**impacted** 25:19
**impacting** 48:23
**important** 12:21
22:15 41:12
42:5 48:13
49:12 52:12
55:22 69:5
**importantly**
74:11
**impressed** 77:12
**impression** 3:13
8:16 23:12
**in-house** 58:14
**includes** 26:14
**incorrect** 52:25
55:2
**increasingly**
66:24
**incredibly** 7:20
**independent**
14:17
**indicated** 11:20
16:4 22:2
**individual** 11:12
14:5,12 70:12
**inertia** 25:24
**infor** 12:15
**inform** 73:16
**information**
46:8 47:11
59:19,23
**initial** 13:8,10
**inject** 24:13 27:9
**input** 69:3
**insight** 8:9
**instance** 49:13
57:10
**instinct** 64:25
**instruction**
35:16 58:12
**instructions**
3:15 35:7
**intended** 18:21
19:1,21
**intends** 16:4
18:5,6

March 31, 2021

**intent** 54:11
55:8 74:22
**interest** 61:25
69:20
**interested** 35:13
42:13 78:10
**interim** 30:4
**interject** 30:14
**internally** 36:12
**introduced** 7:16
**introduction**
3:18
**involve** 63:13
**involved** 62:2
**irrelevant** 64:5
**issuance** 48:16
**issue** 7:9,10 18:1
18:17 23:5
24:23 28:23
33:2 35:3,5
36:2 38:12,13
40:1 41:10,12
41:17 42:5
44:15,20 45:20
45:21 47:8
48:7,19 50:9
51:7 57:10
60:12,24 61:9
63:10,24 65:4
65:13,16,16,25
66:11,12,13,20
67:24 68:2
69:7,19 71:23
71:24 73:2,3,9
75:19 76:18
77:4,5,6,10
**issued** 23:17
33:5 34:7
48:17 50:14
52:13,16 53:22
54:2 55:3 75:7
75:9 76:9,17
**issues** 6:18,22
7:1,8 8:12 9:4
11:1 24:20
27:12 34:22,23

36:18 38:7
40:7,15,17
42:1,7 45:5
49:16,18 55:11
55:18 65:10,20
65:23,24 66:15
66:17 70:11
71:14 73:2
**iteration** 61:6

_____
**J**
**J&J** 4:20 5:13
5:15 52:14
53:8,9 54:8,23
54:24 57:8
70:13
**Jane** 76:16
**January** 23:17
23:20
**Jersey** 1:1 6:24
7:18 37:8,21
49:4,7,7,10
50:12,17 51:12
51:14,15,20,23
52:22 53:22
54:1,2 67:24
**Jessica** 5:15
**job** 43:21
**Joel** 1:9 3:2
**John** 2:12 5:12
**Johnson** 1:3,3
2:10,10,10,10
2:11,11,14,14
2:15,15,15,15
66:3,3
**joined** 6:5
**journey** 24:16
**judge** 3:6,9,12
3:20 5:8 6:2,4
6:13,15 7:18
7:22 8:3,13
9:18 10:2
11:19 13:7
14:1 15:2,8
16:3,3 18:16
22:1 23:3,7,15

23:16,24,25
24:4 27:14
29:16 32:23
33:5 34:7 35:6
35:21,22 38:1
38:1 45:12
46:3 47:2,7,9
47:10,23 48:21
48:24 49:14,22
51:2,12,21,23
52:4,6,8,9,14
52:16,22,23
54:1 55:17
56:16,20 58:6
58:17,21,24
59:18 60:4,6
61:20 62:5,6
62:11,15 65:14
65:16 66:4,5
67:8 68:14
69:6,15,17
70:19 71:18
74:9,18,20
75:5 77:17
**July** 1:11 24:7
25:4 31:18
32:6
**June** 9:2 25:7
31:18 32:6
**jurisdiction**
27:25 49:8
50:13 51:1
54:3 56:9,13
57:11
**jurisdictions**
27:16 31:4
**Jutkowski** 15:16

_____
**K**
**K** 1:15
**keep** 16:6 45:22
69:23 70:1,17
**key** 37:12
**kick** 42:19 77:3
**kind** 14:14 15:23
**knew** 6:4 67:18

**know** 3:9 5:1,8
6:6,19,20,25
7:4,15,17 8:11
8:12,13 9:3,22
9:25 12:8,19
13:12,18 14:18
15:3,11 17:19
19:7,8,16 20:3
20:6 21:6 22:7
23:12 26:5
29:13,13,14
30:15 31:10
33:17,17,22,24
34:8 35:25
36:9,24 39:13
41:24 42:4,4,8
43:11,11,17
44:5 46:4,11
47:23 50:3
52:14 53:5
57:16,22 61:2
62:21 65:21,24
66:4 67:9,10
67:12,15,17,20
70:11,17 71:4
73:25 74:13,14
75:10 76:5,5,6
77:8
**knowledge**
18:24 53:19
**known** 2:11,15
4:20
**knows** 5:21
37:23
**Kugler** 6:15

_____
**L**
**L** 2:22,23
**laboring** 42:18
**lack** 33:16
**LAKE** 1:12
**Lapinski** 1:12
4:5,6 42:17,22
72:8,10,11,15
74:2 77:9,24
**large** 38:8

**lastly** 73:21
**latest** 12:7
**laughing** 77:19
**Laurence** 2:20
4:10
**law** 1:17 12:13
36:5 50:24
55:1 56:22
76:3
**laws** 50:15,16
**lawyer** 24:21
50:19 54:16
75:4
**lawyer-deposi...**
34:23
**lawyers** 28:9
43:14 51:15
54:17 65:9
75:8 76:6
**lay** 14:13
**lead** 25:16
**learn** 28:8 55:19
**learned** 6:17
**learning** 34:13
**leave** 7:11 16:18
29:1 46:12
68:10
**legal** 38:7
**legitimate** 44:3
**Leigh** 1:18 3:20
11:2 28:24
45:17
**let's** 17:24 34:24
38:20 39:15,17
39:17 41:5,9
44:15 46:12
61:9 64:1,1
65:3 70:15
71:9
**letter** 23:6,7
38:24 39:24
40:24 44:19
45:1 54:21
66:10 67:16
69:17 73:22
**level** 9:10,24

25:24 67:1
**Levin** 2:5,19 4:8
  4:11
**liability** 1:5
  10:25 13:18
  14:22 15:5
  16:11,12,20
  19:25 25:18,20
  30:24 31:8
  33:6,12 34:2
**liaison** 4:3
**library** 4:13
**life** 20:10
**lift** 65:4
**light** 38:15 40:7
  64:17
**line** 5:3 35:11
  37:25 61:9
**list** 22:19 37:18
  39:5,19 40:5
  40:11,12,14,21
**litigation** 1:5
  33:3 34:7,14
  43:16 48:18
  58:15 62:2
**little** 8:19 13:24
  27:20 36:25
  64:8,24
**live** 20:13 29:14
  29:15 35:23
**LLC** 1:11
**LLP** 1:14 2:8,12
  2:16,23
**Locke** 2:17 5:17
  5:18
**logistical** 40:16
**long** 6:19
**long-term** 16:14
**look** 33:22 36:22
  59:21 65:8
  70:23
**looked** 62:22
**looking** 3:12
  16:16 35:4
  36:4,8 37:25
  55:15

**lose** 34:18 49:25
**losing** 68:8
**lot** 6:17,19 22:9
  32:16 36:5
  44:7 74:1
**love** 20:15

---

**M**

**M** 2:2,8
**magistrate** 6:13
  58:23 77:17
**manner** 37:16
**MAPLE** 2:3
**March** 1:7
**mark** 76:4
**MARKETING**
  1:4
**marshaled** 31:2
**master** 3:4,5
  4:12,17 5:20
  5:25 8:1 11:4,7
  11:10 12:5,19
  13:1,3,21 14:7
  14:25 16:24
  17:17 19:4,10
  20:8 21:10,15
  21:20 22:6,8
  22:20 23:22
  24:8,22 25:2
  25:21 26:9,17
  29:10,20 30:1
  30:10 31:11
  32:10,25 33:19
  34:24 35:2
  36:19 38:16
  39:15 40:9,19
  41:9,15 42:2,6
  42:10 43:2
  44:5,13 45:7
  45:11 46:11,15
  46:18 47:3,12
  47:18,21 48:1
  48:10 50:5
  53:2,6 56:6
  57:1,15,25
  58:16 59:8

60:8,17,25
  61:8 62:8,16
  63:5,15 64:1
  64:10,22 65:12
  66:9 67:6 68:5
  68:12,19,21
  69:2,22 70:7
  70:23 71:1,12
  71:21 72:2,9
  72:14,25 74:6
  74:17,24 75:12
  75:24 76:11
  77:2,16,22
**material** 36:9
  51:8,10
**materials** 31:1
  44:4
**matter** 33:11
  50:12 53:5
**McCracken**
  2:23 5:24
**McKeegan**
  66:11,15
**MDL** 3:6 8:11
  14:20 28:8
  56:8,10 57:10
  58:19 59:13
  60:12 61:15
  63:24
**MDLs** 6:15
**MEAGHER**
  2:12
**mean** 15:22
  24:13 26:22
  30:15 31:19
  32:23 48:6
  50:18 57:24
  63:6,6,7 64:3
**means** 26:21
**medical** 33:14
**meet** 4:1 18:14
  36:15 37:18
  39:7,13,19
  40:22 70:6
  72:21
**meeting** 28:24

29:1,7
**mentioned** 15:13
  66:10
**mercy** 28:1
**mesothelioma**
  41:23 49:12
  51:15 65:22
  66:6,25
**mess** 5:9
**Michelle** 1:15
  3:24 10:2
  28:24 30:17
**million** 43:6,6
**mind** 8:6 15:23
**minor** 40:10
**minutes** 12:24
**missed** 6:6 9:22
  48:14
**Missouri** 8:2,3
  28:8 35:22
  45:12 47:8,22
  48:2,10,16
  51:6 52:6 53:5
  54:5,6,11
  56:14,22 57:12
  57:19,20 58:20
  58:22 61:21
  65:1 66:5 75:5
  77:7
**misspoke** 74:7
**misstep** 59:3
**mistaken** 13:10
**misunderstan...**
  70:16
**MITCHELL**
  2:5
**mixed** 24:9
**mm-hmm** 11:6
**moment** 21:19
  21:19 26:11
  48:21 51:7
**Montgomery**
  1:19 2:23 5:24
**months** 10:8
**moot** 60:24
**morning** 67:18

**motion** 50:1
  51:22 53:10,24
  54:8,10 61:4
**motions** 17:13
**Motley** 1:11 4:6
**mountain** 72:1
**mouth** 45:22
**move** 10:14
  11:19 17:11
  46:19 59:5
  66:7 73:13
**moved** 13:11
**movie** 77:14
**moving** 5:3
  10:17 24:17,18
  24:18,18 26:6
  54:23
**mud** 26:4,6
**multi-millions**
  44:7
**multiple** 37:13

---

**N**

**N** 1:10 2:1,22
**N.W** 2:13,17
**nail** 58:4
**name** 5:21 15:17
  46:8 58:10
**narrow** 38:5
  39:8 65:21
**navigate** 15:24
**necessarily**
  62:18,18
**necessary** 16:12
  72:12
**need** 6:11 7:5
  9:25 16:1,5,22
  17:15 18:17
  21:11,25 23:18
  23:19 24:19
  28:3 30:19
  31:7 34:9,19
  34:22 35:2
  42:8,21 61:2
  61:23 62:19
  68:23 70:13

71:9 72:10 76:20
**needed** 37:14 43:11
**neither** 78:7
**never** 18:3,18 31:5 60:2
**new** 1:1 2:13 6:24 7:15,18 20:23 32:15 36:9 37:8,21 49:4,7,7,10 50:12,17 51:11 51:14,15,20,23 52:22 53:22,25 54:2 67:24
**nice** 4:14 7:20
**nicest** 4:13
**NJ** 1:13 2:3,9
**non-privileged** 46:6
**normal** 76:12,12
**Norton** 8:1 38:2
**note** 21:18 44:22
**notice** 27:25 47:14,16,20 57:4,8 58:18 59:7,14 60:3,7 60:11,16 63:17 67:7 74:22,22 74:25 75:13,17 75:25 76:9,17
**noticed** 46:16 53:17 56:8 62:14 76:1
**notices** 76:13
**notified** 74:15
**notifying** 8:4
**notion** 16:25
**nth** 20:18
**nuance** 64:8
**number** 1:3 3:13 10:7 12:9 22:13 44:12 61:7
**nuts** 24:2

**NW** 1:15

---

**O**

**O** 1:9 2:22
**o'clock** 68:20,22 71:13,19,20,25 71:25 72:3,4 74:4
**O'Dell** 1:18 3:20 3:21 13:6 14:3 14:10 15:3 19:15 20:9 21:5,13 24:7 29:24 30:9,13 31:11 32:7,11 36:3 37:9,17 38:4,9,18 39:4 41:16 42:16 43:1,23 45:18 45:21 67:17 69:21 77:1
**O'Dell's** 40:11 44:10
**O'Shaughnessy** 45:8,9 46:16 49:6 51:16,22 52:18 53:9,23 54:22 56:10 58:19,25 59:14 63:1,14,18 64:3 66:18 73:2,9
**O'Shaughness...** 46:7 53:3 65:13
**object** 29:18 31:23 55:10
**objection** 17:24 17:25 18:11,13 18:14 19:13 26:24 31:24,25 35:19 47:19 63:19 64:3 73:7
**objections** 20:22 35:13 48:22

50:22
**obstacles** 64:17
**obviously** 10:17 54:23 55:22 57:22 63:9
**occur** 14:16 39:12 53:13 61:14
**occurred** 6:3
**odds** 20:16
**offer** 34:13
**offered** 49:23
**offering** 32:13
**offhand** 12:20
**oh** 18:16 45:17
**okay** 4:17 12:19 12:25 13:1 22:6,8 24:8,9 24:11 25:1 26:17 28:7,9 33:12,14,19 34:24 40:19 41:9,15 42:2 42:14 43:2 46:18 47:12,18 51:14 61:19 63:1,3,25 64:10,11 68:12 68:19 69:11 72:25 74:8 77:19
**old** 77:16
**once** 40:10 55:5
**oncologist** 32:12
**one-page** 38:24
**ones** 14:1 15:2 37:21
**ongoing** 31:8,15
**open** 19:16 20:3
**opinion** 32:13,15
**opinions** 32:15
**opportunity** 11:16 14:23 19:24 20:21 40:4
**opposite** 38:9

**optimist** 12:3
**oral** 68:23 71:13 73:8,14
**ordeal** 5:2
**order** 3:12 8:14 8:22 9:1 11:23 12:7,17 13:13 15:2 17:8 19:17 23:17 24:7 29:8 30:16,17 33:5 33:10 34:7 36:15 40:13 48:2 52:12,16 65:1 74:11
**ordered** 45:13 47:9 52:9 75:6
**orders** 29:4,15
**ore** 42:18
**organized** 4:13
**originally** 53:23
**ought** 7:17 17:1 17:1 23:19 45:5 48:8 49:1 55:6,23 69:23 70:14,15
**outcome** 78:10
**outset** 35:9
**outside** 54:3
**outstanding** 36:10
**ovarian** 50:2 66:25 67:13
**overlap** 42:4 65:23 66:1

---

**P**

**P** 1:10,10 2:1,1 2:22
**P.A** 2:5
**p.m** 1:7 3:3 77:25
**P.O** 1:19
**PA** 2:21
**package** 16:6 31:2

**page** 27:1
**Papantonio** 2:5 4:8
**papers** 64:13
**parallel** 6:23 30:24
**Parfitt** 1:15 3:23 3:24 10:2,3 11:6,9,14 12:11,23 13:2 21:14,16,21 22:7,9 24:7 29:24 37:9 45:25 67:17 68:17,20,25 71:18,22 72:3 72:6 74:15 77:13
**PARK** 2:9
**part** 23:4,5 34:1 48:14 51:6 52:15 70:8
**particular** 19:22 45:3 56:20 65:10
**parties** 16:16 18:21 23:8,18 25:5 33:4,5,6 37:1 39:7 41:23 50:8,12 53:25 64:22 70:11 71:17 73:16,24 78:8 78:8
**parties'** 50:19
**partner** 10:5 11:2
**pass** 10:5 11:2 13:4
**Passover** 77:21
**PATRICIA** 1:18
**PC** 2:2
**pencil** 71:3 72:10 73:18
**Pennsylvania** 48:17,25 49:22

50:14,15,16
51:1,16,21,21
52:5 53:10,23
53:24 54:3,7,9
54:16,17 55:3
55:3,6 59:4,5,6
60:4,6,9,13,20
60:23,24 61:3
62:7 63:23
64:14 65:9
74:20 75:3,8
76:3,6,10
**PENSACOLA**
2:6
**people** 8:8 18:24
28:1,3 41:24
44:19 55:14
67:9
**percent** 44:6,7
**perfectly** 41:4
72:6
**permitted** 18:2
18:18 25:6
**permitting** 8:14
**person** 8:7
**Personal** 2:18
5:18
**perspective**
13:22 32:20
60:21
**pertinent** 32:9
**phase** 8:17 10:12
**PHILADELP...**
2:21
**phone** 6:8 28:1
41:3 42:19
55:15 66:3
69:17 71:16
73:24
**phonetic** 15:16
**pick** 12:5 32:7
**picture** 4:14,16
27:11
**piece** 34:14
**Pisano** 3:10 6:4
8:13 14:2 15:2

23:7,15,17
**place** 17:8 19:18
47:1 49:10
50:15 52:10
53:12 78:5
**Placitella** 2:2,2
4:2,3,12,15
25:8,22 26:10
26:14 31:13
32:2 41:10,11
41:22 42:3,7,9
51:25 53:1,18
54:25 59:1,10
60:8,15,19
65:12,15 67:21
75:16,20 76:22
77:20
**plaintiff** 10:13
17:15,16 18:2
18:5,6,25
19:23 30:5,6
30:11 39:25
41:1 45:12,14
57:9 73:3,7,22
76:15
**plaintiff's** 10:3
**plaintiffs** 1:13
1:16,20 2:4,7
3:19,21,25 4:4
4:9,11 9:21
11:15 17:2,8
17:23 18:11,21
26:11,23 29:21
31:20 35:16
39:10 55:9
56:3 57:3
59:12 61:21
62:21 63:17,20
64:25 65:3
67:6 73:10,14
**plaintiffs'** 13:22
14:18 15:12
22:23 24:5
25:3,10 34:20
35:24 41:24
55:15

**plan** 36:14 41:6
74:8
**players** 7:17
**please** 15:9
52:25
**pleasure** 4:1
6:14
**point** 30:20 32:3
32:19 48:6,13
52:11 59:11,15
65:6 74:18
76:23,25
**points** 64:9
**pool** 11:8 14:6
**poor** 77:16
**Porter** 7:18
**portion** 10:25
**position** 20:9
49:1,20 53:12
**positions** 23:18
**possible** 41:21
70:19
**postponed** 73:20
**potential** 16:16
49:5
**potentially**
70:12
**POWDER** 1:4
**power** 8:23
47:22
**practical** 54:14
**practice** 3:16
**PRACTICES**
1:4
**prejudice** 43:3
73:22
**preliminarily**
10:9
**premised** 16:20
**preparation**
14:11
**preparations**
30:18
**prepared** 28:22
**preparing** 32:21
**present** 23:24,25

38:19 53:21
**presenting** 44:1
**preside** 54:12
62:9
**president** 44:20
**presumably**
57:8 63:12
73:12
**presumptuous**
62:1
**pretty** 20:16
28:21,23 29:15
35:7 41:12
51:3,4 77:5,10
**primarily** 33:14
33:15
**primary** 64:9
**privilege** 7:9 9:5
13:19 24:20
34:22 35:5,8
36:5,14 38:8
38:12 39:3
42:11 43:9
44:3 48:23
49:16,18 55:12
55:18 58:13
62:10 63:3,21
73:2,3,23
**privileged** 35:18
35:22 39:11
43:10,16 46:9
56:21 59:20,24
63:11 64:5
**pro** 43:10,15,19
44:4 52:13
**probably** 9:18
12:20 17:2
22:10 42:17
57:14 58:12
59:16 61:6
65:21 66:19
68:7 76:22
**problem** 23:4
24:22 31:12
36:20 40:9
42:6 68:6

71:21
**procedural**
40:17 64:17
**procedurally**
52:23 56:1
75:2 76:8
**procedure** 41:4
41:5 53:19
55:25 64:23
**proceed** 7:12
50:1 64:13
**proceeding**
23:13 48:4
49:5 65:8
71:16
**proceedings** 3:1
3:14 6:24
14:21 52:15
**process** 10:8,16
10:18 12:3
40:14 54:19
63:11 75:5
**PROCTOR** 2:5
**produced** 46:7
62:22,24
**product** 39:3
43:16
**production** 44:6
**Products** 1:4,5
2:18 5:19
**professionals**
14:14
**program** 25:16
**progress** 29:6
**progressed**
28:14
**proof** 39:23
**properly** 49:7
**proportional**
63:7
**proportionality**
64:6
**proposal** 71:6
**propose** 64:19
69:15 71:17
73:17

proposing 61:12
protocol 3:9
prove 16:12
provide 15:7
    32:15 36:15
    47:11
providers 19:22
proviso 71:14
prudent 17:22
    18:8 19:12
    20:20 22:12
    26:18
purely 57:17
    58:18
purposes 16:7,7
    36:18 72:16
pursuant 48:22
    50:14,16,17
    51:5 67:12
pursue 61:22
push 28:10
put 3:16 5:21
    8:6 13:13
    24:23 37:1
    40:18 65:3
    66:23 67:4,5
    68:22
puts 51:21
putting 51:7
    70:5

**Q**

quarter 29:24
quash 46:19
    50:1 51:23
    53:10,24 54:8
    54:10 57:9
    59:5 60:19
    73:13
quashed 56:11
    58:19,25 60:18
    75:1
quashes 59:6
question 11:5
    14:4 15:7 16:9
    16:20,23,25

22:21 33:21
    35:9 36:21
    38:17,18 41:16
    46:13,25 47:13
    47:17 51:8,18
    51:24 52:4,17
    52:21 53:16
    55:13 56:9
    57:16 58:11
    72:15 76:3
questions 33:12
    57:23 63:12
quickly 41:20
    73:25

**R**

R 1:9,10,12 2:1
    2:22 78:1
Rachel 2:23 5:20
    5:23
radar 67:5 68:4
Rafferty 2:5 4:8
raise 40:15 45:4
raised 15:13
    32:2 35:9 58:7
raises 45:4 65:9
randomly 48:21
randomly-assi...
    48:24 49:22
RAPPAPORT
    78:15
reach 36:16
    40:15
read 33:24 35:5
    35:20 50:24
ready 6:21 27:4
    74:10
real 29:14
really 10:12
    13:17 14:23
    19:20 20:1
    21:9 22:4
    30:15 35:24
    37:20 40:7
    42:5,13 43:21
    44:20 45:3

47:7 52:11
    55:23 66:22
    67:5 68:3 70:2
    70:2
rearguing 75:19
reason 15:10
    49:12 62:17,18
reasonable
    20:23
reasons 62:20
REATH 2:8
recall 23:16
    65:17
recollection 8:25
reconsideration
    52:15,19
record 3:14,16
    5:11,21 15:11
    44:22 58:11
    77:15
RED 2:3
redo 65:3
refer 23:6
referring 50:10
refine 38:5
regard 10:15,20
    10:22 11:24
    12:2 18:7 73:9
    73:17
regret 6:2
relating 17:7
    33:16
relation 21:7
relatively 28:18
relatives 18:23
    20:24
relevancy 63:8
relevant 25:14
    31:17 32:5
    47:11 63:6,8
relying 32:16
remainder 13:12
    31:9
remains 39:9
remanded 16:8
    31:3

remedy 56:24
remember 21:8
reminds 41:16
remote 1:5 3:1
removed 47:1
replacement 3:5
report 25:10,15
    25:17 70:21
reporter 3:11
reports 17:10
    24:6,6 25:3
    31:17,21 32:5
    33:13,13 69:9
representative
    37:2,4 38:6,22
request 57:9
    67:18 77:6
requested 44:25
    67:10
requests 24:20
resistance 61:17
resolve 72:22
resolved 6:16
    72:23
respect 55:11
    65:10 66:18,20
respectfully
    57:13 60:25
respond 39:25
    41:13 59:1
    63:20 73:14
responds 41:1
    57:9 73:7
response 58:11
responsibility
    15:24 58:15
    62:15
responsible 26:2
Ret 1:9 3:2
retired 3:5 6:12
    77:17
review 39:1
revised 36:4
revisit 65:11
Rhoads 2:23
Rice 1:11 4:6

Rich 4:23 15:14
    15:17 27:17,18
    36:9,15 39:5
    45:25 51:9
    67:19
Rich's 56:16
Richard 2:13
    5:5
right 10:16
    11:24 12:14
    13:2 14:9 15:3
    20:12,16,19
    21:3,19,22,23
    24:9,10,19
    25:21 30:1
    33:15 35:9
    43:17 44:7
    45:11 46:14
    53:4 56:14
    57:14 59:7,8,9
    59:9 60:17
    61:22 62:4,16
    62:16 63:8,21
    65:17 68:16,24
    69:20 75:1,22
    76:12 77:1,20
ripe 59:10 66:16
    68:6
risk 43:24 68:8
road 28:11
    57:24 63:9
    77:3
rolled 20:17
ROTH 2:2
rule 49:9 54:1
    59:21,22 62:5
    63:23 64:6
    76:18
ruled 48:24 62:6
    74:20
ruling 37:3
rulings 48:23
    54:12 62:9
run 27:22 28:5

**S**

S 1:10 2:1,20,22
  2:22
SALES 1:4
sample 37:3,4
  38:22
satisfy 49:24
saw 8:21 12:7
saying 16:19
  26:8 30:7
  33:22 34:5
  38:24 52:3
  54:15 55:1
says 19:17 21:2
  21:5 45:12
  65:2 76:15
schedule 7:12
  12:1 17:16
  19:16 20:5,11
  27:19 28:18
  40:8 63:20
  68:14 69:6,13
  69:14 70:3,16
  70:18 71:7,8
  73:1,18
schedules 28:2
scheduling 8:21
  9:1 12:7,17,22
  28:12 68:13
  69:19 72:12
Schneider 1:9
  3:2,4,6 4:12,17
  5:8,20,25 11:4
  11:7,10 12:5
  12:19 13:1,3
  13:21 14:7,25
  16:24 17:17
  19:4,10 20:8
  21:10,15,20
  22:6,8,20
  23:22 24:8,22
  25:2,21 26:9
  26:17 29:10,20
  30:1,10 31:11
  32:10,25 33:19
  34:24 35:2
  36:19 38:16

39:15 40:9,19
41:9,15 42:2,6
42:10 43:2
44:5,13 45:7
45:11 46:11,15
46:18 47:3,12
47:18,21 48:1
48:10 50:5
53:2,6 56:6
57:1,15,25
58:16 59:8
60:8,17,25
61:8 62:16
63:5,15 64:1
64:10,22 65:12
66:9 67:6 68:5
68:12,19,21
69:2,22 70:7
70:23 71:1,12
71:18,21 72:2
72:9,14,25
74:6,17,24
75:12,24 76:11
77:2,16,22
school 12:13
scientific 33:14
scope 55:12
second 11:18
  25:9 63:10
  71:24
Sedran 2:19
  4:11
see 6:8 11:3
  19:13 20:22
  26:19 31:12
  41:18,18,19
  43:9 44:20
  57:11 66:24
seeking 8:17
  45:15 46:25
seen 4:14 41:25
  41:25
segue 38:13 41:9
  44:15
selected 9:16
  10:10 13:10

14:6
selection 11:16
  11:18
selections 10:7
seminar 4:15
send 12:12,16
  38:24 43:8
  69:17 76:18
sense 30:18 38:6
  40:7 41:7
  49:21 56:5
sensitivity 38:14
sent 8:1,3 19:17
  23:7
separate 13:17
  14:17 23:9,13
  23:14 30:24
  54:23 59:13
  66:12
separately 56:4
serve 51:16,20
  61:14
served 47:10,15
  51:22 53:4
  54:7 76:24,25
service 49:6
set 9:18 17:1
  21:1 25:10
  26:18 28:15
  38:6,22 40:11
  53:14 71:16
  73:25
setting 26:21
  28:16 40:23
seven 36:23
Seyfarth 2:16
  5:18
share 32:20
Sharko 2:8 4:19
  4:19 17:5,6,18
  18:20 19:7,14
  19:16 24:4,11
  25:1 26:16
  28:19 29:19,22
  34:17,25 35:1
  44:5,8 66:10

68:18 69:1
70:2,21,25
71:3,11 72:20
75:18 77:11,19
Sharko's 67:16
Shaw 2:16 5:18
shoes 6:6
short 40:13
  54:21 55:24
shortly 36:10
shot 5:1,7,9
  71:24
Show 5:5
shut 45:22
side 10:10,10,11
  15:15 16:13
  34:19,20 36:6
  55:15
sides 20:18,20
significant 45:5
simple 48:3 49:2
  64:20
simply 38:14
  50:11 55:9
single 36:23
sir 14:10 21:5,13
situation 28:5,6
  62:20
six 6:14 11:8,12
  11:12 12:2
  13:22 14:7,8
  17:4 18:7
  20:16 24:3
  25:3 26:13
  27:3 29:12
  57:19 72:17,17
  74:14
Skadden 2:12
  4:23 5:13
sky 39:20
SLATE 2:12
sleeves 20:17
smaller 44:11
sole 53:16
solution 50:9
  64:20

somebody 65:18
somewhat 13:17
sooner 18:14
  19:12 61:10
sorry 15:16
  32:23 45:17,20
  45:22 71:23
  74:6
sort 7:12 9:9
  13:11 15:4
  41:6 43:10
  69:11
sound 9:12,13
sounds 70:4
soup 24:2
SOUTH 2:6
speak 27:18
spearheading
  15:5
special 3:4,5
  4:12,17 5:20
  5:25 8:1 11:4,7
  11:10 12:5,19
  13:1,3,21 14:7
  14:25 16:24
  17:17 19:4,10
  20:8 21:10,15
  21:20 22:6,8
  22:20 23:22
  24:8,22 25:2
  25:21 26:9,17
  29:10,20 30:1
  30:10 31:11
  32:10,25 33:19
  34:24 35:2
  36:19 38:16
  39:15 40:9,19
  41:9,15 42:2,6
  42:10 43:2
  44:5,13 45:7
  45:11 46:11,15
  46:18 47:3,12
  47:18,21 48:1
  48:10 50:5
  53:2,6 56:6
  57:1,15,25

58:16 59:8 60:8,17,25 61:8 62:8,16 63:5,15 64:1 64:10,22 65:12 66:9 67:6 68:5 68:12,19,21 69:2,22 70:7 70:23 71:1,12 71:21 72:2,9 72:14,25 74:6 74:17,24 75:12 75:24 76:11 77:2,16,22
**specific** 16:2 17:7,14 18:24 19:20,22 21:6 22:3,3
**specifically** 52:16 58:7
**specifics** 13:24
**spent** 10:23 51:9
**spoke** 67:17,19
**spoken** 54:16
**spot** 37:20
**spring** 69:24
**stamp** 51:21
**stamped** 75:23 76:24
**stand** 29:25 67:23
**standing** 46:19 71:19
**standpoint** 16:1
**start** 3:17,18 5:10 7:2 10:4 54:15 62:23
**started** 10:8 20:2
**starting** 9:21 48:6
**state** 6:24,25 7:19 14:21 22:24 36:11 41:23 47:2,23 48:2,4,21 49:4

49:11 50:4 51:11 56:20 58:10 59:17 76:3
**statements** 59:18
**STATES** 1:1
**static** 24:13
**status** 1:5 7:7 9:3,8
**statute** 48:22
**steam** 10:17
**Steering** 3:22,25 14:18 15:12 41:25
**stenographica...** 78:5
**Step** 37:17
**stickler** 56:12
**straighten** 69:5 69:7
**straightforward** 77:5
**streamline** 37:10
**STREET** 1:15 1:18 2:6,17,20
**strikes** 49:15
**strong** 8:23
**struck** 10:11
**stuck** 26:4
**studied** 20:17
**study** 20:21
**stuff** 42:19
**subject** 13:19 33:21 34:4
**submit** 39:9,23 54:20 55:24 73:5
**subpoena** 48:15 48:17 49:7 50:17 51:1,17 51:20 52:5 53:22 54:2,6 54:18 55:2 61:14 65:10 75:4,6,7,9,13

75:16,21,22,23 76:2,9,17,24
**subpoenas** 76:13
**subsequent** 66:22
**subsequently** 54:2,7
**subset** 9:15
**substance** 6:12 31:24,25 76:23
**substantive** 7:23 8:6 63:11
**subtracks** 16:10
**successful** 54:10
**suggest** 19:11 27:8 37:24 54:20
**suggested** 65:7
**suggesting** 61:13 70:4
**suggestion** 23:23 28:19,20 29:1 37:19 39:4 54:15 63:16,16 64:12,21 68:13
**suggests** 37:17
**SUITE** 1:12 2:20
**sum** 6:12 73:1
**supersede** 77:7
**support** 32:14 32:14 39:2 43:9,12 73:6
**supporting** 39:2 39:24 40:24 43:8 44:3 73:6
**suppose** 57:17 76:11
**Supreme** 67:24
**sure** 5:23 6:9 8:24 14:3 16:11 19:14 20:6 40:13 44:9 51:3,4 61:17 65:5,23 67:2 68:9

74:10,19 75:15
**Susan** 2:8 4:19 30:17
**suspect** 14:12,15 22:17
**swaths** 38:8

───────

**T**

**T** 2:13,17,22 78:1,1
**table** 42:20 66:23
**tail** 6:19
**take** 11:10 13:6 13:25 14:2 15:1,6,9,9,25 18:6,10 22:15 25:6 26:22 28:3,10,14 31:16,23 33:6 33:9 45:14,15 45:23 49:10 57:6 59:11,12 62:23 65:2,6,8 73:11
**taken** 14:20 25:14 32:17 52:19 57:18,24 58:20 59:17 78:4
**takes** 11:24 50:15
**talc** 3:6 7:16
**TALCOM** 1:4
**talk** 7:7,8 12:21 21:25 22:14 28:22 31:7 34:20,21 56:4 64:15,16 65:8 69:14
**talked** 10:20 15:15 27:10 43:4 46:24 72:22
**talking** 9:23 14:5 18:5

22:12 42:23 43:17 66:17 70:9
**targeted** 44:11
**tee** 17:24 18:1,13 35:4,18 36:1 47:19 60:11,22 61:9 63:11,22 63:23
**teed** 64:2 77:4
**tell** 7:4 9:22 47:22
**telling** 7:3
**tells** 74:9
**tentatively** 69:13 71:8 72:9
**term** 33:16
**terms** 9:8 12:21 14:10 17:6,14 20:4 23:11 32:21 36:6,10 67:22 68:13
**Terrific** 74:17
**testify** 67:25
**testimony** 16:12 34:5 78:4
**thank** 4:25,25 35:1 43:1 45:25 68:11,25
**theoretical** 59:17
**theory** 31:25
**thing** 48:15 50:5 59:16 64:21 67:21 74:2
**things** 15:22 22:11 25:25 27:21 28:25 44:2
**think** 3:15 6:17 6:22 7:5,13 8:4 15:22 17:14 18:20 19:1,11 20:25 21:2,10 21:16,17,23 23:3,16 25:23

DocuSign Envelope ID: 5F235AD7-38E6-4CE2-8612-66FC498DAF5E

26:15,18 28:21
29:10,24 30:2
31:22 32:2,7
33:4,23 34:20
35:5,11,17,24
37:11,12,17,19
37:22 38:6,10
40:2,16 41:2
42:4 43:21,24
44:1,2 45:24
46:21,21 47:2
47:6,6,22
48:13,13 49:23
50:7 51:5 55:6
55:22,25 56:1
56:5,16 57:13
57:21,21 58:3
58:7,8,21 59:4
60:2 62:4
63:22 64:8,12
64:13,24 65:7
65:17 66:16,17
66:21 67:16
68:1,15 69:5,6
69:25 70:3,7
70:19 72:20
73:24 74:8
75:2,2 76:20
76:22 77:5,9
**thinking** 17:18
18:19 28:5,6
**third** 16:16 19:5
23:8 25:5
52:11 70:11
**third-parties**
21:4
**third-party**
15:25 16:21
18:7 19:5,7,8
26:15 27:6
**THOMAS** 2:5
2:17
**thought** 7:2,17
8:8 31:5,5 35:6
45:20 64:19
69:2 72:21

74:9 76:23,25
**thousand** 36:24
46:6
**thousands** 31:10
**three** 10:8,14
44:19 64:5,11
71:9
**throw** 34:16
**Thursday** 70:25
71:20
**tied** 20:12
**time** 8:21 12:8
18:17 21:17
25:16 27:21
28:11 29:17
38:14 44:22
51:9 59:25
70:13 71:25
72:1,24 78:5
**timeline** 66:8
**times** 27:23 43:6
43:6
**Tisi** 2:5 4:7,8 5:5
15:4,10,11
23:3,4 27:9
32:23 33:2,20
37:9 44:23
45:16,19 46:3
46:14,17,21
47:5,13,20
51:2 52:2 53:4
53:8 56:15
57:2,13,21
61:19 62:17
63:8,25 64:16
67:8 71:23
72:4,7 74:18
75:2,14,22
76:1,21
**today** 7:14 9:5
12:21 21:25
22:11,14 30:6
71:1,1
**told** 64:18 65:18
**Tom** 5:17
**top** 28:6

**total** 5:9 11:8
**totally** 21:24
**tough** 20:9
**track** 8:22 11:19
12:8 13:17
14:17 23:9,14
30:22,24 62:19
**trailer** 77:13
**transcript** 35:6
35:20 78:4
**transition** 38:12
**treating** 14:14
**trial** 9:14 11:13
11:17,21 12:4
16:6 20:18
21:12 23:2
29:23 31:2
33:9,9 34:8
35:18 57:19
70:1 74:12
**trials** 16:3 30:19
33:8 34:11
69:24
**tried** 8:22 67:23
**TRT** 33:2 34:7
**true** 15:8 78:3
**try** 5:2 16:4 27:4
37:10 44:24
67:13 70:18
**trying** 15:24
16:11 17:20
20:5 23:15
27:19 38:5
43:22 47:24
64:19
**turn** 14:23 34:24
35:3
**turns** 59:19
**two** 6:15 9:4
16:10 17:23
18:9 38:20
44:18 49:10
62:19 64:5
69:14 71:14
**two-page** 38:24
**type** 66:16

**typically** 33:18
33:20 34:4
43:15

─── **U** ───

**ultimately** 51:19
54:1 57:23
62:11
**understand** 6:22
32:19 42:9
54:4,18 55:9
56:19 74:19
75:3,4 76:8
**understanding**
3:10 8:10 9:10
9:20 54:11
55:1 69:12
73:19
**understands**
35:10
**understood**
56:17,19,22
**undo** 29:6
**unforeseen**
30:21
**unfortunately**
5:7 26:1
**uniform** 48:14
50:25 51:5
**united** 1:1 29:25
**unlearn** 55:19
**unprivileged**
56:21
**uphill** 64:24
**uphold** 38:8
**upset** 56:13
77:17
**usable** 16:2 33:7
**use** 23:2 35:17
46:19
**useful** 34:14
**USMJ** 1:9 3:2
**usually** 3:19
18:15

─── **V** ───

**V** 2:5
**vague** 8:25
**Valsartan** 6:16
43:7
**Vannah** 12:14
**vehicles** 26:3
**videoconference**
1:5 3:2
**view** 38:9 58:17
**Viscomi** 7:22
38:1 51:12,23
52:23 54:1
65:14,17 66:4
66:5
**volunteering**
46:2

─── **W** ───

**wait** 8:8 59:12
60:9,13 61:2
63:23 76:17,20
77:11
**waiver** 43:24
**Walker** 2:23
**WALNUT** 2:20
**want** 5:20,25 9:6
13:3,25 14:2
15:6,20 16:18
17:3,23 18:9
20:22 24:11,13
26:23 27:18,23
27:25 29:5
31:12,16 33:8
35:17,25 40:17
41:18 43:9
46:5 59:11,12
59:25 67:1
69:7 70:3 74:4
74:19,22 76:6
76:16
**wanted** 32:20
41:16 44:16
45:4 66:23
67:4 68:9
75:14
**wants** 11:3

| | | | | |
|---|---|---|---|---|
| **WASHINGT...** 1:16 2:14,18 | witness 13:20 14:19 15:17 34:3 50:20 58:10 67:23 | 23:12 51:3 55:8 76:24 wrote 35:8 43:7 | 68:19 71:13 73:14 74:4 14 6:12 17:9 18:22 19:1,3 20:13 | 27th 22:24 42:23 2nd 13:11 24:7 25:4 |
| wasn't 28:8 52:12,14 75:21 75:24 | witnesses 14:13 14:13 15:20 16:17,20,21 | **X** X 34:8 XI00416 78:15 | 1440 2:13 14th 17:19 18:4 18:12,15 20:6 | **3** 3 17:11 71:20 3:16-md-2738-... 1:4 |
| wave 30:21 way 7:2 18:16 28:13 33:3 | 21:6 33:7 34:2 Wolfson 6:2 9:18 11:20 | **Y** yeah 20:8 26:14 41:11 45:16 | 21:7,8 22:21 23:25 27:1 30:8 | 3:30 1:7 3:3 30 10:9 33:8 30th 41:1 |
| 34:6 35:4 49:3 49:24 50:6,7 50:25 52:1,24 | 16:3 22:1 23:24,25 29:16 35:21 52:8 | 63:5 65:5 67:14,21 72:4 74:6 77:1,2,9 | 15th 13:8 65:18 68:15 69:20 73:8 | 31 1:7 316 2:6 31st 71:2 |
| 56:1 61:13 63:22 64:17 65:7 67:24 | 56:16 58:17,21 58:24 62:15 68:14 69:7,15 | year 13:12 31:9 32:4 years 6:13,14 | 16-2738 3:6 16th 23:6 17th 35:8 | 32502 2:6 36104 1:19 3rd 72:18 |
| we'll 7:5 13:13 18:18 29:8 36:1 39:25 | 69:18 74:9 Wolfson's 3:12 35:7 55:17 | 10:23 77:17 yesterday 10:6 10:10 15:14 | 1825 1:15 19106 2:21 1st 24:2 | **4** 4 68:20,22 71:13 71:25 72:3,4 |
| 40:15 54:22 60:11 64:13 65:8 68:22 | 58:6 59:18 70:19 women 62:1 | 20:16 29:12 46:24 47:15 51:10 53:5 | **2** 2 12:9 71:18,25 | 74:4 4:10 34:18 4:30 34:18 |
| 70:6 71:8,9,13 73:1,18,25 74:1 | words 55:2 work 6:21 8:18 9:25 11:11 | 67:16,19 YORK 2:13 | 20 73:16 20,000 62:1 20004 2:18 | 4160 1:19 45 33:9 |
| we've 12:2 27:19 27:22,22 | 13:15,16,16 23:15 31:6 | **Z** Zoom 1:5 3:1 | 20005 2:14 20006 1:16 | **5** 5:11 77:25 |
| week 17:23 18:8 39:24 41:13 60:11 | 38:2,4 39:3 42:21 43:16 65:8 71:22 | 19:19 71:4,8 73:18 | 2017 3:12 2021 1:7 11:25 2022 11:21 12:4 | 500 2:20 510 2:20 5th 42:14,25 |
| weekend 42:15 weeks 61:7 69:14 | worked 9:17 10:9 22:5 27:3 52:1 | **0** 07701 2:3 07932 2:9 | 29:24 31:1 69:24 70:19 74:12 | 63:20 73:7,14 **6** |
| weigh 25:9 34:19 76:6 went 51:15 | working 6:14 10:23 37:8 44:24 | 08002 1:13 **1** | 20th 71:5,5 210 1:12 218 1:18 | 600 2:9 6th 18:6 |
| 52:14 54:13 67:24 | works 40:3 world 7:16 29:14,15 | 1 25:7 37:17 62:20 10,000-foot 9:10 | 225 77:17 22nd 70:22,24 71:8 72:8 | **7** 704 3:13 7th 18:16 |
| whatsoever 8:5 44:14 48:18 White 12:14 | worth 34:15,15 wouldn't 17:22 18:8 19:11 | 9:23 101 1:12 10th 18:16 | 73:19 23rd 39:22 40:23 41:3 | **8** |
| whittled 10:7 wholeheartedly 69:23 | 33:22 55:9 72:17 writing 40:18 | 11 27:14 67:12 127 2:3 12th 18:1,16 | 63:19 73:5,13 25,000 62:1 26 64:6 | **9** 9 38:23 39:18 40:21 63:18 |
| willing 50:18,19 win 60:24 Wished 7:24 withdraw 61:14 | wrong 3:10 9:12 | 21:7 68:17,18 | | |

DocuSign Envelope ID: 5F235AD7-38E6-46E2-8612-66FC498DAF5E

March 31, 2021

94

| | | | | |
|---|---|---|---|---|
| 73:3,10<br>**975** 2:17<br>**9th** 36:15 37:11<br>38:19,25 39:5<br>40:5 41:3<br>71:15 73:22 | | | | |