# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>CASSANDRA HOLLINS AND DAVID HOLLINS.<br><br>3:21-cv-10851 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on May 6, 2021 on behalf of CASSANDRA HOLLINS AND DAVID HOLLINS.

Dated:  May 6, 2021                              Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  May 6, 2021

                                           */s/ Christopher R. LoPalo*
                                           Christopher R. LoPalo, Esq.
                                           400 Broadhollow Rd., Suite 305
                                           Melville, NY 11747
                                           Telephone: (212) 397-1000
                                           Facsimile: (646) 927-1676
                                           CLoPalo@NapoliLaw.com
                                           *Attorneys for Plaintiff*