**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Mary Richardson, Individually and as the Personal Representative of the Estate of Cynthia Presley, Deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-4599-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Mary Richardson, Individually and as the Personal Representative of the Estate of Cynthia Presley, Deceased.

This 10th day of May 2021.

                                                       Respectfully submitted,

                                                       ONDERLAW, LLC

                              By:    */s/ James G. Onder*
                                             James G. Onder, #38049 MO
                                             William W. Blair, #58196 MO
                                             Stephanie L. Rados, #65117 MO
                                             110 E. Lockwood, 2nd Floor
                                             St. Louis, MO  63119
                                             314-963-9000 telephone
                                             314-963-1700 facsimile
                                             onder@onderlaw.com
                                             blair@onderlaw.com

rados@onderlaw.com

## **Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th day of May 2021.

                                                */s/ James G. Onder*