## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer L. Orendi*