**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Deborah L. Wells vs. Johnson & Johnson, et al.*<br>*Case No.:  3:20-cv-20715-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Deborah L. Wells.

This 11th day of May 2021.

                                                              Respectfully submitted,

                                                              ONDERLAW, LLC

                        By:    */s/ Stephanie L. Rados*
                                James G. Onder, #38049 MO
                                William W. Blair, #58196 MO
                                Stephanie L. Rados, #65117 MO
                                110 E. Lockwood, 2nd Floor
                                St. Louis, MO  63119
                                314-963-9000 telephone
                                314-963-1700 facsimile
                                onder@onderlaw.com
                                blair@onderlaw.com
                                rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of May 2021.

/s/ Stephanie L. Rados