## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LGH)** |

*THIS DOCUMENT RELATES TO ALL CASES*

### PLAINTIFFS' CROSS NOTICE OF TAKING ORAL DEPOSITION OF TIMOTHY MCCARTHY

TO:  ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Plaintiffs, by and through the undersigned counsel, hereby cross-notice the videotaped deposition upon oral examination of Timothy McCarthy in the above-referenced matter. A copy of the amended deposition notice is attached as Exhibit A.

Plaintiffs reserve the right to take a supplemental (non-duplicative) deposition of Steven Mann as may be needed based upon the production of documents and other discovery to occur subsequent to the presently scheduled deposition.

The deposition will take place before a person authorized to administer oaths and will continue until completed at the following time:

**May 20, 2021 and May 21, 2021, at 10:00 a.m. (EST) via ZOOM.**

The deposition will be videotaped before a certified court reporter and may be used for the purposes of discovery or for use by Plaintiff as evidence at trial, both. You are invited to appear and take part in the examination as you deem appropriate.

Dated:  May 11, 2021									Respectfully submitted,


*/s/ Michelle A. Parfitt*						*/s/ P. Leigh O'Dell*
MICHELLE A. PARFITT						P. LEIGH O'DELL
Ashcraft & Gerel, LLP						Beasley, Allen, Crow, Methvin, Portis & Miles, P.C
4900 Seminary Road, Suite 650					218 Commerce Street
Alexandria, Virginia 22311						Montgomery, Alabama 36104
703-931-5500								334-269-2343
mparfitt@ashcraftlaw.com						leigh.odell@beasleyallen.com

*/s/Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
732-747-9003
cplacitella@cprlaw.com

ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

										*/s/ P. Leigh O'Dell*
										P. LEIGH O'DELL
										Beasley, Allen, Crow, Methvin, Portis & Miles, P.C
										218 Commerce Street
										Montgomery, Alabama 36104
										334-269-2343
										leigh.odell@beasleyallen.com

										ATTORNEY FOR PLAINTIFFS

# Exhibit A

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI**

**VICKIE FORREST**, et al.,

    Plaintiffs,

vs.

**JOHNSON & JOHNSON**, et al.,

    Defendants

Case No. 1522-CC00419-02

Division 1

**NOTICE OF VIDEOTAPED (REMOTE)
DEPOSITION OF TIMOTHY MCCARTHY**

    TO:    All Counsel of Record

    PLEASE TAKE NOTICE that pursuant to Rule 57 of the Missouri Rules of Civil Procedure, Plaintiffs, by their undersigned attorneys, shall take the videotaped deposition of **Timothy McCarthy,** in the above-referenced matter.  The deposition which shall be taken by videotape and stenographic means before a certified court reporter or other person authorized to administer oaths will be conducted remotely via Zoom video conference services., on **Thursday, May 20, 2021 through Friday, May 21, 2021,** beginning both days at **10 a.m. EST,** as agreed upon by all parties, and will continue from day to day until completed.  The deposition will be taken before Golkow Reporting.  The deponent and all persons wishing to attend the deposition shall provide counsel for Plaintiffs with their email addresses no later than four days before the deposition

    The witness is required to bring/produce true, correct and complete copies of all documents as referred to in **Schedule A** attached hereto, no later than five (5) business days prior to the deposition.

1

## **SCHEDULE A**

1. A copy of the witness's current or most recent resume or curriculum vitae.

2. The witness's complete personnel file, including but not limited to, any and all performance reviews and personnel records that relate or refer to the witness's work on Johnson's Baby Powder and any other talcum powder products.

3. Any and all documents pertaining to the witness's compensation while employed by Johnson and Johnson or any of its subsidiary companies.

4. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the presence of asbestos in Johnson's Baby Powder, Shower to Shower, or other talcum powder products.

5. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between talcum powder and ovarian cancer.

6. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between Johnson's Baby Powder, Shower to Shower, or other talcum powder products and ovarian cancer.

7. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between asbestos and ovarian cancer.

8. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee, including its lawyers, regarding talcum powder products.

9. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with Susan Nicholson, MD after the witness left employment with Johnson and Johnson.

10. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee after the witness left employment with Johnson and Johnson.

11. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee, after the witness left employment with Johnson and Johnson, regarding talcum powder products.

12. Any and all documents in the witness's possession, custody, or control which refer or relate to, in any way, the following specific individuals or entities regarding talcum powder products:

    a. Imerys or any of its predecessor companies including Rio Tinto and Luzenac
    b. Crowell and Moring, including Ridgeway Hall
    c. Robert Glenn
    d. Meta-Analysis Research Group
    e. Joshua Muscat MD
    f. Michael Huncharek, MD
    g. Brooke Mossman, PhD
    h. National Toxicology Program
    i. Person Care Products Counsel (PCPC)
    j. Talc Interested Party Task Force
    k. International Agency for Research on Cancer (IARC)
    l. Cosmetic Ingredient Review (CIR)
    m. Health Canada
    n. Canadian Cosmetic Toiletry and Fragrance Association (CCTFA)
    o. Cosmetics Alliance Canada (CAC)

13. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the International Agency for Research on Caner's (IARC) consideration of talc as a human carcinogen.

14. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with the Food and Drug Administration (FDA) regarding talcum powder products.

15. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with Rich Zazenski regarding talcum powder or talcum powder products.

16. All communications with or about John Hopkins relating to talcum powder products.

17. All communications with or about Bill Ashton relation to talcum powder products.

18. All communications with or about Center for Regulatory Effectiveness (CRE), Multinational Business Services (MBS), Multinational Legal Services (MLS), Bill Kelly, Jim Tozzi, or Alfred Wehner relating to talcum powder products.

3

| | |
|---|---|
| Dated: <u>May 10, 2021</u> | Respectfully submitted, |
| | **ONDERLAW, LLC** |
| | By: <u>*/s/ W. Wylie Blair*</u><br>James G. Onder #38049<br>William W. Blair #58196<br>Stephanie L. Rados #65117<br>110 E. Lockwood, 2nd Floor<br>St. Louis, MO  63119<br>314-963-9000 telephone<br>314-963-1700 facsimile<br>onder@onderlaw.com<br>blair@onderlaw.com<br>rados@onderlaw.com |

OF COUNSEL:

R. Allen Smith, Jr. – MSB # 99984
THE SMITH LAW FIRM, PLLC
681 Towne Center Boulevard, Suite B
Ridgeland, Mississippi 39157
Telephone:  (601) 952-1422
Facsimile:  (601) 952-1426

Timothy W. Porter – MSB # 9687
Patrick C. Malouf – MSB # 9702
John T. Givens – MSB #101561
PORTER & MALOUF, PA
Post Office Box 12768
Jackson, Mississippi  39236-2768
Telephone:  (601) 957-1173
Facsimile:  (601) 957-7366

Ted G. Meadows – ALB # MEA014
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Michelle Parfitt, VA Bar No. 33650
James Green, VA Bar No. 24915
Patrick Lyons, DC Bar No. 1034531
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: (703) 931-5500
Facsimile: (703) 820-1656
*Attorneys for Plaintiffs*

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 10th day of May, 2021.

*/s/ W. Wylie Blair*