# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cynthia A. Young vs. Johnson & Johnson, et al.*<br>Case No.: 3:20-cv-20727-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Cynthia A. Young.

This 11th day of May 2021.

        Respectfully submitted,

        ONDERLAW, LLC

By:   */s/ Stephanie L. Rados*
      James G. Onder, #38049 MO
      William W. Blair, #58196 MO
      Stephanie L. Rados, #65117 MO
      110 E. Lockwood, 2nd Floor
      St. Louis, MO  63119
      314-963-9000 telephone
      314-963-1700 facsimile
      onder@onderlaw.com
      blair@onderlaw.com
      rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of May 2021.

/s/ Stephanie L. Rados