## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Valery Gutt, As Power of Attorney, For Irena Leybikhina v. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-11077-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on May 12, 2021, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiff, Valery Gutt, as Power of Attorney, for Irena Leybikhina.

Dated: May 13, 2021

                                                            SULLIVAN PAPAIN BLOCK McGRATH
                                                              COFFINAS & CANNAVO P.C.

                                                        By: /s/ Craig M. Silverman
                                                            Craig M. Silverman (NY #5290473)
                                                            120 Broadway – 27th Floor
                                                            New York, New York 10271
                                                            Phone:   (212) 732-9000
                                                            Fax:      (212) 266-4141
                                                            Email:    Csilverman@triallaw1.com

                                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Craig M. Silverman
      Craig M. Silverman