# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to: GERALD ADAMS AS EXECUTOR OF THE ESTATE OF GEORGIA GAY ADAMS AND GERALD ADAMS, INDIVIDUALLY. <br><br> 3:21-cv-11119 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on May 12, 2021 on behalf of GERALD ADAMS AS EXECUTOR OF THE ESTATE OF GEORGIA GAY ADAMS AND GERALD ADAMS, INDIVIDUALLY.

Dated:  May 12, 2021

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  May 12, 2021

                   */s/ Christopher R. LoPalo*
                   Christopher R. LoPalo, Esq.
                   400 Broadhollow Rd., Suite 305
                   Melville, NY 11747
                   Telephone: (212) 397-1000
                   Facsimile: (646) 927-1676
                   CLoPalo@NapoliLaw.com
                   *Attorneys for Plaintiff*