## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LGH) JUDGE FREDA L. WOLFSON JUDGE LOIS H. GOODMAN |
| Cindy L. Duplantis, Individually and on behalf of the estate of Margie R. Loupe, Deceased | COMPLAINT AND JURY DEMAND |
| Plaintiffs, | |
| v. | Civil Action No. 3:21-cv-11130 |
| Johnson & Johnson; Johnson & Johnson Consumer, Inc., f/k/a Johnson & Johnson Consumer Companies, Inc., | DIRECT FILED ACTION |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 12, 2021 on behalf of Plaintiff, Cindy L. Duplantis, individually and on behalf of the estate of Margie Rome Loupe.

> BLOCK LAW FIRM, APLC
> 422 East First Street
> Post Office Box 108
> Thibodaux, Louisiana 70302
> (985) 446-0418 Telephone
> (985) 446-0422 Facsimile
> rcb@blocklawfirm.com
>
> s/ Richard C. Breaux
> RICHARD C. BREAUX, #33740

Dated:  05/13/2021

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2021 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing to all counsel of record by notice of electronic filing.

/s/ Richard C. Breaux
RICHARD C. BREAUX
