# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | |
| *This document relates to:*<br>*Rene Rose, Individually and as Administrator of the Estate of Martha Gonzalez, Deceased v. Johnson & Johnson, et al.*<br>Member Case No: 3:21-cv-11125 | **MDL No: 3:16-02738 (FLW)(LHG)** |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 12, 2021, on behalf of Plaintiff, Rene Rose, Individually and as Administrator of the Estate of Martha Gonzalez, Deceased.

**DATED:   5/12/2021**                                    Respectfully submitted,

/s/ Richard M. Golomb
Richard M. Golomb, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golombhonik.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **12th day of May, 2021**, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:    5/12/2021**

                                                */s/ Richard M. Golomb*
                                                Richard M. Golomb, Esquire
                                                **GOLOMB & HONIK, P.C.**
                                                1835 Market Street, Suite 2900
                                                Philadelphia, PA  19103
                                                Phone: (215) 985-9177
                                                Fax:    (215) 985-4169
                                                Email:  rgolomb@golombhonik.com

                                                *Attorney for Plaintiffs*