UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-2738 (FLW)(LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| This document relates to: JENNIFER DEVOE and ROBERT DEVOE | |
| Case No. 3:20-cv-19496-FLW-LHG | |

## NOTICE OF APPEARANCE

Todd Barnes of DOBS & Farinas, LLP, enters his appearance as Counsel for Plaintiffs Jennifer DeVoe and Robert DeVoe in the above referenced matter. Please send all communications from the Court or other counsel with respect to this matter to me at the below listed contact information.

Respectfully submitted, May 13, 2021

/s/ *Todd Barnes*
Todd Barnes, IN 25904-49
DOBS & Farinas
951 N. Delware St.
Indianapolis, IN 46202
(O)(F) (317) 854-3003
tbarnes@dobslegal.com
*Attorneys for Plaintiffs Jennifer and Robert DeVoe*

Certificate of Service

I hereby certify that on May 13, 2021, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Todd Barnes*
Todd Barnes, IN 25904-49
DOBS & Farinas
951 N. Delware St.
Indianapolis, IN 46202
(O)(F) (317) 854-3003
tbarnes@dobslegal.com
*Attorneys for Plaintiffs Jennifer and Robert DeVoe*