UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-10812-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

This 13th day of May 2021.

                                        Respectfully submitted,

                                        ONDERLAW, LLC

                By:    */s/ Stephanie Rados*
                         James G. Onder, #38049 MO
                         William W. Blair, #58196 MO
                         Stephanie L. Rados, #65117 MO
                         110 E. Lockwood, 2nd Floor
                         St. Louis, MO  63119
                         314-963-9000 telephone
                         314-963-1700 facsimile
                         onder@onderlaw.com
                         blair@onderlaw.com
                         rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of May 2021.

                                                */s/ Stephanie Rados*