UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: ROBERT BOGACZYK, an Individual, and as Executor of the Estate of NELLA BOGACZYK, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | Case No. 3:21-cv-10788-FLW-LHG |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on May 5, 2021, on behalf of Plaintiff ROBERT BOGACZYK.

Dated: May 13, 2021	Respectfully Submitted,

By:  /s/ *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that May 13, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.
