**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**ISABELLA HEWLETT,** | **MDL No. 2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No. 3:21-cv-11204** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 13, 2021 on behalf of Plaintiff, Isabella Hewlett.

Dated:  May 13, 2021                         Respectfully Submitted by:

                                              By: /s/ Daniel J. Thornburgh
                                              Daniel J. Thornburgh
                                              Aylstock, Witkin, Kreis, & Overholtz
                                              17 East Main Street, Suite 200
                                              Pensacola, FL 32502
                                              Telephone: 850-202-1010
                                              Fax: 850-916-7449
                                              dthornburgh@awkolaw.com

                                              *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 13, 2021                                Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com