# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 <br><br> Master Docket Case No. 3:16-md-2738 <br><br> Honorable Freda L. Wolfson |
| **THIS DOCUMENT RELATES TO:** <br><br> DAVID BLEASE ON BEHALF OF THE ESTATE OF TIERNEY BLEASE <br><br> v. <br><br> JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER INC.; PERSONAL CARE PRODUCTS COUNCIL | Case No. 3:17-cv-9200 |

## PLAINTIFF'S NOTICE OF FIRM NAME AND ADDRESS CHANGE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that counsel for Plaintiff hereby notifies this Court and all parties to this action that they can now be reached at the following law firm with the following updated contact information:

David J. Diamond
DIAMOND LAW
1700 E. River Road, #65237
Tucson, AZ 85728
P: (520) 497-2672
F: (520) 448-4466
Email: ddiamond@diamondlawusa.com; khampton@diamondlawusa.com

Please remove Goldberg & Osborne LLP from your mailing list, add Diamond Law, and send David J. Diamond all notices, correspondence, and pleadings in this matter to the above Diamond Law email addresses.

Dated this 14th day of May, 2021.

Respectfully Submitted,

/s/ David J. Diamond
David J. Diamond (AZ 010842)
DIAMOND LAW
1700 E. River Road, #65237
Tucson, AZ 85728
P: (520) 497-2672
F: (520) 448-4466
ddiamond@diamondlawusa.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on May 14, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ David J. Diamond
David J. Diamond