Case 3:16-md-02738-MAS-RLS   Document 21373   Filed 05/14/21   Page 1 of 3 PageID: 141020

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| **MICHAEL GUDAS, an Individual, and as Executor of the Estat of JEAN GUDAS,** | Case No. 3:21-cv-10744-FLW-LHG |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| Defendants. | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on May 5, 2021, on behalf of Plaintiff MICHAEL GUDAS.

Dated: May 14, 2021						Respectfully Submitted,


								By:   /s/ *Mark P. Robinson, Jr.*
									Mark P. Robinson, Jr.
									19 Corporate Plaza Drive
									Newport Beach, CA 92660
									949-720-1288 Phone
									949-720-1292 Facsimile
									mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that May 14, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

        /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.