UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: JOANN HEMMERLING, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | Case No. 3:21-cv-10792-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on May 5, 2021, on behalf of Plaintiff JOANN HEMMERLING.

1

Dated: May 14, 2021                                   Respectfully Submitted,


                                                  By:  /s/ *Mark P. Robinson, Jr.*
                                                           Mark P. Robinson, Jr.
                                                           19 Corporate Plaza Drive
                                                           Newport Beach, CA 92660
                                                           949-720-1288 Phone
                                                           949-720-1292 Facsimile
                                                           mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that May 14, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

 /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.