## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**JENNIFER WILLIAMS,** | **MDL No. 2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No. 3:21-cv-11271** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 15, 2021 on behalf of Plaintiff, Jennifer Williams .

Dated:  May 15, 2021                    Respectfully Submitted by:

                                                        By: /s/ Daniel J. Thornburgh
                                                        Daniel J. Thornburgh
                                                        Aylstock, Witkin, Kreis, & Overholtz
                                                        17 East Main Street, Suite 200
                                                        Pensacola, FL 32502
                                                        Telephone: 850-202-1010
                                                        Fax: 850-916-7449
                                                        dthornburgh@awkolaw.com

                                                        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 15, 2021                                   Respectfully Submitted by:

                                                                           By: /s/ Daniel J. Thornburgh
                                                                           Daniel J. Thornburgh
                                                                           Aylstock, Witkin, Kreis, & Overholtz
                                                                           17 East Main Street, Suite 200
                                                                           Pensacola, FL 32502
                                                                           Telephone: 850-202-1010
                                                                           Fax: 850-916-7449
                                                                           dthornburgh@awkolaw.com