**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW)(LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOUIS H. GOODMAN** |
| *THIS DOCUMENT RELATES TO:* <br><br> **LESLIE ADAMS,** | **CIVIL ACTION No. 3:21-cv-11273** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 15, 2021 on behalf of Plaintiff, Leslie Adams.

Dated: May 15, 2021            Respectfully Submitted by:

                By: /s/ Daniel J. Thornburgh
                Daniel J. Thornburgh
                Aylstock, Witkin, Kreis, & Overholtz
                17 East Main Street, Suite 200
                Pensacola, FL 32502
                Telephone: 850-202-1010
                Fax: 850-916-7449
                dthornburgh@awkolaw.com

                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 15, 2021                             Respectfully Submitted by:

                                                              By: /s/ Daniel J. Thornburgh
                                                              Daniel J. Thornburgh
                                                              Aylstock, Witkin, Kreis, & Overholtz
                                                              17 East Main Street, Suite 200
                                                              Pensacola, FL 32502
                                                              Telephone: 850-202-1010
                                                              Fax: 850-916-7449
                                                              dthornburgh@awkolaw.com