BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Cindy Peterson*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG |
| *This document relates to:* Cindy Peterson v. Johnson & Johnson, et al. Case No. 3:21-cv-11292 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 17, 2021 on behalf of Plaintiff Cindy Peterson.

                                                 */s/ Brittany S. Scott*
                                                 Brittany S. Scott
                                                 BEASLEY ALLEN CROW METHVIN
                                                 PORTIS & MILES, P.C.
                                                 218 Commerce Street
                                                 Montgomery, Alabama 36104
                                                 (800) 898-2034 Telephone
                                                 (334) 954-7555 Facsimile
                                                 Brittany.Scott@BeasleyAllen.com

                                                 Attorneys for Plaintiff Cindy Peterson

Dated: May 17, 2021

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 17, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ **Brittany S. Scott***
              Brittany S. Scott

              BEASLEY ALLEN CROW METHVIN
              PORTIS & MILES, P.C.