BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Diane Voiland o/b/o Joanne Voiland, deceased*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Diane Voiland, Individually and as Executor of the Estate of Joanne Voiland, deceased v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-11306 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 17, 2021 on behalf of Plaintiff Diane Voiland o/b/o Joanne Voiland, deceased.

                                                     */s/ Brittany S. Scott*
                                                     Brittany S. Scott
                                                     BEASLEY ALLEN CROW METHVIN
                                                     PORTIS & MILES, P.C.
                                                     218 Commerce Street
                                                     Montgomery, Alabama 36104
                                                     (800) 898-2034 Telephone
                                                     (334) 954-7555 Facsimile
                                                     Brittany.Scott@BeasleyAllen.com

                                                     Attorneys for Plaintiff Diane Voiland o/b/o
                                                     Joanne Voiland, deceased

Dated: May 17, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                         */s/ Brittany S. Scott*
                                         Brittany S. Scott

                                           BEASLEY ALLEN CROW METHVIN
                                           PORTIS & MILES, P.C.