## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of May, 2021.

                                                           */s/ Jennifer L. Orendi*