**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Frances Pravata vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-9494-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Frances Pravata.

This 17th day of May 2021.

> Respectfully submitted,
>
> ONDERLAW, LLC
>
> By:    */s/ W. Wylie Blair*
> James G. Onder, #38049 MO
> William W. Blair, #58196 MO
> Stephanie L. Rados, #65117 MO
> 110 E. Lockwood, 2nd Floor
> St. Louis, MO  63119
> 314-963-9000 telephone
> 314-963-1700 facsimile
> onder@onderlaw.com
> blair@onderlaw.com
> rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th  day of May 2021.

                                                                               */s/ W. Wylie Blair*