**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**JORDAN HAMMOND,** | **MDL No. 2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No. 3:21-cv-11342** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 17, 2021 on behalf of Plaintiff, Jordan Hammond.

Dated:  May 17, 2021                Respectfully Submitted by:

                                                                By: /s/ Daniel J. Thornburgh
                                                                Daniel J. Thornburgh
                                                                Aylstock, Witkin, Kreis, & Overholtz
                                                                17 East Main Street, Suite 200
                                                                Pensacola, FL 32502
                                                                Telephone: 850-202-1010
                                                                Fax: 850-916-7449
                                                                dthornburgh@awkolaw.com

                                                                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 17, 2021                            Respectfully Submitted by:


                                                By: /s/ Daniel J. Thornburgh
                                                Daniel J. Thornburgh
                                                Aylstock, Witkin, Kreis, & Overholtz
                                                17 East Main Street, Suite 200
                                                Pensacola, FL 32502
                                                Telephone: 850-202-1010
                                                Fax: 850-916-7449
                                                dthornburgh@awkolaw.com