**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**LAURA BREEDEN,** | **MDL No. 2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No. 3:21-cv-11375** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 17, 2021 on behalf of Plaintiff, Laura Breeden.

Dated:  May 17, 2021         Respectfully Submitted by:

                                                  By: /s/ Daniel J. Thornburgh
                                                  Daniel J. Thornburgh
                                                  Aylstock, Witkin, Kreis, & Overholtz
                                                  17 East Main Street, Suite 200
                                                  Pensacola, FL 32502
                                                  Telephone: 850-202-1010
                                                  Fax: 850-916-7449
                                                  dthornburgh@awkolaw.com

                                                  *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 17, 2021					Respectfully Submitted by:


							By: /s/ Daniel J. Thornburgh
							Daniel J. Thornburgh
							Aylstock, Witkin, Kreis, & Overholtz
							17 East Main Street, Suite 200
							Pensacola, FL 32502
							Telephone: 850-202-1010
							Fax: 850-916-7449
							dthornburgh@awkolaw.com