# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | 3:16-MD-02738-FLW-LHG |

*This document relates to:*

**Darryl Bubrig, Sr. O/B/O the Estate of Reba Bubrig v. Johnson and Johnson, et al**
**Case Number 21-11386**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 18, 2021 on behalf of the Plaintiff, Darryl Bubrig, Sr. o/b/o The Estate of Reba Bubrig.

Dated:  May 18, 2021

Respectfully submitted,

/s/Andrew J. Geiger_____
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
**ALLAN BERGER & ASSOCIATES PLC**
4173 Canal Street  New Orleans, Louisiana 70119
Telephone: (504) 486-9481
Fax:  (504) 483-8130
aberger@bergerlawnola.com
*Counsel for Plaintiff*