UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 2738 (FLW) (LHG) |
| **THIS DOCUMENT RELATES TO:** | |
| **SHELBY RAMIREZ MARTINEZ,** | Case No. 3:21-cv-10874-FLW-LHG |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| Defendants. | |

**<u>NOTICE OF FILING SHORT FORM COMPLAINT</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on May 6, 2021, on behalf of Plaintiff SHELBY RAMIREZ MARTINEZ.

Dated: May 18, 2021			Respectfully Submitted,


					By:   /s/ *Mark P. Robinson, Jr.*
					      Mark P. Robinson, Jr.
					      19 Corporate Plaza Drive
					      Newport Beach, CA 92660
					      949-720-1288 Phone
					      949-720-1292 Facsimile
					      mrobinson@robinsonfirm.com

					*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that May 18, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

 /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.
