UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: CRAIG SILLIVEN, an Individual, and as Executor of the Estate of LETICIA SILLIVEN, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | Case No. 3:21-cv-10875-FLW-LHG |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on May 6, 2021, on behalf of Plaintiff CRAIG SILLIVEN.

1

Dated: May 18, 2021                                  Respectfully Submitted,


                                              By:   /s/ *Mark P. Robinson, Jr.*
                                                    Mark P. Robinson, Jr.
                                                    19 Corporate Plaza Drive
                                                    Newport Beach, CA 92660
                                                    949-720-1288 Phone
                                                    949-720-1292 Facsimile
                                                    mrobinson@robinsonfirm.com

                                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that May 18, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.
