**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Glenn Della-Monica, Individually and as the Anticipated Personal Representative of the estate of Nola Della-Monica, Deceased vs. Johnson & Johnson, et al.*<br>**Case No.: 3:21-cv-9523-FLW-LHG** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Glenn Della-Monica, individually and as Representative of the Estate of Nola Della-Monica, deceased.

      This 18th day of May 2021.

                                            Respectfully submitted,

                                            ONDERLAW, LLC

              By:    */s/ W. Wylie Blair*
                        James G. Onder, #38049 MO
                        William W. Blair, #58196 MO
                        Stephanie L. Rados, #65117 MO
                        110 E. Lockwood, 2nd Floor
                        St. Louis, MO  63119
                        314-963-9000 telephone
                        314-963-1700 facsimile
                        onder@onderlaw.com
                        blair@onderlaw.com
                        rados@onderlaw.com

## **Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of May 2021.

                                                          */s/ W. Wylie Blair*