UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, ) <br> AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Janice H. Burrell obo the Estate of Eula Howard* ) <br> *vs. Johnson & Johnson, et al.* ) <br> *Case No.: 3:21-cv-11414-FLW-LHG* ) | MDL NO. 2738 (FLW)(LHG) |

_____

## NOTICE OF FILING
_____

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Eula Howard, by and through the Estate Administrator Janice H. Burrell.

This 18th day of May, 2021

                                                    Respectfully Submitted

                                                    */s/ Joel L. DiLorenzo*
                                                    Joel L. DiLorenzo
                                                    THE DILORENZO LAW FIRM, LLC
                                                    505 20TH ST. N. # 1275
                                                    BIRMINGHAM, AL 35203
                                                    Tel: (205) 212-9988
                                                    Fax: (205) 212-9989
                                                    Email: joel@dilorenzo-law.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 18th day of May 2021.

                                                         */s/ Joel L. DiLorenzo*