## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**PHYLLIS FERDINAND,** | **MDL No. 2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No. 3:21-cv-11440** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 18, 2021 on behalf of Plaintiff, Phyllis Ferdinand.

Dated:  May 18, 2021        Respectfully Submitted by:

        By: /s/ Daniel J. Thornburgh
        Daniel J. Thornburgh
        Aylstock, Witkin, Kreis, & Overholtz
        17 East Main Street, Suite 200
        Pensacola, FL 32502
        Telephone: 850-202-1010
        Fax: 850-916-7449
        dthornburgh@awkolaw.com

        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 18, 2021                                   Respectfully Submitted by:

                                                       By: /s/ Daniel J. Thornburgh
                                                       Daniel J. Thornburgh
                                                       Aylstock, Witkin, Kreis, & Overholtz
                                                       17 East Main Street, Suite 200
                                                       Pensacola, FL 32502
                                                       Telephone: 850-202-1010
                                                       Fax: 850-916-7449
                                                       dthornburgh@awkolaw.com