UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**KAYLE SAUCIER,** | MDL No. 2738 (FLW)(LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>CIVIL ACTION No. 3:21-cv-11459 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 18, 2021 on behalf of Plaintiff, Kayle Saucier.

Dated: May 18, 2021              Respectfully Submitted by:

                     By: /s/ Daniel J. Thornburgh
                     Daniel J. Thornburgh
                     Aylstock, Witkin, Kreis, & Overholtz
                     17 East Main Street, Suite 200
                     Pensacola, FL 32502
                     Telephone: 850-202-1010
                     Fax: 850-916-7449
                     dthornburgh@awkolaw.com

                     *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 18, 2021                                    Respectfully Submitted by:

                                                        By: /s/ Daniel J. Thornburgh
                                                        Daniel J. Thornburgh
                                                        Aylstock, Witkin, Kreis, & Overholtz
                                                        17 East Main Street, Suite 200
                                                        Pensacola, FL 32502
                                                        Telephone: 850-202-1010
                                                        Fax: 850-916-7449
                                                        dthornburgh@awkolaw.com