**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**TAMMY SCHENK,** | MDL No. 2738 (FLW)(LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>CIVIL ACTION No. 3:21-cv-11461 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 18, 2021 on behalf of Plaintiff, Tammy Schenk.

Dated:  May 18, 2021                Respectfully Submitted by:

                      By: /s/ Daniel J. Thornburgh
                      Daniel J. Thornburgh
                      Aylstock, Witkin, Kreis, & Overholtz
                      17 East Main Street, Suite 200
                      Pensacola, FL 32502
                      Telephone: 850-202-1010
                      Fax: 850-916-7449
                      dthornburgh@awkolaw.com

                      *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 18, 2021                                      Respectfully Submitted by:

                                                          By: /s/ Daniel J. Thornburgh
                                                          Daniel J. Thornburgh
                                                          Aylstock, Witkin, Kreis, & Overholtz
                                                          17 East Main Street, Suite 200
                                                          Pensacola, FL 32502
                                                          Telephone: 850-202-1010
                                                          Fax: 850-916-7449
                                                          dthornburgh@awkolaw.com