# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, ) <br> AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br> *Joycie M. Nicholson* ) <br> *vs. Johnson & Johnson, et al.* ) <br> *Case No.: 3:21-cv-11489-FLW-LHG* ) | MDL NO. 2738 (FLW)(LHG) |

___

## NOTICE OF FILING
___

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Joycie M. Nicholson.

This 19th day of May, 2021

                                                          Respectfully Submitted

                                                          */s/ Joel L. DiLorenzo*
                                                          Joel L. DiLorenzo
                                                          THE DILORENZO LAW FIRM, LLC
                                                          505 20TH ST. N. # 1275
                                                          BIRMINGHAM, AL 35203
                                                          Tel: (205) 212-9988
                                                          Fax: (205) 212-9989
                                                          Email: joel@dilorenzo-law.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 19th day of May 2021.

                                                          */s/ Joel L. DiLorenzo*