**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>ALVIN CATES, Individually and as Personal Representative of the Estate of Florence Cates | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-11527 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 19, 2021 on behalf of Plaintiff, Alvin Cates.

Dated: May 19, 2021                Respectfully Submitted by:

                                                         By: /s/ Daniel J. Thornburgh
                                                         Daniel J. Thornburgh
                                                         Aylstock, Witkin, Kreis, & Overholtz
                                                          17 East Main Street, Suite 200
                                                         Pensacola, FL 32502
                                                          Telephone: 850-202-1010
                                                          Fax: 850-916-7449
                                                          dthornburgh@awkolaw.com

                                                         *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 19, 2021               Respectfully Submitted by:

                                   By: /s/ Daniel J. Thornburgh
                                   Daniel J. Thornburgh
                                   Aylstock, Witkin, Kreis, & Overholtz
                                   17 East Main Street, Suite 200
                                   Pensacola, FL 32502
                                   Telephone: 850-202-1010
                                   Fax: 850-916-7449
                                   dthornburgh@awkolaw.com