## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>CHASE DUNN, Individually and as Personal Representative of the Estate of Angie Pincheon | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-11529 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 19, 2021 on behalf of Plaintiff, Chase Dunn.

Dated:  May 19, 2021          Respectfully Submitted by:

>By: /s/ Daniel J. Thornburgh
>Daniel J. Thornburgh
>Aylstock, Witkin, Kreis, & Overholtz
>17 East Main Street, Suite 200
>Pensacola, FL 32502
>Telephone: 850-202-1010
>Fax: 850-916-7449
>dthornburgh@awkolaw.com
>
>*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated: May 19, 2021              Respectfully Submitted by:

                                 By: /s/ Daniel J. Thornburgh
                                 Daniel J. Thornburgh
                                 Aylstock, Witkin, Kreis, & Overholtz
                                 17 East Main Street, Suite 200
                                 Pensacola, FL 32502
                                 Telephone: 850-202-1010
                                 Fax: 850-916-7449
                                 dthornburgh@awkolaw.com