**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**TIFFANY DANIELS,** | **MDL No. 2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No. 3:21-cv-11539** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 19, 2021 on behalf of Plaintiff, Tiffany Daniels.

Dated:  May 19, 2021    Respectfully Submitted by:

    By: /s/ Daniel J. Thornburgh
    Daniel J. Thornburgh
    Aylstock, Witkin, Kreis, & Overholtz
    17 East Main Street, Suite 200
    Pensacola, FL 32502
    Telephone: 850-202-1010
    Fax: 850-916-7449
    dthornburgh@awkolaw.com

    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 19, 2021	Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com