## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**LISA BOWLING,** | **MDL No. 2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No. 3:21-cv-11540** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on May 19, 2021 on behalf of Plaintiff, Lisa Bowling.

Dated: May 19, 2021         Respectfully Submitted by:

>                                        By: /s/ Daniel J. Thornburgh
>                                        Daniel J. Thornburgh
>                                        Aylstock, Witkin, Kreis, & Overholtz
>                                        17 East Main Street, Suite 200
>                                        Pensacola, FL 32502
>                                        Telephone: 850-202-1010
>                                        Fax: 850-916-7449
>                                        dthornburgh@awkolaw.com
>
>                                        *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  May 19, 2021　　　　　　　　　Respectfully Submitted by:

　　　　　　　　　　　　　　　　　　　By: /s/ Daniel J. Thornburgh
　　　　　　　　　　　　　　　　　　　Daniel J. Thornburgh
　　　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis, & Overholtz
　　　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200
　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　Telephone: 850-202-1010
　　　　　　　　　　　　　　　　　　　Fax: 850-916-7449
　　　　　　　　　　　　　　　　　　　dthornburgh@awkolaw.com