**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*James Evans, Individually and as the Personal Representative of the Estate of Clara Burks-Smith, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-5145-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, James Evans, Individually and as the Personal Representative of the Estate of Clara Burks-Smith, Deceased.

This 20th day of May 2021.

                                         Respectfully submitted,

                                         ONDERLAW, LLC

By:    */s/ James G. Onder*
            James G. Onder, #38049 MO
            William W. Blair, #58196 MO
            Stephanie L. Rados, #65117 MO
            110 E. Lockwood, 2nd Floor
            St. Louis, MO  63119
            314-963-9000 telephone
            314-963-1700 facsimile
            onder@onderlaw.com
            blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of May 2021.

*/s/ James G. Onder*

Case 3:16-md-02738-MAS-RLS   Document 21746   Filed 05/20/21   Page 2 of 2 PageID: 141792