**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Earnest Stewart, Individually and as the Personal Representative of the Estate of Lena Stewart, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-5153-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Earnest Stewart, Individually and as the Personal Representative of the Estate of Lena Stewart, Deceased.

This 20th day of May 2021.

                                                        Respectfully submitted,

                                                        ONDERLAW, LLC

              By:    */s/ James G. Onder*
                     James G. Onder, #38049 MO
                     William W. Blair, #58196 MO
                     Stephanie L. Rados, #65117 MO
                     110 E. Lockwood, 2nd Floor
                     St. Louis, MO 63119
                     314-963-9000 telephone
                     314-963-1700 facsimile
                     onder@onderlaw.com
                     blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of May 2021.

             */s/ James G. Onder*