**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Frances Gamez vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-05169-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Frances Gamez.

This 20th day of May 2021.

                Respectfully submitted,

                ONDERLAW, LLC

           By: */s/ James G. Onder*
              James G. Onder, #38049 MO
              William W. Blair, #58196 MO
              Stephanie L. Rados, #65117 MO
              110 E. Lockwood, 2nd Floor
              St. Louis, MO  63119
              314-963-9000 telephone
              314-963-1700 facsimile
              onder@onderlaw.com
              blair@onderlaw.com
              rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of May 2021.

                  */s/ James G. Onder*