**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Arlissa Tripp, Individually and as the Personal Representative of the Estate of Gwendolyn Anderson, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-5184-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Arlissa Tripp, Individually and as the Personal Representative of the Estate of Gwendolyn Anderson, Deceased.

This 20th day of May 2021.

                         Respectfully submitted,

                         ONDERLAW, LLC

By:   */s/ James G. Onder*
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       Stephanie L. Rados, #65117 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO  63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       blair@onderlaw.com

rados@onderlaw.com

## **Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of May 2021.

*/s/ James G. Onder*