# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCMENT RELATES TO:<br><br>*Shnise Nichols v. Johnson and Johnson, et. al.*<br><br>Case No.: **3:21-cv-11591** | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on May 20, 2021 on behalf of Shnise Nichols.

Dated: May 21, 2021

                                        Respectfully submitted by,

                                     /s/ Lawrence R. Cohan
                                         Lawrence R. Cohan, Esq.
                                         Joshua C. Cohan, Esq.
                                         **SALTZ MONGELUZZI & BENDESKY P.C.**
                                         One Liberty Place
                                         1650 Market St, 52nd Floor
                                         Philadelphia, PA 19103
                                         lcohan@smbb.com
                                         jcohan@smbb.com
                                         (215) 575-3887 (Phone)
                                         (215) 496-0999 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2021 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Lawrence R. Cohan