DocuSign Envelope ID: 91983768-198B-4A28-A7A7-97CA677E9AE5

May 19, 2021

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Docket No. 3:16-md-2738-FLW-LHG

_____

IN RE:

JOHNSON & JOHNSON TALCUM          STATUS CONFERENCE VIA
POWDER PRODUCTS MARKETING,            REMOTE ZOOM
SALES PRACTICES AND PRODUCTS       VIDEOCONFERENCE
LIABILITY LITIGATION

_____


                    *      *      *      *

                WEDNESDAY, MAY 19, 2021

                    *      *      *      *


BEFORE:   SPECIAL MASTER JOEL SCHNEIDER, USMJ, RETIRED
          jschneider@mmwr.com
          856-488-7797



                MASTROIANNI & FORMAROLI, INC.

        Certified Court Reporting & Videoconferencing

                515 South White Horse Pike

                Audubon, New Jersey 08106

                    856-546-1100

DocuSign Envelope ID: 91983768-498B-4A28-A7A7-97CA677E9AF5

May 19, 2021

Page 2

1

2

3

4

5

6               Transcript of proceedings in the

7   above matter taken stenographically by

8   Theresa Mastroianni Kugler, Certified Court Reporter,

9   license number 30X100085700, Notary Public of the

10  State of New Jersey and the Commonwealth of

11  Pennsylvania, VIA ZOOM REMOTE VIDEOCONFERENCE,

12  commencing at 3:59 PM.

13

14

15

16

17

18

19

20

21

22

23

24

25

DocuSign Envelope ID: 91983768-198B-4A28-A7A7-97CA677E9AE5

May 19, 2021

Page 3

```
 1
      A P P E A R A N C E S:
 2

 3

 4          ASHCRAFT & GEREL, LLP
            BY:  MICHELLE A. PARFITT, ESQUIRE
 5          1825 K STREET, NW
            WASHINGTON, DC   2006
 6          800-674-9725
            202-759-7648
 7          mparfitt@ashcraftlaw.com
            ATTORNEYS FOR THE PLAINTIFFS
 8

 9
            BEASLEY ALLEN LAW FIRM
10          BY:  LEIGH O'DELL, ESQUIRE
            218 COMMERCE STREET
11          P.O. BOX 4160
            MONTGOMERY, ALABAMA  36104
12          800-898-2034
            FAX - 334-954-7555
13          leigh.odell@beasleyallen.com
            ATTORNEYS FOR THE PLAINTIFFS
14

15
            COHEN, PLACITELLA & ROTH, PC
16          BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
            127 MAPLE AVENUE
17          RED BANK, NEW JERSEY  07701
            215-567-3500
18          732-747-9003
            FAX - 215-567-6019
19          cplacitella@cprlaw.com
            ATTORNEYS FOR THE PLAINTIFFS
20

21
            LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
22          BUCHANAN, O'BRIEN, BARR, MOUGEY, PA
            BY:  CHRISTOPHER V. TISI, ESQUIRE
23          316 SOUTH BAYLEN STREET
            PENSACOLA, FLORIDA  32502
24          850-435-7000
            800-277-1193
25          ctisi@levinlaw.com
```

DocuSign Envelope ID: 91983768-198B-4A28-A7A7-97CA677E9AF5

May 19, 2021

```
 1
 2          FAEGRE DRINKER BIDDLE & REATH, LLP
            BY: JESSICA LEIGH BRENNAN, ESQUIRE
 3          600 CAMPUS
            FLORHAM PARK, NEW JERSEY  07932
 4          DIRECT - 973-549-7350
            FAX - 973-360-9831
 5          susan.sharko@faegredrinker.com
            ATTORNEYS FOR THE DEFENDANT,
 6          JOHNSON & JOHNSON and JOHNSON & JOHNSON
            CONSUMER COMPANIES, INC.,
 7          now known as JOHNSON & JOHNSON CONSUMER, INC.
 8
 9          SKADDEN ARPS, SLATE, MEAGHER & FLOM, LLP
            BY:  RICHARD T. BERNARDO, ESQUIRE
10          1440 NEW YORK AVENUE, NW
            WASHINGTON, DC  20005
11          202-371-7410
            john.beisner@skadden.com
12          richard.bernardo@skadden.com
            ATTORNEYS FOR THE DEFENDANT,
13          JOHNSON & JOHNSON and JOHNSON & JOHNSON
            CONSUMER COMPANIES, INC.,
14          now known as JOHNSON & JOHNSON CONSUMER, INC.
15
16          SEYFARTH SHAW, LLP
            BY:  THOMAS T. LOCKE, ESQUIRE
17          975 F STREET, NW
            WASHINGTON, DC  20004
18          202-828-5376
            tlocke@seyfarth.com
19          ATTORNEYS FOR THE DEFENDANT,
            PERSONAL CARE PRODUCTS COUNCIL
20
21
     A L S O   P R E S E N T:
22
23          RACHEL L. GOODMAN, ESQUIRE
            MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
24
25
```

DocuSign Envelope ID: 91983768-198B-4A28-A7A7-97CA677E9AF5

May 19, 2021

Page 5

```
 1                    SPECIAL MASTER SCHNEIDER:  Let's go on
 2     the record.
 3                    We're on the record in the Talc MDL.
 4     This is Special Master Schneider.
 5                    I received a letter via email earlier
 6     today from the plaintiffs regarding a dispute
 7     regarding a deposition apparently to be held tomorrow
 8     of Dr. McCarthy and certain documents.  We were
 9     fortunate enough to get this Zoom call scheduled on
10     short notice.
11                    I've read the written submission from
12     the plaintiffs.  Mr. Bernardo was kind enough, in
13     response to my request, to send me the one document
14     at issue.  And I'm very appreciative that he
15     identified for me the redacted portions that the
16     plaintiffs have not yet seen.
17                    I received, as I said, the unredacted
18     portion and I read everything that was redacted.  Of
19     course, I'm not ruling right now because I haven't
20     heard from the plaintiffs yet.  So it's plaintiffs'
21     application.  Why don't we hear from the plaintiffs,
22     we'll hear from the defendants, and we'll make a
23     ruling.
24                    MR. TISI:  Good morning, your Honor.
25     This is Chris Tisi with Levin, Papantonio, Rafferty
```

DocuSign Envelope ID: 91983768-198B-4A28-A7A7-97CA677E9AF5

May 19, 2021

Page 6

1   on behalf of the plaintiffs.

2              There are two issues here, one more

3   immediate than the other.  The first issue is, as you

4   correctly stated, whether or not we get a fuller

5   version of the performance evaluation that you have

6   in front of you.

7              And the second is less immediate but

8   probably more troublesome, and that is the lack of

9   the evaluations that we had presumed and understood

10  and know exist, but have not yet been located or

11  produced not only for any of the witnesses who have

12  been deposed previously, but for upcoming witnesses.

13             So I'd like to at least turn to the

14  first issue because it is the most immediate one, but

15  I'd also like to address the second issue, if that

16  would be okay with you.

17             SPECIAL MASTER SCHNEIDER:  Mr. Tisi, I

18  apologize for interrupting, but as long as we're at

19  this beginning stage, I did scratch out what I

20  thought the issues were that were raised in this

21  letter.  They're a little bit broader than you had

22  just stated.  I'll read what my notes indicate and

23  I'm happy to address any issue regarding the letter.

24             MR. TISI:  Okay.

25             SPECIAL MASTER SCHNEIDER:  First,

DocuSign Envelope ID: 91983768-198B-4A28-A7A7-97CA67TE9AE5

May 19, 2021

Page 7

 1    regarding Dr. McCarthy.  Of course, Mr. Tisi stated

 2    there is a concern that only one PPE was produced.

 3    And then there is the issue about whether the

 4    redactions are appropriate.

 5              The second issue is, there was an issue

 6    raised as to the redactions for witnesses Mann,

 7    Metaschime and Wille, W-I-L-L-E.

 8              And three, the plaintiffs raised an

 9    issue about, I suppose, these documents in the

10    context of future deponents and how they're going to

11    be handled.

12              I think it makes sense, Mr. Tisi, to

13    start with the two issues you raised.  One, the

14    completeness of the production and, two, the

15    appropriateness of the redactions for Dr. McCarthy

16    and then we can go to all the other issues.

17              MR. TISI:  Sure.  And I appreciate

18    that, your Honor.  I think all those issues are

19    accurate.  They just salami-slice them a little

20    tighter, so let me address them the way in which you

21    have identified them.

22              Just by way of background, Mr. Bernardo

23    and I have been spending a lot of quality time

24    together working through a lot of issues relating to

25    not only the depositions being taken in this MDL, but

DocuSign Envelope ID: 91983768-198B-4A28-A7A7-97CA977E9AF5

May 19, 2021

Page 8

 1   also depositions that are coordinated with the MDL.

 2   And I don't want to even start without acknowledging

 3   that we have been able to work amicably together to

 4   try to get most of that stuff done.

 5              One of the issues that I'm trying to

 6   coordinate, and Dr. Mann is actually a Missouri --

 7   comes out of a Missouri subpoena, a Missouri

 8   deposition which was cross-noticed in the MDL.  So

 9   procedurally we've taken this particular issue to you

10   because of your availability and on behalf of the

11   MDL.

12              As part of our discussions going back

13   months now in setting these depositions up, one of

14   the things that Mr. Bernardo and I talked about was

15   the production of personnel files, which, of course,

16   your Honor has ruled on in other litigations,

17   including the Valsartan case.

18              We worked out an agreement that allowed

19   the plaintiffs to basically get two kinds of

20   information.  First is financial information relating

21   to kinds of compensation that the witnesses get.

22   That's not at issue here.  But what was at issue and

23   what is at issue is the performance evaluations and

24   performance reviews.

25              I must say that my immediate

DocuSign Envelope ID: 91983768-198B-4A28-A7A7-97CA677E9AF5

May 19, 2021

Page 9

 1   understanding and my appreciation was that such

 2   evaluations existed, if not half-yearly, on a full

 3   yearly basis because we had actually seen some of

 4   them in the production of documents that have -- the

 5   normal production, but not in connection with any

 6   particular witness.  So we had a sense that these

 7   evaluations were done on every J&J employee.

 8                   And so we reached an agreement that we

 9   would be provided with these performance evaluations.

10   And then the discussion was, well, what information

11   could be redacted.  And from my perspective, we

12   agreed, and this was before you were appointed

13   Special Master, I had a copy of your order that I was

14   aware of so I used it as a guideline for myself, we

15   tried to tailor it that would be in a way that would

16   be -- that would allow us to get to the issues.  I

17   think the phrase said get to the issues quickly in

18   this case.

19                   And what we wanted to understand from

20   their evaluation is what the key witnesses that we

21   are deposing in this case, what were they doing in

22   relationship primarily to the talcum powder question

23   and the question of whether it would cause cancer.

24                   And so Mr. Bernardo and I agreed

25   basically that we would be provided with any

DocuSign Envelope ID: 91883768-109D-4A29-A7A7-97CA877E9AF5

May 19, 2021

Page 10

1    information that was directly related to talc, to its

2    ability to cause cancer, but also directly and

3    indirectly.

4                And, you know, the indirectly

5    qualification I think seems to be the point here.  I

6    look at that as a fairly broad statement.  I don't

7    look at it as a -- you know, if, for example,

8    Mr. McCarthy was working on a clinical trial related

9    to Tylenol, I'm not sure I would care about it and I

10   probably -- I would probably view that as a

11   carve-out.  On the other hand, if he was working

12   primarily on issues relating to talc and his

13   supervisor did an evaluation and said he's done a

14   great job this year and we know this year he was

15   working on talc, I feel like that would be within the

16   scope of our agreement.

17               So we reached that agreement probably,

18   and Rich will probably correct me because he's good

19   with dates, probably two, three months ago.  And the

20   first deposition we got, I understood that there

21   would be a lag time in getting these personnel files

22   because, as I understood it, they were offshore in

23   some fashion.

24               The first witness who was deposed was a

25   witness by the name of Lorraine Tolovsky (ph).  We

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CAE77F9AF5

May 19, 2021

1  didn't get, I don't recall exactly, but we didn't get

2  very much of a production of any of these

3  evaluations, although she's been almost a 30-year

4  employee with the company and worked on talc the vast

5  majority of those 30 years.

6           We didn't get one for witness Wille.

7  We didn't get any for witness Mann.  We didn't get

8  any for witness Metaschime.  We may have gotten one

9  or two here or there.  So now we're at the point

10  where we're looking at Dr. McCarthy.

11           Dr. McCarthy, I understood from a call

12  that Rich and I had on Thursday, that he was going to

13  be producing an evaluation they had located.  That's

14  the one that you have before you.  It was provided to

15  us on Friday.  We tried to communicate on Saturday

16  and then again on Monday.  And so that's where we are

17  procedurally.

18           So the first question is whether or not

19  we get a more fulsome version of the evaluation we

20  have from 2008.  Obviously, I'm working at a little

21  bit of a deficit because you have seen what is

22  underneath the redactions and Mr. Bernardo has seen

23  what's underneath the redactions, but based upon the

24  categories of information that I am aware of, it

25  would appear that the information, at the very least,

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CAE77E9AF5

May 19, 2021

Page 12

1    falls under the indirect relationship to talc

2    agreement that we have had amongst ourselves and that

3    they should be produced.  Obviously, you reviewed it,

4    you might have a better view of what it shows.

5            What I am concerned about, though, is

6    moving to kind of the second point, which is where

7    are all of these evaluations?  We provided you with

8    an exemplar deposition of Mr. -- actually of Dr.

9    McCarthy's predecessor, a gentleman by the name of

10   Dr. Mann.  Dr. Mann testified that he had these

11   evaluations on a yearly basis, that he expected that

12   they would be within his personnel file, and I

13   believe that that was the standard, candidly, for

14   every executive and employee at Johnson & Johnson.

15           We have now had four witnesses,

16   including the witness tomorrow, and we have no -- we

17   have virtually no -- none of these reports.  So, you

18   know, kind of rounding out, kind of stating what the

19   problem is, we have a witness tomorrow where we have

20   an agreement to produce evaluations.  We have one, I

21   believe, that we had previously based -- that we had

22   located in the general production, one that was

23   produced by Mr. Bernardo on Friday in a heavily

24   redacted form, and so we don't have what I thought we

25   were going to be getting for this witness or any of

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CAС7759AF5

May 19, 2021

1   the other prior witnesses.

2            I don't know what to do about it except

3   to say it's really surprising to me that a company

4   with this level of sophistication has not been able

5   to locate, for any of the witnesses we have deposed

6   so far, evaluations that we know occur on a yearly,

7   at least, basis.

8            So that's kind of -- I know, Leigh,

9   you've looked at this question.  If there is anything

10  you would like to add to it, you know, feel free to

11  add.  But that's where we are, your Honor.  I'm kind

12  of asking for your help.

13           SPECIAL MASTER SCHNEIDER:  Mr. Tisi,

14  thank you for your explanation.

15           Before we get to Mr. Bernardo, maybe we

16  can deal with one issue at a time.

17           MR. TISI:  Sure.

18           SPECIAL MASTER SCHNEIDER:  Why don't we

19  deal with the redaction issue first.

20           MR. TISI:  Sure.

21           SPECIAL MASTER SCHNEIDER:  Then we'll

22  get to the completeness of the production.

23           MR. TISI:  Sure.

24           SPECIAL MASTER SCHNEIDER:  I've read

25  the document that's been presented to me and you've

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CA877E9AF5

May 19, 2021

Page 14

1    made a representation that the agreement between you

2    and J&J was obviously anything directly related to

3    talc has to be produced, and anything indirectly

4    related to talc had to be produced.  Frankly, that's

5    what I assumed the agreement was.

6                    There are references in this document,

7    for example, to different products that, at least to

8    my unsophisticated mind, have nothing to do with

9    talc:  Insect repellent, sun screen, cold sore

10   patches.  Can I assume that we can put that in the

11   category of irrelevant information that you're not

12   interested in?

13                   MR. TISI:  If it's specific to that,

14   your Honor, yes.  If it is general and it says all

15   the projects that Dr. McCarthy worked on he did

16   satisfactory or unsatisfactory, I would think that

17   that would be in the general category of information

18   that we would want because talc would be within the

19   scope of that.

20                   SPECIAL MASTER SCHNEIDER:  Okay.

21                   There is a reference, for example, to

22   library services.  Is that something you're

23   interested in?

24                   MR. TISI:  No, your Honor.

25                   SPECIAL MASTER SCHNEIDER:  I didn't

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CA67759AF5

May 19, 2021

Page 15

 1  think so.

 2            So I did go through this document with

 3  precisely the understanding that you explained.

 4            I do have a couple of questions for Mr.

 5  Bernardo.  We'll hear his argument first.  And I'm

 6  going to question him about a couple of the

 7  redactions that I see, whether they're appropriate or

 8  not.  And then we'll see where we are.

 9            But generally, on the whole, it appears

10  to me that most of this document, it's pretty

11  complete, not all of it was redacted, at least

12  superficially was appropriate.

13            Let me hear from Mr. Bernardo.  Let's

14  hear your argument and then I'll present to you my

15  questions about the redactions that may be

16  questionable.

17            MR. BERNARDO:  Thank you, your Honor.

18            And at the risk of starting a virtual

19  group hug, I also want to acknowledge what Mr. Tisi

20  was saying at the beginning and just say I do

21  appreciate that I think this litigation and our

22  relationship is an example of what works right in

23  litigation and we've been working together quite

24  cooperatively and I appreciate and want to

25  acknowledge that.  Obviously, at times we disagree,

DocuSign Envelope ID: 91883768-109D-4A29-A7A7-97CA677E9AF5

May 19, 2021

1    and when we do, here we are, and we can sort that

2    out.  So I at least want to acknowledge what Mr. Tisi

3    was saying.

4                 I also want to point out by way of

5    background, your Honor, that the J&J defendants

6    generally disagreed with the relevance of personnel

7    files.  We were mindful of your honor's opinion,

8    we're mindful of other opinions, and there is a

9    differing set of viewpoints in the case law with

10   respect to the producability of those.  And it was

11   our impression that the purpose, at least from your

12   Honor's ruling, was to really focus on making sure

13   that the discovery is helping the parties to be

14   efficient in the deposition, that the personnel files

15   for evaluations at times could be used to make a

16   deposition efficient and focus in on the relevant

17   rather than tangential issues.  So we did agree to

18   provide information in evaluations along the lines

19   prescribed.

20                 We're also mindful of two really

21   important things.  One is, without suggesting that

22   anybody on this Zoom call would use these

23   inappropriately, this litigation, as we've explained

24   in prior calls with your Honor, is part of a much,

25   much larger picture.  And just suffice it to say that

DocuSign Envelope ID: 91883768-109D-4A29-A7A7-97CA877E9AF5

May 19, 2021

1    not everybody always plays by the same rules, and

2    we've found that things that are designated as

3    confidential end up somehow in newspapers and we're

4    really just trying to be very mindful of that in a

5    case like this, that, you know, I wish it were all in

6    the federal court system, but it's not and a lot of

7    things happen.

8              So we're trying to, you know, balance

9    out making sure that the plaintiffs get what they

10   need and also protecting the privacy interests of

11   personnel and other products that have nothing to do

12   with this litigation.  That's the backdrop against

13   which we came to the agreement that we did.

14             We believe, and, you know, people can

15   have differing views on this, that what we did was

16   appropriate.  And to kind of give you a little bit of

17   context, and your Honor pointed out things I circled,

18   on my copy of this, beauty masks, sun screens,

19   Neutrogena insect repellant, antiaging creams.  We

20   just didn't think that commentary on those, either by

21   way of a development plan or by way of his

22   performance on that, has any relevance here and

23   shouldn't be produced.

24             And I do acknowledge and I want to

25   point out that the way these work, and I think your

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA67759AF5

May 19, 2021

Page 18

 1   Honor knows that, and obviously Mr. Tisi hasn't been

 2   able to see them, but I know two examples were

 3   pointed out.  One is at the top of page 2 where it

 4   talks about Tim supporting a baby franchise

 5   product -- I'm sorry, project.  And we left lots of

 6   stuff unredacted to the extent that it could arguably

 7   relate to that.  But then we began redacting those

 8   things where it's very obvious that the subject has

 9   changed and they're talking about something else.

10                   And to be honest, your Honor, this

11   wasn't just my looking at it saying I don't think

12   this relates to anything.  I ensured that my

13   colleagues, who were working with Mr. McCarthy to

14   prepare him for his deposition, went through with him

15   to say does this have any bearing on or any relevance

16   to any work you did with talc?  And one of things

17   that we learned that was very important was in this

18   particular year for which this evaluation was

19   created, Mr. McCarthy's work on talc took

20   approximately five percent of his time.  So it's not

21   like he spent, you know, his days every day working

22   on talc.  It's certain that there were periods where

23   he spent more time on it, but we felt in light of

24   that, even some of the general comments that did not

25   specify sun screen did not relate to talc, and we

1   confirmed that with him.  So this was not just, you

2   know, Rich Bernardo taking a look at it.  We really

3   made the effort to ensure that we were correct

4   because we just wanted to make sure that if we were

5   not, that we would unredact things.

6           And apropos of that, when Mr. Tisi

7   pointed out some of these issues to me over the

8   weekend, I tried to go back and say, look, let me see

9   if I can go a little bit further, even though the

10  things that I would unredact don't really relate to

11  talc, just in the spirit of compromise.  That's how

12  we got to where we are.

13          I think what we did is very consistent

14  with your Honor's ruling in Benicar and I think it's

15  sort of important to look at this not just in the

16  context of, you know, what words might suggest the

17  context of what follows, but the actual facts.

18          And there is another one I didn't point

19  out that I should point out because I know Mr. Tisi

20  did in a letter to you which is also on page two.

21  There is a comment that reached out to Rio Tinto

22  supplier, and that's a talc supplier, your Honor, for

23  technical support.  But what's important is what

24  follows, a semicolon.  And what follows that

25  semicolon has absolutely nothing to do with the prior

DocuSign Envelope ID: 91883768-1085-4A29-A7A7-97CA67759AF5

May 19, 2021

Page 20

1   sentence, and it has to do with get back to sun

2   screen and work that they were doing in Europe.  And

3   I confirmed that as well with Mr. McCarthy.

4              So again, you know, you might look at

5   this and have a different view, and I respect that,

6   but we really did go through this in a good faith

7   effort to provide them those things that were

8   directly relevant and also to be mindful of general

9   things that could be construed that relates to his

10  work on talc.  And what we sent to them was a product

11  of that good faith effort.

12             SPECIAL MASTER SCHNEIDER:  Do you have

13  a time limit for the doctor's deposition tomorrow?

14             MR. BERNARDO:  We Wish we did.

15             MR. TISI:  We have -- again, because

16  this deposition is being taken according to the rules

17  in Missouri, we have a -- the deposition is occurring

18  tomorrow with a spillover date on Thursday.  Today is

19  Wednesday.  I forget what today is.

20             MS. PARFITT:  On Friday.

21             MR. BERNARDO:  Thursday and Friday.

22             MR. TISI:  So, yeah, we have two days

23  blocked off.  The hope is to try to be as efficient

24  and possible, but we do have two days blocked off.

25             SPECIAL MASTER SCHNEIDER:  Mr.

DocuSign Envelope ID: 91883768-108D-4A29-A7A7-97CAC77F59AF5

May 19, 2021

Page 21

1   Bernardo, I just have a couple of questions about a

2   couple other redactions.

3              MR. BERNARDO:  Sure.

4              SPECIAL MASTER SCHNEIDER:  On page

5   four, the first number, it says intellectual

6   curiosity.

7              MR. BERNARDO:  Um-hum.

8              SPECIAL MASTER SCHNEIDER:  It occurs to

9   me that the redacted information is relevant to the

10  witness' qualifications and I would suggest that that

11  would be relevant to the issues.  I can't tell you

12  how relevant it is, but is there a strong

13  disagreement with that?

14             MR. BERNARDO:  This goes back -- in

15  short, no, there is not a strong disagreement, your

16  Honor.  But this goes back to what we were saying in

17  terms of the evaluation and what he was being

18  evaluated for that year, and it really was

19  very little talc, but no, there is not a strong

20  aversion.

21             SPECIAL MASTER SCHNEIDER:  Okay.  So

22  J&J shall unredact page four, column one,

23  intellectual curiosity.

24             MR. BERNARDO:  I'm sorry, your Honor.

25  You mean row one?

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CAC77F9AF5

May 19, 2021

Page 22

```
 1                    SPECIAL MASTER SCHNEIDER:  Row one.
 2     Excuse me.
 3                    Number two, the second paragraph in the
 4     third column.
 5                    MR. TISI:  Are you still on page four,
 6     your Honor?
 7                    SPECIAL MASTER SCHNEIDER:  Still on
 8     page four.
 9                    It talks about a certain kind of
10     testing.  Is that relevant to talcum powder?
11                    MR. BERNARDO:  It is not, your Honor.
12     And that was not something that was being
13     contemplated.  As I understand it, and I'm happy to
14     confirm that again with Mr. McCarthy, that relates a
15     bit to the paragraph above which I understand relates
16     to sun screen.  I will certainly confirm that, but I
17     actually looked at that very thing with the same
18     question that your Honor had.
19                    SPECIAL MASTER SCHNEIDER:  In your
20     professional judgment, that particular paragraph that
21     I just pointed out, is that indirectly related to
22     talcum powder?
23                    MR. BERNARDO:  In our judgment, your
24     Honor, at this point in time it is not.  But I'm
25     happy to again re-raise that.  And I would put this
```

May 19, 2021

Page 23

1    in the category of things that we don't feel strongly

2    about, but we're just trying to do something

3    consistent in how we approach this because, as you

4    can imagine, your Honor, it becomes a slippery slope.

5    And if we had provided that notion, in other words,

6    that we don't feel strongly about it, I could see us

7    saying okay, well, then there is other stuff.

8                    SPECIAL MASTER SCHNEIDER:  Just as an

9    aside, if I was in your shoes, I would want the

10   plaintiffs to waste as much time as they can on

11   irrelevant information, so I would give them as much

12   irrelevant information as they want.

13                   MR. BERNARDO:  I thought what you were

14   going to say, your Honor, was that's actually a very

15   helpful thing to the witness for us, this particular

16   paragraph, which shows you, your Honor, that we were

17   not trying to do anything with respect to keeping

18   information from them because this happens to be a

19   helpful thing that I think you had evaluated, so.

20                   SPECIAL MASTER SCHNEIDER:  So if you

21   double check that and you represent in your best

22   professional judgment it's not indirectly related, I

23   accept that.

24                   But the last comment I have is Section

25   6, his comments in year end, Section 6, employee

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CA67759AF5

May 19, 2021

1  comments, it seems to me that that's relevant to

2  general issues.  It doesn't specifically refer to

3  talc, but I could see how plaintiff might deem that

4  relevant.

5              MR. BERNARDO:  Fair enough, your Honor.

6              SPECIAL MASTER SCHNEIDER:  So I would

7  rule that the second column, year end, in Section 6

8  be unredacted.

9              MR. BERNARDO:  The second row you mean,

10  I think.

11              SPECIAL MASTER SCHNEIDER:  Second row.

12  I'm sorry.

13              MR. BERNARDO:  That's okay.

14              SPECIAL MASTER SCHNEIDER:  I'm

15  confident that after reading this thoroughly that,

16  one, it's obvious to me that the redactions were made

17  in good faith.  There is no question about it.  And

18  that wherever there was a legitimate question about

19  whether something should be redacted or not, I raised

20  it with Mr. Bernardo.  Like I said, references to

21  cold sore patch, sun screen, insect repellent,

22  et cetera, the library, really have nothing to do

23  with this case.  And I think that the meat of what

24  was questionable I raised with Mr. Bernardo and made

25  the two rulings to unredact two portions.  And Mr.

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA677E9AF5

May 19, 2021

Page 25

1    Bernardo, I accept his representation on the one he's

2    going to recheck.

3                    I'm satisfied that J&J has otherwise

4    satisfied its good faith obligations under the rules.

5                    Now, the second issue, Mr. Bernardo --

6                    MR. BERNARDO:  Your Honor, I'm sorry,

7    before we leave the first issue, may I just add one

8    thing?

9                    In the spirit of compromise in

10   recognizing the deposition is tomorrow and not

11   knowing if I'm going to be able to get ahold of the

12   witness, I'm willing to unredact the second portion

13   of the second -- sorry, the third row of number two,

14   third column of number two -- now I'm doing it --

15   that we talked about.

16                   I just want to make it clear I'm

17   agreeing to do that now believing that it's not

18   relevant to talc.  In other words, I just don't want

19   it to be unredacted suggesting somehow that it was a

20   concession by us that it's relevant.  I'm really

21   making that concession just as a compromise to move

22   this forward and get this as quickly as possible.

23                   SPECIAL MASTER SCHNEIDER:  Are you

24   talking about that whole box or just year end?

25                   MR. BERNARDO:  The year end part that

May 19, 2021

Page 26

1   you raised.  I'm not going to go back to Mr. McCarthy

2   is what I'm inartfully saying, I'm just going to

3   agree to unredact it.  But I just want it clear that

4   that doesn't mean that we agree that it's relevant.

5   And I don't think it is.  I just want to do it to

6   move past this efficiently.

7              SPECIAL MASTER SCHNEIDER:  The second

8   issue is the completeness of the production.  And it

9   seems to me that could be in two parts.  If I was in

10  Mr. Tisi's shoes, I expect I know what we're going to

11  hear from you, but if I was in Mr. Tisi's shoes, to

12  give my client some comfort, you may have this

13  agreement amongst yourselves that you're going to

14  produce these, what are they called, PPEs.  If I was

15  in his shoes, it would make me feel more comfortable

16  if there was some type of order or directional ruling

17  from the Court or Special Master that said these have

18  to be produced, a reasonable search has to be done

19  for them, et cetera.  If, as I expect, you're going

20  to say that the client made a reasonable search and

21  can't find it, I don't know what I can do except to

22  accept, and I always accept attorneys'

23  representations until someone shows me something to

24  the contrary.

25              So I'll hear you, Mr. Bernardo, but I

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CA677F9AF5

May 19, 2021

 1    don't think Mr. Tisi is going to object if we put in

 2    some sort of ruling or order, whatever you call it,

 3    just to memorialize your agreement so he has some

 4    comfort that there is some oomph behind the

 5    agreement.

 6                    MR. BERNARDO:  And I appreciate that,

 7    your Honor.  And I also appreciate from where Mr.

 8    Tisi stands that, you know, I forget what words they

 9    used in their letter, but they just find it

10    incredible that there aren't such documents.  And

11    I'll say to your Honor what I've said to Mr. Tisi,

12    which is, as you would expect, we really did make a

13    good faith effort.  I personally spoke with the

14    individuals coordinating with the people in

15    personnel, and said, okay, you need to go back and

16    you need to talk to them and tell them they need to

17    look again and find materials.

18                    I'll also say it's not -- I found a

19    variety of -- I found inconsistency, is what I'm

20    trying to say, when I've gone back and looked for

21    personnel files and what's in there.  And I've really

22    found that it depends and varies very significantly

23    with who a person's supervisor was, what they did,

24    what they retained, and all of that.  I found

25    personnel files that have a number of these, and I've

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CA67759AF5

May 19, 2021

1   found personnel files that have none.  We actually

2   didn't leave it at that.  We went back to all the

3   materials we've collected through the years and ran

4   searches and that's how we found this, just to see if

5   in somebody's custodial file that we looked for there

6   was an evaluation and that was, for whatever reason,

7   not included in the production.

8              As your Honor said, I can't, you know,

9   create what doesn't exist any longer, but I can

10  represent that we really did make good faith searches

11  and will continue to do that to try and find these

12  things.  And otherwise, I really can't explain why

13  they don't exist other than the vagaries of the

14  supervisors and, you know, some people follow the

15  rules in terms of reviews and other people less so.

16  And sometimes things make it into people's personnel

17  files and other times they don't.

18              MR. TISI:  Your Honor, if I could --

19              SPECIAL MASTER SCHNEIDER:  Could I add

20  one thing, Mr. Tisi?

21              In my former life when I was on the

22  bench, I always, always, always had the proviso that

23  if documents were produced after a deposition that

24  should have been produced before the deposition and

25  they were materially relevant to the case, the

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CAE7759AF5

May 19, 2021

Page 29

1    questioner would have another opportunity to depose

2    the witness on those new documents.  And if the issue

3    comes before me and it turns out that these documents

4    are discovered and produced to you and they're

5    materially relevant to the case and I have to rule on

6    the issue, I would certainly rule that the witness

7    has to be redeposed on those new documents.

8                    That should give you some comfort if it

9    turns out, and I'm sure everybody is operating in

10   good faith, but we live in the real world and who

11   knows what's going to happen in the future, whether

12   someone is going to open a file drawer and find

13   something.  But the comfort that you would have if

14   the issue was ever presented to me and new documents

15   are produced and, like I said, if they're materially

16   relevant, you're not going to be prejudiced by that.

17   I'll rule that you should be able to redepose the

18   witness.  I just wanted to make that clear on the

19   record.

20                    MR. TISI:  I really appreciate that.

21   And I'd like to at least -- and I do want to talk

22   really briefly and circle back on the evaluation that

23   we talked about that was the first issue.  But let me

24   focus where we are right now.

25                    Your first question was whether or not

Page 30

1   we'd like to have a memorialization.  I would like

2   that.  And let me just tell you why.

3                 Initially when Rich and I kind of

4   reached this kind of agreement months ago, you know,

5   it was as we were scheduling things and trying to

6   just get the train rolling.

7                 What has seemed to become a pattern now

8   is that we are getting these documents later than I

9   expected to get them as we started going along.  And

10  what it doesn't do is it doesn't give me enough time

11  to bring any issues to you that I need to bring to

12  you.

13                And so I note that in the Benicar order

14  that this information needed to be provided, I want

15  to say, either ten days or two weeks prior to the

16  deposition.  I would ask that they be provided a

17  period of time before the deposition and certainly

18  more than a couple days.  Because then it gives us an

19  opportunity to look at them, identify any issues that

20  we have, meet and confer and bring them to you if we

21  need to do that.  So having things memorialized with

22  something in place would be useful for us.

23                SPECIAL MASTER SCHNEIDER:  Tell me what

24  your agreement is.  I think that's perfectly

25  reasonable.

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CAC7759AF5

May 19, 2021

Page 31

1          What is the agreement?

2          MR. TISI:  Well, we didn't have an

3     agreement on time and, Rich --

4          SPECIAL MASTER SCHNEIDER:  Time will be

5     fine.  We'll make it a week prior to a deposition,

6     but what's the agreement?

7          MR. TISI:  I think it's more -- the

8     agreement is more in the negative in that respect.

9     If there is something in there that does not relate

10    directly or indirectly to talc, they can remove it.

11         SPECIAL MASTER SCHNEIDER:  No.  First

12    go back a step.

13         Are you talking about this particular

14    form or any performance evaluation?

15         MR. TISI:  Yeah, in the performance

16    evaluations generally, we agreed, and I'll ask

17    anybody else on my side if I'm misstating it because

18    I know I've discussed these issues with both Ms.

19    Parfitt and Ms. O'Dell, but we've agreed in the

20    abstract, again assuming that these documents

21    existed, that if there is information on these

22    evaluation forms that do not relate directly or

23    indirectly to talc, they can redact them.  So if it's

24    a -- you know, we did a clinical trial for sun

25    screen, I don't need to see it.  All right?  But if

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CAС7759AF5

May 19, 2021

Page 32

1   it's, you know, all the work that Mr. McCarthy or Mr.

2   Mann did this year was satisfactory and it included

3   sun screen but also included talc, I get that.

4              I don't know if I'm being clear on

5   that.  But, you know, I think it's best said in the

6   negative in that if it does -- if a specific piece of

7   information does not relate directly or indirectly to

8   talc, then they can redact it.  And that was --

9              MR. BERNARDO:  May I suggest, if it's

10  helpful, your Honor, and I'm happy to work on it with

11  Mr. Tisi, I have what we had put together and agreed

12  to and the verbiage and we went back and forth on it

13  and maybe that just gets embodied in an order because

14  it says:  The J&J defendants will provide portions of

15  the witness' personnel file, any that include job

16  descriptions and references to talc, talcum powder

17  products or litigation regarding talcum powder

18  products, parens, including performance evaluations

19  specifically referenced or pertain to that employee's

20  responsibilities with respect to talc, talcum powder

21  products or litigation pertaining to talcum powder

22  products.

23              And I think that's what Chris is

24  saying.  And I don't think we have a dispute as to

25  that.  I think, as we said, your Honor agrees with us

DocuSign Envelope ID: 91883768-109D-4A29-A7A7-97CA67759AF5

May 19, 2021

Page 33

```
 1    for the most part in terms of how we did it.  There
 2    were a few provisions in here that you felt were more
 3    general, and we'll take that guidance going forward,
 4    but I don't think we have a disagreement as to what
 5    we would do.  And I think that if we're going to
 6    embody it in an order, it probably makes sense not to
 7    start from scratch, but to use what --
 8                  SPECIAL MASTER SCHNEIDER:  Okay.  Can
 9    you email that to me, Mr. Bernardo?
10                  MR. BERNARDO:  I can.
11                  (Cross-talk)
12                  I'll do it after.
13                  SPECIAL MASTER SCHNEIDER:  Okay.  Does
14    this apply to future deponents in the case?
15                  MR. BERNARDO:  Yes.
16                  MR. TISI:  But Rich and I kind of had
17    this agreement, and I think it's worked pretty well,
18    that a lot of our communications, you'll notice that
19    I didn't attach emails back and forth to your Honor,
20    that we could speak candidly with each other without
21    having words kind of thrown back at us.  And what I'd
22    like to do is, I don't want to be married to anything
23    that Rich had in an email.  I mean I think that --
24                  MR. BERNARDO:  Fair enough.  Why don't
25    I work --
```

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA677E9AF5

May 19, 2021

Page 34

 1          MR. TISI:  I'd like to --

 2          MR. BERNARDO:  I was just suggesting we

 3     have a starting point.

 4          MR. TISI:  Yeah.  I'd like to at least

 5     look at it and see whether we agreed to it and that's

 6     what we intended and we can talk about that as well.

 7          MR. BERNARDO:  Perfect.

 8          SPECIAL MASTER SCHNEIDER:  Fine with

 9     me.  We're going to make it that it has to be

10     reasonable efforts have to be used to produce the

11     responsive documents one week before the deposition.

12          MR. BERNARDO:  Okay.  And I just want

13     to comment that, your Honor, I completely agree and

14     that's what we've been trying to do.  And frankly, an

15     order might be helpful to me in that regard.  But as

16     I think Mr. Tisi alluded to, the personnel

17     department, as it were, for Johnson & Johnson is a

18     consolidated -- I forget what they call them, shared

19     services that is in the Philippines.  And between the

20     Covid restrictions and everything else, trying to get

21     things from there has really -- I mean, we literally

22     start the process the nanosecond after we decide who

23     is going to be deposed.  So we really are trying to

24     make best efforts.  And I literally, just this

25     afternoon, got an update to Mr. McCarthy's personnel

DocuSign Envelope ID: 91883768-109D-4A29-A7A7-97CAE77E9AF5

May 19, 2021

Page 35

 1   file which had nothing additional in it (audio

 2   distortion) short cut --

 3                SPECIAL MASTER SCHNEIDER:  That's why I

 4   used the word reasonable.

 5                MR. BERNARDO:  Thank you.  I just

 6   wanted to point out that we're living in some

 7   circumstances that are a little bit different than we

 8   are accustomed to and it's making things a little bit

 9   more complicated to get, but I will make best efforts

10   to do that.

11                SPECIAL MASTER SCHNEIDER:  Mr. Tisi, if

12   counsel represents that the company has conducted

13   reasonable best efforts, good faith, reasonable good

14   faith efforts, to locate and produce the responsive

15   documents and they can't find them, what is left to

16   do?

17                MR. TISI:  I really want to address

18   that question because this is really -- this is very

19   troubling to me.  And let me at least set the table

20   for you, your Honor.

21                The ovarian cancer cases started being

22   litigated, the first case was filed in 1999.

23   Litigation holds were provided in 1999 for the

24   ovarian cancer cases.  For the mesothelioma cases,

25   which overlap, as you know, in some material

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA67759AF5

May 19, 2021

Page 36

1   respects, go back even further than that.  So that's

2   one component here.

3                 So there is a recognition that these

4   documents -- this isn't litigation that was filed

5   yesterday and we're saying, you know, you need to go

6   back and find stuff that you had no idea you were

7   ever going to have to produce in litigation and now

8   you have to find them.  That's the first issue.

9                 SPECIAL MASTER SCHNEIDER:  But what

10  you're heading to invariably, Mr. Tisi, is the S

11  word, spoliation.  If you want to go down that road,

12  I'm not stopping you.  If you think there is a

13  spoliation argument to make, I suppose you have to

14  make a record and an application.  But again, we're

15  left with the situation where I know, I'm positive

16  you accept Mr. Bernardo's representation, if the

17  company made reasonable good faith efforts and they

18  can't find them, what is there to do except put the

19  ball back in your court if you want to pursue it and

20  make a spoliation argument.

21                 MR. TISI:  Well, I mean let me tell you

22  what I'd like to do.

23                 SPECIAL MASTER SCHNEIDER:  Okay.

24                 MR. TISI:  I'd want to -- you know,

25  this is Chris speaking, I'm just kind of speaking and

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA677E9AF5

May 19, 2021

Page 37

```
 1    I made the -- my immediate reaction, and this is

 2    something I mentioned to Rich, is we have now had

 3    four witnesses where we have had 95 percent of the

 4    performance evaluations for those witnesses not show

 5    up anywhere.  You know, so it's not like I'm looking

 6    for the lint out of his pocket.  Right?  I mean this

 7    is -- we have a pattern here.  Right?

 8                 So I would like to schedule a

 9    deposition, a short deposition to find out where

10    these documents would typically be kept, whether

11    they're done every year as the witnesses testified

12    that they did, and so that it might actually flush

13    out where these documents are.

14                 SPECIAL MASTER SCHNEIDER:  Why don't

15    you ask Dr. McCarthy?

16                 MR. TISI:  Well, because -- because I

17    mean, in part he doesn't know where the --

18                 SPECIAL MASTER SCHNEIDER:  How do you

19    know?

20                 MR. TISI:  Well, I mean the reason why

21    I know is because we asked Dr. Mann.  Okay?  We asked

22    Dr. Mann, and Dr. Mann testified that yes, these

23    performance evaluations are due every year; yes, I

24    review them with my supervisor; yes, I sign them, but

25    where they go after that, I don't know.  You know, I
```

May 19, 2021

Page 38

```
 1   know that they are used to calculate my wages, my
 2   salary and my compensation, but what they do with
 3   them, particularly after I'm gone from the company,
 4   you know, I don't care.
 5                 So really what I need is what happens
 6   to these things.  We know that they're done.  They
 7   testified that they're done.  And I must tell you,
 8   your Honor, you're going to become more familiar with
 9   the record as time goes on, each of these witnesses
10   were involved with major organizations, international
11   organizations dealing with issues related to talc and
12   ovarian cancer.  I mean, the idea that somehow they
13   weren't evaluated on those topics and they, across
14   the board, never found their way into their personnel
15   files to me is a little surprising.
16                 So I would like to take -- I don't want
17   to take up my time with Mr. McCarthy -- Dr. McCarthy
18   trying to figure this out, which appears to be a
19   global problem.  I'd like to get somebody in the
20   witness chair and say look, we now have four
21   witnesses we've asked for these files, they've all
22   testified that they're done, we have some, where is
23   the 95 percent that we don't have?
24                 SPECIAL MASTER SCHNEIDER:  Can I make a
25   suggestion, Mr. Tisi?
```

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CAC77F9AF5

May 19, 2021

1          MR. TISI:  Yes.

2          SPECIAL MASTER SCHNEIDER:  My

3    suggestion is you should talk with your team to see

4    if this is an issue plaintiffs want to pursue.  There

5    are lots of issues in this case and one of my

6    favorite expressions is, is the juice worth the

7    squeeze.

8          MR. TISI:  I hear you.

9          SPECIAL MASTER SCHNEIDER:  And if the

10   plaintiffs think that it's worthwhile finding out

11   what happened to these PPEs and you can't work it out

12   with Mr. Bernardo about what to do, write me a

13   two-page, three-page letter, we'll get a response and

14   we'll decide whether that deposition will go forward.

15         MR. TISI:  I told you I was just

16   speaking off the top of my head, but I will do as you

17   say and confer with my colleagues.

18         MR. BERNARDO:  And, Judge Schneider, I

19   don't disagree with the way you just suggested we

20   proceed, but I want to make two points for the record

21   to, I'll say, level-set.

22         First of all, there wouldn't be a

23   witness or even many witnesses, as you can imagine,

24   and I've worked with Johnson & Johnson companies for

25   the better part of a decade and I've watched

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA67759AF5

May 19, 2021

Page 40

```
 1    personnel go from within a company, they

 2    decentralize, go off shores.  I mean it changes so

 3    frequently that I wouldn't even begin to know how to

 4    approach that.

 5                 SPECIAL MASTER SCHNEIDER:  Well, that's

 6    why they make Rule 30(b)(6) depositions.

 7                 MR. BERNARDO:  Understood.  But even

 8    there, trying to track all of that down.

 9                 And the other thing, if you want to

10    level-set, we're not talking about testing documents,

11    we're not talking about research, we're not talking

12    about things -- we're talking about what we would

13    consider to be the most peripheral documents.

14                 And again, without getting too far into

15    it because we've seen these allegations made and

16    argued them many times, but I disagree with the

17    preservation obligations of a company, particularly

18    with respect to personnel files.

19                 But I just wanted to make those points

20    for the record.  I recognize this is a subject for

21    another day, but I didn't want the record to go

22    without that.

23                 SPECIAL MASTER SCHNEIDER:  Okay.  So

24    where we are then is the Court has ruled on the first

25    issue, that there is three items that are going to be
```

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CAC7759AF5

May 19, 2021

1    unredacted.

2                    With regard to the production itself,

3    both of you are going to work on acceptable language

4    to be incorporated in a court order or direction.

5    You're going to meet and confer on this, what I call

6    the spoliation issue.  And if there is a dispute, you

7    can raise it in the appropriate manner.

8                    MR. TISI:  Thank you.

9                    SPECIAL MASTER SCHNEIDER:  I

10   represented on the record what I do in every single

11   case about documents produced subsequent to a

12   deposition that should have been produced before the

13   deposition.

14                    So I think the first basic issue to

15   deal with, we've dealt with.  And moving on to the

16   second issue, at least on my list from the letter

17   that I read, what to do about Mann, Metaschime

18   and Wille, is it?

19                    MR. TISI:  Yeah.

20                    SPECIAL MASTER SCHNEIDER:  Mr. Tisi,

21   what's that dispute?

22                    MR. TISI:  You know, it's the same

23   dispute, just magnified out to other witnesses.  I

24   mean, we had other witnesses for whom we expected to

25   get these -- the kinds of records that we've been

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CAC77E9AF5

May 19, 2021

Page 42

1   talking about and we may have gotten one from one

2   witness or one with another witness, but we certainly

3   have not gotten 90-plus percent of the documents we

4   expected when we reached the agreement.

5                     So my only answer to that is if the

6   answer is the same with respect to Wille, Metaschime

7   and Mann as it was for McCarthy, which is we've

8   looked everywhere and we can't find it, as incredible

9   as that may seem to me and I think to anybody looking

10  at this, I don't know what to do other than to say if

11  you find them, produce them.  I mean, you know, I

12  can't --

13                    SPECIAL MASTER SCHNEIDER:  The order

14  that you're working on, the language should not only

15  apply to future deponents, but it should apply to

16  people who have been deposed since X date, right?

17                    MR. TISI:  Yes.

18                    SPECIAL MASTER SCHNEIDER:  Okay.

19  You'll put that in the order.

20                    MR. TISI:  Thank you.

21                    SPECIAL MASTER SCHNEIDER:  And

22  hopefully if something turns up in the future,

23  they'll be under an obligation to produce it.

24                    MR. TISI:  Thank you.

25                    SPECIAL MASTER SCHNEIDER:  And then the

May 19, 2021

Page 43

```
 1   third issue is what to do about future deponents.
 2   And it just seems to me, we may have dealt with that
 3   issue, we're going to get appropriate language that
 4   you two are working on.  And Mr. Bernardo is going to
 5   continue to make sure his client uses reasonable good
 6   faith efforts.  And if they don't find anything,
 7   he'll make a representation on behalf of the company.
 8   If you want to cover it at the deposition, you can.
 9   If you want to go down the spoliation issue, like we
10   said, you'll meet and confer with Mr. Bernardo and if
11   there is a dispute, we'll get on a Zoom.
12                MR. TISI:  Yeah, we'll do that.  And,
13   your Honor, at the risk of trying everybody's
14   patience here, let me ask you this question.  There
15   was something about the original document that kind
16   of brought all this to a head that I just had a
17   question on.
18                SPECIAL MASTER SCHNEIDER:  Sure.
19                MR. TISI:  If you go back to the EPE,
20   page two, if we could.
21                SPECIAL MASTER SCHNEIDER:  Got it.
22                MR. TISI:  Okay.
23                As I see it, as I'm reading the goal
24   objective number five, it's separated out into two
25   half-year periods.  The first half-year involves
```

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CAC7759AF5

May 19, 2021

Page 44

```
 1   technical leadership on the ingredients issues
 2   working group, providing tactical defense for
 3   existing ingredients, and strategic planning for
 4   future regulatory toxicology issues.  And the second
 5   one deals with dealing with toxicology issues
 6   relating to product.
 7                I happen to know just historically
 8   during this particular year there was a lot of work
 9   within these committees that are identified here
10   relating to talc.  I just know that.  That's just
11   part of the record.  And I don't know whether or not
12   the mid-year assessment that falls underneath that
13   topic, you know, that may not be apparent to your
14   Honor, but I just want to make sure that that
15   assessment doesn't have anything to do with either of
16   those activities.
17                Similarly, with the second part of the
18   year, the Rio Tinto, as I think was alluded to, was a
19   supplier of talc for the -- during the time frame.
20   And he provided technical report for talc, including
21   IR and CIR, and they're both bodies that looked into
22   the question of talc and ovarian cancer.  And, you
23   know, that seems to be kind of one of the two things
24   that are identified there as important goals during
25   the second half of the year.  And I just want to make
```

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA67759AF5

May 19, 2021

Page 45

 1   sure that the mid-year and year-end assessments

 2   relating to those issues do not directly or

 3   indirectly deal with talc.

 4             That may not have been apparent to your

 5   Honor when you were viewing it, and I mean that just

 6   because we've been living and breathing this for the

 7   past couple of years, and I wanted at least some

 8   clarification on that.

 9             SPECIAL MASTER SCHNEIDER:  Mr. Tisi,

10   this frankly seems to me one of the easier ones

11   because, one, I can certainly represent to you that

12   there is no mention of talc or asbestos here in any

13   of the documents.

14             MR. TISI:  Okay.

15             SPECIAL MASTER SCHNEIDER:  The year-end

16   assessment is in the context of baby sun screen

17   products.

18             MR. TISI:  Okay.

19             SPECIAL MASTER SCHNEIDER:  Nothing to

20   do with this case.

21             And the mid-year assessment has to do

22   with oxybenzone.  I'm assuming that has nothing to do

23   with this case.

24             MR. TISI:  Okay.

25             SPECIAL MASTER SCHNEIDER:  So you can

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA67759AF5

May 19, 2021

Page 46

```
 1  have some comfort --
 2              MR. TISI:  Thank you.
 3              SPECIAL MASTER SCHNEIDER:  -- that
 4  nothing that's directly or indirectly related to talc
 5  is in that section of the report.
 6              MR. TISI:  I appreciate that.  And I
 7  apologize if I was tedious on that, but this section
 8  was of particular concern to us.
 9              SPECIAL MASTER SCHNEIDER:  No.  You
10  know, I think you raised a good point, Mr. Tisi.  If
11  there is a good faith belief or question about a
12  particular redaction, that's better than saying look
13  at the whole document.  So I welcome the opportunity
14  to look at specific concerns that you have.
15              MR. TISI:  Thank you.
16              SPECIAL MASTER SCHNEIDER:  So if you
17  have them, raise them.
18              MR. TISI:  I appreciate that, your
19  Honor.  Thank you so much.
20              SPECIAL MASTER SCHNEIDER:  Okay.  For
21  the good of the order, Mr. Placitella was out walking
22  his dog while we were arguing.
23              (Laughter)
24              MR. PLACITELLA:  No, I was not.
25              MR. TISI:  Watching Mr. Placitella's
```

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA977E9AF5

May 19, 2021

Page 47

1    faces during my argument always gives me comfort,

2    your Honor.

3                 MR. BERNARDO:  Oh, now I'm disappointed

4    that Chris wasn't on my screen.  Oh, gees, I had to

5    scroll over.

6                 MR. TISI:  I mean, he was doing horns

7    and all that kind of stuff.  Thank you.

8                 MR. PLACITELLA:  Not true.  Not true.

9                 MR. BERNARDO:  Your Honor, since we're

10   all gathered and at the risk of having to schedule

11   something next week, and I will work with the

12   plaintiffs on it, I just want to forecast another

13   issue that I think we may need to talk about or maybe

14   plaintiffs would agree, which is we have been working

15   I think very cooperatively with Ms. O'Dell and Mr.

16   Lapinski on the whole privilege challenge.  Due to

17   nobody's fault, although perhaps I could take some

18   blame for our vendor's fault, the issues of trying to

19   identify the documents that will be the subject of

20   the representative documents has been more

21   challenging just in terms of sort of taking into

22   account all the multiple privilege challenges that

23   are going on.  And we've been working with

24   plaintiffs' counsel to identify that set.

25                 That's a very long windup to my

May 19, 2021

Page 48

 1  briefing team tells me that they're going to probably

 2  need an additional week in order to get time on -- I

 3  don't know, I mean, I'm happy to meet and confer with

 4  plaintiffs or if they'll agree with it now, I don't

 5  think that's going to affect any other timing in the

 6  case, but I just wanted to raise that as soon as it

 7  became clear to me that -- in order to give your

 8  Honor hopefully a meaningful package that will have

 9  sufficient explanation, we're still -- we're

10  still -- I need to meet and confer with one of my

11  colleagues tomorrow trying to sort through and get

12  the final set done.

13              SPECIAL MASTER SCHNEIDER:  Mr.

14  Bernardo, just meet and confer with plaintiffs'

15  counsel.  I have complete faith that everybody is

16  acting in good faith.  Whatever you think is

17  reasonable, I'm sure it will be blessed.  I just

18  don't want to put this off too long.

19              MR. BERNARDO:  Of course.

20              SPECIAL MASTER SCHNEIDER:  So if

21  plaintiffs think a week is reasonable and you're

22  agreeable, that's fine with me.

23              Have you at least identified the -- I

24  know you're working on the specific documents, but

25  have you identified the categories, like --

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CAС7759AF5

May 19, 2021

```
 1                 MR. BERNARDO:  They're all identified
 2      and we're getting --
 3                 (Cross talk)
 4                 MS. O'DELL:  Yes.  I'm happy to speak
 5      to that.
 6                 We identified the categories that we're
 7      challenging.  We've also gone through the privilege
 8      log and we've identified specific documents that are
 9      being challenged and we have made an initial attempt
10      to identify representative documents to be reviewed
11      in camera.
12                 SPECIAL MASTER SCHNEIDER:  Okay.
13                 MS. O'DELL:  I think what Rich is
14      referring to is there were some issues with J&J's
15      vendor, certain documents now are not being claimed
16      as privilege, and so we're just trying to sort all
17      that out.  And we're happy to meet and confer and
18      agree to some reasonable schedule.
19                 SPECIAL MASTER SCHNEIDER:  Whatever
20      schedule you work out that you're agreeable to and
21      it's reasonable is fine with me.
22                 Are you at liberty to identify at least
23      what the categories are?
24                 MS. O'DELL:  Yes, your Honor.  And I
25      would ask my colleagues if I forget some of them.
```

DocuSign Envelope ID: 91883768-108B-4A28-A7A7-97CAC7759AF5

May 19, 2021

Page 50

1   There are essentially, I think, five categories, but

2   documents where there is no attorney copied from

3   company employees.  Documents where a third party is

4   copied on the document.

5             SPECIAL MASTER SCHNEIDER:  So that

6   would be an argument as to waiver?

7             MS. O'DELL:  Yes, sir.

8             SPECIAL MASTER SCHNEIDER:  Okay.

9             MS. O'DELL:  There are documents where

10  a lawyer is CC'd, but it appears not to be for

11  purposes of seeking legal advice.  And so those are

12  the three main ones.

13            There are some others, and I'll ask

14  Mr. Placitella to remind me because I can't remember

15  the other two.

16            Those are the three main categories I

17  will say, though.

18            MR. PLACITELLA:  Those are the ones

19  that jump out at me.  Rich probably knows better.

20            (Cross talk)

21            MS. O'DELL:  I'm happy to pull that

22  out, your Honor.  I'm sorry I didn't have that right

23  off the top of my head.

24            SPECIAL MASTER SCHNEIDER:  No, no

25  problem.  These seem to be attorney-client issues.

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA67759AF5

May 19, 2021

 1    Is there an issue whether something is work product

 2    as opposed to business?

 3              MS. O'DELL:  I think there are those

 4    issues, your Honor.  And there also is not only, you

 5    know, the question of documents that have been

 6    withheld for privilege, there is also sort of a

 7    companion issue of redaction.  There is a complete

 8    redaction log that, from our perspective, doesn't

 9    meet the standard of the rule because it doesn't

10    provide reasons for the redactions, et cetera.  So

11    it's a full scope of challenges.  We'll do our best

12    to get them organized in a way that will, you know,

13    make the process efficient for your Honor.

14              MR. PLACITELLA:  There is one more

15    category that I just thought of, and that is there is

16    a claim that although the document itself may not

17    contain legal advice, it's information needed to

18    provide legal advice.  And, you know, our argument

19    obviously is that's facts, not legal advice and we're

20    going to have to probably address that.

21              MS. PARFITT:  And I think the last one

22    is a business technical.  Leigh, I don't know if you

23    mentioned that or not.

24              SPECIAL MASTER SCHNEIDER:  I'm sorry?

25              MS. PARFITT:  I'm sorry.  The last one

1   was a business technical category.  Leigh, if you

2   said that, I didn't catch it.

3                   SPECIAL MASTER SCHNEIDER:  As opposed

4   to a legal issue, a business issue?

5                   MS. PARFITT:  Correct, yeah.

6                   SPECIAL MASTER SCHNEIDER:  It sounds to

7   me like none of these issues are surprising because

8   they arise in probably every complex litigation and

9   the law is not that complicated.  It's a matter of

10  reading the documents, understanding the context and

11  maybe it's an issue to be determined hearing from the

12  witness him or herself.  But we'll leave that issue

13  down the road.

14                  MR. TISI:  Your Honor, I did want to

15  kind of raise at least one overarching issue with

16  respect to the privilege question, which is something

17  that Mr. Bernardo and I have been discussing, which

18  is -- I think I understand that your Honor knows that

19  there are some efforts to have a deposition of Mr.

20  O'Shaughnessy.  We've talked about that --

21                  SPECIAL MASTER SCHNEIDER:  Yes.

22                  MR. TISI:  -- in several instances.

23                  I understand that there has been some

24  discussions in other cases as well in which you may

25  be involved.  And we are looking towards having that

```
 1   done or at least scheduled at some point.  Remind me
 2   of the date, Rich.
 3            MR. BERNARDO:  The deposition has been
 4   agreed to in the -- as your Honor knows, because you
 5   were on a call for the New Jersey cases to begin on
 6   the 22nd with I'll call it carryover on the 23rd.
 7   I've been talking with Mr. Tisi so we can deal with
 8   this all together to do the ovarian part the
 9   following two days.  I'm still working with Mr. Tisi
10   out of respect to the New Jersey proceeding, I'm
11   trying to wait until that gets locked down and a
12   Special Master gets assigned just so I can then sort
13   of move on.
14            But Mr. Tisi and I have been working
15   together, and I'm going to be sending him something
16   in writing to set forth some of the terms that I
17   think we agreed to so that we can make this happen by
18   agreement and cooperation rather than litigation.
19            SPECIAL MASTER SCHNEIDER:  Mr. Tisi,
20   let me just add, when you discussed this extension
21   with Mr. Bernardo, I was anticipating, absent unusual
22   circumstances, nobody knows what's going to happen,
23   and if there was going to be an undue volume of
24   materials, I was hoping to rule on that privilege
25   issue either the 18th or very, very soon after that.
```

DocuSign Envelope ID: 91883768-109D-4A29-A7A7-97CA677F9AF5

May 19, 2021

Page 54

 1    I wasn't going to let the issue sit.

 2              MR. TISI:  Well, that was the reason

 3    why I raised it, because you were talking about a

 4    briefing schedule and extensions and categories of

 5    documents and I wanted to kind of put it in context.

 6    And then your Honor made the comment of, well, maybe

 7    we need to hear from the witness, you know --

 8              SPECIAL MASTER SCHNEIDER:  We might.

 9    We might.

10              MR. TISI:  I wanted to kind of say

11    well, you know, all of those things, we have a

12    witness for whom we may be -- some of those questions

13    may be being asked, you know, in the latter part of

14    June, so I want all of these discussions to at

15    least -- you know, I understand things may come

16    afterwards and we may have to do a supplemental

17    deposition, we may have to do that, but I wanted to

18    at least be aware that where the time frames are and

19    that all these puzzle pieces kind of fit together.

20              SPECIAL MASTER SCHNEIDER:  Mr. Tisi, as

21    soon as I get defendant's brief and affidavit and see

22    the documents, I'll know whether I need testimony or

23    not.

24              MR. TISI:  Okay.

25              SPECIAL MASTER SCHNEIDER:  I don't have

DocuSign Envelope ID: 91883768-109D-4A29-A7A7-97CA677E9AF5

May 19, 2021

Page 55

 1   to wait to get plaintiffs' position.

 2                MR. TISI:  Okay.

 3                SPECIAL MASTER SCHNEIDER:  So that can

 4   certainly be done on the 18th, if we go forward on

 5   that date.

 6                I raised this issue with you to let you

 7   know what my plan was, again absent unusual

 8   circumstances or unforeseen circumstances.  So when

 9   you talk to Mr. Bernardo about this schedule, just

10   take that into consideration.

11                As long as I get all the briefs two or

12   three days before the 18th, that's fine with me.  I

13   don't need two weeks to read the briefs.

14                MR. TISI:  I understand.

15                SPECIAL MASTER SCHNEIDER:  The more

16   time I have to review in camera the documents, the

17   better, obviously.  The briefs are -- you know, we

18   read them before, I know what they're going to say,

19   now I just have to read the affidavit.

20                So again, I'll leave it in your very

21   capable hands, but I'm glad I was able to tell you

22   what my plan was.

23                I was not planning on letting this

24   issue sit.  It's just happenstance that the oral

25   argument is going to be a few days before you

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CA67759AF5

May 19, 2021

1   depose -- not you, but they depose O'Shaughnessy,

2   which I understand, correct me if I'm wrong, is not

3   going to be cross-noticed, at least when we spoke the

4   other day in the state asbestos cases.  So then we

5   may have another issue whether he's going to be

6   deposed in this MDL.

7            MR. TISI:  Well, I think that Mr. --

8   well, you say correct me if I'm wrong, if you're

9   wrong.  I would suggest that Mr. Bernardo had a

10  deadline to object to the cross-notice in the MDL and

11  I think we agreed that that kind of -- that's kind of

12  gone.  And I do believe that Mr. Bernardo has agreed

13  to produce him in the -- when you say the MDL, he's

14  being produced pursuant to an order in Missouri and

15  cross-noticed in the MDL, and I believe that we've

16  kind of -- that bridge has been crossed.  And I

17  believe he's going to be produced.  You know, we're

18  still working on the details of it, including the

19  date, but I don't think that that -- I don't think

20  there is going to be a question as to whether he's

21  going to be produced in the ovarian cancer cases.

22           MR. BERNARDO:  Your Honor, I completely

23  agree with Mr. Tisi and we just agreed it wasn't

24  necessary to effectuate that and do an objection

25  because he and I were working towards trying to come

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA677E9AF5

May 19, 2021

 1   up with a resolution.  So we didn't feel as if there
 2   would need to be a briefing schedule specifically in
 3   the MDL on it.  But he would be produced and it will
 4   be, like when the day and everything is set,
 5   cross-noticed in the MDL.
 6               So the idea would be there will be a
 7   deposition for the mesothelioma cases and then there
 8   will be a deposition for the ovarian cancer cases in
 9   the multidistrict litigation and in the Missouri
10   litigation.
11               SPECIAL MASTER SCHNEIDER:  I thought,
12   and again, I don't have the experience that you
13   gentlemen have, but I thought in the normal world if
14   they're deposing him on the 22nd, why aren't both
15   captions on the case and after the first attorney is
16   done, the second attorney continues?  But it sounds
17   like you're going to do --
18               MR. BERNARDO:  Would that the world
19   were that simple, your Honor.
20               SPECIAL MASTER SCHNEIDER:  -- separate
21   physical depositions.
22               MR. TISI:  Yeah.  These really -- I
23   mean, it kind of goes to the point that even though
24   there are overlapping issues, your Honor, and there
25   clearly are, the focus of these are different cases,

DocuSign Envelope ID: 91883768-109B-4A29-A7A7-97CA677F0AF5

May 19, 2021

Page 58

1    different theories in different cases, and the idea

2    is, you know, particularly in the federal court,

3    where, you know, there is not a specific rule

4    relating to the discovery deposition and then a

5    preservation deposition, they're being conducted in a

6    certain way in the MDL that would be different.  And

7    so there is a good reason for separating them out.

8    And we've done it that way.  And I think we kind of

9    agreed on that.

10                   The question really is, you know, the

11   details.  And Rich and I hopefully, and Leigh and

12   Michelle and Chris on our side will be working

13   towards trying to put together something.  And our

14   hope is to have, at least for the ovarian cancer

15   cases, a pre-deposition call with your Honor and

16   Judge Norton, who would be supervising for the

17   purposes of the Missouri cases, to talk about how we

18   at least anticipate this process to work, because it

19   is unusual.  I mean, I've been doing this for 30

20   years and I don't think I've ever run across this

21   kind of arrangement.  So hopefully we can have a

22   pre-deposition call with your Honor and hopefully

23   Judge Norton so that we can all be on the same page.

24   And I think Mr. Bernardo kind of wants the same as

25   well, if I can be so bold as to --

1          MR. BERNARDO:  We finally hit the first

2    point where I disagree with Mr. Tisi.  But in the

3    spirit of compromise we agreed to proceed in that

4    way.  We strongly felt there ought to be one

5    deposition that would get used in both cases, but we

6    gave in on that point when we understood that that

7    was a sticking point for both sides, so.

8          SPECIAL MASTER SCHNEIDER:  Can I at

9    least assume, hopefully, but it's up to you, that

10   granted there is going to be separate issues in each

11   of the proceedings, but hopefully Mr. Tisi won't have

12   to ask the same questions about his education and his

13   employment experience and the background information

14   that they asked at the first deposition?

15         MR. TISI:  Well, your Honor, you know

16   again, because these are preservation depositions --

17         SPECIAL MASTER SCHNEIDER:  Oh, that's

18   right.

19         MR. TISI:  -- that will be shown at a

20   trial --

21         SPECIAL MASTER SCHNEIDER:  That's

22   right.

23         MR. TISI:  So I didn't want to have,

24   you know Mr. Block (ph) asking those questions and

25   have to cut it and have another witness --

DocuSign Envelope ID: 91883768-109D-4A28-A7A7-97CAE77F9AF5

May 19, 2021

Page 60

```
 1                    SPECIAL MASTER SCHNEIDER:  I got you.
 2                    MR. TISI:  So it's an odd circumstance,
 3       but that's kind of the -- you know, in terms of
 4       allowing for the jury to not be jerked around, it
 5       makes it a little bit easier to do it.  And that kind
 6       of, you know -- anyway, I think you see what I mean.
 7                    MR. BERNARDO:  What I suggest, your
 8       Honor, is Mr. Tisi and I have some talking to do.
 9       I'm certain, and I rarely say that, that we will come
10       to an agreement, largely because we keep giving in on
11       everything.
12                    MR. TISI:  We do agree on that, your
13       Honor, he just bends to my will.
14                    (Laughter)
15                    MR. BERNARDO:  He's very persuasive.
16                    SPECIAL MASTER SCHNEIDER:  Maybe it was
17       that hand injury from before.
18                    MR. BERNARDO:  Exactly.  I didn't tell
19       you exactly how I got that.
20                    No, in all seriousness, I'm confident
21       that Mr. Tisi and I can come to some agreement.  I do
22       agree, and I'm hopeful that a Special Master will be
23       appointed in connection with the New Jersey cases
24       soon.  And if it's you, it's very easy to meet with
25       you in that capacity as well.  But I do think it will
```

 1  be very important from the Johnson & Johnson

 2  defendant's perspective to have a pre-deposition

 3  discussion.  Because, you know, let's face it, this

 4  is an unusual deposition.  It's a lawyer, which is

 5  unusual to begin with.  It's a litigation counsel,

 6  which makes it, you know, more unusual.  And it's

 7  going back, talking to the lawyer about the

 8  litigation.  So we just want to make sure that

 9  everybody is on the same page, frankly, as a courtesy

10  to the witness and to avoid him --

11              MR. TISI:  I didn't mean to open up a

12  box of Pandoras.  I know you were just talking about

13  resolution of the privilege issues and I just wanted

14  to put a pin in the fact that we have kind of a late

15  June at least tentative date for this deposition just

16  so that everything was in context.  You know, we'll

17  certainly continue to work on these issues, your

18  Honor.

19              SPECIAL MASTER SCHNEIDER:  Right.  And

20  if you need me, just like today, send me an email or

21  a text or a phone and we'll get on a Zoom as soon as

22  we can or phone as soon as we can.  No problem.

23              I want to thank the court reporter

24  again for being available on short notice.  It's

25  always good to talk to counsel.

DocuSign Envelope ID: 91883768-109D-4A29-A7A7-97CA67759AF5

May 19, 2021

 1              If there is nothing else, I suppose we

 2    can adjourn for the day.

 3              MR. TISI:  Thank you so much,

 4    everybody.

 5              SPECIAL MASTER SCHNEIDER:  I won't

 6    enter any type of order until I receive the language

 7    from you gentlemen.  Okay?

 8              MR. TISI:  Thank you so much.

 9              SPECIAL MASTER SCHNEIDER:  Good luck

10    tomorrow.

11              ALL COUNSEL:  Thank you, your Honor.

12              (Hearing adjourned)

13

14

15

16

17

18

19

20

21

22

23

24

25

DocuSign Envelope ID: 91883768-108D-4A28-A7A7-97CA67759AF5

May 19, 2021

Page 63

1              C E R T I F I C A T E

2

3        I, Theresa Mastroianni Kugler, a Notary Public

4    and Certified Shorthand Reporter of the State of New

5    Jersey, do hereby certify that the foregoing is a

6    true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth.

9        I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18        _DocuSigned by:_

         *Theresa Kugler*
19       ─────────────────────────
         └─439DA67C1C71495...
         Theresa Mastroianni Kugler, C.S.R.
20       Notary Public, State of New Jersey
         My Commission Expires May 5, 2021
21       Certificate No. XIO857
         Date: May 20, 2021
22

23

24

25

**A**

**ability** 10:2
**able** 8:3 13:4
  18:2 25:11
  29:17 55:21
**absent** 53:21
  55:7
**absolutely** 19:25
**abstract** 31:20
**accept** 23:23
  25:1 26:22,22
  36:16
**acceptable** 41:3
**account** 47:22
**accurate** 7:19
  63:6
**accustomed** 35:8
**acknowledge**
  15:19,25 16:2
  17:24
**acknowledging**
  8:2
**acting** 48:16
**action** 63:11,14
**activities** 44:16
**actual** 19:17
**add** 13:10,11
  25:7 28:19
  53:20
**additional** 35:1
  48:2
**address** 6:15,23
  7:20 35:17
  51:20
**adjourn** 62:2
**adjourned** 62:12
**advice** 50:11
  51:17,18,19
**affect** 48:5
**affidavit** 54:21
  55:19
**afternoon** 34:25
**ago** 10:19 30:4
**agree** 16:17 26:3
  26:4 34:13

47:14 48:4
  49:18 56:23
  60:12,22
**agreeable** 48:22
  49:20
**agreed** 9:12,24
  31:16,19 32:11
  34:5 53:4,17
  56:11,12,23
  58:9 59:3
**agreeing** 25:17
**agreement** 8:18
  9:8 10:16,17
  12:2,20 14:1,5
  17:13 26:13
  27:3,5 30:4,24
  31:1,3,6,8
  33:17 42:4
  53:18 60:10,21
**agrees** 32:25
**ahold** 25:11
**ALABAMA**
  3:11
**allegations**
  40:15
**ALLEN** 3:9
**allow** 9:16
**allowed** 8:18
**allowing** 60:4
**alluded** 34:16
  44:18
**amicably** 8:3
**answer** 42:5,6
**antiaging** 17:19
**anticipate** 58:18
**anticipating**
  53:21
**anybody** 16:22
  31:17 42:9
**anyway** 60:6
**apologize** 6:18
  46:7
**apparent** 44:13
  45:4
**apparently** 5:7
**appear** 11:25

**appears** 15:9
  38:18 50:10
**application** 5:21
  36:14
**apply** 33:14
  42:15,15
**appointed** 9:12
  60:23
**appreciate** 7:17
  15:21,24 27:6
  27:7 29:20
  46:6,18
**appreciation** 9:1
**appreciative**
  5:14
**approach** 23:3
  40:4
**appropriate** 7:4
  15:7,12 17:16
  41:7 43:3
**appropriateness**
  7:15
**approximately**
  18:20
**apropos** 19:6
**arguably** 18:6
**argued** 40:16
**arguing** 46:22
**argument** 15:5
  15:14 36:13,20
  47:1 50:6
  51:18 55:25
**ARPS** 4:9
**arrangement**
  58:21
**asbestos** 45:12
  56:4
**ASHCRAFT** 3:4
**aside** 23:9
**asked** 37:21,21
  38:21 54:13
  59:14
**asking** 13:12
  59:24
**assessment**
  44:12,15 45:16

45:21
**assessments**
  45:1
**assigned** 53:12
**assume** 14:10
  59:9
**assumed** 14:5
**assuming** 31:20
  45:22
**attach** 33:19
**attempt** 49:9
**attorney** 50:2
  57:15,16 63:10
  63:12
**attorney-client**
  50:25
**ATTORNEYS**
  3:7,13,19 4:5
  4:12,19
**attorneys'** 26:22
**audio** 35:1
**Audubon** 1:21
**availability** 8:10
**available** 61:24
**AVENUE** 3:16
  4:10
**aversion** 21:20
**avoid** 61:10
**aware** 9:14
  11:24 54:18

**B**

**baby** 18:4 45:16
**back** 8:12 19:8
  20:1 21:14,16
  26:1 27:15,20
  28:2 29:22
  31:12 32:12
  33:19,21 36:1
  36:6,19 43:19
  61:7
**backdrop** 17:12
**background**
  7:22 16:5
  59:13
**balance** 17:8

**ball** 36:19
**BANK** 3:17
**BARR** 3:22
**based** 11:23
  12:21
**basic** 41:14
**basically** 8:19
  9:25
**basis** 9:3 12:11
  13:7
**BAYLEN** 3:23
**bearing** 18:15
**BEASLEY** 3:9
**beauty** 17:18
**began** 18:7
**beginning** 6:19
  15:20
**behalf** 6:1 8:10
  43:7
**belief** 46:11
**believe** 12:13,21
  17:14 56:12,15
  56:17
**believing** 25:17
**bench** 28:22
**bends** 60:13
**Benicar** 19:14
  30:13
**Bernardo** 4:9
  5:12 7:22 8:14
  9:24 11:22
  12:23 13:15
  15:5,13,17
  19:2 20:14,21
  21:1,3,7,14,24
  22:11,23 23:13
  24:5,9,13,20
  24:24 25:1,5,6
  25:25 26:25
  27:6 32:9 33:9
  33:10,15,24
  34:2,7,12 35:5
  39:12,18 40:7
  43:4,10 47:3,9
  48:14,19 49:1
  52:17 53:3,21

55:9 56:9,12 56:22 57:18 58:24 59:1 60:7,15,18
**Bernardo's** 36:16
**best** 23:21 32:5 34:24 35:9,13 51:11
**better** 12:4 39:25 46:12 50:19 55:17
**BIDDLE** 4:2
**bit** 6:21 11:21 17:16 19:9 22:15 35:7,8 60:5
**blame** 47:18
**blessed** 48:17
**Block** 59:24
**blocked** 20:23 20:24
**board** 38:14
**bodies** 44:21
**bold** 58:25
**box** 3:11 25:24 61:12
**breathing** 45:6
**BRENNAN** 4:2
**bridge** 56:16
**brief** 54:21
**briefing** 48:1 54:4 57:2
**briefly** 29:22
**briefs** 55:11,13 55:17
**bring** 30:11,11 30:20
**broad** 10:6
**broader** 6:21
**brought** 43:16
**BUCHANAN** 3:22
**business** 51:2,22 52:1,4

**C**

**C** 3:1 63:1,1
**C.S.R** 63:19
**calculate** 38:1
**call** 5:9 11:11 16:22 27:2 34:18 41:5 53:5,6 58:15 58:22
**called** 26:14
**calls** 16:24
**camera** 49:11 55:16
**CAMPUS** 4:3
**cancer** 9:23 10:2 35:21,24 38:12 44:22 56:21 57:8 58:14
**candidly** 12:13 33:20
**capable** 55:21
**capacity** 60:25
**captions** 57:15
**care** 4:19 10:9 38:4
**carryover** 53:6
**carve-out** 10:11
**case** 8:17 9:18 9:21 16:9 17:5 24:23 28:25 29:5 33:14 35:22 39:5 41:11 45:20,23 48:6 57:15
**cases** 35:21,24 35:24 52:24 53:5 56:4,21 57:7,8,25 58:1 58:15,17 59:5 60:23
**catch** 52:2
**categories** 11:24 48:25 49:6,23 50:1,16 54:4
**category** 14:11

14:17 23:1 51:15 52:1
**cause** 9:23 10:2
**CC'd** 50:10
**certain** 5:8 18:22 22:9 49:15 58:6 60:9
**certainly** 22:16 29:6 30:17 42:2 45:11 55:4 61:17
**Certificate** 63:21
**Certified** 1:19 2:8 63:4
**certify** 63:5,9
**cetera** 24:22 26:19 51:10
**chair** 38:20
**challenge** 47:16
**challenged** 49:9
**challenges** 47:22 51:11
**challenging** 47:21 49:7
**changed** 18:9
**changes** 40:2
**check** 23:21
**Chris** 5:25 32:23 36:25 47:4 58:12
**CHRISTOPH...** 3:16,22
**CIR** 44:21
**circle** 29:22
**circled** 17:17
**circumstance** 60:2
**circumstances** 35:7 53:22 55:8,8
**Civil** 1:2
**claim** 51:16
**claimed** 49:15
**clarification**

45:8
**clear** 25:16 26:3 29:18 32:4 48:7
**clearly** 57:25
**client** 26:12,20 43:5
**clinical** 10:8 31:24
**COHEN** 3:15
**cold** 14:9 24:21
**colleagues** 18:13 39:17 48:11 49:25
**collected** 28:3
**column** 21:22 22:4 24:7 25:14
**come** 54:15 56:25 60:9,21
**comes** 8:7 29:3
**comfort** 26:12 27:4 29:8,13 46:1 47:1
**comfortable** 26:15
**commencing** 2:12
**comment** 19:21 23:24 34:13 54:6
**commentary** 17:20
**comments** 18:24 23:25 24:1
**COMMERCE** 3:10
**Commission** 63:20
**committees** 44:9
**Commonwealth** 2:10
**communicate** 11:15
**communicatio...** 33:18

**companies** 4:6 4:13 39:24
**companion** 51:7
**company** 11:4 13:3 35:12 36:17 38:3 40:1,17 43:7 50:3
**compensation** 8:21 38:2
**complete** 15:11 48:15 51:7
**completely** 34:13 56:22
**completeness** 7:14 13:22 26:8
**complex** 52:8
**complicated** 35:9 52:9
**component** 36:2
**compromise** 19:11 25:9,21 59:3
**concern** 7:2 46:8
**concerned** 12:5
**concerns** 46:14
**concession** 25:20 25:21
**conducted** 35:12 58:5
**confer** 30:20 39:17 41:5 43:10 48:3,10 48:14 49:17
**CONFEREN...** 1:5
**confident** 24:15 60:20
**confidential** 17:3
**confirm** 22:14 22:16
**confirmed** 19:1 20:3
**connection** 9:5

DocuSign Envelope ID: 91883768-1089-4A29-A7A7-97CA87759AF5

60:23
consider 40:13
consideration
   55:10
consistent 19:13
   23:3
consolidated
   34:18
construed 20:9
CONSUMER
   4:6,7,13,14
contain 51:17
contemplated
   22:13
context 7:10
   17:17 19:16,17
   45:16 52:10
   54:5 61:16
continue 28:11
   43:5 61:17
continues 57:16
contrary 26:24
cooperation
   53:18
cooperatively
   15:24 47:15
coordinate 8:6
coordinated 8:1
coordinating
   27:14
copied 50:2,4
copy 9:13 17:18
correct 10:18
   19:3 52:5 56:2
   56:8
correctly 6:4
COUNCIL 4:19
counsel 35:12
   47:24 48:15
   61:5,25 62:11
   63:10,12
couple 15:4,6
   21:1,2 30:18
   45:7
course 5:19 7:1
   8:15 48:19

court 1:1,19 2:8
   17:6 26:17
   36:19 40:24
   41:4 58:2
   61:23
courtesy 61:9
cover 43:8
Covid 34:20
cplacitella@c...
   3:19
creams 17:19
create 28:9
created 18:19
Cross 49:3 50:20
cross-notice
   56:10
cross-noticed
   8:8 56:3,15
   57:5
Cross-talk 33:11
crossed 56:16
ctisi@levinla...
   3:25
curiosity 21:6,23
custodial 28:5
cut 35:2 59:25

————
   D
date 20:18 42:16
   53:2 55:5
   56:19 61:15
   63:8,21
dates 10:19
day 18:21 40:21
   56:4 57:4 62:2
days 18:21 20:22
   20:24 30:15,18
   53:9 55:12,25
DC 3:5 4:10,17
deadline 56:10
deal 13:16,19
   41:15 45:3
   53:7
dealing 38:11
   44:5
deals 44:5

dealt 41:15 43:2
decade 39:25
decentralize
   40:2
decide 34:22
   39:14
deem 24:3
DEFENDANT
   4:5,12,19
defendant's
   54:21 61:2
defendants 5:22
   16:5 32:14
defense 44:2
deficit 11:21
department
   34:17
depends 27:22
deponents 7:10
   33:14 42:15
   43:1
depose 29:1 56:1
   56:1
deposed 6:12
   10:24 13:5
   34:23 42:16
   56:6
deposing 9:21
   57:14
deposition 5:7
   8:8 10:20 12:8
   16:14,16 18:14
   20:13,16,17
   25:10 28:23,24
   30:16,17 31:5
   34:11 37:9,9
   39:14 41:12,13
   43:8 52:19
   53:3 54:17
   57:7,8 58:4,5
   59:5,14 61:4
   61:15
depositions 7:25
   8:1,13 40:6
   57:21 59:16
descriptions

32:16
designated 17:2
details 56:18
   58:11
determined
   52:11
development
   17:21
different 14:7
   20:5 35:7
   57:25 58:1,1,6
differing 16:9
   17:15
DIRECT 4:4
direction 41:4
directional
   26:16
directly 10:1,2
   14:2 20:8
   31:10,22 32:7
   45:2 46:4
disagree 15:25
   39:19 40:16
   59:2
disagreed 16:6
disagreement
   21:13,15 33:4
disappointed
   47:3
discovered 29:4
discovery 16:13
   58:4
discussed 31:18
   53:20
discussing 52:17
discussion 9:10
   61:3
discussions 8:12
   52:24 54:14
dispute 5:6
   32:24 41:6,21
   41:23 43:11
distortion 35:2
DISTRICT 1:1
   1:1
Docket 1:2

doctor's 20:13
document 5:13
   13:25 14:6
   15:2,10 43:15
   46:13 50:4
   51:16
documents 5:8
   7:9 9:4 27:10
   28:23 29:2,3,7
   29:14 30:8
   31:20 34:11
   35:15 36:4
   37:10,13 40:10
   40:13 41:11
   42:3 45:13
   47:19,20 48:24
   49:8,10,15
   50:2,3,9 51:5
   52:10 54:5,22
   55:16
dog 46:22
doing 9:21 20:2
   25:14 47:6
   58:19
double 23:21
Dr 5:8 7:1,15 8:6
   11:10,11 12:8
   12:10,10 14:15
   37:15,21,22,22
   38:17
drawer 29:12
DRINKER 4:2
due 37:23 47:16

————
   E
E 3:1,1 4:21,21
   63:1,1
earlier 5:5
easier 45:10
   60:5
easy 60:24
education 59:12
effectuate 56:24
efficient 16:14
   16:16 20:23
   51:13

efficiently 26:6
effort 19:3 20:7
  20:11 27:13
efforts 34:10,24
  35:9,13,14
  36:17 43:6
  52:19
either 17:20
  30:15 44:15
  53:25
email 5:5 33:9
  33:23 61:20
emails 33:19
embodied 32:13
embody 33:6
employee 9:7
  11:4 12:14
  23:25 63:10,12
employee's
  32:19
employees 50:3
employment
  59:13
ensure 19:3
ensured 18:12
enter 62:6
EPE 43:19
ESQUIRE 3:4
  3:10,16,22 4:2
  4:9,16,23
essentially 50:1
et 24:22 26:19
  51:10
Europe 20:2
evaluated 21:18
  23:19 38:13
evaluation 6:5
  9:20 10:13
  11:13,19 18:18
  21:17 28:6
  29:22 31:14,22
evaluations 6:9
  8:23 9:2,7,9
  11:3 12:7,11
  12:20 13:6
  16:15,18 31:16

32:18 37:4,23
everybody 17:1
  29:9 48:15
  61:9 62:4
everybody's
  43:13
exactly 11:1
  60:18,19
example 10:7
  14:7,21 15:22
examples 18:2
Excuse 22:2
executive 12:14
exemplar 12:8
exist 6:10 28:9
  28:13
existed 9:2 31:21
existing 44:3
expect 26:10,19
  27:12
expected 12:11
  30:9 41:24
  42:4
experience
  57:12 59:13
Expires 63:20
explain 28:12
explained 15:3
  16:23
explanation
  13:14 48:9
expressions 39:6
extension 53:20
extensions 54:4
extent 18:6

_____
**F**

F 4:17 63:1
face 61:3
faces 47:1
fact 61:14
facts 19:17
  51:19
FAEGRE 4:2
Fair 24:5 33:24
fairly 10:6

faith 20:6,11
  24:17 25:4
  27:13 28:10
  29:10 35:13,14
  36:17 43:6
  46:11 48:15,16
falls 12:1 44:12
familiar 38:8
far 13:6 40:14
fashion 10:23
fault 47:17,18
FAX 3:12,18 4:4
federal 17:6
  58:2
feel 10:15 13:10
  23:1,6 26:15
  57:1
felt 18:23 33:2
  59:4
figure 38:18
file 12:12 28:5
  29:12 32:15
  35:1
filed 35:22 36:4
files 8:15 10:21
  16:7,14 27:21
  27:25 28:1,17
  38:15,21 40:18
final 48:12
finally 59:1
financial 8:20
financially
  63:13
find 26:21 27:9
  27:17 28:11
  29:12 35:15
  36:6,8,18 37:9
  42:8,11 43:6
finding 39:10
fine 31:5 34:8
  48:22 49:21
  55:12
FIRM 3:9
first 6:3,14,25
  8:20 10:20,24

11:18 13:19
  15:5 21:5 25:7
  29:23,25 31:11
  35:22 36:8
  39:22 40:24
  41:14 43:25
  57:15 59:1,14
fit 54:19
five 18:20 43:24
  50:1
FLOM 4:9
FLORHAM 4:3
FLORIDA 3:23
flush 37:12
focus 16:12,16
  29:24 57:25
follow 28:14
following 53:9
follows 19:17,24
  19:24
forecast 47:12
foregoing 63:5
forget 20:19
  27:8 34:18
  49:25
form 12:24
  31:14
FORMAROLI
  1:18
former 28:21
forms 31:22
forth 32:12
  33:19 53:16
  63:8
fortunate 5:9
forward 25:22
  33:3 39:14
  55:4
found 17:2
  27:18,19,22,24
  28:1,4 38:14
four 12:15 21:5
  21:22 22:5,8
  37:3 38:20
frame 44:19
frames 54:18

franchise 18:4
frankly 14:4
  34:14 45:10
  61:9
free 13:10
frequently 40:3
Friday 11:15
  12:23 20:20,21
front 6:6
full 9:2 51:11
fuller 6:4
fulsome 11:19
further 19:9
  36:1 63:9
future 7:10
  29:11 33:14
  42:15,22 43:1
  44:4

_____
**G**

gathered 47:10
gees 47:4
general 12:22
  14:14,17 18:24
  20:8 24:2 33:3
generally 15:9
  16:6 31:16
gentleman 12:9
gentlemen 57:13
  62:7
GEREL 3:4
getting 10:21
  12:25 30:8
  40:14 49:2
give 17:16 23:11
  26:12 29:8
  30:10 48:7
gives 30:18 47:1
giving 60:10
glad 55:21
global 38:19
go 5:1 7:16 15:2
  19:8,9 20:6
  26:1 27:15
  31:12 36:1,5
  36:11 37:25

39:14 40:1,2
40:21 43:9,19
55:4
**goal** 43:23
**goals** 44:24
**goes** 21:14,16
38:9 57:23
**going** 7:10 8:12
11:12 12:25
15:6 23:14
25:2,11 26:1,2
26:10,13,19
27:1 29:11,12
29:16 30:9
33:3,5 34:9,23
36:7 38:8
40:25 41:3,5
43:3,4 47:23
48:1,5 51:20
53:15,22,23
54:1 55:18,25
56:3,5,17,20
56:21 57:17
59:10 61:7
**good** 5:24 10:18
20:6,11 24:17
25:4 27:13
28:10 29:10
35:13,13 36:17
43:5 46:10,11
46:21 48:16
58:7 61:25
62:9
**GOODMAN**
4:23
**gotten** 11:8 42:1
42:3
**granted** 59:10
**great** 10:14
**group** 15:19
44:2
**guidance** 33:3
**guideline** 9:14

---
**H**
---
**half** 44:25

**half-year** 43:25
43:25
**half-yearly** 9:2
**hand** 10:11
60:17
**handled** 7:11
**hands** 55:21
**happen** 17:7
29:11 44:7
53:17,22
**happened** 39:11
**happens** 23:18
38:5
**happenstance**
55:24
**happy** 6:23
22:13,25 32:10
48:3 49:4,17
50:21
**he'll** 43:7
**head** 39:16
43:16 50:23
**heading** 36:10
**hear** 5:21,22
15:5,13,14
26:11,25 39:8
54:7
**heard** 5:20
**hearing** 52:11
62:12
**heavily** 12:23
**held** 5:7
**help** 13:12
**helpful** 23:15,19
32:10 34:15
**helping** 16:13
**hereinbefore**
63:8
**historically** 44:7
**hit** 59:1
**holds** 35:23
**honest** 18:10
**Honor** 5:24 7:18
8:16 13:11
14:14,24 15:17
16:5,24 17:17

18:1,10 19:22
21:16,24 22:6
22:11,18,24
23:4,14,16
24:5 25:6 27:7
27:11 28:8,18
32:10,25 33:19
34:13 35:20
38:8 43:13
44:14 45:5
46:19 47:2,9
48:8 49:24
50:22 51:4,13
52:14,18 53:4
54:6 56:22
57:19,24 58:15
58:22 59:15
60:8,13 61:18
62:11
**honor's** 16:7,12
19:14
**hope** 20:23
58:14
**hopeful** 60:22
**hopefully** 42:22
48:8 58:11,21
58:22 59:9,11
**hoping** 53:24
**horns** 47:6
**Horse** 1:20
**hug** 15:19

---
**I**
---
**idea** 36:6 38:12
57:6 58:1
**identified** 5:15
7:21 44:9,24
48:23,25 49:1
49:6,8
**identify** 30:19
47:19,24 49:10
49:22
**imagine** 23:4
39:23
**immediate** 6:3,7
6:14 8:25 37:1

**important** 16:21
18:17 19:15,23
44:24 61:1
**impression**
16:11
**inappropriately**
16:23
**inartfully** 26:2
**include** 32:15
**included** 28:7
32:2,3
**including** 8:17
12:16 32:18
44:20 56:18
**inconsistency**
27:19
**incorporated**
41:4
**incredible** 27:10
42:8
**indicate** 6:22
**indirect** 12:1
**indirectly** 10:3,4
14:3 22:21
23:22 31:10,23
32:7 45:3 46:4
**individuals**
27:14
**information**
8:20,20 9:10
10:1 11:24,25
14:11,17 16:18
21:9 23:11,12
23:18 30:14
31:21 32:7
51:17 59:13
**ingredients** 44:1
44:3
**initial** 49:9
**Initially** 30:3
**injury** 60:17
**insect** 14:9 17:19
24:21
**instances** 52:22
**intellectual** 21:5
21:23

**intended** 34:6
**interested** 14:12
14:23 63:13
**interests** 17:10
**international**
38:10
**interrupting**
6:18
**invariably** 36:10
**involved** 38:10
52:25
**involves** 43:25
**IR** 44:21
**irrelevant** 14:11
23:11,12
**issue** 5:14 6:3,14
6:15,23 7:3,5,5
7:9 8:9,22,22
8:23 13:16,19
25:5,7 26:8
29:2,6,14,23
36:8 39:4
40:25 41:6,14
41:16 43:1,3,9
47:13 51:1,7
52:4,4,11,12
52:15 53:25
54:1 55:6,24
56:5
**issues** 6:2,20
7:13,16,18,24
8:5 9:16,17
10:12 16:17
19:7 21:11
24:2 30:11,19
31:18 38:11
39:5 44:1,4,5
45:2 47:18
49:14 50:25
51:4 52:7
57:24 59:10
61:13,17
**items** 40:25

---
**J**
---
**J&J** 9:7 14:2

16:5 21:22
25:3 32:14
**J&J's** 49:14
**jerked** 60:4
**Jersey** 1:1,21
2:10 3:17 4:3
53:5,10 60:23
63:5,20
**JESSICA** 4:2
**job** 10:14 32:15
**JOEL** 1:14
**john.beisner...**
4:11
**Johnson** 1:5,5
4:6,6,6,6,7,7
4:13,13,13,13
4:14,14 12:14
12:14 34:17,17
39:24,24 61:1
61:1
**jschneider@m...**
1:14
**Judge** 39:18
58:16,23
**judgment** 22:20
22:23 23:22
**juice** 39:6
**jump** 50:19
**June** 54:14
61:15
**jury** 60:4

**K**

**K** 3:5
**keep** 60:10
**keeping** 23:17
**kept** 37:10
**key** 9:20
**kind** 5:12 12:6
12:18,18 13:8
13:11 17:16
22:9 30:3,4
33:16,21 36:25
43:15 44:23
47:7 52:15
54:5,10,19

56:11,11,16
57:23 58:8,21
58:24 60:3,5
61:14
**kinds** 8:19,21
41:25
**know** 6:10 10:4
10:7,14 12:18
13:2,6,8,10
17:5,8,14 18:2
18:21 19:2,16
19:19 20:4
26:10,21 27:8
28:8,14 30:4
31:18,24 32:1
32:4,5 35:25
36:5,15,24
37:5,17,19,21
37:25,25 38:1
38:4,6 40:3
41:22 42:10,11
44:7,10,11,13
44:23 46:10
48:3,24 51:5
51:12,18,22
54:7,11,13,15
54:22 55:7,17
55:18 56:17
58:2,3,10
59:15,24 60:3
60:6 61:3,6,12
61:16
**knowing** 25:11
**known** 4:7,14
**knows** 18:1
29:11 50:19
52:18 53:4,22
**Kugler** 2:8 63:3
63:19

**L**

**L** 4:21,23
**lack** 6:8
**lag** 10:21
**language** 41:3
42:14 43:3

62:6
**Lapinski** 47:16
**largely** 60:10
**larger** 16:25
**late** 61:14
**Laughter** 46:23
60:14
**law** 3:9 16:9
52:9
**lawyer** 50:10
61:4,7
**leadership** 44:1
**learned** 18:17
**leave** 25:7 28:2
52:12 55:20
**left** 18:5 35:15
36:15
**legal** 50:11
51:17,18,19
52:4
**legitimate** 24:18
**Leigh** 3:10 4:2
13:8 51:22
52:1 58:11
**leigh.odell@b...**
3:13
**let's** 5:1 15:13
61:3
**letter** 5:5 6:21
6:23 19:20
27:9 39:13
41:16
**letting** 55:23
**level** 13:4
**level-set** 39:21
40:10
**Levin** 3:21 5:25
**LIABILITY** 1:6
**liberty** 49:22
**library** 14:22
24:22
**license** 2:9
**life** 28:21
**light** 18:23
**limit** 20:13
**lines** 16:18

**lint** 37:6
**list** 41:16
**literally** 34:21
34:24
**litigated** 35:22
**litigation** 1:6
15:21,23 16:23
17:12 32:17,21
35:23 36:4,7
52:8 53:18
57:9,10 61:5,8
**litigations** 8:16
**little** 6:21 7:19
11:20 17:16
19:9 21:19
35:7,8 38:15
60:5
**live** 29:10
**living** 35:6 45:6
**LLP** 3:4 4:2,9,16
4:23
**locate** 13:5
35:14
**located** 6:10
11:13 12:22
**LOCKE** 4:16
**locked** 53:11
**log** 49:8 51:8
**long** 6:18 47:25
48:18 55:11
**longer** 28:9
**look** 10:6,7 19:2
19:8,15 20:4
27:17 30:19
34:5 38:20
46:12,14
**looked** 13:9
22:17 27:20
28:5 42:8
44:21
**looking** 11:10
18:11 37:5
42:9 52:25
**Lorraine** 10:25
**lot** 7:23,24 17:6
33:18 44:8

**lots** 18:5 39:5
**luck** 62:9

**M**

**M** 3:16
**magnified** 41:23
**main** 50:12,16
**major** 38:10
**majority** 11:5
**making** 16:12
17:9 25:21
35:8
**Mann** 7:6 8:6
11:7 12:10,10
32:2 37:21,22
37:22 41:17
42:7
**manner** 41:7
**MAPLE** 3:16
**MARKETING**
1:5
**married** 33:22
**masks** 17:18
**Master** 1:14 5:1
5:4 6:17,25
9:13 13:13,18
13:21,24 14:20
14:25 20:12,25
21:4,8,21 22:1
22:7,19 23:8
23:20 24:6,11
24:14 25:23
26:7,17 28:19
30:23 31:4,11
33:8,13 34:8
35:3,11 36:9
36:23 37:14,18
38:24 39:2,9
40:5,23 41:9
41:20 42:13,18
42:21,25 43:18
43:21 45:9,15
45:19,25 46:3
46:9,16,20
48:13,20 49:12
49:19 50:5,8

DocuSign Envelope ID: 91883768-1095-4A28-A7A7-97CA57759AF5

50:24 51:24
52:3,6,21
53:12,19 54:8
54:20,25 55:3
55:15 57:11,20
59:8,17,21
60:1,16,22
61:19 62:5,9
**Mastroianni**
1:18 2:8 63:3
63:19
**material** 35:25
**materially** 28:25
29:5,15
**materials** 27:17
28:3 53:24
**matter** 2:7 52:9
**McCarthy** 5:8
7:1,15 10:8
11:10,11 14:15
18:13 20:3
22:14 26:1
32:1 37:15
38:17,17 42:7
**McCarthy's**
12:9 18:19
34:25
**McCRACKEN**
4:23
**MDL** 5:3 7:25
8:1,8,11 56:6
56:10,13,15
57:3,5 58:6
**MEAGHER** 4:9
**mean** 21:25 24:9
26:4 33:23
34:21 36:21
37:6,17,20
38:12 40:2
41:24 42:11
45:5 47:6 48:3
57:23 58:19
60:6 61:11
**meaningful** 48:8
**meat** 24:23
**meet** 30:20 41:5

43:10 48:3,10
48:14 49:17
51:9 60:24
**memorializati...**
30:1
**memorialize**
27:3
**memorialized**
30:21
**mention** 45:12
**mentioned** 37:2
51:23
**mesothelioma**
35:24 57:7
**Metaschime** 7:7
11:8 41:17
42:6
**Michelle** 3:4
58:12
**mid-year** 44:12
45:1,21
**mind** 14:8
**mindful** 16:7,8
16:20 17:4
20:8
**Missouri** 8:6,7,7
20:17 56:14
57:9 58:17
**misstating** 31:17
**Monday** 11:16
**MONTGOM...**
3:11 4:23
**months** 8:13
10:19 30:4
**morning** 5:24
**MOUGEY** 3:22
**move** 25:21 26:6
53:13
**moving** 12:6
41:15
**mparfitt@ash...**
3:7
**multidistrict**
57:9
**multiple** 47:22

## N

**N** 3:1 4:21
**name** 10:25 12:9
**nanosecond**
34:22
**necessary** 56:24
**need** 17:10
27:15,16,16
30:11,21 31:25
36:5 38:5
47:13 48:2,10
54:7,22 55:13
57:2 61:20
**needed** 30:14
51:17
**negative** 31:8
32:6
**neither** 63:9,11
**Neutrogena**
17:19
**never** 38:14
**new** 1:1,21 2:10
3:17 4:3,10
29:2,7,14 53:5
53:10 60:23
63:4,20
**newspapers**
17:3
**nobody's** 47:17
**normal** 9:5
57:13
**Norton** 58:16,23
**Notary** 2:9 63:3
63:20
**note** 30:13
**notes** 6:22
**notice** 5:10
33:18 61:24
**notion** 23:5
**number** 2:9 21:5
22:3 25:13,14
27:25 43:24
**NW** 3:5 4:10,17

## O

**O** 4:21

**O'BRIEN** 3:22
**O'Dell** 3:10
31:19 47:15
49:4,13,24
50:7,9,21 51:3
**O'Shaughnessy**
52:20 56:1
**object** 27:1
56:10
**objection** 56:24
**objective** 43:24
**obligation** 42:23
**obligations** 25:4
40:17
**obvious** 18:8
24:16
**obviously** 11:20
12:3 14:2
15:25 18:1
51:19 55:17
**occur** 13:6
**occurring** 20:17
**occurs** 21:8
**odd** 60:2
**offshore** 10:22
**Oh** 47:3,4 59:17
**okay** 6:16,24
14:20 21:21
23:7 24:13
27:15 33:8,13
34:12 36:23
37:21 40:23
42:18 43:22
45:14,18,24
46:20 49:12
50:8 54:24
55:2 62:7
**ones** 45:10 50:12
50:18
**oomph** 27:4
**open** 29:12
61:11
**operating** 29:9
**opinion** 16:7
**opinions** 16:8
**opportunity**

29:1 30:19
46:13
**opposed** 51:2
52:3
**oral** 55:24
**order** 9:13 26:16
27:2 30:13
32:13 33:6
34:15 41:4
42:13,19 46:21
48:2,7 56:14
62:6
**organizations**
38:10,11
**organized** 51:12
**original** 43:15
**ought** 59:4
**ovarian** 35:21
35:24 38:12
44:22 53:8
56:21 57:8
58:14
**overarching**
52:15
**overlap** 35:25
**overlapping**
57:24
**oxybenzone**
45:22

## P

**P** 3:1,1 4:21
**P.O** 3:11
**PA** 3:22
**package** 48:8
**page** 18:3 19:20
21:4,22 22:5,8
43:20 58:23
61:9
**Pandoras** 61:12
**Papantonio** 3:21
5:25
**paragraph** 22:3
22:15,20 23:16
**parens** 32:18
**Parfitt** 3:4 20:20

31:19 51:21,25
52:5
**PARK** 4:3
**part** 8:12 16:24
25:25 33:1
37:17 39:25
44:11,17 53:8
54:13
**particular** 8:9
9:6 18:18
22:20 23:15
31:13 44:8
46:8,12
**particularly**
38:3 40:17
58:2
**parties** 16:13
63:11
**parts** 26:9
**party** 50:3
**patch** 24:21
**patches** 14:10
**patience** 43:14
**pattern** 30:7
37:7
**PC** 3:15
**Pennsylvania**
2:11
**PENSACOLA**
3:23
**people** 17:14
27:14 28:14,15
42:16
**people's** 28:16
**percent** 18:20
37:3 38:23
42:3
**Perfect** 34:7
**perfectly** 30:24
**performance** 6:5
8:23,24 9:9
17:22 31:14,15
32:18 37:4,23
**period** 30:17
**periods** 18:22
43:25

**peripheral** 40:13
**person's** 27:23
**PERSONAL**
4:19
**personally** 27:13
**personnel** 8:15
10:21 12:12
16:6,14 17:11
27:15,21,25
28:1,16 32:15
34:16,25 38:14
40:1,18
**perspective** 9:11
51:8 61:2
**persuasive** 60:15
**pertain** 32:19
**pertaining** 32:21
**ph** 10:25 59:24
**Philippines**
34:19
**phone** 61:21,22
**phrase** 9:17
**physical** 57:21
**picture** 16:25
**piece** 32:6
**pieces** 54:19
**Pike** 1:20
**pin** 61:14
**place** 30:22 63:8
**Placitella** 3:15
3:16 46:21,24
47:8 50:14,18
51:14
**Placitella's**
46:25
**plaintiff** 24:3
**plaintiffs** 3:7,13
3:19 5:6,12,16
5:20,21 6:1 7:8
8:19 17:9
23:10 39:4,10
47:12,14 48:4
48:21
**plaintiffs'** 5:20
47:24 48:14
55:1

**plan** 17:21 55:7
55:22
**planning** 44:3
55:23
**plays** 17:1
**PM** 2:12
**pocket** 37:6
**point** 10:5 11:9
12:6 16:4
17:25 19:18,19
22:24 34:3
35:6 46:10
53:1 57:23
59:2,6,7
**pointed** 17:17
18:3 19:7
22:21
**points** 39:20
40:19
**portion** 5:18
25:12
**portions** 5:15
24:25 32:14
**position** 55:1
**positive** 36:15
**possible** 20:24
25:22
**powder** 1:5 9:22
22:10,22 32:16
32:17,20,21
**PPE** 7:2
**PPEs** 26:14
39:11
**PRACTICES**
1:6
**pre-deposition**
58:15,22 61:2
**precisely** 15:3
**predecessor**
12:9
**prejudiced**
29:16
**prepare** 18:14
**prescribed**
16:19
**present** 15:14

**presented** 13:25
29:14
**preservation**
40:17 58:5
59:16
**presumed** 6:9
**pretty** 15:10
33:17
**previously** 6:12
12:21
**primarily** 9:22
10:12
**prior** 13:1 16:24
19:25 30:15
31:5
**privacy** 17:10
**privilege** 47:16
47:22 49:7,16
51:6 52:16
53:24 61:13
**probably** 6:8
10:10,10,17,18
10:19 33:6
48:1 50:19
51:20 52:8
**problem** 12:19
38:19 50:25
61:22
**procedurally** 8:9
11:17
**proceed** 39:20
59:3
**proceeding**
53:10
**proceedings** 2:6
59:11
**process** 34:22
51:13 58:18
**PROCTOR** 3:21
**producability**
16:10
**produce** 12:20
26:14 34:10
35:14 36:7
42:11,23 56:13
**produced** 6:11

7:2 12:3,23
14:3,4 17:23
26:18 28:23,24
29:4,15 41:11
41:12 56:14,17
56:21 57:3
**producing** 11:13
**product** 18:5
20:10 44:6
51:1
**production** 7:14
8:15 9:4,5 11:2
12:22 13:22
26:8 28:7 41:2
**products** 1:5,6
4:19 14:7
17:11 32:17,18
32:21,22 45:17
**professional**
22:20 23:22
**project** 18:5
**projects** 14:15
**protecting** 17:10
**provide** 16:18
20:7 32:14
51:10,18
**provided** 9:9,25
11:14 12:7
23:5 30:14,16
35:23 44:20
**providing** 44:2
**provisions** 33:2
**proviso** 28:22
**Public** 2:9 63:3
63:20
**pull** 50:21
**purpose** 16:11
**purposes** 50:11
58:17
**pursuant** 56:14
**pursue** 36:19
39:4
**put** 14:10 22:25
27:1 32:11
36:18 42:19
48:18 54:5

58:13 61:14
puzzle 54:19

**Q**

qualification 10:5
qualifications 21:10
quality 7:23
question 9:22,23 11:18 13:9 15:6 22:18 24:17,18 29:25 35:18 43:14,17 44:22 46:1 51:5 52:16 56:20 58:10
questionable 15:16 24:24
questioner 29:1
questions 15:4 15:15 21:1 54:12 59:12,24
quickly 9:17 25:22
quite 15:23

**R**

R 3:1 4:21 63:1
RACHEL 4:23
Rafferty 3:21 5:25
raise 41:7 46:17 48:6 52:15
raised 6:20 7:6,8 7:13 24:19,24 26:1 46:10 54:3 55:6
ran 28:3
rarely 60:9
re-raise 22:25
reached 9:8 10:17 19:21 30:4 42:4
reaction 37:1
read 5:11,18

6:22 13:24 41:17 55:13,18 55:19
reading 24:15 43:23 52:10
real 29:10
really 13:3 16:12 16:20 17:4 19:2,10 20:6 21:18 24:22 25:20 27:12,21 28:10,12 29:20 29:22 34:21,23 35:17,18 38:5 57:22 58:10
reason 28:6 37:20 54:2 58:7
reasonable 26:18,20 30:25 34:10 35:4,13 35:13 36:17 43:5 48:17,21 49:18,21
reasons 51:10
REATH 4:2
recall 11:1
receive 62:6
received 5:5,17
recheck 25:2
recognition 36:3
recognize 40:20
recognizing 25:10
record 5:2,3 29:19 36:14 38:9 39:20 40:20,21 41:10 44:11
records 41:25
RED 3:17
redact 31:23 32:8
redacted 5:15,18 9:11 12:24 15:11 21:9

24:19
redacting 18:7
redaction 13:19 46:12 51:7,8
redactions 7:4,6 7:15 11:22,23 15:7,15 21:2 24:16 51:10
redepose 29:17
redeposed 29:7
refer 24:2
reference 14:21
referenced 32:19
references 14:6 24:20 32:16
referring 49:14
regard 34:15 41:2
regarding 5:6,7 6:23 7:1 32:17
regulatory 44:4
relate 18:7,25 19:10 31:9,22 32:7
related 10:1,8 14:2,4 22:21 23:22 38:11 46:4
relates 18:12 20:9 22:14,15
relating 7:24 8:20 10:12 44:6,10 45:2 58:4
relationship 9:22 12:1 15:22
relative 63:10,12
relevance 16:6 17:22 18:15
relevant 16:16 20:8 21:9,11 21:12 22:10 24:1,4 25:18 25:20 26:4

28:25 29:5,16
remember 50:14
remind 50:14 53:1
REMOTE 1:5 2:11
remove 31:10
repellant 17:19
repellent 14:9 24:21
report 44:20 46:5
reporter 2:8 61:23 63:4
Reporting 1:19
reports 12:17
represent 23:21 28:10 45:11
representation 14:1 25:1 36:16 43:7
representations 26:23
representative 47:20 49:10
represented 41:10
represents 35:12
request 5:13
research 40:11
resolution 57:1 61:13
respect 16:10 20:5 23:17 31:8 32:20 40:18 42:6 52:16 53:10
respects 36:1
response 5:13 39:13
responsibilities 32:20
responsive 34:11 35:14
restrictions 34:20

retained 27:24
RETIRED 1:14
review 37:24 55:16
reviewed 12:3 49:10
reviews 8:24 28:15
RHOADS 4:23
Rich 10:18 11:12 19:2 30:3 31:3 33:16,23 37:2 49:13 50:19 53:2 58:11
RICHARD 4:9
richard.berna... 4:12
right 5:19 15:22 29:24 31:25 37:6,7 42:16 50:22 59:18,22 61:19
Rio 19:21 44:18
risk 15:18 43:13 47:10
road 36:11 52:13
rolling 30:6
ROTH 3:15
rounding 12:18
row 21:25 22:1 24:9,11 25:13
rule 24:7 29:5,6 29:17 40:6 51:9 53:24 58:3
ruled 8:16 40:24
rules 17:1 20:16 25:4 28:15
ruling 5:19,23 16:12 19:14 26:16 27:2
rulings 24:25
run 58:20

**S**

**S** 3:1 4:21,21 36:10
**salami-slice** 7:19
**salary** 38:2
**SALES** 1:6
**satisfactory** 14:16 32:2
**satisfied** 25:3,4
**Saturday** 11:15
**saying** 15:20 16:3 18:11 21:16 23:7 26:2 32:24 36:5 46:12
**says** 14:14 21:5 32:14
**schedule** 37:8 47:10 49:18,20 54:4 55:9 57:2
**scheduled** 5:9 53:1
**scheduling** 30:5
**Schneider** 1:14 5:1,4 6:17,25 13:13,18,21,24 14:20,25 20:12 20:25 21:4,8 21:21 22:1,7 22:19 23:8,20 24:6,11,14 25:23 26:7 28:19 30:23 31:4,11 33:8 33:13 34:8 35:3,11 36:9 36:23 37:14,18 38:24 39:2,9 39:18 40:5,23 41:9,20 42:13 42:18,21,25 43:18,21 45:9 45:15,19,25 46:3,9,16,20 48:13,20 49:12

49:19 50:5,8 50:24 51:24 52:3,6,21 53:19 54:8,20 54:25 55:3,15 57:11,20 59:8 59:17,21 60:1 60:16 61:19 62:5,9
**scope** 10:16 14:19 51:11
**scratch** 6:19 33:7
**screen** 14:9 18:25 20:2 22:16 24:21 31:25 32:3 45:16 47:4
**screens** 17:18
**scroll** 47:5
**search** 26:18,20
**searches** 28:4,10
**second** 6:7,15 7:5 12:6 22:3 24:7,9,11 25:5 25:12,13 26:7 41:16 44:4,17 44:25 57:16
**section** 23:24,25 24:7 46:5,7
**see** 15:7,8 18:2 19:8 23:6 24:3 28:4 31:25 34:5 39:3 43:23 54:21 60:6
**seeking** 50:11
**seen** 5:16 9:3 11:21,22 40:15
**semicolon** 19:24 19:25
**send** 5:13 61:20
**sending** 53:15
**sense** 7:12 9:6 33:6
**sent** 20:10

**sentence** 20:1
**separate** 57:20 59:10
**separated** 43:24
**separating** 58:7
**seriousness** 60:20
**services** 14:22 34:19
**set** 16:9 35:19 47:24 48:12 53:16 57:4 63:8
**setting** 8:13
**SEYFARTH** 4:16
**shared** 34:18
**SHAW** 4:16
**shoes** 23:9 26:10 26:11,15
**shores** 40:2
**short** 5:10 21:15 35:2 37:9 61:24
**Shorthand** 63:4
**show** 37:4
**shown** 59:19
**shows** 12:4 23:16 26:23
**side** 31:17 58:12
**sides** 59:7
**sign** 37:24
**significantly** 27:22
**Similarly** 44:17
**simple** 57:19
**single** 41:10
**sir** 50:7
**sit** 54:1 55:24
**situation** 36:15
**SKADDEN** 4:9
**SLATE** 4:9
**slippery** 23:4
**slope** 23:4
**somebody** 38:19
**somebody's** 28:5

**soon** 48:6 53:25 54:21 60:24 61:21,22
**sophistication** 13:4
**sore** 14:9 24:21
**sorry** 18:5 21:24 24:12 25:6,13 50:22 51:24,25
**sort** 16:1 19:15 27:2 47:21 48:11 49:16 51:6 53:12
**sounds** 52:6 57:16
**South** 1:20 3:23
**speak** 33:20 49:4
**speaking** 36:25 36:25 39:16
**Special** 1:14 5:1 5:4 6:17,25 9:13 13:13,18 13:21,24 14:20 14:25 20:12,25 21:4,8,21 22:1 22:7,19 23:8 23:20 24:6,11 24:14 25:23 26:7,17 28:19 30:23 31:4,11 33:8,13 34:8 35:3,11 36:9 36:23 37:14,18 38:24 39:2,9 40:5,23 41:9 41:20 42:13,18 42:21,25 43:18 43:21 45:9,15 45:19,25 46:3 46:9,16,20 48:13,20 49:12 49:19 50:5,8 50:24 51:24 52:3,6,21 53:12,19 54:8 54:20,25 55:3

55:15 57:11,20 59:8,17,21 60:1,16,22 61:19 62:5,9
**specific** 14:13 32:6 46:14 48:24 49:8 58:3
**specifically** 24:2 32:19 57:2
**specify** 18:25
**spending** 7:23
**spent** 18:21,23
**spillover** 20:18
**spirit** 19:11 25:9 59:3
**spoke** 27:13 56:3
**spoliation** 36:11 36:13,20 41:6 43:9
**squeeze** 39:7
**stage** 6:19
**standard** 12:13 51:9
**stands** 27:8
**start** 7:13 8:2 33:7 34:22
**started** 30:9 35:21
**starting** 15:18 34:3
**state** 2:10 56:4 63:4,20
**stated** 6:4,22 7:1
**statement** 10:6
**STATES** 1:1
**stating** 12:18
**STATUS** 1:5
**stenographica...** 2:7 63:7
**step** 31:12
**sticking** 59:7
**stopping** 36:12
**strategic** 44:3
**STREET** 3:5,10 3:23 4:17

**strong** 21:12,15
   21:19
**strongly** 23:1,6
   59:4
**stuff** 8:4 18:6
   23:7 36:6 47:7
**subject** 18:8
   40:20 47:19
**submission** 5:11
**subpoena** 8:7
**subsequent**
   41:11
**suffice** 16:25
**sufficient** 48:9
**suggest** 19:16
   21:10 32:9
   56:9 60:7
**suggested** 39:19
**suggesting** 16:21
   25:19 34:2
**suggestion** 38:25
   39:3
**sun** 14:9 17:18
   18:25 20:1
   22:16 24:21
   31:24 32:3
   45:16
**superficially**
   15:12
**supervising**
   58:16
**supervisor** 10:13
   27:23 37:24
**supervisors**
   28:14
**supplemental**
   54:16
**supplier** 19:22
   19:22 44:19
**support** 19:23
**supporting** 18:4
**suppose** 7:9
   36:13 62:1
**sure** 7:17 10:9
   13:17,20,23
   16:12 17:9

19:4 21:3 29:9
   43:5,18 44:14
   45:1 48:17
   61:8
**surprising** 13:3
   38:15 52:7
**susan.sharko...**
   4:5
**system** 17:6

─────────────
          **T**
**T** 4:9,16,21 63:1
   63:1
**table** 35:19
**tactical** 44:2
**tailor** 9:15
**take** 33:3 38:16
   38:17 47:17
   55:10
**taken** 2:7 7:25
   8:9 20:16 63:7
**talc** 5:3 10:1,12
   10:15 11:4
   12:1 14:3,4,9
   14:18 18:16,19
   18:22,25 19:11
   19:22 20:10
   21:19 24:3
   25:18 31:10,23
   32:3,8,16,20
   38:11 44:10,19
   44:20,22 45:3
   45:12 46:4
**talcum** 1:5 9:22
   22:10,22 32:16
   32:17,20,21
**talk** 27:16 29:21
   34:6 39:3
   47:13 49:3
   50:20 55:9
   58:17 61:25
**talked** 8:14
   25:15 29:23
   52:20
**talking** 18:9
   25:24 31:13

40:10,11,11,12
   42:1 53:7 54:3
   60:8 61:7,12
**talks** 18:4 22:9
**tangential** 16:17
**team** 39:3 48:1
**technical** 19:23
   44:1,20 51:22
   52:1
**tedious** 46:7
**tell** 21:11 27:16
   30:2,23 36:21
   38:7 55:21
   60:18
**tells** 48:1
**ten** 30:15
**tentative** 61:15
**terms** 21:17
   28:15 33:1
   47:21 53:16
   60:3
**testified** 12:10
   37:11,22 38:7
   38:22
**testimony** 54:22
   63:6
**testing** 22:10
   40:10
**text** 61:21
**thank** 13:14
   15:17 35:5
   41:8 42:20,24
   46:2,15,19
   47:7 61:23
   62:3,8,11
**theories** 58:1
**Theresa** 2:8 63:3
   63:19
**thing** 22:17
   23:15,19 25:8
   28:20 40:9
**things** 8:14
   16:21 17:2,7
   17:17 18:8,16
   19:5,10 20:7,9
   23:1 28:12,16

30:5,21 34:21
   35:8 38:6
   40:12 44:23
   54:11,15
**think** 7:12,18
   9:17 10:5
   14:16 15:1,21
   17:20,25 18:11
   19:13,14 23:19
   24:10,23 26:5
   27:1 30:24
   31:7 32:5,23
   32:24,25 33:4
   33:5,17,23
   34:16 36:12
   39:10 41:14
   42:9 44:18
   46:10 47:13,15
   48:5,16,21
   49:13 50:1
   51:3,21 52:18
   53:17 56:7,11
   56:19,19 58:8
   58:20,24 60:6
   60:25
**third** 22:4 25:13
   25:14 43:1
   50:3
**THOMAS** 4:16
**thoroughly**
   24:15
**thought** 6:20
   12:24 23:13
   51:15 57:11,13
**three** 7:8 10:19
   40:25 50:12,16
   55:12
**three-page**
   39:13
**thrown** 33:21
**Thursday** 11:12
   20:18,21
**tighter** 7:20
**Tim** 18:4
**time** 7:23 10:21
   13:16 18:20,23

20:13 22:24
   23:10 30:10,17
   31:3,4 38:9,17
   44:19 48:2
   54:18 55:16
   63:7
**times** 15:25
   16:15 28:17
   40:16
**timing** 48:5
**Tinto** 19:21
   44:18
**Tisi** 3:22 5:24,25
   6:17,24 7:1,12
   7:17 13:13,17
   13:20,23 14:13
   14:24 15:19
   16:2 18:1 19:6
   19:19 20:15,22
   22:5 27:1,8,11
   28:18,20 29:20
   31:2,7,15
   32:11 33:16
   34:1,4,16
   35:11,17 36:10
   36:21,24 37:16
   37:20 38:25
   39:1,8,15 41:8
   41:19,20,22
   42:17,20,24
   43:12,19,22
   45:9,14,18,24
   46:2,6,10,15
   46:18,25 47:6
   52:14,22 53:7
   53:9,14,19
   54:2,10,20,24
   55:2,14 56:7
   56:23 57:22
   59:2,11,15,19
   59:23 60:2,8
   60:12,21 61:11
   62:3,8
**Tisi's** 26:10,11
**tlocke@seyfar...**
   4:18

DocuSign Envelope ID: 91883768-109B-4A28-A7A7-97CAS7759AF5

today 5:6 20:18
20:19 61:20
told 39:15
Tolovsky 10:25
tomorrow 5:7
12:16,19 20:13
20:18 25:10
48:11 62:10
top 18:3 39:16
50:23
topic 44:13
topics 38:13
toxicology 44:4
44:5
track 40:8
train 30:6
transcript 2:6
63:6
trial 10:8 31:24
59:20
tried 9:15 11:15
19:8
troublesome 6:8
troubling 35:19
true 47:8,8 63:6
try 8:4 20:23
28:11
trying 8:5 17:4,8
23:2,17 27:20
30:5 34:14,20
34:23 38:18
40:8 43:13
47:18 48:11
49:16 53:11
56:25 58:13
turn 6:13
turns 29:3,9
42:22
two 6:2 7:13,14
8:19 10:19
11:9 16:20
18:2 19:20
20:22,24 22:3
24:25,25 25:13
25:14 26:9
30:15 39:20

43:4,20,24
44:23 50:15
53:9 55:11,13
two-page 15:4
Tylenol 10:9
type 26:16 62:6
typically 37:10

_____

**U**

Um-hum 21:7
underneath
11:22,23 44:12
understand 9:19
22:13,15 52:18
52:23 54:15
55:14 56:2
understanding
9:1 15:3 52:10
understood 6:9
10:20,22 11:11
40:7 59:6
undue 53:23
unforeseen 55:8
UNITED 1:1
unredact 19:5
19:10 21:22
24:25 25:12
26:3
unredacted 5:17
18:6 24:8
25:19 41:1
unsatisfactory
14:16
unsophisticated
14:8
unusual 53:21
55:7 58:19
61:4,5,6
upcoming 6:12
update 34:25
use 16:22 33:7
useful 30:22
uses 43:5
USMJ 1:14

_____

**V**

V 3:22
vagaries 28:13
Valsartan 8:17
varies 27:22
variety 27:19
vast 11:4
vendor 49:15
vendor's 47:18
verbiage 32:12
version 6:5
11:19
VIDEOCONF...
1:6 2:11
Videoconfere...
1:19
view 10:10 12:4
20:5
viewing 45:5
viewpoints 16:9
views 17:15
virtual 15:18
virtually 12:17
volume 53:23

_____

**W**

W-I-L-L-E 7:7
wages 38:1
wait 53:11 55:1
waiver 50:6
WALKER 4:23
walking 46:21
want 8:2 14:18
15:19,24 16:2
16:4 17:24
23:9,12 25:16
25:18 26:3,5
29:21 30:14
33:22 34:12
35:17 36:11,19
36:24 38:16
39:4,20 40:9
40:21 43:8,9
44:14,25 47:12
48:18 52:14
54:14 59:23
61:8,23

wanted 9:19
19:4 29:18
35:6 40:19
45:7 48:6 54:5
54:10,17 61:13
wants 58:24
WASHINGT...
3:5 4:10,17
wasn't 18:11
47:4 54:1
56:23
waste 23:10
watched 39:25
Watching 46:25
way 7:20,22
9:15 16:4
17:21,21,25
38:14 39:19
51:12 58:6,8
59:4
we'll 5:22,22
13:21 15:5,8
31:5 33:3
39:13,14 43:11
43:12 51:11
52:12 61:16,21
we're 5:3 6:18
11:9,10 16:8
16:20 17:3,8
23:2 26:10
33:5 34:9 35:6
36:5,14 40:10
40:11,11,12
43:3 47:9 48:9
48:9 49:2,6,16
49:17 51:19
56:17
we've 8:9 15:23
16:23 17:2
28:3 31:19
34:14 38:21
40:15 41:15,25
42:7 45:6
47:23 49:7,8
52:20 56:15
58:8

Wednesday 1:11
20:19
week 31:5 34:11
47:11 48:2,21
weekend 19:8
weeks 30:15
55:13
welcome 46:13
went 18:14 28:2
32:12
weren't 38:13
White 1:20
Wille 7:7 11:6
41:18 42:6
willing 25:12
windup 47:25
wish 17:5 20:14
withheld 51:6
witness 9:6
10:24,25 11:6
11:7,8 12:16
12:19,25 23:15
25:12 29:2,6
29:18 38:20
39:23 42:2,2
52:12 54:7,12
59:25 61:10
witness' 21:10
32:15
witnesses 6:11
6:12 7:6 8:21
9:20 12:15
13:1,5 37:3,4
37:11 38:9,21
39:23 41:23,24
word 35:4 36:11
words 19:16
23:5 25:18
27:8 33:21
work 8:3 17:25
18:16,19 20:2
20:10 32:1,10
33:25 39:11
41:3 44:8
47:11 49:20
51:1 58:18

61:17
**worked** 8:18
  11:4 14:15
  33:17 39:24
**working** 7:24
  10:8,11,15
  11:20 15:23
  18:13,21 42:14
  43:4 44:2
  47:14,23 48:24
  53:9,14 56:18
  56:25 58:12
**works** 15:22
**world** 29:10
  57:13,18
**worth** 39:6
**worthwhile**
  39:10
**wouldn't** 39:22
  40:3
**write** 39:12
**writing** 53:16
**written** 5:11
**wrong** 56:2,8,9

**X**

**X** 42:16
**XIO857** 63:21

**Y**

**yeah** 20:22
  31:15 34:4
  41:19 43:12
  52:5 57:22
**year** 10:14,14
  18:18 21:18
  23:25 24:7
  25:24,25 32:2
  37:11,23 44:8
  44:18,25
**year-end** 45:1
  45:15
**yearly** 9:3 12:11
  13:6
**years** 11:5 28:3
  45:7 58:20

**yesterday** 36:5
**YORK** 4:10

**Z**

**Zoom** 1:5 2:11
  5:9 16:22
  43:11 61:21

**0**

**07701** 3:17
**07932** 4:3
**08106** 1:21

**1**

**127** 3:16
**1440** 4:10
**1825** 3:5
**18th** 53:25 55:4
  55:12
**19** 1:11
**1999** 35:22,23

**2**

**2** 18:3
**20** 63:21
**20004** 4:17
**20005** 4:10
**2006** 3:5
**2008** 11:20
**202-371-7410**
  4:11
**202-759-7648**
  3:6
**202-828-5376**
  4:18
**2021** 1:11 63:20
  63:21
**215-567-3500**
  3:17
**215-567-6019**
  3:18
**218** 3:10
**22nd** 53:6 57:14
**23rd** 53:6

**3**

**3:16-md-2738-...**

1:2
**3:59** 2:12
**30** 11:5 58:19
**30-year** 11:3
**30(b)(6)** 40:6
**30X100085700**
  2:9
**316** 3:23
**32502** 3:23
**334-954-7555**
  3:12
**36104** 3:11

**4**

**4160** 3:11

**5**

**5** 63:20
**515** 1:20

**6**

**6** 23:25,25 24:7
**600** 4:3

**7**

**732-747-9003**
  3:18

**8**

**800-277-1193**
  3:24
**800-674-9725**
  3:6
**800-898-2034**
  3:12
**850-435-7000**
  3:24
**856-488-7797**
  1:15
**856-546-1100**
  1:22

**9**

**90-plus** 42:3
**95** 37:3 38:23
**973-360-9831**
  4:4

**973-549-7350**
  4:4
**975** 4:17