## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th day of May, 2021.

/s/ Jennifer L. Orendi