**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATOIN** | **Civil Action No.:** 3:16-md-2738-FLW-LHG |
| *This document relates to:* Case No.: 3:21-cv-11760-FLW-LHG Crystal N. Pugh as Administratrix of the Estate of Brenda Ann Roper-Pugh, deceased v. Johnson & Johnson, et al. | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 26, 2021, on behalf of Crystal N. Pugh as Administratrix of the Estate of Brenda Ann Roper-Pugh, deceased.

Respectfully submitted this 26th day of May 2021.

*s/ Charles James, II*
CHARLES JAMES, II
Counsel for Plaintiff
**SERIOUS INJURY LAW GROUP, P.C.**
418 Scott Street
Montgomery, Alabama 36104
(334) 832-1001    Telephone
(334) 832-1002    Facsimile
chuck@seriouslawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

*s/ Charles James, II*
CHARLES JAMES, II