# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br><br>*Tina Metcalf-Stem and Kenneth Stem, h/w v. Johnson & Johnson, et al.*,<br> *Case No.*: **3:21-cv-11776** | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on May 26, 2021 on behalf of Tina Metcalf-Stem and Kenneth Stem.

Dated: May 26, 2021

                        Respectfully submitted by,

                        /s/ Lawrence R. Cohan
                        Lawrence R. Cohan, Esq.
                        Joshua C. Cohan, Esq.
                        **SALTZ MONGELUZZI & BENDESKY P.C.**
                        One Liberty Place
                        1650 Market St, 52nd Floor
                        Philadelphia, PA 19103
                        lcohan@smbb.com
                        jcohan@smbb.com
                        (215) 575-3887 (Phone)
                        (215) 496-0999 (Fax)

                        *Attorneys for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2021 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Lawrence R. Cohan*
Lawrence R. Cohan