**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>**Madeline Tidwell and Edward Tidwell, her husband** | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on May 26, 2021, on behalf of Plaintiffs, Madeline Tidwell and Edward Tidwell, her husband.

Date:  May 26, 2021

Respectfully Submitted,

*/s/ James L. Ferraro, Jr.*
James L. Ferraro, Jr., Esq.
Florida Bar No: 107494
The Ferraro Law Firm, P.A.
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Telephone: (305) 375-0111
Facsimile: (305) 379-6222
JJR@ferrarolaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 26, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                */s/ James L. Ferraro, Jr.*
                James L. Ferraro, Jr., Esq.
                Florida Bar No: 107494
                The Ferraro Law Firm, P.A.
                600 Brickell Avenue, Suite 3800
                Miami, Florida 33131
                Telephone: (305) 375-0111
                Facsimile: (305) 379-6222
                JJR@ferrarolaw.com