**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**
*Heather Pulver vs. Johnson & Johnson, et al.*
*Case No.:  3:21-cv-9634-FLW-LHG*

MDL NO. 2738 (FLW) (LHG)

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Heather Pulver.

This 27th day of May 2021.

Respectfully submitted,

ONDERLAW, LLC

By:   */s/ W. Wylie Blair*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of May 2021.

*/s/ W. Wylie Blair*