## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>***Lan N. Lam v. Johnson & Johnson, et al.***<br>***Case No. 3:21-cv-11673-FLW-LHG*** | **MDL NO. 16-2738 (FLW)(LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lan N. Lam.

Dated: May 27, 2021.

Respectfully submitted,

GOLDENBERG HELLER & ANTOGNOLI, P.C.


By:  ***/s/  Thomas J. Lech***_____
       Thomas J. Lech
       2227 South State Route 157
       Edwardsville, IL  62025
       Phone: (618) 656-5150
       Fax:  (618) 656-6230
       E-mail: tlech@ghalaw.com
       ***Attorneys for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document was filed and electronically served

by way of the Court's electronic filing system on this 27th day of May, 2021.

/s/    *Thomas J. Lech*