**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Chastity Parsons vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-7019-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Chastity Parsons.

This 27th day of May 2021.

            Respectfully submitted,

            ONDERLAW, LLC

By: */s/ James G. Onder*
   James G. Onder, #38049 MO
   William W. Blair, #58196 MO
   Stephanie L. Rados, #65117 MO
   110 E. Lockwood, 2nd Floor
   St. Louis, MO  63119
   314-963-9000 telephone
   314-963-1700 facsimile
   onder@onderlaw.com
   blair@onderlaw.com
   rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of May 2021.

*/s/ James G. Onder*