## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Angelica DeLeon vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-7027-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Angelica DeLeon.

This 27th day of May 2021.

                                                  Respectfully submitted,

                                                  ONDERLAW, LLC

By:    */s/ James G. Onder*
          James G. Onder, #38049 MO
          William W. Blair, #58196 MO
          Stephanie L. Rados, #65117 MO
          110 E. Lockwood, 2nd Floor
          St. Louis, MO  63119
          314-963-9000 telephone
          314-963-1700 facsimile
          onder@onderlaw.com
          blair@onderlaw.com
          rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of March 2020.

*/s/ James G. Onder*