UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*John Meitzler, Individually and as the Anticipated Personal Representative of the Estate of Lana Meitzler, Deceased vs. Johnson & Johnson, et al.*
Case No.: 3:21-cv-7030-FLW-LHG

MDL NO. 2738 (FLW) (LHG)

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, John Meitzler, Individually and as the Anticipated Personal Representative of the Estate of Lana Meitzler, Deceased.

This 28th day of May 2021.

Respectfully submitted,

ONDERLAW, LLC

By: */s/ James G. Onder*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of May 2021.

<u>*/s/ James G. Onder*</u>