UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02738-FLW-LHG<br><br>Honorable Freda L. Wolfson<br>Honorable Lois H. Goodman |
| This Document Relates to:<br><br>ALL CASES | JURY TRIAL DEMANDED |

### NOTICE OF CHANGE OF LAW FIRM NAME AND EMAIL ADDRESS

TO THE COURT AND ALL ATTORNEYS OF RECORD:

Pursuant to Local Rule of this Court, please take notice that effective immediately, SANDERS PHILLIPS GROSSMAN, LLC has changed its name to MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC. Mailing address and telephone number remain the same, but there has been a change of email address from rkassan@thesandersfirm.com to rkassan@milberg.com.

Dated: May 28, 2021

Respectfully Submitted,

/s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
(516) 741-5600 (tel)
(516) 741-0128 (fax)
rkassan@milberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I filed the foregoing document via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Date: May 28, 2021

*/s/ Randi Kassan*
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
(516) 741-5600 (tel)
(516) 741-0128 (fax)
rkassan@milberg.com