THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

ALABAMA
Center for Health Statistics
ALABAMA CERTIFICATE OF DEATH  State File Number 101  2019-46505

| | |
|---|---|
| 1. DECEASED LEGAL NAME: Joanna Gramling | 2. DATE AND TIME OF DEATH: Nov 24, 2019 1402 |
| 3. ALIAS NAME (IF ANY): None Given | 4. DATE AND TIME PRONOUNCED DEAD: |
| 5. COUNTY OF DEATH: Jefferson | 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE: Birmingham, 35233 | 7. PLACE OF DEATH: University of Alabama Hospital |
| 8. SEX: Female | 9. LAST NAME PRIOR TO FIRST MARRIAGE: Gramling | 10. SERVED IN ARMED FORCES: No |
| 11. AGE: 62 | 12. DATE OF BIRTH: May 12, 1957 | 13. BIRTHPLACE: Louisiana | 14. SOCIAL SECURITY NUMBER: [redacted] |
| 15. MARITAL STATUS: Divorced | 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE: | 17. RESIDENCE STATE: Alabama |
| 18. RESIDENCE COUNTY: Etowah | 19. CITY, TOWN OR LOCATION AND ZIP CODE: Gadsden, 35903 | 20. STREET ADDRESS: 323 Riverside Drive |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS: Janice Mayhall, Sister, 2321 Timber Ridge Circle, Vestavia, AL 35243 | | |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE: Joseph L Gramling | 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE: Virginia Buttram | |
| 24. DISPOSITION OF BODY: Burial | 25. CEMETERY OR CREMATORY: Forrest Cemetery | 26. LOCATION: Gadsden, Alabama |
| 27. DATE OF DISPOSITION: Dec 3, 2019 | 28. FUNERAL DIRECTOR: Jill Autumn Bouldin | 29. LICENSE NUMBER: 05646 | 30. DATE SIGNED: Dec 3, 2019 |
| 31. FUNERAL HOME NAME AND ADDRESS: Collier-Butler Funeral Home, P O Box 460, Gadsden, AL 35902 | 32. LICENSE NUMBER: 00501 |

33. MEDICAL CERTIFICATION: Certifying Physician

| | |
|---|---|
| 34. NAME: Trisha Parekh DO | 35. LICENSE NUMBER: 1431 | 36. DATE SIGNED: Nov 26, 2019 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: 619 South Nineteenth Street, Birmingham, Alabama 35233 | |
| 38. REGISTRAR: Nicole Henderson Rushing | 39. DATE FILED: Dec 3, 2019 |

CAUSE OF DEATH

40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH

| | INTERVAL |
|---|---|
| IMMEDIATE CAUSE A. Septic Shock | Unknown |
| DUE TO (OR AS A CONSEQUENCE OF): | |
| B. | |
| DUE TO (OR AS A CONSEQUENCE OF): | |
| C. | |
| DUE TO (OR AS A CONSEQUENCE OF): | |
| D. | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH

| 42. MANNER OF DEATH | 43. PREGNANT (IF FEMALE) | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | | No | | No | | No |

49. HOW INJURY OCCURRED

| 50. DATE AND TIME OF INJURY | 51. INJURY AT WORK | 52. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|
| 53. PLACE OF INJURY | 54. LOCATION OF INJURY | |

ADPH HS E2/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2019-488-885-5

December 3, 2019

Nicole H. Rushing
Nicole Henderson Rushing
State Registrar of Vital Statistics