UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Joanna Gramling vs. Johnson & Johnson, et al. Case No.: 3:20-cv-06510 | MDL No. 2738 (FLW) (LHG) |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Terri Gramling Bryan, next of kin to Joanna Gramling, and pursuant to Fed.R.Civ.P. 25(a), moves to substitute herself as Plaintiff in this action based upon the death of Joanna Gramling on November 24, 2019. Letters of Administration issued to Terri Gramling Bryan are attached as Exhibit A.

A Notice/Suggestion of Death was filed in this matter on May 28, 2021 (Doc.# 22064).

Dated: May 28, 2021.   Respectfully Submitted by,

/s/ *William L. Bross*
William L. Bross
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 380-8072
Email: william@hgdlawfirm.com

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 28, 2021 this document was filed and electronically served by way of the Court's electronic filing system.

/s/ *William L. Bross*
Of Counsel
