# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Joanna Gramling vs. Johnson & Johnson, et al. Case No.: 3:20-cv-06510** | MDL No. 2738 (FLW) (LHG) |

## ORDER

Considering the foregoing Motion to Substitute (Doc. \_\_\_\_);

**IT IS ORDERED** that the Plaintiff's Motion to Substitute Party is hereby **GRANTED**, and that Terri Gramling Bryan, on behalf of Joanna Gramling, deceased, and the Estate of Joanna Gramling, be substituted as the proper party plaintiff.

DONE and ORDERED this _____ day of _____, _____.

_____
Hon. Freda L. Wolfson
United States District Judge