UNITED STAES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>TAMMIE EPPS ,<br><br>                Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC.,<br>                Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS GOODMAN<br><br><br>Civil Action No.: 3:21-cv-11985 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 30, 2021 on behalf of Plaintiff, Tammie Epps.

Dated: 5/30/2021

Respectfully Submitted by,

*/s/ Peter A. Miller*
Peter A. Miller (VA# 47822)
Miller DellaFera PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (888) 830-1488
pmiller@millerdellafera.com

**Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Filing was served on all parties of record via the District of New Jersey electronic filing system on May 30, 2021.

*/s/ Peter A. Miller*
Peter A. Miller