# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION  ⎞⎟⎟⎟⎠ | MDL Docket No. 2738 |
| This Document Relates To All Cases | |

**THIS MATTER** having been brought before the Court pursuant to the March 3, 2021 Order regarding the schedule for motions to exclude and/or dispositive motions in the Stage Three cases, and for good cause shown;

IT IS on this 1st day of June, 2021

**ORDERED** that the schedule for motions in the Stage Three cases is as follows:

1. Dispositive motions, including *Daubert* motions, shall be filed by December 21, 2021;

2. Oppositions to any dispositive or *Daubert* motions shall be filed by January 21, 2022; and

3. Replies in further support of any dispositive or *Daubert* motions shall be filed by February 4, 2022.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson,
U.S. Chief District Judge