**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM** | |
| **POWDER PRODUCTS MARKETING, SALES** | MDL No. 16-2738 (FLW) (LHG) |
| | JUDGE FREDA L. WOFLSON |
| **PRACTICES AND PRODUCTS LIABILITY** | MAG. JUDGE LOIS H. GOODMAN |
| **LITIGATION** | |
| | Case No.: _____ |
| _____, | |
| Plaintiffs, | DIRECT FILED ACTION |
| v. | |
| Johnson & Johnson, et al., | |
| Defendants. | |

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on_____, 20 \_\_\_, on behalf of Plaintiff_____.

*/s/Jason P. Foster*_____
Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
Jason P. Foster, Esq. (WV Bar# 10593)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com

Dated: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on_____, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/Jason P. Foster*
Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
Jason P. Foster, Esq. (WV Bar #10593)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com