Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) |
| This document relates to:  Ruby Jones v. Johnson & Johnson, et al.;  Case No. 3:21-cv-09065 | )<br>)<br>) |

Civil No. 3:16-md-2738-FLW-LHG

MDL NO. 2738

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 13, 2021 on behalf of Plaintiff, Ruby Jones.

Dated: June 2, 2021

*/s/ Jonas Mann*
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I  hereby  certify  that on June 2, 2021,  a  copy  of  the   foregoing  NOTICE OF

FILING was  filed  via  the  Court's  CM/ECF  electronic  filing  system.  Notice  of this filing

will  be sent  by  operation  of  the  Court's  electronic  filing  system  to  all  parties   indicated

on   the  electronic  filing  receipt. Parties may access this filing through the Court's system.


*/s/ Jonas Mann*
Jonas Mann

Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:  Frank Moore, Individually and O/B/O Dorothy Marie Davis (Deceased) v. Johnson & Johnson, et al.; Case No. 3:21-cv-03636  ) ) ) | |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 26, 2021 on behalf of Plaintiff, Frank Moore, Individually and o/b/o Dorothy Marie Davis (Deceased).

Dated: March 4, 2021

*/s/ Jonas Mann*
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>/s/ Jonas Mann</u>
Jonas Mann

Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |
| This document relates to:  Jessica Montgomery v. Johnson & Johnson, et al.; Case No. 3:21-CV-03647 ) ) ) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 26, 2021 on behalf of Plaintiff, Jessica Montgomery.

Dated: March 4, 2021

/s/ Jonas Mann
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>*/s/ Jonas Mann*</u>
Jonas Mann

Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Civil No. 3:16-md-2738-FLW-LHG ) ) MDL NO. 2738 ) |
| This document relates to:  Bernadette Lopez v. Johnson & Johnson, et al.; Case No. 3:21-CV-03642 | ) ) ) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 26, 2021 on behalf of Plaintiff, Bernadette Lopez.

Dated: March 4, 2021

*/s/ Jonas Mann*
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jonas Mann*
Jonas Mann

Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  Civil No. 3:16-md-2738-FLW-LHG )  )  MDL NO. 2738 ) |
| This document relates to:  Luella M. Gordon, Individually and o/b/o Carolyn Wallace (Deceased) v. Johnson & Johnson, et al.; Case No. 3:21-CV-03650 | )  )  )  ) |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand was filed on February 26, 2021 on

behalf of Plaintiff, Luella M. Gordon, Individually and o/b/o Carolyn Wallace (Deceased).

Dated: March 4, 2021

*/s/ Jonas Mann*
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>*/s/ Jonas Mann*</u>
Jonas Mann

Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG |
| | MDL NO. 2738 |
| This document relates to:  Vaishali Patel v. Johnson & Johnson, et al.;  Case No. 3:21-cv-00482 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on January 11, 2021 on behalf of Plaintiff, Vaishali Patel.

Dated: March 4, 2021

/s/ Jonas Mann
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jonas Mann*
Jonas Mann

Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| | Civil No. 3:16-md-2738-FLW-LHG |
| | MDL NO. 2738 |
| This document relates to:  John R. Lillis, Individually and o/b/o Constance D. Lillis (Deceased) v. Johnson & Johnson, et al.; Case No. 3:20-CV-20610 | ) ) ) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 30, 2020 on behalf of Plaintiff, John R. Lillis, Individually and o/b/o Constance D. Lillis (Deceased).

Dated: March 4, 2021

*/s/ Jonas Mann*
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jonas Mann*
Jonas Mann

Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG <br><br> MDL NO. 2738 |
| This document relates to: <u>Yolanda Woodard v. Johnson & Johnson, et al.;</u> <u>Case No. 3:21-CV-03652</u> | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 26, 2021 on behalf of Plaintiff, Yolanda Woodard.

Dated: March 4, 2021

*/s/ Jonas Mann*
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jonas Mann*
Jonas Mann

Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | Civil No. 3:16-md-2738-FLW-LHG<br><br>MDL NO. 2738 |
| This document relates to:  Deborah Lee Fontaine v. Johnson & Johnson, et al.;  Case No. 3:21-CV-03639  ) ) ) | |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 26, 2021 on behalf of Plaintiff, Deborah Lee Fontaine.

Dated: March 4, 2021

*/s/ Jonas Mann*
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 4, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>*/s/ Jonas Mann*</u>
Jonas Mann

Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION )  )  )  )  )  This document relates to:  Elsa Salguero v.  Johnson & Johnson, et al.;  Case No. 3:21-CV-03648  ) | Civil No. 3:16-md-2738-FLW-LHG  MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 26, 2021 on behalf of Plaintiff, Elsa Salguero.


Dated: March 4, 2021

*/s/ Jonas Mann*
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jonas Mann*
Jonas Mann

Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LHG <br><br> MDL NO. 2738 |
| This document relates to:  Jacqueline Miller v. Johnson & Johnson, et al.; Case No. 3:21-CV-03646 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 26, 2021 on behalf of Plaintiff, Jacqueline Miller.

Dated: March 4, 2021

*/s/ Jonas Mann*
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jonas Mann*
Jonas Mann