UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Related To All Cases* | 16-md-2738 (FLW) (LHG)<br><br>**ORDER** |

**THE COURT** having *sua sponte* raised the issue of how to best assist *pro se* plaintiffs in this matter; the Court having separately consulted with Lead Plaintiff's counsel, with Defendants' consent, as to this issue by teleconference on April 21, 2021; counsel having conferred and responded on May 4, 2021 with recommendations as to how to assist *pro se* plaintiffs, and again on May 24, 2021 with a nominee for the role of Pro Se Liaison Counsel; the Court having considered those recommendations and having found them appropriate with some modification; and for good cause shown,

**IT IS** on this **3rd** day of **June, 2021,**

**ORDERED** that Vicki Maniatis, Esq., of The Sanders Law Firm, is hereby appointed to the role of Pro Se Liaison Counsel; and it is further

**ORDERED** that the duties of the Pro Se Liaison Counsel shall be as follows:

1. Disseminate information from the Court to *pro se* plaintiffs;
2. Advise *pro se* plaintiffs that they may retain counsel and provide *pro se* plaintiffs with the name and contact information for counsel handling Talc MDL matters in the jurisdiction in which the *pro se* plaintiff resides;
3. Track all communications to *pro se* plaintiffs;
4. Communicate with *pro se* plaintiffs with regard to any proposed settlement, including providing pertinent information; and
5. Assist in the efficient administration of any global resolution that is reached.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**