UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Annie Bullock v. Johnson & Johnson, et al.*<br>Case No. 3:17-cv-05779 | ) MDL No. 3:16-md-02738 (FLW) (LHG)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of the above-referenced plaintiff in the above captioned matter.

Dated:  June 3, 2021    Respectfully Submitted,

                                          */s/ John J. Foley*
                                          John J. Foley
                                          **SIMMONS HANLY CONROY**
                                          One Court Street
                                          Alton, IL 62002
                                          Telephone:  618.259.2222
                                          Facsimile:  618.259.2251
                                          jfoley@simmonsfirm.com

                                          ***Attorney for Plaintiff***

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 3rd day of June, 2021 to all parties of interest.

*/s/ John F. Foley*
Trent B. Miracle