Brandi R. Hamilton
Richard R. Barrett
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com
rbb@rrblawfirm.net

*Attorneys for Plaintiff Jan Michael Winheld*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION  This document relates to: Jan Michael Winheld, individually and as the Personal Representatives of Linda Winheld, deceased; Case No: 3:17-cv-7060-FLW-LGH | Civil No. 3:17-cv-7060-FLW-LHG  MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Jan Michael Winheld.

Dated: June 3, 2021.

By: /s/ *Brandi R. Hamilton*
Brandi R. Hamilton
Richard R. Barrett
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
bhamilton@barrettlawgroup.com
rrb@rrblawfirm.net

## CERTIFICATE OF SERVICE

  I hereby certify that on June 3, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 */s/ Brandi R. Hamilton*
                 Brandi R. Hamilton