UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Marianne Zukowski v. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-12048 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Marianne Zukowski.

Dated: June 3, 2021

Respectfully submitted,

By: */s/ Brian R. Wood*
Brian R. Wood (NY #4989752)
**THE DIETRICH LAW FIRM P.C.**
101 John James Audubon Parkway
Buffalo, New York 14228
(716) 839-3939 (Tel)
(716) 970-4550 (Fax)
bwood@calljed.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 3rd day of June, 2021.

*Brian R. Wood, Esq.*