# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCMENT RELATES TO:**<br><br>*Janice Dear and Grady Dear, h/w*<br><br>*v.*<br><br>*Johnson and Johnson Company, et. al.*<br><br>Case No.: **3:21-cv-12069** | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on June 2, 2021 on behalf of Janice Dear and Grady Dear, h/w.

Dated: June 3, 2021

        Respectfully submitted by,

        /s/ Lawrence R. Cohan
        Lawrence R. Cohan, Esq.
        Joshua C. Cohan, Esq.
        **SALTZ MONGELUZZI & BENDESKY P.C.**
        One Liberty Place
        1650 Market St, 52nd Floor
        Philadelphia, PA 19103
        lcohan@smbb.com
        jcohan@smbb.com
        (215) 575-3887 (Phone)
        (215) 496-0999 (Fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2021 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                     /s/ Lawrence R. Cohan