UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:** <br><br> *JORGE M. VELAZQUEZ, AS SURVIVING SPOUSE OF ESTELA VELAZQUEZ, DECEASED, AND JOSE LUIS VELAZQUEZ, INDIVIDUALLY AND AS PROPOSED PERSONAL REPRESENTATIVE OF THE ESTATE OF ESTELA VELAZQUEZ, DECEASED v. JOHNSON & JOHNSON, ET AL.* <br><br> Case No.: 3:21-cv-3626 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jorge M. Velazquez, as Surviving Spouse of Estela Velazquez, Deceased, and Jose Luis Velazquez, Individually and as Proposed Personal Representative of the Estate of Estela Velazquez, Deceased.

Dated: June 3, 2021

Respectfully submitted,

**DALIMONTE RUEB LLP**

By: */s/ Jennifer L. Orendi*
Jennifer L. Orendi (DC #489615)
John A. Dalimonte (MA #554554)
Gregory D. Rueb (CA #154589)
1250 Connecticut Avenue NW, Suite 200
Washington, DC 20036
202-538-2790 (Tel)
202-261-3508 (Fax)
jorendi@drlawllp.com
john@drlawllp.com
greg@drlawllp.com
ATTORNEYS FOR PLAINTIFF