**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOFLSON** <br> **MAG. JUDGE LOIS H. GOODMAN** |
| This Document Relates to: <br><br> Jane M. Frye, et al. <br><br>       Plaintiffs, <br> v. <br><br> JOHNSON & JOHNSON, et al. <br><br>       Defendants. | Civil Action No.: 3:17-cv-02645 |

**STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned counsel hereby stipulates that Plaintiffs' complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

**AGREED:**

| | |
|---|---|
| By:   /s/ Nicholas C. Bonadio <br>  Nicholas C. Bonadio, Esq. <br>  nbonadio@lawpga.com <br>  Law Offices of Peter G. Angelos, P.C. <br>  100 North Charles Street, 22nd Floor <br>  Baltimore, Maryland 21201 <br>  410-649-2000 (Telephone) <br>  410-649-2151 (Facsimile) <br>  *Attorneys for Plaintiffs* <br><br> Dated: June 4, 2021 | By:  /s /Susan M. Sharko <br>  Faegre Drinker, Biddle & Reath, LLP <br>  Susan M. Sharko, Esq. <br>  600 Campus Drive <br>  Florham Park, NJ 07932 <br>  973-549-7350 (Telephone) <br>  973-360-9831 (Facsimile) <br>  susan.sharko@faegredrinker.com <br>  *Counsel for Defendants* <br>  *Johnson & Johnson and* <br>  *Johnson & Johnson Consumer Inc.* <br><br> Dated: June 4, 2021 |