**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) JUDGE FREDA L. WOFLSON MAG. JUDGE LOIS H. GOODMAN |
| This Document Relates to: Rita A. Hinkel <br><br> Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, et al. <br><br> Defendants. | Civil Action No.: 3:17-cv-1383 |

**STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned counsel hereby stipulates that Plaintiff's complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

**AGREED:**

By: */s/ Nicholas C. Bonadio*
Nicholas C. Bonadio, Esq.
nbonadio@lawpga.com
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street, 22nd Floor
Baltimore, Maryland 21201
410-649-2000 (Telephone)
410-649-2151 (Facsimile)
*Attorneys for Plaintiffs*

Dated: June 4, 2021

By: */s /Susan M. Sharko*
Faegre Drinker, Biddle & Reath, LLP
Susan M. Sharko, Esq.
600 Campus Drive
Florham Park, NJ 07932
973-549-7350 (Telephone)
973-360-9831 (Facsimile)
susan.sharko@faegredrinker.com
*Counsel for Defendants*
*Johnson & Johnson and*
*Johnson & Johnson Consumer Inc.*

Dated: June 4, 2021