Ellen Relkin (NJ Bar #006691985)
WEITZ & LUXENBERG P.C.
220 Lake Drive East #210
Cherry Hill, NJ 08002
(856) 755-1115
*Attorneys for Plaintiff Carmen Peramas*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Carmen Peramas v. Johnson & Johnson, et al. - Case No. 3:21-cv-12032 | Civil No. 3:16-md-2738-FLW-LHG |

### **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 1, 2021 on behalf of Plaintiff Carmen Peramas.

            */s/ Ellen Relkin*
            Ellen Relkin (NJ Bar # 006691985)
            WEITZ & LUXENBERG P.C.
            220 Lake Dr E #210
            Cherry Hill, NJ 08002
            Tel: (856) 755-1115
            Fax: (646) 293-7453
            erelkin@weitzlux.com

            Attorneys for Plaintiff Carmen Peramas

Dated: June 7, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 7, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Ellen Relkin*
      Ellen Relkin

      WEITZ & LUXENBERG P.C.