IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 3:16-02738 (FLW)(LHG)** |
| *This document relates to:*<br>*Joanne Conte v. Johnson & Johnson, et al.*<br>Member Case No: 3:21-cv-12197 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on June 7, 2021, on behalf of Plaintiff, Joanne Conte.

| | |
|---|---|
| **DATED:** 6/7/2021 | Respectfully submitted,<br><br>*/s/ Richard M. Golomb*<br>Richard M. Golomb, Esquire<br>**GOLOMB & HONIK, P.C.**<br>1835 Market Street, Suite 2900<br>Philadelphia, PA  19103<br>Phone: (215) 985-9177<br>Fax:    (215) 985-4169<br>Email:  rgolomb@golombhonik.com<br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **7th day of June, 2021**, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:    6/7/2021**

                                        */s/ Richard M. Golomb*
                                        Richard M. Golomb, Esquire
                                        **GOLOMB & HONIK, P.C.**
                                        1835 Market Street, Suite 2900
                                        Philadelphia, PA  19103
                                        Phone: (215) 985-9177
                                        Fax:    (215) 985-4169
                                        Email:  rgolomb@golombhonik.com

                                        *Attorney for Plaintiff*