UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 <br><br> Master Docket Case No. 3:16-md-2738 <br><br> Honorable Freda L. Wolfson |
| **THIS DOCUMENT RELATES TO:** <br><br> ROBERT HAINES ON BEHALF OF THE ESTATE OF SHARON HAINES <br><br> v. <br><br> JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER INC.; PERSONAL CARE PRODUCTS COUNCIL | Case No. 3:18-cv-1958 |

## PLAINTIFF'S NOTICE OF FIRM NAME AND ADDRESS CHANGE

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that counsel for Plaintiff hereby notifies this Court and all parties to this action that they can now be reached at the following law firm with the following updated contact information:

David J. Diamond
DIAMOND LAW
1700 E. River Road, #65237
Tucson, AZ 85728
P: (520) 497-2672
F: (520) 448-4466
Email: ddiamond@diamondlawusa.com;
khampton@diamondlawusa.com

Counsel will update ECF to reflect the same.

Dated this 9th day of June, 2021.

                Respectfully Submitted,

                */s/ David J. Diamond*
                David J. Diamond (AZ 010842)
                DIAMOND LAW
                1700 E. River Road, #65237
                Tucson, AZ 85728
                P: (520) 497-2672
                F: (520) 448-4466
                ddiamond@diamondlawusa.com

                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, David J. Diamond, hereby certify that on June 9, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                */s/ David J. Diamond*
                David J. Diamond