UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) JUDGE FREDA L. WOFLSON MAG. JUDGE LOIS H. GOODMAN |
| This Document Relates to: Sandra K. Dusenbery and John Dusenbery<br><br>Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>Defendants. | Civil Action No.: 3:17-cv-1484 |

## STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned counsel hereby stipulates that Plaintiff's complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

AGREED:

By: *[signature]*
Timothy S. Trecek
Habush Habush & Rottier, S.C.
777 E. Wisconsin Avenue, #2300
Milwaukee, WI 53202
Telephone: 414-271-0900
Facsimile: 414-271-6854
Email: ttrecek@habush.com
*Attorneys for Plaintiffs*

Dated: 6/4/21

By: /s/ Susan M. Sharko
Susan M. Sharko, Esq
Faegre Drinker, Biddle & Reath, LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: 973-549-7350
Facsimile: 973-360-9831
Email: susan.sharko@faegredrinker.com
*Counsel for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

Dated: 6/04/2021