**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**IN RE JOHNSON & JOHNSON "BABY**
**POWDER" and "SHOWER TO SHOWER"**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2738 (FLW) (LHG)**

**THIS DOCUMENT RELATES TO:**

*Ashley Puckett vs. Johnson & Johnson, et al.*
*Case No.:  3:21-cv-9840-FLW-LHG*

<u>**NOTICE OF FILING**</u>

   Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Ashley Puckett.

   This 9th day of June 2021.

         Respectfully submitted,

         ONDERLAW, LLC

  By:  */s/ W. Wylie Blair*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

**<u>Certificate of Service</u>**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of June 2021.

*<u>/s/ W. Wylie Blair</u>*