**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

<table>
<tr>
<td>

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Abner Caimpon, Individually and as the Anticipated Personal Representative of the Estate of Carmelita Caimpon, Deceased vs. Johnson & Johnson, et al.*
**Case No.:  3:21-cv-7244-FLW-LHG**
</td>
<td>

**MDL NO. 2738 (FLW) (LHG)**
</td>
</tr>
</table>

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Abner Caimpon, Individually and as the Anticipated Personal Representative of the Estate of Carmelita Caimpon, Deceased.*

This 9th day of June 2021.                          Respectfully submitted,


                                                   ONDERLAW, LLC

                                   By:      */s/ James G. Onder*
                                            James G. Onder, #38049 MO
                                            William W. Blair, #58196 MO
                                            Stephanie L. Rados, #65117 MO
                                            110 E. Lockwood, 2nd Floor
                                            St. Louis, MO  63119
                                            314-963-9000 telephone
                                            314-963-1700 facsimile
                                            onder@onderlaw.com
                                            blair@onderlaw.com
                                            rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of June 2021.

/s/ James G. Onder