## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON**<br><br>**TALCUM POWDER PRODUCTS**<br><br>**MARKETING, SALES PRACTICES,**<br><br>**AND PRODUCTS LIABILITY**<br><br>**LITIGATION**<br><br>This document relates to: Wilbourn v. Johnson & Johnson, et al. Docket Number: 3:21-cv-12270 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Karyn Wilbourn.

DATED: June 9, 2021

Respectfully submitted,

BY:    */s/ Edward Ruffo*
Edward Ruffo
Rheingold Giuffra Ruffo & Plotkin, LLP
551 5th Ave, 29th Floor
New York, NY 10176
Office: (212) 684-1880
Facsimile: (212) 689-8156
eruffo@rheingoldlaw.com
NJ Attorney ID: 017131992
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2021, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive services in this MDL.

BY:    */s/ Edward Ruffo*
Edward Ruffo
Rheingold Giuffra Ruffo & Plotkin, LLP
551 5th Ave, 29th Floor
New York, NY 10176
Office: (212) 684-1880
Facsimile: (212) 689-8156
eruffo@rheingoldlaw.com
NJ Attorney ID: 017131992
Attorneys for Plaintiff