**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Richard Cook, Individually and as the Anticipated Personal Representative of the Estate of Kathryn Cook, Deceased vs. Johnson & Johnson, et al.*<br>**Case No.: 3:21-cv-7325-FLW-LHG** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Richard Cook, Individually and as the Anticipated Personal Representative of the Estate of Kathryn Cook, Deceased.*

This 11th day of June 2021.        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ONDERLAW, LLC

By:　*/s/ James G. Onder*
　　　James G. Onder, #38049 MO
　　　William W. Blair, #58196 MO
　　　Stephanie L. Rados, #65117 MO
　　　110 E. Lockwood, 2nd Floor
　　　St. Louis, MO 63119
　　　314-963-9000 telephone
　　　314-963-1700 facsimile
　　　onder@onderlaw.com
　　　blair@onderlaw.com
　　　rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of June 2021.

_/s/ James G. Onder_