UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: *Anthony Topita, Administrator of the Estate of Jacqueline Crouse v. Johnson & Johnson, Inc. et. al* Case No.: 3:21-cv-12440 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Anthony Topita, Administrator of the Estate of Jaqueline Crouse.

Dated: June 11, 2021                         Respectfully submitted,

                                             By: */s/ Brian Wood*
                                             Brian Wood (NY #4989752)
                                             **THE DIETRICH LAW FIRM P.C.**
                                             101 John James Audubon Parkway
                                             Buffalo, New York 14228
                                             (716) 839-3939 (Tel)
                                             (716) 970-4550 (Fax)
                                             bwood@calljed.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of June, 2021.

                                             */s/ Brian R. Wood*