## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** |
| **THIS DOCMENT RELATES TO:** *Jessica Kahl v. Johnson and Johnson, et. al.* *Case No.:* **3:21-cv-12381** | |

### NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on June 10, 2021 on behalf of Jessica Kahl.

Dated: June 11, 2021

                                                                  Respectfully submitted by,

                                                                /s/ Lawrence R. Cohan
                                                                Lawrence R. Cohan, Esq.
                                                                Joshua C. Cohan, Esq.
                                                               **SALTZ MONGELUZZI & BENDESKY P.C.**
                                                                One Liberty Place
                                                                1650 Market St, 52nd Floor
                                                                Philadelphia, PA 19103
                                                                lcohan@smbb.com
                                                                jcohan@smbb.com
                                                                (215) 575-3887 (Phone)
                                                                (215) 496-0999 (Fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2021 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                /s/ Lawrence R. Cohan