**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Keith Sodders, Individually and as the Anticipated Personal Representative of the Estate of Carol Sodders, deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-8545-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Keith Sodders, individually and as Representative of the Estate of Carol Sodders, deceased.

This 14th day of June 2021.

> Respectfully submitted,
>
> ONDERLAW, LLC
>
> By:     */s/ Stephanie L. Rados*
>           James G. Onder, #38049 MO
>           William W. Blair, #58196 MO
>           Stephanie L. Rados, #65117 MO
>           110 E. Lockwood, 2nd Floor
>           St. Louis, MO  63119
>           314-963-9000 telephone
>           314-963-1700 facsimile
>           onder@onderlaw.com
>           blair@onderlaw.com
>           rados@onderlaw.com

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of June 2021.


              <u>/s/ Stephanie L. Rados</u>