**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>***Don Mahoney, as the Anticipated Personal Representative of the Estate of Constance Mahoney, Deceased vs. Johnson & Johnson, et al.***<br>***Case No.:  3:21-cv-6930-FLW-LHG*** | **MDL NO. 2738 (FLW) (LHG)** |

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, ***Don Mahoney, as the Anticipated Personal Representative of the Estate of Constance Mahoney, Deceased.***

This 14th day of June 2021.                    Respectfully submitted,


                                                                ONDERLAW, LLC

                                                By:      */s/ James G. Onder*
                                                         James G. Onder, #38049 MO
                                                         William W. Blair, #58196 MO
                                                         Stephanie L. Rados, #65117 MO
                                                         110 E. Lockwood, 2nd Floor
                                                         St. Louis, MO  63119
                                                         314-963-9000 telephone
                                                         314-963-1700 facsimile
                                                         onder@onderlaw.com
                                                         blair@onderlaw.com
                                                         rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of June 2021.


*/s/ James G. Onder*