DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Docket No. 3:16-md-2738-FLW-LHG

IN RE:

| | |
|---|---|
| JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | STATUS CONFERENCE VIA REMOTE ZOOM VIDEOCONFERENCE |

\*        \*        \*        \*

THURSDAY, JUNE 10, 2021

\*        \*        \*        \*

BEFORE:   SPECIAL MASTER JOEL SCHNEIDER, USMJ, RETIRED
          jschneider@mmwr.com
          856-488-7797

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

515 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

Case 3:16-md-02738-MAS-RLS   Document 22665   Filed 06/14/21   Page 2 of 37 PageID: 143788
DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

1

2

3

4

5

6                         Transcript of proceedings in the

7   above matter taken stenographically by

8   Theresa Mastroianni Kugler, Certified Court Reporter,

9   license number 30X100085700, Notary Public of the

10   State of New Jersey and the Commonwealth of

11   Pennsylvania, VIA ZOOM REMOTE VIDEOCONFERENCE,

12   commencing at 3:58 PM.

13

14

15

16

17

18

19

20

21

22

23

24

25

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

```
 1
     A P P E A R A N C E S:
 2

 3
          MOTLEY RICE, LLC
 4        BY:  DANIEL R. LAPINSKI, ESQUIRE
          210 LAKE DRIVE EAST - SUITE 101
 5        CHERRY HILL, NEW JERSEY  08002
          856-667-0500
 6        FAX - 856-667-5133
          800-768-4026
 7        dlapinski@motleyrice.com
          ATTORNEYS FOR THE PLAINTIFFS
 8

 9
          ASHCRAFT & GEREL, LLP
10        BY:  MICHELLE A. PARFITT, ESQUIRE
          1825 K STREET, NW
11        WASHINGTON, DC  2006
          800-674-9725
12        202-759-7648
          mparfitt@ashcraftlaw.com
13        ATTORNEYS FOR THE PLAINTIFFS
14

15        BEASLEY ALLEN LAW FIRM
          BY:  LEIGH O'DELL, ESQUIRE
16        218 COMMERCE STREET
          P.O. BOX 4160
17        MONTGOMERY, ALABAMA  36104
          800-898-2034
18        FAX - 334-954-7555
          leigh.odell@beasleyallen.com
19        ATTORNEYS FOR THE PLAINTIFFS
20

21        COHEN, PLACITELLA & ROTH, PC
          BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
22        127 MAPLE AVENUE
          RED BANK, NEW JERSEY  07701
23        215-567-3500
          732-747-9003
24        FAX - 215-567-6019
          cplacitella@cprlaw.com
25        ATTORNEYS FOR THE PLAINTIFFS
```

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 4

```
 1
 2          FAEGRE DRINKER BIDDLE & REATH, LLP
            BY:  SUSAN M. SHARKO, ESQUIRE
 3          600 CAMPUS
            FLORHAM PARK, NEW JERSEY  07932
 4          DIRECT - 973-549-7350
            FAX - 973-360-9831
 5          susan.sharko@faegredrinker.com
            ATTORNEYS FOR THE DEFENDANT,
 6          JOHNSON & JOHNSON and JOHNSON & JOHNSON
            CONSUMER COMPANIES, INC.,
 7          now known as JOHNSON & JOHNSON CONSUMER, INC.
 8
 9          SKADDEN ARPS, SLATE, MEAGHER & FLOM, LLP
            BY:  RICHARD T. BERNARDO, ESQUIRE
10               - and -
            BY:  JESSICA D. MILLER, ESQUIRE
11               - and -
            BY:  JOHN H. BEISNER, ESQUIRE
12          1440 NEW YORK AVENUE, NW
            WASHINGTON, DC  20005
13          202-371-7410
            john.beisner@skadden.com
14          richard.bernardo@skadden.com
            ATTORNEYS FOR THE DEFENDANT,
15          JOHNSON & JOHNSON and JOHNSON & JOHNSON
            CONSUMER COMPANIES, INC.,
16          now known as JOHNSON & JOHNSON CONSUMER, INC.
17
18          SEYFARTH SHAW, LLP
            BY:  THOMAS T. LOCKE, ESQUIRE
19          975 F STREET, NW
            WASHINGTON, DC  20004
20          202-828-5376
            tlocke@seyfarth.com
21          ATTORNEYS FOR THE DEFENDANT,
            PERSONAL CARE PRODUCTS COUNCIL
22
23     A L S O   P R E S E N T:
24
25          MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
```

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

1            SPECIAL MASTER SCHNEIDER:   Let's go on

2     the record.   Thank you everyone for being available

3     on short notice.

4               As I said in my email, I've been

5     spending a lot of time going over the in camera

6     documents and it occurred to me that there are a

7     number of what I call background questions about the

8     documents.   I'd like to make sure I'm not missing

9     something because when we argue the issues on the

10    18th, I'd like to focus just on substantive issues.

11              I do not envision today we're going to

12    do any argument, but just try to get the logistics in

13    order so we can just focus on the merits and the

14    issues when we argue the privilege dispute.

15              In general fashion, like I set forth in

16    my email, unless I'm just missing something as clear

17    as day, it's just obvious to me that I am unable to

18    determine if some of the documents included in this

19    binder are privileged without referencing some other

20    documents that aren't attached.   And it occurred to

21    me after I sent the email out that that might be

22    caused by the fact that that's just the way plaintiff

23    designated documents from defendant's privilege log.

24              So that's the first issue.

25              And the second issue is:   You all,

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 6

```
 1    plaintiffs, have received the descriptions that
 2    accompany each of the documents.  They're attached to
 3    plaintiffs' brief.  They're in the nature of argument
 4    really.
 5               And, Mr. Bernardo, with all due
 6    respect, from reviewing those descriptions, some of
 7    the characterization of what the document says or
 8    doesn't say doesn't line up with at least what I
 9    reviewed.  So I wanted to make sure that I'm not
10    missing something.
11               And the third issue I didn't raise in
12    my email, but I just raise it for discussion after we
13    get through the first two issues is:  I saw
14    declarations from two people supporting defendant's
15    application.
16               Mr. Bernardo, of course, yours was in
17    the nature of an objective summary of who the
18    companies are, who some of the principles are, the
19    attorneys et cetera, that's fine.  And then we
20    received two declarations from the in-house, what
21    I'll call the PR person, which is fine.  I didn't see
22    any declarations from any in-house counsel, Mr.
23    O'Shaughnessy, Mr. White, Ms. Villani, Mr. or Mrs.
24    Peterson, I don't know if it's a woman or a man, and
25    I just wanted to make a thousand percent sure that
```

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

1   I'm not missing something.

2            And related to that is in reading the

3   motion to quash O'Shaughnessy's deposition in the

4   state cases, he submitted an affidavit or declaration

5   and I'd like to find out from the plaintiffs when we

6   go through this if they have any objection, it's not

7   part of the record in this case, but he sets forth

8   some background as to his position with the company

9   and his history with the company and I wanted to find

10  out if the plaintiff would have any objection if I

11  rely upon that declaration or affidavit just for the

12  purpose of knowing what his objective employment

13  history is.

14           So Mr. Bernardo, you tell me if I'm

15  off-base or I'm missing something and I'll turn the

16  floor over to you.

17           MR. BERNARDO:  Well, of course you're

18  not off-base, Judge.  I think that has to be my

19  answer.

20           Right?

21           What I would like to address, sort of

22  as a preliminary matter, is something that we

23  discussed yesterday.  And for the folks on this call

24  from the plaintiffs' side, Judge Schneider and we had

25  a call with the New Jersey State Court plaintiffs

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 8

```
 1    discussing issues pertaining to Mr. O'Shaughnessy's
 2    deposition.  So I just want to establish that was the
 3    reason we were talking to Judge Schneider.
 4              But on that call, Judge, you raised a
 5    very good point that you raised in connection with
 6    Mr. O'Shaughnessy's deposition that really pertains
 7    here to the documents as well and I wanted to put
 8    that on the table because Ms. Miller and I were
 9    looking at your email last week and looking at the
10    materials and considering how to explain some of the
11    answers to the questions that you raised.
12              One of the tricky things that we
13    realized in order to do that appropriately would
14    require us to provide some privileged information
15    about the documents and we wanted to address with
16    your Honor -- and to be clear, some of the questions
17    I think we can address and we'll do that without the
18    need to identify privileged information.  But I
19    wanted to take the idea that you raised yesterday
20    with respect to the O'Shaughnessy deposition and
21    raise that here with respect to the privilege review
22    which is the idea of some ex parte on the record
23    communications to provide some additional information
24    for your Honor which is not only consistent with how
25    you explained to us yesterday that you've done it
```

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 9

1   before, but certainly consistent with how I've done

2   it in other cases.  And equally, if not more

3   important, how I believe it was done previously with

4   Judge Pisano in this case.  So I just wanted to put

5   that on the table before I turn the mic over to

6   Ms. Miller to address some of the substantive things

7   that we can address in this more open forum.

8                  MS. MILLER:  I don't know if your Honor

9   has a response to that or if I should --

10                  SPECIAL MASTER SCHNEIDER:  I don't

11   think there is anything to respond to at the moment,

12   Ms. Miller.

13                  Let's focus on the questions in my

14   email.  I mean just the few examples I gave, it's

15   patently obvious that I don't have enough information

16   to decide the privilege issue with some of the

17   documents that I have.

18                  My preference is I want to decide these

19   issues on the merits rather than saying it's

20   defendant's burden of proof, they didn't supply me

21   with anything to support it, objection overruled.

22   I'd rather get to the merits of the issue.  You saw

23   some of the examples I gave.  What do I do?

24                  MS. MILLER:  So, your Honor, there is a

25   couple things I want to say in response to that.

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 10

```
 1              First of all, some of the documents
 2    that you listed -- there were 12 documents listed in
 3    your email.  Some of those documents don't actually
 4    have attachments.  Because, for example, a lawyer --
 5    let me give one example would be someone sent a
 6    letter to outside counsel and said I'm sending you a
 7    bunch of documents.  The person at J&J who sends a
 8    letter to outside counsel retains the letter that he
 9    sends to outside counsel, but wouldn't retain all of
10    the materials that he was sending to outside counsel.
11    So there are no attachments in the file of the person
12    at J&J who sent the letter to outside counsel.
13              But I would submit, your Honor, that if
14    somebody is sending something to outside counsel, a
15    letter that includes a bunch of materials to outside
16    counsel, there is no plausible purpose for that other
17    than to seek legal advice.  And I know you don't want
18    any legal argument today, but I would just, if I
19    could, point out that I really do think when we do
20    get to legal argument, that the appellant division's
21    ruling in the Headden case is really important.
22    Because in that case the plaintiffs -- you know, it
23    was a very similar situation where the court was
24    faced with an email asking general counsel, can you
25    review this fundraising letter.  And they said, well,
```

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 11

```
 1   we don't know why the general counsel was asked to

 2   review a fundraising letter.  And the court said come

 3   on.  It's the come on test, you know, it's the common

 4   sense test.  And the court said the only plausible

 5   reason why someone is asking a general counsel to

 6   review a fundraising letter, the only plausible

 7   reason is because they want legal advice.

 8              And if you look at these documents that

 9   were sent to you -- so first of all, this one that

10   we're talking about right now is sent to outside

11   counsel at Nutter who are litigation counsel.

12              MR. LAPINSKI:  Can I interrupt, your

13   Honor?  Can I at least have a reference as to what

14   document is being referred to right now?

15              SPECIAL MASTER SCHNEIDER:  I just asked

16   the same thing.  Yeah.  I'd like to know, too.

17              MS. MILLER:  Sure.

18              MR. LAPINSKI:  And again, your Honor,

19   you were clear in the email and you know to the

20   extent that we do have to get to some oral argument

21   here, I understand that, but --

22              MS. MILLER:  We don't have to get into

23   oral argument --

24              MR. LAPINSKI:  Can I finish, Ms.

25   Miller?
```

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 12

1                    MS. MILLER:  Sure.

2                    MR. LAPINSKI:  So my point is only that

3        to the extent that we're going to start getting into

4        oral argument, plaintiffs haven't finished their

5        briefing, haven't submitted their briefing, and

6        within that context haven't finished all of our

7        research as it would relate to any particular

8        argument or any particular document.

9                    SPECIAL MASTER SCHNEIDER:  Ms. Miller,

10       let me tell you what I think.  And I'm perfectly fine

11       with this.  I'm very comfortable if the defendant

12       says, Judge, we're standing on our submission, you

13       didn't miss anything, we didn't inadvertently not

14       send you something, our argument is, and I know there

15       is case law on this obviously, this is no secret,

16       that I can look at the four corners of the document

17       and make the inferences you want.  If the defendant's

18       argument is going to be with regard to those -- those

19       are examples I gave of documents, I've gone through

20       the whole book now and there is a lot more, but those

21       are just examples.  If the defendant's position is,

22       Judge, we're going to rise or fall on that document

23       and our argument, that's perfectly fine.  We'll hear

24       plaintiffs argument and I'll make the call.

25                         I just want to make a thousand percent

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 13

1   certain that I'm not missing anything.  That's all.

2   I understand the argument you're going to make

3   perfectly.  And I know what the case law says, that I

4   can look at the context of the argument and I can

5   make the assumptions, whatever, and plaintiffs can

6   argue to the contrary.

7                   A good example is:  There is a letter

8   to an in-house patent attorney.  And in the

9   description that the defendants supplied, they said

10  that it was for patent advice.

11                  Okay?

12                  I'm going to hear plaintiffs' argument

13  on that and I would assume they're going to dispute

14  that and I'll make the call.  I'm perfectly

15  comfortable making the call on that.  But because

16  there might be other reasons why an in-house patent

17  attorney looks at the information that was provided

18  apart from giving, quote/unquote, patent legal

19  advice.

20                  So if what you're saying is, Judge,

21  this is our best shot, we gave it to you, we think

22  the argument we made in the written submissions

23  accompanying each document are supportable, I'm

24  perfectly comfortable with that, Ms. Miller, and I'll

25  make the call.  So long as I'm comfortable that I'm

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

```
 1    not missing anything.

 2                  MS. MILLER:  If I may, your Honor, I'd

 3    like to add a few more comments.

 4                  One is tab 52 is I think what you're

 5    referring to on that patent memo.  And the subject

 6    line of that memo says:  Patent file.  And then it

 7    gives a number of a patent document.  So that to me

 8    is an example of a document where it's self-evident

 9    that the memo to the patent lawyer is about a patent

10    issue because it --

11                  SPECIAL MASTER SCHNEIDER:  That's fine.

12    That's argument.  We'll make that argument on the

13    18th.  That's argument.

14                  Maybe the sky will fall in, Ms. Miller,

15    and maybe the plaintiffs will agree with you.  I

16    doubt it, but maybe we'll get lucky and we'll see.

17                  MS. MILLER:  Your Honor, one of the

18    things we're struggling with here is that at least

19    half of these documents were created after this

20    litigation had begun, while this litigation was in

21    full throttle, and involved lawyers who are

22    responsible for managing this litigation.  There are

23    a huge number of documents.  It would not be

24    practical to have these lawyers do a declaration with

25    respect to every single document that's involved.
```

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 15

1    That's just an enormous burden.  And it is their only

2    job to manage the litigation.  Anything that is sent

3    to them is sent to them in their role and --

4                    SPECIAL MASTER SCHNEIDER:  Ms. Miller,

5    see that's an example of what I have -- you can tell

6    I'm a little troubled by that.

7                    That's a statement in a brief.  I have

8    no support for that.  I didn't get an affidavit from

9    any lawyer to explain that.  I'm asking for help that

10   hopefully I can rely on O'Shaughnessy's affidavit

11   from the other case that he says he only dealt with

12   litigation.  Other than that, there is nothing -- you

13   tell me where there is something that I could rely on

14   to support that notion.

15                   One of the things that struck me about

16   the defendant's submission was I didn't get that

17   affidavit.  I don't know why, but that's okay.  I

18   understand the practicalities you're raising, but you

19   know as well as I do that merely because a statement

20   is included in a brief, that I can't rely on that as

21   fact.

22                   So you're telling me that all these

23   people, all they do are litigation, how do I know

24   that?

25                   MS. MILLER:  Well, I believe that in

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 16

1    Rich Bernardo's declaration he identified the roles

2    of the counsel and who is responsible for litigation.

3             SPECIAL MASTER SCHNEIDER:  I will

4    certainly study that in detail, Ms. Miller.

5             Okay.  So maybe we have an answer to

6    the question I asked.

7             I'm very comfortable if the defendant's

8    position is it's going to rise or fall on this, I'm

9    not missing anything, that's okay.  And I'll make my

10   decision accordingly.  I just wanted to relay to the

11   parties some concerns I have because sometimes I only

12   have less than a sentence and I'm supposed to

13   determine if it's privileged or not?

14            MS. MILLER:  Well, your Honor, to the

15   extent any of these emails have families, as they are

16   called in privilege parlance, which is attachments,

17   or to the extent any attachments have cover emails,

18   we're happy to provide those.  If you think that will

19   be helpful to your review, we're happy to provide

20   them.

21            I think they just weren't provided

22   originally because originally that's how it was done

23   with Judge Viscomi and she found it to be an

24   inordinate amount of paper, to be honest.  So if that

25   would be helpful for your Honor, we're happy to

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

1   provide that.

2                    SPECIAL MASTER SCHNEIDER:  My position,

3   Ms. Miller, has to be:  Whatever the defendant feels

4   I should see, they should submit it.

5                    I don't want to be in the position

6   where I'm telling the defendants what to submit and

7   what not to submit.  That's what I have to say.

8                    But let's take an example, Ms. Miller.

9   I just pulled this out.  Number 49.

10                   Okay?

11                   I wish I could read this to the

12   plaintiffs because it's so innocuous.

13                   MR. LAPINSKI:  I don't object, your

14   Honor, if you --

15                   SPECIAL MASTER SCHNEIDER:  I know.

16   (Laughing)

17                   You see it, Ms. Miller?  49?

18                   Would you agree with me, and if I'm

19   wrong, please point it out.

20                   Would you agree with me, how in the

21   world can I tell that this is privileged or not from

22   just reading this one sentence?

23                   MS. MILLER:  Well, your Honor, my

24   position is that the only reason this is sent to

25   counsel is to get counsel's advice on whether these

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 18

1  labels are appropriate or not from a legal

2  perspective.  There is absolutely no other reason you

3  would be sending draft labeling to a lawyer.  And the

4  attachments are just the drafts of the labels for

5  which they were seeking legal approval.

6              So this is actually an example where we

7  are happy to send you the draft labeling for which

8  they were seeking legal approval, but the cover

9  letter was just seeking legal approval of some draft

10  labeling.  And so the drafts don't add any -- they

11  don't add any context to the privilege nature of the

12  communication because they're just the draft labeling

13  for which that approval was being sought.

14              SPECIAL MASTER SCHNEIDER:  Ms. Miller,

15  is that another way of arguing, and I don't want to

16  get into argument now, we'll save it, but everything

17  that is written to Mr. O'Shaughnessy is privileged

18  because he's a hundred percent litigation?

19              MS. MILLER:  No.  No, your Honor.  I

20  would not say that.

21              Anything that's written to Mr.

22  O'Shaughnessy seeking his approval or disapproval in

23  his role as a lawyer is privileged.

24              If somebody emails Mr. O'Shaughnessy

25  asking him to attend a meeting that's not for a legal

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 19

```
 1    purpose, asking him out to lunch, asking him
 2    something that's not in his role as a lawyer, that's
 3    different.   But if somebody is asking Mr.
 4    O'Shaughnessy to approve something, that is
 5    specifically in his role as a lawyer.   Because that
 6    is the only capacity he has to approve or disapprove
 7    of a label.   He doesn't have any other expertise to
 8    approve or disprove of something.
 9                   MR. PLACITELLA:   I'm just trying to
10    understand something, your Honor.
11                   So is the argument that litigation
12    counsel approves labels for the corporation?
13                   Is that what they're saying?
14                   MS. MILLER:   What we are saying is
15    that, and I don't know that -- that is not -- I don't
16    think that is a very fair question.
17                   Obviously, when a corporation is
18    enmeshed in a lot of controversy, they are going to
19    be very concerned that lawyers are going to come
20    after them from a lot of different perspectives.   So
21    obviously you're going to run things by your
22    regulatory lawyers, you're going to run things by
23    your litigation lawyers, you're running things by all
24    your lawyers because you're being barraged from all
25    sorts of directions.   It's very natural and of course
```

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 20

1    you're going to run your labels by lawyers because

2    lawyers like those on this Zoom are going to come

3    after you and criticize your labels in court.  So

4    yes, of course you're going to ask your litigators if

5    your labels are okay.  Come on.

6              MR. BERNARDO:  May I make a suggestion,

7    Judge Schneider?

8              In just sort of listening, I think

9    we're getting an understanding of the point you're

10   raising and I would like an opportunity to discuss it

11   at our end because I think what we're trying to say

12   is that the burden of trying to support all of these

13   with affidavits that address what we felt are

14   self-evident points seems extreme particularly when

15   some of the people are dead, et cetera.  But we hear

16   what your Honor is saying and would like an

17   opportunity to at least consider it a little bit

18   further and, if appropriate, we can supplement

19   something quite quickly.

20             I don't think it's something that would

21   warrant like a change in plaintiff's position in

22   terms of responding or otherwise because they're

23   going to be sworn statements of the very same thing

24   they already argued.

25             In other words, I'm not suggesting

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

1    we're going to come up with new arguments or

2    different arguments, we're just going to consider the

3    point that your Honor has made as to the, I'll say,

4    sufficiency of proof that we have submitted.  And as

5    Ms. Miller said, happy to provide the attachments.

6                   Again, I sort of go back to my earlier

7    comment that some of this is a little bit easier to

8    discuss if we can get into some more privileged

9    issue, but we can put that to the side.

10                  But does that make sense, your Honor,

11   and is that appropriate if we can at least consider

12   overnight having kind of listened to your Honor and

13   heard some of the issues if it's appropriate and we

14   can let you know what we plan to do?

15                  SPECIAL MASTER SCHNEIDER:  You heard me

16   say I'm not going to tell any party what to submit or

17   not to submit, Mr. Bernardo.

18                  I think what I appreciate hearing

19   coming out of this session is we're going to hear the

20   argument, Judge, that it's self-evident from the

21   context and language and positions of the documents

22   that they're privileged.  I understand that argument.

23   That argument has been made thousands of times in

24   cases.  It's not a surprise.

25                  Plaintiffs will undoubtedly disagree,

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 22

1   but that's okay.  That's why we have lawsuits.  I'm

2   comfortable now that I understand the defendant's

3   background position and that I'm not missing

4   anything.

5                I would rather have this discussion

6   today than the 18th when hopefully we're just going

7   to deal with substantive issues.  Like I said, I

8   consider this background issues and I wanted to deal

9   with the low-hanging fruit before we get to the main

10  event.

11               MR. LAPINSKI:  Your Honor, if I could

12  just raise a concern that I have, your Honor.

13               If defendant is providing copies of

14  attachments to emails in order to help you put in

15  better context whether an email may or may not be

16  privileged, I don't know that I have an issue with

17  that.  I do raise concern about defendants meeting

18  amongst themselves and deciding whether or not they

19  want a second bite at the apple and submit attorney

20  affidavits which they had time and opportunity to do

21  before they submitted their original briefing, and

22  now we're on a 96-hour time frame before we have to

23  file our response to their motion.  I have concern

24  about defendants turning around and sometime over the

25  weekend submitting attorney affidavits in order to

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

```
 1   further support their arguments.
 2              SPECIAL MASTER SCHNEIDER:  Mr.
 3   Lapinski, you have my one hundred percent assurance
 4   that if the defendants decide to supplement, that the
 5   plaintiffs will have every fair opportunity to
 6   respond, even if it's after the 18th.  In no way,
 7   shape or form will either side be short-changed in
 8   the opportunity to present this issue on the merits.
 9              I want to decide the issue on the
10   merits and not on some technicality procedural issue
11   whatever.  So even if you don't have -- I don't know
12   what they're going to do, but even if you don't have
13   time to respond, rest assured that no decision will
14   be made until you're comfortable that you, on behalf
15   of the plaintiffs, have exhausted every opportunity
16   to set forth your position.  Scouts honor.
17              MR. LAPINSKI:  And, your Honor, I
18   wouldn't think that you would do anything but provide
19   us an opportunity like that.  I think my concern
20   comes from the fact that we amended the briefing
21   schedule, tried to keep our eye on June 18th as the
22   date that we were going to have argument and we did
23   so because we have some pretty important depositions
24   that are scheduled in the very near future.  And the
25   documents that are at issue here are documents that
```

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 24

```
 1   are relevant to the depositions that are going to go

 2   forward including the deposition of Mr.

 3   O'Shaughnessy.  And I don't have all of the specifics

 4   of the conversation that Mr. Bernardo has been having

 5   with Mr. Tisi about coordinating that, but to the

 6   extent that there are documents that are going to

 7   be -- have to be produced by the defendants based

 8   upon your decisions, we want to be able to have a

 9   quick turn-around on those documents that are

10   available for our use during that deposition.  And

11   pushing the timeline out beyond June 18th makes that

12   more difficult.

13              MR. BERNARDO:  And I will represent

14   that we -- and you know, as you pointed out, Dan,

15   that Chris and I have been having conversations.

16   We've also been having conversations about how to

17   address that particular point.  And we're working

18   together to try to address it.

19              In other words, I think the volume of

20   documents that impact the deposition of Mr.

21   O'Shaughnessy are not that many.  We've already

22   undertaken to agree to have ready to go any that

23   Judge Schneider would disagree with us and where we

24   didn't feel as if we wanted to appeal that.  So that

25   is something, your Honor, that we are mindful of, you
```

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 25

1   mentioned that to us before, we heard your words, and

2   we're sort of working together to address that.

3                   SPECIAL MASTER SCHNEIDER:  Has anything

4   been worked out about when the deposition of Mr.

5   O'Shaughnessy is going to be held in the ovarian

6   cancer cases?

7                   MR. BERNARDO:  I promised Mr. Tisi that

8   we would not get into this in fairness to Chris --

9                   SPECIAL MASTER SCHNEIDER:  Okay.

10                  MR. BERNARDO:  -- since he's here.  But

11  I can say, and plaintiffs, I think this is fair, I

12  can say we're working together to see if we can move

13  that a bit in light of the discussion we had

14  yesterday.  But I would rather not get further into

15  that, but I think from a scheduling standpoint I

16  think I can at least make that point.

17                  SPECIAL MASTER SCHNEIDER:  Okay.

18                  I could be wrong, but from what I

19  understood, there might be a time crunch in the other

20  cases because of the upcoming trial.  But as to this

21  trial, if Judge Wolfson is not going to try it until

22  2022, it would seem that you have a little bit of a

23  buffer.  But I'll leave that in your very capable

24  hands about what to work at your timing.  As I said,

25  I'll defer to the counsel on that issue.

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 26

```
 1                    The last issue that I had raised is
 2       whether the plaintiffs would have any objection, I
 3       just referred to the O'Shaughnessy declaration or
 4       affidavit that was submitted in connection with the
 5       motion to quash, I'm really just interested in his
 6       background information, his employment history,
 7       nothing else for the time being.
 8                    Mr. Lapinski, any objection to that?
 9                    MR. LAPINSKI:  Is a satisfactory
10       response for right now:  Can I get back to you on
11       that?
12                    SPECIAL MASTER SCHNEIDER:  Sure.
13                    MR. LAPINSKI:  I'd like to be able -- I
14       don't want to say yes or no without going back and
15       again looking at what was submitted so that I fully
16       understand what's in there before I --
17                    SPECIAL MASTER SCHNEIDER:  All I'm
18       really interested in is his employment history and
19       duties.
20                    MR. LAPINSKI:  Okay.
21                    SPECIAL MASTER SCHNEIDER:  That's it.
22                    MS. O'DELL:  Your Honor, excuse me for
23       interrupting.  Dan, I'm sorry.
24                    I'm not sure that we have access to
25       that affidavit.  I don't know if --
```

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 27

1             MR. BERNARDO:  Leigh, I was going to

2      jump in, but I figured I would do it afterward.  I'll

3      make that available to you.

4             MS. O'DELL:  Okay.

5             MR. BERNARDO:  I actually think, I

6      could be wrong, and Jessica would know better than I,

7      I thought it might also have been annexed to the

8      motion to quash filed in Pennsylvania.  But if you

9      don't have it, we'll make it available.

10            MS. O'DELL:  Yeah.  I didn't know if it

11     was different or what the context was that he was

12     referring to as a submission.  So thank you.

13            SPECIAL MASTER SCHNEIDER:  And I

14     assume, Mr. Bernardo, that the declarations I

15     referred to, yours and the two from what I call the

16     PR person, those were produced in full to the

17     plaintiffs?

18            MR. BERNARDO:  That's correct, your

19     Honor.

20            SPECIAL MASTER SCHNEIDER:  Okay.

21            I think that covers all the issues I

22     wanted to address.

23            Like I said, hopefully we didn't touch

24     too much on argument or substantive issues, but I

25     think this discussion was helpful to help prepare for

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

 1   next week.

 2                   So unless somebody else has any other

 3   issues, we can adjourn.  I'll look forward to

 4   receiving the plaintiffs' papers.  You may not get a

 5   ruling on the 18th, but you'll get a ruling very

 6   quickly, soon after that, realizing everything that's

 7   going on.

 8                   MR. LAPINSKI:  Thank you very much,

 9   your Honor.

10                   SPECIAL MASTER SCHNEIDER:  Thank you

11   again, everybody.  Thank you, Theresa.

12                   We're adjourned.

13                   MS. SHARKO:  Thank you.

14                   MR. BERNARDO:  Judge, are you sending

15   out the Zoom for the New Jersey for tomorrow?  If you

16   were, we thought you all were doing that, we haven't

17   received one.

18                   (Off-the-record discussion)

19                   SPECIAL MASTER SCHNEIDER:  Let's make

20   sure no one is in the dark about that.  That is a

21   discussion about purely logistical issues regarding

22   the O'Shaughnessy deposition in the state cases.

23                   We're not discussing any privilege

24   issues, any substantive issues, but there was a

25   discussion whether we're going to do it live or by

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 29

1    Zoom and how much time we're going to take and the

2    mechanics of this refereeing, et cetera, et cetera.

3                    So, plaintiffs, I want to put your mind

4    at ease that no substantive issues will be discussed.

5                    MR. BERNARDO:  And I appreciate that,

6    your Honor, and I've also been trying to do my role

7    of coordinating and I've been filling in for Mr. Tisi

8    who I've been working with on that issue to let him

9    be advised of what's coming up, but I appreciate your

10   raising that as well.

11                   SPECIAL MASTER SCHNEIDER:  Okay.

12                   Thank you everybody.  We're done.

13                   Have a good weekend, if I don't talk to

14   you.

15                   (Hearing adjourned)

16

17

18

19

20

21

22

23

24

25

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

Page 30

```
 1                 C E R T I F I C A T E

 2

 3         I, Theresa Mastroianni Kugler, a Notary Public

 4    and Certified Shorthand Reporter of the State of New

 5    Jersey, do hereby certify that the foregoing is a

 6    true and accurate transcript of the testimony as

 7    taken stenographically by and before me at the time,

 8    place, and on the date hereinbefore set forth.

 9         I DO FURTHER CERTIFY that I am neither a

10    relative nor employee nor attorney nor counsel of any

11    of the parties to this action, and that I am neither

12    a relative nor employee of such attorney or counsel,

13    and that I am not financially interested in the

14    action.

15

16

17

18

19

20

21

22

23

24

25
```

DocuSigned by:

*Theresa Kugler*

439DA67C1C71495...

Theresa Mastroianni Kugler, C.S.R.
Notary Public, State of New Jersey
My Commission Expires May 5, 2021
Certificate No. XIO857
Date: June 10, 2021

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

31

**A**

able 24:8 26:13
absolutely 18:2
access 26:24
accompany 6:2
accompanying 13:23
accurate 30:6
action 30:11,14
add 14:3 18:10 18:11
additional 8:23
address 7:21 8:15,17 9:6,7 20:13 24:17,18 25:2 27:22
adjourn 28:3
adjourned 28:12 29:15
advice 10:17 11:7 13:10,19 17:25
advised 29:9
affidavit 7:4,11 15:8,10,17 26:4,25
affidavits 20:13 22:20,25
afterward 27:2
agree 14:15 17:18,20 24:22
ALABAMA 3:17
ALLEN 3:15
amended 23:20
amount 16:24
annexed 27:7
answer 7:19 16:5
answers 8:11
apart 13:18
appeal 24:24
appellant 10:20
apple 22:19
application 6:15

appreciate 21:18 29:5,9
appropriate 18:1 20:18 21:11,13
appropriately 8:13
approval 18:5,8 18:9,13,22
approve 19:4,6,8
approves 19:12
argue 5:9,14 13:6
argued 20:24
arguing 18:15
argument 5:12 6:3 10:18,20 11:20,23 12:4 12:8,14,18,23 12:24 13:2,4 13:12,22 14:12 14:12,13 18:16 19:11 21:20,22 21:23 23:22 27:24
arguments 21:1 21:2 23:1
ARPS 4:9
ASHCRAFT 3:9
asked 11:1,15 16:6
asking 10:24 11:5 15:9 18:25 19:1,1,3
assume 13:13 27:14
assumptions 13:5
assurance 23:3
assured 23:13
attached 5:20 6:2
attachments 10:4,11 16:16 16:17 18:4 21:5 22:14

attend 18:25
attorney 13:8,17 22:19,25 30:10 30:12
attorneys 3:7,13 3:19,25 4:5,14 4:21 6:19
Audubon 1:21
available 5:2 24:10 27:3,9
AVENUE 3:22 4:12

**B**

back 21:6 26:10 26:14
background 5:7 7:8 22:3,8 26:6
BANK 3:22
barraged 19:24
based 24:7
BEASLEY 3:15
begun 14:20
behalf 23:14
BEISNER 4:11
believe 9:3 15:25
Bernardo 4:9 6:5,16 7:14,17 20:6 21:17 24:4,13 25:7 25:10 27:1,5 27:14,18 28:14 29:5
Bernardo's 16:1
best 13:21
better 22:15 27:6
beyond 24:11
BIDDLE 4:2
binder 5:19
bit 20:17 21:7 25:13,22
bite 22:19
book 12:20
BOX 3:16
brief 6:3 15:7,20

briefing 12:5,5 22:21 23:20
buffer 25:23
bunch 10:7,15
burden 9:20 15:1 20:12

**C**

C 3:1 30:1,1
C.S.R 30:19
call 5:7 6:21 7:23,25 8:4 12:24 13:14,15 13:25 27:15
called 16:16
camera 5:5
CAMPUS 4:3
cancer 25:6
capable 25:23
capacity 19:6
CARE 4:21
case 7:7 9:4 10:21,22 12:15 13:3 15:11
cases 7:4 9:2 21:24 25:6,20 28:22
caused 5:22
certain 13:1
certainly 9:1 16:4
Certificate 30:21
Certified 1:19 2:8 30:4
certify 30:5,9
cetera 6:19 20:15 29:2,2
change 20:21
characterizati... 6:7
CHERRY 3:5
Chris 24:15 25:8
CHRISTOPH... 3:21
Civil 1:2

clear 5:16 8:16 11:19
COHEN 3:21
come 11:2,3 19:19 20:2,5 21:1
comes 23:20
comfortable 12:11 13:15,24 13:25 16:7 22:2 23:14
coming 21:19 29:9
commencing 2:12
comment 21:7
comments 14:3
COMMERCE 3:16
Commission 30:20
common 11:3
Commonwealth 2:10
communication 18:12
communicatio... 8:23
companies 4:6 4:15 6:18
company 7:8,9
concern 22:12 22:17,23 23:19
concerned 19:19
concerns 16:11
CONFEREN... 1:5
connection 8:5 26:4
consider 20:17 21:2,11 22:8
considering 8:10
consistent 8:24 9:1
CONSUMER 4:6,7,15,16

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

32

| | | | | |
|---|---|---|---|---|
| **context** 12:6 13:4 18:11 21:21 22:15 27:11 **contrary** 13:6 **controversy** 19:18 **conversation** 24:4 **conversations** 24:15,16 **coordinating** 24:5 29:7 **copies** 22:13 **corners** 12:16 **corporation** 19:12,17 **correct** 27:18 **COUNCIL** 4:21 **counsel** 6:22 10:6,8,9,10,12 10:14,16,24 11:1,5,11,11 16:2 17:25 19:12 25:25 30:10,12 **counsel's** 17:25 **couple** 9:25 **course** 6:16 7:17 19:25 20:4 **court** 1:1,19 2:8 7:25 10:23 11:2,4 20:3 **cover** 16:17 18:8 **covers** 27:21 **cplacitella@c...** 3:24 **created** 14:19 **criticize** 20:3 **crunch** 25:19 | **D** **D** 4:10 **Dan** 24:14 26:23 **DANIEL** 3:4 **dark** 28:20 | **date** 23:22 30:8 30:21 **day** 5:17 **DC** 3:11 4:12,19 **dead** 20:15 **deal** 22:7,8 **dealt** 15:11 **decide** 9:16,18 23:4,9 **deciding** 22:18 **decision** 16:10 23:13 **decisions** 24:8 **declaration** 7:4 7:11 14:24 16:1 26:3 **declarations** 6:14,20,22 27:14 **defendant** 4:5 4:14,21 12:11 17:3 22:13 **defendant's** 5:23 6:14 9:20 12:17,21 15:16 16:7 22:2 **defendants** 13:9 17:6 22:17,24 23:4 24:7 **defer** 25:25 **deposition** 7:3 8:2,6,20 24:2 24:10,20 25:4 28:22 **depositions** 23:23 24:1 **description** 13:9 **descriptions** 6:1 6:6 **designated** 5:23 **detail** 16:4 **determine** 5:18 16:13 **different** 19:3,20 21:2 27:11 **difficult** 24:12 | **DIRECT** 4:4 **directions** 19:25 **disagree** 21:25 24:23 **disapproval** 18:22 **disapprove** 19:6 **discuss** 20:10 21:8 **discussed** 7:23 29:4 **discussing** 8:1 28:23 **discussion** 6:12 22:5 25:13 27:25 28:18,21 28:25 **disprove** 19:8 **dispute** 5:14 13:13 **DISTRICT** 1:1 1:1 **division's** 10:20 **dlapinski@m...** 3:7 **Docket** 1:2 **document** 6:7 11:14 12:8,16 12:22 13:23 14:7,8,25 **documents** 5:6,8 5:18,20,23 6:2 8:7,15 9:17 10:1,2,3,7 11:8 12:19 14:19,23 21:21 23:25,25 24:6,9,20 **doing** 28:16 **doubt** 14:16 **draft** 18:3,7,9,12 **drafts** 18:4,10 **DRINKER** 4:2 **DRIVE** 3:4 **due** 6:5 **duties** 26:19 | **E** **E** 3:1,1 4:23,23 30:1,1 **earlier** 21:6 **ease** 29:4 **easier** 21:7 **EAST** 3:4 **either** 23:7 **email** 5:4,16,21 6:12 8:9 9:14 10:3,24 11:19 22:15 **emails** 16:15,17 18:24 22:14 **employee** 30:10 30:12 **employment** 7:12 26:6,18 **enmeshed** 19:18 **enormous** 15:1 **envision** 5:11 **equally** 9:2 **ESQUIRE** 3:4 3:10,15,21 4:2 4:9,10,11,18 **establish** 8:2 **et** 6:19 20:15 29:2,2 **event** 22:10 **everybody** 28:11 29:12 **ex** 8:22 **example** 10:4,5 13:7 14:8 15:5 17:8 18:6 **examples** 9:14 9:23 12:19,21 **excuse** 26:22 **exhausted** 23:15 **expertise** 19:7 **Expires** 30:20 **explain** 8:10 15:9 **explained** 8:25 **extent** 11:20 | 12:3 16:15,17 24:6 **extreme** 20:14 **eye** 23:21 **F** **F** 4:19 30:1 **faced** 10:24 **fact** 5:22 15:21 23:20 **FAEGRE** 4:2 **fair** 19:16 23:5 25:11 **fairness** 25:8 **fall** 12:22 14:14 16:8 **families** 16:15 **fashion** 5:15 **FAX** 3:6,18,24 4:4 **feel** 24:24 **feels** 17:3 **felt** 20:13 **figured** 27:2 **file** 10:11 14:6 22:23 **filed** 27:8 **filling** 29:7 **financially** 30:13 **find** 7:5,9 **fine** 6:19,21 12:10,23 14:11 **finish** 11:24 **finished** 12:4,6 **FIRM** 3:15 **first** 5:24 6:13 10:1 11:9 **FLOM** 4:9 **floor** 7:16 **FLORHAM** 4:3 **focus** 5:10,13 9:13 **folks** 7:23 **foregoing** 30:5 **form** 23:7 |

**FORMAROLI** 1:18
forth 5:15 7:7 23:16 30:8
forum 9:7
forward 24:2 28:3
found 16:23
four 12:16
frame 22:22
fruit 22:9
full 14:21 27:16
fully 26:15
fundraising 10:25 11:2,6
further 20:18 23:1 25:14 30:9
future 23:24

**G**
general 5:15 10:24 11:1,5
GEREL 3:9
getting 12:3 20:9
give 10:5
gives 14:7
giving 13:18
go 5:1 7:6 21:6 24:1,22
going 5:5,11 12:3,18,22 13:2,12,13 16:8 19:18,19 19:21,22 20:1 20:2,4,23 21:1 21:2,16,19 22:6 23:12,22 24:1,6 25:5,21 26:14 27:1 28:7,25 29:1
good 8:5 13:7 29:13

**H**
H 4:11

half 14:19
hands 25:24
happy 16:18,19 16:25 18:7 21:5
Headden 10:21
hear 12:23 13:12 20:15 21:19
heard 21:13,15 25:1
hearing 21:18 29:15
held 25:5
help 15:9 22:14 27:25
helpful 16:19,25 27:25
hereinbefore 30:8
HILL 3:5
history 7:9,13 26:6,18
honest 16:24
honor 8:16,24 9:8,24 10:13 11:13,18 14:2 14:17 16:14,25 17:14,23 18:19 19:10 20:16 21:3,10,12 22:11,12 23:16 23:17 24:25 26:22 27:19 28:9 29:6
hopefully 15:10 22:6 27:23
Horse 1:20
huge 14:23
hundred 18:18 23:3

**I**
idea 8:19,22
identified 16:1
identify 8:18
impact 24:20

important 9:3 10:21 23:23
in-house 6:20,22 13:8,16
inadvertently 12:13
included 5:18 15:20
includes 10:15
including 24:2
inferences 12:17
information 8:14,18,23 9:15 13:17 26:6
innocuous 17:12
inordinate 16:24
interested 26:5 26:18 30:13
interrupt 11:12
interrupting 26:23
involved 14:21 14:25
issue 5:24,25 6:11 9:16,22 14:10 21:9 22:16 23:8,9 23:10,25 25:25 26:1 29:8
issues 5:9,10,14 6:13 8:1 9:19 21:13 22:7,8 27:21,24 28:3 28:21,24,24 29:4

**J**
J&J 10:7,12
Jersey 1:1,21 2:10 3:5,22 4:3 7:25 28:15 30:5,20
Jessica 4:10 27:6
job 15:2
JOEL 1:14

JOHN 4:11
john.beisner... 4:13
JOHNSON 1:5 1:5 4:6,6,6,6,7 4:7,15,15,15 4:15,16,16
jschneider@m... 1:14
Judge 7:18,24 8:3,4 9:4 12:12 12:22 13:20 16:23 20:7 21:20 24:23 25:21 28:14
jump 27:2
June 1:11 23:21 24:11 30:21

**K**
K 3:10
keep 23:21
kind 21:12
know 6:24 9:8 10:17,22 11:1 11:3,16,19 12:14 13:3 15:17,19,23 17:15 19:15 21:14 22:16 23:11 24:14 26:25 27:6,10
knowing 7:12
known 4:7,16
Kugler 2:8 30:3 30:19

**L**
L 4:23
label 19:7
labeling 18:3,7 18:10,12
labels 18:1,4 19:12 20:1,3,5
LAKE 3:4
language 21:21

Lapinski 3:4 11:12,18,24 12:2 17:13 22:11 23:3,17 26:8,9,13,20 28:3
Laughing 17:16
law 3:15 12:15 13:3
lawsuits 22:1
lawyer 10:4 14:9 15:9 18:3,23 19:2,5
lawyers 14:21 14:24 19:19,22 19:23,24 20:1 20:2
leave 25:23
legal 10:17,18,20 11:7 13:18 18:1,5,8,9,25
Leigh 3:15 27:1
leigh.odell@b... 3:18
let's 5:1 9:13 17:8 28:19
letter 10:6,8,8 10:12,15,25 11:2,6 13:7 18:9
LIABILITY 1:6
license 2:9
light 25:13
line 6:8 14:6
listed 10:2,2
listened 21:12
listening 20:8
litigation 1:6 11:11 14:20,20 14:22 15:2,12 15:23 16:2 18:18 19:11,23
litigators 20:4
little 15:6 20:17 21:7 25:22
live 28:25

Case 3:16-md-02738-MAS-RLS   Document 22665   Filed 06/14/21   Page 34 of 37 PageID: 143820
DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

34

LLC 3:3
LLP 3:9 4:2,9,18
  4:25
LOCKE 4:18
log 5:23
logistical 28:21
logistics 5:12
long 13:25
look 11:8 12:16
  13:4 28:3
looking 8:9,9
  26:15
looks 13:17
lot 5:5 12:20
  19:18,20
low-hanging
  22:9
lucky 14:16
lunch 19:1

**M**
M 3:21 4:2
main 22:9
making 13:15
man 6:24
manage 15:2
managing 14:22
MAPLE 3:22
MARKETING
  1:5
MASTER 1:14
  5:1 9:10 11:15
  12:9 14:11
  15:4 16:3 17:2
  17:15 18:14
  21:15 23:2
  25:3,9,17
  26:12,17,21
  27:13,20 28:10
  28:19 29:11
Mastroianni
  1:18 2:8 30:3
  30:19
materials 8:10
  10:10,15
matter 2:7 7:22

McCRACKEN
  4:25
MEAGHER 4:9
mean 9:14
mechanics 29:2
meeting 18:25
  22:17
memo 14:5,6,9
mentioned 25:1
merely 15:19
merits 5:13 9:19
  9:22 23:8,10
mic 9:5
MICHELLE
  3:10
Miller 4:10 8:8
  9:6,8,12,24
  11:17,22,25
  12:1,9 13:24
  14:2,14,17
  15:4,25 16:4
  16:14 17:3,8
  17:17,23 18:14
  18:19 19:14
  21:5
mind 29:3
mindful 24:25
missing 5:8,16
  6:10 7:1,15
  13:1 14:1 16:9
  22:3
moment 9:11
MONTGOM...
  3:17 4:25
motion 7:3
  22:23 26:5
  27:8
MOTLEY 3:3
move 25:12
mparfitt@ash...
  3:12

**N**
N 3:1 4:23
natural 19:25
nature 6:3,17

18:11
near 23:24
need 8:18
neither 30:9,11
new 1:1,21 2:10
  3:5,22 4:3,12
  7:25 21:1
  28:15 30:4,20
Notary 2:9 30:3
  30:20
notice 5:3
notion 15:14
number 2:9 5:7
  14:7,23 17:9
Nutter 11:11
NW 3:10 4:12,19

**O**
O 4:23
O'DELL 3:15
  26:22 27:4,10
O'Shaughnessy
  6:23 8:20
  18:17,22,24
  19:4 24:3,21
  25:5 26:3
  28:22
O'Shaughness...
  7:3 8:1,6 15:10
object 17:13
objection 7:6,10
  9:21 26:2,8
objective 6:17
  7:12
obvious 5:17
  9:15
obviously 12:15
  19:17,21
occurred 5:6,20
off-base 7:15,18
Off-the-record
  28:18
okay 13:11
  15:17 16:5,9
  17:10 20:5
  22:1 25:9,17

26:20 27:4,20
  29:11
open 9:7
opportunity
  20:10,17 22:20
  23:5,8,15,19
oral 11:20,23
  12:4
order 5:13 8:13
  22:14,25
original 22:21
originally 16:22
  16:22
outside 10:6,8,9
  10:10,12,14,15
  11:10
ovarian 25:5
overnight 21:12
overruled 9:21

**P**
P 3:1,1 4:23
P.O 3:16
paper 16:24
papers 28:4
PARFITT 3:10
PARK 4:3
parlance 16:16
part 7:7
parte 8:22
particular 12:7
  12:8 24:17
particularly
  20:14
parties 16:11
  30:11
party 21:16
patent 13:8,10
  13:16,18 14:5
  14:6,7,9,9
patently 9:15
PC 3:21
Pennsylvania
  2:11 27:8
people 6:14
  15:23 20:15

percent 6:25
  12:25 18:18
  23:3
perfectly 12:10
  12:23 13:3,14
  13:24
person 6:21 10:7
  10:11 27:16
PERSONAL
  4:21
perspective 18:2
perspectives
  19:20
pertaining 8:1
pertains 8:6
Peterson 6:24
Pike 1:20
Pisano 9:4
place 30:8
PLACITELLA
  3:21,21 19:9
plaintiff 5:22
  7:10
plaintiff's 20:21
plaintiffs 3:7,13
  3:19,25 6:1 7:5
  7:25 10:22
  12:4,24 13:5
  14:15 17:12
  21:25 23:5,15
  25:11 26:2
  27:17 29:3
plaintiffs' 6:3
  7:24 13:12
  28:4
plan 21:14
plausible 10:16
  11:4,6
please 17:19
PM 2:12
point 8:5 10:19
  12:2 17:19
  20:9 21:3
  24:17 25:16
pointed 24:14
points 20:14

position 7:8
  12:21 16:8
  17:2,5,24
  20:21 22:3
  23:16
positions 21:21
POWDER 1:5
PR 6:21 27:16
practical 14:24
practicalities
  15:18
PRACTICES
  1:6
preference 9:18
preliminary
  7:22
prepare 27:25
present 23:8
pretty 23:23
previously 9:3
principles 6:18
privilege 5:14,23
  8:21 9:16
  16:16 18:11
  28:23
privileged 5:19
  8:14,18 16:13
  17:21 18:17,23
  21:8,22 22:16
procedural
  23:10
proceedings 2:6
produced 24:7
  27:16
PRODUCTS 1:5
  1:6 4:21
promised 25:7
proof 9:20 21:4
provide 8:14,23
  16:18,19 17:1
  21:5 23:18
provided 13:17
  16:21
providing 22:13
Public 2:9 30:3
  30:20

pulled 17:9
purely 28:21
purpose 7:12
  10:16 19:1
pushing 24:11
put 8:7 9:4 21:9
  22:14 29:3

**Q**
quash 7:3 26:5
  27:8
question 16:6
  19:16
questions 5:7
  8:11,16 9:13
quick 24:9
quickly 20:19
  28:6
quite 20:19
quote/unquote
  13:18

**R**
R 3:1,4 4:23
  30:1
raise 6:11,12
  8:21 22:12,17
raised 8:4,5,11
  8:19 26:1
raising 15:18
  20:10 29:10
read 17:11
reading 7:2
  17:22
ready 24:22
realized 8:13
realizing 28:6
really 6:4 8:6
  10:19,21 26:5
  26:18
reason 8:3 11:5
  11:7 17:24
  18:2
reasons 13:16
REATH 4:2
received 6:1,20

28:17
receiving 28:4
record 5:2 7:7
  8:22
RED 3:22
refereeing 29:2
reference 11:13
referencing 5:19
referred 11:14
  26:3 27:15
referring 14:5
  27:12
regard 12:18
regarding 28:21
regulatory 19:22
relate 12:7
related 7:2
relative 30:10,12
relay 16:10
relevant 24:1
rely 7:11 15:10
  15:13,20
REMOTE 1:5
  2:11
Reporter 2:8
  30:4
Reporting 1:19
represent 24:13
require 8:14
research 12:7
respect 6:6 8:20
  8:21 14:25
respond 9:11
  23:6,13
responding
  20:22
response 9:9,25
  22:23 26:10
responsible
  14:22 16:2
rest 23:13
retain 10:9
retains 10:8
RETIRED 1:14
review 8:21
  10:25 11:2,6

16:19
reviewed 6:9
reviewing 6:6
RHOADS 4:25
RICE 3:3
Rich 16:1
RICHARD 4:9
richard.berna...
  4:14
right 7:20 11:10
  11:14 26:10
rise 12:22 16:8
role 15:3 18:23
  19:2,5 29:6
roles 16:1
ROTH 3:21
ruling 10:21
  28:5,5
run 19:21,22
  20:1
running 19:23

**S**
S 3:1 4:23,23
SALES 1:6
satisfactory 26:9
save 18:16
saw 6:13 9:22
saying 9:19
  13:20 19:13,14
  20:16
says 6:7 12:12
  13:3 14:6
  15:11
schedule 23:21
scheduled 23:24
scheduling
  25:15
Schneider 1:14
  5:1 7:24 8:3
  9:10 11:15
  12:9 14:11
  15:4 16:3 17:2
  17:15 18:14
  20:7 21:15
  23:2 24:23

25:3,9,17
  26:12,17,21
  27:13,20 28:10
  28:19 29:11
Scouts 23:16
second 5:25
  22:19
secret 12:15
see 6:21 14:16
  15:5 17:4,17
  25:12
seek 10:17
seeking 18:5,8,9
  18:22
self-evident 14:8
  20:14 21:20
send 12:14 18:7
sending 10:6,10
  10:14 18:3
  28:14
sends 10:7,9
sense 11:4 21:10
sent 5:21 10:5,12
  11:9,10 15:2,3
  17:24
sentence 16:12
  17:22
session 21:19
set 5:15 23:16
  30:8
sets 7:7
SEYFARTH
  4:18
shape 23:7
SHARKO 4:2
  28:13
SHAW 4:18
short 5:3
short-changed
  23:7
Shorthand 30:4
shot 13:21
side 7:24 21:9
  23:7
similar 10:23
single 14:25

DocuSign Envelope ID: 4790F079-4116-44E7-8E76-1003C4C9ACC6

June 10, 2021

36

situation 10:23
SKADDEN 4:9
sky 14:14
SLATE 4:9
somebody 10:14
  18:24 19:3
  28:2
soon 28:6
sorry 26:23
sort 7:21 20:8
  21:6 25:2
sorts 19:25
sought 18:13
South 1:20
SPECIAL 1:14
  5:1 9:10 11:15
  12:9 14:11
  15:4 16:3 17:2
  17:15 18:14
  21:15 23:2
  25:3,9,17
  26:12,17,21
  27:13,20 28:10
  28:19 29:11
specifically 19:5
specifics 24:3
spending 5:5
standing 12:12
standpoint
  25:15
start 12:3
state 2:10 7:4,25
  28:22 30:4,20
statement 15:7
  15:19
statements
  20:23
STATES 1:1
STATUS 1:5
stenographica...
  2:7 30:7
STREET 3:10
  3:16 4:19
struck 15:15
struggling 14:18
study 16:4

subject 14:5
submission
  12:12 15:16
  27:12
submissions
  13:22
submit 10:13
  17:4,6,7 21:16
  21:17 22:19
submitted 7:4
  12:5 21:4
  22:21 26:4,15
submitting
  22:25
substantive 5:10
  9:6 22:7 27:24
  28:24 29:4
sufficiency 21:4
suggesting 20:25
suggestion 20:6
SUITE 3:4
summary 6:17
supplement
  20:18 23:4
supplied 13:9
supply 9:20
support 9:21
  15:8,14 20:12
  23:1
supportable
  13:23
supporting 6:14
supposed 16:12
sure 5:8 6:9,25
  11:17 12:1
  26:12,24 28:20
surprise 21:24
SUSAN 4:2
susan.sharko...
  4:5
sworn 20:23

_____T_____
T 4:9,18,23 30:1
  30:1
tab 14:4

table 8:8 9:5
take 8:19 17:8
  29:1
taken 2:7 30:7
TALCUM 1:5
talk 29:13
talking 8:3
  11:10
technicality
  23:10
tell 7:14 12:10
  15:5,13 17:21
  21:16
telling 15:22
  17:6
terms 20:22
test 11:3,4
testimony 30:6
thank 5:2 27:12
  28:8,10,11,13
  29:12
Theresa 2:8
  28:11 30:3,19
thing 11:16
  20:23
things 8:12 9:6
  9:25 14:18
  15:15 19:21,22
  19:23
think 7:18 8:17
  9:11 10:19
  12:10 13:21
  14:4 16:18,21
  19:16 20:8,11
  20:20 21:18
  23:18,19 24:19
  25:11,15,16
  27:5,21,25
third 6:11
THOMAS 4:18
thought 27:7
  28:16
thousand 6:25
  12:25
thousands 21:23
throttle 14:21

THURSDAY
  1:11
time 5:5 22:20
  22:22 23:13
  25:19 26:7
  29:1 30:7
timeline 24:11
times 21:23
timing 25:24
Tisi 24:5 25:7
  29:7
tlocke@seyfar...
  4:20
today 5:11 10:18
  22:6
tomorrow 28:15
touch 27:23
transcript 2:6
  30:6
trial 25:20,21
tricky 8:12
tried 23:21
troubled 15:6
true 30:6
try 5:12 24:18
  25:21
trying 19:9
  20:11,12 29:6
turn 7:15 9:5
turn-around
  24:9
turning 22:24
two 6:13,14,20
  27:15

_____U_____
unable 5:17
understand
  11:21 13:2
  15:18 19:10
  21:22 22:2
  26:16
understanding
  20:9
understood
  25:19

undertaken
  24:22
undoubtedly
  21:25
UNITED 1:1
upcoming 25:20
use 24:10
USMJ 1:14

_____V_____
VIDEOCONF...
  1:6 2:11
Videoconfere...
  1:19
Villani 6:23
Viscomi 16:23
volume 24:19

_____W_____
WALKER 4:25
want 8:2 9:18,25
  10:17 11:7
  12:17,25 17:5
  18:15 22:19
  23:9 24:8
  26:14 29:3
wanted 6:9,25
  7:9 8:7,15,19
  9:4 16:10 22:8
  24:24 27:22
warrant 20:21
WASHINGT...
  3:11 4:12,19
way 5:22 18:15
  23:6
we'll 8:17 12:23
  14:12,16,16
  18:16 27:9
we're 5:11 11:10
  12:3,12,22
  14:18 16:18,19
  16:25 20:9,11
  21:1,2,19 22:6
  22:22 24:17
  25:2,12 28:12
  28:23,25 29:1

June 10, 2021

37

| | | |
|---|---|---|
| 29:12 | **101** 3:4 | **52** 14:4 |
| **We've** 24:16,21 | **12** 10:2 | |
| **week** 8:9 28:1 | **127** 3:22 | **6** |
| **weekend** 22:25 | **1440** 4:12 | **600** 4:3 |
| 29:13 | **1825** 3:10 | |
| **weren't** 16:21 | **18th** 5:10 14:13 | **7** |
| **White** 1:20 6:23 | 22:6 23:6,21 | **732-747-9003** |
| **wish** 17:11 | 24:11 28:5 | 3:23 |
| **Wolfson** 25:21 | | |
| **woman** 6:24 | **2** | **8** |
| **words** 20:25 | **20004** 4:19 | **800-674-9725** |
| 24:19 25:1 | **20005** 4:12 | 3:11 |
| **work** 25:24 | **2006** 3:11 | **800-768-4026** |
| **worked** 25:4 | **202-371-7410** | 3:6 |
| **working** 24:17 | 4:13 | **800-898-2034** |
| 25:2,12 29:8 | **202-759-7648** | 3:17 |
| **world** 17:21 | 3:12 | **856-488-7797** |
| **wouldn't** 10:9 | **202-828-5376** | 1:15 |
| 23:18 | 4:20 | **856-546-1100** |
| **written** 13:22 | **2021** 1:11 30:20 | 1:22 |
| 18:17,21 | 30:21 | **856-667-0500** |
| **wrong** 17:19 | **2022** 25:22 | 3:5 |
| 25:18 27:6 | **210** 3:4 | **856-667-5133** |
| | **215-567-3500** | 3:6 |
| **X** | 3:23 | |
| **XIO857** 30:21 | **215-567-6019** | **9** |
| | 3:24 | **96-hour** 22:22 |
| **Y** | **218** 3:16 | **973-360-9831** |
| **Yeah** 11:16 | | 4:4 |
| 27:10 | **3** | **973-549-7350** |
| **yesterday** 7:23 | **3:16-md-2738-...** | 4:4 |
| 8:19,25 25:14 | 1:2 | **975** 4:19 |
| **YORK** 4:12 | **3:58** 2:12 | |
| | **30X100085700** | |
| **Z** | 2:9 | |
| **Zoom** 1:5 2:11 | **334-954-7555** | |
| 20:2 28:15 | 3:18 | |
| 29:1 | **36104** 3:17 | |
| | | |
| **0** | **4** | |
| **07701** 3:22 | **4160** 3:16 | |
| **07932** 4:3 | **49** 17:9,17 | |
| **08002** 3:5 | | |
| **08106** 1:21 | **5** | |
| | **5** 30:20 | |
| **1** | **515** 1:20 | |
| **10** 1:11 30:21 | | |