UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> _____, <br>                           Plaintiff, <br> v. <br><br> <u>Johnson & Johnson, et al.</u>          , <br>                           Defendants. | **MDL NO. 16-2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:21-cv-_____ <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on _____ on behalf of _____.

Dated: _____

                                              THE DRISCOLL FIRM, P.C.

                                              BY: <u>/s/ PAUL W. JOHNSON</u>
                                              PAUL W. JOHNSON (#34554)
                                              211 North Broadway, Suite 4050
                                              St. Louis, Missouri 63102
                                              Telephone No. (314) 932-3232
                                              Fax No. (314) 932-3233
                                              Paul@thedriscollfirm.com
                                              *Counsel for Plaintiff*