## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL NO. 2738 (FLW) (LHG)

THIS DOCUMENT RELATES TO:

*Gilbert Grimes, Individually and as the Anticipated
     Personal Representative of the Estate of Norma
     Grimes, Deceased vs. Johnson & Johnson, et al.*
Case No.:  *3:21-cv-7389-FLW-LHG*

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form
Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,
*Gilbert Grimes, Individually and as the Anticipated Personal Representative of the Estate of
Norma Grimes, Deceased.*

This 15th day of June 2021.                 Respectfully submitted,


                                            ONDERLAW, LLC

                              By:     */s/ James G. Onder*
                                      James G. Onder, #38049 MO
                                      William W. Blair, #58196 MO
                                      Stephanie L. Rados, #65117 MO
                                      110 E. Lockwood, 2nd Floor
                                      St. Louis, MO  63119
                                      314-963-9000 telephone
                                      314-963-1700 facsimile
                                      onder@onderlaw.com
                                      blair@onderlaw.com
                                      rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of June 2021.

*/s/ James G. Onder*