# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>All Cases Listed on Exhibits A and B | **MDL NO. 2738 (FLW) (LHG) CHIEF JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN**<br><br>**OMNIBUS CONSENT ORDER OF DISMISSAL OF DUPLICATE FILED CASES WITH PREJUDICE** |

    Plaintiffs identified on Exhibits A and B, attached hereto, filed multiple actions in this MDL litigation. Accordingly, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and with the consent of all parties, IT IS HEREBY STIPULATED AND ORDERED that Plaintiffs' claims against Defendants are dismissed only in the "Duplicate Actions" identified in Exhibit A, with prejudice as duplicate filings. This Order shall not affect the other civil actions filed by Plaintiffs and identified as the "Remaining Actions" in Exhibit B, and the dismissals are not adjudications on the merits. All parties shall bear their own costs.

    This __16th__ day of __June__ 2021.

                                                  /s/ Freda L. Wolfson
                                                Hon. Freda L. Wolfson, U.S.C.D.J.

# EXHIBIT A

| DUPLICATE ACTIONS – TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Albright, Elaine | 3:20-cv-07457 | Lenze Moss PLC |
| Anderson, Dana | 3:20-cv-13502 | Onder Shelton O'Leary & Peterson |
| Avants-Balducci, Marian | 3:20-cv-15531 | Johnson Law Group |
| Babravich, Lori | 3:21-cv-00111 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Bernand, Judy | 3:21-cv-03062 | The Miller Firm LLC |
| Burks, Nancy | 3:21-cv-01855 | Onder Shelton O'Leary & Peterson |
| Chatman, Davida | 3:21-cv-02042 | Onder Shelton O'Leary & Peterson |
| Cogorno, Pia | 3:21-cv-02736 | Onder Shelton O'Leary & Peterson |
| Corey, Earlene May | 3:19-cv-13087 | Wagstaff & Cartmell LLP |
| Coulstin, Kimberlie | 3:17-cv-07161 | Don Barrett PA/Barrett Law Group |
| Hollen, Lesa | 3:21-cv-02093 | Onder Shelton O'Leary & Peterson |
| Homan, Ruth | 3:21-cv-00746 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Jackson, Maureen | 3:21-cv-02748 | Onder Shelton O'Leary & Peterson |
| Jauregui, Claudia | 3:20-cv-10957 | Trammell PC |
| McClanahan, Rebecca | 3:20-cv-04344 | Onder Shelton O'Leary & Peterson LLC |
| McDuffie, Francine | 3:20-cv-03454 | Onder Shelton O'Leary & Peterson |
| McRae, Christine | 3:20-cv20021 | Arnold & Itkin, LLP |
| McRae, Christine | 3:20-cv-20081 | Trammell PC |
| McWoods, Sundra Ramona | 3:18-cv-05110 | Van Wey Law PLLC |
| Lalaind, Clarence, Individually and on Behalf of the Estate of Roxanne Monlux | 3:20-cv-06299 | Onder Shelton O'Leary & Peterson LLC |
| Taylor, Dewanna | 3:20-cv-13719 | The Driscoll Firm PC |

| DUPLICATE ACTIONS – TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Tierney, Colleen | 3:21-cv-02584 | Onder Shelton O'Leary & Peterson LLC |
| Vice, Regina | 3:20-cv-20299 | Onder Shelton O'Leary & Peterson LLC |
| White, Monica | 3:19-cv-12134 | Onder Shelton O'Leary & Peterson |
| Williams, Lorrie | 3:20-cv-12042 | Wexler Wallace LLP |
| York, Linda | 3:20-cv-18212 | Fears Nachawati PLLC |
| Young-Horner, Stacey | 3:20-cv-04913 | Onder, Shelton O'Leary & Peterson |
| Moore, Tanya M. | 3:20-cv-17345 | The Miller Firm |
| Banach, Catherine | 3:18-cv-01504 | Johnson Law Group |
| Scott, Crystal | 3:19-cv-18430 | Onder, Shelton O'Leary & Peterson |

# EXHIBIT B

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Albright, Elaine | 3:20-cv-07232 | Onder Shelton O'Leary & Peterson |
| Anderson, Dana | 3:19-cv-14360 | Trammell PC |
| Babravich, Lori | 3:19-cv-20979 | The Lanier Law Firm PC |
| Balducci, James, Individually and on behalf of Marian Sue Avants-Baluccci, deceased | 3:20-cv-19128 | Fears Nachawati Law Firm PLLC |
| Bernand, Judy | 3:20-cv-07458 | Lenze Moss PLC |
| Burks, Nancy | 3:19-cv-14385 | Trammell PC |
| Chatman, Davida | 3:20-cv-14368 | Johnson Law Group |
| Cogorna, Pia | 3:21-cv-02162 | Johnson Law Group |
| Corey, Earlene | 3:19-cv-13132 | Onder Shelton O'Leary & Peterson |
| The Estate of Kimberlie K. Coulston by and through Annmarie Henning | 3:20-cv-16050 | The Segal Law Firm |
| Hollen, Lesa | 3:20-cv-16180 | Trammell PC |
| Homan, Ruth | 3:20-cv-08412 | Trammell PC |
| Jackson, Maureen | 3:20-cv-00102 | Trammell PC |
| Jauregui, Claudia | 3:21-cv-00241 | Aylstock Witkin Kreis & Overholtz, PLLC |
| McClanahan, Rebecca Sue | 3:17-cv-10124 | Morris Law Firm |
| McDuffie, Francine | 3:19-cv-07314 | Wagstaff & Cartmell LLP |
| McRae, Christine | 3:21-cv-01008 | Onder Shelton O'Leary & Peterson LLC |
| McWoods, Edmund, Individually and as Surviving Spouse of Sundra Ramona McWoods, deceased | 3:21-cv-00867 | Ashcraft & Gerel LLP |
| Lalaind, Clarence, Individually and on Behalf of the Estate of Roxanne Monlux | 3:20-cv-00401 | Trammell PC |

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Taylor, Dewanna | 3:20-cv-06125 | Lance Entrekin PC |
| Tierney, Colleen | 3:20-cv-09480 | Trammell PC |
| Vice, Regina L. | 3:18-cv-04391 | Wagstaff & Cartmell LLP |
| White, Monica | 3:19-cv-10201 | Trammell PC |
| Williams, Lorrie | 3:20-cv-07309 | Johnson Law Group |
| York, Linda | 3:19-cv-21542 | Johnson Law Group |
| Young-Horner, Stacey | 3:19-cv-14547 | Trammell PC |
| Moore, Tanya | 3:20-cv-17499 | Johnson Law Group |
| Banach, Catherine | 3:19-cv-17422 | Levin Papantonio |
| Scott, Crystal | 3:18-cv-13370 | Onder, Shelton O'Leary & Peterson |