**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2738 (FLW) (LHG)**

THIS DOCUMENT RELATES TO:

*Kraig Korner, as the Anticipated Personal Representative*
*of the Estate of Patricia Korner-Hensley, Deceased*
*vs. Johnson & Johnson, et al.*
Case No.:  3:21-cv-7474-FLW-LHG

---

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

*Kraig Korner, as the Anticipated Personal Representative of the Estate of Patricia*

*Korner-Hensley, Deceased.*

This 16th day of June 2021.                    Respectfully submitted,

                                                ONDERLAW, LLC

                             By:      */s/ James G. Onder*
                                      James G. Onder, #38049 MO
                                      William W. Blair, #58196 MO
                                      Stephanie L. Rados, #65117 MO
                                      110 E. Lockwood, 2nd Floor
                                      St. Louis, MO  63119
                                      314-963-9000 telephone
                                      314-963-1700 facsimile
                                      onder@onderlaw.com
                                      blair@onderlaw.com
                                      rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of June 2021.


_/s/ James G. Onder_