# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 16-2738 (FLW) (LHG)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Thomas T. Locke, Esq., counsel for Personal Care Products Council ("PCPC") on a Motion for Summary Judgment filed pursuant to Federal Rule of Civil Procedure 56; it appearing that Plaintiffs, through Michelle A. Parfitt, Esq. and P. Leigh O'Dell, Esq., counsel for the Plaintiffs' Steering Committee, oppose the Motion; the Court having reviewed the submissions of the parties pursuant to Federal Rule of Civil Procedure 78, for the reasons set forth in the Opinion also filed on this date, and for good cause shown,

**IT IS** on this 16th day of June, 2021,

**ORDERED** that PCPC's Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that all claims against PCPC are **DISMISSED**.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge