**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jeanine Allen v. Johnson & Johnson, Inc., et al.*<br>Case No.: 3:21-cv-12691 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Jeanine Allen.

Dated: June 17, 2021             Respectfully submitted,

                      By: */s/ Stuart L. Goldenberg*
                      Stuart L. Goldenberg (MN #0158719)
                      Noah C. Lauricella (MN #397896)
                      **GOLDENBERGLAW, PLLC**
                      800 LaSalle Avenue, Suite 2150
                      Minneapolis, MN 55402
                      (612) 333-4662 (Tel)
                      (612) 367-8107 (Fax)
                      slgoldenberg@goldenberglaw.com
                      nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of June, 2021.

                      */s/ Stuart L. Goldenberg*