**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

*Evelyn Kelley, as the Anticipated Personal Representative
of the Estate of Esther Kelley, Deceased vs.
Johnson & Johnson, et al.*
*Case No.:  3:21-cv-7532-FLW-LHG*

**MDL NO. 2738 (FLW) (LHG)**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

*Evelyn Kelley, as the Anticipated Personal Representative of the Estate of Esther Kelley,*

*Deceased.*

This 17th day of June 2021.                     Respectfully submitted,


                                              ONDERLAW, LLC

                    By:      */s/ James G. Onder*
                             James G. Onder, #38049 MO
                             William W. Blair, #58196 MO
                             Stephanie L. Rados, #65117 MO
                             110 E. Lockwood, 2nd Floor
                             St. Louis, MO  63119
                             314-963-9000 telephone
                             314-963-1700 facsimile
                             onder@onderlaw.com
                             blair@onderlaw.com
                             rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of June 2021.

/s/ James G. Onder