UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Carol J. Williams, et al.*, No. 3:19-cv-18778<br><br>*Linda H. Hill*, No. 3:18-cv-08344<br><br>*Bobbie N. Landreth*, No. 3:17-cv-11788<br><br>*Michael Scroggins o/b/o Bertha M. Walton*, No. 3:18-cv-12766 | MDL No. 2738 (FLW) (LHG)<br><br>**NOTICE OF OMNIBUS MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that on a date and time convenient for the Court as counsel may be heard, Faegre Drinker Biddle & Reath LLP, counsel for defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively the "JJCI Defendants"), will move before Chief Judge Freda L. Wolfson, U.S.D.J., in the United States District Court for the District of New Jersey, for an Order for Summary Judgment in favor of the JJCI Defendants and dismissing Plaintiffs Carol J. Williams, Linda H. Hill, Bobbie N. Landreth, and Michael Scroggins on behalf of Bertha M. Walton's Complaints with prejudice. In support of this application, the

JJCI Defendants will rely on the attached Brief in Support of Motion for Summary Judgment, Statement of Undisputed Material Facts, Declaration of Jessica L. Brennan, Esq. and attached exhibits, and Declaration of Kathleen Frazier, Esq. and attached exhibits, submitted herewith.

                          Respectfully submitted,

                          s/Susan M. Sharko
                          Susan M. Sharko
                          Faegre Drinker Biddle & Reath LLP
                          600 Campus Drive
                          Florham Park, NJ 07932
                          Tel. (973) 549-7000
                          susan.sharko@faegredrinker.com

                          *Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

Dated: June 18, 2021