# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| *This document relates to:* | **[PROPOSED] ORDER FOR SUMMARY JUDGMENT** |
| *Carol J. Williams, et al.*, No. 3:19-cv-18778 | |
| *Linda H. Hill*, No. 3:18-cv-08344 | |
| *Bobbie N. Landreth*, No. 3:17-cv-11788 | |
| *Michael Scroggins o/b/o Bertha M. Walton*, No. 3:18-cv-12766 | |

**THIS MATTER**, having been opened to the Court by Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively the "JJCI Defendants") for entry of an Order for Summary Judgment in favor of the JJCI Defendants and dismissing with prejudice the Complaints filed by Plaintiffs Carol J. Williams, Linda H. Hill, Bobbie N. Landreth, and Michael Scroggins on behalf of Bertha M. Walton, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown;

**IT IS** on _____ day of _____, 2021,

**ORDERED** as follows:

1. The JJCI Defendants' Omnibus Motion for Summary Judgment is hereby **GRANTED**;

2. Plaintiff Carol J. Williams' Complaint is hereby **DISMISSED** with prejudice;

3. Plaintiff Linda H. Hill's Complaint is hereby **DISMISSED** with prejudice;

4. Plaintiff Bobbie N. Landreth's Complaint is hereby **DISMISSED** with prejudice;

5. Plaintiff Michael Scroggins on behalf of Bertha M. Walton's Complaint is hereby **DISMISSED** with prejudice; and

6. A copy of this Order shall be served upon all counsel within ___ days of the date hereof.

                                                                           _____
HON. FREDA L. WOLFSON
U.S. Chief District Judge