# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Rachel Gwynn Savage v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:21-cv-12595-FLW-LHG* | **Civil Action: 3:16-md-2738**<br><br>**MDL No. 2738** |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 15, 2021, on behalf of the plaintiff, Rachel Gwynn Savage.

Dated: <u>June 18, 2021</u>     Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott