UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Carol J. Williams, et al.*, No. 3:19-cv-18778<br><br>*Linda H. Hill*, No. 3:18-cv-08344<br><br>*Bobbie N. Landreth*, No. 3:17-cv-11788<br><br>*Michael Scroggins o/b/o Bertha M. Walton*, No. 3:18-cv-12766 | MDL No. 2738 (FLW) (LHG)<br><br><br>NOTICE OF UNOPPOSED MOTION TO SEAL MATERIALS PURSUANT TO L. CIV. R. 5.2 AND L. Civ. R. 5.3 |

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rules 5.2 and 5.3, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively "JJCI" or "Defendants") will move before this Court, on July 19, 2021, or as soon thereafter as counsel may be heard, for an Order sealing materials, specifically: sealing Exhibits 3, 5, 7, 8, 12, 17, and 18 to the Declaration of Jessica L. Brennan, Esq. in Support of Defendants' Omnibus Motion for Summary Judgment filed on June 18, 2021, and the redacted corresponding portions of Defendants' Brief in support thereof; and, sealing the redacted portions of Exhibits 9, 15, 20, 22, and 23

to Defendants' Omnibus Motion for Summary Judgment filed on June 18, 2021 that contain personal identifying information. Defendants have consulted with counsel for Plaintiffs, and Plaintiffs do not oppose this Motion.

**PLEASE TAKE FURTHER NOTICE** that in Support of this Motion, Defendants rely on the enclosed Memorandum in Support and the Proposed Order filed herewith.

| | |
|---|---|
| Dated: June 18, 2021 | By: */s/ Susan M. Sharko*<br>Susan M. Sharko<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>600 Campus Drive<br>Florham Park, NJ 07932<br>Tel.: (973) 549-7000<br>susan.sharko@faegredrinker.com<br><br>*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.* |