UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Carol Rak-Pietryla, 3:21-CV-12859 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on June 22, 2021 on behalf of Plaintiff Carol Rak-Pietryla.

Dated:  June 22, 2021                          Respectfully Submitted,

                                                             /s/ Jeff Benton\
                                                              Jeff Benton\
                                                              The Benton Law Firm\
                                                              1825 Market Center Blvd., Suite 350\
                                                              Dallas, Texas 75207\
                                                              Telephone: (214) 777-7777\
                                                              Facsimile: (214) 615-2950\
                                                              Jeff@TheBentonLawFirm.com

                                                             **Counsel for Plaintiff(s)**

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  June 22, 2021                          /s/ Jeff Benton\
                                                             Jeff Benton