## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| KAREN E. MARTIN and TERRANCE R. MARTIN, her spouse, <br>                         Plaintiff, <br> v. <br> JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | Civil Action No: 3:21-cv-12315 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on June 9, 2021 on behalf of Karen E. Martin and Terrance R. Martin, her spouse.

Dated:  June 23, 2021                                         Respectfully submitted:

*/s/ mg*

_____
MICHAEL GOETZ, ESQUIRE
Florida Bar No. 963984
Morgan & Morgan
Complex Litigation Group
One Tampa City Center, 7th Floor
201 N. Franklin Street
Tampa, Florida 33602
Telephone (813) 223-5505
Facsimile (813) 223-5402
E-Mail:  MGoetz@forthepeople.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system May 25, 2021.

/s/ Michael Goetz
Attorney for Plaintiff