# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LGH) |

*THIS DOCUMENT RELATES TO ALL CASES*

## PLAINTIFFS' AMENDED CROSS NOTICE OF TAKING ORAL DEPOSITION OF JOHN C. O'SHAUGHNESSY

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Plaintiffs, by and through the undersigned counsel, hereby cross-notice the videotaped deposition upon oral examination of John C. O'Shaughnessy in the above-referenced matter. A copy of the deposition notice is attached as Exhibit A.

Plaintiffs reserve the right to take a supplemental (non-duplicative) deposition of John C. O'Shaughnessy as may be needed based upon the production of documents and other discovery to occur subsequent to the presently scheduled deposition.

The deposition will take place before a person authorized to administer oaths and will continue day to day until completed at the following time:

**June 29, 2021 at 10:00 a.m. (EST) at Crowne Plaza Princeton, 900 Scudders Mill Road, Plainsboro, New Jersey 08536 in person and via ZOOM.**

The deposition will be videotaped before a certified court reporter and may be used for the purposes of discovery or for use by Plaintiff as evidence at trial, both. You are invited to appear and take part in the examination as you deem appropriate.

Dated: June 23, 2021                        Respectfully submitted,


| | |
|---|---|
| */s/ Michelle A. Parfitt* | */s/ P. Leigh O'Dell* |
| MICHELLE A. PARFITT | P. LEIGH O'DELL |
| Ashcraft & Gerel, LLP | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C |
| 1825 K Street, NW, Suite 700 | 218 Commerce Street |
| Washington, D.C. 20006 | Montgomery, Alabama 36104 |
| 202-783-6400 | 334-269-2343 |
| mparfitt@ashcraftlaw.com | leigh.odell@beasleyallen.com |

*/s/Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
732-747-9003
cplacitella@cprlaw.com

ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/ P. Leigh O'Dell*
P. LEIGH O'DELL
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C
218 Commerce Street
Montgomery, Alabama 36104
334-269-2343
leigh.odell@beasleyallen.com

ATTORNEY FOR PLAINTIFFS

# Exhibit A

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| **VICKIE FORREST**, et al., | |
| Plaintiffs, | Case No. 1522-CC00419-02 |
| vs. | Division 1 |
| **JOHNSON & JOHNSON**, et al., | |
| Defendants | |

**NOTICE OF VIDEOTAPED**
**(REMOTE) DEPOSITION OF JOHN C. O'SHAUGHNESSY**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Rule 57 of the Missouri Rules of Civil Procedure, Plaintiffs, by their undersigned attorneys, shall take the videotaped deposition of **John C. O'Shaughnessy,** in the above-referenced matter. The deposition which shall be taken by videotape and stenographic means before a certified court reporter or other person authorized to administer oaths on **Tuesday, June 29, 2021**, at **10 a.m. EST at Crowne Plaza Princeton, 900 Scudders Mill Road, Plainsboro, New Jersey 08536.** The deposition will also be conducted remotely via Zoom video conference services as agreed upon by all parties. The deposition will continue from day to day until completed. The deposition will be facilitated by Golkow Reporting. All persons wishing to attend the deposition remotely shall provide counsel for Plaintiffs with their email addresses no later than four days before the deposition.

The witness is required to bring/produce true, correct and complete copies of all documents as referred to in **Schedule A** below, no later than five (5) business days prior to the deposition.

1

**SCHEDULE "A"**
**Subpoena Duces Tecum**

The deponent shall make the following documents and things available for the purposes of inspection and copying:

**DEFINITIONS:**

The term "document(s)" means and refers to all forms of writings and records, and includes any reduction to tangible form, including computer or magnetic memory or storage, or any other electronically stored information, communication, or data, including any written, recorded, or filmed graphic matter of any kind or nature, however produced or reproduced, including originals, drafts, and non-identical copies, wherever located including, but not limited to, documents and records held or stored on hospital servers, databases, networks, shared networks, local and remote drives, and local and remote drives of individuals.

**DOCUMENTS REQUESTED:**

1. A copy of the witness's current or most recent resume or curriculum vitae;

2. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the presence of asbestos in talcum powder products;

3. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the presence of asbestos in Johnson's Baby Powder;

4. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between talcum powder products and ovarian cancer;

5. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between Johnson's Baby Powder and ovarian cancer;

6. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between asbestos and ovarian cancer;

7. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the International Agency for Research on Caner's (IARC) consideration of talc as a human carcinogen;

8. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee after the witness left employment with Johnson and Johnson;

9. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee, after the witness left employment with Johnson and Johnson, regarding talcum powder products;

10. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee, including its lawyers, regarding talcum powder products;

11. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with Susan Nicholson, MD after the witness left employment with Johnson and Johnson;

12. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with John Hopkins, PhD after the witness left employment with Johnson and Johnson;

13. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with the Food and Drug Administration (FDA) regarding talcum powder products;

14. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with Rich Zazenski regarding talcum powder or talcum powder products; and

15. Any and all documents in the witness's possession, custody, or control which refer or relate to, in any way, the following specific individuals or entities regarding talcum powder products:

 a. Imerys or any of its predecessor companies or entities;

 b. Rio Tinto or any of its predecessor companies or entities;

 c. Luzinac Group or any of its predecessor companies or entities;

 d. Crowell & Morning LLP, including Ridgway M. Hall Jr.;

 e. Robert Glenn;

 f. Meta-Analysis Research Group;

 g. Joshua Muscat, MD;

      h.   Michael Huncharek; MD; and

      i.   Brooke Mossman, PhD.

| Dated: June 21, 2021 | Respectfully submitted, |
|---|---|
| | **ONDERLAW, LLC** |
| | By: /s/ *W. Wylie Blair* |
| | James G. Onder #38049 |
| | William W. Blair #58196 |
| | Stephanie L. Rados #65117 |
| | 110 E. Lockwood, 2nd Floor |
| | St. Louis, MO 63119 |
| | 314-963-9000 telephone |
| | 314-963-1700 facsimile |
| | onder@onderlaw.com |
| | blair@onderlaw.com |
| | rados@onderlaw.com |

OF COUNSEL:

R. Allen Smith, Jr. – MSB # 99984
THE SMITH LAW FIRM, PLLC
681 Towne Center Boulevard, Suite B
Ridgeland, Mississippi 39157
Telephone: (601) 952-1422
Facsimile: (601) 952-1426

Timothy W. Porter – MSB # 9687
Patrick C. Malouf – MSB # 9702
John T. Givens – MSB #101561
PORTER & MALOUF, PA
Post Office Box 12768
Jackson, Mississippi 39236-2768
Telephone: (601) 957-1173
Facsimile: (601) 957-7366

Ted G. Meadows – ALB # MEA014
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Michelle Parfitt, VA Bar No. 33650
James Green, VA Bar No. 24915
Patrick Lyons, DC Bar No. 1034531
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: (703) 931-5500
Facsimile: (703) 820-1656
*Attorneys for Plaintiffs*

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 21st day of June, 2021.

                        */s/ W. Wylie Blair*