**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2738 (FLW) (LHG)**

THIS DOCUMENT RELATES TO:

*Megan Harris, as the Anticipated Personal Representative*
*    of the Estate of Barbara Wallace, Deceased vs.*
*    Johnson & Johnson, et al.*
Case No.:  *3:21-cv-5342-FLW-LHG*

---

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

*Megan Harris, as the Anticipated Personal Representative of the Estate of Barbara Wallace,*

*Deceased.*

This 23rd day of June 2021.                   Respectfully submitted,


ONDERLAW, LLC

By:      */s/ James G. Onder*
          James G. Onder, #38049 MO
          William W. Blair, #58196 MO
          Stephanie L. Rados, #65117 MO
          110 E. Lockwood, 2nd Floor
          St. Louis, MO  63119
          314-963-9000 telephone
          314-963-1700 facsimile
          onder@onderlaw.com
          blair@onderlaw.com
          rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of June 2021.

*/s/ James G. Onder*