# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> TAMARA K. CAREW and WILLIAM CAREW, her spouse, <br>                         Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | MDL No. 2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br><br> Civil Action No: 3:21-cv-12327 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on June 9, 2021 on behalf of Tamara K. Carew and William Carew, her spouse.

Dated:  June 23, 2021                          Respectfully submitted:

                                                          _____
                                                          MICHAEL GOETZ, ESQUIRE
                                                          Florida Bar No. 963984
                                                          Morgan & Morgan
                                                          Complex Litigation Group
                                                          One Tampa City Center, 7th Floor
                                                          201 N. Franklin Street
                                                          Tampa, Florida 33602
                                                          Telephone (813) 223-5505
                                                          Facsimile (813) 223-5402
                                                          E-Mail:  MGoetz@forthepeople.com
                                                          Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system June 23, 2021.

                                      /s/ Michael Goetz
                                      Attorney for Plaintiff