# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to: All Plaintiffs** | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

## CROSS-NOTICE OF CONTINUING ORAL AND VIDEOTAPED DEPOSITION OF JOHN C. O'SHAUGHNESSY

**PLEASE TAKE NOTICE** that, in connection with *Vickie Forrest v. Johnson & Johnson, et al.*, Case No. 1522-CC00419-02, in the Circuit Court of the City of St. Louis, State of Missouri, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Johnson & Johnson Defendants"), pursuant to the Federal and Missouri Rules of Civil Procedure, cross-notice the videotaped (remote) deposition upon oral examination of **John C. O'Shaughnessy**, before a person duly authorized to administer oaths, on **Tuesday, June 29, 2021,** at **10:00 a.m.** at **Crowne Plaza Princeton, 900 Scudders Mill Road, Plainsboro, New Jersey 08536** and also conducted **remotely via Zoom video conference services** as agreed upon by all parties, pursuant to the *Plaintiff's Notice of Videotaped*

*(Remote) Deposition of John C. O'Shaughnessy*, as served and attached as Exhibit "A" hereto.

The deposition will be conducted pursuant to the provisions of the Federal and Missouri Rules of Civil Procedure.

Dated: June 23, 2021

*s/ Susan M. Sharko*
Susan M. Sharko
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: 973-549-7000
Facsimile: 973-360-9831
E-mail: susan.sharko@faegredrinker.com

*s/ John H. Beisner*
John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-661-8301
john.beisner@skadden.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

## **CERTIFICATION OF SERVICE**

I hereby certify that I have, on this 23rd day of June, 2021, caused the foregoing Cross-Notice of Oral and Videotaped Deposition of John C. O'Shaughnessy be served on all counsel of record via ECF, including:

    Michelle A. Parfitt
    ASHCRAFT & GEREL, LLP
    4900 Seminary Road, Suite 650
    Alexandria, VA 22311
    Telephone: 703-931-5500
    Email: mparfitt@ashcraftlaw.com

    P. Leigh O'Dell
    BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
    218 Commerce Street
    Montgomery, Alabama 36104
    Telephone: 334-269-2343
    Email: leigh.odell@beasleyallen.com

    Christopher M. Placitella
    COHEN PLACITELLA ROTH, PC
    127 Maple Avenue
    Red Bank, NJ 07701
    Telephone: 888-219-3599
    Facsimile: 215-567-6019
    Email: cplacitella@cprlaw.com

*Jessica L. Brennan* (signature)
Jessica L. Brennan

# EXHIBIT A

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

**VICKIE FORREST**, et al.,

    Plaintiffs,

vs.

**JOHNSON & JOHNSON**, et al.,

    Defendants

Case No. 1522-CC00419-02

Division 1

**NOTICE OF VIDEOTAPED
(REMOTE) DEPOSITION OF JOHN C. O'SHAUGHNESSY**

TO:    All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Rule 57 of the Missouri Rules of Civil Procedure, Plaintiffs, by their undersigned attorneys, shall take the videotaped deposition of **John C. O'Shaughnessy,** in the above-referenced matter.  The deposition which shall be taken by videotape and stenographic means before a certified court reporter or other person authorized to administer oaths on **Tuesday, June 29, 2021**, at **10 a.m. EST at Crowne Plaza Princeton, 900 Scudders Mill Road, Plainsboro, New Jersey 08536.**  The deposition will also be conducted remotely via Zoom video conference services as agreed upon by all parties.  The deposition will continue from day to day until completed.  The deposition will be facilitated by Golkow Reporting.  All persons wishing to attend the deposition remotely shall provide counsel for Plaintiffs with their email addresses no later than four days before the deposition.

The witness is required to bring/produce true, correct and complete copies of all documents as referred to in **Schedule A** below, no later than five (5) business days prior to the deposition.

1

## SCHEDULE "A"
## Subpoena Duces Tecum

The deponent shall make the following documents and things available for the purposes of inspection and copying:

**DEFINITIONS:**

The term "document(s)" means and refers to all forms of writings and records, and includes any reduction to tangible form, including computer or magnetic memory or storage, or any other electronically stored information, communication, or data, including any written, recorded, or filmed graphic matter of any kind or nature, however produced or reproduced, including originals, drafts, and non-identical copies, wherever located including, but not limited to, documents and records held or stored on hospital servers, databases, networks, shared networks, local and remote drives, and local and remote drives of individuals.

**DOCUMENTS REQUESTED:**

1. A copy of the witness's current or most recent resume or curriculum vitae;

2. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the presence of asbestos in talcum powder products;

3. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the presence of asbestos in Johnson's Baby Powder;

4. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between talcum powder products and ovarian cancer;

5. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between Johnson's Baby Powder and ovarian cancer;

6. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between asbestos and ovarian cancer;

7. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the International Agency for Research on Caner's (IARC) consideration of talc as a human carcinogen;

2

8. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee after the witness left employment with Johnson and Johnson;

9. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee, after the witness left employment with Johnson and Johnson, regarding talcum powder products;

10. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee, including its lawyers, regarding talcum powder products;

11. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with Susan Nicholson, MD after the witness left employment with Johnson and Johnson;

12. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with John Hopkins, PhD after the witness left employment with Johnson and Johnson;

13. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with the Food and Drug Administration (FDA) regarding talcum powder products;

14. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with Rich Zazenski regarding talcum powder or talcum powder products; and

15. Any and all documents in the witness's possession, custody, or control which refer or relate to, in any way, the following specific individuals or entities regarding talcum powder products:

    a. Imerys or any of its predecessor companies or entities;

    b. Rio Tinto or any of its predecessor companies or entities;

    c. Luzinac Group or any of its predecessor companies or entities;

    d. Crowell & Morning LLP, including Ridgway M. Hall Jr.;

    e. Robert Glenn;

    f. Meta-Analysis Research Group;

    g. Joshua Muscat, MD;

      h.   Michael Huncharek; MD; and

      i.   Brooke Mossman, PhD.

| | |
|---|---|
| Dated: <u>June 21, 2021</u> | Respectfully submitted, |
| | **ONDERLAW, LLC** |
| | By: <u>*/s/ W. Wylie Blair*</u><br>James G. Onder #38049<br>William W. Blair #58196<br>Stephanie L. Rados #65117<br>110 E. Lockwood, 2nd Floor<br>St. Louis, MO  63119<br>314-963-9000 telephone<br>314-963-1700 facsimile<br>onder@onderlaw.com<br>blair@onderlaw.com<br>rados@onderlaw.com |

OF COUNSEL:

R. Allen Smith, Jr. – MSB # 99984
THE SMITH LAW FIRM, PLLC
681 Towne Center Boulevard, Suite B
Ridgeland, Mississippi 39157
Telephone:  (601) 952-1422
Facsimile:  (601) 952-1426

Timothy W. Porter – MSB # 9687
Patrick C. Malouf – MSB # 9702
John T. Givens – MSB #101561
PORTER & MALOUF, PA
Post Office Box 12768
Jackson, Mississippi  39236-2768
Telephone:  (601) 957-1173
Facsimile:  (601) 957-7366

Ted G. Meadows – ALB # MEA014
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

4

Michelle Parfitt, VA Bar No. 33650
James Green, VA Bar No. 24915
Patrick Lyons, DC Bar No. 1034531
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: (703) 931-5500
Facsimile: (703) 820-1656
*Attorneys for Plaintiffs*

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 21st day of June, 2021.

/s/ W. Wylie Blair

5