**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Anna Williams, as the Anticipated Personal Representative of the Estate of Josephine Williams, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-5597-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Anna Williams, as the Anticipated Personal Representative of the Estate of Josephine Williams, Deceased.*

This 24th day of June 2021.                    Respectfully submitted,

                                                                ONDERLAW, LLC

                                                    By:    */s/ James G. Onder*
                                                             James G. Onder, #38049 MO
                                                             William W. Blair, #58196 MO
                                                             Stephanie L. Rados, #65117 MO
                                                             110 E. Lockwood, 2nd Floor
                                                             St. Louis, MO  63119
                                                             314-963-9000 telephone
                                                             314-963-1700 facsimile
                                                             onder@onderlaw.com
                                                             blair@onderlaw.com
                                                             rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of June 2021.

                */s/ James G. Onder*