**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL NO. 2738 (FLW) (LHG)

THIS DOCUMENT RELATES TO:

*Gerald Guillot, Individually and as the Anticipated*
*     Personal Representative of the Estate of Pearl*
*     Guillot, Deceased vs. Johnson & Johnson, et al.*
Case No.:  *3:21-cv-5637-FLW-LHG*

---

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Gerald Guillot, Individually and as the Anticipated Personal Representative of the Estate of Pearl Guillot, Deceased.*

This 24th day of June 2021.                     Respectfully submitted,

                                                ONDERLAW, LLC

                          By:      */s/ James G. Onder*
                                   James G. Onder, #38049 MO
                                   William W. Blair, #58196 MO
                                   Stephanie L. Rados, #65117 MO
                                   110 E. Lockwood, 2nd Floor
                                   St. Louis, MO  63119
                                   314-963-9000 telephone
                                   314-963-1700 facsimile
                                   onder@onderlaw.com
                                   blair@onderlaw.com
                                   rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of June 2021.

*/s/ James G. Onder*