UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Irina Khleb v. Johnson & Johnson, Inc. et. al*<br>Case No.: 3:21-cv-12932 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Irina Khleb.

Dated: June 24, 2021                                                          Respectfully submitted,

                                                                                          By: */s/ Nicholas J. Shemik*
                                                                                          Nicholas J. Shemik (NY #5316542)
                                                                                          **THE DIETRICH LAW FIRM P.C.**
                                                                                          101 John James Audubon Parkway
                                                                                          Buffalo, New York 14228
                                                                                          (716) 839-3939 (Tel)
                                                                                          (716) 970-4550 (Fax)
                                                                                          nshemik@calljed.com


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of June, 2021.

                                                                                          */s/ Nicholas J. Shemik*