# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SLAES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: *CHRISTINE IBRAHIM, individually, as Personal Representative of the Estate of Colleen Gerecke and as Successor in Interest of Colleen Gerecke, deceased* Case No. 3:21-CV-11747-FLW-LHG | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on May 25, 2021, on behalf of Christine Ibrahim, individually, as Personal Representative of the Estate of Colleen Gerecke and as Successor in Interest of Colleen Gerecke, deceased.

Respectfully submitted,

Dated:  June 25, 2021

MARY ALEXANDER & ASSOCIATES, P.C.
/s/ Mary E. Alexander

Mary E. Alexander. Esq.
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104

Telephone: (415) 433-4440
Facsimile: (415) 433-5440
malexander@maryalexanderlaw.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2021, the above and foregoing document was filed electronically with the Clerk of the Court and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.


　　　　　　　　　　　　 /s/ Mary E. Alexander
　　　　　　　　　　　　 Mary E. Alexander, Esq.