UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Stacie Hamilton, as the Anticipated Personal Representative of the Estate of Cheri Eyer, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-5651-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, ***Stacie Hamilton, as the Anticipated Personal Representative of the Estate of Cheri Eyer, Deceased.***

This 25th day of June 2021.                Respectfully submitted,

                                ONDERLAW, LLC

                    By:    /s/ James G. Onder
                          James G. Onder, #38049 MO
                          William W. Blair, #58196 MO
                          Stephanie L. Rados, #65117 MO
                          110 E. Lockwood, 2nd Floor
                          St. Louis, MO  63119
                          314-963-9000 telephone
                          314-963-1700 facsimile
                          onder@onderlaw.com
                          blair@onderlaw.com
                          rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of June 2021.

*/s/ James G. Onder*
