## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Richard Gusman, as the Anticipated Personal Representative of the Estate of Dora Deanda, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-5671-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Richard Gusman, as the Anticipated Personal Representative of the Estate of Dora Deanda, Deceased.*

This 28th day of June 2021.                    Respectfully submitted,

                                                                          ONDERLAW, LLC

                                       By:    */s/ James G. Onder*
                                                       James G. Onder, #38049 MO
                                                       William W. Blair, #58196 MO
                                                       Stephanie L. Rados, #65117 MO
                                                       110 E. Lockwood, 2nd Floor
                                                       St. Louis, MO 63119
                                                       314-963-9000 telephone
                                                       314-963-1700 facsimile
                                                       onder@onderlaw.com
                                                       blair@onderlaw.com
                                                       rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of June 2021.

                                              */s/ James G. Onder*