UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIA SOUTHERLAND, | NOTICE OF APPEARANCE |
| Plaintiffs | MDL No. 2738 |
| v. | |
| JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., AND IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., | |
| Defendant(s) | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Kindly, enter my appearance as co-counsel on behalf of Plaintiff, Maria Southerland in the following matter and add my name to the ECF service list for her individual case as well as the master file for MDL 2738, No. 3:16-md-2738:

*Maria Southerland v. Johnson & Johnson, Inc. et al; Case No. 3:20-cv-06117*

Dated: June 29, 2021

                Respectfully submitted,

                ONDERLAW, LLC

        By: */s/ Stephanie L. Rados*
           James G. Onder, #38049 MO
           William W. Blair, #58196 MO
           Stephanie L. Rados, #65117 MO
           110 E. Lockwood, 2nd Floor
           St. Louis, MO  63119
           314-963-9000 telephone
           314-963-1700 facsimile
           onder@onderlaw.com
           blair@onderlaw.com
           rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of June 2021.

/s/ Stephanie L. Rados