**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Stacey Castiglioni vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-8196-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Stacey Castiglioni.

This 29th day of June 2021.

                                                          Respectfully submitted,

                                                          ONDERLAW, LLC

By:   */s/ James G. Onder*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of June 2021.

*/s/ James G. Onder*