**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Helen Ruby, as the Anticipated Personal Representative of the Estate of Margaret Sword, Deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-6001-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, ***Helen Ruby, as the Anticipated Personal Representative of the Estate of Margaret Sword, Deceased.***

This 29th day of June 2021.                               Respectfully submitted,

                                                      ONDERLAW, LLC

                              By:    */s/ James G. Onder*
                                       James G. Onder, #38049 MO
                                       William W. Blair, #58196 MO
                                       Stephanie L. Rados, #65117 MO
                                       110 E. Lockwood, 2nd Floor
                                       St. Louis, MO  63119
                                       314-963-9000 telephone
                                       314-963-1700 facsimile
                                       onder@onderlaw.com
                                       blair@onderlaw.com
                                       rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of June 2021.

/s/ James G. Onder