**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2738 (FLW) (LHG)**

THIS DOCUMENT RELATES TO:

*Barry Wilson, Individually and as the Anticipated
    Personal Representative of the Estate of Sharon
    Wilson, Deceased vs. Johnson & Johnson, et al.*
Case No.:  3:21-cv-6006-FLW-LHG

---

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

*Barry Wilson, Individually and as the Anticipated Personal Representative of the Estate of*

*Sharon Wilson, Deceased.*

This 29th day of June 2021.               Respectfully submitted,


ONDERLAW, LLC

By:     */s/ James G. Onder*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of June 2021.


*<u>/s/ James G. Onder     </u>*