**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDITH GARRETT, as Representative of JUANITA GARRETT, | **NOTICE OF APPEARANCE** |
| Plaintiffs | MDL No. 2738 |
| v. | |
| JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC., AND IMERYS TALC AMERICA, INC. F/K/A LUZENAC AMERICA, INC., | |
| Defendant(s) | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Kindly, enter my appearance as co-counsel on behalf of Plaintiff, Edith Garrett in the following matter and add my name to the ECF service list for her individual case as well as the master file for MDL 2738, No. 3:16-md-2738:

*Edith Garrett, as Representative of Juanita Garrett v. Johnson & Johnson, Inc. et al; Case No. 3:18-cv-09096*

Dated: June 29, 2021                                Respectfully submitted,

                                                    ONDERLAW, LLC

                                        By:    */s/ Stephanie L. Rados*
                                               James G. Onder, #38049 MO
                                               William W. Blair, #58196 MO
                                               Stephanie L. Rados, #65117 MO
                                               110 E. Lockwood, 2nd Floor
                                               St. Louis, MO  63119
                                               314-963-9000 telephone
                                               314-963-1700 facsimile
                                               onder@onderlaw.com
                                               blair@onderlaw.com
                                               rados@onderlaw.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of June 2021.

*/s/ Stephanie L. Rados*