UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Biagio Cirrincione, Individually and as the Proposed Administrator of the Estate of Plaintiff Gioseppina Cirrincione v. Johnson & Johnson, et al.* | MDL NO. 2738 (FLW) (LHG) |

Case No.:  3:21-cv-13122

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a short form Complaint and Jury Demand has been filed on behalf of Plaintiff, Biagio Cirrincione, Individually and as the Proposed Administrator of the Estate of Plaintiff Gioseppina Cirrincione.

Dated: June 30, 2021                                          Respectfully Submitted by,

 /s/ *Roopal P. Luhana*
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Phone: 888-480-1123
Fax: 888-499-1123
Email: luhana@chaffinluhana.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this  30th   of   June      , 2021.

/s/ <i>Roopal P. Luhana</i>