# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Geraldine Caldwell, 3:21-CV-13148 | MDL No. 2738 (FLW) (LHG) |

### NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on June 30, 2021 on behalf of Plaintiff Geraldine Caldwell.

Dated: _June 30, 2021_                       Respectfully Submitted,

                                                    /s/ Jeff Benton
                                                    Jeff Benton
                                                    The Benton Law Firm
                                                     1825 Market Center Blvd., Suite 350
                                                     Dallas, Texas 75207
                                                     Telephone: (214) 777-7777
                                                     Facsimile: (214) 615-2950
                                                     Jeff@TheBentonLawFirm.com

                                                     **Counsel for Plaintiff(s)**

### CERTIFICATE OF SERVICE

    I hereby certify that on June 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: _June 30, 2021_                       /s/ Jeff Benton
                                                        Jeff Benton