**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Laura Young v. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-13041-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on June 28, 2021, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiff Laura Young.

Dated: June 30, 2021    SULLIVAN PAPAIN BLOCK McGRATH
　　　　　　　　　　　　　　COFFINAS & CANNAVO P.C.

　　　　　　　　　　　　　By: /s/ Craig M. Silverman
　　　　　　　　　　　　　Craig M. Silverman (NY #5290473)
　　　　　　　　　　　　　120 Broadway – 27th Floor
　　　　　　　　　　　　　New York, New York 10271
　　　　　　　　　　　　　Phone:　(212) 732-9000
　　　　　　　　　　　　　Fax:　　(212) 266-4141
　　　　　　　　　　　　　Email:　Csilverman@triallaw1.com

　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Craig M. Silverman  
      Craig M. Silverman