# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Lisa M. Seebacker and Tami C. Herbst, as Co-executors of the Estate Judy A. Herbst, deceased*<br>v.<br>*Johnson & Johnson, et al.*<br>Case No. 3:21-cv-13204-FLW-LHG<br><br>Defendants. | **Civil No. 3:16-md-2738-FLW-LHG** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 1, 2021, on behalf of Plaintiffs captioned above.

Dated: July 1, 2021        */s/ Stephen Hunt*
                           Stephen Hunt
                           ASB-3621-N62H
                           CORY WATSON, P.C.
                           2131 Magnolia Ave S. Ste. 200
                           Birmingham, AL 35205
                           Telephone: (205) 328-2200
                           Facsimile: (205) 324-7896
                           shunt@corywatson.com

                           *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/  Stephen Hunt
Stephen Hunt
ASB-3621-N62H
CORY WATSON, P.C.
2131 Magnolia Ave S
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
shunt@corywatson.com

*Attorney for the Plaintiffs*