**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *This document relates to*: Wanda Thompson v. Johnson & Johnson, et al. – Case No.:  3:21-cv-13066 | Civ. Action No. 3:21-cv-13066 |

## *NOTICE OF FILING*

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short form Complaint and Jury Demand was filed on June 29, 2021 on behalf of Plaintiff Wanda Thompson.

Dated:  July 2, 2021            WEITZ & LUXENBERG, P.C.


By:  */s/ Ellen Relkin*
Ellen Relkin (NJ Bar # 006691985)
Weitz & Luxenberg, P.C.
220 Lake Dr E #210
Cherry Hill, NJ 08002
Tel:  (856) 755-1115
Fax: (646) 293-7453
erelkin@weitzlux.com

*Attorneys for Plaintiff Wanda Thompson*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, a copy of the foregoing NOTICE OF FILING was filed via the court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

/s/ Ellen Relkin
Ellen Relkin

WEITZ & LUXENBERG P.C.