## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Dorothy Frye, as the Anticipated Personal Representative of the Estate of Freda Olinger, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-6130-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Dorothy Frye, as the Anticipated Personal Representative of the Estate of Freda Olinger, Deceased.*

This 2nd day of July 2021.              Respectfully submitted,

                                        ONDERLAW, LLC

                    By:    */s/ James G. Onder*
                           James G. Onder, #38049 MO
                           William W. Blair, #58196 MO
                           Stephanie L. Rados, #65117 MO
                           110 E. Lockwood, 2nd Floor
                           St. Louis, MO  63119
                           314-963-9000 telephone
                           314-963-1700 facsimile
                           onder@onderlaw.com
                           blair@onderlaw.com
                           rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of July 2021.

/s/ James G. Onder