UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Elvie Williams vs. Johnson & Johnson, et al.* Case No.: 3:21-CV-12477 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed on behalf of Plaintiff, Elvie Williams on the 13th day of June, 2021.

Respectfully submitted,

*/s/Mark M. Abramowitz*
MARK M. ABRAMOWITZ (0088145)
KENNETH P. ABBARNO (0059791)
**DICELLO LEVITT GUTZLER LLC**
7556 Mentor Avenue
Mentor, OH  44060
P: (440) 953-8888 / F: (440) 953-9138
mabramowitz@dicellolaw.com
kabbarno@dicellolaw.com

*Counsel for Plaintiff*

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of July, 2021.

*/s/Mark M. Abramowitz*
MARK M. ABRAMOWITZ (0088145)
KENNETH P. ABBARNO (0059791)
**DICELLO LEVITT GUTZLER LLC**

*Counsel for Plaintiff*