**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Joseph McCroskey, Individually and as the Anticipated Personal Representative of the Estate of Jessica McCroskey, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-6146-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Joseph McCroskey, Individually and as the Anticipated Personal Representative of the Estate of Jessica McCroskey, Deceased.*

This 2nd day of July 2021.                    Respectfully submitted,

                                                              ONDERLAW, LLC

                                         By:   */s/ James G. Onder*
                                                      James G. Onder, #38049 MO
                                                      William W. Blair, #58196 MO
                                                      Stephanie L. Rados, #65117 MO
                                                      110 E. Lockwood, 2nd Floor
                                                      St. Louis, MO  63119
                                                      314-963-9000 telephone
                                                      314-963-1700 facsimile
                                                      onder@onderlaw.com
                                                      blair@onderlaw.com
                                                      rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of July 2021.

/s/ James G. Onder