UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>**BRENDA A. MITCHELL AND DEBRA L. AUSTIN**<br>**(Case No. 3:21-cv-13187)** | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been directly filed this date on behalf of Plaintiffs Brenda A. Mitchell and Debra L. Austin.

| | |
|---|---|
| Dated: July 1, 2021 | /s/ Susan A. Faunce<br>Susan A. Faunce, Esq.<br>Berman & Simmons, P.A.<br>P.O. Box 961<br>Lewiston, ME 04243-0961<br>(207) 784-3576<br>sfaunce@bermansimmons.com<br>E-Service E-mail:<br>faunceservice@bermansimmons.com<br>Counsel for Plaintiffs Brenda A. Mitchell and Debra L. Austin |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, July 1, 2021 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated:  July 1, 2021

/s/ Susan A. Faunce
Susan A. Faunce, Esq.
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME  04243-0961
(207) 784-3576
sfaunce@bermansimmons.com
E-Service E-mail:
faunceservice@bermansimmons.com
Counsel for Plaintiffs Brenda A. Mitchell and Debra L. Austin