**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to: MOHONE v. JOHNSON & JOHNSON et al. 3:21-cv-12944-FLW-LHG** | **MDL No. 2738 (FLW) (LHG)**<br><br>**Hearing Date:**<br><br>**Courtroom: 5E** |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Jeff T. Seldomridge of The Miller Firm, LLC herby enters an appearance on behalf of Plaintiff and requests that copies of all papers in this action be served upon the undersigned.

Dated: July 6, 2021

RESPECTFULLY SUBMITTED,

THE MILLER FIRM, LLC

By: _/s/ Jeff T. Seldomridge_
Jeff T. Seldomridge, Virginia Bar No. 89552
**THE MILLER FIRM, LLC**
The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960
Ph: (540) 672-4224
Fax: (540) 672-3055
E-Mail: jseldomridge@millerfirmllc.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                        /s/ *Jeff Seldomridge*
                                                        Jeff Seldomridge