**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Richard Smith, Individually and as the Anticipated Personal Representative of the Estate of Claire Smith, Deceased vs. Johnson & Johnson, et al.*<br>**Case No.: 3:21-cv-6173-FLW-LHG** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Richard Smith, Individually and as the Anticipated Personal Representative of the Estate of Claire Smith, Deceased.*

This 6th day of July 2021.                              Respectfully submitted,

                                                         ONDERLAW, LLC

                    By:    */s/ James G. Onder*
                             James G. Onder, #38049 MO
                             William W. Blair, #58196 MO
                             Stephanie L. Rados, #65117 MO
                             110 E. Lockwood, 2nd Floor
                             St. Louis, MO 63119
                             314-963-9000 telephone
                             314-963-1700 facsimile
                             onder@onderlaw.com
                             blair@onderlaw.com
                             rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of July 2021.

                                                */s/ James G. Onder*