**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Raymond Baker v. Johnson & Johnson, et. al.*<br>*Case No.: 3:21-cv-13348* | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Raymond Baker.

This 6th day of July, 2021.

                                              Respectfully submitted,

By:    */s/ Morris Dweck*
           Morris Dweck
           BERNSTEIN LIEBHARD, LLP
           10 East 40th Street
           New York, NY 10016
           Phone: 212-779-1414
           Fax: 212-779-3218
           dweck@bernlieb.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of July, 2021.

/s/ Morris Dweck
Morris Dweck
BERNSTEIN LIEBHARD, LLP
10 East 40th Street
New York, NY 10016
Phone: 212-779-1414
Fax: 212-779-3218
dweck@bernlieb.com