IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 3:16-02738 (FLW)(LHG)** |
| *This document relates to:*<br>*Sandra Frelix v. Johnson & Johnson, et al.*<br>Member Case No: 3:21-cv-13391 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 7, 2021 on behalf of Plaintiff, Sandra Frelix.

**DATED:** 7/7/2021

Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB SPIRT GRUNFELD**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golomblegal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **7th day of July, 2021**, I caused a true and correct copy of the foregoing: *Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand* was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:** 7/7/2021

                                      */s/ Richard M. Golomb*
                                      Richard M. Golomb, Esquire
                                      **GOLOMB & HONIK, P.C.**
                                      1835 Market Street, Suite 2900
                                      Philadelphia, PA  19103
                                      Phone: (215) 985-9177
                                      Fax:    (215) 985-4169
                                      Email:  rgolomb@golombhonik.com

                                      *Attorney for Plaintiffs*