**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Elaine Daunis v. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-13398-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on July 7, 2021, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiff Elaine Daunis.

Dated:  July 7, 2021                  SULLIVAN PAPAIN BLOCK McGRATH
                                                      COFFINAS & CANNAVO P.C.

                                           By:  /s/ Craig M. Silverman
                                                  Craig M. Silverman (NY #5290473)
                                                120 Broadway – 27th Floor
                                                New York, New York 10271
                                                Phone:    (212) 732-9000
                                                Fax:        (212) 266-4141
                                                Email:     Csilverman@triallaw1.com

                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 7, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/ Craig M. Silverman
                Craig M. Silverman