# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Juanita Turner, as the Anticipated Personal Representative of the Estate of Earnestine Paige, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-6219-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Juanita Turner, as the Anticipated Personal Representative of the Estate of Earnestine Paige, Deceased.*

This 8th day of July 2021.	Respectfully submitted,

			ONDERLAW, LLC

	By:	*/s/ James G. Onder*
		James G. Onder, #38049 MO
		William W. Blair, #58196 MO
		Stephanie L. Rados, #65117 MO
		110 E. Lockwood, 2nd Floor
		St. Louis, MO 63119
		314-963-9000 telephone
		314-963-1700 facsimile
		onder@onderlaw.com
		blair@onderlaw.com
		rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of July 2021.

                                                    */s/ James G. Onder*