**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Judith Maple, as the Anticipated Personal Representative of the Estate of Joyce Roski, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-6236-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, ***Judith Maple, as the Anticipated Personal Representative of the Estate of Joyce Roski, Deceased.***

This 8th day of July 2021.                    Respectfully submitted,

                                                                    ONDERLAW, LLC

                                                    By:    */s/ James G. Onder*
                                                              James G. Onder, #38049 MO
                                                              William W. Blair, #58196 MO
                                                              Stephanie L. Rados, #65117 MO
                                                              110 E. Lockwood, 2nd Floor
                                                              St. Louis, MO  63119
                                                              314-963-9000 telephone
                                                              314-963-1700 facsimile
                                                              onder@onderlaw.com
                                                              blair@onderlaw.com
                                                              rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of July 2021.

/s/ James G. Onder