# HARDIN, KUNDLA, McKEON & POLETTO

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

(973) 912-5222

FAX (973) 912-9212

———

www.HKMPP.com

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**Janet L. Poletto**
jpoletto@hkmpp.com

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

July 7, 2021

**VIA ECF**
Honorable Freda L. Wolfson, Chief Judge
United States District Court
Clarkson S. Fisher Federal Building & US Courthouse, Room 5050
402 E. State Street
Trenton, NJ 08608

   **RE:**  **In re: Johnson & Johnson Talcum Powder Litigation, MDL No. 2738**

Dear Chief Judge Wolfson:

  Our office represents Defendant PTI Union, LLC ("Union") in the above-referenced matter. Union is a named defendant in matters pending in this MDL as a result of the removal of numerous state court matters. Some of these matters are subject to Your Honor's June 29, 2020 Opinion and Order requiring Plaintiffs to refile a subset of their claims via short form complaints with 30 days. (*See* Dkt. 123 & 124).[1]

---

[1] The cases in which this Court directed the severed Plaintiffs to file short form complaints are: *Amy Johnson et al. v. Johnson & Johnson, et al.*, Civil Action No. 18-1423; *Maureen Kassimali, et al., v. Johnson & Johnson et al.*, Civil Action No. 18-5534; *Sherron Gavin, Individually and on Behalf of all Distributees of the Estate of Rosalyn Gavin, Deceased, et al. v. Johnson & Johnson, et al.*, Civil Action No. 18-10319; *Amanda Reising, Individually and on Behalf of the Estate of Christine Reising, Deceased, et al. v. Johnson & Johnson et al.,* Civil Action No. 18-10320; *Cynthia Gibson, Individually and on Behalf of the Estate of Devin Gibson, Deceased, et al. v. Johnson & Johnson et al.,* Civil Action No. 18-14637; *Lisa Hittler,*

5197956.1

Plaintiffs appealed this Court's June 29, 2020 Order – in part – to the U.S. Court of Appeals for the Third Circuit. Following the Third Circuit's April 27, 2021 Order, Plaintiffs have recently begun refiling their claims as originally directed by this Court. At this juncture, Union anticipates additional individual short form complaints will continue to be filed pursuant to the June 29, 2020 Order. Union respectfully requests that the time for it to respond to these refiled complaints be stayed until a date certain set by the Court by which the refiling of any such complaints should have occurred.[2] Thereafter, Union requests that it be permitted to file an Omnibus Motion to Dismiss those separately filed claims.

If Union's Omnibus–or individually filed–Motion(s) to Dismiss are denied, then Union requests the opportunity to file a Master Answer on the docket.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

*/s/ Janet L. Poletto*
Janet L. Poletto, Esq.
Robert E. Blanton, Jr., Esq.
HARDIN KUNDLA MCKEON & POLETTO
673 Morris Avenue
Springfield, NJ 07081

Caroline M. Tinsley, Esq.
TUCKER ELLIS LLP
100 South 4th Street, Suite 600
St. Louis, MO 63102
*Attorneys for Defendant, PTI Union, LLC*

**ORDERED that Defendant PTI Union may file an Omnibus Motion to Dismiss 30 days after all separate actions, which are subject to this Court's Order dated June 29, 2020, have been filed by Plaintiffs; and it is further**

**ORDERED that Plaintiffs shall promptly inform the Court that when all actions that are subject to the Court's Order dated June 29, 2020, have been separately filed.**

**Dated: 7/8/2021**

**/s/ Freda L. Wolfson**
**Hon. Freda L. Wolfson, Chief Judge**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2021 the foregoing was filed electronically with the Clerk of Courts to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ *Janet L. Poletto*
Janet L. Poletto, Esq.
HARDIN KUNDLA McKEON & POLETTO
673 Morris Avenue
Springfield, NJ 07081
(T) (973) 912-5222
(F) (973) 912-9212
jpoletto@hkmpp.com

*Attorneys for Defendant, PTI Union, LLC*