# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Raymond Baker v. Johnson & Johnson, et. al.*<br>*Case No.: 3:21-cv-13422* | **MDL No. 16-2738 (FLW) (LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Raymond Baker.

This 8th day of July, 2021.

Respectfully submitted,

By: */s/ Morris Dweck*
Morris Dweck
BERNSTEIN LIEBHARD, LLP
10 East 40th Street
New York, NY 10016
Phone: 212-779-1414
Fax: 212-779-3218
dweck@bernlieb.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of July, 2021.

Respectfully submitted,

*/s/ Morris Dweck*
Morris Dweck
BERNSTEIN LIEBHARD, LLP
10 East 40th Street
New York, NY 10016
Phone: 212-779-1414
Fax: 212-779-3218
dweck@bernlieb.com