UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>ABBY E. McKENZIE and JOSEPH E. McKENZIE, her spouse,<br>                             Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No: 3:21-cv-13394<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on July 7, 2021 on behalf of Abby E. McKenzie and Joseph E. McKenzie, her spouse.

Dated:  July 8, 2021.                                 Respectfully submitted:

_____
MICHAEL GOETZ, ESQUIRE
Florida Bar No. 963984
Morgan & Morgan
Complex Litigation Group
One Tampa City Center, 7th Floor
201 N. Franklin Street
Tampa, Florida 33602
Telephone (813) 223-5505
Facsimile (813) 223-5402
E-Mail:  MGoetz@forthepeople.com
Counsel for Plaintiffs

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system May 25, 2021.

                                        /s/ Michael Goetz
                                        Attorney for Plaintiff