**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2738 (FLW) (LHG)**

THIS DOCUMENT RELATES TO:

*William Grafmyer Jr., Individually and as the Anticipated*
*Personal Representative of the Estate of Nimnon*
*Grafmyer, Deceased vs. Johnson & Johnson, et al.*
*Case No.: 3:21-cv-6309-FLW-LHG*

---

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

*William Grafmyer Jr., Individually and as the Anticipated Personal Representative of the Estate*

*of Nimnon Grafmyer, Deceased.*

This 8th day of July 2021.                    Respectfully submitted,


ONDERLAW, LLC

By:    <u>/s/ James G. Onder</u>
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of July 2021.

*<u>/s/ James G. Onder    </u>*