**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Martia Thornhill, as the Anticipated Personal Representative of the Estate of Juanita Brown-Warren, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-6347-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Martia Thornhill, as the Anticipated Personal Representative of the Estate of Juanita Brown-Warren, Deceased.*

This 9th day of July 2021.                                          Respectfully submitted,

                                                                                       ONDERLAW, LLC

                                                           By:     */s/ James G. Onder*
                                                                       James G. Onder, #38049 MO
                                                                       William W. Blair, #58196 MO
                                                                       Stephanie L. Rados, #65117 MO
                                                                       110 E. Lockwood, 2nd Floor
                                                                       St. Louis, MO  63119
                                                                       314-963-9000 telephone
                                                                       314-963-1700 facsimile
                                                                       onder@onderlaw.com
                                                                       blair@onderlaw.com
                                                                       rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of July 2021.

                                                 */s/ James G. Onder*