### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2738 (FLW) (LHG)**

**THIS DOCUMENT RELATES TO:**

*Bill Johnson, Individually and as the Anticipated Personal*
*    Representative of the Estate of Brenda Johnson,*
*    Deceased vs. Johnson & Johnson, et al.*
*Case No.:  3:21-cv-6353-FLW-LHG*

---

### <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

***Bill Johnson, Individually and as the Anticipated Personal Representative of the Estate of***

***Brenda Johnson, Deceased.***

This 9th day of July 2021.                     Respectfully submitted,


ONDERLAW, LLC

By:     /s/ James G. Onder
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of July 2021.

_/s/ James G. Onder_