**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nancy Barnes, as the Anticipated Personal Representative of the Estate of Ann Kaszer, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-6364-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, ***Nancy Barnes, as the Anticipated Personal Representative of the Estate of Ann Kaszer, Deceased.***

This 9th day of July 2021.                                  Respectfully submitted,

                                                                                ONDERLAW, LLC

                                                                  By:   */s/ James G. Onder*
                                                                           James G. Onder, #38049 MO
                                                                           William W. Blair, #58196 MO
                                                                           Stephanie L. Rados, #65117 MO
                                                                           110 E. Lockwood, 2nd Floor
                                                                           St. Louis, MO  63119
                                                                           314-963-9000 telephone
                                                                           314-963-1700 facsimile
                                                                           onder@onderlaw.com
                                                                           blair@onderlaw.com
                                                                           rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of July 2021.

*/s/ James G. Onder*