# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: HILL et al. v. JOHNSON & JOHNSON et al. 3:18-cv-08344-FLW-LHG | MDL No. 2738 (FLW) (LHG)<br><br>Hearing Date:<br><br>Courtroom: 5E |

## PLAINTIFF LINDA HILL'S RESPONSE TO JOHNSON & JOHNSON'S STATEMENT OF MATERIAL FACTS

Pursuant to Rule 56.1(a) of the Local Rules of the United States District Court for the District of New Jersey, Plaintiff, by undersigned counsel, respectfully submits the following response to the Johnson & Johnson Defendant's Statement.

The paragraph numbers for this Response refers to the corresponding numbers in defendant's Statement:

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. There is nothing in the record to support that Mrs. Hill would have filed in the Western District of Virginia absent the MDL. Furthermore, it is disputed that she requests transfer back to the Western District of Virginia upon completion of pretrial proceedings. The records is clear, Mrs. Hill waived lexicon. (Dkt. No.14108). By waiving *Lexecon*, Plaintiff no longer "seeks transfer" back to Virginia and thus the stipulation on Virginia law is no longer

1

applicable.

DATED: July 9, 2021

                      Respectfully submitted,

                      **THE MILLER FIRM, LLC**

                      By: */s/ Tayjes M. Shah*
                          Tayjes M. Shah
                          The Sherman Building
                          108 Railroad Avenue
                          Orange, Virginia 22960
                          Tel: (540) 672-4224
                          Fax: (540) 672-3055
                          E-Mail: tshah@millerfirmllc.com