UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*KATHERINE STRINGER-DAVIS, INDIVIDUALLY AND AS THE ANTICIPATED PERSONAL REPRESENTATIVE OF THE ESTATE OF KATHERINE STRINGER SR. DECEASED vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-5499-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, KATHERINE STRINGER- DAVIS, INDIVIDUALLY AND AS THE ANTICIPATED PERSONAL REPRESENATIVE OF THE ESTATE OF KATHERINE STRINGER- SR DECEASED.

This 9h day of July 2021.

                                            Respectfully submitted,

                                            ONDERLAW, LLC

                    By:    */s/ James G Onder*
                            James G. Onder, #38049 MO
                            William W. Blair, #58196 MO
                            Stephanie L. Rados, #65117 MO
                            110 E. Lockwood, 2nd Floor
                            St. Louis, MO  63119
                            314-963-9000 telephone

314-963-1700 facsimile  
onder@onderlaw.com  
blair@onderlaw.com  
rados@onderlaw.com  

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th day of July 2021.

<u>/s/ James G Onder</u>