# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Jacques Primo, as the Anticipated Personal Representative of the Estate of Linda Smith-Primo, Deceased vs. Johnson & Johnson, et al.*
Case No.: 3:21-cv-6388-FLW-LHG

MDL NO. 2738 (FLW) (LHG)

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Jacques Primo, as the Anticipated Personal Representative of the Estate of Linda Smith-Primo, Deceased.*

This 12th day of July 2021.              Respectfully submitted,

                                         ONDERLAW, LLC

                                    By:  */s/ James G. Onder*
                                         James G. Onder, #38049 MO
                                         William W. Blair, #58196 MO
                                         Stephanie L. Rados, #65117 MO
                                         110 E. Lockwood, 2nd Floor
                                         St. Louis, MO 63119
                                         314-963-9000 telephone
                                         314-963-1700 facsimile
                                         onder@onderlaw.com
                                         blair@onderlaw.com
                                         rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 12th day of July 2021.

                                          */s/ James G. Onder*