**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>***BRITTANY WALLS, INDIVIDUALLU AND AS THEE ANTICIPATED PERSONAL REPRESENATIVE OF THE ESTATE OF TAMMY MOORE, DECEASED vs. Johnson & Johnson, et al.***<br>**Case No.:  3:21-cv-5500-FLW-LHG** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, BRITTANY WALLS, INDIVIDUALLY AND AS THE ANTICIPATED PERSONAL REPRESENATIVE OF THE ESTATE OF TAMMY MOORE, DECEASED.

This 12th day of July 2021.

                                                   Respectfully submitted,

                                                   ONDERLAW, LLC

                                    By:    */s/ James G Onder*
                                                       James G. Onder, #38049 MO
                                                       William W. Blair, #58196 MO
                                                       Stephanie L. Rados, #65117 MO
                                                       110 E. Lockwood, 2nd Floor
                                                       St. Louis, MO  63119
                                                       314-963-9000 telephone
                                                       314-963-1700 facsimile
                                                       onder@onderlaw.com
                                                       blair@onderlaw.com

rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 12th of July 2021.

                                                    */s/ James G Onder*