# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: J. STANLEY DEBOW AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LEONA CHRISMAN, DECEASED. 3:21-cv-13574 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on July 12, 2021, on behalf of J. STANLEY DEBOW AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LEONA CHRISMAN, DECEASED.

Dated: July 12, 2021                              Respectfully submitted,

                                                          **NAPOLI SHKOLNIK, PLLC**

                                                          */s/ Christopher R. LoPalo*
                                                          Christopher R. LoPalo, Esq.
                                                          400 Broadhollow Rd., Suite 305
                                                          Melville, NY 11747
                                                          Telephone: (212) 397-1000
                                                          Facsimile: (646) 927-1676
                                                          CLoPalo@NapoliLaw.com

                                                          ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  July 12, 2021

                 */s/ Christopher R. LoPalo*
                 Christopher R. LoPalo, Esq.
                 400 Broadhollow Rd., Suite 305
                 Melville, NY 11747
                 Telephone: (212) 397-1000
                 Facsimile: (646) 927-1676
                 CLoPalo@NapoliLaw.com
                 *Attorneys for Plaintiff*