UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Robert Smith, Individually and as the Anticipated Representative of the Estate of Valerie Smith, deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-6446-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Robert Smith, individually and as the Anticipated Representative of the Estate of Valerie Smith, deceased.

This 13th day of July 2021.　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ONDERLAW, LLC

　　　　　　　　　　　　　　By:　　　*/s/ James G. Onder*
　　　　　　　　　　　　　　　　　　　James G. Onder, #38049 MO
　　　　　　　　　　　　　　　　　　　William W. Blair, #58196 MO
　　　　　　　　　　　　　　　　　　　Stephanie L. Rados, #65117 MO
　　　　　　　　　　　　　　　　　　　110 E. Lockwood, 2nd Floor
　　　　　　　　　　　　　　　　　　　St. Louis, MO  63119
　　　　　　　　　　　　　　　　　　　314-963-9000 telephone
　　　　　　　　　　　　　　　　　　　314-963-1700 facsimile
　　　　　　　　　　　　　　　　　　　onder@onderlaw.com
　　　　　　　　　　　　　　　　　　　blair@onderlaw.com
　　　　　　　　　　　　　　　　　　　rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of July 2021.

                                            */s/ James G. Onder*