# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG) CHIEF JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| This document relates to: All Cases Listed on Exhibits A and B | **OMNIBUS CONSENT ORDER OF DISMISSAL OF DUPLICATE FILED CASES WITH PREJUDICE** |

Plaintiffs identified on Exhibits A and B, attached hereto, filed multiple actions in this MDL litigation. Accordingly, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and with the consent of all parties, IT IS HEREBY STIPULATED AND ORDERED that Plaintiffs' claims against Defendants are dismissed only in the "Duplicate Actions" identified in Exhibit A, with prejudice as duplicate filings. This Order shall not affect the other civil actions filed by Plaintiffs identified as the "Remaining Actions" in Exhibit B, and the dismissals are not adjudications on the merits. All parties shall bear their own costs.

This __13th__ day of __July_____ 2021.

_/s/ Freda L. Wolfson_____
Hon. Freda L. Wolfson, U.S.C.D.J.

# EXHIBIT A

| **DUPLICATE ACTIONS – TO BE DISMISSED** | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Allingham, Lois | 3:21-cv-03019 | Beasley Allen Crow Methvin Portis & Miles PC |
| Angustain, Laura | 3:20-cv-11246 | Fears Nachawati PLLC |
| Baldwin, Christina | 3:21-cv-02241 | Onder Shelton O'Leary & Peterson LLC |
| Bear, Vicki | 3:20-cv-17846 | Ayltstock Witkin Kreis & Overhotlz, PLLC |
| Briggs, Maura | 3:21-cv-00787 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Brooks, Ramona | 3:21-cv-06878 | Law Offices of Theida Salazar |
| Byrnes-Lavoie, Diane | 3:21-cv-03529 | Law Offices of Jeffrey S. Glassman, LLC |
| Carriuolo, Debra | 3:20-cv-15663 | Onder Shelton O'Leary & Peterson |
| Cater, Valerie | 3:21-cv-02043 | Onder Shelton O'Leary & Peterson |
| Clark, Debbie | 3:20-cv-12088 | The Driscoll Firm PC |
| Crincoli, Emilio Individually and as Personal Representative of the Estate of Louise Crincoli | 3:20-cv-14445 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Yolanda Cristostomo | 3:17-cv-01633 | Parker Waichman |
| Crockett, Tyrone on behalf of Kanisha L. Crockett | 3:21-cv-05330 | The Segal Law Firm |
| Daley, Joney C. | 3:21-cv-04556 | Andrus Wagstaff |
| Davis, Lois and David W. Davis | 3:20-cv-14695 | The Segal Firm |
| Davis, Rhonda | 3:20-cv-16162 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Donegan, Mary C. | 3:20-cv-18421 | Fears Nachawati PLLC |
| Duran, Priscilla | 3:20-cv-18431 | Fears Nachawati PLLC |
| Blackwell, Richard Leon, Individually and on behalf of the Estate of Penelope Sims Farrington, deceased | 3:20-cv-19100 | Fears Nachawati PLLC |
| Figueroa, Keishla | 3:21-cv-02269 | Onder Shelton O'Leary & Peterson LLC |
| Flores, Marianne | 3:20-cv-16872 | Fears Nachawati PLLC |
| Flynn, Phyllis | 3:20-cv-02663 | Onder Shelton O'Leary & Peterson LLC |

| **DUPLICATE ACTIONS – TO BE DISMISSED** | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Garrett, Edith as Personal Representative of the Estate of Juanita Garrett | 3:19-cv-13051 | Onder Shelton O'Leary & Peterson |
| Gleason, Brenda | 3:19-cv-14408 | Onder Shelton O'Leary & Peterson |
| Glover, Nicci | 3:20-cv-12180 | Davis and Bethune |
| Glover, Nicci | 3:20-cv-02929 | Tramell PC |
| Gottlieb, Gail | 3:21-cv-00679 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Green, Jennifer | 3:20-cv-07624 | The Driscoll Firm PC |
| Grimm, Marshall, Individually and as Representative of the Estate of Patsy Grimm | 3:20-cv-20233 | Arnold & Itkin, LLP |
| Davaloz, Alma, Individually and as Personal Representative of the Estate of Kim Haggerty, deceased | 3:21-cv-01147 | Onder Shelton O'Leary & Peterson |
| Harland, Shonda | 3:20-cv-14262 | The Driscoll Firm PC |
| Harold, Monique | 3:20-cv-17472 | Fears Nachawati, PLLC |
| Hayes, Tammy and Christopher Hayes | 3:19-cv-13905 | The Lanier Law Firm PC |
| Haynes, Renee | 3:20-cv-12060 | Fears Nachawati PLLC |
| Hazelwood, Edwina | 3:20-cv-15388 | Onder Shelton O'Leary & Peterson |
| Holden, Linda | 3:21-cv-01765 | Onder Shelton O'Leary & Peterson |
| Kakouris, Sherrie | 3:20-cv-15336 | Onder Shelton O'Leary Peterson |
| Keys, Lisa and Herbert Keys | 3:20-cv-15424 | The Segal Law Firm |
| Kim-Dominguez, Eleanor | 3:18-cv-05824 | Burns Charest LLP |
| Khuri, Lilly | 3:20-cv-17437 | Fears Nachawati PLLC |
| Lawson, Betty | 3:19-cv-09174 | Onder Shelton O'Leary & Peterson |
| Lewis, Monique N. | 3:21-cv-07109 | Sullivan Papain Block McGrath Coffinas & Cannavo, PC |
| Locklear, Rosa Lee | 3:20-cv-19422 | Fears Nachawati, PLLC |

| **DUPLICATE ACTIONS – TO BE DISMISSED** | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Lombardi, Joan | 3:17-cv-11974 | Morelli Law Firm, PLLC |
| Luedeke, Naida | 3:20-cv-17431 | Onder Shelton O'Leary & Peterson LLC |
| Lyles, Brenda | 3:21-cv-01391 | Onder Shelton O'Leary & Peterson LLC |
| Manning, Monique | 3:21-cv-01085 | Onder Shelton O'Leary & Peterson LLC |
| Marshall, Lytashe | 3:20-cv-19199 | Arnold & Itkin, LLP |
| McDonald, Mary | 3:21-cv-06128 | The Segal Law Firm |
| McDougall, Frank, Individually and as Personal Representative of Estate of Linda McDougall, deceased | 3:21-cv-02008 | Onder Shelton O'Leary & Peterson LLC |
| McIntyre, Peggy | 3:20-cv-176323 | Aylstock Witlin Kreis & Overholtz, PLLC |
| Mennor, Mark L. Individually and on behalf of the Wrongful Death Beneficiaries and Heir-At-Law of Terri Lynn Mennor, deceased | 3:20-cv-15511 | Frazer PLC |
| Moore, Willa | 3:21-cv-04123 | The Segal Law Firm |
| Murphy, Rebecca | 3:20-cv-09964 | Aylstock Witkin Kreis & Overhotlz, PLLC |
| Nesseth, Helen | 3:20-cv-11605 | Fears Nachawati Law Firm |
| Oriti, Elissa | 3:20-cv-18750 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Pace, Tamara | 3:20-cv-15172 | Beasley Allen Crow Methvin Portis & Miles PC |
| Page, Lisa | 3:18-cv-01492 | Burns Charest LLP |
| Parmalee, Linda | 3:21-cv-02574 | The Driscoll Firm, LLC |
| Poston, Debra | 3:21-cv-02039 | Onder Shelton O'Leary & Peterson LLC |
| Powell, Marsha | 3:20-cv-17673 | Fears Nachawati PLLC |
| Pruitt, Angela R. | 3:21-cv-00184 | The Segal Law Firm |
| Quiles, Nina | 3:20-cv-20018 | Arnold & Itkin, LLP |
| Ransopher, Marilyn | 3:20-cv-18798 | Alystock Witkin Kreis & Overholtz, PLLC |

| **DUPLICATE ACTIONS – TO BE DISMISSED** | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Reed, Barbara | 3:20-cv-08149 | Onder Shelton O'Leary & Peterson LLC |
| Hendricks, Eunice, Individually and as Personal Representative of Estate of Vickie Reed, deceased | 3:21-cv-01823 | Onder Shelton O'Leary & Peterson LLC |
| Richardson, Eleanor Marie | 3:20-cv-17975 | Fears Nachawati |
| Abbott, Gena, Individually and as Personal Representative of the Estate of Michelle Rodgers | 3:20-cv-10252 | Aylstock Witkin Kries & Overholtz, PLLC |
| Rosario, Melinda | 3:20-cv-18810 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Sampson, Lisa | 3:21-cv-00124 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Scott, Karen, Individually and on Behalf of the Estate of Maleeka Deal-Scott | 3:20-cv-19785 | Fears Nachawati Law Firm |
| Hill-Scott, Karen, Individually and on behalf of Maleeka Deal Scott, deceased | 3:20-cv-17897 | Fears Nachawati |
| Scurry, Michelle | 3:20-CV-13660 | Cohen Malad |
| Segal, Terry | 3:20-cv-13911 | Onder Shelton O'Leary & Peterson LLC |
| Sheflin, Rochelle and Lawrence Sheflin | 3:19-cv-22103 | Lanier Law Firm |
| Sitler, Andrea | 3:18-cv-14389 | The Johnson Law Group |
| Southerland, Maria | 3:20-cv-09968 | Onder Shelton O'Leary & Peterson LLC |
| Sthay, Drucilla | 3:21-cv-02079 | Onder Shelton O'Leary & Peterson LLC |
| Sullivan, Charlotte | 3:21-cv-02054 | Onder Shelton O'Leary & Peterson LLC |
| Tabor, Michael, Individually and on Behalf of the Estate of Enzil Maw Tabor, deceased | 3:20-cv-19314 | Fears Nachawati Law Firm PLLC |
| Tucker, Mary | 3:20-cv-00182 | Arnold & Itkin, LLP |
| Tucker, Patricia | 3:20-cv-16008 | The Driscoll Firm, LLC |
| Tucker, Veronica | 3:20-cv-20512 | The Driscoll Firm LLC |
| Vircks, Marlene | 3:20-cv-19425 | Arnold & Itkin, LLP |

| **DUPLICATE ACTIONS – TO BE DISMISSED** | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Waites, Mary | 3:21-cv-00834 | Onder Shelton O'Leary & Peterson LLC |
| Wallace, Teresa | 3:21-cv-05434 | The Driscoll Firm, LLC |
| White, Regis, Individually and on Behalf of the Estate of Cathleen Cramer White | 3:20-cv-17839 | Arnold & Itkin, LLP |
| White, Cynthia | 3:18-cv-11142 | The Buxner Law Firm |
| Beaulieu, Sandra | 3:20-cv-05722 | Law Offices of Jeffrey S. Glassman, LLC |

# EXHIBIT B

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Allingham, Lois | 3:18-cv-11286 | The Buxner Law Firm/Gori Julian & Associates PC |
| Angustain, Laurie | 3:18-cv-02163 | The Buxner Law Firm |
| Baldwin, Christina | 3:19-cv-00526 | Dalimonte Rueb LLP |
| Bear, Vicki | 3:20-cv-01400 | Onder Shelton O'Leary & Peterson |
| Briggs, Maura | 3:19-cv-06937 | Onder Shelton O'Leary & Peterson |
| Brooks, Ramona | 3:20-cv-10348 | Law Offices of Theida Salazar |
| Byrnes-Lavoie, Diane | 3:21-cv-05147 | Law Offices of Jeffrey S. Glassman, LLC |
| Carriuolo, Debra | 3:19-cv-15859 | The Lanier Law Firm |
| Cater, Valerie | 3:20-cv-16630 | Fears Nachawati Law Firm PLLC |
| Clark, Debbie | 3:19-cv-18268 | The Driscoll Firm PC |
| Crincoli, Louise | 3:19-cv-13475 | Ferraro Law Firm |
| Crisostomo, Yolanda (Diane Atkins, et al.) | 3:19-cv-16059 | Onder Shelton O'Leary Peterson LLC |
| Crockett, Tyrone on behalf of Kanisha Crockett, deceased | 3:20-cv-02477 | The Driscoll Firm PC |
| Daley, Joney | 3:21-cv-00801 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Davis, Lois | 3:20-cv-11655 | Davis and Bethune |
| Davis, Rhonda and Billy Bob Vaughan | 3:19-cv-08779 | Fears Nachawati Law Firm PLLC |
| Donegan, Mary | 3:18-cv-11495 | Onder Shelton O'Leary & Peterson |
| Duran, Jamie J. and Priscilla G. Duran | 3:20-cv-05433 | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA |
| Chase, Catrina as the Surviving Heir of Penelope Farrington, deceased | 3:18-cv-09117 | Napoli Shkolnik, PLLC |
| Figueroa, Keishla | 3:20-cv-10891 | Fears Nachawati PLLC |
| Flores, Marianne | 3:20-cv-02722 | Williams Kherhker Hart Boundas LLP |
| Flynn, Phyllis and Robert Flynn | 3:19-cv-12177 | The Lanier Law Firm |

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Garrett, Edith as Representative of Juanita Garrett | 3:18-cv-09096 | Ross Feller Casey LLP |
| Gleason, Brenda | 3:19-cv-12884 | Beasley Allen Crow Methvin Portis & Miles PC |
| Glover, Nicci | 3:20-cv-05840 | Holland Groves Schneller & Stolze LLC |
| Gottlieb, Gail | 3:20-cv-08506 | Davis and Bethune |
| Green, Jennifer | 3:20-cv-06426 | The Driscoll Firm PC |
| Grimm, Marshall, Individually and as the Executor of the Estate of Patsy Grimm, deceased | 3:20-cv-17033 | The Driscoll Firm |
| Davaloz, Alma Individually and as Representative of the Estate of Kim Haggerty, deceased | 3:21-cv-01144 | Arnold & Itkin |
| Harland, Shonda | 3:20-cv-01608 | Parker Waichman LLP |
| Harold, Monique | 3:20-cv-06632 | Arnold & Itkin, LLP |
| Hayes, Tammy and Christopher | 3:17-cv-09727 | Golomb & Honik PC |
| Haynes, Renee | 3:20-cv-12568 | Beasley Allen Crow Methvin Portis & Miles PC |
| Hazelwood, Edwina | 3:20-cv-13999 | Johnson Law Group |
| Holden, Linda Jean | 3:20-cv-11790 | Fears Nachawati Law Firm PLLC |
| Kakouris, Sherrie | 3:17-cv-10419 | Gori Julian & Associates / The Buxner Law Firm |
| Keys, Lisa R. and Herbert Keys | 3:18-cv-08366 | The Miler Firm LLC |
| Kim, Aaron, Individually and as Personal Representative of the Estate of Eleanor Kim-Dominguez, deceased | 3:21-cv-02453 | Onder Shelton O'Leary Peterson |
| Khuri, Lilly | 3:18-cv-15149 | Onder Shelton O'Leary Peterson |
| Lawson, Betty | 3:19-cv-08701 | Thornton & Naumes |
| Lewis, Monique | 3:20-cv-00588 | Jason J. Joy & Associates PLLC |
| Locklear, Rosa Lee | 3:20-cv-18445 | Fears Nachawati, PLLC |
| Lombardi, Joan | 3:20-cv-07598 | Beasley Allen Crow Methvin Portis & Miles, P.C. |

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Luedeke, Naida | 3:20-cv-15212 | The Driscoll Firm PC |
| Lyles, Brenda | 3:20-cv-07608 | The Driscoll Firm PC |
| Manning, Monique | 3:21-cv-00107 | Fears Nachawati, PLLC |
| Marshall, Lytashe | 3:20-cv-17507 | Fears Nachawati Law Firm PLLC |
| McDonald, Mary | 3:20-cv-10515 | Fears Nacjawati Law Firm |
| Harmon, Melody Individually and as Personal Representative for the Estate of Linda G. McDougall | 3:21-cv-01726 | Dalimonte Rueb LLP |
| McIntyre, Peggy L. | 3:20-cv-16147 | Jason J. Joy & Associates PLLC |
| Mennor, Terri | 3:19-cv-21311 | Trammell PC |
| Moore, Willa | 3:17-cv-13531 | The Miller Firm LLC |
| Murphy, Rebecca | 3:20-cv-13857 | Beasley Allen Crow Methvin Portis & Miles PC |
| Nesseth, Daniel P., Individually and on Behalf of Helen Nesseth | 3:20-cv-02915 | Arnold Itkin LLP |
| Oriti, Elissa M. | 3:20-cv-12648 | Napoli Shkolnik, PLLC |
| Pace, Tamara | 3:17-cv-02103 | Blasingame, Burch, Garrard & Ashley, P.C. |
| Page-Bond, Patricia, Individually and as Personal Representative of the Estate of Lisa Page, deceased | 3:21-cv-02862 | Onder Shelton O'Leary Peterson LLC |
| Parmelee, Linda | 3:20-cv-05404 | Onder Shelton O'Leary & Peterson LLC |
| Poston, Debra | 3:20-cv-17580 | Fears Nachawati PLLC |
| Powell, Marsha | 3:19-cv-16466 | Napoli Shkolnik, PLLC |
| Pruitt, Angela R. | 3:20-cv-05527 | Arnold & Itkin, LLP |
| Quiles, Nina Marie | 3:18-cv-01108 | Motley Rice LLC |
| Ransopher, Marilyn | 3:19-cv-15744 | Onder Shelton O'Leary & Peterson LLC |
| Reed, Barbara | 3:19-cv-21443 | The Lanier Law Firm |
| Reed, Moshenique, Individually and on Behalf of | 3:20-cv-19585 | Fears Nachawati Law Firm PLLC |

| **REMAINING ACTIONS – DO NOT DISMISS** | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| the Estate of Vickie Reed, deceased | | |
| Richardson, Eleanor M. | 3:19-cv-12903 | Morelli Law Firm PLLC |
| Rodgers, Michelle | 3:19-cv-15158 | Fears Nachawati Law Firm |
| Rosario, Melinda | 3:18-cv-11381 | Onder Shelton O'Leary & Peterson |
| Sampson, Lisa and David Sampson | 3:18-cv-13670 | Fears Nachawati Law Firm PLLC |
| Hill-Scott, Karen, on behalf of Maleeka Deal-Scott, deceased | 3:18-cv-13409 | Parker Waichman LLP |
| Scurry, Michelle | 3:20-cv-17048 | The Driscoll Firm, LLC |
| Segal, Terry | 3:20-cv-09569 | Dalimonte Rueb LLP |
| Sheflin, Rochelle | 3:19-cv-22087 | Onder Shelton O'Leary & Peterson |
| Brown, Charlene, Individually and Representative of the Estate of Andrea Sitler, deceased | 3:20-cv-07466 | Onder Shelton O'Leary & Peterson LLC |
| Southerland, Maria | 3:20-cv-06117 | Dalimonte Rueb LP |
| Sthay, Drucilla | 3:20-cv-06041 | Kirkendall Dwyer LLP |
| Sullivan, Charlotte | 3:20-cv-10825 | Fears Nachawati Law Firm PLLC |
| Tabor, Michael | 3:19-cv-18648 | Onder Shelton O'Leary & Peterson |
| Tucker, Mary | 3:20-cv-16062 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Tucker, Patricia and Scott Tucker | 3:20-cv-10599 | Fears Nachawati Law Firm |
| Tucker, Veronica | 3:20-cv-04515 | The Lanier Law Firm |
| Vircks, Marlene | 3:20-cv-17693 | Onder Shelton O'Leary & Peterson LLC |
| Waites, Mary | 3:20-cv-11580 | Fears Nachawati, PLLC |
| Wallace, Teresa | 3:21-cv-02789 | Onder Shelton O'Leary & Peterson LLC |
| White, Regis, Individually and on Behalf of the Estate of Cathleen Cramer White | 3:19-cv-12661 | The Lanier Law Firm |
| White, Cynthia Diane | 3:17-cv-09634 | Beasley Allen Crow Methvin Portis & Miles PC |

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Beaulieu, Sandra | 3:20-cv-06929 | Law Offices of Jeffrey S. Glassman, LLC |