UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bobby Porterfield, Individually and as the anticipated personal representative of the estate of Marion Porterfield, Deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-6843-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Bobby Porterfield, individually and as the anticipated of the estate of Marion Porterfield, deceased.

This 15th day of July 2021.

                                                Respectfully submitted,

                                                ONDERLAW, LLC

By:    */s/ James G Onder*
          James G. Onder, #38049 MO
          William W. Blair, #58196 MO
          Stephanie L. Rados, #65117 MO
          110 E. Lockwood, 2nd Floor

St. Louis, MO  63119<br>
314-963-9000 telephone<br>
314-963-1700 facsimile<br>
onder@onderlaw.com<br>
blair@onderlaw.com<br>
rados@onderlaw.com

### Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15thth of July 2021.

*/s/ James G Onder*