UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*James Niblett, Individually and as the anticipated personal representative of the estate of Constance Niblett- Park deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-6844-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, James Niblett, individually and as the anticipated personal representative of the estate of Constance Niblett- Park deceased.

This 15th day of July 2021.

                                                Respectfully submitted,

                                                ONDERLAW, LLC

                    By:    */s/ James G Onder*
                            James G. Onder, #38049 MO
                            William W. Blair, #58196 MO
                            Stephanie L. Rados, #65117 MO
                            110 E. Lockwood, 2nd Floor
                            St. Louis, MO  63119

314-963-9000 telephone  
314-963-1700 facsimile  
onder@onderlaw.com  
blair@onderlaw.com  
rados@onderlaw.com  

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15<sup>th</sup>th of July 2021.

*/s/ James G Onder*
