# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Patricia K. Pesicek v. Johnson & Johnson, et al.*<br><br>Civil Action No.: 3:21-cv-09910-FLW-LHG | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 20, 2021, on behalf of the plaintiff, Patricia K. Pesicek.

Dated: July 15, 2021                           Respectfully Submitted by,

                                               **MOTLEY RICE LLC**

                                               /s/ Carmen S. Scott
                                               Carmen S. Scott
                                               cscott@motleyrice.com
                                               28 Bridgeside Blvd.
                                               Mt. Pleasant, SC 29464
                                               (843) 216-9160
                                               (843) 216-9450 (Facsimile)

                                               *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 15, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

              **MOTLEY RICE LLC**

              /s/ Carmen S. Scott
              Carmen S. Scott