# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Greta Milhouse, as the anticipated personal representative of the estate of Martha Milhouse, deceased vs. Johnson & Johnson, et al.*<br>**Case No.: 3:21-cv-6847-FLW-LHG** | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Greta Milhouse, as the anticipated personal representative of the estate of Martha Milhouse, deceased.

This 15th day of July 2021.

                                            Respectfully submitted,

                                            ONDERLAW, LLC

By:   */s/ James G Onder*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile

onder@onderlaw.com  
blair@onderlaw.com  
rados@onderlaw.com  

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th th of July 2021.

/s/ James G Onder