IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No: 3:16-02738 (FLW)(LHG) |
| *This document relates to:*<br>*Liloutie Gildharry and Dinanethsingh v. Johnson & Johnson, et al.*<br>Member Case No: 3:21-cv-13662 | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 15, 2021 on behalf of Plaintiffs, Liloutie Gildharry and Dinanethsingh Gildharry.

**DATED:**   7/15/2021

Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB SPIRT GRUNFELD**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golomblegal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, hereby certify that on this **15th day of July, 2021**, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:**   7/15/2021

      /s/ Richard M. Golomb
Richard M. Golomb, Esquire
**GOLOMB SPIRT GRUNFELD**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golomblegal.com

*Attorney for Plaintiffs*