**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

---

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Howard Wright, as the Anticipated Personal*
      *Representative of the Estate of Verndeen Wright,*
      *Deceased vs. Johnson & Johnson, et al.*
*Case No.:  3:21-cv-6588-FLW-LHG*

**MDL NO. 2738 (FLW) (LHG)**

---

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Howard Wright, as the Anticipated Personal Representative of the Estate of Verndeen Wright, Deceased.*

This 15th day of July 2021.                    Respectfully submitted,


                                               ONDERLAW, LLC

                        By:      */s/ James G. Onder*
                                 James G. Onder, #38049 MO
                                 William W. Blair, #58196 MO
                                 Stephanie L. Rados, #65117 MO
                                 110 E. Lockwood, 2nd Floor
                                 St. Louis, MO  63119
                                 314-963-9000 telephone
                                 314-963-1700 facsimile
                                 onder@onderlaw.com
                                 blair@onderlaw.com
                                 rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of July 2021.

/s/ James G. Onder