UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Dorothy Williams, as the anticipated personal representative of the estate of Carrie Williams, deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-6849-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Dorothy Williams, as the anticipated personal representative of the estate of Carrie Williams, deceased.

This 15th day of July 2021.

                                                               Respectfully submitted,

                                                               ONDERLAW, LLC

                                 By:    */s/ James G Onder*
                                               James G. Onder, #38049 MO
                                               William W. Blair, #58196 MO
                                               Stephanie L. Rados, #65117 MO
                                               110 E. Lockwood, 2nd Floor
                                               St. Louis, MO  63119
                                               314-963-9000 telephone
                                               314-963-1700 facsimile

onder@onderlaw.com  
blair@onderlaw.com  
rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15thth of July 2021.

/s/ James G Onder