WAGSTAFF LAW FIRM/ANDRUS WAGSTAFF PC
940 Lincoln Street, Denver, CO 80203
866-795-9529
*Attorneys for Plaintiff Heidi Palmer obo Patricia Haack (deceased)*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Heidi Palmer obo Patricia Haack (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-13695 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 15, 2021 on behalf of Plaintiffs Heidi Palmer obo Patricia Haack (deceased).

                                                    */s/ Albert Northrup*
                                                    Albert Northrup
                                                    WAGSTAFF LAW FIRM/ANDRUS WAGSTAFF PC
                                                    940 Lincoln Street, Denver, CO 80203
                                                    (303) 376-6360 Telephone
                                                    (888) 875-2889 Facsimile
                                                    anorthrup@wagstafflawfirm.com

                                                    Attorney for Plaintiffs

Dated: July 15, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          */s/ Albert Northrup*
                                          Albert Northrup

                                          WAGSTAFF LAW FIRM/

                                          ANDRUS WAGSTAFF PC