**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Karen Nelson, as the Anticipated Personal Representative of the Estate of Susan Springer, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-6591-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, ***Karen Nelson, as the Anticipated Personal Representative of the Estate of Susan Springer, Deceased.***

This 15th day of July 2021.                 Respectfully submitted,


                                             ONDERLAW, LLC

                                   By:       */s/ James G. Onder*
                                             James G. Onder, #38049 MO
                                             William W. Blair, #58196 MO
                                             Stephanie L. Rados, #65117 MO
                                             110 E. Lockwood, 2nd Floor
                                             St. Louis, MO  63119
                                             314-963-9000 telephone
                                             314-963-1700 facsimile
                                             onder@onderlaw.com
                                             blair@onderlaw.com
                                             rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of July 2021.

*/s/ James G. Onder*