**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jackie Martinez, as the Anticipated Personal Representative of the Estate of Cecilia Martinez, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-6597-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Jackie Martinez, as the Anticipated Personal Representative of the Estate of Cecilia Martinez, Deceased.*

This 15th day of July 2021.

Respectfully submitted,

ONDERLAW, LLC

By: */s/ James G. Onder*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of July 2021.

                   _/s/ James G. Onder_