## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Arthur Reichley, individually and as the anticipated personal representative of the estate of Debbie Reichley, deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-6857-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Arthur Reichley, individually and as the anticipated personal representative of the estate of Debbie Reichley, deceased.

This 15th day of July 2021.

                                                                                   Respectfully submitted,

                                                                                    ONDERLAW, LLC

                                        By:    */s/ James G Onder*
                                                        James G. Onder, #38049 MO
                                                        William W. Blair, #58196 MO
                                                        Stephanie L. Rados, #65117 MO
                                                        110 E. Lockwood, 2nd Floor
                                                        St. Louis, MO  63119
                                                         314-963-9000 telephone
                                                         314-963-1700 facsimile

onder@onderlaw.com  
blair@onderlaw.com  
rados@onderlaw.com

### Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15thth of July 2021.

                 /s/ James G Onder