UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Arthur Reichley, individually and as the anticipated personal representative of the estate of Debbie Reichley, deceased vs. Johnson & Johnson, et al.*<br>**Case No.: 3:21-cv-6857-FLW-LHG** | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Arthur Reichley, individually and as the anticipated personal representative of the estate of Debbie Reichley, deceased.

This 15th day of July 2021.

                                                Respectfully submitted,

                                                ONDERLAW, LLC

By:   */s/ James G Onder*
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       Stephanie L. Rados, #65117 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO 63119
       314-963-9000 telephone
       314-963-1700 facsimile

onder@onderlaw.com  
blair@onderlaw.com  
rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15<sup>th</sup>th of July 2021.

<em>/s/ James G Onder</em>