**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

**MDL NO. 2738 (FLW) (LHG)**

*Earl Ondell, individually and as the anticipated personal*
*    representative of the estate of Catherine Ondell,*
*    Deceased vs. Johnson & Johnson, et al.*
*Case No.:  3:21-cv-6862-FLW-LHG*

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Earl Ondell, individually and as the anticipated personal representative of the estate of Catherine

Ondell, deceased.

This 15th day of July 2021.

Respectfully submitted,

ONDERLAW, LLC

By:    */s/ James G Onder*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile

onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15<sup>th</sup>th of July 2021.

*/s/ James G Onder*