**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kenneth Mallas, Individually and as the Anticipated Personal Representative of the Estate of Shirley Mallas, Deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-6636-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Kenneth Mallas, Individually and as the Anticipated Personal Representative of the Estate of Shirley Mallas, Deceased.*

This 16th day of July 2021.                          Respectfully submitted,

                                                  ONDERLAW, LLC

By:     */s/ James G. Onder*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of July 2021.

                                                       */s/ James G. Onder*