### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Robert Hutchins, Individually and as the Anticipated Personal Representative of the Estate of Cleomae Hutchins, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-6651-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Robert Hutchins, Individually and as the Anticipated Personal Representative of the Estate of Cleomae Hutchins, Deceased.*

This 16th day of July 2021.                    Respectfully submitted,

                                               ONDERLAW, LLC

                                       By:     */s/ James G. Onder*
                                               James G. Onder, #38049 MO
                                               William W. Blair, #58196 MO
                                               Stephanie L. Rados, #65117 MO
                                               110 E. Lockwood, 2nd Floor
                                               St. Louis, MO  63119
                                               314-963-9000 telephone
                                               314-963-1700 facsimile
                                               onder@onderlaw.com
                                               blair@onderlaw.com
                                               rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of July 2021.

<em>/s/ James G. Onder</em>