UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Cary Williford, as the anticipated personal representative of the estate of Alma Williford, deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-6875-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Cary Williford, as the anticipated personal representative of the estate of Alma Williford, deceased.

This 16th day of July 2021.

                                                                     Respectfully submitted,

                                                                     ONDERLAW, LLC

                                        By:    */s/ James G Onder*
                                                      James G. Onder, #38049 MO
                                                      William W. Blair, #58196 MO
                                                      Stephanie L. Rados, #65117 MO
                                                      110 E. Lockwood, 2nd Floor
                                                      St. Louis, MO  63119
                                                      314-963-9000 telephone
                                                      314-963-1700 facsimile

onder@onderlaw.com<br>
blair@onderlaw.com<br>
rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16<sup>th</sup>th of July 2021.

/s/ James G Onder