UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Julia Alvarez Pawlik v. Johnson & Johnson, et al.<br>Civil Action No.: 3:21-cv-13806 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 19, 2021 on behalf of Plaintiff Julia Alvarez Pawlik.

Dated: July 19, 2021

Respectfully submitted,

/s/Adam P. Slater
Attorney(s) for Plaintiff
**Adam P. Slater, Esq. 4302899**
Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 419
Melville, New York, 11747
Phone: (631) 420-9300

*Counsel for Plaintiff Julia Alvarez Pawlik*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on July 19, 2021

Dated: July 19, 2021

                                                          */s/Adam P. Slater*
                                                          Attorney(s) for Plaintiff
                                                          **Adam P. Slater, Esq. 4302899**