## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Michael Gregory Mehringer, Individually and as Personal Representative of the Estate of Jessica Martin Mehringer, deceased v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-13808-FLW-LHG<br><br>                    Defendants. | **Civil No. 3:16-md-2738-FLW-LHG** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 19, 2021, on behalf of Plaintiff captioned above.

Dated: July 19, 2021         */s/ Stephen Hunt*
                            Stephen Hunt
                            ASB-3621-N62H
                            CORY WATSON, P.C.
                            2131 Magnolia Ave S. Ste. 200
                            Birmingham, AL 35205
                            Telephone: (205) 328-2200
                            Facsimile: (205) 324-7896
                            shunt@corywatson.com

                            *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ **_Stephen Hunt_**
Stephen Hunt
ASB-3621-N62H
CORY WATSON, P.C.
2131 Magnolia Ave S
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
shunt@corywatson.com

*Attorney for the Plaintiff*