## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Michael Coffman, individually and as the anticipated personal representative of the estate of Bonnie Worth, deceased vs. Johnson & Johnson, et al.*<br>**Case No.: 3:21-cv-6900-FLW-LHG** | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Michael Coffman, individually and as the anticipated personal representative of the estate of Bonnie Worth, deceased.

This 19th day of July 2021.

                                                                    Respectfully submitted,

                                                                      ONDERLAW, LLC

                          By:    */s/ James G Onder*
                                   James G. Onder, #38049 MO
                                   William W. Blair, #58196 MO
                                   Stephanie L. Rados, #65117 MO
                                   110 E. Lockwood, 2nd Floor
                                   St. Louis, MO 63119
                                   314-963-9000 telephone
                                   314-963-1700 facsimile

onder@onderlaw.com  
blair@onderlaw.com  
rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 19th of July 2021.

/s/ James G Onder