**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Earnestine Gray vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-6833-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Earnestine Gray.

This 20th day of July 2021.              Respectfully submitted,

                                        ONDERLAW, LLC

              By:    */s/ James G. Onder*
                     James G. Onder, #38049 MO
                     William W. Blair, #58196 MO
                     Stephanie L. Rados, #65117 MO
                     110 E. Lockwood, 2nd Floor
                     St. Louis, MO  63119
                     314-963-9000 telephone
                     314-963-1700 facsimile
                     onder@onderlaw.com
                     blair@onderlaw.com
                     rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of July 2021.

                                                      */s/ James G. Onder*