**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

<table>
<tr><td>

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Consonja Hall, as the Anticipated Personal Representative of the Estate of Macy Smith, Deceased vs. Johnson & Johnson, et al.*
*Case No.:  3:21-cv-6796-FLW-LHG*

</td><td>

**MDL NO. 2738 (FLW) (LHG)**

</td></tr>
</table>

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Consonja Hall, as the Anticipated Personal Representative of the Estate of Macy Smith, Deceased.

This 20th day of July 2021.

Respectfully submitted,

ONDERLAW, LLC

By:     */s/ Stephanie Rados*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**<u>Certificate of Service</u>**

       The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of July 2021.


                                        */s/ Stephanie Rados*