```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                  Minutes of Proceeding
```

OFFICE: TRENTON
JUDGE FREDA L. WOLFSON, U.S.D.J.      Date: July 21, 2021
COURT REPORTER: Carol Farrell

TITLE OF CASE:
                                      CIVIL: 16-2738(FLW)(LHG)
IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
APPEARANCES:

Leigh O'Dell, Esq., Michelle A. Parfitt, Esq., Christopher Placitella, Esq., & Jessica Brennan for Plaintiffs.

John Beisner, Esq., Susan Sharko, Esq., & Jessica Brennan, Esq. for Johnson & Johnson defendants.

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Status Conference held Via Zoom on the record
Re: Discovery and status of trial.
Status Conference scheduled for August 31, 2021 at 11:00 A.M.


TIME COMMENCED: 11:30 A.M.
TIME ADJOURNED: 12:00 P.M.          *s/Jacqueline Merrigan*
TOTAL TIME: 30 minutes               Deputy Clerk