SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Earnestine Jones v. Johnson & Johnson, et al.*<br>Case No.  3:21-cv-13956-FLW-LHG | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 21, 2021 on behalf of Plaintiff Earnestine Jones.

Dated: July 21, 2021                                       Respectfully Submitted,

                                                                                  */s/ John J. Foley*
                                                                                  John J. Foley
                                                                                  Trent B. Miracle
                                                                                  **SIMMONS HANLY CONROY**
                                                                                  One Court Street
                                                                                  Alton, IL 62002
                                                                                  Telephone:  618.259.2222
                                                                                  Facsimile:   618.259.2251
                                                                                  jfoley@simmonsfirm.com
                                                                                  tmiracle@simmonsfirm.com

                                                                                  ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 21st day of July, 2021 to all parties of interest.

*/s/ John J. Foley*
John J. Foley