**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>***Kathy Carthron vs. Johnson & Johnson, et al.***<br>***Case No.:  3:21-cv-7936-FLW-LHG*** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

   Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kathy Carthron.

   This 22nd day of July 2021.

           Respectfully submitted,

           ONDERLAW, LLC

By:  */s/ Stephanie Rados*
   James G. Onder, #38049 MO
   William W. Blair, #58196 MO
   Stephanie L. Rados, #65117 MO
   110 E. Lockwood, 2nd Floor
   St. Louis, MO  63119
   314-963-9000 telephone
   314-963-1700 facsimile
   onder@onderlaw.com
   blair@onderlaw.com
   rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of July 2021.


*<u>/s/ Stephanie Rados</u>*