# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to: LORI HENNICK AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHIRLEY BARTON, DECEASED. 3:21-cv-13991 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on July 22, 2021 on behalf of LORI HENNICK AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SHIRLEY BARTON, DECEASED.

Dated:  July 22, 2021                              Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  July 22, 2021

                                      */s/ Christopher R. LoPalo*
                                      Christopher R. LoPalo, Esq.
                                      400 Broadhollow Rd., Suite 305
                                      Melville, NY 11747
                                      Telephone: (212) 397-1000
                                      Facsimile: (646) 927-1676
                                      CLoPalo@NapoliLaw.com
                                      *Attorneys for Plaintiff*