**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nanci Kimm-Helmick, as the Anticipated Personal Representative of the Estate of Kimmberli Sitroneto-Sterling, Deceased vs. Johnson & Johnson, et al.*<br>**Case No.:  3:21-cv-7765-FLW-LHG** | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, ***Nanci Kimm-Helmick, as the Anticipated Personal Representative of the Estate of Kimmberli Sitroneto-Sterling, Deceased.***

This 22nd day of July 2021.                              Respectfully submitted,

                                                                 ONDERLAW, LLC

By:    */s/ James G. Onder*
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       Stephanie L. Rados, #65117 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO  63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       blair@onderlaw.com
       rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of July 2021.

<em>/s/ James G. Onder</em>