**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Regina Grant, as the Anticipated Personal Representative of the Estate of Yvonne Stoner, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-7947-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Regina Grant, as the Anticipated Personal Representative of the Estate of Yvonne Stoner.

This 22nd day of July 2021.

                                                   Respectfully submitted,

                                                   ONDERLAW, LLC

                   By:     */s/ Stephanie Rados*
                                                   James G. Onder, #38049 MO
                                                   William W. Blair, #58196 MO
                                                   Stephanie L. Rados, #65117 MO
                                                   110 E. Lockwood, 2nd Floor
                                                   St. Louis, MO  63119
                                                   314-963-9000 telephone
                                                   314-963-1700 facsimile
                                                   onder@onderlaw.com
                                                   blair@onderlaw.com
                                                   rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of July 2021.

<u>/s/ Stephanie Rados</u>