**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Edith De Jesus, as the Anticipated Personal Representative of the Estate of Maria Soto-Roman, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-7784-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, ***Edith De Jesus, as the Anticipated Personal Representative of the Estate of Maria Soto-Roman, Deceased.***

This 22nd day of July 2021.         Respectfully submitted,

                                                          ONDERLAW, LLC

                                            By:    */s/ James G. Onder*
                                                          James G. Onder, #38049 MO
                                                          William W. Blair, #58196 MO
                                                          Stephanie L. Rados, #65117 MO
                                                          110 E. Lockwood, 2nd Floor
                                                          St. Louis, MO  63119
                                                          314-963-9000 telephone
                                                          314-963-1700 facsimile
                                                          onder@onderlaw.com
                                                          blair@onderlaw.com
                                                          rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of July 2021.

                                                      */s/ James G. Onder*