# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |

This document relates to:
PATRICIA ENRIQUEZ AND DAVID ENRIQUEZ.

3:21-cv-14028

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on July 22, 2021 on behalf of PATRICIA ENRIQUEZ AND DAVID ENRIQUEZ.

Dated:  July 22, 2021               Respectfully submitted,

                                  **NAPOLI SHKOLNIK, PLLC**

                                  */s/ Christopher R. LoPalo*
                                  Christopher R. LoPalo, Esq.
                                  400 Broadhollow Rd., Suite 305
                                  Melville, NY 11747
                                  Telephone: (212) 397-1000
                                  Facsimile: (646) 927-1676
                                  CLoPalo@NapoliLaw.com

                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated:  July 22, 2021

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com
*Attorneys for Plaintiff*