**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**LOIS H. GOODMAN**<br>**UNITED STATES MAGISTRATE JUDGE** | **CLARKSON S. FISHER U.S. COURTHOUSE**<br>**402 EAST STATE STREET**<br>**ROOM 7050**<br>**TRENTON, NJ 08608**<br>**609-989-2114** |

July 23, 2021

**<u>LETTER ORDER</u>**

Re:   *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
<u>Civil Action No. 3:16-md-02738-FLW-LHG</u>

Dear Counsel:

Pursuant to Federal Rule of Civil Procedure 60(a), the Court hereby vacates the order [Docket Entry No. 16548] granting Plaintiffs' Motion for Leave to File an Amendment to the First Amended Master Long Form Complaint [Docket Entry No. 16132] (the "Motion"), which was granted in error.

Furthermore, pursuant to the Court's Order Regarding Special Master's Duties and Authority and the Order Appointing Special Master [Docket Entry Nos. 704, 18360], as well as Federal Rule of Civil Procedure 53(c), the Court hereby refers the Motion to Special Master Judge Joel Schneider (retired) for disposition.

IT IS SO ORDERED.

**LOIS H. GOODMAN**
**United States Magistrate Judge**