**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Susan Bachman vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-7985-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Susan Bachman.

This 26th day of July 2021.                    Respectfully submitted,

                            ONDERLAW, LLC

        By:    */s/ James G. Onder*
               James G. Onder, #38049 MO
               William W. Blair, #58196 MO
               Stephanie L. Rados, #65117 MO
               110 E. Lockwood, 2nd Floor
               St. Louis, MO  63119
               314-963-9000 telephone
               314-963-1700 facsimile
               onder@onderlaw.com
               blair@onderlaw.com
               rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th day of July 2021.

                                                           */s/ James G. Onder*