## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*William Madewell, Individually and as the Anticipated Personal Representative of the Estate of Margaret Madewell, Deceased vs. Johnson & Johnson, et al.*<br>**Case No.: 3:21-cv-8065-FLW-LHG** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *William Madewell, Individually and as the Anticipated Personal Representative of the Estate of Margaret Madewell, Deceased.*

This 26th day of July 2021.            Respectfully submitted,

                                       ONDERLAW, LLC

                            By:   */s/ James G. Onder*
                                  James G. Onder, #38049 MO
                                  William W. Blair, #58196 MO
                                  Stephanie L. Rados, #65117 MO
                                  110 E. Lockwood, 2nd Floor
                                  St. Louis, MO 63119
                                  314-963-9000 telephone
                                  314-963-1700 facsimile
                                  onder@onderlaw.com
                                  blair@onderlaw.com
                                  rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th day of July 2021.

*/s/ James G. Onder*
