**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | |
| **THIS DOCUMENT RELATES TO:** | **MDL NO. 2738 (FLW) (LHG)** |
| *Kimberly Watkins, as the Anticipated Personal Representative of the Estate of Modia Watkins-Ellis, Deceased vs. Johnson & Johnson, et al.* *Case No.: 3:21-cv-8345-FLW-LHG* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kimberly Watkins, as the Anticipated Personal Representative of the Estate of Modia Watkins-Ellis, Deceased.

This 27th day of July 2021.

Respectfully submitted,

ONDERLAW, LLC

By:   */s/ Stephanie Rados*
      James G. Onder, #38049 MO
      William W. Blair, #58196 MO
      Stephanie L. Rados, #65117 MO
      110 E. Lockwood, 2nd Floor
      St. Louis, MO  63119
      314-963-9000 telephone
      314-963-1700 facsimile
      onder@onderlaw.com
      blair@onderlaw.com

rados@onderlaw.com

**<u>Certificate of Service</u>**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of July 2021.

*/s/ Stephanie Rados*