UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG) |
| **This Document Relates to:**<br><br>SHERRI HEEREN v. Johnson & Johnson, et al.<br>Civil Action No.: 3:21-cv-14187 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 27, 2021 on behalf of Plaintiff Sherri Heeren.

Dated: July 27, 2021

                                      Respectfully submitted,

                                      */s/Adam P. Slater*
                                      Attorney(s) for Plaintiff
                                      **Adam P. Slater, Esq. 4302899**
                                      Slater Slater Schulman LLP
                                      445 Broad Hollow Road, Suite 419
                                      Melville, New York, 11747
                                      Phone: (631) 420-9300

                                      *Counsel for Plaintiff Sherri Heeren*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on July 27, 2021.

Dated: July 27, 2021                                Respectfully submitted,

                                                                    */s/Adam P. Slater*
                                                                    Attorney(s) for Plaintiff
                                                                    **Adam P. Slater, Esq. 4302899**