**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

---

<table>
<tr>
<td>

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Lucinda Weaver vs. Johnson & Johnson, et al.*
*Case No.:  3:21-cv-8134-FLW-LHG*

</td>
<td>

**MDL NO. 2738 (FLW) (LHG)**

</td>
</tr>
</table>

---

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lucinda Weaver.

This 27th day of July 2021.           Respectfully submitted,


                                       ONDERLAW, LLC

                              By:      */s/ James G. Onder*
                                       James G. Onder, #38049 MO
                                       William W. Blair, #58196 MO
                                       Stephanie L. Rados, #65117 MO
                                       110 E. Lockwood, 2nd Floor
                                       St. Louis, MO  63119
                                       314-963-9000 telephone
                                       314-963-1700 facsimile
                                       onder@onderlaw.com
                                       blair@onderlaw.com
                                       rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of July 2021.

*/s/ James G. Onder*