**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Virginia Sperbeck vs. Johnson & Johnson, et al.* <br> *Case No.: 3:21-cv-8148-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Virginia Sperbeck.

This 27th day of July 2021.              Respectfully submitted,

                                         ONDERLAW, LLC

                                    By:  */s/ James G. Onder*
                                         James G. Onder, #38049 MO
                                         William W. Blair, #58196 MO
                                         Stephanie L. Rados, #65117 MO
                                         110 E. Lockwood, 2nd Floor
                                         St. Louis, MO  63119
                                         314-963-9000 telephone
                                         314-963-1700 facsimile
                                         onder@onderlaw.com
                                         blair@onderlaw.com
                                         rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of July 2021.

                                                                               */s/ James G. Onder*