WAGSTAFF LAW FIRM
ANDRUS WAGSTAFF PC
940 Lincoln Street, Denver, CO 80203
866-795-9529
*Attorneys for Emma Sims*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* Emma Sims v. Johnson & Johnson, et al. Case No.  3:21-cv-14204 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 27, 2021 on behalf of Plaintiff Emma Sims.

*/s/ Albert Northrup*
Albert Northrup
WAGSTAFF LAW FIRM/ANDRUS WAGSTAFF PC
940 Lincoln Street, Denver, CO 80203
(303) 376-6360 Telephone
(888) 875-2889 Facsimile
anorthrup@wagstafflawfirm.com

Attorneys for Plaintiff

Dated: July 27, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Albert Northrup*
Albert Northrup

WAGSTAFF LAW FIRM/ANDRUS WAGSTAFF PC