**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Rose Mary Munguia vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-8166-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rose Mary Munguia.

This 27th day of July 2021.                    Respectfully submitted,

                                                ONDERLAW, LLC

                    By:    */s/ James G. Onder*
                           James G. Onder, #38049 MO
                           William W. Blair, #58196 MO
                           Stephanie L. Rados, #65117 MO
                           110 E. Lockwood, 2nd Floor
                           St. Louis, MO  63119
                           314-963-9000 telephone
                           314-963-1700 facsimile
                           onder@onderlaw.com
                           blair@onderlaw.com
                           rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of July 2021.

*/s/ James G. Onder*