# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG)<br>CHIEF JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Case No. 3:16-md-02738-FLW-LHG |

## NOTICE TO THE COURT OF REFILED CASES SUBJECT TO THE COURT'S ORDER DATED JUNE 29, 2020

Pursuant to the Court's Order of July 8, 2021, in response to Defendant PTI Union, LLC's letter of July 7, 2021, undersigned counsel hereby notifies the Court and counsel of the refiling of the following Plaintiffs' claims subject to the Court's Order and Opinion of June 29, 2020 (Doc. #127 and # 142), severing claims. The claims listed herein have been separately filed:

- Susan Haluzak, on behalf of Elsie Biermann, deceased v. Imerys Talc America, Inc., and PTI Union, LLC, Civil Action No. 3:21-cv-11874;
    - Severed from *Gibson, et al.*, Civil Action No. 18-14637;

- Tamika Clark, on behalf of Beverly Clark, deceased v. Imerys Talc America, Inc., and PTI Union, LLC, Civil Action No. 3:21-cv-11876;
    - Severed from *Gibson, et al.*, Civil Action No. 18-14637;

- Danny Davis, on behalf of Tira Mae Davis, deceased v. Imerys Talc America, Inc., and PTI Union, LLC, Civil Action No. 3:21-cv-11878;
    - Severed from *Gibson, et al.*, Civil Action No. 18-14637;

- Donna Hall v. Imerys Talc America, Inc., and PTI Union, LLC, Civil Action No. 3:21-cv-11880;
    - Severed from *Gibson, et al.*, Civil Action No. 18-14637;

- Debbie Wynn, on behalf of Patricia Smith, deceased v. Imerys Talc America, Inc., and PTI Union, LLC, Civil Action No. 3:21-cv-11882;

- o   Severed from *Gibson, et al.*, Civil Action No. 18-14637;

- Janine Tollis v. Imerys Talc America, Inc., and PTI Union, LLC, Civil Action No. 3:21-cv-11884;
    - o   Severed from *Gibson, et al.*, Civil Action No. 18-14637;

- David Vanness, on behalf of Elaine Vanness, deceased v. Imerys Talc America, Inc., and PTI Union, LLC, Civil Action No. 3:21-cv-11885;
    - o   Severed from *Gibson, et al.*, Civil Action No. 18-14637;

- Archie Wellman, on behalf of Catherine Wellman, deceased v. Imerys Talc America, Inc., and PTI Union, LLC, Civil Action No. 3:21-cv-11888;
    - o   Severed from *Gibson, et al.*, Civil Action No. 18-14637.

- Janelle Stevens, on behalf of Georgiana Stevens, deceased v. Imerys Talc America, Inc., and PTI Union, LLC, Civil Action No. 3:21-cv-14150
    - o   Severed from *Gibson, et al.*, Civil Action No. 18-14637.

These same Plaintiffs filed Short Form Complaints against Johnson & Johnson and Johnson & Johnson Consumer, Inc., pursuant this Court's Order and Opinion of June 29, 2020 (Doc. #127 and # 142) and January 19, 2021 (Doc. # 136), along with the direct filing order of CMO 2 (Doc. # 201), as follows:

- Susan Haluzak, on behalf of Elsie Biermann, deceased v. Johnson & Johnson and Johnson & Johnson Consumer, Inc, Civil Action No. 3:21-cv-11873;

- Tamika Clark, on behalf of Beverly Clark, deceased v. Johnson & Johnson and Johnson & Johnson Consumer, Inc, Civil Action No. 3:21-cv-11875;

- Danny Davis, on behalf of Tira Mae Davis, deceased v. Johnson & Johnson and Johnson & Johnson Consumer, Inc, Civil Action No. 3:21-cv-11877;

- Donna Hall v. Johnson & Johnson and Johnson & Johnson Consumer, Inc, Civil Action No. 3:21-cv-11879;

- Debbie Wynn, on behalf of Patricia Smith, deceased v. Johnson & Johnson and Johnson & Johnson Consumer, Inc, Civil Action No. 3:21-cv-11881;

- Janine Tollis v. Johnson & Johnson and Johnson & Johnson Consumer, Inc, Civil Action No. 3:21-cv-11883;

- David Vanness, on behalf of Elaine Vanness, deceased v. Johnson & Johnson and Johnson & Johnson Consumer, Inc, Civil Action No. 3:21-cv-11886;

- Archie Wellman, on behalf of Catherine Wellman, deceased v. Johnson & Johnson and Johnson & Johnson Consumer, Inc, Civil Action No. 3:21-cv-11887.

- Janelle Stevens, on behalf of Georgiana Stevens, deceased v. Johnson & Johnson and Johnson & Johnson Consumer, Inc, Civil Action No. 3:21-cv-14146

The remaining Plaintiffs subject to the Court's Order and Opinion of June 29, 2020 (Docs. #127 and # 142), elected not to refile their claims in this MDL.

Respectfully submitted,

ONDERLAW, LLC

By: /s/ W. Wylie Blair
James G. Onder, #38049 MO
W. Wylie Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on July 27, 2021, the foregoing was filed electronically with the Clerk of Courts to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ W. Wylie Blair