# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Jeff Adams, individually and on behalf of the Estate of Waynette Adams, 3:21-CV-14211 | **MDL No. 2738 (FLW) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on July 27, 2021 on behalf of Plaintiff Jeff Adams, individually and on behalf of the Estate of Waynette Adams.

Dated:  July 27, 2021                           Respectfully Submitted,

                                                /s/ Jeff Benton
                                                Jeff Benton
                                                The Benton Law Firm
                                                1825 Market Center Blvd., Suite 350
                                                Dallas, Texas 75207
                                                Telephone: (214) 777-7777
                                                Facsimile: (214) 615-2950
                                                Jeff@TheBentonLawFirm.com

                                                **Counsel for Plaintiff(s)**

### CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  July 27, 2021                           /s/ Jeff Benton
                                                Jeff Benton