# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Dana Spillers, 3:21-CV-14215 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on July 27, 2021 on behalf of Plaintiff Dana Spillers.

Dated:  July 27, 2021                    Respectfully Submitted,

                                         /s/ Jeff Benton_____
                                         Jeff Benton
                                         The Benton Law Firm
                                         1825 Market Center Blvd., Suite 350
                                         Dallas, Texas 75207
                                         Telephone: (214) 777-7777
                                         Facsimile: (214) 615-2950
                                         Jeff@TheBentonLawFirm.com

                                         **Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: July 27, 2021                    /s/ Jeff Benton_____
                                         Jeff Benton