## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Karen Mercier vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-8194-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Karen Mercier.

This 28th day of July 2021.                    Respectfully submitted,

                                               ONDERLAW, LLC

                                   By:         */s/ James G. Onder*
                                               James G. Onder, #38049 MO
                                               William W. Blair, #58196 MO
                                               Stephanie L. Rados, #65117 MO
                                               110 E. Lockwood, 2nd Floor
                                               St. Louis, MO 63119
                                               314-963-9000 telephone
                                               314-963-1700 facsimile
                                               onder@onderlaw.com
                                               blair@onderlaw.com
                                               rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of July 2021.

                                                    */s/ James G. Onder*