UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sabrenea Meyer v. Johnson & Johnson, et al.*<br><br>Case No.:  3:21-cv-14240 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a short form Complaint and Jury Demand has been filed on behalf of Plaintiff, Sabrenea Meyer.

Dated: July 28, 2021	Respectfully Submitted by,

	/s/ *Roopal P. Luhana*
	Roopal P. Luhana, Esq.
	CHAFFIN LUHANA LLP
	600 Third Avenue, 12th Floor
	New York, NY 10016
	Phone: 888-480-1123
	Fax: 888-499-1123
	Email: luhana@chaffinluhana.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this  28th  of July, 2021.

/s/ *Roopal P. Luhana*