Susan M. Sharko, Esq.
FAEGRE DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
susan.sharko@faegredrinker.com
Attorneys for Defendants
*Johnson & Johnson and Johnson & Johnson Consumer Inc.,*
*formerly known as Johnson & Johnson Consumer Companies, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>-----------------------------------------------<br><br>*This Document Relates to All Cases* | Case No. 3:16-md-02738-FLW-LHG<br><br><br>**LOCAL RULE 7.1.1**<br>**DISCLOSURE STATEMENT** |

      Pursuant to Local Rule 7.1.1, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc., by and through their undersigned counsel, Faegre Drinker Biddle & Reath LLP, hereby state as follows:

      1.    Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc., **is not** receiving any funding for some or all of its attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation

or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

2.     Johnson & Johnson **is not** receiving any funding for some or all of its attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

> Respectfully submitted,
>
> *s/ Susan M. Sharko*
> Susan M. Sharko
> FAEGRE DRINKER BIDDLE & REATH LLP
> 600 Campus Drive
> Florham Park, New Jersey 07932
> Telephone:  973-549-7000
> Facsimile:  973-360-9831
> E-mail:  susan.sharko@faegredrinker.com
>
> *Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

Dated:  July 28, 2021

ACTIVE.133869461.01

**CERTIFICATION OF SERVICE**

I hereby certify that on July 28, 2021, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                Jessica L. Brennan
                                                                Faegre Drinker Biddle & Reath LLP
                                                                600 Campus Drive
                                                                Florham Park, NJ  07932-1047
                                                                Phone:   (973) 549-7164
                                                                Fax:       (973) 360-9831
                                                                Email: jessica.brennan@faegredrinker.com