**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2738 (FLW) (LHG)**

THIS DOCUMENT RELATES TO:

*Bill Thornburg, Individually and as the Anticipated*
*    Personal Representative of the Estate of Mary*
*    Thornburg, Deceased vs. Johnson & Johnson, et*
*    al.*
Case No.:  3:21-cv-8286-FLW-LHG

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

***Bill Thornburg, Individually and as the Anticipated Personal Representative of the Estate of***

***Mary Thornburg, Deceased.***

This 28th day of July 2021.                Respectfully submitted,


ONDERLAW, LLC

By:    <u>*/s/ James G. Onder*</u>
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       Stephanie L. Rados, #65117 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO  63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       blair@onderlaw.com
       rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of July 2021.


*/s/ James G. Onder*