## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Larry Whiteside, Individually and the Anticipated Personal Representative of the Estate of Sara Whiteside, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-8305-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Larry Whiteside, Individually and the Anticipated Personal Representative of the Estate of Sara Whiteside, Deceased.*

This 28th day of July 2021.               Respectfully submitted,

                ONDERLAW, LLC

          By: */s/ W. Wylie Blair*
             James G. Onder, #38049 MO
             William W. Blair, #58196 MO
             Stephanie L. Rados, #65117 MO
             110 E. Lockwood, 2nd Floor
             St. Louis, MO  63119
             314-963-9000 telephone
             314-963-1700 facsimile
             onder@onderlaw.com
             blair@onderlaw.com
             rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of July 2021.

                */s/ James G. Onder*