**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Louise Shepherd vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-8309-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Louise Shepherd.

This 29th day of July 2021.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　ONDERLAW, LLC

　　　　　　　　　　　　　By:　　*/s/ James G. Onder*
　　　　　　　　　　　　　　　　　James G. Onder, #38049 MO
　　　　　　　　　　　　　　　　　William W. Blair, #58196 MO
　　　　　　　　　　　　　　　　　Stephanie L. Rados, #65117 MO
　　　　　　　　　　　　　　　　　110 E. Lockwood, 2nd Floor
　　　　　　　　　　　　　　　　　St. Louis, MO 63119
　　　　　　　　　　　　　　　　　314-963-9000 telephone
　　　　　　　　　　　　　　　　　314-963-1700 facsimile
　　　　　　　　　　　　　　　　　onder@onderlaw.com
　　　　　　　　　　　　　　　　　blair@onderlaw.com
　　　　　　　　　　　　　　　　　rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of July 2021.

                                                                   */s/ James G. Onder*