WAGSTAFF LAW FIRM
940 Lincoln St.
Denver, CO 80203
866-795-99529
*Attorneys for Plaintiff (Delilah Herrera)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Delilah Herrera v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-14291 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 29, 2021 on behalf of Plaintiff Delilah Harrera.

                                                */s/ Albert Northrup*
                                                Albert Northrup
                                                WAGSTAFF LAW FIRM
                                                940 Lincoln St.
                                                Denver, CO 80203
                                                (866) 795-9529 Telephone
                                                anorthrup@wagstafflawfirm.com

                                                Attorneys for Plaintiff

Dated: July 29, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        */s/ Albert Northrup*
                                        Albert Northrup

                                        WAGSTAFF LAW FIRM