WAGSTAFF LAW FIRM
ANDRUS WAGSTAFF PC
940 Lincoln Street
Denver, CO 90203
866-795-99529
*Attorneys for Monica White*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* Monica White v. Johnson & Johnson, et al. Case No. 3:21-cv-14296 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 29, 2021 on behalf of Plaintiff Monica White.

                                        */s/ Albert Northrup*
                                        Albert Northrup
                                        WAGSTAFF LAW FIRM
                                        ANDRUS WAGSTAFF PC
                                        940 Lincoln Street
                                        Denver, CO 80203
                                        (866) 795-9529 Telephone
                                        (888) 875-2889 Facsimile
                                        anorthrup@wagstafflawfirm.com
                                        Attorney for Plaintiff

Dated: July 29, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ Albert Northrup*
                                                  Albert Northrup

                                                  ANDRUS WAGSTAFF PC