**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Toby Hall, Individually and as the Anticipated Personal Representative of the Estate of Elizabeth Hall, Deceased vs. Johnson & Johnson, et al.*
*Case No.:  3:21-cv-8438-FLW-LHG*

**MDL NO. 2738 (FLW) (LHG)**

---

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Toby Hall, Individually and as the Anticipated Personal Representative of the Estate of Elizabeth Hall, Deceased.*

This 29th day of July 2021.                    Respectfully submitted,

                                              ONDERLAW, LLC

                              By:     */s/ James G. Onder*
                                      James G. Onder, #38049 MO
                                      William W. Blair, #58196 MO
                                      Stephanie L. Rados, #65117 MO
                                      110 E. Lockwood, 2nd Floor
                                      St. Louis, MO  63119
                                      314-963-9000 telephone
                                      314-963-1700 facsimile
                                      onder@onderlaw.com
                                      blair@onderlaw.com
                                      rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of July 2021.


<u>*/s/ James G. Onder*</u>