## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of July, 2021.

*/s/ Jennifer L. Orendi*