IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM     Civil No.: 3:21-cv-14356

POWDER PRODUCTS MARKETING,

SALES PRACTICES, AND PRODUCTS

                                     MDL No. 2738

LIABILITY LITIGATION

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Sheila Littlejohn, Individually and on behalf of the Wrongful Death Beneficiaries and Heirs-At-Law of Tracy Michelle Littlejohn, deceased.

Dated: July 29, 2021.

                                                     Respectfully Submitted,

                                                     By: */s/ T. Roe Frazer II*
                                                     T. Roe Frazer II (MS Bar No. 5519) PHV
                                                     Patrick D. McMurtray (TN Bar No. 31597) PHV
                                                     Thomas Roe Frazer III (TN Bar No. 33296) PHV
                                                     FRAZER PLC
                                                     30 Burton Hills Blvd., Suite 450
                                                     Nashville, TN 37215
                                                     Telephone: (615) 647-6464
                                                     Facsimile: (866) 314-2466
                                                     roe@frazer.law
                                                     patrick@frazer.law
                                                     trey@frazer.law

**Of Counsel:**
Clair G. Campbell (NC Bar No. 12965)
CAMPBELL & ASSOCIATES
Post Office Box 31666
Charlotte, NC 28231
Telephone: (704) 333-0885
Facsimile: (704) 372-7718
clair@injuryhelp.org

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2021 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                */s/ T. Roe Frazer II*