UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**DARLENE HAVICK,** | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-14366 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on July 29, 2021 on behalf of Plaintiff, Darlene Havick.

Dated:  July 29, 2021                Respectfully Submitted by:

                            By: /s/ Daniel J. Thornburgh
                            Daniel J. Thornburgh
                            Aylstock, Witkin, Kreis, & Overholtz
                            17 East Main Street, Suite 200
                            Pensacola, FL 32502
                            Telephone: 850-202-1010
                            Fax: 850-916-7449
                            dthornburgh@awkolaw.com

                            *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  July 29, 2021                                Respectfully Submitted by:


By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com