**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG) |

**SPECIAL MASTER OPINION AND ORDER NO. 6**

The Special Master ("SM") having held a Zoom conference with the parties on July 29, 2021; and this Order intending to confirm the SM's rulings; and for all the reasons set forth on the record,

IT IS HEREBY ORDERED this 30th day of July, 2021, as follows:

1. Plaintiffs and defendants and shall produce at least three (3) days before their experts' depositions all documents considered by the experts in forming their opinions as well as all documents requested in the applicable notices of deposition.

2. By August 13, 2021, plaintiffs shall serve their objections to defendants' separate document demands directed to Drs. Godleski and Smith-Bindman.

3. Plaintiffs shall produce the documents responsive to defendants' separate document demands to Drs. Godleski's and Smith-Bidman at least seven (7) days before their depositions in this MDL.

4. Defendants shall respond to plaintiffs' document demands regarding Health Canada by August 25, 2021. Defendants shall produce all communications sent to and received from Health Canada. By the same deadline, defendants shall identify the bates numbers of all documents responsive to plaintiffs' Health Canada requests.

-2-

5. Counsel shall continue to meet and confer in good faith regarding dates for their experts' sdepositions.

DATED: July 30, 2021

By: /s/ Joel Schneider
SPECIAL MASTER
HON. JOEL SCHNEIDER (RET.)

5587840v2