**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

---

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Leytrice Henson, Individually and as the Anticipated Personal Representative of the Estate of Elvira Burney, Deceased vs. Johnson & Johnson, et al.*
*Case No.:  3:21-cv-8556-FLW-LHG*

**MDL NO. 2738 (FLW) (LHG)**

---

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Leytrice Henson, Individually and as the Anticipated Personal Representative of the Estate of Elvira Burney, Deceased.*

This 30th day of July 2021.                          Respectfully submitted,


                                                     ONDERLAW, LLC

                                          By:        */s/ James G. Onder*
                                                     James G. Onder, #38049 MO
                                                     William W. Blair, #58196 MO
                                                     Stephanie L. Rados, #65117 MO
                                                     110 E. Lockwood, 2nd Floor
                                                     St. Louis, MO  63119
                                                     314-963-9000 telephone
                                                     314-963-1700 facsimile
                                                     onder@onderlaw.com
                                                     blair@onderlaw.com
                                                     rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of July 2021.

                                             */s/ James G. Onder*