## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)**<br>**CHIEF JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOIS H. GOODMAN** |
| NICHOLE HENDERSHOT,<br><br>                    Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>                    Defendants. | Civil Action No.: 3:18-cv-1360 |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs file this notice of voluntary dismissal with prejudice of the above captioned civil action against all Defendants signed by all parties who have appeared in the case. All parties shall bear their own costs.

This case is hereby DISMISSED WITH PREJUDICE.

Date: July 30, 2021                    Respectfully submitted,


                    ONDERLAW, LLC

By:     */s/ Stephanie L. Rados*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

1

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of July 2021.

*/s/ Stephanie L. Rados*