**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**ANITA HOUGHTALING,** | MDL No. 2738 (FLW)(LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>CIVIL ACTION No. 3:21-cv-14401 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on July 30, 2021 on behalf of Plaintiff, Anita Houghtaling.

Dated: July 30, 2021

Respectfully Submitted by:

By: /s/ Laura V. Yaeger
Florida Bar No. 101972
Texas Bar No. 24011432
Robert J. Bench
Texas Bar No. 00790292
Yaeger Law, PLLC
834 3rd Avenue South
Tierra Verde, FL 33715
Telephone: 727-202-5015
Fax:  727-800-3469

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  July 30, 2021    Respectfully Submitted by:

By: /s/ Laura V. Yaeger
Florida Bar No. 101972
Texas Bar No. 24011432
Robert J. Bench
Texas Bar No. 00790292
Yaeger Law, PLLC
834 3rd Avenue South
Tierra Verde, FL 33715
Telephone: 727-202-5015
Fax:  727-800-3469

Counsel for Plaintiff