UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:21-cv-14412 <br><br> JUDGE FREDA L. WOLFSON <br><br> MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: <br> David Brewer, individually and as legal heir of Susan D. Brewer _v. Johnson & Johnson, et al.,_ _____. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 07/30/2021 on behalf of Plaintiff Susan D. Brewer.

Date: 07/30/2021

Respectfully Submitted,

/s/ Darren Wolf
Darren Wolf
Texas State Bar No. 24072430
Edlund, Gallagher, Haslam, McCall,
Wolf & Wooten, PLLC
1701 N. Market Street Suite 210
Dallas, Texas 75202
T. 214-346-5355 F. 214-346-5909
darren@darrenwolf.com

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this ___30th___ day of _July, 2021_ a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Darren Wolf
_____

Darren Wolf
Texas State Bar No. 24072430
Edlund, Gallagher, Haslam, McCall,
Wolf & Wooten, PLLC
1701 N. Market Street Suite 210
Dallas, Texas 75202
T. 214-346-5355 F. 214-346-5909
darren@darrenwolf.com

*Counsel for Plaintiff*