## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of July, 2021.

/s/ *Jennifer L. Orendi*