# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 2738 |
| This Document Relates To All Cases | | |

**THIS MATTER** having been brought before the Court during the July 21, 2021 status conference, pursuant to the Court's March 3, 2021 Order regarding case-specific discovery for Stage Three cases, and for good cause shown;

**IT IS** on this <u>2nd</u> day of <u>August</u> 2021,

**ORDERED** that the discovery deadlines set forth in the Court's March 3, 2021 Order are hereby amended as follows:

1. Any depositions of Plaintiffs' expert witnesses shall be completed by **September 15, 2021.**

2. Defendants shall designate all general and case specific experts pursuant to Rule 26(a)(2)(A) and serve on plaintiffs' counsel the Rule 26(a)(2)(B) reports of all general and case specific expert witnesses they may use at trial in any of the Stage Three cases by **October 22, 2021.**

ACTIVE.133777320.01

3. Any depositions of defendants' expert witnesses shall be completed by **December 3, 2021**.

   **IT IS FURTHER ORDERED** that:

4. Depositions of general causation experts may only be taken if the expert provides a supplemental report, in which case the deposition shall be limited to four hours of testimony time and may only address new material contained in the supplemental report.

5. Depositions of experts who address case specific issues for individual plaintiffs in addition to providing new or supplemental reports on general causation shall be limited to a total of one day/seven hours of testimony unless the expert issues case-specific reports in three or more cases, in which case the deposition is limited to two days/14 hours of testimony time.

   **IT IS FURTHER ORDERED** that:

6. Plaintiffs shall identify the case they propose for the first trial by **January 15, 2022.**

7. Plaintiffs shall serve their final list of trial experts for the first bellwether trial by **February 1, 2022**; defendants shall serve their final list of trial experts for the first bellwether trial by **February 21, 2022**.

8. The parties shall file and serve the proposed Joint Final Pretrial Order no later than **30 days before trial**.

/s/ Freda L. Wolfson

Hon. Freda L. Wolfson,
U.S. Chief District Judge