## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Aldena Bequillard, as the Anticipated Personal Representative of the Estate of Martha Oakley, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-8691-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, ***Aldena Bequillard, as the Anticipated Personal Representative of the Estate of Martha Oakley, Deceased.***

This 2nd day of August 2021.                    Respectfully submitted,

                                  ONDERLAW, LLC

                        By:   */s/ James G. Onder*
                              James G. Onder, #38049 MO
                              William W. Blair, #58196 MO
                              Stephanie L. Rados, #65117 MO
                              110 E. Lockwood, 2nd Floor
                              St. Louis, MO  63119
                              314-963-9000 telephone
                              314-963-1700 facsimile
                              onder@onderlaw.com
                              blair@onderlaw.com
                              rados@onderlaw.com

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of August 2021.

                                                  */s/ James G. Onder*