**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2738 (FLW) (LHG)**

THIS DOCUMENT RELATES TO:

*James Lamb, Individually and as the Anticipated Personal*
  *Representative of the Estate of Bette Lamb,*
  *Deceased vs. Johnson & Johnson, et al.*
*Case No.:  3:21-cv-8742-FLW-LHG*

---

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

*James Lamb, Individually and as the Anticipated Personal Representative of the Estate of Bette*

*Lamb, Deceased.*

This 2nd day of August 2021.                    Respectfully submitted,


                                                 ONDERLAW, LLC

                                          By:    */s/ James G. Onder*
                                                 James G. Onder, #38049 MO
                                                 William W. Blair, #58196 MO
                                                 Stephanie L. Rados, #65117 MO
                                                 110 E. Lockwood, 2nd Floor
                                                 St. Louis, MO  63119
                                                 314-963-9000 telephone
                                                 314-963-1700 facsimile
                                                 onder@onderlaw.com
                                                 blair@onderlaw.com
                                                 rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of August 2021.


*/s/ James G. Onder*