UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**ELIZABETH FREW,** | MDL No. 2738 (FLW)(LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No. 3:21-cv-14494** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 2, 2021 on behalf of Plaintiff, Elizabeth Frew.

Dated:  August 2, 2021                               Respectfully Submitted by:

                                                              By: /s/ Daniel J. Thornburgh
                                                              Daniel J. Thornburgh
                                                              Aylstock, Witkin, Kreis, & Overholtz
                                                              17 East Main Street, Suite 200
                                                              Pensacola, FL 32502
                                                              Telephone: 850-202-1010
                                                              Fax: 850-916-7449
                                                              dthornburgh@awkolaw.com

                                                              *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  August 2, 2021                                   Respectfully Submitted by:

                                                         By: /s/ Daniel J. Thornburgh
                                                         Daniel J. Thornburgh
                                                         Aylstock, Witkin, Kreis, & Overholtz
                                                         17 East Main Street, Suite 200
                                                         Pensacola, FL 32502
                                                         Telephone: 850-202-1010
                                                         Fax: 850-916-7449
                                                         dthornburgh@awkolaw.com