UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Eileen Lightcap-Miller vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-8017-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Eileen Lightcap-Miller.

This 2nd day of August 2021.

                                              Respectfully submitted,

                                              ONDERLAW, LLC

By:    */s/ James G. Onder*
           James G. Onder, #38049 MO
           William W. Blair, #58196 MO
           Stephanie L. Rados, #65117 MO
           110 E. Lockwood, 2nd Floor
           St. Louis, MO  63119
           314-963-9000 telephone
           314-963-1700 facsimile
           onder@onderlaw.com
           blair@onderlaw.com
           rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of August 2021.

*/s/ James G. Onder*