UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**JUANITA QUIROGA,** | MDL No. 2738 (FLW)(LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>CIVIL ACTION No. 3:21-cv-14500 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 2, 2021 on behalf of Plaintiff, Juanita Quiroga.

Dated:  August 2, 2021          Respectfully Submitted by:

>By: /s/ Daniel J. Thornburgh
>Daniel J. Thornburgh
>Aylstock, Witkin, Kreis, & Overholtz
>17 East Main Street, Suite 200
>Pensacola, FL 32502
>Telephone: 850-202-1010
>Fax: 850-916-7449
>dthornburgh@awkolaw.com
>
>*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  August 2, 2021                  Respectfully Submitted by:


By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com