DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Docket No. 3:16-md-2738-FLW-LHG

IN RE:

JOHNSON & JOHNSON TALCUM     STATUS CONFERENCE VIA
POWDER PRODUCTS MARKETING,    REMOTE ZOOM
SALES PRACTICES AND PRODUCTS   VIDEOCONFERENCE
LIABILITY LITIGATION

\*      \*      \*      \*

THURSDAY, JULY 29, 2021

\*      \*      \*      \*

BEFORE:   SPECIAL MASTER JOEL SCHNEIDER, USMJ, RETIRED
jschneider@mmwr.com
856-488-7797

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

515 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 2

```
 1

 2

 3

 4

 5

 6                          Transcript of proceedings in the

 7     above matter taken stenographically by

 8     Theresa Mastroianni Kugler, Certified Court Reporter,

 9     license number 30X100085700, Notary Public of the

10     State of New Jersey and the Commonwealth of

11     Pennsylvania, VIA ZOOM REMOTE VIDEOCONFERENCE,

12     commencing at 2:03 PM.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 3

```
 1          A P P E A R A N C E S:
 2
 3
             ASHCRAFT & GEREL, LLP
 4           BY:  MICHELLE A. PARFITT, ESQUIRE
             1825 K STREET, NW
 5           WASHINGTON, DC  2006
             800-674-9725
 6           202-759-7648
             mparfitt@ashcraftlaw.com
 7           ATTORNEYS FOR THE PLAINTIFFS
 8
 9
             ONDER LAW
10           BY:  W. WYLIE BLAIR
             110 EAST LOCKWOOD AVENUE
11           ST. LOUIS, MISSOURI 63119
             314-963-9000
12           blair@onderlaw.com
             ATTORNEYS FOR THE PLAINTIFFS
13
14
15           LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
             BUCHANAN, O'BRIEN, BARR, MOUGEY, PA
16           BY:  CHRISTOPHER V. TISI, ESQUIRE
             316 SOUTH BAYLEN STREET
17           PENSACOLA, FLORIDA  32502
             850-435-7000
18           800-277-1193
             ctisi@levinlaw.com
19           ATTORNEYS FOR THE PLAINTIFFS
20
21
22
23
24
25
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 4

```
 1
              FAEGRE DRINKER BIDDLE & REATH, LLP
 2            BY:  SUSAN M. SHARKO, ESQUIRE
                 - and -
 3            BY: JESSICA LEIGH BRENNAN, ESQUIRE
              600 CAMPUS
 4            FLORHAM PARK, NEW JERSEY  07932
              DIRECT - 973-549-7350
 5            FAX - 973-360-9831
              susan.sharko@faegredrinker.com
 6            ATTORNEYS FOR THE DEFENDANT,
              JOHNSON & JOHNSON and JOHNSON & JOHNSON
 7            CONSUMER COMPANIES, INC.,
              now known as JOHNSON & JOHNSON CONSUMER, INC.
 8

 9

10

11

12

13

14

15
     A L S O   P R E S E N T:
16

17            MONTGOMERY, McCRACKEN,
              WALKER & RHOADS, LLP
18            BY:  RACHEL L. GOODMAN, ESQUIRE
              1735 MARKET STREET
19            21st Floor
              PHILADELPHIA, PENNSYLVANIA  19103-7505
20            215-772-7411
              FAX - 215-772-7620
21            rgoodman@mmwr.com

22

23

24

25
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 5

1                    SPECIAL MASTER SCHNEIDER:   On the

2     record.

3                    I think the primary focus of this Zoom

4     call is to address the expert depositions issues.  I

5     know what we ordered in the MDL.  There seems to be a

6     little bit of an overlap with the Missouri state

7     cases and there appears to be some miscellaneous

8     issues.

9                    So, Ms. Sharko, why don't you take the

10    ball and run with it, identify the issues you'd like

11    to address.

12                   MS. SHARKO:  Yes.  Thank you, Judge.

13                   The two main issues are getting

14    deadlines for responses to the document requests so

15    that we have those in time for the depositions.  And

16    by in time, I don't mean the day before.  And then

17    getting the dates squared away for the depositions.

18                   So it's important to note, going to the

19    second issue first, so the four experts at issue,

20    putting aside the case-specific people, plus the

21    general-ish experts, Plunkett, Smith-Bindman,

22    McTiernan, amended their reports, they added many new

23    sections, they added many new reliance materials and

24    references.  Dr. Plunkett added over one thousand new

25    reliance materials.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 6

1           We took the position before Chief Judge

2    Wolfson and your Honor that we should have a full day

3    with each of the general witnesses.  Chief Judge

4    Wolfson and your Honor ruled that we didn't get a

5    full day, we got four hours.  And all we want right

6    now is our four hours for the MDL under the federal

7    rules supervised by your Honor, that is so we can

8    call you if there are issues.  So we can focus the

9    four hours of questioning on the issues that are, in

10   our view, directly relevant to the six individual

11   cases in the MDL, the liability issues in the MDL,

12   which will be under the laws of six different states,

13   and the Daubert -- should I keep talking, your Honor?

14           SPECIAL MASTER SCHNEIDER:  I just had

15   to put the plug back in.

16           MS. SHARKO:  Okay.  I thought maybe I

17   overwhelmed you with my argument.

18           SPECIAL MASTER SCHNEIDER:  I kicked the

19   plug out.

20           MS. SHARKO:  And the Daubert issues

21   which still remain to be decided, including some

22   general causation issues (coughing) the specific

23   issues.  And it's particularly important here because

24   for the first time in these depositions in the MDL,

25   we're dealing with various sub-types, three different

DocuSign Envelope ID: A6CD086B-DF55-436F-842F-EC8383F3A793

July 29, 2021

Page 7

1    sub-types of ovarian cancer.

2                 Now, I understand that

3    simultaneously -- I now understand, as of yesterday,

4    that plaintiffs took the same position in a Missouri

5    state court case saying that there could be no

6    depositions of defense experts, that that issue was

7    briefed to the Missouri special master and he ruled

8    that the defense got eight hours per deposition and

9    the depositions were likewise limited to the new

10   issues.

11                But your Honor doesn't have

12   jurisdiction over the Missouri cases, Missouri's

13   special master doesn't have jurisdiction over the

14   MDL.  And so what we ask simply is that we be allowed

15   to have our four hours for the general experts and

16   then the agreed-upon one day or two-day days for

17   those with case-specific issues.  And if plaintiffs

18   are dissatisfied with how Missouri turned out -- and

19   I note that the Missouri applications were made while

20   the MDL issues were going on, so they certainly knew

21   that this would be an issue -- if the plaintiffs are

22   dissatisfied with the fact that there is eight hours

23   per deposition, then they should go back to Judge

24   Norton in Missouri and let him craft a rule that

25   applies equally to the plaintiffs and the defendants.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 8

1    But for the MDL, Chief Judge Wolfson has ruled, your

2    Honor has ruled we get four hours and we just want

3    our four hours.  We don't want to do the four hours

4    in combination with a state court case, not given the

5    issues in the MDL and the number of plaintiffs we're

6    dealing with in this group, six individual

7    plaintiffs, and the difference between the state and

8    federal law.

9                 Now, if the plaintiffs want to do these

10   depositions back-to-back or one day after the other,

11   and we did that the last time around, Dr. Plunkett

12   was testifying in some state court case and she was

13   testifying in the MDL.  So if I remember correctly,

14   she was deposed like on a Monday in state court and

15   then Tuesday morning in the MDL, or maybe it was

16   morning and afternoon.  We're willing to work with

17   the plaintiffs on that, but we want our own

18   individual depositions and we also want them on dates

19   that allow us to have the documents.

20                 We asked for a lot of documents from

21   Dr. Smith-Bindman and Dr. Godleski, documents that we

22   haven't asked for before.  Plaintiffs still haven't

23   responded to those requests.  I'd be delighted if

24   they gave us everything we asked for.  Somehow I

25   think they're not going to do that, which means we

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 9

1   have to brief and argue those issues before your

2   Honor.   And so those depositions in particular need

3   to be set at a time that allows for all that to

4   happen, namely late August.

5              SPECIAL MASTER SCHNEIDER:   Can I ask a

6   question?  Real basic.   As we sit here today right

7   now, do you have dates for these four-hour

8   depositions?

9              MS. SHARKO:   We have dates for some,

10  but not all of them.   So going through them,

11  Smith-Bindman, we don't have a date.   The date

12  plaintiffs offered was only in connection with

13  Missouri, which, by the way, I understand those deps

14  have to be completed by August 13 because Missouri

15  has an October trial date.   So the Smith-Bindman date

16  doesn't work.

17             And there is also the document

18  production issue.

19             The Dr. Godleski date we rejected

20  because Dr. Godleski is primarily case specific.   The

21  court has given us two days for him.   We can't add on

22  more things to cover from state court.   We need the

23  documents.

24             And also, we're expecting a report from

25  Dr. Godleski in the Bondurant case, which isn't due

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

1    until August 20.  So we need Godleski dates after

2    that.  And a while back I asked Ms. Parfitt if we

3    could have September 1 and 2.

4                    We have no dates for Dr. Longo.  And I

5    gave the plaintiffs six or seven dates that worked

6    for us to try to expedite it.

7                    We have no dates for Dr. Rigler, same

8    thing.

9                    Dr. Plunkett, the issue is the

10   insistence on the plaintiffs that we share the time

11   with the Missouri state court case.  If we didn't

12   have to do that and got our full four hours, I think

13   we could agree on August 10.

14                   For the other experts, we have --

15                   SPECIAL MASTER SCHNEIDER:  Ms. Sharko,

16   who were the general causation experts that the

17   ruling was you get four hours on supplemental

18   material?

19                   MS. SHARKO:  It was all ten of their

20   experts.

21                   SPECIAL MASTER SCHNEIDER:  Okay.  So

22   you're going to take four hours -- you intend to take

23   four hours each of those ten experts on general

24   causation issues directed to the new supplemental

25   materials?

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 11

1                    MS. SHARKO:  Yes.

2                    Actually, it's nine because Dr. Sage is

3       new, so we get seven hours with him.  But for all the

4       others, we have, as I understand the rulings, four

5       hours for their general opinions and then we have

6       time for their case-specific opinions.

7                    SPECIAL MASTER SCHNEIDER:  Is there an

8       overlap between the general causation and the

9       case-specific experts?  Are there some doctors who

10      will do both?

11                   MS. SHARKO:  Yes, Dr. Wolf, Dr.

12      Clarke-Pearson and Dr. Godleski have both case

13      specific and general.  So although we would have been

14      entitled to way more time given the number of

15      plaintiffs for Dr. Godleski, we agreed to two days,

16      full days.  For Dr. Clarke-Pearson, we agreed to two

17      full days.  And Dr. Wolf, one day, unless she takes

18      on the Bondurant case too.

19                   And the last time we were before your

20      Honor, we argued about the time on all those and you

21      ruled on those.

22                   SPECIAL MASTER SCHNEIDER:  So you have

23      nine general causation experts, we have three experts

24      who are going to do general causation and case

25      specific.  How many case-specific experts are there?

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 12

1              MS. SHARKO:  So there are three

2    case-specific experts and there are a total of ten

3    experts, both case specific and general, but one of

4    them is new, Dr. Sage, and so he's a full day.  And

5    we've agreed on a date, so he's not an issue.

6              SPECIAL MASTER SCHNEIDER:  So the basic

7    issues are, one, you want to get the documents that

8    they, quote/unquote, considered in sufficient time to

9    prepare for their depositions and you want to lock in

10   dates for their depositions?

11             MS. SHARKO:  Yes.

12             And it's more than the documents they

13   considered.  There are very specific document demands

14   to Dr. Godleski and Dr. Smith-Bindman.

15             Dr. Smith-Bindman announced in her

16   report that she's done a brand new study

17   meta-analysis and we've asked for essentially

18   documents related to that since she's going to rely

19   on that.

20             Dr. Godleski, in general we've asked

21   for documents relating to a number of his,

22   quote/unquote, studies and publications.  So we need

23   all those documents before the depositions.  And then

24   we've asked for the reliance materials, of course,

25   with the dep notices.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 13

```
 1              SPECIAL MASTER SCHNEIDER:  So maybe
 2   there is three issues; the documents, the deposition
 3   dates, and we'll hear from plaintiffs' request that
 4   there be some type of coordination between the
 5   experts' depositions in the Missouri cases and the
 6   MDL?
 7              MS. SHARKO:  Correct.
 8              SPECIAL MASTER SCHNEIDER:  Let's turn
 9   to plaintiff.
10              Why don't we deal with the last issue
11   first, the coordination issue.  I mean, I don't think
12   there can be reasonable grounds for disagreement that
13   this court doesn't have any authority over what Judge
14   Norton does in Missouri and we have no authority
15   whatsoever to address the Master's ruling about
16   eight-hour depositions in the Missouri cases.  I just
17   wonder if, when he made that ruling, if he was aware
18   that there had been this four-hour ruling in New
19   Jersey in the MDL.
20              MR. BLAIR:  Judge, I can speak to that
21   and provide some clarification and correction with
22   respect to the background on the hearing that's been
23   referenced.
24              That was a telephonic hearing that took
25   place several weeks ago.  That was, indeed, prior to
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 14

1    the ruling on the four-hour issue.  Judge Norton did

2    not rule that the defense gets eight hours.  He

3    initially threw out three hours and at the behest of

4    Johnson & Johnson's counsel, declined to at this time

5    place a strict limit as to the amount of time that

6    would be allotted, but instructed us that if the

7    defense was getting out of their lane or taking too

8    long, that we should call him.

9              So this is a relatively new issue and I

10   don't think that he ever contemplated four hours at

11   base line, but he, indeed, didn't set a strict

12   timeline or amount of time, but did envision it being

13   limited in time and scope.

14             SPECIAL MASTER SCHNEIDER:  So would it

15   be appropriate for the plaintiffs to approach Judge

16   Norton about either refining or firming up his

17   ruling?  Because we can't do anything about the

18   ruling in the MDL, it's already set, it's already

19   been ordered, J&J gets its four hours.  Frankly, no

20   matter what happens in the Missouri court, it seems

21   to me that Ms. Sharko is right, that if you want

22   relief, and I understand plaintiffs' position, you

23   have to get it from Judge Norton, not from this

24   court.  There doesn't seem to be any reasonable

25   basis to disagree with that.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 15

1              MR. BLAIR:  No, I agree, and that's why
2    we had reached out to Judge Norton.  And he said he
3    was available during a window yesterday and then this
4    morning, but J&J wasn't available, but we hoped to be
5    able to come in and get context for what his position
6    was going to be to shed light on how we address the
7    issue of overlap.
8              SPECIAL MASTER SCHNEIDER:  Okay.  Go
9    ahead, Ms. Parfitt.
10             MS. PARFITT:  Thank you, your Honor.
11             That was not an end-run, it was stated
12   in the letter.  But certainly just as you've
13   indicated, we recognize that we're working under
14   (coughing)  I said that we certainly appreciate and
15   understand the time frame that the court has provided
16   and ordered in the MDL.  That said, being aware of
17   what actually happened weeks ago prior to Judge
18   Wolfson and Judge Schneider ordering the four-hour
19   window for the same depositions that we're talking
20   about in the Missouri cases, we felt it best to go
21   and get some guidance from Judge Norton.  And, your
22   Honor, that is exactly what we sought to do.
23             I might also add, to give a little bit
24   of background, the depositions that are going forward
25   not only in the Swann state case but also this MDL,

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

1    the amendments to those reports are the same.  They

2    are minimum in some cases.  Ms. Sharko has described

3    them as being quite broad, but they are minimum and

4    they are simply updating those reports as to new

5    scientific material that frankly has not changed the

6    opinions of the experts.  Because the reports look

7    the same and the added material is the same, we felt

8    it would be efficient to try to do those general

9    discovery depositions and coordinate.

10             We've been asked from the outset of

11   this litigation to try to coordinate when we can and

12   really that's why Mr. Blair is, you know, on with us

13   today.  So I just want to be clear as to the

14   background of what these reports look like, what

15   those additions are, that they look no different in

16   Swann than they do in the MDL, but appreciating the

17   fact that your Honor's ruling in the MDL is what we

18   should be following.  But there is, as you can see,

19   this tension between the two.

20             SPECIAL MASTER SCHNEIDER:  We had that

21   issue with O'Shaughnessy's deposition and the parties

22   did not want to put both captions because those

23   depositions could be used at trial.  So there were

24   two separate depositions.

25             One suggestion Ms. Sharko made, which I

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

```
 1    think is a good one, is if you are going to go
 2    forward with two depositions, to do them
 3    back-to-back.  That makes perfect sense.  I don't
 4    know what else to say.  You're going to go to Judge
 5    Norton, he's going to do what he does in his MDL.  He
 6    may refine his order in light of the fact that J&J's
 7    getting four hours in the MDL.  It would make sense,
 8    but I can't speak for him.
 9                But the other two issues are dates and
10    documents.
11                MS. PARFITT:  Your Honor?  Correct.
12    And I might say, at the start of this we thought we
13    had an understanding that we were talking about
14    cross-noticing these depositions.  I coordinated with
15    Ms. Sharko on many of our conversations.  So when we
16    were given times, we were assuming we were getting
17    times understandably for the Swann case and for the
18    MDL.  So there has never been a suggestion from the
19    plaintiffs that they won't produce dates and times.
20    In fact, as your Honor ordered a week ago, give a
21    couple dates.  I gave those couple dates in most
22    circumstances.  Not Longo and not Rigler.  Ms. Sharko
23    then responded, not good for us, go get me other
24    dates.  Well, the plan was I was to get dates from
25    these experts in a short window of time.  Did that.
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 18

1    And when delivered, they were unacceptable to Ms.

2    Sharko.  I'm sorry that they weren't as accommodating

3    to J&J as she had hoped they might be.  But the

4    suggestion that we aren't trying is simply not

5    correct.  We are trying and will continue to try.

6                    We understand what we've been charged

7    with, that's to get dates.  But I can't make people

8    available when they aren't available.  I did try to

9    provide, as the court required me to do, to get

10   dates, but I can't keep getting push-back when I give

11   them dates.

12                    SPECIAL MASTER SCHNEIDER:  I'm sorry.

13   Go ahead, counsel

14                    MR. BLAIR:  I'd just like to add that

15   as far as the dates go where J&J and the MDL said

16   they weren't available, they nevertheless accepted

17   those dates in the Swann case.  So I don't know why

18   they would be available for the Swann case, but not

19   available for the MDL case on the same dates.

20                    SPECIAL MASTER SCHNEIDER:  Is it the

21   same lawyers?

22                    MS. SHARKO:  No, not necessarily, we

23   have different lawyers assigned to some of these

24   depositions.  And part of the problem with the

25   dates -- can you hear me, Judge, because my computer

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

```
 1   is acting very strangely?

 2                SPECIAL MASTER SCHNEIDER:  Yeah, I can

 3   hear you.  You're frozen, but I can hear you.

 4                MS. SHARKO:  Okay.  Thank you.

 5                Part of the problem with the dates --

 6   and really, I mean, I think we've made a lot of

 7   progress in accepting dates from Ms. Parfitt.  And

 8   when she said the experts were unavailable on any

 9   other day, I took her at her word.  But part of the

10   problem, for example, with (Screen froze) is that we

11   need all the documents first.  (Screen froze) and I

12   don't see any reason to believe that we're going to

13   have them in time.

14                SPECIAL MASTER SCHNEIDER:  Let me ask

15   you a question.

16                Do you have some sort of agreement or

17   understanding that X days before the expert's

18   deposition responsive documents are going to be

19   produced?  Is that something that you've agreed to in

20   this litigation?

21                MS. PARFITT:  Susan, let me just finish

22   my statement, if you will.

23                So for these particular depositions,

24   there has not been anything set.  I'm certainly happy

25   to discuss it, but my violative action according to
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 20

1   J&J is nothing that I'm aware of was to set as to

2   these particular depositions.

3              Go ahead, Ms. Sharko.  Please.

4              MS. SHARKO:  We should have an

5   agreement like that, Judge.  We had an agreement like

6   that the last time around.

7              SPECIAL MASTER SCHNEIDER:  Let me ask

8   plaintiff, what do you propose in terms of the

9   deadline to produce the documents?

10             MS. PARFITT:  Your Honor, I would have

11  thought that -- certainly Susan has asked for ten

12  days, that is a bit much with the short window of

13  time.  It's already July 29th and these depositions

14  start on the 10th.  So I can tell you for some of the

15  liability depositions, we didn't get documents until

16  the night before.  I'm not proposing the night before

17  is reasonable because I don't think that was

18  reasonable, but if we could have three days before,

19  that seems to be an appropriate period of time to get

20  the documents to counsel.  That was certainly

21  probably better than the situation we found ourselves

22  in the liability stage of this.

23             SPECIAL MASTER SCHNEIDER:  Ms. Sharko?

24             I think we lost her.

25             She'll be back.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 21

1          You're back, Susan?

2          Counsel, can you hear us?

3          MS. SHARKO:  Now I can.  I couldn't

4    hear what Ms. Parfitt was saying before.

5          SPECIAL MASTER SCHNEIDER:  Ms. Parfitt

6    had proposed a deadline of three days before the

7    deposition to produce documents.

8          Is that acceptable to you, Ms. Sharko?

9          MS. SHARKO:  With two caveats.

10         First, that has to apply both ways when

11   they depose our experts.

12         And secondly, for the document demands

13   addressed to Dr. Godleski and Dr. Smith-Bindman,

14   which we served on July 16 and July 22, we'd like

15   those documents really, at a minimum, a week before.

16   And again, I'm still waiting to hear from the

17   plaintiffs whether they agree to produce all those

18   documents.  Because if we have to litigate it, we

19   need to build that time in.

20         MS. PARFITT:  Your Honor, I'm having a

21   difficult time understanding why for some productions

22   I have, Ms. Sharko wants -- it was ten days, now

23   she's saying a week.  You've asked us what we believe

24   might be reasonable and the liability depositions, as

25   I said, were produced the night before or on the day.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 22

1    We are doing our best to get these requests to the

2    experts.  If you saw the requests for Smith-Bindman,

3    it is quite fulsome, to say the least.  I have not

4    had an opportunity to review that with Smith-Bindman

5    or counsel.  I will certainly do that.  Again, I'm

6    very mindful of the charge, but for Ms. Sharko to

7    request longer periods of time for some folks and

8    shorter periods of time, that seems a bit irregular

9    and not proper.

10              The other thing is with regard to Dr.

11   Godleski.  I've spoken to Mr. Gearing, who is the

12   attorney that works very closely with Dr. Godleski,

13   he has relayed to me that Ms. Sharko has received

14   some documents.  I can't represent to your Honor that

15   I sent them, but Mr. Gearing has represented that he

16   has provided counsel with some documents.  I don't

17   know specifically what they are.  Mr. Gearing has

18   been in trial for the last three weeks.

19              SPECIAL MASTER SCHNEIDER:  Do you have

20   a date for Dr. Godleski's deposition?

21              MS. PARFITT:  We do.

22              MS. SHARKO:  No.  No.

23              MS. PARFITT:  Susan -- Susan, let me --

24   I'm sorry, your Honor.  This probably reflects the

25   problem.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 23

1          We had proposed Dr. Godleski for August

2     12th and August 13th.  Ms. Sharko again wrote and

3     said those aren't good for us.  I said those are the

4     dates we have for Dr. Godleski.

5          Ironically, I believe, as Mr. Blair has

6     indicated, while he's not available for the MDL on

7     August and 12th and 13th, he was just this morning

8     approved to testify in the Swann case on the 12th.

9     So I guess I assumed we were going forward in the MDL

10    on the 12th and the 13th because he is one of those

11    experts, your Honor, where he gives general opinions

12    and that he has looked at the slides of six of the

13    bellwethers.  So your Honor and Judge Wolfson has set

14    because of that two days.  We didn't object.  So I

15    was trying to get two days together, which was August

16    12th and 13th.  Ms. Sharko said no.  As you can see

17    by the letter to the court, I thought that had been

18    accepted, but she tells me after I sent the letter I

19    was wrong.  And soon thereafter I hear from Mr. Blair

20    that J&J has, in fact, accepted Dr. Godleski for the

21    the 12th.  So I'm a bit confused myself.

22          MS. SHARKO:  So I'm happy to help

23    Ms. Parfitt out here.

24          Dr. Godleski, the MDL judges have ruled

25    that we get him for two days because he's talking

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 24

1   about six individual plaintiffs.  And we only have

2   the reports on five of those plaintiffs.  The sixth

3   report isn't due until August 20.  Number one.

4          Number two, we don't agree to share the

5   date for the deposition with the Missouri cases.  And

6   it's particularly an aggravated circumstance because

7   Dr. Godleski, I assume, is giving case-specific

8   testimony in Missouri.  So that would mean that on

9   those two days he'd be testifying about seven

10  plaintiffs.  And that's in addition to general

11  opinions.  That's just too many for one deposition

12  setting.

13         So I rejected the August 12 and 13

14  dates when Michelle and I first spoke for the MDL.

15  If that date works for the St. Louis case, that's

16  great.  That date is set.  But we need our own two

17  days for the MDL and we need it after we get the

18  Bondurant report, which is due on August 20.  And

19  before the deposition, we need all the pathology

20  material we requested.  And I was told right before I

21  got on this Zoom call that some materials for two of

22  the cases just came in this afternoon with our

23  co-counsel.  So that's good we have two, but we need

24  everything for the four.  And we also need all the

25  documents we requested in our separate document

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 25

1    demand that deals with his publications and studies.

2                 And the reason I asked for those seven

3    days in advance is because I expect if the documents

4    are produced, they're going to be voluminous.  But if

5    plaintiffs are going to object to anything in that

6    document demand, they should speak up now so we can

7    litigate it and we're not scrambling to get with your

8    Honor on the eve of a deposition.

9                 SPECIAL MASTER SCHNEIDER:  So what I'm

10   hearing, Ms. Sharko, is that Dr. Godleski is not --

11   you're not going to depose Dr. Godleski until some

12   date after August 20?

13                MS. SHARKO:  Correct.  That would be

14   the most efficient way to do it, otherwise we're

15   going to have to be back for a third day.

16                SPECIAL MASTER SCHNEIDER:  Do you have

17   a date for -- is it Smith-Fineman?

18                MS. PARFITT:  Smith-Bindman, your

19   Honor.  Yes.

20                SPECIAL MASTER SCHNEIDER:  Do you have

21   a date for that deposition?

22                MS. PARFITT:  I do.  And that's August

23   12th as well, and that was rejected by J&J as well

24                MR. BLAIR:  But accepted by J&J in

25   Swann.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 26

```
 1                    MS. SHARK:  Right.  And so I can
 2      explain.
 3                    In the Swann case, we did not serve the
 4      extensive document demand that we served in the MDL.
 5      And so if the Swann deposition can be taken on August
 6      12th in the St. Louis case for however many hours
 7      Judge Norton allows, that's fine.  But again, we want
 8      our own four hours with Dr. Smith-Bindman and we want
 9      to have all the documents we requested about her
10      study -- I said two weeks and then I said ten days,
11      now I'm really, I guess, bargaining against myself, I
12      went down to a week.  But I mean, a week is really as
13      low as I can go.  I'd like to have those documents.
14      And if the plaintiffs aren't going to produce them,
15      they should tell your Honor so we can solve the
16      issue.
17                    SPECIAL MASTER SCHNEIDER:  We'll get to
18      that.
19                    Is Dr. Smith-Bindman, or whatever her
20      name is, going to be deposed also after August 20?
21                    MS. PARFITT:  Your Honor, I can only
22      tell you that that was the date I got from Dr.
23      Smith-Bindman.  I don't have another date.  I will
24      certainly do that if the court -- you know, I
25      understand if --
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 27

1              SPECIAL MASTER SCHNEIDER:  Susan, is

2    that what you're envisioning?

3              MS. SHARKO:  Yes, because I expected

4    that the plaintiffs would need time to review the

5    document demand with the witness, to collect the

6    documents, because we did ask for a lot, and to

7    produce them.

8              SPECIAL MASTER SCHNEIDER:  Okay.

9              MS. SHARKO:  And if they're going to

10   fight it, we need time to fight it.

11             SPECIAL MASTER SCHNEIDER:  Okay.  This

12   is what I'm going to put in an order.

13             There seems to be a consensus that the

14   documents that the experts, quote/unquote, considered

15   in reaching their opinions, conclusions, what have

16   you, will be produced at least three days before the

17   experts' depositions.  And that goes for plaintiffs

18   and defendants experts.  I do think it's reasonable

19   that the responsive documents to the document

20   requests be produced one week before these expert

21   depositions, especially since they won't be done

22   until the latter part of August.

23             And I'm also going to direct plaintiff

24   to set forth its objections to the document requests

25   within two weeks of today so that if there is a

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 28

1    dispute that has to be teed up, we can tee it up so
2    as not to delay these depositions any further.
3                I do think it's appropriate for Johnson
4    & Johnson to know, at the earliest reasonable date,
5    if plaintiffs are going to object to producing the
6    requested documents.  If there is a dispute, we'll
7    work it out.
8                Okay.  So that takes care of the
9    documents.  In terms of the scheduling, is there
10   anything to do except for you to continue to meet and
11   confer in good faith to try to get this done and
12   maybe during that time you'll get some insight from
13   Special Master Norton?
14               MS. PARFITT:  Your Honor, we can
15   certainly do that.  And I intend, as I tried to do
16   before this meeting, to speak with Judge Norton so I
17   can come with better knowledge than I have now.
18   We'll certainly do that.
19               Now, the only thing I will tell you,
20   your Honor, since I requested from all of these
21   experts these dates, and many have been rejected, and
22   I understand your Honor's ruling, we have an
23   August -- excuse me, a September 15th deadline.  We
24   have Labor Day in between that.  I've now been told
25   that the dates that have been given, three of them

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 29

1    are no good.  Two of them, excuse me.  So I may have

2    to come before the court.  I'll do my level best to

3    try to get the experts --

4                    SPECIAL MASTER SCHNEIDER:  Ms. Parfitt,

5    let me jump in here.

6                    Ms. Parfitt, I understand the difficult

7    position you're in perfectly.  I know that the

8    current deadline is September 15, but I'll tell you

9    how I see things.

10                   The deadline that's locked in stone

11   that's not going to change is the date to file

12   motions for summary judgment and Daubert motions,

13   December 21st.  Right?

14                   So if you have to take an expert

15   deposition in September or even October, you

16   certainly have enough time to get ready for your

17   motions in December.  So I don't really see that as a

18   problem.

19                   MS. PARFITT:  Thank you, your Honor.

20                   SPECIAL MASTER SCHNEIDER:  Because it's

21   the motion date that can't change and that's already

22   out in December.  And given the quality and

23   competence of the counsel in this case, you don't

24   need three months to get a motion for summary

25   judgement or a Daubert motion ready.  You'll have at

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 30

1    least 30 or 60 days after the depositions to get

2    everything ready.  So I think you'll be okay.

3                 And I understand the problems with the

4    experts and we'll work with you, Ms. Parfitt, you

5    don't have to be -- within reason, you don't have to

6    be concerned about that.  If they're not available

7    until the end of September or early October, so be

8    it.  Let's lock in the dates.  I'll extend the dates

9    and I don't think it's going to prejudice anybody

10   because, like I said, that December date is the key

11   date.

12                 MS. PARFITT:  Thank you.

13                 MS. SHARKO:  Judge, just two comments.

14                 One is we do want these depositions

15   before our expert reports are due.  That's what the

16   scheduling order contemplated.  And so if Ms. Parfitt

17   has to come back to get dates after the deadline, we

18   may be back also, but I guess that can abide the

19   event.

20                 SPECIAL MASTER SCHNEIDER:  When are

21   your reports due, Ms. Sharko?

22                 MS. SHARKO:  October -- they were due

23   October 15.  And Ms. Parfitt agreed when we were

24   working on the order that's due tomorrow to extend

25   that one week since the expert deposition deadline

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 31

1    had been extended for a couple weeks.

2                SPECIAL MASTER SCHNEIDER:  I think your

3    request is reasonable and I don't see a problem at

4    all.  Given that the key date is not until December,

5    we can just work around it.  I'm positive that we'll

6    be able to work it out to be fair to everybody.

7                MS. SHARKO:  Thank you.

8                There is two other things.

9                One, the documents that are due three

10   days before, we served deposition notices now for all

11   the experts.  The deposition notices, I don't know

12   about Longo and Rigler because I didn't handle those,

13   but the other deposition notices are all the same as

14   we used the last time around for Daubert.  They asked

15   for the same documents.  And the way I drafted them

16   was to say documents obtained after the date of the

17   last MDL deposition.  So plaintiffs didn't have to go

18   back and reproduce everything because, Lord knows,

19   that was a lot of paper, as Ms. Parfitt will remember

20   and Mr. Tisi.

21               So I would ask that the three-day

22   deadline apply to what's in the deposition notices as

23   well, because they're somewhat broader than reliance

24   materials.

25               SPECIAL MASTER SCHNEIDER:  Okay.  So

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

1    there seems to be three categories of documents.

2                One, the usual documents that the

3    expert, quote/unquote, considered.  Then the

4    documents in the notice of deposition.  And then I

5    think, Ms. Sharko, you said that there was a separate

6    document demand that was served?

7                MS. SHARKO:  Yes.  For Dr.

8    Smith-Bindman and Dr. Godleski.  And those are the

9    ones where plaintiffs are going to produce them a

10   week in advance of the deposition and you gave them a

11   deadline for advising as to whether there would be

12   any objection to those.

13               SPECIAL MASTER SCHNEIDER:  Right.

14               Okay.  So three days before is

15   documents considered and the documents in the notice

16   of deposition.  And a week for the separate document

17   demands -- what's the name?  Smith -- how do you

18   spell that?

19               MS. PARFITT:  Smith-Bindman,

20   B-I-N-D-M-A-N, Bindman. It's hyphenated,

21   Smith-Bindman.

22               SPECIAL MASTER SCHNEIDER:  D-I-D?

23               MS. PARFITT:  No, with a B like in boy.

24               SPECIAL MASTER SCHNEIDER:  Oh, Bindman.

25               MS. PARFITT:  Yes.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 33

1                MS. SHARKO:   And then, just so we're

2    all clear, we get our four hours or two days or

3    whatever it is in the MDL and then those aren't --

4    you're not ordering us to coordinate that with

5    Missouri and whatever Judge Norton does on

6    contracting the time or changing the time that he

7    originally ordered, that will be dealt with in

8    Missouri.

9                SPECIAL MASTER SCHNEIDER:   I think it's

10   fair to say that we're not touching the Missouri

11   issue and that's for Judge Norton to work out.   The

12   order was entered in this case and we'll abide by it.

13               MR. TISI:   Judge, I hate to interrupt

14   or interject, but with respect to the -- I know you

15   used as precedent what we did in the O'Shaughnessy

16   deposition.   I think one of the things that was

17   important in that deposition is even though we had a

18   deposition date for New Jersey, a deposition date for

19   Missouri, and a deposition date for the MDL, there

20   was an agreement that there not be overlap.

21   Obviously, we agreed that they would be -- you know,

22   just because you used a document in one deposition,

23   you couldn't use it in another.   But the reason why

24   there was so much negotiation there was because we

25   didn't want to abuse the witness who had never been

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

1    deposed before.

2              These experts, obviously they've been

3    deposed before in connection with Daubert, but, I

4    mean, as I'm hearing it and if we're going to apply

5    the O'Shaughnessy precedent as -- just in terms of

6    what we're thinking about, it would seem to me that

7    there should be some effort not to duplicate.  You

8    know, if they're going to be asking generic testimony

9    of Dr. Smith-Bindman in the Missouri case, not to go

10   through the same questions all over again in the four

11   hours in the MDL.  I just raise that because it was

12   an issue that we dealt with and resolved it,

13   actually, even though they were separate depositions.

14             MS. SHARKO:  Absolutely, Chris.  I

15   totally agree with that.

16             There may be, as there was with Mr.

17   O'Shaughnessy, a need to build a predicate for a

18   question, but the depositions should not repeat each

19   other.

20             MR. TISI:  They were individual

21   styles, you know, because, you know, they had

22   different captions.  And again, because having been

23   involved in that issue, I just wanted to at least

24   throw that out.

25             MS. SHARKO:  Right.  Because I assumed

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 35

1   that we would both agree that what was said in one

2   case can be used in the other case.  And we're good.

3              MR. TISI:  That's up to -- Michelle has

4   been doing the negotiation and I certainly agree with

5   her on that issue, but I know that Judge Schneider

6   had been involved in the O'Shaughnessy issue and that

7   was my point.  And I wanted to make sure that I was

8   reminding everybody as to where we were.

9              MS. PARFITT:  And, your Honor, that's

10   why I said a little bit earlier, because as it

11   pertains to the general opinions of these experts,

12   there won't be anything different about the questions

13   that need be asked in the Swann than there is in the

14   MDL.  And I certainly understand the rule that

15   applies here.  So we will more likely than not ask

16   either you overseeing the MDL and then when we get to

17   the Swann matter, Judge Norton said that we do not

18   have that intensive process because the documents or

19   the reports look no different.  So I assumed that the

20   questions should not be repeated.  And again, that

21   may just be the need for guidance from the Masters.

22              SPECIAL MASTER SCHNEIDER:  It's a

23   discovery dep, too, as opposed to a trial dep, right?

24              MS. SHARKO:  Yes.

25              MS. PARFITT:  Right.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 36

```
 1                SPECIAL MASTER SCHNEIDER:  Okay.  So I
 2     think to sort of bring this to a head, because I know
 3     someone has to leave at three, I think we worked out
 4     the document issue pretty well.
 5                     In terms of scheduling, the parties are
 6     going to continue to meet and confer.  I'm happy to
 7     jump on a call or a Zoom anytime the parties want to
 8     deal with these issues, but I think you have a good
 9     head start on getting this resolved.
10                     MS. PARFITT:  Your Honor, there is one
11     thing, if I may.
12                     We were asked to provide documentation
13     between our experts and Health Canada in 2019.
14                     What I was saying is that we had
15     previously provided communication between our experts
16     and Health Canada prior to 2019.
17                     Ms. Sharko has asked for the J&J
18     communications between our experts and Health Canada
19     after 2019.  We have also asked for J&J's experts'
20     communication between Health Canada.  And the
21     response I had been given by Ms. Sharko as recently
22     as July 26 is this:  Such documents are within the
23     scope of the searches for documents.  If any were
24     located, they would be in prior productions or the
25     update to the production, which will be produced in
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 37

1    the next few weeks.

2                   So, one, it would be helpful if we had

3    some Bate's range, first.

4                   Two, it would be helpful to have a

5    deadline as to when we might get those

6    communications.

7                   Ms. Sharko has asked for ours.  I've

8    turned over those communications for two of the

9    experts thus far.  I'm continuing to try to follow up

10   on those, but I would certainly like to have some

11   parameters and guardrails for J&J.

12                  MS. SHARKO:  Sure.

13                  So my -- I'm sorry.

14                  SPECIAL MASTER SCHNEIDER:  I think

15   that's a reasonable request, Ms. Sharko.

16                  MS. SHARKO:  So the request that -- and

17   I don't disagree.  The request that Ms. Parfitt made

18   was for J&J's communications with Health Canada.  And

19   in terms of what's in the prior productions, the

20   plaintiffs can search that as easily as we can for

21   the Bates numbers, so I think they should do that.

22   And for the upcoming production, Mr. Bernardo might

23   yell at me, but I'll try August 25.

24                  How's that?

25                  I'm fairly certain that none of our

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 38

1   experts have communicated with Health Canada.  But I

2   assume that what Ms. Parfitt is looking for is the

3   company communications.  Yes, there have been some,

4   and we will update that by August 25.

5                   MS. PARFITT:  I would ask for the Bates

6   range, your Honor.  I think J&J is certainly aware of

7   what they are and where they are.  So while I have

8   access to millions of documents by J&J, it would be

9   helpful if we can have a Bates range.  I'm sure they

10  have access readily to that.

11                  MR. TISI:  And, Judge, again, just

12  because I was involved in something recently, some

13  communications with Mr. Bernardo about this question,

14  it's not always clear exactly what was sent to J&J

15  because they don't appear consecutively in the

16  document production.

17                  Let me give you an example.

18                  There was a letter sent to Health

19  Canada from J&J in, I want to say, mid 2021 with

20  attachments A and B to that letter.  Attachments A

21  and B didn't follow exactly in the production from

22  that letter and I had to reach out to Mr. Bernardo

23  and say would you please provide me with what was

24  exhibit Attachment A and B, and he did.  But the

25  point being is it is not obvious to us from our

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 39

```
 1   review of the production always, because of the way
 2   the documents were produced.  And I'm not suggesting
 3   it was nefarious in any way, I'm just saying it's not
 4   always obvious what was actually sent and what
 5   actually was not sent.  So providing us with a Bates
 6   range ahead of time is a lot easier than having us
 7   basically do a hunt and peck in the document
 8   production and having to follow up and all of that.
 9   It would be much easier at the outset to do that.
10                  SPECIAL MASTER SCHNEIDER:  Plaintiffs,
11   are the documents you request are J&J's
12   communications with Health Canada and their experts'
13   communications with Health Canada?  Is that what you
14   want?
15                  MS. PARFITT:  We have asked for both.
16                  SPECIAL MASTER SCHNEIDER:  Okay.  And
17   is it pre and post 2019?
18                  MS. PARFITT:  Your Honor, they were to
19   turn over those communications prior to 2019.  I
20   can't, again, represent to the court that we have
21   them all, but that was certainly the charge for both
22   sides.  If they weren't, we would certainly ask that
23   any and all communications from the beginning of time
24   if they weren't turned over.  I'm hoping in good
25   faith they were presented to us.  If I'm wrong, Ms.
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 40

1   Sharko, you can correct me.  Did you turn over

2   everything you had prior to 2019 at the time of the

3   initial request?

4             MS. SHARKO:   We responded to the

5   requests, Ms. Parfitt.

6             MS. PARFITT:   So I guess, your Honor,

7   that means that they responded and they must have

8   responded fairly and honestly that there were --

9   whatever was turned over then, was turned over.  I

10  will take Ms. Sharko at her word.  That said, I would

11  certainly like to have any and all communications,

12  again by Bates number.  It's just helpful, your

13  Honor.  They know what they are.

14            MS. SHARKO:   Well, see, that's the

15  thing, Judge.  We don't know what they are.  We have

16  to sit somebody in front of a computer to do

17  searches, the same way that the plaintiffs have to

18  sit somebody in front of a computer to do searches.

19  In fact, as we saw at the O'Shaughnessy deposition,

20  the plaintiffs are probably better at doing those

21  searches than we are.  But respectfully, the

22  plaintiffs can do those searches.  They should do the

23  searches.  If there is any issues, they can call us

24  and we'll resolve them quickly, as Mr. Tisi

25  acknowledged we have in the past.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 41

```
 1                 MR. TISI:  Yeah, but, Judge --
 2                 SPECIAL MASTER SCHNEIDER:  I understand
 3      your concern, counsel, but this is a slippery slope
 4      because if we start requiring both sides to identify
 5      specific Bates numbers in responses to specific
 6      requests, it could get out of hand.  And I have a
 7      little -- I mean, it's not an unreasonable request,
 8      but doesn't it open the door to all sorts of
 9      mischief?  If it's done in this case, you know,
10      inevitably there is going to be more requests going
11      both ways.
12                 MS. PARFITT:  Well, your Honor, if I
13      may, our experts are being required to turn over any
14      documentations that they have.  They aren't
15      companies, our clients are not companies.  So the
16      experts have been asked to turn over specific
17      documents regarding communications to Health Canada
18      or from Health Canada.  At the same time that that
19      was happening, Health Canada was reaching out to J&J
20      very specifically.  Or J&J more specifically was
21      reaching out to Health Canada.  Those are just as
22      important to get.  And we've got to go to our
23      experts, which is our only source, they need to go to
24      their people and do that.  I don't know that -- I
25      find it hard to believe that they do not know what
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 42

1    document we're talking about.  That is not -- I hope

2    is a large part of their (coughing) with Health

3    Canada by J&J.  So I'm hoping that they weren't

4    spending a lifetime communicating what they wanted or

5    didn't want from Health Canada.

6                   So again, I hear what you say and I'm

7    always mindful that we don't want to open things up,

8    but we're talking a very discreet series of

9    communications between Health Canada and J&J.  I'm

10   not asking for everything.  It is discreet, it

11   happened during a discreet period of time in a

12   discreet series of communications.

13                  SPECIAL MASTER SCHNEIDER:  I got it.

14   I'm going to direct it in this particular case by

15   August 25th.

16                  MS. PARFITT:  Thank you.

17                  SPECIAL MASTER SCHNEIDER:  I think it's

18   fair.  But be forewarned, plaintiffs, I think we

19   might be opening the door.

20                  MS. PARFITT:  I understand.

21                  MS. SHARKO:  So I'm clear, of course we

22   spent a ton of money giving the plaintiffs searchable

23   documents so they could do the searches, but leaving

24   that aside, the documents that we're supposed to

25   identify by Bates number are the documents in the

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 43

1    upcoming production for the entire production.  I

2    think we need to have some parameters here and some

3    clear definitions.  Because what's at issue here,

4    Judge, is Health Canada is kind of like the Canadian

5    FDA.  A couple years ago they decided to take a

6    second look at talcum powder and the plaintiffs'

7    experts then started communicating with Health Canada

8    and got involved as consultants to Health Canada to

9    offer their views on what the Canadian regulatory

10   authorities should do.  And J&J, of course, had

11   communications with Health Canada of some type.  But

12   I think if we're going to be tasked with going back

13   and doing searches, we really need a clear definition

14   of what we're supposed to do because I don't --

15                 MS. PARFITT:  I --

16                 MS. SHARKO:  I'm not done.

17                 I don't want to be back here being

18   accused of, after they go ahead and redo the searches

19   to see if we did it right, because we know that they

20   will, they come back and say well, look, we found

21   document X and you didn't produce that.  So if we

22   have to undertake the burden of searching these

23   searchable documents for the plaintiffs, we need a

24   clear statement as to what we're supposed to be

25   finding.

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 44

1              MS. PARFITT:  And, your Honor, what I
2      wanted to do is maybe lay the table a little bit
3      about what we're talking about.
4                    What happened here, in response to
5      Ms. Sharko's representation, Health Canada started to
6      look at the issue of talcum powder and ovarian
7      cancer.  When Health Canada conducted their own
8      independent risk assessment of that issue and
9      published draft responses, subsequent and before the
10     final reports your Honor knows came out, they reached
11     out to some of our experts.  Unfortunately, I guess,
12     they didn't reach out to Ms. Sharko's experts, but
13     they did reach out to ours.  Ours were required to
14     respond to Health Canada because, as Ms. Sharko
15     indicates, that is the Canadian-like FDA.  They
16     responded in kind.
17                    During this same period of time, Ms.
18     Sharko is quite familiar with this period of time,
19     J&J took it upon themselves to also reach out -- not
20     also, to reach out and provide them with their
21     expertise on the topic.  Those are the documents that
22     we're interested in receiving.  And then what the
23     communication was back from Health Canada.  It is
24     discreet.  If there is a discreet period of time, Ms.
25     Sharko, I don't know, as you put in your response,

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 45

```
 1    that there is going to be a production in the next
 2    few weeks, whether that production in the next few
 3    weeks encompasses material of two years ago, three
 4    years ago or two weeks ago.  So I am somewhat at a
 5    disadvantage to know what that means.  So I'm simply
 6    asking for just that discreet set of documents
 7    regarding communications.  Just like you've asked us.
 8    You felt that was fair to ask us, we're simply asking
 9    for the same information.
10                 I'm sorry, your Honor, I went longer --
11                 SPECIAL MASTER SCHNEIDER:  I'll make it
12    clear in the order what the parameters of the request
13    is.  Okay.
14                 Anything else, counsel?
15                 MS. PARFITT:  I believe that's it for
16    the plaintiff.  Mr. Blair?  Mr. Tisi?
17                 MR. BLAIR:  No.
18                 SPECIAL MASTER SCHNEIDER:  Okay.
19    Great.
20                 Thank you very much, everybody.
21                 MS. PARFITT:  Feel better, too.  This
22    does not sound good.  Feel better.
23                 SPECIAL MASTER SCHNEIDER:  It does not
24    sound good.  I'm getting over it, though.
25                 MS. PARFITT:  Okay.  Be better.
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 46

1              SPECIAL MASTER SCHNEIDER:  You had a

2    request, Ms. Sharko?

3              MS. SHARKO:  Yes.  You asked us for an

4    order by tomorrow.  I'm just waiting for plaintiffs'

5    comments on the draft is all.

6              MS. PARFITT:  Yes.  And, your Honor, I

7    had every intention of getting that back.  I

8    explained to Ms. Sharko that Ms. O'Dell was in

9    closing argument today and her mind was somewhat

10   focused on delivering closing argument and that she

11   would look at that document as well just as soon as

12   she took a breath and we would get that back to Ms.

13   Sharko.  The deadline was the 30th.  We're very

14   compliant with the deadlines and we certainly intend

15   to do so here too.  Thank you.

16             SPECIAL MASTER SCHNEIDER:  Thank you,

17   counsel.

18             Have a good day.  We'll be in touch.

19             (Hearing adjourned)

20

21

22

23

24

25

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

Page 47

```
 1                    C E R T I F I C A T E

 2

 3          I, Theresa Mastroianni Kugler, a Notary Public

 4    and Certified Shorthand Reporter of the State of New

 5    Jersey, do hereby certify that the foregoing is a

 6    true and accurate transcript of the testimony as

 7    taken stenographically by and before me at the time,

 8    place, and on the date hereinbefore set forth.

 9          I DO FURTHER CERTIFY that I am neither a

10    relative nor employee nor attorney nor counsel of any

11    of the parties to this action, and that I am neither

12    a relative nor employee of such attorney or counsel,

13    and that I am not financially interested in the

14    action.

15

16

17

18          DocuSigned by:

19          [signature: Theresa Kugler]
            439DA67C1C71495...
20    Theresa Mastroianni Kugler, C.S.R.
      Notary Public, State of New Jersey
      My Commission Expires May 5, 2021
21    Certificate No. XIO857
      Date: July 30, 2021

22

23

24

25
```

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

48

**A**

abide 30:18 33:12
able 15:5 31:6
Absolutely 34:14
abuse 33:25
acceptable 21:8
accepted 18:16 23:18,20 25:24
accepting 19:7
access 38:8,10
accommodating 18:2
accurate 47:6
accused 43:18
acknowledged 40:25
acting 19:1
action 19:25 47:11,14
add 9:21 15:23 18:14
added 5:22,23 5:24 16:7
addition 24:10
additions 16:15
address 5:4,11 13:15 15:6
addressed 21:13
adjourned 46:19
advance 25:3 32:10
advising 32:11
afternoon 8:16 24:22
aggravated 24:6
ago 13:25 15:17 17:20 43:5 45:3,4,4
agree 10:13 15:1 21:17 24:4 34:15 35:1,4
agreed 11:15,16 12:5 19:19

agreed-upon 7:16
agreement 19:16 20:5,5 33:20
ahead 15:9 18:13 20:3 39:6 43:18
allotted 14:6
allow 8:19
allowed 7:14
allows 9:3 26:7
amended 5:22
amendments 16:1
amount 14:5,12
announced 12:15
anybody 30:9
anytime 36:7
appear 38:15
appears 5:7
applications 7:19
applies 7:25 35:15
apply 21:10 31:22 34:4
appreciate 15:14
appreciating 16:16
approach 14:15
appropriate 14:15 20:19 28:3
approved 23:8
argue 9:1
argued 11:20
argument 6:17 46:9,10
ASHCRAFT 3:3
aside 5:20 42:24
asked 8:20,22,24 10:2 12:17,20 12:24 16:10 20:11 21:23

25:2 31:14
35:13 36:12,17
36:19 37:7
39:15 41:16
45:7 46:3
asking 34:8
42:10 45:6,8
assessment 44:8
assigned 18:23
assume 24:7 38:2
assumed 23:9 34:25 35:19
assuming 17:16
Attachment 38:24
attachments 38:20,20
attorney 22:12 47:10,12
ATTORNEYS 3:7,12,19 4:6
Audubon 1:21
August 9:4,14 10:1,13 23:1,2 23:7,15 24:3 24:13,18 25:12 25:22 26:5,20 27:22 28:23 37:23 38:4 42:15
authorities 43:10
authority 13:13 13:14
available 15:3,4 18:8,8,16,18 18:19 23:6 30:6
AVENUE 3:10
aware 13:17 15:16 20:1 38:6

**B**

B 32:23 38:20,21

38:24
B-I-N-D-M-A-N 32:20
back 6:15 7:23 10:2 20:25 21:1 25:15 30:17,18 31:18 43:12,17,20 44:23 46:7,12
back-to-back 8:10 17:3
background 13:22 15:24 16:14
ball 5:10
bargaining 26:11
BARR 3:15
base 14:11
basic 9:6 12:6
basically 39:7
basis 14:25
Bate's 37:3
Bates 37:21 38:5 38:9 39:5 40:12 41:5 42:25
BAYLEN 3:16
beginning 39:23
behest 14:3
believe 19:12 21:23 23:5 41:25 45:15
bellwethers 23:13
Bernardo 37:22 38:13,22
best 15:20 22:1 29:2
better 20:21 28:17 40:20 45:21,22,25
BIDDLE 4:1
Bindman 32:20 32:24
bit 5:6 15:23

20:12 22:8
23:21 35:10
44:2
Blair 3:10 13:20 15:1 16:12 18:14 23:5,19 25:24 45:16,17
blair@onderl... 3:12
Bondurant 9:25 11:18 24:18
boy 32:23
brand 12:16
breath 46:12
BRENNAN 4:3
brief 9:1
briefed 7:7
bring 36:2
broad 16:3
broader 31:23
BUCHANAN 3:15
build 21:19 34:17
burden 43:22

**C**

C 3:1 47:1,1
C.S.R 47:19
call 5:4 6:8 14:8 24:21 36:7 40:23
CAMPUS 4:3
Canada 36:13 36:16,18,20 37:18 38:1,19 39:12,13 41:17 41:18,19,21 42:3,5,9 43:4,7 43:8,11 44:5,7 44:14,23
Canadian 43:4,9
Canadian-like 44:15
cancer 7:1 44:7
captions 16:22

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

49

34:22
care 28:8
case 7:5 8:4,12
9:20,25 10:11
11:12,18,24
12:3 15:25
17:17 18:17,18
18:19 23:8
24:15 26:3,6
29:23 33:12
34:9 35:2,2
41:9 42:14
case-specific
5:20 7:17 11:6
11:9,25 12:2
24:7
cases 5:7 6:11
7:12 13:5,16
15:20 16:2
24:5,22
categories 32:1
causation 6:22
10:16,24 11:8
11:23,24
caveats 21:9
certain 37:25
certainly 7:20
15:12,14 19:24
20:11,20 22:5
26:24 28:15,18
29:16 35:4,14
37:10 38:6
39:21,22 40:11
46:14
Certificate
47:21
Certified 1:19
2:8 47:4
certify 47:5,9
change 29:11,21
changed 16:5
changing 33:6
charge 22:6
39:21
charged 18:6
Chief 6:1,3 8:1

Chris 34:14
CHRISTOPH...
3:16
circumstance
24:6
circumstances
17:22
Civil 1:2
clarification
13:21
Clarke-Pearson
11:12,16
clear 16:13 33:2
38:14 42:21
43:3,13,24
45:12
clients 41:15
closely 22:12
closing 46:9,10
co-counsel 24:23
collect 27:5
combination 8:4
come 15:5 28:17
29:2 30:17
43:20
commencing
2:12
comments 30:13
46:5
Commission
47:20
Commonwealth
2:10
communicated
38:1
communicating
42:4 43:7
communication
36:15,20 44:23
communicatio...
36:18 37:6,8
37:18 38:3,13
39:12,13,19,23
40:11 41:17
42:9,12 43:11
45:7

companies 4:7
41:15,15
company 38:3
competence
29:23
completed 9:14
compliant 46:14
computer 18:25
40:16,18
concern 41:3
concerned 30:6
conclusions
27:15
conducted 44:7
confer 28:11
36:6
CONFEREN...
1:5
confused 23:21
connection 9:12
34:3
consecutively
38:15
consensus 27:13
considered 12:8
12:13 27:14
32:3,15
consultants 43:8
CONSUMER
4:7,7
contemplated
14:10 30:16
context 15:5
continue 18:5
28:10 36:6
continuing 37:9
contracting 33:6
conversations
17:15
coordinate 16:9
16:11 33:4
coordinated
17:14
coordination
13:4,11
correct 13:7

17:11 18:5
25:13 40:1
correction 13:21
correctly 8:13
coughing 6:22
15:14 42:2
counsel 14:4
18:13 20:20
21:2 22:5,16
29:23 41:3
45:14 46:17
47:10,12
couple 17:21,21
31:1 43:5
course 12:24
42:21 43:10
court 1:1,19 2:8
7:5 8:4,12,14
9:21,22 10:11
13:13 14:20,24
15:15 18:9
23:17 26:24
29:2 39:20
cover 9:22
craft 7:24
cross-noticing
17:17
ctisi@levinla...
3:18
current 29:8

D
D-I-D 32:22
date 9:11,11,15
9:15,19 12:5
22:20 24:5,15
24:16 25:12,17
25:21 26:22,23
28:4 29:11,21
30:10,11 31:4
31:16 33:18,18
33:19 47:8,21
dates 5:17 8:18
9:7,9 10:1,4,5
10:7 12:10
13:3 17:9,19

17:21,21,24,24
18:7,10,11,15
18:17,19,25
19:5,7 23:4
24:14 28:21,25
30:8,8,17
Daubert 6:13,20
29:12,25 31:14
34:3
day 5:16 6:2,5
7:16 8:10
11:17 12:4
19:9 21:25
25:15 28:24
46:18
days 7:16 9:21
11:15,16,17
19:17 20:12,18
21:6,22 23:14
23:15,25 24:9
24:17 25:3
26:10 27:16
30:1 31:10
32:14 33:2
DC 3:5
deadline 20:9
21:6 28:23
29:8,10 30:17
30:25 31:22
32:11 37:5
46:13
deadlines 5:14
46:14
deal 13:10 36:8
dealing 6:25 8:6
deals 25:1
dealt 33:7 34:12
December 29:13
29:17,22 30:10
31:4
decided 6:21
43:5
declined 14:4
DEFENDANT
4:6
defendants 7:25

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

50

27:18
defense 7:6,8
  14:2,7
definition 43:13
definitions 43:3
delay 28:2
delighted 8:23
delivered 18:1
delivering 46:10
demand 25:1,6
  26:4 27:5 32:6
demands 12:13
  21:12 32:17
dep 12:25 35:23
  35:23
depose 21:11
  25:11
deposed 8:14
  26:20 34:1,3
deposition 7:8
  7:23 13:2
  16:21 19:18
  21:7 22:20
  24:5,11,19
  25:8,21 26:5
  29:15 30:25
  31:10,11,13,17
  31:22 32:4,10
  32:16 33:16,17
  33:18,18,19,22
  40:19
depositions 5:4
  5:15,17 6:24
  7:6,9 8:10,18
  9:2,8 12:9,10
  12:23 13:5,16
  15:19,24 16:9
  16:23,24 17:2
  17:14 18:24
  19:23 20:2,13
  20:15 21:24
  27:17,21 28:2
  30:1,14 34:13
  34:18
deps 9:13
described 16:2

difference 8:7
different 6:12,25
  16:15 18:23
  34:22 35:12,19
difficult 21:21
  29:6
direct 4:4 27:23
  42:14
directed 10:24
directly 6:10
disadvantage
  45:5
disagree 14:25
  37:17
disagreement
  13:12
discovery 16:9
  35:23
discreet 42:8,10
  42:11,12 44:24
  44:24 45:6
discuss 19:25
dispute 28:1,6
dissatisfied 7:18
  7:22
DISTRICT 1:1
  1:1
Docket 1:2
doctors 11:9
document 5:14
  9:17 12:13
  21:12 24:25
  25:6 26:4 27:5
  27:19,24 32:6
  32:16 33:22
  36:4 38:16
  39:7 42:1
  43:21 46:11
documentation
  36:12
documentations
  41:14
documents 8:19
  8:20,21 9:23
  12:7,12,18,21
  12:23 13:2

17:10 19:11,18
  20:9,15,20
  21:7,15,18
  22:14,16 24:25
  25:3 26:9,13
  27:6,14,19
  28:6,9 31:9,15
  31:16 32:1,2,4
  32:15,15 35:18
  36:22,23 38:8
  39:2,11 41:17
  42:23,24,25
  43:23 44:21
  45:6
doing 22:1 35:4
  40:20 43:13
door 41:8 42:19
Dr 5:24 8:11,21
  8:21 9:19,20
  9:25 10:4,7,9
  11:2,11,11,12
  11:15,16,17
  12:4,14,14,15
  12:20 21:13,13
  22:10,12,20
  23:1,4,20,24
  24:7 25:10,11
  26:8,19,22
  32:7,8 34:9
draft 44:9 46:5
drafted 31:15
DRINKER 4:1
due 9:25 24:3,18
  30:15,21,22,24
  31:9
duplicate 34:7

————— E —————

E 3:1,1 4:15,15
  47:1,1
earlier 35:10
earliest 28:4
early 30:7
easier 39:6,9
easily 37:20
EAST 3:10

efficient 16:8
  25:14
effort 34:7
eight 7:8,22 14:2
eight-hour 13:16
either 14:16
  35:16
employee 47:10
  47:12
encompasses
  45:3
end-run 15:11
entered 33:12
entire 43:1
entitled 11:14
envision 14:12
envisioning 27:2
equally 7:25
especially 27:21
ESQUIRE 3:4
  3:16 4:2,3,18
essentially 12:17
eve 25:8
event 30:19
everybody 31:6
  35:8 45:20
exactly 15:22
  38:14,21
example 19:10
  38:17
excuse 28:23
  29:1
exhibit 38:24
expect 25:3
expected 27:3
expecting 9:24
expedite 10:6
expert 5:4 27:20
  29:14 30:15,25
  32:3
expert's 19:17
expertise 44:21
experts 5:19,21
  7:6,15 10:14
  10:16,20,23
  11:9,23,23,25

12:2,3 16:6
  17:25 19:8
  21:11 22:2
  23:11 27:14,18
  28:21 29:3
  30:4 31:11
  34:2 35:11
  36:13,15,18
  37:9 38:1
  41:13,16,23
  43:7 44:11,12
experts' 13:5
  27:17 36:19
  39:12
Expires 47:20
explain 26:2
explained 46:8
extend 30:8,24
extended 31:1
extensive 26:4

————— F —————

F 47:1
fact 7:22 16:17
  17:6,20 23:20
  40:19
FAEGRE 4:1
fair 31:6 33:10
  42:18 45:8
fairly 37:25 40:8
faith 28:11
  39:25
familiar 44:18
far 18:15 37:9
FAX 4:5,20
FDA 43:5 44:15
federal 6:6 8:8
Feel 45:21,22
felt 15:20 16:7
  45:8
fight 27:10,10
file 29:11
final 44:10
financially
  47:13
find 41:25

**finding** 43:25
**fine** 26:7
**finish** 19:21
**firming** 14:16
**first** 5:19 6:24 13:11 19:11 21:10 24:14 37:3
**five** 24:2
**Floor** 4:19
**FLORHAM** 4:4
**FLORIDA** 3:17
**focus** 5:3 6:8
**focused** 46:10
**folks** 22:7
**follow** 37:9 38:21 39:8
**following** 16:18
**foregoing** 47:5
**forewarned** 42:18
**FORMAROLI** 1:18
**forth** 27:24 47:8
**forward** 15:24 17:2 23:9
**found** 20:21 43:20
**four** 5:19 6:5,6,9 7:15 8:2,3,3 10:12,17,22,23 11:4 14:10,19 17:7 24:24 26:8 33:2 34:10
**four-hour** 9:7 13:18 14:1 15:18
**frame** 15:15
**frankly** 14:19 16:5
**front** 40:16,18
**froze** 19:10,11
**frozen** 19:3
**full** 6:2,5 10:12 11:16,17 12:4
**fulsome** 22:3
**further** 28:2 47:9

**G**

**Gearing** 22:11 22:15,17
**general** 6:3,22 7:15 10:16,23 11:5,8,13,23 11:24 12:3,20 16:8 23:11 24:10 35:11
**general-ish** 5:21
**generic** 34:8
**GEREL** 3:3
**getting** 5:13,17 14:7 17:7,16 18:10 36:9 45:24 46:7
**give** 15:23 17:20 18:10 38:17
**given** 8:4 9:21 11:14 17:16 28:25 29:22 31:4 36:21
**gives** 23:11
**giving** 24:7 42:22
**go** 7:23 15:8,20 17:1,4,23 18:13,15 20:3 26:13 31:17 34:9 41:22,23 43:18
**Godleski** 8:21 9:19,20,25 10:1 11:12,15 12:14,20 21:13 22:11,12 23:1 23:4,20,24 24:7 25:10,11 32:8
**Godleski's** 22:20
**goes** 27:17
**going** 5:18 7:20 8:25 9:10 10:22 11:24 12:18 15:6,24 17:1,4,5 19:12 19:18 23:9 25:4,5,11,15 26:14,20 27:9 27:12,23 28:5 29:11 30:9 32:9 34:4,8 36:6 41:10,10 42:14 43:12,12 45:1
**good** 17:1,23 23:3 24:23 28:11 29:1 35:2 36:8 39:24 45:22,24 46:18
**GOODMAN** 4:18
**great** 24:16 45:19
**grounds** 13:12
**group** 8:6
**guardrails** 37:11
**guess** 23:9 26:11 30:18 40:6 44:11
**guidance** 15:21 35:21

**H**

**hand** 41:6
**handle** 31:12
**happen** 9:4
**happened** 15:17 42:11 44:4
**happening** 41:19
**happens** 14:20
**happy** 19:24 23:22 36:6
**hard** 41:25
**hate** 33:13
**head** 36:2,9
**Health** 36:13,16 36:18,20 37:18 38:1,18 39:12 39:13 41:17,18 41:19,21 42:2 42:5,9 43:4,7,8 43:11 44:5,7 44:14,23
**hear** 13:3 18:25 19:3,3 21:2,4 21:16 23:19 42:6
**hearing** 13:22 13:24 25:10 34:4 46:19
**help** 23:22
**helpful** 37:2,4 38:9 40:12
**hereinbefore** 47:8
**honestly** 40:8
**Honor** 6:2,4,7 6:13 7:11 8:2 9:2 11:20 15:10,22 17:11 17:20 20:10 21:20 22:14,24 23:11,13 25:8 25:19 26:15,21 28:14,20 29:19 35:9 36:10 38:6 39:18 40:6,13 41:12 44:1,10 45:10 46:6
**Honor's** 16:17 28:22
**hope** 42:1
**hoped** 15:4 18:3
**hoping** 39:24 42:3
**Horse** 1:20
**hours** 6:5,6,9 7:8 7:15,22 8:2,3,3 10:12,17,22,23 11:3,5 14:2,3 14:10,19 17:7 26:6,8 33:2 34:11
**How's** 37:24
**hunt** 39:7
**hyphenated** 32:20

**I**

**identify** 5:10 41:4 42:25
**important** 5:18 6:23 33:17 41:22
**including** 6:21
**independent** 44:8
**indicated** 15:13 23:6
**indicates** 44:15
**individual** 6:10 8:6,18 24:1 34:20
**inevitably** 41:10
**information** 45:9
**initial** 40:3
**initially** 14:3
**insight** 28:12
**insistence** 10:10
**instructed** 14:6
**intend** 10:22 28:15 46:14
**intensive** 35:18
**intention** 46:7
**interested** 44:22 47:13
**interject** 33:14
**interrupt** 33:13
**involved** 34:23 35:6 38:12 43:8
**Ironically** 23:5
**irregular** 22:8
**issue** 5:19,19 7:6 7:21 9:18 10:9

12:5 13:10,11
14:1,9 15:7
16:21 26:16
33:11 34:12,23
35:5,6 36:4
43:3 44:6,8
**issues** 5:4,8,10
5:13 6:8,9,11
6:20,22,23
7:10,17,20 8:5
9:1 10:24 12:7
13:2 17:9 36:8
40:23

___

**J**

**J&J** 14:19 15:4
18:3,15 20:1
23:20 25:23,24
36:17 37:11
38:6,8,14,19
41:19,20 42:3
42:9 43:10
44:19
**J&J's** 17:6
36:19 37:18
39:11
**Jersey** 1:1,21
2:10 4:4 13:19
33:18 47:5,20
**JESSICA** 4:3
**JOEL** 1:14
**Johnson** 1:5,5
4:6,6,6,6,7,7
14:4 28:3,4
**Johnson's** 14:4
**jschneider@m...**
1:14
**Judge** 5:12 6:1,3
7:23 8:1 13:13
13:20 14:1,15
14:23 15:2,17
15:18,21 17:4
18:25 20:5
23:13 26:7
28:16 30:13
33:5,11,13

35:5,17 38:11
40:15 41:1
43:4
**judgement**
29:25
**judges** 23:24
**judgment** 29:12
**July** 1:11 20:13
21:14,14 36:22
47:21
**jump** 29:5 36:7
**jurisdiction** 7:12
7:13

___

**K**

**K** 3:4
**keep** 6:13 18:10
**key** 30:10 31:4
**kicked** 6:18
**kind** 43:4 44:16
**knew** 7:20
**know** 5:5 16:12
17:4 18:17
22:17 26:24
28:4 29:7
31:11 33:14,21
34:8,21,21
35:5 36:2
40:13,15 41:9
41:24,25 43:19
44:25 45:5
**knowledge**
28:17
**known** 4:7
**knows** 31:18
44:10
**Kugler** 2:8 47:3
47:19

___

**L**

**L** 4:15,18
**Labor** 28:24
**lane** 14:7
**large** 42:2
**late** 9:4
**law** 3:9 8:8

**laws** 6:12
**lawyers** 18:21
18:23
**lay** 44:2
**leave** 36:3
**leaving** 42:23
**LEIGH** 4:3
**Let's** 13:8 30:8
**letter** 15:12
23:17,18 38:18
38:20,22
**level** 29:2
**LEVIN** 3:15
**liability** 1:6 6:11
20:15,22 21:24
**license** 2:9
**lifetime** 42:4
**light** 15:6 17:6
**likewise** 7:9
**limit** 14:5
**limited** 7:9
14:13
**line** 14:11
**litigate** 21:18
25:7
**litigation** 1:6
16:11 19:20
**little** 5:6 15:23
35:10 41:7
44:2
**LLP** 3:3 4:1,17
**located** 36:24
**lock** 12:9 30:8
**locked** 29:10
**LOCKWOOD**
3:10
**long** 14:8
**longer** 22:7
45:10
**Longo** 10:4
17:22 31:12
**look** 16:6,14,15
35:19 43:6,20
44:6 46:11
**looked** 23:12
**looking** 38:2

**Lord** 31:18
**lost** 20:24
**lot** 8:20 19:6
27:6 31:19
39:6
**Louis** 3:11 24:15
26:6
**low** 26:13

___

**M**

**M** 4:2
**main** 5:13
**MARKET** 4:18
**MARKETING**
1:5
**master** 1:14 5:1
6:14,18 7:7,13
9:5 10:15,21
11:7,22 12:6
13:1,8 14:14
15:8 16:20
18:12,20 19:2
19:14 20:7,23
21:5 22:19
25:9,16,20
26:17 27:1,8
27:11 28:13
29:4,20 30:20
31:2,25 32:13
32:22,24 33:9
35:22 36:1
37:14 39:10,16
41:2 42:13,17
45:11,18,23
46:1,16
**Master's** 13:15
**Masters** 35:21
**Mastroianni**
1:18 2:8 47:3
47:19
**material** 10:18
16:5,7 24:20
45:3
**materials** 5:23
5:25 10:25
12:24 24:21

31:24
**matter** 2:7 14:20
35:17
**McCRACKEN**
4:17
**McTiernan** 5:22
**MDL** 5:5 6:6,11
6:11,24 7:14
7:20 8:1,5,13
8:15 13:6,19
14:18 15:16,25
16:16,17 17:5
17:7,18 18:15
18:19 23:6,9
23:24 24:14,17
26:4 31:17
33:3,19 34:11
35:14,16
**mean** 5:16 13:11
19:6 24:8
26:12 34:4
41:7
**means** 8:25 40:7
45:5
**meet** 28:10 36:6
**meeting** 28:16
**meta-analysis**
12:17
**Michelle** 3:4
24:14 35:3
**mid** 38:19
**millions** 38:8
**mind** 46:9
**mindful** 22:6
42:7
**minimum** 16:2,3
21:15
**miscellaneous**
5:7
**mischief** 41:9
**Missouri** 3:11
5:6 7:4,7,12,18
7:19,24 9:13
9:14 10:11
13:5,14,16
14:20 15:20

24:5,8 33:5,8 33:10,19 34:9
Missouri's 7:12
Monday 8:14
money 42:22
MONTGOM... 4:17
months 29:24
morning 8:15,16 15:4 23:7
motion 29:21,24 29:25
motions 29:12 29:12,17
MOUGEY 3:15
mparfitt@ash... 3:6

**N**
N 3:1 4:15
name 26:20 32:17
necessarily 18:22
need 9:2,22 10:1 12:22 19:11 21:19 24:16,17 24:19,23,24 27:4,10 29:24 34:17 35:13,21 41:23 43:2,13 43:23
nefarious 39:3
negotiation 33:24 35:4
neither 47:9,11
never 17:18 33:25
nevertheless 18:16
new 1:1,21 2:10 4:4 5:22,23,24 7:9 10:24 11:3 12:4,16 13:18 14:9 16:4 33:18 47:4,20

night 20:16,16 21:25
nine 11:2,23
Norton 7:24 13:14 14:1,16 14:23 15:2,21 17:5 26:7 28:13,16 33:5 33:11 35:17
Notary 2:9 47:3 47:20
note 5:18 7:19
notice 32:4,15
notices 12:25 31:10,11,13,22
number 2:9 8:5 11:14 12:21 24:3,4 40:12 42:25
numbers 37:21 41:5
NW 3:4

**O**
O 4:15
O'BRIEN 3:15
O'Dell 46:8
O'Shaughnessy 33:15 34:5,17 35:6 40:19
O'Shaughness... 16:21
object 23:14 25:5 28:5
objection 32:12
objections 27:24
obtained 31:16
obvious 38:25 39:4
obviously 33:21 34:2
October 9:15 29:15 30:7,22 30:23
offer 43:9
offered 9:12

Oh 32:24
okay 6:16 10:21 15:8 19:4 27:8 27:11 28:8 30:2 31:25 32:14 36:1 39:16 45:13,18 45:25
ONDER 3:9
ones 32:9
open 41:8 42:7
opening 42:19
opinions 11:5,6 16:6 23:11 24:11 27:15 35:11
opportunity 22:4
opposed 35:23
order 17:6 27:12 30:16,24 33:12 45:12 46:4
ordered 5:5 14:19 15:16 17:20 33:7
ordering 15:18 33:4
originally 33:7
outset 16:10 39:9
ovarian 7:1 44:6
overlap 5:6 11:8 15:7 33:20
overseeing 35:16
overwhelmed 6:17

**P**
P 3:1,1 4:15
PA 3:15
PAPANTONIO 3:15
paper 31:19
parameters 37:11 43:2 45:12

Parfitt 3:4 10:2 15:9,10 17:11 19:7,21 20:10 21:4,5,20 22:21,23 23:23 25:18,22 26:21 28:14 29:4,6 29:19 30:4,12 30:16,23 31:19 32:19,23,25 35:9,25 36:10 37:17 38:2,5 39:15,18 40:5 40:6 41:12 42:16,20 43:15 44:1 45:15,21 45:25 46:6
PARK 4:4
part 18:24 19:5 19:9 27:22 42:2
particular 9:2 19:23 20:2 42:14
particularly 6:23 24:6
parties 16:21 36:5,7 47:11
pathology 24:19
peck 39:7
Pennsylvania 2:11 4:19
PENSACOLA 3:17
people 5:20 18:7 41:24
perfect 17:3
perfectly 29:7
period 20:19 42:11 44:17,18 44:24
periods 22:7,8
pertains 35:11
PHILADELP... 4:19
Pike 1:20

place 13:25 14:5 47:8
plaintiff 13:9 20:8 27:23 45:16
plaintiffs 3:7,12 3:19 7:4,17,21 7:25 8:5,7,9,17 8:22 9:12 10:5 10:10 11:15 14:15 17:19 21:17 24:1,2 24:10 25:5 26:14 27:4,17 28:5 31:17 32:9 37:20 39:10 40:17,20 40:22 42:18,22 43:23
plaintiffs' 13:3 14:22 43:6 46:4
plan 17:24
please 20:3 38:23
plug 6:15,19
Plunkett 5:21,24 8:11 10:9
plus 5:20
PM 2:12
point 35:7 38:25
position 6:1 7:4 14:22 15:5 29:7
positive 31:5
post 39:17
powder 1:5 43:6 44:6
PRACTICES 1:6
pre 39:17
precedent 33:15 34:5
predicate 34:17
prejudice 30:9
prepare 12:9

DocuSign Envelope ID: A6CD086B-DF55-438C-842F-EC8383F3A793

July 29, 2021

54

presented 39:25
pretty 36:4
previously 36:15
primarily 9:20
primary 5:3
prior 13:25
  15:17 36:16,24
  37:19 39:19
  40:2
probably 20:21
  22:24 40:20
problem 18:24
  19:5,10 22:25
  29:18 31:3
problems 30:3
proceedings 2:6
process 35:18
PROCTOR 3:15
produce 17:19
  20:9 21:7,17
  26:14 27:7
  32:9 43:21
produced 19:19
  21:25 25:4
  27:16,20 36:25
  39:2
producing 28:5
production 9:18
  36:25 37:22
  38:16,21 39:1
  39:8 43:1,1
  45:1,2
productions
  21:21 36:24
  37:19
PRODUCTS 1:5
  1:6
progress 19:7
proper 22:9
propose 20:8
proposed 21:6
  23:1
proposing 20:16
provide 13:21
  18:9 36:12
  38:23 44:20

provided 15:15
  22:16 36:15
providing 39:5
Public 2:9 47:3
  47:20
publications
  12:22 25:1
published 44:9
push-back 18:10
put 6:15 16:22
  27:12 44:25
putting 5:20

Q
quality 29:22
question 9:6
  19:15 34:18
  38:13
questioning 6:9
questions 34:10
  35:12,20
quickly 40:24
quite 16:3 22:3
  44:18
quote/unquote
  12:8,22 27:14
  32:3

R
R 3:1 4:15 47:1
RACHEL 4:18
RAFFERTY
  3:15
raise 34:11
range 37:3 38:6
  38:9 39:6
reach 38:22
  44:12,13,19,20
reached 15:2
  44:10
reaching 27:15
  41:19,21
readily 38:10
ready 29:16,25
  30:2
Real 9:6

really 16:12 19:6
  21:15 26:11,12
  29:17 43:13
reason 19:12
  25:2 30:5
  33:23
reasonable
  13:12 14:24
  20:17,18 21:24
  27:18 28:4
  31:3 37:15
REATH 4:1
received 22:13
receiving 44:22
recognize 15:13
record 5:2
redo 43:18
referenced
  13:23
references 5:24
refine 17:6
refining 14:16
reflects 22:24
regard 22:10
regarding 41:17
  45:7
regulatory 43:9
rejected 9:19
  24:13 25:23
  28:21
related 12:18
relating 12:21
relative 47:10,12
relatively 14:9
relayed 22:13
relevant 6:10
reliance 5:23,25
  12:24 31:23
relief 14:22
rely 12:18
remain 6:21
remember 8:13
  31:19
reminding 35:8
REMOTE 1:5
  2:11

repeat 34:18
repeated 35:20
report 9:24
  12:16 24:3,18
Reporter 2:8
  47:4
Reporting 1:19
reports 5:22
  16:1,4,6,14
  24:2 30:15,21
  35:19 44:10
represent 22:14
  39:20
representation
  44:5
represented
  22:15
reproduce 31:18
request 13:3
  22:7 31:3
  37:15,16,17
  39:11 40:3
  41:7 45:12
  46:2
requested 24:20
  24:25 26:9
  28:6,20
requests 5:14
  8:23 22:1,2
  27:20,24 40:5
  41:6,10
required 18:9
  41:13 44:13
requiring 41:4
resolve 40:24
resolved 34:12
  36:9
respect 13:22
  33:14
respectfully
  40:21
respond 44:14
responded 8:23
  17:23 40:4,7,8
  44:16
response 36:21

44:4,25
responses 5:14
  41:5 44:9
responsive 19:18
  27:19
RETIRED 1:14
review 22:4 27:4
  39:1
rgoodman@m...
  4:21
RHOADS 4:17
right 6:5 9:6
  14:21 24:20
  26:1 29:13
  32:13 34:25
  35:23,25 43:19
Rigler 10:7
  17:22 31:12
risk 44:8
rule 7:24 14:2
  35:14
ruled 6:4 7:7 8:1
  8:2 11:21
  23:24
rules 6:7
ruling 10:17
  13:15,17,18
  14:1,17,18
  16:17 28:22
rulings 11:4
run 5:10

S
S 3:1 4:15,15
Sage 11:2 12:4
SALES 1:6
saw 22:2 40:19
saying 7:5 21:4
  21:23 36:14
  39:3
scheduling 28:9
  30:16 36:5
Schneider 1:14
  5:1 6:14,18 9:5
  10:15,21 11:7
  11:22 12:6

DocuSign Envelope ID: A6CD086B-DF55-436C-842F-EC8383F3A793

July 29, 2021

55

| | | | | |
|---|---|---|---|---|
| 13:1,8 14:14 | series 42:8,12 | simply 7:14 16:4 | 18:12,20 19:2 | strangely 19:1 |
| 15:8,18 16:20 | serve 26:3 | 18:4 45:5,8 | 19:14 20:7,23 | STREET 3:4,16 |
| 18:12,20 19:2 | served 21:14 | simultaneously | 21:5 22:19 | 4:18 |
| 19:14 20:7,23 | 26:4 31:10 | 7:3 | 25:9,16,20 | strict 14:5,11 |
| 21:5 22:19 | 32:6 | sit 9:6 40:16,18 | 26:17 27:1,8 | studies 12:22 |
| 25:9,16,20 | set 9:3 14:11,18 | situation 20:21 | 27:11 28:13 | 25:1 |
| 26:17 27:1,8 | 19:24 20:1 | six 6:10,12 8:6 | 29:4,20 30:20 | study 12:16 |
| 27:11 29:4,20 | 23:13 24:16 | 10:5 23:12 | 31:2,25 32:13 | 26:10 |
| 30:20 31:2,25 | 27:24 45:6 | 24:1 | 32:22,24 33:9 | styles 34:21 |
| 32:13,22,24 | 47:8 | sixth 24:2 | 35:22 36:1 | sub-types 6:25 |
| 33:9 35:5,22 | setting 24:12 | slides 23:12 | 37:14 39:10,16 | 7:1 |
| 36:1 37:14 | seven 10:5 11:3 | slippery 41:3 | 41:2 42:13,17 | subsequent 44:9 |
| 39:10,16 41:2 | 24:9 25:2 | slope 41:3 | 45:11,18,23 | sufficient 12:8 |
| 42:13,17 45:11 | share 10:10 24:4 | Smith 32:17 | 46:1,16 | suggesting 39:2 |
| 45:18,23 46:1 | SHARK 26:1 | Smith-Bindman | specific 6:22 | suggestion 16:25 |
| 46:16 | Sharko 4:2 5:9 | 5:21 8:21 9:11 | 9:20 11:13,25 | 17:18 18:4 |
| scientific 16:5 | 5:12 6:16,20 | 9:15 12:14,15 | 12:3,13 41:5,5 | summary 29:12 |
| scope 14:13 | 9:9 10:15,19 | 21:13 22:2,4 | 41:16 | 29:24 |
| 36:23 | 11:1,11 12:1 | 25:18 26:8,19 | specifically | supervised 6:7 |
| scrambling 25:7 | 12:11 13:7 | 26:23 32:8,19 | 22:17 41:20,20 | supplemental |
| Screen 19:10,11 | 14:21 16:2,25 | 32:21 34:9 | spell 32:18 | 10:17,24 |
| search 37:20 | 17:15,22 18:2 | Smith-Fineman | spending 42:4 | supposed 42:24 |
| searchable | 18:22 19:4 | 25:17 | spent 42:22 | 43:14,24 |
| 42:22 43:23 | 20:3,4,23 21:3 | solve 26:15 | spoke 24:14 | sure 35:7 37:12 |
| searches 36:23 | 21:8,9,22 22:6 | somebody 40:16 | spoken 22:11 | 38:9 |
| 40:17,18,21,22 | 22:13,22 23:2 | 40:18 | squared 5:17 | Susan 4:2 19:21 |
| 40:23 42:23 | 23:16,22 25:10 | somewhat 31:23 | St 3:11 24:15 | 20:11 21:1 |
| 43:13,18 | 25:13 27:3,9 | 45:4 46:9 | 26:6 | 22:23,23 27:1 |
| searching 43:22 | 30:13,21,22 | soon 23:19 46:11 | stage 20:22 | susan.sharko... |
| second 5:19 43:6 | 31:7 32:5,7 | sorry 18:2,12 | start 17:12 | 4:5 |
| secondly 21:12 | 33:1 34:14,25 | 22:24 37:13 | 20:14 36:9 | Swann 15:25 |
| sections 5:23 | 35:24 36:17,21 | 45:10 | 41:4 | 16:16 17:17 |
| see 16:18 19:12 | 37:7,12,15,16 | sort 19:16 36:2 | started 43:7 | 18:17,18 23:8 |
| 23:16 29:9,17 | 40:1,4,10,14 | sorts 41:8 | 44:5 | 25:25 26:3,5 |
| 31:3 40:14 | 42:21 43:16 | sought 15:22 | state 2:10 5:6 | 35:13,17 |
| 43:19 | 44:14,18,25 | sound 45:22,24 | 7:5 8:4,7,12,14 | |
| sense 17:3,7 | 46:2,3,8,13 | source 41:23 | 9:22 10:11 | |
| sent 22:15 23:18 | Sharko's 44:5 | South 1:20 3:16 | 15:25 47:4,20 | **T** |
| 38:14,18 39:4 | 44:12 | speak 13:20 17:8 | stated 15:11 | T 4:15 47:1,1 |
| 39:5 | She'll 20:25 | 25:6 28:16 | statement 19:22 | table 44:2 |
| separate 16:24 | shed 15:6 | special 1:14 5:1 | 43:24 | take 5:9 10:22 |
| 24:25 32:5,16 | short 17:25 | 6:14,18 7:7,13 | states 1:1 6:12 | 10:22 29:14 |
| 34:13 | 20:12 | 9:5 10:15,21 | STATUS 1:5 | 40:10 43:5 |
| September 10:3 | shorter 22:8 | 11:7,22 12:6 | stenographica... | taken 2:7 26:5 |
| 28:23 29:8,15 | Shorthand 47:4 | 13:1,8 14:14 | 2:7 47:7 | 47:7 |
| 30:7 | sides 39:22 41:4 | 15:8 16:20 | stone 29:10 | takes 11:17 28:8 |
| | | | | talcum 1:5 43:6 |

July 29, 2021

56

44:6
talking 6:13
    15:19 17:13
    23:25 42:1,8
    44:3
tasked 43:12
tee 28:1
teed 28:1
telephonic 13:24
tell 20:14 26:15
    26:22 28:19
    29:8
tells 23:18
ten 10:19,23
    12:2 20:11
    21:22 26:10
tension 16:19
terms 20:8 28:9
    34:5 36:5
    37:19
testify 23:8
testifying 8:12
    8:13 24:9
testimony 24:8
    34:8 47:6
Thank 5:12
    15:10 19:4
    29:19 30:12
    31:7 42:16
    45:20 46:15,16
Theresa 2:8 47:3
    47:19
thing 10:8 22:10
    28:19 36:11
    40:15
things 9:22 29:9
    31:8 33:16
    42:7
think 5:3 8:25
    10:12 13:11
    14:10 17:1
    19:6 20:17,24
    27:18 28:3
    30:2,9 31:2
    32:5 33:9,16
    36:2,3,8 37:14

37:21 38:6
    42:17,18 43:2
    43:12
thinking 34:6
third 25:15
thought 6:16
    17:12 20:11
    23:17
thousand 5:24
three 6:25 11:23
    12:1 13:2 14:3
    20:18 21:6
    22:18 27:16
    28:25 29:24
    31:9 32:1,14
    36:3 45:3
three-day 31:21
threw 14:3
throw 34:24
THURSDAY
    1:11
time 5:15,16
    6:24 8:11 9:3
    10:10 11:6,14
    11:19,20 12:8
    14:4,5,12,13
    15:15 17:25
    19:13 20:6,13
    20:19 21:19,21
    22:7,8 27:4,10
    28:12 29:16
    31:14 33:6,6
    39:6,23 40:2
    41:18 42:11
    44:17,18,24
    47:7
timeline 14:12
times 17:16,17
    17:19
Tisi 3:16 31:20
    33:13 34:20
    35:3 38:11
    40:24 41:1
    45:16
today 9:6 16:13
    27:25 46:9

told 24:20 28:24
tomorrow 30:24
    46:4
ton 42:22
topic 44:21
total 12:2
totally 34:15
touch 46:18
touching 33:10
transcript 2:6
    47:6
trial 9:15 16:23
    22:18 35:23
tried 28:15
true 47:6
try 10:6 16:8,11
    18:5,8 28:11
    29:3 37:9,23
trying 18:4,5
    23:15
Tuesday 8:15
turn 13:8 39:19
    40:1 41:13,16
turned 7:18 37:8
    39:24 40:9,9
two 5:13 9:21
    11:15,16 16:19
    16:24 17:2,9
    21:9 23:14,15
    23:25 24:4,9
    24:16,21,23
    26:10 27:25
    29:1 30:13
    31:8 33:2 37:4
    37:8 45:3,4
two-day 7:16
type 13:4 43:11

U

unacceptable
    18:1
unavailable 19:8
understand 7:2
    7:3 9:13 11:4
    14:22 15:15
    18:6 26:25

28:22 29:6
    30:3 35:14
    41:2 42:20
understandably
    17:17
understanding
    17:13 19:17
    21:21
undertake 43:22
Unfortunately
    44:11
UNITED 1:1
unreasonable
    41:7
upcoming 37:22
    43:1
update 36:25
    38:4
updating 16:4
use 33:23
USMJ 1:14
usual 32:2

V

V 3:16
various 6:25
VIDEOCONF...
    1:6 2:11
Videoconfere...
    1:19
view 6:10
views 43:9
violative 19:25
voluminous 25:4

W

W 3:10
waiting 21:16
    46:4
WALKER 4:17
want 6:5 8:2,3,9
    8:17,18 12:7,9
    14:21 16:13,22
    26:7,8 30:14
    33:25 36:7
    38:19 39:14

42:5,7 43:17
wanted 34:23
    35:7 42:4 44:2
wants 21:22
WASHINGT...
    3:5
wasn't 15:4
way 9:13 11:14
    25:14 31:15
    39:1,3 40:17
ways 21:10
    41:11
we'll 13:3 26:17
    28:6,18 30:4
    31:5 33:12
    40:24 46:18
we're 6:25 8:5
    8:16 9:24
    15:13,19 19:12
    25:7,14 33:1
    33:10 34:4,6
    35:2 42:1,8,24
    43:12,14,24
    44:3,22 45:8
    46:13
we've 12:5,17,20
    12:24 16:10
    18:6 19:6
    41:22
week 17:20
    21:15,23 26:12
    26:12 27:20
    30:25 32:10,16
weeks 13:25
    15:17 22:18
    26:10 27:25
    31:1 37:1 45:2
    45:3,4
went 26:12
    45:10
weren't 18:2,16
    39:22,24 42:3
whatsoever
    13:15
White 1:20
willing 8:16

July 29, 2021

57

window 15:3,19 17:25 20:12
witness 27:5 33:25
witnesses 6:3
Wolf 11:11,17
Wolfson 6:2,4 8:1 15:18 23:13
wonder 13:17
word 19:9 40:10
work 8:16 9:16 28:7 30:4 31:5 31:6 33:11
worked 10:5 36:3
working 15:13 30:24
works 22:12 24:15
wrong 23:19 39:25
wrote 23:2
WYLIE 3:10

**X**
X 19:17 43:21
XIO857 47:21

**Y**
Yeah 19:2 41:1
years 43:5 45:3 45:4
yell 37:23
yesterday 7:3 15:3

**Z**
Zoom 1:5 2:11 5:3 24:21 36:7

**0**
07932 4:4
08106 1:21

**1**
1 10:3

10 10:13
10th 20:14
110 3:10
12 24:13
12th 23:2,7,8,10 23:16,21 25:23 26:6
13 9:14 24:13
13th 23:2,7,10 23:16
15 29:8 30:23
15th 28:23
16 21:14
1735 4:18
1825 3:4
19103-7505 4:19

**2**
2 10:3
2:03 2:12
20 10:1 24:3,18 25:12 26:20
2006 3:5
2019 36:13,16,19 39:17,19 40:2
202-759-7648 3:6
2021 1:11 38:19 47:20,21
215-772-7411 4:20
215-772-7620 4:20
21st 4:19 29:13
22 21:14
25 37:23 38:4
25th 42:15
26 36:22
29 1:11
29th 20:13

**3**
3:16-md-2738-... 1:2
30 30:1 47:21
30th 46:13

30X100085700 2:9
314-963-9000 3:11
316 3:16
32502 3:17

**4**

**5**
5 47:20
515 1:20

**6**
60 30:1
600 4:3
63119 3:11

**7**

**8**
800-277-1193 3:18
800-674-9725 3:5
850-435-7000 3:17
856-488-7797 1:15
856-546-1100 1:22

**9**
973-360-9831 4:5
973-549-7350 4:4