UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** <br><br> **SARAH WINTNER,** <br><br> Plaintiff, <br><br> v. <br><br> **JOHNSON & JOHNSON, et. al.** <br><br> Defendants | **Case No. 3:21-cv-2819** |

## SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action hereby give notice of the death of Plaintiff, Sarah Wintner. Ms. Wintner passed away on June 3, 2021. Counsel was not made aware of Decedent's death until approximately June 23, 2021.

By way of the Motion to Substitute Parties in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the Decedent's husband, Meir Levy, and her surviving children, Tova Fagan, Yael Wintner Manaster, and Paul Wintner, will request to be substituted in this action as Plaintiffs and Successors in Interest on Behalf of the Estate so that Sarah Wintner's claims survive and the action on her

behalf may proceed.  Said parties will also be asserting a claim for wrongful death consistent with the Short Form Complaint.

Attached hereto as "Exhibit A" is a true and correct copy of the Death Certificate for Sarah Wintner.

Dated: August 3, 2021                                   Respectfully Submitted,

**MORRIS LAW FIRM**

By:    */s/ James A. Morris, Jr.*
James A. Morris, Jr.
4001 W. Alameda Ave.
Suite 208
Burbank, CA 91505
747-283-1144 Phone
747-283-1143 Facsimile
jmorris@jamlawyers.com

# "EXHIBIT A"

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF LOS ANGELES
### DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052021146151
**LOCAL REGISTRATION NUMBER:** 3202119036065

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11a (REV 3/06)

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | SARAH |
| 2. MIDDLE | - |
| 3. LAST (Family) | WINTNER |
| AKA. ALSO KNOWN AS | - |
| 4. DATE OF BIRTH mm/dd/ccyy | 05/10/1949 |
| 5. AGE Yrs. | 72 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | ISRAEL |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS/SRDP (at Time of Death) | MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 06/03/2021 |
| 8. HOUR (24 Hours) | 2023 |
| 13. EDUCATION – Highest Level/Degree | HS GRADUATE |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | NO |
| 16. DECEDENT'S RACE | WHITE |
| 17. USUAL OCCUPATION | HOMEMAKER |
| 18. KIND OF BUSINESS OR INDUSTRY | OWN HOME |
| 19. YEARS IN OCCUPATION | 37 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 22509 CARSON MESA ROAD |
| 21. CITY | MALIBU |
| 22. COUNTY/PROVINCE | LOS ANGELES |
| 23. ZIP CODE | 90265 |
| 24. YEARS IN COUNTY | 52 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | MEIR LEVY, HUSBAND |
| 27. INFORMANT'S MAILING ADDRESS | 22509 CARSON MESA ROAD, MALIBU, CA 90265 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | MEIR |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | WINTNER |
| 31. NAME OF FATHER/PARENT – FIRST | SOUL |
| 32. MIDDLE | - |
| 33. LAST | FRIEDLANDER |
| 34. BIRTH STATE | HUNGARY |
| 35. NAME OF MOTHER/PARENT – FIRST | DVORA |
| 36. MIDDLE | - |
| 37. LAST (BIRTH NAME) | GREENBERGER |
| 38. BIRTH STATE | HUNGARY |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | 06/04/2021 |
| 40. PLACE OF FINAL DISPOSITION | MOUNT SINAI MEMORIAL PARK, 5950 FOREST LAWN DRIVE, LOS ANGELES, CA 90068 |
| 41. TYPE OF DISPOSITION(S) | BU |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | MOUNT SINAI MORTUARY |
| 45. LICENSE NUMBER | FD1010 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MUNTU DAVIS, M.D. |
| 47. DATE mm/dd/ccyy | 06/04/2021 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | RESIDENCE |
| 102. IF HOSPITAL | - |
| 103. IF OTHER THAN HOSPITAL | Decedent's Home |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 22509 CARSON MESA ROAD |
| 106. CITY | MALIBU |

**CAUSE OF DEATH**

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | MALIGNANT NEOPLASM OF UTERUS |
| Time Interval (AT) | MOS |
| 108. DEATH REPORTED TO CORONER? | NO |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | NO |
| 111. USED IN DETERMINING CAUSE? | - |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | NO |

**PHYSICIAN'S CERTIFICATION**

| Field | Value |
|---|---|
| 114. I CERTIFY... Decedent Attended Since | 05/21/2021 |
| (B) Decedent Last Seen Alive | 06/03/2021 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | RAMI MOUSTAFA SHAARAWY M.D. |
| 116. LICENSE NUMBER | A96619 |
| 117. DATE mm/dd/ccyy | 06/04/2021 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | RAMI MOUSTAFA SHAARAWY M.D. 2659 TOWNSGATE RD STE 102, WESTLAKE VILLAGE, CA 91361 |

**CORONER'S USE ONLY**

| Field | Value |
|---|---|
| 119. MANNER OF DEATH | Natural |
| 120. INJURED AT WORK? | - |
| 121. INJURY DATE | - |
| 122. HOUR | - |
| 123. PLACE OF INJURY | - |
| 124. DESCRIBE HOW INJURY OCCURRED | - |
| 125. LOCATION OF INJURY | - |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | - |
| 127. DATE | - |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | - |

*01000100498137S*

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.


,MD
AV
Health Officer and Registrar


DATE ISSUED JUN 22 2021

002990437

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2021, the above and foregoing <u>Suggestion of Death</u> was filed electronically and is available to viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ James A. Morris, Jr.*
JAMES A. MORRIS, JR.
