**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*George Ohring, Individually and as Anticipated Personal Representative of the Estate of Jean Ohring, Deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-8848-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *George Ohring, Individually and as Anticipated Personal Representative of the Estate of Jean Ohring, Deceased.*

This 4th day of August 2021.                    Respectfully submitted,

                  ONDERLAW, LLC

              By:  */s/ James G. Onder*
                  James G. Onder, #38049 MO
                  William W. Blair, #58196 MO
                  Stephanie L. Rados, #65117 MO
                  110 E. Lockwood, 2nd Floor
                  St. Louis, MO  63119
                  314-963-9000 telephone
                  314-963-1700 facsimile
                  onder@onderlaw.com
                  blair@onderlaw.com
                  rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of August 2021.

*/s/ James G. Onder*