# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

## SPECIAL MASTER ORDER NO. 7

The Special Master ("SM") having held a Zoom conference with the parties on August 2, 2021; and this Order intending to confirm the rulings of the SM; and for all the reasons stated on the record,

IT IS HEREBY ORDERED this 4th day of August, 2021, as follows:

1. Defendants shall serve their request for reconsideration as to Opinion and Order No. 5 (Tabs 60, 61, 72, 103, 108) by August 6, 2021.

2. By September 10, 2021, plaintiffs shall serve any proposed amendments to their motion to amend with a supporting letter brief if needed. Defendants may respond by September 17, 2021. Oral Argument on plaintiffs' motion to amend will be held via Zoom on September 21, 2021 at 10:00 a.m. (EDT). The court reporter will arrange the Zoom call.

Dated: August 4, 2021     By: s/ Joel Schneider
                              SPECIAL MASTER
                              HON. JOEL SCHNEIDER (RET.)