<div align="center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

</div>

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| ------------------------------------------------- | LOCAL RULE 7.1.1 DISCLOSURE STATEMENT |

Pursuant to Local Rule 7.1.1, Morelli Law Firm, PLLC, on behalf of the Plaintiffs it represents in this Multidistrict Litigation (list of Plaintiffs set forth in Exhibit 1), without waiver of any rights and over objection to the disclosure mandated by this rule, hereby states as follows:

1. TR Global Funding II Follow-On, LLC, 1114 Avenue of the Americas, 41st Floor, New York, NY 10036. Formed in Delaware; TR Global Funding II, LLC, 1114 Avenue of the Americas, 41st Floor, New York, NY 10036. Formed in Delaware.

2. The funder's approval is not necessary for litigation decisions or settlement decisions in the action and the funder has no authority to make litigation or settlement decisions.

3. The funders provide non-recourse funding for a contingent financial interest based upon the results of the litigation.

<div style="margin-left: 50%;">

Respectfully Submitted,

/s/ *Benedict P. Morelli*_____
Benedict P. Morelli
bmorelli@morellilaw.com
David T. Sirotkin
dsirotkin@morellilaw.com
Michael Schlesinger
mschlesinger@morellilaw.com
Alexander Morelli
armorelli@morellilaw.com
**Morelli Law Firm, PLLC**
777 Third Ave., 31st. Fl.
New York, NY 10017

</div>

# EXHIBIT 1

|    | Plaintiff Name         | File Number     |
|----|------------------------|-----------------|
| 1  | Abalos, Patsy          | 3:18-cv-02640   |
| 2  | Acey, Annie Kate       | 3:18-cv-14837   |
| 3  | Adams, Carolyn         | 3:18-cv-14510   |
| 4  | Adams, Melverta        | 3:19-cv-21166   |
| 5  | Ahumada, Julie         | 3:18-cv-14505   |
| 6  | Allgood, Madonna       | 3:20-cv-13956   |
| 7  | Alvarado, Lourdes      | 3:18-cv-02642   |
| 8  | Anders, Naomi          | 3:17-cv-12804   |
| 9  | Anthony, Joann         | 3:19-cv-18158   |
| 10 | Antoine, Catherine     | 3:18-cv-12508   |
| 11 | Archer, Candace        | 3:19-cv-06851   |
| 12 | Arguello, Joann        | 3:17-cv-12135   |
| 13 | Barge-Chambers, Mary   | 3:17-cv-12806   |
| 14 | Barron, Gloria Hale    | 3:18-cv-13510   |
| 15 | Bassfield, Catherine   | 3:17-cv-12807   |
| 16 | Beck, Gretchen         | 3:18-cv-08998   |
| 17 | Bedard, Michaeline     | 3:20-cv-01448   |
| 18 | Begay, Rita            | 3:20-cv-02505   |
| 19 | Benbow, Angelia        | 3:20-cv-17616   |
| 20 | Bichell, Carolyn       | 3:17-cv-12145   |
| 21 | Biddings, Lakisha      | 3:17-cv-12131   |
| 22 | Bissessar, Shelia      | 3:20-cv-01634   |
| 23 | Bond, Risa             | 3:17-cv-09670   |
| 24 | Booth, Janet           | 3:20-cv-02423   |
| 25 | Bouchard, Michelle     | 3:21-cv-02661   |
| 26 | Bove, Jane             | 3:19-cv-00654   |
| 27 | Bowden, Kathryn        | 3:17-cv-12140   |
| 28 | Bowens, Janet          | 3:17-cv-12142   |
| 29 | Bredemeier, Dixie      | 3:17-cv-12805   |
| 30 | Breunig, Jennifer      | 3:18-cv-13519   |
| 31 | Brinkley, Joan         | 3:21-cv-01004   |
| 32 | Brinson, Debbie        | 3:17-cv-12803   |
| 33 | Brittain, Billie       | 3:17-cv-11935   |
| 34 | Brooks, Odelia         |                 |

| 35 | Brown, Anna | 3:21-cv-13517 |
|---|---|---|
| 36 | Brown, Ellen M. | 3:21-cv-10115 |
| 37 | Burd, Joan | 3:20-cv-03342 |
| 38 | Burney, Thomasia | 3:18-cv-14890 |
| 39 | Buskirk, Tracy | 3:18-cv-17644 |
| 40 | Butler, Rita | 3:17-cv-11930 |
| 41 | Butler, Sade | 3:17-cv-13469 |
| 42 | Cabading, Catherine | 3:21-cv-02666 |
| 43 | Caldwell, Sharon | 3:20-cv-16809 |
| 44 | Calhoun, Pam | 3:19-cv-21084 |
| 45 | Campbell, Jennifer | 3:19-cv-09751 |
| 46 | Campbell, Wanda | 3:17-cv-12100 |
| 47 | Carroll, Tamara | 3:17-cv-12112 |
| 48 | Carter, Robin | 3:19-cv-21149 |
| 49 | Cary, Terri | 3:19-cv-22078 |
| 50 | Cascella, Kelly | 3:18-cv-12691 |
| 51 | Case, Ivon | 3:19-cv-22063 |
| 52 | Casselman, Betty | 3:19-cv-21139 |
| 53 | Castro, Marsha | 3:17-cv-11388 |
| 54 | Cheely-Hall, Cindy | 3:18-cv-08248 |
| 55 | Cholewa, Linda | 3:17-cv-12105 |
| 56 | Clark, Diana | 3:17-cv-12109 |
| 57 | Clevinger, Deborah | 3:19-cv-19604 |
| 58 | Cohen, Phyllis | 3:17-cv-12111 |
| 59 | Collevechio, Kelly | 3:17-cv-09642 |
| 60 | Collins, Edana | 3:18-cv-12694 |
| 61 | Conklin, Charlene | 3:18-cv-15398 |
| 62 | Cooleen, Elizabeth | 3:18-cv-01632 |
| 63 | Corns, Regina | 3:18-cv-01637 |
| 64 | Cosby, Cassandra | 3:19-cv-21268 |
| 65 | Cotic, Sandra | 3:18-cv-09699 |
| 66 | Court, Dale | 3:17-cv-11369 |
| 67 | Craig, Patricia | 3:18-cv-01634 |
| 68 | Crane, Cynthia | 3:17-cv-11374 |
| 69 | Croft, Walishia | 3:17-cv-03215 |
| 70 | Cullen, Jennifer | 3:19-cv-13096 |
| 71 | Currie, Cheryl | 3:18-cv-09695 |
| 72 | De Guzman, Salvacion | 3:18-cv-15690 |
| 73 | DeBlieck, Jane | 3:21-cv-00627 |

| 74 | Delashmit, Melissa | 3:19-cv-09219 |
|---|---|---|
| 75 | Delso, Elisa | 3:18-cv-17476 |
| 76 | Dempsey, Cheryl | 3:18-cv-03247 |
| 77 | Diener, Anna | 3:17-cv-12116 |
| 78 | Dietterich, Mary | 3:17-cv-11375 |
| 79 | Doss, Salena | 3:18-cv-12689 |
| 80 | Drinkhouse, Alfreda | 3:18-cv-00665 |
| 81 | Dunn, Melva | 3:17-cv-09654 |
| 82 | Edwards, Hazel | 3:17-cv-11386 |
| 83 | Elliott, Verneda | 3:20-cv-01467 |
| 84 | Emery, Margaret | 3:19-cv-17184 |
| 85 | Espy, Joann | 3:18-cv-16374 |
| 86 | Evans, Vakesha | 3:19-cv-16266 |
| 87 | Everest, Nicole | 3:17-cv-12118 |
| 88 | Falls, Lena | 3:17-cv-11384 |
| 89 | Febo, Fanny | 3:18-cv-09692 |
| 90 | Fegett, Rosa Lee | 3:18-cv-09693 |
| 91 | Felts, Susan | 3:18-cv-03249 |
| 92 | Fernandez, Lydia | 3:18-cv-08250 |
| 93 | Figueroa, Mary | 3:18-cv-01629 |
| 94 | Flowers, Denise | 3:18-cv-01636 |
| 95 | Foreman, Yolan | 3:19-cv-11260 |
| 96 | Fox, Jeanette | 3:17-cv-12115 |
| 97 | Frans, Anita | 3:18-cv-09698 |
| 98 | Fraser, Laura | 3:18-cv-12692 |
| 99 | Gaines, Bessie | 3:20-cv-00364 |
| 100 | Gallant, Diane | 3:19-cv-16223 |
| 101 | Gamble, Willa | 3:19-cv-17186 |
| 102 | Garcia, Stephanie | 3:19-cv-16267 |
| 103 | Garcia, Teresita | 3:18-cv-16483 |
| 104 | Garcia, Veronica | 3:18-cv-14042 |
| 105 | Garrett, Mary | 3:18-cv-13762 |
| 106 | Gerez, Carmen | 3:19-cv-07992 |
| 107 | Germano, Tracey | 3:17-cv-13465 |
| 108 | Girasuolo, Nancy | 3:17-cv-11888 |
| 109 | Gonzales, Angie | 3:18-cv-12119 |
| 110 | Gonzales, Jamie | 3:18-cv-10708 |
| 111 | Goodman, Patricia | 3:20-cv-00825 |
| 112 | Grace, Kathleen | 3:17-cv-11902 |

| 113 | Graham, Christine | 3:18-cv-03908 |
| --- | --- | --- |
| 114 | Graham, Gina | 3:18-cv-05544 |
| 115 | Grant, Dorothy | 3:17-cv-11905 |
| 116 | Greeley, Paula | 3:19-cv-16847 |
| 117 | Green, Judith | 3:18-cv-10882 |
| 118 | Greene, Pamela | 3:20-cv-18468 |
| 119 | Grehan, Lynda | 3:20-cv-12436 |
| 120 | Guerrero, Kathelina | 3:18-cv-15438 |
| 121 | Guidi, Marilynn | 3:18-cv-14873 |
| 122 | Gulich, Brook | 3:17-cv-12801 |
| 123 | Hainey, Vickie | 3:18-cv-01414 |
| 124 | Hall, Sharon | 3:18-cv-00820 |
| 125 | Hartshorne, Terri | 3:20-cv-01796 |
| 126 | Haskell, Florence | 3:18-cv-10362 |
| 127 | Hawk, Claire | 3:20-cv-06315 |
| 128 | Hedrick, Lisa | 3:17-cv-11890 |
| 129 | Henthorne, Jari | 3:18-cv-12101 |
| 130 | Herbin, Cynthia | 3:17-v-11897 |
| 131 | Higgins, Laura | 3:18-cv-01640 |
| 132 | Hill, Kellie | 3:17-cv-13466 |
| 133 | Hodge, Ramona | 3:18-cv-15070 |
| 134 | Hoeme, Danielle | 3:18-cv-4100 |
| 135 | Hollingsworth, Chetiqua | 3:17-cv-11883 |
| 136 | House, Jacqueline | 3:18-cv-13402 |
| 137 | Howery, Catherine | 3:17-cv-11885 |
| 138 | Hudgins, Joyce | 3:18-cv-03906 |
| 139 | Hudson, Cassandra | 3:18-cv-00144 |
| 140 | Hudson, Cynthia | 3:18-cv-11055 |
| 141 | Hudson, Joyce | 3:18-cv-04102 |
| 142 | Huett, Odessa | 3:17-cv-11892 |
| 143 | Hundley, Sheryl | 3:17-cv-11895 |
| 144 | Irby, Veada | 3:18-cv-01639 |
| 145 | Irizarry, Marianne | 3:19-cv-08160 |
| 146 | Iuliano, Daniela | 3:17-cv-11893 |
| 147 | Izzo, Debra | 3:17-cv-11879 |
| 148 | Jackson, Delores | 3:17-cv-11957 |
| 149 | Jackson, Nancy | 3:18-cv-08316 |
| 150 | Jackson, Ruth | 3:20-cv-02320 |
| 151 | Janiga, Maureen | 3:17-cv-11980 |

| 152 | Jemison, Gwendolyn | 3:17-cv-11946 |
| --- | --- | --- |
| 153 | Johnson, Alma | 3:20-cv-17619 |
| 154 | Johnson, Dorothy E. | 3:19-cv-12450 |
| 155 | Joiner, Michelle | 3:17-cv-11954 |
| 156 | Jolicoeur, Nicole | 3:17-cv-12042 |
| 157 | Jones, Felicia | 3:20-cv-16317 |
| 158 | Jones, Groverlyn | 3:21-cv-12930 |
| 159 | Jones, Rhonda | 3:17-cv-11952 |
| 160 | Josey, Gloria | 3:18-cv-03815 |
| 161 | Jowett, Donna | 3:19-cv-07674 |
| 162 | Keaweamahi, Alice | 3:19-cv-08475 |
| 163 | Kelly, Graciela | 3:20-cv-13950 |
| 164 | Kelly, Kathleen | 3:17-cv-00800 |
| 165 | Kennemer, Patsy | 3:19-cv-21269 |
| 166 | Key, Cecilia | 3:17-cv-11958 |
| 167 | Kielbasa, Kathleen | 3:17-cv-11942 |
| 168 | King, Michelle | 3:17-cv-11959 |
| 169 | Kirklin, Nancy | 3:18-cv-09559 |
| 170 | Kowalski, Dolores | 3:17-cv-11950 |
| 171 | Kupis, Darlene | 3:20-cv-01208 |
| 172 | Lane, Jennifer Renea | 3:20-cv-16487 |
| 173 | Lee, Gloria | 3:17-cv-11976 |
| 174 | Levins-Comer, Aulana | 3:19-cv-09167 |
| 175 | Lewis, Barbara | 3:18-cv-09557 |
| 176 | Lewis, Gina | 3:17-cv-11947 |
| 177 | Ligney, Janet | 3:18-cv-09558 |
| 178 | Logan, Marilyn | 3:19-cv-08360 |
| 179 | Lombardi, Joan | 3:17-cv-11974 |
| 180 | Losure, Rhonda | 3:17-cv-12795 |
| 181 | Lowery, Linda | 3:18-cv-13650 |
| 182 | Luckett, Loretta Ann | 3:19-cv-19852 |
| 183 | Luera, Sandra | 3:18-cv-12396 |
| 184 | Luft, Carol Ann | 3:19-cv-04884 |
| 185 | Luna, Victoria | 3:18-cv-11394 |
| 186 | Lyles, Geraldine | 3:18-cv-09556 |
| 187 | Machia, Regina | 3:18-cv-00360 |
| 188 | Manges, Barbara | 3:17-cv-11921 |
| 189 | Mantovi, Lorraine | 3:21-cv-11392 |
| 190 | Marchese, Sharon | 3:17-cv-09678 |

| 191 | Marks, Barbara | 3:18-cv-12328 |
| --- | --- | --- |
| 192 | Martin, Joanne | 3:18-cv-17187 |
| 193 | McCann, Hildred | 3:18-cv-17189 |
| 194 | McCarthy, Anna | 3:17-cv-11919 |
| 195 | McClinton, Mamie | 3:17-cv-11911 |
| 196 | McCue, Theresa | 3:18-cv-00361 |
| 197 | McGhee, Deborah | 3:18-cv-00369 |
| 198 | Mcgowan, Stephanie | 3:20-cv-00821 |
| 199 | McInnis, Leslie | 3:18-cv-08994 |
| 200 | McMillan, Constance | 3:17-cv-11909 |
| 201 | McReynolds, Elke | 3:20-cv-00824 |
| 202 | Mendoza, Adelaida | 3:18-cv-08992 |
| 203 | Meyer, Marijo | 3:19-cv-08951 |
| 204 | Meyer, Phyllis | 3:17-cv-11908 |
| 205 | Millison, Kathleen | 3:18-cv-00363 |
| 206 | Monfet, Patricia | 3:18-cv-12266 |
| 207 | Morgan, Roselee | 3:18-cv-13264 |
| 208 | Morris, Tanya | 3:18-cv-08997 |
| 209 | Mossa, Deborah | 3:18-cv-00952 |
| 210 | Murray, Eva | 3:18-cv-09640 |
| 211 | Mutts, Brenda | 3:18-cv-08996 |
| 212 | Nassour, Dana | 3:18-cv-00951 |
| 213 | Neal, Mary | 3:18-cv-17185 |
| 214 | Neice, Ruth | 3:21-cv-03398 |
| 215 | Nelson-Edwards, Denise | 3:17-cv-11906 |
| 216 | Nesbitt, Coralita | 3:18-cv-12267 |
| 217 | Newlin, Janet | 3:18-cv-00954 |
| 218 | Newman, Irina | 3:20-cv-01210 |
| 219 | Nichols, Verna | 3:18-cv-00956 |
| 220 | Noe, Joyce | 3:18-cv-12265 |
| 221 | Noonan, Christine | 3:18-cv-07634 |
| 222 | O'Donnell, Sally | 3:17-cv-12897 |
| 223 | O'Nan, Jenny | 3:17-cv-11372 |
| 224 | Obasi, Nkem | 3:18-cv-10930 |
| 225 | Orta-Valdovinos, Pamela | 3:18-cv-09637 |
| 226 | Otis, D'Et | 3:18-cv-14171 |
| 227 | Owens, Charssie | 3:19-cv-18809 |
| 228 | Owens, Permeisha | 3:17-cv-12070 |
| 229 | Padin, Betzaida | 3:19-cv-17331 |

| | | |
|---|---|---|
| 230 | Palmer, Susan Laura | 3:18-cv-16845 |
| 231 | Pardo, Kammie | 3:18-cv-03458 |
| 232 | Parks, Barbara | 3:18-cv-11774 |
| 233 | Paulsen, Debra | 3:17-cv-12054 |
| 234 | Pavano, Katherine | 3:19-cv-08999 |
| 235 | Pence, Christine | 3:18-cv-13273 |
| 236 | Pennington, Nancy | 3:17-cv-13009 |
| 237 | Perez-Valdez, Elizabeth | 3:18-cv-03457 |
| 238 | Perez, Margarita | 3:17-cv-10710 |
| 239 | Perez, Rubyann | 3:17-cv-12049 |
| 240 | Phillips, Mae | 3:19-cv-17329 |
| 241 | Piascik, Teresa | 3:17-cv-12056 |
| 242 | Pike, Linda | 3:17-cv-12066 |
| 243 | Pirtle, Janeen | 3:17-cv-12899 |
| 244 | Poland, Sharon | 3:18-cv-01565 |
| 245 | Pontarelli, Nancy | 3:18-cv-01554 |
| 246 | Porter, Rose | 3:18-cv-01553 |
| 247 | Porter, Vanessa | 3:17-cv-12905 |
| 248 | Poteet, Rebecca | 3:19-cv-14782 |
| 249 | Powell, Cynthia | 3:18-cv-01574 |
| 250 | Powers, Betty Jean | 3:20-cv-12997 |
| 251 | Pryor, Cynthia | 3:17-cv-13021 |
| 252 | Purves, Marge | 3:18-cv-14168 |
| 253 | Rader, Sharon | 3:17-cv-10409 |
| 254 | Ramlochan, Chanmattie | 3:21-cv-00942 |
| 255 | Ravellette, Virginia | 3:18-cv-13274 |
| 256 | Reed, Shirley | 3:18-cv-12262 |
| 257 | Resendis, Cheryl | 3:21-cv-03289 |
| 258 | Richardson, Deborah | 3:17-cv-12896 |
| 259 | Richardson, Eleanor | 3:19-cv-12903 |
| 260 | Richmond, Latosha Renee | 3:17-cv-12037 |
| 261 | Robbins, Patricia | 3:19-cv-05104 |
| 262 | Robinson, Gladys | 3:17-cv-12702 |
| 263 | Robinson, Lisa | 3:18-cv-01569 |
| 264 | Rodriguez, Melissa | 3:20-cv-01212 |
| 265 | Roepenack, Dewellyn | 3:18-cv-14169 |
| 266 | Rogers, Annie | 3:17-cv-13024 |
| 267 | Romanchok, Mary | 3:18-cv-09624 |
| 268 | Rose, Rosie | 3:18-cv-09634 |

| 269 | Rush, Patricia | 3:18-cv-14564 |
| --- | --- | --- |
| 270 | Russell, Melonie | 3:17-cv-12047 |
| 271 | Sadowski, Christine | 3:17-cv-13013 |
| 272 | Salmon, Judith | 3:18-cv-15326 |
| 273 | Sandlin, Lorine | 3:18-cv-03823 |
| 274 | Schaffer, Lynda | 3:17-cv-12072 |
| 275 | Schreiber, Wanda | 3:20-cv-05023 |
| 276 | Shannon, Lola | 3:19-cv-09220 |
| 277 | Shattuck, Judy | 3:18-cv-05017 |
| 278 | Shaw, Jacqueline | 3:20-cv-05025 |
| 279 | Shepard, Rita | 3:19-cv-21154 |
| 280 | Shoning, Jenny | 3:17-cv-12698 |
| 281 | Sillin, Heike | 3:17-cv-13017 |
| 282 | Silva, Lori | 3:18-cv-11602 |
| 283 | Simmons, Bobbie | 3:20-cv-00194 |
| 284 | Simms, Sharon | 3:17-cv-12076 |
| 285 | Smith, Amanda Rose | 3:17-cv-03729 |
| 286 | Smith, Donna | 3:18-cv-17160 |
| 287 | Smith, Evelyn | 3:17-cv-12074 |
| 288 | Smith, Linda F. | 3:18-cv-13652 |
| 289 | Smith, Linda L. | 3:19-cv-18847 |
| 290 | Smith, Patsie | 3:20-cv-20495 |
| 291 | Smith, Valerie | 3:19-cv-13932 |
| 292 | Smothers, Betty | 3:18-cv-05023 |
| 293 | Spitz, Sheila | 3:17-cv-12794 |
| 294 | St. Pierre, Marielle | 3:20-cv-08662 |
| 295 | Stafford, Leslie | 3:18-cv-15328 |
| 296 | Stallard, Nancee | 3:18-cv-17272 |
| 297 | Stamps, Deborah | 3:20-cv-00198 |
| 298 | Stevens, Kristine | 3:19-cv-18851 |
| 299 | Strong, Rena | 3:18-cv-13651 |
| 300 | Swafford, Carol | 3:20-cv-01445 |
| 301 | Sylvester, Dorothy | 3:19-cv-06797 |
| 302 | Tedder, Sara | 3:18-cv-11605 |
| 303 | Tesar, Sandra | 3:18-cv-14619 |
| 304 | Tetreault, Ruth | 3:18-cv-12261 |
| 305 | Thomas, Lucinda | 3:18-cv-05025 |
| 306 | Thompson, Barby | 3:21-cv-00036 |
| 307 | Thornton, Denise | 3:18-cv-12256 |

| | | |
|---|---|---|
| 308 | Tichenor, Vicki | 3:21-cv-03292 |
| 309 | Timms, Ginger | 3:18-cv-05019 |
| 310 | Toppins, Linda | 3:20-cv-04349 |
| 311 | Tribble, Gloria | 3:18-cv-01310 |
| 312 | Tshamala, Jean | 3:18-cv-17572 |
| 313 | Tuck, Saretta | 3:20-cv-13821 |
| 314 | Tucker, Juanita | 3:18-cv-05020 |
| 315 | Turner, Patricia | 3:21-cv-03397 |
| 316 | Varner, Kathy | 3:17-cv-12695 |
| 317 | Vazquez, Eva | 3:19-cv-18070 |
| 318 | Vela, Benita | 3:18-cv-16022 |
| 319 | Versluis, Charlene | 3:19-cv-14335 |
| 320 | Vessels, Mary | 3:17-cv-12412 |
| 321 | Vidra, Maria | 3:18-cv-12625 |
| 322 | Vitols, Britt | 3:17-cv-12354 |
| 323 | Waggoner, Pamela | 3:17-cv-02589 |
| 324 | Walazek, Sandra | 3:19-cv-14334 |
| 325 | Walker, Tracy | 3:18-cv-17715 |
| 326 | Wardy, Annette | 3:17-cv-13120 |
| 327 | Warnock, Linda | 3:17-cv-02435 |
| 328 | Waters, Joanna | 3:18-cv-11399 |
| 329 | Watson, Carol | 3:19-cv-20549 |
| 330 | Webb, Christina | 3:20-cv-01282 |
| 331 | Wells, Jamie | 3:17-cv-13114 |
| 332 | Werner, Toni | 3:20-cv-14889 |
| 333 | Wesley, Stephanie | 3:17-cv-12488 |
| 334 | Whisenhunt, Brenda | 3:19-cv-18071 |
| 335 | White, Becky | 3:17-cv-13116 |
| 336 | White, Janie | 3:19-cv-14333 |
| 337 | Whitley, Wilma | 3:17-cv-13117 |
| 338 | Whitman, Sharon | 3:21-cv-02524 |
| 339 | Williams-Lockhart, Desiree | 3:18-cv-02616 |
| 340 | Williams, Ilona | 3:17-cv-13115 |
| 341 | Williams, Jeanette | 3:20-cv-05825 |
| 342 | Williams, Latonia | 3:18-cv-05376 |
| 343 | Willis, Angela | 3:19-cv-05716 |
| 344 | Wines, Dora | 3:19-cv-14332 |
| 345 | Wireman, Kathy | 3:19-cv-21156 |
| 346 | Withers, Gail | 3:20-cv-01458 |

| | | |
|---|---|---|
| 347 | Woods, Arleta | 3:17-cv-13118 |
| 348 | Wright, Carrie Evon | 3:21-cv-04161 |
| 349 | Wright, Nancy S | 3:17-cv-13119 |
| 350 | Wright, Shirley | 3:19-cv-18845 |
| 351 | Yankton, Susan | 3:19-cv-18850 |
| 352 | Yarmo, Carole | 3:18-cv-09351 |
| 353 | Yesupriya, Joyce | 3:19-cv-20551 |
| 354 | Young-Tune, Deborah | 3:17-cv-12685 |