**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Rosemary Spence vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-8234-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rosemary Spence.

This 4th day of August 2021.                     Respectfully submitted,

                                               ONDERLAW, LLC

                           By:   */s/ James G. Onder*
                                     James G. Onder, #38049 MO
                                     William W. Blair, #58196 MO
                                     Stephanie L. Rados, #65117 MO
                                     110 E. Lockwood, 2nd Floor
                                     St. Louis, MO  63119
                                     314-963-9000 telephone
                                     314-963-1700 facsimile
                                     onder@onderlaw.com
                                     blair@onderlaw.com
                                     rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of August 2021.

                                              */s/ James G. Onder*