**EXHIBIT A**

|    | Plaintiff Name | Civil Action No. |
|----|----------------|------------------|
| 1  | Allen, Sallie Jean | 3:20-cv-12303 |
| 2  | Getty, Deena | 3:20-cv-12727 |
| 3  | Head, Luann and Mark | 3:20-cv-12598 |
| 4  | Stewart, Tracy L. and Chester | 3:20-cv-09611 |
| 5  | Suzuki, Stanley S. | 3:20-cv-10513 |
| 6  | Blackwell, Cindy | 3:20-cv-11800 |
| 7  | Wright, Maria F. | 3:20-cv-10262 |
| 8  | Ross, Toni R. | 3:20-cv-13092 |
| 9  | Thomassian, Reina | 3:20-cv-13105 |
| 10 | Alequin, Connie | 3:20-cv-13149 |
| 11 | Trapaga, Martha | 3:20-cv-13159 |
| 12 | Chester, Bonnie L. and Alexander J. | 3:20-cv-13198 |
| 13 | Hale, Debra L. | 3:20-cv-13425 |
| 14 | Walker, Brenda J. | 3:20-cv-13825 |
| 15 | Thomas, Charles | 3:20-cv-13891 |
| 16 | Artis, Betty L. | 3:20-cv-13900 |
| 17 | Meltzer, Elise M. | 3:20-cv-13903 |
| 18 | Pardasani, Dayal | 3:20-cv-13912 |
| 19 | Moser, William | 3:20-cv-14030 |
| 20 | Randall, Michelle | 3:20-cv-14054 |
| 21 | Crosley, Noveen | 3:20-cv-14076 |
| 22 | Hoyle, Patricia | 3:20-cv-14175 |
| 23 | Gaston, Gregory | 3:20-cv-14289 |
| 24 | Tomlin, Mary S. | 3:20-cv-14294 |
| 25 | Anderson, Kathy P. and Leroy | 3:20-cv-14297 |
| 26 | Gusta, Percy | 3:20-cv-14305 |
| 27 | Phillips, Arnella | 3:20-cv-14360 |
| 28 | Hale, Linda | 3:20-cv-14364 |
| 29 | Harris, Thurman E. | 3:20-cv-14367 |
| 30 | De Bortoli, Ronna | 3:20-cv-14443 |
| 31 | Greer, Calvin | 3:20-cv-14291 |
| 32 | Davis, Lois M. and David W. | 3:20-cv-14695 |
| 33 | Harvey-Stevens, Linda G. | 3:20-cv-14698 |
| 34 | Denney, Michelle M. | 3:20-cv-14873 |
| 35 | Kelly, John F. | 3:20-cv-14880 |
| 36 | Pschenica, Carissa | 3:20-cv-14882 |

| 37 | Bodden, Ivon V. | 3:20-cv-15246 |
|---|---|---|
| 38 | Gregory, Gloria J. | 3:20-cv-15252 |
| 39 | Tilley, Dorothy and Nichols, Willie | 3:20-cv-15263 |
| 40 | Etienne, Gary | 3:20-cv-15416 |
| 41 | Jones, Kay Joyce | 3:20-cv-15421 |
| 42 | Keys, Lisa and Herbert | 3:20-cv-15424 |
| 43 | McNair, Damita J. | 3:20-cv-15431 |
| 44 | DeLucia, Linda L. | 3:20-cv-15442 |
| 45 | Crockett-Turner, Sharon | 3:20-cv-15576 |
| 46 | Campbell, Dorothy T. | 3:20-cv-15630 |
| 47 | Bozeman, Sheila M. | 3:20-cv-15767 |
| 48 | Adams, Rhonda | 3:20-cv-15787 |
| 49 | Sanders, Temetrus | 3:20-cv-15860 |
| 50 | Westfall, Darlena K. | 3:20-cv-15909 |
| 51 | Oberg, Deborah A. and John | 3:20-cv-15915 |
| 52 | Staten, Vester A. and Homer | 3:20-cv-16006 |
| 53 | Shull, Kimeri and Darrin | 3:20-cv-14963 |
| 54 | Henning, AnnMarie | 3:20-cv-16050 |
| 55 | Ferrier, Dorothy D. | 3:20-cv-16247 |
| 56 | Smith, Tarnasha | 3:20-cv-16263 |
| 57 | Marcel, James | 3:20-cv-16342 |
| 58 | Swope, James W. | 3:20-cv-16408 |
| 59 | Payton, Kenneth | 3:20-cv-16355 |
| 60 | Long, Barbara L. | 3:20-cv-16586 |
| 61 | Wright, Deborah and James | 3:20-cv-16588 |
| 62 | Forbes, Dora F. | 3:20-cv-16862 |
| 63 | Miller, Sharon F. | 3:20-cv-16867 |
| 64 | Woods, Roosevelt | 3:20-cv-16882 |
| 65 | Frederick, Elsa H. | 3:20-cv-16937 |
| 66 | Owens, Latrisha | 3:20-cv-17008 |
| 67 | Dilworth, David | 3:20-cv-17032 |
| 68 | Williams, Shavonne and Edwin | 3:20-cv-17041 |
| 69 | Davis, Loretta and Lansil H, II | 3:20-cv-17056 |
| 70 | Daniels, Frederica and Bernard | 3:20-cv-17060 |
| 71 | Farrar, Patricia E. | 3:20-cv-17067 |
| 72 | Victor, Todd | 3:20-cv-17425 |
| 73 | Lockwood, Vickie A. | 3:20-cv-17435 |
| 74 | Gabaldon, Joseph | 3:20-cv-17448 |
| 75 | Fairley, Myra | 3:20-cv-17712 |

| 76 | Prince, Noel C. and William J. | 3:20-cv-16190 |
| 77 | Grim, Vivian J. | 3:20-cv-18349 |
| 78 | Brown, Kimberly D. | 3:20-cv-18362 |
| 79 | Ritter, Scott | 3:20-cv-18380 |
| 80 | McHugh, Treva | 3:20-cv-18389 |
| 81 | Goins-Tisdale, Latousya | 3:20-cv-18394 |
| 82 | Dawson, Pamela | 3:20-cv-18396 |
| 83 | Padfield, Laura | 3:20-cv-18487 |
| 84 | Williams, Jacqueline N. | 3:20-cv-18493 |
| 85 | Butler, Laura | 3:20-cv-18507 |
| 86 | Somerville, Karen | 3:20-cv-18519 |
| 87 | Hogan, Mary | 3:20-cv-18564 |
| 88 | Jones, Brenda and Derrick | 3:20-cv-18583 |
| 89 | Reyes, Jose | 3:20-cv-18590 |
| 90 | Vallandingham, Angela | 3:20-cv-18604 |
| 91 | Saldana, Jr., Cesar | 3:20-cv-18609 |
| 92 | Dickens, Barbara | 3:20-cv-18614 |
| 93 | Henriquez, Carlos A. | 3:20-cv-18618 |
| 94 | Bogard, Teresa | 3:20-cv-18620 |
| 95 | Lantz, Kathryn M. | 3:20-cv-18634 |
| 96 | Gresham, Joyce V. and William | 3:20-cv-18638 |
| 97 | Byrd, Earnestine and Donald Ray | 3:20-cv-18650 |
| 98 | White, Erica | 3:20-cv-18673 |
| 99 | Jackson, Ruby | 3:20-cv-18691 |
| 100 | Bellin, Mary L. | 3:20-cv-18702 |
| 101 | Sims, Gloria | 3:20-cv-18814 |
| 102 | Adams, James | 3:20-cv-18821 |
| 103 | Hubbard, Gary L. | 3:20-cv-18825 |
| 104 | Jeffries, Joan | 3:20-cv-19169 |
| 105 | Bader, Dawn | 3:20-cv-19544 |
| 106 | Jordan, LaKisha | 3:20-cv-19615 |
| 107 | Cupper, June C. | 3:20-cv-20251 |
| 108 | Sasala, Shannon and Richard | 3:20-cv-20244 |
| 109 | Moore, Hwa Chi | 3:21-cv-00001 |
| 110 | Walls, Evelyn | 3:20-cv-20249 |
| 111 | Anderson, Ada M. | 3:21-cv-00002 |
| 112 | Person, Tranetta and Thomas | 3:20-cv-20218 |
| 113 | Mapp, Virginia B. | 3:20-cv-20224 |
| 114 | Lentz, Virginia L. | 3:21-cv-00027 |

| 115 | Pruitt, Angela R. | 3:21-cv-00184 |
| 116 | Renn, Stella A. | 3:21-cv-00466 |
| 117 | Watkins-McKnight, Delphia | 3:21-cv-00471 |
| 118 | Newayno, Dianne and Gregory | 3:21-cv-00474 |
| 119 | Nelson, Amelia K. | 3:21-cv-00476 |
| 120 | Filipoussis, Elefterios | 3:21-cv-00481 |
| 121 | Arnold, Jennifer | 3:21-cv-00498 |
| 122 | Martinez, Elisa | 3:21-cv-00507 |
| 123 | Cook, Mike | 3:21-cv-00510 |
| 124 | Franklin, Waverlynn S. | 3:21-cv-00519 |
| 125 | Gondoly, Thomas A. | 3:21-cv-00569 |
| 126 | Nicholson, Brent C. | 3:21-cv-00602 |
| 127 | Zaragoza, Maria A. and Ricardo | 3:21-cv-00617 |
| 128 | Wagoner, Oireal | 3:21-cv-00635 |
| 129 | Daniel, Rachel | 3:21-cv-00642 |
| 130 | Melton, Kella | 3:21-cv-00874 |
| 131 | Baughard, Patricia A. and D. Reece, Jr. | 3:21-cv-00877 |
| 132 | Nance, Rhoda Mae | 3:21-cv-00887 |
| 133 | Villanueva, Mischellia | 3:21-cv-00892 |
| 134 | Smith, Tracee S. | 3:21-cv-00914 |
| 135 | Flowers, Tammy | 3:21-cv-00917 |
| 136 | Jenks, Rick | 3:21-cv-00920 |
| 137 | Jordan, Deloris | 3:21-cv-00922 |
| 138 | Jaskowski, Melissa and Paul | 3:21-cv-00925 |
| 139 | Carson, Donna | 3:21-cv-00929 |
| 140 | Jenkins, Constance | 3:21-cv-00931 |
| 141 | Ashford, Ocieola | 3:21-cv-00971 |
| 142 | Mitchell, Chalmers C. | 3:21-cv-00975 |
| 143 | Grisham, Patricia | 3:21-cv-00982 |
| 144 | Bryan, Jeff | 3:21-cv-00998 |
| 145 | Cravillion, Brenda A. | 3:21-cv-01022 |
| 146 | Croy, Jennifer | 3:21-cv-01030 |
| 147 | Campbell-Turner, Virginia | 3:21-cv-01034 |
| 148 | Rose, Betty | 3:21-cv-01048 |
| 149 | Replogle, Virginia L. | 3:21-cv-01096 |
| 150 | Yelton-Motts, Jina Louise | 3:21-cv-01099 |
| 151 | Gilbert, David | 3:21-cv-01170 |
| 152 | Pitts, Mandy | 3:21-cv-01294 |
| 153 | Churchill, Janice | 3:21-cv-01685 |

| 154 | Anderson, Patricia Ann | 3:21-cv-01688 |
| 155 | Tomblin, Linda and Robert | 3:21-cv-01701 |
| 156 | Quiles, Maria and Angelo | 3:21-cv-01872 |
| 157 | Jackson, Susan K. | 3:21-cv-02452 |
| 158 | O'Dell, Pamela J. | 3:21-cv-02459 |
| 159 | Baker, Kevin O. | 3:21-cv-02471 |
| 160 | Mouton, James | 3:21-cv-02482 |
| 161 | Regenold, John W. | 3:21-cv-02549 |
| 162 | Mejia, Trisha | 3:21-cv-02552 |
| 163 | Richardson, Shirley D. | 3:21-cv-02560 |
| 164 | Saddler, Freddy | 3:21-cv-02564 |
| 165 | Collins, Keanta | 3:21-cv-02566 |
| 166 | McVey, R. Gregory | 3:21-cv-02569 |
| 167 | Slagle, Rachel W. and Elden | 3:21-cv-02581 |
| 168 | Wright, Darlene | 3:21-cv-02588 |
| 169 | Frasca, Janine P. | 3:21-cv-02686 |
| 170 | Bledsoe, Barbara | 3:21-cv-02737 |
| 171 | Cordova, Rita | 3:21-cv-02742 |
| 172 | Pickett, Marie | 3:21-cv-02741 |
| 173 | Crouse, Laurinda | 3:21-cv-02745 |
| 174 | Lewis, Missie D. | 3:21-cv-02762 |
| 175 | Clardy, Brycandis L. | 3:21-cv-02766 |
| 176 | Gray, Angela | 3:21-cv-03434 |
| 177 | Nance, Delores | 3:21-cv-03683 |
| 178 | Fomby, Wilmajean | 3:21-cv-03686 |
| 179 | Szolusha, Mark L. | 3:21-cv-03690 |
| 180 | Davis, Constance M. | 3:21-cv-03698 |
| 181 | Andes, Patricia J. and Charles D. | 3:21-cv-03704 |
| 182 | Harrod, Jennifer (f/k/a Gilbert, Jennifer) | 3:21-cv-03716 |
| 183 | Guy, Shirley J. and Edward | 3:21-cv-03748 |
| 184 | Kimble, Tammy | 3:21-cv-03760 |
| 185 | Graves, Norma Jean | 3:21-cv-03809 |
| 186 | Putek, Jacquelyn | 3:21-cv-03816 |
| 187 | Carver, Gwen B. and Jan R. | 3:21-cv-03869 |
| 188 | Cochran, Sarah | 3:21-cv-03878 |
| 189 | Brackin, Angela A. | 3:21-cv-03885 |
| 190 | Olson, Rex W. | 3:21-cv-03891 |
| 191 | McCormick-Otis, Patricia | 3:21-cv-03895 |
| 192 | Andrews, Alease | 3:21-cv-03902 |

| 193 | Lovincy, Stephanie A. | 3:21-cv-03927 |
| 194 | Nguyen, Tuyet P. and Sai Tran | 3:21-cv-03948 |
| 195 | Frye, Martin A. | 3:21-cv-03960 |
| 196 | Clay, Karolina | 3:21-cv-03971 |
| 197 | McCormick, Lori | 3:21-cv-03982 |
| 198 | Kupau, Davidene | 3:21-cv-04007 |
| 199 | Simmons, Andrea | 3:21-cv-04010 |
| 200 | Clark, Janice and William | 3:21-cv-04019 |
| 201 | Duncan, Donna F. and William H. | 3:21-cv-04024 |
| 202 | Moore, Willa | 3:21-cv-04123 |
| 203 | Martin, Jasmine | 3:21-cv-05010 |
| 204 | Miller, RuthAnn M. and Lauren | 3:21-cv-05014 |
| 205 | Snowton, Raqkisha | 3:21-cv-05019 |
| 206 | Reeves, Mazy Dianne | 3:21-cv-05022 |
| 207 | Crockett, Tyrone | 3:21-cv-05330 |
| 208 | Rainey, James | 3:21-cv-05351 |
| 209 | Romero, Cassandra Valdez | 3:21-cv-05362 |
| 210 | Christakis, George J. | 3:21-cv-06019 |
| 211 | McDonald, Mary | 3:21-cv-06128 |
| 212 | Hodge, Linda L. and Jerry | 3:21-cv-06145 |
| 213 | Williams, Charles | 3:21-cv-06158 |
| 214 | Fried, Sandra and Melvin | 3:21-cv-06456 |
| 215 | Herold, Joseph | 3:21-cv-06475 |
| 216 | Brock, Jimmy R. | 3:21-cv-07863 |
| 217 | Armstrong, Necia M. | 3:21-cv-08340 |
| 218 | Verret, Michelle | 3:21-cv-08347 |
| 219 | Morse, Theresa D. | 3:21-cv-08373 |
| 220 | Norwood, Joan K. | 3:21-cv-08385 |
| 221 | Johnson, Jennifer | 3:21-cv-08415 |
| 222 | Sigman, Robert | 3:21-cv-08522 |
| 223 | Covington, Deborah H. and George V. | 3:21-cv-08526 |
| 224 | Lagrimas, Jr., Mariano | 3:21-cv-08543 |
| 225 | Holbrooks, Shelly A. | 3:21-cv-08557 |
| 226 | Domroe, William | 3:21-cv-09594 |
| 227 | Durfee, Peggy Ann | 3:21-cv-09616 |
| 228 | Roscoe, Kimberly | 3:21-cv-10239 |
| 229 | Penner, Dianne D. | 3:21-cv-10263 |
| 230 | Freeze, Charles W. | 3:21-cv-10273 |
| 231 | Walker, Patrice and Troiler, Anthony | 3:21-cv-10680 |

| 232 | Stevenson, Shae | 3:21-cv-11012 |
| 233 | Dodson, Ronald Earl | 3:21-cv-11031 |
| 234 | Justice, Kathy | 3:21-cv-11049 |
| 235 | Matias, Barbara | 3:21-cv-11052 |
| 236 | Ieraci, Natale | 3:21-cv-11067 |
| 237 | Ferris, Janelle M. | 3:21-cv-11074 |
| 238 | Brandon, Dorothy M. | 3:21-cv-11078 |
| 239 | Benedict, Sharon Lynn and Byron | 3:21-cv-11601 |
| 240 | Forte, Joan J. | 3:21-cv-12017 |
| 241 | Canada, Karla | 3:21-cv-12108 |
| 242 | Williams, Theresa | 3:21-cv-12112 |
| 243 | Van Bibber-Martin, Stephanie and Martin, Tim | 3:21-cv-12115 |
| 244 | Black, Robert, M.D. | 3:21-cv-12120 |
| 245 | Ballard, Anna and William | 3:20-cv-09004 |
| 246 | Burgess, Stephanie L. | 3:20-cv-18592 |
| 247 | Daley, Mairon D. and John R. | 3:20-cv-09602 |
| 248 | Elliott, Beverly J. | 3:20-cv-18696 |
| 249 | Dillihunt, Latonya | 3:20-cv-18826 |
| 250 | Jones, Marcia A. | 3:20-cv-18727 |
| 251 | Pullin, Barbara S. and Gary E. | 3:20-cv-08626 |
| 252 | Scott, Ashley R. | 3:20-cv-10816 |
| 253 | Spatafore, Beverly J. and John A. | 3:20-cv-02076 |
| 254 | Kish, Diann L. | 3:20-cv-18816 |
| 255 | Yanno, Eleanor A. | 3:20-cv-09745 |
| 256 | Crawford, Cheryl | 3:21-cv-12165 |
| 257 | Mohler, Lissa and Nolan, Katherine M. | 3:21-cv-12487 |
| 258 | Brant, William | 3:21-cv-12988 |
| 259 | Peoples, Marjorie M. and Curtis | 3:21-cv-13227 |
| 260 | Berthelsen, Lori | 3:21-cv-13233 |
| 261 | Tiedemann, Tina | 3:21-cv-13275 |
| 262 | Miller, Susie and Kevin | 3:21-cv-13351 |
| 263 | Denune-Roy, Nikki | 3:21-cv-13365 |
| 264 | Richardson, Charles E. | 3:21-cv-13444 |
| 265 | Fout, Dennis L. | 3:21-cv-13437 |
| 266 | Breaux, Rufus | 3:21-cv-13461 |
| 267 | Kirby-Fondulis, Debra and Fondulis, Jon | 3:21-cv-13566 |
| 268 | Contreras, Cinnamon | 3:21-cv-13590 |
| 269 | Ganzer, Cheryl | 3:21-cv-13619 |
| 270 | Kavarana, Imroze and Percy | 3:21-cv-14064 |

| 271 | Walsh, Carolyn A. and Lawhorne, Darrell F. | 3:21-cv-14079 |
| 272 | Starks, Reuben M. | 3:20-cv-16701 |
| 273 | Boson, Megan Wright | 3:20-cv-16769 |
| 274 | Brown, Shirlene D. | 3:20-cv-17022 |
| 275 | Albert, Mary L. and James M. | 3:21-cv-00096 |
| 276 | Jackson, Rebecca | 3:21-cv-04790 |
| 277 | Smith, Jodie M. | 3:21-cv-11008 |
| 278 | Mattern, Georgia | 3:20-cv-18370 |