## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system the ____ day of _____, 20 ____.

/s/ Jason P. Foster