UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>------------------------------------------------- | MDL No. 2738 (FLW) (LHG)<br><br><br><br><br>LOCAL RULE 7.1.1 DISCLOSURE STATEMENT |

Pursuant to Local Rule 7.1.1, Merson Law, PLLC, on behalf of Plaintiff Melanie Finley, File No.: 3:17-cv-02391, whom it represents in this Multidistrict Litigation, without waiver of any rights and over objection to the disclosure mandated by this rule, hereby states as follows:

1. Plaintiff Melanie Finley **is not** receiving any funding for some or all of her attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

2. Plaintiff Melanie Finley **is not** receiving any funding for some or all of her attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

    Respectfully Submitted,

    /s/ *Jordan K. Merson, Esq.*

    Jordan K. Merson, Esq.
    jmerson@mersonlaw.com
    Andrew Buzin, Esq.
    abuzin@buzinlaw.com
    Jaclyn M. Ponish, Esq.
    jponish@mersonlaw.com
    **Merson Law, PLLC**
    950 Third Avenue, 18th Floor
    New York, New York 10022