UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
******************************************************************

**STACY BARRETT,**

                               Plaintiff,

   v.

**CIVIL ACTION NO: 3:21-cv-14514**

**JOHNSON & JOHNSON, and
JOHNSON & JOHNSON CONSUMER
INC., f/k/a/ JOHNSON & JOHNSON
CONSUMER COMPANIES, INC.,**

                               Defendants.

******************************************************************

### Certificate of Service

I hereby certify that on August 5, 2021, I properly posted and inserted a package that included the Summons, the Short Form Complaint, Civil Cover Sheet and Notice of Filing into a United States Post Office depository addressed to Law Department, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933 and therefore I am filing this Certificate of Service with the clerk of the District Court using its CM/ECF system.

                                                                                                                     */s/ Kayla Brightman*
                                                                      The Dietrich Law Firm P.C.
                                                                      101 John James Audubon Parkway
                                                                      716-839-3939
                                                                      kbrightman@calljed.com
                                                                      Attorneys for Stacy Barrett