UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STACY BARRETT,**

               Plaintiff,

v.

**CIVIL ACTION NO: 3:21-cv-14514**

**JOHNSON & JOHNSON, and
JOHNSON & JOHNSON CONSUMER
INC., f/k/a/ JOHNSON & JOHNSON
CONSUMER COMPANIES, INC.,**

               Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Certificate of Service**

I hereby certify that on August 5, 2021, I properly posted and inserted a package that included the Summons, the Short Form Complaint, Civil Cover Sheet and Notice of Filing into a United States Post Office depository addressed to Law Department, Johnson & Johnson Consumer, Inc., f/k/a Johnson & Johnson Consumer Companies, Inc., One Johnson & Johnson Plaza, New Brunswick, New Jersey 08933 and therefore I am filing this Certificate of Service with the clerk of the District Court using its CM/ECF system.

*[signature]*
The Dietrich Law Firm P.C.
101 John James Audubon Parkway
716-839-3939
kbrightman@calljed.com
Attorneys for Stacy Barrett