## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>JOSEPH P. TRSTENSKY, JR., Individually and as Executor of the ESTATE OF SANDRA L. TRSTENSKY, deceased,<br>       Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No: 3:21-cv-14579<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on August 4, 2021 on behalf of Joseph P. Trstensky, Jr., Individually and as Executor of the Estate of Sandra L. Trstensky, deceased.

Dated: August 5, 2021        Respectfully submitted:

                */s/ Michael Goetz*
                _____
                MICHAEL GOETZ, ESQUIRE
                Florida Bar No. 963984
                Morgan & Morgan
                Complex Litigation Group
                One Tampa City Center, 7th Floor
                201 N. Franklin Street
                Tampa, Florida 33602
                Telephone (813) 223-5505
                Facsimile (813) 223-5402
                E-Mail: MGoetz@forthepeople.com
                Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system August 5, 2021.

                              /s/ Michael Goetz
                              Attorney for Plaintiff