# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| ------------------------------------------------ | LOCAL RULE 7.1.1 DISCLOSURE STATEMENT |

Pursuant to Local Rule 7.1.1, the Law Offices of Jeffrey S. Glassman, LLC, on behalf of Plaintiff Diane Byrnes-Lavoie, File No.: 3:21-cv-05147, whom it represents in this Multidistrict Litigation, without waiver of any rights and over objection to the disclosure mandated by this rule, hereby states as follows:

1. Plaintiff Diane Byrnes-Lavoie is not receiving any funding for some or all of her attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

2. Plaintiff Diane Byrnes-Lavoie is not receiving any funding for some or all of her attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Respectfully Submitted,

/s/  Julie E. Lamkin

Julie E. Lamkin, Esq.
**Law Offices of Jeffrey S. Glassman, LLC**
One International Place, Suite 1810
Boston, MA 02110
(617) 367-2900
jlamkin@jeffreysglassman.com
MA Bar No. 680482
Attorney for Diane Byrnes-Lavoie

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2021, a copy of the foregoing LOCAL RULE 7.1.1 DISCLOSURE STATEMENT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/  Julie E. Lamkin

Julie E. Lamkin, Esq.
**Law Offices of Jeffrey S. Glassman, LLC**
One International Place, Suite 1810
Boston, MA 02110
(617) 367-2900
jlamkin@jeffreysglassman.com
MA Bar No. 680482
Attorney for Diane Byrnes-Lavoie