# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>----<br>This Document Relates to:<br><br>JACK G. GIBBS, JR., Administrator of the Estate of ALOMA GIBBS<br>Case No. 3:18-cv-159<br><br>And<br><br>APRIL HANAWAY, Special Administrator For the Estate of MARTHA JANE ODLE<br>Case No. 3:17-cv-6855 | Case No. 3:16 md 02738<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br>**LOCAL RULE 7.1.1<br>DISCLOSURE STATEMENT** |

Pursuant to Local Rule 7.1.1, Plaintiffs Jack G. Gibbs, Jr (Case No. 3:18-cv-159) and April Hanaway (Case No. 3:17-cv-6855) by and through their undersigned counsel, Colley Shroyer & Abraham Co., LPA, hereby state as follows:

1. The above-named Plaintiffs, **GIBBS** and **HANAWAY**, are not receiving any funding for some or all of its attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

2. Plaintiffs GIBBS and HANAWAY are not receiving any funding for some or all of its attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a

contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal bank or bank loan, or insurance.

                          Respectfully submitted,

                          Daniel N. Abraham       (OH - 0023457)
                          **COLLEY SHROYER & ABRAHAM CO., LPA**
                          536 South High Street, 2nd Floor
                          Columbus, Ohio 43215
                          T: (614) 228-6453
                          F: (614) 228-7122
                          E: dabraham@csajustice.com

                          *Attorney for Plaintiffs*
                          Jack G. Gibbs, Jr., Administrator of the
                          Estate of Aloma Gibbs

                          AND

                          April Hanaway, Special Administrator
                          For the Estate of Martha Jane Odle

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties.

                          Daniel N. Abraham       (OH – 0023457)