UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| This document relates to: *Barbara Becker v. Johnson & Johnson, et al.,* Case No. 3:17-cv-12985 | |

**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

Under Local Rule 7.1.1, Plaintiff Barbara Becker, through undersigned counsel, states that she is not receiving any funding from any person or entity that is not a party for some or all of her attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation, or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated:  August 5, 2021    Respectfully Submitted,

By:  s/ *Robert B. Carey*
Robert B. Carey
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
(602) 840-5900
rob@hbsslaw.com

*Attorney for Plaintiff Barbara Becker*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been electronically filed with the Court on August 5, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

HAGENS BERMAN SOBOL SHAPIRO LLP

s/ *Robert B. Carey*
Robert B. Carey
11 West Jefferson, Suite 1000
Phoenix, AZ  85003
(602) 840-5900
rob@hbsslaw.com
