## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>  *Cabello*, 3:19-cv-17165<br>  *Crowley, et. al.*, 3:18-cv-00985<br>  *Davis, et al.*,  3:19-cv-20394<br>  *England, et al.*, 3:20-cv-02135<br>  *Martinez, et al.*, 3:17-cv-12439<br>  *Massaro*, 3:17-cv-11026<br>  *Schneider*, 3:18-cv-04388 | MDL No. 3:16-md-02738 (FLW) (LHG) |

## **LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1, Plaintiffs *Cabello*, 3:19-cv-17165, *Crowley, et. al.*, 3:18-cv-00985, *Davis, et al.*,  3:19-cv-20394, *England, et al.*, 3:20-cv-02135, *Martinez, et al.*, 3:17-cv-12439, *Massaro*, 3:17-cv-11026, and *Schneider*, 3:18-cv-04388, through undersigned counsel, state that they are not receiving any funding from any person or entity that is not a party for some or all of their attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation, or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: August 5, 2021

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN

By: _____
Wendy R. Fleishman (NY Bar No. 2500429)
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
wfleishman@lchb.com

2289937.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021 a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

_____
Wendy R. Fleishman

2289937.1