**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>    *Parker*, 3:20-cv-06156<br>    *Jones*, 3:19-cv-20134 | MDL No. 3:16-md-02738 (FLW) (LHG) |

**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1, Plaintiffs *Parker*, 3:20-cv-06156 and *Jones*, 3:19-cv-20134, through undersigned counsel, state that they are not receiving any funding from any person or entity that is not a party for some or all of their attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation, or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated:  August 6, 2021

Respectfully submitted,

/s/ Ronald R. Parry
Ronald R. Parry (OH Bar No. 0038027)
STRAUSS TROY CO., LPA
The Federal Reserve Building
150 East Fourth Street, 4th Floor
Cincinnati, Ohio  45202-4018
513-621-2120 (Telephone)
513-241-8259 (Facsimile)
rrparry@strausstroy.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ Ronald R. Parry
Ronald R. Parry

15347241docx