**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** |
| ------------------------------------------------ | **LOCAL RULE 7.1.1 DISCLOSURE STATEMENT** |

Pursuant to Local Rule 7.1.1, The Potts Law Firm, LLP, on behalf of the Plaintiffs it represents in this Multidistrict Litigation (list of Plaintiffs set forth in Exhibit A), without waiver of any rights and over objection to the disclosure mandated by this rule, hereby states as follows:

(1)  Virage Capital Management, LP, 1700 Post Oak Blvd, 2 BLVD Place Suite 300, Houston, Texas 77056. On information and belief, this company was formed in Delaware.

(2)  Virage Capital has no rights to approve, counsel, or otherwise be involved in any way with any decisions related to litigation or settlement decisions.

(3)  Virage Capital Management has a contingent financial interest in the attorney fees and expenses, if received, from this case.

Dated: August 6, 2021                                  Respectfully Submitted,

                                                                         */s/ Adam T. Funk*
                                                                         Derek H. Potts
                                                                         Adam T. Funk
                                                                         **The Potts Law Firm, LLP**
                                                                         3737 Buffalo Speedway, Suite 1900
                                                                         Houston, TX 77098
                                                                         713.963.8881
                                                                         713.583.5388 facsimile
                                                                         dpotts@potts-law.com
                                                                         afunk@potts-law.com

                                                                         ATTORNEYS FOR PLAINTIFFS

**Exhibit A**

|     | **Plaintiff** | **Civil Action No.** |
|-----|---------------|----------------------|
| 1.  | Abner, Suzanne | 3:17-cv-11616 |
| 2.  | Amenta, Cathy | 3:18-cv-02662 |
| 3.  | Anderson, Marthell | 3:17-cv-11638 |
| 4.  | Andrews, Melissa | 3:17-cv-10675 |
| 5.  | Baines, A. ShawnMonique | 3:17-cv-11398 |
| 6.  | Bardsley, Camille | 3:19-cv-00137 |
| 7.  | Barneburg, Kathy | 3:18-cv-02713 |
| 8.  | Barnes, Lauren | 3:19-cv-00297 |
| 9.  | Barry, Geraldine | 3:19-cv-00326 |
| 10. | Bartosiak, Audrey | 3:19-cv-00339 |
| 11. | Bearden, Donna | 3:17-cv-12337 |
| 12. | Bedford, Wanda | 3:17-cv-00791 |
| 13. | Bejec, Lilia | 3:17-cv-11699 |
| 14. | Benecke, Jean | 3:17-cv-06423 |
| 15. | Benham-Singh, Denise | 3:19-cv-00439 |
| 16. | Berg, Brenda | 3:17-cv-10807 |
| 17. | Bernstein, Gloria | 3:18-cv-00157 |
| 18. | Betz, Michelle | 3:19-cv-00454 |
| 19. | Bienemy, Phillis | 3:18-cv-15310 |
| 20. | Bingman, Robin | 3:18-cv-10124 |
| 21. | Bishop, Donna | 3:17-cv-11713 |
| 22. | Blackmore, Jean | 3:19-cv-00347 |
| 23. | Bobo, Georgia | 3:19-cv-00509 |
| 24. | Bocko, Donna | 3:20-cv-01322 |
| 25. | Boldin, Emma | 3:18-cv-07958 |
| 26. | Bourne, Regina | 3:19-cv-00562 |
| 27. | Bowne, Nancy | 3:17-cv-10499 |
| 28. | Brooks, Rosemary | 3:18-cv-16869 |
| 29. | Brossard, Carol | 3:17-cv-11673 |
| 30. | Brown, Cheryl | 3:17-cv-11677 |
| 31. | Brown, Virginia | 3:17-cv-12489 |
| 32. | Buencamino, Nella | 3:20-cv-01134 |
| 33. | Burt, Doreen | 3:19-cv-16500 |
| 34. | Butler, Lisa | 3:19-cv-14504 |
| 35. | Byrd, Laura | 3:17-cv-11938 |
| 36. | Cabrera, Virginia | 3:19-cv-00609 |
| 37. | Caine, Sandra | 3:17-cv-11729 |
| 38. | Campbell, Davelene | 3:19-cv-00676 |

| | | |
|---|---|---|
| 39. | Cann, Diana | 3:18-cv-03960 |
| 40. | Cantu, Maria | 3:17-cv-11901 |
| 41. | Cassetti, Judy | 3:17-cv-11760 |
| 42. | Champagne, Cathey | 3:17-cv-06882 |
| 43. | Chandler, Shauntia | 3:19-cv-18048 |
| 44. | Chapel, Sandra | 3:17-cv-05520 |
| 45. | Chapman, Meredith | 3:17-cv-05263 |
| 46. | Chatmon, Christine | 3:20-cv-01135 |
| 47. | Claffey, Barbara | 3:17-cv-11792 |
| 48. | Collins, Gladys | 3:19-cv-09951 |
| 49. | Cooper, Otha | 3:17-cv-11803 |
| 50. | Crase, Lynette | 3:17-cv-12557 |
| 51. | Darnell, Donna | 3:17-cv-05129 |
| 52. | Davis, Fern | 3:19-cv-00699 |
| 53. | Davis, Lorilee | 3:19-cv-00916 |
| 54. | Demeduk, Joann | 3:17-cv-12597 |
| 55. | Diefenderfer, Traci | 3:17-cv-05424 |
| 56. | Dirico, Mary | 3:19-cv-01012 |
| 57. | Donahue, Beverly | 3:17-cv-11956 |
| 58. | Donis, Arlene | 3:17-cv-12629 |
| 59. | Donnelly, Laura | 3:17-cv-12125 |
| 60. | Doty, Therese | 3:19-cv-01039 |
| 61. | Dufresne, Nina | 3:20-cv-01137 |
| 62. | Dumovich, Susan | 3:19-cv-01092 |
| 63. | Dykstra, Joan | 3:18-cv-17446 |
| 64. | Ellis, Teresa | 3:17-cv-03588 |
| 65. | Enera, Paulette | 3:19-cv-01121 |
| 66. | Falk, Janet | 3:17-cv-05615 |
| 67. | Fears, Margaret | 3:21-cv-00763 |
| 68. | Fitzhugh, Sherri | 3:21-cv-00870 |
| 69. | Forney, Lula | 3:19-cv-14542 |
| 70. | Fox, Marjorie | 3:20-cv-05303 |
| 71. | Friend, Glenna | 3:17-cv-12315 |
| 72. | Gaius, Peggy | 3:17-cv-11989 |
| 73. | Garcia, Maria | 3:17-cv-12363 |
| 74. | Gasper, Sally | 3:17-cv-12691 |
| 75. | Giardello, Michele | 3:18-cv-17076 |
| 76. | Gillette, Paula | 3:19-cv-01165 |
| 77. | Goode, Shanna | 3:17-cv-11458 |
| 78. | Gottlieb, Dora | 3:17-cv-12065 |
| 79. | Graham, Carrie | 3:19-cv-13015 |

| 80.  | Grant, Felice         | 3:17-cv-12657 |
|------|-----------------------|---------------|
| 81.  | Greene, Cynthia       | 3:20-cv-05302 |
| 82.  | Green-Usher, Debra    | 3:18-cv-00937 |
| 83.  | Grondahl, Lucy        | 3:17-cv-04467 |
| 84.  | Hackett-Maine, Deborah| 3:17-cv-12085 |
| 85.  | Hargrove, Jennifer    | 3:17-cv-00791 |
| 86.  | Harrigan, Catherine   | 3:17-cv-12663 |
| 87.  | Harris, Natasha       | 3:17-cv-12802 |
| 88.  | Hasaka, Roxanna       | 3:17-cv-12778 |
| 89.  | Hatfield, Teresa      | 3:20-cv-18736 |
| 90.  | Haviland, Debbie      | 3:17-cv-13432 |
| 91.  | Hayman, Shelia        | 3:19-cv-00038 |
| 92.  | Heard, Deborah        | 3:17-cv-12850 |
| 93.  | Hill, Hazel           | 3:17-cv-12102 |
| 94.  | Hill, Karen           | 3:17-cv-05032 |
| 95.  | Hill, Rachel          | 3:19-cv-01236 |
| 96.  | Holmes, Margaret      | 3:17-cv-11559 |
| 97.  | Hoppe, Eileen         | 3:17-cv-10934 |
| 98.  | Horne, Lossie         | 3:17-cv-12162 |
| 99.  | Hudson, Karie         | 3:17-cv-10901 |
| 100. | Hyde, Jolene          | 3:19-cv-01411 |
| 101. | Jenks, Faye           | 3:17-cv-11405 |
| 102. | Johnson, Debra        | 3:19-cv-01500 |
| 103. | Johnson, Luanna       | 3:17-cv-12185 |
| 104. | Jones, Bessie         | 3:17-cv-03976 |
| 105. | Kaup, Virginia        | 3:17-cv-13470 |
| 106. | Keen, Phyllis         | 3:19-cv-04654 |
| 107. | Keith, Kathleen       | 3:17-cv-12862 |
| 108. | Kelly, Graciela       | 3:20-cv-01198 |
| 109. | Kennedy, Sharon       | 3:17-cv-04871 |
| 110. | Knudsen, Theresa      | 3:18-cv-00178 |
| 111. | Koch, Glenda          | 3:17-cv-00791 |
| 112. | Langley, Alice        | 3:17-cv-11575 |
| 113. | Lemaster, Christy     | 3:17-cv-13419 |
| 114. | Lenort, Susan         | 3:17-cv-12222 |
| 115. | Linfield, Brenda      | 3:17-cv-05036 |
| 116. | Longberry, Autumn     | 3:19-cv-21439 |
| 117. | Lowe, Gloria          | 3:17-cv-13218 |
| 118. | Lowry, Pamela         | 3:19-cv-04814 |
| 119. | Lusardi, Madeline     | 3:18-cv-00010 |
| 120. | Luye, Rita            | 3:17-cv-08194 |

| | | |
|---|---|---|
| 121. | Lyons, Robin | 3:17-cv-05326 |
| 122. | Macias, Francis | 3:18-cv-01309 |
| 123. | Mackey, Nina | 3:20-cv-01200 |
| 124. | Mann, Wanda | 3:19-cv-06948 |
| 125. | Marofsky, Adrienne | 3:17-cv-13500 |
| 126. | Martinez, Caroline | 3:17-cv-13695 |
| 127. | Martinez, Diane | 3:19-cv-06941 |
| 128. | Martling, Katy | 3:20-cv-01132 |
| 129. | Martovitz, Laura | 3:17-cv-13553 |
| 130. | Marty, Tammy | 3:19-cv-04940 |
| 131. | Matthew, Verdmay | 3:17-cv-13688 |
| 132. | Mayo, Diana | 3:17-cv-13643 |
| 133. | McCormick, Yvonnie | 3:17-cv-13716 |
| 134. | McCurty, Corine | 3:18-cv-00783 |
| 135. | McDonald, Kristy | 3:18-cv-12472 |
| 136. | McKnight, Theresa | 3:17-cv-13750 |
| 137. | McManus, Susan | 3:19-cv-12128 |
| 138. | McQuillan, Mary | 3:17-cv-00791 |
| 139. | McVay, Marcia | 3:18-cv-00031 |
| 140. | Michaels, Alice | 3:18-cv-00051 |
| 141. | Michaels, Chrystasya | 3:18-cv-16981 |
| 142. | Miller, Cristina | 3:18-cv-00129 |
| 143. | Miloro, Elizabeth | 3:19-cv-05091 |
| 144. | Monroe, Linda | 3:18-cv-02344 |
| 145. | Moore, Martha | 3:17-cv-05063 |
| 146. | Motes, Alisha | 3:18-cv-00189 |
| 147. | Moyes, Edna | 3:20-cv-05301 |
| 148. | Murphy, Ida | 3:17-cv-11415 |
| 149. | Nicolette, Linda | 3:18-cv-00085 |
| 150. | O'Brien, Wilma | 3:17-cv-00791 |
| 151. | O'Neil, Annette | 3:19-cv-15760 |
| 152. | Padilla, Dora | 3:17-cv-11393 |
| 153. | Parker, Alison | 3:18-cv-00130 |
| 154. | Pasternak, Marilyn | 3:17-cv-11492 |
| 155. | Patel, Nilaben | 3:18-cv-00126 |
| 156. | Patel, Urmila | 3:18-cv-07938 |
| 157. | Patton, Linda | 3:19-cv-05129 |
| 158. | Pearson, Stephanie | 3:18-cv-00860 |
| 159. | Perry Smith, Frances | 3:17-cv-13456 |
| 160. | Piper, Ann | 3:17-cv-00791 |
| 161. | Pratt, Joyce | 3:17-cv-11576 |

4

| 162. | Quinn, Jackie | 3:17-cv-07820 |
|---|---|---|
| 163. | Ramirez, Gloria | 3:18-cv-00529 |
| 164. | Reagan, Rae | 3:17-cv-11477 |
| 165. | Rebrovich, Patricia | 3:20-cv-01202 |
| 166. | Reed, Natasha | 3:18-cv-10883 |
| 167. | Renwand, Cynthia | 3:19-cv-05329 |
| 168. | Resua, Nancy | 3:18-cv-17018 |
| 169. | Reynolds, Charlene | 3:17-cv-07594 |
| 170. | Richard, Gwendolyn | 3:18-cv-00318 |
| 171. | Riegel, Sandra | 3:18-cv-00236 |
| 172. | Riffe, Lyneita | 3:19-cv-06960 |
| 173. | Robertson, June | 3:17-cv-09362 |
| 174. | Rodriguez, Iris | 3:18-cv-00245 |
| 175. | Rose, Joyce | 3:18-cv-01300 |
| 176. | Sarver, Diane | 3:18-cv-00395 |
| 177. | Schmucker, Melanie | 3:18-cv-00260 |
| 178. | Schroer, Sharon | 3:18-cv-00294 |
| 179. | Schultz, Samantha | 3:19-cv-14494 |
| 180. | Schumacher, Jody | 3:18-cv-00366 |
| 181. | Sheppard, Katherine | 3:17-cv-11835 |
| 182. | Sleeter, Janet | 3:17-cv-11380 |
| 183. | Smardo, Kerry | 3:18-cv-15384 |
| 184. | Smith, Rosemary | 3:20-cv-01324 |
| 185. | Sowell, Deloris | 3:17-cv-09255 |
| 186. | Spencer, Patricia | 3:17-cv-11370 |
| 187. | Stewart, Candace | 3:18-cv-00771 |
| 188. | Stewart, Gennette | 3:19-cv-05432 |
| 189. | Stockton, Stephani | 3:18-cv-00578 |
| 190. | Swets, Linda | 3:19-cv-05540 |
| 191. | Swift, Mary | 3:20-cv-01203 |
| 192. | Taggart, Dora | 3:18-cv-00427 |
| 193. | Tarsky, Ilene | 3:18-cv-00449 |
| 194. | Terry, Shawna | 3:18-cv-00587 |
| 195. | Thai, Susan | 3:18-cv-00595 |
| 196. | Thomas, Dorothy | 3:18-cv-02100 |
| 197. | Thomas, Nica | 3:18-cv-14391 |
| 198. | Thompson, Terry | 3:19-cv-21504 |
| 199. | Umbarger, Marie | 3:18-cv-11129 |
| 200. | Vadeboncoeur, Cara | 3:20-cv-01207 |
| 201. | Vaisben, Edna | 3:18-cv-00759 |
| 202. | Valure, Tanya | 3:17-cv-05344 |

| | | |
|---|---|---|
| 203. | Van Voorhis, Barbara | 3:17-cv-06893 |
| 204. | Vaughan, Sandi | 3:19-cv-05681 |
| 205. | Vazquez, Norma | 3:17-cv-12403 |
| 206. | Walker, Sandra | 3:18-cv-00799 |
| 207. | Walton, Michele | 3:18-cv-00807 |
| 208. | Ware, Theresa | 3:18-cv-00868 |
| 209. | Wells, Lucienne | 3:17-cv-05315 |
| 210. | Wengert, Kristina | 3:17-cv-11868 |
| 211. | West, Elizabeth | 3:19-cv-13002 |
| 212. | Whitfield, Sonja | 3:17-cv-11442 |
| 213. | Whitney, Lillian | 3:19-cv-05877 |
| 214. | Withers, Judith | 3:19-cv-16493 |
| 215. | Woodall, Sherry | 3:17-cv-05538 |
| 216. | Works, Stacy | 3:19-cv-00071 |
| 217. | Wright, Deborah | 3:18-cv-12118 |
| 218. | Wright, Lois | 3:18-cv-00881 |
| 219. | Young, Deborah | 3:21-cv-12849 |
| 220. | Zingaro Hershey, Gina | 3:17-cv-05658 |
| 221. | Zirbel, Dianne | 3:20-cv-01326 |
| 222. | Zuffoletto, Jules | 3:18-cv-16435 |