UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Branch*, 3:18-cv-13247<br>*Lee, etc., et al.*, 3:19-cv-08374<br>*King, etc., et al.*, 3:18-cv-13257 | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 3:16-md-02738 (FLW) (LHG) |

## LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1, Plaintiffs *Branch,* 3:18-cv-13247, *Lee, etc., et al.*, 3:19-cv-08374, and *King, etc., et al.*, 3:18-cv-13257, through undersigned counsel, state that they are not receiving any funding from any person or entity that is not a party for someor all of their attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation, or (2) a non- monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: August 9, 2021                              Respectfully submitted,

                                                                                    /s/ *Dennis F. O'Brien*
                                                                           Dennis F. O'Brien, Esquire
                                                                           Fed. Bar ID: 00771
                                                                           Dennis F. O'Brien, P.A.
                                                                           2012 S. Tollgate Road, Suite 209
                                                                           Bel Air, Maryland 21015
                                                                           obie26@aol.com
                                                                           (410) 420-7411 P
                                                                           (410) 420-6647 F
                                                                           *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021 a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

          /s/ *Dennis F. O'Brien*
Dennis F. O'Brien, Esquire
Fed. Bar ID: 00771
Dennis F. O'Brien, P.A.
*Attorney for Plaintiffs*