UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Kleiner, et al. v. Rite Aid Corporation, et al., )
    E.D. Pennsylvania, C.A. No. 2:21-03366     )     MDL No. 2738

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Kleiner*) on August 2, 2021. The Panel has been advised that *Kleiner* was remanded to the Court of Common Pleas of Philadelphia County, Pennsylvania by the Honorable Michael M. Baylson in an order filed on August 6, 2021.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-268" filed on August 2, 2021, is VACATED.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel