# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

This document relates to:
 *The Estate of Pamela J. Hall, et al,* 3:21-cv-02755
 *Dayna Shliger,* 3:20-cv-19473
 *The Estate of Barbara Lea Smith, et al,* 3:19-cv-21010
 *The Estate of Delores Ann Bostwick, et al,* 3:21-cv-02759
 *The Estate of Robin Y. Terry, et al,* 3:21-cv-02758
 *Adrienne Wodenka,* 3:21-cv-02753

## LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1, Plaintiffs listed above, *The Estate of Pamela J. Hall, Dayna Shliger, the Estate of Barbara Lea Smith, the Estate of Delores Ann Bostwick, the Estate of Robin Y. Terry and Adrienne Wodenka,* through undersigned counsel, state that they are not receiving any funding from any person or entity that is not a party for some or all of their attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation, or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: **08/10/2021**

Respectfully submitted,

SEITHEL LAW, LLC

By: s/Lynn Seithel_____ (S.C. 8017)
Post Office Box 1929
Charleston, South Carolina 29457
843-557-1699 (Direct Dial)
800-818-0433 (Fax)
Lynn@Seithellaw.com
***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I represent that all Counsel of Record have been served with Plaintiffs' Local Rule 7.1.1 Disclosure Statement by electronic means through the Court's ECF system.

Dated: August 10, 2021                                    s/Lynn Seithel