# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Thomas Baca, et al. v. Johnson & Johnson, et al.<br>Civil No. 3:21-cv-15087 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 10, 2021 on behalf of Plaintiffs Thomas Baca, an individual and as Successor in interest to Josephine Baca; and Alyssia Baca.

DATED: August 10, 2021                 BISNAR|CHASE LLP

                                                    By:   /s/ Tom Antunovich
                                                            BRIAN D. CHASE
                                                            TOM ANTUNOVICH
                                                            Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                  BISNAR|CHASE LLP

By:    /s/ Tom Antunovich
         BRIAN D. CHASE
         TOM ANTUNOVICH