## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**TERESA JUAREZ,** | MDL No. 2738 (FLW)(LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>CIVIL ACTION No. 3:21-cv-15091 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 10, 2021 on behalf of Plaintiff, Teresa Juarez.

Dated: August 10, 2021        Respectfully Submitted by:

                                               By: /s/ Daniel J. Thornburgh
                                               Daniel J. Thornburgh
                                               Aylstock, Witkin, Kreis, & Overholtz
                                               17 East Main Street, Suite 200
                                               Pensacola, FL 32502
                                               Telephone: 850-202-1010
                                               Fax: 850-916-7449
                                               dthornburgh@awkolaw.com

                                               *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  August 10, 2021			Respectfully Submitted by:


					By: /s/ Daniel J. Thornburgh
					Daniel J. Thornburgh
					Aylstock, Witkin, Kreis, & Overholtz
					17 East Main Street, Suite 200
					Pensacola, FL 32502
					Telephone: 850-202-1010
					Fax: 850-916-7449
					dthornburgh@awkolaw.com