UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**MABLE SHADWICK,** | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-15094 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 10, 2021 on behalf of Plaintiff, Mable Shadwick.

Dated: August 10, 2021                Respectfully Submitted by:

                                                    By: /s/ Daniel J. Thornburgh
                                                    Daniel J. Thornburgh
                                                    Aylstock, Witkin, Kreis, & Overholtz
                                                      17 East Main Street, Suite 200
                                                    Pensacola, FL 32502
                                                    Telephone: 850-202-1010
                                                    Fax: 850-916-7449
                                                    dthornburgh@awkolaw.com

                                                    *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  August 10, 2021                    Respectfully Submitted by:


                                           By: /s/ Daniel J. Thornburgh
                                           Daniel J. Thornburgh
                                           Aylstock, Witkin, Kreis, & Overholtz
                                           17 East Main Street, Suite 200
                                           Pensacola, FL 32502
                                           Telephone: 850-202-1010
                                           Fax: 850-916-7449
                                           dthornburgh@awkolaw.com