**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Nakashia Minix v. Johnson & Johnson, et al.<br>Civil No. 3:21-cv-15106 | Civil No.  3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 10, 2021 on behalf of Plaintiff Nakashia Minix.


DATED: August 10, 2021                         BISNAR|CHASE LLP

                                                      By:     /s/ Tom Antunovich
                                                              BRIAN D. CHASE
                                                              TOM ANTUNOVICH
                                                              Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.


BISNAR|CHASE LLP

By:  /s/ Tom Antunovich
   BRIAN D. CHASE
   TOM ANTUNOVICH