# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Alana Streetman v. Johnson & Johnson, et al.<br>Civil No. 3:21-cv-15111 | Civil No.  3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 10, 2021 on behalf of Plaintiff Alana Streetman.

DATED: August 10, 2021                             BISNAR|CHASE LLP

                                                                  By:   /s/ Tom Antunovich
                                                                        BRIAN D. CHASE
                                                                        TOM ANTUNOVICH
                                                                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                            BISNAR|CHASE LLP

By:    /s/ Tom Antunovich
         BRIAN D. CHASE
         TOM ANTUNOVICH