**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Walter Jones v. Johnson & Johnson, et al.<br>Civil No. 3:21-cv-15180 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 11, 2021 on behalf of Plaintiff WALTER JONES, an individual and as successor-in-interest to LINDA JONES (deceased).

DATED: August 11, 2021                        BISNAR|CHASE LLP

                 By: /s/ *Tom Antunovich*
                    BRIAN D. CHASE
                    TOM ANTUNOVICH
                    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                      BISNAR|CHASE LLP

By:    /s/ *Tom Antunovich*
         BRIAN D. CHASE
         TOM ANTUNOVICH