**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Shatika Wesley v. Johnson & Johnson, et al.<br>Civil No. 3:21-cv-15184 | Civil No.  3:16-md-2738-FLW-LHG |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 11, 2021 on behalf of Plaintiff SHATIKA WESLEY.

DATED: August 11, 2021                           BISNAR|CHASE LLP

                                                          By:    /s/ *Tom Antunovich*
                                                                  BRIAN D. CHASE
                                                                  TOM ANTUNOVICH
                                                                  Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      BISNAR|CHASE LLP

By:   /s/ *Tom Antunovich*
       BRIAN D. CHASE
       TOM ANTUNOVICH