IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES | MDL. No. 2738 (FLW) (LHG) |
| | **NOTICE OF FILING SHORT FORM COMPLAINT** |
| This document relates to: | |
| GEORGE R. LANE individually and as executor of the Estate of DIANE LANE | Civ. Action No.: 3:21-cv-12094 (FLW-LHG) |
| Defendants. | |

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand on behalf of the above plaintiff, GEORGE R. LANE individually and as executor of the Estate of DIANE LANE has been filed.

Dated: August 12, 2021

Respectfully submitted,

NICOLE M. VARISCO, ESQ.

*/s/ Nicole Varisco*

_____
By:    Nicole M. Varisco
*Attorney for Plaintiffs*
NJ Bar #002142012
46 Iroquois Road
Ossining NY 10562
Tel: (914) 909 0611

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Dated: August 12, 2021

        Respectfully submitted,
        NICOLE M. VARISCO, ESQ.

        *Nicole Varisco*

        _____
        By:   Nicole M. Varisco
        *Attorney for Plaintiffs*
        NJ Bar #002142012
        46 Iroquois Road
        Ossining NY 10562
        Tel: (914) 909 0611