# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All cases listed on Exhibit A | MDL NO. 2738 (FLW)(LHG) |

## LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1, Hausfeld LLP, on behalf of all Plaintiffs it represents in this Multidistrict Litigation, hereby discloses that the Plaintiffs listed on Exhibit A **are not** receiving any funding for some or all of their attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

RESPECTFULLY SUBMITTED on August 12, 2021.

By:

/s/James D. Gotz_____
James D. Gotz
Steven B. Rotman
Hausfeld LLP
One Marina Park Drive
Suite 1410
Boston, MA 02110
(617) 207-0600
jgotz@hausfeld.com
srotman@hausfeld.com
**Counsel for Plaintiffs listed on Exhibit A**

**CERTIFICATE OF SERVICE**

      I certify that on August 12, 2021, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

      /s/James D. Gotz_____
      James D. Gotz