**boybEXHIBIT A**

**LOCAL RULE 71.1 DISCLOSURE STATEMENT**
**IN RE:  JOHNSON & JOHNSON, MDL No. 2738 (FLW)(LHG)**
**HAUSFELD MDL CASE LIST**

| Case Name | Docket Number |
| --- | --- |
| Boykins v. Johnson & Johnson, et al | 17-cv-08286-FLW-LHG |
| Horn v. Johnson & Johnson, et al | 19-cv-18866-FLW-LHG |
| Mahoney-Sexton v. Johnson & Johnson, et al | 18-cv-00278-FLW-LHG |
| Merritt v. Johnson & Johnson, et al | 17-cv-08256-FLW-LHG |
| Oberlin v. Johnson & Johnson, et al | 17-cv-08258-FLW-LHG |
| Pazdur v. Johnson & Johnson, et al | 19-cv-20133-FLW-LHG |
| Pulaski v. Johnson & Johnson, et al | 17-cv-08289-FLW-LHG |
| Pyram v. Johnson & Johnson, et al | 17-cv-11214-FLW-LHG |
| Ryan v. Johnson & Johnson, et al | 18-cv-17029-FLW-LHG |
| Salavics v. Johnson & Johnson, et al | 17-cv-08267-FLW-LHG |
| Desimini v. Johnson & Johnson, et al | 17-cv-08260-FLW-LHG |
| Streeter v. Johnson & Johnson, et al | 17-cv-08262-FLW-LHG |
| Vermillion v. Johnson & Johnson, et al | 18-cv-00284-FLW-LHG |
| Winstead v. Johnson & Johnson, et al | 17-cv-08264-FLW-LHG |