UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**MARIA CUELLAR,** | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-15297 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 13, 2021 on behalf of Plaintiff, Maria Cuellar.

Dated:  August 13, 2021               Respectfully Submitted by:

                                                      By: /s/ Daniel J. Thornburgh
                                                      Daniel J. Thornburgh
                                                      Aylstock, Witkin, Kreis, & Overholtz
                                                      17 East Main Street, Suite 200
                                                      Pensacola, FL 32502
                                                      Telephone: 850-202-1010
                                                      Fax: 850-916-7449
                                                      dthornburgh@awkolaw.com

                                                      *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  August 13, 2021              Respectfully Submitted by:


                                     By: /s/ Daniel J. Thornburgh
                                     Daniel J. Thornburgh
                                     Aylstock, Witkin, Kreis, & Overholtz
                                     17 East Main Street, Suite 200
                                     Pensacola, FL 32502
                                     Telephone: 850-202-1010
                                     Fax: 850-916-7449
                                     dthornburgh@awkolaw.com