## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**THIS DOCMENT RELATES TO:**

*Tammy Horne*

*v.*

*Johnson and Johnson, et. al.*

*Case No.:* **3:21-cv-15337**

**MDL DOCKET NO. 2738 (FLW) (LHG)**

**JUDGE FREDA L. WOLFSON**

**MAG. JUDGE LOIS H. GOODMAN**

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on August 16, 2021 on behalf of Tammy Horne.

Dated: August 16, 2021

Respectfully submitted by,

/s/ Lawrence R. Cohan
Lawrence R. Cohan, Esq.
Joshua C. Cohan, Esq.
**SALTZ MONGELUZZI & BENDESKY P.C.**
One Liberty Place
1650 Market St, 52nd Floor
Philadelphia, PA 19103
lcohan@smbb.com
jcohan@smbb.com
(215) 575-3887 (Phone)
(215) 496-0999 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2021 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Lawrence R. Cohan