## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 16th day of August, 2021.

<em>/s/ Stuart L. Goldenberg</em>