Wagstaff Law Firm
940 Lincoln St.
Denver, CO 80203
866-795-9529
*Attorneys for Plaintiff Sandra Nicholson*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Sandra Nicholson v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-15449 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 17, 2021 on behalf of Plaintiff Sandra Nicholson.

                                                */s/ Albert Northrup*
                                                Albert Northrup
                                                WAGSTAFF LAW FIRM/
                                                ANDRUS WAGSTAFF PC
                                                940 Lincoln St
                                                Denver, CO 80203
                                                (866) 795-9529 Telephone (303) 376-6361 Facsimile
                                                anorthrup@wagstafflawfirm.com
                                                Attorney for Plaintiff

Dated: August 17, 2021

## CERTIFICATE OF SERVICE

  I hereby certify that on August 17, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

               */s/ Albert Northrup*

               Albert Northrup

               WAGSTAFF LAW FIRM

               ANDRUS WAGSTAFF PC