WAGSTAFF LAW FIRM
940 Lincoln St
Denver, CO 80203
866-795-9529
*Attorneys for Plaintiff Letitia Renteria*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Letitia Renteria v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-15482 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 17, 2021 on behalf of Plaintiff Letitia Renteria.

                                                     */s/ Albert Northrup*
                                                   Albert Northrup
                                                   WAGSTAFF LAW FIRM
                                                   ANDRUS WAGSTAFF PC
                                                   940 Lincoln St
                                                   Denver, CO 80203
                                                   (866) 795-9529 Telephone
                                                   (888) 875-2889 Facsimile
                                                   anorthup@wagstafflawfirm.com
                                                   Attorney for Plaintiff

Dated: August 17, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Albert Northrup*

Albert Northrup

WAGSTAFF LAW FIRM

ANDRUS WAGSTAFF, PC