## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Judith Errigo v. Johnson & Johnson, et al.*<br>*Case No.: 21-15487* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Judith Errigo.

This 17th day of August 2021.

                                                Respectfully submitted,
                                                BERNSTEIN
                                                LIEBHARD, LLP

By:   */s/ Morris Dweck*
         Morris Dweck
         10 East 40th Street
         New York, NY 10016
         Phone: 212-779-1414
         Fax: 212-779-3218
         dweck@bernlieb.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of August 2021.

               */s/ Morris Dweck*
               Morris Dweck
               10 East 40th Street
               New York, NY 10016
               Phone: 212-779-1414
               Fax: 212-779-3218
               dweck@bernlieb.com