UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |
| **PEDRO LOPEZ,** Plaintiff, v. **JOHNSON & JOHNSON, et. al.** Defendants. | Case No.: 3:20-cv-08446-FLW-LHG |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Pedro Lopez, on behalf of Donna Lopez, deceased, and pursuant to Fed. R. Civ. P. 41, hereby dismisses all claims against all Defendants in the above-referenced matter with prejudice.

Respectfully Submitted,

*/s/ Eric D. Holland*
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@hollandtriallawyers.com

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2021, a copy of the foregoing Dismissal With Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Eric D. Holland
Eric D. Holland – MO Bar #: 39935
Holland Law Firm, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@hollandtriallawyers.com

***Attorneys for Plaintiffs***