UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**KATHLEEN ELKIN,** | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-15528 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 17, 2021 on behalf of Plaintiff, Kathleen Elkin.

Dated:  August 17, 2021                     Respectfully Submitted by:

>   By: /s/ Daniel J. Thornburgh
>   Daniel J. Thornburgh
>   Aylstock, Witkin, Kreis, & Overholtz
>   17 East Main Street, Suite 200
>   Pensacola, FL 32502
>   Telephone: 850-202-1010
>   Fax: 850-916-7449
>   dthornburgh@awkolaw.com
>
>   *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  August 17, 2021                              Respectfully Submitted by:


                                              By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com