# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| CHRISTINE VOLLENWEIDER, Individually and as Personal Representative of the ESTATE OF LORAIN C. MADDUX, deceased, <br><br> Plaintiff, <br> v. <br><br> JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | Civil Action No: 3:21-cv-15342 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on August 13, 2021 on behalf of Christine Vollenweider, Individually and as Personal Representative of the Estate of Lorain C. Maddux, deceased.

Dated:  August 17, 2021.                              Respectfully submitted:

*/s/ m*t*

_____
MICHAEL GOETZ, ESQUIRE
Florida Bar No. 963984
Morgan & Morgan
Complex Litigation Group
One Tampa City Center, 7th Floor
201 N. Franklin Street
Tampa, Florida 33602
Telephone (813) 223-5505
Facsimile (813) 223-5402
E-Mail:  MGoetz@forthepeople.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system May 25, 2021.

                                        /s/ Michael Goetz
                                        Attorney for Plaintiff