UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>(3:16-md-02738-FLW-LHG) |

**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1, Morris Law Firm, on behalf of Plaintiffs it represents in this Multidistrict Litigation (list of Plaintiffs set forth in Exhibit A), states none of its Plaintiffs are receiving any funding from any person or entity that is not a party for some or all of their attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for 1) a contingent financial interest based upon the results of the litigation; or 2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: August 18, 2021

Respectfully submitted,

By: */s/ James A. Morris, Jr.*
James A. Morris, Jr.
jmorris@jamlawyers.com
MORRIS LAW FIRM
4001 W. Alameda Ave., Suite 208
Burbank, CA 91505-4164
Telephone: (747)283-1144
Facsimile: (747283-1143
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify the foregoing Morris Law Firm Plaintiffs' <u>Local Rule 7.1.1 Disclosure Statement</u> has been electronically filed with the Court on August 18, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                                                                MORRIS LAW FIRM

By:  /s/:  James A. Morris, Jr.
        James A. Morris, Jr.
        4001 W. Alameda Ave., Suite 208
        Burbank, CA 91505-4164
        Telephone: (747)283-1144
        Facsimile: (747283-1143
        jmorris@jamlawyers.com
        *Attorney for Plaintiffs*

**Exhibit A**

| Plaintiffs in MDL 2738 Represented by Morris Law Firm | Case Number |
|---|---|
| Andrew Benson Perry<br>Doris Melissa Hamilton<br>Clayton Leonard Perry, Jr. | 3:17-cv-10783-FLW-LHG |
| Claudette Wise | 3:17-cv-10192-FLW-LHG |
| Lisa Anna Egner<br>Kelly Jean Arnold | 3:17-cv-10126-FLW-LHG |
| Daniel Schmitz | 3:17-cv-10633-FLW-LHG |
| Deana Daniels | 3:17-cv-10753-FLW-LHG |
| DeAnn Daugherty | 3:17-cv-10646-FLW-LHG |
| Edward Anderson, Jr. | 3:18-cv-00844-FLW-LHG |
| Janie R. Waller | 3:18-cv-00465-FLW-LHG |
| Jeanne Ram | 3:17-cv-09829-FLW-LHG |
| Julie Maclin (Justice) | 3:18-cv-00333-FLW-LHG |
| Tonny Jensen | 3:17-cv-10316-FLW-LHG |
| Karen Klein | 3:17-cv-12376-FLW-LHG |
| Kathleen Williams | 3:17-cv-10742-FLW-LHG |
| Linda Jackson<br>Karen E. Smith | 3:17-cv-10206-FLW-LHG |
| Kenneth McClanahan | 3:17-cv-10124-FLW-LHG |
| Sarah Wintner | 3:21-cv-02819-FLW-LHG |
| Jennifer Vanderveer,<br>Jerome Michael Stephansen<br>Jessica Stephansen<br>Brian Scott Messer | 3:17-cv-10136-FLW-LHG |