**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES:* | **MDL No. 2738 (FLW) (LHG)** |

**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1, Plaintiffs (listed in Exhibit A attached hereto), through undersigned counsel, state that they are not receiving any funding from any person or entity that is not a party for some or all of their attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation, or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated:  August 20, 2021.

Respectfully Submitted,

By: */s      T. Roe Frazer II*
T. Roe Frazer II (MS Bar No. 5519) PHV
Patrick D. McMurtray (TN Bar No. 31597) PHV
Thomas Roe Frazer III (TN Bar No. 33296) PHV
FRAZER PLC
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
Telephone: (615) 647-0990
Facsimile: (866) 314-2466
roe@frazer.law
patrick@frazer.law
trey@frazer.law

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2021, a copy of Plaintiffs' Local Rule 7.1.1 Disclosure Statement was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

_____
/s/ T. Roe Frazer II