# EXHIBIT A

| | | |
|---|---|---|
| 1. | Ackeraman, Tracy | 3:20-cv-14705 |
| 2. | Allen, Patricia Gordon | 3:21-cv-01874 |
| 3. | Anderson, Rachel Marie | 3:20-cv-18476 |
| 4. | Anderson, Steven obo Jean Anderson, deceased | 3:21-cv-12060 |
| 5. | Armistad, Kendra obo Gloria Jean Dedeaux, deceased | 3:18-cv-12342 |
| 6. | Baker, Hattie | 3:20-cv-17863 |
| 7. | Bowens, Sharon E. | 3:21-cv-02733 |
| 8. | Braden, Linda | 3:21-cv-02893 |
| 9. | Brandon, Jr., Sidney O. obo Rachel Steen Brandon, deceased | 3:18-cv-12157 |
| 10. | Brown, Clinton L. obo Ernestine Brown Johnson, deceased | 3:21-cv-08393 |
| 11. | Brown, Elaine McNeil | 3:20-cv-15222 |
| 12. | Bryant, Cassandra | 3:20-cv-14713 |
| 13. | Byington, Lisa obo Alma June Byington, deceased | 3:20-cv-15774 |
| 14. | Bynum, Lana K. | 3:18-cv-08143 |
| 15. | Caccia, Robert W., obo Bertha M. Caccia, deceased | 3:21-cv-14373 |
| 16. | Caldwell, Steve obo Dorothy Caldwell, deceased | 3:20-cv-15926 |
| 17. | Carr, Ilene Renee | 3:20-cv-15498 |
| 18. | Cassidy, Anna Mae | 3:20-cv-15865 |
| 19. | Childers, Teresa E. | 3:21-cv-12689 |
| 20. | Chisholm, Brianna obo Delores Jean Russell, deceased | 3:18-cv-13412 |
| 21. | Church, Sheron | 3:18-cv-08146 |
| 22. | Claiborne, John Bryant obo Mary L. Claiborne, deceased | 3:21-cv-14337 |
| 23. | Combs, Jodie | 3:20-cv-14690 |
| 24. | Day, Donna | 3:21-cv-02878 |
| 25. | Dobbins, Lucinda Nicole obo Peggy Jane Hendrix, deceased | 3:21-cv-14314 |
| 26. | Easter, Tramaine | 3:20-cv-15224 |
| 27. | Elkins, James A. obo Mary Josephine Elkins, deceased | 3:21-cv-02150 |
| 28. | Flynt, William E. obo Frances Roberta Maples Flynt, deceased | 3:20-cv-18456 |
| 29. | Gadson, Jacob Israel, obo Gloria Jean Gadson, deceased | 3:18-cv-12482 |

| | | |
|---|---|---|
| 30. | Gardner, Doris Delaine | 3:21-cv-00681 |
| 31. | Greene, James T. obo Ann Curtis Greene, deceased | 3:21-cv-00685 |
| 32. | Gulledge, Connie | 3:18-cv-10252 |
| 33. | Hadley, Barbara Jean | 3:21-cv-01597 |
| 34. | Hage, David G. obo Teresa R. Hage, deceased | 3:20-cv-16325 |
| 35. | Heavner, Joel obo Emma Lou Polly Heavner, deceased | 3:18-cv-12485 |
| 36. | Jones, Kenneth E. obo Brenda Jean Jones, deceased | 3:21-cv-02769 |
| 37. | Kalbfell, Gerard P. obo Beth Ann Kalbfell, deceased | 3:21-cv-07208 |
| 38. | Kamberg, Elizabeth | 3:21-cv-02180 |
| 39. | Kelly, Dianne M. | 3:21-cv-05994 |
| 40. | Kiker, Toby obo Gloria Crisco Kiker, deceased | 3:21-cv-06453 |
| 41. | Larson, Dolores Marie | 3:21-cv-4515 |
| 42. | Lee, Jr., James L., obo Dorothy Shaw, deceased | 3:20-cv-18302 |
| 43. | Littlejohn, Shelia obo Tracy Michelle Littlejohn, deceased | 3:21-cv-14356 |
| 44. | Lowe, Dorothy obo Crystal Dawn Lane, deceased | 3:20-cv-14854 |
| 45. | Marlow, Audrey Estelle | 3:20-cv-15763 |
| 46. | McCotter, Shannon D. | 3:18-cv-11078 |
| 47. | McNew, Doris Ellen | 3:20-cv-15487 |
| 48. | Mennor, Mark L. obo Terri Lynn Mennor, deceased | 3:20-cv-15511 |
| 49. | Miller, Janice Patricia obo Blanca Maria Joyner, deceased | 3:18-cv-12105 |
| 50. | Moore, Janice Rachel | 3:20-cv-12836 |
| 51. | Nunley-Callender, Zonia F. | 3:21-cv-01088 |
| 52. | Oatis, Gina L. | 3:18-cv-13066 |
| 53. | Ogram, Marie M. | 3:21-cv-12699 |
| 54. | Park, Bonnie | 3:18-cv-10253 |
| 55. | Patrick, Amy L. obo Teresa Ann Faucette, deceased | 3:18-cv-13418 |
| 56. | Payne, David S. obo Janet Carol Payne | 3:20-cv-15520 |
| 57. | Polan, Mary A. obo Wilma Sue Polan, deceased | 3:20-cv-15557 |
| 58. | Rasmussen, Jean obo Jane Mathis Shull, deceased | 3:18-cv-12330 |
| 59. | Robinson, Carolyn Diane | 3:20-cv-15226 |

| | | |
|---|---|---|
| 60. | Robinson, Wanda A. obo Chaple Mae Moore Matthews, deceased | 3:20-cv-14344 |
| 61. | Sabb, Sr., Larry obo Luberda Sabb, deceased | 3:21-cv-12695 |
| 62. | Sanders, Kristina obo Jeffelyn Francis Mosley, deceased | 3:21-cv-00587 |
| 63. | Schroeder, Dawn obo Pauline Mae McElveen, deceased | 3:21-cv-00577 |
| 64. | Shanafelt, Keith obo Karen Lois Griffin, deceased | 3:18-cv-12484 |
| 65. | Shelton, Brenda | 5:16-cv-00159 |
| 66. | Sherwood, Jennifer obo Beverly Talbert Cook, deceased | 3:18-cv-12483 |
| 67. | Sinclair, Deloise | 3:18-cv-08157 |
| 68. | Smith, Gloria | 3:20-cv-15328 |
| 69. | Smith, Wanda Faye | 3:21-cv-03725 |
| 70. | Starnes, Lillian | 3:21-cv-12050 |
| 71. | Stevens, Donna Lea | 3:18-cv-02947 |
| 72. | Summers, Robert obo Jacqueline Adams Summers, deceased | 3:18-cv-12334 |
| 73. | Summers, William Keith obo Julie Johnson-Summers, deceased | 3:18-cv-08149 |
| 74. | Tabor, Peggy Ann | 3:20-cv-15227 |
| 75. | Thomas, Linda | 3:21-cv-00898 |
| 76. | Thorne, Darlene Hankins | 3:21-cv-02800 |
| 77. | Umbaugh, Cheri Lynn | 3:21-cv-15050 |
| 78. | Usery, James L. obo Mary E. Bohannon, deceased | 3:20-cv-15780 |
| 79. | Walker, Myron Lisa | 3:21-cv-14358 |
| 80. | Walker, Wendy Lou | 3:21-cv-14318 |
| 81. | Wallace, Gwyn obo Patricia Faye Byers Wallace, deceased | 3:21-cv-14365 |
| 82. | Watts, Brenda L. | 3:20-cv-17988 |
| 83. | Weaver, Misty Jo Martin | 3:20-cv-15334 |
| 84. | White, Buford obo Betty Diane Sigmon White, deceased | 3:18-cv-12339 |
| 85. | Williams, Gregory T. obo Jean A. Williams, deceased | 3:21-cv-14326 |
| 86. | Wilson, Loretta Anderson | 3:20-cv-18464 |
| 87. | Woody, Janice | 3:21-cv-14368 |