**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER )<br>PRODUCTS MARKETING, SALES PRACTICES,   )<br>AND PRODUCTS LIABILITY LITIGATION                )<br>                                                                                       )<br>This Document Relates to:                                              )<br>All cases listed on Exhibit A                                         )<br>_____)  | MDL NO. 2738 (FLW)(LHG) |

**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

     Pursuant to Local Rule 7.1.1, the Law Offices of Sean M. Cleary, P.A., on behalf of all Plaintiffs it represents in this Multidistrict Litigation, hereby discloses that the Plaintiffs listed on Exhibit A are not receiving any funding for some or all of their attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

                                    Respectfully Submitted,

                                    LAW OFFICES OF SEAN M. CLEARY, P.A.
                                    19 West Flagler St., Suite 618
                                    Miami, Florida 33130
                                    Telephone:     (305) 416-9805
                                    Facsimile:       (305) 416-9807
                                    Email:              sean@clearypa.com

                                    By: _*Sean M. Cleary, Esq./SMC/*_
                                            SEAN M. CLEARY
                                            Florida Bar No. 0146341

**CERTIFICATE OF SERVICE**

     I certify that on August 20, 2021 the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

                                     _*Sean M. Cleary, Esq./SMC/*_
                                       SEAN M. CLEARY

# EXHIBIT A

1. Barbara Sullivan
2. Carey Baumgarten
3. Carol Sherman
4. Carolyn Matthews
5. Catherine Hartley
6. Constance Sondelski
7. Cynthia Salisbury
8. Dana Koston
9. Diane Soto
10. Donna Roberts
11. Dwana Roby
12. Georgette Girard
13. Janese Person
14. Jessica Torres
15. JoAnn La Verde Curcio
16. Judith Anderson
17. Katey Brust
18. Kathryn McClurg
19. Kimberly Joyner
20. Lori DeMaille
21. Melissa Jarrett
22. Melissa Lancieri
23. Melissa Torres
24. Nancy Haskett
25. Patricia De Rojas
26. Paula Ellis
27. Paulette Locke
28. Rachel Martin
29. Renee Edmonds
30. Roseanne Morrison
31. Stephanie Hunt
32. Susan M. Wexler
33. Tami Mitchell
34. Tanyagale Mondeaux
35. Teri Williams
36. Thelma Rosenberg
37. Tonya Armitage
38. Valerie Jenkins
39. Wendy Wolfrey