## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All cases listed on Exhibit A | MDL NO. 3:16-2738 (FLW)(LHG) |

### LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1, the Alexander Law Group, PLC, on behalf of all Plaintiffs it represents in this Multidistrict Litigation, hereby discloses that the Plaintiffs listed on Exhibit A are not receiving any funding for some or all of their attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Plaintiffs, by counsel

/s/ Emmet D. Alexander
Emmet D. Alexander, Esquire (VSB No. 41248)
Michael R. Krol, Esquire (VSB No. 80584)
Robert G. Maury, Esquire (VSB No. 88233)
Alexander Law Group, PLC
6601 Irongate Square, Suite A
Richmond, Virginia 23234
☐ 804-271-1969
☐ 804-271-0806
info@alexanderlawgroupplc.com

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ Emmet Alexander
Emmet Alexander
VA Bar No. 41248
Alexander Law Group, PLC
660 Irongate Square, Suite A
Richmond, VA 23234
(804) 271-1969
(804) 271-0806 (fax)
info@alexanderlawgroupplc.com

**EXHIBIT A**

Maria Bermundez-Acevedo
Case No.: 3:21-CV-10048-FLW-LHG

Virginia Alonso, Executor of the Estate of Victoria Gatewood
Case No.: 3:20-CV-08416-FLW-LHG

Tonya Crabtree
Case No.: 3:20-CV-08420-FLW-LHG

Marjorie Gatto
Case No.: 3:20-CV-08422-FLW-LHG

Marion D. Green, Personal Representative of the Estate of Erma Green
Case No.: 3:20-CV-08424-FLW-LHG

Barbara Hodge
Case No.: 3:21-cv-10050-FLW-LHG

Elizabeth Hughes
Case No.: 3:20-CV-08426-FLW-LHG

Kris Johnson, Executor of the Estate of Tiina Johnson
Case No.: 3:20-CV-08427-FLW-LHG

Jamie Kellerman
Case No.: 3:21-cv-10051-FLW-LHG

Geneva Mouton
Case No.: 3:20-CV-08428-FLW-LHG

Loni Nevil
Case No.: 3:20-CV-08429-FLW-LHG

Shirley Riettie
Case No.: 3:20-CV-08431-FLW-LHG

Barry Seay, Executor of the Estate of Alease Seay
Case No.: 3:20-CV-08432-FLW-LHG

The Estate of Margaret Tapp, by James Tapp, Trustee for the Next of Kin of Margaret Tapp
Case No.: 3:21-CV-14404-FLW-LHG