# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Voelker, 3:20-cv-13604 | MDL NO. 2738 (FLW)(LHG) |

## LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1, Plaintiff Audrey Voelker, through undersigned counsel, states that Plaintiff has not received any funding from any person or entity that is not a party for some or all of their attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: August 23, 2021

                                              Respectfully submitted by,

                                              **NASH & FRANCISKATO**

                                              */s/ Brian S. Franciskato*
                                              Brian S. Franciskato
                                              Counsel for Plaintiff
                                              Two Pershing Square
                                              2300 Main Street, Suite 170
                                              Kansas City, MO 64108
                                              Telephone 816-221-6600
                                              Facsimile: 816-221-6612
                                              E-mail: bfranciskato@nashfranciskato.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

> <u>/s/  Brian  S.  Franciskato</u>
> Brian S. Franciskato, Esq.
> Nash & Franciskato
> Two Pershing Square
> 2300 Main Street, Suite 170
> Kansas City, MO 64108
> Telephone 816-221-6600
> Facsimile: 816-221-6612
> E-mail: bfranciskato@nashfranciskato.com