UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| JODI HAINER AND JONATHAN HAINER, | |
| Plaintiffs, | Civil Action No.: 3:21-cv-15913 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 24th day of August 2021 on behalf of Jodi Hainer and Jonathan Hainer

.

Dated: 8/24/2021                                   Respectfully Submitted by,

                                              */s/ W. Cameron Stephenson*
                                              W. Cameron Stephenson
                                              Florida Bar No.: 0051599
                                              LEVIN, PAPANTONIO, RAFFERTY,
                                              PROCTOR, BUCHANAN, O'BRIEN, BARR,
                                              MOUGEY, P.A.
                                              316 South Baylen Street, Suite 600
                                              Pensacola, FL 32502
                                              Telephone: (850) 435-7186
                                              Facsimile: (850) 436-6186
                                              Email: cstephenson@levinlaw.com

ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ W. Cameron Stephenson