## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>CAROLYN MCBRYANT AND MICHAEL MCBRYANT,<br>                      Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br><br>                      Defendants. | MDL No. 2738 (FLW) (LHG)<br><br><br><br><br>Civil Action No.: 3:21-cv-15915<br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 24th day of August 2021 on behalf of Carolyn Mcbryant and Michael Mcbryant.

.

Dated:  8/24/2021
                                                          Respectfully Submitted by,

                                                           */s/ W. Cameron Stephenson*
                                                          W. Cameron Stephenson
                                                          Florida Bar No.: 0051599
                                                          LEVIN, PAPANTONIO, RAFFERTY,
                                                          PROCTOR, BUCHANAN, O'BRIEN, BARR,
                                                          MOUGEY, P.A.
                                                          316 South Baylen Street, Suite 600
                                                          Pensacola, FL 32502
                                                          Telephone: (850) 435-7186
                                                          Facsimile: (850) 436-6186
                                                          Email: cstephenson@levinlaw.com
                                                          ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of August 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

<u>/s/ W. Cameron Stephenson</u>