UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| SHARON LEE DORSA,  Plaintiff, v. JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,  Defendants. | Civil Action No.: 3:21-cv-15910 DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 24th day of August 2021 on behalf of Sharon Lee Dorsa.

.

Dated:  8/24/2021                           Respectfully Submitted by,

                                                    _/s/ W. Cameron Stephenson_
                                                    W. Cameron Stephenson
                                                    Florida Bar No.: 0051599
                                                    LEVIN, PAPANTONIO, RAFFERTY,
                                                    PROCTOR, BUCHANAN, O'BRIEN, BARR,
                                                    MOUGEY, P.A.
                                                    316 South Baylen Street, Suite 600
                                                    Pensacola, FL 32502
                                                    Telephone: (850) 435-7186
                                                    Facsimile: (850) 436-6186
                                                    Email: cstephenson@levinlaw.com
                                                    ATTORNEY FOR THE PLAINTIFF

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of August 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                                        */s/ W. Cameron Stephenson*