# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG) |
| CHRISTINA M. APPLE AND ROBERT A. APPLE, | |
| Plaintiffs, | Civil Action No.: 3:21-cv-15912 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 24th day of August 2021 on behalf of Christina M. Apple and Robert A. Apple.

Dated: 8/24/2021                                          Respectfully Submitted by,

                                                                                                          */s/ W. Cameron Stephenson*
                                                                                                          W. Cameron Stephenson
                                                                                                          Florida Bar No.: 0051599
                                                     LEVIN, PAPANTONIO, RAFFERTY,
                                                     PROCTOR, BUCHANAN, O'BRIEN, BARR,
                                                     MOUGEY, P.A.
                                                     316 South Baylen Street, Suite 600
                                                     Pensacola, FL 32502
                                                     Telephone: (850) 435-7186
                                                     Facsimile: (850) 436-6186
                                                     Email: cstephenson@levinlaw.com
                                                     ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

<em>/s/ W. Cameron Stephenson</em>