# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>MARY-BETH FICHERA AND STEPHEN FICHERA, III,<br><br>                   Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC.,<br><br>                   Defendants. | MDL No. 2738 (FLW) (LHG)<br><br><br><br>Civil Action No.: 3:21-cv-15918<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 24th day of August 2021 on behalf of Mary-Beth Fichera and Stephen Fichera, III.

Dated:  8/25/2021

Respectfully Submitted by,

 */s/ W. Cameron Stephenson*
 W. Cameron Stephenson
 Florida Bar No.: 0051599
 LEVIN, PAPANTONIO, RAFFERTY,
 PROCTOR, BUCHANAN, O'BRIEN, BARR,
 MOUGEY, P.A.
 316 South Baylen Street, Suite 600
 Pensacola, FL 32502
 Telephone: (850) 435-7186
 Facsimile: (850) 436-6186
 Email: cstephenson@levinlaw.com
 ATTORNEY FOR THE PLAINTIFFS

1

## CERTIFICATE OF SERVICE

  I hereby certify that on the 25th day of August 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                 */s/ W. Cameron Stephenson*