WAGSTAFF LAW FIRM
ANDRUS WAGSTAFF PC
940 Lincoln St.
Denver, CO 80203
866-795-9529
*Attorneys for Plaintiff Shannon Wells*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Shannon Wells v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-16110 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 26, 2021 on behalf of Plaintiff Shannon Wells.

                                                  */s/ Albert Northrup*
                                                  Albert Northrup
                                                  ANDRUS WAGSTAFF PC
                                                  940 Lincoln St
                                                  Denver, CO 80203
                                                  (866) 795-9529 Telephone
                                                  (888) 875-2889 Facsimile
                                                  anorthrup@wagstafflawfirm.com
                                                  Attorney for Plaintiff

Dated: August 26, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2021 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Albert Northrup*

      Albert Northrup

      ANDRUS WAGSTAFF PC