3;UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIBILITY LITIGATION | Case No. 3:16-md-2738-FLW-LHG MDL No. 2738 |

# Motion to Remove
## Anne Medlin Lowe from ECF Notices

Anne Medlin Lowe's appearance was withdrawn on behalf of Plaintiffs Kimberly L. Mier and David L. Mier (3:17-cv-06067-FLW-LHG) on August 2, 2021 [Dkt. 17] and Sharon T. Terry and Stephen W. Terry, Jr. (3:18-cv-11254-FLW-LHG) on August 2, 2021 [Dkt. 13]. Ms. Lowe respectfully requests that she be removed from the distribution list to receive ECF notices in this MDL.

**Wherefore**, Anne Medlin Lowe respectfully moves the Court to be removed from the list to receive ECF notices in this MDL, and for all other just and proper relief.

Respectfully Submitted,

WILLIAMS & PIATT, LLC

/s/ *Anne Medlin Lowe*
Anne Medlin Lowe (#31402-49)
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
(317) 633-5270
Fax: (317) 426-3348
anne@williamspiatt.com

## <u>Certificate of Service</u>

I hereby certify that on the 30th day of August, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ *Anne Medlin Lowe*        </u>
Anne Medlin Lowe