UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIBILITY LITIGATION | Case No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

# Order Removing Anne Medlin Lowe from ECF Notices

This matter comes before this Court on Anne Medlin Lowe's motion to remove her from the distribution list to receive ECF notices. And the Court, having reviewed same and being duly advised, now grants the motion.

**It is therefore Ordered, Adjudged, and Decreed** that Anne Medlin Lowe is removed from the distribution list to receive ECF notices in this MDL.

All of which is Ordered _____.

_____
Judge, United States District Court
District of New Jersey

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.