UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON<br>TALCUM POWDER PRODUCTS<br>MARKETING, SALES PRACTICES AND<br>PRODUCT LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

**SPECIAL MASTER ORDER NO. 10 (ADDRESSING DEFENDANTS' AUGUST 20, 2021 DISCOVERY DISPUTE LETTER)**

The Special Master ("SM") having held oral argument via Zoom on August 27, 2021 regarding the discovery dispute raised in defendants' August 20, 2021 letter; and the parties' dispute addressing document requests directed to plaintiffs' experts, Dr. Smith-Bindman, Dr. Godleski, and Dr. Saed; and this Order intending to confirm the rulings set forth in the SM's Oral Opinion read into the record after the completion of oral argument; and for all the reasons stated by the SM in its Oral Opinion,

IT IS HEREBY ORDERED this 30th day of August, 2021, as follows:

1. Plaintiffs shall produce responsive documents even if they existed at the time of the experts' last deposition;

2. Plaintiffs' objection to the production of peer review documents prior to the completion of the peer review process is DENIED;

3. Plaintiffs shall respond to defendants' Document Requests Nos. 1-9 directed to Dr. Smith-Bindman; and it is further

ORDERED as follows as to the document requests directed to Dr. Godleski:

1. Document Requests Nos. 1, 2, 3, 4, 8 – Plaintiffs shall produce responsive documents within Dr. Godleski's "possession, custody or control." See Haskins v. First American, 2012 WL5183908 (D.N.J. Oct. 18, 2012);

2. Document Requests Nos. 7, 9, 10 – The SM reserves decision until after Dr. Godleski's deposition is completed. Disputes may be presented to the SM after

the parties meet and confer in good faith in an attempt to resolve their differences; and it is further

ORDERED as follows as to the Document Requests directed to Dr. Saed:

1. Plaintiffs' objection to Document Request No. 10 is SUSTAINED;

2. Dr. Saed shall produce responsive documents by September 22, 2021; and it is further

ORDERED plaintiffs' experts shall produce their responsive documents by the deadline set forth in the SM's Order No. 6.

Dated: August 30, 2021             By: s/ Joel Schneider
                                                     SPECIAL MASTER
                                                     HON. JOEL SCHNEIDER (RET.)