## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**LOUIS G. APOSTOL**,<br><br>      **Plaintiff,**<br><br>v.<br><br>**JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER, INC.,**<br><br>      **Defendants.** | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:18-cv-12454<br><br>DIRECT FILED ACTION |

### ORDER GRANTING MOTION TO SUBSTITUTE PROPER PARTY

Before this Court is a Motion to Substitute Louis G. Apostol, as supervised administrator of the Estate of Marta Diaz as the proper party in this case. Plaintiff contends such substitution is proper under Fed. R. Civ. P. 25(a). The parties, after having conferred regarding the pending motion, have no objection to the relief requested, and the Court, having heard the arguments of counsel and considered the pleadings, is of the opinion that the Motion should be granted.

Accordingly, it is ORDERED Plaintiff's Motion to Substitute Louis G. Apostol, as supervised administrator of the Estate of Marta Diaz as the proper party in this case is **GRANTED**.

Signed this the ____ day of _____, 2021.

_____
United States Magistrate Judge