UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALE PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*See Attached Case List as Exhibit A* | MDL No. 2738 (FLW) (LHG) |

**REQUEST BY ATTORNEY TO**
**WITHDRAW FROM ELECTRONIC NOTIFICATION**

Request is hereby made by Gregory S. Spizer, Esq. substituted counsel in the attached Exhibit A, to withdraw from electronic notifications in this matter. It is represented that I am no longer counsel to the Plaintiffs listed in Exhibit. A

Dated: August 31, 2021                                       Respectfully Submitted,

/s/ Gregory Spizer
**VSCP LAW**
Gregory S. Spizer
Attorney Identification No.: 043091998
Two Commerce Square
2001 Market Street, Suite 3700
Philadelphia, Pennsylvania 19103
Phone: (215) 960-0402

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2021, I electronically filed the foregoing using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Dated: August 31, 2021                         /s/ Gregory S. Spizer, Esq
                                                           Gregory S. Spizer, Esq.

# EXHIBIT A

| Caption | Docket Number |
|---|---|
| Joan Onopa v. Johnson and Johnson, et. al | 3:17-cv-4012 |
| Jayne Deak v. v. Johnson and Johnson, et. al | 3:17-cv-13375 |
| Donna Petrosky v. Johnson and Johnson, et. al | 3:17-cv-08234 |
| Lisa A Herbick v. Johnson and Johnson, et. al | 3:17-cv-07146 |
| Marcie Patton v. Johnson and Johnson, et. al | 3:17-cv-07926 |
| Arij Faruqi v. Johnson and Johnson, et. al | 3:17-cv-04033 |
| Grace Smith-Foltz v. Johnson and Johnson, et. al | 3:18-cv-06079 |
| Ronald Noga v. Johnson and Johnson, et. al | 3:17-cv-10257 |
| Jennifer Cooper v. Johnson and Johnson, et. al | 3:18-cv-06618 |
| Sean McCormick v. Johnson and Johnson, et. al | 3:19-cv-06121 |
| Dorothy Kaminsky v. Johnson and Johnson, et. al | 3:19-cv-21750 |
| Colin Bellantis v. Johnson and Johnson, et. al | 3:20-cv-09238 |
| Stanley Greene v. Johnson and Johnson, et. al | 3:20-cv-09260 |
| Lisa Oyler v. Johnson and Johnson, et. al | 3:20-cv-13681 |
| Holly Mendes v. Johnson and Johnson, et. al | 3:20-cv-15536 |
| Tashia Campbell v. Johnson and Johnson, et. al | 3:20-cv-15544 |
| Patricia Joan McNeal v. Johnson and Johnson, et. al | 3:20-cv-155610 |
| Laura Bernoudy v. Johnson and Johnson, et. al | 3:20-cv-15545 |
| Catherine Sneden v. Johnson and Johnson, et. al | 3:20-cv-15544 |
| Susan Weed Hillman v. Johnson and Johnson, et. al | 3:20-cv-15627 |