Wagstaff Law Firm
940 Lincoln St.
Denver, CO 80203
866-795-9529
*Attorneys for Plaintiff Noralee Charles*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Noralee Charles v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-16416 | Civil No. 3:16-md-2738-FLW-LHG |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 1, 2021 on behalf of Plaintiff Noralee Charles.

        */s/ Albert Northrup*
        Albert Northrup
        ANDRUS WAGSTAFF PC
        940 Lincoln St
        Denver, CO 80203
        (866) 795-9529 Telephone
        (888) 875-2889 Facsimile
        anorthrup@wagstafflawfirm.com
        Attorney for Plaintiff

Dated: September 1, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          */s/ Albert Northrup*

                                          Albert Northrup

                                          WAGSTAFF LAW FIRM

                                          ANDRUS WAGSTAFF PC