**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**DEBRA PRICHER,** | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-16418 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 1, 2021 on behalf of Plaintiff, Debra Pricher.

Dated: September 1, 2021         Respectfully Submitted by:

        By: /s/ Daniel J. Thornburgh
        Daniel J. Thornburgh
        Aylstock, Witkin, Kreis, & Overholtz
        17 East Main Street, Suite 200
        Pensacola, FL 32502
        Telephone: 850-202-1010
        Fax: 850-916-7449
        dthornburgh@awkolaw.com

        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated: September 1, 2021          Respectfully Submitted by:

         By: /s/ Daniel J. Thornburgh
         Daniel J. Thornburgh
         Aylstock, Witkin, Kreis, & Overholtz
         17 East Main Street, Suite 200
         Pensacola, FL 32502
         Telephone: 850-202-1010
         Fax: 850-916-7449
         dthornburgh@awkolaw.com