## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCT MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| JAMES RAINEY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LATOYIA M. RAINEY, <br><br>        Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br>        Defendants. | Case No.:  3:21-cv-05351 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the First Amended Short Form Complaint and Jury Demand was filed on September 2, 2021, on behalf of Plaintiff James Rainey, Individually and on Behalf of the Estate of Latoyia M. Rainey.

/s/C. Edward Amos, II
Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
Jason P. Foster, Esq. (WV Bar# 10593)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails:  scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com

Dated:  September 2, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/C. Edward Amos, II
Scott S. Segal, Esq. (WV Bar# 4717)
Jason P. Foster, Esq. (WV Bar# 10593)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails:  scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com