Asim M. Badaruzzaman
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Tel: 973-639-9100
abadaruzzaman@seegerweiss.com
cseeger@seegerweiss.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>LEVI SCHWARTZ, Anticipated Personal Representative for the Estate of Pamela Simon-Schwartz | MDL No. 2738 (FLW)(LHG)<br><br>Judge Freda L. Wolfson<br>Magistrate Judge Louis H. Goodman<br><br>Civil Action No. 3:21-cv-16440 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed on September 2, 2021, on behalf of Plaintiff Levi Schwartz, Anticipated Personal Representative for the Estate of Pamela Simon-Schwartz.

Dated: September 2, 2021

Respectfully submitted,

*s/ Asim M. Badaruzzaman*
Asim M. Badaruzzaman
Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Tel: 973-639-9100
abadaruzzaman@seegerweiss.com
cseeger@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2021, a copy of the foregoing NOTICE OF FILING was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

*s/ Asim M. Badaruzzaman*
Asim M. Badaruzzaman
