# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: MICHAEL SATHER AS THE INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PATRICIA SATHER 3:21-cv-16571 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on September 7, 2021 on behalf of Michael Sather as the Independent Administrator of the Estate of Patricia Sather.

Dated:  September 7, 2021

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 7, 2021

                                                */s/ Christopher R. LoPalo*
                                                Christopher R. LoPalo, Esq.
                                                400 Broadhollow Rd., Suite 305
                                                Melville, NY 11747
                                                Telephone: (212) 397-1000
                                                Facsimile: (646) 927-1676
                                                CLoPalo@NapoliLaw.com

                                                *Attorneys for Plaintiff*