**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Melissa Brune, as the Anticipated Personal Representative of the Estate of Kathy Brunner, deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-16579-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Melissa Brune, as the Anticipated Personal Representative of the Estate of Kathy Brunner, deceased.

This 7th day of September 2021.                Respectfully submitted,

                                                           ONDERLAW, LLC

                                              By:     */s/James G. Onder*
                                                  James G. Onder, #38049 MO
                                                  William W. Blair, #58196 MO
                                                  Stephanie L. Rados, #65117 MO
                                                  110 E. Lockwood, 2nd Floor
                                                  St. Louis, MO  63119
                                                  314-963-9000 telephone
                                                  314-963-1700 facsimile
                                                  onder@onderlaw.com
                                                  blair@onderlaw.com
                                                  rados@onderlaw.com

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 7th day of September 2021.

                                                    */s/ Stephanie L. Rados*