**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS          Case No: 3:21-CV-16379 (FLW) (LHG)
MARKETING, SALES PRACTICES      MDL No. 2738 (FLW) (LHG)
AND PRODUCTS LIABILITY
LITIGATION

This document relates to:
JENESE HARRIS, Individually
Case No: 3:21-CV-16379 (FLW)(LHG)

<u>**NOTICE OF FILING SHORT FORM COMPLAINT**</u>

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on September 1, 2021

on behalf of Plaintiff, captioned above.

Dated: September 7, 2021              Respectfully submitted,

                                     _____*/s/ Grant L. Davis*_____
                                     Grant L. Davis
                                     DAVIS, BETHUNE & JONES, LLC
                                     1100 Main Street, Suite 2930
                                     Kansas City, MO  64105
                                     (816) 421-1600
                                     (816) 472-5972 Fax
                                     gdavis@dbjlaw.net
                                     ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Grant L. Davis*

Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***
