UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All cases listed on Exhibit A | MDL No. 2738 (FLW)(LHG) |

**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1, Baum Hedlund Aristei & Goldman, P.C., on behalf of all Plaintiffs it represents in this Multidistrict Litigation, hereby discloses that the Plaintiffs listed on Exhibit A **are not** receiving any funding for some or all of their attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: September 7, 2021            Respectfully Submitted by

/s/ Nicole K.H. Maldonado
Nicole K.H. Maldonado, Esq.
Michael L. Baum, Esq.
Baum Hedlund Aristei & Goldman, P.C.
10940 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Tel: 310-207-3233 // Fax: 310-820-7444
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Nicole K.H. Maldonado