# Exhibit A

## LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

## IN RE: JOHNSON & JOHNSON, MDL NO. 2738 (FLW)(LHG)

### Baum Hedlund Aristei & Goldman, P.C. MDL CASE LIST

| Case Name | Case Number |
| --- | --- |
| Alcala, et al. v. Johnson & Johnson, et al. | 3:17-cv-11166 |
| Alexander v. Johnson & Johnson, et al. | 3:19-cv-00477 |
| Amaral v. Johnson & Johnson, et al. | 3:19-cv-11363 |
| Applebee, et al. v. Johnson & Johnson, et al. | 3:19-cv-14241 |
| Aycock v. Johnson & Johnson, et al. | 3:19-cv-11555 |
| Baize v. Johnson & Johnson, et al. | 3:17-cv-10647 |
| Moak, et al. v. Johnson & Johnson, et al. | 3:17-cv-06450 |
| Bandilli v. Johnson & Johnson, et al. | 1:18-cv-00037 |
| Barborka, et al. v. Johnson & Johnson, et al. | 3:17-cv-11168 |
| Barreto de Hiller v. Johnson & Johnson, et al. | 3:20-cv-16811 |
| Bolton v. Johnson & Johnson, et al. | 3:18-cv-13354 |
| Peters, et al. v. Johnson & Johnson, et al. | 3:18-cv-02804 |
| Botts v. Johnson & Johnson, et al. | 3:19-cv-17267 |
| Boyce, et al. v. Johnson & Johnson, et al. | 3:18-cv-08613 |
| Flick, et al. v. Johnson & Johnson, et al. | 3:18-cv-12023 |
| Bradley, et al. v. Johnson & Johnson, et al. | 3:19-cv-21770 |
| Brooks v. Johnson & Johnson, et al. | 3:20-cv-02201 |
| Brown, et al. v. Johnson & Johnson, et al. | 3:18-cv-10902 |
| Burkeen, et al. v. Johnson & Johnson, et al. | 3:17-cv-05642 |
| Cabral, et al. v. Johnson & Johnson, et al. | 3:17-cv-07619 |
| Calhoun v. Johnson & Johnson, et al. | 3:19-cv-16280 |
| Carper, et al. v. Johnson & Johnson, et al. | 3:17-cv-12998 |
| Carroll v. Johnson & Johnson, et al. | 3:20-cv-06190 |
| Carroll v. Johnson & Johnson, et al. | 3:19-cv-18193 |
| Pendleton v. Johnson & Johnson, et al. | 3:19-cv-10525 |
| Chaudhri v. Johnson & Johnson, et al. | 3:21-cv-12676 |
| Herrera-Chavez v. Johnson & Johnson, et al. | 3:19-cv-18313 |
| Murray, et al. v. Johnson & Johnson, et al. | 3:18-cv-13303 |
| Chesna v. Johnson & Johnson, et al. | 3:19-cv-11436 |
| Christensen v. Johnson & Johnson, et al. | 3:20-cv-19659 |
| Christian v. Johnson & Johnson, et al. | 3:19-cv-19396 |
| Clark, et al. v. Johnson & Johnson, et al. | 3:18-cv-08870 |
| Clover v. Johnson & Johnson, et al. | 3:20-cv-06165 |
| Cormier v. Johnson & Johnson, et al. | 3:19-cv-13111 |
| Cornett v. Johnson & Johnson, et al. | 3:20 cv-02112 |
| Coulter v. Johnson & Johnson, et al. | 3:20-cv-05799 |

| | |
|---|---|
| Crespo, et al. v. Johnson & Johnson, et al. | 3:17-cv-11174 |
| Daughdrill v. Johnson & Johnson, et al. | 3:19-cv-21224 |
| Dearman v. Johnson & Johnson, et al. | 3:17-cv-13028 |
| Deary v. Johnson & Johnson, et al. | 3:18-cv-02814 |
| Hawes v. Johnson & Johnson, et al. | 3:20-cv-11215 |
| Denoon v. Johnson & Johnson, et al. | 3:20-cv-03613 |
| Doak, et al. v. Johnson & Johnson, et al. | 3:18-cv-09814 |
| Engstrom v. Johnson & Johnson, et al. | 3:20 cv-00254 |
| Ferreira v. Johnson & Johnson, et al. | 1:19-cv-16073 |
| Footman, et al. v. Johnson & Johnson, et al. | 3:18-cv-06292 |
| Sainer, et al. v. Johnson & Johnson, et al. | 3:19-cv-11385 |
| Fryer v. Johnson & Johnson, et al. | 3:19-cv-17732 |
| Gall v. Johnson & Johnson, et al. | 3:20-cv-13778 |
| Gallo v. Johnson & Johnson, et al. | 3:19-cv-15929 |
| Genthert, et al. v. Johnson & Johnson, et al. | 3:18-cv-07976 |
| Gentner, et al. v. Johnson & Johnson, et al. | 3:18-cv-07975 |
| Gephardt, et al. Johnson & Johnson, et al. | 3:18-cv-02811 |
| Getchell v. Johnson & Johnson, et al. | 3:20-cv-07805 |
| Sarah Ghaffar-Tehrani v. Johnson & Johnson | 3:20-cv-19694 |
| Gomez, et al. v. Johnson & Johnson, et al. | 3:17-cv-07175 |
| Gray v. Johnson & Johnson, et al. | 3:19-cv-19608 |
| Green, et al. v. Johnson & Johnson, et al. | 3:18-cv-11990 |
| Griffin v. Johnson & Johnson, et al. | 3:19-cv-11347 |
| Halloran v. Johnson & Johnson, et al. | 3:20-cv-05435 |
| Hatton, et al. v. Johnson & Johnson, et al. | 3:18-cv-02812 |
| Haynes, et al. v. Johnson & Johnson, et al. | 3:17-cv-11158 |
| Hennemann, et al. v. Johnson & Johnson, et al | 3:18-cv-11594 |
| Hill v. Johnson & Johnson, et al. | 3:19-cv-13139 |
| Hitchcock v. Johnson & Johnson, et al. | 3:20-cv-09139 |
| Sieja, et al. v. Johnson & Johnson, et al. | 3:17-cv-07032 |
| Holder v. Johnson & Johnson, et al. | 3:18-cv-17657 |
| Holmes v. Johnson & Johnson, et al. | 3:19-cv-13134 |
| Hoover, et al. v. Johnson & Johnson, et al. | 3:17-cv-11165 |
| Horsley v. Johnson & Johnson, et al. | 3:19-CV-12828 |
| Howard v. Johnson & Johnson, et al. | 3:19-cv-12769 |
| Hudson, et al. v. Johnson & Johnson, et al. | 3:18-cv-01409 |
| Hudson v. Johnson & Johnson, et al. | 3:18-cv-16298 |
| Michoski v. Johnson & Johnson, et al. | 3:20-cv-00314 |
| Johnson, et al. v. Johnson & Johnson, et al. | 3:18-cv-10776 |
| Johnson v. Johnson & Johnson, et al. | 3:20-cv-07298 |
| Johnson v. Johnson & Johnson, et al. | 3:19-cv-08841 |
| Kaskus v. Johnson & Johnson, et al. | 3:20-cv-19675 |
| Kelly v. Johnson & Johnson, et al. | 3:19-cv-15973 |
| Kendrick v. Johnson & Johnson, et al. | 3:20-cv-03495 |
| Kennedy v. Johnson & Johnson, et al. | 3:20-cv-03613 |

| | |
|---|---|
| Khodos v. Johnson & Johnson, et al. | 3:19-cv-00418 |
| DiCataldo, et al. v. Johnson & Johnson, et al. | 3:18-cv-02817 |
| Kocay v. Johnson & Johnson, et al. | 3:19-cv-14226 |
| Lang v. Johnson & Johnson, et al. | 3:19-cv-02269 |
| Langer v. Johnson & Johnson, et al. | 3:19-cv-13970 |
| LaTarte v. Johnson & Johnson, et al. | 3:20-cv-05432 |
| Lawrence v. Johnson & Johnson, et al. | 3:20-cv-02198 |
| Lester, et al. v. Johnson & Johnson, et al. | 3:18-cv-09874 |
| Loomis v. Johnson & Johnson, et al. | 3:17-cv-04636 |
| Mackin v. Johnson & Johnson, et al. | 3:20-cv-06163 |
| Cintorino, et al. v. Johnson & Johnson, et al. | 3:19-cv-11388 |
| Mansfield v. Johnson & Johnson, et al. | 3:19-cv-11331 |
| Martinez, et al. v. Johnson & Johnson, et al. | 3:18-cv-09984 |
| Maurer v. Johnson & Johnson, et al. | 3:18-cv-16038 |
| Mercurio, et al. v. Johnson & Johnson, et al. | 3:18-cv-03937 |
| Miller v. Johnson & Johnson, et al. | 3:18-cv-17602 |
| Mills v. Johnson & Johnson, et al. | 3:19-cv-16621 |
| Molloy v. Johnson & Johnson, et al. | 3:20-cv-09093 |
| Morgan v. Johnson & Johnson, et al. | 3:19-cv-20709 |
| Myers v. Johnson & Johnson, et al. | 3:21-cv-03790 |
| Nagel, et al. v. Johnson & Johnson, et al. | 3:17-cv-09396 |
| Nasson v. Johnson & Johnson, et al. | 3:19-cv-12766 |
| Neel, et al. v. Johnson & Johnson, et al. | 3:18-cv-01410 |
| Norred v. Johnson & Johnson, et al. | 3:19-cv-15928 |
| Bennett v. Johnson & Johnson, et al. | 3:20-cv-01105 |
| Ortiz v. Johnson & Johnson, et al. | 3:18-cv-16397 |
| Philemon v. Johnson & Johnson, et al. | 3:21-cv-11644 |
| Pippitt v. Johnson & Johnson, et al. | 3:20-cv-01747 |
| Nelson v. Johnson & Johnson, et al. | 3:21-cv-03340 |
| Price v. Johnson & Johnson, et al. | 3:19-cv-15981 |
| Pruiett, et al. v. Johnson & Johnson, et al. | 3:17-cv-11167 |
| Ranaldi v. Johnson & Johnson, et al. | 3:19-cv-20657 |
| Rao v. Johnson & Johnson, et al. | 3:20-cv-10936 |
| Ratchford-Buyer v. Johnson & Johnson, et al. | 3:21-cv-01053 |
| Redondo, et al. Johnson & Johnson, et al. | 3:17-cv-06536 |
| Renda, et al. v. Johnson & Johnson, et al. | 3:18-cv-13376 |
| Reyes, et al. v. Johnson & Johnson, et al. | 3:18-cv-11473 |
| Smith, et al. v. Johnson & Johnson, et al. | 3:18-cv-05098 |
| Rico, et al. v. Johnson & Johnson, et al. | 3:17-cv-11342 |
| Ritchie, et al. v. Johnson & Johnson, et al. | 3:17-cv-05771 |
| Robbins v. Johnson & Johnson, et al. | 3:19-cv-11387 |
| Roybal v. Johnson & Johnson, et al. | 3:18-cv-14320 |
| Scharp, et al. v. Johnson & Johnson, et al. | 3:18-cv-02806 |
| Schnapp, et al. v. Johnson & Johnson, et al. | 3:18-cv-10083 |
| Shaw v. Johnson & Johnson, et al. | 3:19-cv-08995 |

| | |
|---|---|
| Sing v. Johnson & Johnson, et al. | 3:17-cv-04878 |
| Wong, et al. v. Johnson & Johnson, et al. | 3:17-cv-06483 |
| Doughty v. Johnson & Johnson, et al. | 3:18-cv-16908 |
| Stacy v. Johnson & Johnson, et al. | 3:19-cv-21527 |
| Godfrey v. Johnson & Johnson, et al. | 3:18-cv-13020 |
| Steinbach v. Johnson & Johnson, et al. | 3:20 cv-02210 |
| Stephens v. Johnson & Johnson, et al. | 3:19-cv-11377 |
| Stern v. Johnson & Johnson, et al. | 3:20-cv-14557 |
| Stone v. Johnson & Johnson, et al. | 3:18-cv-15516 |
| Sumputer v. Johnson & Johnson, et al. | 3:20-CV-07691 |
| Pastor v. Johnson & Johnson, et al. | 3:18-cv-09227 |
| Swedberg v. Johnson & Johnson, et al. | 3:20-cv-15000 |
| Sweetman v. Johnson & Johnson, et al. | 3:20-cv-15003 |
| Davis, et al. v. Johnson & Johnson, et al. | 3:17-cv-09411 |
| Tennyson v. Johnson & Johnson, et al. | 3:20-cv-02478 |
| Thompson v. Johnson & Johnson, et al. | 3:18-cv-16470 |
| Tuinstra v. Johnson & Johnson, et al. | 3:20-cv-05892 |
| Vankirk, et al. v. Johnson & Johnson, et al. | 3:19-cv-17197 |
| Vincent v. Johnson & Johnson, et al. | 3:21-cv-06694 |
| Walker v. Johnson & Johnson, et al. | 3:19-cv-20113 |
| Wallace, et al. v. Johnson & Johnson, et al. | 3:18-cv-09861 |
| Frank, et al. v. Johnson & Johnson, et al. | 3:19-cv-12021 |
| Whittle v. Johnson & Johnson, et al. | 3:19-cv-13142 |
| Wiley v. Johnson & Johnson, et al. | 3:17-cv-04879 |
| Calderon v. Johnson & Johnson, et al. | 3:19-cv-01639 |
| Hokanson v. Johnson & Johnson, et al. | 3:20-cv-10752 |
| Withrow v. Johnson & Johnson, et al. | 3:20-cv-01113 |
| Wojta, et al. v. Johnson & Johnson, et al. | 3:18-cv-08610 |
| Wright, et al. v. Johnson & Johnson, et al. | 3:17-cv-06534 |
| Young v. Johnson & Johnson, et al. | 3:20-CV-07716 |
| Arredondo v. Johnson & Johnson, et al. | 3:21-cv-06860 |