## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| SHARLA K. WALTERMIRE | COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| v. | Civil Action No.: 3:21-CV-16629 |
| | DIRECT FILED ACTION |
| JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC. | |
| Defendants. | |

<u>**NOTICE OF FILING SHORT FORM COMPLAINT**</u>

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of

Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-

referenced case on September 8, 2021.

Dated: September 8, 2021.

Respectfully submitted,

/s/ M. Brandon Smith
M. BRANDON SMITH, Esq.
Georgia Bar Number: 141418
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road, Suite 100
Atlanta, GA 30319
Phone: 404.419.9500
Fax: 404.419.9501
bsmith@cssfirm.com
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ M. Brandon Smith
M. BRANDON SMITH, Esq.

*Attorney for Plaintiff(s)*