**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No: 3:21-CV-16524 (FLW) (LHG) MDL No. 2738 (FLW) (LHG) |

**This document relates to:**
**LEEANN SCHIRA, Individually**
Case No: 3:21-CV-16524 (FLW)(LHG)

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 3, 2021 on behalf of Plaintiff, captioned above.

Dated: September 9, 2021               Respectfully submitted,

                                        */s/ Grant L. Davis*
                                        Grant L. Davis
                                        DAVIS, BETHUNE & JONES, LLC
                                        1100 Main Street, Suite 2930
                                        Kansas City, MO  64105
                                        (816) 421-1600
                                        (816) 472-5972 Fax
                                        gdavis@dbjlaw.net
                                        ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

            */s/ Grant L. Davis*
           Grant L. Davis
           DAVIS, BETHUNE & JONES, LLC
           1100 Main Street, Suite 2930
           Kansas City, MO  64105
           (816) 421-1600
           (816) 472-5972 Fax
           gdavis@dbjlaw.net
           **Counsel for Plaintiff**