**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS            **Case No: 3:21-CV-16528 (FLW) (LHG)**
MARKETING, SALES PRACTICES        **MDL No. 2738 (FLW) (LHG)**
AND PRODUCTS LIABILITY
LITIGATION

**This document relates to:**
**DORIS CORDERO, Individually**
**Case No: 3:21-CV-16528 (FLW)(LHG)**

<u>**NOTICE OF FILING SHORT FORM COMPLAINT**</u>

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on September 3, 2021

on behalf of Plaintiff, captioned above.

Dated: September 9, 2021                     Respectfully submitted,

                                   _____*/s/ Grant L. Davis*_____
                                   Grant L. Davis
                                   DAVIS, BETHUNE & JONES, LLC
                                   1100 Main Street, Suite 2930
                                   Kansas City, MO  64105
                                   (816) 421-1600
                                   (816) 472-5972 Fax
                                   gdavis@dbjlaw.net
                                   ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

<div style="margin-left: 40%;">

*/s/ Grant L. Davis*

Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***

</div>