# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Lloyd Palter, Individually and as the Personal Representative of the Estate of Plaintiff Ann Palter v. Johnson & Johnson, et al.* | **MDL NO. 2738 (FLW) (LHG)** |

**Case No.:**   3:21-cv-16726

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a short form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lloyd Palter, Individually and as the Personal Representative of the Estate of Plaintiff, Ann Palter.

Dated: September 10, 2021                    Respectfully Submitted by,


                                                                     /s/ *Roopal P. Luhana*
                                                                    Roopal P. Luhana, Esq.
                                                                    CHAFFIN LUHANA LLP
                                                                    600 Third Avenue, 12th Floor
                                                                    New York, NY 10016
                                                                    Phone: 888-480-1123
                                                                    Fax: 888-499-1123
                                                                    Email: luhana@chaffinluhana.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this  10th  of  September , 2021.

/s/ *Roopal P. Luhana*