## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

<u>Nico Barnes</u>,

Plaintiff,

v.

<u>Johnson & Johnson, et al.</u>,

Defendants.

COMPLAINT AND JURY DEMAND

Civil Action No.: 3:21-cv-<u>16673</u>

DIRECT FILED ACTION

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on <u>09/09/2021</u> on behalf of <u>Nico Barnes</u>.

Dated: <u>09/10/2021</u>

THE DRISCOLL FIRM, P.C.

BY:  <u>/s/ PAUL W. JOHNSON</u>
PAUL W. JOHNSON (#34554)
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
Paul@thedriscollfirm.com
*Counsel for Plaintiff*