UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| DEE ANN SCOTT<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC.<br><br>    Defendants. | COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:21-CV-16754<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed in the above-referenced case on September 10, 2021.

Dated: September 10, 2021.

                                      Respectfully submitted,

                                      */s/* M. Brandon Smith
                                      M. BRANDON SMITH, Esq.
                                      Georgia Bar Number: 141418
                                      CHILDERS, SCHLUETER & SMITH, LLC
                                      1932 N. Druid Hills Road, Suite 100
                                      Atlanta, GA 30319
                                      Phone: 404.419.9500
                                      Fax: 404.419.9501
                                      bsmith@cssfirm.com
                                      *Attorney for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                      */s/* M. Brandon Smith
                                      M. BRANDON SMITH, Esq.

                                      *Attorney for Plaintiff(s)*