**EXHIBIT A**

|     | **Plaintiff Name** | **File Number** |
| --- | --- | --- |
| 1 | Anthony M. Kirshy, Individually and on Behalf of the Estate of Theresa Kirshy, dec. | 3:21-cv-15298 |
| 2 | Antoinette Peluzzo and Herbert Peluzzo, her husband | 3:21-cv-15469 |
| 3 | Infinity Johnson, Individually and on Behalf of the Estate of Selena Walker, dec. | 3:21-cv-15488 |
| 4 | Shanneta Ayers Floyd, Individually and on Behalf of the Estate of Jannie Ruth Lewis, dec. | 3:21-cv-15845 |
| 5 | Debra Helland, Individually and on Behalf of the Estate of Dolores T. Starkweather, dec. | 3:21-cv-15550 |
| 6 | Ryan Jones, Individually and on Behalf of the Estate of Mia Jones, dec. | 3:21-cv-15859 |
| 7 | Diane Stachura | 3:21-cv-15955 |
| 8 | Kerrie Owens, Individually and on Behalf of the Estate of Terrase Jones, dec. | 3:21-cv-16001 |
| 9 | Lisa M. Pino | 3:21-cv-16101 |
| 10 | Kasheena Parker, Individually and on Behalf of the Estate of Francis Kay Whitted, dec. | 3:21-cv-16359 |
| 11. | Evelyn L. Hollandsworth and Charles M. Hollandsworth, her husband | 3:21-cv-16702 |
| 12. | Evangelina Davila | 3:21-cv-16728 |
| 13. | Karen McCree | 3:21-cv-16734 |
| 14. | Debra Laakso and Stephen Laakso, her husband | 3:21-cv-16738 |
| 15. | Maria Gloria Ortega Loza | 3:21-cv-16741 |
| 16. | Greg B. Stowers, Individually and on Behalf of the Estate of Mary Jane Stowers, dec. | 3:21-cv-16747 |
| 17. | Lina Rawlings | 3:21-cv-16756 |