# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |
| *THIS DOCUMENT RELATES TO ALL CASES* | |

## PRIVILEGE LOG OF CERTAIN PLAINTIFFS REGARDING DISCLOSURES REQUIRED BY CIV. RULE 7.1.1

| Date Created | Document Description | Privilege | Custodian |
|---|---|---|---|
| March 18, 2020 | Co-counsel Agreement | Attorney Client Privilege and Work Product Doctrine | The Segal Law Firm and Co-counsel |

# Exhibit B