UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>DANNY JONES, Individually and as Personal Representative of the Estate of Reba C. Jones, | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-16786 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 11, 2021 on behalf of Plaintiff, Reba C. Jones.

Dated: September 11, 2021        Respectfully Submitted by:

                                                     By: /s/ Daniel J. Thornburgh
                                                     Daniel J. Thornburgh
                                                     Aylstock, Witkin, Kreis, & Overholtz
                                                     17 East Main Street, Suite 200
                                                   Pensacola, FL 32502
                                                   Telephone: 850-202-1010
                                                   Fax: 850-916-7449
                                                   dthornburgh@awkolaw.com

                                                   *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated: September 11, 2021    Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com