**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON** | |
| **TALCUM POWDER PRODUCTS** | Case No: 3:21-CV-16554 (FLW) (LHG) |
| **MARKETING, SALES PRACTICES** | MDL No. 2738 (FLW) (LHG) |
| **AND PRODUCTS LIABILITY** | |
| **LITIGATION** | |

**This document relates to:**
**MARIE IAMMATTEO, Individually**
Case No: 3:21-CV-16554 (FLW)(LHG)

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 4, 2021 on behalf of Plaintiff, captioned above.

Dated: September 13, 2021                Respectfully submitted,

                             */s/ Grant L. Davis*
                             Grant L. Davis
                             DAVIS, BETHUNE & JONES, LLC
                             1100 Main Street, Suite 2930
                             Kansas City, MO  64105
                             (816) 421-1600
                             (816) 472-5972 Fax
                             gdavis@dbjlaw.net
                             ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                        */s/ Grant L. Davis*
                                Grant L. Davis
                                DAVIS, BETHUNE & JONES, LLC
                                1100 Main Street, Suite 2930
                                Kansas City, MO  64105
                                (816) 421-1600
                                (816) 472-5972 Fax
                                gdavis@dbjlaw.net
                                ***Counsel for Plaintiff***