UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Brenda Arp vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-16813-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Brenda Arp.

This 13th day of September 2021.               Respectfully submitted,

                                                ONDERLAW, LLC

                        By:     */s/ Stephanie L. Rados*
                                James G. Onder, #38049 MO
                                William W. Blair, #58196 MO
                                Stephanie L. Rados, #65117 MO
                                110 E. Lockwood, 2nd Floor
                                St. Louis, MO 63119
                                314-963-9000 telephone
                                314-963-1700 facsimile
                                onder@onderlaw.com
                                blair@onderlaw.com
                                rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of September 2021.

                 */s/ Stephanie L. Rados*