**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Benita Davis vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-16832-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Benita Davis.

This 13th day of September 2021.          Respectfully submitted,

                                                                             ONDERLAW, LLC

                                        By:      */s/ Stephanie L. Rados*
                                                      James G. Onder, #38049 MO
                                                      William W. Blair, #58196 MO
                                                      Stephanie L. Rados, #65117 MO
                                                      110 E. Lockwood, 2nd Floor
                                                      St. Louis, MO  63119
                                                      314-963-9000 telephone
                                                      314-963-1700 facsimile
                                                      onder@onderlaw.com
                                                      blair@onderlaw.com
                                                      rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of September 2021.

*/s/ Stephanie L. Rados*