# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nikia Johnson vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-16863-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Nikia Johnson.

This 13th day of September 2021.        Respectfully submitted,

                                        ONDERLAW, LLC

                                By:     /s/ Stephanie L. Rados
                                        James G. Onder, #38049 MO
                                        William W. Blair, #58196 MO
                                        Stephanie L. Rados, #65117 MO
                                        110 E. Lockwood, 2nd Floor
                                        St. Louis, MO  63119
                                        314-963-9000 telephone
                                        314-963-1700 facsimile
                                        onder@onderlaw.com
                                        blair@onderlaw.com
                                        rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of September 2021.

                 */s/ Stephanie L. Rados*