UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>JOY CHILDERS, Individually and as Personal Representative of the Estate of Joyce F. Childers, | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-16955 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 14, 2021 on behalf of Plaintiff, Joy Childers.

Dated: September 14, 2021          Respectfully Submitted by:

                                                              By: /s/ Daniel J. Thornburgh
                                                              Daniel J. Thornburgh
                                                              Aylstock, Witkin, Kreis, & Overholtz
                                                              17 East Main Street, Suite 200
                                                              Pensacola, FL 32502
                                                              Telephone: 850-202-1010
                                                              Fax: 850-916-7449
                                                              dthornburgh@awkolaw.com

                                                              *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  September 14, 2021            Respectfully Submitted by:


By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com