IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Botzenhardt v. Johnson & Johnson, et al.*<br>Case No. 3:17-cv-13718<br><br>*Cavolt v. Johnson & Johnson, et al.*<br>Case No. 3:16-cv-09400<br><br>*Nichols v. Johnson & Johnson, et al.*<br>Case No. 3:17-cv-13826<br><br>*Nuckols v. Johnson & Johnson, et al.*<br>Case No. 3:18-cv-01404<br><br>*Prickett v. Johnson & Johnson, et al.*<br>Case No. 3:19-cv-20353<br><br>*Senter v. Johnson & Johnson, et al.*<br>Case No. 3:17-cv-13827<br><br>*Sieckman v. Johnson & Johnson, et al.*<br>Case No. 3:18-cv-03003<br><br>*Smith v. Johnson & Johnson, et al.*<br>Case No. 3:19-cv-20329 | Master File No. 3:16-MD-02738<br>MDL No. 2738<br><br>HON. FREDA L. WOLFSON<br><br>HON. LOIS H. GOODMAN |

**RULE 7.1.1(a) DISCLOSURE STATEMENT**

Plaintiffs, in the above-captioned cases, hereby notify the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing fundingfor any portion of the Plaintiffs' attorney's fees or expenses of litigation in exchange for a contingent financial

interest based upon the results of the litigation or a non-monetary result that is not in the nature of a personal or bank loan or insurance. (See attached Exhibit A).

Dated: September 14, 2021

Respectfully Submitted,

/s/ Levi M. Plesset
Levi M. Plesset (CA Bar No. 296039)
MILSTEIN JACKSON FAIRCHILD
& WADE, LLP
10990 Wilshire Blvd, 8th Floor
Los Angeles, CA 90024
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
lplesset@mjfwlaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on September 14, 2021, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

*/s/ Levi M. Plesset*
Levi M. Plesset