# EXHIBIT A

| Plaintiff Name | Case Number |
| --- | --- |
| Cristine Ann Botzenhardt | 3:17-cv-13718 |
| Ron Cavolt, Personal Representative of the Estate of KATHERINE CAVOLT, deceased | 3:16-cv-09400 |
| Trisha DeAnn Nichols | 3:17-cv-13826 |
| Ethel M. Nuckols | 3:18-cv-01404 |
| Sandra Kopp Prickett | 3:19-cv-20353 |
| Deborah Anne Senter | 3:17-cv-13827 |
| Karl Siekman, Personal Representative of the Estate of PATRICIA LYNN JARVIS, deceased | 3:18-cv-03003 |
| Roberta Lynn Smith | 3:19-cv-20329 |