**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Robert Heun, as the Anticipated Personal Representative of the Estate of Mie Heun, Deceased vs. Johnson & Johnson, et al.* <br> **Case No.:  3:21-cv-16973-FLW-LHG** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Robert Heun, as the Anticipated Personal Representative of the Estate of Mie Heun, Deceased.*

This 15th day of September 2021.　　　　　Respectfully submitted,

               ONDERLAW, LLC

          By: */s/ Stephanie L. Rados*
             James G. Onder, #38049 MO
             William W. Blair, #58196 MO
             Stephanie L. Rados, #65117 MO
             110 E. Lockwood, 2nd Floor
             St. Louis, MO  63119
             314-963-9000 telephone
             314-963-1700 facsimile
             onder@onderlaw.com
             blair@onderlaw.com
             rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of September 2021.

<em>/s/ Stephanie L. Rados</em>