## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**IN RE: JOHNSON & JOHNSON**
**TALCUM POWDER PRODUCTS**          **Case No: 3:21-CV-16927 (FLW) (LHG)**
**MARKETING, SALES PRACTICES**       **MDL No. 2738 (FLW) (LHG)**
**AND PRODUCTS LIABILITY**
**LITIGATION**

**This document relates to:**
**ANDREA MYERS, Individually**
**Case No: 3:21-CV-16927 (FLW)(LHG)**

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 14, 2021 on behalf of Plaintiff, captioned above.

Dated: September 15, 2021                Respectfully submitted,

                                     */s/ Grant L. Davis*

                                 Grant L. Davis
                                 DAVIS, BETHUNE & JONES, LLC
                                 1100 Main Street, Suite 2930
                                 Kansas City, MO  64105
                                 (816) 421-1600
                                 (816) 472-5972 Fax
                                 gdavis@dbjlaw.net
                                 ***Counsel for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 15, 2021, a copy of the foregoing NOTICE OF

FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's

electronic filing system to all parties indicated on the electronic filing receipt.  Parties may

access this filing through the Court's system.

*/s/ Grant L. Davis*

Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***
