Case 3:16-md-02738-FLW-LHG   Document 193   Filed 02/07/17   Page 5 of 14 PageID: 1559

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:_____<br>_____ | MDL No. 2738 (FLW) (LHG) |

## SHORT FORM COMPLAINT
## AND JURY DEMAND

The Plaintiff(s) named below file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint* in *In re: Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738 in the United States District Court for the District of New Jersey. Plaintiff(s) file(s) this Short Form Complaint as permitted by Case Management Order No. 1 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint*, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

# IDENTIFICATION OF PARTIES

## Identification of Plaintiff(s)

1. Name of individual injured due to the use of talcum powder product(s): ___

   _____RAMONA BROOKS_____.

2. At the time of the filing of the specific case, Plaintiff(s) is/are a citizen of

   _____United States, Los Angeles, California_____.

3. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: Yes, Brooks was married but was eventually divorced thus losing all consotirum because she failed to be able to carry children due to tumors in her womb.

4. Survival and/or Wrongful Death Claims:

   Name and residence of Decedent Plaintiff when she suffered the talcum powder product(s) related death: None _____

   _____

   _____

5. Plaintiff/Decedent was born on __November 21, 1967__ and died on

   Plaintiff is still alive. Plaintiff has and still suffers from cancer and resulting medical complications.

6. Plaintiff is filing this case in a representative capacity as the _Not Applcable_

   _____ of the_____, having been duly appointed

   as the_____by the_____Court of ___

   _____.

7. As a result of using talcum powder products, Plaintiff/Decedent suffered personal and economic injur(ies) that are alleged to have been caused by the use of the products identified in Paragraph 16 below, but not limited to, the following:

__✓__ injury to herself

_____ injury to the person represented

_____ wrongful death

_____ survivorship action

_____ economic loss

_____ loss of services

_____ loss of consortium

_____ other: _____

**Identification of Defendants**

8. Plaintiff(s)/Decedent Plaintiff(s) is/are suing the following Defendant(s) (please check all that apply)[1]:

  ☑ Johnson & Johnson

  ☑ Johnson & Johnson Consumer Inc.

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged by the specific Plaintiff(s) as to whom this *Short Form Complaint* applies, the specific facts supporting these allegations must be pleaded by the Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to this *Short Form Complaint*.

- ☑ Imerys Talc America, Inc. ("Imerys Talc")
- ☑ Personal Care Products Council ("PCPC")

**Additional Defendants:**

- ☐ Other(s) Defendant(s) (please specify): _____

_____

_____

## JURISDICTION & VENUE

**Jurisdiction:**

9. Jurisdiction in this Short Form Complaint is based on:

   - ☑ Diversity of Citizenship

   - ☐ Other (The basis of any additional ground for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure). _____

_____

**Venue:**

10. District Court(s) and Division (if any) in which venue was proper where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court and to where remand could be ordered by the Judicial Panel for trial:

This case was filed in Superior Court of Los Angeles County due to diversity. Yet ths Court has jurisidictional venue as well.

## CASE SPECIFIC FACTS

11. Plaintiff(s) currently reside(s) in (City, State):

    United States, Los Angeles, California                            .

12. At the time of the Plaintiff's/Decedent's diagnosis with a talcum powder product(s) injury, Plaintiff/Decedent resided in (City, State):

    United States, Los Angeles, California                            .

13. The Plaintiff/Decedent was diagnosed with a talcum powder product(s) injury in (City/State): Los Anegles, California            on January 28, 2015        (date).

14. To the best of Plaintiff's knowledge, Plaintiff/Decedent began using talcum powder product(s) on or about the following date:    1968      and continued the use of talcum powder product(s) through about the following date:

    October 2013        .

15. The Plaintiff/Decedent purchased talcum powder product(s) in the following (State(s)): Los Angeles, California                            .

16. Plaintiff/Decedent used the following talcum powder products:

    ☑ Johnson & Johnson's Baby Powder

    ☐ Shower to Shower

## CAUSES OF ACTION

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

18. The following claims and allegations asserted in the Master *Long Form Complaint and Jury Demand* are herein adopted by reference by Plaintiff(s):

- ☑ Count I: Products Liability – Strict Liability – Failure to Warn (Against Imerys Talc)

- ☑ Count II: Products Liability – Strict Liability – Failure to Warn (Against the Johnson & Johnson Defendants)

- ☑ Count III: Products Liability – Strict Liability – Defective Manufacturer and Design (Against Imerys Talc)

- ☑ Count IV: Products Liability – Strict Liability – Defective Manufacturer and Design (Against the Johnson & Johnson Defendants)

- ☑ Count V: Breach of Express Warranties (Against the Johnson & Johnson Defendants)

- ☑ Count VI: Breach of Implied Warranty of Merchantability (Against the Johnson & Johnson Defendants)

- ☑ Count VII: Breach of Implied Warranty of Fitness for a Particular Purpose (Against the Johnson & Johnson Defendants)

- ☑ Count VIII: Negligence (Against Imerys Talc)

- ☑ Count IX: Negligence (Against the Johnson & Johnson Defendants)

- ☑ Count X: Negligence (Against PCPC)

- ☑ Count XI: Negligent Misrepresentation (Against the Johnson &

10

Johnson Defendants)

- ☑ Count XII: Fraud (Against the Johnson & Johnson Defendants)

- ☑ Count XIII: Fraud (Against PCPC)

- ☑ Count XIV: Violation of State Consumer Protection Laws of the State of California _____ (Against the Johnson & Johnson Defendants).

- ☑ Count XV: Fraudulent Concealment (Against Imerys Talc)

- ☑ Count XVI: Fraudulent Concealment (Against the Johnson & Johnson Defendants)

- ☑ Count XVII: Fraudulent Concealment (Against PCPC)

- ☑ Count XVIII: Civil Conspiracy (Against All Defendants)

- ☑ Count XIX: Loss of Consortium (Against All Defendants)

- ☑ Count XX: Punitive Damages (Against All Defendants)

- ☑ Count XXI: Discovery Rule and Tolling (Against All Defendants)

- ☐ Count XXII: Wrongful Death (Against All Defendants)

- ☐ Count XXIII: Survival Action (Against All Defendants)

- ☐ Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in Paragraph nine (9) above. If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements

11

of the Federal Rules of Civil Procedure. _____

_____

_____

_____

_____

_____

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint as appropriate.

### JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: 3.15.2021                                            Respectfully Submitted by,

                                                           /s/ Theida Salazar

                                                           Theida Salazar, Esq.
                                                           **Counsel for Plaintiff(s)**
                                                           Ramona Brooks

12

# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> _____, <br><br> Plaintiff, <br> v. <br><br> _____, <br><br> Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: _____ <br><br> DIRECT FILED ACTION |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

*THIS DOCUMENT RELATES TO ALL CASES*

## NOTICE OF AGREEMENT ON FORM OF SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 1, entered by the Court on December 6, 2016 ("CMO No. 1"), the parties have met and conferred regarding the form of a Short Form Complaint.

1. Attached hereto as Exhibit 1 is the form of Short Form Complaint that has been agreed upon by the parties.

2. As directed by CMO No. 1, the parties continue to meet and confer on the content and form of a Direct Filing Order. At such a time as an agreement is reached by and between the parties as to the content and form of that Order, instructions for the adoption and filing of the agreed upon Short Form Complaint will be presented to the Court, including:

    a) The date by which cases currently pending in this MDL shall file a Short Form Complaint in the respective, individual case dockets; and

#8929106.1

(b) The date by which cases newly transferred to this MDL must file a Short Form Complaint in the respective, individual case dockets.

Dated: January 5, 2017

                                          RESPECTFULLY SUBMITTED,

                                          /s/ *Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA, & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
Tel: 732-747-9003
Fax: 732-747-9004
cplacitella@cprlaw.com

*Plaintiffs' Liaison Counsel*

/s/ *P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel: 334-269-2343
Fax: 334-954-7555
leigh.odell@beasleyallen.com

/s/ *Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Tel: 703-931-5500
Fax: 703-820-1656
mparfitt@ashcraftlaw.com

*Plaintiffs' Co-Lead Counsel*

#8929106.1

## FW: E-Filing User Account Information

John Groff <jgroff@lentolawgroup.com>
Mon 9/13/2021 7:37 PM
To: Denise Stone <dstone@lentolawgroup.com>

**From:** Philadelphia Courts <efs-registration@courts.phila.gov>
**Sent:** Monday, September 13, 2021 6:59 PM
**To:** John Groff <jgroff@lentolawgroup.com>
**Subject:** E-Filing User Account Information

Dear THOMAS CONNELLY,

Your User Account information has been successfully updated.

You will need to remember the information below to be able to log on. For your security it is important that you not share your username, password and pin number with anyone.

Username: tconnelly
Password: Onora!2017
Pin No.: 200586

You can E-File by logging on to the Civil, Criminal and Orphans' Electronic Filing System (EFS) at:

http://courts.phila.gov (under the tab leabled On-Line Services).

Upon logging on, you may change your password, electronic and street addresses and other information.

If you are experiencing problems logging on, or have any questions you can contact support at one of the following:

For Civil: OJRCivil@courts.phila.gov or (215)686-6652;
For Criminal: criminalefsupport@courts.phila.gov or (215)683-7518;
For Orphans: ocsupport@courts.phila.gov.
For Family Court:: Familyefsupport@pacses.com or (215)686-7466;

THANK YOU,

First Judicial District of Pennsylvania
Orphans' Court and Trial Court Division

---

Disclaimer:

The First Judicial District will use your electronic mail address and personal information only for purpose of Electronic Filing pursuant to Pa.O.C.R. 2.3 and 3.7, Phila.O.C.R.3.7.A, Pa.R.C.P. 205.4, Phila.R.C.P.*205.4 and Administrative Docket No. 01-2008.

Use of the Electronic Filing System constitutes an acknowledgment that the user has read the Electronic Filing Rules and Disclaimer and agrees to comply with same.

---

This is an automated e-mail, please do not respond!