**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*William Rookard, R., as the Anticipated Personal Representative of the Estate of Ilene Reilly, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-17158-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *William Rookard, R., as the Anticipated Personal Representative of the Estate of Ilene Reilly, Deceased*.

This 20th day of September 2021.                Respectfully submitted,

                                                ONDERLAW, LLC

                                        By:     */s/ Stephanie L. Rados*
                                                James G. Onder, #38049 MO
                                                William W. Blair, #58196 MO
                                                Stephanie L. Rados, #65117 MO
                                                110 E. Lockwood, 2nd Floor
                                                St. Louis, MO  63119
                                                314-963-9000 telephone
                                                314-963-1700 facsimile
                                                onder@onderlaw.com
                                                blair@onderlaw.com
                                                rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of September 2021.

                                                */s/ Stephanie L. Rados*