**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

**SPECIAL MASTER ORDER NO. 12**

The parties having agreed to a schedule regarding Dr. Smith-Bindman; and this Order intending to confirm the parties' agreement; and accordingly,

IT IS HEREBY ORDERED this 20th day of September, 2021, as follows:

1. Dr. Smith-Bindman's documents to be produced pursuant to SM Order No. 10 shall be produced by September 22, 2021.

2. Dr. Smith-Bindman shall be deposed in San Francisco, California on October 1, 2021.

3. Plaintiffs shall serve University of California, San Francisco ("UCSF") with a copy of this Order.

Dated: September 20, 2021      By:    /s/Joel Schneider
                                      SPECIAL MASTER
                                      HON. JOEL SCHNEIDER (RET.)