## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Peggy Thompson vs. Johnson & Johnson, et al. Case No.: 3:21-cv-05909** | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to F.R.C.P. 25(a)(1), undersigned counsel hereby informs this Honorable Court of the Death of the plaintiff, Peggy Thompson on March 5, 2021.

Dated: September 20, 2021.

Respectfully Submitted by,

/s/ *William L. Bross*
William L. Bross
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 380-8072
Email: william@hgdlawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2021 this document was

filed and electronically served by way of the Court's electronic filing system.

/s/ *William L. Bross*
Of Counsel