# STATE OF MARYLAND
## Maryland Department of Health
### Division of Vital Records

## Certificate of Death

*320210108860000*  
File Number *32021MD010885*

| Field | Value |
|---|---|
| 1. Decedent's Name, AKA Name (if any) | PEGGY SHECKELLS THOMPSON |
| 2. Date of Death | 03/05/2021 |
| 3. Time of Death | 0454 |
| 4a. Facility Name | 14220 FOX HALL ROAD |
| 4b. City, Town or Location of Death | DOWELL |
| 4c. County of Death | CALVERT |
| 5. Social Security Number | |
| 6. Sex | F |
| 7. Age | 78 YR |
| 8. Date of Birth | 01/16/1943 |
| 9. Birthplace | MARYLAND |

**Usual Residence of Decedent**

| Field | Value |
|---|---|
| 10a. State | MARYLAND |
| 10b. County | CALVERT |
| 10c. City, Town or Location | DOWELL |
| 10d. Inside City Limits? | NO |
| 10e. Address | 14220 FOX HALL ROAD |
| 10f. Zip Code | 20629 |
| 11. Marital Status | WIDOWED (AND NOT REMARRIED) |
| 12. Ever in U.S. Armed Forces? | NO |
| 13. Hispanic Origin? | NO |
| 14. Race | WHITE |
| 15. Decedent's Education | HS OR GED |
| 16a. Decedent's Usual Occupation | TECHNICAL ADMINISTRATOR E-2C |
| 16b. Business/Industry | U.S. NAVY |
| 17. Father's Name | ELLIOT SHECKELLS |
| 18. Mother's Name Prior to First Marriage | VIRGINIA DOWELL |
| 19. Surviving Spouse's Name | |
| 20a. Informant's Name | MARK GREEN |
| 20b. Informant's Relationship | SON |
| 20c. Informant's Mailing Address | 492 CRYSTAL DRIVE, MADIRA BEACH, FLORIDA 33708 |
| 21a. Method of Disposition | CREMATION |
| 21b. Place of Disposition | RAUSCH CREMATORY |
| 21c. Date of Disposition | 03/06/2021 |
| 21d. Location | 20 AMERICAN LANE P O BOX 600, LUSBY, MARYLAND 20657 |
| 22a. Signature of Funeral Service Licensee | MATTHEW WILSON |
| 22b. License No | M01925 |
| 22c. Name and Address of Funeral Facility | RAUSCH FUNERAL HOME PA, 20 AMERICAN LANE P O BOX 600, LUSBY, MD 20657 |

**23a. Part I. Disease, injuries, or complications that directly caused the death**

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (final disease or condition resulting in death) | a. METASTATIC OVARIAN CARCINOSARCOMA | 33 MONTHS |
| | Due to (or as a consequence of): | |
| Conditions, if any, leading to immediate cause | b. | |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |
| | d. | |

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause in Part I

23b. Did tobacco use contribute to the cause of death? NO

| Field | Value |
|---|---|
| 24a. Was an autopsy performed? | NO |
| 24b. Were autopsy findings available prior to completion of cause of death? | |
| 25a. Was case referred to medical examiner? | NO |
| 25b. Medical Examiner Countersignature | |
| 26. Place of Death | HOME |
| 27. Manner of Death | NATURAL |
| 28a. Date of Injury | |
| 28b. Time of Injury | |
| 28c. How injury occurred | |
| 28d. Injury at work? | |
| 28e. Transportation Injury? | |
| 28f. Place of injury | |
| 28g. Location of Injury | |
| 29a. Certifier Type | CERTIFYING PHYSICIAN |
| 29b. Signature and Title of Certifier | KENNETH L. ABBOTT, M.D. |
| 29c. License No | D56024 |
| 29d. Date signed | 03/05/2021 |
| 30a. Name of person who completed cause of death | KENNETH L. ABBOTT |
| 30b. Address of person who completed cause of death | 110 HOSPITAL ROAD 110, PRINCE FREDERICK, MARYLAND 20678 |

| | | | | |
|---|---|---|---|---|
| 4a. Facility Name 14220 FOX HALL ROAD | | 4b. City, Town or Location DOWELL | | 4c. County of Death CALVERT |
| 5. Social Security Number 216408372 | 6. Sex F | 7. Age 78 YR | 8. Date of Birth 01/16/1943 | 9. Birthplace MARYLAND |

Usual Residence of Decedent

| | | | | |
|---|---|---|---|---|
| 10a. State MARYLAND | 10b. County CALVERT | | 10c. City, Town or Location DOWELL | 10d. Inside City Limits? NO |
| 10e. Address 14220 FOX HALL ROAD | | | | 10f. Zip Code 20629 |
| 11. Marital Status WIDOWED (AND NOT REMARRIED) | 12. Ever in U.S. Armed Forces? NO | 13. Hispanic Origin? NO | | 14. Race WHITE |
| 15. Decedent's Education HS OR GED | | 16a. Decedent's Usual Occupation TECHNICAL ADMINISTRATOR E-2C | | 16b. Business/Industry U.S. NAVY |
| 17. Father's Name ELLIOT SHECKELLS | | 18. Mother's Name Prior to First Marriage VIRGINIA DOWELL | | |
| 19. Surviving Spouse's Name | | | | |
| 20a. Informant's Name MARK GREEN | | 20b. Informant's Relationship SON | 20c. Informant's Mailing Address 492 CRYSTAL DRIVE, MADIRA BEACH, FLORIDA 33708 | |
| 21a. Method of Disposition CREMATION | 21b. Place of Disposition RAUSCH CREMATORY | | 21c. Date of Disposition 03/06/2021 | 21d. Location 20 AMERICAN LANE P O BOX 600, LUSBY, MARYLAND 20657 |
| 22a. Signature of Funeral Service Licensee MATTHEW WILSON | | 22b. License No M01925 | 22c. Name and Address of Funeral Facility RAUSCH FUNERAL HOME PA 20 AMERICAN LANE P O BOX 600, LUSBY, MD 20657 | |

| 23a. Part I. Disease, injuries, or complications that directly caused the death | Approximate interval Between Onset and Death |
|---|---|
| Immediate Cause (final disease or condition resulting in death) a. METASTATIC OVARIAN CARCINOSARCOMA | 33 MONTHS |
| Due to (or as a consequence of): | |
| Conditions, if any, leading to immediate cause b. | |
| Due to (or as a consequence of): | |
| c. | |
| Due to (or as a consequence of): | |
| d. | |

| Part II. Other significant conditions contributing to death but not resulting in the underlying cause in Part I | 23b. Did tobacco use contribute to the cause of death? NO |
|---|---|

| | | | |
|---|---|---|---|
| 24a. Was an autopsy performed? NO | 24b. Were autopsy findings available prior to completion of cause of death? | 25a. Was case referred to medical examiner? NO | 25b. Medical Examiner Countersignature |
| 26. Place of Death HOME | 27. Manner of Death NATURAL | 28a. Date of Injury | 28b. Time of Injury |
| 28c. How injury occurred | | 28d. Injury at work?   28e. Transportation Injury? | 28f. Place of injury |
| 28g. Location of Injury | | | |
| 29a. Certifier Type CERTIFYING PHYSICIAN | 29b. Signature and Title of Certifier KENNETH L. ABBOTT, M.D. | 29c. License No D56024 | 29d. Date signed 03/05/2021 |
| 30a. Name of person who completed cause of death KENNETH L. ABBOTT | 30b. Address of person who completed cause of death 110 HOSPITAL ROAD 110, PRINCE FREDERICK, MARYLAND 20678 | | |

For Office Use Only:

| 31. Date Filed 03/08/2021 | 32. Registrar at Filing CRYSTAL D. WEAVER | 33. Date Issued 03/08/2021 | 34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records. Registrar's Signature  Crystal D. Weaver |
|---|---|---|---|

4436163