# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Peggy Thompson vs. Johnson & Johnson, et al. Case No.: 3:21-cv-05909 | MDL No. 2738 (FLW) (LHG) |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Terry L. Shannon, next of kin to Peggy Thompson, and pursuant to Fed.R.Civ.P. 25(a), moves to substitute herself as Plaintiff in this action based upon the death of Peggy Thompson on March 5, 2021. Letters of Administration issued to Terry L. Shannon are attached as Exhibit A.

A Notice/Suggestion of Death was filed in this matter on September 20, 2021 (Doc 25279).

Dated: September 20, 2021.

Respectfully Submitted by,

/s/ *William L. Bross*
William L. Bross
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 380-8072
Email: william@hgdlawfirm.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 20, 2021 this document was filed and electronically served by way of the Court's electronic filing system.

/s/ *William L. Bross*
Of Counsel
