## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |
| **This Document Relates to:**<br>**Vickie Forrest, et al.** | |

### CROSS-NOTICE OF VIDEOTAPED (REMOTE) DEPOSITION OF JOHN B. MCKEEGAN

PLEASE TAKE NOTICE that, in connection with *Vickie Forrest v. Johnson & Johnson, et al.*, Case No. 1522-CC00419-02, in the Circuit Court of the City of St. Louis, State of Missouri, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Johnson & Johnson Defendants"), pursuant to the Federal and Missouri Rules of Civil Procedure, cross-notice the videotaped deposition upon oral examination of **John B. McKeegan**, before a person duly authorized to administer oaths, on **Monday, September 27, 2021, beginning at 10:00 a.m. EST via video conference**, pursuant to the *Notice of Videotaped (Remote) Deposition of John B. McKeegan*, as served and attached as Exhibit "A" hereto.

The deposition will be conducted pursuant to the provisions of the Federal and Missouri Rules of Civil Procedure. You may appear and examine the witness following completion of the *Forrest* deposition.

| | |
|---|---|
| Dated: September 21, 2021 | *s/ Susan M. Sharko*  <br>Susan M. Sharko <br>FAEGRE DRINKER BIDDLE & REATH LLP <br>600 Campus Drive <br>Florham Park, New Jersey 07932 <br>Telephone: 973-549-7000 <br>Facsimile: 973-360-9831 <br>E-mail: susan.sharko@faegredrinker.com <br><br>*s/John H. Beisner* <br>John H. Beisner <br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br>1440 New York Avenue, N.W. <br>Washington, D.C. 20005 <br>Telephone: 202-371-7000 <br>Facsimile: 202-661-8301 <br>john.beisner@skadden.com <br><br>*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.* |

## **CERTIFICATION OF SERVICE**

I hereby certify that I have, on this 21st day of September, 2021, caused the foregoing Cross-Notice of Videotaped (Remote) Deposition of John B. McKeegan to be served on all counsel of record via electronic mail, including:

Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: 703-931-5500
Email: mparfitt@ashcraftlaw.com

P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Email: leigh.odell@beasleyallen.com

Christopher M. Placitella
COHEN PLACITELLA ROTH, PC
127 Maple Avenue
Red Bank, NJ 07701
Telephone: 888-219-3599
Facsimile: 215-567-6019
Email: cplacitella@cprlaw.com

_____
Kaitlyn E. Stone

# EXHIBIT A

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

| | |
|---|---|
| **VICKIE FORREST**, et al., | |
| Plaintiffs, | Case No. 1522-CC00419-02 |
| vs. | Division 1 |
| **JOHNSON & JOHNSON**, et al., | |
| Defendants | |

**NOTICE OF VIDEOTAPED (REMOTE) DEPOSITION OF JOHN B. MCKEEGAN**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Rule 57 of the Missouri Rules of Civil Procedure, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc., shall take the videotaped deposition of **John B. McKeegan,** in the above-referenced matter, specifically regarding the Johnson & Johnson Defendants. The deposition will be conducted remotely using Veritext Legal Solutions' reporting and videographer services, on **September 27, 2021**, at **10 a.m. EST** pursuant to the Missouri Rules of Civil Procedure before a shorthand reporter and notary public duly authorized to administer oaths.

In addition, Veritext will provide a Zoom platform for the taking of the deposition and presentation of exhibits. An invitation with the link for presentation of exhibits will be circulated in advance of the deposition. The deponent and all persons wishing to attend the deposition shall provide counsel for Plaintiffs with their email addresses no later than four days before the deposition. A licensed and qualified court reporter will administer the oath to the witness

remotely, and will record the testimony by videotape, audio and stenographic means. The deposition will continue day-to-day until completed.

Said deponent will bring/produce documents as referred to in Schedule A attached hereto.

## SCHEDULE "A"
## Subpoena Duces Tecum

The deponent shall make the following documents and things available for the purposes of inspection and copying:

**DEFINITIONS:**

The term "document(s)" means and refers to all forms of writings and records, and includes any reduction to tangible form, including computer or magnetic memory or storage, or any other electronically stored information, communication, or data, including any written, recorded, or filmed graphic matter of any kind or nature, however produced or reproduced, including originals, drafts, and non-identical copies, wherever located including, but not limited to, documents and records held or stored on hospital servers, databases, networks, shared networks, local and remote drives, and local and remote drives of individuals.

**DOCUMENTS REQUESTED:**

1. A copy of the witness's current or most recent resume or curriculum vitae;

2. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the presence of asbestos in talcum powder products;

3. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the presence of asbestos in Johnson's Baby Powder;

4. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between talcum powder products and ovarian cancer;

5. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between Johnson's Baby Powder and ovarian cancer;

6. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the association between asbestos and ovarian cancer;

7. Any and all documents in the witness's possession, custody, or control which discuss, mention, consider, or contemplate the International Agency for Research on Caner's (IARC) consideration of talc as a human carcinogen;

8. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee after the witness left employment with Johnson and Johnson;

9. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee, after the witness left employment with Johnson and Johnson, regarding talcum powder products;

10. Any and all documents in the witness's possession, custody, or control which reflect communications with any Johnson and Johnson entity or employee, including its lawyers, regarding talcum powder products;

11. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with Susan Nicholson, MD after the witness left employment with Johnson and Johnson;

12. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with the Food and Drug Administration (FDA) regarding talcum powder products;

13. Any and all documents in the witness's possession, custody, or control which reflect communications specifically with Rich Zazenski regarding talcum powder or talcum powder products; and

14. Any and all documents in the witness's possession, custody, or control which refer or relate to, in any way, the following specific individuals or entities regarding talcum powder products:

    a. Imerys or any of its predecessor companies or entities;

    b. Rio Tinto or any of its predecessor companies or entities;

    c. Luzinac Group or any of its predecessor companies or entities;

    d. Crowell & Morning LLP, including Ridgway M. Hall Jr.;

    e. Robert Glenn;

    f. any Meta-Analysis Research Group;

    g. Joshua Muscat, MD;

    h. Michael Huncharek; MD; and

    i. Brooke Mossman, PhD.

4

Dated: September 21, 2021

Respectfully submitted,

**ONDERLAW, LLC**

By: */s/ W. Wylie Blair*
James G. Onder #38049
William W. Blair #58196
Stephanie L. Rados #65117
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

OF COUNSEL:

R. Allen Smith, Jr. – MSB # 99984
THE SMITH LAW FIRM, PLLC
681 Towne Center Boulevard, Suite B
Ridgeland, Mississippi 39157
Telephone:  (601) 952-1422
Facsimile:  (601) 952-1426

Timothy W. Porter – MSB # 9687
Patrick C. Malouf – MSB # 9702
John T. Givens – MSB #101561
PORTER & MALOUF, PA
Post Office Box 12768
Jackson, Mississippi  39236-2768
Telephone:  (601) 957-1173
Facsimile:  (601) 957-7366

Ted G. Meadows – ALB # MEA014
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Michelle Parfitt, VA Bar No. 33650
James Green, VA Bar No. 24915
Patrick Lyons, DC Bar No. 1034531
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: (703) 931-5500
Facsimile: (703) 820-1656
*Attorneys for Plaintiffs*

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 21st day of September, 2021.

                                          */s/ W. Wylie Blair*