**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lori Brown vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-17289-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lori Brown.

This 21st day of September 2021.            Respectfully submitted,


                                            ONDERLAW, LLC

                                    By:     */s/ Stephanie L. Rados*
                                            James G. Onder, #38049 MO
                                            William W. Blair, #58196 MO
                                            Stephanie L. Rados, #65117 MO
                                            110 E. Lockwood, 2nd Floor
                                            St. Louis, MO  63119
                                            314-963-9000 telephone
                                            314-963-1700 facsimile
                                            onder@onderlaw.com
                                            blair@onderlaw.com
                                            rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 21st day of September 2021.


<u>/s/ Stephanie L. Rados</u>