# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |
| **This Document Relates to:**<br>**Vickie Forrest, et al.** | |

## AMENDED CROSS-NOTICE OF VIDEOTAPED (REMOTE) DEPOSITION OF JOHN B. MCKEEGAN

PLEASE TAKE NOTICE that, in connection with *Vickie Forrest v. Johnson & Johnson, et al.*, Case No. 1522-CC00419-02, in the Circuit Court of the City of St. Louis, State of Missouri, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Johnson & Johnson Defendants"), pursuant to the Federal and Missouri Rules of Civil Procedure, cross-notice the videotaped deposition upon oral examination of **John B. McKeegan**, before a person duly authorized to administer oaths, on **Monday, September 27, 2021, beginning at 10:00 a.m. EST via video conference**, pursuant to the *Amended Notice of Videotaped (Remote) Deposition of John B. McKeegan*, as served and attached as Exhibit "A" hereto.

The deposition will be conducted pursuant to the provisions of the Federal and Missouri Rules of Civil Procedure. You may appear and examine the witness following completion of the *Forrest* deposition.

Dated: September 22, 2021

*s/ Susan M. Sharko*
Susan M. Sharko
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: 973-549-7000
Facsimile: 973-360-9831
E-mail: susan.sharko@faegredrinker.com

*s/John H. Beisner*
John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-661-8301
john.beisner@skadden.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.*

## **CERTIFICATION OF SERVICE**

I hereby certify that I have, on this 22nd day of September, 2021, caused the foregoing Amended Cross-Notice of Videotaped (Remote) Deposition of John B. McKeegan to be served on all counsel of record via electronic mail, including:

Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: 703-931-5500
Email: mparfitt@ashcraftlaw.com

P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Email: leigh.odell@beasleyallen.com

Christopher M. Placitella
COHEN PLACITELLA ROTH, PC
127 Maple Avenue
Red Bank, NJ 07701
Telephone: 888-219-3599
Facsimile: 215-567-6019
Email: cplacitella@cprlaw.com

_____
Kaitlyn E. Stone

# EXHIBIT A

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

**VICKIE FORREST**, et al.,

    Plaintiffs,

vs.

**JOHNSON & JOHNSON**, et al.,

    Defendants

Case No. 1522-CC00419-02

**PLAINTIFFS' AMENDED NOTICE OF TAKING REMOTE ORAL AND VIDEOTAPED TRIAL DEPOSITION OF JOHN B. MCKEEGAN**

| | |
|---|---|
| TO: | Counsel of Record |
| DATE AND HOUR: | September 27, 2021 at 10:00 a.m. EST |
| WITNESS TO BE DEPOSED: | John B. McKeegan |
| STYLE OF DEPOSITION: | Steno & Video |
| COURT REPORTER: | **Golkow Court Reporting** |

PLEASE TAKE NOTICE that, pursuant to Rule 57 of the Missouri Rules of Civil Procedure, the Plaintiffs, by and through undersigned counsel, will conduct the remote videotaped deposition upon oral examination before a person authorized to administer oaths, of John B. McKeegan in the above-referenced matter.  The deposition will be conducted remotely; a zoom link will be circulated in advance of the deposition. The deponent and all persons wishing to attend the deposition shall provide counsel for Plaintiffs with their email addresses no later than three days before the deposition.  The deposition will continue day-to-day until completed.

Electronically Filed - City of St. Louis - September 21, 2021 - 05:43 PM

The deposition will be videotaped before a certified court reporter from Golkow Court Reporting, 877-370-3377, and may be used for the purposes of discovery or for use by Plaintiffs as evidence at trial, or both.

Dated: September 21, 2021                                **ONDERLAW, LLC**

                                                         By:  /s/ W. Wylie Blair
                                                              James G. Onder, #38049
                                                              W. Wylie Blair, #58196
                                                              Stephanie L. Rados, #65117
                                                              110 E. Lockwood, 2nd Floor
                                                              St. Louis, MO  63119
                                                              314-963-9000 telephone
                                                              314-963-1700 facsimile
                                                              onder@onderlaw.com
                                                              blair@onderlaw.com
                                                              rados@onderlaw.com

OF COUNSEL:

R. Allen Smith, Jr. – MSB # 99984
THE SMITH LAW FIRM, PLLC
681 Towne Center Boulevard, Suite B
Ridgeland, Mississippi 39157
Telephone:  (601) 952-1422
Facsimile:  (601) 952-1426

Timothy W. Porter – MSB # 9687
Patrick C. Malouf – MSB # 9702
John T. Givens – MSB #101561
PORTER & MALOUF, PA
Post Office Box 12768
Jackson, Mississippi  39236-2768
Telephone:  (601) 957-1173
Facsimile:  (601) 957-7366

Ted G. Meadows – ALB # MEA014
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103

2

Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Michelle A. Parfitt, DC  Bar No.  358592
James F. Green, DC Bar No.  214965
Patrick K. Lyons, DC Bar No.  1034531
Adam K. Rosen, DC Bar No.  1601619
Ashcraft & Gerel, LLP
4900 Seminary Road, Suite 650
Alexandria, Virginia 22311
Telephone: (703) 931-5500
Facsimile:  (703) 820-1656

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 21st day of September, 2021.

                                                                */s/ W. Wylie Blair*