UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM PRODUCTS MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION | **REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATIONS**<br><br>Civil/Criminal Action No. **3:16-md-02738-FLW-LHG** |

Request is hereby made by **Daniel C. Hedlund**, Esq., counsel for, Plaintiffs Edward Spenny and Deborah Johnson in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client;

2. The criminal defendant has been sentenced and there are no further proceedings which require notification; OR

3. Other: **Counsel has withdrawn from representation of each Plaintiff.**

**NOTE**: Your withdrawal from electronic notifications in this matter does not constitute your withdrawal as counsel for your client in this matter.

s/Warren T. Burns
Signature of Attorney

Name: Warren T. Burns

Address: Burns Charest LLP

900 Jackson St., Ste. 500

Dallas, TX 75202

E-mail: wburns@burnscharest.com

DNJ-CMECF-003