UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| WILLA FAYE JENKINS, INDIVIDUALLY AND FOR THE ESTATE OF JANET ANN DARBY, | |
| Plaintiff, | Civil Action No.: 3:21-cv-17424 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 23rd day of September 2021 on behalf of Willa Faye Jenkins.

Dated: 9/24/2021                                         Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　　　　　 */s/ W. Cameron Stephenson*
　　　　　　　　　　　　　　　　　　　　　　 W. Cameron Stephenson
　　　　　　　　　　　　　　　　　　　　　　 Florida Bar No.: 0051599
　　　　　　　　　　　　　　　　　　　　　　 LEVIN, PAPANTONIO, RAFFERTY,
　　　　　　　　　　　　　　　　　　　　　　 PROCTOR, BUCHANAN, O'BRIEN, BARR,
　　　　　　　　　　　　　　　　　　　　　　 MOUGEY, P.A.
　　　　　　　　　　　　　　　　　　　　　　 316 South Baylen Street, Suite 600
　　　　　　　　　　　　　　　　　　　　　　 Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　　　　 Telephone: (850) 435-7186
　　　　　　　　　　　　　　　　　　　　　　 Facsimile: (850) 436-6186
　　　　　　　　　　　　　　　　　　　　　　 Email: cstephenson@levinlaw.com
　　　　　　　　　　　　　　　　　　　　　　 ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ W. Cameron Stephenson*