# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Donna Boyd vs. Johnson & Johnson, et al.*<br>Case No.:3:21-cv-17488 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Donna Boyd.

This 24th day of September, 2021.

                        Respectfully submitted,

                        ONDERLAW, LLC

By:    */s/ Stephanie Rados*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of September, 2021.

                 */s/ Stephanie Rados*