# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>LeeAnn Liddle v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-17451-FLW-LHG | **MDL No. 2738 (FLW) (LHG)**<br>**Chief Judge Freda L. Wolfsong**<br>**Magistrate Judge Lois H. Goodman**<br><br>Civ. Action No. 3:21-cv-17451 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 re Filing of Short Form Complaints that the Short Form Complaint and Jury Demand was filed on September 23, 2021 on behalf of Plaintiff LeeAnn Liddle.

Dated:  September 24, 2021			KIRTLAND & PACKARD LLP


			 s/ Michael Louis Kelly
			Michael Louis Kelly
			KIRTLAND & PACKARD LLP
			1638 S. Pacific Coast Hwy.
			Redondo Beach, CA 90277
			T:  (310) 536-1000
			F: (310) 536-1001
			mlk@kirtlandpackard.com

			Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 24, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

s/ Michael Louis Kelly<br>
Michael Louis Kelly