# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LGH) |

*THIS DOCUMENT RELATES TO ALL CASES*

## PLAINTIFFS' CROSS NOTICE OF TAKING ORAL DEPOSITION OF JOHN B. MCKEEGAN

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Plaintiffs, by and through the undersigned counsel, hereby cross-notice the videotaped deposition upon oral examination of John B. McKeegan in the above-referenced matter. A copy of the original deposition notice is attached as Exhibit A.

Plaintiffs reserve the right to take a supplemental (non-duplicative) deposition of John B. McKeegan as may be needed based upon the production of documents and other discovery to occur subsequent to the presently scheduled deposition.

The deposition will take place before a person authorized to administer oaths and will continue until completed at the following time:

**September 27, 2021, at 10:00 a.m. (EST) via ZOOM.**

The deposition will be videotaped before a certified court reporter and may be used for the purposes of discovery or for use by Plaintiff as evidence at trial, both. You are invited to appear and take part in the examination as you deem appropriate.

Dated:  September 26, 2021                                   Respectfully submitted,


| | |
|---|---|
| */s/ Michelle A. Parfitt* | */s/ P. Leigh O'Dell* |
| MICHELLE A. PARFITT | P. LEIGH O'DELL |
| Ashcraft & Gerel, LLP | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C |
| 4900 Seminary Road, Suite 650 | 218 Commerce Street |
| Alexandria, Virginia 22311 | Montgomery, Alabama 36104 |
| 703-931-5500 | 334-269-2343 |
| mparfitt@ashcraftlaw.com | leigh.odell@beasleyallen.com |

*/s/Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 07701
732-747-9003
cplacitella@cprlaw.com

ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                              */s/ P. Leigh O'Dell*
                                              P. LEIGH O'DELL
                                              Beasley, Allen, Crow, Methvin, Portis & Miles, P.C
                                              218 Commerce Street
                                              Montgomery, Alabama 36104
                                              334-269-2343
                                              leigh.odell@beasleyallen.com

                                              ATTORNEY FOR PLAINTIFFS

# Exhibit A

# IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
# STATE OF MISSOURI

| | |
|---|---|
| **VICKIE FORREST**, et al., | |
| Plaintiffs, | Case No. 1522-CC00419-02 |
| vs. | |
| **JOHNSON & JOHNSON**, et al., | |
| Defendants | |

**PLAINTIFFS' AMENDED NOTICE OF TAKING REMOTE ORAL AND VIDEOTAPED TRIAL DEPOSITION OF JOHN B. MCKEEGAN**

| | |
|---|---|
| TO: | Counsel of Record |
| DATE AND HOUR: | September 27, 2021 at 10:00 a.m. EST |
| WITNESS TO BE DEPOSED: | John B. McKeegan |
| STYLE OF DEPOSITION: | Steno & Video |
| COURT REPORTER: | **Golkow Court Reporting** |

PLEASE TAKE NOTICE that, pursuant to Rule 57 of the Missouri Rules of Civil Procedure, the Plaintiffs, by and through undersigned counsel, will conduct the remote videotaped deposition upon oral examination before a person authorized to administer oaths, of John B. McKeegan in the above-referenced matter. The deposition will be conducted remotely; a zoom link will be circulated in advance of the deposition. The deponent and all persons wishing to attend the deposition shall provide counsel for Plaintiffs with their email addresses no later than three days before the deposition. The deposition will continue day-to-day until completed.

The deposition will be videotaped before a certified court reporter from Golkow Court Reporting, 877-370-3377, and may be used for the purposes of discovery or for use by Plaintiffs as evidence at trial, or both.

Dated: September 21, 2021                            **ONDERLAW, LLC**

                                         By:  */s/ W. Wylie Blair*
                                                   James G. Onder, #38049
                                                   W. Wylie Blair, #58196
                                                   Stephanie L. Rados, #65117
                                                   110 E. Lockwood, 2nd Floor
                                                   St. Louis, MO 63119
                                                   314-963-9000 telephone
                                                   314-963-1700 facsimile
                                                   onder@onderlaw.com
                                                   blair@onderlaw.com
                                                   rados@onderlaw.com

OF COUNSEL:

R. Allen Smith, Jr. – MSB # 99984
THE SMITH LAW FIRM, PLLC
681 Towne Center Boulevard, Suite B
Ridgeland, Mississippi 39157
Telephone:  (601) 952-1422
Facsimile:  (601) 952-1426

Timothy W. Porter – MSB # 9687
Patrick C. Malouf – MSB # 9702
John T. Givens – MSB #101561
PORTER & MALOUF, PA
Post Office Box 12768
Jackson, Mississippi  39236-2768
Telephone:  (601) 957-1173
Facsimile:  (601) 957-7366

Ted G. Meadows – ALB # MEA014
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103

Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Michelle A. Parfitt, DC  Bar No.  358592
James F. Green, DC Bar No.  214965
Patrick K. Lyons, DC Bar No.  1034531
Adam K. Rosen, DC Bar No.  1601619
Ashcraft & Gerel, LLP
4900 Seminary Road, Suite 650
Alexandria, Virginia 22311
Telephone: (703) 931-5500
Facsimile:  (703) 820-1656

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 21st day of September, 2021.

                                            */s/ W. Wylie Blair*