UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Gloria Bell vs. Johnson & Johnson, et al.<br>Case No.: 3:17-cv-05125 | ) ) ) | |

NOTICE OF FILING
FIRST AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a First Amended Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Gloria Bell.

This 27th Day of September, 2021.

RESPECTFULLY SUBMITTED,

By /s/ David B. Vermont
David B. Vermont, Esq.
DC Bar # 474323
HELMSDALE LAW, LLP
6 Consultant Pl., Suite 100-A
Durham, NC  17707
Phone: 424-249-7900
Fax: 424-249-7990
dvermont@helmsdalelaw.com

(Attorney for Plaintiff)