UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   *Marguerite Souza vs. Johnson & Johnson, et al.*<br>Case No.:3:21-cv-17645 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Marguerite Souza.

    This 27th day of September, 2021.

                                          Respectfully submitted,

                                          ONDERLAW, LLC

                        By:    */s/ Stephanie Rados*
                                James G. Onder, #38049 MO
                                William W. Blair, #58196 MO
                                Stephanie L. Rados, #65117 MO
                                110 E. Lockwood, 2nd Floor
                                St. Louis, MO  63119
                                314-963-9000 telephone
                                314-963-1700 facsimile
                                onder@onderlaw.com
                                blair@onderlaw.com
                                rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of September, 2021.

<u>*/s/ Stephanie Rados*</u>