UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>DARRIN SMILEY, Individually and as anticipated Personal Representative of the Estate of Kris E. Smiley, | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-17664 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 27, 2021 on behalf of Plaintiff, Darrin Smiley.

Dated: September 27, 2021         Respectfully Submitted by:

                                            By: /s/ Daniel J. Thornburgh
                                            Daniel J. Thornburgh
                                            Aylstock, Witkin, Kreis, & Overholtz
                                            17 East Main Street, Suite 200
                                            Pensacola, FL 32502
                                            Telephone: 850-202-1010
                                            Fax: 850-916-7449
                                            dthornburgh@awkolaw.com

                                            *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  September 27, 2021             Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com