UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**PATRICIA LEMIEUX,** | MDL No. 2738 (FLW)(LHG)<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>CIVIL ACTION No. 3:21-cv-17667 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 27, 2021 on behalf of Plaintiff, Patricia Lemieux.

Dated: September 27, 2021      Respectfully Submitted by:

   By: /s/ Daniel J. Thornburgh
   Daniel J. Thornburgh
   Aylstock, Witkin, Kreis, & Overholtz
   17 East Main Street, Suite 200
   Pensacola, FL 32502
   Telephone: 850-202-1010
   Fax: 850-916-7449
   dthornburgh@awkolaw.com

   *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  September 27, 2021				Respectfully Submitted by:

						By: /s/ Daniel J. Thornburgh
						Daniel J. Thornburgh
						Aylstock, Witkin, Kreis, & Overholtz
						17 East Main Street, Suite 200
						Pensacola, FL 32502
						Telephone: 850-202-1010
						Fax: 850-916-7449
						dthornburgh@awkolaw.com