# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Deborah Moore v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-17527-FLW-LHG | **MDL No. 2738 (FLW) (LHG)**<br>**Chief Judge Freda L. Wolfsong**<br>**Magistrate Judge Lois H. Goodman**<br><br>Civ. Action No. 3:21-cv-17527 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 re Filing of Short Form Complaints that the Short Form Complaint and Jury Demand was filed on September 24, 2021 on behalf of Plaintiff Deborah Moore.

Dated:  September 28, 2021        KIRTLAND & PACKARD LLP

 s/ Michael Louis Kelly
Michael Louis Kelly
KIRTLAND & PACKARD LLP
1638 S. Pacific Coast Hwy.
Redondo Beach, CA 90277
T:  (310) 536-1000
F: (310) 536-1001
mlk@kirtlandpackard.com

Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 28, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>s/ Michael Louis Kelly</u>
Michael Louis Kelly
