# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| *This document relates to*: <br> Julie Weber v. Johnson & Johnson, et al. – Case No.:  3:21-cv-17642-FLW-LHG | Civ. Action No. 3:21-cv-17642 |

## *NOTICE OF FILING*

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short form Complaint and Jury Demand was filed on September 27, 2021 on behalf of Plaintiff, Julie Weber.

Dated:  September 28, 2021  WEITZ & LUXENBERG, P.C.

  By:  */s/ Bharati O. Sharma*
    Bharati O. Sharma (NJ Bar # 018432001)
    Weitz & Luxenberg, P.C.
    220 Lake Drive East, Suite #210
    Cherry Hill, NJ 08002
    Tel:  (856) 755-1115
    Fax: (646) 293-7453
    bsharma@weitzlux.com

  *Attorneys for Plaintiff Barbara Gainer*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 28, 2021, a copy of the foregoing NOTICE OF FILING was filed via the court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

                                              */s/ Bharati O. Sharma*
                                              Bharati O. Sharma

                                              WEITZ & LUXENBERG P.C.