## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| *This document relates to*:<br>Marangely Custodio v. Johnson & Johnson, et al. – Case No.:  3:21-cv-17529-FLW-LHG | Civ. Action No. 3:21-cv-17529 |

### *NOTICE OF FILING*

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short form Complaint and Jury Demand was filed on September 24, 2021 on behalf of Plaintiff, Marangely Custodio.

Dated:  September 28, 2021           WEITZ & LUXENBERG, P.C.

                                     By:  */s/ Bharati O. Sharma*
                                          Bharati O. Sharma (NJ Bar # 018432001)
                                          Weitz & Luxenberg, P.C.
                                          220 Lake Drive East, Suite #210
                                          Cherry Hill, NJ 08002
                                          Tel:  (856) 755-1115
                                          Fax: (646) 293-7453
                                          bsharma@weitzlux.com

                                          *Attorneys for Plaintiff Barbara Gainer*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2021, a copy of the foregoing NOTICE OF FILING was filed via the court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

                                      */s/ Bharati O. Sharma*
                                      Bharati O. Sharma

                                      WEITZ & LUXENBERG P.C.