UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| *This document relates to*:<br>Sherria Doyle v. Johnson & Johnson, et al. – Case No.: 3:21-cv-17532-FLW-LHG | Civ. Action No. <u>3:21-cv-17532</u> |

***NOTICE OF FILING***

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short form Complaint and Jury Demand was filed on September 24, 2021 on behalf of Plaintiff, Sherria Doyle.

Dated:  September 28, 2021　　　WEITZ & LUXENBERG, P.C.

　　　　　　　　　　　　　　　　By: */s/ Bharati O. Sharma*
　　　　　　　　　　　　　　　　Bharati O. Sharma (NJ Bar # 018432001)
　　　　　　　　　　　　　　　　Weitz & Luxenberg, P.C.
　　　　　　　　　　　　　　　　220 Lake Drive East, Suite #210
　　　　　　　　　　　　　　　　Cherry Hill, NJ 08002
　　　　　　　　　　　　　　　　Tel:  (856) 755-1115
　　　　　　　　　　　　　　　　Fax: (646) 293-7453
　　　　　　　　　　　　　　　　bsharma@weitzlux.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Barbara Gainer*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2021, a copy of the foregoing NOTICE OF FILING was filed via the court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

*/s/ Bharati O. Sharma*
Bharati O. Sharma

WEITZ & LUXENBERG P.C.