**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Pamela Stephens, Individually and as Anticipated Personal Representative of the Estate of Kathy Stephens, deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-17781-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Pamela Stephens, individually and as the Anticipated Personal Representative of the Estate of Kathy Stephens, deceased.

This 29th day of September 2021.         Respectfully submitted,

ONDERLAW, LLC

By:     /s/ W. Wylie Blair
         James G. Onder, #38049 MO
         William W. Blair, #58196 MO
         Stephanie L. Rados, #65117 MO
         110 E. Lockwood, 2nd Floor
         St. Louis, MO  63119
         314-963-9000 telephone
         314-963-1700 facsimile
         onder@onderlaw.com
         blair@onderlaw.com
         rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of September 2021.

_/s/ W. Wylie Blair_____