UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Rebecca Blade, as the Anticipated Personal Representative of the Estate of Linda Callahan, Deceased*<br>*vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-17804-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rebecca Blade, as the Anticipated personal Representative of the Estate of Linda Callahan, Deceased.

This 29th day of September 2021.          Respectfully submitted,

                                                 ONDERLAW, LLC

By:   */s/ Stephanie L. Rados*
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       Stephanie L. Rados, #65117 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO  63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       blair@onderlaw.com
       rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of September 2021.

*/s/ Stephanie L. Rados*