UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Cecilia Rey vs. Johnson & Johnson, et al.<br>Case No. 3:21-cv-17268-FLW-LHG | MDL No. 3278 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Cecilia Rey.

This 30th day of September 2021.       Respectfully submitted,

PARAFINCZUK WOLF, P.A.

By:   /s/ Justin Parafinczuk
Justin Parafinczuk
110 E. Broward Blvd., Suite 1630
Fort Lauderdale, FL 33301
Phone: 954-678-0263
Fax: 954-462-6567
jparafinczuk@parawolf.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of September 2021.

/s/ Jennifer A. Dougherty
Jennifer A. Dougherty