UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>MARY JANE DUKE OBO CYNTHIA GALE COLEMAN v. Johnson & Johnson, et al. Civil Action No.: 3:21-cv-17844 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 30, 2021 on behalf of Plaintiff Mary Jane Duke on behalf of Cynthia Gale Coleman.

Dated: September 30, 2021

Respectfully submitted,

*/s/Adam P. Slater*
Attorney(s) for Plaintiff
**Adam P. Slater, Esq. 4302899**
Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 419
Melville, New York, 11747
Phone: (631) 420-9300

*Counsel for Plaintiff Mary Jane Duke on behalf of Cynthia Gale Coleman*

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of records via the District of New Jersey electronic filing system on September 30, 2021.

Dated: September 30, 2021                          Respectfully submitted,

                                                                           */s/Adam P. Slater*
                                                                           Attorney(s) for Plaintiff
                                                                           **Adam P. Slater, Esq. 4302899**