**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:** | |
| *HAROLD DEVONE HICKS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF ODUSCO NOVALENE ROBERTS, DECEASED v. JOHNSON & JOHNSON, ET AL.* | |
| Case No.: 3:21-cv-17898 | |

<u>**NOTICE OF FILING**</u>

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Harold Devone Hicks, Individually and as Executor of the Estate of Odusco Novalene Roberts.

Dated:  September 30, 2021

Respectfully submitted,

**DALIMONTE RUEB LLP**

By: *<u>/s/ Jennifer L. Orendi</u>*
Jennifer L. Orendi (DC #489615)
John A. Dalimonte (MA #554554)
Gregory D. Rueb (CA #154589)
1250 Connecticut Avenue NW, Suite 200
Washington, DC 20036
202-538-2790 (Tel)
202-261-3508 (Fax)
jorendi@drlawllp.com
john@drlawllp.com
greg@drlawllp.com

ATTORNEYS FOR PLAINTIFF