**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Christina Keith vs. Johnson & Johnson, et al.* <br> Case No.:  3:21-cv-17909-FLW-LHG | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Christina Keith.

This 30th day of September 2021.                    Respectfully submitted,

ONDERLAW, LLC

By:    */s/ W. Wylie Blair*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 30th day of September 2021.

                                              */s/ W. Wylie Blair*