UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Lynn Laverdi vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-17935-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lynn Laverdi.

This 1st day of October 2021.              Respectfully submitted,

                                                                  ONDERLAW, LLC

                                            By:    */s/ W. Wylie Blair*
                                                   James G. Onder, #38049 MO
                                                   William W. Blair, #58196 MO
                                                   Stephanie L. Rados, #65117 MO
                                                   110 E. Lockwood, 2nd Floor
                                                   St. Louis, MO  63119
                                                   314-963-9000 telephone
                                                   314-963-1700 facsimile
                                                   onder@onderlaw.com
                                                   blair@onderlaw.com
                                                   rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of October 2021.

                                                          */s/ W. Wylie Blair*