UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Kathryn Dremann and Herb Dremann v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:21-cv-13508-FLW-LHG* | Civil Action: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Kathryn Dremann and Herb Dremann.

| | |
|---|---|
| Dated: <u>October 2, 2021</u> | Respectfully submitted,<br><br><u>/s/ Andrea L. Sapone</u><br>Andrea L. Sapone<br>AL Bar Number: ASB-4438-E68S<br>Harold T. McCall<br>TX Bar Number: 24054279<br>Annesley H. DeGaris<br>AL Bar Number: ASB-9182-A63A<br>**DEGARIS WRIGHT MCCALL**<br>2 North 20th Street, Suite 1030<br>Birmingham, AL 35203<br>Tel: (205) 509-1817<br>Fax: (205) 588-5231<br>Email:<u>asapone@dwmlawyers.com</u>;<br><u>hmccall@waynewright.com;</u><br><u>adegaris@dwmlawyers.com</u><br><br>*Attorneys for Plaintiff* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Andrea L. Sapone
Andrea L. Sapone

**DEGARIS WRIGHT MCCALL**