**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**FRANCES SKITZKI,** | **MDL No. 2738 (FLW)(LHG)**<br>**JUDGE FREDA L. WOLFSON**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No. 3:21-cv-18003** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 2, 2021 on behalf of Plaintiff, Frances Skitzki.

Dated:  October 2, 2021                     Respectfully Submitted by:

                                By: /s/ Daniel J. Thornburgh
                                Daniel J. Thornburgh
                                Aylstock, Witkin, Kreis, & Overholtz
                                17 East Main Street, Suite 200
                                Pensacola, FL 32502
                                Telephone: 850-202-1010
                                Fax: 850-916-7449
                                dthornburgh@awkolaw.com

                                *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  October 2, 2021                              Respectfully Submitted by:


                                                                                           By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com