Asim M. Badaruzzaman
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Tel: 973-639-9100
abadaruzzaman@seegerweiss.com
cseeger@seegerweiss.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>LEVI SCHWARTZ, Anticipated Personal Representative for the Estate of Pamela Simon-Schwartz | MDL No. 2738 (FLW)(LHG)<br><br>Judge Freda L. Wolfson<br>Magistrate Judge Louis H. Goodman<br><br>Civil Action No. 3:21-cv-16440 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand was filed on October 4, 2021, on behalf of Plaintiff Levi Schwartz, Anticipated Personal Representative for the Estate of Pamela Simon-Schwartz.

Dated: October 4, 2021                                          Respectfully submitted,

*s/ Asim M. Badaruzzaman*
Asim M. Badaruzzaman
Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Tel: 973-639-9100
abadaruzzaman@seegerweiss.com
cseeger@seegerweiss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, a copy of the foregoing NOTICE OF FILING was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

*s/ Asim M. Badaruzzaman*
Asim M. Badaruzzaman
