UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Gwendolyn B. Stevens and Robert C. Stevens<br>Case No. 3:18-cv-02080 | MDL NO. 16-02738 (FLW) (LHG) |

## SUGGESTION OF DEATH

Counsel for Plaintiffs in the above-referenced action hereby gives notice of the death of Plaintiff Gwendolyn B. Stevens. Mrs. Stevens passed away on August 14, 2021.

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Robert C. Stevens, Plaintiff's surviving husband, will request to be substituted in this action as Personal Representative on Behalf of the Estate of Gwendolyn B. Stevens so that her claims survive and the action on her behalf may proceed. Attached hereto as Exhibit "A" is a true and correct copy of the Death Certificate for Gwendolyn B. Stevens.

Dated: October 5, 2021.

Respectfully submitted,

VICKERY & SHEPHERD, LLP

*/s/ Fred H. Shepherd*
Fred H. Shepherd
Texas Bar No. 24033056
Earl Landers Vickery
Texas Bar No. 20571900
10000 Memorial Dr., Suite 750
Houston, TX  77024-3485
Telephone:  713-526-1100
Facsimile:  713-523-5939
Email:  fred@justiceseekers.com
Email:  lanny@justiceseekers.com
*Co-Lead Counsel for Plaintiffs,*
*Gwendolyn B. Stevens (Deceased)*
*and Robert C. Stevens*

-2-

>Joseph H. Low IV
>California Bar No. 194897
>THE LAW FIRM OF JOSEPH H. LOW IV
>100 Oceangate, 12th Floor
>Long Beach, CA  90802
>Telephone: 562-901-0840
>Facsimile:  562-901-0841
>Email:  joseph@jhllaw.com
>*Co-Lead Counsel for Plaintiffs,*
>*Gwendolyn B. Stevens (Deceased)*
>*and Robert C. Stevens*

<u>Certificate of Service</u>

I hereby certify that on October 5, 2021, the foregoing Suggestion of Death was electronically filed with the Clerk of Court using the ECF system.  A true and correct copy has been served upon all counsel of record and is available for viewing via the Court's CM/ECF system.

>*/s/ Fred H. Shepherd*
>Fred H. Shepherd