

# EXHIBIT A

**STATE OF TEXAS**
**CERTIFICATION OF VITAL RECORD**

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Aug 16 2021

| STATE OF TEXAS | CERTIFICATE OF DEATH | STATE FILE NUMBER | 142-21-154294 |
|---|---|---|---|

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | (Before Marriage) | 2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy) |
|---|---|---|
| GWENDOLYN ANNE STEVENS | BONOMOLO | AUGUST 14, 2021 |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR Mos / Days | IF UNDER 1 DAY Hours / Min | 6. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| FEMALE | SEPTEMBER 5, 1959 | 61 | | | NEW ORLEANS, LA |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If spouse, give name prior to first marriage) |
|---|---|---|
| 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 | ☒ Married  ☐ Widowed (but not remarried) ☐ Divorced (but not remarried) ☐ Never Married ☐ Unknown | ROBERT CHARLES STEVENS |

| 10a. RESIDENCE STREET ADDRESS | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 11550 EASTWOOD ST | | MAGNOLIA |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| MONTGOMERY | TEXAS | 77354 | ☐ Yes  ☒ No |

| 11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | 12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| JOSEPH BONOMOLO | RITA MONTZ |

13. PLACE OF DEATH (CHECK ONLY ONE)

IF DEATH OCCURRED IN A HOSPITAL:
☐ Inpatient ☐ ER/Outpatient ☐ DOA

IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:
☐ Hospice Facility ☐ Nursing Home ☒ Decedent's Home ☐ Other (Specify)

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO.) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| MONTGOMERY | PRECINCT 5, 77354 | 11550 EASTWOOD ST |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number,City,State,Zip Code) |
|---|---|
| ROBERT STEVENS - HUSBAND | 11550 EASTWOOD ST, MAGNOLIA, TX 77354 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. ☐ Unknown |
|---|---|---|
| ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Mausoleum ☐ Other (Specify) | GLENN ADDISON,BY ELECTRONIC SIGNATURE - 111682 | Section 2 / Block 53 / Lot ROW 38 / Space 10 |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) |
|---|---|
| MAGNOLIA MEMORIAL GARDENS | MAGNOLIA, TX |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| MAGNOLIA FUNERAL HOME, INC | 811 S MAGNOLIA BLVD, MAGNOLIA, TX 77355 |

26. CERTIFIER (Check only one)
☒ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time,date and place, and due to the cause(s) and manner stated.

| 27.SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH(Actual or presumed) |
|---|---|---|---|
| FRANK MAHZARI , BY ELECTRONIC SIGNATURE. | AUGUST 16, 2021 | L8817 | 08:20 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City,State,Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| FRANK MAHZARI 2626 S. LOOP W, HOUSTON, TX 77054 | MD |

| 33. PART 1. ENTER THE CHAIN OF EVENTS – DISEASES, INJURIES, OR COMPLICATIONS – THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH. | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. METASTATIC CANCER OF FALLOPIAN TUBE | SEVERAL YEARS |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. | |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |
| | d. | |

| PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING | 34. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No |
|---|---|
| | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined | ☐ Yes ☒ No ☐ Previously ☐ Probably ☐ Unknown | ☒ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year | ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |

| 40a. DATE OF INJURY(mm-dd-yyyy) | 40b.TIME OF INJURY | 40c. INJURY AT WORK? ☐ Yes ☐ No | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|

| 40e. LOCATION (Street and Number, City,State,Zip Code) | 40f. COUNTY OF INJURY |
|---|---|

| 41. DESCRIBE HOW INJURY OCCURRED | |
|---|---|

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR | JON |
|---|---|---|---|

VS-112 REV. 1/2006

EDR NUMBER  000044445101571

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED   Aug 24 2021



TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

THE STATE OF TEXAS

DEPARTMENT OF STATE HEALTH SERVICES · STATE OF TEXAS · VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES · VITAL STATISTICS UNIT

WARNING The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195. 1989)

QA20055135