# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JULIET MILLS,<br><br>                Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>                Defendants. | MDL NO. 2738 (FLW) (LHG)<br><br><br><br>Case No. 3:21-cv-14426-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on July 30, 2021, on behalf of Plaintiff JULIET MILLS.

Dated: October 5, 2021                          Respectfully Submitted,

                                                                By:  /s/ *Mark P. Robinson, Jr.*
                                                                       Mark P. Robinson, Jr.
                                                                       19 Corporate Plaza Drive
                                                                       Newport Beach, CA 92660
                                                                       949-720-1288 Phone
                                                                       949-720-1292 Facsimile
                                                                       mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that October 5, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ *Mark P. Robinson Jr.*
      MARK P. ROBINSON, JR.