# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: | |
| DANA RAMBOW, | Case No. 3:21-cv-14502-FLW-LHG |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 2, 2021, on behalf of Plaintiff DANA RAMBOW.

Dated: October 6, 2021                     Respectfully Submitted,

 

                                              By:   /s/ *Mark P. Robinson, Jr.*
                                                   Mark P. Robinson, Jr.
                                                   19 Corporate Plaza Drive
                                                   Newport Beach, CA 92660
                                                   949-720-1288 Phone
                                                   949-720-1292 Facsimile
                                                   mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that October 6, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

          /s/ *Mark P. Robinson Jr.*
          MARK P. ROBINSON, JR.