# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| **JANE FLYNN,** | **Case No. 3:21-cv-14507-FLW-LHG** |
| **Plaintiff,** | |
| **v.** | |
| **JOHNSON & JOHNSON, et al.,** | |
| **Defendants.** | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 2, 2021, on behalf of Plaintiff JANE FLYNN.

Dated: October 6, 2021                    Respectfully Submitted,


By:   /s/ *Mark P. Robinson, Jr.*
          Mark P. Robinson, Jr.
          19 Corporate Plaza Drive
          Newport Beach, CA 92660
          949-720-1288 Phone
          949-720-1292 Facsimile
          mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that October 6, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.
