# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: SHAMONDA OWENS, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | Case No. 3:21-cv-14511-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 2, 2021, on behalf of Plaintiff SHAMONDA OWENS.

Dated: October 6, 2021                    Respectfully Submitted,

                                          By:  /s/ *Mark P. Robinson, Jr.*
                                               Mark P. Robinson, Jr.
                                               19 Corporate Plaza Drive
                                               Newport Beach, CA 92660
                                               949-720-1288 Phone
                                               949-720-1292 Facsimile
                                               mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that October 6, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.