# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Daniela Sava vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-18166-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Daniela Sava.

This 6th day of October 2021.                Respectfully submitted,

                                              ONDERLAW, LLC

                                      By:    */s/ Stephanie L. Rados*
                                              James G. Onder, #38049 MO
                                              William W. Blair, #58196 MO
                                              Stephanie L. Rados, #65117 MO
                                              110 E. Lockwood, 2nd Floor
                                              St. Louis, MO 63119
                                              314-963-9000 telephone
                                              314-963-1700 facsimile
                                              onder@onderlaw.com
                                              blair@onderlaw.com
                                              rados@onderlaw.com

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 6th day of October 2021.

                  <u>*/s/ Stephanie L. Rados*</u>