UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Yvonne Stoner vs. Johnson & Johnson, et al.<br>Case No. 3:21-cv-17838-FLW-LHG | MDL No. 3278 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Estate of Yvonne Stoner.

This 7th day of October 2021.                Respectfully submitted,

                                                                      PARAFINCZUK WOLF, P.A.

                                                                      By:    /s/ Justin Parafinczuk
                                                                             Justin Parafinczuk
                                                                             110 E. Broward Blvd., Suite 1630
                                                                             Fort Lauderdale, FL 33301
                                                                             Phone: 954-678-0263
                                                                             Fax: 954-462-6567
                                                                             jparafinczuk@parawolf.com

## **Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 7th day of October 2021.

                                                  /s/ Jennifer A. Dougherty
                                                  Jennifer A. Dougherty