UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Florence Taylor vs. Johnson & Johnson, et al.<br>Case No. 3:21-cv-17829-FLW-LHG | **MDL No. 3278 (FLW) (LHG)** |

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Florence Taylor.

This 7th day of October 2021.         Respectfully submitted,

                 PARAFINCZUK WOLF, P.A.

                 By: /s/ Justin Parafinczuk
                    Justin Parafinczuk
                    110 E. Broward Blvd., Suite 1630
                    Fort Lauderdale, FL 33301
                    Phone: 954-678-0263
                    Fax: 954-462-6567
                    jparafinczuk@parawolf.com

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 7th day of October 2021.

                                        /s/ Jennifer A. Dougherty  
                                        Jennifer A. Dougherty