UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Sandra Goranson vs. Johnson & Johnson, et al. Case No. 3:21-cv-17834-FLW-LHG | **MDL No. 3278 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Estate of Sandra Goranson.

This 7th day of October 2021.          Respectfully submitted,

                                                                      PARAFINCZUK WOLF, P.A.

                                                                      By:     /s/ Justin Parafinczuk
                                                                            Justin Parafinczuk
                                                                            110 E. Broward Blvd., Suite 1630
                                                                            Fort Lauderdale, FL 33301
                                                                            Phone: 954-678-0263
                                                                            Fax: 954-462-6567
                                                                            jparafinczuk@parawolf.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 7th day of October 2021.

/s/ Jennifer A. Dougherty<br>
Jennifer A. Dougherty