**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Irene Royse Rodrigues vs. Johnson & Johnson, et al.* <br> *Case No.: 3:21-cv-18214-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Irene Royse Rodrigues.

This 7th day of October 2021.   Respectfully submitted,

                          ONDERLAW, LLC

By:   */s/ Stephanie L. Rados*
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       Stephanie L. Rados, #65117 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO  63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       blair@onderlaw.com
       rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 7th day of October 2021.

                */s/ Stephanie L. Rados*