**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE: JOHNSON & JOHNSON TALCUM** | ) | **MDL No. 3:16-md-02738-FLW** |
| **POWDER PRODUCTS MARKETING,** | ) | |
| **SALES PRACTICES, AND PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| **AMBER PIERCE v. JOHNSON &** | ) | |
| **JOHNSON, et al.** | ) | |
| | ) | |
| **3:21-cv-18213** | | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 7, 2021 on behalf of Plaintiff Amber Pierce.

Dated: October 7, 2021        Respectfully submitted,

         /s/ Jennifer R. Liakos
         Jennifer R. Liakos
         LIAKOS LAW, APC
         1611 S. Pacific Coast Highway, Suite 200D
         Redondo Beach, CA 90277
         (310) 961-0066
         Jenn@jennliakoslaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I, hereby certify that on October 7, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>/s/ *Jennifer R. Liakos*</u>
Jennifer R. Liakos