UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Brittni Smith vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-18231-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Brittni Smith.

This 7th day of October 2021.                    Respectfully submitted,

ONDERLAW, LLC

By:     */s/ Stephanie L. Rados*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 7th day of October 2021.

<u>*/s/ Stephanie L. Rados*</u>