# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>BERNICE WARREN,<br><br>      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No: 3:21-cv-18232<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on June October 7, 2021 on behalf of Bernice Warren.

Dated: October 8, 2021         Respectfully submitted:

                       */s/ signature*

                       _____
                       MICHAEL GOETZ, ESQUIRE
                       Florida Bar No. 963984
                       Morgan & Morgan
                       Complex Litigation Group
                       One Tampa City Center, 7th Floor
                       201 N. Franklin Street
                       Tampa, Florida 33602
                       Telephone (813) 223-5505
                       Facsimile (813) 223-5402
                       E-Mail: MGoetz@forthepeople.com
                       Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system October 8, 2021.

                                              /s/ Michael Goetz
                                              Attorney for Plaintiff