IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCT MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| KIMBERLY ROSCOE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CARMEN M. ROSCOE, DEC., | Case No.: 3:21-cv-10239 |

    Plaintiff,

v.

JOHNSON & JOHNSON, et al.,

    Defendants.

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the *First Amended Short Form Complaint and Jury Demand* was filed on October 8, 2021, on behalf of Plaintiff Kimberly Roscoe, Individually and on Behalf of the Estate of Carmen M. Roscoe, dec.

                        /s/C. Edward Amos, II
                        Scott S. Segal, Esq. (WV Bar# 4717)
                        C. Edward Amos, II, Esq. (WV Bar# 12362)
                        Jason P. Foster, Esq. (WV Bar# 10593)
                        The Segal Law Firm
                        810 Kanawha Blvd., East
                        Charleston, WV 25301
                        (304) 344-9100
                        (304) 344-9105 (fax)
                        Emails: scott.segal@segal-law.com
                        edward.amos@segal-law.com
                        jason.foster@segal-law.com

Dated: October 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/C. Edward Amos, II*
Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
Jason P. Foster, Esq. (WV Bar# 10593)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails:  scott.segal@segal-law.com
edward.amos@segal-law.com
jason.foster@segal-law.com