UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Donald Walter, Individually and as the Anticipated Personal Representative of the Estate of Beverly Walter, deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-18289-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Donald Walter, individually and as the Anticipated Personal Representative of the Estate of Beverly Walter, deceased.

This 8th day of October 2021.                Respectfully submitted,

                                                                       ONDERLAW, LLC

                                  By:    */s/ James G. Onder*
                                                    James G. Onder, #38049 MO
                                                    William W. Blair, #58196 MO
                                                    Stephanie L. Rados, #65117 MO
                                                    110 E. Lockwood, 2nd Floor
                                                    St. Louis, MO  63119
                                                    314-963-9000 telephone
                                                    314-963-1700 facsimile
                                                    onder@onderlaw.com
                                                    blair@onderlaw.com
                                                    rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of October 2021.

                                                */s/ James G. Onder*