WAGSTAFF LAW FIRM
940 Lincoln St.
Denver, CO 80203
866-795-99529
*Attorneys for Plaintiff (Delilah Herrera)*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Thomas Keller obo Cathy Keller v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-18344 | Civil No.   3:16-md-2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 9th, 2021 on behalf of Plaintiff Thomas Kelller obo Cathy Keller.

                                                        ***/s/ Albert Northrup***
                                                       Albert Northrup
                                                       WAGSTAFF LAW FIRM
                                                       940 Lincoln St.
                                                       Denver, CO 80203
                                                       (866) 795-9529 Telephone
                                                       anorthrup@wagstafflawfirm.com

                                                       Attorneys for Plaintiff

Dated: October 9, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        */s/ Albert Northrup*
                                        Albert Northrup

                                        WAGSTAFF LAW FIRM