WAGSTAFF LAW FIRM/ANDRUS
WAGSTAFF PC
940 Lincoln Street, Denver, CO 80203
866-795-9529
*Attorneys for Plaintiffs Jane Fisher*
*obo Janice Tharp (deceased)*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Jane Fisher obo Janice Tharp (deceased) v. Johnson & Johnson, et al.<br>Case No.  3:21-cv-18350 | Civil No.  3:16-md-2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 10, 2021 on behalf of Plaintiffs Jane Fisher obo Janice Tharp (deceased).

                                                                 */s/ Albert Northrup*
                                                                 Albert Northrup
                                                                 WAGSTAFF LAW FIRM/ANDRUS
                                                                 WAGSTAFF PC
                                                                 940 Lincoln Street, Denver, CO 80203
                                                                 (303) 376-6360 Telephone
                                                                 (888) 875-2889 Facsimile
                                                                 anorthrup@wagstafflawfirm.com

                                                                 Attorney for Plaintiffs

Dated: October 10, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        */s/ Albert Northrup*
                                        Albert Northrup

                                        WAGSTAFF LAW FIRM/

                                        ANDRUS WAGSTAFF PC