WAGSTAFF LAW FIRM/ANDRUS
WAGSTAFF PC
940 Lincoln Street, Denver, CO 80203
866-795-9529
*Attorneys for Plaintiff Carol Kerkvliet*
*obo Michelle Kerkvliet-*
*Davis(deceased)*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Carol Kerkvliet obo Michelle Kerkvliet-Davis (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-18358 | Civil No. |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October, 11, 2021 on behalf of Plaintiff Carol Kerkvliet obo Michelle Kerkvliet-Davis (deceased).

                                               */s/ Albert Northrup*
                                               Albert Northrup
                                               WAGSTAFF LAW FIRM/ANDRUS
                                               WAGSTAFF PC
                                               940 Lincoln Street, Denver, CO 80203
                                               (303) 376-6360 Telephone
                                               (888) 875-2889 Facsimile
                                               anorthrup@wagstafflawfirm.com

                                               Attorneys for Plaintiff

Dated: October, 11, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on October, 11, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                      */s/ Albert Northrup*
                                                      Albert Northrup

                                                      WAGSTAFF LAW FIRM/

                                                      ANDRUS WAGSTAFF PC