WAGSTAFF LAW FIRM
940 Lincoln St.
Denver, CO 80203
866-795-99529
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Suzanne Young obo Julie Tisch v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-18374 | Civil No. 3:16-md-2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 11th, 2021 on behalf of Plaintiff Suzanne Young obo Julie Tisch.

                                          */s/ Albert Northrup*
                                          Albert Northrup
                                          WAGSTAFF LAW FIRM
                                          940 Lincoln St.
                                          Denver, CO 80203
                                          (866) 795-9529 Telephone
                                          anorthrup@wagstafflawfirm.com

                                          Attorneys for Plaintiffs

Dated: October 11, 2021

## CERTIFICATE OF SERVICE

    I hereby certify that on October 11, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            ***/s/ Albert Northrup***
                                            Albert Northrup

                                            WAGSTAFF LAW FIRM