WAGSTAFF LAW FIRM
940 Lincoln St.
Denver, CO 80203
866-795-99529
*Attorneys for Plaintiff (Delilah Herrera)*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Peggy Piper v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-18376 | Civil No. 3:16-md-2738 |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 11th, 2021 on behalf of Plaintiff Peggy Piper.

    */s/ **Albert Northrup***
Albert Northrup
WAGSTAFF LAW FIRM
940 Lincoln St.
Denver, CO 80203
(866) 795-9529 Telephone
anorthrup@wagstafflawfirm.com

    Attorneys for Plaintiff

Dated: October 11, 2021

## CERTIFICATE OF SERVICE

  I hereby certify that on October 11, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

             */s/ Albert Northrup*
             Albert Northrup

             WAGSTAFF LAW FIRM