WAGSTAFF LAW FIRM/ANDRUS WAGSTAFF PC
940 Lincoln Street, Denver, CO 80203
866-795-9529
*Attorneys for Jolynne Barrett*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* Jolynne Barrett v. Johnson & Johnson, et al. Case No. 3:21-cv-18384 | Civil No. 3:16-md-2738 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October, 11, 2021 on behalf of Plaintiff Jolynne Barrett.

/s/ *Albert Northrup*
Albert Northrup
WAGSTAFF LAW FIRM/ANDRUS WAGSTAFF PC
940 Lincoln Street, Denver, CO 80203
(303) 376-6360 Telephone
(888) 875-2889 Facsimile
anorthrup@wagstafflawfirm.com

Attorneys for Plaintiff

Dated: October, 11, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on October, 11, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Albert Northrup*
      Albert Northrup

      WAGSTAFF LAW FIRM/ANDRUS WAGSTAFF PC