**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*John Riscoe, individually and as a personal representative of the estate of Janice Riscoe, deceased, vs. Johnson & Johnson, et al.*<br><br>*Case No.:* <u>3:21-cv-18318</u> | **MDL NO. 2738 (FLW) (LHG)** |

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, John Riscoe, individually and as a personal representative of the estate of Janice Riscoe, deceased.

This <u>8th</u> day of October 2021.

Respectfully submitted,

ONDERLAW, LLC

By:     <u>*/s/ Stephanie Rados*</u>
          James G. Onder, #38049 MO
          William W. Blair, #58196 MO
          Stephanie L. Rados, #65117 MO
          110 E. Lockwood, 2nd Floor
          St. Louis, MO  63119
          314-963-9000 telephone
          314-963-1700 facsimile
          onder@onderlaw.com
          blair@onderlaw.com
          rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this <u>8th</u> day of October 2021.

*/s/ Stephanie Rados*