**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Keith Jepsen, as the Anticipated Personal Representative of the Estate of Rhoda Jepsen, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-18426-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Keith Jepsen, as the Anticipated Personal Representative of the Estate of Rhoda Jepsen, Decease.*

This 12th day of October 2021.               Respectfully submitted,

                                            ONDERLAW, LLC

                     By:    */s/ James G. Onder*
                              James G. Onder, #38049 MO
                              William W. Blair, #58196 MO
                              Stephanie L. Rados, #65117 MO
                              110 E. Lockwood, 2nd Floor
                              St. Louis, MO  63119
                              314-963-9000 telephone
                              314-963-1700 facsimile
                              onder@onderlaw.com
                              blair@onderlaw.com
                              rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 12th day of October 2021.

                                                    */s/ James G. Onder*