## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS SALES PRACTICES, AND LIABILITY LITIGATION**<br><br>This document relates to:<br>Deanna Shelton<br><br>                    Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br>                    Defendants. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:21-cv-18461 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 12, 2021 on behalf of the Plaintiff listed in the above captioned matter.

                    Respectfully Submitted by,

Dated: October 12, 2021.         By: *s/ Paul M. Scott, Esq.*
                                 Paul Scott, Esq.
                                 Georgia Bar No. 140960


Brown, Readdick, Bumgartner,
Carter, Strickland & Watkins, LLP
5 Glynn Avenue
Brunswick, Georgia 31521-0220
Telephone: 912-264-8544
Facsimile: 912-264-9667
pscott@brbcsw.com

                                 Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Respectfully Submitted by,

Dated: October 12, 2021.        By: *s/ Paul M. Scott, Esq.*
                                Paul Scott, Esq.
                                Georgia Bar No. 140960

Brown, Readdick, Bumgartner,
Carter, Strickland & Watkins, LLP
5 Glynn Avenue
Brunswick, Georgia 31521-0220
Telephone: 912-264-8544
Facsimile:  912-264-9667
pscott@brbcsw.com
                                Attorney for Plaintiffs