## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bernice Smith vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-18501-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Bernice Smith.

This 13th day of October 2021.      Respectfully submitted,

                                    ONDERLAW, LLC

                              By:   */s/ James G. Onder*
                                    James G. Onder, #38049 MO
                                    William W. Blair, #58196 MO
                                    Stephanie L. Rados, #65117 MO
                                    110 E. Lockwood, 2nd Floor
                                    St. Louis, MO  63119
                                    314-963-9000 telephone
                                    314-963-1700 facsimile
                                    onder@onderlaw.com
                                    blair@onderlaw.com
                                    rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of October 2021.

                */s/ James G. Onder*