UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kimberly Mathews vs. Johnson & Johnson, et al.*<br>*Case No.:  3:21-cv-18536-FLW-LHG* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kimberly Mathews.

This 13th day of October 2021.              Respectfully submitted,

                                                                  ONDERLAW, LLC

                                                        By:    */s/ James G. Onder*
                                                                  James G. Onder, #38049 MO
                                                                  William W. Blair, #58196 MO
                                                                  Stephanie L. Rados, #65117 MO
                                                                  110 E. Lockwood, 2nd Floor
                                                                  St. Louis, MO  63119
                                                                  314-963-9000 telephone
                                                                  314-963-1700 facsimile
                                                                  onder@onderlaw.com
                                                                  blair@onderlaw.com
                                                                  rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 13th day of October 2021.

*/s/ James G. Onder*