UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO:<br><br>SARAH WINTNER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>　　　　　　Defendants | Case No. 3:21-cv-2819 |

## MOTION TO SUBSTITUTE SURVIVING SPOUSE AND HEIRS AT LAW

Counsel for Plaintiff in the above-referenced action hereby give notice of the death of Plaintiff, Sarah Wintner. Ms. Wintner passed away on June 3, 2021. Counsel was not made aware of Decedent's death until approximately June 23, 2021. A Suggestion of Death has been filed previously.

By way of the Motion to Substitute Parties in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the Decedent's husband, Meir Levy, and her surviving children, Tova Fagan, Yael Wintner, Paul Wintner, and David Levy are now requesting to be substituted in this action as Plaintiffs so that Sarah Wintner's

claims survive and the action on her behalf may proceed together with the heirs' action.

WHEREFORE, Plaintiff requests that Meir Levy, the surviving spouse and heirs at law, Tova Fagan, Yael Wintner, Paul Wintner, and David Levy of Sarah Wintner, deceased, be substituted as Plaintiffs in this matter.

Dated: October 13, 2021											Respectfully Submitted,

**MORRIS LAW FIRM**

By:	*/s/ James A. Morris, Jr.*
	James A. Morris, Jr.
	4001 W. Alameda Ave.
	Suite 208
	Burbank, CA 91505
	747-283-1144 Phone
	747-283-1143 Facsimile
	jmorris@jamlawyers.com