## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO:<br><br>SARAH WINTNER,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>        Defendants | Case No. 3:21-cv-2819 |

## **(Proposed) ORDER**

This matter comes before the Court on Plaintiff's Motion to Substitute the Decedent's husband, Meir Levy, and her surviving children, Tova Fagan, Yael Wintner, Paul Wintner, and David Levy are now requesting to be substituted in this action, as Plaintiffs so that Sarah Wintner's claims survive and the action on her behalf may proceed together with the heirs' action in the above-referenced matter. The Court having reviewed the pleadings and being otherwise advised, it is hereby ordered that Plaintiff's Motion to Substitute is GRANTED.

Signed, this _____ day of _____, 2020.

_____
Honorable Freda L. Wolfson
U.S. District Judge