**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**JAVONNA WILLIAMS,** Individually and as anticipated Personal Representative of the Estate of Arnette Williams, | MDL No. 2738 (FLW)(LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:21-cv-18548 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 13, 2021 on behalf of Plaintiff, Javonna Wright.

Dated:   October 13, 2021          Respectfully Submitted by:

                                               By: /s/ Daniel J. Thornburgh
                                               Daniel J. Thornburgh
                                               Aylstock, Witkin, Kreis, & Overholtz
                                               17 East Main Street, Suite 200
                                               Pensacola, FL 32502
                                               Telephone: 850-202-1010
                                               Fax: 850-916-7449
                                               dthornburgh@awkolaw.com

                                               *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2021, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  October 13, 2021 　　　　　　　　Respectfully Submitted by:

　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel J. Thornburgh
　　　　　　　　　　　　　　　　　　　　Daniel J. Thornburgh
　　　　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis, & Overholtz
　　　　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200
　　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　　Telephone: 850-202-1010
　　　　　　　　　　　　　　　　　　　　Fax: 850-916-7449
　　　　　　　　　　　　　　　　　　　　dthornburgh@awkolaw.com