# EXHIBIT A

|   | Plaintiff Name | File Number |
|---|---|---|
| 1 | MARY SUE AVARY | 3:21-cv-16798 |
| 2 | GEORGIA B. SANDBERG | 3:21-cv-16805 |
| 3 | PATRICK KISER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF SHIRLEY ANN KISER, DEC. | 3:21-cv-16814 |
| 4 | MAE PATTERSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANNIE JEAN BOULTON, DEC. | 3:21-cv-16820 |
| 5 | ROBERT F. ZELLMANN, JR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DEANNA K. ZELLMANN, DEC. |  |
| 6 | ELIZABETH FALCON | 3:21-cv-17245 |
| 7 | DEBORAH J. SMITH AND GARY SMITH, HER HUSBAND | 3:21-cv-17405 |
| 8 | DEBORAH L. ALDRIDGE | 3:21-cv-17782 |
| 9 | HELEN M. CARKHUFF | 3:21-cv-17803 |
| 10 | MARY ELLEN CHITTUM AND GEORGE D. CHITTUM, III, HER HUSBAND | 3:21-cv-17839 |
| 11. | PATRICIA A. CORBELLI, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARIE A. CORBELLI, DEC. | 3:21-cv-17851 |
| 12. | ROBBIN HARRIS | 3:21-cv-17868 |
| 13. | TAMMY J. HARSH AND MARTIN HARSH, HER HUSBAND | 3:21-cv-17891 |
| 14. | VICTORIA HATTON | 3:21-cv-17901 |
| 15. | THOMAS TAYLOR, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JUDITH ELAINE TAYLOR, DEC. | 3:21-cv-17908 |
| 16. | VALERIE K. WEIGHT AND MARK WEIGHT, HER HUSBAND | 3:21-cv-18105 |
| 17. | CHIN LIN AND CRAIG TWENTYMAN, PH.D., HER HUSBAND | 3:21-cv-18248 |
| 18. | ANGELA TRASK, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GLORIA JEAN TRASK, DEC. | 3:21-cv-18381 |