WAGSTAFF LAW FIRM
940 Lincoln St.
Denver, CO 80203
866-795-99529
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Felicia Mack v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-18574 | Civil No. 3:16-md-2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 14th, 2021 on behalf of Plaintiff Felicia Mack.

                                         */s/ Albert Northrup*
                                         Albert Northrup
                                         WAGSTAFF LAW FIRM
                                         940 Lincoln St.
                                         Denver, CO 80203
                                         (866) 795-9529 Telephone
                                         anorthrup@wagstafflawfirm.com

                                         Attorneys for Plaintiff

Dated: October 14, 2021

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 14, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              ***/s/ Albert Northrup***
              Albert Northrup

              WAGSTAFF LAW FIRM