UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| *This document relates to*:<br>Amy Howe v. Johnson & Johnson, et al. –<br>Case No.: 3:21-cv-18455-FLW-LHG | Civ. Action No. 3:21-cv-18455 |

### *NOTICE OF FILING*

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short form Complaint and Jury Demand was filed on October 12, 2021 on behalf of Plaintiff, Amy Howe.

Dated: October 14, 2021         WEITZ & LUXENBERG, P.C.

                        By:  */s/ Bharati O. Sharma*
                            Bharati O. Sharma (NJ Bar # 018432001)
                            Weitz & Luxenberg, P.C.
                            220 Lake Drive East, Suite #210
                            Cherry Hill, NJ 08002
                            Tel: (856) 755-1115
                            Fax: (646) 293-7453
                            bsharma@weitzlux.com

                            *Attorneys for Plaintiff Amy Howe*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2021, a copy of the foregoing NOTICE OF FILING was filed via the court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

                                         */s/ Bharati O. Sharma*
                                         Bharati O. Sharma

                                         WEITZ & LUXENBERG P.C.