**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| *This document relates to*: Lisa D. Green v. Johnson & Johnson, et al. – Case No.:  3:21-cv-18457-FLW-LHG | Civ. Action No. <u>3:21-cv-18457</u> |

## *NOTICE OF FILING*

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short form Complaint and Jury Demand was filed on October 12, 2021 on behalf of Plaintiff, Lisa D. Green.

Dated:  October 14, 2021          WEITZ & LUXENBERG, P.C.


By:  */s/ Bharati O. Sharma*
 Bharati O. Sharma (NJ Bar # 018432001)
 Weitz & Luxenberg, P.C.
 220 Lake Drive East, Suite #210
 Cherry Hill, NJ 08002
 Tel:  (856) 755-1115
 Fax: (646) 293-7453
 bsharma@weitzlux.com

 *Attorneys for Plaintiff Lisa D. Green*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, a copy of the foregoing NOTICE OF FILING was filed via the court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

/s/ Bharati O. Sharma
Bharati O. Sharma

WEITZ & LUXENBERG P.C.