WAGSTAFF LAW FIRM
940 Lincoln St.
Denver, CO 80203
866-795-99529
*Attorneys for Plaintiff*
*(Annie Bibbs Culver obo Lena Bibbs)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Annie Bibbs Culver obo Lena Bibbs (deceased) v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-18634 | Civil No. 3:16-md-2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 14, 2021 on behalf of Plaintiff Annie Bibbs Culver obo Lena Bibbs.

/s/ *Albert Northrup*
Albert Northrup
WAGSTAFF LAW FIRM
940 Lincoln St.
Denver, CO 80203
(866) 795-9529 Telephone
anorthrup@wagstafflawfirm.com

*Attorneys for Plaintiff*

Dated: October 14, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Albert Northrup*
Albert Northrup

WAGSTAFF LAW FIRM