IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG |
| **This document relates to:**<br><br>SANDRA MARSHALL<br>Case No. 3:21-cv-18639-FLW-LHG | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No 3 (Filing Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 14, 2021.

DATED: October 15, 2021

Respectfully Submitted,

**KIESEL LAW LLP**

By: */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer (CA # 286752)
Cherisse Heidi A. Cleofe (CA # 290152)
8648 Wilshire Boulevard
Beverly Hills, CA  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
palmer@kiesel.law

*Counsel for Plaintiff*
Sandra Marshall

00600435-1

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 15, 2021    Respectfully Submitted,

By:   */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
E-mail: palmer@kiesel.law

*Counsel for Plaintiff*
Sandra Marshall

00600435-1