WAGSTAFF LAW FIRM
940 Lincoln Street
Denver, CO 80203
866-795-9529
*Attorneys for Brikiya Brown*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* Brikiya Brown v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-18752 | Civil No. 3:16-md-2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 15, 2021 on behalf of Plaintiff Brikiya Brown.

/s/ *Albert Northrup*
Albert Northrup
Wagstaff Law Firm
940 Lincoln Street
Denver, CO 80203
(303) 376-6360 Telephone
(888) 875-2889 Facsimile
anorthrup@wagstafflawfirm.com

*Attorneys for Plaintiff*

Dated: October, 15, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                      */s/ Albert Northrup*
                                                      Albert Northrup

                                                      WAGSTAFF LAW FIRM