UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| *This document relates to*:<br>Almeatha Capehart v. Johnson & Johnson, et al. – Case No.: 3:21-cv-18617-FLW-LHG | Civ. Action No. 3:21-cv-18617 |

## *NOTICE OF FILING*

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short form Complaint and Jury Demand was filed on October 14, 2021 on behalf of Plaintiff, Almeatha Capehart.

Dated:  October 15, 2021             WEITZ & LUXENBERG, P.C.


                                    By:  */s/ Bharati O. Sharma*
                                         Bharati O. Sharma (NJ Bar # 018432001)
                                         Weitz & Luxenberg, P.C.
                                         220 Lake Drive East, Suite #210
                                         Cherry Hill, NJ 08002
                                         Tel:  (856) 755-1115
                                         Fax: (646) 293-7453
                                         bsharma@weitzlux.com

                                         *Attorneys for Plaintiff Almeatha Capehart*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, a copy of the foregoing NOTICE OF FILING was filed via the court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

                                      */s/ Bharati O. Sharma*
                                      Bharati O. Sharma

                                      WEITZ & LUXENBERG P.C.