**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| _This document relates to_: Robin Korzenicki v. Johnson & Johnson, et al. – Case No.:  3:21-cv-18630-FLW-LHG | Civ. Action No. 3:21-cv-18630 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short form Complaint and Jury Demand was filed on October 14, 2021 on behalf of Plaintiff, Robin Korzenicki.

Dated:  October 15, 2021                    WEITZ & LUXENBERG, P.C.


By:  _/s/ Bharati O. Sharma_
      Bharati O. Sharma (NJ Bar # 018432001)
      Weitz & Luxenberg, P.C.
      220 Lake Drive East, Suite #210
      Cherry Hill, NJ 08002
      Tel:  (856) 755-1115
      Fax: (646) 293-7453
      bsharma@weitzlux.com

      _Attorneys for Plaintiff Robin Korzenicki_

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, a copy of the foregoing NOTICE OF FILING was filed via the court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.


*/s/ Bharati O. Sharma*
Bharati O. Sharma

WEITZ & LUXENBERG P.C.

2