## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| SCHARI M. MALONE and PATRICK J. MALONE, her spouse,<br>                                  Plaintiff,<br>v.<br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | Civil Action No: 3:21-cv-18597<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on October 14, 2021 on behalf of Schari M. Malone and Patrick J. Malone, her spouse.

Dated: October 18, 2021                                  Respectfully submitted:

                                                                      /s/ signature

                                                                      _____
                                                                      MICHAEL GOETZ, ESQUIRE
                                                                      Florida Bar No. 963984
                                                                      Morgan & Morgan
                                                                      Complex Litigation Group
                                                                      One Tampa City Center, 7th Floor
                                                                      201 N. Franklin Street
                                                                      Tampa, Florida 33602
                                                                      Telephone (813) 223-5505
                                                                      Facsimile (813) 223-5402
                                                                      E-Mail: MGoetz@forthepeople.com
                                                                      Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system October 14, 2021.

               /s/ Michael Goetz
               Attorney for Plaintiff