# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No.: 3:21-cv-18969<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Michael E. Kimble, Individually and on behalf of the Wrongful Death Beneficiaries and Heirs-At-Law of Stephanie Elizabeth Kimble, deceased.

Dated: October 18, 2021.

                                        Respectfully Submitted,

                                        By: */s/ T. Roe Frazer II*
                                        T. Roe Frazer II (MS Bar No. 5519) PHV
                                        Patrick D. McMurtray (TN Bar No. 31597) PHV
                                        Thomas Roe Frazer III (TN Bar No. 33296) PHV
                                        FRAZER PLC
                                        30 Burton Hills Blvd., Suite 450
                                        Nashville, TN 37215
                                        Telephone: (615) 647-6464
                                        Facsimile: (866) 314-2466
                                        roe@frazer.law
                                        patrick@frazer.law
                                        trey@frazer.law

**Of Counsel:**
Clair G. Campbell (NC Bar No. 12965)
CAMPBELL & ASSOCIATES
Post Office Box 31666
Charlotte, NC 28231
Telephone: (704) 333-0885
Facsimile: (704) 372-7718
clair@injuryhelp.org

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 18, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                */s/ T. Roe Frazer II*