# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (FLW) (LHG) |
| | JUDGE FREDA L. WOLFSON |
| | MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCMENT RELATES TO:** | |
| *Sharon Isackson* | |
| *v.* | |
| *Johnson and Johnson, et. al.* | |
| Case No.: **3:21-cv-19040** | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on October 19, 2021 on behalf of Sharon Isackson.

Dated: October 20, 2021

                                                                Respectfully submitted by,

                                                 /s/ Lawrence R. Cohan
                                               Lawrence R. Cohan, Esq.
                                               Joshua C. Cohan, Esq.
                                               **SALTZ MONGELUZZI & BENDESKY P.C.**
                                               One Liberty Place
                                               1650 Market St, 52nd Floor
                                               Philadelphia, PA 19103
                                               lcohan@smbb.com
                                               jcohan@smbb.com
                                               (215) 575-3887 (Phone)
                                               (215) 496-0999 (Fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2021 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Lawrence R. Cohan