# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) <br><br> JUDGE FREDA L. WOLFSON <br><br> MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:** <br><br> *SEE ATTACHED CASE LIST AS EXHIBIT A* | |

## NOTIFICATION OF WITHDRAWAL OF ATTORNEY AND REQUEST TO WITHDRAW FROM ELECTRONIC NOTIFICATION

    Notification is hereby made by Jennifer L. Orendi, Esq. that my last day of employment with Dalimonte Rueb LLP is October 20, 2021 and as such, I will no longer represent the Plaintiffs listed in Exhibit A.  Upon information and belief, an attorney for Dalimonte Rueb Stoller LLP will file Notices of Substitution to continue as counsel of record for the Plaintiffs listed in Exhibit A.  Pending substitution of attorney, I respectfully request to withdraw from electronic notifications in these matters.

| | |
|---|---|
| Dated: October 20, 2021 | Respectfully Submitted, <br><br> By: */s/ Jennifer L. Orendi* <br><br> Dalimonte Rueb LLP <br> Jennifer L. Orendi (DC #489615) <br> 1250 Connecticut Avenue NW, Suite 200 <br> Washington, DC 20036 <br> 202-538-2790 (Tel) <br> 202-261-3508 (Fax) <br> jorendi@drlawllp.com |

**EXHIBIT A**

| | |
|---|---|
| Abracinskas, Jean M. | 3:20-cv-02743-FLW-LHG |
| Acosta, Barbie J. | 3:20-cv-14672-FLW-LHG |
| Alexander, Barbara L. | 3:20-cv-15890-FLW-LHG |
| Allen, Darlene S. | 3:20-cv-07131-FLW-LHG |
| Allen, Ivette R. | 3:20-cv-07744-FLW-LHG |
| Alvarado, Vinnie | 3:20-cv-07442-FLW-LHG |
| Alvarez, Milagros A. | 3:20-cv-02806-FLW-LHG |
| Ancira, Mary R. | 3:21-cv-13221-FLW-LHG |
| Anderson, Richard G. | 3:21-cv-16902-FLW-LHG |
| Atwood, Jayne M. | 3:20-cv-02811-FLW-LHG |
| Avalos, Angel | 3:19-cv-00496-FLW-LHG |
| Badger, Lou A. | 3:19-cv-22104-FLW-LHG |
| Bailey, Donald G. | 3:20-cv-10972-FLW-LHG |
| Baker, Nelda N. | 3:20-cv-07951-FLW-LHG |
| Baker-Karr, Rebecca | 3:20-cv-13642-FLW-LHG |
| Baldwin, Angela S. | 3:20-cv-13644-FLW-LHG |
| Baldwin, Christina | 3:19-cv-00526-FLW-LHG |
| Banuelos, Donna M. | 3:21-cv-01648-FLW-LHG |
| Bargas, Gloria J. | 3:20-cv-13645-FLW-LHG |
| Bass, Cortney K. | 3:20-cv-09349-FLW-LHG |
| Baxton, Niarobia | 3:21-cv-11775-FLW-LHG |
| Bean, Frances J. | 3:20-cv-15892-FLW-LHG |
| Becklin, Tamie L. | 3:20-cv-13882-FLW-LHG |
| Becton, Edna | 3:21-cv-14333-FLW-LHG |
| Benson, Jean M. | 3:21-cv-08395-FLW-LHG |
| Bergevin, Richard L. | 3:19-cv-09970-FLW-LHG |
| Bilek, Carol A. | 3:21-cv-06755-FLW-LHG |
| Binion, Juanita | 3:20-cv-14497-FLW-LHG |
| Blevins, Denise A. | 3:20-cv-12635-FLW-LHG |
| Bluett, Suzanne Y. | 3:20-cv-07447-FLW-LHG |
| Bohn, Marilynn J. | 3:18-cv-16390-FLW-LHG |
| Boileau, Edna M. | 3:20-cv-02813-FLW-LHG |
| Boswell, Marlyn | 3:20-cv-09582-FLW-LHG |
| Boyd, Sam | 3:21-cv-15141-FLW-LHG |
| Boyles, Marlena G. | 3:20-cv-12154-FLW-LHG |
| Brooks, Monica D. | 3:21-cv-10306-FLW-LHG |
| Brown, Alvesta M. | 3:20-cv-13884-FLW-LHG |
| Brown, Daphine | 3:20-cv-12632-FLW-LHG |
| Browne Jones, Dona M. | 3:20-cv-08313-FLW-LHG |
| Bullington, Edith P. | 3:18-cv-13282-FLW-LHG |
| Bunge, Lance | 3:19-cv-20623-FLW-LHG |

| | |
|---|---|
| Burkhart, Sylvia S. | 3:20-cv-18038-FLW-LHG |
| Burroughs, Darla F. | 3:21-cv-11059-FLW-LHG |
| Busbee, Claudia I. | 3:20-cv-15272-FLW-LHG |
| Cairns, Rosemarie | 3:20-cv-07531-FLW-LHG |
| Calva, Dorothy | 3:20-cv-12166-FLW-LHG |
| Campbell, Brenda | 3:20-cv-07449-FLW-LHG |
| Cannon, Phyllis D. | 3:20-cv-07751-FLW-LHG |
| Cardenas, Olga | 3:19-cv-01576-FLW-LHG |
| Carpinelli, Pamela J. | 3:20-cv-16218-FLW-LHG |
| Carrasco, Guadalupe | 3:19-cv-09959-FLW-LHG |
| Castillo, Crystal D. | 3:20-cv-10980-FLW-LHG |
| Castillo, Rolando | 3:21-cv-13905-FLW-LHG |
| Champion-Coleman, Dora E. | 3:20-cv-08920-FLW-LHG |
| Cheatham, Marjorie | 3:20-cv-18049-FLW-LHG |
| Clark, Mozelle | 3:21-cv-01652-FLW-LHG |
| Coleman, Olivia | 3:20-cv-09565-FLW-LHG |
| Coleman, Shaquita N. | 3:20-cv-08430-FLW-LHG |
| Collier, Denise V. | 3:19-cv-12083-FLW-LHG |
| Collins, Theresa F. | 3:20-cv-05999-FLW-LHG |
| Colombrino, Cheryl A. | 3:20-cv-09801-FLW-LHG |
| Colon, Rosa | 3:20-cv-03292-FLW-LHG |
| Conley, Susan | 3:20-cv-07692-FLW-LHG |
| Cook, Brenda M. | 3:21-cv-06758-FLW-LHG |
| Cook, Karon C. | 3:20-cv-15079-FLW-LHG |
| Corbin, Cindy L. | 3:20-cv-03561-FLW-LHG |
| Cornell, Jack J. | 3:21-cv-11761-FLW-LHG |
| Cowans, Virginia S. | 3:20-cv-02745-FLW-LHG |
| Cox, Dorothy S. | 3:20-cv-15893-FLW-LHG |
| Cox, Wanda J. | 3:20-cv-12167-FLW-LHG |
| Cox, William Fletcher | 3:20-cv-12634-FLW-LHG |
| Cranford, Machelle R. | 3:21-cv-10927-FLW-LHG |
| Crawford, Eloise | 3:20-cv-13647-FLW-LHG |
| Creech, David Capps, Jr. | 3:20-cv-12979-FLW-LHG |
| Cruz, Johnanna | 3:20-cv-13210-FLW-LHG |
| Curry, Larry C. | 3:20-cv-01989-FLW-LHG |
| Daddario, Johanna S. | 3:20-cv-11230-FLW-LHG |
| Daniels, Jeanie L. | 3:20-cv-18496-FLW-LHG |
| Danko, Cynthia | 3:18-cv-14597-FLW-LHG |
| Danner, Pamela J. | 3:21-cv-00604-FLW-LHG |
| Darag, Mila H. | 3:20-cv-12638-FLW-LHG |
| Daugherty, Kay F. | 3:20-cv-09367-FLW-LHG |
| Davidson, Anita R. | 3:21-cv-00608-FLW-LHG |
| Davis, D'Otta | 3:21-cv-14322-FLW-LHG |

| | |
|---|---|
| Davis, Mary J. | 3:20-cv-07694-FLW-LHG |
| Davis, Nancy H. | 3:20-cv-12163-FLW-LHG |
| Davner, Steven A. | 3:21-cv-13195-FLW-LHG |
| Day, Carolyn E. | 3:21-cv-14325-FLW-LHG |
| Deatherage, Charles E. | 3:21-cv-11319-FLW-LHG |
| Defraga, Roberta | 3:21-cv-00926-FLW-LHG |
| Degryse, Bonnie L. | 3:21-cv-16572-FLW-LHG |
| DeJesus, Marilyn | 3:21-cv-12103-FLW-LHG |
| Del Real, Rosa | 3:20-cv-07754-FLW-LHG |
| Deluna, Stacey L. | 3:20-cv-07755-FLW-LHG |
| Desimone, Lia S. | 3:20-cv-13216-FLW-LHG |
| Diehl, Cathy A. | 3:20-cv-06006-FLW-LHG |
| Dillon, Jenny L. | 3:20-cv-02740-FLW-LHG |
| Dixon, Julia | 3:21-cv-12099-FLW-LHG |
| Dobbins, Lucinda | 3:19-cv-22112-FLW-LHG |
| Domestico, Natalia | 3:18-cv-14423-FLW-LHG |
| Dorn, Janet M. | 3:20-cv-07526-FLW-LHG |
| Douvier, Renee A. | 3:20-cv-10986-FLW-LHG |
| Dowling, Geoffrey W. | 3:21-cv-13059-FLW-LHG |
| Dralle, Margaret E. | 3:20-cv-03567-FLW-LHG |
| Dufner, Paul | 3:20-cv-15891-FLW-LHG |
| Duhamel, Michelle M. | 3:19-cv-18073-FLW-LHG |
| Dumas, Debra D. | 3:21-cv-01654-FLW-LHG |
| Durkee, Donna M. | 3:20-cv-07950-FLW-LHG |
| Eastin, Tom | 3:19-cv-20538-FLW-LHG |
| Ellerson, Stephanie | 3:20-cv-07816-FLW-LHG |
| Elliott, Emma D. | 3:20-cv-13649-FLW-LHG |
| Ellis, Janice M. | 3:20-cv-08919-FLW-LHG |
| Ellison, Michele P. | 3:21-cv-05961-FLW-LHG |
| Elsie, Alice | 3:19-cv-19502-FLW-LHG |
| Elston, Mary L. | 3:20-cv-07144-FLW-LHG |
| English, Delia B. | 3:20-cv-03568-FLW-LHG |
| Eshleman, Shirley A. | 3:20-cv-12033-FLW-LHG |
| Esteban, Diane M. | 3:20-cv-09788-FLW-LHG |
| Exline, Dina A. | 3:21-cv-13220-FLW-LHG |
| Fandrey, Linda S. | 3:20-cv-11999-FLW-LHG |
| Farr, Sharon M. | 3:20-cv-03571-FLW-LHG |
| Felix, Sandra | 3:21-cv-13056-FLW-LHG |
| Ferguson, Michell | 3:18-cv-08124-FLW-LHG |
| Ferrell, Sandy K. | 3:20-cv-12114-FLW-LHG |
| Ferrell, Trena D. | 3:21-cv-01659-FLW-LHG |
| Fields, Derryl | 3:21-cv-03182-FLW-LHG |
| Filmore, Kenny | 3:21-cv-14336-FLW-LHG |

| | |
|---|---|
| Fletcher, Barbara A. | 3:20-cv-12645-FLW-LHG |
| Fletcher, Elesa M. | 3:20-cv-10994-FLW-LHG |
| Flores, Mario | 3:18-cv-16391-FLW-LHG |
| Flores, Yolanda | 3:20-cv-07695-FLW-LHG |
| Flowers, Marvis L. | 3:20-cv-06011-FLW-LHG |
| Foreman, David | 3:21-cv-17760-FLW-LHG |
| Forsey, Patricia A. | 3:20-cv-03579-FLW-LHG |
| Foster, Carla J. | 3:21-cv-13200-FLW-LHG |
| Foster, Dianne M. | 3:20-cv-12993-FLW-LHG |
| French, Charles | 3:20-cv-18480-FLW-LHG |
| Fritchman Grube, Mary E. | 3:20-cv-08434-FLW-LHG |
| Galovski, Mirjana | 3:20-cv-07711-FLW-LHG |
| Garcia, Norma E. | 3:18-cv-16139-FLW-LHG |
| Garcia, Zaida | 3:18-cv-16143-FLW-LHG |
| Gardner, Gertha | 3:20-cv-09357-FLW-LHG |
| Gardner, Melody A. | 3:20-cv-03765-FLW-LHG |
| Garone Gelbke, Sherry L. | 3:20-cv-02469-FLW-LHG |
| Garvey, Cynthia A. | 3:20-cv-08066-FLW-LHG |
| Gayle, Carol | 3:20-cv-02441-FLW-LHG |
| Gerhart, Deborah K. | 3:20-cv-11029-FLW-LHG |
| Gibbs, Goldie L. | 3:21-cv-00439-FLW-LHG |
| Gibson, Alicia T. | 3:20-cv-02472-FLW-LHG |
| Gifferson, Patricia M. | 3:20-cv-09361-FLW-LHG |
| Goldsmith, Elaine R. | 3:21-cv-03163-FLW-LHG |
| Gonsalves, Charlene A. | 3:21-cv-05967-FLW-LHG |
| Gonzalez, Christina L. | 3:18-cv-16385-FLW-LHG |
| Gordon, Elaine S. | 3:20-cv-09356-FLW-LHG |
| Graves, Leslee L. | 3:20-cv-07521-FLW-LHG |
| Gray, Susan Y. | 3:20-cv-13236-FLW-LHG |
| Gresham, Nicole R. | 3:21-cv-13225-FLW-LHG |
| Grey, Donna L. | 3:20-cv-07714-FLW-LHG |
| Griffin, Mandy A. | 3:21-cv-00601-FLW-LHG |
| Grodem, Robin C. | 3:20-cv-07349-FLW-LHG |
| Groff, Karen J. | 3:20-cv-07717-FLW-LHG |
| Gruner, Jennifer M. | 3:19-cv-16782-FLW-LHG |
| Guerrero, Terri R. | 3:20-cv-12644-FLW-LHG |
| Guess, Joan E. | 3:20-cv-12158-FLW-LHG |
| Gurule, Ileea L. | 3:20-cv-03767-FLW-LHG |
| Hadden, Jane J. | 3:20-cv-05862-FLW-LHG |
| Hager, Jackie M. | 3:20-cv-07815-FLW-LHG |
| Hake, Angelea K. | 3:20-cv-13879-FLW-LHG |
| Hall, Dianne N. | 3:19-cv-09964-FLW-LHG |
| Hall, Mantarius | 3:20-cv-03290-FLW-LHG |

| | |
|---|---|
| Hall, Martha J. | 3:20-cv-07760-FLW-LHG |
| Hall, Michelle D. | 3:20-cv-12004-FLW-LHG |
| Hames, Lisa J. | 3:20-cv-08917-FLW-LHG |
| Hamilton, Marshia G. | 3:20-cv-02017-FLW-LHG |
| Harmon, Melody | 3:21-cv-01726-FLW-LHG |
| Harrington, Frances Glee | 3:19-cv-01531-FLW-LHG |
| Harrington, Jonnet | 3:18-cv-16377-FLW-LHG |
| Harris, Mary E. | 3:20-cv-17199-FLW-LHG |
| Hashman, Leonard F. | 3:19-cv-19506-FLW-LHG |
| Hatch, Sharon L. | 3:21-cv-00436-FLW-LHG |
| Haun, Kristy K. | 3:21-cv-08822-FLW-LHG |
| Hawkins, Endeler A. | 3:20-cv-07817-FLW-LHG |
| Hayes, Geraldine J. | 3:20-cv-12631-FLW-LHG |
| Heffington, Frances D. | 3:18-cv-14454-FLW-LHG |
| Hellwig, Rachael Y. | 3:21-cv-10083-FLW-LHG |
| Helmers, Alan Robert | 3:21-cv-08836-FLW-LHG |
| Henry, Anna M. | 3:20-cv-09365-FLW-LHG |
| Heredia, Norma | 3:18-cv-13275-FLW-LHG |
| Hering, Helena | 3:20-cv-08068-FLW-LHG |
| Herrera, Ana M. | 3:21-cv-03556-FLW-LHG |
| Hicks, Harold Devone | 3:21-cv-17898-FLW-LHG |
| Higgins, Mariann | 3:20-cv-12013-FLW-LHG |
| Higman, Leslie A. | 3:20-cv-15294-FLW-LHG |
| Hines, Brenda S. | 3:20-cv-12920-FLW-LHG |
| Hines, Robert D. | 3:18-cv-12919-FLW-LHG |
| Hoffer, Michele D. | 3:20-cv-15896-FLW-LHG |
| Hofmann, Laraine | 3:20-cv-01694-FLW-LHG |
| Holland-Cross, Janice M. | 3:20-cv-08918-FLW-LHG |
| Hollars, Annette | 3:20-cv-08078-FLW-LHG |
| Holley, Angela M. | 3:20-cv-05860-FLW-LHG |
| Holmes, Jack W. | 3:21-cv-01666-FLW-LHG |
| Hoover, Veronica J. | 3:21-cv-01662-FLW-LHG |
| Houston, Hilda V. | 3:18-cv-08128-FLW-LHG |
| Hunt, Erinn | 3:21-cv-16920-FLW-LHG |
| Huston, Carol A. | 3:20-cv-12946-FLW-LHG |
| Hutzayluk, Metro, Jr. and Hutzayluk, David | 3:20-cv-10132-FLW-LHG |
| Irby, Sharon D. | 3:20-cv-12021-FLW-LHG |
| Irvin, Rachel | 3:21-cv-11070-FLW-LHG |
| Jaap, Jeri | 3:20-cv-08082-FLW-LHG |
| Jackson, Latisha R. | 3:20-cv-13197-FLW-LHG |
| Jackson, Laverne M. | 3:20-cv-07683-FLW-LHG |
| Jacobs, Ruth | 3:20-cv-12171-FLW-LHG |
| Jester-Corazzini, Shirley J. | 3:21-cv-10953-FLW-LHG |

| | |
|---|---|
| Johnson, Donna R. | 3:21-cv-08505-FLW-LHG |
| Johnson, Dora O. | 3:20-cv-08268-FLW-LHG |
| Johnson, Melinda R. | 3:20-cv-14370-FLW-LHG |
| Johnson, Philip C. | 3:20-cv-01715-FLW-LHG |
| Johnson, Regina F. | 3:20-cv-00795-FLW-LHG |
| Johnston, Jane M. | 3:21-cv-00932-FLW-LHG |
| Jones, Mary A. | 3:20-cv-08271-FLW-LHG |
| Jones, Sheryl A. | 3:20-cv-03753-FLW-LHG |
| Kaner, Seth Kaner | 3:21-cv-05828-FLW-LHG |
| Keeler, Bonnie K. | 3:20-cv-12974-FLW-LHG |
| Keener, Eula | 3:20-cv-03755-FLW-LHG |
| Kelley, Adriane | 3:20-cv-09368-FLW-LHG |
| Kelley, Annie C. | 3:20-cv-08274-FLW-LHG |
| Kellicut, Sally J. | 3:20-cv-00796-FLW-LHG |
| Kelly, Marlo E. | 3:21-cv-07154-FLW-LHG |
| Kendrick, Lisa E. | 3:20-cv-07339-FLW-LHG |
| Kibort, Jennifer L. | 3:20-cv-01964-FLW-LHG |
| Kirshoff, Andrea P. | 3:21-cv-03142-FLW-LHG |
| Knight, Tracy M. | 3:20-cv-08277-FLW-LHG |
| Korkowski, Karin S. | 3:20-cv-14488-FLW-LHG |
| Kortz, Teresa | 3:19-cv-05409-FLW-LHG |
| Kraszczak, Victoria A. | 3:19-cv-21363-FLW-LHG |
| Krause, David E. | 3:20-cv-18484-FLW-LHG |
| Kreis, Georgetta M. | 3:20-cv-08921-FLW-LHG |
| Kromrey, Annette E. | 3:21-cv-15221-FLW-LHG |
| Kuzminski, Martin J. | 3:21-cv-03554-FLW-LHG |
| Kwok, Mawarty | 3:20-cv-06003-FLW-LHG |
| Ladd, Janet | 3:20-cv-07394-FLW-LHG |
| Lamonde, Donna E. | 3:20-cv-02471-FLW-LHG |
| Landis, Kathleen | 3:20-cv-07814-FLW-LHG |
| Lanum, Edward E., Sr. | 3:20-cv-08260-FLW-LHG |
| Lash, Sharon | 3:21-cv-11010-FLW-LHG |
| Lazaro, Matthew | 3:20-cv-16264-FLW-LHG |
| Ledesma, Jeannett | 3:21-cv-01733-FLW-LHG |
| Lee, Betty | 3:20-cv-11533-FLW-LHG |
| Leonard, Linda J. | 3:20-cv-07417-FLW-LHG |
| Lerma, Rebecca | 3:19-cv-09968-FLW-LHG |
| Leslie, Denise G. | 3:20-cv-06265-FLW-LHG |
| Levie, Philip Jordan | 3:21-cv-12426-FLW-LHG |
| Levine, Anne | 3:20-cv-12884-FLW-LHG |
| Levy, Ilan | 3:21-cv-14029-FLW-LHG |
| Llinas, Rosemary | 3:21-cv-01731-FLW-LHG |
| Long, Darlene S. | 3:20-cv-07413-FLW-LHG |

| | |
|---|---|
| Lopez, Gallegos, Elisa | 3:18-cv-16389-FLW-LHG |
| Lujan, Norma R. | 3:20-cv-14509-FLW-LHG |
| Lunn, Susan M. | 3:20-cv-11037-FLW-LHG |
| MacDougal, Sheryl A. | 3:21-cv-09202-FLW-LHG |
| Macintyre, Rebecca J. | 3:21-cv-06747-FLW-LHG |
| Madden, Patricia | 3:20-cv-02736-FLW-LHG |
| Madden, Sue | 3:20-cv-08417-FLW-LHG |
| Maestas, MaRemedios | 3:20-cv-09293-FLW-LHG |
| Magao, Paula M. | 3:20-cv-14467-FLW-LHG |
| Manes, Lori | 3:20-cv-03299-FLW-LHG |
| Marlow, Connie | 3:20-cv-14754-FLW-LHG |
| Martinez-Herron, Sandra | 3:20-cv-06112-FLW-LHG |
| Mason, Claudette | 3:20-cv-11235-FLW-LHG |
| Mataya, Jennifer A. | 3:21-cv-13217-FLW-LHG |
| Mathews, June | 3:19-cv-21213-FLW-LHG |
| Matta, Jessica Rae | 3:21-cv-09212-FLW-LHG |
| Maupin, Lynda | 3:20-cv-09302-FLW-LHG |
| Maxwell, Jacquelyn M. | 3:21-cv-08509-FLW-LHG |
| McCollum, Larry M. | 3:21-cv-13138-FLW-LHG |
| McCray, Estell R. | 3:20-cv-13906-FLW-LHG |
| McDonald, Jerry G. | 3:20-cv-07671-FLW-LHG |
| McFarland, Annette | 3:20-cv-15971-FLW-LHG |
| McGee, Alice F. | 3:20-cv-11243-FLW-LHG |
| McPherson, Dawn | 3:21-cv-10584-FLW-LHG |
| McSwain, Phyllis | 3:20-cv-13878-FLW-LHG |
| Medina, Phyllis J. | 3:21-cv-10095-FLW-LHG |
| Mercer, Clarence, Sr. | 3:20-cv-12991-FLW-LHG |
| Merchant, Vivian M. | 3:21-cv-01728-FLW-LHG |
| Meredith, Christina | 3:20-cv-13233-FLW-LHG |
| Michael, Katrina J. | 3:20-cv-05858-FLW-LHG |
| Mikels, June | 3:20-cv-00035-FLW-LHG |
| Miller, Karen S. | 3:21-cv-09235-FLW-LHG |
| Miller, Marilyn | 3:20-cv-08941-FLW-LHG |
| Minyard, Tracy A. | 3:21-cv-12438-FLW-LHG |
| Mitchell, Darlene | 3:18-cv-14464-FLW-LHG |
| Molnar, Barbara A. | 3:20-cv-15954-FLW-LHG |
| Mondy, Olevia | 3:20-cv-14756-FLW-LHG |
| Monroe, Tammy K. | 3:20-cv-15078-FLW-LHG |
| Montana, Amy | 3:20-cv-13241-FLW-LHG |
| Monte, Barbara | 3:20-cv-08942-FLW-LHG |
| Morris, Linda M. | 3:21-cv-10588-FLW-LHG |
| Morris, Shirley A. | 3:20-cv-08321-FLW-LHG |
| Morrow, Isaac Thomas | 3:20-cv-04385-FLW-LHG |

| Name | Case Number |
|---|---|
| Motsinger, Lois W. | 3:21-cv-05892-FLW-LHG |
| Moya, Kristi | 3:20-cv-06262-FLW-LHG |
| Munns, Bobby G. | 3:17-cv-11116-FLW-LHG |
| Murphy, Javon | 3:21-cv-12100-FLW-LHG |
| Musco, Theresa M. | 3:21-cv-16369-FLW-LHG |
| Nadziejko, Robert | 3:21-cv-03547-FLW-LHG |
| Nayyar, Deepika | 3:21-cv-13908-FLW-LHG |
| Neal, Rhonda | 3:20-cv-02797-FLW-LHG |
| Newkirk, Janet | 3:20-cv-11248-FLW-LHG |
| Newman, Sandra | 3:19-cv-21370-FLW-LHG |
| Nichols, Mark W. | 3:21-cv-08375-FLW-LHG |
| Niesen, Patricia A. | 3:21-cv-09424-FLW-LHG |
| Nikel, Vivian | 3:20-cv-08944-FLW-LHG |
| Nusbaum, Sharlene F. | 3:20-cv-15276-FLW-LHG |
| O'donnell, Sherrel | 3:20-cv-00041-FLW-LHG |
| Oehlert, Peggy | 3:20-cv-13246-FLW-LHG |
| Ogbomon, Moneera | 3:20-cv-08949-FLW-LHG |
| Ohlinger, Jean | 3:20-cv-08056-FLW-LHG |
| Omalley, Nancy M. | 3:20-cv-12737-FLW-LHG |
| Orlando, Judy | 3:20-cv-07513-FLW-LHG |
| Ortega, Donna G. | 3:21-cv-06752-FLW-LHG |
| Ortiz, Sarah | 3:20-cv-07675-FLW-LHG |
| Ortman Sheff, Heidi | 3:20-cv-07388-FLW-LHG |
| Pace, Bettye K. | 3:21-cv-10297-FLW-LHG |
| Pachla, James M. | 3:21-cv-00930-FLW-LHG |
| Palumbo, Sabrina E. | 3:21-cv-09223-FLW-LHG |
| Paneris, Alexandra | 3:21-cv-00396-FLW-LHG |
| Paredes, Annabelle | 3:20-cv-12115-FLW-LHG |
| Park, Heidi D. | 3:21-cv-14301-FLW-LHG |
| Parker, Patricia J. | 3:21-cv-05906-FLW-LHG |
| Parsons, Kimberly | 3:20-cv-11514-FLW-LHG |
| Parsons, Rosa | 3:20-cv-13583-FLW-LHG |
| Passmore, Helen L. | 3:21-cv-05836-FLW-LHG |
| Pearce, Jerry | 3:21-cv-11064-FLW-LHG |
| Peek, Johnathan | 3:19-cv-21212-FLW-LHG |
| Penedo, Lynn | 3:20-cv-14503-FLW-LHG |
| Pericht, Carol | 3:20-cv-14479-FLW-LHG |
| Permaul, Chunawattie L. | 3:20-cv-09581-FLW-LHG |
| Perrotto, James Ross | 3:21-cv-10579-FLW-LHG |
| Peters, April | 3:20-cv-13631-FLW-LHG |
| Peterson, Patricia L. | 3:21-cv-14423-FLW-LHG |
| Phelps, Connie | 3:20-cv-12740-FLW-LHG |
| Pinckney, Amanda A. | 3:20-cv-13230-FLW-LHG |

| | |
|---|---|
| Pisaneschi, Nicole | 3:18-cv-17707-FLW-LHG |
| Platos, Loretta | 3:20-cv-13164-FLW-LHG |
| Polanco, Rosie V. | 3:21-cv-08371-FLW-LHG |
| Ponte, Frank | 3:21-cv-10700-FLW-LHG |
| Propes, Judy | 3:20-cv-02466-FLW-LHG |
| Pryor, Gwendolyn A. | 3:20-cv-08263-FLW-LHG |
| Puckett, Judith | 3:19-cv-20591-FLW-LHG |
| Pugliese, Priscilla | 3:20-cv-07342-FLW-LHG |
| Ramirez, Ana M. | 3:19-cv-00489-FLW-LHG |
| Ramirez, Maria E. | 3:19-cv-09056-FLW-LHG |
| Ramoutar, Camla | 3:20-cv-09291-FLW-LHG |
| Ramsey, Todd Damon | 3:21-cv-16908-FLW-LHG |
| Ray, Debra | 3:20-cv-01959-FLW-LHG |
| Razek, Stephanie | 3:20-cv-07953-FLW-LHG |
| Reese, Marcel R. | 3:21-cv-16367-FLW-LHG |
| Reichman, Joleen | 3:21-cv-13906-FLW-LHG |
| Retrum, Jean | 3:20-cv-00799-FLW-LHG |
| Rice, Linda | 3:18-cv-08055-FLW-LHG |
| Rice, Renee | 3:20-cv-12928-FLW-LHG |
| Richards, Sandra | 3:21-cv-06740-FLW-LHG |
| Rippie, Carl | 3:21-cv-05862-FLW-LHG |
| Riyadh, Sulma | 3:18-cv-02989-FLW-LHG |
| Rizzo, Theresa | 3:19-cv-09973-FLW-LHG |
| Roark, Laura | 3-20-cv-12743-FLW-LHG |
| Roberts, Marcia JoClaire | 3:21-cv-00612-FLW-LHG |
| Robinson, Debra Diane | 3:21-cv-05825-FLW-LHG |
| Rocha De Amezcua, Ofelia | 3:19-cv-01604-FLW-LHG |
| Rockwell, Mary J. | 3:20-cv-07757-FLW-LHG |
| Rodriguez, Olga | 3:19-cv-05412-FLW-LHG |
| Roman-Villada, Maylee | 3:21-cv-00924-FLW-LHG |
| Ross, Cindy | 3:20-cv-09300-FLW-LHG |
| Rucker, Tiffany P. | 3:20-cv-06199-FLW-LHG |
| Russell, Trudy | 3:20-cv-14487-FLW-LHG |
| Sandborn, James D. | 3:20-cv-08922-FLW-LHG |
| Santana, Martha | 3:20-cv-03759-FLW-LHG |
| Schafer, Donna | 3:20-cv-14523-FLW-LHG |
| Schindler, Diane | 3:20-cv-12980-FLW-LHG |
| Schmitz, Schelly | 3:19-cv-21366-FLW-LHG |
| Schofield, Mary | 3:20-cv-07346-FLW-LHG |
| Schwalm, Tracy | 3:20-cv-13172-FLW-LHG |
| Scott, Velma | 3:20-cv-11481-FLW-LHG |
| Sebeth, Marietta | 3:20-cv-03309-FLW-LHG |
| Segal, Terry | 3:20-cv-09569-FLW-LHG |

| | |
|---|---|
| Sensor, Alice | 3:20-cv-07948-FLW-LHG |
| Senter, Claudia M. | 3:20-cv-13177-FLW-LHG |
| Shackelford, Celia A. | 3:21-cv-07146-FLW-LHG |
| Shaner, Linda S. | 3:21-cv-06230-FLW-LHG |
| Shannon, Robert | 3:21-cv-15211-FLW-LHG |
| Shelby, Melinda L. | 3:20-cv-11498-FLW-LHG |
| Sherman, Margereitte | 3:20-cv-07372-FLW-LHG |
| Shirley, Teresa J. | 3:21-cv-10288-FLW-LHG |
| Simonson, Margaret | 3:21-cv-16574-FLW-LHG |
| Singh, Amanda H. | 3:21-cv-08368-FLW-LHG |
| Sloan, Kristine K. | 3:19-cv-18068-FLW-LHG |
| Small, Terriceta | 3:20-cv-01700-FLW-LHG |
| Smith, Barbara | 3:20-cv-10130-FLW-LHG |
| Smith, Irma | 3:20-cv-18011-FLW-LHG |
| Smolanick, Katherine | 3:21-cv-10688-FLW-LHG |
| Sorrels, Danielle | 3:20-cv-18472-FLW-LHG |
| Spaay, Kelly J. | 3:21-cv-13206-FLW-LHG |
| Speer, Ramona | 3:20-cv-12910-FLW-LHG |
| Stacy, Maree W. | 3:21-cv-10682-FLW-LHG |
| Stafford, Robin Denise | 3:21-cv-03176-FLW-LHG |
| Steele, Angela | 3:20-cv-15981-FLW-LHG |
| Steele, Jeanette | 3:20-cv-14455-FLW-LHG |
| Steinkirchner, Christine | 3:20-cv-05295-FLW-LHG |
| Stephenson, Alicia L. | 3:21-cv-06757-FLW-LHG |
| Steward, Melissa A. | 3:21-cv-10267-FLW-LHG |
| Stewart, Stacy | 3:20-cv-09578-FLW-LHG |
| Stokes, Christopher | 3:20-cv-05870-FLW-LHG |
| Surber, Siobhan L. | 3:21-cv-10087-FLW-LHG |
| Swanson, Tyler | 3:21-cv-15569-FLW-LHG |
| Tacker, Lisa D. | 3:21-cv-15206-FLW-LHG |
| Tadros, Ellen | 3:21-cv-12107-FLW-LHG |
| Talarico, Lynda | 3:20-cv-07158-FLW-LHG |
| Talavera, Veronica | 3:21-cv-00431-FLW-LHG |
| Theis, David F. | 3:21-cv-11471-FLW-LHG |
| Thomas, Kowanya | 3:20-cv-13947-FLW-LHG |
| Thomas, Patricia | 3:20-cv-13936-FLW-LHG |
| Thompson, Annette | 3:20-cv-18028-FLW-LHG |
| Thompson, Rachel L. | 3:21-cv-05867-FLW-LHG |
| Thomson, Laurie A. | 3:19-cv-20594-FLW-LHG |
| Timian, Kelly | 3:18-cv-16383-FLW-LHG |
| Tobin, Robert A. | 3:21-cv-11488-FLW-LHG |
| Todd, Christina L. | 3:20-cv-18004-FLW-LHG |
| Tolbert, Glenda | 3:20-cv-03322-FLW-LHG |

| | |
|---|---|
| Tom, Maggie A. | 3:21-cv-15233-FLW-LHG |
| Travis, Hervette | 3:20-cv-13910-FLW-LHG |
| Treto, Margarita | 3:19-cv-00524-FLW-LHG |
| Trotochau, David G. | 3:21-cv-05821-FLW-LHG |
| Truax, Nora | 3:20-cv-14382-FLW-LHG |
| Tucker, Jeffrey | 3:21-cv-06229-FLW-LHG |
| Tull, Tammy | 3:21-cv-00414-FLW-LHG |
| Turk, Patricia | 3:20-cv-06120-FLW-LHG |
| Tyree, Alexandra J. | 3:21-cv-00390-FLW-LHG |
| Ucci, Doreen E. | 3:21-cv-06724-FLW-LHG |
| Valentine, Tanesha | 3:20-cv-06124-FLW-LHG |
| Vanderaa, June L. | 3:20-cv-01961-FLW-LHG |
| Varela Villalta, Sandra | 3:19-cv-05410-FLW-LHG |
| Varley, Melinda K. | 3:20-cv-14429-FLW-LHG |
| Velazquez, Jose Luis | 3:21-cv-03626-FLW-LHG |
| Vigil, Beverley | 3:21-cv-00405-FLW-LHG |
| Vonseggern, Kathleen | 3:20-cv-15288-FLW-LHG |
| Waiters, Nicole | 3:21-cv-00386-FLW-LHG |
| Walder, Cecelia E. | 3:20-cv-11506-FLW-LHG |
| Walker, Jane | 3:20-cv-13569-FLW-LHG |
| Walker, Sheridy L. | 3:20-cv-13593-FLW-LHG |
| Wallace, Tanya E. | 3:20-cv-01958-FLW-LHG |
| Walters, Bunny | 3:20-cv-13157-FLW-LHG |
| Washington, Mechell | 3:18-cv-08120-FLW-LHG |
| Weaver Chaffins, Barbara E. | 3:20-cv-06032-FLW-LHG |
| Weeks, Tawanna F. | 3:20-cv-00798-FLW-LHG |
| Wermont, Marcia | 3:19-cv-16783-FLW-LHG |
| White, Linda | 3:20-cv-12925-FLW-LHG |
| Wilkinson, William R. | 3:21-cv-13051-FLW-LHG |
| Williams, Charmaine M. | 3:18-cv-14399-FLW-LHG |
| Williams, Elouise | 3:20-cv-13574-FLW-LHG |
| Williams, Joni Johns | 3:21-cv-13190-FLW-LHG |
| Williams, Peggy L. | 3:21-cv-00383-FLW-LHG |
| Williams, Roger | 3:20-cv-17194-FLW-LHG |
| Williams, Ronda L. | 3:20-cv-13578-FLW-LHG |
| Willis, Gay | 3:20-cv-15274-FLW-LHG |
| Wills, Tenneh | 3:20-cv-02790-FLW-LHG |
| Wilson, Barbara | 3:20-cv-09574-FLW-LHG |
| Wilson, Lilly | 3:21-cv-10079-FLW-LHG |
| Wilson, Turkessa | 3:20-cv-01963-FLW-LHG |
| Winters, Mary | 3:20-cv-15065-FLW-LHG |
| Wissmiller, Bobbie | 3:20-cv-06185-FLW-LHG |
| Wood, Kathy | 3:20-cv-07818-FLW-LHG |

| | |
|---|---|
| Wood, Madeleine | 3:20-cv-15070-FLW-LHG |
| Wruck, James R. | 3:21-cv-14316-FLW-LHG |
| Yaegel, Carl F. | 3:21-cv-08790-FLW-LHG |
| Yerikian, Salpy | 3:18-cv-16142-FLW-LHG |
| Young, Ruth | 3:20-cv-01707-FLW-LHG |
| Zacharia, Zacharia O. | 3:21-cv-14315-FLW-LHG |
| Zavala Elizarraras, Ma. E. | 3:18-cv-14600-FLW-LHG |
| Zepeda, Josephine | 3:20-cv-12986-FLW-LHG |