## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**JANET SUSAN MILLER v. Johnson & Johnson, et al.  3:21-cv-18848** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on October 15, 2021 on behalf of Plaintiff Janet Susan Miller.

Date:  October 20, 2021                    Respectfully submitted by,

                                           **LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

                                             /s/ Kristie M. Hightower
                                           **KRISTIE M. HIGHTOWER**
                                           (LA Bar No. 31782; MS Bar No. 102792)
                                           501 Broad Street
                                           Lake Charles, LA 70602
                                           PO Box 3010
                                           Lake Charles, LA 70602
                                           Telephone: (337) 439-0707
                                           Facsimile: (337) 439-1029
                                           Email: khightower@lundylawllp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 20th day of October, 2021.

**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

 /s/ Kristie M. Hightower
**KRISTIE M. HIGHTOWER**