## **CERTIFICATE OF SERVICE**

I, P. Leigh O'Dell, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Memorandum of Law in Response and Opposition to Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Notice of Bankruptcy Filing and Stay of Proccedings to be filed electronically via the court's electronic filing system the 20th day of October, 2021. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:     October 20, 2021          */s/ P. Leigh O'Dell*
                                      P. Leigh O'Dell