UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| JONATHAN IRVIN, INDIVIDUALLY AND FOR THE ESTATE OF JEAN CARTER, |  |
| Plaintiff, | Civil Action No.: 3:21-cv-19142 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., |  |
| Defendants. |  |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 21st

day of October 2021 on behalf of Jonathan Irvin.


Dated:  10/21/2021                              Respectfully Submitted by,

                                        */s/ W. Cameron Stephenson*
                                        W. Cameron Stephenson
                                        Florida Bar No.: 0051599
                                        LEVIN, PAPANTONIO, RAFFERTY,
                                        PROCTOR, BUCHANAN, O'BRIEN, BARR,
                                        MOUGEY, P.A.
                                        316 South Baylen Street, Suite 600
                                        Pensacola, FL 32502
                                        Telephone: (850) 435-7186
                                        Facsimile: (850) 436-6186
                                        Email: cstephenson@levinlaw.com
                                        ATTORNEY FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ W. Cameron Stephenson*