UNITED STATES DISTRICT COURT
DISTRICT OF NEWJERSEY

| | |
|---|---|
| **IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jeanette Newman, Individually and as Representative of the Estate of Katherine Stover, Deceased*<br>*v.*<br>*Johnson & Johnson, et al.*<br><br>Case No.: .: 3:21-cv-19173 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 21, 2021 on behalf of Plaintiff Jeanette Newman, who is the personal representative for the Estate of Katherine Stover.

Dated: October 21, 2021                                    Respectfully Submitted by,

                                                            /s/ *Andrew F. Sullo*
                                                            SULLO & SULLO, LLP
                                                            2020 Southwest Fwy.
                                                            Suite 300
                                                            Houston, TX 77098
                                                            T: 713-839-9026
                                                            F: 713-335-0841
                                                            ASullo@sullolaw.com

                                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com