UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Thomas Quinn, Individually and as the Anticipated Personal Representative of the Estate of Mary Quinn, Deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-19167-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Thomas Quinn, Individually and as the Anticipated Personal Representative of the Estate of Mary Quinn, Deceased.*

This 21st day of October 2021.          Respectfully submitted,

                                        ONDERLAW, LLC

                      By:    */s/ Stephanie L. Rados*
                               James G. Onder, #38049 MO
                               William W. Blair, #58196 MO
                               Stephanie L. Rados, #65117 MO
                               110 E. Lockwood, 2nd Floor
                               St. Louis, MO  63119
                               314-963-9000 telephone
                               314-963-1700 facsimile
                               onder@onderlaw.com
                               blair@onderlaw.com
                               rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 21st day of October 2021.

                 */s/ Stephanie L. Rados*