## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| *This document relates to*:<br>Jarinet Barjas v. Johnson & Johnson, et al. – Case No.: 3:21-cv-19225-FLW-LHG | Civ. Action No. 3:21-cv-19225 |

### *NOTICE OF FILING*

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short form Complaint and Jury Demand was filed on October 22, 2021 on behalf of Plaintiff, Jarinet Barajas.

Dated: October 22, 2021                WEITZ & LUXENBERG, P.C.

                                       By: */s/ Bharati O. Sharma*
                                       Bharati O. Sharma (NJ Bar # 018432001)
                                       Weitz & Luxenberg, P.C.
                                       220 Lake Drive East, Suite #210
                                       Cherry Hill, NJ 08002
                                       Tel: (856) 755-1115
                                       Fax: (646) 293-7453
                                       bsharma@weitzlux.com

                                       *Attorneys for Plaintiff Jarinet Barajas*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 22 2021, a copy of the foregoing NOTICE OF FILING was filed via the court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

        */s/ Bharati O. Sharma*
        Bharati O. Sharma

        WEITZ & LUXENBERG P.C.