WAGSTAFF LAW FIRM
940 Lincoln Street
Denver, CO 80203
866-795-9529
*Attorneys for Victoria Barnett*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* Victoria Barnett v. Johnson & Johnson, et al.<br>Case No. 3:21-cv-18620 | Civil No. 3:16-md-2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 14, 2021 on behalf of Plaintiff Victoria Barnett.

                                       */s/ Albert Northrup*
                                       Albert Northrup
                                       WAGSTAFF LAW FIRM
                                       940 Lincoln Street
                                       Denver, CO 80203
                                       (303) 376-6360 Telephone
                                       (888) 875-2889 Facsimile
                                       anorthrup@wagstafflawfirm.com

                                       *Attorneys for Plaintiff*

Dated: October, 14, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                      */s/ Albert Northrup*
                                      Albert Northrup

                                      WAGSTAFF LAW FIRM