# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to: LINDA L. GYURO AND RONALD J. GYURO. 3:21-cv-19244 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 22, 2021 on behalf of LINDA L. GYURO AND RONALD J. GYURO.

Dated:  October 22, 2021                                   Respectfully submitted,

NAPOLI SHKOLNIK, PLLC

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  October 22, 2021

                                                        */s/ Christopher R. LoPalo*
                                                        Christopher R. LoPalo, Esq.
                                                        400 Broadhollow Rd., Suite 305
                                                        Melville, NY 11747
                                                        Telephone: (212) 397-1000
                                                        Facsimile: (646) 927-1676
                                                        CLoPalo@NapoliLaw.com
                                                        *Attorneys for Plaintiff*