**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEWJERSEY**

| | |
|---|---|
| IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| THIS DOCUMENT RELATES TO: | JUDGE FREDA L. WOLFSON |
| *Brandi Coleman* *v.* *Johnson & Johnson, et al.* | MAG. JUDGE LOIS H. GOODMAN |
| Case No.: 3:21-cv-19289 | |

**NOTICE OF FILING**

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 25, 2021, on behalf of Plaintiff Brandi Coleman.

Dated: October 25, 2021                                     Respectfully Submitted by,

                                                                            /s/ *Andrew F. Sullo*
                                                                            SULLO & SULLO, LLP
                                                                            2020 Southwest Fwy.
                                                                            Suite 300
                                                                            Houston, TX 77098
                                                                            T: 713-839-9026
                                                                            F: 713-335-0841
                                                                            ASullo@sullolaw.com

                                                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Andrew F. Sullo
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com