UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Keith Wilson, on Behalf of the Heirs of the Estate of Marion Eileen Harris v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:21-19180-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 21, 2021, on behalf of the plaintiff(s), Keith Wilson, on Behalf of the Heirs of the Estate of Marion Eileen Harris.

Dated:  October 26, 2021

                                                      Respectfully Submitted by,

                                                      **MOTLEY RICE LLC**

                                                      /s/ Carmen S. Scott
                                                      Carmen S. Scott
                                                      cscott@motleyrice.com
                                                      28 Bridgeside Blvd.
                                                      Mt. Pleasant, SC 29464
                                                      (843) 216-9160
                                                      (843) 216-9450 (Facsimile)

                                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                            **MOTLEY RICE LLC**

                                            /s/ Carmen S. Scott
                                            Carmen S. Scott