UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Janine A. Manuel v. Johnson & Johnson, et al*<br><br>Civil Action No.: 3:21-19154-FLW-LHG | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 21, 2021, on behalf of the plaintiff(s), Janine A. Manuel.

Dated:  October 26, 2021

                                            Respectfully Submitted by,

                                            **MOTLEY RICE LLC**

                                            /s/ Carmen S. Scott
                                            Carmen S. Scott
                                            cscott@motleyrice.com
                                            28 Bridgeside Blvd.
                                            Mt. Pleasant, SC 29464
                                            (843) 216-9160
                                            (843) 216-9450 (Facsimile)

                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

      **MOTLEY RICE LLC**

      /s/ Carmen S. Scott
      Carmen S. Scott