# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: Wtson et, al. v. Johnson & Johnson, et al. Docket Number: 3:21-cv-19325 | **MDL No. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jennifer Malm .

DATED: October 26, 2021

                                            Respectfully submitted,

                                            BY:   */s/ Edward Ruffo*
                                            Edward Ruffo
                                            Rheingold Giuffra Ruffo & Plotkin, LLP
                                            551 5th Ave, 29th Floor
                                            New York, NY 10176
                                            Office: (212) 684-1880
                                            Facsimile: (212) 689-8156
                                            eruffo@rheingoldlaw.com
                                            NJ Attorney ID: 017131992
                                            Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

> BY:   */s/ Edward Ruffo*
> Edward Ruffo
> Rheingold Giuffra Ruffo & Plotkin, LLP
> 551 5th Ave, 29th Floor
> New York, NY 10176
> Office: (212) 684-1880
> Facsimile: (212) 689-8156
> eruffo@rheingoldlaw.com
> NJ Attorney ID: 017131992
> Attorneys for Plaintiff