## **CERTIFICATE OF SERVICE**

      The foregoing submission has been electronically filed with the Court this 26th day of October 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              FAEGRE DRINKER BIDDLE & REATH LLP

                                              */s/ Jessica L. Brennan*
                                              Jessica L. Brennan
                                              600 Campus Drive
                                              Florham Park, New Jersey 07932-1047
                                              Telephone: (973) 549-7000
                                              Facsimile: (973)-360-9831
                                              E-mail: jessica.brennan@faegredrinker.com

                                              *Attorneys for Defendant Johnson & Johnson*