UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| Haskell Airington, Individually and as Anticipated Representative of Charlene Airington<br><br>Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., IMERYS TALC AMERICA, INC. PERSONAL CARE PRODUCTS COUNCIL.<br><br>Defendants. | Case No:   3:21-cv-18593-FLW-LHG<br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 14, 2021, on behalf of Plaintiffs, Haskell Airington, Individually and as Anticipated Representative of Charlene Airington.

Dated:  10/26/2021

Respectfully submitted,

/s/ Terry Dunken
Terry Dunken – TX Bar No. 06231400
The Dunken Law Firm
4655 Techniplex, Suite 700
Stafford, TX 77477
713-554-6780
tdunken@dunkenlaw.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Terry Dunken
Terry Dunken – TX Bar No. 06231400
The Dunken Law Firm
4655 Techniplex, Suite 700
Stafford, TX 77477
713-554-6780
tdunken@dunkenlaw.com
Attorney for Plaintiffs