Jonas Mann (NJ Bar No.02032007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION This document relates to: Marcella Chambers, Individually and O/B/O Annie Ruth Chambers (Deceased) v. Johnson & Johnson, et al.; Case No. 3:21-cv-19189-FLW-LHG | Civil No. 3:16-md-2738-FLW-LHG MDL NO. 2738 |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 21, 2021 on behalf of Plaintiff, Marcella Chambers, Individually and O/B/O Annie Ruth Chambers (Deceased).

Dated: October 26, 2021

*/s/ Jonas Mann*
Jonas Mann (NJ Bar No. 020372007)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel (214) 521-3605
Fax (214) 520-1181
jmann@baronbudd.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jonas Mann*
Jonas Mann
