**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Bonnie Bye vs. Johnson & Johnson, et al.*<br>Case No.: 3:21-cv-19371-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Bonnie Bye, as Anticipated Personal Representative of the Estate of Sheryl Sue Saucier.

This 27th day of October 2021.

                                                               Respectfully Submitted,

                                                               PULASKI KHERKHER, PLLC

By:    */s/ Darsey Glean*
          Darsey Glean
          Texas Bar No. 24070412
          2925 Richmond, Suite 1725
          Houston, TX 77098
          darsey@pulaskilawfirm.com
          (713) 664-4555
          (713) 664-7543 (Fax)

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of October 2021.

                                          */s/ Darsey Glean*