## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| JOHN BOUCHER AND RITA BOUCHER, | |
| Plaintiffs, | Civil Action No.: 3:21-cv-19376 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 27th

day of October 2021 on behalf of John Boucher and Rita Boucher.

Dated:  10/28/2021                              Respectfully Submitted by,

    */s/ W. Cameron Stephenson*
    W. Cameron Stephenson
    Florida Bar No.: 0051599
    LEVIN, PAPANTONIO, RAFFERTY,
    PROCTOR, BUCHANAN, O'BRIEN, BARR,
    MOUGEY, P.A.
    316 South Baylen Street, Suite 600
    Pensacola, FL 32502
    Telephone: (850) 435-7186
    Facsimile: (850) 436-6186
    Email: cstephenson@levinlaw.com
    ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October 2021, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ W. Cameron Stephenson*