UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> Elodia Velasco, <br><br>                             Plaintiff, <br> v. <br><br> Johnson & Johnson, et al., <br><br>                             Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:21-cv-19208 <br><br> DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on October 21, 2021, on behalf of Elodia Velasco.

Dated: October 28, 2021

THE DRISCOLL FIRM, LLC

 /s/ John J. Driscoll
THE DRISCOLL FIRM, LLC
John J. Driscoll, MO # 54729
1311 Avenida Juan Ponce de Leon
6th Floor
San Juan, PR 00907
Phone: (618) 444-6049
Fax: (314) 932-3233
john@jjlegal.com
*Counsel for Plaintiff*

1