UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON<br>TALCUM POWDER PRODUCTS<br>MARKETING, SALES PRACTICES,<br>AND PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 16-md-2738(FLW)(LHG) |
| *Nancy D. O'Rourke and Martin J. O'Rourke*<br>*Case No. 3:21-cv-19386-FLW-LHG* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs, Nancy D. O'Rourke and Martin J. O'Rourke.

Dated this 28th day of October, 2021.

    Respectfully submitted,

    DECOF, BARRY, MEGA & QUINN, P.C.

    By: /s/Jennifer A. Barry
    Patrick C. Barry, Esq.    RI Bar No. 5631
    Jennifer A. Barry, Esq.    RI Bar No. 5627
    One Smith Hill
    Providence, RI 02903
    Telephone: (401) 272-1110
    Facsimile: (401) 351-6641
    Email: pcb@decof.com; jab@decof.com
    **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of October, 2021.

By: /s/Jennifer A. Barry