UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>LAURA GORDON, on Behalf of the Heirs of the Estate of DONNA GRADEN<br>                                         Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, ET AL.<br>                                         Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:21-cv-19389<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on October 28, 2021 behalf of the Estate of Donna Graden.

Dated: October 29, 2021

Respectfully Submitted,

**BRANCH LAW FIRM**

By: _/s/ Margaret M. Branch_
Margaret M. Branch, Esq.
2025 Rio Grande Blvd., NW
Albuquerque, NM 87104
Telephone: (505) 243-3500
Facsimile: (505) 243-3534
mbranch@branchlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system the  28th day of October      , 20 21   .

*/s/Margaret M. Branch*