UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, ) <br> AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Shavon Silvers obo The Estate of Tracye Cranford*) <br> *vs. Johnson & Johnson, et al.* ) <br> *Case No.: 3:21-cv-19458-FLW-LHG* ) | MDL NO. 2738 (FLW)(LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Shavon Silvers obo The Estate of Tracye Cranford.

This 29th day of October, 2021

Respectfully Submitted

*/s/ Joel L. DiLorenzo*
Joel L. DiLorenzo
THE DILORENZO LAW FIRM, LLC
505 20TH ST. N. # 1275
BIRMINGHAM, AL 35203
Tel: (205) 212-9988
Fax: (205) 212-9989
Email: joel@dilorenzo-law.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of October 2021.

      */s/ Joel L. DiLorenzo*