UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bess Perrotta, individually and as personal representative of the estate of Rona F. Perrotta*<br>*v.*<br>*Johnson & Johnson, et al.*<br><br>Case No.: 3:21-cv-19475 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 1, 2021 on behalf of Plaintiff Bess Perrotta, who is the personal representative for the Estate of Rona F. Perrotta.

Dated: November 1, 2021                                          Respectfully Submitted by,

/*s/ Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

> /*s/ Andrew F. Sullo*
> SULLO & SULLO, LLP
> 2020 Southwest Fwy.
> Suite 300
> Houston, TX 77098
> T: 713-839-9026
> F: 713-335-0841
> ASullo@sullolaw.com