UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Brittany Lamar,<br><br>                Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.,<br><br>                Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:21-cv-19412<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Came Management Order No. 3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on October 28, 2021, on behalf of Brittany Lamar.

Dated: November 2, 2021

                                              THE DRISCOLL FIRM, LLC

                                              */s/ John J. Driscoll*
                                              THE DRISCOLL FIRM, LLC
                                              John J. Driscoll, MO # 54729
                                              1311 Avenida Juan Ponce de Leon
                                              6th Floor
                                              San Juan, PR 00907
                                              Phone: (618) 444-6049
                                              Fax: (314) 932-3233
                                              john@jjlegal.com
                                              ***Counsel for Plaintiff***