## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| _____ THIS DOCUMENT RELATES TO: | |
| JOHN MOORE, | Case No. 3:21-cv-15093-FLW-LHG |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of

Short Form Complaints), that the Short Form Complaint with Jury Demand was

filed on August 10, 2021, on behalf of Plaintiff JOHN MOORE.

1

Dated: November 2, 2021                    Respectfully Submitted,


                                           By:  /s/ *Mark P. Robinson, Jr.*
                                                Mark P. Robinson, Jr.
                                                19 Corporate Plaza Drive
                                                Newport Beach, CA 92660
                                                949-720-1288 Phone
                                                949-720-1292 Facsimile
                                                mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that November 2, 2021, the above and foregoing Notice

of Filing Short Form Complaint was filed electronically and is available for

viewing through the Court's electronic filing system.  A true and correct copy

has been served upon all counsel of record via the Court's ECF system.


    /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.