UNITED STATES DISTRICT COURT FOR<br>THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO:<br><br>CECIL WEBSTER,<br><br>  Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>  Defendants. | Case No. 3:21-cv-15095-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 10, 2021, on behalf of Plaintiff CECIL WEBSTER.

Dated: November 2, 2021                     Respectfully Submitted,


By:   /s/ *Mark P. Robinson, Jr.*
        Mark P. Robinson, Jr.
        19 Corporate Plaza Drive
        Newport Beach, CA 92660
        949-720-1288 Phone
        949-720-1292 Facsimile
        mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that November 2, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.