UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br>**THIS DOCUMENT RELATES TO:** <br>*Mary Yelverton v. Johnson & Johnson, et al* <br><br>Civil Action No.: 3:21-19085-FLW-LHG | Civil Action: 3:16-md-2738 <br><br> MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 20, 2021, on behalf of the plaintiff(s), Mary Yelverton.

Dated:  November 3, 2021

                                                                Respectfully Submitted by,

                                                                **MOTLEY RICE LLC**

                                                                /s/ Carmen S. Scott
                                                                Carmen S. Scott
                                                                cscott@motleyrice.com
                                                                28 Bridgeside Blvd.
                                                                Mt. Pleasant, SC 29464
                                                                (843) 216-9160
                                                                (843) 216-9450 (Facsimile)

                                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 3, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

           **MOTLEY RICE LLC**

           /s/ Carmen S. Scott
           Carmen S. Scott