**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**IN RE JOHNSON & JOHNSON "BABY**
**POWDER" and "SHOWER TO SHOWER"**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**
*Timothy Shanahan, individually and as a personal*
*representative of the estate of Kristen Shanahan,*
*deceased, vs. Johnson & Johnson, et al.*

*Case No.:*  3:21-cv-19549

**MDL NO. 2738 (FLW) (LHG)**

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Timothy Shanahan, individually and as a personal representative of the estate of Kristen Shanahan, deceased.

This  3rd  day of November 2021.

Respectfully submitted,

ONDERLAW, LLC

By:      */s/ Stephanie Rados*
          James G. Onder, #38049 MO
          William W. Blair, #58196 MO
          Stephanie L. Rados, #65117 MO
          110 E. Lockwood, 2nd Floor
          St. Louis, MO  63119
          314-963-9000 telephone
          314-963-1700 facsimile
          onder@onderlaw.com
          blair@onderlaw.com
          rados@onderlaw.com

**<u>Certificate of Service</u>**

       The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this <u>3rd</u> day of November 2021.


                                        */s/ Stephanie Rados*