UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jeanna Mims v. Johnson & Johnson, Inc. et. al*<br>Case No.: 3:21-cv-19567 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Jeanna Mims.

Dated: <u>November 3, 2021</u>                                                Respectfully submitted,

By: */s/ Rebecca L. Postek*
Rebecca L. Postek (NY # 5865209)
**THE DIETRICH LAW FIRM P.C.**
101 John James Audubon Parkway
Buffalo, New York 14228
(716) 839-3939 (Tel)
(716) 970-4550 (Fax)
rpostek@calljed.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 3rd day of November, 2021.

*/s/ Rebecca L. Postek*