**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Norma Byrd vs. Johnson & Johnson, et al.*<br>*Case No.: 3:21-cv-19576-FLW-LHG* | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Norma Byrd.

This 3rd day of November 2021.                    Respectfully submitted,

                                                                        ONDERLAW, LLC

                                                       By:   */s/ Stephanie L. Rados*
                                                                        James G. Onder, #38049 MO
                                                                        William W. Blair, #58196 MO
                                                                        Stephanie L. Rados, #65117 MO
                                                                        110 E. Lockwood, 2nd Floor
                                                                        St. Louis, MO  63119
                                                                        314-963-9000 telephone
                                                                        314-963-1700 facsimile
                                                                        onder@onderlaw.com
                                                                        blair@onderlaw.com
                                                                        rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 3rd day of November 2021.

*/s/ Stephanie L. Rados*
