UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Arilyn Ruffell Halstead v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:21-19060-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 19, 2021, on behalf of the plaintiff(s), Arilyn Ruffell Halstead.

Dated:  November 3, 2021

                                                      Respectfully Submitted by,

                                                      **MOTLEY RICE LLC**

                                                      /s/ Carmen S. Scott
                                                      Carmen S. Scott
                                                      cscott@motleyrice.com
                                                      28 Bridgeside Blvd.
                                                      Mt. Pleasant, SC 29464
                                                      (843) 216-9160
                                                      (843) 216-9450 (Facsimile)

                                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                       **MOTLEY RICE LLC**

                                       /s/ Carmen S. Scott
                                       Carmen S. Scott