# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Craig Hilton, on behalf of the Heirs of the Estate of Annette M. Hilton v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:21-19099-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 20, 2021, on behalf of the plaintiff(s), Craig Hilton, on behalf of the Heirs of the Estate of Annette M. Hilton.

Dated: November 3, 2021

Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 3, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

      **MOTLEY RICE LLC**

      /s/ Carmen S. Scott
      Carmen S. Scott