UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: RONNIE WARREN, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | Case No. 3:21-cv-15164-FLW-LHG |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 11, 2021, on behalf of Plaintiff RONNIE WARREN.

Dated: November 3, 2021          Respectfully Submitted,

By:   /s/ *Mark P. Robinson, Jr.*
     Mark P. Robinson, Jr.
     19 Corporate Plaza Drive
     Newport Beach, CA 92660
     949-720-1288 Phone
     949-720-1292 Facsimile
     mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that November 3, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.