**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Pamela Horvath v. Johnson & Johnson, et al.<br>Civil No. 3:21-cv-19618 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 3, 2021 on behalf of Plaintiff Pamela Horvath.

DATED: November 3, 2021                                   BISNAR|CHASE LLP

                                                                                    By:   /s/ Tom Antunovich
                                                                                             BRIAN D. CHASE
                                                                                             TOM ANTUNOVICH
                                                                                             Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          BISNAR|CHASE LLP

                By:    /s/ Tom Antunovich
                         BRIAN D. CHASE
                         TOM ANTUNOVICH