UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Michelle A. Krumm v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:21-cv-18818-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 15, 2021, on behalf of the plaintiff(s), Michelle A. Krumm.

Dated:  November 4, 2021

                                                    Respectfully Submitted by,

                                                    **MOTLEY RICE LLC**

                                                    /s/ Carmen S. Scott
                                                    Carmen S. Scott
                                                    cscott@motleyrice.com
                                                    28 Bridgeside Blvd.
                                                    Mt. Pleasant, SC 29464
                                                    (843) 216-9160
                                                    (843) 216-9450 (Facsimile)

                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                              **MOTLEY RICE LLC**

                                              /s/ Carmen S. Scott
                                              Carmen S. Scott