## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Rosa Ward,<br>　　　　v.<br>Johnson & Johnson, et al.<br><br>Case No. 3:21-cv-19656-FLW-LHG<br><br>　　　　　Defendants. | **Civil No. 3:16-md-2738-FLW-LHG** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 4, 2021, on behalf of Plaintiff captioned above.

Dated: November 4, 2021　　　　　　　　*/s/  Stephen Hunt*
　　　　　　　　　　　　　　　　　　　Stephen Hunt
　　　　　　　　　　　　　　　　　　　ASB-3621-N62H
　　　　　　　　　　　　　　　　　　　CORY WATSON, P.C.
　　　　　　　　　　　　　　　　　　　2131 Magnolia Ave S. Ste. 200
　　　　　　　　　　　　　　　　　　　Birmingham, AL 35205
　　　　　　　　　　　　　　　　　　　Telephone: (205) 328-2200
　　　　　　　　　　　　　　　　　　　Facsimile: (205) 324-7896
　　　　　　　　　　　　　　　　　　　shunt@corywatson.com

　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 4, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                */s/ Stephen Hunt*
                Stephen Hunt
                ASB-3621-N62H
                CORY WATSON, P.C.
                2131 Magnolia Ave S
                Birmingham, AL 35205
                Telephone: (205) 328-2200
                Facsimile: (205) 324-7896
                shunt@corywatson.com

                *Attorney for the Plaintiff*