# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Guilaine McMillan,<br>           v.<br>Johnson & Johnson, et al.<br><br>Case No. 3:21-cv-19665-FLW-LHG<br><br>                    Defendants. | **Civil No. 3:16-md-2738-FLW-LHG** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 4, 2021, on behalf of Plaintiff captioned above.

Dated: November 4, 2021                    */s/ Stephen Hunt*
                                           Stephen Hunt
                                           ASB-3621-N62H
                                           CORY WATSON, P.C.
                                           2131 Magnolia Ave S. Ste. 200
                                           Birmingham, AL 35205
                                           Telephone: (205) 328-2200
                                           Facsimile: (205) 324-7896
                                           shunt@corywatson.com

                                           *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Stephen Hunt
Stephen Hunt
ASB-3621-N62H
CORY WATSON, P.C.
2131 Magnolia Ave S
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
shunt@corywatson.com

*Attorney for the Plaintiff*