UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jerrad Bergren v. Johnson & Johnson, Inc., et al.*<br>Case No.: 3:21-cv-19331 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Jerrad Bergren.

Dated: November 4, 2021                                  Respectfully submitted,


                                                                        By: */s/ Stuart L. Goldenberg*
                                                                        Stuart L. Goldenberg (MN #0158719)
                                                                        Noah C. Lauricella (MN #397896)
                                                                        **GOLDENBERGLAW, PLLC**
                                                                        800 LaSalle Avenue, Suite 2150
                                                                        Minneapolis, MN 55402
                                                                        (612) 333-4662 (Tel)
                                                                        (612) 367-8107 (Fax)
                                                                        slgoldenberg@goldenberglaw.com
                                                                        nclauricella@goldenberglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 4th day of November, 2021.

/s/ Stuart L. Goldenberg