## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Jessica Joslin,<br>          v.<br>Johnson & Johnson, et al.<br><br>Case No. 3:21-cv-19692-FLW-LHG<br><br>                    Defendants. | **Civil No. 3:16-md-2738-FLW-LHG** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 4, 2021, on behalf of Plaintiff captioned above.

Dated: November 4, 2021
                                        */s/  Stephen Hunt*
                                        Stephen Hunt
                                        ASB-3621-N62H
                                        CORY WATSON, P.C.
                                        2131 Magnolia Ave S. Ste. 200
                                        Birmingham, AL 35205
                                        Telephone: (205) 328-2200
                                        Facsimile: (205) 324-7896
                                        shunt@corywatson.com

                                        *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Stephen Hunt*
Stephen Hunt
ASB-3621-N62H
CORY WATSON, P.C.
2131 Magnolia Ave S
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
shunt@corywatson.com

*Attorney for the Plaintiff*