# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: ROXANNE WEST AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALICE BROOKS, DECEASED.<br><br>3:21-cv-19704 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on November 4, 2021 on behalf of ROXANNE WEST AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALICE BROOKS, DECEASED.

Dated:  November 4, 2021                                             Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  November 4, 2021

                                              */s/ Christopher R. LoPalo*
                                              Christopher R. LoPalo, Esq.
                                              400 Broadhollow Rd., Suite 305
                                              Melville, NY 11747
                                              Telephone: (212) 397-1000
                                              Facsimile: (646) 927-1676
                                              CLoPalo@NapoliLaw.com
                                              *Attorneys for Plaintiff*