UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document relates to:*<br>*Stantra Norman v. Johnson & Johnson, Johnson & Johnson Consumer Companies, Inc., Imerys Talc America, Inc., and Personal Care Products Counsel.*<br>*DNJ 3:17-CV-02593; transferred from EDLA 2:17-CV-1967* | MDL NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Stantra Norman, who requests that all claims against all Defendants, Johnson & Johnson, Johnson & Johnson Consumer Companies, Inc., and Personal Care Products Counsel, be dismissed, without prejudice.

Respectfully submitted,

JEANSONNE & REMONDET

BY: /s/ *Michael J. Remondet*
MICHAEL J. REMONDET, JR. #21046
PO Box 91530
Lafayette, LA 70509
(337) 237-4370
miker@jeanrem.com

AND

ERIK M. TADDA #21080
JEREMY HADER #30536
4660 O'Neal Lane, Ste. A
Baton Rouge, LA 70817
(225) 756-0007
ATTORNEYS FOR STANTRA NORMAN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was this day presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel.

Lafayette, Louisiana, this 5th day of November 2021.

*/s/Michael J. Remondet, Jr.*
**MICHAEL J. REMONDET, JR.**