# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** *This Document relates to:* *Stantra Norman v. Johnson & Johnson, Johnson & Johnson Consumer Companies, Inc., Imerys Talc America, Inc., and Personal Care Products Counsel.* *DNJ 3:17-CV-02593; transferred from EDLA 2:17-CV-1967* | **MDL NO. 2738 (FLW) (LHG)** **JUDGE FREDA L. WOLFSON** **MAG. JUDGE LOIS H. GOODMAN** |

## ORDER

IT IS HEREBY ORDERED that Stantra Norman's claims against Defendants, Johnson & Johnson, Johnson & Johnson Consumer Companies, Inc., and Personal Care Products Counsel be dismissed without prejudice.

_____
Hon. Freda L. Wolfson,
U.S. Chief District Judge