**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Judy Arrington, as the Anticipated Personal Representative of the Estate of Anna Stuart, Deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-19748-FLW-LHG | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Judy Arrington, as the Anticipated Personal Representative of the Estate of Anna Stuart, Deceased.*

This 5th day of November 2021.	Respectfully submitted,

                          ONDERLAW, LLC

By:	*/s/ Stephanie L. Rados*
      James G. Onder, #38049 MO
      William W. Blair, #58196 MO
      Stephanie L. Rados, #65117 MO
      110 E. Lockwood, 2nd Floor
      St. Louis, MO  63119
      314-963-9000 telephone
      314-963-1700 facsimile
      onder@onderlaw.com
      blair@onderlaw.com
      rados@onderlaw.com

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 5th day of November 2021.

<i>/s/ Stephanie L. Rados</i>