IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Plaintiffs listed on the attached Exhibit A. | MDL Docket No. 2738 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

The Court has considered Plaintiff's Motion to Substitute Counsel.

**IT IS HEREBY ORDERED THAT** Plaintiff's current lead counsel, Mr. Basil Adham, shall be substituted in place of Mr. Matthew S. Yezierski, and that all correspondence, service, and motions shall be directed to Mr. Basil Adham in all individual cases listed in the Exhibit A.

**IT IS FURTHER ORDERED THAT** Mr. Matthew S. Yezierski will be removed from notices and communication regarding the above-captioned MDL case and all individual cases listed in the Exhibit A.

November 5, 2021
DATE

Hon. Judge Lois H. Goodman

**Exhibit A**

| | |
|---|---|
| 3:17-cv-04907; | HOLMES et al v. JOHNSON & JOHNSON et al |
| 3:17-cv-07282; | WATTS v. JOHNSON & JOHNSON et al |
| 3:17-cv-08473; | SANTIAGO v. JOHNSON & JOHNSON et al |
| 3:17-cv-09758; | PELLETIER v. JOHNSON & JOHNSON et al |
| 3:17-cv-10920; | ASTUDILLO et al v. JOHNSON & JOHNSON et al |
| 3:17-cv-11695; | GIROUX v. JOHNSON & JOHNSON et al |
| 3:17-cv-12823; | CARNELL v. JOHNSON & JOHNSON et al |
| 3:18-cv-08530; | THIGPEN v. JOHNSON & JOHNSON et al |
| 3:17-cv-13749; | PULLEY v. JOHNSON & JOHNSON et al |
| 3:18-cv-00867; | HALL v. JOHNSON & JOHNSON et al |
| 3:18-cv-01331; | COUGHLIN v. JOHNSON & JOHNSON et al |
| 3:18-cv-01346; | SCHWARTZ v. JOHNSON & JOHNSON et al |
| 3:18-cv-01333; | DAHILIG v. JOHNSON & JOHNSON et al |
| 3:18-cv-01345; | ZWALD et al v. JOHNSON & JOHNSON et al |
| | |
| 3:18-cv-01332; | SOBOCINSKI v. JOHNSON & JOHNSON et al |
| 3:18-cv-01338; | DIEU-STEELE v. JOHNSON & JOHNSON et al |
| 3:18-cv-01336; | YESTER v. JOHNSON & JOHNSON et al |
| 3:18-cv-01353; | AL-NURRIDIN v. JOHNSON & JOHNSON CONSUMER, INC. et al |
| 3:18-cv-01342; | COLLINS v. JOHNSON & JOHNSON et al |
| 3:18-cv-01356; | WHALEN v. JOHNSON & JOHNSON et al |
| 3:18-cv-01335; | MILLER v. JOHNSON & JOHNSON et al |
| 3:18-cv-01329; | BEEGLE v. JOHNSON & JOHNSON et al |
| 3:18-cv-01352; | HILLIARD v. JOHNSON & JOHNSON et al |
| 3:18-cv-01337; | JOHNSON v. JOHNSON & JOHNSON et al |
| 3:18-cv-01330; | WINSTEL v. JOHNSON & JOHNSON et al |
| 3:18-cv-01473; | BOUTCHER v. JOHNSON & JOHNSON et al |
| 3:18-cv-01512; | RUSSO v. JOHNSON & JOHNSON et al |
| 3:18-cv-01491; | WILLIAMS v. JOHNSON & JOHNSON et al |
| 3:18-cv-01481; | CRAVEN v. JOHNSON & JOHNSON et al |
| 3:18-cv-01483; | BRAAK v. JOHNSON & JOHNSON et al |
| 3:18-cv-01517; | BARAN v. JOHNSON & JOHNSON et al |
| 3:18-cv-01506; | PARISHER v. JOHNSON & JOHNSON et al |
| 3:18-cv-01509; | KNAPIK v. JOHNSON & JOHNSON et al |
| 3:18-cv-01489; | SCHAFLE v. JOHNSON & JOHNSON et al |
| 3:18-cv-01516; | CARPENTER v. JOHNSON & JOHNSON et al |
| 3:18-cv-01514; | WOODRUFF v. JOHNSON & JOHNSON et al |
| 3:18-cv-01505; | JOHNSON v. JOHNSON & JOHNSON et al |
| 3:18-cv-01494; | SCOTT v. JOHNSON & JOHNSON et al |
| 3:18-cv-01507; | YOUNG v. JOHNSON & JOHNSON et al |
| 3:18-cv-01485; | WITTWER v. JOHNSON & JOHNSON et al |

3:18-cv-01487;  CAMPI v. JOHNSON & JOHNSON et al
3:18-cv-01477;  JOBLONOWSKI v. JOHNSON & JOHNSON et al
3:18-cv-01479;  ALEX v. JOHNSON & JOHNSON et al
3:18-cv-01518;  HILL v. JOHNSON & JOHNSON et al
3:18-cv-01691;  MCGRIFF v. JOHNSON & JOHNSON et al
3:18-cv-01696;  LUNA et al v. JOHNSON & JOHNSON et al
3:18-cv-01688;  NABZDYK et al v. JOHNSON & JOHNSON et al
3:18-cv-01714;  LATIMER et al v. JOHNSON & JOHNSON et al
3:18-cv-01683;  MAZZARELLA v. JOHNSON & JOHNSON et al
3:18-cv-01708;  MASSIE v. JOHNSON & JOHNSON et al
3:18-cv-01705;  SUNDGREN v. JOHNSON & JOHNSON et al
3:18-cv-01710;  BYRNE v. JOHNSON & JOHNSON et al
3:18-cv-01732;  WAGNER v. JOHNSON & JOHNSON et al
3:18-cv-01737;  BEDFORD v. JOHNSON & JOHNSON et al
3:18-cv-01730;  CASSELMAN-KENDALL v. JOHNSON & JOHNSON et al
3:18-cv-01914;  MARTINEZ v. JOHNSON & JOHNSON et al
3:18-cv-01906;  DEKEYZER v. JOHNSON & JOHNSON et al
3:18-cv-01910;  HODOROVIC v. JOHNSON & JOHNSON et al
3:18-cv-01946;  BERGER et al v. JOHNSON & JOHNSON et al
3:18-cv-01931;  MOTTER v. JOHNSON & JOHNSON et al
3:18-cv-01933;  KESTERSON v. JOHNSON & JOHNSON et al
3:18-cv-01925;  EVANS v. JOHNSON & JOHNSON et al
3:18-cv-01884;  KERSHNER et al v. JOHNSON & JOHNSON et al
3:18-cv-01883;  WHITE v. JOHNSON & JOHNSON et al
3:18-cv-01939;  FERRIS v. JOHNSON & JOHNSON et al
3:18-cv-01885;  SVANDA v. JOHNSON & JOHNSON et al
3:18-cv-01944;  TREADWELL v. JOHNSON & JOHNSON et al
3:18-cv-01886;  AGUIRRE v. JOHNSON & JOHNSON et al
3:18-cv-02050;  MCCARTHY v. JOHNSON & JOHNSON et al
3:18-cv-02049;  KRUSE v. JOHNSON & JOHNSON et al
3:18-cv-02048;  BAPTISTE v. JOHNSON & JOHNSON et al
3:18-cv-02036;  HUANG v. JOHNSON & JOHNSON et al
3:18-cv-02035;  CHACON v. JOHNSON & JOHNSON et al
3:18-cv-02032;  WOOTEN v. JOHNSON & JOHNSON et al
3:18-cv-02030;  HUGHES v. JOHNSON & JOHNSON et al
3:18-cv-02030;  HUGHES v. JOHNSON & JOHNSON et al
3:18-cv-02023;  SLAYER v. JOHNSON & JOHNSON et al
3:18-cv-02019;  CORRAL et al v. JOHNSON & JOHNSON et al
3:18-cv-02038;  HARP v. JOHNSON & JOHNSON et al
3:18-cv-02017;  GOATEE v. JOHNSON & JOHNSON et al
3:18-cv-02172;  GUTIERREZ v. JOHNSON & JOHNSON et al
3:18-cv-02153;  ZULAICA v. JOHNSON & JOHNSON et al
3:18-cv-02177;  NEWKIRK v. JOHNSON & JOHNSON et al

3:18-cv-02176;  CARLSON v. JOHNSON & JOHNSON et al
3:18-cv-02170;  TOWNSEND v. JOHNSON & JOHNSON et al
3:18-cv-02169;  AKEMANN v. JOHNSON & JOHNSON et al
3:18-cv-02158;  BOTHWELL v. JOHNSON & JOHNSON et al
3:18-cv-02154;  JAAFAR v. JOHNSON & JOHNSON et al
3:18-cv-02186;  DE LOS REYES v. JOHNSON & JOHNSON et al
3:18-cv-02217;  RUMSEY et al v. JOHNSON & JOHNSON et al
3:18-cv-02229;  URBAS v. JOHNSON & JOHNSON et al
3:18-cv-02231;  BENJAMIN v. JOHNSON & JOHNSON et al
3:18-cv-02232;  SHIPOS v. JOHNSON & JOHNSON et al
3:18-cv-02221;  WILD et al v. JOHNSON & JOHNSON et al
3:18-cv-02221;  WILD et al v. JOHNSON & JOHNSON et al
3:18-cv-02227;  SPRINKLE v. JOHNSON & JOHNSON et al
3:18-cv-02220;  ARREOLA VILLA v. JOHNSON & JOHNSON et al
3:18-cv-02218;  PAUL v. JOHNSON & JOHNSON et al
3:18-cv-02238;  PARSLEY v. JOHNSON & JOHNSON et al
3:18-cv-02234;  VILLALOBOS v. JOHNSON & JOHNSON et al
3:18-cv-02314;  TAYLOR v. JOHNSON & JOHNSON et al
3:18-cv-02324;  CLEMENS v. JOHNSON & JOHNSON et al
3:18-cv-02313;  PHILLIPS et al v. JOHNSON & JOHNSON et al
3:18-cv-02311;  HOLLENBECK v. JOHNSON & JOHNSON et al
3:18-cv-02312;  RIENZO et al v. JOHNSON & JOHNSON et al
3:18-cv-02315;  ENCINAS v. JOHNSON & JOHNSON et al
3:18-cv-02310;  ROBBINS v. JOHNSON & JOHNSON et al
3:18-cv-02325;  BUTLER-SISNROY v. JOHNSON & JOHNSON et al
3:18-cv-02323;  ROCKWOOD v. JOHNSON & JOHNSON et al
3:18-cv-02316;  MORYKAN et al v. JOHNSON & JOHNSON et al
3:18-cv-02366;  ADKINS v. JOHNSON & JOHNSON et al
3:18-cv-02346;  GACCETTA et al v. JOHNSON & JOHNSON et al
3:18-cv-02350;  COLE et al v. JOHNSON & JOHNSON et al
3:18-cv-02345;  MACKIEWICZ et al v. JOHNSON & JOHNSON et al
3:18-cv-02352;  BRYANT et al v. JOHNSON & JOHNSON et al
3:18-cv-02394;  BECK v. JOHNSON & JOHNSON et al
3:18-cv-02418;  HARRIS v. JOHNSON & JOHNSON et al
3:18-cv-02417;  BACHELIER et al v. JOHNSON & JOHNSON et al
3:18-cv-02411;  MARROTT ON BEHALF OF THE ESTATE OF LISA MARROTT v. JOHNSON & JOHNSON et al
3:18-cv-02395;  GRIZZLE v. JOHNSON & JOHNSON et al
3:18-cv-02396;  NEUMANN v. JOHNSON & JOHNSON et al
3:18-cv-02421;  ATLEY v. JOHNSON & JOHNSON et al
3:18-cv-02526;  ZAMBERLAN v. JOHNSON & JOHNSON et al
3:18-cv-02530;  ZAWISTOWSKI v. JOHNSON & JOHNSON et al
3:18-cv-04097;  REESE v. JOHNSON & JOHNSON et al

3:18-cv-04562;    O'CONNELL v. JOHNSON & JOHNSON et al
3:18-cv-08177;    CHRISTIE CAMPBELL v. JOHNSON & JOHNSON et al
3:18-cv-08447;    SIMON v. JOHNSON & JOHNSON et al
3:18-cv-09522;    CONYERS et al v. JOHNSON & JOHNSON et al
3:18-cv-09815;    KLEPPIN v. JOHNSON & JOHNSON et al
3:18-cv-10363;    VIDAL et al v. JOHNSON & JOHNSON et al
3:18-cv-10361;    THOMAS v. JOHNSON & JOHNSON et al
3:18-cv-10594;    MOORE v. JOHNSON & JOHNSON et al
3:18-cv-10880;    BROOKS v. JOHNSON & JOHNSON et al
3:18-cv-10872;    REYES v. JOHNSON & JOHNSON et al
3:18-cv-10881;    KERNS v. JOHNSON & JOHNSON et al
3:18-cv-11050;    WESTON v. JOHNSON & JOHNSON et al
3:18-cv-11234;    STRAATMAN v. JOHNSON & JOHNSON et al
3:18-cv-11233;    MYERS-ANTROBUS et al v. JOHNSON & JOHNSON et al
3:18-cv-11586;    JUAREZ-DELGADILLO v. JOHNSON & JOHNSON et al
3:18-cv-13413;    HODGE v. JOHNSON & JOHNSON et al
3:18-cv-13853;    HAZLETT v. JOHNSON & JOHNSON et al
3:18-cv-13854;    DEVILLIER v. JOHNSON & JOHNSON et al
3:18-cv-14218;    HOLDEN et al v. JOHNSON & JOHNSON et al
3:18-cv-14396;    JUDD v. JOHNSON & JOHNSON et al
3:18-cv-14392;    BORBON v. JOHNSON & JOHNSON et al
3:18-cv-14389;    SITLER v. JOHNSON & JOHNSON et al
3:18-cv-15045;    RIVERA vs. JOHNSON & JOHNSON et al
3:18-cv-15038;    LAMBERT vs. JOHNSON & JOHNSON et al
3:18-cv-15042;    MCGRAW vs. JOHNSON & JOHNSON et al
3:18-cv-15050;    FREEMAN vs. JOHNSON & JOHNSON et al
3:18-cv-15041;    MURPHY vs. JOHNSON & JOHNSON et al
3:18-cv-16287;    MCCORVEY v. JOHNSON & JOHNSON et al
3:18-cv-16285;    REED et al v. JOHNSON & JOHNSON et al
3:18-cv-16292;    COLEMAN v. JOHNSON & JOHNSON et al
3:18-cv-17249;    YORK v. JOHNSON & JOHNSON et al
3:18-cv-17423;    SILVA et al v. JOHNSON & JOHNSON et al
3:18-cv-17430;    SCHROEDER et al v. JOHNSON & JOHNSON et al
3:18-cv-17530;    WILEY v. JOHNSON & JOHNSON et al
3:18-cv-17680;    ROSBROOK v. JOHNSON & JOHNSON et al
3:18-cv-17687;    BOUVIA et al v. JOHNSON & JOHNSON et al
3:18-cv-17718;    OUIMETTE v. JOHNSON & JOHNSON et al
3:18-cv-17673;    MONKEN v. JOHNSON & JOHNSON et al
3:18-cv-17677;    REYNOLDS v. JOHNSON & JOHNSON et al
3:18-cv-17691;    MILLS v. JOHNSON & JOHNSON et al
3:18-cv-17685;    MORALES v. JOHNSON & JOHNSON et al
3:19-cv-00178;    DENNY et al v. JOHNSON & JOHNSON CONSUMER INC. et al
3:19-cv-00182;    CAFFEE v. JOHNSON & JOHNSON et al

3:19-cv-00184;   PETTY-OLSON v. JOHNSON & JOHNSON et al
3:19-cv-00987;   HOUSLEY v. JOHNSON & JOHNSON et al
3:19-cv-01264;   SMITH et al v. JOHNSON & JOHNSON et al
3:19-cv-01270;   THIEL v. JOHNSON & JOHNSON et al
3:19-cv-01259;   SCOTT et al v. JOHNSON & JOHNSON et al
3:19-cv-01239;   GLYNN v. JOHNSON & JOHNSON et al
3:19-cv-01275;   LAYMAN v. JOHNSON & JOHNSON et al
3:19-cv-01255;   ROSETH v. JOHNSON & JOHNSON et al
3:19-cv-01250;   HOVIS v. JOHNSON & JOHNSON et al
3:19-cv-01248;   CLARSON et al v. JOHNSON & JOHNSON et al
3:19-cv-01244;   HARRIS v. JOHNSON & JOHNSON et al
3:19-cv-02342;   MICHELS v. JOHNSON & JOHNSON et al
3:19-cv-02067;   CIAMPOLI et al v. JOHNSON & JOHNSON et al
3:19-cv-02416;   CAMPBELL v. JOHNSON & JOHNSON et al
3:19-cv-02134;   THORPE et al v. JOHNSON & JOHNSON et al
3:19-cv-02087;   CARTER et al v. JOHNSON & JOHNSON et al
3:19-cv-02149;   PALAZZO v. JOHNSON & JOHNSON et al
3:19-cv-02177;   WHITE et al v. JOHNSON & JOHNSON et al
3:19-cv-02230;   SWANSON v. JOHNSON & JOHNSON et al
3:19-cv-02081;   FIEGEL v. JOHNSON & JOHNSON et al
3:19-cv-02373;   ANTOLOWITZ v. JOHNSON & JOHNSON et al
3:19-cv-02316;   CASKEY-SCHREIBER et al v. JOHNSON & JOHNSON et al
3:19-cv-02201;   ARBUTHNOT et al v. JOHNSON & JOHNSON et al
3:19-cv-02114;   RAMOS et al v. JOHNSON & JOHNSON et al
3:19-cv-02494;   HASENAUER et al v. JOHNSON & JOHNSON et al
3:19-cv-02391;   BLASKA v. JOHNSON & JOHNSON et al
3:19-cv-02515;   SPEARMAN v. JOHNSON & JOHNSON et al
3:19-cv-02553;   GIGUERE et al v. JOHNSON & JOHNSON et al
3:19-cv-04602;   PALMER v. JOHNSON & JOHNSON et al
3:19-cv-05397;   AVERY v. JOHNSON & JOHNSON et al
3:19-cv-05570;   KROON v. JOHNSON & JOHNSON et al
3:19-cv-05621;   BOVA v. JOHNSON & JOHNSON et al
3:19-cv-05645;   AHRENS-TRAMS v. JOHNSON & JOHNSON et al
3:19-cv-05629;   PARKER v. JOHNSON & JOHNSON et al
3:19-cv-05641;   PORTER-PANT et al v. JOHNSON & JOHNSON et al
3:19-cv-05626;   KEOWN et al v. JOHNSON & JOHNSON et al
3:19-cv-05634;   DREYER et al v. JOHNSON & JOHNSON et al
3:19-cv-05574;   DUE et al v. JOHNSON & JOHNSON et al
3:19-cv-05616;   FRANCIS et al v. JOHNSON & JOHNSON et al
3:19-cv-05596;   STOVER et al v. JOHNSON & JOHNSON et al
3:19-cv-05644;   WEISSER v. JOHNSON & JOHNSON et al
3:19-cv-05967;   PERKINS v. JOHNSON & JOHNSON et al
3:19-cv-05965;   MATTHEWS v. JOHNSON & JOHNSON et al

3:19-cv-05964;   STRYKOWSKI v. JOHNSON & JOHNSON et al
3:19-cv-05963;   CRIBB et al v. JOHNSON & JOHNSON et al
3:19-cv-05959;   DORSEY v. JOHNSON & JOHNSON et al
3:19-cv-05962;   CARMONA v. JOHNSON & JOHNSON et al
3:19-cv-05957;   ROUSE et al v. JOHNSON & JOHNSON et al
3:19-cv-05949;   ROSS et al v. JOHNSON & JOHNSON et al
3:19-cv-05954;   PEREA v. JOHNSON & JOHNSON et al
3:19-cv-05946;   BJELAN v. JOHNSON & JOHNSON et al
3:19-cv-05970;   LAWRENCE v. JOHNSON & JOHNSON et al
3:19-cv-05941;   EDWARDS et al v. JOHNSON & JOHNSON et al
3:19-cv-05918;   GRAHAM v. JOHNSON & JOHNSON et al
3:19-cv-05969;   DUNNE v. JOHNSON & JOHNSON et al
3:19-cv-06048;   MAINES v. JOHNSON & JOHNSON et al
3:19-cv-06569;   REEVES et al v. JOHNSON & JOHNSON et al
3:19-cv-06567;   MADDEN v. JOHNSON & JOHNSON et al
3:19-cv-06566;   CULLIVAN v. JOHNSON & JOHNSON et al
3:19-cv-06565;   KOENIG v. JOHNSON & JOHNSON et al
3:19-cv-06570;   DYER v. JOHNSON & JOHNSON et al
3:19-cv-06572;   BROOKS v. JOHNSON & JOHNSON et al
3:19-cv-06561;   WELLMAN v. JOHNSON & JOHNSON et al
3:19-cv-06563;   FABREGAS v. JOHNSON & JOHNSON et al
3:19-cv-06574;   KLENDER v. JOHNSON & JOHNSON et al
3:19-cv-06580;   SURETTE v. JOHNSON & JOHNSON et al
3:19-cv-06558;   OLANYK vs. Johnson & Johnson, et al.
3:19-cv-08842;   SUERKEN v. JOHNSON & JOHNSON et al
3:19-cv-09131;   ROBERTS v. JOHNSON & JOHNSON et al
3:19-cv-09157;   WEIGEL et al v. JOHNSON & JOHNSON et al
3:19-cv-10644;   WILLIAMS v. JOHNSON & JOHNSON et al
3:19-cv-10975;   SPARKS v. JOHNSON & JOHNSON et al
3:19-cv-11725;   AQUIO v. JOHNSON & JOHNSON et al
3:19-cv-12168;   WATTS v. JOHNSON & JOHNSON et al
3:19-cv-12558;   BROCK v. JOHNSON & JOHNSON et al
3:19-cv-12838;   ROBERTSON et al v. JOHNSON & JOHNSON et al
3:19-cv-12837;   DHAN et al v. JOHNSON & JOHNSON et al
3:19-cv-13169;   WEBB v. JOHNSON & JOHNSON et al
3:19-cv-13379;   WAHNEE v. JOHNSON & JOHNSON et al
3:19-cv-13629;   STEELE et al v. JOHNSON & JOHNSON et al
3:19-cv-13966;   BROADWAY v. JOHNSON & JOHNSON et al
3:19-cv-13967;   DICKES v. JOHNSON & JOHNSON et al
3:19-cv-13965;   KORNBLUM v. JOHNSON & JOHNSON et al
3:19-cv-13972;   MACON v. JOHNSON & JOHNSON et al
3:19-cv-13962;   DAY v. JOHNSON & JOHNSON et al
3:19-cv-14022;   BONNET V JOHNSON & JOHNSON et al.

3:19-cv-14223;   MATHIS v. JOHNSON & JOHNSON et al
3:19-cv-14232;   GONZALEZ v. JOHNSON & JOHNSON et al
3:19-cv-14231;   KISSINGER v. JOHNSON & JOHNSON et al
3:19-cv-14227;   FUECHSEL et al v. JOHNSON & JOHNSON et al
3:19-cv-14566;   YOUNG v. JOHNSON & JOHNSON et al
3:19-cv-14625;   BUTLER v. JOHNSON & JOHNSON et al
3:19-cv-14800;   MORGAN v. JOHNSON & JOHNSON et al
3:19-cv-14804;   JOLLY et al v. JOHNSON & JOHNSON et al
3:19-cv-14806;   SELLMAN v. JOHNSON & JOHNSON et al
3:19-cv-14820;   LANEGRAN et al v. JOHNSON & JOHNSON et al
3:19-cv-14823;   MCCULLEY v. JOHNSON & JOHNSON et al
3:19-cv-14822;   GALLAGHER v. JOHNSON & JOHNSON et al
3:19-cv-17480;   MASTERS v. JOHNSON & JOHNSON et al
3:19-cv-17491;   TYNER v. JOHNSON & JOHNSON et al
3:19-cv-17486;   PADILLA v. JOHNSON & JOHNSON et al
3:19-cv-17509;   JAMBAZIAN v. JOHNSON & JOHNSON et al
3:19-cv-17494;   MCCLANAHAN v. JOHNSON & JOHNSON et al
3:19-cv-17653;   MIZELL v. JOHNSON & JOHNSON et al
3:19-cv-18413;   BUSH v. JOHNSON & JOHNSON et al
3:19-cv-18469;   BRADBURY v. JOHNSON & JOHNSON et al
3:19-cv-18506;   BETANCOURT v. JOHNSON & JOHNSON et al
3:19-cv-18493;   PEREZ v. JOHNSON & JOHNSON et al
3:19-cv-18500;   TORRES v. JOHNSON & JOHNSON et al
3:19-cv-18510;   NIEDBALSKI v. JOHNSON & JOHNSON et al
3:19-cv-18512;   BINZER v. JOHNSON & JOHNSON et al
3:19-cv-19016;   BRONIEC v. JOHNSON & JOHNSON et al
3:19-cv-19087;   MICHAEL v. JOHNSON & JOHNSON et al
3:19-cv-19282;   CORLESS v. JOHNSON & JOHNSON et al
3:19-cv-19380;   TAYLOR v. JOHNSON & JOHNSON et al
3:19-cv-19385;   HARRIS v. JOHNSON & JOHNSON et al
3:19-cv-19367;   CARO v. JOHNSON & JOHNSON et al
3:19-cv-19371;   RANSON v. JOHNSON & JOHNSON et al
3:19-cv-19383;   BARRESI v. JOHNSON & JOHNSON et al
3:19-cv-19375;   WEST v. JOHNSON & JOHNSON et al
3:19-cv-19365;   OGBURN v. JOHNSON & JOHNSON et al
3:19-cv-19516;   CELI v. JOHNSON & JOHNSON et al
3:19-cv-20494;   WIGGINS v. JOHNSON & JOHNSON et al
3:19-cv-21036;   JENNINGS v. JOHNSON & JOHNSON et al
3:19-cv-21252;   RUDOLPH v. JOHNSON & JOHNSON et al
3:19-cv-21556;   GREGOR v. JOHNSON & JOHNSON et al
3:19-cv-21542;   YORK v. JOHNSON & JOHNSON et al
3:19-cv-21545;   MUSE v. JOHNSON & JOHNSON et al
3:19-cv-21552;   JORDAN v. JOHNSON & JOHNSON et al

3:19-cv-21547;   LARKIN v. JOHNSON & JOHNSON et al
3:19-cv-21562;   DAVIS v. JOHNSON & JOHNSON et al
3:19-cv-21612;   BOYETTE v. JOHNSON & JOHNSON et al
3:19-cv-21944;   PAGUE v. JOHNSON & JOHNSON et al
3:19-cv-21926;   HUTSLER v. JOHNSON & JOHNSON et al
3:19-cv-21945;   SINOPOLI v. JOHNSON & JOHNSON et al
3:19-cv-21932;   THOMAS v. JOHNSON & JOHNSON et al
3:19-cv-21927;   HALIFAX v. JOHNSON & JOHNSON et al
3:19-cv-21953;   STRICKLAND v. JOHNSON & JOHNSON, INC et al
3:19-cv-21940;   TAGGART v. JOHNSON & JOHNSON et al
3:19-cv-21936;   WALLACE v. JOHNSON & JOHNSON et al
3:20-cv-00002;   KEETON v. JOHNSON & JOHNSON CONSUMER, INC. et al
3:20-cv-00586;   MCLAUGHLIN v. JOHNSON & JOHNSON et al
3:20-cv-00585;   AYON v. JOHNSON & JOHNSON et al
3:20-cv-00790;   LESLIE v. JOHNSON & JOHNSON et al
3:20-cv-00793;   MANGERI v. JOHNSON & JOHNSON et al
3:20-cv-00883;   ROWDON v. JOHNSON & JOHNSON et al
3:20-cv-00935;   WILEY v. JOHNSON & JOHNSON et al
3:20-cv-00980;   JARRELL v. JOHNSON & JOHNSON et al
3:20-cv-00975;   TURISH v. JOHNSON & JOHNSON et al
3:20-cv-00977;   EKKER v. JOHNSON & JOHNSON et al
3:20-cv-01045;   DENTON v. JOHNSON & JOHNSON et al
3:20-cv-01132;   Katy Martling v. JOHNSON & JOHNSON et al
3:20-cv-01410;   SWALEF v. JOHNSON & JOHNSON et al
3:20-cv-01459;   LALONE v. JOHNSON & JOHNSON et al
3:20-cv-01483;   GAINES v. JOHNSON & JOHNSON et al
3:20-cv-01481;   FLANAGAN v. JOHNSON & JOHNSON et al
3:20-cv-01478;   BENAC v. JOHNSON & JOHNSON et al
3:20-cv-01475;   JOHNSTON v. JOHNSON & JOHNSON et al
3:20-cv-01461;   STANLEY v. JOHNSON & JOHNSON et al
3:20-cv-01639;   KASZA v. JOHNSON & JOHNSON et al
3:20-cv-01643;   TAT v. JOHNSON & JOHNSON et al
3:20-cv-01631;   HEWITT v. JOHNSON & JOHNSON et al
3:20-cv-01593;   POMERLEAU v. JOHNSON & JOHNSON et al
3:20-cv-01592;   LOLA HELMERS v. JOHNSON & JOHNSON et al
3:20-cv-01636;   PATOCK v. JOHNSON & JOHNSON et al
3:20-cv-01628;   TORRES v. JOHNSON & JOHNSON et al
3:20-cv-01625;   BOWDEN v. JOHNSON & JOHNSON et al
3:20-cv-01594;   HOLT v. JOHNSON & JOHNSON et al
3:20-cv-01598;   MOLINELLI v. JOHNSON & JOHNSON et al
3:20-cv-01659;   FOREMAN v. JOHNSON & JOHNSON et al
3:20-cv-01719;   LEWIS v. JOHNSON & JOHNSON et al
3:20-cv-01711;   SACKETT v. JOHNSON & JOHNSON et al

| | |
|---|---|
| 3:20-cv-01699; | ROSS v. JOHNSON & JOHNSON et al |
| 3:20-cv-01684; | DAVIS v. JOHNSON & JOHNSON et al |
| 3:20-cv-01695; | ROBINSON v. JOHNSON & JOHNSON et al |
| 3:20-cv-01723; | WALSH v. JOHNSON & JOHNSON et al |
| 3:20-cv-01729; | OWEN v. JOHNSON & JOHNSON et al |
| 3:20-cv-01726; | GOODSELL v. JOHNSON & JOHNSON et al |
| 3:20-cv-01720; | MOTT v. JOHNSON & JOHNSON et al |
| 3:20-cv-01790; | BOWNE v. JOHNSON & JOHNSON |
| 3:20-cv-01795; | CARPINTERO v. JOHNSON & JOHNSON et al |
| 3:20-cv-01797; | MCMILLAN v. JOHNSON & JOHNSON et al |
| 3:20-cv-01792; | YUPANQUI v. JOHNSON & JOHNSON et al |
| 3:20-cv-01804; | COMPTON v. JOHNSON & JOHNSON et al |
| 3:20-cv-01798; | CHALIFOUR v. JOHNSON & JOHNSON et al |
| 3:20-cv-01799; | MONTANEZ v. JOHNSON & JOHNSON et al |
| 3:20-cv-01791; | MELENDEZ v. JOHNSON & JOHNSON et al |
| 3:20-cv-01794; | MILLER v. JOHNSON & JOHNSON et al |
| 3:20-cv-01788; | SCHLARB v. JOHNSON & JOHNSON et al |
| 3:20-cv-01859; | FALKINGHAM v. JOHNSON & JOHNSON et al |
| 3:20-cv-01857; | MANSFIELD v. JOHNSON & JOHNSON et al |
| 3:20-cv-01854; | BRUSETH v. JOHNSON & JOHNSON et al |
| 3:20-cv-01860; | JOHNSON v. JOHNSON & JOHNSON et al |
| 3:20-cv-01911; | FORD v. JOHNSON & JOHNSON et al |
| 3:20-cv-01876; | FROST HARRIS v. JOHNSON & JOHNSON et al |
| 3:20-cv-01895; | ILLIAN v. JOHNSON & JOHNSON et al |
| 3:20-cv-01878; | BUJEIRO v. JOHNSON & JOHNSON et al |
| 3:20-cv-01875; | CARYL v. JOHNSON & JOHNSON et al |
| 3:20-cv-01897; | PADELSKY v. JOHNSON & JOHNSON et al |
| 3:20-cv-01873; | FINLASON v. JOHNSON & JOHNSON et al |
| 3:20-cv-01891; | HASBARGEN v. JOHNSON & JOHNSON et al |
| 3:20-cv-01881; | CEVALLOS v. JOHNSON & JOHNSON et al |
| 3:20-cv-01901; | BOBB v. JOHNSON & JOHNSON et al |
| 3:20-cv-01982; | FLW-LHG BERNARD v. JOHNSON & JOHNSON et al |
| 3:20-cv-01990; | GARCIA v. JOHNSON & JOHNSON et al |
| 3:20-cv-02346; | PAYTON v. JOHNSON & JOHNSON et al |
| 3:20-cv-02493; | VINCENT v. JOHNSON & JOHNSON et al |
| 3:20-cv-02646; | STICKLE v. JOHNSON & JOHNSON et al |
| 3:20-cv-02656; | HOSKIE v. JOHNSON & JOHNSON et al |
| 3:20-cv-02647; | LAUGHRUN v. JOHNSON & JOHNSON et al |
| 3:20-cv-02733; | ANDERSON v. JOHNSON & JOHNSON et al |
| 3:20-cv-02767; | LAMSON v. JOHNSON & JOHNSON et al |
| 3:20-cv-02770; | ILLARRAMENDI v. JOHNSON & JOHNSON et al |
| 3:20-cv-02775; | PEREZ v. JOHNSON & JOHNSON CONSUMER INC. et al |
| 3:20-cv-02781; | CALLOWAY v. JOHNSON & JOHNSON et al |

| | |
|---|---|
| 3:20-cv-03128; | ARNOLD v. JOHNSON & JOHNSON et al |
| 3:20-cv-03134; | KOHN v. JOHNSON & JOHNSON et al |
| 3:20-cv-03165; | PERIMAN v. JOHNSON & JOHNSON et al |
| 3:20-cv-03130; | WRIGHT v. JOHNSON & JOHNSON et al |
| 3:20-cv-03160; | DIAZ JR. v. JOHNSON & JOHNSON et al |
| 3:20-cv-03131; | MCCARVER v. JOHNSON & JOHNSON et al |
| 3:20-cv-03154; | SHEARER v. JOHNSON &JOHNSON et al |
| 3:20-cv-03294; | LEE v. JOHNSON & JOHNSON et al |
| 3:20-cv-03297; | MILLS v. JOHNSON & JOHNSON et al |
| 3:20-cv-03307; | PATTERSON v. JOHNSON & JOHNSON et al |
| 3:20-cv-03316; | DARE v. JOHNSON & JOHNSON et al |
| 3:20-cv-03313; | FRAZIER v. JOHNSON & JOHNSON et al |
| 3:20-cv-03358; | SPECA v. JOHNSON & JOHNSON et al |
| 3:20-cv-03343; | AMATO v. JOHNSON & JOHNSON, et al |
| 3:20-cv-03625; | DEPAULT v. JOHNSON & JOHNSON CONSUMER, INC. et al |
| 3:20-cv-03602; | HEATH v. JOHNSON & JOHNSON et al |
| 3:20-cv-03614; | GRAHAM v. JOHNSON & JOHNSON et al |
| 3:20-cv-03622; | WIGGINS v. JOHNSON & JOHNSON et al |
| 3:20-cv-03630; | MARTIN v. JOHNSON & JOHNSON et al |
| 3:20-cv-03633; | BABB v. JOHNSON & JOHNSON et al |
| 3:20-cv-03687; | WASHINGTON v. JOHNSON & JOHNSON et al |
| 3:20-cv-03696; | YOCUM v. JOHNSON & JOHNSON et al |
| 3:20-cv-03698; | EVANS v. JOHNSON & JOHNSON et al |
| 3:20-cv-03692; | NOBLE v. JOHNSON & JOHNSON et al |
| 3:20-cv-04585; | RYLANT v. JOHNSON & JOHNSON et al |
| 3:20-cv-04584; | REYES v. JOHNSON & JOHNSON et al |
| 3:20-cv-04687; | SKAGGS v. JOHNSON & JOHNSON et al |
| 3:20-cv-04722; | BURGESS v. JOHNSON & JOHNSON et al |
| 3:20-cv-04730; | HAMILTON v. JOHNSON & JOHNSON et al |
| 3:20-cv-04693; | MEDLENNOFF v. JOHNSON & JOHNSON et al |
| 3:20-cv-04610; | PULLEN v. JOHNSON & JOHNSON et al |
| 3:20-cv-04681; | PATTON v. JOHNSON & JOHNSON et al |
| 3:20-cv-04735; | RACHELS v. JOHNSON & JOHNSON et al |
| 3:20-cv-04866; | MARTINEZ v. JOHNSON & JOHNSON et al |
| 3:20-cv-04867; | THOMPSON v. JOHNSON & JOHNSON et al |
| 3:20-cv-04868; | PERRIN v. JOHNSON & JOHNSON et al |
| 3:20-cv-05152; | EVERSOLE v. JOHNSON & JOHNSON et al |
| 3:20-cv-05441; | ASHENBRENER v. JOHNSON & JOHNSON et al |
| 3:20-cv-05550; | WELDON v. JOHNSON & JOHNSON et al |
| 3:20-cv-05562; | THOMAS v. JOHNSON & JOHNSON et al |
| 3:20-cv-05563; | BORCHERT v. JOHNSON & JOHNSON et al |
| 3:20-cv-05613; | MORELOCK v. JOHNSON & JOHNSON et al |
| 3:20-cv-05572; | BALENTINA v. JOHNSON & JOHNSON et al |

| | |
|---|---|
| 3:20-cv-05573; | BROWN v. JOHNSON & JOHNSON et al |
| 3:20-cv-05571; | WHITE v. JOHNSON & JOHNSON et al |
| 3:20-cv-06344; | MINSQUERO v. JOHNSON & JOHNSON et al |
| 3:20-cv-06342; | PEQUENO v. JOHNSON & JOHNSON et al |
| 3:20-cv-06847; | STARK v. JOHNSON & JOHNSON et al |
| 3:20-cv-06854; | HUNTSMAN v. JOHNSON & JOHNSON et al |
| 3:20-cv-06860; | PRICE v. JOHNSON & JOHNSON et al |
| 3:20-cv-06866; | CHAPA v. JOHNSON & JOHNSON et al |
| 3:20-cv-06859; | MORRISON v. JOHNSON & JOHNSON et al |
| 3:20-cv-06911; | STEINLINE v. JOHNSON & JOHNSON et al |
| 3:20-cv-06908; | BALMFORTH v. JOHNSON & JOHNSON et al |
| 3:20-cv-06905; | HEDGER v. JOHNSON & JOHNSON et al |
| 3:20-cv-06997; | ORCUTT v. JOHNSON & JOHNSON et al |
| 3:20-cv-06999; | MALATINO v. JOHNSON & JOHNSON et al |
| 3:20-cv-07159; | ROBLES v. JOHNSON & JOHNSON et al |
| 3:20-cv-07309; | WILLIAMS v. JOHNSON & JOHNSON et al |
| 3:20-cv-07337; | PARSON v. JOHNSON & JOHNSON et al |
| 3:20-cv-07325; | TRAYLOR v. JOHNSON & JOHNSON et al |
| 3:20-cv-07318; | GOUR v. JOHNSON & JOHNSON et al |
| 3:20-cv-07315; | RICHARDS v. JOHNSON & JOHNSON et al |
| 3:20-cv-07321; | JOHNSON v. JOHNSON & JOHNSON et al |
| 3:20-cv-07448; | STOLL v. JOHNSON & JOHNSON et al |
| 3:20-cv-08431; | Shirley Riettie v. JOHNSON & JOHNSON et al |
| 3:20-cv-09288; | KEENAN v. JOHNSON & JOHNSON et al |
| 3:20-cv-09278; | MICHEL v. JOHNSON & JOHNSON et al |
| 3:20-cv-09280; | CHENG KO v. JOHNSON & JOHNSON et al |
| 3:20-cv-09277; | OSWALD v. JOHNSON & JOHNSON et al |
| 3:20-cv-09234; | SAUNDERS v. JOHNSON & JOHNSON et al |
| 3:20-cv-09366; | LANDO v. JOHNSON & JOHNSON et al |
| 3:20-cv-09561; | MOYERS v. JOHNSON & JOHNSON et al |
| 3:20-cv-09566; | PROBY v. JOHNSON & JOHNSON et al |
| 3:20-cv-09572; | FUJII v. JOHNSON & JOHNSON et al |
| 3:20-cv-09570; | KNABLE v. JOHNSON & JOHNSON et al |
| 3:20-cv-09627; | FINE v. JOHNSON & JOHNSON et al |
| 3:20-cv-09751; | BROWN v. JOHNSON & JOHNSON et al |
| 3:20-cv-09744; | REYNOSO VS. JOHNSON & JOHNSON et al |
| 3:20-cv-09967; | BARGE v. JOHNSON & JOHNSON et al |
| 3:20-cv-09917; | YATES v. JOHNSON & JOHNSON et al |
| 3:20-cv-10055; | MILINA v. JOHNSON & JOHNSON et al |
| 3:20-cv-10058; | SUHR v. JOHNSON & JOHNSON et al |
| 3:20-cv-10375; | NEWTON v. JOHNSON & JOHNSON et al |
| 3:20-cv-10399; | VEGA v. JOHNSON & JOHNSON et al |
| 3:20-cv-10394; | DICOSIMO v. JOHNSON & JOHNSON et al |

3:20-cv-10396;   MONNIER v. JOHNSON & JOHNSON et al
3:20-cv-10398;   TODD v. JOHNSON & JOHNSON et al
3:20-cv-10395;   BRADLEY v. JOHNSON & JOHNSON et al
3:20-cv-10364;   GOWER v. JOHNSON & JOHNSON et al
3:20-cv-10429;   DODD v. JOHNSON & JOHNSON et al
3:20-cv-10402;   VAUGHN v. JOHNSON & JOHNSON et al
3:20-cv-10430;   CONLEY v. JOHNSON & JOHNSON et al
3:20-cv-10448;   JEAN v. JOHNSON & JOHNSON et al
3:20-cv-10405;   ARAMBULA v. JOHNSON & JOHNSON et al
3:20-cv-10535;   ZAMORA v. JOHNSON & JOHNSON et al
3:20-cv-10548;   ROWE v. JOHNSON & JOHNSON et al
3:20-cv-10516;   TATOR v. JOHNSON & JOHNSON et al
3:20-cv-10540;   GRAHAM v. JOHNSON & JOHNSON et al
3:20-cv-10508;   CROW v. JOHNSON & JOHNSON et al
3:20-cv-10545;   TUCKER v. JOHNSON & JOHNSON et al
3:20-cv-10543;   LUNDE v. JOHNSON & JOHNSON et al
3:20-cv-10555;   RHODES v. JOHNSON & JOHNSON et al
3:20-cv-10550;   WORKMAN v. JOHNSON & JOHNSON et al
3:20-cv-10913;   GREENE v. JOHNSON & JOHNSON et al
3:20-cv-10949;   ORTEGA v. JOHNSON & JOHNSON et al
3:20-cv-10909;   FERRELL-LYNN v. JOHNSON & JOHNSON et al
3:20-cv-12529;   FRANCIS v. JOHNSON & JOHNSON et al
3:20-cv-12771;   WIEDHOPF v. JOHNSON & JOHNSON et al
3:20-cv-13994;   ORDONEZ v. JOHNSON & JOHNSON et al
3:20-cv-13999;   HAZELWOOD v. JOHNSON & JOHNSON et al
3:20-cv-14374;    GEAR v. JOHNSON & JOHNSON et al
3:20-cv-14378;   HILDRETH v. JOHNSON & JOHNSON et al
3:20-cv-14381;   RHODES v. JOHNSON & JOHNSON et al
3:20-cv-14365;   WILSON V. JOHNSON &JOHNSON et al
3:20-cv-14379;   NELSON v. JOHNSON & JOHNSON et al
3:20-cv-14347;   KEATING v. JOHNSON & JOHNSON et al
3:20-cv-14368;   CHATMAN v. JOHNSON & JOHNSON et al
3:20-cv-14351;   BERRY v. JOHNSON & JOHNSON et al
3:20-cv-14354;    NAPITUPULU v. JOHNSON & JOHNSON et al
3:20-cv-14371;   SORY v. JOHNSON & JOHNSON et al
3:20-cv-14404;   VOSS v. JOHNSON & JOHNSON et al
3:20-cv-14400;   SMITH v. JOHNSON & JOHNSON et al
3:20-cv-14565;   ADAIR v. JOHNSON & JOHNSON et al
3:20-cv-15243;   STOUT v. JOHNSON & JOHNSON CONSUMER, INC. et al
3:20-cv-15250;   KENNEDY v. JOHNSON & JOHNSON et al
3:20-cv-15291;   SHIRLEY v. JOHNSON & JOHNSON et al
3:20-cv-15266;   MCBRIDE v. JOHNSON & JOHNSON et al
3:20-cv-15261;   TUCKER v. JOHNSON & JOHNSON et al

3:20-cv-15271;   LIGHT v. JOHNSON & JOHNSON et al
3:20-cv-15304;   JOYCE v. JOHNSON & JOHNSON et al
3:20-cv-15278;   PRUETT v. JOHNSON & JOHNSON et al
3:20-cv-15300;   HOFFNAGLE v. JOHNSON & JOHNSON et al
3:20-cv-15286;   DUNN v. JOHNSON & JOHNSON et al
3:20-cv-15247;   RIVERA RODRIGUEZ v. JOHNSON & JOHNSON et al
3:20-cv-15480;   KLINGLER v. JOHNSON & JOHNSON et al
3:20-cv-15483;   HANNA v. JOHNSON & JOHNSON et al
3:20-cv-15485;   CAUSEY v. JOHNSON & JOHNSON et al
3:20-cv-15486;   GREAVES v. JOHNSON & JOHNSON et al
3:20-cv-15490;   HORELICA v. JOHNSON & JOHNSON et al
3:20-cv-15518;   JUSTICE v. JOHNSON & JOHNSON et al
3:20-cv-15524;   BUGLIONE v. JOHNSON & JOHNSON et al
3:20-cv-15528;   CHECKAN v. JOHNSON & JOHNSON et al
3:20-cv-15531;   AVANTS - BALDUCCI v. JOHNSON & JOHNSON et al
3:20-cv-15546;   PUGH v. JOHNSON & JOHNSON et al
3:20-cv-15549;   EMERSON v. JOHNSON & JOHNSON et al
3:20-cv-15554;   HARTWIG v. JOHNSON & JOHNSON et al
3:20-cv-15624;   BARTON v. JOHNSON & JOHNSON et al
3:20-cv-15626;   ARRINGTON v. JOHNSON & JOHNSON et al
3:20-cv-15621;   O'LEARY v. JOHNSON & JOHNSON et al
3:20-cv-15628;   CHIUMIENTO v. JOHNSON & JOHNSON et al
3:20-cv-15872;   MINNICK v. JOHNSON & JOHNSON et al
3:20-cv-16266;   MEADOWS v. JOHNSON & JOHNSON et al
3:20-cv-16281;   HUGHES v. JOHNSON & JOHNSON et al
3:20-cv-16438;   PETTIGREW v. JOHNSON & JOHNSON et al
3:20-cv-16635;   RUTH v. JOHNSON & JOHNSON et al
3:20-cv-16594;   KIRSCH v. JOHNSON & JOHNSON et al
3:20-cv-16649;   GOODWIN v. JOHNSON & JOHNSON et al
3:20-cv-17504;   SMITH v. JOHNSON & JOHNSON et al
3:20-cv-17381;   SPEIGHT v. JOHNSON & JOHNSON et al
3:20-cv-17406;   ARROWOOD v. JOHNSON & JOHNSON et al
3:20-cv-17417;   PARSONS v. JOHNSON & JOHNSON et al
3:20-cv-17436;   ATEN v. JOHNSON & JOHNSON et al
3:20-cv-17517;   MCCLURE v. JOHNSON & JOHNSON et al
3:20-cv-17531;   MECOM v. JOHNSON & JOHNSON et al
3:20-cv-17412;   CHAIREZ v. JOHNSON & JOHNSON et al
3:20-cv-17499;   MOORE v. JOHNSON & JOHNSON et al
3:20-cv-17444;   MCMAHAN v. JOHNSON & JOHNSON et al
3:20-cv-17451;   MARTIN v. JOHNSON & JOHNSON et al
3:20-cv-17419;   RODRIGUEZ v. JOHNSON & JOHNSON et al
3:20-cv-17880;   WEISBROD v. JOHNSON & JOHNSON et al
3:20-cv-18015;   HELTON v. JOHNSON & JOHNSON et al

3:20-cv-17927;   ROMEO v. JOHNSON & JOHNSON CONSUMER, INC. et al
3:20-cv-18160;   COOK v. JOHNSON & JOHNSON et al
3:20-cv-18108;   MURPHY v. JOHNSON & JOHNSON et al
3:20-cv-18096;   TAYLOR v. JOHNSON & JOHNSON et al
3:20-cv-18116;   BATES v. JOHNSON & JOHNSON et al
3:20-cv-18120;   JOHNSON v. JOHNSON & JOHNSON et al
3:20-cv-18170;   KOSKOWITZ v. JOHNSON & JOHNSON et al
3:20-cv-18127;   CLARK v. JOHNSON & JOHNSON et al
3:20-cv-18142;   KOINIS v. JOHNSON & JOHNSON et al
3:20-cv-18269;   RAMSEY v. JOHNSON & JOHNSON et al
3:20-cv-18333;   SINGLETARY v. JOHNSON & JOHNSON et al
3:20-cv-18320;   BANE v. JOHNSON & JOHNSON et al
3:20-cv-18596;   EBERSOLD v. JOHNSON & JOHNSON et al
3:20-cv-18605;   DIETZ v. JOHNSON & JOHNSON et al
3:20-cv-18617;   RUSSELL v. JOHNSON & JOHNSON et al
3:20-cv-18613;   LAURSEN v. JOHNSON & JOHNSON et al
3:20-cv-18686;   WATERS v. JOHNSON & JOHNSON et al
3:20-cv-18762;   DYER v. JOHNSON & JOHNSON et al
3:20-cv-18761;   CHRISTIANSEN v. JOHNSON & JOHNSON et al
3:20-cv-18794;   ZENG v. JOHNSON & JOHNSON et al
3:20-cv-18992;   BARSOTTI v. JOHNSON & JOHNSON et al
3:20-cv-18903;   PERRINE v. JOHNSON & JOHNSON et al
3:20-cv-19208;   MOORE v. JOHNSON & JOHNSON et al
3:20-cv-19192;   DUPAS v. JOHNSON & JOHNSON et al
3:20-cv-19150;   STILES v. JOHNSON & JOHNSON et al
3:20-cv-19223;   SCHWINN v. JOHNSON & JOHNSON et al
3:20-cv-19247;   GREGORY v. JOHNSON & JOHNSON et al
3:20-cv-20376;   MATTOS v. JOHNSON & JOHNSON et al
3:20-cv-20470;   YARBROUGH v. JOHNSON & JOHNSON et al
3:20-cv-20476;   PROFFITT v. JOHNSON & JOHNSON et al
3:20-cv-20483;   PAOLONE v. JOHNSON & JOHNSON et al