**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Marilyn Fisher vs. Johnson & Johnson, et al.*<br>Case No.:  3:21-cv-19810-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Marilyn Fisher.

This 5th day of November 2021.

Respectfully Submitted,

PULASKI KHERKHER, PLLC

By:   */s/ Darsey Glean*
Darsey Glean
Texas Bar No. 24070412
2925 Richmond, Suite 1725
Houston, TX 77098
darsey@pulaskilawfirm.com
(713) 664-4555
(713) 664-7543 (Fax)

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 5th day of November, 2021.

                                                    */s/ Darsey Glean*