**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>***Bundorn Chotipradit vs. Johnson & Johnson, et al.* Case No.:  *3:21-cv-19799-FLW-LHG*** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Bundorn Chotipradit.

This 8th day of November 2021.

Respectfully submitted,

ONDERLAW, LLC

By:  */s/ Stephanie L. Rados*
 James G. Onder, #38049 MO
 William W. Blair, #58196 MO
 Stephanie L. Rados, #65117 MO
 110 E. Lockwood, 2nd Floor
 St. Louis, MO  63119
 314-963-9000 telephone
 314-963-1700 facsimile
 onder@onderlaw.com
 blair@onderlaw.com
 rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of November 2021.

*/s/ Stephanie L. Rados*