### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CIVIL ACTION FILE NO. 3:16-cv-02738-FLW-LGH |

### WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw the appearance of James R. Billings-Kang as counsel for Defendant Personal Care Products Council in the above-captioned matter.

                                  COZEN O'CONNOR

                                  By: */s/ James R. Billings-Kang*
                                      James R. Billings-Kang
                                      1200 19th Street, NW
                                      Washington, DC  20036
                                      Phone:  (202) 280-6483
                                      jbillings-kang@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, the foregoing Withdrawal of Appearance was served upon all counsel via the Court's ECF system.

COZEN O'CONNOR

By: */s/ James R. Billings-Kang*
James R. Billings-Kang
1200 19th Street, NW
Washington, DC  20036
Phone:  (202) 280-6483
jbillings-kang@cozen.com

LEGAL\55067378\1