# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>MARIA FLORES AND ARMANDO LEMUS<br><br>3:21-cv-19863 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on November 9, 2021 on behalf of MARIA FLORES AND ARMANDO LEMUS.

Dated: November 9, 2021                   Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Rd., Suite 305
Melville, NY 11747
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
CLoPalo@NapoliLaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  November 9, 2021

                 */s/ Christopher R. LoPalo*
                 Christopher R. LoPalo, Esq.
                 400 Broadhollow Rd., Suite 305
                 Melville, NY 11747
                 Telephone: (212) 397-1000
                 Facsimile: (646) 927-1676
                 CLoPalo@NapoliLaw.com
                 *Attorneys for Plaintiff*