UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 2738 (FLW) (LHG) |
| **THIS DOCUMENT RELATES TO:** | |
| **FAYE BRAZEALE AVERA,** | Case No. 3:21-cv-15254-FLW-LHG |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| Defendants. | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 12, 2021, on behalf of Plaintiff FAYE BRAZEALE AVERA.

Dated: November 9, 2021            Respectfully Submitted,


                                                      By:   /s/ *Mark P. Robinson, Jr.*
                                                           Mark P. Robinson, Jr.
                                                           19 Corporate Plaza Drive
                                                           Newport Beach, CA 92660
                                                           949-720-1288 Phone
                                                           949-720-1292 Facsimile
                                                           mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that November 9, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.