UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **REBECCA TRUE,** <br><br>          Plaintiff, <br><br> v. <br><br> **JOHNSON & JOHNSON, et al.,** <br><br>          Defendants. | **MDL NO. 2738 (FLW) (LHG)** <br><br><br><br> Case No. 3:21-cv-15386-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 16, 2021, on behalf of Plaintiff REBECCA TRUE.

1

Dated: November 10, 2021	Respectfully Submitted,

By:   /s/ *Mark P. Robinson, Jr.*
     Mark P. Robinson, Jr.
     19 Corporate Plaza Drive
     Newport Beach, CA 92660
     949-720-1288 Phone
     949-720-1292 Facsimile
     mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that November 10, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.