UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Sandra Gail Johnson v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:21-cv-19821-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 8, 2021, on behalf of the plaintiff(s), Sandra Gail Johnson.

Dated:  November 10, 2021

                                                        Respectfully Submitted by,

                                                        **MOTLEY RICE LLC**

                                                        /s/ Carmen S. Scott
                                                        Carmen S. Scott
                                                        cscott@motleyrice.com
                                                        28 Bridgeside Blvd.
                                                        Mt. Pleasant, SC 29464
                                                        (843) 216-9160
                                                        (843) 216-9450 (Facsimile)

                                                        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott