## **CERTIFICATION OF SERVICE**

I hereby certify that on November 10, 2021, a copy of the foregoing Cross-Notice of Deposition was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

_____
Kaitlyn E. Stone