**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 2738 (FLW)(LHG_ JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

DIANA SHINSKE and DANIEL J.
SHINSKE, her husband,                                          Civil Action No. 3:16-cv-07894-FLW-
                                                                             LHG

            Plaintiffs,

v.

JOHNSON & JOHNSON, ET AL.

            Defendants.

_____/

**<u>SUGGESTION OF DEATH</u>**

Counsel for the Plaintiff in the above-captioned action hereby gives notice of the

death of the Plaintiff, Diana Shinske. Mrs. Shinske passed away on December 29, 2020

due to ovarian cancer.

By way of Motion for Substitution of Party and Leave to Amend Short Form

Complaint, and pursuant to Fed. R. Civ. P. 25(a), the Plaintiff's daughter, Kelli D.

Kennedy, as personal representative of the estate of Diana Shinske, will request to be

substituted in this action as Plaintiff and amend the short Form Complaint to convert this

case to a wrongful death claim on her behalf.

Dated November 10, 2021.

Respectfully submitted,

\_\_\_/s/\_\_Joseph H. Saunders_____
Joseph H. Saunders, Esquire
SAUNDERS & WALKER, P.A.
3491 Gandy Boulevard North
Pinellas Park, Florida 33781
(727) 579-4500, FAX (727) 577-9696
FBN 341746
joe@saunderslawyers.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I CERTIFY that, on November 10, 2021, a copy of the foregoing was filed

electronically with the Clerk of Court using the CM/ECF filing system.   Notice of this

filing will be served on all parties of record by operation of the ECF system and parties

may access the filing through the ECF system.

\_\_\_/s/\_\_Joseph H. Saunders\_\_\_
Joseph H. Saunders, Esquire