# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Latousha Jackson, Case No. 3:21-cv-19636* | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 4, 2021, on behalf of Plaintiff Latousha Jackson.

Dated: November 12, 2021

Respectfully Submitted by,

*/s/ Stacy K. Hauer*

Michael K. Johnson, Esq.
MN Bar No. 258696
Stacy Hauer, Esq.
MN Bar No. 317093
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: mjohnson@johnsonbecker.com
Email: shauer@johnsonbecker.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

       */s/ Stacy K. Hauer*

Stacy K. Hauer, Esq. (MN Bar No. 317093)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: shauer@johnsonbecker.com