## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: *Alejandra Sallee, Case No. 3:21-cv-19641* | MDL DOCKET NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 4, 2021, on behalf of Plaintiff Alejandra Sallee.

Dated: November 12, 2021                Respectfully Submitted by,

                                                              */s/ Stacy K. Hauer*

                                                  Michael K. Johnson, Esq.
                                                  MN Bar No. 258696
                                                  Stacy Hauer, Esq.
                                                  MN Bar No. 317093
                                                  **JOHNSON BECKER, PLLC**
                                                  444 Cedar Street, Suite 1800
                                                  St. Paul, MN 55101
                                                  Phone: 612-436-1800
                                                  Fax: 612-436-1801
                                                  Email: mjohnson@johnsonbecker.com
                                                  Email: shauer@johnsonbecker.com

                                                  ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Stacy K. Hauer

Stacy K. Hauer, Esq. (MN Bar No. 317093)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: shauer@johnsonbecker.com