**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tracy Greer vs. Johnson & Johnson, et al.* Case No.:  3:21-cv-19960-FLW-LHG | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Tracy Greer.

This 12th day of November 2021.            Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　PULASKI KHERKHER, PLLC

　　　　　　　　　　　　　　　　　　By:　　*/s/ Darsey Glean*
　　　　　　　　　　　　　　　　　　　　　　Darsey Glean
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24070412
　　　　　　　　　　　　　　　　　　　　　　2925 Richmond, Suite 1725
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　　　　darsey@pulaskilawfirm.com
　　　　　　　　　　　　　　　　　　　　　　(713) 664-4555
　　　　　　　　　　　　　　　　　　　　　　(713) 664-7543 (Fax)

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 12th day of November 2021.

                                              */s/ Darsey Glean*