**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: *Mary Lynn Grayeski, individually and on behalf of the Estate of Ann Marie Grayeski,*<br>*Case No. 3:21-cv-19653* | **MDL DOCKET NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 4, 2021, on behalf of Plaintiff Mary Lynn Grayeski.

Dated: November 12, 2021          Respectfully Submitted by,

                                                                    */s/ Stacy K. Hauer*

                                                    Michael K. Johnson, Esq.
                                                    MN Bar No. 258696
                                                    Stacy Hauer, Esq.
                                                    MN Bar No. 317093
                                                    **JOHNSON BECKER, PLLC**
                                                    444 Cedar Street, Suite 1800
                                                    St. Paul, MN 55101
                                                    Phone: 612-436-1800
                                                    Fax: 612-436-1801
                                                    Email: mjohnson@johnsonbecker.com
                                                    Email: shauer@johnsonbecker.com

                                                   ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on November 12, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

            /s/ Stacy K. Hauer

            Stacy K. Hauer, Esq. (MN Bar No. 317093)
            **JOHNSON BECKER, PLLC**
            444 Cedar Street, Suite 1800
            St. Paul, MN 55101
            Phone: 612-436-1800
            Fax: 612-436-1801
            Email: shauer@johnsonbecker.com