# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: *Jeanne Brooks, Case 3:21-cv-13575-FLW-LHG* | **MDL DOCKET NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on July 12, 2021, on behalf of Plaintiff Jeanne Brooks.

Dated: November 12, 2021              Respectfully Submitted by,

                                                      */s/ Jeremy Shafer*

                                              Jeremy C. Shafer (jshafer@bannerlegal.com)
                                              **BANNER LEGAL**
                                              445 Marine View Avenue, Suite 100
                                              Del Mar, CA 92014
                                              Tel: (760) 479-5404

                                              ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Jeremy Shafer*

Jeremy C. Shafer (jshafer@bannerlegal.com)
**BANNER LEGAL**
445 Marine View Avenue, Suite 100
Del Mar, CA 92014
Tel: (760) 479-5404