**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Amanda Hines, *Case No. 3:21-cv-19705* | MDL DOCKET NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 4, 2021, on behalf of Plaintiff Amanda Hines.

Dated: November 15, 2021	Respectfully Submitted by,

	 */s/ Stacy K. Hauer*

	Michael K. Johnson, Esq.
	MN Bar No. 258696
	Stacy Hauer, Esq.
	MN Bar No. 317093
	**JOHNSON BECKER, PLLC**
	444 Cedar Street, Suite 1800
	St. Paul, MN 55101
	Phone: 612-436-1800
	Fax: 612-436-1801
	Email: mjohnson@johnsonbecker.com
	Email: shauer@johnsonbecker.com

	ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    */s/ Stacy K. Hauer*

Stacy K. Hauer, Esq. (MN Bar No. 317093)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: shauer@johnsonbecker.com