**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Patricia Hobson, *Case No. 3:21-cv-19719* | MDL DOCKET NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 4, 2021, on behalf of Plaintiff Patricia Hobson.

Dated: November 15, 2021   Respectfully Submitted by,

   */s/ Stacy K. Hauer*

   Michael K. Johnson, Esq.
   MN Bar No. 258696
   Stacy Hauer, Esq.
   MN Bar No. 317093
   **JOHNSON BECKER, PLLC**
   444 Cedar Street, Suite 1800
   St. Paul, MN 55101
   Phone: 612-436-1800
   Fax: 612-436-1801
   Email: mjohnson@johnsonbecker.com
   Email: shauer@johnsonbecker.com

   ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Stacy K. Hauer*

Stacy K. Hauer, Esq. (MN Bar No. 317093)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: shauer@johnsonbecker.com