# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (FLW) (LHG) |
| This document relates to: Carol McGary, *Case No. 3:21-cv-19724* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 4, 2021, on behalf of Plaintiff Carol McGary.

Dated: November 15, 2021　　　　　　Respectfully Submitted by,

　　　　　　　　　　　　　　　　　　 */s/ Stacy K. Hauer*

　　　　　　　　　　　　　　　　　　Michael K. Johnson, Esq.
　　　　　　　　　　　　　　　　　　MN Bar No. 258696
　　　　　　　　　　　　　　　　　　Stacy Hauer, Esq.
　　　　　　　　　　　　　　　　　　MN Bar No. 317093
　　　　　　　　　　　　　　　　　　**JOHNSON BECKER, PLLC**
　　　　　　　　　　　　　　　　　　444 Cedar Street, Suite 1800
　　　　　　　　　　　　　　　　　　St. Paul, MN 55101
　　　　　　　　　　　　　　　　　　Phone: 612-436-1800
　　　　　　　　　　　　　　　　　　Fax: 612-436-1801
　　　　　　　　　　　　　　　　　　Email: mjohnson@johnsonbecker.com
　　　　　　　　　　　　　　　　　　Email: shauer@johnsonbecker.com

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2021, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Stacy K. Hauer

Stacy K. Hauer, Esq. (MN Bar No. 317093)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
Email: shauer@johnsonbecker.com