# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: LOGAN, STEPHANIE, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | Case No. 3:21-cv-15485-FLW-LHG |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 17, 2021, on behalf of Plaintiff STEPHANIE LOGAN.

1

Dated: November 15, 2021          Respectfully Submitted,

                                          By:   /s/ *Mark P. Robinson, Jr.*
                                                        Mark P. Robinson, Jr.
                                                        19 Corporate Plaza Drive
                                                        Newport Beach, CA 92660
                                                        949-720-1288 Phone
                                                        949-720-1292 Facsimile
                                                        mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that November 15, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.