UNITED STATES DISTRICT COURT FOR<br>THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: | |
| JESSICA SHEFFIELD, | Case No. 3:21-cv-15527-FLW-LHG |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 17, 2021, on behalf of Plaintiff JESSICA SHEFFIELD.

Dated: November 16, 2021	Respectfully Submitted,

                              By:   /s/ *Mark P. Robinson, Jr.*
                              Mark P. Robinson, Jr.
                              19 Corporate Plaza Drive
                              Newport Beach, CA 92660
                              949-720-1288 Phone
                              949-720-1292 Facsimile
                              mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that November 16, 2021, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Mark P. Robinson Jr.
MARK P. ROBINSON, JR.