UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br><br>ORDER |

**THIS MATTER** having been opened to the Court by Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "Defendants") for entry of an Order sealing materials, specifically sealing Exhibits 3, 5, 7, 8, 12, 17, and 18 to the Declaration of Jessica L. Brennan, Esq. in Support of Defendants' Omnibus Motion for Summary Judgment filed on June 18, 2021, and the redacted corresponding portions of Defendants' Brief in support thereof; and, sealing the redacted portions of Exhibits 9, 15, 20, 22, and 23 to Defendants' Omnibus Motion for Summary Judgment filed on June 18, 2021 that contain personal identifying information, and Defendants' Motion to Sealing being unopposed, and the Court having considered the submissions of the parties, and for good cause shown;

**IT IS** on this **22nd** day of **November, 2021**,

**ORDERED** as follows:

1. Defendants' Motion to Seal Exhibits 3, 5, 7, 8, 12, 17, and 18 to the Declaration of Jessica L. Brennan, Esq. in Support of Defendants' Omnibus Motion for Summary Judgment filed on June 18, 2021, and the redacted corresponding

portions of Defendants' Brief in support thereof; and, sealing the redacted portions of Exhibits 9, 15, 20, 22, and 23 to Defendants' Omnibus Motion for Summary Judgment filed on June 18, 2021 that contain personal identifying information, is hereby **GRANTED**.

_____
Hon. Lois H. Goodman, U.S.M.J.