## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DEBRA BAGGS v. JOHNSON & JOHNSON, et al.<br><br>3:21-cv-20162 | MDL No. 3:16-md-02738-FLW |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 22, 2021 on behalf of Plaintiff Debra Baggs.


Dated: November 22, 2021                     Respectfully submitted,

                                                                  /s/ Jennifer R. Liakos
                                                                  Jennifer R. Liakos
                                                                  LIAKOS LAW, APC
                                                                  955 Deep Valley Drive, Suite 3900
                                                                  Palos Verdes Peninsula, CA 90274
                                                                  (310) 961-0066
                                                                  Jenn@jennliakoslaw.com

## **CERTIFICATE OF SERVICE**

      I, hereby certify that on November 22, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            /s/ *Jennifer R. Liakos*
                                            Jennifer R. Liakos