**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: **Mary A. Renew**<br><br>Member Case No. 3:20-cv-5910 | MDL No. 2738 (FLW) (LHG) |

**NOTICE AND SUGGESTION OF DEATH OF PERSONAL REPRESENTATIVE**

PLEASE TAKE NOTICE that Rebecca Keller, the court-appointed Personal Representative of the Estate of Mary A. Renew and the Plaintiff in the above-captioned matter, is believed to have died on September 25, 2021. A copy of Plaintiff Keller's redacted Certificate of Death is attached hereto as ***Exhibit 1***.

Ms. Keller's daughter, Jennifer Greene, has been appointed as the new personal representative of Decedent Mary A. Renew's Estate. The undersigned counsel will file a separate motion to substitute party-plaintiff.

Dated: November 24, 2021

Respectfully Submitted by:

/s/ Wes S. Larsen
Wes S. Larsen, Idaho Bar No. 9134
**JAMES, VERNON & WEEKS, P.A.**
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
Email: wes@jvwlaw.net

**Counsel for Plaintiff**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2021, a copy of the foregoing **NOTICE AND SUGGESTION OF DEATH** was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Wes S. Larsen
Wes S. Larsen, Attorney