# EXHIBIT A

# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.  HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021201437  **DATE ISSUED:** OCTOBER 22, 2021

**DECEDENT INFORMATION**  **DATE FILED:** OCTOBER 6, 2021

NAME: REBECCA HOWARD KELLER

DATE OF DEATH: SEPTEMBER 25, 2021   SEX: FEMALE   AGE: [REDACTED] YEARS
DATE OF BIRTH: [REDACTED]   SSN: ***-**-[REDACTED]
BIRTHPLACE: PLANT CITY, FLORIDA, UNITED STATES
PLACE WHERE DEATH OCCURRED: INPATIENT
FACILITY NAME OR STREET ADDRESS: SOUTH FLORIDA BAPTIST HOSPITAL
LOCATION OF DEATH: PLANT CITY, HILLSBOROUGH COUNTY, 33563
RESIDENCE: 3113 S WIGGINS ROAD, PLANT CITY, FLORIDA 33567, UNITED STATES
COUNTY: HILLSBOROUGH
OCCUPATION, INDUSTRY: REGISTERED NURSE, NURSING
EDUCATION: BACHELORS DEGREE   EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION

(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: DIVORCED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: ALFRED MACON HOWARD
MOTHER'S/PARENT'S NAME: EVELYN VALENTINE

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: JENNIFER R GREENE
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: [REDACTED], LITHIA, FLORIDA 33547, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: KRISTA C WORKMAN, F087159
FUNERAL FACILITY: HOPEWELL FUNERAL HOME F041917
6005 CR 39 S, PLANT CITY, FLORIDA 33567
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: HOPEWELL MEMORIAL GARDENS
PLANT CITY, FLORIDA

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN   MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 2013   DATE CERTIFIED: OCTOBER 5, 2021
CERTIFIER'S NAME: MARI TOFANI
CERTIFIER'S LICENSE NUMBER: ME116694
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT ENTERED

The first five digits of the decedent's Social Security Number has been redacted pursuant to §119.071(5), Florida Statutes.

*[signature]*, STATE REGISTRAR

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

REQ: 2023290912

DH FORM 1946 (03-13)

*42859984*

CERTIFICATION OF VITAL RECORD   Florida HEALTH