# EXHIBIT B

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: **Mary A. Renew**<br><br>Member Case No. 3:20-cv-5910 | MDL No. 2738 (FLW) (LHG) |

## NOTICE AND SUGGESTION OF DEATH OF PERSONAL REPRESENTATIVE

PLEASE TAKE NOTICE that Rebecca Keller, the court-appointed Personal Representative of the Estate of Mary A. Renew and the Plaintiff in the above-captioned matter, is believed to have died on September 25, 2021. A copy of Plaintiff Keller's redacted Certificate of Death is attached hereto as ***Exhibit 1***.

Ms. Keller's daughter, Jennifer Greene, has been appointed as the new personal representative of Decedent Mary A. Renew's Estate. The undersigned counsel will file a separate motion to substitute party-plaintiff.

Dated: November 24, 2021

Respectfully Submitted by:

/s/ Wes S. Larsen
Wes S. Larsen, Idaho Bar No. 9134
**JAMES, VERNON & WEEKS, P.A.**
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
Email: wes@jvwlaw.net

**Counsel for Plaintiff**

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, a copy of the foregoing **NOTICE AND SUGGESTION OF DEATH** was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Wes S. Larsen
Wes S. Larsen, Attorney

# EXHIBIT 1

# STATE OF FLORIDA
## BUREAU of VITAL STATISTICS

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021201437        **DATE ISSUED:** OCTOBER 22, 2021

### DECEDENT INFORMATION        **DATE FILED:** OCTOBER 6, 2021

- **NAME:** REBECCA HOWARD KELLER
- **DATE OF DEATH:** SEPTEMBER 25, 2021        **SEX:** FEMALE        **AGE:** ▇ YEARS
- **DATE OF BIRTH:** ▇▇▇▇▇▇        **SSN:** ***-**-▇▇▇▇
- **BIRTHPLACE:** PLANT CITY, FLORIDA, UNITED STATES
- **PLACE WHERE DEATH OCCURRED:** INPATIENT
- **FACILITY NAME OR STREET ADDRESS:** SOUTH FLORIDA BAPTIST HOSPITAL
- **LOCATION OF DEATH:** PLANT CITY, HILLSBOROUGH COUNTY, 33563
- **RESIDENCE:** 3113 S WIGGINS ROAD, PLANT CITY, FLORIDA 33567, UNITED STATES
- **COUNTY:** HILLSBOROUGH
- **OCCUPATION, INDUSTRY:** REGISTERED NURSE, NURSING
- **EDUCATION:** BACHELORS DEGREE        **EVER IN U.S. ARMED FORCES?** NO
- **HISPANIC OR HAITIAN ORIGIN?** NO, NOT OF HISPANIC/HAITIAN ORIGIN
- **RACE:** WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
- **MARITAL STATUS:** DIVORCED
- **SURVIVING SPOUSE NAME:** NONE
- **FATHER'S/PARENT'S NAME:** ALFRED MACON HOWARD
- **MOTHER'S/PARENT'S NAME:** EVELYN VALENTINE

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
- **INFORMANT'S NAME:** JENNIFER R GREENE
- **RELATIONSHIP TO DECEDENT:** DAUGHTER
- **INFORMANT'S ADDRESS:** ▇▇▇▇▇▇▇, LITHIA, FLORIDA 33547, UNITED STATES
- **FUNERAL DIRECTOR/LICENSE NUMBER:** KRISTA C WORKMAN, F087159
- **FUNERAL FACILITY:** HOPEWELL FUNERAL HOME F041917
  6005 CR 39 S, PLANT CITY, FLORIDA 33567
- **METHOD OF DISPOSITION:** BURIAL
- **PLACE OF DISPOSITION:** HOPEWELL MEMORIAL GARDENS
  PLANT CITY, FLORIDA

### CERTIFIER INFORMATION
- **TYPE OF CERTIFIER:** CERTIFYING PHYSICIAN        **MEDICAL EXAMINER CASE NUMBER:** NOT APPLICABLE
- **TIME OF DEATH (24 HOUR):** 2013        **DATE CERTIFIED:** OCTOBER 5, 2021
- **CERTIFIER'S NAME:** MARI TOFANI
- **CERTIFIER'S LICENSE NUMBER:** ME116694
- **NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER):** NOT ENTERED

The first five digits of the decedent's Social Security Number has been redacted pursuant to §119.071(5), Florida Statutes.

_[signature]_ , STATE REGISTRAR

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

REQ: 2023290912

DH FORM 1946 (03-13)

*42859984*

CERTIFICATION OF VITAL RECORD — Florida HEALTH