# **EXHIBIT C**

IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA        PROBATE DIVISION

IN RE:  ESTATE OF

MARY A. RENEW

Deceased.

File No.  __19-CP-001056___

Division ____W_____

# LETTERS OF ADMINISTRATION
### (Successor Personal Representative)

**TO ALL WHOM IT MAY CONCERN:**

WHEREAS MARY A. RENEW, a resident of HILLSBOROUGH County, Florida died on March 17, 2018 owning assets in the State of Florida, and

WHEREAS, **JENNIFER GREENE** has been appointed successor personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare

## JENNIFER GREENE

to be qualified under the laws of the State of Florida to act as personal representative of the estate of MARY A. RENEW, deceased, with full power to administer the estate according to law, to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit, and the law directs; and to make distribution of the estate according to law.

WITNESS my hand and the seal of this court on _____, 2021.

Electronically Conformed 11/8/2021
Richard A. Weis
_____
RICHARD WEIS
Acting Circuit Judge