# EXHIBIT D

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: **Mary A. Renew**<br><br>Member Case No. 3:20-cv-5910 | **MDL No. 2738 (FLW) (LHG)** |

## ORDER

Considering the foregoing Motion to Substitute Party-Plaintiff and exhibits:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party-Plaintiff is hereby GRANTED, and that Jennifer Greene, as the new Personal Representative of the Estate of Mary A. Renew, be substituted as the proper Party-Plaintiff herein.

Dated: _____

_____
The Honorable _____
UNITED STATES DISTRICT JUDGE