UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*ZACHARY A. MARSHALL, INDIVIDUALLY AND AS PROPOSED ADMINISTRATOR OF THE ESTATE OF FANNIE L. MARSHALL, DECEASED v. JOHNSON & JOHNSON, ET AL.*<br><br>Case No.: | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Zachary A. Marshall, as Proposed Administrator of the Estate of Fannie L. Marshall, Deceased.

Dated: November 15, 2021

Respectfully submitted,

**DALIMONTE RUEB STOLLER, LLP**

Stephen "Buck" Daniel
Georgia Bar No. 777514
225 Ottley Drive, NE, Suite 110
Atlanta, Georgia 30324
T:  404.381.2888
F:  855.203.2035
E:  buck@drlawllp.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of November, 2021.

Stephen "Buck" Daniel