UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*KENNETH ANDERSON, INDIVIDUALLY AND AS PROPOSED ADMINISTRATOR OF THE ESTATE OF TERRIE L. ANDERSON, DECEASED v. JOHNSON & JOHNSON, ET AL.*<br><br>Case No.: 3:21-cv-20209-FLW-LHG | MDL NO. 16-2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kenneth Anderson, Individually and as Proposed Administrator of the Estate of Terrie L. Anderson, deceased.

Dated: November 24, 2021          Respectfully submitted,

                                   **DALIMONTE RUEB STOLLER, LLP**

                                   */s/ Stephen "Buck" Daniel*

                                   Stephen "Buck" Daniel
                                   Georgia Bar No. 777514
                                   225 Ottley Drive, NE, Suite 110
                                   Atlanta, Georgia 30324
                                   T:  404.381.2888
                                   F:  855.203.2035
                                   E:  buck@drlawllp.com
                                   ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of November, 2021.

Stephen "Buck" Daniel