# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 16-2738<br>Hon. Freda L. Wolfson<br>Magistrate Judge Lois H. Goodman<br><br>Case No.: 3:16-md-02738-FLW-LHG |

## [PROPOSED] ORDER

THIS MATTER having come before the Court on The Ferraro Law Firm, P.A.'s Motion for Relief from Common Benefit Fee Assessments, and for good cause shown,

IT IS on this _____ day of _____ 2022,

ORDERED that The Ferraro Law Firm's Motion is GRANTED; and it is

FURTHER ORDERED that any recoveries to-date and in the future that The Ferraro Law Firm, P.A. obtains on behalf of its clients against Defendants Johnson & Johnson and/or Johnson & Johnson Consumer Inc. f/k/a Johnson & Johnson Consumer Companies, Inc. shall be exempt from any common benefit fee assessment pursuant to Case Management Order No. 7(A) and the Common Benefit Participation Agreement The Ferraro Law Firm, P.A. executed.

1

                                                _____
                                                Hon. Freda L. Wolfson
                                                United States District Judge

Copies to: All counsel of record.