

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034

BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

December 17, 2021

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

   **Re:**  *In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation* **(MDL No. 2738)**

Dear Judge Wolfson:

  Pursuant to L.Civ.R. 7.1(d)(5) the Plaintiffs' Executive Committee and Plaintiffs' Steering Committee ("PSC") request an automatic extension of time to respond to and oppose the Motions For Relief From Common Benefit Fee Assessments [Docs. 26550 and 26551] in the above captioned case. The originally noticed motion day has not been previously extended or adjourned and the PSC is invoking the provisions of this rule before the date on which opposition papers would otherwise be due under L.Civ.R. 7.1(d)(2). The PSC believes the motion day set for these motions by the movant was erroneous in that pursuant to L.Civ.R. 7.1(d)(2), the PSC's response to the motion is due 14 days after the filing of the Motions. The Motions were filed on December 10, 2021. Fourteen days after December 10 would be December 24, 2021, which is a Court holiday, making the response date the next court business day, i.e., December 27, 2021. However, the movants have stated that the response is due on December 20, 2021, a full 7 days earlier than the Rule provides.

  The PSC requests that the matter be scheduled for the next Motion Day, i.e., January 18, 2022, and the PSC will file its opposition as required 14 days prior to the new motion day.

Hon. Freda L. Wolfson, U.S.D.J.<br>
December 17, 2021<br>
Page 2

      Thank you for your consideration of this matter. Should the Court have any questions, the PSC stands ready to respond in any way that might assist the Court.

      Very truly yours,

| */s/ P. Leigh O'Dell* | */s/ Michelle A. Parfitt* |
|---|---|
| P. Leigh O'Dell | Michelle A. Parfitt |