UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>Catecha Guiao, Individually and as Putative Executor of the Estate of Floria Dorsey, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br><br>Johnson & Johnson and Johnson & Johnson Consumer, Inc.;<br><br>    Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br>COMPLAINT AND JURY DEMAND<br><br>CIVIL ACTION No.: **3:21-cv-20497**<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Catecha Guiao, Individually and as Putative Administrator of the Estate of Floria Dorsey, Deceased.

Dated: December 18, 2021.

*(SIGNATURE TO FOLLOW ON NEXT PAGE)*

Respectfully submitted,

**THE CUFFEE LAW FIRM**

/s/ Thomas F. Cuffie_____
Thomas F. Cuffie, Esq.
Georgia Bar No. 200150
**Attorney for Plaintiff**
3080 Campbellton Road Southwest
Atlanta, Georgia 30311
(404)-344-4242

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: December 18, 2021

                                                              Respectfully submitted,

                                                              **THE CUFFEE LAW FIRM**

                                                              /s/ Thomas F. Cuffie_____
                                                              Thomas F. Cuffie, Esq.
                                                              Georgia Bar No. 200150
                                                              **Attorney for Plaintiff**
                                                              3080 Campbellton Road Southwest
                                                              Atlanta, Georgia 30311
                                                              (404)-344-4242