# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, <br><br> Elizabeth Jackson, <br><br>    Plaintiff, <br><br> v. <br><br><br> Johnson & Johnson and Johnson & Johnson Consumer, Inc., <br><br>    Defendants. | MDL NO. 16-2738 (FLW) (LHG) <br><br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN <br><br> COMPLAINT AND JURY DEMAND <br><br> CIVIL ACTION No.: <br> 3:21-cv-20517-FLW-LHG <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Elizabeth Jackson.

Dated: December 18, 2021.

                                             Respectfully submitted,

                                             **THE CUFFEE LAW FIRM**

                                             /s/ Thomas F. Cuffie_____
                                             Thomas F. Cuffie, Esq.
                                             Georgia Bar No. 200150
                                             **Attorney for Plaintiff**
                                             3080 Campbellton Road Southwest
                                             Atlanta, Georgia 30311
                                             (404) 344-4242

## CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2021, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: December 18, 2021            Respectfully submitted,

                                               **THE CUFFEE LAW FIRM**

                                               /s/ Thomas F. Cuffie_____  
                                               Thomas F. Cuffie, Esq.  
                                               Georgia Bar No. 200150  
                                               **Attorney for Plaintiff**  
                                               3080 Campbellton Road Southwest  
                                               Atlanta, Georgia 30311  
                                               (404)-344-4242