# EXHIBIT "B"

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

BLANCA MOURE-CABRERA,

    Plaintiff,

Case No. 19-000727

v.

Johnson & Johnson Consumer Inc. and
Johnson and Johnson

    Defendants.

_____/

## VERDICT

We, the Jury, return the following Verdict:

1. Was there asbestos in Johnson's Baby Powder used by Blanca Moure-Cabrera?

    YES __✓__        NO _____

**If your answer to Question 1 is NO, then your verdict is for Johnson & Johnson, and you should not proceed further except to sign and date this Verdict and return it to the courtroom. If you answered YES to Question 1, please answer Question 2.**

2. Was there negligence on the part of Johnson & Johnson concerning Johnson's Baby Powder used by Blanca Moure-Cabrera that was a legal cause of loss, injury, or damage to Blanca Moure-Cabrera?

    YES __✓__        NO _____

**Please proceed to Question 3.**

3. Was there a defect in Johnson's Baby Powder used by Blanca Moure-Cabrera that was a legal cause of loss, injury, or damage to Blanca Moure-Cabrera?

    YES __✓__        NO _____

**If your answer to Question 2 and Question 3 is NO, then your verdict is for Johnson & Johnson, and you should not proceed further except to sign and date this Verdict and return it to the courtroom. If you answered YES to Question 2 or Question 3, please answer Question 4.**

1

4. What is the total amount of Blanca Moure-Cabrera's damages for medical expenses in the past?

$ 3 MILLION

**Please proceed to Question 5.**

5. What is the total amount of Blanca Moure-Cabrera's damages for pain and suffering, disability, physical impairment, mental anguish, inconvenience, and loss of capacity for the enjoyment of life

    a. In the past      $ 3 MILLION

    b. to be sustained in the future      $ 3 MILLION

**TOTAL DAMAGES**
**(add lines 4, 5.a, and 5.b)**      $ 9 MILLION


SO SAY WE ALL this _27_ day of February 2020.

_____
FOREPERSON (Signed)

HUMBERTO AMADOR
FOREPERSON (Printed)

2