IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

BLANCA MOURE-CABRERA,

    Plaintiff,

                                  Case No. 19-000727

v.

Johnson & Johnson Consumer Inc. and
Johnson and Johnson

    Defendants.
_____/

## VERDICT

We, the Jury, return the following Verdict:

1. Was there asbestos in Johnson's Baby Powder used by Blanca Moure-Cabrera?

    YES __✓__        NO _____

**If your answer to Question 1 is NO, then your verdict is for Johnson & Johnson, and you should not proceed further except to sign and date this Verdict and return it to the courtroom. If you answered YES to Question 1, please answer Question 2.**

2. Was there negligence on the part of Johnson & Johnson concerning Johnson's Baby Powder used by Blanca Moure-Cabrera that was a legal cause of loss, injury, or damage to Blanca Moure-Cabrera?

    YES __✓__        NO _____

**Please proceed to Question 3.**

3. Was there a defect in Johnson's Baby Powder used by Blanca Moure-Cabrera that was a legal cause of loss, injury, or damage to Blanca Moure-Cabrera?

    YES __✓__        NO _____

**If your answer to Question 2 and Question 3 is NO, then your verdict is for Johnson & Johnson, and you should not proceed further except to sign and date this Verdict and return it to the courtroom. If you answered YES to Question 2 or Question 3, please answer Question 4.**

1

4. What is the total amount of Blanca Moure-Cabrera's damages for medical expenses in the past?

$ __3 MILLION__

**Please proceed to Question 5.**

5. What is the total amount of Blanca Moure-Cabrera's damages for pain and suffering, disability, physical impairment, mental anguish, inconvenience, and loss of capacity for the enjoyment of life

    a. In the past      $ __3 MILLION__

    b. to be sustained in the future      $ __3 MILLION__

**TOTAL DAMAGES** (add lines 4, 5.a, and 5.b)      $ __9 MILLION__

SO SAY WE ALL this __27__ day of February 2020.

_[signature]_
FOREPERSON (Signed)

__HUMBERTO AMADOR__
FOREPERSON (Printed)

2