## **CERTIFICATE OF SERVICE**

I, P. Leigh O'Dell, hereby certify that I caused a copy of the foregoing Consolidated Motion to File Under Seal to be filed electronically via the court's electronic filing system the 18th day of January 2022. Those attorneys who are registered with the court's electronic filing system may access these filing through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:       January 18, 2022

>Respectfully submitted,
>
>/s/ *P. Leigh O'Dell*
>
>P. Leigh O'Dell
>BEASLEY, ALLEN, CROW, METHVIN,
>PORTIS & MILES, P.C.
>218 Commerce Street
>Montgomery, AL 36104
>Tel: 334-269-2343
>Fax: 334-954-7555
>Leigh.odell@beasleyallen.com