**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO*:<br><br>**THE FERRARO LAW FIRM, P.A.'S MOTIONS FOR RELIEF FROM COMMON BENEFIT FEE ASSESSMENTS (ECF DOC. NOS. 26550 AND 26551)** | MDL NO. 16-2738 (FLW) (LHG) |

**ORDER**

AND NOW, this <u>  19th  </u> day of <u>  January          </u>, 2022, upon consideration of the Plaintiffs' Steering Committee's Motion for Leave to File a Sur-Reply To the Reply Relating to the Motions for Relief from CMO 7(A) by the Ferraro Law Firm, P.A., it is hereby ORDERED that the motion is GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs' Steering Committee shall file its Sur-Reply on the docket within 5 days of entry of this Order.

/s/ Freda L. Wolfosn
FREDA L. WOLFSON, USDJ