UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2738<br>Master Docket No. 3:16-md-2738<br>JUDGE FREDA L. WOLFSON<br>JUDGE LOIS H. GOODMAN |

## NOTICE OF FIRM NAME, MAILING ADDRESS, EMAIL ADDRESS, AND PHONE NUMBER CHANGE

COMES NOW, Edward A. Wallace, and Timothy E. Jackson, of Wallace Miller, who hereby gives notice to this Honorable Court, all parties, and all counsel of record who have made an appearance in these matters, that the firm name, address, phone number, and email address of Wexler Wallace, LLP. has changed. Effective immediately, the new firm name, address, and email addresses are as follows:

Edward A. Wallace
Timothy E. Jackson
*Wallace Miller*
T. 312.261.6193 // F. 312.275.8174
111 West Jackson Blvd, Suite 1700,
Chicago, IL 60604

Date: February 4, 2022

Respectfully submitted,

/s/Edward A. Wallace
***Wallace Miller***
T. 312.261.6193 // F. 312.275.8174
111 West Jackson Blvd, Suite 1700,
Chicago, IL 60604

## **CERTIFICATE OF SERVICE**

      I, Edward A. Wallace., hereby certify that on February 4, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Date: February 4, 2022                                                  Respectfully submitted,

                                                                                                               /s/Edward A. Wallace
                                                                                                 ***Wallace Miller***
                                                                  T. 312.261.6193 // F. 312.275.8174
                                                                   111 West Jackson Blvd, Suite 1700,
                                                                               Chicago, IL 606