UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Joan M. Conley v. Johnson & Johnson, et al.<br><br>Case No. 3:22-cv-01525-FLW-LHG | MDL No. 2738 (FLW) (LHG)<br><br>**Chief Judge Freda L. Wolfsong**<br><br>**Magistrate Judge Lois H. Goodman**<br><br>Civ. Action No.:  3:22-cv-01525 |

NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 re Filing of Short Form Complaints that the Short Form Complaint and Jury Demand was filed on March 19, 2022 on behalf of Plaintiff Joan M. Conley.

Dated this 18th day of March, 2022.

          AXLEY BRYNELSON, LLP

          *Electronically signed by Heath P. Straka*
          Heath P. Straka, State Bar No. 1031351
          Attorneys for Plaintiff
          2 East Mifflin Street (53703)
          Post Office Box 1767
          Madison, WI 53701-1767
          Phone: (608) 257-5661
          Fax:    (608) 257-5444
          E-mail: hstraka@axley.com