# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 16-md-2738-FLW-LHG<br><br>MDL No. 2738<br><br>**ORDER APPOINTING SPECIAL MASTER** |

**THIS MATTER** having been opened to the Court *sua sponte*; it appearing that on March 23, 2021, the Court, pursuant to Fed. R. Civ. P. 53(a), appointed Hon. Joel Schneider, U.S.M.J. (ret.), as the replacement Special Discovery Master in this matter, which appointment was necessary to assist the Court in the discovery process of this Multidistrict Litigation ("MDL");[1] it appearing that in accordance with Fed. R. Civ. P. 53(b)(3), Judge Schneider has already submitted a Declaration, attesting that no grounds for disqualification under 28 U.S.C. § 455 exist; it appearing that certain plaintiffs filed two separation motions [Dkt # 26550 and 26551] for relief from common benefit fee assessments, to which the Plaintiffs' Steering Committee opposes [Dkt # 26558]; it appearing that based on the Court's prior appointment of Judge Schneider as a Special Master in this matter, it is appropriate to refer these motions to Judge Schneider; accordingly,

**IT IS** on this 22nd day of March, 2022,

---

[1] This MDL has largely been stayed by the automatic stay and injunction issued by the Bankruptcy Court in *In re LTL Management LLC*, No. 21-30589(MBK). However, because this matter involves Plaintiffs' Common Benefit Fund, not the asset of the estate, it is not affected by the stay.

**ORDERED** that the Hon. Joel Schneider, U.S.M.J. (ret.), shall be appointed as the Special Master in resolving Plaintiffs' motions for relief from common benefit fee assessments; and it is further

**ORDERED** that a final decision issued by Judge Schneider may be appealed to the Undersigned.

/s/    Freda L. Wolfson
Hon. Freda L. Wolfson
Chief Judge