**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

**SPECIAL MASTER ORDER NO. 13**

The Special Master ("SM") having been referred the motion docketed at Dkt. Nos. 26550 and 26551 ("The Ferraro Law Firm, P.A.'s Motion for Relief from Common Benefit Fee Assessment"); and the SM making it clear that it is only addressing and deciding the referenced motion and no other substantive or jurisdictional issue that involves common benefits; and accordingly,

IT IS HEREBY ORDERED this 28th day of March, 2022, as follows:

1.   Oral argument on the referenced motion will be held via zoom on May 5, 2022, at 11:00 a.m. (EDT).

2.   Movant's counsel shall arrange the zoom conference and shall make arrangements to send zoom invitations to all interested persons who request to participate at the oral argument. All persons who request to participate at the oral argument shall notify movant's counsel.

Dated: March 28, 2022          By: _s/Joel Schneider_
                               SPECIAL MASTER
                               HON. JOEL SCHNEIDER (RET.)