UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

### SPECIAL MASTER ORDER NO. 14

The Special Master ("SM") having been referred the motion docketed at Dkt. Nos. 26550 and 26551 ("The Ferraro Law Firm, P.A.'s Motion for Relief from Common Benefit Fee Assessment"); and the SM making it clear that it is only addressing and deciding the referenced motion and no other substantive or jurisdictional issue that involves common benefits; and accordingly,

IT IS HEREBY ORDERED this 5th day of April, 2022, as follows:

Oral argument on the referenced motion, which was previously scheduled for May 5, 2022 at 11:00 a.m. (EDT) pursuant to Special Master Order No. 13, will instead be held via Zoom on **May 5, 2022, at 4:30 p.m.** (EDT).

Movant's counsel shall arrange the zoom conference and shall make arrangements to send zoom invitations to all interested persons who request to participate at the oral argument. All persons who request to participate at the oral argument shall notify movant's counsel.

Dated:  April 5, 2022                                       By:  s/Joel Schneider
                                                                                SPECIAL MASTER
                                                                                HON. JOEL SCHNEIDER (RET.)