SPRINGER LAW FIRM, PLLC
18 Court Street
Madisonville, Kentucky 42431
(270) 825-2284
*Attorney for Plaintiff, Alaina Gail Nicole Scott*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON<br>TALCUM POWER PRODUCTS<br>MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-FLW-LGH |

*This document relates to:*
Alaina Gail Nicole Scott v. Johnson & Johnson, et al.,
Case No. 3:19-cv-21013

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 28, 2022 on behalf of Plaintiff, Alaina Gail Nicole Scott.

Respectfully Submitted,

By: /s/ Thomas E. Springer, III
    Thomas E. Springer, III, Esq.
    Springer Law Firm, PLLC
    18Court Street
    Madisonville, KY 42431
    Telephone Number: (270) 825-2284
    Fax Number: (270) 825-2287
    E-mail: tomspringer@bellsouth.net
    Attorney for Plaintiff Alaina Gail Nicole Scott

Dated: April 28, 2022.

## **CERTIFICATE OF SERVICE**

I hereby certify that on 28th day of April, 2022, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Thomas E. Springer, III
Thomas E. Springer, III, Esq.
SPRINGER LAW FIRM, PLLC