UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, <br><br>This document relates to: <br><br>Carol Innis v. Johnson & Johnson, et al. <br>Civil Action No.: 3:22-cv-02398 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 26, 2022 on behalf of Plaintiff Carol Innis.

Dated: May 2, 2022

Respectfully submitted,

/s/ William L. Clark
SHANE A. NEWLANDS, ESQUIRE
Florida Bar No.: 116908
WILLIAM L. CLARK, ESQUIRE
Florida Bar No.: 089785
JEREMIAH C. FUES, ESQUIRE
Florida Bar No: 1010491
NEWLANDS AND CLARK
11161 East State Road 70, Suite 110-168
Lakewood Ranch, FL 34202
Telephone: (727) 608-4335
Primary Email:  lee@newlandsclark.com
Secondary Email: shane@newlandsclark.com
Secondary Email: pleadings@newlandsclark.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system on May 2, 2022.

/s/ William L. Clark
SHANE A. NEWLANDS, ESQUIRE
Florida Bar No.: 116908
WILLIAM L. CLARK, ESQUIRE
Florida Bar No.: 089785
JEREMIAH C. FUES, ESQUIRE
Florida Bar No: 1010491
NEWLANDS AND CLARK
11161 East State Road 70, Suite 110-168
Lakewood Ranch, FL 34202
Telephone: (727) 608-4335
Primary Email: lee@newlandsclark.com
Secondary Email: shane@newlandsclark.com
Secondary Email: pleadings@newlandsclark.com

*Counsel for Plaintiff*
