**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>LOIS H. GOODMAN<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 EAST STATE STREET<br>ROOM 7050<br>TRENTON, NJ 08608<br>609-989-2114 |

October 21, 2022

**LETTER ORDER**

Re:   **JOHNSON & JOHNSON TALCUM POWDER PRODUCTIONS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**
      **Civil Action No. 16-2738 (FLW)(LHG)**

Dear Counsel:

The Court has received Motions to Withdraw as Counsel or Motions to Substitute Counsel in a number of the individual matters for this multidistrict litigation ("Motions"). The opposition period has expired on all Motions. Furthermore, granting the Motions will not leave any Plaintiff without counsel. In the interest of expediting their resolution and conserving Court resources, the Court hereby GRANTS the motions identified on attached Schedule A.

   **IT IS SO ORDERED.**

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**

## SCHEDULE A

| No. | Civil Action No. | Plaintiff Name in Caption | ECF No. |
|-----|------------------|---------------------------|---------|
| 1   | 20-6748          | Bond-Booth and Booth      | 10      |
| 2   | 20-9323          | Fitzpatrick               | 8       |
| 3   | 20-12242         | Ratcliffe                 | 9       |
| 4   | 20-14051         | Willman                   | 10      |
| 5   | 20-14292         | Shugart                   | 9       |
| 6   | 20-14591         | Sumter                    | 11      |
| 7   | 20-14656         | Hughes                    | 11      |
| 8   | 20-14866         | Davis                     | 8       |
| 9   | 20-15191         | Janzen                    | 5       |
| 10  | 20-15505         | Garza                     | 11      |
| 11  | 20-15516         | Colter                    | 10      |
| 12  | 20-15615         | Mckenzie                  | 8       |
| 13  | 21-00794         | Tinder                    | 9       |
| 14  | 21-04703         | Lutz                      | 7       |
| 15  | 21-05680         | Harris                    | 8       |
| 16  | 21-06661         | Jennings                  | 8       |
| 17  | 21-13039         | Hebert                    | 6       |