# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document relates to:*<br>Barbara Brigman v. J&J, CASE NO: 3:17-cv-08135<br>Joan Ikemoto v. J&J, CASE NO: 3:17-cv-08141<br>Dina Palacios v. J&J, CASE NO: 3:17-cv-08145<br>Patricia Sumner v. J&J, CASE NO: 3:17-cv-08142<br>Rosalyn Anderson v. J&J, CASE NO: 3:17-cv-08142 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Paul Doolittle, Esq of Poulin | Willey | Anastopoulo, LLC as counsel for Plaintiffs Barbara Brigman, Joan Ikemoto, Dina Palacios, Patricia Sumner, and Rosalyn Anderson.

Respectfully submitted,

**POULIN | WILLEY | ANASTOPOULO, LLC**

*/s/ Paul Doolittle*
Paul Doolittle, Esq.
SC Attorney ID: 66490
32 Ann Street
Charleston, SC 29403
(P): (843) 614-8888
(F): (843) 494-5536
Email: pauld@akimlawfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

BY: */s/ Paul Doolittle*
Paul Doolittle, Esq.
SC Attorney ID: 66490
32 Ann Street
Charleston, SC 29403
(P): (843) 614-8888
(F): (843) 494-5536
Email: pauld@akimlawfirm.com
Attorneys for Plaintiff