IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document relates to:*<br>Barbara Brigman v. J&J, CASE NO: 3:17-cv-08135<br>Joan Ikemoto v. J&J, CASE NO: 3:17-cv-08141<br>Dina Palacios v. J&J, CASE NO: 3:17-cv-08145<br>Patricia Sumner v. J&J, CASE NO: 3:17-cv-08142<br>Rosalyn Anderson v. J&J, CASE NO: 3:17-cv-08142 | Civil No. 3:16-md-2738-FLW-LHG |

## WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE of the *Withdrawal of Appearance* of Stefan B. Feidler, Esq of Anastopoulo Law Firm, LLC, aka Poulin, Willey, Anastopoulo, LLC as counsel for Plaintiffs Barbara Brigman, Joan Ikemoto, Dina Palacios, Patricia Sumner, and Rosalyn Anderson.

Respectfully submitted,

**POULIN | WILLEY | ANASTOPOULO, LLC**

*/s/ Stefan B. Feidler*
Stefan B. Feidler, Esq.
S.C. Federal ID No.: 12353
32 Ann Street
Charleston, SC 29403
(P): (843) 614-8888
(F): (843) 494-5536
Email: stefan@feidlerlawfirm.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Respectfully submitted,

**POULIN | WILLEY | ANASTOPOULO, LLC**

*/s/ Stefan B. Feidler*
Stefan B. Feidler, Esq.
S.C. Federal ID No.: 12353
32 Ann Street
Charleston, SC 29403
(P): (843) 614-8888
(F): (843) 494-5536
Email: stefan@feidlerlawfirm.com
Attorneys for Plaintiffs