# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*: Cajet Ann Potter, 3:22-cv-06386 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on November 1, 2022 on behalf of Plaintiff Cajet Ann Potter.

Dated: November 1, 2022

                                                    Respectfully Submitted,

                                                    /s/ *Ian F. Taylor*
                                                    Ian F. Taylor
                                                    Lewis, Kullman, Sterbcow & Abramson, LLC
                                                    Louisiana Bar No. 33408
                                                    601 Poydras St., Suite 2615
                                                    New Orleans, LA 70130
                                                    Phone: 504-588-1500
                                                    Fax:  504-588-1514
                                                    itaylor@lksalaw.com
                                                    ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: November 1, 2022

                                                                   /s/ *Ian F. Taylor*