## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> CASEY LANHAM, <br><br>                        Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON; JOHSON & JOHSON CONSUMER, INC.; IMERYS TALC AMERICA, INC.; and PERSONAL CARE PRODUCTS COUNCIL, <br><br>                   Defendants. | **MDL No. 16- 2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H GOODMAN** <br><br> Civil Action No.: 3:22-cv-06379-FLW-LHG |

## DISMISSAL WITH PREJUDICE OF DEFENDANT PERSONAL CARE PRODUCTS COUNCIL

COMES NOW Plaintiff, **Casey Lanham**, and pursuant to Fed. R. Civ. P. 41, hereby dismisses with prejudice her claims against Defendant, Personal Care Products Council, only. None of the claims against the remaining defendants shall be affected by this dismissal.

Dated:  November 03, 2022,        Respectfully submitted,

                                          **POULIN | WILLEY | ANASTOPOULO, LLC**

                                          BY: */s/ Paul Doolittle*
                                          Paul Doolittle, Esq.
                                          SC Attorney ID: 66490
                                          Blake G. Abbott, Esq.

SC Attorney ID: 104423
32 Ann Street
Charleston, SC 29403
(P): (843) 614-8888
(F): (843) 494-5536
Email: pauld@akimlawfirm.com
Email: blake@akimlawfirm.com
ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 03, 2022, a copy of the foregoing Dismissal With Prejudice of Defendant Personal Care Products Council was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Paul Doolittle, Esq.
S.C. Federal ID No.: 6012
Blake G. Abbott, Esq.
S.C Federal ID No.: 13354
