UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION: | MDL NO. 2738(FLW)(LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN) |

**THIS DOCUMENT RELATES TO:**
*The cases listed on the attached Exhibit A*

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS ORDERED** that the Motion is **GRANTED** and that Richard L. Root be withdrawn and Betsy J. Barnes be substituted as lead counsel of record in the civil actions and for the plaintiffs identified in Exhibit A of the instant motion.

New Orleans, Louisiana this _____ day of _____, 2022.

_____
JUDGE FREDA L. WOLFSON