## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION:

**MDL NO. 2738(FLW)(LHG)**

**JUDGE FREDA L. WOLFSON**
**MAG. JUDGE LOIS H. GOODMAN**

THIS DOCUMENT RELATES TO:
*The cases listed on the attached Exhibit A*

### ORDER

Considering the foregoing Motion to Substitute Counsel of Record [Docket Entry No. 26582]:

**IT IS ORDERED** that the Motion is **GRANTED** and that Richard L. Root be withdrawn and Betsy J.

Barnes be substituted as lead counsel of record in the civil actions and for the plaintiffs identified in

Exhibit A of the instant motion.

ORDERED this 9th day of November, 2022.

LOIS H. GOODMAN
United States Magistrate Judge

EXHIBIT A

| Case Number | Case Name |
|---|---|
| 3:2016cv07893 | TETLOW v. JOHNSON & JOHNSON et al |
| 3:2016cv08774 | Jolla v. Johnson & Johnson et al |
| 3:2016cv08793 | Bier v. Johnson & Johnson et al |
| 3:2016cv08805 | Lee v. Johnson & Johnson, et al |
| 3:2016cv08806 | Daniels v. Johnson & Johnson, et al |
| 3:2016cv08964 | Meyer v. Johnson & Johnson et al |
| 3:2016cv08966 | Gray v. Johnson & Johnson et al |
| 3:2017cv01485 | Alfred et al v. Johnson & Johnson et al |
| 3:2017cv01486 | Gipson v. Johnson & Johnson et al |
| 3:2017cv01487 | Hartwell v. Johnson & Johnson et al |
| 3:2017cv01503 | Diamonds v. Johnson & Johnson et al |
| 3:2017cv01504 | Landry v. Johnson & Johnson et al |
| 3:2017cv01583 | Engle v. Johnson & Johnson, et al |
| 3:2017cv03917 | BARNES v. JOHNSON & JOHNSON  et al |
| 3:2017cv03919 | COLLINS v. JOHNSON AND JOHNSON et al |
| 3:2017cv03920 | CUTRER v. JOHNSON & JOHNSON et al |
| 3:2017cv03921 | DOERER v. JOHNSON & JOHNSON et al |
| 3:2017cv03922 | DUCKWORTH v. JOHNSON & JOHNSON et al |
| 3:2017cv03923 | DUFRENE v. JOHNSON & JOHNSON et al |
| 3:2017cv03924 | ENGLISH v. JOHNSON & JOHNSON et al |
| 3:2017cv03925 | ESTES v. JOHNSON & JOHNSON et al |
| 3:2017cv03926 | FRUGE v. JOHNSON & JOHNSON et al |
| 3:2017cv03927 | GALLE v. JOHNSON & JOHNSON et al |
| 3:2017cv03929 | HUBBARD v. JOHNSON AND JOHNSON et al |
| 3:2017cv03930 | JACKSON  v. JOHNSON AND JOHNSON et al |
| 3:2017cv03932 | JERRO v. JOHNSON AND JOHNSON CONSUMER INC. et al |
| 3:2017cv03933 | JOHNSON v. JOHNSON AND JOHNSON et al |
| 3:2017cv03934 | LAFLEUR v. JOHNSON AND JOHNSON et al |
| 3:2017cv03935 | LANDRY v. JOHNSON AND JOHNSON et al |
| 3:2017cv03936 | LATIN v. JOHNSON AND JOHNSON et al |
| 3:2017cv03938 | LOWREY v. JOHNSON AND JOHNSON et al |
| 3:2017cv03939 | MATHERNE v. JOHNSON AND JOHNSON et al |
| 3:2017cv03940 | SMITH v. JOHNSON AND JOHNSON et al |
| 3:2017cv03941 | TAUZIER v. JOHNSON AND JOHNSON et al |
| 3:2017cv03942 | TAYLOR v. JOHNSON & JOHNSON et al |
| 3:2017cv03943 | WHITSON v.  JOHNSON & JOHNSON, et al |
| 3:2018cv05290 | GARNETT v. JOHNSON & JOHNSON et al |
| 3:2018cv08606 | BARNES v. JOHNSON & JOHNSON et al |
| 3:2018cv08640 | BERFECT-CULLER v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv08660 | BUSH v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv08665 | BUSH v. JOHNSON & JOHNSON et al |
| 3:2018cv08667 | CHEDAKA v. JOHNSON & JOHNSON et al |
| 3:2018cv08683 | COBB v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv08688 | COOPER  v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv08692 | FONTENOT v. JOHNSON & JOHNSON et al |
| 3:2018cv08752 | GRAY v. IMERYS TALC AMERICA, INC. et al |

| 3:2018cv08755 | GUILLOT v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv08852 | HARDY v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv08864 | HARRIS v. JOHNSON & JOHNSON et al |
| 3:2018cv08921 | HIDALGO v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv08963 | HIGHTOWER v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv08970 | HILLARD v. JOHNSON & JOHNSON et al |
| 3:2018cv08990 | JAMES v. JOHNSON & JOHNSON et al |
| 3:2018cv09188 | JONES v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09221 | LAURENT v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09225 | LEWIS v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09260 | LEWIS v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09270 | MABILE v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09272 | MELANCON v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09300 | MILSTEAD v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09423 | PIAZZA v. JOHNSON & JOHNSON et al |
| 3:2018cv09566 | RANATZA v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09686 | ROMERO v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09700 | SCOTT v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09728 | SCOTT v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09741 | TURNER v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09763 | WINTERS v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09804 | CAZALOT v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09807 | CHAISSON v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09811 | CLAPP v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09812 | FRANCIS-NORMAN v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09820 | COLEMAN v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09824 | COOPER v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09828 | DEVILLE v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09830 | EASON v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09854 | FLETCHER v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09859 | FONTENOT v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09868 | FULLER v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09883 | GASTON v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09888 | HEBERT v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09947 | SEALS v. JOHNSON & JOHNSON et al |
| 3:2018cv09955 | WILLIAMS v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09960 | LUCAS et al v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09964 | WILLIAMS v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09968 | RICHARD v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09976 | TAYLOR v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv09979 | MENSMAN et al v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv10007 | MILLER et al v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv10010 | NATHAN v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv10015 | SMITH et al v. IMERYS TALC AMERICA, INC. et al |
| 3:2018cv10415 | DICKERSON v. JOHNSON & JOHNSON et al |
| 3:2018cv10548 | PHILLIPPELLO v. JOHNSON & JOHNSON et al |
| 3:2018cv10694 | LABICHE v. JOHNSON & JOHNSON et al |

| | |
|---|---|
| 3:2018cv10703 | WARD v. JOHNSON & JOHNSON et al |
| 3:2018cv10712 | RICHARD v. JOHNSON & JOHNSON, INC. et al |
| 3:2018cv10728 | MADDOX v. JOHNSON & JOHNSON et al |
| 3:2018cv10987 | TAUZIER v. JOHNSON & JOHNSON et al |
| 3:2018cv10991 | JACKSON  v. JOHNSON & JOHNSON et al |
| 3:2018cv10996 | DUFRENE v. JOHNSON & JOHNSON et al |
| 3:2018cv10999 | LOWREY v. JOHNSON & JOHNSON et al |
| 3:2018cv11000 | HARTSFIELD v. JOHNSON & JOHNSON et al |
| 3:2018cv11001 | LATIN v. JOHNSON & JOHNSON et al |
| 3:2018cv11003 | FRUGE v. JOHNSON & JOHNSON et al |
| 3:2018cv11019 | THOMPSON v. JOHNSON & JOHNSON et al |
| 3:2018cv11021 | VITALE v. JOHNSON & JOHNSON et al |
| 3:2018cv11247 | JERRO v. JOHNSON & JOHNSON et al |
| 3:2018cv11250 | LAFLEUR v. JOHNSON & JOHNSON et al |
| 3:2018cv11256 | BELGARD v. JOHNSON & JOHNSON et al |
| 3:2018cv11261 | JOHNSON v. JOHNSON & JOHNSON et al |
| 3:2018cv11433 | LAFRANCE v. JOHNSON & JOHNSON et al |
| 3:2018cv11434 | BLACK v. JOHNSON & JOHNSON et al |
| 3:2018cv11438 | GEORGE et al v. JOHNSON & JOHNSON et al |
| 3:2018cv11440 | JONES v. JOHNSON & JOHNSON et al |
| 3:2018cv11679 | THOMPSON et al v. JOHNSON & JOHNSON et al |
| 3:2018cv11906 | HUCKELBY v. JOHNSON & JOHNSON et al |
| 3:2018cv11907 | WILLIAMS v. JOHNSON & JOHNSON et al |
| 3:2018cv11918 | BURTON v. JOHNSON & JOHNSON et al |
| 3:2018cv11921 | BURNETT v. JOHNSON & JOHNSON et al |
| 3:2018cv11945 | PITTS v. JOHNSON & JOHNSON et al |
| 3:2018cv11948 | CUTRER v. JOHNSON & JOHNSON et al |
| 3:2018cv11977 | WHITSON v. JOHNSON & JOHNSON et al |
| 3:2018cv11984 | BALTHAZAR v. JOHNSON & JOHNSON et al |
| 3:2018cv11991 | PERKINS v. JOHNSON & JOHNSON et al |
| 3:2018cv12393 | TAMOR et al v. JOHNSON & JOHNSON et al |
| 3:2018cv12674 | CANAVIER v. JOHNSON & JOHNSON et al |
| 3:2018cv12675 | NEWMAN v. JOHNSON & JOHNSON et al |
| 3:2018cv12676 | SCHEFFER v. JOHNSON & JOHNSON et al |
| 3:2018cv12975 | DESALLE et al v. JOHNSON & JOHNSON et al |
| 3:2018cv13771 | MARIE v. JOHNSON & JOHNSON et al |
| 3:2018cv13779 | TOUPS v. JOHNSON & JOHNSON et al |
| 3:2018cv13784 | OWENS et al v. JOHNSON & JOHNSON et al |
| 3:2018cv13792 | MONNERJAHN et al v. JOHNSON & JOHNSON et al |
| 3:2018cv14488 | JAMES v. JOHNSON & JOHNSON et al |
| 3:2018cv14495 | MATHERNE v. JOHNSON & JOHNSON et al |
| 3:2018cv14524 | HAMMOND v. JOHNSON & JOHNSON et al |
| 3:2018cv14530 | JOHNSON v. JOHNSON & JOHNSON et al |
| 3:2018cv14538 | HARTWELL v. JOHNSON & JOHNSON et al |
| 3:2018cv14539 | ESTES v. JOHNSON & JOHNSON et al |
| 3:2018cv14543 | LANDRY v. JOHNSON & JOHNSON et al |
| 3:2018cv14546 | LOUPE v. JOHNSON & JOHNSON et al |

| | |
|---|---|
| 3:2018cv14577 | MACK v. JOHNSON & JOHNSON  et al |
| 3:2018cv14578 | TATUM v. JOHNSON & JOHNSON et al |
| 3:2018cv14579 | ARNOLD v. JOHNSON AND JOHNSON et al |
| 3:2018cv15095 | MAESTRI v. JOHNSON & JOHNSON CONSUMER, INC.  et al |
| 3:2018cv15096 | MARTIN v. JOHNSON AND JOHNSON et al |
| 3:2018cv15097 | STOCK et al v. JOHNSON & JOHNSON, et al |
| 3:2018cv15098 | ORCINO v. JOHNSON AND JOHNSON et al |
| 3:2018cv15154 | WALKER v. JOHNSON AND JOHNSON et al |
| 3:2018cv15155 | WASHINGTON  v. JOHNSON AND JOHNSON et al |
| 3:2018cv15200 | MCGINNIS v. JOHNSON AND JOHNSON et al |
| 3:2018cv15586 | MEANS v. JOHNSON AND JOHNSON et al |
| 3:2018cv15588 | RAINEY  v. JOHNSON AND JOHNSON et al |
| 3:2018cv15650 | ROY v. JOHNSON AND JOHNSON et al |
| 3:2018cv15653 | HOLLMAN v. JOHNSON AND JOHNSON et al |
| 3:2018cv15696 | ALLGOOD v. JOHNSON & JOHNSON et al |
| 3:2018cv15972 | SONNIER v. JOHNSON & JOHNSON et al |
| 3:2018cv15978 | VERGES v. JOHNSON & JOHNSON et al |
| 3:2018cv16103 | WINKLER v. JOHNSON AND JOHNSON et al |
| 3:2018cv17053 | MCGRATH v. JOHNSON AND JOHNSON CONSUMER, INC. et al |
| 3:2018cv17097 | FESSLER v. JOHNSON AND JOHNSON et al |
| 3:2018cv17098 | BURKETT v. JOHNSON AND JOHNSON et al |
| 3:2019cv00087 | GALLOT v. JOHNSON AND JOHNSON et al |
| 3:2019cv00090 | MADISON v. JOHNSON AND JOHNSON et al |
| 3:2019cv00093 | SANTEMORE v. JOHNSON AND JOHNSON et al |
| 3:2019cv00768 | ROBINS v. JOHNSON AND JOHNSON et al |
| 3:2019cv00770 | SPILLMAN SOLARIE v. IMERYS TALC AMERICA, INC (&quot;IMERYS TALC&quot;) et al |
| 3:2019cv00886 | BUNYARD v. JOHNSON AND JOHNSON et al |
| 3:2019cv00924 | CLAUDY v. JOHNSON AND JOHNSON et al |
| 3:2019cv00925 | PICOU v. JOHNSON AND JOHNSON et al |
| 3:2019cv00926 | GREEN  v. JOHNSON AND JOHNSON et al |
| 3:2019cv00927 | BOSWELL v. JOHNSON AND JOHNSON et al |
| 3:2019cv00942 | JOSEPH  v. JOHNSON AND JOHNSON et al |
| 3:2019cv00943 | MAGEE v. JOHNSON AND JOHNSON et al |
| 3:2019cv00946 | BOSWELL v. JOHNSON AND JOHNSON et al |
| 3:2019cv00947 | MITCHELL v. JOHNSON AND JOHNSON et al |
| 3:2019cv00951 | SPIKES-BICKHAM v. JOHNSON AND JOHNSON et al |
| 3:2019cv00954 | WARREN et al v. JOHNSON AND JOHNSON et al |
| 3:2019cv01072 | REYER v. JOHNSON AND JOHNSON et al |
| 3:2019cv06273 | WASHINGTON v. JOHNSON & JOHNSON et al |
| 3:2019cv11856 | WILLIAMS et al v. JOHNSON & JOHNSON et al |
| 3:2019cv12555 | SANTEMORE v. JOHNSON & JOHNSON et al |
| 3:2019cv13602 | FILLERS v. JOHNSON & JOHNSON et al |
| 3:2019cv13603 | BROWN v. JOHNSON & JOHNSON et al |
| 3:2019cv13605 | BRACKETT v. JOHNSON & JOHNSON et al |
| 3:2019cv13606 | GOODSON v. JOHNSON & JOHNSON et al |
| 3:2019cv13607 | BLANKENSHIP v. JOHNSON & JOHNSON et al |

| 3:2019cv13608 | GRIDER v. JOHNSON & JOHNSON et al |
| 3:2019cv14770 | MCLAUGHLIN et al v. JOHNSON AND JOHNSON et al |
| 3:2019cv18411 | BARRIOS  v. JOHNSON & JOHNSON et al |
| 3:2019cv18946 | THE ESTATE OF LOUISE JEANETTA JOHNSON v. JOHNSON & JOHNSON et al |
| 3:2020cv03023 | LESHINE v. JOHNSON & JOHNSON et al |
| 3:2020cv09236 | MORRIS v. JOHNSON AND JOHNSON CONSUMER, INC. et al |
| 3:2020cv13022 | LESHINE v. JOHNSON AND JOHNSON et al |
| 3:2020cv18652 | BURKE et al v. JOHNSON & JOHNSON et al |
| 3:2021cv05571 | SUGGS v. JOHNSON & JOHNSON CONSUMER, INC. et al |
| 3:2021cv11854 | DANTIN v. JOHNSON AND JOHNSON et al |
| 3:2021cv12839 | BUTLER v. JOHNSON &  JOHNSON CONSUMER INC et al |
| 3:2021cv14293 | MCLIN v. JOHNSON AND JOHNSON CONSUMER, INC. et al |
| 3:2021cv14297 | COURTEAU v. JOHNSON AND JOHNSON et al |
| 3:2021cv15014 | GRAVES v. JOHNSON AND JOHNSON et al |
| 3:2021cv15346 | BLACK v. JOHNSON & JOHNSON et al |