Mr. Edward Bowman
#06A4121
Adirondack Corr. Facility
P.O. Box 110
Ray Brook, New York 12977-110

TO: United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

November 14, 2022

Dear Clerk:

This is a request for the docket sheet in In re Johnsons & Johnson Talcum Powder Products Marking and Sales Practices and Product Liability Litigation under docket no. 16-2732 (FLW)(LHG) Multidistrict Litigation.

Thank you in advance may God continue to bless you in keep you.

Cordially

Edward Bowman

1 of 1