DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
ADIRONDACK CORRECTIONAL FACILITY
P.O. BOX 110
RAY BROOK, NEW YORK 12977-0110

Mr. Edward Bowman #06A4121

ALBANY NY 120
16 NOV 2022



CORRECTIONAL FACILITY

NEOPOST
11/16/2022
US POSTAGE $000.57⁰

ZIP 12977
041M11284987

TO: United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

ATTN: Clerk office

07102-355199

