# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) |

## CASE MANAGEMENT ORDER NO. 8:
### Modification of Order Appointing Plaintiffs' Steering Committee

**THESE MATTERS** having come before the Court at the request of the Plaintiffs' Executive Committee to change the composition of the Plaintiffs' Steering Committee, and for good cause shown, the Court accepts the resignation of Rick L. Root, and he is removed from the Plaintiffs' Steering Committee. The Plaintiffs' Executive Committee does not seek the appointment of another person to serve on the Plaintiffs' Steering Committee at this time.

**IT IS SO ORDERED.**

Dated: 12/8/2022

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge