UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION: | MDL NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br>The cases listed in the attached Exhibit A | |

## EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW Plaintiffs in the attached Exhibit A, by and through their undersigned attorney Brian A. Goldstein of Goldstein Greco, P.C., with authority to sign on behalf of both Goldstein Greco, P.C. and Cellino Law, LLP, who respectfully requests that Cellino Law, LLP be withdrawn as counsel, and that Goldstein Greco, P.C. be substituted as Lead Counsel on all civil actions and plaintiffs identified on the attached Exhibit A.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Dated: December 14, 2022 	Respectfully Submitted:

*/s/ Brian A. Goldstein*
Brian A. Goldstein
Goldstein Greco, P.C.
2354 Wehrle Drive
Buffalo, New York  14221
(incoming attorneys)


*/s/ Brian A. Goldstein*
Brian A. Goldstein, of Counsel
Cellino Law, LLP
800 Delaware Avenue
Buffalo, New York  14209
(outgoing attorneys)

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein