| EXHIBIT A ||
|---|---|
| Case Number | Case Name |
| 3:17-cv-01362-FLW-LHG | Rupert et al v. Johnson & Johnson et al |
| 3:17-cv-02383-FLW-LHG | Corgliano v. Johnson & Johnson et al |
| 3:17-cv-03000-FLW-LHG | Nancy Pirtle v. Johnson and Johnson et al |
| 3:17-cv-03572-FLW-LHG | Reule et al v. Johnson & Johnson et al |
| 3:17-cv-03574-FLW-LHG | Anthony v. Johnson & Johnson et al |
| 3:17-cv-03944-FLW-LHG | Ghormley et al v. Johnson & Johnson et al |
| 3:17-cv-03949-FLW-LHG | George v. Johnson & Johnson et al |
| 3:17-cv-06492-FLW-LHG | Horace E. Lumpkin v. Johnson and Johnson et al |
| 3:17-cv-07645-FLW-LHG | Yarden et al v. Johnson & Johnson et al |
| 3:17-cv-07765-FLW-LHG | LUCANTONI v. JOHNSON & JOHNSON et al |
| 3:17-cv-09616-FLW-LHG | Grier v. Johnson & Johnson et al |
| 3:17-cv-11363-FLW-LHG | Glaser et al v. Johnson & Johnson et al |
| 3:17-cv-12468-FLW-LHG | BREWER v. JOHNSON & JOHNSON et al |
| 3:17-cv-13069-FLW-LHG | LEE et al v. JOHNSON & JOHNSON et al |
| 3:17-cv-13747-FLW-LHG | Williams v. Johnson & Johnson et al |
| 3:18-cv-00469-FLW-LHG | Chamberlin v. Johnson & Johnson |
| 3:18-cv-00470-FLW-LHG | Albert v. Johnson & Johnson et al |
| 3:18-cv-00471-FLW-LHG | Castiglione v. Johnson & Johnson et al |
| 3:18-cv-00473-FLW-LHG | Ray v. Johnson & Johnson et al |
| 3:18-cv-01789-FLW-LHG | WALTER v. Johnson & Johnson et al |
| 3:18-cv-02041-FLW-LHG | Peterson v. Johnson & Johnson et al |
| 3:18-cv-03162-FLW-LHG | COYE v. JOHNSON & JOHNSON et al |
| 3:18-cv-03451-FLW-LHG | Willa Pace v. Johnson and Johnson et al |
| 3:18-cv-03780-FLW-LHG | ZIGMAN v. JOHNSON & JOHNSON et al |
| 3:18-cv-05397-FLW-LHG | Colantino v. Johnson & Johnson, et al |
| 3:18-cv-05400-FLW-LHG | CEFFALIA v. JOHNSON & JOHNSON et al |
| 3:18-cv-08263-FLW-LHG | Munoz v. Johnson & Johnson et al |
| 3:18-cv-09990-FLW-LHG | Aribon et al v. Johnson & Johnson et al |
| 3:18-cv-10641-FLW-LHG | Rowland v. Johnson & Johnson et al |
| 3:18-cv-10758-FLW-LHG | Skinner v. Johnson & Johnson et al |
| 3:18-cv-10947-FLW-LHG | Tate-Lewis v. Johnson & Johnson et al |
| 3:18-cv-10949-FLW-LHG | Groth v. Johnson & Johnson et al |
| 3:18-cv-11239-FLW-LHG | Gadsden v. Johnson & Johnson et al |
| 3:18-cv-11240-FLW-LHG | Lesure v. Johnson & Johnson et al |
| 3:18-cv-12250-FLW-LHG | Shlyonsky et al v. Johnson & Johnson et al |
| 3:18-cv-12290-FLW-LHG | KOROP v. JOHNSON AND JOHNSON et al |
| 3:18-cv-12666-FLW-LHG | OLIX v. JOHNSON & JOHNSON et al |
| 3:18-cv-12682-FLW-LHG | BERGHEGER et al v. JOHNSON & JOHNSON et al |
| 3:18-cv-12723-FLW-LHG | WRIGHT v. JOHNSON & JOHNSON et al |
| 3:18-cv-12724-FLW-LHG | ORTIZ v. JOHNSON & JOHNSON et al |
| 3:18-cv-12942-FLW-LHG | Koumoullos Du Purton et al v. Johnson & Johnson et al |
| 3:18-cv-12943-FLW-LHG | Cividanes v. Johnson & Johnson, et al |
| 3:18-cv-12944-FLW-LHG | Rodriguez v. Johnson & Johnson et. al. |
| 3:18-cv-12945-FLW-LHG | Meyer et al v. Johnson & Johnson et al |

| | |
|---|---|
| 3:18-cv-13249-FLW-LHG | HORNE v. JOHNSON & JOHNSON et al |
| 3:18-cv-13250-FLW-LHG | BLUM et al v. JOHNSON & JOHNSON et al |
| 3:18-cv-13290-FLW-LHG | PRUSAK v. JOHNSON & JOHNSON et al |
| 3:18-cv-13330-FLW-LHG | RUSSO et al v. JOHNSON & JOHNSON et al |
| 3:18-cv-13331-FLW-LHG | KAMENS v. JOHNSON & JOHNSON et al |
| 3:18-cv-13333-FLW-LHG | MICHALSKI et al v. JOHNSON & JOHNSON et al |
| 3:18-cv-13656-FLW-LHG | Rice v. Johnson & Johnson et al |
| 3:18-cv-13683-FLW-LHG | Riopedre et al v. Johnson & Johnson et al |
| 3:18-cv-13952-FLW-LHG | BURLEY v. JOHNSON & JOHNSON et al |
| 3:18-cv-14156-FLW-LHG | IMPELLIZZERI v. JOHNSON & JOHNSON et al |
| 3:18-cv-14158-FLW-LHG | Garozzo, et al v. Johnson & Johnson, et al |
| 3:18-cv-14161-FLW-LHG | FERNANDES v. JOHNSON & JOHNSON et al |
| 3:18-cv-14348-FLW-LHG | HOMIRE et al v. JOHNSON & JOHNSON et al |
| 3:18-cv-14349-FLW-LHG | TRINGALI v. JOHNSON & JOHNSON et al |
| 3:18-cv-14411-FLW-LHG | IVESTER v. JOHNSON & JOHNSON et al |
| 3:18-cv-14581-FLW-LHG | BENNETT v. JOHNSON AND JOHNSON et al |
| 3:18-cv-14593-FLW-LHG | BRYANT v. JOHNSON & JOHNSON et al |
| 3:18-cv-14661-FLW-LHG | FELENSTEIN et al v. JOHNSON & JOHNSON et al |
| 3:18-cv-14662-FLW-LHG | HAWES v. JOHNSON & JOHNSON et al |
| 3:18-cv-14663-FLW-LHG | MAGERA v. JOHNSON & JOHNSON et al |
| 3:18-cv-14664-FLW-LHG | LUBKOWSKI et al v. JOHNSON & JOHNSON et al |
| 3:18-cv-14865-FLW-LHG | HAYES v. JOHNSON & JOHNSON et al |
| 3:18-cv-14866-FLW-LHG | D'AMBROSIA v. JOHNSON & JOHNSON et al |
| 3:18-cv-14980-FLW-LHG | BAIR v. JOHNSON & JOHNSON et al |
| 3:18-cv-15088-FLW-LHG | KORKOWSKI v. JOHNSON & JOHNSON et al |
| 3:18-cv-15136-FLW-LHG | Sharifirad v. Johnson and Johnson et al |
| 3:18-cv-15272-FLW-LHG | Doyle v. Johnson & Johnson et al |
| 3:18-cv-15296-FLW-LHG | Vatral v. Johnson & Johnson et al |
| 3:18-cv-15299-FLW-LHG | Fry et al v. Johnson & Johnson et al |
| 3:18-cv-15499-FLW-LHG | KRAWCZYK v. JOHNSON & JOHNSON et al |
| 3:18-cv-16167-FLW-LHG | DePace v. Johnson & Johnson et al |
| 3:18-cv-16187-FLW-LHG | Musarra v. Johnson & Johnson et. al. |
| 3:18-cv-16189-FLW-LHG | Giorlando v. Johnson & Johnson et al |
| 3:18-cv-16224-FLW-LHG | Gabriele Petty v. Johnson and Johnson et al |
| 3:18-cv-17102-FLW-LHG | Rose v. Johnson & Johnson et al |
| 3:18-cv-17107-FLW-LHG | Vilardi et al v. Johnson & Johnson et al |
| 3:18-cv-17162-FLW-LHG | Nowicki v. Johnson & Johnson, et al |
| 3:18-cv-17163-FLW-LHG | Klyczek v. Johnson & Johnson et al |
| 3:19-cv-01000-FLW-LHG | Russo v. Johnson & Johnson et al |
| 3:19-cv-01983-FLW-LHG | Coleman v. Johnson & Johnson et al |
| 3:19-cv-05592-FLW-LHG | Cimino v. Johnson & Johnson, et al |
| 3:19-cv-05595-FLW-LHG | Weber et al v. Johnson & Johnson et al |
| 3:19-cv-05851-FLW-LHG | Nole et al v. Johnson & Johnson et al |
| 3:19-cv-05860-FLW-LHG | Charlebois v. Johnson & Johnson et al |
| 3:19-cv-08479-FLW-LHG | Miller v. Johnson & Johnson et al |
| 3:19-cv-08480-FLW-LHG | Winiarczyk et al v. Johnson & Johnson et al |
| 3:19-cv-08557-FLW-LHG | Dewall et al v. Johnson & Johnson et al |

| | |
|---|---|
| 3:19-cv-09242-FLW-LHG | Scouten v. Johnson & Johnson et al |
| 3:19-cv-09243-FLW-LHG | Sirianno v. Johnson & Johnson et al |
| 3:19-cv-09244-FLW-LHG | Arroyo v. Johnson & Johnson et al |
| 3:19-cv-11418-FLW-LHG | Katz et al v. Johnson & Johnson et al |
| 3:19-cv-12974-FLW-LHG | SALZMANN et al v. JOHNSON & JOHNSON et al |
| 3:19-cv-12975-FLW-LHG | GRAME v. JOHNSON & JOHNSON et al |
| 3:19-cv-12976-FLW-LHG | CARPEN et al v. JOHNSON & JOHNSON et al |
| 3:19-cv-14686-FLW-LHG | Johann et al v. Johnson & Johnson et al |
| 3:19-cv-15044-FLW-LHG | Burgio et al v. Johnson & Johnson et al |
| 3:19-cv-15081-FLW-LHG | Colon v. Johnson & Johnson et al |
| 3:19-cv-15082-FLW-LHG | Adragna v. Johnson & Johnson et al |
| 3:19-cv-15083-FLW-LHG | Athanasio v. Johnson & Johnson et al |
| 3:19-cv-15699-FLW-LHG | Berdzik v. Johnson & Johnson et al |
| 3:19-cv-15743-FLW-LHG | Guisti et al v. Johnson & Johnson et al |
| 3:19-cv-16222-FLW-LHG | Seefeldt et al v. Johnson & Johnson et al |
| 3:19-cv-16225-FLW-LHG | Spychalski v. Johnson & Johnson et al |
| 3:19-cv-16279-FLW-LHG | Smith v. Johnson & Johnson et al |
| 3:19-cv-16461-FLW-LHG | WIGGLE et al v. JOHNSON & JOHNSON et al |
| 3:19-cv-16463-FLW-LHG | CROAL v. JOHNSON & JOHNSON et al |
| 3:19-cv-16642-FLW-LHG | Paul v. Johnson & Johnson et al |
| 3:19-cv-16643-FLW-LHG | Nevins v. Johnson & Johnson, et al |
| 3:19-cv-16645-FLW-LHG | Brown v. Johnson & Johnson et al |
| 3:19-cv-16646-FLW-LHG | Jarvis et al v. Johnson & Johnson et al |
| 3:19-cv-16647-FLW-LHG | Schultz et al v. Johnson & Johnson et al |
| 3:19-cv-16648-FLW-LHG | Zielinski v. Johnson & Johnson et al |
| 3:19-cv-16649-FLW-LHG | Schilling v. Johnson & Johnson et al |
| 3:19-cv-16672-FLW-LHG | Beasley v. Johnson & Johnson et al |
| 3:19-cv-17042-FLW-LHG | Senger et al v. Johnson & Johnson et al |
| 3:19-cv-17043-FLW-LHG | Smith v. Johnson & Johnson et al |
| 3:19-cv-17045-FLW-LHG | Delpriore et al v. Johnson & Johnson et al |
| 3:19-cv-17131-FLW-LHG | FANELLI v. JOHNSON & JOHNSON et al |
| 3:19-cv-17166-FLW-LHG | Wheeler v. Johnson & Johnson et al |
| 3:19-cv-17433-FLW-LHG | GRAVELY v. JOHNSON & JOHNSON et al |
| 3:19-cv-17736-FLW-LHG | Pecora v. Johnson & Johnson et al |
| 3:19-cv-17741-FLW-LHG | Saladyga v. Johnson & Johnson et al |
| 3:19-cv-17743-FLW-LHG | MOORE et al v. Johnson & Johnson et al |
| 3:19-cv-17744-FLW-LHG | ZOLNOWSKI et al. v. Johnson & Johnson et al |
| 3:19-cv-17745-FLW-LHG | Bukaty v. Johnson & Johnson, et al |
| 3:19-cv-18075-FLW-LHG | Neumann v. Johnson & Johnson et al |
| 3:19-cv-18076-FLW-LHG | Berlowitz v. Johnson & Johnson et al |
| 3:19-cv-18077-FLW-LHG | Brown v. Johnson & Johnson et al |
| 3:19-cv-18078-FLW-LHG | Grace, et al v. Johnson & Johnson, et al |
| 3:19-cv-18209-FLW-LHG | Beehler v. Johnson & Johnson et al |
| 3:19-cv-18210-FLW-LHG | Gorkin v. Johnson & Johnson et al |
| 3:19-cv-18218-FLW-LHG | Patterson et al v. Johnson & Johnson et al |
| 3:19-cv-18220-FLW-LHG | Adorno et al v. Johnson & Johnson et al. |

| | |
|---|---|
| 3:19-cv-18221-FLW-LHG | Kay v. Johnson & Johnson et. al. |
| 3:19-cv-18223-FLW-LHG | Maniscalco v. Johnson & Johnson et al |
| 3:19-cv-18225-FLW-LHG | Lubas-Sirianni v. Johnson & Johnson et al |
| 3:19-cv-18226-FLW-LHG | Flunder v. Johnson & Johnson et al |
| 3:19-cv-18228-FLW-LHG | Gravelle v. Johnson & Johnson et al |
| 3:19-cv-18298-FLW-LHG | ELLIOTT v. JOHNSON & JOHNSON et al |
| 3:19-cv-18522-FLW-LHG | Hicks v. Johnson & Johnson et al |
| 3:19-cv-18671-FLW-LHG | MATTHEWS et al v. JOHNSON & JOHNSON et al |
| 3:19-cv-18679-FLW-LHG | Witkowski v. Johnson & Johnson et al |
| 3:19-cv-18681-FLW-LHG | Fahrer v. Johnson & Johnson et al |
| 3:19-cv-18777-FLW-LHG | Buzzelli et al v. Johnson & Johnson et al |
| 3:19-cv-18778-FLW-LHG | Williams et al v. Johnson & Johnson et al |
| 3:19-cv-18780-FLW-LHG | Blake v. Johnson & Johnson et al |
| 3:19-cv-18782-FLW-LHG | Graham et. al. v. Johnson & Johnson et. al. |
| 3:19-cv-18786-FLW-LHG | Webb-Barber et. al. v. Johnson & Johnson et. al. |
| 3:19-cv-18787-FLW-LHG | Sweeney et al v. Johnson & Johnson et al |
| 3:19-cv-18788-FLW-LHG | Kelly et. al. v. Johnson & Johnson et. al. |
| 3:19-cv-18789-FLW-LHG | Cooks v. Johnson & Johnson et. al. |
| 3:19-cv-18796-FLW-LHG | Araujo et. al. v. Johnson & Johnson et. al. |
| 3:19-cv-18797-FLW-LHG | DeTonno v. Johnson & Johnson et al |
| 3:19-cv-18801-FLW-LHG | Jankowiak v. Johnson & Johnson et al |
| 3:19-cv-18802-FLW-LHG | Rowe v. Johnson & Johnson et al |
| 3:19-cv-18804-FLW-LHG | Cleary et al v. Johnson & Johnson, et al |
| 3:19-cv-18828-FLW-LHG | Rogers v. Johnson & Johnson et al |
| 3:19-cv-18830-FLW-LHG | Rivera v. Johnson & Johnson et al |
| 3:19-cv-18833-FLW-LHG | Ramos v. Johnson & Johnson et al |
| 3:19-cv-18835-FLW-LHG | Polite v. Johnson & Johnson et al |
| 3:19-cv-18844-FLW-LHG | Larry J. Woodward v. Johnson & Johnson et al |
| 3:19-cv-18931-FLW-LHG | McCarty v. Johnson & Johnson et al |
| 3:19-cv-18933-FLW-LHG | Ingrahm v. Johnson & Johnson et al |
| 3:19-cv-18934-FLW-LHG | Howell v. Johnson & Johnson et al |
| 3:19-cv-18935-FLW-LHG | Washington v. Johnson & Johnson et al |
| 3:19-cv-18936-FLW-LHG | DETWILER et al v. Johnson & Johnson et. al., |
| 3:19-cv-18937-FLW-LHG | VanCuyck et al v. Johnson & Johnson et al |
| 3:19-cv-18938-FLW-LHG | Minielly v. Johnson & Johnson et al |
| 3:19-cv-18980-FLW-LHG | Signorelli et al v. Johnson & Johnson et al |
| 3:19-cv-18981-FLW-LHG | Wlodarczyk et al v. Johnson & Johnson et al |
| 3:19-cv-19079-FLW-LHG | BRISTOW v. JOHNSON & JOHNSON et al |
| 3:19-cv-19080-FLW-LHG | MARINARO v. JOHNSON & JOHNSON et al |
| 3:19-cv-19188-FLW-LHG | Acton v. Johnson & Johnson et al |
| 3:19-cv-19196-FLW-LHG | EISHEN v. JOHNSON & JOHNSON et al |
| 3:19-cv-19313-FLW-LHG | Levesque v. Johnson & Johnson et al |
| 3:19-cv-19318-FLW-LHG | Fusaro v. Johnson & Johnson et. al. |
| 3:19-cv-19319-FLW-LHG | McShea et. al. v. Johnson & Johnson et. al. |
| 3:19-cv-19415-FLW-LHG | Sullivan v. Johnson & Johnson et al |
| 3:19-cv-19440-FLW-LHG | Arnold Ossen v. Johnson and Johnson et al |

| | |
|---|---|
| 3:19-cv-19583-FLW-LHG | Jones et al v. Johnson & Johnson et al |
| 3:19-cv-19643-FLW-LHG | SIMPSON et al v. Johnson & Johnson et al |
| 3:19-cv-19882-FLW-LHG | Porcher v. Johnson & Johnson et al |
| 3:19-cv-19897-FLW-LHG | Albert Thompkins v. Johnson and Johnson et al |
| 3:19-cv-19902-FLW-LHG | FLORES v. JOHNSON & JOHNSON et al |
| 3:19-cv-19904-FLW-LHG | Roy Jackson, Jr. et al v. Johnson & Johnson, et al |
| 3:19-cv-19960-FLW-LHG | Eugeni et al v. Johnson & Johnson et al |
| 3:19-cv-19961-FLW-LHG | Henneberger et al v. Johnson & Johnson et al |
| 3:19-cv-19963-FLW-LHG | Parmar et al v. Johnson & Johnson et al |
| 3:19-cv-19988-FLW-LHG | Condello et al v. Johnson & Johnson et al |
| 3:19-cv-19989-FLW-LHG | Stahlman et al v. Johnson & Johnson et al |
| 3:19-cv-20219-FLW-LHG | Maass et al v. Johnson & Johnson, et al |
| 3:19-cv-20222-FLW-LHG | Gervais et al v. Johnson & Johnson et al |
| 3:19-cv-20224-FLW-LHG | Mikulka v. Johnson & Johnson, et al |
| 3:19-cv-20229-FLW-LHG | Southworth v. Johnson & Johnson et al |
| 3:19-cv-20285-FLW-LHG | McDonald-Addison et al v. Johnson & Johnson et al |
| 3:19-cv-20287-FLW-LHG | Freier v. Johnson & Johnson et al |
| 3:19-cv-20292-FLW-LHG | Reczka et al v. Johnson & Johnson et al |
| 3:19-cv-20405-FLW-LHG | Stasio et al v. Johnson & Johnson et al |
| 3:19-cv-20434-FLW-LHG | Waldron v. Johnson & Johnson et al |
| 3:19-cv-20435-FLW-LHG | Katz et al v. Johnson & Johnson et al |
| 3:19-cv-20574-FLW-LHG | Beach et al v. Johnson & Johnson et al |
| 3:19-cv-20575-FLW-LHG | Lepore v. Johnson & Johnson et al |
| 3:19-cv-20576-FLW-LHG | Viele-Russo et al v. Johnson & Johnson et al |
| 3:19-cv-20602-FLW-LHG | Fisher v. Johnson & Johnson et al |
| 3:19-cv-20604-FLW-LHG | Ostrovskis v. Johnson & Johnson et al |
| 3:19-cv-20726-FLW-LHG | Wagner v. Johnson & Johnson et. al. |
| 3:19-cv-20727-FLW-LHG | Kent v. Johnson & Johnson et al |
| 3:19-cv-20728-FLW-LHG | Hollander v. Johnson & Johnson et al |
| 3:19-cv-20729-FLW-LHG | Listengart et al v. Johnson & Johnson et al |
| 3:19-cv-20730-FLW-LHG | Caba v. Johnson & Johnson et al |
| 3:19-cv-20733-FLW-LHG | Darlene M. Vega v. Johnson and Johnson et al |
| 3:19-cv-20739-FLW-LHG | James A. Woodyard v. Johnson and Johnson et al |
| 3:19-cv-20771-FLW-LHG | Chudyk et al v. Johnson & Johnson et al |
| 3:19-cv-20871-FLW-LHG | O'Connor, et al v. Johnson & Johnson, et al |
| 3:19-cv-20873-FLW-LHG | Bartus v. Johnson & Johnson et al |
| 3:19-cv-20874-FLW-LHG | Falbo v. Johnson & Johnson et al |
| 3:19-cv-20944-FLW-LHG | Suess et al v. Johnson & Johnson et al |
| 3:19-cv-20946-FLW-LHG | Declerck v. Johnson & Johnson et al |
| 3:19-cv-20947-FLW-LHG | Corsetti v. Johnson & Johnson et al |
| 3:19-cv-20971-FLW-LHG | Melville v. Johnson & Johnson et al |
| 3:19-cv-20990-FLW-LHG | Farkas et al v. Johnson & Johnson et. al. |
| 3:19-cv-20991-FLW-LHG | Podmore et. al. v. Johnson & Johnson et. al. |
| 3:19-cv-20994-FLW-LHG | Devita et al v. Johnson & Johnson et. al. |
| 3:19-cv-20995-FLW-LHG | Edmund D. Kaczmarek v. Johnson & Johnson et al |
| 3:19-cv-20996-FLW-LHG | Pelter et al v. Johnson & Johnson et. al. |

| | |
|---|---|
| 3:19-cv-20997-FLW-LHG | Morra v. Johnson & Johnson et al |
| 3:19-cv-20999-FLW-LHG | Sommer v. Johnson & Johnson et. al. |
| 3:19-cv-21047-FLW-LHG | Wallace v. Johnson & Johnson et al |
| 3:19-cv-21048-FLW-LHG | Khan v. Johnson & Johnson et al |
| 3:19-cv-21062-FLW-LHG | Madho et al v. Johnson & Johnson et al |
| 3:19-cv-21064-FLW-LHG | Cassella et al v. Johnson & Johnson et al |
| 3:19-cv-21094-FLW-LHG | LAYMAN et al v. JOHNSON & JOHNSON et al |
| 3:19-cv-21098-FLW-LHG | Hayes et al v. Johnson & Johnson et al |
| 3:19-cv-21099-FLW-LHG | Miller v. Johnson & Johnson et al |
| 3:19-cv-21101-FLW-LHG | Zaky et al v. Johnson & Johnson et al |
| 3:19-cv-21191-FLW-LHG | Joseph C. Cimino et al v. Johnson & Johnson et al |
| 3:19-cv-21274-FLW-LHG | Rundle et al v. Johnson & Johnson et al |
| 3:19-cv-21275-FLW-LHG | Kahraman et al v. Johnson & Johnson et al |
| 3:19-cv-21278-FLW-LHG | Kader et al v. Johnson & Johnson et al |
| 3:19-cv-21283-FLW-LHG | Warren-Henderson v. Johnson & Johnson et al |
| 3:19-cv-21477-FLW-LHG | Janiga v. Johnson & Johnson et al |
| 3:19-cv-21968-FLW-LHG | Ohar et al v. Johnson & Johnson et al |
| 3:19-cv-21978-FLW-LHG | LUTRINGER V. JOHNSON & JOHNSON et al |
| 3:19-cv-22071-FLW-LHG | WHITEHEAD, JR. et al v. JOHNSON & JOHNSON et al |
| 3:20-cv-00020-FLW-LHG | CALHOUN et al v. JOHNSON & JOHNSON et al |
| 3:20-cv-00023-FLW-LHG | Tamburello et al v. Johnson & Johnson et al |
| 3:20-cv-00024-FLW-LHG | Allback v. Johnson & Johnson et al |
| 3:20-cv-00026-FLW-LHG | LEONARDI et al v. JOHNSON & JOHNSON et. al. |
| 3:20-cv-00072-FLW-LHG | Baran et al v. Johnson & Johnson et al |
| 3:20-cv-00073-FLW-LHG | Kye v. Johnson & Johnson et al |
| 3:20-cv-00084-FLW-LHG | Wagner v. Johnson & Johnson et al. |
| 3:20-cv-00085-FLW-LHG | Khalid v. Johnson & Johnson et. al. |
| 3:20-cv-00086-FLW-LHG | Swan et al v. Johnson & Johnson et al |
| 3:20-cv-00087-FLW-LHG | Skoutelas v. Johnson & Johnson et al |
| 3:20-cv-00090-FLW-LHG | Zanghi et al. v. Johnson & Johnson et al. |
| 3:20-cv-00091-FLW-LHG | Gerald Timpano et al v. Johnson & Johnson et. al. |
| 3:20-cv-00092-FLW-LHG | Smoudianis et al v. Johnson & Johnson et al |
| 3:20-cv-00094-FLW-LHG | Gonzalez v. Johnson & Johnson et. al. |
| 3:20-cv-00095-FLW-LHG | Bartasi v. Johnson & Johnson et. al. |
| 3:20-cv-00097-FLW-LHG | Rorrison et. al. v. Johnson & Johnson et. al. |
| 3:20-cv-00172-FLW-LHG | Farmer-Jordan et al v. Johnson & Johnson et al |
| 3:20-cv-00173-FLW-LHG | Racioppo et al v. Johnson & Johnson et al |
| 3:20-cv-00244-FLW-LHG | LETKE v. JOHNSON & JOHNSON et al |
| 3:20-cv-00245-FLW-LHG | BRIDGEWATER v. JOHNSON & JOHNSON et al |
| 3:20-cv-00290-FLW-LHG | MONTANEZ v. JOHNSON & JOHNSON et al |
| 3:20-cv-00294-FLW-LHG | DARR et al v. JOHNSON & JOHNSON et al |
| 3:20-cv-00326-FLW-LHG | DAVIS et al v. Johnson & Johnson et al |
| 3:20-cv-00667-FLW-LHG | Pattit v. Johnson & Johnson, et al. |
| 3:20-cv-00724-FLW-LHG | Zaleski et al v. Johnson & Johnson et. al. |
| 3:20-cv-00725-FLW-LHG | Gallagher et al v. Johnson & Johnson et al |
| 3:20-cv-00740-FLW-LHG | DeTORRE v. JOHNSON & JOHNSON et al |
| 3:20-cv-00780-FLW-LHG | Hansi E. Tietge et al v. Johnson & Johnson et al |

| | |
|---|---|
| 3:20-cv-00804-FLW-LHG | Hamilton v. Johnson & Johnson et al |
| 3:20-cv-01702-FLW-LHG | Barnstorf et al v. Johnson & Johnson et al |
| 3:20-cv-01704-FLW-LHG | Kolesar v. Johnson & Johnson et al |
| 3:20-cv-01753-FLW-LHG | MALANOSKI v. JOHNSON & JOHNSON et al |
| 3:20-cv-02077-FLW-LHG | Wood v. Johnson & Johnson et al |
| 3:20-cv-02129-FLW-LHG | Bentford v. Johnson & Johnson et al |
| 3:20-cv-02267-FLW-LHG | Donnelly et. al. v. Johnson & Johnson et. al. |
| 3:20-cv-02269-FLW-LHG | Esthmon E. Sweat v. Johnson & Johnson et al |
| 3:20-cv-02281-FLW-LHG | Peay v. Johnson & Johnson et al |
| 3:20-cv-02293-FLW-LHG | Meirowitz et al v. Johnson & Johnson et al |
| 3:20-cv-02310-FLW-LHG | Norton v. Johnson & Johnson et al |
| 3:20-cv-02711-FLW-LHG | KATHRYN ARNOLD et al v. JOHNSON & JOHNSON et al |
| 3:20-cv-02762-FLW-LHG | Thomas Foster, Individually and as Administrator of the Estate of Sylvia J. Foster (Deceased) v. Johnson & Johnson et al |
| 3:20-cv-02935-FLW-LHG | DULSKI et al v. JOHNSON & JOHNSON et al |
| 3:20-cv-03150-FLW-LHG | RODRIGUEZ et al v. JOHNSON & JOHNSON et al |
| 3:20-cv-03773-FLW-LHG | SCUDDER et al v. Johnson & Johnson et al |
| 3:20-cv-05712-FLW-LHG | Holmes v. Johnson & Johnson et. al. |
| 3:20-cv-05717-FLW-LHG | Amendola v. Johnson & Johnson et. al. |
| 3:20-cv-05723-FLW-LHG | Severino v. Johnson & Johnson et al |
| 3:20-cv-05761-FLW-LHG | Romani v. Johnson & Johnson et al |
| 3:20-cv-05951-FLW-LHG | Biber v. Johnson & Johnson et al |
| 3:20-cv-06375-FLW-LHG | Cooper v. Johnson & Johnson et al |
| 3:20-cv-07606-FLW-LHG | Drzymala v. Johnson & Johnson et al |
| 3:20-cv-07607-FLW-LHG | Brundidge v. Johnson & Johnson et al |
| 3:20-cv-08190-FLW-LHG | Worsley v. Johnson & Johnson et al |
| 3:20-cv-08237-FLW-LHG | Vera et al v. Johnson & Johnson et al |
| 3:20-cv-08394-FLW-LHG | Buffamonti v. Johnson & Johnson et al |
| 3:20-cv-08711-FLW-LHG | Magnanti v. Johnson & Johnson et al |
| 3:20-cv-09525-FLW-LHG | Filicetti et al v. Johnson & Johnson et al |
| 3:20-cv-09527-FLW-LHG | Loveland v. Johnson & Johnson et al |
| 3:20-cv-11171-FLW-LHG | Zuranski v. Johnson and Johnson et al |
| 3:20-cv-11173-FLW-LHG | Mazgaj v. Johnson & Johnson et al |
| 3:20-cv-12390-FLW-LHG | LABARBERA et al v. JOHNSON AND JOHNSON et al |
| 3:20-cv-12391-FLW-LHG | Nayshlos et al v. Johnson & Johnson et al |
| 3:20-cv-12393-FLW-LHG | Kissoon v. Johnson and Johnson et al |
| 3:20-cv-13069-FLW-LHG | Cutlip v. Johnson & Johnson et al |
| 3:20-cv-13112-FLW-LHG | SUAREZ et al v. JOHNSON & JOHNSON et al |
| 3:21-cv-00312-FLW-LHG | SLATER v. JOHNSON & JOHNSON et al |
| 3:21-cv-00315-FLW-LHG | THOMAS v. JOHNSON & JOHNSON et al |
| 3:21-cv-10000-FLW-LHG | MATTICE et al v. JOHNSON & JOHNSON et al |
| 3:21-cv-10044-FLW-LHG | TUMEO et al v. JOHNSON & JOHNSON et al |
| 3:21-cv-11409-FLW-LHG | AJAVON v. JOHNSON & JOHNSON et al |
| 3:21-cv-11495-FLW-LHG | SINIBALD et al v. JOHNSON & JOHNSON et al |
| 3:21-cv-11497-FLW-LHG | GARIANO v. JOHNSON & JOHNSON et al |
| 3:21-cv-11498-FLW-LHG | SHAY et al v. JOHNSON & JOHNSON et al |
| 3:21-cv-11704-FLW-LHG | SALERNO v. JOHNSON & JOHNSON et al |

| | |
|---|---|
| 3:21-cv-11991-FLW-LHG | GREENLICK et al v. JOHNSON & JOHNSON et al |
| 3:21-cv-12545-FLW-LHG | VOTSIS et al v. JOHNSON & JOHNSON et al |
| 3:21-cv-13560-FLW-LHG | Young et al v. Johnson & Johnson et al |
| 3:21-cv-14234-FLW-LHG | RATAJCZACK v. JOHNSON & JOHNSON et al |
| 3:21-cv-14235-FLW-LHG | Hunt v. Johnson & Johnson et al |
| 3:21-cv-15032-FLW-LHG | Slobe v. Johnson & Johnson et al |
| 3:21-cv-15034-FLW-LHG | Satison v. Johnson & Johnson et al |