UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION: | MDL NO. 2738(FLW)(LHG)<br><br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |

THIS DOCUMENT RELATES TO:
*The cases listed on the attached Exhibit A*

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS ORDERED** that the Motion is **GRANTED** and that Brian A. Goldstein of Cellino Law, LLP be withdrawn and Brian A. Goldstein of Goldstein Greco, P.C. be substituted as lead counsel of record in the civil actions and for the plaintiffs identified in Exhibit A of the instant Motion.

Trenton, New Jersey this _____ day of December, 2022.

_____
JUDGE FREDA L. WOLFSON