UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738<br><br>**ORDER** |

**THIS MATTER**, having been brought before the Court on a Letter Request by Plaintiffs' Steering Committee ("PSC"), seeking an Order from the Court to enforce Case Management Order 7(A), and the September 7, 2022 Special Master Opinion and Order No. 15, which directed Defendants Johnson & Johnson and Johnson & Johnson Consumer, Inc. (collectively, "Defendants"), to pay certain common benefit fee assessments arising out of a 2021 settlement between Defendants and the Ferraro Firm; it appearing that Defendants argue that the withheld funds are part of the LTL Management bankruptcy proceedings currently pending before the Bankruptcy Court; it appearing that the Court having reviewed the parties' correspondence, finds that the disputed funds may be the debtor's estate in the LTL Management bankruptcy proceedings, which, in turn, may be subject to the automatic stay; accordingly,

**IT IS** on this 27th day of January, 2023,

**ORDERED** that the PSC's request for common benefit fee assessments from Defendants shall be referred to the Bankruptcy Court, and that the parties are directed to submit their dispute before the Bankruptcy Court for resolution.

/s/   Freda L. Wolfson
Hon. Freda L. Wolfson
Chief Judge