

**HOUSTON**
The Lanier Law Firm, PC
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, TX 77064
713.659.5200
Fax 713.659.2204

**NEW YORK**
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
6th Floor
New York, NY 10022
212.421.2800
Fax 212.421.2878

**LOS ANGELES**
The Lanier Law Firm, PC
2829 Townsgate Rd.
Suite 100
Westlake Village, CA 91361
310.277.5100
Fax 310.277.5103

February 8, 2023

**VIA ECF**

Hon. Michael A. Shipp
Clarkson S. Fisher Building & U.S. Courthouse
Courtroom 5W
402 East State Street
Trenton, NJ 08608

    Re:   *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*, Case No.: 16-md-02738

Dear Judge Shipp:

    Pursuant to my recent communications with Co-Lead Counsel for the Plaintiffs in the Talc MDL 2738, Leigh O'Dell and Michelle Parfait, I am writing to advise the Court that I am resigning, effective immediately, from the Plaintiffs Executive Committee.

    Should the Court need any additional information from me I would be more than happy to comply. Thank you for your attention to this matter.

    Respectfully submitted,

    Richard D. Meadow

RDM/alm

cc:  W. Mark Lanier   Mark.Lanier@lanierlawfirm.com
       Michelle Parfitt   mparfitt@ashcraftlaw.com
       Wayne Fang   Wayne_Fang@njd.uscourts.gov
       James Murdica   JMurdica@btlaw.com
       Leigh O'Dell   Leigh.ODell@BeasleyAllen.com
       Susan Sharko   susan.sharko@faegredrinker.com