UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON<br>TALCUM POWDER PRODUCTS<br>MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Judy M. McDowell and Jim McDowell v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-02697 | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF APPEARANCE**

**COMES NOW**, Danielle R. Rogers, and hereby enters her Appearance as additional counsel on behalf of the Plaintiff, Judy McDowell, in the above-referenced matter.

**Respectfully submitted**, this the 8th day of February, 2023.

> */s/ Danielle R. Rogers*
> Danielle R. Rogers, MO Bar #62120
> Langdon & Emison LLC
> 911 Main Street - P.O. Box 220
> Lexington, MO 64067
> Telephone: (660) 259-6175
> Telefax: (660) 259-4571
> danielle@lelaw.com
> **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

   I hereby certify that on February 8, 2023, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

               */s/ Danielle R. Rogers*
               Danielle R. Rogers, MO Bar #62120
               Langdon & Emison LLC
               911 Main Street - P.O. Box 220
               Lexington, MO 64067
               Telephone: (660) 259-6175
               Facsimile: (660) 259-4571
               danielle@lelaw.com
               **ATTORNEY FOR PLAINTIFF**