# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**                    MDL No. 2738

## ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the District of New Jersey.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Michael A. Shipp for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

**FOR THE PANEL**

*Karen K. Caldwell*
Karen K. Caldwell
Chair