UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Judy M. McDowell and Jim McDowell v. Johnson & Johnson, et al.<br>Case No. 3:17-cv-02697 | Civil No. 3:16-md-2738-MAS-RLS |

## ORDER

Considering the foregoing Application for Additional Attendee at Trial Preservation Deposition [Docket Entry 21]: **IT IS ORDERED** that the Application is **GRANTED** and that Jamie Bergsieker is permitted to attend said deposition.

ORDERED this 8th day of March, 2023.

RUKHSANAH SINGH
United States Magistrate Judge

1