UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>_____Lipe_____ vs. Johnson & Johnson, et al.<br>Case No.:         3:23-cv-1299 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Brenda Himler.

This  3  day of     March    ,   2023   .

                                            Respectfully submitted,

                                            Law Offices of Donald G. Norris,
                                            A Law Corporation

                 By:    */s/ Donald G. Norris*
                           Donald G. Norris, CA Bar No. 90000
                           3055 Wilshire Boulevard, Ste. 980
                           Los Angeles, CA 90010
                           213-487-8880 telephone
                           213-487-8884 facsimile
                           dnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of March, 2023, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

/s/ Taurin Robinson
Taurin Robinson