## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NUMBER: 3:16-md-2738-MAS-RLS<br><br>MDL NUMBER: 2738 |

THIS DOCUMENT RELATES TO:
*Karrick, et al. v. Johnson & Johnson, et al.* (Civil Action No. 3:17-cv-02653)

## ORDER

**CONSIDERING** the foregoing Motion to Withdraw and Substitute Counsel of Record;

**IT IS HEREBY ORDERED** that said motion is **GRANTED;**

**IT IS FURTHER ORDERED** that M. Palmer Lambert be withdrawn as counsel of record and removed from all service lists for Plaintiffs, Kimberly A. Karrick and Bobby V. Karrick; and that Gerald E. Meunier and Claire E. Kreider, of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C., be substituted, enrolled as counsel of record, and added to the service lists for Plaintiffs, Kimberly A. Karrick and Bobby V. Karrick.

Trenton, New Jersey, this 13th day of April, 2023.

So Ordered this ___13th___ day
of ___April___, 20_23_

Hon. Rukhsanah L. Singh, U.S.M.J.

1