# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (RLS) |

This document relates to:

| | |
|---|---|
| JENNY O'MEARA,<br>        Plaintiff | Case No: 3:23-cv-00732-MAS-RLS |
| v. | **NOTICE OF APPEARANCE** |
| JOHNSON & JOHNSON, ET AL.,<br>        Defendants | |

      The undersigned attorney hereby notifies the Court and counsel that Nicholas A. Brown, shall appear as counsel of record for Plaintiff, Jenny O'Meara, in this case.

Dated: July 24, 2023

                                          /s/ Nicholas A. Brown_____
                                          Nicholas A. Brown, Bar #006008
                                          Bernheim Kelley, LLC
                                          4 Court Street
                                          Plymouth, MA 02360
                                          (617) 420-1111
                                          FAX (617) 830-8374
                                          nbrown@realjustice.com

## **CERTIFICATE OF SERVICE**

   I certify that on June 26, 2023, I filed and served through the ECF system; the Notice of Appearance form.  The Notice will be sent electronically via the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF).

               /s/ Nicholas A. Brown_____