# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (RLS) |
| This document relates to: | |
| ERIN BLANCHARD,<br>      Plaintiff | Case No: 3:21-03263-MAS-RLS |
| v. | **NOTICE OF APPEARANCE** |
| JOHNSON & JOHNSON, ET AL.,<br>      Defendants | |

      The undersigned attorney hereby notifies the Court and counsel that Nicholas A. Brown, shall appear as counsel of record for Plaintiff, Erin Blanchard, in this case.

Dated: July 24, 2023

                                              /s/ Nicholas A. Brown_____
                                              Nicholas A. Brown, Bar #006008
                                              Bernheim Kelley, LLC
                                              4 Court Street
                                              Plymouth, MA 02360
                                              (617) 420-1111
                                              FAX (617) 830-8374
                                              nbrown@realjustice.com

## **CERTIFICATE OF SERVICE**

      I certify that on July 24, 2023, I filed and served through the ECF system; the Notice of Appearance form. The Notice will be sent electronically via the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Nicholas A. Brown_____