IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Diane Feher and Michael Feher<br><br>v.<br><br>JOHNSON & JOHNSON, et al.<br>Case No. 3:17-cv-11338 | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br><br>NOTICE OF APPEARANCE FOR ATTORNEY SARA B. CRAIG |

### NOTICE OF APPEARANCE FOR ATTORNEY SARA B. CRAIG

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters her appearance as co-counsel for Plaintiff[s]. Ms. Craig's contact information is as follows:

Sara B. Craig
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3544
Facsimile: (415) 840-9435
Email: scraig@peifferwolf.com

Ms. Craig respectfully requests this Court and all counsel send future correspondence, notices of hearings, and filed pleadings in the above-entitled action to Sara Craig and Rachel Abrams going forward.

Dated: July 26, 2023                              Respectfully submitted,


                                                  /s/ Sara B. Craig
                                                  **Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2023, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                 _/s/ Sara B. Craig_
                                                 ***Attorney for Plaintiffs***