IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Pamela Kay Hopler<br><br>v.<br><br>JOHNSON & JOHNSON, et al.<br>Case No. 3:18-cv-15523 | MDL No. 16-2738 (MJS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br><br>**NOTICE OF CHANGE OF FIRM FOR ATTORNEY RACHEL ABRAMS** |

## NOTICE OF CHANGE OF FIRM FOR ATTORNEY RACHEL ABRAMS

**TO:    ALL INTERESTED PARTIES**

Rachel Abrams, Counsel for Plaintiff, [PLAINTIFF NAME], hereby notifies this Court that as of March 24, 2023, she has a change of firm, address, telephone number, facsimile, and email address as follows:

Rachel Abrams
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3544
Facsimile: (415) 840-9435
Email: rabrams@peifferwolf.com


Dated:  July 26, 2023                           Respectfully submitted,


                                                */s/ Rachel Abrams*
                                                ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

  I hereby certify that on July 26, 2023, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                */s/ Rachel Abrams*
                ***Attorney for Plaintiffs***