UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Susan Lethert v. Johnson & Johnson, Inc., et al.*<br>Case No.: 3:23-cv-01906 | MDL NO. 2738 (MAS) (RLS) |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Susan Lethert.

Dated: August 14, 2023           Respectfully submitted,

                     By: */s/ Stuart L. Goldenberg*
                     Stuart L. Goldenberg (MN #0158719)
                     Noah C. Lauricella (MN #397896)
                     **GOLDENBERGLAW, PLLC**
                     800 LaSalle Avenue, Suite 2150
                     Minneapolis, MN 55402
                     (612) 333-4662 (Tel)
                     (612) 367-8107 (Fax)
                     slgoldenberg@goldenberglaw.com
                     nclauricella@goldenberglaw.com

                     ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of August, 2023.

Dated: August 14, 2023

Respectfully submitted,

By: /s/ Stuart L. Goldenberg
Stuart L. Goldenberg (MN #0158719)
Noah C. Lauricella (MN #397896)
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662 (Tel)
(612) 367-8107 (Fax)
slgoldenberg@goldenberglaw.com
nclauricella@goldenberglaw.com