# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCT MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates to All Cases* | Civil Action No. 3:16-md-2738-MAS-RLS<br><br>MDL No. 2738 |

### PLAINTIFFS' RENEWED MOTION FOR LEAVE TO FILE A SECOND AMENDED MASTER LONG FORM COMPLAINT

**PLEASE TAKE NOTICE** that, at 9:00 a.m. on September 18, 2023, or at such other time as set by the Court, Plaintiffs, by and through the Plaintiff's Steering Committee ("PSC"), will move for leave to file a Second Amended Master Long Form Complaint ("Second Amended Master Complaint").

As fully discussed in Plaintiffs' Memorandum of Law in Support of this Motion, Plaintiffs seek to file a Second Amended Master Complaint to add additional facts, Defendants, and causes of action that arose in the process of conducting expert discovery and during the pendency of the LTL Management LLC's multiple bankruptcies while this MDL was stayed. Plaintiffs further ask that all Plaintiffs' short form complaints be deemed to incorporate the Second Amended Master Complaint in its entirety without the need for any Plaintiff to amend her short form complaint.

A clean version of the proposed Second Amended Master Complaint is attached as **Exhibit A**. A redlined version of the proposed Second Amended Master Complaint is also attached as **Exhibit B** for ease of identifying the proposed additions.

Plaintiffs conferred with Defendants pursuant to Local Rule 15.1(a), and Defendants oppose this motion.

Plaintiffs respectfully request that the Court grant leave to file the proposed Second Amended Master Complaint. A proposed order is attached.

Dated:     August 14, 2023                Respectfully submitted,

/s/ *Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Telephone: (202) 783-6400
Fax: (202) 416-6392
mparfitt@ashcraftlaw.com

/s/ *P. Leigh O'Dell*
P.Leigh O'Dell
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
Leigh.odell@beasleyallen.com

*Plaintiffs' Co-Lead Counsel*

/s/ *Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Avenue
Red Bank, NJ 00701
Telephone: (732) 747-9003
Fax: (732) 747-9004
cplacitella@cprlaw.com

***Plaintiffs' Liaison Counsel***