## **CERTIFICATE OF SERVICE**

I, P. Leigh O'Dell, hereby certify that I caused a copy of the foregoing Motion for Leave to Amend Plaintiff's Second Amended Master Long Form Complaint to be filed electronically via the court's electronic filing system this 14th day of August 2023. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

/s/ *P. Leigh O'Dell*
P. Leigh O'Dell