# Exhibit 56

 Windsor Minerals Company
Windsor, Vermont 05089

EXAMINATION OF TALC ORES AND PRODUCTS:
BENEFICIATION PROCESSES

Date: 8 May 1974

MA Number: 3295

Copy        of

walter c. mc crone associates, inc.
*2820 SOUTH MICHIGAN AVENUE • CHICAGO, ILLINOIS 60616*

EXHIBIT
J&J-66

Protected Document--Subject to Protective Order

Examination of Talc Ores and Products: Beneficiation Processes

## I. INTRODUCTION

In connection with the development of improved beneficiation processes, Windsor Minerals, Inc. have requested Walter C. McCrone Associates, Inc. to carry out an extensive examination of 6 samples of talc ores and talc products produced from these ores using the methods of light microscopy and transmission electron microscopy. This report records the results of these examinations.

## II. MATERIALS AND METHODS OF CONDUCTING TESTS

Six samples were received identified as follows:

```
66-A-ore
66-A-product

66-U-ore
66-U-product

66-AC-ore
66-AC-product
```

For light microscopical examination the samples were prepared by mounting a small portion of the talc powder in Aroclor 5442 on a glass slide and were examined on a Zeiss G.F.L. polarizing microscope at magnifications in the range of 50X to 400X. Photomicrographs were taken of the samples showing representative areas at magnifications of 55X and 140X on Kodachrome A color film, using slightly uncrossed polars (12°). Accompanying this report are prints prepared from these color transparencies at magnifications of 165X and 420X.

For examination by transmission electron microscopy, samples were prepared as follows: Approximately 0.1 g of powder was suspended in about 25 ml of isopropyl alcohol, shaken manually, then held in an ultrasonerater

-1-                                    walter c. mccrone associates, inc.

J&J-0083363

Protected Document--Subject to Protective Order                    JNJ 000326107

for a few minutes. During this time some of the larger flakes settle toward the bottom of the tube. The remainder of the suspension was immediately placed on a standard 3 mm diameter transmission electron microscope grid which had previously been coated with a carbon support film and which was supported on a glass slide. This glass slide was then transferred to a hot plate where the isopropanol carrier was evaporated and the dried specimen grid was examined in a JEM-200 transmission electron microscope at 150 kV. A considerable number of grid squares was examined for each sample. Representative electron micrographs were taken and prints are included with this report.

### III. RESULTS

Sample 66-A-ore — Light microscopical examination showed that this was predominately platy talc with approximately 40% carbonate present. Talc plates ranged in size from a few micrometers to up to 300-400 $\mu$m across but showed a very uniform distribution of thicknesses with very flat plates and little folding or buckling of the talc. Some talc rolls were present but they probably represented less than 5% of the total sample. A few quartz grains were also identified but no identifiable asbestos was found.

Electron microscopical examination largely confirmed these findings showing the sample to be predominately platy material ranging from small to quite large platelets with some rolled talc present. There was very little in the way of other inorganic fibers present, although one fiber, probably tremolite, was found with an overall length of 8.6 $\mu$m and a width of 1.2 $\mu$m. No chrysotile was detected in this sample. The blocky material present in this sample which gave a hexagonal electron diffraction pattern is identified on the basis of the light microscopy as the carbonate phase. A few other fibrous or rod-shaped particles observed appear to be talc in one form or other; i.e., rolled talc or talc shards and were unmistakably talc on the basis of their diffraction patterns.

-2-      walter c. mccrone associates inc.

J&J-0083364

Protected Document--Subject to Protective Order

JNJ 000326108

Sample 66-A-product — Light microscopical examination of this material showed that removal of the carbonate by the beneficiation process was complete and that the material was a good, platy talc. The plates still showed good uniformity of thickness although rumpling was evident in some of the plates, probably as a result of deformation during processing. No identifiable asbestos was detected by light microscopy. The size range of the talc present was similar to that exhibited by the ore. Electron microscopical examination confirmed the results of light microscopy, the sample is predominately platy material, the blocky material found in the ore was no longer present and there was very little in the way of a fibrous fraction. No fibrous amphiboles or other asbestos minerals were detected in this sample by electron microscopy.

Sample 66-U-ore — Light microscopical examination showed this was predominately platy talc similar to the 66-A-ore, but showing more evidence of damage to the talc plates; that is, there were more wrinkled plates and these plates were also less uniform in thickness than in the 66-A-ore. The fibrous content of this sample was also slightly higher than in the 66-A-ore but was still probably less than 5% of the total. These fibrous forms were talc rolls and shards. No asbestos was identifiable by light microscopy.

Electron microscopical examination again confirmed the light microscopical examination showing platy material to be predominant, ranging from very small to very, very large plates, with a quite continuous distribution of sizes. Rolled talc and broken platelets with a fibrous aspect ratio were also observed as were the blocky fragments of carbonate. Overall, this sample had a much better appearance than the 66-A-ore. There was no evidence by electron microscopy of fibrous asbestiforms in this sample.

Sample 66-U-product — Light microscopical examination showed that removal of the carbonate by the beneficiation process was not quite complete with up to 1% of the carbonate still present. There was, however, no evidence

-3-    walter c. mccrone associates, inc.

J&J-0083365

Protected Document--Subject to Protective Order

JNJ 000326109

of increased damage to the talc plates although there were more talc shards and rolls present than in the 66-A-product. No asbestos minerals were observed by light microscopy.

Electron microscopical examination showed talc ribbons and rolled talc present but the sample mainly consisted of medium to moderately large size platy material with very few inorganic fibers. One very small fiber was present which resembled chrysotile but this could not be confirmed by electron diffraction. No asbestiform amphiboles were observed.

Sample 66-AC-ore — Light microscopical examination indicated that this sample was more similar to 66-U than to 66-A, although the fibrous content was probably slightly higher than A or U, but, again, this fibrous content consisted entirely of talc rolls and shards. Some rumpling of the talc plates was evident and some chlorite grains were observed. No asbestos minerals were detected by light microscopy.

The electron microscopical examination showed that this ore consists, again, mainly of platy material with only a few fibers and some rolled talc present. Eight chrysotile fibers were found in this sample, however, their lengths were all less than 1/3 of 1 $\mu$m. No asbestiform amphiboles were observed.

Sample 66-AC-product — Light microscopical examination showed the beneficiation process had successfully removed all the carbonates and that it had also either broken down or removed many of the large talc plates (those above about 300-400 $\mu$m) and seems to have removed most of the very small material, giving the product a narrower range of sizes than the ore. The fibrous talc content, however, was still probably higher than that of the 66-A or 66-U products. No asbestiform minerals were observed by light microscopy.

Electron microscopical examination of this sample showed this was mostly platy material ranging in size from quite small to very large with talc ribbons, rolled talc and talc fibrils also present. Only one chrysotile fiber was

-4-                    walter c. mccrone associates, inc.

J&J-0083366

Protected Document--Subject to Protective Order                    JNJ 000326110

found in this sample; a significant reduction from the level in the ore sample. Again, no asbestiform amphibole minerals were detected.

IV. SUMMARY

An intensive microscopical examination of 6 samples of talc ore and talc products produced by the beneficiation of these ores has been carried out using light microscopy and transmission electron microscopy combined with electron diffraction.

In all 6 samples only one fiber of a possible asbestiform amphibole was observed — in Sample 66-A-ore. Minute chrysotile fibrils were observed in 3 of the samples, in 2 of these, however, Sample 66-U-product and Sample 66-AC-product, only a single fibril was observed and that observed in the 66-U-product could not be confirmed by electron diffraction. At the level of one fiber in a sample it is debatable whether this represents a true chrysotile level in the sample or whether it represents contamination during taking or preparation of the sample.

Sample 66-AC-ore showed 8 chrysotile fibers but in the product from the same ore beneficiation had reduced the chrysotile content to 1 fibril as mentioned above. The chrysotile fiber content of Sample 66-AC-ore represents an estimated chrysotile content of <1~2 ppm, thus, even in the worst case, the level of asbestos contamination present in these ores is minimal. None of the beneficiated products showed any significant asbestos contamination.

-5-     walter c. mccrone associates, inc.

J&J-0083367

Protected Document--Subject to Protective Order     JNJ 000326111

ATTACHMENT B

ASBESTIFORM DEPRESSION

THROUGH THE USE OF

NEW FLOATATION REAGENT SYSTEMS

-1-

J&J-0083368

Protected Document--Subject to Protective Order

JNJ 000326112

## INTRODUCTION:

A study was performed at Windsor Minerals to quantify the effect-iveness of two new floatation reagent systems in the depression of asbestiform minerals in the floatation process. Analysis of the floated products was accomplished using a Millipore πMC Image Analyzer as the analytical detection device.

## CONCLUSIONS:

1.  A combination of n-butyl alcohol as a frother along with citric acid as a depressive agent proved to be 20 times as effective as Ultrawet D.S. suppressing asbestiforms in the final product.

2.  Using only n-butyl alcohol as a frother proved to be 7 times as effective as Ultrawet D.S. in suppressing asbesti-forms.

3.  Ultrawet D.S. provided only a minimal suppression of asbesti-forms through the floatation process.

## EXPERIMENTAL:

Ground ore from the Hammondsville Mine was "doped" with 1.0% by weight of the fibrous form of anthophylite which occurs as a rare mineral in the Hammondsville ore body, and subjected to a series of laboratory floatations using the following reagent systems:

1.  Ultrawet D.S.

2.  n-butyl alcohol

3.  n-butyl alcohol-citric acid.

The products obtained from these laboratory floatations were scanned on a video monitor coupled to an optical microscope, the system having a useful magnification of 500X. Clearly recognizable asbesti-form anthophylite was counted and totalized over 100 viewed fields. The number of particles viewed in the 100 fields were totalized by means of a complementary computer interfaced to the system. The numbers obtained by this technique were compared to those obtained by an identical analysis of a standard preparation consisting of a Grade "66" product "doped" with 2.0% by weight of fibrous anthophylite.

## RESULTS:

Table 1 gives the data and calculated numerical relationships devised to indicate the effectiveness of the new reagent systems in the depression of fibrous anthophylite. These relationships, their value and definitions are as follows:

-2-

J&J-0083369

Protected Document--Subject to Protective Order

JNJ 000326113

1.  Rejection factor:  a relationship derived to indicate the
    weight rejection of anphophylite using a given reagent
    system.  This relationship is arrived at by comparing the
    anthophylite weight percentage in the floated product
    to the 2.0% asbestiform "doped" product which represents
    a floated material having undergone no rejection of asbesti-
    forms from the ore to the product.

    The Rejection Factor is defined in these experiments
    for a given floatation reagent as:     2.0
                                         ————————————————
                                         anthophylite weight
                                         percentage in
                                         floated product

2.  Rejection Ratio - This term relates the effectiveness of
    suppression of asbestiforms by the alcohol based systems,
    to the existing Ultrawet D.S. system and is defined as
    follows:

    Rejection Ratio = Rejection Factor of new reagent system
                      ————————————————————————————————————————
                      Rejection Factor of Ultrawet D.S. system

-3-

J&J-0083370

Protected Document--Subject to Protective Order

JNJ 000326114

Table I    Asbestiform Analysis of Cosmetic Grade Talcs Using TMC Image Analyzer.

|                              | 2.0% Asbestiform Containing Product | Ultrawet D.S. Floated Product | N-Butyl Alcohol Floated Product | N-Butyl Alcohol Citric Acid Floated Product |
|------------------------------|------------|------------|------------|------------|
| Total Fields Counted         | 100        | 100        | 100        | 100        |
| Total Fibers Counted         | 298        | 37         | 6          | 2          |
| Total Particles Counted      | 10681      | 9166       | 11416      | 10103      |
| Weight Percentage Asbestiform| 2.00       | .2894      | .0377      | .0142      |
| Rejection Factor             | 1.00       | 6.91       | 53.08      | 140.94     |
| Rejection Ratio              | --         | 1.00       | 7.68       | 20.39      |

-4-

J&J-0083371

Protected Document--Subject to Protective Order

JNJ 000326115

## SUMMARY AND REMARKS:

The data shows a profound influence of the alcohol based reagent system upon the amounts of asbestiforms reporting in the floated product. It is apparent that the system which includes citric acid is more effective than n-butanol alone.

Although the data was accumulated for the specific mineral species, fibrous anthophylite, the same results can be predicted for other fibrous amphibole minerals and chrysotile asbestos found in association with the Hammondsville ore body whose surfaces expose a substantial concentration of magnesium and hydroxl groups as reactive sites.

-5-

J&J-0083372

Protected Document--Subject to Protective Order

JNJ 000326116

ATTACHMENT C


MINEROLOGY OF ORES, PRODUCTS AND MILL TAILS RE

DIFFERENT FLOATATION REAGENTS

J&J-0083373

Protected Document--Subject to Protective Order

JNJ 000326117

TO:        WINDSOR MINERALS INC., Windsor, Vermont   05089

FROM:      R. C. Reynolds, Jr., Department of Earth Sciences
           Dartmouth College, Hanover, N.H.   03755

SUBJECT:   Mineralogy of Ores, Products and Mill Tails Re
           Different Flotation Reagents

INTRODUCTION:

A study was made of the mineralogy of talc products and mill

tails that were produced by the use of three different flo-

tation schemes.  The designations and descriptions used in

this report are as follows:

| Flotation Agent | Designation |
|---|---|
| Ultrawet | A |
| Butanol | B |
| Butanol + Citric Acid | C |

In addition, studies were made of the ore that produced each

of the products and mill tails.

TECHNIQUE:

Ores, products, and tails were analyzed by x-ray diffraction

methods.  Copper $\kappa_\alpha$ radiation was used and the region $2\theta = 24$

to $2\theta = 34°$ was scanned.  This $2\theta$ region contains important

peaks from talc, chlorite, dolomite and magnesite.  Examples

of runs are shown on Figure 1.  The data in Table 1 was

obtained by averaging peak heights from three scans of each

sample.

J&J-0083374

Protected Document--Subject to Protective Order

JNJ 000326118

Materials were studied for amphiboles by means of the heavy-liquid-benzethonium chloride method described in the Windsor Mineral Report of March, 1974.  To improve separation and subsequent semi-quantitative estimation of amphibole, product samples were spiked with dolomite and tourmaline, sized 10-40μ, to better simulate the ores, which behave well in the amphibole separation procedure.

RESULTS:

Figure 1 shows the x-ray diffraction patterns of ores, products, and tails associated with each of the flotation procedures. Peaks are labelled C = chlorite, T = Talc, D = dolomite, and M = magnesite.  The results clearly show

> (1) the low chlorite, magnesite, and dolomite in all of the products
>
> (2) the large amounts of magnesite, dolomite, and chlorite in ores and tails
>
> (3) the low concentration of talc in tails B and C

Ores A, B and C are similar as are products A, B and C.  The only significant difference among the three treatments shows in the tails; those from treatment A (ultrawet) clearly have a much large talc content than do the tails from the butanol or the butanol-citric acid experiment.

Table 1 shows data tabulated from repeated (three times) runs similar to those shown on Figure 1.  The values are meaningful only in a relative sense.  There appear to be no significant differences among ores A, B and C, and products A, B and C.

-2-

J&J-0083375

Protected Document--Subject to Protective Order

JNJ 000326119

The major difference is among the tails, where tails A is clear-
ly much richer in talc than tails B or tails C.

It is concluded that:

> (1) The ores used for the three flotation
> experiments are very similar or identical
> in mineralogy
>
> (2) The products A, B and C are similar except
> that product A does have a slightly higher
> chlorite content
>
> (3) The tails for B and C are similar, but
> tails A is clearly higher in talc. Hence,
> the ultrawet flotation agent clearly pro-
> duced a higher loss of talc to the mill
> tails than did the butanol or butanol-
> citric acid reagents

The results from the amphibole separation are somewhat ambiguous
because of the difficulties in obtaining reproduceable extractions
from the products. However, the tourmaline added to products
A and B was recovered to within ±10% for each, giving confidence
in the efficiency of the separation. Based on optical estimates
from these samples, and separations of the three done without
tourmaline, it is concluded that all three products contain
essentially similar concentrations of actinolite, and that its
absolute concentration lies between 100 and 200 ppm.

CONCLUSIONS:

As a result of the mineralogical studies reported here, the
following are concluded:

> (1) Ores A, B and C are essentially identical
> with respect to their concentrations of
> magnesite, dolomite, chlorite and actinolite

-3-

J&J-0083376

Protected Document--Subject to Protective Order

JNJ 000326120

(2) Tails B and C are identical with respect
to talc, magnesite, dolomite and chlorite,
but tails A is significantly richer in talc

(3) Products A, B and C are essentially identi-
cal with respect to their concentrations of
magnesite, dolomite and actinolite; Product
A contains a somewhat larger quantity of
chlorite

(4) Amphibole separations from products are
difficult to achieve quantitatively, but
the addition of carbonate and silicate
carriers seems promising in eliminating
the difficulties

-4-

J&J-0083377

Protected Document--Subject to Protective Order

JNJ 000326121

TABLE 1

X-RAY DIFFRACTION PEAK RATIOS FROM ORES, PRODUCTS AND TAILS

|           | Magnesite/Talc | Dolomite/Talc | Chlorite/Talc |
|-----------|----------------|---------------|---------------|
| Ore A     | 0.27           | 0.12          | 0.070         |
| Ore B     | 0.23           | 0.11          | 0.086         |
| Ore C     | 0.25           | 0.11          | 0.074         |
| Product A | Very low       | Very low      | 0.0100        |
| Product B | Very low       | Very low      | 0.0086        |
| Product C | Very low       | Very low      | 0.0085        |
| Tails A   | 1.2            | 0.78          | 0.28          |
| Tails B   | 10.9           | 5.7           | 2.6           |
| Tails C   | 12.2           | 6.0           | 2.4           |

J&J-0083378

Protected Document--Subject to Protective Order

JNJ 000326122

TABLE 2

ACID INSOLUBLE HEAVY LIQUID RESIDUES FROM PRODUCTS, ORES AND TAILS

| | PPM TOTAL | PPM ESTIMATED AMPHIBOLE |
|---|---|---|
| Ore A | 9000 | ∿3000 |
| Ore B | 10,500 | ∿3000 |
| Ore C | 8800 | ∿3000 |
| Product A | | 100-200* |
| Product B | | 100-200* |
| Product C | | 100-200* |
| Tails A | 34,600 | too much chlorite |
| Tails B | 36,100 | too much chlorite |
| Tails C | 44,100 | too much chlorite |

*See text

J&J-0083379

Protected Document--Subject to Protective Order

JNJ 000326123

J&J-0083380

JNJ 000326124

Protected Document--Subject to Protective Order



Figure 1    X-ray diffraction traces of ores, products and mill tails. Chlorite = C, talc = T, magnesite = M, and dolomite = D.



Windsor Minerals Company
Windsor, Vermont 05089

EXAMINATION OF TALC ORES AND

PRODUCTS: BENEFICIATION PROCESSES

Date:  15 May 1974

MA Number:   3295

Copy   4   of   8

# walter c. mccrone associates, inc.

2820 SOUTH MICHIGAN AVENUE  •  CHICAGO, ILLINOIS 60616

J&J-0083381

Protected Document--Subject to Protective Order

JNJ 000326125

Exhibit 57

Case 3:16-md-02738-MAS-RLS   Document 26640-3   Filed 08/14/23   Page 23 of 301 PageID: 157520



walter c. mc crone associates, inc.

CONSULTING: ULTRAMICROANALYSIS · MICROSCOPY · SMALL PARTICLE PROBLEMS · SOLID-STATE CHEMISTRY

8 July 1974

Dr. Robert Rolle
Johnson and Johnson
Research Center
501 George Street
New Brunswick, New Jersey  08901

Dear Dr. Rolle:

We have analyzed 21 samples of talc to determine the content of asbestiform materials in those samples.  Of the 21 samples which we analyzed, 17 were production run samples and 4 were other type samples.  In this latter group of 4, one sample, 740159, contained 2 small chrysotile fibers while the other 3 samples did not show any asbestiform fibers whatsoever.

Of the 17 production samples, 10-22-73 to 10-26-73, showed only one probable amphibole asbestiform.  We did find another fiber which was backed with a talc plate and therefore an electron diffraction pattern could not be obtained from this fiber.  In sample 12-1-73 to 12-7-73 we found one small chrysotile fiber.  In sample 1-7-74 to 1-11-74 we found one tremolite fiber and one probable chrysotile. In sample 1-28-74 to 2-2-74 we found one chrysotile fiber and, finally, in sample 2-18-74 to 2-24-74 we found two small chrysotile fibers.  These were the only fibers that we found using electron microscopy and electron diffraction which were confirmed as asbestos or probable asbestos.

The fibers that we did find were generally quite small; say less than 1/2 micrometer long.  The remainder of the samples showed mostly high quality talc with, in some cases,  a little rolled talc but it was quite obviously rolled talc rather than amphibole fibers or chrysotile fibers.

In general these low levels of asbestiform minerals are so low that they might well be caused by contamination either in the processing from air contamination or in our laboratory.  Only in one case did we find as many as two fibers in the production samples and these were quite small.  The type of fibers that one would normally get from automotive break line wear debris which could well be circulated in the atmosphere and could have inadvertently fallen out in the sample preparation or in the processing of these materials.

2820 SOUTH MICHIGAN AVENUE · CHICAGO, ILLINOIS 60616 · 312/842-7100 · CABLE: CHEMICRONE

JNJTALC000287007

Dr. Robert Rolle                                    Page two

Thank you for consulting McCrone Associates.  If there are any questions regarding this report or the data contained therein please feel free to contact me.

Very truly yours,

Gene R. Grieger
Research Physicist

GRG:nkn
enclosure
ref:MA2546

JNJTALC000287008

| | |
|---|---|
| 00C-6-406 | OK |
| 025446 Merck | OK |
| 731571 | OK |
| 740159 | 2 chrysotile |
| 10/22/73-10/26/73 | 1 probable chrysotile |
| 11/26/73-11/30/73 | OK |
| 12/1/73-12/7/73 | 1 chrysotile |
| 12/10/73-12/15/73 | OK |
| 12/26/73-12/28/73 | OK |
| 1/7/74-1/11/74 | 1 tremolite, 1 probable chrysotile |
| 1/14/74-1/18/74 | OK |
| 1/21/74-1/25/74 | OK |
| 1/28/74-2/2/74 | 1 chrysotile |
| 2/4/74-2/8/74 | OK |
| 2/11/74-2/17/74 | OK |
| 2/18/74-2/24/74 | 2 chrysotile |
| 2/25/74-3/3/74 | OK |
| 3/4/74-3/9/74 | OK |
| 3/11/74-3/16/74 | OK |
| 3/18/74-3/22/74 | OK |
| 3/25/74-3/31/74 | OK |

JNJTALC000287009

Exhibit 58

10 October 1974

Mr. Vernon Zeitz
Manager, Research and Development
Windsor Minerals Inc.
P.O. Box 680
Windsor, Vermont  05089

Dear Mr. Zeitz:

I have completed the analysis of your eleven latest samples (D-GI 7/15 to 7/29; DHC 7/22 to 7/26; D-WI 7/15 to 8/2; E-GI 7/29 to 8/12; E-HC 7/29 to 8/12; E-WI 8/5 to 8/17; F-HC 9/3 to 9/7; F-GI 8/12 to 8/26, F-WI 8/19 to 8/30; G-GI 9/3 to 9/16; and H-GI 9/16 to 9/23) for asbestiform fibers.

Only one sample was found to contain fibrous asbestiform material — D-GI 7/15 to 7/29.  Chrysotile fibers were found to be present at an estimated level (good approximately to an order of magnitude) of ~.006%.

The other samples showed a large percentage of rolled talc, talc shards, and chunky material (probably chlorite) with sizes varying to a great extent in most of the material examined.

Following, you will find a table listing the samples and comments.  The photographs will be sent at a later date as per our telephone conversation.

Thank you once again for consulting us.  As always, if you have any questions please do not hesitate to call.

Yours sincerely,

for Richard J. Shimps
Research Chemist

Ref:  MA 4055
enclosure

lmh   $2,940.

J&J-0005871

JNJ 000291308

**JNJ000291308**

# Metadata

| AttachCount | 1 | ORIGINAL |
|---|---|---|
| BegAttach | JNJ 000291308 | ORIGINAL |
| Confidentiality | N | ORIGINAL |
| Custodian | Legacy 2 | ORIGINAL |
| DateMod | 10/10/1974 12:00 AM | ORIGINAL |
| EndAttach | JNJ 000291310 | ORIGINAL |
| FileName | J&J0005871.TIF | ORIGINAL |
| FileSize | 0.00 | ORIGINAL |
| PgCount | 1 | ORIGINAL |

Mr. Vernon Zeitz
Windsor Minerals Inc.

D-GI 7/15 to 7/29 ·         Large talc platelets and talc ribbons were present. Small blocky inorganic material was present as were chrysotile fibers. The fibers were mainly in "chunks" of material showing anywhere from two to ten fibers. No fibrous amphibole asbestos was detected.

D-HC 7/22 to 7/26         Talc ribbons, shards and rolled talc were present along with large talc platelets. Some non-talc minerals were present but no fibrous asbestiform material.

D-WI 7/15 to 8/2         Platy talc ranging from the very small to the very large with significant amounts of large talc shards and ribbons. The chunky inorganic material found was similar to that found in the other samples.

E-GI 7/29 to 8/12         Small blocky material was present with talc platelets ranging from the small to the quite large. Some talc shards and ribbons were present.

E-HC 7/29 to 8/12         This was a more normal seeming sample showing a larger percentage of platy talc. It still contained a significant amount of "fibrous" talc and the chunky non-talc material. No type of fibrous asbestos was detected.

E-WI 8/5 to 8/17         A fairly good size distribution of talc platelets with "fibrous" talc present. Chunky inorganics and some quite thin short ($< 1\mu$ m) non-asbestiform fibers (which showed no diffraction pattern) were also present.

F-HC 9/3 to 9/7         Material ranges from the quite small to the quite massive. Platy talc, talc ribbons and shards, and chunky matter were present. No fibrous asbestiform was detected.

**Walter C. McCrone Associates, Inc.**

J&J-0005872

JNJ 000291309

F-GI 8/12 to 8/26

A lot of large massive material was in this sample. A significant fiber fraction was present, composed mainly of talc shards, rolled talc and talc ribbons. Jagged chunky material was present along with "fibers" of the same material (i.e. they had an aspect ratio >3:1). Much small material was present appearing to be mainly other types of silicates. Not a lot of good platy talc was present.

F-WI 8/19 to 8/30

Comments as in F-GI 8/12 to 8/26, but more talc and talc platelets showing with not as much in the fibrous category. The chunky material was generally under 1 micrometer in size. A few long, thin non-asbestiform fibers were present.

G-GI 9/3 to 9/16

More material in the smaller size ranges than in the previously mentioned samples but it still showed a large size variation. A significant amount of fibrous material was present (mainly talc). Chunky material was at a lower level than the other samples.

H-GI 9/16 to 9/23

Platy talc was present along with the "fibrous" forms. Some small to moderately sized chunky material and some non-asbestiform fibers were also present.

**Walter C. McCrone Associates, Inc.**

J&J-0005873

JNJ 000291310

## JNJ000291309

## Metadata

| | | |
|---|---|---|
| **AttachCount** | 0 | ORIGINAL |
| **BegAttach** | JNJ 000291308 | ORIGINAL |
| **Confidentiality** | N | ORIGINAL |
| **Custodian** | Legacy 2 | ORIGINAL |
| **EndAttach** | JNJ 000291310 | ORIGINAL |
| **FileName** | J&J0005872.TIF - J&J0005873.TIF | ORIGINAL |
| **FileSize** | 0.00 | ORIGINAL |
| **PgCount** | 2 | ORIGINAL |

Exhibit 59

# walter c. mc crone associates, inc.

CONSULTING: ULTRAMICROANALYSIS • MICROSCOPY • SMALL PARTICLE PROBLEMS • SOLID-STATE CHEMISTRY

9 December 1974

Mr. Robert Russell
Johnson and Johnson
Research Center
501 George Street
New Brunswick, New Jersey  08901

Dear Mr. Russell:

Using the transmission electron microscope we have analyzed the sample of baby powder designated as J and J 3390-66.  In this sample we found basically talc with one fiber, identified by electron diffraction as chrysotile.  The fiber is extremely small (~1-2 $\mu$m long) and does not represent a significant portion of the talc. (<1 ppm)  Since this was the only fiber found, however, it may well have originated as stray contamination possibly from atmospheric sources.  Enclosed are electron micrographs and diffraction patterns of the fiber.  Some of the diffraction patterns include spots from talc which is in an adjacent area and could not be excluded.  There are however, streaky patterns and indicative diffraction spots which confirm that this is in fact a chrysotile fiber.  There were no amphiboles detected so that, in my opinion, this material can be considered asbestos free.

If you have any questions concerning this report or the data contained herein, please feel free to contact me.

Very truly yours,

Gene R. Grieger
Senior Research Physicist

GRG:nkn
enclosures
ref:MA2546

**Walter C. McCrone Associates, Inc.**

Sample 3390-66   (50KX

JOJO-MA2546-00510

**Walter C. McCrone Associates, Inc.**

JOJO-MA2546-00611

Sample 3390-66 SAED.
Chrosotile and talc

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

IN RE: ALL ASBESTOS LITIGATION )
FILED BY MAUNE RAICHLE )
HARTLEY FRENCH & MUDD, LLC )
 )
vs. ) Case No. 2016 L 999001
 )
THE MCCRONE GROUP, INC., )
 )
 3d Party non-defendant. )

## **BUSINESS RECORDS AFFIDAVIT**

BEFORE ME, the undersigned authority, personally appeared the undersigned affiant who, being duly sworn, deposed as follows:

My name is David A. Wiley. I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated:

1. I am the President and Chief Operating Officer of the McCrone Group, Inc. ("McCrone"). As such, I have knowledge of McCrone's recordkeeping practices.

2. On May 17, 2017, McCrone was served a Subpoena Duces Tecum in the above-referenced case.

3. In response to said Subpoena Duces Tecum, McCrone employees undertook a search of McCrone's records for responsive documents.

4. In July 2017, McCrone produced the responsive documents to counsel at Maune Raichle Hartley French & Mudd, LLC. The true and accurate documents comprising McCrone's response ("the Records") have been bates numbered as follows:

 a. AVON-MA02803-0001 to -0020

1

b.  AVON-MA02811-0001 to 0009
c.  AVON-MA03988-0001 to 0038
d.  AVON MA03072-0001 to 0051
e.  AVON-MA03143-0001 to 0806
f.  AVON-MA10318-0001 to 0102
g.  AVON-MA10996-0001 to 0015
h.  AVON-MA20407-0001 to 0015
i.  AVON-MA27677-0001 to 0188
j.  AVON-MA29944-0001 to 0018
k.  AVON-MA30572-0001 to 0023
l.  AVON-MA31088-0001 to 0046
m.  AVON-MA31976-0001 to 0034
n.  AVON-MA34258-0001 to 0020
o.  AVON-MA35161-0001 to 0028
p.  AVON-MA60416-0001 to 0014
q.  COLG-MA03805-0001 to 0014
r.  COLG-MA03884-0001 to 0022
s.  COLG-MA04426-0001 to 0013
t.  COLG-MA05259-0001 to 0059
u.  COLG-MA05500-0001 to 0220
v.  COLG-MA07673-0001 to 0020
w.  COLG-MA11871-0001 to 0010
x.  COLG-MA12917-0001 to 0007
y.  CYPR-MA08802-0001 to 0020
z.  CYPR-MA09863-0001 to 0012
aa. CYPR-MA11173-0001 to 0004
bb. CYPR-MA11196-0001 to 0007
cc. CYPR-MA22358-0001 to 0017
dd. CYPR-MA23032-0001 to 0018
ee. CYPR-MA23252-0001 to 0023
ff. CYPR-MA60281-0001 to 0145
gg. CYPR-MA60352-0001 to 0082
hh. CYRE-MA05392-0001 to 0010
ii. CYWM-MA60414-0001 to 0015
jj. CYWM-MA60422-0001 to 0016
kk. CYWM-MA60435-0001 to 0014
ll. CYWM-MA60444-0001 to 0032
mm.     CYWM-MA60455-0001 to 0026
nn. CYWM-MA60468-0001 to 0017
oo. CYWM-MA60471-0001 to 0018

2

pp. CYWM-MA60482-0001 to 0017
qq. CYWM-MA60499-0001 to 0017
rr.  CYWM-MA60514-0001 to 0012
ss.  CYWM-MA60523-0001 to 0013
tt.  CYWM-MA60540-0001 to 0014
uu. CYWM-MA60554-0001 to 0030
vv. CYWM-MA60562-0001 to 0019
ww.      CYWM-MA60557-0001 to 0015
xx. DANA-MA08330-0001 to 0011
yy. DANA-MA13107-0001 to 0015
zz. ENGE-MA03660-0001 to 0016
aaa.       ENGE-MA06083-0001 to 0019
bbb.       ENGE-MA07829-0001 to 0015
ccc.       ENGE-MA09480-0001 to 0012
ddd.       ENGE-MA13421-0001 to 0221
eee.       HELE-MA08064-0001 to 0021
fff. JMAN-MA03017-0001 to 0163
ggg.       JOJO-MA1339-0001 to 0053
hhh.       JOJOMA1454-0001 to 0004
iii.  JOJOMA2330-0001 to 0108
jjj.  JOJO-MA2347-0001 to 0092
kkk.       JOJO-MA2501-0001 to 0037
lll.  JOJO-MA2523-0001 to 0168
mmm.       JOJO-MA2546-0001 to 1561
nnn.       JOJO-MA3302-0001 to 0016
ooo.       JOJO-MA3655-0001 to 0011
ppp.       JOJO-MA5880-0001 to 0026
qqq.       JOJO-MA5902-0001 to 0003
rrr. JOJO-MA6797-0001 to 0036
sss.       JOJO-MA7848-0001 to 0028
ttt. JOJO-MA8029-0001 to 0012
uuu.       JOJO-MA11438-0001 to 0012
vvv.       JOJO-MA11495-0001 to 0008
www.       JOJO-MA11691-0001 to 0010
xxx.       JOJO-MA11988-0001 to 0006
yyy.       JOJO-MA12476-0001 to 0005
zzz.       JOJO-MA12851-0001 to 0007
aaaa.       JOJO-MA13091-0001 to 0011
bbbb.       JOJO-MA60419-0001 to 0010
cccc.       JOJO-MA60448-0001 to 0009

3

dddd.       JOJO-MA60470-0001 to 0008
eeee.       JOJO-MA60537-0001 to 0013
ffff.       JOJO-MA60572-0001 to 0010
gggg.       JOJO-MA60585-0001 to 0021
hhhh.       JOJO-MA90006-0001 to 0021
iiii. JOJO-MA90013-0001 to 0016
jjjj. JOJO-MA90019-0001 to 0011
kkkk.       KOLM-MA03605-0001 to 0014
llll. KOLM-MA06840-0001 to 0006
mmmm.       KOLM-MA07070-0001 to 0022
nnnn.       KOLM-MA12302-0001 to 0236
oooo.       LUZE-MA22854-0001 to 0008
pppp.       LUZE-MA28432-0001 to 0041
qqqq.       LUZE-MA29991-0001 to 0026
rrrr.       LUZE-MA30064-0001 to 0028
ssss.       LUZE-MA30181-0001 to 0056
tttt.       LUZE-MA30365-0001 to 0031
uuuu.       LUZE-MA30559-0001 to 0023
vvvv.       LUZE-MA30657-0001 to 0023
wwww.       LUZE-MA30846-0001 to 0024
xxxx.       LUZE-MA30976-0001 to 0022
yyyy.       LUZE-MA38305-0001 to 0043
zzzz.       LUZE-MA60583-0001 to 0015
aaaaa.      LUZE-MA60591-0001 to 0020
bbbbb.      MENNEN-MA5297-0001 to 0160
ccccc.      MENNEN-MA12358-0001 to 0009
ddddd.      P&G-MA03752-0001 to 0007
eeeee.      PFIZ-MA04310-0001 to 0013
fffff.      PFIZ-MA13642-0001 to 0032
ggggg.      RTVAND-MA04073-0001 to 0036
hhhhh.      RTVAND-MA06917-0001 to 0034
iiiii.      RTVAND-MA22971-0001 to 0286
jjjjj. RTVAND-MA60569-0001 to 0009
kkkkk.      RTVAND-MA60597-0001 to 0191
lllll.      WHIT-MA03591-0001 to 0364
mmmmm.          WHIT-MA08683-0001 to 0017
nnnnn.      WIND-MA04055-0001 to 0589
ooooo.      WIND-MA10764-0001 to 0005
ppppp.      WIND-MA11486-0001 to 0015
qqqqq.      WIND-MA11951-0001 to 0030

      rrrrr.     WIND-MA15602-0001 to 0009

      sssss.    WIND-MA15828-0001 to 0008

5. Each document in the Records was individually: (a) kept in the course of a regularly conducted activity of McCrone, with the making of said documents being a regular practice of McCrone; and (b) made at or near the time by (or from information transmitted by) someone with knowledge. The Records are the original or exact duplicates of the originals.

_14 SEP 2017_

David A. Wiley

In Witness whereof, I have hereunto subscribed my name and affixed my official seal this _14th_ day of _September_, 2017.

> Official Seal
> Maureen E Ingold
> Notary Public State of Illinois
> My Commission Expires 10/28/2019

Notary Public

My Commission expires: _10/28/2019_

5

Exhibit 60





walter c. mccrone associates, inc.

CONSULTING: ULTRAMICROANALYSIS · MICROSCOPY · SMALL PARTICLE PROBLEMS · SOLID-STATE CHEMISTRY

1 July 1975

Mr. Vern Zeitz
Windsor Mineral Company
P. O. Box 680
Windsor, VT  05089

Dear Mr. Zeitz:

We have examined two groups of samples using electron microscopy and selected area electron diffraction to determine the extent of amphiboles or serpentine contamination in these two groups of samples.  The first group consisted of 29 talc samples which were taken from your ore body.  The second group consisted of 7 samples which were sent to us subsequently to be analyzed separately.  The general conclusion that we came to in this study is that these samples do show some amphiboles but at an extremely low level.  We did not find any chrysotile (serpentine asbestos) in any of these samples.

In examining the samples we kept a running tabulation of the asbestos which we could positively identify, the total fiber content and the organic material present in each sample.  These are listed qualitatively as 0 for none found, low for 1 to 3 fibers found, medium for about 4 to 8 fibers, high and very high.  In no case did the asbestos content exceed medium.  We did find indications of blocky talc in some of these and also other silicates and rolled talc.  The silicates and rolled talc would be lumped into the general "other fiber" category.  The organic material consisted of bacteria, amorphous structures which generally seem to be organic in nature, materials which bubbled in the beam and general crud which we find in some of the samples.

Some of the samples showed extreme amounts of sedimentation in the bottom of the test tube when we prepared these samples.  Samples of these sediments were therefore examined separately.  A general comparison of the fines and the sediments indicates that the fines which are in suspension contain more fibers than the settled material.

The listings from our visual observations at the microscope are given in Tables 1 and 2.  A photographic record was made of all the fibers observed.  A more complete sample analysis based on these photographic plates is listed in Table 3.

If there are any further questions concerning this report or the data contained herein, please feel free to contact me.

Very truly yours,

Gene R. Grieger
Gene R. Grieger
Research Physicist

Enclosures
GRG:smg
Ref. MA-4055

2620 SOUTH MICHIGAN AVENUE · CHICAGO, ILLINOIS 60616 · 312/842-7100 · CABLE: CHEMICRONE

J&J-0005925

JNJ 000291318

**JNJ000291318**

## Metadata

| AttachCount | 3 | ORIGINAL |
|---|---|---|
| BegAttach | JNJ 000291318 | ORIGINAL |
| Confidentiality | N | ORIGINAL |
| Custodian | Legacy 2 | ORIGINAL |
| DateMod | 07/01/1975 12:00 AM | ORIGINAL |
| EndAttach | JNJ 000291322 | ORIGINAL |
| FileName | J&J0005925.TIF | ORIGINAL |
| FileSize | 0.00 | ORIGINAL |
| PgCount | 1 | ORIGINAL |

TABLE 1

Description of sample content of fines

| Sample No. | Confirmed asbestos, visual | Fibers rolled talc silicates etc. | Organics |
|------------|---------------------------|------------------------------------|----------|
| W-GI  | 0      | Medium | Medium   |
| B1-GI | 0      | Low    | Low      |
| B1-WI | 0      | Medium | High     |
| F1-WI | Low    | Low    | Medium   |
| Y-GI  | 0      | Low    | V. high  |
| W-HC  | 0      | Low    | High     |
| V-HC  | 0      | 0      | Low      |
| Z-GT  | 0      | Low    | Medium   |
| Y-HC  | 0      | Medium | Medium   |
| D1-HC | 0      | 0      | Medium   |
| G1-HC | 0      | Low    | Low      |
| X-HC  | Low    | Medium | Low      |
| F1-HC | Medium | Low    | Low      |
| V-WI  | 0      | Medium | Low      |
| V-GI  | Low    | Low    | Low      |
| E1-HC | Low    | Low    | High     |
| G1-WI | Low    | Medium | Medium   |
| C1-HC | 0      | Medium | Medium   |
| D1-GI | 0      | Low    | High     |
| C1-GI | Low    | Medium | Medium   |
| U-GI  | 0      | Low    | V. high  |
| H1-HC | 0      | 0      | V. high  |
| H1-WI | 0      | Low    | V. high  |
| B1-HC | Low    | Low    | 0        |
| E1-GI | 0      | Low    | High     |
| A1-HC | 0      | Low    | Medium   |
| E1-WI | 0      | 0      | Medium   |
| Z-HC  | Low    | 0      | Medium   |
| D1-WI | 0      | 0      | Medium   |

J&J-0005926

JNJ 000291319

## JNJ000291319

## Metadata

| | | |
|---|---|---|
| **AttachCount** | 0 | ORIGINAL |
| **BegAttach** | JNJ 000291318 | ORIGINAL |
| **Confidentiality** | N | ORIGINAL |
| **Custodian** | Legacy 2 | ORIGINAL |
| **EndAttach** | JNJ 000291322 | ORIGINAL |
| **FileName** | J&J0005926.TIF | ORIGINAL |
| **FileSize** | 0.00 | ORIGINAL |
| **PgCount** | 1 | ORIGINAL |

TABLE 2

Description of sample content of sediment

| Sample No. | Asbestos | Fibers | Organics |
|---|---|---|---|
| H1-WI | 0 | 0 | Medium |
| B1-HC | 0 | 0 | Low |
| E1-GI | Low | 0 | Low |
| Y-GI | 0 | 0 | Medium |
| U-HC | 0 | 0 | Low |
| W-GI | 0 | Low | Low |
| Z-GI | 0 | Low | Low |
| E1-WI | Low | Low | Medium |
| G1-HC | 0 | Low | Low |
| Y-HC | 0 | 0 | Low |
| D1-GI | 0 | 0 | 0 |
| F1-WI | 0 | Low | Low |
| W-HC | 0 | 0 | Medium |
| V-WI | 0 | Medium | Medium |
| U-GI | 0 | Low | 0 |
| Z-HC | Low | Low | Low |
| X-HC | 0 | Low | Low |
| C1-HC | 0 | 0 | Medium |
| D1-HC | 0 | 0 | Medium |
| D-HC 7/22 | Low | Low | Low |
| D-WI 7/15 | 0 | Low | Low |
| D-GI 7/15 | 0 | Low | Low |
| F-HC 9/3 | 0 | Low | Low |
| H-GI 9/16 | 0 | Low | Medium |
| I-WI | 0 | Low | Medium |
| P-GI | Low | Low | Medium |

J&J-0005927

**JNJ000291320**

## Metadata

| AttachCount | 0 | ORIGINAL |
|---|---|---|
| BegAttach | JNJ 000291318 | ORIGINAL |
| Confidentiality | N | ORIGINAL |
| Custodian | Legacy 2 | ORIGINAL |
| EndAttach | JNJ 000291322 | ORIGINAL |
| FileName | J&J0005927.TIF | ORIGINAL |
| FileSize | 0.00 | ORIGINAL |
| PgCount | 1 | ORIGINAL |

SUMMARY TABLE

COSMETIC TALC POSITION

| ADVERSARY ISSUE | PROPONENT OF ISSUE | ACTION PURSUED |
|---|---|---|
| Asbestos in Talc | a. Mt. Sinai – Selikoff<br>Langer | 1. Continuing self-surveillance of J&J talcs to demonstrate NO ASBESTOS.<br>2. New Windsor flotation agents for added processing assurance. |
| | b. FDA | 1. J&J – CTFA development of analytical methods for recommendation to FDA as industry monitoring tools. |
| Talc Per Se | | |
| I.  Cancer in ovaries – organs | a. Tenovus – Henderson | 1. Following BIBRA Study of animal vagina implantation. |
| II.  Inhalation risks<br>   CANCER | a. Mt. Sinai – Selikoff<br>Langer | 1. Rubino Epidemiological Study (Cancer) of Italian Cosmetic Talc Workers. |
| RESPIRATORY HEALTH | b. Kleinfeld | 1. Battelle animal chronic Inhalation study. |
| | c. FDA – Lovelace Study | 2. Orientative translocation observations in Battelle.<br>3. Have established inhalation exposure safety factors between infant and talc worker. |
| III. Talc in Rice<br>   GASTRIC CANCER | a. Merliss<br>b. Matsudo | 1. Obtaining outside consultants, critique of non-conclusive foreign particle identification. |
| IV.  Other Talc Impurities | a. Mt. Sinai – Langer | 1. Increasing our data bank for J&J talcs and evaluating the leachability of the impurities. |
| V.  Occupational Workers Health | a. NIOSH – Harvard Study | 1. This study is just being initiated and Windsor Minerals has been chosen by NIOSH as a participant in survey. |

BPC OVERALL STRATEGY PRIORITY:

1. Market-test corn starch as talc alternative.

2. Develop Windsor talc with minimum respirable particles content

3. Develop a modified powder container dispenser top to minimize dust cloud.

4. Surveillance of other talc alternatives.

J8.-0163740

JNJ 000296901

**JNJ000296901**

# Metadata

| AttachCount | 0 | ORIGINAL |
|---|---|---|
| BegAttach | JNJ 000296896 | ORIGINAL |
| Confidentiality | N | ORIGINAL |
| Custodian | Legacy 2 | ORIGINAL |
| EndAttach | JNJ 000296916 | ORIGINAL |
| FileName | J&J0163740.TIF | ORIGINAL |
| FileSize | 0.00 | ORIGINAL |
| PgCount | 1 | ORIGINAL |

Exhibit 61

# IMERYS210700

## Metadata

| Author | Gallagher, Regina | ORIGINAL |
|---|---|---|
| BegAttach | IMERYS 210465 | ORIGINAL |
| CC | Ashton, W; Brickman, L; Cohen, H; Hildick-Smith, G; Miller, R; Nashed, W; Rolle, FR; Goudie, AJ; Petterson, DR; Semple, B; Zietz, C | ORIGINAL |
| Confidentiality | No | ORIGINAL |
| DATA_Prod_Vol | IMERYS008 | ORIGINAL |
| DocumentType | HardCopy | ORIGINAL |
| EndAttach | IMERYS 210855 | ORIGINAL |
| ProdVol | IMERYS008 | ORIGINAL |
| Redacted | No | ORIGINAL |
| Relative FilePath Append | Denver\591622444\European Info\McCrone 1973-1983 66 | ORIGINAL |
| Replacement | No | ORIGINAL |
| Text Path | \\Imerys008\TEXT\TEXT034\IMERYS 210700.txt | ORIGINAL |
| To | Schelz, JP; Lee, G | ORIGINAL |
| Trial_Ex_Number | Pltf_IMERYS_00057329 | ORIGINAL |



EXHIBIT
22

cc:  Mr. W. Ashton        Dr. B. Semple              Section File
     Dr. L. Brickman      Mr. C. Zeitz, Windsor Minerals
     Mr. H. Cohen         Central File
     Dr. G. Hildick-Smith     *Johnson & Johnson*
     Mr. R. Miller, Windsor Minerals
     Dr. W. Nashed
     Dr. F. R. Rolle to Dr. A. J. Goudie        *New Brunswick, N.J.*
     Dr. D. R. Petterson

                                                August 31, 1976

**Subject:** Examination of Vermont 66 Talc by X-Ray
         Diffraction and Differential Thermal
         Analysis
         Project #0503.01

         Dr. J. P. Schelz
              to
         Mr. G. Lee



The following composite samples of Vermont 66 talc have been
analyzed by (1) continuous scanning x-ray diffraction for
qualitative mineralogical analysis (2) slow-scanning x-ray
diffractometry of a compressed pellet for the presence of
amphibole minerals (CTFA Method J4-1) and (3) differential
thermal analysis for the presence of quartz and serpentine
minerals:

5/10 - 5/15/76          7/6 - 7/10/76
5/17 - 5/22/76          7/12 - 7/16/76
5/24 - 5/29/76          7/19 - 7/23/76
6/1 - 6/4/76            7/26 - 7/30/76
6/7 - 6/11/76           8/2 - 8/6/76
6/14 - 6/18/76          8/9 - 8/13/76
6/21 - 6/25/76          8/16 - 8/20/76
6/28 - 7/2/76

**The samples examined appear to be typical of Vermont 66, except
for the presence of higher levels of chlorite than is normally
present. Previous chlorite levels were approximately 1% w/w;
current levels have been estimated at 1% - 3% w/w. (Both the
x-ray diffraction patterns and the differential thermograms in-
dicate the presence of two varieties of chlorite). No amphibole
(including tremolite) or serpentine (including chrysotile) minerals
or quartz were detected in these talc samples.**

                              Regina Gallagher
                              Regina Gallagher

dlw

Protected Document – Subject to Protective Order

IMERYS 210700

Pltf_IMERYS_00057329

*Johnson&Johnson*

**New Brunswick, N.J.**
October 6, 1976

*Subject:* EXAMINATION OF VERMONT 66 TALC BY X-RAY
DIFFRACTION AND DIFFERENTIAL THERMAL ANALYSIS
PROJECT NO. 0503.01



Dr. J. P. Schelz
to
Mr. G. Lee

The following composite samples of Vermont 66 talc
have been analyzed by (1) continuous scanning
x-ray diffraction for quantitative mineralogical
analysis (2) slow-scanning x-ray diffraction for
the presence of amphibole minerals (CTFA Method
J4-1) and (3) differential thermal analysis for
the presence of quartz and serpentine minerals:

        8/23 - 8/29/76        9/7 - 9/10/76
        8/30 - 9/3/76         9/20 - 9/24/76

The chlorite level was again noted to be several
percent higher when compared to lots of Vermont 66
talc produced prior to 1976.

No quartz, serpentine minerals or amphibole minerals
were detected in these weekly composite talcs.

Regina Gallagher

gm

cc:  Mr. W. Ashton
     Dr. L. Brickman
     Mr. H. Cohen
     Dr. G. Hildick-Smith
     Mr. R. Miller, Windsor Minerals
     Dr. W. Nashed
     Dr. F. R. Rolle to Dr. A. J. Goudie
     Dr. D. R. Petterson
     Dr. B. Semple
     Mr. C. Zeitz, Windsor Minerals
     Central File
     Section File

Protected Document – Subject to Protective Order

IMERYS 210701

Pltf_IMERYS_00057329



**walter c. mc̄crone associates, inc.**

CONSULTING: ULTRAMICROANALYSIS · MICROSCOPY · SMALL PARTICLE PROBLEMS · SOLID-STATE CHEMISTRY

COPY

1 July 1975

Mr. Vern Zeitz
Windsor Mineral Company
P. O. Box 680
Windsor, VT  05089

Dear Mr. Zeitz:

We have examined two groups of samples using electron microscopy and selected area electron diffraction to determine the extent of amphiboles or serpentine contamination in these two groups of samples.  The first group consisted of 29 talc samples which were taken from your ore body.  The second group consisted of 7 samples which were sent to us subsequently to be analyzed separately.  The general conclusion that we came to in this study is that these samples do show some amphiboles but at an extremely low level.  We did not find any chrysotile (serpentine asbestos) in any of these samples.

In examining the samples we kept a running tabulation of the asbestos which we could positively identify, the total fiber content and the organic material present in each sample.  These are listed qualitatively as 0 for none found, low for 1 to 3 fibers found, medium for about 4 to 8 fibers, high and very high.  In no case did the asbestos content exceed medium.  We did find indications of blocky talc in some of these and also other silicates and rolled talc.  The silicates and rolled talc would be lumped into the general "other fiber" category.  The organic material consisted of bacteria, amorphous structures which generally seem to be organic in nature, materials which bubbled in the beam and general crud which we find in some of the samples.

Some of the samples showed extreme amounts of sedimentation in the bottom of the test tube when we prepared these samples.  Samples of these sediments were, therefore examined separately.  A general comparison of the fines and the sediments indicates that the fines which are in suspension contain more fibers than the settled material.

The listings from our visual observations at the microscope are given in Tables 1 and 2.  A photographic record was made of all the fibers observed.  A more complete sample analysis based on these photographic plates is listed in Table 3.

If there are any further questions concerning this report or the data contained herein, please feel free to contact me.

Very truly yours,

*Gene R. Grieger*
Gene R. Grieger
Research Physicist

Enclosures
GRG:smg
Ref. MA-4055

2820 SOUTH MICHIGAN AVENUE · CHICAGO, ILLINOIS 60616 · 312/842-7100 · CABLE: CHEMICRONE

Protected Document – Subject to Protective Order

IMERYS 210702

Pltf_IMERYS_00057329

## TABLE 1

### Description of sample content of fines

| Sample No. | Confirmed asbestos, visual | Fibers rolled talc silicates etc. | Organics |
|---|---|---|---|
| W-GI | 0 | Medium | Medium |
| B1-GI | 0 | Low | Low |
| B1-WI | 0 | Medium | High |
| F1-WI | Low | Low | Medium |
| Y-GI | 0 | Low | V. high |
| W-HC | 0 | Low | High |
| V-HC | 0 | 0 | Low |
| Z-GT | 0 | Low | Medium |
| Y-HC | 0 | Medium | Medium |
| D1-HC | 0 | 0 | Medium |
| G1-HC | 0 | Low | Low |
| X-HC | Low | Medium | Low |
| F1-HC | Medium | Low | Low |
| V-WI | 0 | Medium | Low |
| V-GI | Low | Low | Low |
| E1-HC | Low | Low | High |
| G1-WI | Low | Medium | Medium |
| C1-HC | 0 | Medium | Medium |
| D1-GI | 0 | Low | High |
| C1-GI | Low | Medium | Medium |
| U-GI | 0 | Low | V. high |
| H1-HC | 0 | 0 | V. high |
| H1-WI | 0 | Low | V. high |
| B1-HC | Low | Low | 0 |
| E1-GI | 0 | Low | High |
| A1-HC | 0 | Low | Medium |
| E1-WI | 0 | 0 | Medium |
| Z-HC | Low | 0 | Medium |
| D1-WI | 0 | 0 | Medium |

Protected Document – Subject to Protective Order

IMERYS 210703

Pltf_IMERYS_00057329

TABLE 2

Description of sample content of sediment

| Sample No. | Asbestos | Fibers | Organics |
|------------|----------|--------|----------|
| HI-WI | 0 | 0 | Medium |
| BI-HC | 0 | 0 | Low |
| EI-GI | Low | 0 | Low |
| Y-GI | 0 | 0 | Medium |
| U-HC | 0 | 0 | Low |
| W-GI | 0 | Low | Low |
| Z-GI | 0 | Low | Low |
| EI-WI | Low | Low | Medium |
| G1-HC | 0 | Low | Low |
| Y-HC | 0 | 0 | Low |
| D1-GI | 0 | 0 | 0 |
| F1-WI | 0 | Low | Low |
| W-HC | 0 | 0 | Medium |
| V-WI | 0 | Medium | Medium |
| U-GI | 0 | Low | 0 |
| Z-HC | Low | Low | Low |
| X-HC | 0 | Low | Low |
| C1-HC | 0 | 0 | Medium |
| D1-HC | 0 | 0 | Medium |
| D-HC 7/22 | Low | Low | Low |
| D-WI 7/15 | 0 | Low | Low |
| D-GI 7/15 | 0 | Low | Low |
| F-HC 9/3 | 0 | Low | Low |
| H-GI 9/16 | 0 | Low | Medium |
| I-WI | 0 | Low | Medium |
| P-GI | Low | Low | Medium |

IMERYS 210704

Pltf_IMERYS_00057329

TABLE 3

Sample content, based on photomicrographs

| | |
|---|---|
| D1-HC | Blocky talc, 2 silicate fibers |
| X-HC | 2 amphiboles, 1 talc hard |
| F1-HC | 2 bundles of amphiboles, 2 single amphibole fibers |
| V-WI | 2 silicates |
| V-GI | 2 amphibole and 1 amphibole-like fiber without diffraction pattern 2 talc ribbons, fine particulate contamination and organic crud |
| G1-WI | blocky talc, talc fibers, silicates and 1 amphibole |
| C1-HC | bacteria, silicates, blocky talc and organic fibrils |
| W-GI | rolled talc, organic fiber and talc ribbons |
| B1-GI | silicates and talc ribbons |
| B1-WI | blocky talc, crystalline square particles |
| Y-GI | some organic material, fine crystalline particles about 500 $\overset{o}{A}$ in size and silicates |
| F1-WI | large particles, 1 amphibole, 1 fibrous antigorite, silicates and rolled talc |
| W-HC | blocky talc and organic material |
| Y-HC | silicates |
| V-HC | organic material |
| B1-HC | rolled talc fibers, blocky talc and 2 amphibole bundles |
| H-WI | lots of organic material, 1 amphibole |
| U-GI | organic material, blocky talc and silicates |
| C1-GI | silicates, talc ribbon, fibrous talc, blocky talc, organic fibers and 2 bundles of amphibole |
| D1-GI | blocky talc, organic material, rolled talc and silicates |
| C1-HC | 1 amphibole and fibrous talc |
| V-WI | silicates |
| Z-HC | small square particulate matter about 1000 $\overset{o}{A}$, 3 bundles of amphibole |
| D1-WI | 1 amphibole, fine particles, fibrous talc and blocky talc |
| A1-HC | silicates |
| E1-WI | blocky talc |
| | |
| D-HCS* | 1 bundle of silicates and blocky talc |
| U-GIS | blocky talc |
| Z-HCS | 1 bundle which looks like amphibole, no diffraction pattern available |
| X-HCS | silicates |
| D1-HCS | fine particles |
| W-GIS | 1 rolled talc, 1 amphibole and 1 silicate |
| V-HCS | clean |
| D-HIS | silicates and talc ribbons |
| D-GIS | organic fibrils |
| FHCS | clean |
| L-WIS | blocky talc and 2 silicates |
| P-GIS | 1 bundle of amphiboles, 1 blocky talc fiber |
| Q-HCS | clean |
| F1-WIS | clean |
| D1-GIS | clean |
| Y-HCS | some blocky fibrous talc |

* S indicates sediment sample

Protected Document – Subject to Protective Order

IMERYS 210705

Pltf_IMERYS_00057329

TABLE 3 (continued)

| | |
|---|---|
| E1-WIS* | 2 amphiboles |
| Z-GIS | 1 amphibole |
| E1-GIS | clean |
| B1-HCS | silicates |
| H1-WIS | crystalline contamination |

\* S indicates sediment sample

Protected Document – Subject to Protective Order

IMERYS 210706

Pltf_IMERYS_00057329

# Exhibit 62

9-11-75

Mr. Ian Stewart

from

V. Zeitz

This is the copy you requested.

RECEIVED SEP 1 5 1975

WIND-04055-0026

PLAINTIFF'S
EXHIBIT
JNJ-923

WIND-04055-0027



Walter C. McCrone Associates, Inc.

Plate 4681   A-HC   51,000X

Talc ribbons



WIND-04055-0028

Walter C. McCrone Associates, Inc.

Plate 4682   A-HC   51,000X
Chrysotile fiber



Plate 4683    A-HC

Diffraction pattern of Plate 4682
subject

Walter C. McCrone Associates, Inc.

WIND-04055-0029

Exhibit 63



## walter c. mccrone associates, inc.

CONSULTING: ULTRAMICROANALYSIS · MICROSCOPY · SMALL PARTICLE PROBLEMS · SOLID-STATE CHEMISTRY

5 November 1975

Mr. Vernon Zeitz
Windsor Minerals Company
P. O. Box 680
Windsor, Vermont   05089

Dear Mr. Zeitz:

This letter will supplement our report of 1 July 1975 on a series of talc
ore samples which we have analyzed for you.  Table 1 shows the actual
fiber counts and the approximate equivalent concentration in parts per
million of the amphibole particles which we found in these samples.  Some
of them seemed rather high, one had 10 and one had 9 amphiboles.  Most
of these come in bundles of 1, 2 or 3 fibers with anywhere from 2-5 amphiboles
in a bundle.

The examination of the fines suspension seems to be much more sensitive
to the presence of amphibole than looking at the sediments.  In several
occasions we found amphibole particles in the fines which we did not find
in the sediment.  Since most of these amphibole particles are rather small
they would stay suspended in our ultrasoneration procedures, whereas the
larger, blocky, amphiboles or chunks of amphiboles generally are not fibrous
and are obscured by the large talc particles which are in the sediment.  I would
suggest that when we analyze these we should concentrate primarily on examin-
ing the fine fraction of the ultrasoneration suspension.

Thank you for consulting McCrone Associates and if there are any further
questions concerning this report, please feel free to contact me.

Yours sincerely,

Gene R. Grieger
Senior Research Physicist

GRG:fe
attach.
ref: 4055

2820 SOUTH MICHIGAN AVENUE · CHICAGO, ILLINOIS 60616 · 312/842-7100 · CABLE: CHEMICRONE

J&J-0123238

JNJ 000578954

**JNJ000578954**

## Metadata

| | | |
|---|---|---|
| **AttachCount** | 1 | ORIGINAL |
| **BegAttach** | JNJ 000578954 | ORIGINAL |
| **Confidentiality** | N | ORIGINAL |
| **Custodian** | Legacy 2 | ORIGINAL |
| **DateMod** | 11/05/1975 12:00 AM | ORIGINAL |
| **EndAttach** | JNJ 000578955 | ORIGINAL |
| **FileName** | J&J0123238.TIF | ORIGINAL |
| **FileSize** | 0.00 | ORIGINAL |

Table 1

| Sample Number | Date | | | Fibers of Asbestos | Fines PPM | SEDIMENT Number of Fibers | PPM |
|---|---|---|---|---|---|---|---|
| D–HC | 7/22/74 | – | 7/26/74 | | | 2 | 0.2 |
| D–GI | 7/15 | – | 7/29 | | | 0 | 0.0 |
| F–HC | 9/13 | – | 9/7 | | | 0 | 0.0 |
| H–WI | 9/16 | – | 9/23 | | | | |
| I–WI | 9/23 | – | 9/28 | | | 0 | 0.0 |
| P–GI | 10/28 | – | 11/1 | | | 4 amph. | 0.4 |
| Q–HC | 11/4 | – | 11/8 | | | | |
| U–HC | 12/2 | – | 12/6 | | | | |
| U–GI | 12/2 | – | 12/6 | 0 | 0.0 | 0 | 0.0 |
| V–WI | 12/9 | – | 12/20 | 0 | 0.0 | 0 | 0.0 |
| V–HC | 12/9 | – | 12/13 | 0 | 0.0 | 0 | 0.0 |
| V–GI | 12/9 | – | 12/16 | 2 amph. | 0.3 | | |
| W–HC | 12/16 | – | 12/20 | 0 | 0.0 | 0 | 0.0 |
| W–GI | 12/16 | – | 12/20 | 0 | 0.0 | 0 | 0.0 |
| X–HC | 12/26 | – | 12/28 | 2 amph. | 0.2 | 0 | 0.0 |
| Y–HC | 12/30 | – | 1/3/75 | 0 | 0.0 | 0 | 0.0 |
| Y–GI | 12/30 | – | 1/6/75 | 0 | 0.0 | 0 | 0.0 |
| Z–HC | 1/6/75 | – | 1/10/75 | 9 amph. | 2.0 | 4 amph. | 0.4 |
| Z–GI | 1/6 | – | 1/13 | 0 | 0.0 | 0 | 0.0 |
| A1–HC | 1/13 | – | 1/17 | 0 | 0.0 | | |
| B1–HC | 2/24 | – | 2/28 | 5 amph. | 1.5 | 0 | 0.0 |
| B1–WI | 2/24 | – | 3/7 | 0 | 0.0 | | |
| B1–GI | 2/24 | – | 3/3 | 0 | 0.0 | | |
| C1–HC | 3/3 | – | 3/7 | 0 | 0.0 | 0 | 0.0 |
| C1–GI | 3/3 | – | 3/10 | 6 amph. | 1.5 | | |
| D1–HC | 3/10 | – | 3/14 | 0 | 0.0 | 0 | 0.0 |
| D1–WI | 3/10 | – | 3/14 | 0 | 0.0 | | |
| D1–GI | 3/10 | – | 3/17 | 0 | 0.0 | 0 | 0.0 |
| E1–HC | 3/17 | – | 3/21 | 2 amph. | 0.2 | | |
| E1–WI | 3/14 | – | 3/21 | 0 | 0.0 | 2 amph. | 0.2 |
| E1–GI | 3/17 | – | 3/24 | 0 | 0.0 | 1 amph. | 0.1 |
| F1–HC | 3/24 | – | 3/29 | 10 amph. | 2.0 | | |
| F1–WI | 3/24 | – | 3/29 | 1 amph. | 0.1 | 0 | 0.0 |
| | | | | 1 antigorite | 0.1 | | |
| G1–HC | 3/31 | – | 4/4 | 0 | 0.0 | 0 | 0.0 |
| G1–WI | 3/31 | – | 4/4 | 1 amph. | 0.1 | | |
| H1–HC | 4/7 | – | 4/11 | 0 | 0.0 | | |
| H1–WI | 4/7 | – | 4/11 | 0 | 0.0 | 0 | 0.0 |
| D –WI | 7/15 | – | 8/2 | | | 0 | 0.0 |
| H –GI | 9/16 | – | 9/23 | | | 0 | 0.0 |

**Walter C. McCrone Associates, Inc.**

J&J-0123239

JNJ 000578955

**JNJ000578955**

## Metadata

| | | |
|---|---|---|
| **AttachCount** | 0 | ORIGINAL |
| **BegAttach** | JNJ 000578954 | ORIGINAL |
| **Confidentiality** | N | ORIGINAL |
| **Custodian** | Legacy 2 | ORIGINAL |
| **DateMod** | 09/23/1974 12:00 AM | ORIGINAL |
| **EndAttach** | JNJ 000578955 | ORIGINAL |
| **FileName** | J&J0123239.TIF | ORIGINAL |
| **FileSize** | 0.00 | ORIGINAL |

Exhibit 64



## walter c. mccrone associates, inc.

CONSULTING: ULTRAMICROANALYSIS · MICROSCOPY · SMALL PARTICLE PROBLEMS · SOLID-STATE CHEMISTRY

19 November 1975

Mr. Vernon Zeitz
Windsor Minerals Company
P. O. Box 680
Windsor, Vermont   05089

Dear Mr. Zeitz:

We have analyzed your latest series of 24 talc ore samples dated 9-2-75, for asbestiform minerals. In the entire series we found only two asbestiform fibers, both amphiboles, one in Sample N1-HC of a size equivalent to a concentration of approximately 0.1 ppm and one in Sample O1-HC equivalent to approximately 0.3 ppm.

All of the observations were made in the transmission electron microscope. Most of the talc seemed to be of very good quality. Only Sample C-LI showed only fair quality talc with some blocky talc in it. A description of the observations is included in Table 1, "TEM observations on 9-2-75 samples."

In some of these samples we found what appeared to be an inorganic component. We did selected area electron diffraction on these particles and also energy dispersive x-ray analysis on some of the particles in our EMMA-4. The conclusions that we came to from our electron diffraction data was that this material was residues of the carbonate phase not removed during beneficiation. Our energy dispersive x-ray analysis in the EMMA-4 indicated high calcium and magnesium, traces of iron and very low quantities of silica. Taken in conjunction with the electron diffraction data this indicates that it probably is a dolomitic carbonate.

In summary, then, most of these talcs seem to be of quite good quality with a negligible level of amphiboles detected in only two of the samples.

Thank you for consulting McCrone Associates. If you have any questions concerning this report, please do not hesitate to call me.

Yours sincerely,

Gene R. Grieger
Senior Research Physicist

GRG:fe
attach.
ref: 4055

2820 SOUTH MICHIGAN AVENUE · CHICAGO, ILLINOIS 60616 · 312/842-7100 · CABLE  CHEMICRONE

Protected Document--Subject to Protective Order

J&J-0123236

JNJMX68_000019932

## TEM Observations on 9-2-75 Samples

Sample

| Sample | Observation |
|--------|-------------|
| I1-WI | Very platy, some ribbons and fiber silicates |
| Q1-HC | Blocky inorganics |
| K1-WI | Large plates, a few ribbons and fibrous silica |
| B-PC | Excellent talc |
| A1-GI | Good talc, some ribbons and silicates |
| P1-HC | Excellent talc, some fibrous silicates |
| A-PC | Excellent talc, very platy |
| S1-HC | Good talc - moderate, blocky inorganic fines |
| A1-WI | Moderate quality, some ribbons, shards and blocky material |
| R1-HC | Good talc, bacteria flaggellae |
| M1-HC | Organic fibers, bacteria flaggellae |
| F1-GI | Blocky inorganics |
| A-LI | Blocky inorganics |
| B-LI | Blocky inorganics |
| N1-HC | Blocky inorganics, 1 amphibole, ~0.1 ppm |
| C-LI | Fair quality, some blocky talc |
| G1-GI | Organic sediment |
| J1-HC | Moderate quality, not too flaky |
| K1-HC | Good talc |
| C1-WI | Very good talc |
| I1-HC | Good talc |
| J1-WI | Good talc |
| O1-HC | Good talc, 1 amphibole, ~0.3 ppm |
| L1-HC | Good talc |

Walter C. McCrone Associates, Inc.

Protected Document--Subject to Protective Order

J&J-0123237

JNJMX68_000019933

Exhibit 65

# JNJ000064762

## Metadata

| | | |
|---|---|---|
| **BegAttach** | JNJ 000064762 | ORIGINAL |
| **Custodian** | Legacy 2 | ORIGINAL |
| **DateMod** | 7/5/1976 12:00 AM | ORIGINAL |
| **DocExt** | TIF | ORIGINAL |
| **EndAttach** | JNJ 000064762 | ORIGINAL |
| **FileName** | J&J0082407.TIF | ORIGINAL |
| **FileSize** | 0.00 | ORIGINAL |
| **PgCount** | 1 | ORIGINAL |
| **Text Path** | TEXT\TEXT0000058\023300822.txt | ORIGINAL |
| **Trial_Ex_Number** | Pltf_JNJ_00008906 | ORIGINAL |

PLAINTIFF'S EXHIBIT

65

7/5/76

## MINERALS IN BABY POWDER

OLD     Lot 228P ⟶ 0.09% > 2.8 S.G.

CURRENT Lot 009G ⟶ 0.04% > 2.8 S.G.

Optical Mic shows small (1%?) amounts
of amphibole NEEDLES.  HAND PICKED
NEEDLES TO BE IDENT. BY GANDOLFI CAMERA

### XRD ON > 2.8 FRACTIONS

MAGNESITE

DOLOMITE

PYRRHOTITE  Ni+Fe sulfide

PYRITE

CHLORITE

PENTLANDITE  Ni. Fe sulfide.

RUTILE  TiO₂

COBALT:   NO COBALT MINERALS FOUND FREE:

228P ⟶ 61.2 PPM COBALT

⤷ < 2.8 ⟶ 60.0  "  "
   S.G.

J&J-0082407

Protected Document--Subject to Protective Order

JNJ 000064762

1 of 1

Pltf_JNJ_00008906

**JNJ000265171**

## Metadata

| Confidentiality | Y | ORIGINAL |
|---|---|---|
| Custodian | Legacy 1 | ORIGINAL |
| DocumentType | Physical | ORIGINAL |

Johnson-Johnson

BABY PRODUCTS COMPANY                                    NEW BRUNSWICK, N. J. 08903

March 16, 1976

Dr. J. Krause
Mining Division
Colorado School of Mines Research Institute
Golden, Colorado 80401

Dear Jerry:

This confirms my telephone conversation yesterday authorizing you to reopen our account on Special Talc Studies.

You will receive this afternoon, two nine ounce bottles of our Baby Powder. The codes for the lot numbers are on the bottom. The one code is 228P which is a production lot of our product of a couple of years ago on which we have extensive animal and physical data. The other lot is a random sample right off our production lines as of January of this year and is coded 009G.

Proceed to examine the high grade talc particles in these products with a view to establishing that Nickel and Cobalt is in the talc lattice in solid solution state.

I would expect nickel to run around 2000 ppm whereas Cobalt might be zero to perhaps 50 ppm or thereabouts. I realize that might be below the threshold of Cobalt detection on the electron probe.

Keep in touch by telephone, here or at home as required.

Very truly yours,

W. H. Ashton

WA:by
cc:  G. Lee
     D. R. Petterson

Protected Document--Subject to Protective Order

JNJ 000265171

1 of 1

Pltf_JNJ_00039712

Exhibit 66

# University College, Cardiff

Postal Address: University College, Newport Road, Cardiff CF2 1TA.
Telephone Cardiff 44211   Telegrams: Coleg Cardiff

Ext. 7062

From................Dr. F.D. Pooley................

Department of.........Mineral Exploitation.........

FDP/JT                                              25th January 1977

Dr. F.R. Rolle,
36 Heather Drive,
Somerset,
New Jersey 08873 U.S.A.

Dear Bob,

Sorry to have been so long in replying to your request about chlorite but we have been side-tracked a little by some other material in the sample which you sent us. The X-ray data which we have taken from the composite sample we have compared with the 228 p and also the 6/30 sample which you sent us last year. We have also included another Vermont sample from Windsor Minerals for comparison labelled 'Cleaner Concentrate'. The variation in the chlorite content can be observed best from an examination of the talc and chlorite peaks occurring in the $24^O - 27^O$ $2\theta$ positions as illustrated by the accompanying figure. If we assume that the talc % is changing very little then the magnitude of the talc peak will also change very little. However large changes in the chlorite content i.e., doubling, will be reflected in large changes in the chlorite peak with respect to the talc peak. If we assume that the 228 p contains 2% chlorite then taking the talc to chlorite peak ratios for the other samples we obtain chlorite contents of approximately 3% for the 6/30 sample, 3 - 4% for the Vermont composite and 4% for the cleaner concentrate sample.

The 'cleaner concentrate' sample is one supplied to J and J Great Britain for consideration for use here. The general conclusion from X-ray data therefore is that the Vermont composite sample contains twice as much chlorite as the 228 p sample. The ratios also agree using the other chlorite peak at 12.5 $2\theta$ for ratio purposes against the small talc reflection at $26^O$ $2\theta$.

I mentioned that we had been distracted by other material in the Vermont composite sample when we came to perform some confirmatory Edax and microscope work and before reporting the chlorite content this way I would be grateful if you could send me a much larger sample of Vermont composite and also a large sample of 228 p (about 100 grams of each will do). We have found in the V. composite fibres of Antigorite which I would like to confirm using another sample. Also if you could check with Windsor Minerals whether their talc ore source has changed over the past year or so. I will let you have data etc. on our findings when we have looked at another sample.

I will get this in the post now so that you can get material back to me as quickly as possible.

Yours sincerely,

Protected Document--Subject to Protective Order

JNJ 000264731

Pltf_JNJ_00039587

Exhibit 67



 EMV ASSOCIATES INC

MICROANALYSIS LABORATORY
15825 Shady Grove Road
Rockvi e, Maryland 20850

JNJ 000061131

Leavitt Pltfs' Ex. JJ-2088 pg 1


**EMV**
ASSOCIATES

Consultant Report to
Johnson & Johnson

―――――――――――

9 TALC SAMPLES

―――――――――――

April 1, 1977

Prepared by:

EMV ASSOCIATES, INC.

Randall C. Ross
Staff Geochemist

John M. Wehrung
Executive Vice President

JNJ 000061132

Leavitt Pltfs' Ex. JJ-2088 pg 2



This report gives the results of analysis for nine talc and rock samples and discusses new preparation and examination techniques that have been implemented to supplement previous techniques.  Other than this, examination is as described in previous reports.

It became evident during the last set of analyses that some particles of the largest talc fraction were being biased against during normal sample preparation.  Because tremolite is often present in this size fraction and is apparently less susceptible to comminution than talc, two preparations are now being examined:  one is as before, another is a slurry of the bottom fraction of talc dispersed and decanted with ethyl alcohol. It is seen that this new technique is more effective for the location and characterization of larger tremolite particles.  The results are presented chronologically as follows.  See certificates for quantitation of results.

D ground:  No asbestos detected.  One non-talc mineral located, see Figure 2.

A composite:  Both large and small fibrous tremolite particles found, see Figure 4.

Old Stock Composite:  One small, fibrous tremolite particle was found, see Figure 6.

Sample 14 and 15:  Representative samples here were prepared by applying dilute slurry of sample to Nuclepore, but without decantation, see Figure 7.  This technique was also used for samples 16, 17 and 18, 19 and 20, and 21 and 21II.  Tremolite particles here were found in

JNJ 000061133

Leavitt Pltfs' Ex. JJ-2088 pg 3



several experimental types of preparations, however.  Fibrous and non-fibrous tremolite are shown in Figures 8, 9, and 10.

Sample 16:  Only non-fibrous tremolite was seen here, see Figure 12.  Two particles that do not resemble anthophyllite, but have talc spectrum and possible fibrous habit are shown, Figure 13.

Samples 17 and 18, 19 and 20, 21 and 21II:  No asbestos particles were found.  Figure 17 shows fiber glass particle that was discovered in sample 21 and 21II.

B composite:  This sample represents what is hoped to be a successful preparation technique for detecting small numbers of large tremolite particles.  This sample was prepared as described in the second paragraph of the report.  Figures 18 and 19 show the two types of samples that will be prepared for each sample.  One non-fibrous tremolite particle was found in the larger fraction, Figure 20.

JNJ 000061134

Leavitt Pltfs' Ex. JJ-2088 pg 4





150X



1500X



15,000X

Figure 1.   D ground, representative micrographs.

JNJ 000061135

Leavitt Pltfs' Ex. JJ-2088 pg 5







Figure 2.   D ground, non-talc, non-asbestiform mineral
with indicated composition, 3000X.

JNJ 000061136

Leavitt Pltfs' Ex. JJ-2088 pg 6




150X


1500X


15,000X


6,000X

Figure 3.  A composite, representative fields and
interesting platelet configuration.

JNJ 000061137

Leavitt Pltfs' Ex. JJ-2088 pg 7






1500X




8000X

Figure 4.  A composite, low Fe tremolite particles.

JNJ 000061138

Leavitt Pltfs' Ex. JJ-2088 pg 8





150X



1500X



15,000X

Figure 5.  Old stock composite, representative
           micrographs.

JNJ 000061139

Leavitt Pltfs' Ex. JJ-2088 pg 9







Figure 6. Old stock composite, low Fe tremolite
particle, 8000X with spectrum.

JNJ 000061140

Leavitt Pltfs' Ex. JJ-2088 pg 10





150X



1500X



15,000X

Figure 7.   Sample 14 and 15 representative micrographs at
indicated magnifications.  This sample was prepared
by new method, but without decantation.

JNJ 000061141

Leavitt Pltfs' Ex. JJ-2088 pg 11






800X




1000X

Figure 8.   Sample 14 and 15, SEM micrographs with spectra
for non fibrous tremolite particles, both 1000X.

JNJ 000061142

Leavitt Pltfs' Ex. JJ-2088 pg 12



 

800X

 

1000X

Figure 9.   Sample 14 and 15, fibrous tremolite particles
            with spectra.

JNJ 000061143

Leavitt Pltfs' Ex. JJ-2088 pg 13





3000X



Figure 10.   Sample 14 and 15, non-tremolite particle
with spectrum.

JNJ 000061144

Leavitt Pltfs' Ex. JJ-2088 pg 14





150X



1500X



15,000X

Figure 11. Sample 16, representative micrographs.

JNJ 000061145

Leavitt Pltfs' Ex. JJ-2088 pg 15



 

 

Figure 12.  Sample 16, micrograph with spectra for two
non-fibrous tremolite particles, both 6000X.

JNJ 000061146

Leavitt Pltfs' Ex. JJ-2088 pg 16





700X



1500X



Figure 13.   Sample 16, two particles that appear fibrous, but do not resemble anthophyllite and exhibit talc spectrum.

JNJ 000061147

Leavitt Pltfs' Ex. JJ-2088 pg 17





150X



1500X



15,000X

Figure 14.   Sample 17 and 18, representative micrographs.

JNJ 000061148

Leavitt Pltfs' Ex. JJ-2088 pg 18





150X



1500X



15,000X

Figure 15.  Sample 19 and 20, representative micrographs.





150X



1500X



15,000X

Figure 16.   Sample 21 and 21II, representative micrographs.

JNJ 000061150

Leavitt Pltfs' Ex. JJ-2088 pg 20







Figure 17.   Sample 21 and 21II, micrograph and spectrum
             of particle suspected to be fiber glass, 150X.

JNJ 000061151

Leavitt Pltfs' Ex. JJ-2088 pg 21





150X



1500X

Figure 18.   Sample B composite, representative micrograph, usual preparation.

JNJ 000061152

Leavitt Pltfs' Ex. JJ-2088 pg 22





150X



500X

Figure 19.   Sample B composite, representative micrographs,
sample preparation by new technique.

JNJ 000061153

Leavitt Pltfs' Ex. JJ-2088 pg 23







Figure 20.   Sample B composite, 2000X micrograph with
spectrum showing non-fibrous tremolite detected.

JNJ 000061154

Leavitt Pltfs' Ex. JJ-2088 pg 24

Exhibit 68



# walter c. mᶜcrone associates, inc.

CONSULTING: ULTRAMICROANALYSIS · MICROSCOPY · SMALL PARTICLE PROBLEMS · SOLID-STATE CHEMISTRY

5 October 1978

Mr. Roger Miller
Windsor Minerals, Inc.
P. O. Box 680
Windsor, Vermont   05089

Dear Mr. Miller:

We have analyzed 38 talc samples for asbestiform minerals.  In two cases we found one small chrysotile fiber of approximately 0.5 μm in length.  Both of these fibers could very easily be contamination from outside sources such as air or water.  The level is considerably below background levels detected due to the presence of asbestos in ambient air reported in the literature.  In particular, it is about 1/20 of the level regarded as "statistically significant" in the EPA interim procedure for asbestos in water.

The two samples with the single fibrils were:

1.  Hc-Ja
2.  CI-Ia 2/13 to 2/27/78

The remainder of the talc appeared, in general, to be excellent in quality with no evidence of asbestos fibers.

Thank you for consulting McCrone Associates.  If you should have any further questions regarding this report, or the data contained herein, please feel free to contact us.

Sincerely,

Gene R. Grieger
Senior Research Physicist

Ian M. Stewart
Manager, Electron Optics Group

GRG/IMS:fe
ref: 4055
attach.

2820 SOUTH MICHIGAN AVENUE · CHICAGO, ILLINOIS 60616 · 312/842-7100 · CABLE: CHEMICRONE

J&J-0034492

Exhibit 69

## JNJ000063167

## Metadata

| | | |
|---|---|---|
| **BegAttach** | JNJ 000063167 | ORIGINAL |
| **Custodian** | Legacy 2 | ORIGINAL |
| **DateMod** | 2/9/1979 12:00 AM | ORIGINAL |
| **DocExt** | TIF | ORIGINAL |
| **EndAttach** | JNJ 000063167 | ORIGINAL |
| **FileName** | J&J0013502.TIF | ORIGINAL |
| **FileSize** | 0.00 | ORIGINAL |
| **PgCount** | 1 | ORIGINAL |
| **Text Path** | TEXT\TEXT0000045\019701532.txt | ORIGINAL |
| **Trial_Ex_Number** | Pltf_JNJ_00006368 | ORIGINAL |

Fri Feb 9 - PM    1979

Received call from

Harold Cohen - BPC Quality Control

DOC. Central Analytical Research found massive amphiboles in the 66 composite sample of Nov 6-10. The sample was forwarded to George Lee's group where the present of amphiboles was confirmed. They were identified as tremolite and actinolite

Less than 1/10 of 1% was found and the sample conforms to standard. None were found in preceding sample or samples up to Jan 3rd, 1979.

Concerned that it may be indicative of a coming problem.

I discussed the fact that we also processed our industrial talcs in the same lab.

I asked them to examine another composite of the sample material. They agreed to this and a new composite was sent the same day.

**J&J-0013502**

Protected Document--Subject to Protective Order

**Pltf_JNJ_00006368**

Exhibit 70

**JNJ000063236**

## Metadata

| | | |
|---|---|---|
| **BegAttach** | JNJ 000063236 | ORIGINAL |
| **Custodian** | Legacy 2 | ORIGINAL |
| **DateMod** | 11/6/1980 12:00 AM | ORIGINAL |
| **DocExt** | TIF | ORIGINAL |
| **EndAttach** | JNJ 000063236 | ORIGINAL |
| **FileName** | J&J0044027.TIF | ORIGINAL |
| **FileSize** | 0.00 | ORIGINAL |
| **PgCount** | 1 | ORIGINAL |
| **Text Path** | TEXT\TEXT0000045\019701863.txt | ORIGINAL |
| **Trial_Ex_Number** | Pltf_JNJ_00006424 | ORIGINAL |



**walter c. mc crone associates, inc.**
CONSULTING: ULTRAMICROANALYSIS · MICROSCOPY · SMALL PARTICLE PROBLEMS · SOLID-STATE CHEMISTRY

6 November 1980

Ms. Helen J. Grayson
Windsor Minerals Company
P. O. Box 680
Windsor, Vermont  05089

Dear Ms. Grayson:

I have completed my asbestos analysis of a talc sample labeled
W. Gregg XR submitted with your letter and purchase order #R-4345
of September 29, 1980.

The sample was examined with the transmission electron microscope.
Selected area electron diffraction was used to identify the mineral
fibers present.  Chrysotile asbestos was found in the sample at a
level of less than 0.5%.  Several fibers were found so it probably
is not a contaminant of the sample.

Thank you for consulting McCrone Associates.  Please contact me if
you have any questions.

Sincerely,

Richard M. Ellis, Jr.
Research Microscopist

RME:gb
Ref: 4055

2820 SOUTH MICHIGAN AVENUE · CHICAGO, ILLINOIS 60616 · 312/842-7100 · CABLE: CHEMICRONE

J&J-0044027

Protected Document--Subject to Protective Order

JNJ 000063236

Pltf_JNJ_00006424

Exhibit 71



**mccrone environmental services, inc.**
200 OAKBROOK BUSINESS CENTER
5500 OAKBROOK PARKWAY
NORCROSS, GA 30093 • 404-449-8461

22 August 1985

Windsor Minerals, Inc.
P.O. Box 680
Windsor, Vermont 05089

Attention:  Mr. Arthur J. LaPierre,
            Safety, Health and Training Director

  SUBJECT:  Analysis of Seven Talc Samples for
            Asbestos Mineral Content by
            Transmission Electron Microscopy

      Re:  McCrone Project No. ME-1862

Dear Mr. LaPierre:

     McCrone Environmental Services, Inc. of Norcross, Georgia,
has completed the analyses of the seven talc samples that we
received from your office on 25 July, 1985. The samples were
labelled as follows:

              WMI 85-25 (1) *
              WMI 85-26 (2)
              WMI 85-27 (3)
              WMI 85-28 (4)
              WMI 85-29 (5)
              WMI 85-30 (6)
              WMI 85-31 (7)
              * McCrone TEM Lab Number

     The samples were prepared following our usual technique for
TEM bulk sample analysis. Small (about 10 mg.) representative
portions of each sample were weighed and suspended in 10 ml. of
nanopure water and ultrasonicated for 5 minutes. Drops (6.5
microliters) of the suspended samples were placed on electron

a subsidiary of **walter c. mccrone associates, inc.**
2820 SOUTH MICHIGAN AVENUE • CHICAGO, ILLINOIS 60616 • 312-842-1700

J&J-0034630

Protected Document--Subject to Protective Order

JNJMX68_000013019

microscope grids and allowed to dry. The prepared sample grids were analyzed at 20,000x magnification. Ten grid squares per sample were analyzed. The presence of asbestos minerals was verified by selected area electron diffraction (SAED), energy dispersive X-ray analysis (EDX) and by morphology.

Chrysotile asbestos was detected only in the samples labelled WMI 85-28 and WMI 85-30. Because only a few fibers were detected in the portion of each sample analyzed, no accurate value of the weight percent of chrysotile asbestos could be calculated with statistical certainty. The data obtained from each sample analysis suggest that the amount of chrysotile asbestos in the samples labelled WMI 85-28 and WMI 85-30 is less than 0.0001 percent by weight.

Thank you for consulting McCrone Environmental Services, Inc. If you have any questions concerning these results, please contact our office.

Sincerely,

Thomas J. Gore III
Laboratory Microscopist

James R. Millette, Ph.D.
Manager, Electron Optics Group

TJG/JRM/arwp

cc:  X)  Windsor Minerals, Inc.
          Windsor VT
     1)  Mr. Arthur J. LaPierre,
          Safety, Health and Training Director
          Windsor Minerals, Inc.
          Windsor VT

mccrone environmental services, inc.

J&J-0034631

Protected Document--Subject to Protective Order

JNJMX68_000013020

Exhibit 72



mccrone environmental services, inc.
200 OAKBROOK BUSINESS CENTER
5500 OAKBROOK PARKWAY
NORCROSS, GA 30093 • 404-449-8461

29 April 1986

Windsor Minerals, Inc.
P. O. Box 680
Windsor, Vermont 05089

Attention: Mr. Roger N. Miller, President

    Re: McCrone Project No. ME-2275

Dear Mr. Miller:

    Under your Purchase Order WS-0503 we received three (3) talc samples for asbestos analysis. The samples were identified as WMI85-53, WMI85-55, and WMI85-57. Examinations by transmission electron microscopy resulted in the detection of trace amounts of chrysotile asbestos in the samples. The results are tabulated below.

| Sample No. | Amount Chrysotile Detected Wt. % |
|------------|----------------------------------|
| WMI85-53   | 0.0003                           |
| WMI85-55   | 0.0015                           |
| WMI85-57   | 0.0055                           |

    If there are any questions regarding these results, please do not hesitate to contact our office.

                                    Sincerely,

                                    *Thomas Kremer*
                                    Thomas Kremer
                                    Electron Microscopist

                                    *James R. Millette*
                                    James R. Millette, Ph.D.
                                    Manager, Laboratory Services

TK/JRM/mts

cc: 1) Windsor Minerals, Inc.
       Windsor VT
    2) Mr. Roger N. Miller, President

a subsidiary of **walter c. mccrone associates, inc.**
2820 SOUTH MICHIGAN AVENUE • CHICAGO, ILLINOIS 60616 • 312-842-7100

J&J-0044934

JNJ 000063285

Exhibit 73

MAR 2 5 1992

# INTEROFFICE CORRESPONDENCE
## LOS ANGELES

TO          SEE DISTRIBUTION              DATE   March 25, 1992

ATTENTION                                 L.A. FILE

FROM        R. C. MUNRO                   YOUR FILE

SUBJECT                                   COPIES TO

## CYPRUS ORE RESERVES - ARSENIC & TREMOLITE

*Excerpts from Cyprus Talc Reserve Report by R.C. Munro*

### Geology & Environment

There are some important environmental issues related to the geology and mineralogy of the Cyprus talc deposits, particularly in Vermont.

### *Arsenic*

Arsenic iron sulphides (arsenopyrite) are, with their alteration products, present in many of the talc-carbonate schist ore zones in the Vermont area.  Total arsenic, as analyzed in the Ludlow Rainbow deposit, averages generally less than 100 ppm but with some small zones in excess of 1000 ppm.  No apparent major effort is underway to regularly monitor or completely assess the total arsenic content of ores, tailing solids and wastes although the distribution of sulphides and arsenates in the talc ore system is generally understood.

In near surface weathering zones, crushed rock, stock piles and mine working areas, the arsenic sulphides (above) convert in part to the more soluble arsenates, for example, the hydrous nickel arsenate, annabergite (38% $AS_2O_5$).  Soluble arsenic is measured in cores, ore samples, mill feed, product and tailings.  Soluble arsenic content is monitored and governed under EPA/OSHA regulations.

High (e.g. +6 ppm As) soluble arsenic contents of mill feed at the West Windsor mill contribute to reduced recoveries and milling rates.  At West Windsor, part of the mill recovery problem at least is being ascribed to a high fines content in the feed and to low pH of the process water, both of which contribute to increased soluble As.  The problem has been under study at West Windsor since 1987 by Mill Manager, Jeff Scott, who indicated that if the arsenic content is above +6 ppm soluble As and the talc content falls below 62% talc production rates and recoveries can fall by 50%.  The product specs are -3 ppm As or less at West Windsor and current material in the silos is measured at 0.73 ppm to 2.33 ppm soluble As.

Protected Document – Subject to Protective Order

IMERYS 219720

Pltf_IMERYS_00057875

To me, there also seems to be the overall risk of continuing conversion of As in sulphide to more soluble arsenates in some stockpiles, waste, and solid tailings as acid, water, air and time work on them.

***Tremolite***

The other serious mineralogical contaminant in the talc ores of Vermont is the fibrous variety of the amphibole minerals, tremolite and actinolite (hydrous calcium iron-magnesium silicates) which have been classified as asbestiform minerals by OSHA and EPA. OSHA was expected to de-classify non-fibrous (blocky) tremolite on February 29, but has not as yet announced their decision.

As a result, all tremolite, the fibrous varieties of all amphiboles and chrysotile asbestos in talc ores are a source of great concern to all talc producers and especially to marketers of cosmetic products.

Cyprus claims that there are no fibres in their cosmetic talc products and they work rigorously to ensure this. However, a recent paper published by Rutgers University worker, Alice Blount, suggests the presence of fibre in several cosmetic talcs, some of which might have been from Cyprus West Windsor material, which is a source of great concern to Cyprus management and potentially to their principal customer, Johnson & Johnson. Talc de Luzenac personnel are well aware of the situation and Phillipe Moreau is currently quietly working to identify the reality and the magnitude of the problem.

Vermont talcs are derived from altered serpentine - a natural host for asbestiform minerals. There is certainly visible tremolite and actinolite in specific zones of the Vermont deposits - fibrous tremolite was identified by the writer in exposures and cores at the East Argonaut and Black Bear mines. Cyprus staff report past tremolite from the Hammondsvile and Clifton deposits.

Tremolite in these deposits is encountered in the contact zones between the talc and the surrounding schist; in "grey talcs" in the vicinity of the contacts; and associated with the chlorite/amphibole waste zones within the talc ores that are locally termed "cinders". Cyprus maintains a selective mining program in Vermont that is directed toward exclusion of all of these potentially fibre-bearing zones from the ores sent to the mills, and those suspect tonnages, including the associated talc, are left in the pit walls or sent to waste piles.

Minor occurrences of amphiboles and asbestiform minerals are also attributed to confined areas of the Montana deposits. Tremolite (blocky) was encountered in a dike zone at Antler. A chlorite zone at intersecting faults at Yellowstone S40 contained some minor tremolite, and stockpiles of Beaverhead open pit fines, slated

- 2 -

Protected Document – Subject to Protective Order

IMERYS 219721

Pltf_IMERYS_00057875

for burial, have been measured at 0.33% to 0.70% tremolite by Three Forks and Alpine Mill Labs.

No fibrous material showed up in samples taken by the writer at the Western Source Red Hill mine in California, but minor tremolite is possibly present in the contact zone where it should be avoidable by selective mining.

Arsenic content (total and soluble) and the presence of fibrous minerals in exposed stockpiles and waste need to be checked at Alpine, Alabama and the now closed California properties operated by Cyprus in the past.

/eji

DISTRIBUTION:

    R. J. Kerstetter
    G. L. Toll
    G. B. Lawson - BCL
    J. Paulsen
    P. Moreau - Talc de Luzenac

- 3 -

Protected Document – Subject to Protective Order

IMERYS 219722

Pltf_IMERYS_00057875

# IMERYS219720

## Metadata

| BegAttach | IMERYS 219720 | ORIGINAL |
|---|---|---|
| **Confidentiality** | No | ORIGINAL |
| **DocumentType** | HardCopy | ORIGINAL |
| **EndAttach** | IMERYS 219722 | ORIGINAL |
| **Redacted** | No | ORIGINAL |

# Exhibit 74

LUZENAC AMERICA INCORPORATED

WEST WINDSOR LABORATORY

SAMPLE TO BAIN ENVIRONMENTAL , INC.
DECEMBER 4, 1997


FLOAT FEED          OCT  1997          LAI 97 - 10

FLOAT FEED          NOV  1997          LAI 97 - 11


*Retest was requested and performed on LAI97-10*

*results on Jan. report*


pc: MARTY HAYES

NOTE:  This information is for LUZENAC AMERICA ONLY.

J&J-0037391

Protected Document--Subject to Protective Order                    JNJ 000280762

# Bain  Environmental, Inc.

## TABLE I

## Summary of Transmission Electron Microscopy (TEM) Results

Project No. BE-971208244

| Client Information: Luzenac America, Windsor, VT | | Date Analyzed/Analyst: 13 Dec. 1997/jrr | |
|---|---|---|---|
| Sample Identification | Amount of Material Analyzed (ng) | Asbestos Minerals Detected (Weight %) | Detection Limit (Weight %) |
| LAI 97-10 | 151 | < 0.0004* | 0.0004 |
| LAI 97-11 | 148 | N/D | 0.0004 |

\* Two chrysotile fibers were detected < 10.0 μm in length.
ng = nanograms
N/D = None Detected
Detection limit is based on the mass of 5 chrysotile fibers.

900 Ogden Ave., Suite 310, Downers Grove, Illinois 60515  Phone: 630/769-0400  Fax: 630/769-0422

J&J-0037392

Protected Document--Subject to Protective Order

JNJ 000280763

# Bain 🐞 Environmental, Inc.

14 December 1997

Mr. Marty Hayes
Luzenac America, Inc.
West Windsor Laboratory
P.O. Box 680
Windsor, VT 05089

| Subject: | TEM Analysis of LAI 97-10 and LAI 97-11 for Asbestos Minerals |
|---|---|
| Re: | Bain Project No.: BE-971208244 |

Dear Mr. Hayes:

We have completed the transmission electron microscopy (TEM) analysis of two talc samples labeled "LAI 97-10" and "LAI 97-11" for asbestos mineral content. We received the samples on 8 December 1997 in good condition. The work was completed under your purchase order number QC39934W.

The analysis was completed according to our standard operating procedure, *A Standard TEM Procedure for Identification and Quantitation of Asbestiform Minerals in Talc* (Kremer, 1990). According to the methodology, chrysotile and amphibole asbestos mineral identifications are made using morphology, selected area electron diffraction (SAED) and energy-dispersive x-ray spectroscopy (EDS) analyses. Examination was conducted using a JEOL 1200 TEM, operating at 120KV and magnifications up to 20,000 X.

Two chrysotile fibers, one approximately 8 micrometers (μm) long and the second, approximately 5 μm long, were observed in LAI 97-10. The two fibers are recorded as one occurrence since they were very near to each other but were not touching. Since five fibers are determined to be the detection limit for the method, the chrysotile content is considered within the background level. We detected no asbestiform minerals in the LAI 97-11. A summary of the results are provided in Table I.

As we do not have the facilities to store the samples indefinitely; if you would like to have them returned, please notify us within 30 days. Otherwise, after 30 days, the samples will be discarded.

Thank you for consulting Bain Environmental, Inc. If you have any questions regarding the analysis, please contact our office at (630) 769-0400.

Sincerely,

John R. Roth
Electron Microscopist

JRR:jrr
Enclosure
Ref: BE-971208244, P.O. No.: QC39934W

900 Ogden Ave., Suite 310, Downers Grove, Illinois 60515 Phone: 630/769-0400 Fax: 630/769-0422

J&J-0037393

Protected Document--Subject to Protective Order

JNJ 000280764

Exhibit 75



Luzenac America Technical Center • 8985 East Nichols Avenue • Englewood, CO  80112 • (303) 643-0451 • Fax: (303) 799-8926

## TECHNICAL REPORT

| | | | |
|---|---|---|---|
| To: | **David Crouse** | Analytical Project No: | **A01709** |
| | | Date: | **23-May-02** |
| From: | **Julie Pier** | | |
| | **Analytical and Technical Support** | | |
| Copy: | **J. M. Godla** | | |
| | **S. S. Mauney** | | |
| | **R. J. Zazenski** | | |

Subject:     **ANALYSIS OF FIBROUS MATERIAL FROM ARGONAUT WASTE ROCK**

**Request:**

A sample of fibrous material from the waste rock on the west side of the south end of the Argonaut mine was submitted to the Technical Center for identification.  The waste rock was being considered for road paving applications.

**Results:**

**The fibrous material is tremolite.**

The material was first examined by polarizing light microscopy, using the dispersion staining technique. Tremolite was preliminarily identified by this method.

Subsequent analysis by scanning electron microscopy (SEM) and transmission electron microscopy (TEM) confirmed the tremolite identification.  SEM micrographs and chemical analysis by energy dispersive X-ray spectroscopy (EDS) are included in Plate 1.

Protected Document - Subject to Protective Order

**ANALYSIS OF FIBROUS MATERIAL
FROM ARGONAUT WASTE ROCK**
Project No.  A01709

**LUZENAC AMERICA TECHNICAL CENTER**
23-May-02
J.W. Pier

Plate 1



500 X
20 kV

10 µm

02134
JWP

***SEM IMAGE***
Fibrous material found in
Argonaut waste rock identified as
tremolite.  The material clearly
has an extremely high aspect
ratio.



A017091A

***EDS CHEMICAL ANALYSIS***
The chemical analysis of the
material, above, is consistent
with tremolite.

Au and Pd peaks are from a
conductive coating applied for
SEM analysis.

Protected Document - Subject to Protective Order

IMERYS 422290

Exhibit 76



Luzenac • 345 Inverness Drive South • Suite 310 • Centennial, CO 80112 • (303) 643-0451 • Fax: (303) 643-0446

## CONFIDENTIAL

### *PRODUCT CERTIFICATION REPORT*

Date:               February 26, 2004
Attention:          Randy Corder
                    Johnson and Johnson Consumer Products Incorporated
                    P.O. Box 587
                    Royston, GA 30662

Reported by:        Julie Pier

Copy:               G.E Gauntt, D. Harris, bM.J. Lorang, R.J. Zazenski
Reference:          A03098, A03372, A03499

The following analysis was completed by Luzenac America, Inc. according to ASTM method D 5756-02, replacing Johnson & Johnson Test No. TM7024 ("Analysis of powdered talc for asbestiform minerals by transmission electron microscopy," REV: 08/21/95).

### SUMMARY REPORT - 2003

| Product | Dates Milled | Analytical Project No. | Total Talc Weight Examined (nanograms) | Total Asbestos (weight %) | Calculated Detection Limit* (Weight %) |
|---|---|---|---|---|---|
| Grade 96 USP Composite- 1st Quarter | Jan 6 – 10, 2003<br>Jan 23 – 29, 2003<br>February 24 – March 12, 2003<br>March 15 – 19, 2003 | A03098 | 72.8 | <0.0008 | 0.0008 |
| Grade 96 USP Composite- 2nd Quarter | April 7 – 10, 2003<br>May 13 – 16, 2003<br>June 3 – 10, 2003<br>June 23 – 27, 2003 | A03372 | 73.6 | 0.000006 | 0.0008 |
| Grade 96 USP Composite- 3rd Quarter | June 30 – July 3, 2003<br>August 3 – 6, 2003<br>August 11 – 14, 2003<br>September 9 – 12, 2003<br>September 28 – October 2, 2003 | A03499 | 46.2 | 0.00002 | 0.0012 |

\*   = Based on the detection of five fibers



EXHIBIT
38
Downey

# IMERYS077643

## Metadata

| | | |
|---|---|---|
| Applic | Microsoft Word 2000 | ORIGINAL |
| AttachCount | 0 | ORIGINAL |
| Author | Luzenac | ORIGINAL |
| BegAttach | IMERYS 077643 | ORIGINAL |
| Confidentiality | No | ORIGINAL |
| Custodian | Pier, Julie; | ORIGINAL |
| DATA_Prod_Vol | Imerys006 | ORIGINAL |
| DateCreated | 3/16/2004 2:18:00 AM | ORIGINAL |
| DateMod | 3/16/2004 9:11:00 AM | ORIGINAL |
| DocExt | DOC | ORIGINAL |
| DocumentType | eDoc | ORIGINAL |
| EndAttach | IMERYS 077643 | ORIGINAL |
| FileName | J&J 2003 Summary C (2).doc | ORIGINAL |
| FileSize | 40 | ORIGINAL |
| HashValue | 5E02930A381BCF42BC556F998F9EB3D1 | ORIGINAL |
| PgCount | 1 | ORIGINAL |
| ProdVol | Imerys006 | ORIGINAL |
| Redacted | No | ORIGINAL |
| Relative FilePath Append | \Julie Pier\Asbestos\Summary results | ORIGINAL |
| Replacement | No | ORIGINAL |
| Text Path | \Imerys006\TEXT\TEXT009\IMERYS 077643.txt | ORIGINAL |
| Trial_Ex_Number | Pltf_IMERYS_00021146 | ORIGINAL |

Exhibit 77



Luzenac • 345 Inverness Drive South • Suite 310 • Centennial, CO  80112 • (303) 643-0451 • Fax: (303) 643-0446

# CONFIDENTIAL

## *PRODUCT CERTIFICATION REPORT*

Date:          February 27, 2004
Attention:     Randy Corder
               Johnson and Johnson Consumer Products Incorporated
               P.O. Box 587
               Royston, GA  30662

Reported by:   Julie Pier

Copy:          G.E Gauntt, D. Harris, M.J. Lorang, R.J. Zazenski
Reference:     A02224, A02400, A02524, A03038

The following analysis was completed by Luzenac America, Inc. according to ASTM method D 5756-02, replacing Johnson & Johnson Test No. TM7024 ("Analysis of powdered talc for asbestiform minerals by transmission electron microscopy," REV: 08/21/95).

### SUMMARY REPORT - 2002

| Product | Dates Milled | Analytical Project No. | Total Talc Weight Examined (nanograms) | Total Asbestos (weight %) | Calculated Detection Limit* (Weight %) |
|---|---|---|---|---|---|
| Grade 96 USP Composite- 1st Quarter | March 5 – 8, 2002<br>March 20 – 26, 2002 | A02224 | 71.8 | 0.000003 | 0.0008 |
| Grade 96 USP Composite- 2nd Quarter | April 15 – 21, 2002<br>May 1 – 4, 2002<br>May 14 – 19, 2002<br>May 21 – 25, 2002<br>June 13 – 16, 2002<br>July 9 – 12, 2002 | A02400 | 68.9 | <0.0009 | 0.0009 |
| Grade 96 USP Composite- 3rd Quarter | August 3 – 9, 2002<br>August 9 – 12, 2002<br>September 16 – 19, 2002<br>October 7 – 11, 2002 | A02524 | 74.7 | <0.0008 | 0.0008 |
| Grade 96 USP Composite- 4th Quarter | October 29 – November 1, 2002<br>December 3 – 6, 2002 | A03038 | 71.1 | 0.00003 | 0.0008 |

\*   = Based on the detection of five fibers

Protected Document - Subject to Protective Order

# IMERYS342782

## Metadata

| BegAttach | IMERYS 342782 | ORIGINAL |
|---|---|---|
| **Confidentiality** | Yes | ORIGINAL |
| **Custodian** | Non-Custodial; | ORIGINAL |
| **DocumentType** | Physicals | ORIGINAL |
| **EndAttach** | IMERYS 342782 | ORIGINAL |
| **OtherCustodians** | Non-Custodial; | ORIGINAL |
| **ProdVol** | IMERYS018; | ORIGINAL |

Exhibit 78

## SUMMARY OF TEM ASBESTOS RESULTS:
## GRADE 66/96 USP PRODUCT COMPOSITES
11-Mar-04

**Confidential**

Table 1.  Summary of results

| Sample Description | Sample No. | Amphibole Structures | | Amphibole Content | Chrysotile Structures | | Chrysotile Content | Structure (S) Concentration | Amphibole Asbestos | Chysotile Asbestos |
|---|---|---|---|---|---|---|---|---|---|---|
| | | >5 μm | <5 μm | (ppm) | >5 μm | <5 μm | (ppm) | S (x 10$^6$)/g | % | % |
| Grade 66 composite: 2nd Quarter, 2001 | A01314-1 | 0 | 0 | ND | 0 | 0 | ND | <85 | NA | NA |
| Grade 66 composite: 3rd Quarter, 2001 | A01571-1 | 0 | 0 | ND | 0 | 0 | ND | <86 | NA | NA |
| Grade 66 composite: 4rd Quarter, 2001 | A02008-1 | 0 | 0 | ND | 0 | 0 | ND | <87 | NA | NA |
| Grade 96 composite: 1st Quarter, 2002 | A02224-1 | 0 | 0 | ND | 0 | 1 | NS | <132 | NA | NA |
| Grade 96 composite: 2rd Quarter, 2002 | A02400-1 | 0 | 0 | ND | 0 | 0 | ND | <87 | NA | NA |
| Grade 96 composite: 3rd Quarter, 2002 | A02524-1 | 0 | 0 | ND | 0 | 0 | ND | <80 | NA | NA |
| Grade 96 composite: 4rd Quarter, 2002 | A03038-1 | 0 | 0 | ND | 0 | 1 | NS | <133 | NA | NA |
| Grade 96 composite: 1st Quarter, 2003 | A03098-1 | 0 | 0 | ND | 0 | 0 | ND | <82 | NA | NA |
| Grade 96 composite: 2rd Quarter, 2003 | A03372-1 | 0 | 0 | ND | 0 | 1 | NS | <129 | NA | NA |
| Grade 96 composite: 3rd Quarter, 2003 | A03499-1 | 0 | 0 | ND | 0 | 1 | NS | <205 | NA | NA |

The TEM Analysis group spans Amphibole Structures through Structure (S) Concentration. The PLM Analysis (+200 Mesh) group spans Amphibole Asbestos and Chysotile Asbestos.

ND = Not detected (see report text).
NS = Not significant (see report text).
NA = Not analyzed (insufficient sample).

IMERYS342778

PLAINTIFF'S EXHIBIT
JNJ-1538

**SUMMARY OF TEM ASBESTOS RESULTS:**
**GRADE 66/96 USP PRODUCT COMPOSITES**
11-Mar-04

## Confidential

| Sample Description. | Sample No. | Starting Weight | Aliquot Filtered | Grid Spaces | Sample Analyzed | TEM Amphibole Sensitivity* | TEM Chrysotile Sensitivity* |
|---|---|---|---|---|---|---|---|
| | | (g) | (mL) | (#) | (ng) | ppm | ppm |
| Grade 66 composite: 2nd Quarter, 2001 | A01314-1 | 0.0367 | 0.5 | 20 | 35 | NA | 0.02 |
| Grade 66 composite: 3rd Quarter, 2001 | A01571-1 | 0.0363 | 1.0 | 10 | 35 | NA | 0.02 |
| Grade 66 composite: 4th Quarter, 2001 | A02008-1 | 0.0355 | 1.0 | 10 | 34 | NA | 0.02 |
| Grade 96 composite: 1rd Quarter, 2002 | A02224-1 | 0.0373 | 1.0 | 10 | 36 | NA | 0.02 |
| Grade 96 composite: 2rd Quarter, 2002 | A02400-1 | 0.0358 | 1.0 | 10 | 35 | NA | 0.02 |
| Grade 96 composite: 3rd Quarter, 2002 | A02524-1 | 0.0388 | 1.0 | 10 | 37 | NA | 0.02 |
| Grade 96 composite: 4th Quarter, 2002 | A03038-1 | 0.0369 | 1.0 | 10 | 36 | NA | 0.02 |
| Grade 96 composite: 1rd Quarter, 2003 | A03098-1 | 0.0378 | 1.0 | 10 | 36 | NA | 0.02 |
| Grade 96 composite: 2rd Quarter, 2003 | A03372-1 | 0.0382 | 1.0 | 10 | 37 | NA | 0.02 |
| Grade 96 composite: 3rd Quarter, 2003 | A03499-1 | 0.0240 | 1.0 | 10 | 23 | NA | 0.03 |

*The analytical sensitivity for this method is defined as 1 fiber  (ASTM D 5756-00).

IMERYS342779

Protected Document - Subject to Protective Order

IMERYS 342779

**IMERYS342778**

## Metadata

| BegAttach | IMERYS 342778 | ORIGINAL |
|---|---|---|
| **Confidentiality** | Yes | ORIGINAL |
| **Custodian** | Non-Custodial; | ORIGINAL |
| **DocumentType** | Physicals | ORIGINAL |
| **EndAttach** | IMERYS 342779 | ORIGINAL |
| **OtherCustodians** | Non-Custodial; | ORIGINAL |
| **ProdVol** | IMERYS018; | ORIGINAL |

Exhibit 79

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE

GOLDEN, COLORADO

GEOLOGY AND ORE RESERVES

Hammondsville Mine
Windsor Minerals, Inc.
Windsor, Vermont 05089

*Johnson & Johnson*

**Subject:** Geological Audit
Windsor Minerals
File #124

Dr. T. H. Shelley
to
Dr. R. A. Fuller DEC 7 70
to
Central Research File

*New Brunswick, N.J.*

December 4, 1970

Mr. R. J. Mortimer

Mr. R. N. Miller

Dr. R. L.Sundberg
to
File #124

The attached report completes our work on the nature and magnitude of our ore body in Vermont from which we manufacture Baby Powder talc.

W. Ashton

csc

J&J-0005140

Protected Document--Subject to Protective Order                    JNJAZ55_000015127

## TABLE OF CONTENTS

Page

Introduction. . . . . . . . . . . . . . . . . . . . .    1

Objective . . . . . . . . . . . . . . . . . . . . . .    2

Scope . . . . . . . . . . . . . . . . . . . . . . . .    3

Conclusions . . . . . . . . . . . . . . . . . . . . .    4

Recommendations . . . . . . . . . . . . . . . . . . .    5

Discussion. . . . . . . . . . . . . . . . . . . . . .    7

    Location and Accessibility . . . . . . . . . . .    7
    Climate and Topography . . . . . . . . . . . . .    7
    Mine Development . . . . . . . . . . . . . . . .    7
    Geology. . . . . . . . . . . . . . . . . . . . .    8

        General Geology . . . . . . . . . . . . . .    8
        Mine Geology. . . . . . . . . . . . . . . .   10
        Thin Section and X-Ray Analysis of Selected Rocks 13

    Ore Reserves . . . . . . . . . . . . . . . . . .   23
    Ore Reserve Calculation. . . . . . . . . . . . .   25
    Ore Quality. . . . . . . . . . . . . . . . . . .   31
    Flotation Testing. . . . . . . . . . . . . . . .   51
    Drilling Recommendations . . . . . . . . . . . .   53

Selected References . . . . . . . . . . . . . . . . .   58

Appendix. . . . . . . . . . . . . . . . . . . . . . .  A-1

    Exhibit 1, Megascopic Description of Core Samples. .  A-2
    Exhibit 2, Petrographic Examinations . . . . . . .  A-25

### Tables

Table 1, Petrographic Classification and Results of
      X-Ray Diffraction Analysis on Rock Samples . . .   20
    2, X-Ray Diffraction and Microscopic Data,
      Diamond Drill Hole 1-67-H. . . . . . . . . .   33
    3, X-Ray Diffraction and Microscopic Data,
      Diamond Drill Hole 6-67-H. . . . . . . . . .   34

ii

J&J-0005141

Protected Document--Subject to Protective Order

JNJAZ55_000015128

Table of Contents - continued

|  | | Page |
|---|---|---|
| Table 4, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 21-67-H . . . . . . | 35 |
| 5, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 34-67-H . . . . . . | 36 |
| 6, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 35-67-H . . . . . . | 37 |
| 7, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 36-67-H . . . . . . | 38 |
| 8, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 37-67-H . . . . . . | 39 |
| 9, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 38-67-H . . . . . . | 40 |
| 10, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 39-67-H . . . . . . | 41 |
| 11, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 40-67-H . . . . . . | 42 |
| 12, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 41-67-H . . . . . . | 43 |
| 13, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 44-67-H . . . . . . | 44 |
| 14, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 45-67-H . . . . . . | 45 |
| 15, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 46-68-H . . . . . . | 46 |
| 16, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 49-68-H . . . . . . | 47 |
| 17, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 50-68-H . . . . . . | 48 |
| 18, | X-Ray Diffraction and Microscopic Data, Diamond Drill Hole 55-68-H . . . . . . | 49 |
| 19, | Mineralogy and Color of Selected Vermont Core Samples. . . . . . . . . . . . . | 52 |

## Plates

| Plate 1, | Talc Thickness Contours (isopach map). . . . .14, | 30 |
|---|---|---|
| 2, | Specimen 6H-167 Showing a Fine-Grained Talc-Chlorite Embayment in a Carbonate Particle . | 17 |
| 3, | Electron Microprobe Traverse Across Line X-X' . . . . . . . . . . . . . . . . | 18 |

iii

Protected Document--Subject to Protective Order

J&J-0005142

JNJAZ55_000015129

Table of Contents - continued

|  |  | Page |
|---|---|---|
| Plate 4, | Triangular Areas of Influence. . . . . . . . . |  |
| 5, | Polygonal Areas of Influence . . . . . . . . . | 27 |
| 6, | Colors of Selected Cleaner Concentrates From | 28 |
|  | Hammondsville Flotation Testing. . . . . . . . | 54 |

## Figures

Figure 1, Electron Microprobe Traverse Across Line X-X'   A-38

## Photomicrographs

1A, Specimen 2H-301 showing granulated quartz grains and lineated biotite. . . . . . . . . . . . . . . . A-28

1B, Specimen 2H-301 showing a highly weathered garnet crystal with an irregular chlorite inclusion. . . .   A-28

2, Specimen 6H-139 showing a foliated mixture of talc and chlorite, a chlorite seam, and variable-sized carbonate particles . . . . . . . . . . . . . . .   A-30

3, Specimen 6H-141 showing irregular platy talc grains set in a fine-grained foliated matrix of talc and chlorite. . . . . . . . . . . . . . . . . . . . . .   A-32

4, Specimen 6H-150 showing elongated platy talc grains set in a fine-grained foliated mixture of talc and chlorite. . . . . . . . . . . . . . . . . . . . . .   A-32

5, Specimen 6H-167 showing a fine-grained talc-chlorite embayment in a carbonate particle. . . . .   A-34

6, Specimen 6H-176 showing associations of talc, chlorite, and carbonate . . . . . . . . . . . . . .   A-37

7, Specimen 34H-507C showing platy talc grains in a foliated chlorite matrix. . . . . . . . . . . . . .   A-41

8, Specimen 35H-153 showing strained feldspar laths set in a highly-weathered fine-grained opaque groundmass. . . . . . . . . . . . . . . . . . . . .   A-43

9, Specimen 35H-164 showing contact between quartz biotite schist and basalt . . . . . . . . . . . . .   A-46

10, Specimen 35H-223A showing radiating tremolite-actinolite crystals . . . . . . . . . . . . . . . .   A-49

11, Specimen 35H-223B showing biotite and chlorite in a quartz matrix . . . . . . . . . . . . . . . . . .   A-51

12, Specimen 35H-400 showing a large inclusion composed of fine-grained talc and/or chlorite cutting foliation of host rock. . . . . . . . . . . . . . .   A-54

A-58

iv

Protected Document--Subject to Protective Order

JNJAZ55_000015130

Table of Contents - continued

| | | Page |
|---|---|---|

Photomicrographs - continued

13A, Specimen 37H-367 showing a platy talc grain set in
a matrix of variable-sized carbonate grains . . . .   A-62
13B, Biaxial interference figure of platy talc grain
shown in Photomicrograph 13A. . . . . . . . . . . .   A-62
14, Specimen 37H-451 showing ribbon-like platy talc
seam. . . . . . . . . . . . . . . . . . . . . . . .   A-68
15, Specimen 37H-487 showing irregularly-shaped
particles composed of fine-grained talc and/or
chlorite set in the felty, subfoliated host rock
matrix. . . . . . . . . . . . . . . . . . . . . . .   A-75

Pocket→ (adjacent file)
(separate)

1 - Surface, Hammondsville Mine, Vermont

2 - Hammondsville Mine, Vermont, Drill Hole Location Map

3 - Hammondsville Mine, Vermont, Talc Thickness Contours

4 - Hammondsville Mine, Proposed Diamond Drilling

5 - Hammondsville Mine, Section Location Map

6 - Cross Section D, looking northwest

7 - Cross Section F, looking northwest

8 - Cross Section H, looking northwest

9 - Cross Section J, looking northwest

10 - Cross Section L, looking northwest

11 - Cross Section N, looking northwest

12 - Cross Section XS-2, looking northeast

13 - Cross Section 3-67/52-68, looking northeast

14 - Cross Section 34-67/55-68, looking northeast

J&J-0005144

Protected Document--Subject to Protective Order                          JNJAZ55_000015131

## INTRODUCTION

The Colorado School of Mines Research Institute was engaged by Johnson and Johnson to conduct a complete study of the mining and milling of talc by their wholly-owned subsidiary, Windsor Minerals. This study was authorized by letter from Mr. William Ashton on 12 June 1970, in which he accepted our letter proposal of 9 June 1970.

This report deals entirely with the geology and ore reserves of the Hammondsville Mine which is a source of cosmetic grade talc for Windsor Minerals Company. A report on Mine Safety was issued on 12 August 1970, and a report on beneficiation of the Hammondsville ore will be issued in the near future. A report, "Beneficiation of Vermont Talc Concentrates," was issued on 18 September 1969 (Project Number 290527).

1

J&J-0005145

Protected Document--Subject to Protective Order                    JNJAZ55_000015132

## OBJECTIVE

The objective of this study was to estimate an ore reserve tonnage and quality at the Hammondsville Mine.  In conjunction with this, it was necessary to study in detail the geology of the mine and the mineralogy of the ore material.  This latter information will facilitate future mine development and planning.

2

J&J-0005146

Protected Document--Subject to Protective Order

## SCOPE

The study included an examination and detailed geologic mapping of all accessible parts of the Hammondsville Mine. All available drill core was examined and the talcose zones were split. One half was sent to Golden for mineralogic and chemical assaying. The remainder was replaced in core boxes at Windsor.

Ore reserves were estimated and, based upon the assay results, the amount of recoverable platy talc was also estimated.

Flotation tests were conducted on several samples and mineralogic and color testing was done on the cleaner concentrates.

3

J&J-0005147

Protected Document--Subject to Protective Order

JNJAZ55_000015134

## CONCLUSIONS

The reserves at the Hammondsville Mine below the 860 Level are approximately 3.75 million tons of Indicated ore containing about 967,000 tons of platy talc. The mine life appears to be more than twenty years at the present production rate.

Ore quality varies greatly from area to area within the ore body. This is due to the variability in carbonate content and the inverse relationship between the magnesite and talc contents of the ore. On the other hand, magnesite and chlorite contents are directly related so that, in zones of high carbonate (most of which is magnesite) the color and talc content may be expected to deteriorate. In particular, it appears that the color of the finished product may deteriorate down-dip from the present mine workings. More drilling will be necessary to clarify this point.

4

J&J-0005148

Protected Document--Subject to Protective Order

JNJAZ55_000015135

## RECOMMENDATIONS

Some additional drilling is strongly recommended.  This will be necessary to ascertain whether or not the color of the re-covered talc product actually does deteriorate down-dip from the present mine workings.  At the same time, much of this recom-mended drilling will be invaluable for mine planning.  Limited drilling is also necessary to improve the quality of ore reserve estimates.

A three-dimensional model showing the stopes in the south-east end of the mine, especially on and below the 860 Level should be constructed.  This would be very helpful to the mine staff.  Drifts and stopes could be made of some easily worked material, such as soft wood.  The dimensions would not need to be precise.  The main objective would be to show the relative positions of stopes.  This would give a more clear picture as to what additional stoping could be accomplished.  At present, Mr. Winston Dezaine, the Mine Superintendant, has a remarkably good mental picture of the deposit and appears to have done an excellent job of getting high recovery from most sections of the mine.  Our impression is that stoping plans are made on the basis of visual estimates of ore quality, and an effort is made to lo-cate pillars so that they contain poorer quality material.  The success of the method depends largely on Mr. Dezaine, and if he should be unavailable for any reason, the operation would prob-ably be severely handicapped.

5

J&J-0005149

Protected Document--Subject to Protective Order

JNJAZ55_000015136

Recommendations - continued

It would be well worthwhile to increase the emphasis on mine surveying and transferral of the resultant information onto level or stope maps.  Monthly updating of the mine maps will allow planning for more efficient and complete extraction of the ore.  The burden of this regular updating should not be placed on the Mine Manager.  It should be the regular responsibility of a competent mining engineer.

6

J&J-0005150

Protected Document--Subject to Protective Order

JNJAZ55_000015137

## DISCUSSION

Location and Accessibility

The mine is located on the east side of Vermont Highway No. 106, less than one-quarter of a mile north of Hammondsville, Vermont, and is easily accessible. The mill is approximately two miles to the southeast on the same road.

Climate and Topography

The area has the typical, extreme, New England climate. The topography is fairly rugged. Topographic relief varies as much as 1,000 feet per mile in many places near the mine. The topography appears to have been caused principally by glaciation, resulting in fairly steep slopes on the margins of U-shaped valleys.

The area was mostly cleared and utilized as pasture about the turn of the century but has been allowed to revert to dense forests, over most of the slopes, since that time.

Mine Development

The mine was originally opened in 1908 as an open pit. In recent years, underground workings have been developed from the wall of the pit. There are now two underground levels, the 860 Level and the 950 Level, which are designated by their elevations above sea level. A third level, at approximately 760 feet above sea level, is presently being developed by the sinking of an inclined shaft. The two existing levels are fairly extensive

7

J&J-0005151

Protected Document--Subject to Protective Order                                    JNJAZ55_000015138

Discussion - continued

(both are over 1,000 feet in length) and are connected by many stopes.  The upper level, the 960, has numerous stopes extending upwards, some of which have holed through to the surface.

Geology

General Geology

The mine is located on the north flank of the Chester Dome, a part of the Green Mountain Anticlinorium.  The talc deposit is not unique, being only one of several hundred found in a fairly linear array from Newfoundland to Alabama.  These deposits are found primarily in early Paleozoic rocks which were meta- morphosed to schists, gneisses, and marbles.  They were formerly sands, shales, and carbonates which were deposited in near-shore or shallow-water eugeosynclinal environments.  These sediments were later overthrust from east to west to form the Vermontia Geanticline which is an intensely folded north-trending belt of Precambrian and early Paleozoic rocks.  The State Geologic Map of Vermont indicates that the rocks adjacent to the mine area are probably Devonian (roughly 250 million years old) whereas Chidester (1951) states that they are probably Cambrian or Ordovician in age (roughly 350 to 600 million years old). Eardley (1962, p. 170) indicates that they are Silurian (between the previous two ranges) in age.

8

J&J-0005152

Protected Document--Subject to Protective Order                                                                    JNJAZ55_000015139

Discussion - continued

The rocks of the region are primarily metamorphosed sedimentary rocks. However, these schists, gneisses, and marbles are intruded in many places by igneous rocks (mostly acid, or granitic). Extrusive igneous or volcanic rocks are also present.

The Mount Ascutney stock, a few miles to the southeast of the mine, is a granitic intrusive body which has intruded and truncated the Standing Pond volcanics of the Devonian (Silurian?) Waits River Formation. These volcanics are reported to extend to within a mile or so of the mine and there have been a few basalt dikes noted in core from the mine area as well as within the mine workings proper.

It is the author's opinion that one or more of these igneous bodies was the source of silica, which was added to a magnesian carbonate, probably dolomite but possibly magnesite, to form talc. The generalized reaction is shown below:

$$\text{Dolomite} \;+\; \text{Silica} \;\rightarrow\; \text{Talc} \;+\; CO_2 \uparrow \;+\; \text{Soluble Calcium Salts}$$

$$CaMg(CO_3)_2 \qquad SiO_2 \qquad 3MgO \cdot 4SiO_2 \quad CO_2 \qquad\qquad Ca^{++}$$

(gas)

Intermediate and side reactions could have given rise to a number of products which are not shown here. Among them are brucite, chlorite, magnesite, and various clays and calcium complexes.

9

J&J-0005153

Protected Document--Subject to Protective Order

JNJAZ55_000015140

Discussion - continued

### Mine Geology

The host rocks for the ore body are mostly quartz-biotite schists and/or gneisses.  These are at least a few hundred feet thick in the hanging wall of the mine.  In many places they become garnetiferous and contain a few thin quartz veins, mineralized with pyrite and pentlandite.  A few thin (six inches to three feet) basalt dikes are also present.

In most places along the walls of the talc body at Hammondsville, the host rock has been converted to a chloritic biotite schist.  This may be the result of alteration along a stratigraphic contact or it may represent a facies change in the pre-existing rocks.  This coarse-grained biotite or chlorite schist contact has been called blackwall by the miners.

The blackwall schist is used as a stratigraphic marker in mining to determine the location of the edge of the ore zone. It varies in thickness from a few inches to a few feet.  Where the talc pinches out between ore lenses on the 860 Level, a thin layer of the blackwall can be followed from one lens to the next.  This contact should be traceable for some distance from the mine, stratigraphically, and should aid in exploration.

The talc deposit at Hammondsville has a general tabular form with an average strike to the northwest and dip to the northeast at about 20 degrees.  The talc bodies within the mine have a general lensoid to tabular form.

10

J&J-0005154

Protected Document--Subject to Protective Order

JNJAZ55_000015141

Discussion - continued

There are many local variations in strike and dip of both the hanging wall and, particularly, the footwall.  As a result, the ore body varies radically in its strike direction and thickness.  The lenticular and pod-like character of the deposit is therefore, probably not the result of tight, over-turned folding but, more likely, is due to variations in thick-ness of the pre-talc carbonate body.  Later, dynamic metamor-phism would have streamlined the shape during movement.

The thicker parts of the ore body contain a core of chlorite and carbonate which is actually a chloritic marble.  This has been called "serpentine" by the miners and "verde antique" by others (Chidester, 1951).  The latter term, although somewhat a misnomer, is used in this report as it describes the physical appearance of the rock quite well.  Technically, however, a verde antique should contain serpentine.  There has been no serpentine detected by either petrographic or x-ray analyses in either the core or the rock samples from the mine.  The material which makes up the core of the thicker parts of the ore body may be an intermediate alteration product from carbonate to talc or, it may be a product of retrograde metamorphism of dolomitic marble.  In detail, it appears in irregular masses, crosscutting the schistosity (see the 860 and 950 Level maps), but in the broader sense it seems to occur at a definite horizon (see Cross-Section L).

11

J&J-0005155

Protected Document--Subject to Protective Order

JNJAZ55_000015142

Discussion - continued

The very irregular nature of the footwall makes it diffi-
cult to follow in development drifts.  Consequently, it is
poorly exposed in most places, or not visible at all, so that
its exact position and attitude is not clear.  A postulated
pattern is shown diagrammatically on the 860 Level map.

Some layers and irregular blocks of chlorite-biotite schist
occur within the talc ore body and are called "cinders" by the
miners.  These create a problem in development work as they may
easily be mistaken for the true footwall of the deposit.  To
guard against development drifts being turned into the talc
body, short test holes are drilled into the footwall as drifting
progresses.  In most, and possibly all cases, where the develop-
ment drift has been turned away from the footwall because of
cinders, the fact has been recognized as stoping began, and mining
has been continued to the true footwall.  To a much lesser extent,
development drifts have been deviated from the true hanging
wall because of cinders.  Again, this has usually been corrected
fairly quickly.

In the southeastern part of the mine, the ore body has a
thick lenticular form, with a very irregular footwall.  It
reaches a maximum thickness of about 170 feet (including the
verde antique core) but pinches rapidly along strike (see Cross-
Section 4-67 to 9-66).  Down-dip, the lens seems to decrease
in thickness and increase in strike length so that its form be-

12

J&J-0005156

Protected Document--Subject to Protective Order

JNJAZ55_000015143

Discussion - continued

comes more tabular with depth (Section 3-67 to 52-68) (see also talc thickness contour map, Plate 1 and in pocket).

The lens then pinches out altogether about 2,000 feet down-dip from its outcrop at an elevation of about 500 feet. The ore body appears to pinch out abruptly and completely along its southeastern edge. Extending the drifts there may develop a little more ore.

The ore body pinches out in the central part of the mine as seen on the 860 Level but this pinchout is apparently gone 400 feet down-dip, at an elevation of about 650 feet, where the ore body appears to have a continuously mineable thickness along a strike length of about 1400 feet.

Along its northwestern edge, the deposit tends to split into talc layers which thin to the northwest. These are sep-arated by increasing thicknesses of waste. Mining in this direction will be limited by the thickness of the thickest talc layer, rather than by the combined thickness of all the talc layers. This fact has been taken into account in both the isopach map of the ore (Plate 1) and in the ore-reserve estimate.

Thin Section and X-Ray Analysis of Selected Rocks

Thirty-eight core samples were submitted for thin-section analysis. All but a few of these were from within the ore zone.

13

J&J-0005157

Protected Document--Subject to Protective Order

JNJAZ55_000015144



Plate 1 – Talc Thickness Contours (isopach map)



14

J&J-0005158

Protected Document--Subject to Protective Order

JNJAZ55_000015145



Protected Document--Subject to Protective Order

J&J-0005159

JNJAZ55_000015146

Discussion - continued

These were studied to determine the various rock types and to examine the relationships between the mineral phases.  Some attention was paid to possible origins of the talc in order to make suggestions for further exploration work.  The descriptions of the individual rock specimens will be found in the Appendix, Exhibit 2.

It was evident during this phase of the investigation that optical differentiation between chlorite and talc, when in fine grains, is nearly impossible.  The refractive index, in oil, of the two minerals is nearly identical.  The high-magnesium chlorite which occurs within the Hammondsville ore body is color-less, or nearly so, in thin section and is therefore nearly indistinguishable from the platy talc.  Larger grains of chlorite do exhibit weak pleochroism and may be distinguished by this property.

Several thin sections were made of the host rock and, for the most part, it was found to be a quartz-biotite schist ex-hibiting some gneissosity.  In places, this rock becomes garnetif-erous.  The garnets are almost without exception subhedral and appear to have been altered to clay.  In many cases, the garnets have been embayed by chlorite, indicating probable retrograde metamorphism.  The subhedral character of the garnets has been studied in Vermont by students at Harvard University and has been described in the literature.  These are called "rolled"

15

J&J-0005160

Protected Document--Subject to Protective Order

JNJAZ55_000015147

Discussion - continued

garnets with the implication that they were rolled and crushed
during dynamic metamorphism of the country rock.  The crystal
shape was assumed to have been destroyed during such treatment.

It appears from the petrographic work on the thin sections
that the talc has resulted from metamorphism of a carbonate
rock.  This would agree with the field evidence as interpreted
by the author.  A particularly convincing piece of evidence was
obtained in a thin section of material from Diamond Drill Hole
No. 6-67 at a depth of 167 feet.  A photomicrograph of a portion
of that thin section is shown as Plate 2.  It can be seen
that the talc occurs  as an embayment in a carbonate grain.
This indicates that the talc was formed at the expense of the
carbonate (magnesite).  The thin skin or contact zone between
the talc and the magnesite is chlorite.  This identification
of the minerals was corroborated by electron-microprobe analysis.
The results of a traverse across the embayment (line X-X' on
the photomicrograph) are shown on Plate 3.

Because of the partially inconclusive nature of the optical
studies, x-ray-diffraction analyses were made of the rocks from
which the thin sections were cut.  This technique, in conjunc-
tion with the optical work, appears to have yielded a fairly
accurate semi-quantitative estimate of the mineralogical con-
stituents of each rock.  In addition, x-ray analyses make it
possible to differentiate between the three carbonate phases

16

J&J-0005161

Protected Document--Subject to Protective Order

JNJAZ55_000015148



Plate 2 – Specimen 6H-167 showing a fine-grained talc-chlorite embayment in a carbonate particle.

(A)   Fine-grained talc-chlorite inter-mixture.
(B)   Magnesite, $MgCO_3$, particle.
(C)   Chlorite seam.
(D)   X-X' approximate electron micro-probe traverse shown in Plate 3.

Scale                              Crossed polarizers
⊢——⊣
0.1 mm

17

J&J-0005162

Protected Document--Subject to Protective Order                              JNJAZ55_000015149



Electron Microprobe Traverse Across
Line X-X'

Talc                    Chlorite                Magnesite

Line of Traverse                                               X'

18

J&J-0005163

Protected Document--Subject to Protective Order



Plate 3 - Electron Microprobe Traverse Line X-X'

Protected Document--Subject to Protective Order

J&J-0005164

JNJAZ55_000015151

Discussion - continued

of these rocks (magnesite, dolomite, and calcite) as well as between chlorite and talc.

The following table (Table 1) summarizes the results of the petrographic and x-ray examinations of the rocks submitted for thin-section analysis.

The consensus of opinion in the available literature about the genesis of the talc bodies in Vermont seems to be that they formed as an alteration product from ultrabasic intrusive igneous rocks (Chidester, et. al., 1951; Trauffer, 1964; Gillson, 1927). Chidester (1951) however, seems to suggest that the talc at the Hammondsville Mine might be the result of metamorphism of a carbonate body. This is the opinion of this writer.

A postulated paleo-environment which would result in the formation of the Hammondsville ore body as we see it today may have resembled in many ways that environment found presently in the Gulf of Mexico. This environment would have consisted of a relatively low-lying land surface from which sands and muds were derived, and a fairly shallow sea (a eugeosyncline--Eardley, 1962, p. 169) which would receive these sediments. Carbonate deposition was certainly taking place, possibly in the form of reefs. These may have been either discontinuous or eroded so that the topography resembled in many ways the present-day channeling seen in the carbonate reefs between Florida and the Bahamas. Filling of these channels with clastic sediments

19

J&J-0005165

Protected Document--Subject to Protective Order                    JNJAZ55_000015152

**TABLE 1**

RAPHIC CLASSIFICATION AND RESULTS OF
DIFFRACTION ANALYSIS ON ROCK SAMPLES

Relative X-Ray Diffraction Peak Heights     (Cm)

| Trem/Act | Chlorite | Quartz | Calcite | Dolomite | Magnesite | Mica | Feldspar |
|---|---|---|---|---|---|---|---|
|  |  | 1.0 |  | 0.3 |  | 1.3 |  |
|  | 0.7 |  |  | 0.3 | 0.2 | Tr. |  |
|  | 0.5 |  |  | 0.1 | 0.4 |  |  |
|  | 0.5 |  |  | 3.2 | 0.5 |  |  |
|  | 0.2 |  |  | Tr. | 0.6 |  |  |
|  | 0.1 |  |  | 0.7 | 3.5 |  |  |
|  | 0.4 | 0.5 |  |  |  | 0.6 |  |
|  | 1.3 | 0.2 |  |  |  |  |  |
|  |  |  |  | 0.6 |  |  |  |
|  |  |  |  |  |  | 0.3 | 0.8 |
|  |  | 0.5 |  |  |  | 0.4 | 0.4 |
| 0.4 |  | 0.2 |  |  |  |  |  |
|  |  | 2.4 | 0.3 |  |  | 0.8 |  |
|  | Tr. | 1.1 |  |  |  | 0.8 |  |
|  | 0.4 |  |  | 0.7 |  |  |  |
|  | 1.7 |  |  | 0.3 |  |  |  |
|  | 0.4 |  |  | 0.6 | 1.7 |  |  |
|  | 0.7 |  |  | 0.1 | 0.1 |  |  |
|  | Tr. |  |  | 0.1 | 1.7 |  |  |
|  | 0.2 |  |  | 1.2 | Tr. |  |  |

continued

20

J&J-0005166

Protected Document--Subject to Protective Order

JNJAZ55_000015153

TABLE 1

PETROGRAPHIC CLASSIFICATION AND RESULT
X-RAY DIFFRACTION ANALYSIS ON ROCK SAM

| D.D. Hole | Interval | Rock Classification | Relative X-Ray Diffrac | | | | |
|---|---|---|---|---|---|---|---|
| | | | Talc | Trem/Act | Chlorite | Quartz | Ca |
| 2-67-H | 301 | Garnetiferous quartz-biotite augen schist | | | | 1.0 | |
| 6-67-H | 139 | Schistose augen marble | 0.9 | | 0.7 | | |
| | 141 | Augen marble schist | 2.0 | | 0.5 | | |
| | 150 | Augen marble schist | 2.5 | | 0.5 | | |
| | 167 | Talc-chlorite augen schist | 4.5 | | 0.2 | | |
| | 169 | Schistose augen marble | 2.6 | | 0.1 | | |
| | 176 | Talc-chlorite schist | 11.8 | | 0.4 | 0.5 | |
| 34-67-H | 507-C | Chlorite schist | 0.7 | | 1.3 | 0.2 | |
| | 518 | Augen marble schist | 1.8 | | | | |
| 35-67-H | 153 | Basalt | 0.2 | | | | |
| | 164 | Contact between basalt and quartz-biotite schist | | | | 0.5 | |
| | 223-A | Chlorite schist | | 0.4 | 0.2 | | |
| | 223-B | Garnetiferous biotite-chlorite-quartz schist | | | | 2.4 | 0. |
| | 223-C | Chlorite-biotite-quartz schist | 0.2 | | Tr. | 1.1 | |
| | 398 | Talc-chlorite schist | 3.6 | | 0.4 | | |
| | 400 | Chlorite schist | 0.3 | | 1.7 | | |
| 36-67-H | 437 | Augen marble schist | 1.0 | | 0.4 | | |
| | 438 | Schistose augen marble | 0.9 | | 0.7 | | |
| 37-67-H | 367 | Schistose marble | 0.9 | | Tr. | | |
| | 388 | Talc-chlorite augen schist | 0.9 | | 0.2 | | |

J&J-0005167

Protected Document--Subject to Protective Order

JNJAZ55_000015154

Relative X-Ray Diffraction Peak Heights  (Cm)

| Trem/Act | Chlorite | Quartz | Calcite | Dolomite | Magnesite | Mica | Feldspar |
|---|---|---|---|---|---|---|---|
| | 0.2 | | | 2.6 | 0.2 | | |
| | 0.6 | | | 0.8 | 0.1 | | |
| | 0.6 | | | | 4.0 | | |
| | 0.5 | | | 2.3 | | | |
| | 0.6 | | | 0.7 | 0.2 | | |
| | 1.5 | | | 0.3 | 0.7 | | |
| | 2.6 | | | | | | |
| | 1.2 | | | | | | |
| | 0.7 | 0.6 | | | | | |
| | 1.0 | | | | 0.3 | | |
| | 0.3 | | | 0.1 | | | |
| | 0.7 | | | 0.9 | 0.3 | | |
| | 0.7 | | | 0.2 | Tr. | | |
| | 0.4 | 0.3 | | 0.2 | | | Tr. |
| | 0.9 | 0.7 | | 0.2 | Tr. | | |
| | 0.9 | | | 0.3 | 0.2 | | |
| | 0.2 | | | 0.1 | 0.4 | | |
| | 0.4 | | | 0.1 | 0.9 | | |

histosity.
sity.

21

Protected Document--Subject to Protective Order

J&J-0005168

JNJAZ55_000015155

Table 1 — continued

Relative X-Ray Diffrac

| D.D. Hole | Interval | Rock Classification | Talc | Trem/Act | Chlorite | Quartz | Ca |
|-----------|----------|---------------------|------|----------|----------|--------|-----|
| 37-67-H | 400 | Talc-chlorite augen schist | 0.6 | | 0.2 | | |
| | 440 | Marble schist | 3.3 | | 0.6 | | |
| | 450 | Augen marble schist[1] | 1.7 | | 0.6 | | |
| | 451 | Augen marble schist[1] | 1.6 | | 0.5 | | |
| | 452 | Augen marble schist[1] | 2.4 | | 0.6 | | |
| | 453 | Verde antique | 1.5 | | 1.5 | | |
| | 481 | Chlorite schist | 1.1 | | 2.6 | | |
| | 485 | Chloritic marble schist | 1.5 | | 1.2 | | |
| | 487 | Chlorite-talc marble schist[2] | 2.0 | | 0.7 | 0.6 | |
| | 490 | Chlorite-talc marble schist[3] | 4.0 | | 1.0 | | |
| | 491 | Contact between chloritic marble schist and chlorite schistose marble | 0.9 | | 0.3 | | |
| | 504 | Chlorite marble schist | 1.6 | | 0.7 | | |
| | 512 | Schistose marble | 1.7 | | 0.7 | | |
| 38-67-H | 494 | Basalt | | | 0.4 | 0.3 | |
| 39-67-H | 458 | Chlorite-talc schist | 2.3 | | 0.9 | 0.7 | |
| | 532 | Chlorite-talc marble schist | 2.2 | | 0.9 | | |
| | 534 | Schistose augen marble | 1.3 | | 0.2 | | |
| | 544 | Schistose augen marble | 1.0 | | 0.4 | | |

1/ Could possibly be classified as verde antiques.
2/ Contains distinct talc seam perpendicular to schistosity.
3/ Contains distinct talc seam parallel to schistosity.
Tr. Trace detected.

J&J-0005169

Protected Document--Subject to Protective Order

JNJAZ55_000015156

Discussion - continued

followed by metamorphism during the thrusting of great fault
blocks from east to west would result in isolated pods or bodies
of carbonate rocks surrounded by schists and gneisses. Dynamic
and regional metamorphism would further modify this picture until
these isolated bodies of carbonate rock (probably marble) would
assume lenticular or tabular shapes within the schists and gneisses.

An extremely high percentage of early Paleozoic carbonates
are dolomites. Nearly every talc deposit which has been examined
by the author has been the result of silicification of a dolomite,
usually of early Paleozoic or Precambrian age. The chemical
change is fairly simple. At low temperatures and fairly low
pressures, the magnesium present in the dolomite is combined with
silica, probably from an igneous source. The carbonate is driven
off as carbon dioxide. The abundance of chlorite within the
Hammondsville ore body may be explained as a product of retro-
grade metamorphism of the dolomitic marble from which the talc
was formed.

Evidence for the hypothesis offered above is rather abundant.
Mount Ascutney is suggested as a source for the silica, and, con-
sistent with the above theory, there is a very high remnant car-
bonate content within the ore body ( 25 to 50 percent). The complete
absence of any igneous minerals (serpentine or relict ultrabasic
minerals) within the Hammondsville ore body (other than the
basalt dikes--which are later) is negative evidence against an

22

J&J-0005170

Protected Document--Subject to Protective Order                    JNJAZ55_000015157

Discussion - continued

igneous origin.

If the above hypothesis is correct, exploration could be tied closely to stratigraphy. Prospecting along the zone of contact between the hanging and footwall rocks (east and south-east of the mine) would be indicated. The geologic map of the state of Vermont indicates that the ore body is found on the nose of a small anticlinal structure abutting against the Mt. Ascutney stock to the southeast. It seems quite likely to the author that more talc deposits could be found along the stratigraphic contact on this structure.

Ore Reserves

The ore reserves remaining in the mine below the 860 Level are estimated to be 3,736,000 tons. This ore contains an estimated 967,000 tons of platy talc. These figures were arrived at by assuming a 60 percent mining extraction and a minimum mining thickness of nine feet. These latter two figures were furnished by the management at Windsor Minerals.

The ore is considered Indicated on the basis of the ore classification system adopted by the U.S. Geological Survey and the U.S. Bureau of Mines (Senate, 1947) which appears below.

> "'Measured ore' is ore for which tonnage is computed from dimensions revealed in out-crops, trenches, workings, and drill holes and for which the grade is computed from

23

J&J-0005171

Protected Document--Subject to Protective Order                    JNJAZ55_000015158

Discussion – continued

the results of detailed sampling.  The sites
for inspection, sampling, and measurement are
so closely spaced and the geological char-
acter is so well defined that the size, shape,
and mineral content are well established. The
computed tonnage and grade are judged to be
accurate within limits which are stated, and
no such limit is judged to differ from the
computed tonnage or grade by more than 20
per cent.

"'Indicated ore' is ore for which tonnage and
grade are computed partly from specific
measurements, samples, or production data
and partly from projection for a reasonable
distance on geologic evidence.  The sites
available for inspection, measurement, and
sampling are too widely or otherwise in-
appropriately spaced to outline the ore com-
pletely or to establish its grade throughout.

"'Inferred ore' is ore for which quantitative
estimates are based largely on broad know-
ledge of the geologic character of the de-
posit and for which there are few, if any,
samples or measurements.  The estimates are
based on an assumed continuity or repetition
for which there is geologic evidence; this
evidence may include comparison with deposits
of similar type.  Bodies that are completely
concealed may be included if there is spe-
cific geologic evidence of their presence.
Estimates of inferred ore should include a
statement of the special limits within
which the inferred ore may lie."

    Ore reserves were calculated on the basis of 175 pounds per

cubic foot of rock in place.  This factor is commonly used for

the California talc ore (Rassmussen, Charles Pfizer Co., Personal

Communication,  1970).  It also is within 10 percent of a theo-

retical value (McKinstry, 1948) and an empirical value obtained

24

J&J-0005172

Protected Document--Subject to Protective Order                    JNJAZ55_000015159

Discussion – continued

from a large piece of Hammondsville ore.  The grades assigned to the various drill holes were obtained by assaying the available core.  Those drill holes for which no core was available were assigned the average value obtained for all of the core which was assayed.  The estimate does not include any ore above the 860 Level and would have to be increased by the amount of recoverable ore still remaining above that level.

Ore Reserve Calculation

All ore-reserve estimates depend upon the analysis and weighting of a body of sample data.  When samples are randomly spaced throughout a large deposit the question of sample weight, or volume of influence, becomes extremely significant.  When properly weighted, irregularly spaced samples can provide a very precise estimate of the true tonnage and grade of the deposit.

In the case of the Hammondsville ore body, the reserve estimate is based upon data from 40 diamond-drill holes.  Several methods of weighting drill-hole data were considered.  Two of these, the polygonal and the triangular area-of-influence methods were used independently and the results were within about 10 percent of the final calculation utilizing a combination method.

The triangular area-of-influence method is probably the simplest and most widely used method of weighting irregularly

25

J&J-0005173

Protected Document--Subject to Protective Order

JNJAZ55_000015160

Discussion – continued

spaced drill samples.  The area is divided into triangles with a
drill hole at each corner as shown in Plate 4.  The volume
is computed from the area of the triangle and the average thick-
ness of the ore in the three holes.  A weighted average of the
grade in the three holes is assigned to this volume.  Extreme
variations in thickness, or grade, or drill-hole spacing will
distort the results obtained through the use of this method.

The polygonal area-of-influence method is quite similar
to the triangular method.  The polygons are developed by drawing
bisectrices on each of the lines joining adjacent drill holes.
The intersections of the bisectrices become the corners of a
polygon with a drill hole at the center.  The volume is deter-
mined by using the area of the polygon and the thickness of the
ore intersection in the drill hole.  Grade of the material in
the drill hole is assigned to this volume.  As in the triangu-
lar area-of-influence method, the wide spacing of the drill
holes causes problems.  With polygons only, an inordinate area
of influence is assigned to some of the drill holes because of
the wide spacing, and the method was not used for this reason.
The areas of influence obtained through the use of this method
of weighting are shown in Plate 5.

Other methods of calculating reserves involve the use of
isopachs (contours of equal thickness) or cross-sectional areas

26

J&J-0005174

Protected Document--Subject to Protective Order                    JNJAZ55_000015161

## Plate 4 - Triangular Areas of Influence



27

J&J-0005175

Protected Document--Subject to Protective Order

JNJAZ55_000015162



J&J-0005176

Protected Document--Subject to Protective Order

JNJAZ55_000015163

## Plate 5 - Polygonal Areas of Influence



LEGEND

2-68  DIAMOND DRILL HOLE
470   AREA IN HUNDREDS OF SQUARE FEET

SCALE

28

J&J-0005177

Protected Document--Subject to Protective Order                    JNJAZ55_000015164



J&J-0005178

Protected Document--Subject to Protective Order

JNJAZ55_000015165

Discussion – continued

to determine the volume of a deposit.  Usually, these methods assume a uniform grade throughout the entire deposit.

The method used in calculating ore reserves for this report combines two different techniques and is thought to be the most realistic method of calculating ore reserves for the Hammondsville Mine.

The method involves combining the isopach map of talc thicknesses (Plate 1 and in pocket) and the polygonal areas of influence of the various drill holes (Plate 5).  The area for each polygon was combined with the thickness from the isopachs to obtain the volume; the ore grade within the appropriate polygons was assigned to the respective volumes.  These values were then totaled to give the weighted ore reserve estimate.

The advantage of this technique is that the variation in grade is assigned to an appropriate volume based upon the polygonal area of influence of the drill holes and the more accurate volume is obtained from isopachs.

In preparing the isopach map no corrections were made for the dip of the ore body because it was generally shallow dip. Deviation of the drill holes seems almost a certainty.  The majority of the core examined indicated that the vertical holes had deviated enough to intersect the schistosity of the ore and host rocks at a nearly perpendicular angle.  This is frequently

29

J&J-0005179

Protected Document--Subject to Protective Order

JNJAZ55_000015166

## Plate 1 – Talc Thickness Contours (isopach map)



30

J&J-0005180

Protected Document--Subject to Protective Order

JNJAZ55_000015167



Protected Document--Subject to Protective Order

Discussion - continued

a problem when drilling in schistose or gneissic rocks.

An examination of the isopach map, Plate 1 seems to indicate that the minimum-mining-thickness contour (nine feet) on the southeast side of the map is displaced almost 100 feet to the east. This contour was drawn on the basis of drilling information and was modified slightly on the basis of information available from the mine workings in that area. There is presently not sufficient evidence to move this contour to the west. The difference in reserve tonnage if this contour were moved would probably be less than 100,000 tons.

Ore Quality

In order to determine the quality of the ore reserves within the Hammondsville Mine, it was desirable to carefully sample the available diamond-drill core. One hundred and seven samples were sawed from the core from 17 different drill holes. These were submitted for chemical, mineralogical, and petrographic analysis. A selected few of these samples were submitted for more exhaustive analysis after flotation testing.

In addition, almost forty samples of core material were submitted for thin-section analysis to determine various information about the host rock, the ore, and the origin of the deposit. The results of these analyses have been discussed under

31

Protected Document--Subject to Protective Order

J&J-0005182

JNJAZ55_000015169

Discussion – continued

<u>Thin Section and X-Ray Analysis</u> in the section on <u>Geology</u>.

The only chemical test performed on the core samples was a determination of the acid solubility.  This was done by the standard Johnson and Johnson procedure in the laboratory at Golden.  The results are shown in Tables 2 through 18.

X-Ray diffraction analyses were performed on ground samples of rock.  All peak heights reported in the tables were measured in centimeters above background directly from x-ray diffract-ograms.  The principal peaks of the various minerals are re-ported so that, in the case of talc, chlorite, and mica, the relative height above background (intensity) of these minerals are roughly comparable to <u>relative</u> abundance of the three min-erals.  It should be pointed out that these numbers do <u>not</u> represent percentages of the various minerals.

The percentages of the various minerals, as determined optically, are reported in Tables 2 through 18 and represent the microscopic estimate of the amount of the mineral present on slides of the insoluble residues from chemical testing.  The purpose for doing microscopic analyses on the insoluble resi-dues was to eliminate the problem of identifying the abundant carbonates (other than by x-ray means).  The residues were al-most entirely silicates, mostly talc and chlorite.  The differ-entiation between these two, as stated earlier, is very difficult

32

J&J-0005183

Protected Document--Subject to Protective Order

JNJAZ55_000015170

TABLE 2

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole  1-67-H

| Interval (ft) | 39.0–41.0 | 47.0–54.0 | 57.3–59.3 |
|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | |
| Talc | 23.8 | 19.8 | 11.2 |
| Tremolite–Actinolite | -- | -- | 2.5 |
| Chlorite | 1.2 | 0.8 | 0.8 |
| Quartz | -- | -- | 0.7 |
| Calcite | -- | -- | -- |
| Dolomite | 3.4 | 4.6 | 0.4 |
| Magnesite | 4.5 | 4.5 | 0.2 |
| Mica | -- | -- | -- |
| **Microscopic Examination of Insoluble Portion** | | | |
| % Platy Talc | 42 | 56 | 36 |
| % Foliated Talc | 35 | 30 | 50 |
| % Fibrous Talc | 20 | 10 | 10 |
| % F.G.A. Talc | <1 | <1 | <1 |
| % Carbonate | 3 | 3 | 3 |
| % Dark Opaque | <1 | <1 | 1 |
| % Chlorite | -- | -- | -- |
| % Quartz | -- | -- | -- |
| % Tremolite–Actinolite | -- | -- | -- |
| % Mica | -- | -- | -- |
| % Acid Soluble | 34.3 | 35.4 | 6.7 |

J&J-0005184

Protected Document--Subject to Protective Order

TABLE 3

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 6-67-H

| Interval (ft) | 139.0-141.7 | 149.0-153.0 | 159.0-164.0 | 164.0-169.0 | 169.0-174.0 | 175.0-177.0 |
|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | |
| Talc | 6.8 | 10.8 | 13.4 | 15.7 | 17.1 | 7.6 |
| Tremolite-Actinolite | -- | -- | -- | -- | -- | -- |
| Chlorite | 2.1 | 1.2 | 0.6 | 0.6 | 1.4 | 0.7 |
| Quartz | 0.4 | -- | -- | -- | 2.5 | 2.1 |
| Calcite | -- | -- | -- | -- | -- | -- |
| Dolomite | 5.6 | 1.8 | 3.2 | 1.9 | 1.5 | 2.0 |
| Magnesite | 1.3 | 8.1 | 6.2 | 3.0 | 0.4 | -- |
| Mica | -- | -- | -- | -- | 2.9 | 0.7 |
| **Microscopic Examination of Insoluble Portion** | | | | | | |
| % Platy Talc | 36 | 40 | 34 | 36 | 47 | 44 |
| % Foliated Talc | 50 | 50 | 40 | 50 | 40 | 40 |
| % Fibrous Talc | 10 | 5 | 20 | 10 | 5 | 5 |
| % F.G.A. Talc | <1 | <1 | <1 | <1 | <1 | <1 |
| % Carbonate | 3 | 5 | 5 | 3 | 2 | 5 |
| % Dark Opaque | 1 | <1 | 1 | 1 | 1 | 1 |
| % Chlorite | -- | -- | -- | -- | -- | -- |
| % Quartz | -- | -- | -- | -- | -- | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- | -- | -- |
| % Mica | -- | -- | -- | -- | 10 | 5 |
| % Acid Soluble | 28.4 | 38.5 | 41.7 | 36.1 | 18.2 | 18.6 |

J&J-0005185

Protected Document--Subject to Protective Order

JNJAZ55_000015172

TABLE 4

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 21-67-H

| Interval (ft) | 765.1-770.4 |
|---|---|
| **X-Ray Diffraction Peak Heights** | |
| Talc | 0.3 |
| Tremolite-Actinolite | -- |
| Chlorite | 3.0 |
| Quartz | 4.8 |
| Calcite | -- |
| Dolomite | 0.6 |
| Magnesite | -- |
| Mica | 6.5 |
| **Microscopic Examination of Insoluble Portion** | |
| % Platy Talc | 2 |
| % Foliated Talc | <1 |
| % Fibrous Talc | <1 |
| % F.G.A. Talc | <1 |
| % Carbonate | 5 |
| % Dark Opaque | 3 |
| % Chlorite | -- |
| % Quartz | 10 |
| % Tremolite-Actinolite | -- |
| % Mica | 80 |
| % Acid Soluble | 9.3 |

J&J-0005186

Protected Document--Subject to Protective Order

JNJAZ55_000015173

TABLE 5

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 34-67-H

| Interval (ft) | 507.0-512.0 | 512.0-517.0 | 517.0-522.0 | 522.0-527.0 | 527.0-532.0 | 532.0-537.0 | 537.0-542.0 |
|---|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | | |
| Talc | 21.7 | 12.5 | 8.5 | 9.5 | 12.2 | 12.2 | 14.5 |
| Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- |
| Chlorite | 1.9 | 1.5 | 0.9 | 0.5 | 0.5 | 0.9 | 1.5 |
| Quartz | -- | -- | -- | -- | -- | -- | -- |
| Calcite | -- | -- | -- | -- | -- | -- | -- |
| Dolomite | 1.7 | 3.3 | 2.5 | 7.2 | 2.3 | 4.6 | 6.1 |
| Magnesite | 3.2 | 4.4 | 2.7 | 2.1 | 1.3 | 1.5 | 1.2 |
| Mica | -- | -- | -- | -- | -- | -- | -- |
| **Microscopic Examination of Insoluble Portion** | | | | | | | |
| % Platy Talc | 39 | 41 | 50 | 50 | 20 | 40 | 35 |
| % Foliated Talc | 50 | 45 | 37 | 33 | 65 | 45 | 44 |
| % Fibrous Talc | 5 | 10 | 10 | 15 | 10 | 10 | 10 |
| % F.G.A. Talc | 2 | <1 | <1 | <1 | <1 | <1 | <1 |
| % Carbonate | 3 | 3 | 3 | 2 | 5 | 5 | 5 |
| % Dark Opaque | 1 | 1 | <1 | <1 | <1 | <1 | 1 |
| % Chlorite | -- | -- | -- | -- | -- | -- | 5 |
| % Quartz | -- | -- | -- | -- | -- | -- | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- |
| % Mica | -- | -- | -- | -- | -- | -- | -- |
| % Acid Soluble | 31.7 | 36.4 | 44.2 | 46.6 | 42.5 | 47.2 | 34.0 |

J&J-0005187

Protected Document--Subject to Protective Order

JNJAZ55_000015174

TABLE 6

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 35-67-H

| Interval (ft) | 382.5–387.5 | 387.5–392.5 | 392.5–397.5 | 397.5–402.5 | 402.5–404.5 | 404.5–410.5 |
|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | |
| Talc | 14.1 | 12.3 | 8.0 | 9.9 | 8.4 | 10.2 |
| Tremolite Actinolite | -- | -- | -- | -- | -- | -- |
| Chlorite | 1.2 | 2.9 | 3.6 | 4.2 | 1.5 | 3.1 |
| Quartz | -- | -- | -- | -- | -- | -- |
| Calcite | -- | -- | -- | -- | -- | -- |
| Dolomite | 1.5 | 1.7 | 1.5 | 1.2 | 1.7 | 2.1 |
| Magnesite | 4.6 | 3.4 | 6.1 | -- | 0.2 | 2.5 |
| Mica | -- | -- | -- | -- | -- | -- |
| **Microscopic Examination of Insoluble Portion** | | | | | | |
| % Platy Talc | 30 | 35 | 30 | 58 | 60 | 50 |
| % Foliated Talc | 52 | 39 | 47 | 30 | 30 | 36 |
| % Fibrous Talc | 10 | 15 | 20 | 10 | 10 | 10 |
| % F.G.A. Talc | <1 | <1 | <1 | <1 | <1 | <1 |
| % Carbonate | 7 | 10 | 3 | <1 | 1 | 3 |
| % Dark Opaque | 1 | 1 | <1 | <1 | <1 | 1 |
| % Chlorite | -- | -- | -- | 2 | -- | -- |
| % Quartz | -- | -- | -- | -- | -- | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- | -- | -- |
| % Mica | -- | -- | -- | -- | -- | -- |
| % Acid Soluble | 35.0 | 30.6 | 24.9 | 23.2 | 30.8 | 26.3 |

J&J-0005188

Protected Document--Subject to Protective Order

TABLE 7

AY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 36-67-H

| | 430.5-435.5 | 435.5-440.0 | 440.0-444.5 | 444.5-451.2 | 451.2-457.8 | 457.8-465.8 |
|---|---|---|---|---|---|---|
| | 11.7 | 12.0 | 4.7 | 4.0 | 11.2 | 8.3 |
| | -- | -- | -- | -- | -- | -- |
| | 0.7 | 1.3 | 0.8 | 1.0 | 4.0 | 0.7 |
| | -- | -- | -- | -- | -- | -- |
| | -- | -- | -- | -- | -- | -- |
| | 3.5 | 2.3 | 0.9 | 0.6 | 0.5 | 0.2 |
| | 3.2 | 2.8 | 2.3 | 0.9 | 0.9 | 3.5 |
| | -- | -- | -- | -- | -- | -- |
| | 30 | 40 | 40 | 36 | 79 | 50 |
| | 60 | 50 | 55 | 60 | 15 | 40 |
| | 10 | 7 | 2 | 3 | 5 | 8 |
| | <1 | <1 | <1 | <1 | <1 | <1 |
| | <1 | 3 | 3 | 1 | 1 | 1 |
| | <1 | <1 | <1 | <1 | <1 | <1 |
| | -- | -- | -- | -- | -- | -- |
| | -- | -- | -- | -- | -- | -- |
| | -- | -- | -- | -- | -- | -- |
| | -- | -- | -- | -- | -- | -- |
| | 43.9 | 29.4 | 42.4 | 23.2 | 14.2 | 29.0 |

38

J&J-0005189

Protected Document--Subject to Protective Order

JNJAZ55_000015176

TABLE 7

X-RAY DIFFRACTION AND MICROSCOPIC D

Diamond Drill Hole 36-67-H

| Interval (ft) | 399.2–405.5 | 405.5–421.0 | 421.0–425.5 | 425.5–430.5 | 430.5–435.5 | 435.5–440.0 | 440.0–444.5 | 444.5 451.2 |
|---|---|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | | | |
| Talc | 18.2 | 12.6 | 14.7 | 12.7 | 11.7 | 12.0 | 4.7 | 4.0 |
| Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- |
| Chlorite | 1.5 | 1.0 | 0.7 | 0.8 | 0.7 | 1.3 | 0.8 | 1.0 |
| Quartz | -- | -- | -- | -- | -- | -- | -- | -- |
| Calcite | -- | -- | -- | -- | -- | -- | -- | -- |
| Dolomite | 3.8 | 0.5 | 2.6 | 2.5 | 3.5 | 2.3 | 0.9 | 0.6 |
| Magnesite | 1.6 | 4.2 | 5.1 | 9.2 | 3.2 | 2.8 | 2.3 | 0.9 |
| Mica | -- | -- | -- | -- | -- | -- | -- | -- |
| **Microscopic Examination of Insoluble Portion** | | | | | | | | |
| % Platy Talc | 10 | 5 | 20 | 30 | 30 | 40 | 40 | 36 |
| % Foliated Talc | 82 | 86 | 70 | 60 | 60 | 50 | 55 | 60 |
| % Fibrous Talc | 5 | 5 | 8 | 8 | 10 | 7 | 2 | 3 |
| % F.G.A. Talc | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 |
| % Carbonate | 1 | 1 | 1 | 1 | <1 | 3 | 3 | 1 |
| % Dark Opaque | 2 | 3 | 1 | 1 | <1 | <1 | <1 | <1 |
| % Chlorite | -- | -- | -- | -- | -- | -- | -- | -- |
| % Quartz | -- | -- | -- | -- | -- | -- | -- | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- |
| % Mica | -- | -- | -- | -- | -- | -- | -- | -- |
| % Acid Soluble | 24.4 | 30.2 | 36.6 | 32.3 | 43.9 | 29.4 | 42.4 | 23.2 |

J&J-0005190

Protected Document--Subject to Protective Order

JNJAZ55_000015177

TABLE 8

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 37-67-H

| Interval (ft) | 362.6-367.5 | 367.5-377.0 | 377.0-386.0 | 386.0-389.0 | 389.0-394.0 | 394.0-399.0 | 399.0-404.0 | 404.0-409.0 | 409.0-414.0 | 414.0-419.0 | 419.0-424.0 | 424.0-429.0 | 429.0-434.0 | 434.0-437.0 | 439-444 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | | | | | | | | | | |
| Talc | 25.0 | 20.0 | 6.9 | 16.7 | 16.2 | 4.5 | 6.8 | 20.6 | 17.1 | 25.7 | 8.3 | 14.5 | 5.0 | 5.6 | 6 |
| Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Chlorite | 1.5 | 0.8 | 1.8 | 1.2 | 4.0 | 0.9 | 0.7 | 1.3 | 1.4 | 0.9 | 0.5 | 0.8 | 0.9 | 0.5 | 2 |
| Quartz | -- | -- | 3.3 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Calcite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Dolomite | 1.6 | 2.3 | 6.0 | 4.9 | 3.8 | 2.5 | 4.0 | 2.2 | 1.8 | 3.1 | 5.7 | 4.0 | 0.7 | 1.2 | 5. |
| Magnesite | 3.3 | 2.4 | 0.2 | 5.9 | 1.7 | 1.5 | 2.0 | 6.6 | 5.8 | 7.4 | 4.2 | 2.0 | 1.7 | 6.6 | 1. |
| Mica | 0.3 | -- | 3.4 | -- | 0.2 | -- | -- | 0.2 | 0.2 | 0.3 | -- | -- | -- | -- | -- |
| **Microscopic Examination of Insoluble Portion** | | | | | | | | | | | | | | | |
| % Platy Talc | 30 | 49 | 34 | 32 | 50 | 40 | 47 | 58 | 53 | 47 | 35 | 35 | 57 | 59 | 45 |
| % Foliated Talc | 50 | 45 | 40 | 50 | 40 | 37 | 30 | 30 | 30 | 40 | 40 | 50 | 30 | 30 | 39 |
| % Fibrous Talc | 10 | 5 | 5 | 15 | 10 | 20 | 20 | 10 | 15 | 10 | 20 | 10 | 10 | 10 | 10 |
| % F.G.A. Talc | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 |
| % Carbonate | 1 | 1 | 1 | 1 | <1 | 2 | 3 | 2 | 2 | 3 | 5 | 5 | 2 | 1 | 5 |
| % Dark Opaque | <1 | <1 | <1 | 1 | <1 | 1 | <1 | <1 | <1 | <1 | <1 | <1 | 1 | <1 | 1 |
| % Chlorite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Quartz | -- | -- | 10 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Mica | -- | -- | 10 | 1 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Acid Soluble | 23.1 | 30.7 | 34.1 | 36.6 | 28.9 | 35.5 | 43.6 | 39.0 | 36.2 | 39.8 | 42.0 | 40.5 | 33.9 | 37.8 | 42.7 |

J&J-0005191

Protected Document--Subject to Protective Order

JNJAZ55_000015178

| 414.0-419.0 | 419.0-424.0 | 424.0-429.0 | 429.0-434.0 | 434.0-437.0 | 439.0-444.0 | 444.0-449.0 | 449.0-454.0 | 476.0-481.0 | 481.0-486.0 | 486.0-491.0 | 491.0-497.0 | 497.0-505.0 | 503.0-513.0 | 513.0-518.0 | 518.0-523.0 | 523.0-528.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25.7 | 8.3 | 14.5 | 8.0 | 5.6 | 8.8 | 8.6 | 7.9 | 3.6 | 6.0 | 12.2 | 14.4 | 11.4 | 18.3 | 14.3 | 15.4 | 21.9 |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 0.9 | 0.5 | 0.8 | 0.9 | 0.5 | 2.2 | 2.1 | 2.3 | 6.5 | 4.8 | 7.7 | 1.9 | 2.2 | 2.9 | 3.4 | 1.5 | 3.3 |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 0.2 | -- | -- | -- | -- |
| 3.1 | 5.7 | 4.0 | 0.7 | 1.2 | 5.8 | 5.2 | 3.8 | 0.8 | 1.8 | 0.4 | 1.8 | 4.1 | 3.6 | 1.8 | 0.5 | 0.7 |
| 7.4 | 4.2 | 2.0 | 1.7 | 6.6 | 1.6 | 2.7 | 3.6 | 0.9 | 2.1 | 4.7 | 5.0 | 10.0 | 7.0 | 4.3 | 8.2 | 7.4 |
| 0.3 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 0.2 | -- | 0.1 | 0.2 |
| | | | | | | | | | | | | | | | | |
| 47 | 35 | 35 | 57 | 59 | 45 | 44 | 52 | 55 | 55 | 49 | 40 | 45 | 60 | 40 | 35 | 44 |
| 40 | 40 | 50 | 30 | 30 | 39 | 30 | 30 | 30 | 30 | 30 | 48 | 40 | 30 | 45 | 45 | 44 |
| 10 | 20 | 10 | 10 | 10 | 10 | 20 | 10 | 10 | 5 | 15 | 10 | 14 | 10 | 15 | 20 | 10 |
| <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 |
| <1 | 5 | 5 | 2 | 1 | 5 | 6 | 7 | 5 | 10 | 5 | 2 | 1 | <1 | <1 | 3 | 2 |
| <1 | <1 | <1 | 1 | <1 | 1 | 1 | 1 | <1 | 1 | 1 | <1 | <1 | <1 | <1 | 1 | <1 |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 39.8 | 42.0 | 40.5 | 33.9 | 37.8 | 42.7 | 44.9 | 31.1 | 22.0 | 27.7 | 13.5 | 36.9 | 48.5 | 39.8 | 34.3 | 30.6 | 25.5 |

39

J&J-0005192

Protected Document--Subject to Protective Order

JNJAZ55_000015179



TABLE 9

ACTION AND MICROSCOPIC DATA

nd Drill Hole 38-67-H

| 505.5–508.0 | 508.0–513.0 | 513.0–518.0 | 518.0–523.0 | 523.0–528.0 | 528.0–533.0 | 533.0–538.0 | 538.0–543.0 | 543.0–548.0 | 548.0–553.0 |
|---|---|---|---|---|---|---|---|---|---|
| 9.5 | 9.1 | 10.9 | 8.9 | 13.6 | 7.3 | 12.1 | 18.6 | 18.4 | 18.9 |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | 0.4 |
| 2.0 | 2.1 | 2.7 | 2.0 | 2.3 | 1.6 | 2.2 | 0.8 | 0.4 | 0.8 |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- | -- | -- | 0.2 | -- | -- |
| 0.7 | 0.4 | 0.3 | 4.2 | 8.0 | 2.3 | 3.4 | 12.4 | 13.0 | 4.7 |
| 6.1 | 6.7 | 2.2 | 4.3 | 4.5 | 0.6 | -- | 0.5 | 4.6 | 1.3 |
| -- | -- | -- | -- | 0.1 | -- | -- | 0.2 | 0.1 | 0.3 |
| 30 | 20 | 10 | 20 | 30 | 43 | 63 | 54 | 59 | 62 |
| 58 | 58 | 72 | 55 | 50 | 55 | 30 | 35 | 30 | 30 |
| 10 | 10 | 10 | 20 | 20 | 10 | 5 | 10 | 10 | 5 |
| <1 | 10 | 5 | 3 | <1 | <1 | <1 | <1 | <1 | <1 |
| 1 | 1 | 2 | 1 | 2 | 2 | 1 | <1 | <1 | 3 |
| <1 | 1 | 1 | 1 | 1 | 1 | 1 | <1 | 1 | <1 |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| -- | -- | -- | -- | -- | -- | -- | 1 | -- | -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 1.2 | 32.1 | 23.2 | 36.5 | 40.9 | 36.0 | 50.7 | 50.8 | 51.1 | 40.9 |

40

J&J-0005193

Protected Document--Subject to Protective Order                                  JNJAZ55_000015180

TABLE 9

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 38-67-H

| Interval (ft) | 479.0-485.0 | 485.0-491.0 | 491.0-494.0 | 497.5-500.5 | 500.5-505.5 | 505.5-508.0 | 508.0-513.0 | 513.0-518.0 | 518.0-523.0 |
|---|---|---|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | | | | |
| Talc | 8.1 | 14.9 | 10.1 | 6.0 | 7.2 | 9.5 | 9.1 | 10.9 | 8.9 |
| Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Chlorite | 0.5 | 1.5 | 1.1 | 0.4 | 0.7 | 2.0 | 2.1 | 2.7 | 2.0 |
| Quartz | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Calcite | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Dolomite | 4.3 | 2.2 | 1.0 | 0.6 | -- | 0.7 | 0.4 | 0.3 | 4.2 |
| Magnesite | 1.2 | 5.0 | 2.7 | 7.4 | 4.2 | 6.1 | 6.7 | 2.2 | 4.3 |
| Mica | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Microscopic Examination of Insoluble Portion** | | | | | | | | | |
| % Platy Talc | 40 | 20 | 40 | 36 | 18 | 30 | 20 | 10 | 20 |
| % Foliated Talc | 50 | 66 | 54 | 50 | 70 | 58 | 58 | 72 | 55 |
| % Fibrous Talc | 8 | 10 | 5 | 10 | 10 | 10 | 10 | 10 | 20 |
| % F.G.A. Talc | <1 | 2 | <1 | <1 | <1 | <1 | 10 | 5 | 3 |
| % Carbonate | 1 | 1 | <1 | 3 | 1 | 1 | 1 | 2 | 1 |
| % Dark Opaque | 1 | 1 | 1 | 1 | 1 | <1 | 1 | 1 | 1 |
| % Chlorite | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Quartz | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Mica | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Acid Soluble | 31.3 | 30.3 | 27.7 | 30.4 | 26.9 | 31.2 | 32.1 | 23.2 | 36.5 |

J&J-0005194

Protected Document--Subject to Protective Order



TABLE 10

...ACTION AND MICROSCOPIC DATA

...nd Drill Hole 39-67-H

| | 489.0–495.0 | 495.0–500.0 | 500.0–505.0 | 505.0–510.0 | 510.0–515.0 | 515.0–520.0 | 520.0–525.0 | 525.0–530.0 | 530.0–535.0 | 535.0–540.0 | 540.0–545.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5.5 | 10.3 | 7.5 | 8.5 | 6.9 | 15.1 | 7.7 | 11.0 | 4.8 | 12.6 | 7.3 |
| | -- | -- | -- | -- | -- | -- | -- | - | -- | -- | -- |
| | 0.8 | 0.8 | 0.7 | 0.7 | 0.7 | 0.8 | 0.5 | 0.7 | 0.8 | 1.8 | 1.3 |
| | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | 0.6 | 1.5 | 1.7 | 2.7 | 2.3 | 1.3 | 2.1 | 3.3 | 1.4 | 6.5 | 4.5 |
| | 6.6 | 1.4 | 7.4 | 3.4 | 3.2 | 5.3 | 3.0 | 4.8 | 1.4 | 8.5 | 7.3 |
| | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | 34 | 38 | 57 | 50 | 20 | 30 | 45 | 44 | 49 | 44 | 40 |
| | 50 | 50 | 30 | 38 | 63 | 64 | 45 | 50 | 35 | 50 | 47 |
| | 10 | 10 | 10 | 10 | 12 | 5 | 10 | 5 | 10 | 5 | 10 |
| | <1 | 1 | <1 | 2 | 3 | 1 | <1 | <1 | <1 | <1 | <1 |
| | 5 | 1 | 3 | <1 | 1 | <1 | <1 | 1 | 5 | 1 | 2 |
| | 1 | <1 | <1 | <1 | 1 | 1 | <1 | <1 | <1 | <1 | 1 |
| | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | -- | -- | -- |
| | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | 33.4 | 41.1 | 36.0 | 41.7 | 38.8 | 32.2 | 42.2 | 38.3 | 30.6 | 36.8 | 45.8 |

41

J&J-0005195

Protected Document--Subject to Protective Order

JNJAZ55_000015182

TABLE 10

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 39-67-H

| Interval (ft) | 454.0–459.0 | 459.0–469.0 | 469.0–479.0 | 479.0–484.0 | 484.0–489.0 | 489.0–495.0 | 495.0–500.0 | 500.0–505.0 | 505.0–510.0 |
|---|---|---|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | | | | |
| Talc | 2.5 | 9.5 | 4.6 | 6.3 | 8.0 | 5.5 | 10.3 | 7.5 | 8.5 |
| Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Chlorite | 1.5 | 0.7 | 0.8 | 0.8 | 1.0 | 0.8 | 0.8 | 0.7 | 0.7 |
| Quartz | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Calcite | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Dolomite | 2.0 | 7.4 | 1.7 | 2.1 | 2.5 | 0.6 | 1.5 | 1.7 | 2.7 |
| Magnesite | 1.2 | 3.5 | 4.0 | 7.0 | 4.0 | 6.6 | 1.4 | 7.4 | 3.4 |
| Mica | 1.7 | -- | -- | -- | -- | -- | -- | -- | -- |
| **Microscopic Examination of Insoluble Portion** | | | | | | | | | |
| % Platy Talc | 30 | 10 | 50 | 50 | 60 | 34 | 38 | 57 | 50 |
| % Foliated Talc | 45 | 80 | 40 | 35 | 33 | 50 | 50 | 30 | 38 |
| % Fibrous Talc | 10 | 10 | 5 | 10 | 5 | 10 | 10 | 10 | 10 |
| % F.G.A. Talc | <1 | <1 | <1 | <1 | <1 | <1 | 1 | <1 | 2 |
| % Carbonate | 1 | <1 | 5 | 5 | 2 | 5 | 1 | 3 | <1 |
| % Dark Opaque | 2 | <1 | <1 | <1 | <1 | 1 | <1 | <1 | <1 |
| % Chlorite | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Quartz | 2 | -- | -- | -- | -- | -- | -- | -- | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Mica | 10 | -- | -- | -- | -- | -- | -- | -- | -- |
| % Acid Soluble | 35.0 | 49.8 | 45.7 | 29.7 | 37.2 | 33.4 | 41.1 | 36.0 | 41.7 |

J&J-0005196

Protected Document--Subject to Protective Order

JNJAZ55_000015183

**TABLE 11**

X-RAY DIFFRACTION AND MICROSCOPIC DAT

Diamond Drill Hole 40-67-H

| Interval (ft) | 488.0-496.0- | 496.0-505.0 |
|---|---|---|
| **X-Ray Diffraction Peak Heights** | | |
| Talc | 16.8 | 10.5 |
| Tremolite-Actinolite | -- | -- |
| Chlorite | 2.2 | 3.8 |
| Quartz | -- | 0.9 |
| Calcite | -- | -- |
| Dolomite | 5.4 | 2.1 |
| Magnestie | 4.4 | 4.4 |
| Mica | -- | 0.7 |
| **Microscopic Examination of Insoluble Portion** | | |
| % Platy Talc | 45 | 40 |
| % Foliated Talc | 40 | 49 |
| % Fibrous Talc | 5 | 10 |
| % F.G.A. Talc | <1 | <1 |
| % Carbonate | <1 | 1 |
| % Dark Opaque | <1 | <1 |
| % Chlorite | -- | -- |
| % Quartz | -- | -- |
| % Tremolite-Actinolite | -- | -- |
| % Mica | -- | -- |
| % Acid Soluble | 33.8 | 33.5 |

J&J-0005197

Protected Document--Subject to Protective Order

JNJAZ55_000015184

TABLE 12

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 41-67-H

| Interval (ft) | 594.0 599.0 | 599.0 604.0 | 604.0 608.5 |
|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | |
| Talc | 13.1 | 18.2 | 18.7 |
| Tremolite-Actinolite | -- | -- | -- |
| Chlorite | 6.2 | 3.0 | 2.3 |
| Quartz | -- | -- | 0.1 |
| Calcite | -- | -- | -- |
| Dolomite | 1.9 | 6.5 | 1.2 |
| Magnesite | 4.2 | 3.8 | 2.5 |
| Mica | 0.2 | 0.2 | 0.4 |
| **Microscopic Examination of Insoluble Portion** | | | |
| % Platy Talc | 50 | 60 | 49 |
| % Foliated Talc | 44 | 34 | 36 |
| % Fibrous Talc | 5 | 5 | 10 |
| % F.G.A. Talc | <1 | <1 | <1 |
| % Carbonate | 1 | 1 | 3 |
| % Dark Opaque | <1 | <1 | 1 |
| % Chlorite | -- | -- | -- |
| % Quartz | -- | -- | 1 |
| % Tremolite-Actinolite | -- | -- | -- |
| % Mica | -- | -- | -- |
| % Acid Soluble | 25.3 | 33.7 | 29.0 |

J&J-0005198

Protected Document--Subject to Protective Order

JNJAZ55_000015185

TABLE 13

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 44-67-H

| Interval (ft) | 299.9– 304.0 | 304.0– 309.0 |
|---|---|---|
| **X-Ray Diffraction Peak Heights** | | |
| Talc | 0.2 | 0.6 |
| Tremolite- Actinolite | 0.5 | 0.4 |
| Chlorite | 1.3 | 2.3 |
| Quartz | 3.9 | 9.9 |
| Calcite | -- | -- |
| Dolomite | -- | -- |
| Magnesite | -- | -- |
| Mica | 6.0 | 11.2 |
| **Microscopic Examination of Insoluble Portion** | | |
| % Platy Talc | 24 | 20 |
| % Foliated Talc | 5 | 10 |
| % Fibrous Talc | 2 | 2 |
| % F.G.A. Talc | <1 | <1 |
| % Carbonate | 1 | 3 |
| % Dark Opaque | 3 | 2 |
| % Chlorite | 10 | 10 |
| % Quartz | 5 | 3 |
| % Tremolite- Actinolite | -- | -- |
| % Mica | 50 | 50 |
| % Acid Soluble | 8.16 | 7.91 |

J&J-0005199

Protected Document--Subject to Protective Order

JNJAZ55_000015186

TABLE 14

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 45-67-H

| Interval (ft) | 903.0–905.0 |
|---|---|
| **X-Ray Diffraction Peak Heights** | |
| Talc | 2.4 |
| Tremolite-Actinolite | 0.4 |
| Chlorite | 0.7 |
| Quartz | 2.4 |
| Calcite | -- |
| Dolomite | 2.7 |
| Magnesite | -- |
| Mica | 1.5 |
| **Microscopic Examination of Insoluble Portion** | |
| % Platy Talc | 35 |
| % Foliated Talc | 26 |
| % Fibrous Talc | 5 |
| % F.G.A. Talc | <1 |
| % Carbonate | <1 |
| % Dark Opaque | 1 |
| % Chlorite | -- |
| % Quartz | 3 |
| % Tremolite-Actinolite | -- |
| % Mica | 30 |
| % Acid Soluble | 21.3 |

J&J-0005200

Protected Document--Subject to Protective Order

JNJAZ55_000015187

TABLE 15

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 46-68-H

| Interval (ft) | 580.0–586.0 |
|---|---|
| **X-Ray Diffraction Peak Heights** | |
| Talc | 0.7 |
| Tremolite-Actinolite | -- |
| Chlorite | 1.0 |
| Quartz | 6.7 |
| Calcite | -- |
| Dolomite | 0.3 |
| Magnesite | -- |
| Mica | 7.4 |
| **Microscopic Examination of Insoluble Portion** | |
| % Platy Talc | 15 |
| % Foliated Talc | 7 |
| % Fibrous Talc | 3 |
| % F.G.A. Talc | <1 |
| % Carbonate | <1 |
| % Dark Opaque | <1 |
| % Chlorite | -- |
| % Quartz | 10 |
| % Tremolite-Actinolite | -- |
| % Mica | 65 |
| % Acid Soluble | 13.1 |

J&J-0005201

Protected Document--Subject to Protective Order

JNJAZ55_000015188

TABLE 16

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 49-68-H

| Interval (ft) | 973.0–976.5 | 980.0–986.5 |
|---|---|---|
| **X-Ray Diffraction Peak Heights** | | |
| Talc | 2.2 | 0.6 |
| Tremolite-Actinolite | 0.6 | -- |
| Chlorite | 1.6 | 1.1 |
| Quartz | 5.0 | 6.7 |
| Calcite | 0.7 | -- |
| Dolomite | -- | 0.2 |
| Magnesite | -- | -- |
| Mica | 3.5 | 8.4 |
| **Microscopic Examination of Insoluble Portion** | | |
| % Platy Talc | 15 | 5 |
| % Foliated Talc | 12 | 2 |
| % Fibrous Talc | 1 | 1 |
| % F.G.A. Talc | <1 | <1 |
| % Carbonate | 2 | 1 |
| % Dark Opaque | <1 | 1 |
| % Chlorite | -- | -- |
| % Quartz | 10 | 10 |
| % Tremolite-Actinolite | -- | -- |
| % Mica | 60 | 80 |
| % Acid Soluble | 10.9 | 12.6 |

J&J-0005202

Protected Document--Subject to Protective Order

JNJAZ55_000015189

TABLE 17

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 50-68-H

| Interval (ft) | 889.0-893.0 |
|---|---|
| **X-Ray Diffraction Peak Heights** | |
| Talc | 0.5 |
| Tremolite-Actinolite | -- |
| Chlorite | 0.8 |
| Quartz | 1.9 |
| Calcite | -- |
| Dolomite | 0.5 |
| Magnesite | -- |
| Mica | 2.0 |
| **Microscopic Examination of Insoluble Portion** | |
| % Platy Talc | 16 |
| % Foliated Talc | 10 |
| % Fibrous Talc | 3 |
| % F.G.A. Talc | <1 |
| % Carbonate | <1 |
| % Dark Opaque | 1 |
| % Chlorite | 10 |
| % Quartz | 10 |
| % Tremolite-Actinolite | -- |
| % Mica | 50 |
| % Acid Soluble | 16.5 |

J&J-0005203

Protected Document--Subject to Protective Order

JNJAZ55_000015190

TABLE 18

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 55-68-H

| Interval (ft) | 692.0–697.0 | 697.0–704.0 | 704.0–706.0 | 706.0–712.0 |
|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | |
| Talc | 6.7 | 15.1 | 15.0 | 14.1 |
| Tremolite-Actinolite | -- | -- | -- | -- |
| Chlorite | 0.9 | 3.6 | 2.1 | 1.2 |
| Quartz | 0.2 | -- | -- | -- |
| Calcite | -- | -- | -- | -- |
| Dolomite | 1.4 | 2.7 | 1.8 | 1.2 |
| Magnesite | 0.7 | 4.6 | 3.5 | 2.5 |
| Mica | -- | 0.2 | 0.2 | -- |
| **Microscopic Examination of Insoluble Portion** | | | | |
| % Platy Talc | 45 | 50 | 50 | 40 |
| % Foliated Talc | 43 | 42 | 32 | 39 |
| % Fibrous Talc | 10 | 5 | 10 | 10 |
| % F.G.A. Talc | <1 | <1 | <1 | <1 |
| % Carbonate | 2 | 2 | 1 | 5 |
| % Dark Opaque | <1 | 1 | <1 | 1 |
| % Chlorite | -- | -- | -- | -- |
| % Quartz | -- | -- | 1 | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- |
| % Mica | -- | -- | -- | 5 |
| % Acid Soluble | 41.5 | 30.5 | 34.8 | 24.2 |

J&J-0005204

Protected Document--Subject to Protective Order

Discussion - continued

and fine grains are impossible to differentiate optically.

To obtain percentages of the total sample for the various minerals identified optically, it is necessary to back-calculate from the percent of the rock which was soluble. This calculation was performed only for platy talc in this study as it is the only truly important constituent from the standpoint of ore reserves and quality.

The following table (Table 19) shows the results of the chemical, x-ray, and petrographic analyses.

J&J-0005205

Protected Document--Subject to Protective Order

JNJAZ55_000015192

Discussion - continued

Flotation Testing

Seven samples were chosen at random from the available drill-core samples for flotation testing. The results of color testing on the cleaner concentrate from these samples (Table 19) indicated that the color quality may deteriorate down-dip in the ore body and were reported by letter to Mr. William Ashton on 21 September 1970. At that time five more samples were selected from diamond-drill holes No. 38-67 and No. 39-67 to check this possibility in an area in which mining will soon commence.

It can be seen that the color values obtained from the seven samples from these two holes are below the standard value of 85.5 which has been set for the ore from the Hammondsville Mine.

Four samples were selected from the verde antique or so-called "serpentine" core of the ore body. These samples were from Diamond-Drill Hole 37-67. The purpose for taking these four samples was to ascertain if this material could be mined and blended with other ore from Vermont and still yield an acceptable product. This would increase the ore reserves if such a procedure were possible.

It appears (Table 19) that the verde antique core of the ore body could be, to some extent, mined and blended with the other ore with little deleterious effect on the color of the finished

51

J&J-0005206

Protected Document--Subject to Protective Order

JNJAZ55_000015193



TABLE 19

of Selected Vermont Core Samples

| | 37-67* | 37-67* | 37-67 | 38-67 | 38-67 | 38-67 | 39-67 | 39-67 | 39-67 | 39-67 | 41-67 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 476–481 | 486–491 | 497–505 | 500.5–505.5 | 518–523 | 533–538 | 459–469 | 489–495 | 505–510 | 530–535 | 604–608.5 |
| 5 | 22.3 | 39.6 | 14.0 | 12.4 | 14.8 | 8.3 | 17.2 | 22.0 | 13.2 | 18.4 | 20.0 |
| 0 | 2.1 | 2.6 | 0.7 | 0.6 | 0.7 | 0.6 | 0.6 | 0.7 | 0.3 | 0.6 | 0.9 |
| 7 | -- | -- | 0.15 | 0.2 | 0.5 | 1.1 | 0.3 | 0.3 | -- | 0.4 | 0.2 |
| 3 | -- | tr | 0.5 | 0.2 | 0.9 | -- | 0.3 | 0.4 | -- | 0.3 | tr |
| 3 | -- | 0.4 | -- | 0.3 | 0.2 | tr | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 |
| 00 | 78.42 | 74.78 | 82.58 | 80.24 | 74.78 | 75.82 | 80.24 | 82.32 | 81.02 | 82.06 | 78.42 |
| 1 | 14.8 | 34.0 | 32.7 | 42.7 | 35.8 | 46.2 | 37.0 | 39.7 | 35.1 | 41.3 | 34.9 |
| 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 5– | 0.01–0.1 | <0.1 | 0.05–0.1 | 0.01–0.05 | 0.01–0.05 | 0.01–0.05 | 0.05–0.1 | 0.05–0.1 | 0.05–0.1 | 0.05–0.1 | >0.05 |

verde antique core of the ore body
e color difference is probably the
ntrate.



TABLE 19

Mineralogy and Color of Selected Vermont Core Samples

| Drill Hole | 35-67 | 36-67 | 37-67 | 37-67* | 37-67* | 37-67* | 37-67* | 37-67 | 38-6 |
|---|---|---|---|---|---|---|---|---|---|
| Interval | 397.5-402.5 | 444.5-451-2 | 404-409 | 439.2-444 | 449-454 | 476-481 | 486-491 | 497-505 | 500.505. |
| Talc | 19.3 | 22.7 | 9.6 | 22.7 | 17.5 | 22.3 | 39.6 | 14.0 | 12.4 |
| Chlorite | 0.8 | 0.7 | 0.2 | 2.0 | 2.0 | 2.1 | 2.6 | 0.7 | 0.6 |
| Dolomite | 0.3 | tr | tr | 0.7 | 0.7 | -- | -- | 0.15 | 0.2 |
| Magnesite | -- | -- | tr | 0.4 | 0.3 | -- | tr | 0.5 | 0.2 |
| Mica | 0.2 | 0.3 | -- | -- | 0.3 | -- | 0.4 | -- | 0.3 |
| Color | 77.12 | 83.88 | 85.44 | 71.78 | 74.00 | 78.42 | 74.78 | 82.58 | 80.2 |
| % Cleaner concentrate | 24.9 | 46.2 | 33.5 | 39.3 | 36.3 | 14.8 | 34.0 | 32.7 | 42.7 |
| No. of cleaners | 2 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 3 |
| Principal size range in mm | >0.1 | 0.05-0.1 | 0.05-0.1 | 0.05-0.1 | 0.05-0.1 | 0.01-0.1 | <0.1 | 0.05-0.1 | 0.01-0.05 |

Note:  Color (100% white)  Vermont          = 86.22
                            Italian talc     = 91.16
                            Calif. Pilot
                            Plant Composite  = 90.90

Samples marked with an asterisk (*) are taken from the verde antique core of the ore bo
and this rock is not normally mined.  The reason for the color difference is probably t
fairly high percentage of chlorite in the cleaner concentrate.

J&J-0005208

Protected Document--Subject to Protective Order

JNJAZ55_000015195

Discussion - continued

product.  This would require that it be a minor part of the feed
to the flotation circuits.  There are obviously, however, some
zones within the verde antique core which would be very low in
whiteness and thus unusable as ore.  These are thought to be near
the margins of this material.  More sampling and testing would be
necessary to fully evaluate this possiblity.

The color values obtained from the various samples are
shown on the graph (Plate 6).  The location of the holes and
their position to the mine workings and ore body can be
seen on the isopach Map of Talc Thicknesses (in pocket).

Drilling Recommendations

Of primary importance in any development drilling program is
the acquisition of knowledge which will be useful for mining.
Subordinate to this is the need to obtain information about the
remainder of the ore body.  There appears to be no immediate need
for drilling out the entire deposit on closer centers unless the
long-range plans of the company would be affected by having a more
complete and accurate picture of the reserves and ore quality.
At the present time, the ore reserves are classified as Indicated
and it would take a great deal more drilling, probably three or
four times the existing amount, to raise the classification of
this reserve ore to the Measured category.  It is felt that the

J&J-0005209

Protected Document--Subject to Protective Order

JNJAZ55_000015196

PLATE 6

COLORS  OF  SELECTED  CLEANER  CONCENTRATES
FROM HAMMONDSVILLE  FLOTATION  TESTING

COLOR VALUE

| HOLE NO. | DEPTH (ft.) | 70 | 80 | 90 |
|----------|-------------|----|----|----|
| 35 – 67 | 397.5 – 402.5 | | | |
| 36 – 67 | 444.5 – 451.2 | | | |
| 37 – 67 | 404 – 409 | | | |
| | 439.2 – 444 | | | |
| | 449 – 454 | | | |
| | 476 – 481 | | | |
| | 486 – 491 | | | |
| | 497 – 505 | | | |
| 38 – 67 | 500.5 – 505.5 | | | |
| | 518 – 523 | | | |
| | 533 – 538 | | | |
| 39 – 67 | 459 – 469 | | | |
| | 489 – 495 | | | |
| | 505 – 510 | | | |
| | 530 – 535 | | | |
| 41 – 67 | 604 – 608.5 | | | |
| | V.T. STANDARD | | | |
| | ITALIAN STANDARD | | | |
| | PILOT PLANT COMPOSITE | | | |

54

J&J-0005210

Protected Document--Subject to Protective Order                    JNJAZ55_000015197

Discussion – continued

existing drilling is adequate for a fair estimate of the ore reserves.

As has been pointed out in the section on <u>Ore Quality</u>, there is some concern that the color may deteriorate down-dip within the ore body. Drilling to obtain more information on this problem seems to be quite important. There is no doubt that the management at Windsor Minerals will be in a better position to lay out these holes than the Research Institute but our ideas are presented here for their evaluation. Eight diamond drill holes have been suggested on the 860 Level (see Proposed Diamond Drilling 30-Scale overlay map in pocket). These holes will not only allow evaluation of the quality of the talc below the 860 Level but will be of great assistance in mine planning for the next level down (770 Level ?). In order to evaluate the quality of the ore insofar as product color goes, these holes should be diamond drilled. The core in the ore zones should be sawed lengthwise and half should be used for the color assay. The use of a core splitter is not recommended because of the nature of the ore. It tends to exfoliate in a splitter and for this reason, a good split is impossible to obtain. It may be desirable to utilize the entire core for assay but this is often a mistake as more information is desired at a later date and duplicate holes might have to be drilled.

55

J&J-0005211

Protected Document--Subject to Protective Order                    JNJAZ55_000015198

**Discussion - continued**

The location of these holes is shown on both the overlay plan (Proposed Diamond Drilling) and on Cross-Sections J, L, and N.  These holes can either be drilled vertically or at 90 degrees to the schistosity (the dip of the ore).  The proposed depths are shown on the overlay but each hole should be drilled at least 20 feet into the quartz-biotite schist to be certain that the foot-wall, and not a cinder, has been penetrated.

In addition to the above drilling, some surface holes seem called for.  This would not only be for clarification of the color question but for mine planning on the next level.  On the basis of the apparent physical shape of the ore body (see the Map of Talc Thicknesses, Plate 1) several areas can be seen in which drill holes would furnish a maximum of information.  Four of these are listed below:

1.  near the center of the triangle formed by holes 58-68, 6-66, and 57-68.

2.  halfway between holes 58-68 and 10-66.  This would be to evaluate the width of the apparent pinchout as well as ore quality.  The hole should be placed somewhat to the east of the pinchout zone if possible.

3.  approximately 200 feet west of hole 38-67.  This should be about in the thickest part of the ore body and would be very important in evaluating ore quality.

4.  approximately 225 feet N 40° E of Hole 10-66.  This hole would evaluate not only color but the shape and size of the thickest portion of the ore body.

56

J&J-0005212

Protected Document--Subject to Protective Order   JNJAZ55_000015199

Discussion - continued

These holes, considered by us to be a bare minimum necessary for reasonable mine planning for the next five years or so, should give a maximum of information return for a rather limited amount of drilling.  The philosophy behind the locating of these holes is readily applicable to the location of several more, if they seem necessary.

Any drill holes which are drilled to depths of more than 300 feet should be surveyed.  It is not uncommon for drill holes in this type of rock to deviate from the vertical in less than 200 feet.  The Tro-Pari method of surveying is probably the most practical; Eastman is probably better but more expensive.

It can be seen from Cross Section F that something of long-range interest takes place around Drill Hole 57-68.  Not only does the thickness of the ore intercept increase but there is apparently some structural change in that area.  The ore body may undergo a reversal of dip in this area or it may have been faulted somewhat.  More drilling will be necessary in this area and to the north to answer these questions.

57

J&J-0005213

Protected Document--Subject to Protective Order

JNJAZ55_000015200

## SELECTED REFERENCES

Bowen, N. L., and Tuttle, O.F., 1949, The system MgO--SiO$_2$--H$_2$O, Geol. Soc. America, Bull. vol. 60, pp. 439-460.

Chidester, A. H., Billings, M. P., and Cady, W. M., 1951, Talc investigations in Vermont, Preliminary report, U. S. Geological Survey, Circular 95.

Eardley, A. J., 1962, Structural geology of North America, Harper & Row, New York.

Gillson, J. L., 1927, Origin of Vermont talc deposits with a discussion on the formation of talc in general, Econ. Geology, vol. 22, no. 3, pp. 246-287.

Melting, A. C., 1970, Safety and accident prevention examination and recommendation--Windsor Mine, CSM Research Institute, Project No. 300533, 12 August.

Senate, U. S. Committee on Public Lands, 1947, Subcommittee Hearings, Investigation of National Resources, May 15-20, pp. 119-20.

Suliin, David B., 1969, Report on beneficiation of Vermont talc concentrates, CSM Research Institute, Project No. 290527, September 18.

Vermont Geological Survey, 1961, Centennial map of Vermont.

J&J-0005214

Protected Document--Subject to Protective Order

JNJAZ55_000015201

APPENDIX

A-1

J&J-0005215

Protected Document--Subject to Protective Order

JNJAZ55_000015202

EXHIBIT 1

MEGASCOPIC DESCRIPTION OF CORE SAMPLES

DDH 1-67 H

| Interval (ft) | Description |
|---|---|
| 39-41 | Light green talcose marble. $CO_3$ pink, about 50%. Overlain by 3 in. quartz vein, overlain by 30 ft of quartz-biotite schist. Recovery about 100%. |
| 47-54 | Light greenish gray to cream talcose marble. $CO_3$ about 50%. Color of $CO_3$ cream colored to flesh colored in areas. $CO_3$ mostly in small blebs but some ½ in. knots are present. Over and underlain by "blackwall" chlorite-biotite schist plus quartz-biotite schist. Recovery 100%. |
| 57.3-59.3 | Dark green chloritic-talc schist. Overlain and underlain by "blackwall" and quartz-biotite schist. Recovery 100%. |

A-2

J&J-0005216

Protected Document--Subject to Protective Order                                  JNJAZ55_000015203

Exhibit 1 - continued

DDH 38-67 H

| Interval (ft) | Description |
|---|---|
| 479-485 | Mottled dark greenish gray and white talc-carbonate schist. $CO_3$ about 25%. Some apple green talc. Overlain by a quartz-biotite-chlorite schist containing minor amounts of carbonate. Occasional fractures perpendicular to schistosity are filled with carbonate.<br>Recovery 62%. |
| 485-491 | Mottled dark greenish gray and gray talc carbonate schist. $CO_3$ about 25%.<br>Recovery 92%. |
| 491-494 | Dark grayish green mottled talc-carbonate schist. Some minor blebs and stringers of apple green talc. $CO_3$ about 25%. Sharp contact on bottom of talcose zone with green "basalt" containing minor little veinlets of carbonate. Color grades in "basalt" from light green within 2 in. of contact to dark green. Sample taken for thin section. No visible alteration of talc at contact.<br>Recovery 100%. |
| 497.5-500.5 | Mottled dark grayish green and gray talc-carbonate. At hanging wall contact there is no visible alteration of the talc rock. The "basalt" is lighter in color at the contact. "Basalt" also has some flow structure roughly parallel to "basalt"-talc contact plane. Possibly a mudstone.<br>Recovery 100%. |
| 500.5-505.5 | Mottled dark grayish green talc-carbonate. $CO_3$ in veins and blebs about 25 % of total rock.<br>Recovery 100%. |
| 505.5-508 | Green and white mottled talc-carbonate. $CO_3$ about 50%. Talc present as both light apple green and dark green varieties.<br>Recovery 32%. |
| 508-513 | Mottled dark green and gray talc-carbonate. $CO_3$ about 25%.<br>Recovery 100%. |

A-3

J&J-0005217

Protected Document--Subject to Protective Order                                    JNJAZ55_000015204

Exhibit 1 – continued

DDH 38-67 H (continued)

| Interval (ft) | Description |
|---|---|
| 518–518 | Mottled dark green and gray talc-carbonate. $CO_3$ about 25%. One vertical vein of $CO_3$ 8 in. long bounded by apple green talc. Recovery 100%. |
| 518–523 | Mottled dark green and gray talc-carbonate. $CO_3$ about 25%. Generally not distinct "eyes" or augen as in DDH 39. Recovery 100%. |
| 523–528 | Dark green and gray mottled talcose marble. $CO_3$ greater than 50% in swirls. Recovery 100%. |
| 528–533 | Dark green and gray mottled talc-carbonate. $CO_3$ about 20%. Recovery 100%. |
| 533–538 | Mottled dark green and gray talcose marble. Up to 6 in. zones of dirty spotted carbonate present. $CO_3$ about 50%. Note: Recovery 100% (from 532.4 ft to 552.4 ft = 20.9 ft: about 105% recovery) Labelling in box probably wrong. |
| 538–543 | Mottled gray and dark green talcose marble. $CO_3$ greater than 50% and contains some dark spots (dirty). Recovery 100%. |
| 543–548 | Spotted and mottled gray to greenish gray talcose (?) marble. $CO_3$ probably greater than 75%. ¼ in. spots of $CO_3$ in chloritic or talcose zones. Recovery 100%. |
| 548–553 | Gray to greenish gray talcose marble. $CO_3$ less than 50%. Rock has mottled and spotty appearance. Underlying rock grades from 6-8 in. of chlorite schist into an almost gneissic quartz-biotite (chlorite?) schist. 1 in. of apple green to white talc very close to the contact. This could indicate alteration of host rock. Recovery 100%. |

A-4

J&J-0005218

Protected Document--Subject to Protective Order                                   JNJAZ55_000015205

Exhibit 1 – continued

DDH 6-67 H

| Interval (ft) | Description |
|---|---|
| 139-141.7 | Dark greenish gray talc-marble schist $CO_3$ about 50%. $CO_3$ is pink in color, probably dolomite. Crystals up to 3/8 in. in diameter, curved cleavages. Overlain and underlain by quartz-biotite schist. Recovery 82%. |
| 149-153 | Dark greenish gray talcose marble to calcareous talc schist. $CO_3$ 25-50% in blebs and veins (2½ in). Color cream to light flesh color. Recovery 58%. |
| 159-164 | Dark gray to light gray green talc schist containing about 25% carbonate. $CO_3$ is cream to flesh colored. Recovery about 100%. |
| 164-169 | Light to dark greenish gray schistose talc marble. $CO_3$ about 50% in flesh to cream colored blebs and stringers. Recovery 100%. |
| 169-174 | Chloritic talcose marble. $CO_3$ about 50%. $CO_3$ in flesh colored blebs (½ in.) and splotches. Recovery about 30%.<br><br>Note: 173.5-175 = quartz-biotite schist 50% recovery. |
| 175-177 | 2 ft of light greenish gray talc-chlorite schist. Some rectangular spots of chlorite within the talc saved for thin section. Overlain by quartz-biotite schist (1 ft) and underlain by quartzose biotite-chlorite schist. Recovery 100%. |

A-5

J&J-0005219

Protected Document--Subject to Protective Order

JNJAZ55_000015206

Exhibit 1 - continued

DDH 21-67 H

| Interval (ft) | Description |
|---|---|
| 765.1-770.4 | Contorted dark green biotite-chlorite schist.  Some small blebs (2 mm) of carbonate.  No obvious talc present.  Pretty uniform - no actinolitic rocks seen in this interval.  Underlain by bull quartz and quartz-biotite schist to gneiss.  Overlain by 40 ft of chlorite schist which contains pink garnets (~5 mm) in zones.  Some thin (1-5 mm) calcite and quartz veins. Recovery 98%. |

A-6

J&J-0005220

Protected Document--Subject to Protective Order                                        JNJAZ55_000015207

Exhibit 1 - continued

DDH 34-67 H

| Interval (ft) | Description |
|---|---|
| 507-512 | Black pyritic quartz-biotite schist overlying 3 in. of chlorite-talc schist, overlaying 5 ft of talcose marble. $CO_3$ flesh colored. $CO_3$ about 50%. Recovery about 100%. |
| 512-517 | Light or dark greenish gray talcose marble. $CO_3$ about 50%, flesh colored to cream colored. Recovery about 100%. |
| 517-522 | Light to dark greenish gray talcose marble. $CO_3$ about 50%, flesh to cream colored. Recovery about 100%. |
| 522-527 | Light to dark green talcose marble to calcareous-talc schist. $CO_3$ 25-50% in flesh to cream colored blebs and swirls. Recovery about 100%. |
| 527-532 | Light to dark greenish gray talc marble. $CO_3$ 30-50% in flesh to cream colored blebs and swirls. Crystals of $CO_3$ up to $\frac{1}{2}$ in. in diameter. Recovery 100%. |
| 532-537 | Light green talcose marble. $CO_3$ about 50% except for 8 in. of solid carbonate at 535 ft. $CO_3$ cream colored. Recovery 100%. |
| 537-542 | Light to dark greenish gray talcose marble. Base grades into deformed biotitic schist containing many small blebs (<1 mm) and veinlets (<1 mm) of calcite. This grades down into a garnetiferous, epidotic quartz-biotite schist. Hole bottom at 554 ft. Recovery 100% |

A-7

J&J-0005221

Protected Document--Subject to Protective Order                                      JNJAZ55_000015208

Exhibit 1 - continued

DDH 35-67 H

| Interval (ft) | Description |
|---|---|
| 382.5–387.5 | Pinkish green to light greenish gray talcose marble. $CO_3$ over 50%. $CO_3$ is flesh to cream colored non-calcite. Talc mostly light apple green variety. Chlorite schist with minor biotite hanging wall (1 ft) overlain by pinkish, dark gray quartz–biotite schist containing some garnets. Recovery 100%. |
| 387.5–392.5 | Light greenish gray talcose marble. $CO_3$ is flesh to cream colored. Grades from apple green talc at top to darker (chloritic) at bottom. Contains 1 ft of dark green chlorite schist with blebs of white talc. Recovery 100%. |
| 392.5–397.5 | 2 ft light greenish gray talcose marble ($CO_3$>50%) underlain by 3 ft of dark green chlorite schist containing (<10%) talc blebs and spots. Recovery 100%. |
| 397.5–402.5 | Dark green chlorite containing laths and cubes of talc (white) and $CO_3$ (<10%). Some of this section is the lighter talcose marble $CO_3$–30%. Recovery 100%. |
| 402.5–404.5 | Light gray talcose marble. $CO_3$ white to flesh colored. $CO_3$ >50%. Core badly ground up. Recovery 50%. |
| 404.5–410.5 | Light to dark grayish green talcose marble. $CO_3$ about 30%. Underlain by 1.5 ft of crenulated chlorite schist ("blackwall") which becomes biotitic and grades into a garnetiferous quartz–biotite schist. Recovery 100%. |

A-8

J&J-0005222

Protected Document--Subject to Protective Order

JNJAZ55_000015209

Exhibit 1 - continued

DDH 36-67 H

| Interval (ft) | Description |
|---|---|
| 399.2-405.5 | Top part almost solid chloritic talc schist. Below this is a spotted to mottled talc marble. $CO_3$ augen have black specks or "nuclei" overlain by chlorite schist with some talc. Overlain by quartz-biotite schist. Recovery 86%. |
| 405.5-421 | Mottled dark grayish green and cream talcose marble. $CO_3$ about 50%. Recovery 43%. |
| 421.5-425.5 | Mottled dark greenish gray and cream talcose marble. $CO_3$ up to 50% average. One 2 in. band present - white rather than fleshy cream color. Recovery 100%. |
| 425.5-430.5 | Mottled light green, dark greenish gray and cream talcose marble. $CO_3$ about 30%. Some light apple green talc stringers. Recovery 100%. |
| 430.5-435.5 | Mottled dark greenish gray and cream talcose marble. $CO_3$ about 25%. Recovery 100%. |
| 435.5-440 | Mottled and banded dark greenish gray and cream talcose marble. $CO_3$ about 50%. Some "algal" structures at 437-438 ft. Recovery 100%. |
| 440-444.5 | Mottled dark greenish gray and cream talcose marble. $CO_3$ about 50%. Recovery 73%. |
| 444.5-451.2 | Mottled dark green and cream talc carbonate (marble) underlain by at least 2 ft of dark green pure talc-chlorite schist. $CO_3$ in upper zone less than 25%. Recovery 70%. |

A-9

J&J-0005223

Protected Document--Subject to Protective Order    JNJAZ55_000015210

Exhibit 1 - continued

DDH 36-67 H (continued)

| Interval (ft) | Description |
|---|---|
| 451.2-457.8 | Dark and light-green banded talc-chlorite schist with about 2 ft of talcose chloritic marble in center of section.  Bands of talc are the light apple green.  Core mostly "washers" of schist. Recovery 70%. |
| 457.8-465.8 | Mottled dark greenish gray talcose marble.  $CO_3$ about 50%.  Underlain by 6 in. of pure chlorite schist (sharp contact) underlain gradually by bio-tite-chlorite schist (6 in.) underlain by calcar-eous quartz-biotite schist.  6 ft down is a 1 ft layer of quartzite with a few biotite stringers. Quartz-biotite schist below this.  Hole bottom 477.6 ft. Recovery 100%. |

A-10

Protected Document--Subject to Protective Order

J&J-0005224

JNJAZ55_000015211

Exhibit 1 - continued

DDH 37-67 H

| Interval (ft) | Description |
|---|---|
| 362.6-367.5 | Black quartz-biotite schist, 1 in. quartzite, 2 ft black quartz-biotite schist, 3 in. chlorite-biotite (?) schist, 1.5 ft very dark green chloritic talc, underlain by mottled and spotted dark greenish gray and cream talcose marble. $CO_3$ in this portion about 50%. Recovery 95+%. |
| 367.5-377 | Mottled to banded, light to dark green and grayish green, talcose marble, $CO_3$ about 30%. Some of the augen of carbonate have dark nuclei. Recovery 61%. |
| 377-386 | 2 ft of black talcose (?) or chloritic (?) biotite "cinder" overlain by a light greenish gray talc carbonate gneiss. $CO_3$ about 50%. Talc is present as the light apple green in many zones. Recovery 61%. |
| 386-389 | Mottled, spotty dark greenish gray and cream talc marble. $CO_3$ greater than 50%. Recovery 100%. |
| 389-394 | Banded and mottled dark gray to dark greenish gray chloritic talc marble. $CO_3$ about 25%. Chlorite abundant. Recovery 100%. |
| 394-399 | Mottled to banded, light to dark greenish gray talc marble with some round single crystal blebs of carbonate. $CO_3$ probably slightly less than 50%. Some light apple green talc present. Recovery 100%. |
| 399-404 | Spotted to mottled, light to dark greenish gray talc marble. Much light green talc. Carbonate probably slightly less than 50%. Some specks of biotite dispersed here and there in the core. Recovery 100%. |

A-11

J&J-0005225

Protected Document--Subject to Protective Order                    JNJAZ55_000015212

Exhibit 1 - continued

DDH 37-67 H (continued

| Interval (ft) | Description |
|---|---|
| 404-409 | Mottled dark greenish gray and cream talc marble. $CO_3$ about 35%. Recovery 100%. |
| 409-414 | Splotchy dark greenish gray talc marble. $CO_3$ occurs as blebs ¬1 in. and a couple of 2 in. zones of coarsely crystalline $CO_3$. A couple of thin zones of apple green talc. Recovery 100%. |
| 414-419 | Mottled dark greenish gray and gray talcose marble. $CO_3$ about 25%. Recovery 100%. |
| 419-424 | Gray to dark greenish gray talcose chloritic marble. $CO_3$ probably greater than 50%. Recovery 100%. |
| 424-429 | Mottled dark green and gray talcose chloritic marble. $CO_3$ probably about 50% in bands and swirls. Sort of a gray verde antique. Recovery 100%. |
| 429-434 | Dark green talcose chloritic marble. $CO_3$ probably 10% or less. Chlorite abundant. Recovery 100%. |
| 434-439.2 | Dark green to gray talcose, chloritic marble. Carbonate less than 25%. Recovery 100% |
| 439.2-491 | No sample - Verde antique marble with a few ½ in. talc veins within 9 ft of the top and bottom of this zone. The green matrix appears to be mostly chlorite, bands and swirls of carbonate. Some minor talc. Looks a lot like the "talc zone" in DDH 38-67 H. Recovery 100%. |
| 439.2-444 | Mottled dark green and white talc-chlorite marble. Verde antique. Fairly hard. Recovery 100%. |

A-12

J&J-0005226

JNJAZ55_000015213

Exhibit 1 – continued

DDH 37–67 H (continued)

| Interval (ft) | Description |
|---|---|
| 444–449 | Dark green and white talc-chlorite marble. $CO_3$ >50%. Fairly hard rock. Recovery 100%. |
| 449–454 | Dark green and mottled white talc-chlorite marble. Verde antique. $CO_3$ <50%. Some small "cut and fill" type structures at 451 ft. Recovery 100%. |
| 476–481 | Dark green talcose chlorite marble. Verde antique. Minor talc content. Carbonate in white streaks. Recovery 100%. |
| 481–486 | Dark green talcose chlorite marble. Verde antique. $CO_3$ in white bands and swirls about 25-30%. Recovery 100%. |
| 486–491 | Dark green talcose chlorite marble. Grades down fairly quickly into light to dark greenish gray talc marble. $CO_3$ in bands, swirls and spots. Some minor veinlets of talc. Recovery 100%. |
| 491–497 | Mottled and banded talcose marble. Grades from light grayish green at the bottom into dark green verde antique at the top. Talc content decreases upwards, chlorite and carbonate content increases. Carbonates found in bands and veins. Recovery 100%. |
| 497–505 | Mottled dark greenish gray talcose marble. $CO_3$ about 25%. Some structures which resemble snail fossils (see mark at 502). Recovery 67%. |
| 505–513 | Dark grayish green mottled talcose marble. $CO_3$ about 50%. Many structures which look like relict sedimentary features. Recovery 67%. |

A-13

J&J-0005227

Protected Document--Subject to Protective Order

JNJAZ55_000015214

Exhibit 1 - continued

DDH 37-67 H (continued)

| Interval (ft) | Description |
|---|---|
| 513-518 | 2 in. dark green mudstone at 515.2 same as in DDH 38 at 494 ft.  No alteration on it or around it. Core is dark grayish green and gray talcose marble. $CO_3$ about 50%. Recovery 100%. |
| 518-523 | Dark greenish gray talc schist.  Carbonate probably up to 25%.  Intersperses throughout the talc. Recovery 100%. |
| 528.2-523 | Dark green talc schist with some minor (<25%) carbonate blebs and mottling.  Some $\frac{1}{2}$ in. veinlets of apple green talc.  Underlain by 3 ft of impure, muddy, biotitic chlorite schist which grades into a quartz-biotite schist. Recovery 100%. |

A-14

J&J-0005228

Protected Document--Subject to Protective Order                                                                    JNJAZ55_000015215

Exhibit 1 - continued

DDH 39-67 H

| Interval (ft) | Description |
|---|---|
| 454-459 | Dark gray talcose chlorite schist and white carbonate sections up to 2 in.  Overlain by quartz-biotite schist which has bands of quartzite up to 2 in. thick present.  No immediately obvious difference between the hanging wall (this sample) and the footwall rocks. Recovery 20%. |
| 459-469 | White to greenish gray chloritic talc schist. Some carbonate augen. Recovery 45%. |
| 469-479 | White to greenish gray talc schist. Recovery 45%. |
| 479-484 | Gray to greenish gray calcareous talc schist.  Augen of carbonate up to 1 in. diameter.  $CO_3$ about 25%. Recovery 84%. |
| 484-489 | Gray to greenish gray talc schist.  Augen of carbonate up to 1 in. diameter.  $CO_3$ about 25%. Recovery 84%. |
| 489-495 | Gray to greenish talc-carbonate schist.  $CO_3$ up to 50%.  Augen of $CO_3$ up to 1 in. diameter. Recovery 84%. |
| 495-500 | Dark gray to greenish gray talc-carbonate schist. $CO_3$ about 25-40% of rocks.  Some small nuclei (dark) in the white $CO_3$ augen which are up to 3/4 in. in diameter. Recovery 100%. |
| 500-505 | Dark gray to greenish gray talc-carbonate schist. $CO_3$ ¬50% with augen up to 1 in. Recovery 100%. |
| 505-510 | Dark gray to greenish gray talc-carbonate schist. Augen smaller and more plentiful.  $CO_3$ ¬50%. Some almost clear apple green translucent talc present. Recovery 100%. |

A-15

J&J-0005229

Protected Document--Subject to Protective Order                                                                    JNJAZ55_000015216

Exhibit 1 - continued

<u>DDH 39-67 H</u> (continued)

| Interval (ft) | Description |
|---|---|
| 510-515 | Dark gray to greenish gray talc-carbonate schist. $CO_3$ ~50%. Some translucent apple green talc present. Recovery 100%. |
| 515-520 | Dark bluish gray to greenish gray talc-carbonate schist. Mottled with small ($\frac{1}{2}$ in.) augen of carbonate some of which have black "nuclei". Recovery 100%. |
| 520-525 | Bluish gray to greenish gray talc-carbonate schist. $CO_3$ augen about 25-30% of rock. Contains a couple of 1 in. bands of apple green translucent talc. Recovery 100%. |
| 525-530 | Bluish gray to greenish gray talc-carbonate schist. Some $\frac{1}{2}$ in. augen of $CO_3$ contains black "nuclei". $CO_3$ about 30-40%. Recovery 100%. |
| 530-535 | Banded dark bluish to greenish gray and white to gray talc-carbonate schist. Almost gneissic. $CO_3$ about 50%. Recovery 100%. |
| 535-540 | Dark greenish gray talc-carbonate schist. Crystals of carbonate ~$\frac{1}{2}$ in. $CO_3$ about 50% of rock. |
| 540-545 | Mottled greenish gray and white talc-carbonate schist. About 50% $CO_3$ in bands and blebs. Some of the $CO_3$ augen (~$\frac{1}{2}$ in.) have dark "nuclei". Recovery 100%. |
| 545-549 | Grades from banded and mottled white and greenish gray talc-carbonate into 6 in. of extremely soft talc-chlorite schist. This is underlain by vermicular chlorite schist. 2 in. of coarse grained quartzite at base of talc and chlorite. Beneath this is a quartz-biotite schist with distinct bands of quartz plus mixed zones quartz and biotite. Recovery 100%. |

A-16

J&J-0005230

Protected Document--Subject to Protective Order                    JNJAZ55_000015217

Exhibit 1 - continued

DDH 40-67 H

| Interval (ft) | Description |
|---|---|
| 488-496 | Green to brownish green chlorite-talc schist. Carbonates ⁻25%. Recovery 39%. |
| 496-505 | Green to brownish talc-chlorite schist.  Up to 25% carbonates. Recovery 30%. |

A-17

J&J-0005231

Protected Document--Subject to Protective Order

JNJAZ55_000015218

Exhibit 1 - continued

DDH 41-67 H

| Interval (ft) | Description |
|---|---|
| 594-599 | Grayish green talc schist.  Minor carbonates. Recovery 100%. |
| 599-604 | Dark greenish brown chloritic talc schist.  Carbonate ⁓25%. Recovery 100%. |
| 604-608½ | Greenish gray chloritic talc schist.  (Chlorite about equals talc in amount.)  Abundant carbonate. (Up to 25%). Recovery 100%. |

A-18

J&J-0005232

Protected Document--Subject to Protective Order

Exhibit 1 - continued

DDH 44-67 H

| Interval (ft) | Description |
| --- | --- |
| 299-304 | Black to dark greenish brown chloritic biotite schist.  Non talcose.  Recovery 100%. |
| 304-309 | Dark brown to greenish brown chlorite schist. Some biotite.  Some thin stringers of carbonate and quartzite.  Non talcose. Recovery 100%. |

A-19

J&J-0005233

Protected Document--Subject to Protective Order

JNJAZ55_000015220

Exhibit 1 - continued

DDH 45-67 H

| Interval (ft) | Description |
|---|---|
| 903-905 | Dark brown quartz-biotite schist with some $\frac{1}{2}$ in. crystals of green actinolite.  4 in. of coarse grained quartzite.  Non talcose. Recovery 15%. |

A-20

J&J-0005234

Protected Document--Subject to Protective Order

JNJAZ55_000015221

Exhibit 1 - continued

DDH 46-68 H

| Interval (ft) | Description |
|---|---|
| 580-586 | Dark brown chlorite schist.  Two light colored $\frac{1}{4}$ in. zones.  Not talcose.  Some carbonates. Recovery 100%. |

A-21

J&J-0005235

Protected Document--Subject to Protective Order

JNJAZ55_000015222

**Exhibit 1 - continued**

<u>DDH 49-68 H</u>

| Interval (ft) | Description |
|---|---|
| 973-976 | Gray to black chlorite schist.  Coarse grained. Some greenish zones. Recovery 100%. |
| 980-986½ | Dark grayish brown biotitic chlorite schist.  One 2 in. quartzite stringer.  Non-talcose. Recovery 100%. |

A-22

J&J-0005236

Protected Document--Subject to Protective Order

JNJAZ55_000015223

Exhibit 1 - continued

DDH 50-68 H

| Interval (ft) | Description |
| --- | --- |
| 889-893 | Dark gray to black chlorite schist.  Carbonates ~25%.  Not talcose. Recovery 37%. |

A-23

J&J-0005237

Protected Document--Subject to Protective Order

JNJAZ55_000015224

Exhibit 1 - continued

DDH 55-68 H

| Interval (ft) | Description |
|---|---|
| 692-697 | Green to brownish green chloritic talc schist. Carbonate ¬25%. Recovery 71%. |
| 697-704 | Brownish green to grayish green chloritic (25%) talc (50%) schist. About 25% carbonate. Recovery 71%. |
| 704-706 | Talcose gray to grayish brown chlorite schist. Carbonate up to 50% in zones. Recovery 71%. |
| 706-712 | Dark greenish gray talc marble schist. $CO_3$ varies from about 50% near top to less than 10% near the base. Much apple green talc near base. Under-lain by 1 ft of talc-chlorite-biotite schist underlain by quartz-biotite schist. Recovery 84%. |

A-24

J&J-0005238

Protected Document--Subject to Protective Order

EXHIBIT 2

PETROGRAPHIC EXAMINATIONS

Glossary: The following definitions of terms used to describe rocks and thin sections are furnished for the convenience of the reader.

Foliation -- A laminated structure resulting from segregation of different minerals into parallel layers.

Schistosity -- Synonomous with foliation when used to describe the structure of schists.

Lineation -- Narrow streaks of minerals, or mineral fragments, strung through a rock as discontinuous but parallel lines.

Spar Type Carbonates -- A carbonate particle that has not been granulated, i.e., uncrushed (or possibly epigenetic) carbonate particle.

Granulated Carbonate -- Carbonate particles that are derived from the crushing of larger spar type carbonate particles.

Augen -- Large lenticular mineral grains or aggregates of minerals which in cross-section have the shape of an eye.

Retrogressive Metamorphism -- Includes the changes that take place when a rock, that was formed by relatively intense metamorphism, is altered within an environment of lower-grade metamorphism.

Gneiss -- A coarse-grained rock in which bands rich in granular minerals alternate with bands in which schistose minerals predominate.

Schist -- A medium- or coarse-grained metamorphic rock with subparallel orientation of micaceous minerals which dominate its composition.

Marble -- A metamorphic rock composed essentially of calcite and/or dolomite and/or magnesite.

A-25

J&J-0005239

Protected Document--Subject to Protective Order                    JNJAZ55_000015226

Exhibit 2 - continued

Curved Trains of Minerals -- This term is used to indicate a
     situation in which finer-grained schistose components
     are bent around a larger mineral grain or group of
     larger mineral grains.

Schistose Marble -- A rock containing more than 50% carbonate
     particles intermixed with seams of schistose material.

Marble Schist -- A rock containing less than 50% carbonate
     particles intermixed with large areas or seams of
     schistose material.

     Sample Descriptions:  The specimens submitted for thin-
section analysis are described below.  Each rock is described
macroscopically, then the details of the petrographic analysis
follow.  The numbers applied to the samples (such as 2H-301)
indicate the drill-hole number from which the sample was taken
(i.e., drill hole 2-67H) and the depth within that hole at which
the sample was taken (i.e., 301 feet).  Eleven holes were drilled
in 1966 (1-66H through 11-66H) but the core was not retained.
In 1967, drilling commenced again with hole No. 1-67H.  All of
the sample numbers used herein refer to drilling during 1967
and 1968.

A-26

J&J-0005240

Protected Document--Subject to Protective Order

JNJAZ55_000015227

Exhibit 2 - continued

Specimen 2H-301:

In hand specimen this is a grayish black rock exhibiting a schistose structure. The grayish black groundmass is fine grained and contains some light brownish gray particles, possibly garnet, ranging in size from 1.0 to 6.0 mm. The schistose structure appears in curved mineral trains around these larger particles giving the rock an augen schist appearance.

In thin section the rock consists of a moderate amount of lineated mica laths (possibly biotite) intermixed with a moderate amount of granulated quartz and a minor amount of granulated feldspar particles (Photomicrograph 1A). All minerals show some degree of straining. The light brownish gray phenocrysts noted in hand specimen appear as fine-grained, opaque, clay-like particles with chlorite inclusions progressing from the contact with the host rock inward (Photomicrograph 1B). It is possible these phenocrysts may be highly weathered garnet crystals that have undergone roll type abrasion during metamorphism. This rock may be classified as a garnetiferous quartz-biotite augen schist.

A-27

J&J-0005241

Protected Document--Subject to Protective Order          JNJAZ55_000015228

 

1 A                                        1 B.

Photomicrograph No. 1A.  Specimen 2H-301 showing granulated
    quartz grains and lineated biotite laths forming a schistose
    texture.

Photomicrograph No. 1B.  Specimen 2H-301 showing a highly
    weathered garnet? crystal with an irregular chlorite inclu-
    sion (portion outlined with dashed line).  The lower quarter
    of the photomicrograph is another portion of the host rock
    similar to photomicrograph No. 1A.

Scale                                   Crossed polarizers

0.1 mm

A-28

J&J-0005242

Protected Document--Subject to Protective Order                    JNJAZ55_000015229

Exhibit 2 - continued

Specimen 6H-139:

In hand specimen this is a medium light gray porphyritic rock containing many moderate yellowish brown carbonate particles that range in size from 1.0 mm to 2.5 cm.  Grayish black schistose seams ranging from 1.0 to 4.0 mm wide are present in the rock as curved mineral trains around the larger carbonate particles. Some embayment of these dark schistose seams into the carbonate particles is apparent.

In thin section the rock consists of a major amount of carbonate particles ranging from granulated masses having grain sizes ranging from 0.1 to 1.0 mm to large particles measuring over 1 cm.  These are the phenocrysts noted in hand specimen. There is a moderate amount of chlorite occurring as laminar seam fillings (Photomicrograph 2).  These are probably the dark gray seams noted in hand specimen.  A moderate amount of talc was noted that occurs mainly as fine-grained foliated masses intermixed with fine-grained chlorite.  This probably makes up the bulk of the medium light gray host rock noted in hand specimen.  Some platy talc grains were noted in the foliated fine-grained talc and chlorite intermixture.  These plates were elongated and tended to subparallel the foliated texture.  This rock may be classified as an schistose augen marble.

A-29

J&J-0005243

Protected Document--Subject to Protective Order                                                JNJAZ55_000015230



Photomicrograph *No. 2.* Specimen 6H-139 showing a foliated mixture of talc and chlorite (A), a chlorite seam (B) and variable sized carbonate particles (C).

Scale

0.1 mm

Crossed polarizers

A-30

Protected Document--Subject to Protective Order

J&J-0005244

JNJAZ55_000015231

Exhibit 2 – continued

Specimen 6H-141:

In hand specimen this is a medium light gray rock exhibiting curved mineral trains of schistose material around grayish orange carbonate eyes ranging from 3.0 mm to 1.5 cm. Thin grayish black seams were noted in the rock that parallel the foliation and are in contact with most of the phenocrysts.

In thin section the rock consists of variable sized carbonate particles, some ranging over 1.0 cm, set in a fine-grained foliated matrix of intermixed talc and chlorite. These are probably the dark seams noted in hand specimen. Most platy talc occurs as elongated particles subparalleling the schistosity of the fine-grained talc-chlorite mixture. A few individual talc plates were noted that were surrounded by the curved mineral trains (Photomicrograph 3). This rock may be classified as a marble augen schist.

A-31

J&J-0005245

Protected Document--Subject to Protective Order

JNJAZ55_000015232



Photomicrograph No. 3.  Specimen 6H-141 showing irregular
   platy talc grains (A) set in a fine grained foliated
   matrix of talc and chlorite (B).  Note curved mineral
   trains of the fine grained talc and chlorite inter-
   mixture around the platy talc grains.

Scale                              Crossed polarizers

0.1 mm

A-32

J&J-0005246

Protected Document--Subject to Protective Order                         JNJAZ55_000015233

Exhibit 2 - continued

Specimen 6H-150:

    In hand specimen this rock is characterized by a large, fine-grained, bluish gray to bluish white, dense zone surrounded by pinkish gray carbonate eyes about 6.0 mm in diameter.  These augen are surrounded by many grayish black schistose curved mineral trains.

    In thin section the rock consists of a major amount of fine-grained foliated talc that is probably intermixed with fine-grained chlorite.  Some platy talc was noted that occurred as elongated particles and paralleled the foliation (Photomicrograph 4).  The carbonate particles in the rock occurred as fine-grained aggregates and as relatively large crystals.  Some fine-grained carbonate may be intermixed with the fine-grained talc and chlorite.  Chlorite was also noted concentrated in schistose curved mineral trains throughout the rock.  This rock may be classified as an augen marble schist.

A-33

J&J-0005247

Protected Document--Subject to Protective Order

JNJAZ55_000015234



Photomicrograph No. 4. Specimen 6H-150 showing elongated platy talc grains (darker areas) set in a fine grained foliated mixture of talc and chlorite.

Scale                                                      Crossed polarizers

0.1 mm

A-34

J&J-0005248

Protected Document--Subject to Protective Order                                                      JNJAZ55_000015235

Exhibit 2 - continued

Specimen 6H-167:

In hand specimen this is a greenish gray schistose rock with a bluish white band ranging from 1.0 cm to 2.0 cm wide. One large white carbonate grain was noted that measured 1.0 cm by 0.5 cm. The schistosity curved around this carbonate grain.

In thin section the majority of the rock was composed of a fine-grained foliated material believed to be primarily talc with intermixtures of chlorite. Some platy talc was noted that occurred as elongated particles subparallel to the foliation of the fine-grained talc and chlorite. Carbonate in this slide was relatively minor, occurring primarily as large, isolated grains. Many embayments of the fine-grained, talcose, foliated material into the carbonate particles were noted. Chlorite also occurred as isolated thin seams and appeared, optically, to be concentrated at the contacts of the fine-grained talcose material and the carbonate particles. To confirm this point, an electron microprobe traverse was made across an embayment of the fine-grained talcose material into a carbonate particle (Photomicrograph 5). The line X-X' on the photomicrograph is the approximate line of traverse. Figure 1 shows the results of the line scans for the elements Mg, Al, and Si. As can be noted the scan for Mg shows a slight drop in intensity across the talcose seam area indicating a slightly lesser amount of Mg in the talcose seam than in the carbonate particles. The scan for Si

A-35

J&J-0005249

Protected Document--Subject to Protective Order

JNJAZ55_000015236

Exhibit 2 - continued

shows a drastic increase across the talcose seam and the scan for Al shows increases at the boundaries of the fine-grained talcose seam and the carbonate particles.   In essence the above indicates:

1.   The carbonate particle is magnesite - $MgCO_3$.

2.   The bulk of the talc seam contains primarily Mg and Si indicating talc - $Mg_3(OH)_2(Si_2O_5)_2$.

3.   The contact areas between the fine-grained talcose embayment and the carbonate particle contain Mg, Al, and Si indicating a chlorite type - $Mg[4.9-5.3]\ Al(Si_{2.3-3.2}Al_{0.8-1.7})O_{10}(OH)_8$

This rock may be classified as a talc-chlorite augen schist. The concentration of chlorite at the talc-carbonate contact indicates some degree of retrogressive metamorphism.

A-36

J&J-0005250

Protected Document--Subject to Protective Order                    JNJAZ55_000015237



Photomicrograph No. 5.  Specimen 6H-167 showing a fine
    grained talc-chlorite embayment in a carbonate
    particle.
    (A)  Fine grained talc-chlorite intermixture.
    (B)  Magnesite, $MgCo_3$, particle.
    (C)  Chlorite seam.
    (D)  X-X' approximate electron microprobe
        traverse shown in Figure 1.


Scale                           Crossed polarizers

0.1 mm


A-37

J&J-0005251

Protected Document--Subject to Protective Order                    JNJAZ55_000015238



Figure 1

Electron Microprobe Traverse Across Line X-

J&J-0005252

Protected Document--Subject to Protective Order

JNJAZ55_000015239



Figure 1

:roprobe Traverse Across Line X-X'

A-38

J&J-0005253

Protected Document--Subject to Protective Order                                    JNJAZ55_000015240

Exhibit 2 - continued

Specimen 6H-169:

In hand specimen this is a medium dark gray foliated rock containing numerous yellowish gray carbonate eyes.  These eyes range in size from 1.0 mm to about 2.0 cm.  Dark grayish black thin schistose seams occur as curved mineral trains around the carbonate eyes.

In thin section the specimen consisted of major carbonate and moderate talc and chlorite.  About one-half of the carbonate occurred as large grains that were partially or wholly shattered along crystalline boundaries.  The other half occurred as granulated areas, some subparalleling the foliation of the host rock.  The host rock was a fine-grained foliated mixture of talc and chlorite with some recognizable thin chlorite seams.  Some platy-talc grains were noted that were elongated and tended to follow the schistosity of the fine-grained talc and chlorite mixture.  This rock may be classified as a schistose augen marble.

A-39

J&J-0005254

Protected Document--Subject to Protective Order

JNJAZ55_000015241

Exhibit 2 - continued

Specimen 6H-176:

In hand specimen this is an olive gray rock containing some carbonate eyes ranging in size from 1.0 mm to 7.0 mm. The specimen contains some indistinct grayish black seams. The foliation is not as pronounced as in previous samples.

In thin section most of the specimen consists of platy-talc grains intergrown with about equal amounts of fine-grained talc and chlorite (Photomicrograph 6). A finer-grained talc and chlorite is somewhat foliated and a few isolated elongated platy-talc grains paralleling the foliation were noted. The larger platy-talc grains, as shown in Photomicrograph 6, invariably have many fibrous-talc, and possibly tremolite-actinolite inclusions. The carbonate occurred as isolated grains, some of which showed embayments of the finer-grained talc and chlorite. Some distinct, thin, chlorite seams were noted occurring as curved mineral trains throughout the specimen. This rock may be classified as a talc-chlorite schist.

A-40

J&J-0005255

Protected Document--Subject to Protective Order



Photomicrograph No. 6.   Specimen 6H-176 showing associa-
tions of platy talc grains with fibrous inclusions (A),
finer grained intermixtures of talc and chlorite (B)
and a carbonate particle (C).

Scale                                    Crossed polarizers

0.1 mm

A-41

J&J-0005256

Protected Document--Subject to Protective Order                                    JNJAZ55_000015243

Exhibit 2 - continued

Specimen 24H-507C:

In hand specimen this is a grayish black very-fine-grained rock showing a very-finely-divided foliation.  Some very thin bluish white intermittent seams were noted that parallel the foliation.

In thin section the specimen consisted almost wholly of foliated chlorite particles.  Intermixed with this foliated chlorite was a minor amount of platy talc that tended to sub-parallel the foliated texture (Photomicrograph 7).  No carbonate particles were observed.  A trace amount of small lath-like biotite particles was noted intermixed with the chlorite.  This rock may be classified as a chlorite schist.

A-42

J&J-0005257

Protected Document--Subject to Protective Order

JNJAZ55_000015244



Photomicrograph No. 7.   Specimen 34H-507C showing platy
   talc grains (A) in a foliated chlorite matrix (B).

Scale                                    Crossed polarizers

0.1 mm

A-43

J&J-0005258

Protected Document--Subject to Protective Order                    JNJAZ55_000015245

Exhibit 2 - continued

Specimen 34H-518:

In hand specimen this is a foliated rock containing carbonate augen ranging in size from 2.0 mm to 1.5 cm.  Grayish olive and light bluish gray seams ranging from 0.1 mm to 5.0 mm wide occur as curved mineral trains around the carbonate eyes.

In thin section the specimen consists of fine-grained, foliated-talc and/or chlorite areas and other distinct thin foliated seams that appear to be primarily chloritic.  A moderate amount of carbonate, occurring mostly as relatively fine-grained aggregates, tends to be lineated and subparallels the foliated rock texture.  Very little embayment of the fine-grained talc and chlorite into the carbonate was noted.  This rock may be classified as an augen marble schist.

A-44

J&J-0005259

Protected Document--Subject to Protective Order                                                          JNJAZ55_000015246

Exhibit 2 - continued

Specimen 35H-153:

In hand specimen this is an extremely fine-grained, grayish-black aphanitic rock.  In reflected light some very tiny white crystals were noted.

In thin section the rock consisted of highly strained, subparallel feldspar laths set in an extremely fine-grained and highly-weathered groundmass (Photomicrograph 5).  High magnification examination of this groundmass suggested it to be composed of a felty mat of extremely fine-grained feldspar laths possibly intermixed with quartz, clay, and a glassy phase.  Some eroded talc or chlorite plates were noted as inclusions in the rock. These plates, in places, yielded undulatory extinction and possessed fibrous talc and/or tremolite-actinolite inclusions. Due to the high degree of straining and weathering no definite rock classification could be made, but, the rock has indications of being a highly altered basalt.

A-45

J&J-0005260

Protected Document--Subject to Protective Order

JNJAZ55_000015247



Photomicrograph No. 8.   Specimen 35H-153 showing strained
   feldspar laths set in a highly weathered fine grained
   opaque groundmass.   The outlined area is a platy talc
   or chlorite grain.

Scale                                    Crossed polarizers

0.1 mm

A-46

J&J-0005261

Protected Document--Subject to Protective Order                                JNJAZ55_000015248

Exhibit 2 - continued

Specimen 35H-164:

In hand specimen this is a rock showing a contact zone between an aphanitic grayish black rock similar to 35H-153 and a schistose grayish black rock.  No distortion of the lamellae are apparent at the contact.  There appears to be an altered zone in the aphanitic grayish black rock along the contact.  This zone is in the form of a slightly lighter colored band about 4.0 mm wide.

In thin section the schistose rock appears similar to 2H-301 (Photomicrograph 1) except the biotite laths are not as well defined.  The schistose rock consists mainly of lineated biotite laths intermixed with granulated quartz and lesser amount of feldspar.  Some degree of straining was noted in almost all crystals.  The dense aphanitic contact rock is very similar to the weathered basalt noted in 35H-153.  Most of the contact zone is sharp but in a few places frayed ends of the biotite were noted extending into the basalt.  In one area a xenolith of schist was noted in the basalt (Photomicrograph 9).  A definite flow-structure lineation of feldspar laths around the xenolith is apparent, indicating the basalt was intruded into the schist. A higher concentration of fine-grained, opaque, weathered material was noted in the basalt in the vicinity of the contact.  Some irregular chlorite blebs were also noted in the schist.  These factors may indicate some degree of hydrothermal alteration.

A-47

J&J-0005262

Protected Document--Subject to Protective Order                    JNJAZ55_000015249

Exhibit 2 - continued

This rock may be classified as a contact between a basalt and a quartz-biotite schist.

A-48

J&J-0005263

Protected Document--Subject to Protective Order                    JNJAZ55_000015250



Photomicrograph No. 9.   Specimen 35H-164 showing the contact between the quartz biotite schist (A) and the basalt (B).   (X) is a xenolith of the quartz biotite schist in the basalt.

Scale                              Crossed polarizers

0.1 mm

A-49

J&J-0005264

Protected Document--Subject to Protective Order                    JNJAZ55_00015251

Exhibit 2 - continued

Specimen 35H-223A:

In hand specimen this is a grayish black rock possessing finely defined schistosity.  There is a large quartz particle in the rock about 1.5 cm in diameter.  Also in the rock is a milky white band about 0.5 mm wide directly underlain by a black, dense, fine-grained zone about 0.5 mm wide.  Some very thin stringers of a bronze colored metallic were visible throughout the rock.  These metallic stringers were parallel to the foliation in all cases.

In thin section the bulk of the rock consists of sub-parallel laths of chlorite and lesser amounts of biotite that are intermixed with areas of granulated quartz and lesser amounts of feldspar.  There are some relatively large biotite grains that are not oriented with the foliated texture.  The black, dense, aphanitic zone noted in the hand specimen is tremolite-actinolite (Photomicrograph 10).  The milky white zone directly overlying the tremolite-actinolite zone is a granulated mixture of quartz and strained feldspar.  The large particle noted was quartz.  The thin metallic seams noted in the hand specimen were opaque and could not be positively identified in thin section.  This rock may be classified as a chlorite schist with inclusions of tremolite-actinolite, quartz and granulated mixtures of quartz and feldspar.

A-50

J&J-0005265

Protected Document--Subject to Protective Order                    JNJAZ55_000015252



Photomicrograph No. 10.   Specimen 35H-223A showing radiating tremolite-actinolite crystals.

Scale                        Crossed polarizers

0.1 mm

A-51

J&J-0005266

Exhibit 2 - continued

Specimen 35R-223B:

   In hand specimen this is a grayish black, fine-grained rock exhibiting very finely defined schistosity.  A few very thin metallic seams are present that parallel the schistosity.  A few subspherical, light brownish gray phenocrysts were noted. These may be altered garnets.  A thin dark seam about 0.2 mm wide was noted transversing the rock.  A slightly lighter colored zone about 5.0 mm wide was noted on either side of this seam. This zone contains many indistinctly defined weathered garnets.

   In thin section the majority of this rock consisted of schistose biotite and chlorite laths intermixed with granulated quartz and lesser amounts of feldspar.  Some larger blocky biotite grains were noted that did not follow the foliation of the rock (Photomicrograph 11).  The dark seam noted in the hand specimen was a ribbon-like, first-order-grey seam exhibiting wavy extinction.  It could not be definitely ascertained whether this seam was talc or highly strained quartz.  The lighter colored 5.0 mm zones on either side of this seam consisted primarily of granulated quartz grains with a much lesser amount of biotite than is present in the host rock.  Many euhedral to subhedral isotropic particles, presumably garnets, are concentrated in these zones.  These garnets are speckled throughout with a dark opaque, very fine-grained material.  In some garnets this

A-52

J&J-0005267

Protected Document--Subject to Protective Order

JNJAZ55_000015254

Exhibit 2 - continued

concentration is quite heavy.  In general, less of this fine-grained opaque material was noted in these garnets than in the garnets in specimen 2H-301.  This rock may be classified as a garnetiferous biotite-chlorite-quartz schist.

A-53

J&J-0005268

Protected Document--Subject to Protective Order                                      JNJAZ55_000015255



Photomicrograph No. 11.  Specimen 35H-223B showing oriented lath like biotite (A) and oriented irregular lath like chlorite particles (B) set in a fine grained quartz matrix (lighter areas). large blocky crystals cutting schistocity are biotite.

Scale          ·        Uncrossed polarizers

0.1 mm

A-54

Protected Document--Subject to Protective Order

J&J-0005269

JNJAZ55_000015256

Exhibit 2 - continued

Specimen 35H-223C:

In hand specimen this is a grayish black, fine-grained rock exhibiting a finely-defined schistose texture.  There are some very thin, lighter colored seams throughout the rock that parallel the schistose structure.

In thin section the overall appearance of this rock was similar to 35H-223B.  There were some seams showing more chlorite and biotite than in 35H-223B.  In this rock there are some seams that are composed mostly of granulated quartz with very little chlorite.  These are probably the thin, lighter-colored seams noted in the hand specimen.  The bulk of the rock may be classified as a chlorite-biotite-quartz schist.  In certain restricted areas it could be classified as a biotite-chlorite-quartz gneiss.

A-55

J&J-0005270

Protected Document--Subject to Protective Order

JNJAZ55_000015257

Exhibit 2 - continued

Specimen 35H-398:

In hand specimen this is a dark, greenish-gray fine-grained rock exhibiting a definite schistose structure.  There are several variable-sized grayish black seams in the rock that parallel the schistose structure.  A few carbonate eyes were noted that ranged from 0.5 to 3.0 mm.

In thin section the rock consists primarily of very fine-grained foliated-talc and chlorite particles.  A few isolated, elongated platy-talc grains were noted that were subparallel to the schistosity of the rock.  Chlorite was also noted concentrated in seams and as curved mineral trains around the carbonate augen in the rock.  These chlorite seams generally paralleled the host rock schistosity.  The overall texture of the rock is similar to specimen 6H-150 (Photomicrograph 4), but had only a minor amount of isolated carbonate particles. This rock may be classified as a talc-chlorite schist.

A-56

J&J-0005271

Protected Document--Subject to Protective Order                                     JNJAZ55_000015258

Exhibit 2 - continued

Specimen 35H-400:

In hand specimen this is a fine-grained, dense, grayish-black rock exhibiting a very-finely-defined schistose structure. A minor amount of small, elongated inclusions were noted that did not parallel the schistosity of the host rock.

In thin section the rock consists of a felty, sublineated mass of primarily chlorite crystals with lesser amounts of felty sublineated talc. There are some relatively large lath-like inclusions of fine-grained talc and/or chlorite (Photomicrograph 12). These laths do not parallel the lineation of the host rock. This rock may be classified as a chlorite schist.

A-57

J&J-0005272

Protected Document--Subject to Protective Order

JNJAZ55_000015259



Photomicrograph No. 12.   Specimen 35H-400 showing a large
   inclusion composed of fine grained talc and/or chlorite
   cutting foliation of host rock.

Scale                                Crossed polarizers

0.1 mm

A-58

J&J-0005273

Protected Document--Subject to Protective Order                                    JNJAZ55_000015260

Exhibit 2 - continued

Specimen 36H-437:

In hand specimen this is predominantly a dark greenish gray rock exhibiting some degree of curved mineral training of dark greenish gray, dark gray and greenish gray schistose seams around some large, rather indistinct, very-light-gray carbonate eyes ranging from 1.0 mm to 1.0 cm. A rather large, very-light-gray zone cuts the rock. This zone may be composed of granular carbonate particles.

In thin section a major amount of the slide was composed of an intermixture of fine-grained schistose talc and chlorite. A minor amount of elongated platy-talc grains were noted intermixed with the fine-grained schistose talc and chlorite. They tend to parallel the foliation. A moderate to major amount of carbonate was noted. The carbonate occurred as large particles and as finer-grained eyes that tend to folow the lineation of the host rock. Some thin chlorite seams were noted throughout the slide that paralleled the lineation of the host rock and occurred as curved minerals trains around the carbonate particles. This rock may be classified as an augen marble schist.

A-59

J&J-0005274

Protected Document--Subject to Protective Order                    JNJAZ55_000015261

Exhibit 2 - continued

Specimen 36H-438:

In hand specimen this is a dark gray to dark greenish gray foliated rock containing some very large carbonate grains.  These carbonate grains range in size from fine, granulated material concentrated in a seam about 8.0 mm wide to individual phenocrysts 2.5 to 3.0 cm in diameter.  Some curved mineral training of the schistose phase around the carbonate grains was noted.

In thin section this slide is very similar to 36H-437.  There was more foliated platy talc and more carbonate noted.  This rock may be classified as a schistose augen marble.

A-60

J&J-0005275

Protected Document--Subject to Protective Order                                    JNJAZ55_000015262

Exhibit 2 - continued

Specimen 37H-367:

In hand specimen this is a dark greenish gray foliated rock containing a large percent of large, yellowish gray carbonate particles with relatively indistinct boundaries.  Some of these particles range up to 2.0 cm in diameter.

In thin section, the rock consisted primarily of variable sized carbonate particles.  A little platy talc was noted inter-mixed with some of the granulated carbonate zones (Photomicrograph 13A).  Felty, subfoliated areas composed of fine-grained talc and/or chlorite were noted that tended to occur as curved mineral trains around the carbonate areas.  Photomicrograph 13B shows an interference figure of the platy talc grain shown in Photomicrograph 13A.  Talc is characterized by a 2V approaching 2°.  The inter-ference figure shows the biaxial figure of its maximum separation indicating a very low 2V.  This rock may be classified as a schistose marble.

A-61

J&J-0005276

Protected Document--Subject to Protective Order

JNJAZ55_000015263





13 A                                          13 B

Photomicrograph No. 13A.  Specimen 37H-367 showing a platy talc
    grain (outlined) set in a matrix of variable sized carbonate
    grains.

    Scale                                   Crossed polarizers

    0.1 mm

Photomicrograph No. 13B.  Biaxial interference figure of platy
    talc grain shown in Photomicrograph 13A

A-62

J&J-0005277

Protected Document--Subject to Protective Order                    JNJAZ55_000015264

Exhibit 2 - continued

Specimen 37H-388:

    In hand specimen this is a foliated rock exhibiting curved mineral trains of grayish black seams and zones of schistose material around medium gray "eyes" and linear stringers of material that may be talcose.

    In thin section the rock consisted mostly of a felty mass of fine-grained foliated talc and/or chlorite grains.  The chlorite content appeared to be heavier in some areas and zones of the slide.  A moderate to minor amount of carbonate was noted in the slide.  Most carbonate occurred as granular masses that tended to subparallel the lineation of the rock.  No recognizable, wholly-chlorite seams were noted in the slide.  This rock may be classified as a talc-chlorite augen schist.

A-63

J&J-0005278

Protected Document--Subject to Protective Order

Exhibit 2 - continued

Specimen 37H-400:

In hand specimen the rock appears to be predominantly a medium gray, foliated rock with stringers of greenish gray material and some indistinct, light greenish gray, possibly talcose, blebs ranging up to 1.0 cm.  Curved mineral training of the darker, schistose, seams around the lighter colored blebs is evident.

In thin section this rock appears very similar to 37H-367. As in 37H-367 some lineated platy talc was noted that paralleled the lineation of the rock.  There are some relatively large, dark opaque areas disseminated throughout the slide.  This rock may be classified as a talc-chlorite augen schist.

A-64

J&J-0005279

Protected Document--Subject to Protective Order                                                    JNJAZ55_000015266

Exhibit 2 - continued

Specimen 37H-440:

In hand specimen this is predominantly a dark greenish black, foliated rock with some rather large, lighter colored, greenish gray seams up to 1.0 cm wide.  These seams appear to be predominantly carbonate.

In thin section the rock consists mostly of fine-grained foliated talc and/or chlorite particles with a fairly large percentage of intermixed, lineated platy-talc particles.  These platy-talc grains tend to parallel the schistosity of the host rock.  A moderate to minor amount of carbonate was noted.  The carbonate occurred both as large particles showing much embayment of the fine-grained host rock and as finer-grained granulated eyes subparallel to the schistosity of the host rock.  This rock may be classified as a marble schist showing a minor degree of augen structure.

A-65

J&J-0005280

Protected Document--Subject to Protective Order                    JNJAZ55_000015267

Exhibit 2 - continued

Specimen 37H-450:

In hand specimen this is a foliated, predominantly greenish black rock that exhibits curved mineral training of grayish black seams around greenish gray eyes ranging from 1.0 mm to 9.0 mm.

In thin section the rock consists primarily of fine-grained talc and/or chlorite particles that exhibit a foliated texture. There are some linear platy-talc grains intermixed with, and following the foliated nature of the fine-grained host rock. Some seams of predominantly talc and some seams of predominantly chlorite were noted. A moderate amount of carbonate occurred as variable-sized eyes scattered throughout the slide. Curved mineral training of the host rock around these particles is evident. Many of the carbonate particles are fractured and eroded and many show embayments of the fine-grained talc and/or chlorite. Some platy-talc grains were noted as inclusions in the carbonate particles. The greenish-gray eyes noted in hand specimen must be the carbonate particles noted in this section. The greenish color may be due to some degree of serpentinization of the rock. This rock may be classified as an augen marble schist or, if truly serpentinized, as a verde antique.

A-66

J&J-0005281

Protected Document--Subject to Protective Order

JNJAZ55_000015268

Exhibit 2 - continued

Specimen 37H-451:

In hand specimen this rock had a very similar appearance to 37H-450.

In thin section the rock had the same general appearance as 37H-450.  There was one seam noted in the rock that was filled with a ribbon-like mass of platy talc.  On either side of this platy-talc seam the schistose groundmass was much denser than in the rest of the host rock (Photomicrograph 14).  It could not be ascertained optically whether this zone was higher in talc or chlorite than the surrounding host rock.  This rock may be classified as an augen marble schist or, if truly serpentinized, possibly a verde antique.

A-67

J&J-0005282

Protected Document--Subject to Protective Order                                    JNJAZ55_000015269



Photomicrograph No. 14.  Specimen 37H-451 showing
ribbon-like platy talc seam (A) surrounded by
dense zones of fine grained schistose talc and/or
chlorite (B).

Scale                          Crossed polarizers

0.1 mm

A-68

J&J-0005283

Protected Document--Subject to Protective Order

JNJAZ55_000015270

Exhibit 2 ~ continued

Specimen 37H-452:

   In hand specimen this is predominantly a greenish black schistose rock in which there is some degree of curved mineral training around some greenish gray carbonate eyes ranging in size from 2.0 mm to 1.0 cm. Some thin grayish black seams are present that parallel the foliation and tend to be concentrated at the contacts between the phenocrysts and the host rock.

   In thin section the host rock consists of fine-grained foliated talc and/or chlorite particles. Curved mineral training around larger carbonate particles is evident. A few elongated platy-talc laths were noted that parallel the foliation of the finer particles. The carbonate occurred as a moderate to minor amount of variable-sized particles. Most larger grains showed much embayment of the finer-grained host rock. Some granulated carbonate eyes were noted that tended to subparallel the lineation of the host rock. Some thin chlorite seams were present. These seams tended to be concentrated at the contacts of the carbonate particles and the host rock. This rock may be classified as an augen marble schist.

A-69

J&J-0005284

Protected Document--Subject to Protective Order                    JNJAZ55_000015271

Exhibit 2 - continued

Specimen 37H-453:

In hand specimen this is predominantly a grayish black rock in which schistosity is finely defined. There are several variable sized seams of light bluish gray material in the rock that tend to parallel the schistosity. These seams range from 0.1 mm to 6.0 mm in width.

The thin section of this rock was too thin and much plucking out of grains was noted. What was left consisted of variable-sized carbonate particles intermixed with fine-grained lineated talc and/or chlorite particles. This rock, based upon the above data, may be classified as a verde antique.

A-70

J&J-0005285

Protected Document--Subject to Protective Order

JNJAZ55_000015272

Exhibit 2 - continued

Specimen 37H-481:

In hand specimen this is a dark grey to greenish black rock exhibiting a finely defined schistose structure.  There are some indistinct light greenish gray seams in the rock ranging up to 8.0 mm wide.  Some indistinct, light greenish gray carbonate particles are scattered throughout the rock.  These carbonate particles range in size from 1.0 mm to 3.0 mm.

In thin section the rock consists of a felty, unfoliated mass of fine grains that appear to be mainly chlorite.  Some zones that appear richer in talc were noted.  Some elongate platy-talc grains were noted that generally followed the folia-tion of the rock.  A minor amount of carbonate was noted both as isolated crystals and as granulated seams subparallel to the foliation of the host rock.  Very few instances were noted in which the groundmass tended to actually "mineral train" around the carbonate particles.  A minor amount of dark opaques were noted as interstitial fillings and as isolated grains.  This rock may be classified as a chlorite schist.

A-71

J&J-0005286

Protected Document--Subject to Protective Order          JNJAZ55_000015273

Exhibit 2 - continued

Specimen 37H-485:

In hand specimen this is a predominantly grayish black to greenish black rock exhibiting a finely defined schistose struc- ture.   Numerous light greenish gray phenocrysts, ranging from 1.0 to 2.0 mm are noted dispersed throughout the rock.

In thin section the rock had the same general appearance as 37H-481 only showing a larger number of carbonate eyes.   Curved mineral training of the fine-grained host rock around these eyes was not well defined.   This rock may be classified as a chloritic marble schist.

A-72

J&J-0005287

Protected Document--Subject to Protective Order

JNJAZ55_000015274

Exhibit 2 - continued

Specimen 37H-485:

    In hand specimen this is a predominantly grayish black to greenish black rock exhibiting a finely defined schistose structure.  Numerous light greenish gray phenocrysts, ranging from 1.0 to 2.0 mm are noted dispersed throughout the rock.

    In thin section the rock had the same general appearance as 37H-481 only showing a larger number of carbonate eyes. Curved mineral training of the fine-grained host rock around these eyes was not well defined.  This rock may be classified as a chloritic marble schist.

A-73

J&J-0005288

Protected Document--Subject to Protective Order

JNJAZ55_000015275

Exhibit 2 - continued

Specimen 37H-487:

In thin section this rock has the same general appearance as 37H-485.  One distinct light greenish gray seam 3.0 to 8.0 mm wide is present that appears to be perpendicular to the finely defined schistose texture of the rock.

In thin section the rock consists of a felty, subfoliated matrix of fine-grained talc and/or chlorite particles.  Included in this felty groundmass are irregular inclusions composed of fine-grained talc and/or chlorite and a moderate amount of carbonate particles (Photomicrograph 15). A very minor degree of curved mineral training of the fine-grained host rock around the carbonate particles and the fine-grained talc and/or chlorite inclusions was noted.  This rock may be classified as a chloritic talc marble schist cut by a vein which is predominantly talcose.

A-74

J&J-0005289

Protected Document--Subject to Protective Order                        JNJAZ55_000015276



Photomicrograph No. 15.  Specimen 37H-487 showing
irregularly shaped particles composed of fine
grained talc and/or chlorite (B) set in the
felty, sub-foliated host rock matrix (A).

Scale                          Crossed polarizers

0.1 mm

A-75

Protected Document--Subject to Protective Order

Exhibit 2 - continued

Specimen 37H-490:

In hand specimen this rock is very similar to 37H-485 except it contains many more carbonate particles. One light greenish gray seam about 3.0 mm wide cuts the rock parallel to the finely defined schistose texture.

In thin section this rock is very similar to 37H-487. There are a few more inclusions composed of fine-grained talc and/or chlorite and a few more carbonate particles. The 3.0 mm light greenish gray seam noted in the hand specimen analysis consists of an intermixture of fine-grained talc and chlorite (talc probably predominates) in a schistose texture. This rock may be classified as a chlorite-talc marble schist cut by a vein that is predominantly talcose.

A-76

J&J-0005291

Protected Document--Subject to Protective Order

JNJAZ55_000015278

Exhibit 2 - continued

<u>Specimen 37H-491</u>:

In hand specimen one-half of this rock is a dense grayish black rock containing some light greenish gray phenocrysts about 1.0 mm to 3.0 mm in diameter.  Some thin light greenish gray seams that give the rock an augen type appearance were noted. The other half of the rock consists of irregular large blebs of light greenish gray carbonate shot through with thin, dark grayish black seams.  These darker seams in the lighter portion of the rock are randomly oriented.

In thin section the darker portion of the rock appears very similar to 37H-490 but curved mineral training is much better defined.  The lighter area consists of variable-sized carbonate particles.  In this carbonate area, fine-grained gnarled seams of what appear to be predominantly chlorite with some talc occur between the carbonate grains.  Gnarled and twisted seams of chlorite occur at the contact between the carbonate and the darker foliated rock.  This rock may be classified as a contact zone between a chloritic marble schist and a chloritic schistose marble.

A-77

J&J-0005292

Protected Document--Subject to Protective Order                                    JNJAZ55_000015279

Exhibit 2 - continued

Specimen 37H-504:

In hand specimen this is a grayish black foliated rock that has a greenish gray inclusion about 8.0 mm wide and a light greenish gray carbonate eye about 1.0 cm wide.  Some smaller greenish gray particles are scattered throughout the slide. There are some concentrations of thin darker seams along the carbonate contacts.

The thin section of this specimen was unusable for identification.  However, based upon the hand specimen analysis, this rock may be classified as a chloritic marble schist.

A-78

J&J-0005293

Protected Document--Subject to Protective Order                                         JNJAZ55_000015280

Exhibit 2 - continued

Specimen 37H-512:

In thin section this is a foliated rock containing numerous irregular carbonate eyes that range in size from 1.0 mm to 1.0 cm. These carbonate eyes are surrounded by grayish black and greenish black curved mineral trains that give the rock an augen type of appearance.

In thin section the rock consists of granulated carbonate particles shot through and surrounded by fine-grained, foliated chlorite and/or talc. The fine-grained material is in curved mineral trains around the carbonate particles. Some elongated platy-talc grains were noted in the fine-grained portion of the rock in which they parallel the foliation. This rock may be classified as a schistose marble.

A-79

J&J-0005294

Protected Document--Subject to Protective Order

JNJAZ55_000015281

Exhibit 2 – continued

Specimen 38H-404:

In hand specimen this is an aphanitic, medium greenish gray, dense rock in which foliation could not be defined.

In thin section this rock has a similar appearance to the weathered basalt described in 35H-153.  There was a lesser amount of dark opaque fine-grained material making the felty groundmass of tiny feldspar laths more obvious.

This rock may be classified as a basalt.

A-80

J&J-0005295

Protected Document--Subject to Protective Order                    JNJAZ55_000015282

Exhibit 2 - continued

Specimen 39H-458:

    In hand specimen this is predominantly grayish black foliated rock.  There are a few very thin lighter colored seams in the rock that occur parallel to the foliation.

    In thin section the majority of the rock consists of a fine-grained foliated matrix of chlorite and/or talc.  There are some stringers and lineated blebs of platy talc dispersed throughout the slide. A few thin, definitely chloritic seams were noted. A minor amount of carbonate was noted as isolated crystals containing inclusions of platy talc and fine-grained talc and/or chlorite.  This rock may be classified as a chlorite-talc schist.

A-81

J&J-0005296

Protected Document--Subject to Protective Order

Exhibit 2 - continued

Specimen 39H-532:

In hand specimen this rock contains greenish gray carbonate eyes surrounded by curved mineral trains of a grayish black foliated material.

In thin section this rock had the same general host rock appearance as 39H-458 but contained more curved mineral training around carbonate particles, lesser platy talc and more carbonate eyes.  This rock may be classified as a chlorite-talc augen marble schist.

A-82

J&J-0005297

Protected Document--Subject to Protective Order

JNJAZ55_000015284

Exhibit 2 - continued

Specimen 39H-534:

In hand specimen this rock is similar to 39H-532 except it contains more and larger eyes and stringers of greenish gray carbonate and lesser amounts of curved mineral trained grayish black schistose material.

In thin section this rock appears similar to 39H-532 but contains more carbonate and lesser areas of foliated fine-grained chlorite and/or talc. The carbonate ranges from extremely large grains showing embayment of the fine-grained chlorite and/or talc to granulated seams and eyes that parallel the foliation of the rock. This rock may be classified as a schistose augen marble.

A-83

J&J-0005298

Protected Document--Subject to Protective Order

JNJAZ55_000015285

Exhibit 2 - continued

<u>Specimen 39H-544</u>:

In hand specimen this rock contains a large percentage of greenish gray carbonate blebs and eyes ranging from 1.0 cm to over 2.5 cm set in a minor amount of finely defined, schistose, grayish black material.

In thin section this rock is very similar to 39H-534 except there is much more carbonate material and much less fine-grained, foliated, chlorite and/or talc.  This rock may be classified as a schistose augen marble.

A-84

Protected Document--Subject to Protective Order

J&J-0005299

JNJAZ55_000015286

Exhibit 80

# COLORADO SCHOOL OF MINES RESEARCH INSTITUTE

P.O. BOX 112

GOLDEN, COLORADO 80401

June 30, 1971

Mr. Wm. H. Ashton                                          390517
Johnson & Johnson
Research Center
Research and Development
New Brunswick, New Jersey 08901

Dear Mr. Ashton:

Based upon x-ray diffraction and microscopical analyses of the Vermont finished product plant run sample, 344-L, and six monthly Vermont finished product samples only very trace amounts of tremolite-actinolite were identified.

No other forms of nontalc minerals approaching asbestos types were identified.

Sincerely,

*M. G. Pattengill*

M. G. Pattengill
Project Engineer

/laj

*Mineral Industry Research*

Protected Document--Subject to Protective Order                                          JNJAZ55_000006060