UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>_Erickson_ vs. _Johnson & Johnson, et al._<br>Case No.: 3:23-cv-4656 | MDL NO. 2738 (FLW) (LHG) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Janice Erickson

This 15 day of August, 2023.

                                                   Respectfully submitted,

                                                   Law Offices of Donald G. Norris,
                                                   A Law Corporation

                                 By:    _/s/ Donald G. Norris_
                                                 Donald G. Norris, CA Bar No. 90000
                                                 3055 Wilshire Boulevard, Ste. 980
                                                 Los Angeles, CA 90010
                                                 213-487-8880 telephone
                                                 213-487-8884 facsimile
                                                 dnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 8th day of March, 2023, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

            /s/ Taurin Robinson
            Taurin Robinson