**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>_____Lipe_____ vs. Johnson & Johnson, et al.<br>Case No.:         3:23-cv-4667 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Sharon Lipe.

This  15  day of     August    ,   2023    .

                                                Respectfully submitted,

                                                Law Offices of Donald G. Norris,
                                                A Law Corporation

By:    */s/ Donald G. Norris*
          Donald G. Norris, CA Bar No. 90000
          3055 Wilshire Boulevard, Ste. 980
          Los Angeles, CA 90010
          213-487-8880 telephone
          213-487-8884 facsimile
          dnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 8th day of March, 2023, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

              /s/ Taurin Robinson
              Taurin Robinson