# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:*<br>*Elizabeth DeCarlo and Ernie DeCarlo, w/h v. Johnson & Johnson, et al.*<br>Member Case No: 3:23-cv-04519-MAS-RLS_____ | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 15, 2023 on behalf of Plaintiffs, Elizabeth DeClarlo and Ernie DeCarlo, w/h.

**DATED:** 8/16/23

Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB SPIRT GRUNFELD**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golomblegal.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, Esquire hereby certify that on this 16th day of August, 2023, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:   8/16/23**

                                                      */s/ Richard M. Golomb*
                                                    Richard M. Golomb, Esquire
                                                    **GOLOMB SPIRT GRUNFELD**
                                                    1835 Market Street, Suite 2900
                                                    Philadelphia, PA  19103
                                                    Phone: (215) 985-9177
                                                    Fax:    (215) 985-4169
                                                    Email:  rgolomb@golomblegal.com

                                                    *Attorney for Plaintiff*