UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Jean Marie Brown<br><br>       Plaintiffs,<br>v.<br><br>Johnson & Johnson, et al.<br>       Defendants. | MDL No. 2738 (FLW) (LHG)<br>Civil No. 3:16-md-2738-FLW-LHG<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:23-cv-04730 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 16, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

                 Respectfully Submitted by,

                 /s/ Randi Kassan
                 MILBERG COLEMAN BRYSON
                 PHILLIPS GROSSMAN, PLLC
                 Randi A. Kassan, Esq.
                 100 Garden City Plaza, Suite 500
                 Garden City, NY 11530
                 Tel: (516) 741-5600
                 Fax: (516) 741-0128
                 rkassan@milberg.com

                 **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel to all parties on the date indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: /s/ Randi Kassan
Randi Kassan, Esq.
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@milberg.com

*Counsel for Plaintiff*