MOLL LAW GROUP
180 N Stetson Ave 35th Floor
Chicago, IL 60601
P: 312.462.1700
*Attorneys for Plaintiff Theresa Hammond*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Theresa Hammond v. Johnson & Johnson et al.<br>Case No. 3:23-cv-04701-MAS-RLS | Civil No. 3:16-md-2738-MAS-RLS |

### **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 16, 2023 on behalf of Plaintiff Theresa Hammond.

                                             */s/ Valeria F. Benitez*
                                             Valeria F. Benitez
                                             MOLL LAW GROUP
                                             180 N Stetson Ave 35th Floor
                                             Chicago, IL 60601
                                             P: 312.462.1700
                                             F: 312.756.0045
                                             vbenitez@molllawgroup.com
                                             info@molllawgroup.com

                                             *Attorneys for Plaintiff Theresa Hammond*

Dated: August 16, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                           */s/ Valeria F. Benitez*
                                           Valeria F. Benitez

                                           MOLL LAW GROUP