MOLL LAW GROUP
180 N Stetson Ave 35th Floor
Chicago, IL 60601
P: 312.462.1700
*Attorneys for Plaintiff Krystyna Kopera*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Krystyna Kopera v. Johnson & Johnson et al.<br>Case No. 3:23-cv-04705-MAS-RLS | Civil No. 3:16-md-2738-MAS-RLS |

### **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 16, 2023 on behalf of Plaintiff Krystyna Kopera.

                                                         */s/ Valeria F. Benitez*
                                                         Valeria F. Benitez
                                                         MOLL LAW GROUP
                                                         180 N Stetson Ave 35th Floor
                                                         Chicago, IL 60601
                                                         P: 312.462.1700
                                                         F: 312.756.0045
                                                         vbenitez@molllawgroup.com
                                                         info@molllawgroup.com

                                                         *Attorneys for Plaintiff Krystyna Kopera*

Dated: August 16, 2023

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 16, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

               */s/ Valeria F. Benitez*
               Valeria F. Benitez

               MOLL LAW GROUP