NIGH GOLDENBERG RASO & VAUGHN, PLLC
14 Ridge Square NW, Third Floor
Washington, DC  20016
(202) 792-7927
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Berry v. Johnson & Johnson, et al.*<br><br>Case No. 3:23-cv-04717-MAS-RLS | Civil No. 3:16-md-2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 16, 2023 on behalf of Plaintiff Lisa Berry.

/s/ *Ashleigh E. Raso*
Ashleigh E. Raso
Ava Marie M. Cavaco
NIGH GOLDENBERG RASO & VAUGHN, PLLC
14 Ridge Square NW, Third Floor
Washington, DC  20016
Ph & Fax #: (202) 792-7927
araso@nighgoldenberg.com
acavaco@nighgoldenberg.com

Attorneys for Plaintiff

Dated:  August 17, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                 */s/ Ashleigh E. Raso*
                                                 Ashleigh E. Raso
                                                 NIGH GOLDENBERG RASO & VAUGHN, PLLC