# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Cheryl Johnson. v. Johnson & Johnson Consumer Inc, et al.*

*Case No. 3:23-cv-04885*

MDL NO. 2738 (FLW) (LHG)

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Cheryl Johnson.

This the 17th Day of August, 2023

         Respectfully submitted,

         BERNSTEIN LIEBHARD, LLP

       By: */s/ Daniel C. Burke*
         Daniel C. Burke
         10 East 40th Street
         New York, NY 10016
         Phone: 212/779-1414
         Fax: 212/779-3218
         dburke@bernlieb.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th Day of August, 2023.

*/s/ Daniel C. Burke*
Daniel C. Burke
10 East 40th Street New York, NY 10016
Phone: 212-779-1414
Fax: 212-779-3218
dburke@bernlieb.com