NIGH GOLDENBERG RASO & VAUGHN, PLLC
14 Ridge Square NW, Third Floor
Washington, DC  20016
(202) 792-7927
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Eckstrom Dorholt v. Johnson & Johnson, et al.*<br><br>Case No. 3:23-cv-04832-MAS-RLS | Civil No. 3:16-md-2738 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 17, 2023 on behalf of Plaintiff Mary Eckstrom Dorholt.

                                                                                                                   /s/ Ashleigh E. Raso
                                                                                                                    Ashleigh E. Raso
                                                                                                                    Ava Marie M. Cavaco
                                                                                                                    NIGH GOLDENBERG RASO & VAUGHN, PLLC
                                                                                                                    14 Ridge Square NW, Third Floor
                                                                                                                    Washington, DC  20016
                                                                                                                    Ph & Fax #: (202) 792-7927
                                                                                                                    araso@nighgoldenberg.com
                                                                                                                    acavaco@nighgoldenberg.com

                                                                                                                    Attorneys for Plaintiff

Dated:  August 17, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Ashleigh E. Raso*
      Ashleigh E. Raso
      NIGH GOLDENBERG RASO & VAUGHN, PLLC