**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Lyle Brown, Individually, And As Voluntary Administer Of The Estate Of Kimberly Brown (Deceased) V. JOHNSON & JOHNSON, ET AL.*<br><br>*Case No.: 3:23-cv-04790-MAS-RLS* | MDL NO. 2738 (FLW) (LHG) |

## CERTIFICATE OF ERRONEOUS SELCTION OF RESTRICTED ACCESS

PLEASE BE ADVISED, the Short Form Complaint filed on August 16, 2023, on behalf of the above captioned matter, was erroneously marked as confidential. Counsel respectfully requests that the restriction be removed.

This 17th Day of August, 2023

                                                                                                                         Respectfully submitted,

                                        By:    */s/Daniel C. Burke*
                                                           Daniel C. Burke
                                                           10 East 40th Street
                                                           New York, NY 10016
                                                           Phone: 212-779-1414
                                                           Fax: 212-779-321
                                                           dburke@bernlieb.com