UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ELIZABETH BRETT, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | MDL NO. 2738 <br> 3:16-md-2738-MAS-RLS <br><br><br> Case No. 3:23-cv-04357-MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 11, 2023, on behalf of Plaintiff ELIZABETH BRETT.

Dated: August 17, 2023                                Respectfully Submitted,

                                                      By:   /s/ *Mark P. Robinson, Jr.*
                                                                Mark P. Robinson, Jr.
                                                                19 Corporate Plaza Drive
                                                                Newport Beach, CA 92660
                                                                 949-720-1288 Phone
                                                                 949-720-1292 Facsimile
                                                                 mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that August 17, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.
