UNITED STATES DISTRICT COURT
DISTRICT OF NEWJERSEY

| | |
|---|---|
| IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Gerald McAulay, et al.*<br>*v.*<br>*Johnson & Johnson, et al.*<br><br>Case No.: 3:23-cv-4910 | CIVIL NO.: 3:16-MD-2738-MAS-RLS<br><br>JUDGE MICHAEL A. SHIPP<br><br>MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF FILING

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 17, 2023 on behalf of Plaintiffs Gerald McAulay and Carolee Ramos, individually and as personal representatives for the Estate of Mary McAulay, deceased.

Dated: August 17, 2023                                                        Respectfully Submitted by,

                                                                                            /s/ *Andrew F. Sullo*
                                                                                            SULLO & SULLO, LLP
                                                                                            2020 Southwest Fwy.
                                                                                            Suite 300
                                                                                            Houston, TX 77098
                                                                                            T: 713-839-9026
                                                                                            F: 713-335-0841
                                                                                            ASullo@sullolaw.com

                                                                                            *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2023, a copy of the forgoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com