UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> RICKEY MULLINS, <br><br>         Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br>         Defendants. | MDL NO. 2738 <br> 3:16-md-2738-MAS-RLS <br><br><br> Case No. 3:23-cv-04380-MAS-RLS |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 11, 2023, on behalf of Plaintiff RICKEY MULLINS.

Dated: August 17, 2023         Respectfully Submitted,

                    By:   /s/ *Mark P. Robinson, Jr.*
                        Mark P. Robinson, Jr.
                        19 Corporate Plaza Drive
                        Newport Beach, CA 92660
                        949-720-1288 Phone
                        949-720-1292 Facsimile
                        mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that August 17, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.