ALEX DAVIS LAW OFFICE PSC
445 Baxter Avenue, Ste. 275
Louisville, KY 40204
(502) 882-6000
*Attorney for Plaintiff Heather Dansby*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Heather Dansby v. Johnson & Johnson, Inc. et al.<br>Case No. 3:23-cv-4967 | Civil No. 3:16-md-2738-MAS-RLS |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 17, 2023 on behalf of Plaintiff Heather Dansby.

                                                          ALEX DAVIS LAW PSC

                                                          */s/ Alex C. Davis*
                                                          Alex C. Davis
                                                          445 Baxter Avenue, Ste. 275
                                                          Louisville, KY 40204
                                                          (502) 882-6000 Telephone
                                                          (502) 587-2007 Facsimile
                                                          alex@acdavislaw.com
                                                          *Attorney for Plaintiff*

Dated: August 17, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                               */s/ Alex C. Davis*
                                                              Alex C. Davis