**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**MICHELE CANOSA,** | **MDL No. 2738 (FLW) (LHG)**<br>**JUDGE MICHAEL A. SHIPP**<br>**MAG. JUDGE LOUIS H. GOODMAN**<br><br>**CIVIL ACTION No.** 3:23-cv-04873-MAS-RLS |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 17, 2023, on behalf of Plaintiff, Michele Canosa.

Dated:  August 17, 2023            Respectfully Submitted by:

                By: */s/ Betsy J. Barnes*
                Betsy J. Barnes LA Bar 19473
                John C. Enochs LA Bar 22774
                601 Poydras Street, 24th Floor
                New Orleans, LA 70130
                Telephone: (504) 262-9953
                Facsimile: (833) 277-4214
                bbarnes@morrisbart.com
                jenochs@morrisbart.com

                *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2023, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  August 17, 2023                Respectfully Submitted by:


By: */s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com