UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>PATRICIA KEELER,<br><br>                Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>                Defendants. | MDL NO. 2738<br>3:16-md-2738-MAS-RLS<br><br><br><br>Case No. 3:23-cv-04383-MAS-RLS |

**NOTICE OF FILING SHORT FORM COMPLAINT**

     Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 11, 2023, on behalf of Plaintiff PATRICIA KEELER.

Dated: August 17, 2023                Respectfully Submitted,

                                               By:  /s/ *Mark P. Robinson, Jr.*
                                                    Mark P. Robinson, Jr.
                                                    19 Corporate Plaza Drive
                                                    Newport Beach, CA 92660
                                                    949-720-1288 Phone
                                                    949-720-1292 Facsimile
                                                    mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that August 17, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

>  /s/ *Mark P. Robinson Jr.*
> MARK P. ROBINSON, JR.