## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**TAMARA MANLEY,** | MDL No. 2738 (FLW) (LHG)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. 3:23-cv-04900-MAS-RLS |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 17, 2023, on behalf of Plaintiff, Tamara Manley.

Dated: August 17, 2023                Respectfully Submitted by:

                                                  By: */s/ Betsy J. Barnes*
                                                  Betsy J. Barnes LA Bar 19473
                                                  John C. Enochs LA Bar 22774
                                                  601 Poydras Street, 24th Floor
                                                  New Orleans, LA 70130
                                                  Telephone: (504) 262-9953
                                                  Facsimile: (833) 277-4214
                                                  bbarnes@morrisbart.com
                                                  jenochs@morrisbart.com

                                                  *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2023, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  August 17, 2023                                Respectfully Submitted by:


By: */s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com