UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ANGELA LOWE,<br><br>     Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>     Defendants. | MDL NO. 2738<br>3:16-md-2738-MAS-RLS<br><br><br>Case No. 3:23-cv-04511-MAS-RLS |

**NOTICE OF FILING SHORT FORM COMPLAINT**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 14, 2023, on behalf of Plaintiff ANGELA LOWE.

Dated: August 17, 2023      Respectfully Submitted,

               By: /s/ *Mark P. Robinson, Jr.*
                 Mark P. Robinson, Jr.
                 19 Corporate Plaza Drive
                 Newport Beach, CA 92660
                 949-720-1288 Phone
                 949-720-1292 Facsimile
                 mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that August 17, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

 /s/ *Mark P. Robinson Jr.*
 MARK P. ROBINSON, JR.