SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG  JUDGE MICHAEL A. SHIPP |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE RUKHSANAH SINGH |
| *Terry Steely, Individually and as Administrator of the Estate of Beth A. Steely v. Johnson & Johnson, et al.*  *Case No.  3:23-cv-4841* | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 17, 2023 on behalf of Plaintiff Terry Steely, Individually and as Administrator of the Estate of Beth A. Steely.

Dated: August 18, 2023

Respectfully Submitted,

/s/ John J. Foley
John J. Foley
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone:  618.259.2222
Facsimile:   618.259.2251
jfoley@simmonsfirm.com
tmiracle@simmonsfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 18th day of August, 2023 to all parties of interest.

/s/ John J. Foley
John J. Foley