## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| SHERI M. WILSON, | |
| Plaintiff, | Civil Action No.: 3:23-cv-05682 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; JOHNSON & JOHNSON HOLDCO (NA) INC.; JANSSEN PHARMACEUTICALS, INC.; LTL MANAGEMENT, LLC AND KENVUE, INC. | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 21st

day of August 2023 on behalf of SHERI M. WILSON.


Dated:  8/21/2023                                  Respectfully Submitted by,

                                                    /s/ W. Cameron Stephenson
                                                   W. Cameron Stephenson
                                                   Florida Bar No.: 0051599
                                                   LEVIN, PAPANTONIO, RAFFERTY,
                                                   PROCTOR, BUCHANAN, O'BRIEN, BARR,
                                                   MOUGEY, P.A.
                                                   316 South Baylen Street, Suite 600
                                                   Pensacola, FL 32502
                                                   Telephone: (850) 435-7186

Facsimile: (850) 436-6186
Email: cstephenson@levinlaw.com
ATTORNEY FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August 2023, a copy of the forgoing Notice of

Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by

operation of the Court's electronic filing system to all parties indicated on the electronic filing

receipt.  Parties may access this filing through the Court's system.

*/s/ W. Cameron Stephenson*