UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>MARY ALICE HOLLAND,<br><br>                Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON CONSUMER, INC.;<br>JOHNSON & JOHNSON HOLDCO (NA) INC.;<br>JANSSEN PHARMACEUTICALS, INC.;<br>LTL MANAGEMENT, LLC AND<br>KENVUE, INC.<br>                Defendants. | MDL No. 2738 (FLW) (LHG)<br><br>Civil Action No.: 3:23-cv-05679<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 21st day of August 2023 on behalf of MARY ALICE HOLLAND.

Dated: 8/21/2023                        Respectfully Submitted by,

                                                      */s/ W. Cameron Stephenson*
                                                      W. Cameron Stephenson
                                                      Florida Bar No.: 0051599
                                                      LEVIN, PAPANTONIO, RAFFERTY,
                                                      PROCTOR, BUCHANAN, O'BRIEN, BARR,
                                                      MOUGEY, P.A.
                                                      316 South Baylen Street, Suite 600
                                                      Pensacola, FL 32502
                                                      Telephone: (850) 435-7186

Facsimile: (850) 436-6186
Email: cstephenson@levinlaw.com
ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of August 2023, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                                                              <u>/s/ W. Cameron Stephenson</u>