UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>EDWARD WRIGHT ON BEHALF OF DIANE STOKES, | MDL No. 2738 (FLW) (LHG)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOUIS H. GOODMAN<br><br>CIVIL ACTION No. |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 21, 2023, for Plaintiff, Edward Wright on behalf of Diane Stokes.

Dated: August 21, 2023

Respectfully Submitted by:

By: */s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2023, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  August 21, 2023                     Respectfully Submitted by:


                                            By: */s/ Betsy J. Barnes*
                                            Betsy J. Barnes LA Bar 19473
                                            John C. Enochs LA Bar 22774
                                            601 Poydras Street, 24th Floor
                                            New Orleans, LA 70130
                                            Telephone: (504) 262-9953
                                            Facsimile: (833) 277-4214
                                            bbarnes@morrisbart.com
                                            jenochs@morrisbart.com