# UNITED STATES DISTRICT COURT FOR THE
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-MAS-LHG<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>**SHIRLEY BARTSCHI** v. JOHNSON & JOHNSON, et al. | Civil Case No. 3:20-cv-11712-MAS-LHG |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a), the undersigned counsel hereby gives notice of the death of the Plaintiff, Shirley Bartschi. Ms. Bartschi died on May 1, 2021, due to ovarian cancer.

By way of Motion for Substitution of Party and Leave to Amend Short Form Complaint, and pursuant to Fed. R. Civ. P. 25(a), Ms. Bartschi's daughter, Kimberly Johanatha Toti Peterson, and son, Derek Jason Floyd Toti, as her successors in interest, will request to be substituted in this action as Plaintiffs and amend the short Form Complaint to convert this case to a wrongful death claim.

Dated:   August 21, 2023                                      Respectfully submitted,

                                                                                       */s / Clarissa E. Kearns*
                                                                                       Clarissa E. Kearns

CA State Bar # 244732
Walker, Hamilton & Kearns LLP
50 Francisco Street, Ste. 460
San Francisco, CA 94133
P: (415) 986-3339
F: (415) 986-1618
Email: clarissa@whk-law.com

*Counsel for Plaintiff Shirley Bartschi, deceased*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 21, 2023, this document was filed and electronically served by way of the CM/ECF filing system. Notice of this filing will be served on all parties of record by operation of the ECF system and parties may access the filing through the ECF system.

*/s / Clarissa E. Kearns*
Clarissa E. Kearns
