# UNITED STATES DISTRICT COURT FOR THE
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-MAS-LHG<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>**DIANA LYNN LIPTON** v. JOHNSON & JOHNSON, et al. | Civil Case No. 3:20-cv-03797-MAS-LHG |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a), the undersigned counsel hereby gives notice of the death of the Plaintiff, Diana Lynn Lipton. Ms. Lipton died on December 8, 2022, of ovarian cancer. By way of Motion for Substitution of Party and Leave to Amend Short Form Complaint, and pursuant to Fed. R. Civ. P. 25(a), Ms. Lipton's sisters, Evelyn Willner, Heidi Moxon Morishita, and Linda Moxon, and brother, Bennett Moxon, as her successors in interest, will request to be substituted in this action as Plaintiffs and amend the short Form Complaint to convert this case to a wrongful death claim.

Dated:   August 21, 2023

Respectfully submitted,

*/s / Clarissa E. Kearns*
Clarissa E. Kearns
(CA State Bar No. 244732)
Walker, Hamilton & Kearns LLP

50 Francisco Street, Ste. 460<br>
San Francisco, CA 94133<br>
P: (415) 986-3339<br>
F: (415) 986-1618<br>
Email:   clarissa@whk-law.com

*Counsel for Plaintiff Diana Lynn Lipton, Deceased*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 21, 2023, this document was filed and electronically served by way of the CM/ECF filing system.   Notice of this filing will be served on all parties of record by operation of the ECF system and parties may access the filing through the ECF system.

*/s / Clarissa E. Kearns*<br>
Clarissa E. Kearns