**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**IN RE: JOHNSON & JOHNSON TALCUM**

**POWDER PRODUCTS MARKETING, SALES**

**PRACTICES AND PRODUCTS LIABILITY**

**LITIGATION**

MDL No. 16-2738 (FLW) (LHG)
JUDGE FREDA L. WOFLSON
MAG. JUDGE LOIS H. GOODMAN

Case No.: __3:23-cv-6176__

MARY SUSAN BUNKER AND GEORGE BUNKER, HER HUSBAND,

Plaintiffs,

v.

Johnson & Johnson, et al.,
Defendants.

DIRECT FILED ACTION

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on __August 21__, 20 __23__, on behalf of Plaintiff __Mary Susan Bunker and George Bunker, her husband__.

/s/ *C. Edward Amos, II*

Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
Jason P. Foster, Esq. (WV Bar# 10593)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com

Dated: __August 22, 2023__

## CERTIFICATE OF SERVICE

I hereby certify that on ___August 22, 2023___, a copy of the foregoing NOTICE OF FILING was

filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by

operation of the Court's electronic filing system to all parties indicated on the electronic filing

receipt. Parties may access this filing through the Court's system.

/s/ *C. Edward Amos, II*

Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
Jason P. Foster, Esq. (WV Bar #10593)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com

2