**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Kenneth J. Haugh v. Johnson & Johnson, et al.<br>Case No. 3:23-cv-06327 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 21, 2023 on behalf of Plaintiff Kenneth J. Haugh, as Executor of the Estate of Carol Ann Haugh and Individually.

                                                           */s/ Brian J. McCormick, Jr.*
                                                           Brian J. McCormick, Jr.
                                                           ROSS FELLER CASEY, LLP
                                                           One Liberty Place
                                                           1650 Market St., 34th floor
                                                           Philadelphia, PA  19103
                                                           215-570-2000
                                                           bmccormick@rossfellercasey.com

Dated: August 21, 2023                               Attorney for Plaintiff Kenneth J. Haugh

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Brian J. McCormick, Jr.*
      Brain J. McCormick, Jr.

      ROSS FELLER CASEY, LLP