UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br><u>Cindy Herbolsheimer</u><br><br>        Plaintiffs,<br>v.<br><br><u>Johnson & Johnson, et al.</u><br>        Defendants. | MDL No. 16-2738 (MAS) (RLS)<br><br><br><br>Civil Action No.: 3:23-cv-07272 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

               Respectfully Submitted by,

               <u>/s/ Randi Kassan</u>
               Randi A. Kassan, Esq.
               MILBERG COLEMAN BRYSON
               PHILLIPS GROSSMAN, PLLC
               100 Garden City Plaza, Suite 500
               Garden City, NY 11530
               Tel: (516) 741-5600
               Fax: (516) 741-0128
               rkassan@milberg.com

               **Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2023, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel to all parties on the date indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By:  /s/ Randi Kassan
Randi A. Kassan, Esq.
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@milberg.com

**Counsel for Plaintiff**