# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Robert Morgenstern, et al. v. Johnson & Johnson, et al., Civil No. 3:23-cv-07564 | Civil No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2023 on behalf of Plaintiff Robert Morgenstern, individually and as successor in interest to Diana Lynn Morgenstern (deceased).

DATED: August 22, 2023                                BISNAR|CHASE LLP

                                                                           By:   /s/ Michael K. Teiman
                                                                                     BRIAN D. CHASE
                                                                                     MICHAEL K. TEIMAN
                                                                                     *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        BISNAR|CHASE LLP

By:   /s/ Michael K. Teiman
        BRIAN D. CHASE
        MICHAEL K. TEIMAN