# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (MAS) (RLS)** |
| This document relates to: 3:23-cv-8041 *Montalbano v. Johnson & Johnson, et al* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on August 23, 2023 on behalf of Peggy Montalbano.

Dated: August 23, 2023

Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
joelyshernandez@nsprlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  August 23, 2023

                  */s/ Joelys Hernandez*
                  Joelys Hernandez, Esq.
                  NS PR LAW SERVICES LLC
                  1302 Ave. Ponce De Leon
                  Santurce, PR 00907
                  Telephone: (212) 397-1000
                  Facsimile: (646) 927-1676
                  joelyshernandez@nsprlaw.com

                  *Attorneys for Plaintiff*