BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Denis Moore, Sr. o/b/o Pauline Moore, deceased*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Denis Moore, Sr., Individually and as Executor of the Estate of Pauline Moore, deceased v. Johnson & Johnson, et al.<br>Case No. 3:23-cv-08301 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 23, 2023 on behalf of Plaintiff Denis Moore, Sr. o/b/o Pauline Moore, deceased.

                    */s/ Brittany S. Scott*
                    Brittany S. Scott
                    BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                    218 Commerce Street
                    Montgomery, Alabama 36104
                    (800) 898-2034 Telephone
                    (334) 954-7555 Facsimile
                    Brittany.Scott@BeasleyAllen.com

                    Attorneys for Plaintiff Denis Moore, Sr. o/b/o Pauline Moore, deceased

Dated: August 23, 2023

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 23, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ Brittany S. Scott*
              Brittany S. Scott

              BEASLEY ALLEN CROW METHVIN
              PORTIS & MILES, P.C.