**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>CYNTHIA BARRY,<br><br>                Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; JOHNSON & JOHNSON HOLDCO (NA), INC.; LTL MANAGEMENT, LLC; JANSSEN PHARMACEUTICALS, INC. AND KENVUE, INC.,<br><br>                Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br><br><br>COMPLAINT AND JURY DEMAND<br><br><br>Civil Action No.:   3:23-cv-08423<br><br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) the Short Form Complaint and Jury Demand has been filed on the 23rd day of August, 2023 on behalf of CYNTHIA BARRY.

Dated:  08/23/2023

                                              Respectfully Submitted by,

                                               */s/ Anna B. Greenberg*
                                              Edward Blizzard, Esq. TBN 02495000
                                              Anna B. Greenberg, Esq. TBN 24089898
                                              5020 Montrose Blvd., Suite 410
                                              Houston, Texas 77006
                                              Tel:    (713) 844-3750
                                              Fax:    (713) 844-3755
                                              Email: eblizzard@blizzardlaw.com
                                              Email: agreenberg@blizzardlaw.com
                                              **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2023, a copy of the foregoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

    /s/   Anna B. Greenberg