UNITED SRATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL No. 2738 (FLW)(LHG) 3:16-MD-2738-FLW-LHG |
| This document relates to: Personal Representative, JULIA DIAMOND COX Of the Estate of LINDA MANN DIAMOND _____/ | Case No: 3:21-md-00004-FLW-LHG |

### NOTICE OF FILING
### AMENDED SHORT FORM COMPLAINT AND JURY DEMAND

**NOTICE IS HEREBY GIVEN** that the Plaintiff, **PERSONAL REPRESENTATIVE, JULIA DIAMOND COX OF THE ESTATE OF LINDA MANN DIAMOND,** by and through the undersigned counsel, hereby files this Notice of Filing Amended Short Form Complaint and Jury Demand, filed and dated August 23, 2023 pursuant to Case Management Order No. 3.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the Florida Courts ECF/PACER filing Portal sent via E-mail transmission to all participants registered to receive services in this MDL on this 23rd day of August, 2023 and overnighted to: Law Department, Johnson & Johnson Consumer, Inc., One Johnson & Johnson Plaza, New Brunswick, NJ 08933.

JUSTICE LAW
*Attorneys for Plaintiff*
8551 West Sunrise Boulevard, Suite 300
Plantation, FL  33322
T: 954-515-5656
F: 954-515-5657
E: justicepleadings@justiceinjurylawyer.com

By:  /s/ *Cam F. Justice*
     CAM F. JUSTICE
     Fla. Bar No. 119105
     ADAM D. BREIT

Fla. Bar No. 102541