UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>3:23-cv-08507-MAS-RLS | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on August 23, 2023, on behalf of Terri Samuels.

Dated: August 23, 2023,    THE LEVENSTEN LAW FIRM, PC

/s/ Scott Levensten
Scott D. Levensten, Esq.
2200 Renaissance Blvd, Suite 320
King of Prussia, PA 19406
T: 215-545-5600
F: 215-545-5156
SDL@LevenstenLawFirm.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in the MDL.

Dated: August 23, 2023

                                                    THE LEVENSTEN LAW FIRM, PC

                                                    /s/ Scott Levensten
                                                    Scott D. Levensten, Esq.
                                                    2200 Renaissance Blvd, Suite 320
                                                    King of Prussia, PA 19406
                                                    T: 215-545-5600
                                                    F: 215-545-5156
                                                    SDL@LevenstenLawFirm.com

                                                    Counsel for Plaintiff