# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738 |

**CASE MANAGEMENT ORDER \_\_\_\_ --  STATUS OF DECEASED PLAINTIFFS**

This matter having come before the Court upon the application of Defendants, the Plaintiffs having consented to same, and the Court having reviewed the matter,

IT IS ON THIS _____ day of _____, 2023,

**ORDERED THAT**:

1. This Order shall apply to all actions currently pending in this MDL only as of the date of this Order.

2. In the event that the Plaintiff is now deceased, counsel shall undertake actions as appropriate within **180 days** of entry of this Order:

    a. Counsel may file and serve a motion to substitute a proper party; or

    b. Counsel may file and serve a notice explaining why a proper party may not be substituted at this time.  Defendants may, within **15 days,** file and serve an opposition.

3. By allowing a case to continue beyond the deadline set forth in Paragraph 2 without undertaking further action, counsel for Plaintiffs affirm that the substitution of a party(s) is not necessary or required at the time of the deadline.

_____
THE HONORABLE MICHAEL A. SHIPP