# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|   |   |   |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To All Cases | ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 2738 |

**THIS MATTER** having been brought before the Court during the September \_\_\_, 2023 status conference, pursuant to the Court's August 2, 2021 Order regarding case-specific discovery for Stage Three cases, and for good cause shown;

**IT IS** on this \_\_\_ day of September, 2023,

**ORDERED** that the discovery deadlines set forth in the Court's August 2, 2021 Order are hereby amended as follows:

1. Pursuant to their discovery obligations, plaintiffs shall order and serve updated medical records, authorizations, and pathology materials for the cases in the Bellwether Trial Pool by **October 4, 2023**.

2. Plaintiffs shall serve, if necessary, supplemental and amended disclosures of all general and case-specific experts pursuant to Rule 26(a)(2)(A) and serve on Defendants' counsel the Rule 26(a)(2)(B) reports of all general and case-specific expert witnesses they may use at trial in any of the Stage Three cases on or before **November 15, 2023.**

3. Any depositions of Plaintiffs' expert witnesses shall be completed on or before **January 22, 2024**.

4. Defendants shall designate all general and case-specific experts pursuant to Rule 26(a)(2)(A) and serve on plaintiffs' counsel the Rule 26(a)(2)(B) reports of all general and case-specific expert witnesses they may use at trial in any of the Stage Three cases on or before **March 4, 2024**.

5. Any depositions of defendants' expert witnesses shall be completed by **April 15, 2024**.

   **IT IS FURTHER ORDERED** that:

6. Depositions of general causation experts may only be taken if the expert provides a supplemental report, in which case the deposition shall be limited to four hours of testimony time and may only address new material contained in the supplemental report.

7. Depositions of experts who address case-specific issues for individual plaintiffs in addition to providing new or supplemental reports on general causation shall be limited to a total of one day/seven hours of testimony unless the expert issues case-specific reports in three or more cases, in which case the deposition is limited to two days/14 hours of testimony time.

   **IT IS FURTHER ORDERED** that:

8. Dispositive motions, including any *Daubert* motions relating to case-specific and general expert opinions not previously addressed by the Court's April 27, 2020 *Daubert* opinion, shall be filed by **May 6, 2024**.

9. Oppositions to any dispositive or *Daubert* motions be filed by **June 5, 2024**.

10. Replies in further support of any dispositive or *Daubert* motions shall be filed by **June 26, 2024**.

    **IT IS FURTHER ORDERED** that:

11. Plaintiffs shall identify the case or the cases to be consolidated they propose for the first trial \_\_\_**days before the date of the first trial**.

12. Plaintiffs shall serve their final list of trial experts for the first bellwether trial

      **60 days before the date of the first trial**; defendants shall serve their final list of trial experts for the first bellwether trial **45 days before the date of the first trial**.

13. The parties shall file and serve the proposed Joint Final Pretrial Order no later than **30 days before the date of the first trial**.

 

_____

Hon. Michael A. Shipp
United States District Judge