SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE MICHAEL A. SHIPP |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE RUKHSANAH SINGH |
| *Roseann Brown v. Johnson & Johnson, et al* Case No.  3:23-cv-8352 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 23, 2023 on behalf of Plaintiff Roseann Brown.

Dated: August 24, 2023                                                              Respectfully Submitted,

                                                                                                        */s/ John J. Foley*
                                                                                                        John J. Foley
                                                                                                        Trent B. Miracle
                                                                                                        **SIMMONS HANLY CONROY**
                                                                                                        One Court Street
                                                                                                        Alton, IL 62002
                                                                                                        Telephone:  618.259.2222
                                                                                                        Facsimile:   618.259.2251
                                                                                                        jfoley@simmonsfirm.com
                                                                                                        tmiracle@simmonsfirm.com

                                                                                                        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 24th day of August, 2023 to all parties of interest.

*/s/ John J. Foley*
John J. Foley