## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**IN RE: JOHNSON & JOHNSON TALCUM**

**POWDER PRODUCTS MARKETING, SALES**

**PRACTICES AND PRODUCTS LIABILITY**

**LITIGATION**

TOMMY DOOLITTLE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DONNA GAYLE DOOLITTLE, DEC.,

Plaintiffs,

v.

Johnson & Johnson, et al.,
Defendants.

MDL No. 16-2738 (MAS) (RLS)
JUDGE MICHAEL A. SHIPP  MAG.
JUDGE RUKHSANAH L. SINGH

Case No.: _3:23-cv-9422_____

DIRECT FILED ACTION

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on ___August 24___, 20 _23_, on behalf of Plaintiff ___TOMMY DOOLITTLE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DONNA GAYLE DOOLITTLE, DEC.___.

_/s/Jason P. Foster_____
Scott S. Segal, Esq. (WV Bar# 4717)
Jason P. Foster, Esq. (WV Bar# 10593)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com

Dated: _August 24, 2023____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on<u>August 24, 2023</u>, a copy of the foregoing NOTICE OF FILING was

filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by

operation of the Court's electronic filing system to all parties indicated on the electronic filing

receipt. Parties may access this filing through the Court's system.

*/s/Jason P. Foster*
Scott S. Segal, Esq. (WV Bar# 4717)
Jason P. Foster, Esq. (WV Bar# 10593)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com
