UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> <u>Frances Armenta-Sandoval</u> <br>           Plaintiff, <br> v. <br><br><br> <u>Johnson & Johnson, et al.</u> <br>           Defendants. | MDL NO. 16-2738 (MAS) (RLS) <br> JUDGE MICHAEL A. SHIPP, presiding, RUKHSANAH L. SINGH, referral <br><br> COMPLAINT AND JURY DEMAND <br><br> *Civil Action No.:* 3:23: <u>9355</u> <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No.3 (Filing Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on August 24, 2023, on behalf of Frances Armenta-Sandoval.

Dated: August 24, 2023.    Respectfully submitted,

                                                          **DOMINGUEZ LAW FIRM**

                                                          By:<u>/s/ Paul M. Dominguez</u>
                                                          Paul M. Domingue, Esq.
                                                          2025 Rio Grande Blvd, N.W.
                                                          Albuquerque, New Mexico 87104
                                                          Telephone: (505) 850-5854
                                                          Facsimile (505) 796-5102
                                                          paul@dominguez.law
                                                          *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on the 24th day of August 2023.

<i><u>/s/ Paul M. Dominguez</u></i>