AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Betty Hyche | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-01118-MAS-RLS |
| Johnson & Johnson, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Betty Hyche.

Date: 08/24/2023

/s/ Donald G. Norris
*Attorney's signature*

Donald G. Norris, CA Bar No. 90000
*Printed name and bar number*

Law Offices of Donald G. Norris,
A Law Corporation
3055 Wilshire Blvd., Ste. 980
Los Angeles, CA 90010
*Address*

dnorrislaw@gmail.com
*E-mail address*

(213) 487-8880
*Telephone number*

(213) 487-8884
*FAX number*