UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**CAROL MUSCENTE,**<br><br>               Plaintiff, | MDL No. 2738 (FLW)(LHG)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>CIVIL ACTION No. 3:23-cv-09563-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 24, 2023 on behalf of the Plaintiff, Carol Muscente.

Dated: August 24, 2023.                                        Respectfully Submitted by,

                                                                                    By: /s/ Daniel J. Thornburgh
                                                                                     Daniel J. Thornburgh
                                                                                     Aylstock, Witkin, Kreis, & Overholtz
                                                                                     17 East Main Street, Suite 200
                                                                                     Pensacola, FL 32502
                                                                                     Telephone: 850-202-1010
                                                                                     Fax: 850-916-7449
                                                                                     dthornburgh@awkolaw.com
                                                                                     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

> By: /s/ Daniel J. Thornburgh
> Daniel J. Thornburgh
> Aylstock, Witkin, Kreis, & Overholtz
> 17 East Main Street, Suite 200
> Pensacola, FL 32502
> Telephone: 850-202-1010
> Fax: 850-916-7449
> dthornburgh@awkolaw.com
> *Attorney for Plaintiff*