**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

ANTHONY PAIGE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ELYSE M. PAIGE, DEC.,
Plaintiffs,

v.

Johnson & Johnson, et al.,
Defendants.

MDL No. 16-2738 (MAS) (RLS)
JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH

Case No.: 3:23-CV-9693

DIRECT FILED ACTION

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 08/24, 20 23, on behalf of Plaintiff ANTHONY PAIGE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ELYSE M. PAIGE, DEC..

/s/ *Jason P. Foster*
Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
Jason P. Foster, Esq. (WV Bar# 10593)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com; jason.foster@segal-law.com; edward.amos@segal-law.com

Dated: August 24, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Jason P. Foster

Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
Jason P. Foster, Esq. (WV Bar #10593)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
jason.foster@segal-law.com;
edward.amos@segal-law.com