**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Case Nos. 3:17-cv-123338; 3:17-cv-12342; 3:17-cv-12344; 3:17-cv-12346; and 3:20-cv-03434* | MDL NO. 16-2738 (MAS) (RSL) |

<u>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**</u>

PLEASE TAKE NOTICE that the Law Offices of James S. Rogers, counsel for Plaintiffs in Case Nos. 3:17-cv-123338; 3:17-cv-12342; 3:17-cv-12344; 3:17-cv-12346; and 3:20-cv-03434, has relocated, effective August 26, 2023.  The undersigned's new address is as follows:

Law Offices of James S. Rogers

705 Second Avenue, Suite 1500

Seattle, WA 98104

All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the above address.  Please note that the telephone number, fax number, and e-mail addresses of Plaintiffs' counsel remain unchanged.

Dated this 24th day of August, 2023.

LAW OFFICES OF JAMES S. ROGERS

/s/ James S. Rogers
James S. Rogers, WSBA #5335

/s/ Heather M. Cover
Heather Cover, WSBA # 52146

Attorneys for Plaintiffs

1

(re Case Nos. 3:17-cv-123338; 3:17-cv-12342; 3:17-cv-12344; 3:17-cv-12346; and 3:20-cv-03434)

705 Second Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 621-8525
Fax: (206) 223-8224
E-mail: jsr@jsrogerslaw.com
E-mail: heather@jsrogerslaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this court.

LAW OFFICES OF JAMES S. ROGERS

 s/ James S. Rogers
James S. Rogers, WSBA # 5335
Attorney for Plaintiffs