**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br><br><br>Civ. No.: | Civil Action No.: 3:16-md-2738-MAS-RLS |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed_____

on behalf of Plaintiff_____ .

Dated:

                                         Respectfully submitted,

                                         /s/ *Amber M. Pang Parra*
                                         AMBER M. PANG PARRA, ESQ
                                         JUSTINIAN & ASSOCIATES PLLC
                                         7042 Alamo Downs Pkwy Ste 370
                                         San Antonio, TX 78238
                                         Telephone: 855.452.5529
                                         Facsimile:   210.879.8269
                                         Email:  ampp@justinian.com
                                         TX Bar No. 24009224
                                         HI Bar No. 07305
                                         ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on _____, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

             /s/ *Amber M. Pang Parra*
             JUSTINIAN & ASSOCIATES PLLC
             7042 Alamo Downs Pkwy Ste 370
             San Antonio, TX 78238
             Telephone: 855.452.5529
             Facsimile:   210.879.8269
             Email:  ampp@justinian.com
             TX Bar No. 24009224
             HI Bar No. 07305
             ATTORNEYS FOR PLAINTIFF
              RAFELA H. SILVA