## UNITED STATES DISTRICT COURT
## DISTRICT OF NEWJERSEY

| | |
|---|---|
| IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-MAS-RLS |
| THIS DOCUMENT RELATES TO: | JUDGE MICHAEL A. SHIPP |
| *Shane Yturiaga*<br>*v.*<br>*Johnson & Johnson, et al.* | MAG. JUDGE RUKHSANAH L. SINGH |
| Case No.: 3:23-cv-10042 | |

### NOTICE OF FILING

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 24, 2023 on behalf of Plaintiff Shane Yturiaga, individually and as personal representative of the estate of Charlene Lila Yturiaga

Dated: August 24, 2023                    Respectfully Submitted by,


                                         /s/ Andrew F. Sullo
                                         SULLO & SULLO, LLP
                                         2020 Southwest Fwy.
                                         Suite 300
                                         Houston, TX 77098
                                         T: 713-839-9026
                                         F: 713-335-0841
                                         ASullo@sullolaw.com

                                         *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2023, a copy of the forgoing NOTICE OF

FILING was filed electronically. Notice of this filing will be sent by operation of the Court's

electronic filing system to all parties indicated on the electronic filing receipt. Parties may

access this filing through the Court's system.

/s/ *Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com