SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Deborah Wright v. Johnson & Johnson, et al*<br>Case No.  3:23-cv-10115 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE MICHAEL A. SHIPP<br><br>MAG. JUDGE RUKHSANAH SINGH |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 24, 2023 on behalf of Plaintiff Deborah Wright.

Dated: August 24, 2023              Respectfully Submitted,

/s/ John J. Foley
John J. Foley
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone:  618.259.2222
Facsimile:   618.259.2251
jfoley@simmonsfirm.com
tmiracle@simmonsfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 24th day of August, 2023 to all parties of interest.

*/s/ John J. Foley*
John J. Foley