UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**MARY BETH GLEIM,**<br><br>Plaintiff, | MDL No. 2738 (FLW)(LHG)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>CIVIL ACTION No. 3:23-cv-9867 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 24, 2023 on behalf of the Plaintiff, Mary Beth Gleim.

Dated: August 25, 2023.    Respectfully Submitted by,

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 25, 2023, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated: August 25, 2023.                     Respectfully Submitted by:

                    By: <u>/s/ Daniel J. Thornburgh</u>
                    Daniel J. Thornburgh
                    Aylstock, Witkin, Kreis, & Overholtz
                    17 East Main Street, Suite 200
                    Pensacola, FL 32502
                    Telephone: 850-202-1010
                    Fax: 850-916-7449
                    dthornburgh@awkolaw.com