UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**DEBRA MASON,**<br><br>                Plaintiff, | MDL No. 2738 (FLW)(LHG)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>CIVIL ACTION No. 3:23-cv-9913 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 24, 2023 on behalf of the Plaintiff, Debra Mason.

Dated: August 25, 2023.                    Respectfully Submitted by,

                                                      By: /s/ Daniel J. Thornburgh
                                                      Daniel J. Thornburgh
                                                      Aylstock, Witkin, Kreis, & Overholtz
                                                      17 East Main Street, Suite 200
                                                      Pensacola, FL 32502
                                                      Telephone: 850-202-1010
                                                      Fax: 850-916-7449
                                                      dthornburgh@awkolaw.com
                                                      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  August 25, 2023.	Respectfully Submitted by:


By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com