## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-10699 | MDL NO. 2738 (MAS) (RLS) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on August 25, 2023 on behalf of Johnnice Steele.


Dated:  August 25, 2023                           Respectfully submitted,

                                                                           **NS PR LAW SERVICES LLC**

                                                                           */s/ Joelys Hernandez*
                                                                           Joelys Hernandez, Esq.
                                                                           1302 Ave. Ponce De Leon
                                                                           Santurce, PR 00907
                                                                           Telephone: (212) 397-1000
                                                                           Facsimile: (646) 927-1676
                                                                           joelyshernandez@nsprlaw.com

                                                                           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  August 25, 2023

                */s/ Joelys Hernandez*
                Joelys Hernandez, Esq.
                NS PR LAW SERVICES LLC
                1302 Ave. Ponce De Leon
                Santurce, PR 00907
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                joelyshernandez@nsprlaw.com

                *Attorneys for Plaintiff*