# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil No. 3:16-md-02738-FLW-LHG |
| This document relates to:<br><br>Phyllis Ann McGill v. Johnson & Johnson, et al.<br>Case No. 6:21-cv-00990-AA | **NOTICE OF WITHDRAWAL** |

TO: CLERK OF COURT;

AND TO: ALL OTHER PARTIES ABOVE

PLEASE TAKE NOTICE that Aukjen Ingraham of Schwabe, Williamson & Wyatt, P.C. hereby withdraws as attorney of record for Phyllis Ann McGill in the above captioned case, effective August 21, 2023.

/Dated this 24th day of August, 2023.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _s/ Aukjen Ingraham_
Aukjen Ingraham, OSB #023338
Email: aingraham@schwabe.com
1211 SW 5th Ave, Ste 1900
Portland, OR  97204
***Withdrawing Attorney*** for Phyllis Ann McGill

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August, 2023, a copy of the foregoing NOTICE OF WITHDRAWAL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

 *s/ Aukjen Ingraham*
Aukjen Ingraham, OSB #023338

PDX\126957\194333\ATI\37251107.1