UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>**Yanira Montanari And Giancarlo Montanari, Case No. 23-cv-11066** | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 25, 2023, on behalf of Plaintiffs, Yanira Montanari and Giancarlo Montanari.

Date: August 25, 2023

Respectfully Submitted,

*/s/ James L. Ferraro, Jr.*
JAMES L. FERRARO, JR., ESQ.
FBN: 107494
**THE FERRARO LAW FIRM, P.A.**
600 Brickell Avenue, Suite 3800
Miami, Florida, 33131
Email: James@ferrarolaw.com
Tel: (305) 375-0111
Fax: (305) 379-6222

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ James L. Ferraro, Jr.*
JAMES L. FERRARO, JR., ESQ.
FBN: 107494
**THE FERRARO LAW FIRM, P.A.**
600 Brickell Avenue, Suite 3800
Miami, Florida, 33131
Email: James@ferrarolaw.com
Tel: (305) 375-0111
Fax: (305) 379-6222