UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>**Kyoky Montalvo, as Personal Representative of the Estate of Nancy Quevedo,**<br>**Case No. 3:23-cv-11086** | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on August 25, 2023, on behalf of Plaintiff, Kyoky Montalvo, as Personal Representative of the Estate of Nancy Quevedo.

Date: August 25, 2023

                                           Respectfully Submitted,

                                           */s/ James L. Ferraro, Jr.*
                                           JAMES L. FERRARO, JR., ESQ.
                                           FBN: 107494
                                           **THE FERRARO LAW FIRM, P.A.**
                                           600 Brickell Avenue, Suite 3800
                                           Miami, Florida, 33131
                                           Email: James@ferrarolaw.com
                                           Tel: (305) 375-0111
                                           Fax: (305) 379-6222

                                             *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ James L. Ferraro, Jr.*
JAMES L. FERRARO, JR., ESQ.
FBN: 107494
**THE FERRARO LAW FIRM, P.A.**
600 Brickell Avenue, Suite 3800
Miami, Florida, 33131
Email: James@ferrarolaw.com
Tel: (305) 375-0111
Fax: (305) 379-6222
