UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Plaintiff(s),

v.

Defendant(s)

REQUEST BY ATTORNEY TO
WITHDRAW FROM
ELECTRONIC NOTIFICATIONS

Civil/Criminal Action No.

Request is hereby made by _____, Esq., counsel for, in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client;

2. The criminal defendant has been sentenced and there are no further proceedings which require notification; OR

3. Other:

**NOTE**: Your withdrawal from electronic notifications in this matter does not constitute your withdrawal as counsel for your client in this matter.

_____
Signature of Attorney

Name: _____

Address: _____

_____

_____

_____

E-mail: _____

DNJ-CMECF-003