## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to: 3:23-cv-11642 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on August 27, 2023 on behalf of Lori Cappo as the Personal Representative of the Estate of Laverne Martin.

Dated:  August 27, 2023

Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
joelyshernandez@nsprlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  August 27, 2023

                                        */s/ Joelys Hernandez*
                                        Joelys Hernandez, Esq.
                                        NS PR LAW SERVICES LLC
                                        1302 Ave. Ponce De Leon
                                        Santurce, PR 00907
                                        Telephone: (212) 397-1000
                                        Facsimile: (646) 927-1676
                                        joelyshernandez@nsprlaw.com

                                        *Attorneys for Plaintiff*