UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**CATHY DECKER,**<br><br>                    Plaintiff, | MDL No. 2738 (FLW)(LHG)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>CIVIL ACTION No. 3:23-cv-10996 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 25, 2023 on behalf of the Plaintiff, Cathy Decker.

Dated: August 28, 2023.                    Respectfully Submitted by,

                            By: /s/ Daniel J. Thornburgh
                            Daniel J. Thornburgh
                            Aylstock, Witkin, Kreis, & Overholtz
                            17 East Main Street, Suite 200
                            Pensacola, FL 32502
                            Telephone: 850-202-1010
                            Fax: 850-916-7449
                            dthornburgh@awkolaw.com
                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  August 28, 2023.                    Respectfully Submitted by:

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com