## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (RLS) |
| | COMPLAINT AND JURY DEMAND |
| DIANNE TREADWAY | |
| Plaintiff, | Civil Action No.: 1:23-CV-06150 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury Demand was filed on 2023-

08-21  on behalf of DIANNE TREADWAY .

 Dated:  8/28/2023

Respectfully Submitted by:

/s/ Amanda Lewis

_____

Amanda Lewis (TX 24013553)
Law Office of Amanda Lewis
12750 Merit Drive
Suite 800
Dallas, TX  75251
T: 972-630-6679
amanda@cicassetmgmt.com

**Counsel for Plaintiff(s)**

1

CERTIFICTE OF SERVICE

I hereby certify that on       8/28/2023, a copy of the foregoing Notice of Filing was filed

via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by

operation of the Court's electronic filing system to all parties indicated on the electronic

filing receipt.  Parties may access this filing through the Court's system.


        s/ Amanda Lewis

        _____
        Amanda Lewis (TX 24013553)
        Law Office of Amanda Lewis
        12750 Merit Drive
        Suite 800
        Dallas, TX  75251
        T: 972-630-6679
        amanda@cicassetmgmt.com

        **Counsel for Plaintiff(s)**