BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiffs Latice Chambers-White and Robert White*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Latice Chambers-White and Robert White v. Johnson & Johnson<br>Case No. 3:20-cv-19616-MAS-RLS | Civil No. 3:16-md-2738-MAS-RLS |

### NOTICE OF APPEARANCE

COMES NOW, P. Leigh O'Dell, and hereby enters her Appearance as additional counsel on behalf of the Plaintiffs, Latice Chambers-White and Robert White, in the above-referenced matter.

    */s/ P. Leigh O'Dell*
    P. Leigh O'Dell
    BEASLEY ALLEN CROW METHVIN
    PORTIS & MILES, P.C.
    218 Commerce Street
    Montgomery, Alabama 36104
    (800) 898-2034 Telephone
    (334) 954-7555 Facsimile
    Leigh.Odell@BeasleyAllen.com

    **Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

  I hereby certify that on August 28, 2023, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                */s/ P. Leigh O'Dell*
                P. Leigh O'Dell
                BEASLEY ALLEN CROW METHVIN
                PORTIS & MILES, P.C.
                218 Commerce Street
                Montgomery, Alabama 36104
                (800) 898-2034 Telephone
                (334) 954-7555 Facsimile
                Leigh.Odell@BeasleyAllen.com

                **Attorney for Plaintiffs**