# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  <br><br> This document relates to:  <br><br> 3:23-cv-12012 | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on August 28, 2023 on behalf of Margo Kirstein and Elliot Kirstein.

Dated:  August 28, 2023                            Respectfully submitted,

                                                                                       **NS PR LAW SERVICES LLC**

                                                                                       */s/ Christopher LoPalo*
                                                                                       Christopher LoPalo, Esq.
                                                                                       1302 Ave. Ponce De Leon
                                                                                       Santurce, PR 00907
                                                                                       Telephone: (212) 397-1000
                                                                                       Facsimile: (646) 927-1676
                                                                                       clopalo@nsprlaw.com

                                                                                       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  August 28, 2023

                                                 */s/ Christopher LoPalo*
                                                 Christopher LoPalo, Esq.
                                                 NS PR LAW SERVICES LLC
                                                 1302 Ave. Ponce De Leon
                                                 Santurce, PR 00907
                                                 Telephone: (212) 397-1000
                                                 Facsimile: (646) 927-1676
                                                 clopalo@nsprlaw.com

                                               *Attorneys for Plaintiff*