# EXHIBIT A

# COUNTY OF SONOMA
## SANTA ROSA, CALIFORNIA

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: —
LOCAL REGISTRATION NUMBER: 3202249004268

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | DIANA |
| 2. MIDDLE | LYNN |
| 3. LAST (Family) | LIPTON |
| 4. DATE OF BIRTH mm/dd/ccyy | 09/08/1950 |
| 5. AGE Yrs. | 72 |
| 6. SEX | F |
| 7. DATE OF DEATH mm/dd/ccyy | 12/08/2022 |
| 8. HOUR (24 Hours) | 1038 |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS/SRDP at Time of Death | DIVORCED |
| 13. EDUCATION—Highest Level/Degree | MASTER'S |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | SALES |
| 18. KIND OF BUSINESS OR INDUSTRY | REAL ESTATE |
| 19. YEARS IN OCCUPATION | 43 |

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: 2728 IRONSTONE CIRCLE
- 21. CITY: SANTA ROSA
- 22. COUNTY/PROVINCE: SONOMA
- 23. ZIP CODE: 95407
- 24. YEARS IN COUNTY: 21
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: EVIE WILLNER, SISTER
- 27. INFORMANT'S MAILING ADDRESS: 9962 PETROGLYPH CANYON AVE, LAS VEGAS, NV 89166

**SPOUSE/SRDP AND PARENT INFORMATION**
- 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: —
- 31. NAME OF FATHER/PARENT—FIRST: LLOYD
- 33. LAST: MOXON
- 34. BIRTH STATE: CA
- 35. NAME OF MOTHER/PARENT—FIRST: AIDA
- 37. LAST (BIRTH NAME): WEINGER
- 38. BIRTH STATE: CA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 12/15/2022
- 40. PLACE OF FINAL DISPOSITION: SCATTER AT SEA OFF THE COAST OF LOS ANGELES COUNTY
- 41. TYPE OF DISPOSITION(S): CREMATE/SCATTER AT SEA
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 44. NAME OF FUNERAL ESTABLISHMENT: SMART CREMATION
- 45. LICENSE NUMBER: FD2008
- 46. SIGNATURE OF LOCAL REGISTRAR: SUNDARI R. MASE, MD, MPH
- 47. DATE: 12/14/2022

**PLACE OF DEATH**
- 101. PLACE OF DEATH: KAISER FOUNDATION HOSPITAL - SANTA ROSA
- 102. IF HOSPITAL, SPECIFY ONE: IP
- 104. COUNTY: SONOMA
- 105. FACILITY ADDRESS: 401 BICENTENNIAL WAY
- 106. CITY: SANTA ROSA

**CAUSE OF DEATH**
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: URINARY TRACT INFECTION — DAYS
  - (B) URINARY OBSTRUCTION — DAYS
  - (C) OVARIAN CANCER — YEARS
- 108. DEATH REPORTED TO CORONER? NO
- 109. BIOPSY PERFORMED? NO
- 110. AUTOPSY PERFORMED? NO
- 111. USED IN DETERMINING CAUSE? —
- 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? NO
- 113A. DECEDENT PREGNANT IN LAST YEAR? NO

**PHYSICIAN'S CERTIFICATION**
- 114. I CERTIFY... Decedent Attended Since: 11/28/2022; Decedent Last Seen Alive: 12/08/2022
- 115. SIGNATURE AND TITLE OF CERTIFIER: ROBERT MARTIN O'MALLEY, MD
- 116. LICENSE NUMBER: C151692
- 117. DATE: 12/14/2022
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: DIPAL PATEL, MD, 401 BICENTNNIAL WAY, SANTA ROSA, CA 95403

**CORONER'S USE ONLY**
- 119. MANNER OF DEATH: —
- 120. INJURED AT WORK? —
- 121. INJURY DATE: —
- 122. HOUR: —
- 123. PLACE OF INJURY: —
- 124. DESCRIBE HOW INJURY OCCURRED: —
- 125. LOCATION OF INJURY: —
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: —
- 127. DATE: —
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: —

STATE REGISTRAR: —
FAX AUTH. #: —
CENSUS TRACT: —

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SONOMA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Sonoma County Clerk-Recorder.

*000638683*

DATE ISSUED: DEC 19 2022

DEVA MARIE PROTO, CLERK-RECORDER
SONOMA COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

