# EXHIBIT B

## UNITED STATES DISTRICT COURT FOR THE
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-MAS-LHG<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>**DIANA LYNN LIPTON** v. JOHNSON & JOHNSON, et al. | Civil Case No. 3:20-cv-03797-MAS-LHG |

## DECLARATION OF EVELYN WILLNER AS CO-SUCCESSOR-IN-INTEREST PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32

I, EVELYN WILLNER, declare as follows:

1. The decedent in this matter is Diana Lynn Lipton. She was my sister.

2. Diana Lynn Lipton died of ovarian cancer on December 8, 2022, in Santa Rosa, California.

3. A true and correct copy of the death certificate, with social security number redacted, is attached as Exhibit A to the instant Motion to Substitute Party-Plaintiff.

4. "No proceeding is now pending in California for administration of the decedent's estate."

5. I am one of the decedent's successors-in-interest (as defined by section 377.11 of the California Code of Civil Procedure) and a co-successor, along with my siblings Heidi Moxon Morishita, Linda Moxon, and Bennett Moxon, to the decedent's interest in this action.

6. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in _____, California on the date specified below.

Dated: August 24, 2023

*Evelyn Willner*
Evelyn Willner (Aug 24, 2023 13:26 PDT)
Evelyn Willner

# CCP 377.32 Declaration of Evelyn Willner

Final Audit Report                                                                                     2023-08-24

| | |
|---|---|
| Created: | 2023-08-24 |
| By: | Walter Walker (jess@whk-law.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAFOLWjduWTIsaxO-mQk70zAIbNm3tRg_Q |

## "CCP 377.32 Declaration of Evelyn Willner" History

- Document created by Walter Walker (jess@whk-law.com)
  2023-08-24 - 7:56:26 PM GMT

- Document emailed to evie@willnernation.com for signature
  2023-08-24 - 7:57:14 PM GMT

- Email viewed by evie@willnernation.com
  2023-08-24 - 8:25:21 PM GMT

- Signer evie@willnernation.com entered name at signing as Evelyn willner
  2023-08-24 - 8:26:55 PM GMT

- Document e-signed by Evelyn willner (evie@willnernation.com)
  Signature Date: 2023-08-24 - 8:26:57 PM GMT - Time Source: server

- Agreement completed.
  2023-08-24 - 8:26:57 PM GMT

Adobe Acrobat Sign