**EXHIBIT D**

### UNITED STATES DISTRICT COURT FOR THE
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-MAS-LHG<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>**DIANA LYNN LIPTON** v. JOHNSON & JOHNSON, et al. | Civil Case No. 3:20-cv-03797-MAS-LHG |

### DECLARATION OF LINDA MOXON AS CO-SUCCESSOR-IN-INTEREST PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32

I, Linda Moxon, declare as follows:

1. The decedent in this matter is Diana Lynn Lipton. She was my sister.

2. Diana Lynn Lipton died of ovarian cancer on December 8, 2022, in Santa Rosa, California.

3. A true and correct copy of the death certificate, with social security number redacted, is attached as Exhibit A to the instant Motion to Substitute Party-Plaintiff.

4. "No proceeding is now pending in California for administration of the decedent's estate."

5. I am one of the decedent's successors-in-interest (as defined by section 377.11 of the California Code of Civil Procedure) and a co-successor, along with my siblings Evelyn Willner, Heidi Moxon Morishita, and Bennett Moxon, to the decedent's interest in this action.

6. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in __Pacific Palisades__, California on the date specified below.

Dated: August 24, 2023

*Linda Moxon*
Linda Moxon (Aug 24, 2023 13:55 PDT)
Linda Moxon

# CCP 377.32 Declaration of Linda Moxon
Final Audit Report                                                            2023-08-24

| | |
|---|---|
| Created: | 2023-08-24 |
| By: | Walter Walker (jess@whk-law.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAX0LPjryfJ_KDH_ZM_uhHWSljkFYp4x7x |

## "CCP 377.32 Declaration of Linda Moxon" History

- Document created by Walter Walker (jess@whk-law.com)
  2023-08-24 - 6:53:16 PM GMT

- Document emailed to voxmox@gmail.com for signature
  2023-08-24 - 6:53:40 PM GMT

- Email viewed by voxmox@gmail.com
  2023-08-24 - 8:26:00 PM GMT

- Signer voxmox@gmail.com entered name at signing as Linda Moxon
  2023-08-24 - 8:55:09 PM GMT

- Document e-signed by Linda Moxon (voxmox@gmail.com)
  Signature Date: 2023-08-24 - 8:55:11 PM GMT - Time Source: server

- Agreement completed.
  2023-08-24 - 8:55:11 PM GMT

Adobe Acrobat Sign