**EXHIBIT E**

# UNITED STATES DISTRICT COURT FOR THE
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-MAS-LHG<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>**DIANA LYNN LIPTON** v. JOHNSON & JOHNSON, et al. | Civil Case No. 3:20-cv-03797-MAS-LHG |

## DECLARATION OF BENNETT MOXON AS CO-SUCCESSOR-IN-INTEREST PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32

I, Bennett Moxon, declare as follows:

1. The decedent in this matter is Diana Lynn Lipton.  She was my sister.

2. Diana Lynn Lipton died of ovarian cancer on December 8, 2022, in Santa Rosa, California.

3. A true and correct copy of the death certificate, with social security number redacted, is attached as Exhibit A to the instant Motion to Substitute Party-Plaintiff.

4. "No proceeding is now pending in California for administration of the decedent's estate."

5. I am one of the decedent's successors-in-interest (as defined by section 377.11 of the California Code of Civil Procedure) and a co-successor, along with my siblings Evelyn Willner, Heidi Moxon Morishita, and Linda Moxon, to the decedent's interest in this action.

6. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in _Long Beach_, California on the date specified below.

Dated: August 24, 2023

_____
Bennett Moxon