# EXHIBIT F

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-MAS-LHG<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>**DIANA LYNN LIPTON** v. JOHNSON & JOHNSON, et al. | Civil Case No. 3:20-cv-03797-MAS-LHG |

## [PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE PARTY-PLAINTIFF UNDER RULE 25(a)(1)

1. Plaintiff's Motion to Substitute Evelyn Willner, Heidi Moxon Morishita, Linda Moxon, and Bennett Moxon in place of Diana Lynn Lipton pursuant to Rule 25 of the Federal Rules of Civil Procedure is GRANTED.

2. Evelyn Willner, Heidi Moxon Morishita, Linda Moxon, and Bennett Moxon are hereby substituted in place of Diana Lynn Lipton.

3. Accordingly, the complaint shall caption the plaintiffs as follows: Evelyn Willner, Heidi Moxon Morishita, Linda Moxon, and Bennett Moxon, individually and co-successors-in-interest to Diana Lynn Lipton.

DATED: _____    _____
UNITED STATES DISTRICT JUDGE