**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |

THIS DOCUMENT RELATES TO:

TANJIE JOHNSON individually and for
Estate of Shirley Johnson deceased,                    Case No. 3:21-cv-15525- **MAS-RLS**

                              Plaintiff,

v.

JOHNSON & JOHNSON, et al.,

                              Defendants.

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of

Short Form Complaints), that the Short Form Complaint with Jury Demand was

filed on August 17, 2021, on behalf of Plaintiff TANJIE JOHNSON.

Dated: August 28, 2023                    Respectfully Submitted,


By:   /s/ *Mark P. Robinson, Jr.*
      Mark P. Robinson, Jr.
      19 Corporate Plaza Drive
      Newport Beach, CA 92660
      949-720-1288 Phone
      949-720-1292 Facsimile
      mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that August 28, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.


 /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.