UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> SHANNA CRUZ individually and for Estate of Susan D. Cruz deceased, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | MDL NO. 2738 (FLW) (LHG) <br><br><br> Case No. 3:21-cv-15531- MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 17, 2021, on behalf of Plaintiff SHANNA CRUZ.

Dated: August 28, 2023                    Respectfully Submitted,


                                          By:  /s/ *Mark P. Robinson, Jr.*
                                               Mark P. Robinson, Jr.
                                               19 Corporate Plaza Drive
                                               Newport Beach, CA 92660
                                               949-720-1288 Phone
                                               949-720-1292 Facsimile
                                               mrobinson@robinsonfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that August 28, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

        /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.