UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>GILBERT FLORES individually and for Estate of THERESA FLORES deceased,<br><br>   Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>   Defendants. | MDL NO. 2738 (FLW) (LHG)<br><br><br><br>Case No. 3:21-cv-15533-MAS-RLS |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 17, 2021, on behalf of Plaintiff THERESA FLORES.

Dated: August 28, 2023                    Respectfully Submitted,

                              By:   /s/ *Mark P. Robinson, Jr.*
                                   Mark P. Robinson, Jr.
                                   19 Corporate Plaza Drive
                                   Newport Beach, CA 92660
                                   949-720-1288 Phone
                                   949-720-1292 Facsimile
                                   mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that August 28, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.