UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: | |
| DOUGLAS METZ individually and for Estate of TIFFANY METZ deceased, | Case No. 3:21-cv-15534-MAS-RLS |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 17, 2021, on behalf of Plaintiff DOUGLAS METZ.

Dated: August 28, 2023                 Respectfully Submitted,

By:   /s/ *Mark P. Robinson, Jr.*
       Mark P. Robinson, Jr.
       19 Corporate Plaza Drive
       Newport Beach, CA 92660
       949-720-1288 Phone
       949-720-1292 Facsimile
       mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that August 28, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                           /s/ *Mark P. Robinson Jr.*
                                           MARK P. ROBINSON, JR.