# EXHIBIT A

# COUNTY OF CONTRA COSTA
## MARTINEZ, CALIFORNIA

### CERTIFICATE OF DEATH

STATE FILE NUMBER: 3052021126722
LOCAL REGISTRATION NUMBER: 3202107003151

**1. NAME OF DECEDENT – FIRST (Given):** SHIRLEY
**2. MIDDLE:** NELL
**3. LAST (Family):** BARTSCHI

**4. DATE OF BIRTH:** 02/03/1944
**5. AGE Yrs:** 77
**6. SEX:** F

**9. BIRTH STATE/FOREIGN COUNTRY:** AR
**11. EVER IN U.S. ARMED FORCES?:** NO
**12. MARITAL STATUS:** DIVORCED
**7. DATE OF DEATH:** 05/01/2021
**8. HOUR (24 Hours):** 1405

**13. EDUCATION:** HS GRADUATE
**14/15. HISPANIC/LATINO/SPANISH?:** NO
**16. DECEDENT'S RACE:** CAUCASIAN

**17. USUAL OCCUPATION:** OFFICE MANAGER
**18. KIND OF BUSINESS OR INDUSTRY:** COURT REPORTING FIRM
**19. YEARS IN OCCUPATION:** 27

**20. DECEDENT'S RESIDENCE:** 2409 PINE KNOLL DRIVE UNIT 5 ENTRY 5
**21. CITY:** WALNUT CREEK
**22. COUNTY/PROVINCE:** CONTRA COSTA
**23. ZIP CODE:** 94595
**24. YEARS IN COUNTY:** 15
**25. STATE/FOREIGN COUNTRY:** CA

**26. INFORMANT'S NAME, RELATIONSHIP:** KIM PETERSEN, DAUGHTER
**27. INFORMANT'S MAILING ADDRESS:** 4768 AUBREY DRIVE, CASTRO VALLEY, CA 94546

**28. NAME OF SURVIVING SPOUSE/SRDP – FIRST:** -
**29. MIDDLE:** -
**30. LAST (BIRTH NAME):** -

**31. NAME OF FATHER/PARENT – FIRST:** NEAL
**32. MIDDLE:** LLOYD
**33. LAST:** BARTSCHI
**34. BIRTH STATE:** AR

**35. NAME OF MOTHER/PARENT – FIRST:** AMIDEE
**36. MIDDLE:** HILDA
**37. LAST (BIRTH NAME):** JACKSON
**38. BIRTH STATE:** AR

**39. DISPOSITION DATE:** 05/12/2021
**40. PLACE OF FINAL DISPOSITION:** ROLLING HILLS MEMORIAL PARK, 4100 HILLTOP DRIVE, RICHMOND, CA 94803

**41. TYPE OF DISPOSITION:** CR/BU
**42. SIGNATURE OF EMBALMER:** NOT EMBALMED
**43. LICENSE NUMBER:** -

**44. NAME OF FUNERAL ESTABLISHMENT:** CALLAGHAN MORTUARY
**45. LICENSE NUMBER:** FD416
**46. SIGNATURE OF LOCAL REGISTRAR:** CHRISTOPHER FARNITANO, MD
**47. DATE:** 05/11/2021

**101. PLACE OF DEATH:** OWN RESIDENCE
**103. IF OTHER THAN HOSPITAL, SPECIFY ONE:** Decedent's Home
**104. COUNTY:** CONTRA COSTA
**105. FACILITY ADDRESS OR LOCATION WHERE FOUND:** 2409 PINE KNOLL DRIVE UNIT 5 ENTRY 5
**106. CITY:** WALNUT CREEK

**107. CAUSE OF DEATH:**
IMMEDIATE CAUSE (A): OVARIAN CANCER WITH OMENTAL METASTASIS — 1 YEAR

**108. DEATH REPORTED TO CORONER?:** YES — 2021-2615
**109. BIOPSY PERFORMED?:** YES
**110. AUTOPSY PERFORMED?:** NO
**111. USED IN DETERMINING CAUSE?:** -

1 OF 2

**112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:** NONE

**113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?:** NO
**113A. IF FEMALE, PREGNANT IN LAST YEAR?:** NO

**114. I CERTIFY...** Decedent Attended Since: 03/16/2021  Decedent Last Been Alive: 04/30/2021
**115. SIGNATURE AND TITLE OF CERTIFIER:** SUREKHA URVA M.D.
**116. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:** SUREKHA URVA M.D., 7601 STONERIDGE DRIVE, PLEASANTON, CA 94588
**116. LICENSE NUMBER:** A60822
**117. DATE:** 05/04/2021

**119. MANNER OF DEATH:** Natural
**120. INJURED AT WORK?:** -
**121. INJURY DATE:** -
**122. HOUR:** -

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Contra Costa County Department of Health Services.

**DATE ISSUED:** 05/13/2021



CHRISTOPHER FARNITANO, MD
COUNTY HEALTH OFFICER


100142337

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# COUNTY OF CONTRA COSTA
### MARTINEZ, CALIFORNIA

**AFFIDAVIT TO AMEND A RECORD**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052021126722
LOCAL REGISTRATION NUMBER: 3202107003151

1.1

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY — THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

**INFORMATION AS IT APPEARS ON ORIGINAL RECORD**

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| SHIRLEY | NELL | BARTSCHI |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| F | 05/01/2021 | WALNUT CREEK | CONTRA COSTA |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| NEAL LLOYD BARTSCHI | AMIDEE HILDA JACKSON |

## PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 26 | KIM PETERSEN, DAUGHTER | KIMBERLY TOTI PETERSEN, DAUGHTER |
| 27 | 4768 AUBREY DRIVE, CASTRO VALLEY, CA 94546 | 4768 AUDREY DRIVE, CASTRO VALLEY, CA 94546 |

2 OF 2

**REASON FOR CORRECTION:** 11. TO CORRECT SPELLING IN ITEMS 26 AND 27.

**AFFIDAVITS AND SIGNATURES**

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| GWYN BAILEY | GWYN BAILEY | FUNERAL DIRECTOR |

| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 3833 EAST AVENUE, LIVERMORE, CA 94550 | 05/12/2021 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| DEANNA BROWN | DEANNA BROWN | FUNERAL COORDINATOR |

| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 3833 EAST AVENUE, LIVERMORE, CA 94550 | 05/12/2021 |

**STATE/LOCAL REGISTRAR USE ONLY**

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| STATE REGISTRAR - OFFICE OF VITAL RECORDS | 05/12/2021 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS
*020101004858542*
FORM VS 24a (REV. 1/08)
1.1
CACONTRA01

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Contra Costa County Department of Health Services.

DATE ISSUED: 05/13/2021



100142338

CHRISTOPHER FARNITANO, MD
COUNTY HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

