# **EXHIBIT C**

# UNITED STATES DISTRICT COURT FOR THE
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-MAS-LHG<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>**SHIRLEY BARTSCHI** v. JOHNSON & JOHNSON, et al. | Civil Case No. 3:20-cv-11712-MAS-LHG |

### DECLARATION OF DEREK JASON FLOYD TOTI AS CO-SUCCESSOR-IN-INTEREST PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32

I, Derek Jason Floyd Toti, declare as follows:

1. The decedent in this matter is Shirley Bartschi.  She was my mother.

2. Shirley Bartschi died of ovarian cancer on May 1, 2021, at her home in Walnut Creek, California.

3. A true and correct copy of the death certificate, with social security number redacted, is attached as Exhibit A to the instant Motion to Substitute Party-Plaintiff.

4. "No proceeding is now pending in California for administration of the decedent's estate."

5. I am one of the decedent's successors-in-interest (as defined by section 377.11 of the California Code of Civil Procedure) and a co-successor, along with my sister, Kimberly Johanatha Toti Petersen, to the decedent's interest in this action.

6. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in _____Orinda_____, California on the date specified below.

Dated: August 24, 2023

_____
Derek Jason Floyd Toti