# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-MAS-LHG<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO:<br><br>**SHIRLEY BARTSCHI** v. JOHNSON & JOHNSON, et al. | Civil Case No. 3:20-cv-11712-MAS-LHG |

**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE
PARTY-PLAINTIFF UNDER RULE 25(a)(1)**

1.   Plaintiff's Motion to Substitute Kimberly Johanatha Toti Petersen and Derek Jason Floyd Toti in place of Shirley Bartschi pursuant to Rule 25 of the Federal Rules of Civil Procedure is GRANTED.

2.   Kimberly Johanatha Toti Petersen and Derek Jason Floyd Toti are hereby substituted in place of Shirley Bartschi.

3. Accordingly, the complaint shall caption the plaintiffs as follows: Kimberly Johanatha Toti Petersen and Derek Jason Floyd Toti, individually and as successors-in-interest to Shirley Bartschi.


DATED:  _____          _____
                                         UNITED STATES DISTRICT JUDGE