UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)** |
| **THIS DOCUMENT RELATES TO:** | |
| **MICHELLE MADISON individually and for Estate of WILLIET MADISON deceased,** | **Case No. 3:21-cv-15537-MAS-RLS** |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| Defendants. | |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 17, 2021, on behalf of Plaintiff MICHELLE MADISON.

Dated: August 28, 2023                           Respectfully Submitted,

                                          By:   /s/ *Mark P. Robinson, Jr.*
                                                  Mark P. Robinson, Jr.
                                                  19 Corporate Plaza Drive
                                                  Newport Beach, CA 92660
                                                  949-720-1288 Phone
                                                  949-720-1292 Facsimile
                                                  mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that August 28, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                           /s/ *Mark P. Robinson Jr.*
                                           MARK P. ROBINSON, JR.