UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| FRANCENE POPIEL, <br>       Plaintiff, <br> v. <br> JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | Civil Action No: 3:23-cv-07059 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on August 22, 2023 on behalf of Francene Popiel.

Dated: August 29, 2023          Respectfully submitted:

                    _____
                    MICHAEL GOETZ, ESQUIRE
                    Florida Bar No. 963984
                    Morgan & Morgan
                    Complex Litigation Group
                    One Tampa City Center, 7th Floor
                    201 N. Franklin Street
                    Tampa, Florida 33602
                    Telephone (813) 223-5505
                    Facsimile (813) 223-5402
                    E-Mail: MGoetz@forthepeople.com
                    Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system August 29, 2023.

               /s/ Michael Goetz
               Attorney for Plaintiff