# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Martha Calvo v. Johnson & Johnson, et al.<br>Civil No. 3:23-cv-12539 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 29, 2023 on behalf of Plaintiff Martha Calvo.

DATED: August 29, 2023                    BISNAR|CHASE LLP

                                                              By:     /s/ Michael K. Teiman
                                                                     BRIAN D. CHASE
                                                                     MICHAEL K. TEIMAN
                                                                     *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      BISNAR|CHASE LLP

By:   /s/ Michael K. Teiman
       BRIAN D. CHASE
       MICHAEL K. TEIMAN