UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| THIS DOCUMENT RELATES TO: KATHLEEN HAYS, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | Case No. 3:21-cv-15577-MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 18, 2021, on behalf of Plaintiff KATHLEEN HAYS.

Dated: August 29, 2023         Respectfully Submitted,

By:   /s/ *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that August 29, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

　　　　　　　　　　　　　　　　　　 /s/ *Mark P. Robinson Jr.*
　　　　　　　　　　　　　　　　　MARK P. ROBINSON, JR.