UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>KATHRYN ANDERSON,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>        Defendants. | MDL NO. 2738 (MAS) (RLS)<br><br><br><br>Case No. 3:21-cv-15581-MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 18, 2021, on behalf of Plaintiff KATHRYN ANDERSON.

Dated: August 29, 2023                Respectfully Submitted,

                                                        By:  /s/ *Mark P. Robinson, Jr.*
                                                                Mark P. Robinson, Jr.
                                                               19 Corporate Plaza Drive
                                                               Newport Beach, CA 92660
                                                               949-720-1288 Phone
                                                               949-720-1292 Facsimile
                                                               mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that August 29, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

 /s/ *Mark P. Robinson Jr.*<br>MARK P. ROBINSON, JR.