**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 2738 (MAS) (RLS) |
| **THIS DOCUMENT RELATES TO:** | |
| **KATIE BUIE,** | Case No. 3:21-cv-15596-MAS-RLS |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| Defendants. | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 18, 2021, on behalf of Plaintiff KATIE BUIE.

Dated: August 29, 2023                               Respectfully Submitted,

                                                                    By:   /s/ *Mark P. Robinson, Jr.*
                                                                            Mark P. Robinson, Jr.
                                                                            19 Corporate Plaza Drive
                                                                            Newport Beach, CA 92660
                                                                            949-720-1288 Phone
                                                                            949-720-1292 Facsimile
                                                                            mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that August 29, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ *Mark P. Robinson Jr.*
    MARK P. ROBINSON, JR.