UNITED SRATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCM
POWDER PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION,

MDL No. 2738 (FLW)(LHG)
3:16-MD-2738-FLW-LHG

This document relates to:
    LINDA MANN DIAMOND

Case No: 3:21-md-00004-FLW-LHG

_____/

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a), the undersigned counsel hereby gives notice of the death of the Plaintiff, LINDA MANN DIAMOND.  Ms. Diamond died on December 16, 2022, due to ovarian cancer.

By way of Motion for Substitution of Party and Leave to Amend Short Form Complaint, and pursuant to Fed. R. Civ. P. 25(a), Ms. Diamond's daughter, JULIA DIAMOND COX, as her successors in interest, will request to substituted in this action as Plaintiffs amend the short form complaint to convert this case to a wrongful death claim.

Dated:  August 29, 2023.

Respectfully submitted,

*/s/ Cam F. Justice*_____
Cam F. Justice

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the Florida Courts ECF/PACER filing Portal sent via E-mail transmission on this 29th day of August, 2023 to all parties registered on the PACER e-filing portal.

    JUSTICE LAW
***Attorneys for Plaintiff***
8551 West Sunrise Boulevard, Suite 300
Plantation, FL  33322
T: 954-515-5656

F: 954-515-5657
E: justicepleadings@justiceinjurylawyer.com

By:  /s/ Cam F. Justice
      CAM F. JUSTICE
      Fla. Bar No. 119105
      ADAM D. BREIT
      Fla. Bar No. 102541