# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Kristine Clark v. Johnson & Johnson, et al.<br>Civil No. 3:23-cv-12597 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 29, 2023 on behalf of Plaintiff Kristine Clark.

DATED: August 29, 2023                     BISNAR|CHASE LLP

                                                By:     /s/ Michael K. Teiman
                                                             BRIAN D. CHASE
                                                             MICHAEL K. TEIMAN
                                                             *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                BISNAR|CHASE LLP

By:    /s/ Michael K. Teiman
          BRIAN D. CHASE
          MICHAEL K. TEIMAN