UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> **BETTY MOORE & PRESTON MOORE**, <br><br> Plaintiff, <br> v. <br><br> **JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC.,** <br><br> Defendants. | **MDL NO. 16-2738 (FLW) (LHG) JUDGE MICHAEL SHIPP** <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: 3:17-cv-01609 <br><br> DIRECT FILED ACTION |

## ORDER GRANTING MOTION TO SUBSTITUTE PROPER PARTY

Before this Court is a Motion to Substitute Amber Thompson as the proper party in this case. Plaintiff contends such substitution is proper under Fed. R. Civ. P. 25(a). The parties, after having conferred regarding the pending motion, have no objection to the relief requested, and the Court, having heard the arguments of counsel and considered the pleadings, is of the opinion that the Motion should be granted.

Accordingly, it is ORDERED Plaintiff's Motion to Substitute Amber Thompson, on behalf of the Estate of and on behalf of all wrongful death beneficiaries of Betty Moore, and Angie Ray, individually, as the proper parties in this case is **GRANTED**.

Signed this the ___ day of August 2023.

_____
United States Magistrate Judge