# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**TONI CORBY**,<br><br>                      **Plaintiff,**<br>**v.**<br><br>**JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER, INC.,**<br><br>                      **Defendants.** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE MICHAEL SHIPP**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: <u>3:18-cv-01753</u><br><br><br>DIRECT FILED ACTION |

## ORDER GRANTING MOTION TO SUBSTITUTE PROPER PARTY

Before this Court is a Motion to Substitute Trudy Parrish, as Special administrator of the Estate of Toni Corby, as the proper party in this case. Plaintiff contends such substitution is proper under Fed. R. Civ. P. 25(a). The parties, after having conferred regarding the pending motion, have no objection to the relief requested, and the Court is of the opinion that the Motion should be granted.

Accordingly, it is ORDERED Plaintiff's Motion to Substitute Trudy Parrish, as Special administrator of the Estate of Toni Corby as the proper party in this case is **GRANTED**.

Signed this the ____ day of _____, 2023.

                                                                      _____
                                                                      United States Magistrate Judge