# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (FLW) (LHG) JUDGE MICHAEL SHIPP** |
| | COMPLAINT AND JURY DEMAND |
| **BRENDA PROST**, | |
| Plaintiff, | Civil Action No.: 3:17-cv-12753 |
| v. | |
| **JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER, INC.,** | |
| Defendants. | DIRECT FILED ACTION |

## ORDER GRANTING MOTION TO SUBSTITUTE PROPER PARTY

Before this Court is a Motion to Substitute Jo Beth Petrowski, as Executor of the Estate of Brenda Prost as the proper party in this case. Plaintiff contends such substitution is proper under Fed. R. Civ. P. 25(a). The parties, after having conferred regarding the pending motion, have no objection to the relief requested, and the Court is of the opinion that the Motion should be granted.

Accordingly, it is ORDERED Plaintiff's Motion to Substitute Jo Beth Petrowski, as Executor of the Estate of Brenda Prost as the proper party in this case is **GRANTED**.

Signed this the ____ day of _____, 2023.

_____
United States Magistrate Judge