# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-12689 | MDL NO. 2738 (MAS) (RLS) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on August 29, 2023 on behalf of Yvette Johnson, Individually and as the Personal Representative of the Estate of Lottie Johnson.

|  |  |
|---|---|
| Dated:  August 29, 2023 | Respectfully submitted,<br><br>**NS PR LAW SERVICES LLC**<br><br>*/s/ Christopher LoPalo*<br>Christopher LoPalo, Esq.<br>1302 Ave. Ponce De Leon<br>Santurce, PR 00907<br>Telephone: (212) 397-1000<br>Facsimile: (646) 927-1676<br>clopalo@nsprlaw.com<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

   I hereby certify that on August 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  August 29, 2023

                */s/ Christopher LoPalo*
                Christopher LoPalo, Esq.
                NS PR LAW SERVICES LLC
                1302 Ave. Ponce De Leon
                Santurce, PR 00907
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                clopalo@nsprlaw.com

                *Attorneys for Plaintiff*