# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Maria Osorio v. Johnson & Johnson, et al.<br>Civil No. 3:23-cv-12702 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 29, 2023 on behalf of Plaintiff Maria Osorio.

DATED: August 29, 2023                                BISNAR|CHASE LLP

                                                              By:   /s/ Michael K. Teiman
                                                                         BRIAN D. CHASE
                                                                         MICHAEL K. TEIMAN
                                                                         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                   BISNAR|CHASE LLP

By:    /s/ Michael K. Teiman
         BRIAN D. CHASE
         MICHAEL K. TEIMAN