# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (MAS) (RLS)** |
| **THIS DOCUMENT RELATES TO:** | |
| **KIMBERLY TORRES,** | **Case No. 3:21-cv-15633-MAS-RLS** |
| Plaintiff, | |
| v. | |
| **JOHNSON & JOHNSON, et al.,** | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 18, 2021, on behalf of Plaintiff KIMBERLY TORRES.

Dated: August 29, 2023               Respectfully Submitted,

                                    By:   /s/ *Mark P. Robinson, Jr.*
                                          Mark P. Robinson, Jr.
                                          19 Corporate Plaza Drive
                                          Newport Beach, CA 92660
                                          949-720-1288 Phone
                                          949-720-1292 Facsimile
                                          mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that August 29, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ *Mark P. Robinson Jr.*
    MARK P. ROBINSON, JR.