UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 2738 (MAS) (RLS) |
| **THIS DOCUMENT RELATES TO:** <br><br> **LEANN PEACE,** <br><br> **Plaintiff,** <br><br> v. <br><br> **JOHNSON & JOHNSON, et al.,** <br><br> **Defendants.** | Case No. 3:21-cv-15660-MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 18, 2021, on behalf of Plaintiff LEANN PEACE.

Dated: August 29, 2023                                Respectfully Submitted,

                                                                         By:   /s/ *Mark P. Robinson, Jr.*
                                                                                Mark P. Robinson, Jr.
                                                                                19 Corporate Plaza Drive
                                                                                Newport Beach, CA 92660
                                                                                949-720-1288 Phone
                                                                                949-720-1292 Facsimile
                                                                                mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that August 29, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

        /s/ *Mark P. Robinson Jr.*
        MARK P. ROBINSON, JR.