SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Carolyn Prodin v. Johnson & Johnson, et al*<br>Case No.  3:23-cv-11249 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE MICHAEL A. SHIPP<br><br>MAG. JUDGE RUKHSANAH SINGH |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 25, 2023 on behalf of Plaintiff *Carolyn Prodin.*

Dated: August 29, 2023                                      Respectfully Submitted,

                                                                                    */s/ John J. Foley*
                                                                                    John J. Foley
                                                                                    Trent B. Miracle
                                                                                    **SIMMONS HANLY CONROY**
                                                                                    One Court Street
                                                                                    Alton, IL 62002
                                                                                    Telephone:  618.259.2222
                                                                                    Facsimile:   618.259.2251
                                                                                    jfoley@simmonsfirm.com
                                                                                    tmiracle@simmonsfirm.com

                                                                                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 29th day of August, 2023 to all parties of interest.

*/s/ John J. Foley*
John J. Foley