## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-12861 | MDL NO. 2738 (MAS) (RLS) |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on August 30, 2023 on behalf of Janice Sloan and Ronald Sloan.

| | |
|---|---|
| Dated:  August 30, 2023 | Respectfully submitted,<br><br>**NS PR LAW SERVICES LLC**<br><br>*/s/ Joelys Hernandez*<br>Joelys Hernandez, Esq.<br>1302 Ave. Ponce De Leon<br>Santurce, PR 00907<br>Telephone: (212) 397-1000<br>Facsimile: (646) 927-1676<br>joelyshernandez@nsprlaw.com<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  August 30, 2023

                */s/ Joelys Hernandez*
                Joelys Hernandez, Esq.
                NS PR LAW SERVICES LLC
                1302 Ave. Ponce De Leon
                Santurce, PR 00907
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                joelyshernandez@nsprlaw.com

                *Attorneys for Plaintiff*