# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: <u>Carter v. Johnson & Johnson, et al., 3:19-cv-20425.</u> | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on August 30, 2023 on behalf of Tammy Carter.

                                              Respectfully submitted,

                                              <u>/s/ Graham L. Newman</u>
                                              Graham L. Newman (S.C. Fed. ID #9746)
                                              CHAPPELL, CHAPPELL & NEWMAN
                                              2801 Devine Street, Suite 300
                                              Columbia, South Carolina 29205
                                              (803) 233-7050
                                              (803) 233-0570 (facsimile)
                                              graham@chappell.law

                                              ATTORNEY FOR PLAINTIFF

Dated: August 30, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to received services in this MDL.

Respectfully submitted,

      /s/ Graham L. Newman_____
      Graham L. Newman (S.C. Fed. ID #9746)
      CHAPPELL, CHAPPELL & NEWMAN
      2801 Devine Street, Suite 300
      Columbia, South Carolina 29205
      (803) 233-7050
      (803) 233-0570 (facsimile)
      graham@chappell.law

      ATTORNEY FOR PLAINTIFF

Dated: August 30, 2023