### UNITED STATES DISTRICT COURT FOR THE
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-MAS-LHG <br><br> JUDGE MICHAEL A. SHIPP |
| THIS DOCUMENT RELATES TO: <br><br> Brenda Himler | Civil Case No. 3:20-cv-03797 |

### NOTICE AND SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a), the undersigned counsel hereby gives notice of the death of the Plaintiff, BRENDA HIMLER.  Ms. Himler died on December 11, 2019, of ovarian cancer.  By way of Motion for Substitution of Party and Leave to Amend Short Form Complaint, and pursuant to Fed. R. Civ. P. 25(a), Ms. Lipton's husband, Ronald M. Himler, as her successor in interest, will request to be substituted in this action as a Plaintiff and amend the short Form Complaint to convert this case to a wrongful death claim.

Dated:  August 30, 2023

Respectfully submitted,

*/s / Donald G. Norris*
Donald G. Norris
Law Offices of Donald G. Norris,
A Law Corporation
3055 Wilshire Blvd., Ste. 980
Los Angeles, CA 90010
213-487-8880
fax 213-487-8884
email: dnorrislaw@gmail.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 30, 2023, this document was filed and electronically served by way of the CM/ECF filing system. Notice of this filing will be served on all parties of record by operation of the ECF system and parties may access the filing through the ECF system.

*/s / Taurin Robinson*
Taurin Robinson
