**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEWJERSEY**

| | |
|---|---|
| **IN RE JOHNSON&JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | CIVIL NO.: 3:16-MD-2738-MAS-RLS |
| THIS DOCUMENT RELATES TO: | JUDGE MICHAEL A. SHIPP |
| *Nataly Mannozzi* *v.* *Johnson & Johnson, et al.* | MAG. JUDGE RUKHSANAH L. SINGH |
| Case No.: 3:23-cv-13112 | |

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant the Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 30, 2023 on behalf of Plaintiff Nataly Mannozzi.

Dated: August 30, 2023                    Respectfully Submitted by,


/*s/ Andrew F. Sullo*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
ASullo@sullolaw.com

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 30, 2023, a copy of the forgoing NOTICE OF

FILING was filed electronically. Notice of this filing will be sent by operation of the Court's

electronic filing system to all parties indicated on the electronic filing receipt. Parties may

access this filing through the Court's system.

*<u>/s/ Andrew F. Sullo</u>*
SULLO & SULLO, LLP
2020 Southwest Fwy.
Suite 300
Houston, TX 77098
T: 713-839-9026
F: 713-335-0841
<u>ASullo@sullolaw.com</u>
