

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

August 30, 2023

VIA - ECF

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
404 East State Street
Trenton, NJ 08608

Re:  Johnson & Johnson Talcum Power Products, Marketing, Sales Practices and Products liability Litigation
Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Shipp:

Pursuant to Your Honor's request, here is a list of the lawyers who are planning to attend the case management conference on Sept. 6.

For the Johnson & Johnson defendants:

- Susan M. Sharko, Faegre Drinker Biddle & Reath
- Eric Friedman, Faegre Drinker Biddle & Reath
- Kathleen Frazier, Shook Hardy & Bacon
- Allison Brown, Skadden Arps
- Kristen Fournier, King & Spalding
- Andrew C. White, Johnson & Johnson

For defendant PCPC:

- David Katzenstein, Seyfarth Shaw
- Renee Appel, Seyfarth Shaw

For defendants PTI and PTI Union LLC and Specially-Appearing Defendant PTI Royston, LLC:

- Janet Poletto, Hardin Kundla, McKeon & Poletto
- Caroline Tinsley, Tucker Ellis

For the Plaintiffs' Steering Committee:

- Michelle A. Parfitt, Ashcraft & Gerel
- P. Leigh O'Dell, Beasley Allen

Honorable Michael A. Shipp -2- August 30, 2023

- Christopher Placitella, Cohen Placitella & Roth
- Richard Golomb, Golomb, Spirt Grunfeld
- Christopher Tisi, Levin Papantonio
- Daniel Lapinski, Motley Rice
- Larry Berman, Levin Sedran & Berman
- Sindhu Daniel, Grant & Eisenhofer
- Vicki Maniatis, Milberg Coleman Bryson Phillips Grossman

Plaintiffs' counsel who plan to attend and observe:

- James Green, Ashcraft & Gerel
- Andy Birchfield, Beasley Allen
- Chris LaPalo, Napoli Shkolnik
- John Bevis, Barnes Law Group
- Paul Lyons, Motley Rice
- Justin Placitella, Cohen Placitella & Roth
- Amanda Klevorn, Burns Charest
- Korey Nelson, Burns Charest

Thank you for your consideration of these matters, we all look forward to seeing Your Honor.

Respectfully submitted,

Susan M. Sharko

SMS
cc: All counsel via ECF

US.359287001.01