**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Glenice McKeon, Personal Representative of The Estate of Misty Carpenter,* Case No. 3:23-cv-10903. | MDL NO. 16-2738 (FLW) (LHG) |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Dkt. No. 7462) (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 25, 2023, on behalf of Plaintiff Glenice McKeon, Personal Representative of The Estate of Misty Carpenter.

Dated this the 30th day of August, 2023.

        Respectfully submitted,

        PWRFL
        */s/Felix Gavi Luna*
        Felix Gavi Luna, WSBA No. 27087
        Attorneys for Plaintiff
        1001 4th Avenue, Suite 4131
        Seattle, WA 98154
        Ph. (206) 624-6800
        luna@pwrfl-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this court.

PWRFL

*/s/Felix Gavi Luna*
Felix Gavi Luna, WSBA No. 27087
Attorneys for Plaintiff
1001 4th Avenue, Suite 4131
Seattle, WA 98154
Ph. (206) 624-6800
luna@pwrfl-law.com