IN THE UNITED STATES DISTRICT COURT FOR
THE OHIO NORTHERN DISTRICT

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND        CASE NO. 3:16-md-02738
PRODUCTS LIABILITY LITIGATION,

*This Document Relates to*
Tina Gearhart, individually and
for the Estate of Nancy Isom, deceased,
    v.
Johnson & Johnson *et al.*
3:23-cv-13448

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Company and Jury Demand was filed on August 30, 2023 on behalf of Plaintiff, Tina Gearhart, Individually and as Executor of the Estate of Tina Gearhart.

Dated this   31st   day of August, 2023.

/s/ Edmund L. Wagoner
Edmund L. Wagoner (Ohio ID #0084126)
Hansberry & Wagoner, PLLC
265 High Street, 3rd Floor
Morgantown, WV 26505
Tel: (304) 470-2056
Fax: (304) 470-2057
*Counsel for Plaintiff, Tina Gearhart,*
*Individually and Executor of the Estate of*
*Nancy Isom*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31st 2023, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

  /s/ Edmund L. Wagoner
Edmund L. Wagoner (Ohio ID #0084126)
Hansberry & Wagoner, PLLC
265 High Street, 3rd Floor
Morgantown, WV 26505
Tel:  (304) 470-2056
Fax:  (304) 470-2057
*Counsel for Plaintiff, Tina Gearhart, Individually and Executor of the Estate of Nancy Isom*