UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> Mary Qureshi <br><br>        Plaintiffs, <br> v. <br><br> Johnson & Johnson, et al. <br>        Defendants. | MDL No. 16-2738 (MAS) (RLS) <br><br> Civil Action No.: 3:23-cv-13472 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 31, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

                Respectfully Submitted by,

                /s/ Randi Kassan
                Randi A. Kassan, Esq.
                MILBERG COLEMAN BRYSON
                PHILLIPS GROSSMAN, PLLC
                100 Garden City Plaza, Suite 500
                Garden City, NY 11530
                Tel: (516) 741-5600
                Fax: (516) 741-0128
                rkassan@milberg.com

                **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2023, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel to all parties on the date indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      By:    /s/ Randi Kassan
                 Randi A. Kassan, Esq.
                 MILBERG COLEMAN BRYSON
                 PHILLIPS GROSSMAN, PLLC
                 100 Garden City Plaza, Suite 500
                 Garden City, NY 11530
                 Tel: (516) 741-5600
                 Fax: (516) 741-0128
                 rkassan@milberg.com

                 **Counsel for Plaintiff**