BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Dixie Heaton*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Dixie Heaton v. Johnson & Johnson, et al.<br>Case No. 3:23-cv-13533 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 31, 2023 on behalf of Plaintiff Dixie Heaton.

                                              */s/ Brittany S. Scott*
                                              Brittany S. Scott
                                              BEASLEY ALLEN CROW METHVIN
                                              PORTIS & MILES, P.C.
                                              218 Commerce Street
                                              Montgomery, Alabama 36104
                                              (800) 898-2034 Telephone
                                              (334) 954-7555 Facsimile
                                              Brittany.Scott@BeasleyAllen.com

                                              Attorney for Plaintiff Dixie Heaton

Dated: August 31, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                      */s/ Brittany S. Scott*
                                                      Brittany S. Scott

                                                      BEASLEY ALLEN CROW METHVIN
                                                      PORTIS & MILES, P.C.