# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to:<br><br>3:23-cv-13601 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on August 31, 2023 on behalf of Colette Murphy as Personal Representative of the Estate of Barbara Seitz.

Dated:  August 31, 2023                                Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
joelyshernandez@nsprlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: August 31, 2023

                                                      */s/ Joelys Hernandez*
                                                      Joelys Hernandez, Esq.
                                                      NS PR LAW SERVICES LLC
                                                      1302 Ave. Ponce De Leon
                                                      Santurce, PR 00907
                                                      Telephone: (212) 397-1000
                                                      Facsimile: (646) 927-1676
                                                      joelyshernandez@nsprlaw.com

                                                      *Attorneys for Plaintiff*