UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**BETTY MOORE & PRESTON MOORE**,<br><br>            **Plaintiff**,<br>v.<br><br>**JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC.**,<br><br>            **Defendants.** | MDL NO. 16-2738 (MAS) (RLS)<br><br>Civil Action No.: 3:17-cv-01609 |

## ORDER GRANTING MOTION TO SUBSTITUTE PROPER PARTY

Before this Court is a Motion to Substitute Amber Thompson as the proper party in this case. Plaintiff contends such substitution is proper under Fed. R. Civ. P. 25(a). The parties, after having conferred regarding the pending motion, have no objection to the relief requested, and the Court, having heard the arguments of counsel and considered the pleadings, is of the opinion that the Motion should be granted.

Accordingly, it is **ORDERED** Plaintiff's Motion to Substitute Amber Thompson, on behalf of the Estate of and on behalf of all wrongful death beneficiaries of Betty Moore, and Angie Ray, individually, as the proper parties in this case is **GRANTED**; and it is further

**ORDERED** that the Clerk is hereby directed to **TERMINATE** the Motions pending at Docket Entry No. 27119 in MDL No. 16-2738 and Docket Entry No. 16 in Civ. Action No. 17-1609.

Signed this the **31st** day of **August** 2023.

/s/ Rukhsanah L. Singh
Rukhsanah L. Singh,
United States Magistrate Judge