UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCT MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Cases* | Civil Action No. 3:16-md-2738-MAS-RLS<br><br>MDL No. 2738 |

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' RENEWED MOTION FOR LEAVE TO FILE A SECOND AMENDED MASTER LONG FORM COMPLAINT [DOC NO. 26636]**

This matter having come before the Court upon the joint application of the Parties, and the Court having reviewed the matter,

IT IS ON THIS 1st day of September, 2023,

**ORDERED THAT:**

1. Oppositions to the Plaintiffs' Renewed Motion for Leave to File a Second Amended Master Long Form Complaint shall be filed on or before September 18, 2023.

2. Any reply in support of the Motion shall be filed on or before October 2, 2023.

_____
THE HONORABLE MICHAEL A. SHIPP