# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL Docket No. 2738

### CASE MANAGEMENT ORDER   9   -- STATUS OF DECEASED PLAINTIFFS

This matter having come before the Court upon the application of Defendants, the Plaintiffs

having consented to same, and the Court having reviewed the matter,

IT IS ON THIS ____1st____ day of September, 2023,

**ORDERED THAT**:

1.      This Order shall apply to all actions currently pending in this MDL only as of the
date of this Order.

2.      In the event that the Plaintiff is now deceased, counsel shall undertake actions as
appropriate within **180 days** of entry of this Order:

  a.  Counsel may file and serve a motion to substitute a proper party; or

  b.  Counsel may file and serve a notice explaining why a proper party may not
  be substituted at this time.  Defendants may, within **15 days,** file and serve
  an opposition.

3.      By allowing a case to continue beyond the deadline set forth in Paragraph 2 without
undertaking further action, counsel for Plaintiffs affirm that the substitution of a party(s) is not
necessary or required at the time of the deadline.

_____
THE HONORABLE MICHAEL A. SHIPP