UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>**LINDA BASCHNAGEL,**<br><br>    Plaintiff, | MDL No. 2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>CIVIL ACTION No. 3:23-cv-14117-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 1, 2023 on behalf of the Plaintiff, Linda Baschnagel.

Dated:  September 1, 2023      Respectfully Submitted by,

                      By: /s/ David M. Peterson
                      David M. Peterson
                      Nicholas S. Clevenger
                      Peterson & Associates, P.C.
                      801 W 47th Street, Suite 107
                      Kansas City, MO 64112
                      Telephone: 816-531-4440
                      Fax: 816-531-0660
                      dmp@petersonlawfirm.com
                      nsc@petesonlawfirm.com

                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 1, 2023, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  September 1, 2023      Respectfully Submitted by:

                 By: /s/ David M. Peterson
                 David M. Peterson
                 Nicholas S. Clevenger
                 Peterson & Associates, P.C.
                 801 W 47th Street, Suite 107
                 Kansas City, MO 64112
                 Telephone: 816-531-4440
                 Fax: 816-531-0660
                 dmp@petersonlawfirm.com
                 nsc@petesonlawfirm.com