UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738<br>3:16-md-2738-MAS-RLS |
| THIS DOCUMENT RELATES TO:<br><br>LISA YOCOM,<br><br>               Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>               Defendants. | Case No. 3:21-cv-15719-MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 19, 2021, on behalf of Plaintiff LISA YOCOM.

Dated: September 1, 2023                      Respectfully Submitted,

                                                By:  /s/ *Mark P. Robinson, Jr.*
                                                        Mark P. Robinson, Jr.
                                                        19 Corporate Plaza Drive
                                                        Newport Beach, CA 92660
                                                        949-720-1288 Phone
                                                        949-720-1292 Facsimile
                                                        mrobinson@robinsonfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that September 1, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.