## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to:<br><br>3:23-cv-14776 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 3, 2023 on behalf of Marjorie Lyn Harding as the Personal Representative of the Estate of Norma Lee.

Dated:  September 3, 2023

Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
joelyshernandez@nsprlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 3, 2023

                                      */s/ Joelys Hernandez*
                                      Joelys Hernandez, Esq.
                                      NS PR LAW SERVICES LLC
                                      1302 Ave. Ponce De Leon
                                      Santurce, PR 00907
                                      Telephone: (212) 397-1000
                                      Facsimile: (646) 927-1676
                                      joelyshernandez@nsprlaw.com

                                      *Attorneys for Plaintiff*