BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Lenwood Taylor, Jr. o/b/o Rose Taylor, deceased*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Lenwood Taylor, Jr., Individually and as Personal Representative of the Estate of Rose Taylor, deceased v. Johnson & Johnson, et al. Case No. 3:23-cv-15727 | Civil No. 3:16-md-2738-MAS-RLS |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 5, 2023 on behalf of Plaintiff Lenwood Taylor, Jr. o/b/o Rose Taylor, deceased.

/s/ **Brittany S. Scott**
Brittany S. Scott
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(800) 898-2034 Telephone
(334) 954-7555 Facsimile
Brittany.Scott@BeasleyAllen.com

Attorneys for Plaintiff Lenwood Taylor, Jr. o/b/o Rose Taylor, deceased

Dated: September 5, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                      */s/ Brittany S. Scott*
                      Brittany S. Scott

                      BEASLEY ALLEN CROW METHVIN
                      PORTIS & MILES, P.C.