## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to: 3:23-cv-16042 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 5, 2023 on behalf of Lindas Joyce Watson.

| | |
|---|---|
| Dated:  September 5, 2023 | Respectfully submitted, |
| | **NS PR LAW SERVICES LLC** |
| | */s/ Joelys Hernandez* |
| | Joelys Hernandez, Esq. |
| | 1302 Ave. Ponce De Leon |
| | Santurce, PR 00907 |
| | Telephone: (212) 397-1000 |
| | Facsimile: (646) 927-1676 |
| | joelyshernandez@nsprlaw.com |
| | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 5, 2023

                */s/ Joelys Hernandez*
                Joelys Hernandez, Esq.
                NS PR LAW SERVICES LLC
                1302 Ave. Ponce De Leon
                Santurce, PR 00907
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                joelyshernandez@nsprlaw.com

                *Attorneys for Plaintiff*