# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to: 3:23-cv-16011 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 5, 2023 on behalf of Nancy Graham and John Graham.

Dated:  September 5, 2023               Respectfully submitted,

                                                                **NS PR LAW SERVICES LLC**

                                                                */s/ Christopher LoPalo*
                                                                Christopher LoPalo, Esq.
                                                                1302 Ave. Ponce De Leon
                                                                Santurce, PR 00907
                                                                 Telephone: (212) 397-1000
                                                                 Facsimile: (646) 927-1676
                                                                 clopalo@nsprlaw.com

                                                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 5, 2023

                                            */s/ Christopher LoPalo*
                                            Christopher LoPalo, Esq.
                                            NS PR LAW SERVICES LLC
                                            1302 Ave. Ponce De Leon
                                            Santurce, PR 00907
                                            Telephone: (212) 397-1000
                                            Facsimile: (646) 927-1676
                                            clopalo@nsprlaw.com

                                            *Attorneys for Plaintiff*