**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* Lauren Henrici v. Johnson & Johnson, et al.<br>Case No. 3:23-cv-16071 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 5, 2023 on behalf of Plaintiff Lauren Henrici.

/s/ *David B. Rheingold*
David B. Rheingold
RHEINGOLD GIUFFRA RUFFO & PLOTKIN
551 5th Avenue, 29th Fl.
New York, NY 10176
P: (212)684-1880 Phone
F: (212)689-8156
drheingold@rheingoldlaw.com

Dated: September 5, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ David B. Rheingold*
      David B. Rheingold

      RHEINGOLD GIUFFRA RUFFO & PLOTKIN