## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-16179 | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 5, 2023 on behalf of Patricia O'Dell as personal representative of the Estate of Judy Roudebush.

Dated:  September 5, 2023

Respectfully submitted,

**SHENAQ PC**

*/s/ Amir Shenaq*
Amir Shenaq, Esq.
3500 Lenox Rd. Ste 1500
Atlanta, GA 30326
Telephone: 888-909-9993
Facsimile: 713-583-3538
amir@shenaqpc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 5, 2023

                */s/ Amir Shenaq*
                Amir Shenaq, Esq.
                SHENAQ PC
                3500 Lenox Rd. Ste 1500
                Atlanta, GA 30326
                Telephone: 888-909-9993
                Facsimile: 713-583-3538
                amir@shenaqpc.com

                *Attorneys for Plaintiff*