UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| CYNTHIA KINGSTON,<br>　　　　　　　　Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | Civil Action No: 3:23-cv-08346<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on August 23, 2023.

Dated:  September 6, 2023.                                         Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Michael Goetz_
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL GOETZ, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 963984
　　　　　　　　　　　　　　　　　　　　　　　　　　　Morgan & Morgan
　　　　　　　　　　　　　　　　　　　　　　　　　　　Complex Litigation Group
　　　　　　　　　　　　　　　　　　　　　　　　　　　One Tampa City Center, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　201 N. Franklin Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone (813) 223-5505
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile (813) 223-5402
　　　　　　　　　　　　　　　　　　　　　　　　　　　E-Mail:  MGoetz@forthepeople.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system September 6, 2023.

                                /s/ Michael Goetz
                                Attorney for Plaintiff