**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 16-2738 (MAS) (RLS)** |
| This document relates to: | Civil Action No.: 3:23-cv-16500 |
| <u>Jerry Day, Individually, and as Representative of the Estate of Kathryn Day, Deceased</u><br><br>        Plaintiffs,<br>v.<br><br><u>Johnson & Johnson, et al.</u><br>        Defendants. | |

<u>**NOTICE OF FILING**</u>

   Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 6, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

       Respectfully Submitted by,

       <u>/s/ Randi Kassan</u>
       Randi A. Kassan, Esq.
       MILBERG COLEMAN BRYSON
       PHILLIPS GROSSMAN, PLLC
       100 Garden City Plaza, Suite 500
       Garden City, NY 11530
       Tel: (516) 741-5600
       Fax: (516) 741-0128
       rkassan@milberg.com

       **Counsel for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on September 6, 2023, I electronically filed the foregoing Notice of

Filing with the Clerk of the Court using the CM/ECF system, which I understand to have caused

service of the counsel to all parties on the date indicated on the electronic filing receipt. Parties

may access this filing through the Court's system.

        By:  <u>/s/ Randi Kassan</u>
           Randi A. Kassan, Esq.
           MILBERG COLEMAN BRYSON
           PHILLIPS GROSSMAN, PLLC
           100 Garden City Plaza, Suite 500
           Garden City, NY 11530
           Tel: (516) 741-5600
           Fax: (516) 741-0128
           rkassan@milberg.com

           **Counsel for Plaintiff**