**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>Victoria Brinker and Douglas Brinker v. Johnson & Johnson, et al.<br><br>Case No. 3:23-cv-16580-MAS-RLS | Civil No. 3:16-md-2738-MAS-RLS |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 6, 2023 on behalf of Plaintiffs Victoria Brinker and Douglas Brinker.

Dated:  September 6, 2023                    Respectfully submitted,

                                             **THE SIMON LAW FIRM, P.C.**

                                             */s/ Anthony G. Simon*
                                             John G. Simon, MO#35231
                                             Anthony G. Simon, MO#38745
                                             800 Market Street, Suite 1700
                                             Saint Louis, Missouri 63101
                                             (314) 241-2929
                                             jsimon@simonlawpc.com
                                             asimon@simonlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Anthony G. Simon

2