**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS          **Case No: 3:23-CV-16669 (MAS)(RLS)**
MARKETING, SALES PRACTICES      **MDL No. 2738 (MAS)(RLS)**
AND PRODUCTS LIABILITY
LITIGATION

**This document relates to:**
**TRESA MARCUM, Individually**
**Case No: 3:23-CV-16669 (MAS)(RLS)**


**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on September 6, 2023

on behalf of Plaintiff, captioned above.

Dated: September 6, 2023                    Respectfully submitted,

                                            _____/s/ Grant L. Davis_____
                                            Grant L. Davis
                                            DAVIS, BETHUNE & JONES, LLC
                                            1100 Main Street, Suite 2930
                                            Kansas City, MO  64105
                                            (816) 421-1600
                                            (816) 472-5972 Fax
                                            gdavis@dbjlaw.net
                                            ***Counsel for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 6, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Grant L. Davis*
Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***
