UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,        Case No: 3:23-cv-16651 (MAS)(RLS)
SALES PRACTICES AND PRODUCTS      MDL No. 2738 (MAS) (RLS)
LIABILITY LITIGATION

This document relates to: MARTA
SALAZAR, Individually
Case No: 3:23-cv-16651 (MAS)(RLS)

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 6, 2023 on behalf of Plaintiff, captioned above.

Dated: September 6, 2023                Respectfully submitted,

                                        /s/ Frederick T. Kuykendall III

                                        Frederick T. Kuykendall III
                                        The Kuykendall Group, LLC
                                        ftk@thekuykendallgroup.com

                                        23710 US Hwy 98, Suite A-1
                                        Fairhope, AL 36532
                                        Phone: (205) 252-6127
                                        Facsimile: (205) 449-1132

                                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

      /s/ Frederick T. Kuykendall III

      Frederick T. Kuykendall III
      The Kuykendall Group, LLC
      ftk@thekuykendallgroup.com

      23710 US Hwy 98, Suite A-1
      Fairhope, AL 36532
      Phone: (205) 252-6127
      Facsimile: (205) 449-1132

      Attorney for Plaintiff