UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> <u>Stephen Marilley, Individually, and as Representative of the Estate of Leanne Marilley, Deceased</u> <br>        Plaintiffs, <br> v. <br><br> <u>Johnson & Johnson, et al.</u> <br>        Defendants. | MDL No. 16-2738 (MAS) (RLS) <br><br><br><br> Civil Action No.: 3:23-cv-16835 |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 6, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

            Respectfully Submitted by,

            <u>/s/ Randi Kassan</u>
            Randi A. Kassan, Esq.
            MILBERG COLEMAN BRYSON
            PHILLIPS GROSSMAN, PLLC
            100 Garden City Plaza, Suite 500
            Garden City, NY 11530
            Tel: (516) 741-5600
            Fax: (516) 741-0128
            rkassan@milberg.com

            **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2023, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel to all parties on the date indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By:    /s/ Randi Kassan
          Randi A. Kassan, Esq.
          MILBERG COLEMAN BRYSON
          PHILLIPS GROSSMAN, PLLC
          100 Garden City Plaza, Suite 500
          Garden City, NY 11530
          Tel: (516) 741-5600
          Fax: (516) 741-0128
          rkassan@milberg.com

**Counsel for Plaintiff**