**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                      **DATE:** SEPTEMBER 6, 2023

**JUDGE MICHAEL A. SHIPP**
**MAGISTRATE JUDGE RUKHSANAH L. SINGH**

**COURT REPORTER:** SHANNAN GAGLIARDI

**CIVIL ACTION #** 16-2738 (MAS) (RLS)

**TITLE OF CASE:**
IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
See attached sign-in sheets.

**NATURE OF PROCEEDINGS:**
Status Conference held.
Order to issue.

Time Commenced:   10:00 AM
Time Adjourned:   11:00 AM
Total Time:            1 hour

                                                                    s/ Jair Bodnar
                                                                    **DEPUTY CLERK**