# SIGN IN SHEET

IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING,
SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
Civil Action No. 16-md-2738 (MAS) RLS)

STATUS CONFERENCE – 9/6/2023 @ 10:00 AM

## PLAINTIFFS

| PARTY REPRESENTED | ATTORNEY NAME/FIRM | SIGN-IN |
|---|---|---|
| Plaintiffs' Steering Committee | Michelle A. Parfitt<br>*Ashcraft & Gerel* | *[signed]* |
| | P. Leigh O'Dell<br>*Beasley Allen* | *[signed]* |
| | Christopher Placitella<br>Cohen Placitella & Roth | *[signed]* |
| | Richard Golomb<br>*Golomb, Spirt Grunfeld* | |
| | Christopher Tisi<br>*Levin Papantonio* | |
| | Daniel Lapinski<br>*Motley Rice* | *[signed]* |
| | Larry Berman<br>*Levin Sedran & Berman* | |
| | Sindhu Daniel<br>*Grant & Eisenhofer* | *[signed]* |
| | Vicki Maniatis<br>*Milberg Coleman Bryson Phillips Grossman* | *[signed]* |

| PARTY REPRESENTED | ATTORNEY NAME/FIRM | SIGN-IN |
|---|---|---|
| **Various Plaintiffs**<br>*(plan on attending and observing)* | James Green<br>*Ashcraft & Gerel* | *[signed]* |
| | Andy Birchfield<br>*Beasley Allen* | |
| | Chris LaPalo<br>*Napoli Shkolnik* | *[signed]* |
| | John Bevis<br>*Barnes Law Group* | |
| | Paul Lyons<br>*Motley Rice* | |
| | Justin Placitella<br>*Cohen Placitella & Roth* | *[signed]* |
| | Amanda Klevorn<br>*Burns Charest* | |
| | Korey Nelson<br>Burns Charest | |

## **DEFENDANTS**

| PARTY REPRESENTED | ATTORNEY NAME/FIRM | SIGN-IN |
|---|---|---|
| **JOHNSON & JOHNSON** | **Susan M. Sharko** *Faegre Drinker Biddle & Reath* | *[signature]* |
| | **Eric Friedman** *Faegre Drinker Biddle & Reath* | *[signature]* |
| | **Kathleen Frazier** *Shook Hardy & Bacon* | *[signature]* |
| | **Allison Brown** *Skadden Arps* | *[signature]* |
| | **Kristen Fournier** *King & Spalding* | *[signature]* |
| | **Andrew C. White** *Johnson & Johnson* | |
| **PCPC** | **David Katzenstein** *Seyfarth Shaw* | *[signature]* |
| | **Renee Appel** *Seyfarth Shaw* | *[signature]* |
| **PTI and PTI UNION LLC and Specially-Appearing PTI ROYSTON, LLC** | **Janet Poletto** *Hardin Kundla, McKeon & Poletto* | *[signature]* |
| | **Caroline Tinsley** *Tucker Ellis* | |