UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>___*Fulmore*___ vs. *Johnson & Johnson, et al.*<br>Case No.:        3:23-cv-16972 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Michelle Fulmore

This  6th  day of   September  ,   2023  .

                                                       Respectfully submitted,

                                                       Law Offices of Donald G. Norris,
                                                       A Law Corporation

By:     */s/ Donald G. Norris*
           Donald G. Norris, CA Bar No. 90000
           3055 Wilshire Boulevard, Ste. 980
           Los Angeles, CA 90010
           213-487-8880 telephone
           213-487-8884 facsimile
           dnorrislaw@gmail.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this   6th   day of   September  ,   2023  , copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

                                              /s/ Taurin Robinson
                                              Taurin Robinson