UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

_____Marlow_____ vs. Johnson & Johnson, et al.
Case No.:         3:23-cv-16957

MDL NO. 2738 (FLW) (LHG)

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Tina Marlow.

This 6th day of September, 2023.

Respectfully submitted,

Law Offices of Donald G. Norris,
A Law Corporation

By: /s/ Donald G. Norris
Donald G. Norris, CA Bar No. 90000
3055 Wilshire Boulevard, Ste. 980
Los Angeles, CA 90010
213-487-8880 telephone
213-487-8884 facsimile
dnorrislaw@gmail.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this __6th__ day of __September__, __2023__, copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

                                               /s/ Taurin Robinson  
                                               Taurin Robinson