UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL No. 16-2738 (FLW) (LHG) JUDGE MICHAEL SHIPP |
| THIS DOCUMENT RELATES TO: ANN BURY, | Civil Action No.: 3:19-cv-17751-MAS-RLS |

## ORDER GRANTING MOTION TO SUBSTITUTE PROPER PARTY

This matter comes before the Court upon Plaintiff Ann Bury's Suggestion of Death and Motion to Substitute Gregg Stuart Bury, as Personal Representative of the Estate of Ann Bury, and Erin Bury and Eilis Bury, the daughters of Plaintiff Ann Bury, as the proper parties in this case. Plaintiff contends such substitution is proper under Fed. R. Civ. P. 25(a).

Accordingly, the Court, being fully advised and reviewing the files and documents on record, HEREBY ORDERS Plaintiff's Motion to Substitute Gregg Stuart Bury, as the Personal Representative of the Estate of Ann Bury, and add Erin Bury and Eilis Bury, as the proper parties in this case is GRANTED.

Signed this _____ day of _____, 2023.

_____
United States Magistrate Judge

#5441004 v1 / 73753-001