## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to:<br>3:23-cv-17321 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 6, 2023 on behalf of Jessica Putnam.

Dated:  September 6, 2023                              Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
joelyshernandez@nsprlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 6, 2023

                                          */s/ Joelys Hernandez*
                                          Joelys Hernandez, Esq.
                                          NS PR LAW SERVICES LLC
                                          1302 Ave. Ponce De Leon
                                          Santurce, PR 00907
                                          Telephone: (212) 397-1000
                                          Facsimile: (646) 927-1676
                                          joelyshernandez@nsprlaw.com

                                          *Attorneys for Plaintiff*