UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738<br><br>Civil Action No. 16-2738 (MAS) (RLS)<br><br>**ORDER** |

This matter came before the Court for an in-person status conference on September 6, 2023. For the reasons set forth on the record, and for other good cause shown,

**IT IS** on this 6th day of September 2023,

**ORDERED** that:

1. By **September 8, 2023**, the parties shall e-file joint correspondence that sets forth their positions regarding the appointment of Freda L. Wolfson, U.S.D.J. (ret.) for the limited purpose of addressing the *Daubert*-related disputes and motions in this matter.

2. By **September 12, 2023**, the parties shall e-file joint correspondence that includes:

    (a) a list of motions that have been resolved or are moot;

    (b) a list of pending non-dispositive motions/applications[1]; and

    (c) a list of pending dispositive motions.[2]

---

[1] For ease of reference, the lists should include titles, dates and ECF numbers. In addition, the parties should note which applications were pending before Special Master Schneider at the time the matter was stayed due to the LTL bankruptcy filing. As indicated during the status conference, the Court intends those applications to remain before Judge Schneider (ret.). In addition, the Court refers the Motion for Leave to File a Second Amended Master Long Form Complaint (ECF No. 26636) to Judge Schneider.

[2] Counsel may also include their positions regarding the order and/or a potential streamlined manner in which they believe the Court should address the motions.

3. Counsel shall meet and confer regarding a "Science"/"Educational" day. By **September 15, 2023**, the parties shall e-file joint correspondence that includes a minimum of three (3) alternative proposed dates. The joint correspondence should also include a proposed schedule for the "Science"/"Educational" day.[3]

4. Counsel shall meet and confer regarding motions to amend. Moving forward, Notices of Motion should indicate whether a motion to amend is filed with the consent of Defendants.

5. Following review of the September submissions, the Court will enter an appropriate order.

                                                                                 /s/ Michael A. Shipp
                                                                                 MICHAEL A. SHIPP
                                                                                 UNITED STATES DISTRICT JUDGE

---

[3] To the extent that the parties do not agree on the content to be covered, the joint correspondence should include each party's (1) position, (2) proposed coverage topics, and (3) proposed schedule.