UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |
| This document relates to: <br><br> Mary DeClemente <br><br>                               Plaintiffs, <br> v. <br><br> Johnson & Johnson, et al. <br>                               Defendants. | Civil Action No.:   3:23-cv-17985 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 7, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

                                                  Respectfully Submitted by,

                                                  /s/ Randi Kassan
                                                  Randi A. Kassan, Esq.
                                                  MILBERG COLEMAN BRYSON
                                                  PHILLIPS GROSSMAN, PLLC
                                                  100 Garden City Plaza, Suite 500
                                                  Garden City, NY 11530
                                                  Tel: (516) 741-5600
                                                  Fax: (516) 741-0128
                                                  rkassan@milberg.com

                                                  **Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2023, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel to all parties on the date indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By:    /s/ Randi Kassan
        Randi A. Kassan, Esq.
        MILBERG COLEMAN BRYSON
        PHILLIPS GROSSMAN, PLLC
        100 Garden City Plaza, Suite 500
        Garden City, NY 11530
        Tel: (516) 741-5600
        Fax: (516) 741-0128
        rkassan@milberg.com

**Counsel for Plaintiff**