

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com



**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

September 7, 2023

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

>   Re:   *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*
>         **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

      We were pleased to have the opportunity to meet and introduce ourselves yesterday to the Court. Thank you both for the courtesies shared. We look forward to our work together.

      At the conclusion of the hearing, you conveyed the Court's interest in assisting the parties in their efforts to resolve this litigation. We heard and appreciated Your Honor's comments. In order to advance this process, we strongly believe it is important that individual conversations take place which would permit the parties to share the history of the negotiations and their perspective in a confidential manner. At the conclusion of these sessions, the Court would be in a position to assess the potential for further settlement discussions and the process for moving forward.

Hon. Michael A. Shipp, U.S.D.J.<br>
Hon. Rukhsanah L. Singh, U.S.M.<br>
September 7, 2023<br>
Page 2

Thank you for your consideration.

Respectfully submitted,

| */s/ P. Leigh O'Dell* | */s/ Michelle A. Parfitt* |
|---|---|
| P. Leigh O'Dell | Michelle A. Parfitt |

cc:   Hon. Joel Schneider, U.S.M.J. (ret.) (via email)
      Susan Sharko, Esq. (via email)
      All Counsel (via ECF)

Hon. Michael A. Shipp, U.S.D.J.<br>
Hon. Rukhsanah L. Singh, U.S.M.<br>
September 7, 2023<br>
Page 3

cc: Hon. Joel Schneider, U.S.M.J. (ret.) (via email)
     Susan Sharko, Esq. (via email)
     All Counsel (via ECF)