# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-18101 | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 7, 2023 on behalf of Wade King, as Personal Representative of the Estate of Mary King.

Dated:  September 7, 2023         Respectfully submitted,

                                                     **NS PR LAW SERVICES LLC**

                                                     */s/ Christopher LoPalo*
                                                     Christopher LoPalo, Esq.
                                                     1302 Ave. Ponce De Leon
                                                     Santurce, PR 00907
                                                     Telephone: (212) 397-1000
                                                     Facsimile: (646) 927-1676
                                                     clopalo@nsprlaw.com

                                                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on September 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 7, 2023

 */s/ Christopher LoPalo*
Christopher LoPalo, Esq.
NS PR LAW SERVICES LLC
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
clopalo@nsprlaw.com

*Attorneys for Plaintiff*