UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 3:23-cv-18114 (MAS)(RLS) <br> MDL No. 2738 (MAS) (RLS) |
| This document relates to: SHONA LEE, Individually Case No: 3:23-cv-18114 (MAS)(RLS) | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 7, 2023 on behalf of Plaintiff, captioned above.

Dated: September 7, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Frederick T. Kuykendall III

　　　　　　　　　　　　　　　　　　　Frederick T. Kuykendall III
　　　　　　　　　　　　　　　　　　　The Kuykendall Group, LLC
　　　　　　　　　　　　　　　　　　　ftk@thekuykendallgroup.com

　　　　　　　　　　　　　　　　　　　23710 US Hwy 98, Suite A-1
　　　　　　　　　　　　　　　　　　　Fairhope, AL 36532
　　　　　　　　　　　　　　　　　　　Phone: (205) 252-6127
　　　　　　　　　　　　　　　　　　　Facsimile: (205) 449-1132

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Frederick T. Kuykendall III

Frederick T. Kuykendall III
The Kuykendall Group, LLC
ftk@thekuykendallgroup.com

23710 US Hwy 98, Suite A-1
Fairhope, AL 36532
Phone: (205) 252-6127
Facsimile: (205) 449-1132

Attorney for Plaintiff