UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br>MARIE ELENA BARBIER, Individually<br>Case No: 3-23-cv-15870 (MAS)(RLS) | MDL No. 16-2738 (MAS)(RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on September 5, 2023, on behalf of Plaintiff Marie Elena Barbier.

Dated: September 7, 2023                Respectfully Submitted,

                        By: /s/ T. Christopher Pinedo
                            T. Christopher Pinedo
                            HILLIARD LAW
                            719 South Shoreline Boulevard
                            Corpus Christi, Texas 78401
                            Phone: 361.882.1612
                            Fax: 361.882.3015
                            cpinedo@hilliard-law.com
                            service@hilliard-law.com

                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/ T. Christopher Pinedo*
T. Christopher Pinedo
