UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document relates to:**<br>**BENJAMIN MAYHEW JR., INDIVIDUALLY AND ON BEHALF OF PRISCILLA MAYHEW, DECEASED,**<br>**AND ERIC MAYHEW**<br>**Case No: 3-23-cv-15904 (MAS)(RLS)** | MDL No. 16-2738 (MAS)(RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on September 5, 2023, on behalf of Plaintiffs Benjamin Mayhew Jr., Individually, and on Behalf of Priscilla Mayhew, Deceased, and Eric Mayhew.

Dated: September 7, 2023        Respectfully Submitted,

By: */s/ T. Christopher Pinedo*
T. Christopher Pinedo
HILLIARD LAW
719 South Shoreline Boulevard
Corpus Christi, Texas 78401
Phone:  361.882.1612
Fax:  361.882.3015
cpinedo@hilliard-law.com
service@hilliard-law.com

Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/ T. Christopher Pinedo*
T. Christopher Pinedo
