# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) <br><br> JUDGE MICHAEL A. SHIPP <br><br> MAG. JUDGE RUKHSANAH L. SINGH |
| THIS DOCUMENT RELATES TO: <br><br> *Chastain v. Johnson & Johnson, et al.*, 3:23-cv-17135, *Ebersole v. Johnson & Johnson, et al.*, 3:23-cv-17185, *Ekern v. Johnson & Johnson, et al.*, 3:23-cv-17207, *Mitchell-Tilley v. Johnson & Johnson, et al.*, 3:23-cv-17255, *Owens v. Johnson & Johnson, et al.*, 3:23-cv-17309, and *Smith v. Johnson & Johnson, et al.*, 3:23-cv-17339 | |

## NOTICE OF FILING

    Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaints and Jury Demands on the above referenced cases were filed on September 6, 2023, on behalf of Plaintiffs Amanda Chastain, Arleen Ebersole, Margaret Ekern, Marilyn Mitchell-Tilley, Jasmine Owens, and Sheila Smith.

Dated: September 7, 2023        Respectfully submitted,

                                          **CUTTER LAW P.C.**

                                          /s/ Jennifer S. Domer
                                          C. Brooks Cutter (SBN 121407)
                                          Jennifer S. Domer (SBN 305822)
                                          CUTTER LAW, P.C.
                                          401 Watt Avenue
                                          Sacramento, CA 95864
                                          Telephone: (916) 290-9400

-2-

        Facsimile: (916) 588-9330
        Email: bcutter@cutterlaw.com
        Email: jdomer@cutterlaw.com

*Attorneys for the Plaintiffs*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that, on September 7, 2023, I electronically filed the above document with the Court via the Court's CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

Dated: September 7, 2023  /s/ Jennifer S. Domer
Jennifer S. Domer