UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Milly Lacoy individually and as a representative of the Estate of Mary Sheppard,<br>v.<br>Johnson & Johnson, et al.<br>Case No. 3:23-cv-13303 MAS-RLS | MDL No. 3:16-ml-2738 MAS-RLS<br><br>Chief Judge Michael A. Shipp<br><br>Magistrate Judge<br>Rukhsanah L. Singh |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on September 7, 2023 on behalf of Plaintiff(s) Milly Lacoy individually and as a representative of the Estate of Mary Sheppard.

Dated: 9/7/2023                                         Respectfully Submitted by,


/s/ Michael Louis Kelly_____
Michael Louis Kelly – SBN 82063

**Kirtland & Packard LLP**
1638 S Pacific Coast Highway,
Redondo Beach, CA 90277
(310)536-1000
mlk@kirtlandpackard.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 7, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ Michael Louis Kelly</u>
Michael Louis Kelly

**Kirtland & Packard LLP**