UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>___Robertson___ vs. Johnson & Johnson, et al.<br>Case No.:     3:23-cv-18404 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Keja Robertson

This 7th day of September, 2023.

Respectfully submitted,

Law Offices of Donald G. Norris,
A Law Corporation

By:   */s/ Donald G. Norris*
Donald G. Norris, CA Bar No. 90000
3055 Wilshire Boulevard, Ste. 980
Los Angeles, CA 90010
213-487-8880 telephone
213-487-8884 facsimile
dnorrislaw@gmail.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this  7th  day of  September , 2023 , copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

                                        /s/ Taurin Robinson
                                        Taurin Robinson