UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 3:16-md-02738-MAS-RLS |
| **THIS DOCUMENT RELATES TO:** SARAH WINTNER, Plaintiff, v. JOHNSON & JOHNSON, et. al. Defendants | Case No. 3:21-cv-02819-MAS-RLS |

## NOTICE OF MOTION TO SUBSTITUTE PARTIES AND AMEND COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's counsel will appear before the Honorable

Magistrate Judge Rukhsanah L. Singh as soon as may be heard in the U.S. Courthouse, 402

E. State Street, Suite 2020, Trenton, New Jersey, 08608, or before any judge sitting instead,

and present the Motion to Substitute Parties and Amend Complaint filed herewith.

///
///
///
///
///
///
///

Dated:  September 7, 2023                    Respectfully Submitted,


By:      /s/ James A. Morris, Jr.
         James A. Morris, Jr.
         MORRIS LAW FIRM
         4001 W. Alameda Avenue
         Suite 208
         Burbank, CA 91505
         747-283-1144 Phone
         747-283-1143 Facsimile
         jmorris@jamlawyers.com
         **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on September 7, 2023, which shall send notification of such filing to all CM/ECF participants.

*/s/ James A. Morris*
James A. Morris
