OLDFATHER LAW FIRM, PLLC
1330 South Third Street
Louisville, KY 40208
502-637-7200
*Attorneys for Plaintiff, Denise Cole*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Denise Cole v. Johnson & Johnson, et al.<br>Case No. 3:23-cv-18414-MAS-RLS | Case No. 3:16-md-2738-MAS-RLS |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 7, 2023 on behalf of Plaintiff, Denise Cole.

                                              **/s/ R. Sean Deskins**
                                              Ann B. Oldfather (KBA No. 52553)
                                              R. Sean Deskins (KBA No. 92430)
                                              OLDFATHER LAW FIRM, PLLC
                                              1330 South Third Street
                                              Louisville, KY 40208
                                              (502) 637-7200 Telephone
                                              (502) 636-0066 Facsimile
                                              sdeskins@oldfather.com

                                              Attorneys for Plaintiff Denise Cole

Dated: September 7, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ R. Sean Deskins*
      R. Sean Deskins

      OLDFATHER LAW FIRM, PLLC