UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Lauren Baca, Next of Kin to Didi Cabrera, Deceased, v. Johnson & Johnson, et al.*, Civil action No.: 3:23-cv-18439-MAS-RLS | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 9/7/2023 on behalf of Plaintiff Lauren Baca, Next of Kin to Didi Cabrera, Deceased.

Dated: September 7, 2023

/s/ Peter A. Miller
Miller DellaFera PLC
3420 Pump Road | PMB 404
Henrico, VA 23233-1111
Tel: (800) 401-6670
pmiller@millerdellafera.com

**Counsel for Plaintiff(s)**

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on 9/7/2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Peter A. Miller
Miller DellaFera PLC
3420 Pump Road | PMB 404
Henrico, VA 23233-1111
Tel: (800) 401-6670
pmiller@millerdellafera.com