## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to: 3:23-cv-18480 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 8, 2023 on behalf of Ranelle Melton as personal representative of the Estate of Marcia Steigerwald.

Dated:  September 8, 2023

Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
joelyshernandez@nsprlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 8, 2023

                                                  */s/ Joelys Hernandez*
                                                  Joelys Hernandez, Esq.
                                                  NS PR LAW SERVICES LLC
                                                  1302 Ave. Ponce De Leon
                                                  Santurce, PR 00907
                                                  Telephone: (212) 397-1000
                                                  Facsimile: (646) 927-1676
                                                  joelyshernandez@nsprlaw.com

                                                  *Attorneys for Plaintiff*