**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS  MARKETING,          **Case No: 3:23-cv-18487 (MAS)(RLS)**
SALES PRACTICES AND PRODUCTS         **MDL No. 2738 (MAS) (RLS)**
LIABILITY LITIGATION

 **This document relates to:   TANIKA
GOMER, Individually  Case No: 3:23-
cv-18487 (MAS)(RLS)**

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 8,

2023 on behalf of Plaintiff, captioned above.

Dated: September 8, 2023                    Respectfully submitted,


                                            /s/ Frederick T. Kuykendall III

                                            Frederick T. Kuykendall III
                                            The Kuykendall Group, LLC
                                            ftk@thekuykendallgroup.com

                                            23710 US Hwy 98, Suite A-1
                                            Fairhope, AL 36532
                                            Phone: (205) 252-6127
                                            Facsimile: (205) 449-1132

                                            Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Frederick T. Kuykendall III

Frederick T. Kuykendall III
The Kuykendall Group, LLC
ftk@thekuykendallgroup.com

23710 US Hwy 98, Suite A-1
Fairhope, AL 36532
Phone: (205) 252-6127
Facsimile: (205) 449-1132

Attorney for Plaintiff