# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Lynne Fragin<br><br>                              Plaintiffs,<br>v.<br><br>Johnson & Johnson, et al.<br>                              Defendants. | MDL No. 16-2738 (MAS) (RLS)<br><br><br><br>Civil Action No.: 3:23-cv-18509 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 8, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

Respectfully Submitted by,

/s/ Randi Kassan
Randi A. Kassan, Esq.
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@milberg.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2023, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel to all parties on the date indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By:    /s/ Randi Kassan
           Randi A. Kassan, Esq.
           MILBERG COLEMAN BRYSON
           PHILLIPS GROSSMAN, PLLC
           100 Garden City Plaza, Suite 500
           Garden City, NY 11530
           Tel: (516) 741-5600
           Fax: (516) 741-0128
           rkassan@milberg.com

           **Counsel for Plaintiff**