

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

faegredrinker.com

September 8, 2023

**VIA - ECF**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
404 East State Street
Trenton, NJ 08608

      **Re:**    **Johnson & Johnson Talcum Power Products, Marketing, Sales Practices and Products liability Litigation**
            **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp:

      The J&J defendants have no objection to the Court appointing Judge Wolfson to fill the limited role of addressing R. 702-related disputes and motions.  The plaintiffs will write separately.

      As noted at the MDL status conference on September 6, 2023, Judge Wolfson is currently a partner at the firm of Lowenstein Sandler, which serves as local counsel for Johnson & Johnson in the bankruptcy litigation.  However, the J&J defendants believe any conflict that would be presented by Judge Wolfson's appointment as contemplated by the Court can be waived and hereby agree to waive any such conflict.

      Thank you for your consideration of these matters.

                                      Respectfully submitted,

                                      Susan M. Sharko

SMS
cc:  All counsel via ECF

US.359406949.01