UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 3:23-cv-18552 (MAS)(RLS) <br> MDL No. 2738 (MAS) (RLS) |
| This document relates to: TANYA D. KEY, Individually  Case No: 3:23-cv-18552 (MAS)(RLS) | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 8, 2023 on behalf of Plaintiff, captioned above.

Dated: September 8, 2023                          Respectfully submitted,

/s/ Frederick T. Kuykendall III

Frederick T. Kuykendall III
The Kuykendall Group, LLC
ftk@thekuykendallgroup.com

23710 US Hwy 98, Suite A-1
Fairhope, AL 36532
Phone: (205) 252-6127
Facsimile: (205) 449-1132

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Frederick T. Kuykendall III

Frederick T. Kuykendall III
The Kuykendall Group, LLC
ftk@thekuykendallgroup.com

23710 US Hwy 98, Suite A-1
Fairhope, AL 36532
Phone: (205) 252-6127
Facsimile: (205) 449-1132

Attorney for Plaintiff