# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

**THIS DOCUMENT RELATES TO:**

*Ronald McLaney, Individually and on behalf of*
*The Estate of Beverly McLaney*
**Case No.: 3:23-cv-18592**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on September 8, 2023 on behalf of Plaintiff, Ronald McLaney, Individually and on behalf of The Estate of Beverly McLaney.

Dated: September 8, 2023

/s/Steven D. Davis
Steven D. Davis, IL 6281263
TORHOERMAN LAW LLC
210 South Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile:  (618) 656-4401
sdavis@thlawyer.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 8th day of September, 2023.

/s/Steven D. Davis