## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>JUANITA OLIVER,<br><br>     Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER, INC.; JOHNSON & JOHNSON HOLDCO (NA), INC.; LTL MANAGEMENT, LLC; JANSSEN PHARMACEUTICALS, INC. AND KENVUE, INC.,<br><br>     Defendants. | MDL NO. 16-2738 (FLW) (LHG)<br><br><br>COMPLAINT AND JURY DEMAND<br><br><br>Civil Action No.: 3:23-cv-18587<br><br><br>DIRECT FILED ACTION |

## **NOTICE OF FILING**

  Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) the Short Form Complaint and Jury Demand has been filed on the 8th day of September, 2023 on behalf of JUANITA OLIVER.

Dated: 09/08/2023

                Respectfully Submitted by,

                */s/ Anna B. Greenberg*
                Edward Blizzard, Esq. TBN 02495000
                Anna B. Greenberg, Esq. TBN 24089898
                5020 Montrose Blvd., Suite 410
                Houston, Texas 77006
                Tel: (713) 844-3750
                Fax: (713) 844-3755
                Email: eblizzard@blizzardlaw.com
                Email: agreenberg@blizzardlaw.com
                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2023, a copy of the foregoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

      /s/  Anna B. Greenberg