THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Judith Hasten, et al. v. Johnson & Johnson et al., Case No: 3:23-cv-18631(MAS)(RLS)* | Case No. 3:16-md-2738 (MAS)(RLS)<br><br>MDL NO. 2738 (MAS) (RLS) |

### NOTICE OF FILING \AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Amended Short Form Complaint with Jury Demand was filed on September 8, 2023, on behalf of Plaintiffs, Judith Hasten and Carl Hasten.


Dated:  September 8, 2023

            By: /s/ Douglas R. Plymale
              DOUGLAS R. PLYMALE
              drplymale@plymalelawfirm.com
              PLYMALE LAW FIRM
              201 St. Charles Ave., Suite 2500
              New Orleans, LA 70170
              Telephone: (504) 355-0092
              Facsimile:  (504) 662-3801
              *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, a copy of the foregoing Notice of Filing an Amended Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Douglas R. Plymale
DOUGLAS R. PLYMALE
drplymale@plymalelawfirm.com
PLYMALE LAW FIRM
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170
Telephone: (504) 355-0092
Facsimile:  (504) 662-3801
*Attorney for Plaintiffs*