## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (MAS) (RLS)** |
| This document relates to: 3:23-cv-18665 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 8, 2023 on behalf of Jane Ewer.

Dated:  September 8, 2023                              Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Christopher LoPalo*
Christopher LoPalo, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
clopalo@nsprlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 8, 2023

                 */s/ Christopher LoPalo*
                 Christopher LoPalo, Esq.
                 NS PR LAW SERVICES LLC
                 1302 Ave. Ponce De Leon
                 Santurce, PR 00907
                 Telephone: (212) 397-1000
                 Facsimile: (646) 927-1676
                 clopalo@nsprlaw.com

                 *Attorneys for Plaintiff*