## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Christina Arendale v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:23-cv-18578-MAS-RLS* | **MDL No. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

   Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Christina Arendale.

Dated: <u>September 8, 2023</u>

                Respectfully submitted,

                <u>/s/ Andrea L. Sapone</u>
                Andrea L. Sapone
                AL Bar Number: ASB-4438-E68S
                Harold T. McCall
                TX Bar Number: 24054279
                **WRIGHT MCCALL**
                5707 W. Interstate 10
                San Antonio, TX 78201
                Tel: (205) 558-9000
                Fax: (210) 734-9965
                Email:<u>asapone@wrightmccall.com</u>;
                <u>hmccall@waynewright.com</u>;

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Andrea L. Sapone
Andrea L. Sapone

**WRIGHT MCCALL**