UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Monica Rivera v. Johnson & Johnson, et al.*<br>*Civil Action No.: 3:23-cv-18590-MAS-RLS* | MDL No. 2738 (MAS) (RLS) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Monica Rivera.

Dated: September 8, 2023

Respectfully submitted,

/s/ Andrea L. Sapone
Andrea L. Sapone
AL Bar Number: ASB-4438-E68S
Harold T. McCall
TX Bar Number: 24054279
**WRIGHT MCCALL**
5707 W. Interstate 10
San Antonio, TX 78201
Tel: (205) 558-9000
Fax: (210) 734-9965
Email: asapone@wrightmccall.com;
hmccall@waynewright.com;

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

1

I hereby certify that on the 8th day of September 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Andrea L. Sapone
Andrea L. Sapone

**WRIGHT MCCALL**