# THE UNITED STATES DISTRICT COURT OF
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Dorathy Lass, et al. v. Johnson & Johnson et al., Case No: 3:17-cv-8004 (MAS)(RLS)* | Case No. 3:16-md-2738 (MAS)(RLS)<br><br>MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Amended Short Form Complaint with Jury Demand was filed on September 8, 2023, on behalf of Plaintiffs, captioned above.

Dated:  September 8, 2023

                                            By: /s/ Douglas R. Plymale
                                               DOUGLAS R. PLYMALE
                                               dplymale@dugan-lawfirm.com
                                               THE DUGAN LAWFIRM APLC
                                               One Canal Place
                                               365 Canal Street, Suite 1000
                                               New Orleans, LA  70130
                                               Phone:  (504) 648-0180
                                               Facsimile:  (504) 648-0180
                                               *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, a copy of the foregoing Notice of Filing an Amended Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

 /s/ Douglas R. Plymale
DOUGLAS R. PLYMALE
dplymale@dugan-lawfirm.com
THE DUGAN LAWFIRM APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Phone:  (504) 648-0180
Facsimile:  (504) 648-0180
*Attorneys for Plaintiffs*