# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Rick Burkey, et al. v. Johnson & Johnson et al., Case No: 3:17-cv-8086 (MAS)(RLS)* | Case No. 3:16-md-2738 (MAS)(RLS)<br><br>MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING FIRST AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Amended Short Form Complaint with Jury Demand was filed on September 8, 2023, on behalf of Plaintiffs, captioned above.

Dated:  September 8, 2023

        By:  /s/ Douglas R. Plymale
        DOUGLAS R. PLYMALE, ESQ
        (LSBA #28409
        Dplymale@dugan-lawfirm.com
        THE DUGAN LAWFIRM APLC
        One Canal Place
        365 Canal Street, Suite 1000
        New Orleans, LA  70130
        Phone:  (504) 648-0180
        Facsimile:  (504) 648-0180

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, the above and foregoing Notice of Filing an Amended Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Douglas R. Plymale
DOUGLAS R. PLYMALE