**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

**MDL NO. 2738 (MAS) (RLS)**

This document relates to:

3:23-cv-18766

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint
and Jury Demand has been filed on September 8, 2023 on behalf of Louise Hamilton.

Dated:  September 8, 2023

Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
joelyshernandez@nsprlaw.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 8, 2023

 

                                   */s/ Joelys Hernandez*

                                   Joelys Hernandez, Esq.
                                   NS PR LAW SERVICES LLC
                                   1302 Ave. Ponce De Leon
                                   Santurce, PR 00907
                                   Telephone: (212) 397-1000
                                   Facsimile: (646) 927-1676
                                   joelyshernandez@nsprlaw.com

                                   *Attorneys for Plaintiff*