UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (LHG) |
| *This Document Relates To:* | Civil Action No.: 3-23-cv-18775 |
| Francine LeFosse. | |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3, that the Short Form Complaint and Jury Demand has been filed on September 8, 2023 on behalf of Francine LeFosse.

Dated: September 8, 2023                    Respectfully Submitted By:

/s/ David Cates
DAVID CATES #6289198
THE CATES LAW FIRM, LLC
216 West Pointe Drive, Suite A
Swansea, IL  62226
Telephone:    (618) 277-3644
Facsimile:    (618) 277-7882
Email: dcates@cateslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ David Cates