# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Shawn Lee, 3:23-CV-19257 | MDL No. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on January 11, 2021 on behalf of Plaintiff Linda Armstrong.

Dated: September 9, 2023

Respectfully Submitted,

/s/ Jeff Benton
Jeff Benton
The Benton Law Firm
1825 Market Center Blvd., Suite 350
Dallas, Texas 75207
Telephone: (214) 777-7777
Facsimile: (214) 888-1000
Jeff@JeffBenton.com

**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: September 9, 2023

/s/ Jeff Benton
Jeff Benton