UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br><u>William D. Kessler, Individually, and as Representative of the Estate of Teresa A. Kessler, Deceased</u><br>　　　　　　　　　　　Plaintiff,<br>V.<br><br><u>Johnson & Johnson, et al.</u><br>　　　　　　　　　　　Defendants. | MDL No. 2738 (FLW) (LHG)<br>JUDGE MICHAEL A. SHIPP<br>JUDGE RUKHSANAH L. SINGH<br><br>Civil Action No: |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 9, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

　　　　　　　　　　　　　　　　　Respectfully Submitted by,

　　　　　　　　　　　　　　　　　<u>/s/ Randi Kassan</u>
　　　　　　　　　　　　　　　　　MILBERG COLEMAN BRYSON
　　　　　　　　　　　　　　　　　PHILLIPS GROSSMAN, PLLC
　　　　　　　　　　　　　　　　　Randi A. Kassan, Esq.
　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500 Garden City, NY 11530
　　　　　　　　　　　　　　　　　Tel: (516) 741-5600
　　　　　　　　　　　　　　　　　Fax: (516) 741-0128
　　　　　　　　　　　　　　　　　rkassan@milberg.com

　　　　　　　　　　　　　　　　　**Counsel for Plaintiff**