# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) <br> JUDGE MICHAEL A. SHIPP <br> JUDGE RUKHSANAH L. SINGH |
| This document relates to: <br><br> Margaret C. Williams <br>                       Plaintiff, <br> V. <br><br> Johnson & Johnson, et al. <br>                       Defendants. | Civil Action No: |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 9, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

                                                        Respectfully Submitted by,

                                                        /s/ Randi Kassan <br>
                                                        MILBERG COLEMAN BRYSON <br>
                                                        PHILLIPS GROSSMAN, PLLC <br>
                                                        Randi A. Kassan, Esq. <br>
                                                        100 Garden City Plaza, Suite 500 Garden City, NY 11530 <br>
                                                        Tel: (516) 741-5600 <br>
                                                        Fax: (516) 741-0128 <br>
                                                        rkassan@milberg.com

                                                        **Counsel for Plaintiff**