UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) <br> JUDGE MICHAEL A. SHIPP <br> JUDGE RUKHSANAH L. SINGH |
| This document relates to: <br><br> Paul Preuss, Individually, and as Representative of the Estate of Linda A Preuss, Deceased <br><br>        Plaintiff, <br> V. <br><br> Johnson & Johnson, et al. <br>        Defendants. | Civil Action No: |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 9, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

              Respectfully Submitted by,

              /s/ Randi Kassan
              MILBERG COLEMAN BRYSON
              PHILLIPS GROSSMAN, PLLC
              Randi A. Kassan, Esq.
              100 Garden City Plaza, Suite 500 Garden City, NY 11530
              Tel: (516) 741-5600
              Fax: (516) 741-0128
              rkassan@milberg.com

              **Counsel for Plaintiff**