**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (MAS) (RLS)** |
| *This document relates to:*<br><br>3:23-cv-17909 | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form

Complaint and Jury Demand has been filed on September 7, 2023, on behalf of Ileana Nugent.

Dated: <u>September 9, 2023</u>                             Respectfully submitted,

                                                                        */s/ Anne Andrews*
                                                                        Anne Andrews, Esq.
                                                                        **ANDREWS & THORNTON**
                                                                        4701 Von Karman Ave., Suite 300
                                                                        Newport Beach, CA 92660
                                                                        Telephone: (949) 748-1000
                                                                        Facsimile: (949) 315-3540
                                                                        aandrews@andrewsthornton.com

                                                                        ***Attorneys for Plaintiff***

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.


Dated: <u>September 9, 2023</u>

<u>/s/ Anne Andrews</u>
Anne Andrews, Esq.
**ANDREWS & THORNTON**
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Telephone: (949) 748-1000
Facsimile: (949) 315-3540
aandrews@andrewsthornton.com

***Attorneys for Plaintiff***