## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-19429 | **MDL NO. 2738 (MAS) (RLS)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 9, 2023 on behalf of Ruth Cornell.

Dated:  September 9, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**NS PR LAW SERVICES LLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Christopher LoPalo*
　　　　　　　　　　　　　　　　　　　　Christopher LoPalo, Esq.
　　　　　　　　　　　　　　　　　　　　1302 Ave. Ponce De Leon
　　　　　　　　　　　　　　　　　　　　Santurce, PR 00907
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 397-1000
　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 927-1676
　　　　　　　　　　　　　　　　　　　　clopalo@nsprlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 9, 2023

                */s/ Christopher LoPalo*
                Christopher LoPalo, Esq.
                NS PR LAW SERVICES LLC
                1302 Ave. Ponce De Leon
                Santurce, PR 00907
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                clopalo@nsprlaw.com

                *Attorneys for Plaintiff*