UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738<br>3:16-md-02738-MAS-RLS |
| **THIS DOCUMENT RELATES TO:**<br><br>DEANN DAUGHERTY,<br><br>           Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et. al.<br><br>           Defendants | Case No. 3:17-cv-10646 |

## NOTICE OF OPPOSED MOTION TO SUBSTITUTE PARTIES AND AMEND COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's counsel will appear before the Honorable Michael A. Shipp or the Honorable Magistrate Judge Rukhsanah L. Singh as soon as may be heard in the U.S. Courthouse, 402 E. State Street, Suite 2020, Trenton, New Jersey, 08608, or before any judge sitting instead, and present the Motion to Substitute Parties and Amend Complaint filed herewith.

///
///

Dated: September 10, 2023

Respectfully Submitted,

By: <u>*/s/ James A. Morris, Jr.*</u>
James A. Morris, Jr.
MORRIS LAW FIRM
4001 W. Alameda Avenue
Suite 208
Burbank, CA 91505
747-283-1144 Phone
747-283-1143 Facsimile
jmorris@jamlawyers.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on September 10, 2023, which shall send notification of such filing to all CM/ECF participants.

*/s/ James A. Morris, Jr.*
James A. Morris, Jr.
