UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, ) <br> AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Shavon Silvers obo The Estate of Tracye Cranford*) <br> *vs. Johnson & Johnson, et al.* ) <br> *Case No.: 3:23-cv-19969-MAS-RLS* ) | MDL NO. 2738 (MAS)(RLS) |

_____

**NOTICE OF FILING OF SHORT FORM COMPLAINT**
_____

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Shavon Silvers obo The Estate of Tracye Cranford.

This 10th day of September 2023

                                                Respectfully Submitted

                                                */s/ Joel L. DiLorenzo*
                                                Joel L. DiLorenzo
                                                THE DILORENZO LAW FIRM, LLC
                                                505 20TH ST. N. # 1275
                                                BIRMINGHAM, AL 35203
                                                Tel: (205) 212-9988
                                                Fax: (205) 212-9989
                                                Email: joel@dilorenzo-law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th day of September, 2023

/s/ Joel L. DiLorenzo