UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, ) <br> AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Sharon D. Bolling vs. Johnson & Johnson, et al.* ) <br> *Case 2:23-19929-MAS-RLS* ) | MDL NO. 2738 (MAS)(RLS) |

_____

NOTICE OF FILING
_____

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Sharon D. Bolling.

This 10th day of September, 2023

                                                   Respectfully Submitted

                                                   */s/ Joel L. DiLorenzo*
                                                   Joel L. DiLorenzo
                                                   THE DILORENZO LAW FIRM, LLC
                                                   505 20TH ST. N. # 1275
                                                   BIRMINGHAM, AL 35203
                                                   Tel: (205) 212-9988
                                                   Fax: (205) 212-9989
                                                   Email: joel@dilorenzo-law.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th day of September, 2023,

               */s/ Joel L. DiLorenzo*