**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (MAS) (RLS)** |
| This document relates to: 3:23-cv-20025 | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 11, 2023 on behalf of Lynn Neu.

Dated:  September 11, 2023                      Respectfully submitted,

                                             **NS PR LAW SERVICES LLC**

                                             */s/ Joelys Hernandez*
                                             Joelys Hernandez, Esq.
                                             1302 Ave. Ponce De Leon
                                             Santurce, PR 00907
                                             Telephone: (212) 397-1000
                                             Facsimile: (646) 927-1676
                                             joelyshernandez@nsprlaw.com

                                             *Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 11, 2023

<u>*/s/ Joelys Hernandez*</u>
Joelys Hernandez, Esq.
NS PR LAW SERVICES LLC
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
joelyshernandez@nsprlaw.com

*Attorneys for Plaintiff*