**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 3:16-md-2738-FLW-LHG**<br><br>**MDL 2738** |
| **This document relates to:**<br>Rita F. Mazur, et al.<br>3:23-cv-18872 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 8, 2023 on behalf of Plaintiffs

DATED:  September 8, 2023

Respectfully Submitted,

**KELLEY FERRARO, LLC**

By:  */s/  Shawn M. Acton*
_____

John Martin Murphy (0066221)
Shawn M. Acton (0072675)
Joyce Chambers Reichard (0096422)
Brian D. Schall (0087359)
KELLEY FERRARO, LLC
950 Main Avenue, Suite 1300
Cleveland, Ohio 44113
(216) 575-0777
(216) 575-0799 (Facsimile)
jmurphy@kelley-ferraro.com
sacton@kelley-ferraro.com
jreichard@kelley-ferraro.com
bschall@kelley-ferraro.com
Attorneys for Plaintiffs

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 08, 2023, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive services in this MDL.


Dated: September 8, 2023                    Respectfully Submitted,


By:   */s/ Shawn M. Acton*
        Shawn M. Acton
        KELLEY FERRARO, LLC
        Ernst & Young Tower
        950 Main Avenue, Suite 1300
        Cleveland, Ohio  44113
        (216) 575-0777
        sacton@kelley-ferraro.com
        Counsel for Plaintiffs