IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>MDL 2738 |
| **This document relates to:**<br>Laura Burks and Stephen Burks<br>3:23-cv-19277 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 9, 2023 on behalf of Plaintiffs

DATED:  September 9, 2023

Respectfully Submitted,

**KELLEY FERRARO, LLC**

By:  /s/  Shawn M. Acton

John Martin Murphy (0066221)
Shawn M. Acton (0072675)
Joyce Chambers Reichard (0096422)
Brian D. Schall (0087359)
KELLEY FERRARO, LLC
950 Main Avenue, Suite 1300
Cleveland, Ohio 44113
(216) 575-0777
(216) 575-0799 (Facsimile)
jmurphy@kelley-ferraro.com
sacton@kelley-ferraro.com
jreichard@kelley-ferraro.com
bschall@kelley-ferraro.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 09, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 9, 2023

Respectfully Submitted,

By: */s/ Shawn M. Acton*
Shawn M. Acton
KELLEY FERRARO, LLC
Ernst & Young Tower
950 Main Avenue, Suite 1300
Cleveland, Ohio 44113
(216) 575-0777
sacton@kelley-ferraro.com
Counsel for Plaintiffs