IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-FLW-LHG<br><br>MDL 2738 |
| **This document relates to:**<br>Claudia Vulich-Coote, Individually, and as Representative of the Estate of Florence B. Vulich, Deceased<br>3:23-cv-19287 | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 9, 2023 on behalf of Plaintiffs

DATED: September 9, 2023

Respectfully Submitted,

**KELLEY FERRARO, LLC**

By: /s/ *Shawn M. Acton*

John Martin Murphy (0066221)
Shawn M. Acton (0072675)
Joyce Chambers Reichard (0096422)
Brian D. Schall (0087359)
KELLEY FERRARO, LLC
950 Main Avenue, Suite 1300
Cleveland, Ohio 44113
(216) 575-0777
(216) 575-0799 (Facsimile)
jmurphy@kelley-ferraro.com
sacton@kelley-ferraro.com
jreichard@kelley-ferraro.com
bschall@kelley-ferraro.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 09, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 9, 2023

Respectfully Submitted,

By: */s/ Shawn M. Acton*
Shawn M. Acton
KELLEY FERRARO, LLC
Ernst & Young Tower
950 Main Avenue, Suite 1300
Cleveland, Ohio  44113
(216) 575-0777
sacton@kelley-ferraro.com
Counsel for Plaintiffs