UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> This document relates to: <br><br> *Glenice McKeon, Personal Representative of The Estate of Misty Carpenter, Case No. 3:23-cv-10903.* | **MDL NO. 16-2738 (FLW) (LHG)** |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Dkt. No. 7462) (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on August 25, 2023, on behalf of Plaintiff Glenice McKeon, Personal Representative of The Estate of Misty Carpenter.

Dated this the 11th day of September, 2023.

                                           Respectfully submitted,

                                           PWRFL
                                                */s/Felix Gavi Luna*
                                                Felix Gavi Luna, WSBA No. 27087
                                                Attorneys for Plaintiff
                                                1001 4th Avenue, Suite 4131
                                                Seattle, WA 98154
                                                Ph. (206) 624-6800
                                                luna@pwrfl-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this court.

    PWRFL

    */s/Felix Gavi Luna*
    Felix Gavi Luna, WSBA No. 27087
    Attorneys for Plaintiff
    1001 4th Avenue, Suite 4131
    Seattle, WA 98154
    Ph. (206) 624-6800
    luna@pwrfl-law.com