**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-20051 | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 11, 2023 on behalf of Sherry L. Turner.

Dated: September 11, 2023

Respectfully submitted,

**SHENAQ PC**

*/s/ Amir Shenaq*
Amir Shenaq, Esq.
3500 Lenox Rd. Ste 1500
Atlanta, GA 30326
Telephone: 888-909-9993
Facsimile: 713-583-3538
amir@shenaqpc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 11, 2023

                                                    */s/ Amir Shenaq*
                                                    Amir Shenaq, Esq.
                                                    SHENAQ PC
                                                    3500 Lenox Rd. Ste 1500
                                                    Atlanta, GA 30326
                                                    Telephone: 888-909-9993
                                                    Facsimile: 713-583-3538
                                                    amir@shenaqpc.com

                                                    *Attorneys for Plaintiff*