## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to:<br><br>3:23-cv-19274 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 9, 2023 on behalf of Cheryl Williford

| | |
|---|---|
| Dated:  September 11, 2023 | Respectfully submitted,<br><br>**GRANT & EISENHOFER, PA**<br><br> */s/ Sindhu S. Daniel*<br>Sindhu S. Daniel, Esquire<br>123 Justison St<br>Wilmington, DE 19801<br>Telephone: (302) 622-7000<br>Facsimile: (302) 622-7100<br>sdaniel@gelaw.com<br><br>*Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 11, 2023

                                              */s/ Sindhu S. Daniel*
                                              Sindhu S. Daniel, Esquire.
                                              GRANT & EISENHOFER, PA
                                              123 Justison St
                                              Wilmington, DE 19801
                                              Telephone: (302) 622-7000
                                              Facsimile: (302) 622-7100
                                              sdaniel@gelaw.com

                                              *Attorneys for Plaintiff*