IN THE UNTIED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-MAS-RLS |

*This document relates to:*

CHRISTINE ANDERSON v.
JOHNSON & JOHNSON, ET AL.

Case No. 3:23-cv-13129-MAS-RLS

_____

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 30, 2023 on behalf of Plaintiff Christine Anderson.

Dated:  September 11, 2023

/s/ Bharati O. Sharma
Bharati O. Sharma, Esq. (NJ Bar # 018432001)
Weitz & Luxenberg, P.C.
220 East Lake Dr. E., # 210
Cherry Hill, NJ 08002
Tel: (856) 532-2085
Fax: (646) 293-7453
bsharma@weitzlux.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                              /s/ Bharati O. Sharma
                                              Bharati O. Sharma