## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br><u>Karen Carr, Individually,</u><br>    Plaintiff,<br>V.<br><br><u>Johnson & Johnson, et al.</u><br>    Defendants. | MDL No. 2738 (MAS) (RLS)<br>Civil No. 3:23-cv-18238-MAS-RLS<br>JUDGE MICHAEL A. SHIPPMAG.<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>Civil Action No: 3:23-cv-18238 |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 7, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

Respectfully Submitted by,

<u>/s/ Sara Craig</u>
PEIFFER WOLF CARR KANE
CONWAY & WISE LLP
Sara Craig, Esq.
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 766-3544
Facsimile: (415) 804-9435
scraig@peifferwolf.com

**Counsel for Plaintiff**