## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel to all parties on the date indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Sara Craig
PEIFFER WOLF CARR KANE
CONWAY & WISE LLP
Sara Craig, Esq.
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 766-3544
Facsimile: (415) 804-9435
scraig@peifferwolf.com

*Counsel for Plaintiff*