# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to: 3:23-cv-18758 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 8, 2023 on behalf of Terry Varner, Individually and as Proposed Representative of the Estate of Martha Hurley.

Dated:  September 11, 2023        Respectfully submitted,

                                  **NS PR LAW SERVICES LLC**

                                  */s/ Christopher LoPalo*
                                  Christopher LoPalo, Esq.
                                  1302 Ave. Ponce De Leon
                                  Santurce, PR 00907
                                  Telephone: (212) 397-1000
                                  Facsimile: (646) 927-1676
                                  clopalo@nsprlaw.com

                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 8, 2023

                                                */s/ Christopher LoPalo*
                                                Christopher LoPalo, Esq.
                                                NS PR LAW SERVICES LLC
                                                1302 Ave. Ponce De Leon
                                                Santurce, PR 00907
                                                Telephone: (212) 397-1000
                                                Facsimile: (646) 927-1676
                                                clopalo@nsprlaw.com

                                                *Attorneys for Plaintiff*