UNITED SRATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCM             MDL No. 2738 (FLW)(LHG)
POWDER PRODUCTS MARKETING,                 3:16-MD-2738-FLW-LHG
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION,

This document relates to:                  Case No: 3:21-cv-04614-MAS-RLS
       JULIA DIAMOND COX as Personal
Representative of the Estate of LINDA MANN
DIAMOND
_____/

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY AND LEAVE TO AMEND SHORT FORM COMPLAINT

Before this Court is a Motion for Substitution of Party and Leave to Amend Short Form Complaint, and pursuant to Fed. R. Civ. P. 25(a), LINDA MANN DIAMOND's daughter, JULIA DIAMOND COX, as her successors in interest, will request to be substituted in this action as Plaintiff and amend the short form complaint to convert this case to a wrongful death claim. The Plaintiff requests relief from Court and the Court having considered the pleadings, is of the opinion that the Motion should be granted.

Accordingly, it is ORDERED Plaintiff's Motion for Substitution of Party and Leave to Amend Short Form Complaint to substitute JULIA DIAMOND COX as Personal Representative on behalf of the Estate of LINDA MANN DIAMOND and on behalf of all wrongful death beneficiaries, individually, as the proper party in this case is **GRANTED.**

Signed this _____ day of September, 2023.

_____
United States Magistrate Judge

cc: All parties registered on the PACER e-filing portal