# CERTIFICATE OF DEATH

Primary Reg. Dist. No. 2501
Registrar's No. 2022015192
Ohio Department of Health - Vital Statistics
State File No. 2022134086

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | LINDA M DIAMOND |
| 2. Sex | FEMALE |
| 3. Date of Death | DECEMBER 16, 2022 |
| 4. Social Security Number | 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 |
| 5a. Age (Years) | 81 |
| 6. Date of Birth | NOVEMBER 28, 1941 |
| 7. Birthplace | CHICAGO, ILLINOIS |
| 8a. Residence State | OHIO |
| 8b. County | FRANKLIN |
| 8c. City or Town | COLUMBUS |
| 8d. Street Address and Zip Code | 1800 RIVERSIDE DRIVE APT. 1413 43212 |
| 9. Ever in US Armed Forces? | NO |
| 10. Marital Status at Time of Death | MARRIED |
| 11. Surviving Spouse's Name | DARROUGH DIAMOND |
| 12. Decedent's Education | MASTERS DEGREE (E.G., MA, MS..) |
| 13. Decedent of Hispanic Origin | NO |
| 14. Decedent's Race | WHITE |
| 15. Father's Name | JOHN MANN |
| 16. Mother's Name (prior to first marriage) | IRENE WATKINS |
| 17a. Informant's Name | DARROUGH DIAMOND |
| 17b. Relationship to Decedent | HUSBAND |
| 17c. Mailing Address | 1800 RIVERSIDE DRIVE 1413, COLUMBUS, OHIO 43212 |
| 18a. Place of Death | HOSPITAL - INPATIENT |
| 18b. Facility Name | OHIO STATE UNIVERSITY HOSPITALS |
| 18c. City or Town, State and Zip Code | COLUMBUS, OH 43210 |
| 18d. County of Death | FRANKLIN |
| 19. Funeral Service Licensee or Other Agent | ASHLEY R SAYED |
| 20. License Number | 009939 |
| 21. Name and Complete Address of Funeral Facility | NEPTUNE SOCIETY, HILLIARD, 4558 CEMETERY RD, HILLIARD, OH 43026 |
| 22. Method and Place of Disposition | CREMATION - SCHOEDINGER/COLUMBUS CREMATORY, COLUMBUS, OH |
| 23. Local Registrar | Sandra Taylor |
| 24. Date Filed | JAN 06 2023 |
| 25a. Certifier | ☒ Certifying Physician |
| 26b. Time of Death | 8:31 AM |
| 26c. Date Pronounced Dead | 12/16/2022 |
| 26d. Was Case Referred to Medical Examiner or Coroner? | NO |
| 26e. Certifier Name and Title | Casey Cosgrove, MD |
| 26f. License number | 35.128121 |
| 26g. Date Signed | 12/30/2022 |
| 27. Name and Address of Person who Completed Cause of Death | CASEY COSGROVE, 410 W. 10TH AVE, COLUMBUS, OH 43210 |

## 28. Part I. Cause of Death

| | Cause | Approximate Interval: Onset and Death |
|---|---|---|
| Immediate Cause | a. Myocarditis | 12/2022 |
| Due to (or as Consequence of) | b. Immune related side effect | 5/2020 |
| Due to (or as Consequence of) | c. Ovarian cancer | 5/2020 |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

- 29a. Was An Autopsy Performed? ☒ No
- 29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? ☒ Not Applicable
- 30. Did Tobacco Use Contribute to Death? ☒ No
- 31. If Female, Pregnancy Status: ☒ Not pregnant within past year
- 32. Manner of Death: ☒ Natural

Sandra Taylor, Franklin County Registrar

JAN 06 2023