# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> 3:23-cv-18806 | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 8, 2023 on behalf of Jill K. Anonson, Individually and as Proposed Representative of the Estate of Sharyl Jorth.

Dated: September 11, 2023

Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Christopher LoPalo*
Christopher LoPalo, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
clopalo@nsprlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 8, 2023

                   */s/ Christopher LoPalo*
                   Christopher LoPalo, Esq.
                   NS PR LAW SERVICES LLC
                   1302 Ave. Ponce De Leon
                   Santurce, PR 00907
                   Telephone: (212) 397-1000
                   Facsimile: (646) 927-1676
                   clopalo@nsprlaw.com

                   *Attorneys for Plaintiff*