# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-18833 | MDL NO. 2738 (MAS) (RLS) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 8, 2023 on behalf of Tamara Kitowski and Daniel Kitowski.

Dated: September 11, 2023                                   Respectfully submitted,

                                                            **NS PR LAW SERVICES LLC**

                                                            */s/ Christopher LoPalo*
                                                            Christopher LoPalo, Esq.
                                                            1302 Ave. Ponce De Leon
                                                            Santurce, PR 00907
                                                            Telephone: (212) 397-1000
                                                            Facsimile: (646) 927-1676
                                                            clopalo@nsprlaw.com

                                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 8, 2023

                */s/ Christopher LoPalo*
                Christopher LoPalo, Esq.
                NS PR LAW SERVICES LLC
                1302 Ave. Ponce De Leon
                Santurce, PR 00907
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                clopalo@nsprlaw.com

                *Attorneys for Plaintiff*