UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2738

This Document Relates to:
*Sharon Pike vs. Johnson & Johnson, et al*
3:17-cv-10669-FLW-LHG

ORDER

THIS CAUSE, having come before this Honorable Court on Tyler Alan Manor's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The Motion to substitute Party Plaintiff is hereby **GRANTED**;

2. TYLER ALAN MANOR, as surviving heir of Sharon Pike, is substituted as Plaintiff in this action; and

3. The Clerk is hereby directed to **TERMINATE** the Motion pending at Docket Entry No. 16.

On this __11th__ day of __September__, 20__23__.

/s/ *Rukhsanah L. Singh*
Rukhsanah L. Singh,
United States Magistrate Judge