## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to: 3:23-cv-19290 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 9, 2023 on behalf of Shanice Garbutt .

Dated:  September 11, 2023

Respectfully submitted,

**GRANT & EISENHOFER, PA**

 */s/ Sindhu S. Daniel*

Sindhu S. Daniel, Esquire
123 Justison St
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
sdaniel@gelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 11, 2023

                */s/ Sindhu S. Daniel*
                Sindhu S. Daniel, Esquire.
                GRANT & EISENHOFER, PA
                123 Justison St
                Wilmington, DE 19801
                Telephone: (302) 622-7000
                Facsimile: (302) 622-7100
                sdaniel@gelaw.com

                *Attorneys for Plaintiff*