UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 3:23-cv-20151 (MAS)(RLS)<br>MDL No. 2738 (MAS)(RLS) |

JAMIE CARTRIGHT, Individually
Case No: 3:23-cv-20151 (MAS)(RLS)

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on, September 11, 2023 on behalf of Plaintiff, captioned above.

Dated: September 11, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Grant L. Davis*
　　　　　　　　　　　　　　　　　　　Grant L. Davis
　　　　　　　　　　　　　　　　　　　DAVIS, BETHUNE & JONES, LLC
　　　　　　　　　　　　　　　　　　　1100 Main Street, Suite 2930
　　　　　　　　　　　　　　　　　　　Kansas City, MO  64105
　　　　　　　　　　　　　　　　　　　(816) 421-1600
　　　　　　　　　　　　　　　　　　　(816) 472-5972 Fax
　　　　　　　　　　　　　　　　　　　gdavis@dbjlaw.net
　　　　　　　　　　　　　　　　　　　***Counsel for Plaintiff***

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                              */s/ Grant L. Davis*
                                            Grant L. Davis
                                            DAVIS, BETHUNE & JONES, LLC
                                            1100 Main Street, Suite 2930
                                            Kansas City, MO  64105
                                            (816) 421-1600
                                            (816) 472-5972 Fax
                                            gdavis@dbjlaw.net
                                            ***Counsel for Plaintiff***