UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Case No.: 3:23-cv-19987-MAS-RLS* | MDL NO. 2738 (MAS) (RLS) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on September 10, 2023, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiff, Nikia Moriarity Arrington, Individually, and as Personal Representative of the Estate of Rosemary Moriarity, and on behalf of Plaintiff John Moriarity.

Dated: September 11, 2023         SULLIVAN PAPAIN BLOCK McGRATH
                                   COFFINAS & CANNAVO P.C.

                                  By: /s/ Craig M. Silverman
                                      Craig M. Silverman (NY #5290473)
                                      120 Broadway – 27th Floor
                                      New York, New York 10271
                                      Phone:   (212) 732-9000
                                      Fax:     (212) 266-4141
                                      Email:   Csilverman@triallaw1.com

                                      *Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Craig M. Silverman
      Craig M. Silverman