# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY
LITIGATION**

**Case No: 3:23-cv-20162 (MAS)(RLS)
MDL No. 2738 (MAS)(RLS)**

**JUSTINE CREWS, Individually
Case No: 3:23-cv-20162 (MAS)(RLS)**

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on, September 11, 2023 on behalf of Plaintiff, captioned above.

Dated:  September 11, 2023

Respectfully submitted,

_/s/ Grant L. Davis_

Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, a copy of the foregoing NOTICE OF

FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's

electronic filing system to all parties indicated on the electronic filing receipt.  Parties may

access this filing through the Court's system.

        */s/ Grant L. Davis*
        Grant L. Davis
        DAVIS, BETHUNE & JONES, LLC
        1100 Main Street, Suite 2930
        Kansas City, MO  64105
        (816) 421-1600
        (816) 472-5972 Fax
        gdavis@dbjlaw.net
        ***Counsel for Plaintiff***