UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION : : : : : : : | Civil Action No. 3:16-md-2738-FLW-LHG |
| *This document relates to:* *LaJuan Mackin, Successor in Interest on Behalf Of the Estate of Mildred Lauderdale* : : : | : |
| 3:23-cv-20157 : | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 11, 2023 on behalf of Plaintiff, LaJuan Mackin, Successor In Interest on Behalf of the Estate of Mildred Lauderdale.

Dated: September 11, 2023

                                                    Respectfully submitted,

                                                    */s/ Casey L. Lott*
                                                    Casey L. Lott (MBN 101766)
                                                    Attorney for Plaintiff

**LANGSTON & LOTT, PLLC**
100 South Main Street
Post Office Box 382
Booneville, MS 38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
clott@langstonlott.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          */s/ Casey L. Lott*
Casey L. Lott (MBN 101766)
Langston & Lott, PLLC
100 South Main Street
Post Office Box 382
Booneville, MS 38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
clott@langstonlott.com