## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kathleen Galgano and Thomas Galgano v. Johnson & Johnson, et al.*<br>Case No.: 3:23-cv-19965-MAS-RLS | MDL NO. 2738 (MAS) (RLS) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on September 9, 2023, a Short Form Complaint and Jury Demand was filed on behalf of Plaintiffs Kathleen Galgano and Thomas Galgano.

Dated:  September 11, 2023	SULLIVAN PAPAIN BLOCK McGRATH
	COFFINAS & CANNAVO P.C.


	By:  /s/ Craig M. Silverman
	    Craig M. Silverman (NY #5290473)
	    120 Broadway – 27th Floor
	    New York, New York 10271
	    Phone:	(212) 732-9000
	    Fax:	(212) 266-4141
	    Email:	Csilverman@triallaw1.com

	    *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ Craig M. Silverman
      Craig M. Silverman