**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS                 **Case No: 3:23-cv-20164 (MAS)(RLS)**
MARKETING, SALES PRACTICES             **MDL No. 2738 (MAS)(RLS)**
AND PRODUCTS LIABILITY
LITIGATION

**RONALD EBERT, Individually and on behalf of**
**MARIAN EBERT, Deceased**
**Case No: 3:23-cv-20164 (MAS)(RLS)**

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on, September 11, 2023

on behalf of Plaintiff, captioned above.

Dated:  September 11, 2023                 Respectfully submitted,

_____*/s/ Grant L. Davis*_____
Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 11, 2023, a copy of the foregoing NOTICE OF

FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's

electronic filing system to all parties indicated on the electronic filing receipt.  Parties may

access this filing through the Court's system.

*/s/ Grant L. Davis*

Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***
