UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON<br>TALCUM POWDER PRODUCTS<br>MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY<br>LITIGATION | Case No: 3:23-cv-20255 (MAS)(RLS)<br>MDL No. 2738 (MAS)(RLS) |

GEORGE BINGHAM, Individually and on behalf of
JOYCE BINGHAM, Deceased
Case No: 3:23-cv-20255 (MAS)(RLS)

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on, September 11, 2023 on behalf of Plaintiff, captioned above.

Dated:  September 11, 2023            Respectfully submitted,

                                                        */s/ Grant L. Davis*
                                                    Grant L. Davis
                                                    DAVIS, BETHUNE & JONES, LLC
                                                    1100 Main Street, Suite 2930
                                                    Kansas City, MO  64105
                                                    (816) 421-1600
                                                    (816) 472-5972 Fax
                                                    gdavis@dbjlaw.net
                                                    ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically.  Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                    */s/ Grant L. Davis*  
                                Grant L. Davis  
                                DAVIS, BETHUNE & JONES, LLC  
                                1100 Main Street, Suite 2930  
                                Kansas City, MO  64105  
                                (816) 421-1600  
                                (816) 472-5972 Fax  
                                gdavis@dbjlaw.net  
                                ***Counsel for Plaintiff***