UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS            Case No: 3:23-cv-20278 (MAS)(RLS)
MARKETING, SALES PRACTICES        MDL No. 2738 (MAS)(RLS)
AND PRODUCTS LIABILITY
LITIGATION

PHILLIP MADDOX, Individually and on behalf of
MARY ELLEN MADDOX, Deceased
Case No: 3:23-cv-20278 (MAS)(RLS)

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on, September 11, 2023 on behalf of Plaintiff, captioned above.

Dated: September 11, 2023          Respectfully submitted,

                                                 */s/ Grant L. Davis*
                                           Grant L. Davis
                                           DAVIS, BETHUNE & JONES, LLC
                                           1100 Main Street, Suite 2930
                                           Kansas City, MO  64105
                                           (816) 421-1600
                                           (816) 472-5972 Fax
                                           gdavis@dbjlaw.net
                                           **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          */s/ Grant L. Davis*
                                Grant L. Davis
                                DAVIS, BETHUNE & JONES, LLC
                                1100 Main Street, Suite 2930
                                Kansas City, MO  64105
                                (816) 421-1600
                                (816) 472-5972 Fax
                                gdavis@dbjlaw.net
                                ***Counsel for Plaintiff***