UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS           Case No: 3:23-cv-20281 (MAS)(RLS)
MARKETING, SALES PRACTICES       MDL No. 2738 (MAS)(RLS)
AND PRODUCTS LIABILITY
LITIGATION

GENE VAN STEDUM, Individually and on behalf of
JANICE VAN STEDUM, Deceased
Case No: 3:23-cv-20281 (MAS)(RLS)

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order. No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on, September 11, 2023 on behalf of Plaintiff, captioned above.

Dated:  September 11, 2023            Respectfully submitted,

                */s/ Grant L. Davis*
                Grant L. Davis
                DAVIS, BETHUNE & JONES, LLC
                1100 Main Street, Suite 2930
                Kansas City, MO  64105
                (816) 421-1600
                (816) 472-5972 Fax
                gdavis@dbjlaw.net
                **Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of this Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                         */s/ Grant L. Davis*
Grant L. Davis
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
***Counsel for Plaintiff***