# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-20289 | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 12, 2023 on behalf of Jean Gauthier, as Personal Representative of the Estate of Joanne Gauthier.


Dated:  September 12, 2023                    Respectfully submitted,

                                                                    **NS PR LAW SERVICES LLC**

                                                                    */s/ Christopher LoPalo*
                                                                    Christopher LoPalo, Esq.
                                                                    1302 Ave. Ponce De Leon
                                                                    Santurce, PR 00907
                                                                    Telephone: (212) 397-1000
                                                                    Facsimile: (646) 927-1676
                                                                    clopalo@nsprlaw.com

                                                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 12, 2023

      */s/ Christopher LoPalo*
      Christopher LoPalo, Esq.
      NS PR LAW SERVICES LLC
      1302 Ave. Ponce De Leon
      Santurce, PR 00907
      Telephone: (212) 397-1000
      Facsimile: (646) 927-1676
      clopalo@nsprlaw.com

      *Attorneys for Plaintiff*