UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-MAS-RLS<br><br>HON. MICHAEL A. SHIPP, U.S.D.J.<br>HON. RUKHSANAH L. SINGH, U.S.M.J. |
| **THIS DOCUMENT RELATES TO:**<br><br>*CATHY ANTHONY v. JOHNSON & JOHNSON, et al.* | Civil Action No. 3:18-cv-10789-MAS-RLS<br><br>ORDER |

THIS MATTER having been opened to the Court upon an unopposed application of SIMMONS HANLY CONROY, attorneys for the Estate of Cathy Anthony, for an Order allowing Kevin Anthony leave to substitute the plaintiff under Fed. R. Civ. P. 25(a)(1) and to file the First Amended Complaint, upon notice to all counsel of record, and with full consideration of all matters brought before this Court regarding the motion, and for good cause shown:

IT IS HEREBY on this **11th** day of **September** 2023.

**ORDERED** that the Unopposed Motion for Substitution of Plaintiff under Rule 25(a)(1) and for Leave to File Plaintiff's First Amended Complaint, be and hereby is GRANTED. Plaintiff is to file the First Amended Complaint within **7** days of the entry of this Order; and it is further

**ORDERED** that the Clerk is hereby directed to **TERMINATE** the Motion pending at Docket Entry No. 11.

**IT IS SO ORDERED.**

/s/ Rukhsanah L. Singh
Rukhsanah L. Singh,
United States Magistrate Judge