UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>LISA MARIE HODECKER, Individually,<br><br>Case No. 1:23-cv-19038 | MDL No. 2738 (MJS)(RLS) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on September 8, 2023, on behalf of Plaintiff, Lisa Marie Hodecker.

Dated:  September 12, 2023

Respectfully Submitted by

**Feldman & Pinto LLC**

/s/ Laura Feldman
Laura Feldman, Esq. (ID: 041421987)
30 South 15th St., 15th floor
Philadelphia, PA 19102
215-546-2604
lfeldman@feldmanpinto.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 12th day of September 2023.

/s/ Laura Feldman