UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |
| THIS DOCUMENT RELATES TO: Charles E. Horne, Individually and as the Personal Representative of the Estate of Angela J. Horne, deceased, Plaintiff, v. Johnson & Johnson, *et al.*, Defendants. | Civil Action No. 3:23-cv-20296 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 12, 2023 on behalf of the Plaintiff listed in the above captioned matter.

Dated: September 12, 2023

Respectfully Submitted by,

s/ *James L. Ward, Jr.*
James L. Ward, Jr.
McGOWAN, HOOD, FELDER & PHILLIPS, LLC
10 Shem Drive, Suite 300
Mount Pleasant, SC 29464
Phone: 843-388-7202
jward@mcgowanhood.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel to all parties on the date indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

s/ *James L. Ward, Jr.*
James L. Ward, Jr.
McGOWAN, HOOD, FELDER & PHILLIPS, LLC
10 Shem Drive, Suite 300
Mount Pleasant, SC 29464
Phone:  843-388-7202
jward@mcgowanhood.com

**Counsel for Plaintiff**