

Montgomery
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Atlanta
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com



**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

September 12, 2023

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*
> **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

The Plaintiffs' Steering Committee (PSC) writes in response to Ms. Sharko's letter, dated September 10, 2023, regarding the PSC's request to have an *ex parte* discussion with the Court regarding positions on settlement.  Ms. Sharko's letter is an example of why we believe an *ex parte* meeting would be beneficial.  The parties have differing views that should not be part of a writing campaign.

We respectfully request that the Court consider our recommendation that *ex parte* meetings be permitted so that the parties can effectively outline their respective positions to the Court.

Thank you for the Court's consideration.

                                       Respectfully submitted,

| */s/ P. Leigh O'Dell* | */s/ Michelle A. Parfitt* |
|---|---|
| P. Leigh O'Dell | Michelle A. Parfitt |

cc:   Hon. Joel Schneider, U.S.M.J. (ret.) (via email)
       Susan Sharko, Esq. (via email)
       All Counsel (via ECF)