IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CIVIL ACTION FILE NO. 3:16-CV-02738-FLW-LGH |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Eric F. Barton as counsel for Defendant Personal Care Products Council in the above-captioned matter.

SEYFARTH SHAW LLP

By: */s/ Eric F. Barton*
Eric F. Barton
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia  30309
Telephone:  (404) 885-1500
Facsimile:   (404) 892-7056
Email:  ebarton@seyfarth.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2021, the foregoing WITHDRAWAL OF APPEARANCE was served upon all counsel via the Court's ECF system.

               SEYFARTH SHAW LLP

               */s/ Eric F. Barton*
               Eric F. Barton
               1075 Peachtree Street, N.E., Suite 2500
               Atlanta, Georgia  30309
               Telephone:  (404) 885-1500
               ebarton@seyfarth.com