IN THE UNTIED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES            Civil No. 3:16-md-2738-MAS-RLS
AND PRODUCTS LIABILITY
LITIGATION

*This document relates to:*

Romania Boccio v. Johnson &
Johnson, et al.

Case No.  3:23-cv-12204-MAS-RLS

_____

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand was filed on August 28, 2023 on

behalf of Plaintiff Romania Boccio.


Dated:  September 12, 2023

/s/ Bharati O. Sharma
Bharati O. Sharma, Esq. (NJ Bar # 018432001)
Weitz & Luxenberg, P.C.
220 East Lake Dr. E., # 210
Cherry Hill, NJ 08002
Tel: (856) 532-2085
Fax: (646) 293-7453
bsharma@weitzlux.com

Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on September 12, 2023, a copy of the foregoing NOTICE OF FILING  was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.


                     <u>/s/ Bharati O. Sharma</u>
                     Bharati O. Sharma