Katherine B. Riley
**BARRETT LAW GROUP, P.A.**
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Civil No. 3:16-md-2738-MAS-RLS<br><br>MDL NO. 2738 |
| This document relates to:<br>Dennis Tarr, individually and as Personal Representative of Lola Tarr, deceased;<br>Case No: 3:17-cv-7626 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Dennis Tarr.

Dated: September 12, 2023

By: /s/ *Katherine B. Riley*
Katherine B. Riley
**BARRETT LAW GROUP, P.A.**
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

*Attorney for Plaintiff Dennis Tarr*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                   */s/ Katherine B. Riley*
                                                   Katherine B. Riley