## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>____Almquist____ vs. Johnson & Johnson, et al.<br>Case No.:         3:23-cv-19995 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Donald Almquist, etc.

This  13th  day of   September  ,  2023  .

                                                        Respectfully submitted,

                                                        Law Offices of Donald G. Norris,
                                                        A Law Corporation

By:    */s/ Donald G. Norris*
         Donald G. Norris, CA Bar No. 90000
         3055 Wilshire Boulevard, Ste. 980
         Los Angeles, CA 90010
         213-487-8880 telephone
         213-487-8884 facsimile
         dnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this  13th  day of  September ,  2023 , copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

                                            /s/ Taurin Robinson
                                            Taurin Robinson