UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Teddy Stevens, Individually, and as Representative of the Estate of Christine Stevens, Deceased<br>                                        Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br>                                        Defendants. | MDL No. 2738 (MAS) (RLS)<br><br>Civil Action No: |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 13, 2023 on behalf of the Plaintiff(s) listed in the above captioned matter.

Respectfully Submitted by,

/s/ Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
Randi A. Kassan, Esq.
100 Garden City Plaza, Suite 500 Garden City, NY 11530
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@milberg.com

**Counsel for Plaintiff**