UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

_____Duran_____ vs. Johnson & Johnson, et al.
Case No.: _____3:23-cv-20355_____

MDL NO. 2738 (FLW) (LHG)

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand have been filed on behalf of Plaintiff, Cergio Duran, etc.

This 13th day of September, 2023.

Respectfully submitted,

Law Offices of Donald G. Norris,
A Law Corporation

By:   /s/ Donald G. Norris
Donald G. Norris, CA Bar No. 90000
3055 Wilshire Boulevard, Ste. 980
Los Angeles, CA 90010
213-487-8880 telephone
213-487-8884 facsimile
dnorrislaw@gmail.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this  13th  day of   September  ,  2023  , copies of the Notice of Filing were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

                                              /s/ Taurin Robinson
                                              Taurin Robinson