**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*LEZLIE DEWATER as the administrator of the estate of TARYN DEWATER,*<br><br>Civil Action No:   3:23-cv-20388 | Civil Action No.: 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed September 14, 2023 on behalf of Plaintiff *LEZLIE DEWATER as the administrator of the estate of TARYN DEWATER.*

Dated:  This 14th day of September, 2023.        Respectfully Submitted by,

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic
705 Second Ave. Ste. 1300
Seattle, WA 98104
Tel. 206-787-1915
Fax. 206-299-9725
corrie@cjylaw.com
Counsel for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2023, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

                                        */s/ Corrie Yackulic*
                                        Corrie Yackulic