IN THE UNTIED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-MAS-RLS |

*This document relates to:*

CECILIA RUBALCAVA v. JOHNSON & JOHNSON, ET AL.

Case No.  3:23-cv-12200-MAS-RLS

_____

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 28, 2023 on behalf of Plaintiff Cecilia Rubalcava.


Dated:  September 15, 2023

    /s/ Bharati O. Sharma
Bharati O. Sharma, Esq. (NJ Bar # 018432001)
Weitz & Luxenberg, P.C.
220 East Lake Dr. E., # 210
Cherry Hill, NJ 08002
Tel: (856) 532-2085
Fax: (646) 293-7453
bsharma@weitzlux.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                    <u>/s/ Bharati O. Sharma</u>
                                    Bharati O. Sharma