

faegredrinker.com

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

September 18, 2023

**VIA - ECF**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
404 East State Street
Trenton, NJ 08608

Hon. Rukhsanah L. Singh, U.S. Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      **Re:**    **Johnson & Johnson Talcum Power Products, Marketing, Sales Practices and Products liability Litigation**
           **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

At the request of the defendants, the parties have agreed to extend the briefing schedule for the plaintiffs' motion to amend the master complaint by two days, with the opposition brief to be due on September 20 and the reply to be due on October 4.   Your approval is respectfully requested.

Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          Susan M. Sharko

 SMS
cc:  Honorable Joel Schneider
      All counsel via ECF

US.359642534.01