# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (MAS) (RLS)** |

[Proposed]
**Order**

AND NOW, this _____ day of _____, 2023, upon consideration of the Plaintiffs' Motion To Seal Exhibit A to the Plaintiffs' Steering Committee's Letter to Judge Michael A. Shipp and Judge Rukhsanah L. Singh, and any opposition thereto filed by Defendants, it is hereby ORDERED that the motion is GRANTED; and

IT IS FURTHER ORDERED that Exhibit A to the Plaintiffs' Steering Committee's Letter to Judge Shipp and Judge Singh (Doc. 27756-1) shall be filed under seal and remain so until further order of Court.

By the Court:

_____