UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) |

**THE PLAINTIFFS' STEERING COMMITTEE'S CERTIFICATE OF EXHIBIT TO BE UNDER SEAL**

PLEASE BE ADVISED, the Plaintiffs' Steering Committee's Letter to Judge Michael A. Shipp and Judge Rukhsanah L. Singh (Doc. 27756) should be public and the accompanying Exhibit A (Doc. 27756-1) should be marked confidential material. Counsel respectfully requests that the restriction be removed from the letter, but stay in place for the accompanying exhibit.

Exhibit A to the Plaintiffs' Steering Committee's letter is a Declaration by Professor Lynn Baker, the Frederick M. Baron Professor of Law at the University of Texas School of Law. Professor Baker is an expert in legal ethics. The Declaration contains Professor Baker's analysis of the potential appointment of Freda L. Wolfson, U.S.D.J. (ret.) for the limited purpose of addressing *Daubert*-related disputes and motions in this matter.

Dated: September 19, 2023              Respectfully Submitted,

*/s/ Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC  20006
Tel: 202-335-2600
mparfitt@ashcraftlaw.com

*/s/ P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
218 Commerce St.
Montgomery, AL 36104
Tel: 334-269-2343
leigh.odell@beasleyallen.com
***Plaintiffs' Co-Lead Counsel***

*/s/ Christopher M. Placitella*
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Ave.
Red Bank, NJ 07701
Tel: 732-747-9003
clpacitella@cprlaw.com
***Plaintiffs' Liaison Counsel***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Respectfully submitted,

*s/ P. Leigh O'Dell*
P. Leigh O'Dell