# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Nancy Carson, individually and on behalf of the Estate of Irene Carson, 3:23-CV-20500 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 2 that the Short Form Complaint and Jury Demand has been filed on December 22, 2021 on behalf of Plaintiff Angela Cooper, individually and on behalf of the Estate of Virginia Jacobs.

| | |
|---|---|
| Dated:  September 19, 2023 | Respectfully Submitted,<br><br>/s/ Jeff Benton_____<br>Jeff Benton<br>The Benton Law Firm<br>1825 Market Center Blvd., Suite 350<br>Dallas, Texas 75207<br>Telephone: (214) 777-7777<br>Facsimile: (214) 615-2950<br>Jeff@TheBentonLawFirm.com<br><br>**Counsel for Plaintiff(s)** |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

| | |
|---|---|
| Dated:  September 19, 2023 | /s/ Jeff Benton_____<br>Jeff Benton |