# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to: 3:23-cv-20511 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 20, 2023 on behalf of Jabari Hicks, as Personal Representative of the Estate of Damila Hicks.

Dated:  September 20, 2023

Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Christopher LoPalo*
Christopher LoPalo, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
clopalo@nsprlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 20, 2023

               */s/ Christopher LoPalo*
               Christopher LoPalo, Esq.
               NS PR LAW SERVICES LLC
               1302 Ave. Ponce De Leon
               Santurce, PR 00907
               Telephone: (212) 397-1000
               Facsimile: (646) 927-1676
               clopalo@nsprlaw.com

               *Attorneys for Plaintiff*