THE DRISCOLL FIRM, PC
211 N. Broadway, Suite 4050
St. Louis, MO 63102
Telephone: (314) 932-3232
Facsimile: (314) 932-3233

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Johanna Pinkowski<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Case No. 3:23-cv-11778<br><br><br><br>MDL No. 2738<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

  **COMES NOW**, Paul W. Johnson, and hereby enters his Appearance as co- counsel on behalf of the Plaintiff Johanna Pinkowski in the above referenced matter.

  Respectfully submitted, this the 20th day of September, 2023.

             */s/ Paul W. Johnson*
             Paul W. Johnson
             THE DRISCOLL FIRM, PC
             211 N. Broadway, Suite 4050
             St. Louis, MO 63102
             Telephone: (314) 932-3232
             Facsimile: (314) 932-3233
             Paul@thedriscollfirm.com
             *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2023, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            */s/ Paul W. Johnson*