THE DRISCOLL FIRM, PC
211 N. Broadway, Suite 4050
St. Louis, MO 63102
*Attorneys for Plaintiff Yvonne Britt*

**IN THE UNITED STATES DISTRICT
COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: <u>Yvonne Britt v. Johnson & Johnson, et al.</u> | **MDL No. 2738 (MAS) (RLS)**<br><br>**Case Number: 3:23-cv-11829** |

**NOTICE OF FILING**

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 8/28/2023 on behalf of Plaintiff Yvonne Britt.

Dated:  September 20, 2023

                      Respectfully Submitted by,

                       /s/ Paul W. Johnson
                      Paul W. Johnson
                      THE DRISCOLL FIRM, PC
                      211 N. Broadway, Suite 4050
                      St. Louis, MO 63102
                      Telephone: (314) 932-3232
                      Facsimile: (314) 932-3233
                      paul@thedriscollfirm.com
                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                        */s/ Paul W. Johnson*
                                                        THE DRISCOLL FIRM, PC

Case 3:16-md-02738-MAS-RLS   Document 28055   Filed 09/20/23   Page 2 of 2 PageID: 165919