THE DRISCOLL FIRM, PC
211 N. Broadway, Suite 4050
St. Louis, MO 63102
*Attorneys for Plaintiff Susan Long*

**IN THE UNITED STATES DISTRICT
COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: <u>Susan Long v. Johnson & Johnson, et al.</u> | MDL No. 2738 (MAS) (RLS)<br><br>Case Number: 3:23-cv-11836 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 8/28/2023 on behalf of Plaintiff Susan Long.

Dated:  September 20, 2023                Respectfully Submitted by,

                             /s/ Paul W. Johnson
                            Paul W. Johnson
                            THE DRISCOLL FIRM, PC
                            211 N. Broadway, Suite 4050
                            St. Louis, MO 63102
                            Telephone: (314) 932-3232
                            Facsimile: (314) 932-3233
                            paul@thedriscollfirm.com
                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 20, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                      */s/ Paul W. Johnson*
                                                      THE DRISCOLL FIRM, PC