UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738<br>3:16-md-2738-MAS-RLS |
| THIS DOCUMENT RELATES TO:<br><br>CHRISTOPHER PARISH, an individual, and as successor in interest to JERALYN PARISH BURRELL,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Case No. 3:23-cv-20527-MAS-RLS |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 20, 2023, on behalf of Plaintiff CHRISTOPHER PARISH.

Dated: September 20, 2023              Respectfully Submitted,

By:  /s/ *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that September 20, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                          /s/ *Mark P. Robinson Jr.*
                                          MARK P. ROBINSON, JR.