# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738 |
| *This Document Relates To All Cases* | |

## CERTIFICATION OF SUSAN M. SHARKO, ESQ.

SUSAN M. SHARKO, ESQ., being of full age, certifies as follows:

I am a Partner at Faegre Drinker Biddle & Reath LLP, attorneys for LTL Management, LLC ("LTL"); Johnson & Johnson Holdco (NA), Inc. ("Holdco"); Kenvue, Inc. ("Kenvue"); and Janssen Pharmaceuticals, Inc. ("Janssen").[1] I make this Certification based on personal knowledge and in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion for Leave to File a Second Amended Complaint.

    1.    Attached hereto as Exhibit 1 is a true and correct copy of a September 12, 2023 order in *LaSalle v. American International Industries*, No. 23-2-08165-0 SEA (Wash. Super. Ct.).

---

[1] Holdco, Janssen and Kenvue are not defendants in this litigation. This brief, which is filed on behalf of current defendants and proposed additional defendants, nevertheless uses the term defendants, collectively, for convenience.

2. Attached hereto as Exhibit 2 is a true and correct copy of a June 1, 2023 order in *Pressler v. Kenvue, Inc.*, No. MID-L-001944-23 (N.J. Super. Ct. Law Div.).

3. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of John Kim in Support of First Day Pleadings, filed in *In re LTL Management LLC*, No. 23-12825-MBK, ECF No. 4 (Bankr. D.N.J. Apr. 4, 2023).

4. Attached hereto as Exhibit 4 is a true and correct copy of Kenvue's Form S-1.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated:  September 20, 2023

By: /s/ *Susan M. Sharko*
Susan M. Sharko