# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>LOURIE PAUL PROCTOR, individually, and on behalf of the ESTATE of LAURA D. PAUL v. Johnson & Johnson, et al.<br>3:23-cv-19237 | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on September 9, 2023, on behalf of Plaintiff Lourie Paul Proctor, individually, and on behalf of the Estate of Laura D. Paul.

Date: September 21, 2023

Respectfully submitted by,

**LUNDY LAW, LLP**

 /s/ Kristie M. Hightower
**KRISTIE M. HIGHTOWER**
(LA Bar No. 31782; MS Bar No. 102792)
501 Broad Street
Lake Charles, LA 70602
PO Box 3010
Lake Charles, LA 70602
Telephone: (337) 439-0707
Facsimile: (337) 439-1029
Email: khightower@lundylawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 21st day of September, 2023.

LUNDY LAW, LLP

 /s/ Kristie M. Hightower
**KRISTIE M. HIGHTOWER**