**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>CARLOS TREVINO, JR., individually and on behalf of the ESTATE of CECILIA TREVINO v. Johnson & Johnson, et al. 3:23-cv-19249 | MDL NO. 2738 (MAS) (RLS) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on September 9, 2023, on behalf of Plaintiff Carlos Trevino, Jr., individually and on behalf of the Estate of Cecilia Trevino.

Date:  September 21, 2023               Respectfully submitted by,

                                                    **LUNDY LAW, LLP**

                                                     /s/ Kristie M. Hightower
                                                  **KRISTIE M. HIGHTOWER**
                                                  (LA Bar No. 31782; MS Bar No. 102792)
                                                  501 Broad Street
                                                  Lake Charles, LA 70602
                                                  PO Box 3010
                                                  Lake Charles, LA 70602
                                                  Telephone: (337) 439-0707
                                                  Facsimile: (337) 439-1029
                                                  Email: khightower@lundylawllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 21st day of September, 2023.

                                                **LUNDY LAW, LLP**

                                                /s/ Kristie M. Hightower
                                                **KRISTIE M. HIGHTOWER**