## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-20545 | **MDL NO. 2738 (MAS) (RLS)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 21, 2023 on behalf of Mary Jones and Donald Jones.

Dated:  September 21, 2023               Respectfully submitted,

                                                                                   **NS PR LAW SERVICES LLC**

                                                                                   */s/ Christopher LoPalo*
                                                                                   Christopher LoPalo, Esq.
                                                                                   1302 Ave. Ponce De Leon
                                                                                   Santurce, PR 00907
                                                                                   Telephone: (212) 397-1000
                                                                                   Facsimile: (646) 927-1676
                                                                                   clopalo@nsprlaw.com

                                                                                   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 21, 2023

                                      */s/ Christopher LoPalo*
                                      Christopher LoPalo, Esq.
                                      NS PR LAW SERVICES LLC
                                      1302 Ave. Ponce De Leon
                                      Santurce, PR 00907
                                      Telephone: (212) 397-1000
                                      Facsimile: (646) 927-1676
                                      clopalo@nsprlaw.com

                                      *Attorneys for Plaintiff*