Alex C. Davis
ALEX DAVIS LAW OFFICE PSC
445 Baxter Avenue, Ste. 275
Louisville, KY 40204
(502) 882-6000
*Attorney for Plaintiff Sally S. Riley*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Sally Riley v. Johnson & Johnson, Inc. et al.<br>3:23-cv-20549 | Civil No. 3:16-md-2738-MAS-RLS |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 21, 2023 on behalf of Plaintiff Sally S. Riley.

        ALEX DAVIS LAW OFFICE PSC

        */s/ Alex C. Davis*
        Alex C. Davis
        445 Baxter Avenue, Ste. 275
        Louisville, KY 40204
        (502) 882-6000 Telephone
        (502) 587-2007 Facsimile
        alex@acdavislaw.com
        *Attorney for Plaintiff Maria Gara*

Dated: September 21, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            */s/ Alex C. Davis*
                                            Alex C. Davis