# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-MAS-RLS<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |
| **THIS DOCUMENT RELATES TO:**<br><br>*Laura Ringel*<br>*v.*<br>*Johnson & Johnson, et al.* | Case No.: 3:23-cv-12677 |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED NOTICE OF FILING AND CERTIFICATE OF SERVICE

THIS MATTER having been opened to the Court upon an unopposed application of ANDREW SULLO, attorney for Laura Ringel for an Order allowing Laura Ringel to file the First Amended Notice of Filing and Certificate of Completion, upon notice to all counsel of record, and with full consideration of all matters brought before this Court regarding the motion, and for good cause shown:

IT IS HEARBY on this _____ day of _____ 202_.

ORDERED that this Motion for Leave to File Plaintiff's First Amended Notice of Filing and Certificate of Completion, be and hereby is GRANTED. Plaintiff is to file the First Amended Notice of filing and Certificate of Service within the _____ days of the entry of this Order.

**IT IS SO ORDERED.**

_____
Hon. Michael. A. Shipp
UNITED STATES DISTRICT COURT JUDGE