**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> This document relates to: <br> Laurence E. Anderson, Jr., individually and as Personal Representative of the Estate of Brenda J. Anderson, deceased | **Civil No. 3:16-md-2738-MAS-RLS** <br> **MDL No. 2738** <br><br> **JUDGE MICHAEL A. SHIPP** <br> **MAG. JUDGE RUKHSANAH L. SINGH** <br><br> Civil Action No.: 3:17-cv-2943 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Laurence E. Anderson, Jr.

Dated: September 26, 2023.

By: /s/ *Sterling Aldridge*
Sterling Aldridge
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
saldridge@barrettlawgroup.com

*Attorney for Plaintiff Laurence E. Anderson, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Sterling Aldridge
Sterling Aldridge

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for Plaintiff conferred with counsel for Defendants regarding all matters set forth in this Amended Complaint on September 21, 2023, and that counsel for Defendants are unopposed to the relief requested herein.

/s/Sterling Aldridge
Sterling Aldridge