**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION <br><br> This document relates to: Dennis Tarr individually and as the Personal Representative of Lola Tarr, deceased; <br> Case No: 3:17-cv-7626 | Civil No. 3:16-md-2738-FLW-LHG <br><br> MDL NO. 2738 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Second Amended Short Form Complaint and Jury Demand has been filed this date on behalf of Plaintiff Dennis Tarr.

Dated: September 26, 2023.

By:/s/ *Katherine B. Riley*
Katherine B. Riley
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

*Attorney for Plaintiff Dennis Tarr*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Katherine B. Riley*
Katherine B. Riley

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Plaintiff conferred with counsel for Defendants regarding all matters set forth in this Amended Complaint on September 21, 2023, and that counsel for Defendants are unopposed to the relief requested herein.

/s/ *Katherine B. Riley*
Katherine B. Riley