# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2738 (FLW) (LHG)** <br><br> **JUDGE FREDA L. WOLFSON** <br><br> **MAG. JUDGE LOIS H. GOODMAN** |
| **THIS DOCUMENT RELATES TO:** <br><br> *Shanterica Houston* <br><br> *v.* <br><br> *Johnson and Johnson Company, et. al.* <br><br> *Case No.: 3:23-cv-14170-MAS-RLS* | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 1, 2023 on behalf of Shanterica Houston.

Dated: September 27, 2023

                      Respectfully submitted by,

                      */s/ Lawrence R. Cohan*
                      Lawrence R. Cohan, Esq.
                      Joshua C. Cohan, Esq.
                      **SALTZ MONGELUZZI & BENDESKY P.C.**
                      One Liberty Place
                      1650 Market St, 52nd Floor
                      Philadelphia, PA 19103
                      lcohan@smbb.com
                      jcohan@smbb.com
                      (215) 575-3887 (Phone)
                      (215) 496-0999 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Lawrence R. Cohan*
