# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2738 (FLW) (LHG)** |
| | **JUDGE FREDA L. WOLFSON** |
| **THIS DOCUMENT RELATES TO:** | **MAG. JUDGE LOIS H. GOODMAN** |
| *Cassandra Wood* | |
| *v.* | |
| *Johnson and Johnson Company, et. al.* | |
| *Case No.: 3:23-cv-14846-MAS-RLS* | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury demand has been filed on September

3, 2023 on behalf of Cassandra Wood.

Dated: September 27, 2023

Respectfully submitted by,

*/s/ Lawrence R. Cohan*

Lawrence R. Cohan, Esq.

Joshua C. Cohan, Esq.

**SALTZ MONGELUZZI & BENDESKY P.C.**

One Liberty Place

1650 Market St, 52nd Floor

Philadelphia, PA 19103

lcohan@smbb.com

jcohan@smbb.com

(215) 575-3887 (Phone)

(215) 496-0999 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Lawrence R. Cohan*