UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Phylis Smotherson as Survivor of Iva Wardell Brown and on behalf of Estate of Iva Wardell Brown*<br><br>*v.*<br><br>*Johnson and Johnson Company, et. al.*<br><br>Case No.: *3:23-cv-19743-MAS-RLS* | **MDL DOCKET NO. 2738 (FLW) (LHG)**<br><br>**JUDGE FREDA L. WOLFSON**<br><br>**MAG. JUDGE LOIS H. GOODMAN** |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 9, 2023 on behalf of Phylis Smotherson as Survivor of Iva Wardell Brown and on behalf of Estate of Iva Wardell Brown.

| | |
|---|---|
| Dated: September 27, 2023 | Respectfully submitted by,<br><br>*/s/ Ben C. Martin*<br>Ben C. Martin<br>Rachel L. Wright<br>Jessica Murray<br>**BEN MARTIN LAW GROUP**<br>3141 Hood Street, Suite 600<br>Dallas, TX 75219<br>(214) 761-6614<br>(214) 744-7590 (fax)<br>eservice@bencmartin.com<br>rwright@bencmartin.com<br>jmurray@bencmartin.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Ben C. Martin