## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Karina Martinez* <br><br> *v.* <br><br> *Johnson and Johnson Company, et. al.* <br><br> Case No.: 3:23-cv-15016-MAS-RLS | **MDL DOCKET NO. 2738 (FLW) (LHG)** <br><br> **JUDGE FREDA L. WOLFSON** <br><br> **MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 3, 2023 on behalf of Karina Martinez.

Dated: September 27, 2023

                                             Respectfully submitted by,

                                           */s/ Lawrence R. Cohan*
                                           Lawrence R. Cohan, Esq.
                                           Joshua C. Cohan, Esq.
                                           **SALTZ MONGELUZZI & BENDESKY P.C.**
                                           One Liberty Place
                                           1650 Market St, 52nd Floor
                                           Philadelphia, PA 19103
                                           lcohan@smbb.com
                                           jcohan@smbb.com
                                           (215) 575-3887 (Phone)
                                           (215) 496-0999 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Lawrence R. Cohan*
