THE DRISCOLL FIRM, PC
211 N. Broadway, Suite 4050
St. Louis, MO 63102
Telephone: (314) 932-3232
Facsimile: (314) 932-3233

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Christina Bowman | Case No. 3:23-cv-13024 |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | MDL No. 2738 |
| Defendants. | **NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

**COMES NOW**, Paul W. Johnson, and hereby enters his Appearance as co- counsel on behalf of the Plaintiff Christina Bowman in the above referenced matter.

Respectfully submitted, this the 28th day of September, 2023.

 */s/ Paul W. Johnson*
Paul W. Johnson
THE DRISCOLL FIRM, PC
211 N. Broadway, Suite 4050
St. Louis, MO 63102
Telephone: (314) 932-3232
Facsimile: (314) 932-3233
Paul@thedriscollfirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2023, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  */s/ Paul W. Johnson*