THE DRISCOLL FIRM, PC
211 N. Broadway, Suite 4050
St. Louis, MO 63102
*Attorneys for Plaintiff Margaret Atkins*

**IN THE UNITED STATES DISTRICT
COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: <u>Margaret Atkins v. Johnson & Johnson, et al.</u> | MDL No. 2738 (MAS) (RLS)<br><br>Case Number: 3:23-cv-13034 |

### <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 8/30/2023 on behalf of Plaintiff Margaret Atkins.

Dated: September 28, 2023                                    Respectfully Submitted by,

                                                                                        /s/ Paul W. Johnson
                                                                                       Paul W. Johnson
                                                                                       THE DRISCOLL FIRM, PC
                                                                                       211 N. Broadway, Suite 4050
                                                                                       St. Louis, MO 63102
                                                                                       Telephone: (314) 932-3232
                                                                                       Facsimile: (314) 932-3233
                                                                                       paul@thedriscollfirm.com
                                                                                       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ Paul W. Johnson*
                                                THE DRISCOLL FIRM, PC