UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Christina Smith-Hall and Andre Hall, h/w*<br><br>*v.*<br><br>*Johnson and Johnson Company, et. al.*<br><br>Case No.: 3:23-cv-15392-MAS-RLS | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 4, 2023 on behalf of Christina Smith-Hall and Andre Hall, h/w.

Dated: September 28, 2023

                                                Respectfully submitted by,

                                               */s/ Lawrence R. Cohan*
                                              Lawrence R. Cohan, Esq.
                                              Joshua C. Cohan, Esq.
                                              **SALTZ MONGELUZZI & BENDESKY P.C.**
                                              One Liberty Place
                                              1650 Market St, 52nd Floor
                                              Philadelphia, PA 19103
                                              lcohan@smbb.com
                                              jcohan@smbb.com
                                              (215) 575-3887 (Phone)
                                              (215) 496-0999 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Lawrence R. Cohan*