# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (FLW) (LHG) |
| | JUDGE FREDA L. WOLFSON |
| | MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:** | |
| *Susan Foose, Individually and as Representative of the Estate of Paula Lee Martin, Deceased* | |
| *v.* | |
| *Johnson and Johnson Company, et. al.* | |
| Case No.: 3:23-cv-19791-MAS-RLS | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 10, 2023 on behalf of Susan Foose, Individually and as Representative of the Estate of Paula Lee Martin, Deceased.

Dated: September 28, 2023

Respectfully submitted by,

*/s/ Ben C. Martin*

Ben C. Martin
Rachel L. Wright
Jessica Murray
**BEN MARTIN LAW GROUP**
3141 Hood Street, Suite 600
Dallas, TX 75219
(214) 761-6614
(214) 744-7590 (fax)
eservice@bencmartin.com
rwright@bencmartin.com
jmurray@bencmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Ben C. Martin