# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (FLW) (LHG) |
| | JUDGE FREDA L. WOLFSON |
| | MAG. JUDGE LOIS H. GOODMAN |
| **THIS DOCUMENT RELATES TO:** | |
| *Linda Gold* | |
| *v.* | |
| *Johnson and Johnson Company, et. al.* | |
| Case No.: 3:23-cv-19807-MAS-RLS | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 10, 2023 on behalf of Linda Gold.

| | |
|---|---|
| Dated: September 28, 2023 | Respectfully submitted by, |
| | */s/ Ben C. Martin* |
| | Ben C. Martin |
| | Rachel L. Wright |
| | Jessica Murray |
| | **BEN MARTIN LAW GROUP** |
| | 3141 Hood Street, Suite 600 |
| | Dallas, TX 75219 |
| | (214) 761-6614 |
| | (214) 744-7590 (fax) |
| | eservice@bencmartin.com |
| | rwright@bencmartin.com |
| | jmurray@bencmartin.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Ben C. Martin