**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG) JUDGE MICHAEL A. SHIPP MAGISTRATE JUDGE RUKHSANAN L. SINGH** |
| **THIS DOCUMENT RELATES TO:** | |
| **RONALD WINANS, an individual, and as successor in interest to RAMONA WINANS,** | **Case No. 3:23-cv-20599-MAS-RLS** |
| **Plaintiff,** | |
| **v.** | |
| **JOHNSON & JOHNSON, et al.,** | |
| **Defendants.** | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 22, 2023, on behalf of Plaintiff RONALD WINANS.

Dated: September 28, 2023                     Respectfully Submitted,

By:  /s/ *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that September 28, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.


  /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.