**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN: RE JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

*Joseph Behrens, Individually and as*
*Representative of the Estate of Suzanna*
*Sadowski Behrens*

*v.*

*Johnson and Johnson Company, et. al.*

*Case No.: 3:23-cv-19785-MAS-RLS*

**MDL DOCKET NO. 2738 (FLW) (LHG)**

**JUDGE FREDA L. WOLFSON**

**MAG. JUDGE LOIS H. GOODMAN**

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury demand has been filed on September

9, 2023 on behalf of Joseph Behrens, Individually and as Representative of the Estate of

Suzanna Sadowski Behrens.

Dated: September 28, 2023

Respectfully submitted by,

*/s/ Ben C. Martin*
Ben C. Martin
Rachel L. Wright
Jessica Murray
**BEN MARTIN LAW GROUP**
3141 Hood Street, Suite 600
Dallas, TX 75219
(214) 761-6614
(214) 744-7590 (fax)
eservice@bencmartin.com
rwright@bencmartin.com
jmurray@bencmartin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*