**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2738 (FLW) (LHG)** |
| | **JUDGE FREDA L. WOLFSON** |
| **THIS DOCUMENT RELATES TO:** | **MAG. JUDGE LOIS H. GOODMAN** |
| *Arnett Patterson* | |
| *v.* | |
| *Johnson and Johnson Company, et. al.* | |
| *Case No.: 3:23-cv-16545-MAS-RLS* | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short

Form Complaints) that the Short Form Complaint and Jury demand has been filed on September

6, 2023 on behalf of Arnett Patterson.

Dated: September 29, 2023

Respectfully submitted by,

/s/ Lawrence R. Cohan
Lawrence R. Cohan, Esq.
Joshua C. Cohan, Esq.
**SALTZ MONGELUZZI & BENDESKY P.C.**
One Liberty Place
1650 Market St, 52nd Floor
Philadelphia, PA 19103
lcohan@smbb.com
jcohan@smbb.com
(215) 575-3887 (Phone)
(215) 496-0999 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Lawrence R. Cohan*