UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>RON PECK, an individual, and as successor in interest to CYNTHIA PECK,<br><br>**Plaintiff,**<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>**Defendants.** | MDL NO. 2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAGISTRATE JUDGE RUKHSANAN L. SINGH<br><br><br><br>Case No. 3:23-cv-20594-MAS-RLS |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 22, 2023, on behalf of Plaintiff RON PECK.

Dated: September 29, 2023                    Respectfully Submitted,

By: /s/ *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that September 29, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

        /s/ *Mark P. Robinson Jr.*
        MARK P. ROBINSON, JR.