# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-20793 | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on September 29, 2023 on behalf of Robin Perls-Shultis and Dean Shultis.

Dated:  September 29, 2023            Respectfully submitted,

                                                        **NS PR LAW SERVICES LLC**

                                                        */s/ Christopher LoPalo*
                                                        Christopher LoPalo, Esq.
                                                        1302 Ave. Ponce De Leon
                                                        Santurce, PR 00907
                                                        Telephone: (212) 397-1000
                                                        Facsimile: (646) 927-1676
                                                        clopalo@nsprlaw.com

                                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 29, 2023

                                                       */s/ Christopher LoPalo*
                                                       Christopher LoPalo, Esq.
                                                       NS PR LAW SERVICES LLC
                                                       1302 Ave. Ponce De Leon
                                                       Santurce, PR 00907
                                                       Telephone: (212) 397-1000
                                                       Facsimile: (646) 927-1676
                                                       clopalo@nsprlaw.com

                                                       *Attorneys for Plaintiff*