# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*LaBirdia Brown and Chris Brown, h/w*<br><br>*v.*<br><br>*Johnson and Johnson Company, et. al.*<br><br>Case No.: 3:23-cv-17550-MAS-RLS | **MDL DOCKET NO. 2738 (FLW) (LHG)**<br><br>**JUDGE FREDA L. WOLFSON**<br><br>**MAG. JUDGE LOIS H. GOODMAN** |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 7, 2023 on behalf of LaBirdia Brown and Chris Brown, h/w.

Dated: September 29, 2023

                                              Respectfully submitted by,

                                        */s/ Lawrence R. Cohan*
                                       Lawrence R. Cohan, Esq.
                                       Joshua C. Cohan, Esq.
                                       **SALTZ MONGELUZZI & BENDESKY P.C.**
                                       One Liberty Place
                                       1650 Market St, 52nd Floor
                                       Philadelphia, PA 19103
                                       lcohan@smbb.com
                                       jcohan@smbb.com
                                       (215) 575-3887 (Phone)
                                       (215) 496-0999 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Lawrence R. Cohan*