## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL No. 2738 (FLW) (LHG)**<br>**JUDGE MICHAEL A. SHIPP**<br>**MAG. JUDGE LOUIS H. GOODMAN** |
| ***THIS DOCUMENT RELATES TO:*** | **CIVIL ACTION No.** 3:23-cv-20797 |
| **PATRICK SARTORI ON BEHALF OF BOBBIE SARTORI,** | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on September 29, 2023, for Plaintiff, Patrick Sartori on behalf of Bobbie Sartori.

Dated:  September 29, 2023          Respectfully Submitted by:

By: */s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:   September 29, 2023                    Respectfully Submitted by:


By: */s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com