# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Steven Beyer, Individually and on Behalf of the Estate of Gladys Beyer, deceased*<br>*v.*<br>*Johnson and Johnson Company, et. al.*<br>Case No.: 3:23-cv-15592-MAS-RLS | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on September 4, 2023 on behalf of Steven Beyer, Individually and on Behalf of the Estate of Gladys Beyer, deceased.

Dated: October 3, 2023

                                                                                   Respectfully submitted by,

                                                                      */s/ Lawrence R. Cohan*
                                                                    Lawrence R. Cohan, Esq.
                                                                    Joshua C. Cohan, Esq.
                                                                    **SALTZ MONGELUZZI & BENDESKY P.C.**
                                                                    One Liberty Place
                                                                    1650 Market St, 52nd Floor
                                                                    Philadelphia, PA 19103
                                                                    lcohan@smbb.com
                                                                    jcohan@smbb.com
                                                                    (215) 575-3887 (Phone)
                                                                    (215) 496-0999 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Lawrence R. Cohan*