**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 <br><br> Civil Case No. 3:16-md-2738 |
| This document relates to: <br> Jacqueline Miller vs. Johnson & Johnson, et al.; <br> Ind. Case No. 3:21-CV-03646 | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on February 26, 2021, on behalf of Jacqueline Miller.

Dated: October 6, 2023

Respectfully Submitted,

BARON & BUDD, P.C.

*/s/ Holly Werkema*
Holly Werkema
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel.: (214) 521-3605
Fax: (214) 523-6600
Email: hwerkema@baronbudd.com

*ATTORNEY FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

              */s/ Holly Werkema*
              Holly Werkema