# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>Civil No. 3:16-md-2738 |
| This document relates to:<br>Baron & Budd, P.C Plaintiffs<br>Exhibit A | |

## NOTICE OF CHANGE OF HANDLING ATTORNEY
## WITHIN FIRM AND APPEARANCE

COMES NOW, Holly Werkema, Esq., with the firm of BARON & BUDD, P.C. and files this notice that Sindhu Daniel and Jonas Mann are no longer associated with the firm of BARON & BUDD, P.C. Notice of this change has been filed in each of the respective individual case number, listed on Exhibit "A". Accordingly, they should be removed as counsel of record for the Baron & Budd Plaintiffs in the above-captioned case.

The undersigned, Holly Werkema, Esq., of BARON & BUDD, P.C., enters her appearance for Baron & Budd, P.C. Plaintiffs in the place and stead of Sindhu Daniel and Jonas Mann in the above-captioned case. Please direct all further filings, discovery, and correspondence to Holly Werkema at BARON & BUDD, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219. My telephone number is (214) 521-3605; and my e-mail address is hwerkema@baronbudd.com.

Dated: October 5, 2023                     Respectfully Submitted,

                                          BARON & BUDD, P.C.

                                          */s/ Holly Werkema*
                                          Holly Werkema
                                          3102 Oak Lawn Avenue, Suite 1100
                                          Dallas, Texas 75219
                                          Tel.: (214) 521-3605
                                          Fax: (214) 523-6600
                                          Email: hwerkema@baronbudd.com

                                          *ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                          */s/ Holly Werkema*
                                          Holly Werkema

EXHIBIT A

| Plaintiff | CaseNumber | Filed |
|---|---|---|
| William Abercrombie, Individually and O/B/O Christine Abercrombie | 3:19-cv-12977 | 4/22/2019 |
| James Anderson, Individually and O/B/O Elisa Anderson | 3:18-cv-05396 | 4/4/2018 |
| Akilah Rashida Armstead, Individually and O/B/O Brenda Faye Armstead | 3:21-cv-19151 | 10/21/2021 |
| Clyde A Austin, Individually and O/B/O Doris Austin | 3:20-cv-08524 | 7/9/2020 |
| Etta Ayers Coaster, Individually and O/B/O Sara Ayers | 3:21-cv-18994 | 10/18/2021 |
| Kathyleen Cranford, Individually and O/B/O Clotte Barrett | 3:18-cv-14255 | 9/25/2018 |
| Reva Benoit, Individually and O/B/O Debarcus Benoit | 3:21-cv-13795 | 7/19/2021 |
| Bingham, Cynthia | 3:17-cv-08931 | 10/23/2017 |
| Birdsong, Christina | 3:16-cv-08810 | 11/3/2016 |
| Tommie Ashby, Individually and O/B/O Theresa Bliss | 3:21-cv-09060 | 4/13/2021 |
| Johnny J Brooks, Individually and O/B/O Carrie J Brooks | 3:20-cv-10525 | 8/14/2020 |
| Brown, Donna | 3:18-cv-08790 | 5/3/2018 |
| Arthur Brown, Individually and O/B/O Renee Brown | 3:21-cv-19149 | 10/21/2021 |
| Thomas Burton, Individually and O/B/O Robbie M. Burton | 3:17-cv-11311 | 11/6/2017 |
| Karen Durbin, Individually and O/B/O Darlene Butcher | 3:18-cv-01026 | 1/25/2018 |
| Carpenter, Charlyn | 3:17-cv-04642 | 6/26/2017 |
| Paul Carver, Individually and O/B/O Lisa Carver | 3:18-cv-01039 | 1/25/2018 |
| Casiano, Josephine | 3:17-cv-12708 | 12/6/2017 |
| Cheryl Stulzaft, Individually and O/B/O Mary Chamberlin | 3:19-cv-09064 | 3/13/2019 |
| Ronald W. Cochran, Individually and O/B/O Dana Cochran | 3:20-cv-14224 | 10/9/2020 |
| Cole, Mary | 3:20-cv-09155 | 7/20/2020 |

| | | |
|---|---|---|
| Kenneth Cole Jr., Individually and O/B/O Velda Lynn Cole | 3:20-cv-06814 | 6/3/2020 |
| Terry Collier, Individually and O/B/O Sandra S Collier | 3:18-cv-00535 | 1/12/2018 |
| Brenda Thompson, Individually and O/B/O Etta Council-Couch | 3:21-cv-09062 | 4/13/2021 |
| Adam Felton Courville, Individually and O/B/O Lela Anne Courville | 3:18-cv-09751 | 5/25/2018 |
| Laura Klitzke, Individually and O/B/O Kay Cunningham | 3:19-cv-13276 | 5/31/2019 |
| Daka, Bettie Jean | 3:20-cv-09791 | 7/31/2020 |
| Frank Moore, Individually and O/B/O Dorothy Marie Davis | 3:21-cv-03636 | 2/26/2021 |
| Sonya Gibbs, Individually and O/B/O Willie Mae Randle Deanes | 3:17-cv-04645 | 6/26/2017 |
| Douglas, Mary Sue | 3:19-cv-19416 | 9/26/2019 |
| Richard Neal Ellison, Individually and O/B/O Annette Ellison | 3:17-cv-11312 | 11/6/2017 |
| Eriksen, Stephaine | 3:17-cv-07680 | 9/29/2017 |
| Jamie Michelle Lubben, Individually and O/B/O Sara Fagan | 3:16-cv-08942 | 12/2/2016 |
| Lloyd Fadem, Individually and O/B/O Margaret Ferrell | 3:16-cv-08812 | 11/29/2016 |
| Jessie Fitzpatrick, Individually and O/B/O Thelma Lee Ford | 3:17-cv-13068 | 11/21/2017 |
| Foret, Eloise B | 3:17-cv-08939 | 3/1/2017 |
| Francis Fox, Individually and O/B/O Kathleen Frances Fox | 3:20-cv-10054 | 8/5/2020 |
| Lisa Gallow, Individually and O/B/O Lorena Gallow | 3:21-cv-19111 | 10/20/2021 |
| Sandra Evans, Individually and O/B/O Maggie Garth | 3:20-cv-09780 | 7/31/2020 |
| Joyce A Brown, Individually and O/B/O Maggie Goins | 3:20-cv-09785 | 7/31/2020 |
| Billy G Goodman, Individually and O/B/O Rhoda Joyce Goodman | 3:17-cv-13305 | 12/19/2017 |
| Robert W. Grant, Individually and O/B/O Mary Langridge Grant | 3:16-cv-08831 | 11/29/2016 |
| Marcella Chambers, Individually and O/B/O Annie Ruth Green-Chambers | 3:21-cv-19189 | 10/21/2021 |
| Gresham, Donna | 3:17-cv-13304 | 12/19/2017 |

| | | |
|---|---|---|
| Edwin Griffin, Individually and O/B/O Josephine Eloise Griffin | 3:21-cv-19110 | 10/20/2021 |
| Guy, Jonique | 3;19-cv-21500 | 12/18/2019 |
| Hansl, Anne Marie | 3:18-cv-12897 | 8/16/2018 |
| Hart, Rebekah | 3:20-cv-00022 | 12/4/2019 |
| Harveston, Lelia Schaffer | 3:20-cv-00494 | 1/15/2020 |
| Jeanne Zimmerman, Individually and O/B/O Patricia Hershey | 3:18-cv-05399 | 4/4/2018 |
| Stanley Hilliard, Individually and O/B/O Virginia Hilliard | 3:21-cv-19109 | 10/20/2021 |
| Danny Hubbard, Individually and O/B/O Pamela Hubbard | 3:18-cv-08792 | 5/3/2018 |
| Huber, Mary Joan | 3:17-cv-13302 | 12/19/2017 |
| Viola Ivy Thorpe, Individually and O/B/O Ella Mae Ivy | 3:16-cv-08827 | 11/29/2016 |
| Joyce McIntyre, Individually and O/B/O Renia Jackson | 3:17-cv-12108 | 11/28/2017 |
| Jacobs, Vivian | 3:21-cv-18779 | 10/15/2021 |
| Timmy L Jeffries, Individually and O/B/O Priscilla Ann Jeffries | 3:20-cv-09774 | 7/31/2020 |
| Johnson, Barbara | 3:17-cv-04851 | 6/30/2017 |
| Clara Bryant, Individually and O/B/O Simon Johnson | 3:20-cv-09546 | 7/28/2020 |
| Johnson, Stephanie | 3:17-cv-11314 | 11/6/2017 |
| Johnston, Ann Kerry | 3:18-cv-00983 | 1/24/2018 |
| Linda Jones, Individually and O/B/O Mary Jones | 3:20-cv-06218 | 5/21/2020 |
| Donna Newcomb, Individually and O/B/O Mildred Jones | 3:20-cv-09965 | 8/3/2020 |
| Jones, Ruby | 3:21-cv-09065 | 4/13/2021 |
| James B. Jordan, Individually and O/B/O Kay Jordan | 3:20-cv-09545 | 7/28/2020 |
| Kessler, Kerri | 3:18-cv-15360 | 10/26/2018 |
| Andre Kline, Individually and O/B/O Maria S Kline | 3:21-cv-18153 | 10/6/2021 |
| Paul Krodel, Individually and O/B/O Norma Krodel | 3:18-cv-09753 | 5/25/2018 |
| John Lillis, Individually and O/B/O Constance D Lillis | 3:20-cv-20610 | 12/30/2020 |

| | | |
|---|---|---|
| Henry Rankin, Individually and O/B/O Arwani Lim | 3:17-cv-12711 | 12/6/2017 |
| Lockett, Janice | 3:20-cv-00493 | 1/15/2020 |
| Lopez, Bernadette | 3:21-cv-03642 | 2/26/2021 |
| Shirley Evans, Individually and O/B/O Anna Lee Marble | 3:20-cv-09778 | 7/31/2020 |
| McKee, Suzanne Marie | 3:20-cv-09795 | 7/31/2020 |
| Alice Meekins, Individually and O/B/O Delzora Alice Meekins | 3:20-cv-10522 | 8/14/2020 |
| Miller, Cimme | 3:21-cv-03447 | 2/25/2021 |
| Miller, Jacqueline | 3:21-cv-03646 | 2/26/2021 |
| Montgomery, Jessica | 3:21-cv-03647 | 2/26/2021 |
| Moore, Barbara Jean | 3:20-cv-09586 | 7/29/2020 |
| Moore, Laverne | 3:19-cv-14687 | 5/31/2019 |
| Morgan, Regina | 3:17-cv-08941 | 3/1/2017 |
| Pendarvis Morris, Sr., Individually and O/B/O Cathy Morris | 3:17-cv-00549 | 1/27/2017 |
| Moss, Barbara | 3:19-cv-12665 | 5/17/2019 |
| Ronald Neverette, Individually and O/B/O Dorothy G. Neverette | 3:20-cv-09797 | 7/31/2020 |
| O'Malley, Marcella Manion | 3:21-cv-10639 | 5/4/2021 |
| Patel, Vaishali | 3:21-cv-00482 | 1/11/2021 |
| Penley, Sarah | 3:20-cv-06216 | 5/21/2020 |
| Persons, Diane | 3:17-cv-08942 | 3/1/2017 |
| Pirie, Susan | 3:20-cv-10336 | 8/11/2020 |
| Deliala Patterson, Individually and O/B/O Hazel Plummer | 3:16-cv-08815 | 11/29/2016 |
| Janet Kennedy, Individually and O/B/O Norma Przybylowicz | 3:17-cv-13306 | 12/19/2017 |
| Courtney Galvan, Individually and O/B/O Mary Ann Pugh | 3:21-cv-11108 | 5/12/2021 |
| Crystal Duncan, Individually and O/B/O Sandra Reid | 3:20-cv-09541 | 7/28/2020 |
| Greg Rogers, Individually and O/B/O Marjorie Rogers | 3:18-cv-08789 | 5/3/2018 |
| Rossi, Lisa T | 3:19-cv-13646 | 6/11/2019 |
| Susan Gayle Rossman Reed, Individually and O/B/O Harriet Rossman | 3:20-cv-09548 | 7/28/2020 |
| Salguero, Elsa | 3:21-cv-03648 | 2/26/2021 |

| | | |
|---|---|---|
| Gayron L Scott, Individually and O/B/O Earlene Scott | 3:20-cv-10334 | 8/11/2020 |
| Jerome Seman, Individually and O/B/O Barbara Seman | 3:17-cv-11316 | 11/6/2017 |
| Pamella Gail Thrasher, Individually and O/B/O Wanda Lee Shettles | 3:21-cv-19155 | 10/21/2021 |
| Smart, Rebecca | 3:19-cv-21059 | 12/4/2019 |
| Johnny Dwaine Smith, Individually and O/B/O LaVonne Andersen Smith | 3:21-cv-18781 | 10/15/2021 |
| Lorna Smith, Individually and O/B/O Lorraine Smith | 3:21-cv-16144 | 8/26/2021 |
| Tonya Harrington, Individually and O/B/O Connie Snyder | 3:16-cv-08816 | 11/29/2016 |
| Spence, Enecita C | 3:20-cv-02033 | 2/25/2020 |
| Stumpf, Dorothy | 3:17-cv-04644 | 6/26/2017 |
| Sturges, Karen Elizabeth | 3:21-cv-18155 | 10/6/2021 |
| Dora Gaines, Individually and O/B/O Carrie Tate | 3:21-cv-00485 | 1/11/2021 |
| Chanteau Harper, Individually and O/B/O Josephine D Thomas Oliver | 3:20-cv-06815 | 6/3/2020 |
| Gable Todd, Individually and O/B/O Tiffany Hale Todd | 3:20-cv-09783 | 7/31/2020 |
| Theone Touro, Individually and O/B/O Elvera Touro | 3:17-cv-11318 | 11/6/2017 |
| Walter Ray Vasbinder, Individually and O/B/O Rosie A Vasbinder | 3:20-cv-09786 | 7/31/2020 |
| Wagenknecht, Vanessa | 3:16-cv-08828 | 11/29/2016 |
| Luella M Gordon, Individually and O/B/O Carolyn Wallace | 3:21-cv-03650 | 2/26/2021 |
| Wampler, Carol | 3:18-cv-08793 | 5/3/2018 |
| Joe Warren, Individually and O/B/O Suellyn Warren | 3:18-cv-05125 | 4/2/2018 |
| Williams, Annie Lou | 3:16-cv-08829 | 11/29/2016 |
| Williams, Mary L | 3:17-cv-08974 | 3/1/2017 |
| Woodard, Yolanda | 3:21-cv-03652 | 2/26/2021 |
| Willie J. Woodbury, Individually and O/B/O Pauline Woodbury | 3:20-cv-10527 | 8/14/2020 |
| Cheryl Becker, Individually and O/B/O Irene Zysk | 3:21-cv-19153 | 10/21/2021 |