# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>Paige Botts, Individually, and on behalf of the Estate of Mary L. Sandberg<br>　　　　Plaintiffs,<br>v.<br>Johnson & Johnson, et al.,<br>　　　　Defendants.<br>Case No. 3:23-cv-21058-MAS-RLS | Case No. 3:16-md-2738-MAS-RLS<br>MDL No. 2738 |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 11, 2023, on behalf of Plaintiff captioned above.

Dated: October 11, 2023

*/s/ Stephen Hunt, Jr.*
Stephen Hunt, Jr.
ASB-3621-N62H
CORY WATSON, P.C.
2131 Magnolia Ave S. Ste. 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
shunt@corywatson.com

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/  *Stephen Hunt, Jr.*
Stephen Hunt, Jr.
ASB-3621-N62H
CORY WATSON, P.C.
2131 Magnolia Ave S
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
shunt@corywatson.com

*Attorneys for the Plaintiff*