# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-21119 | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on October 12, 2023 on behalf of Vittoria Vogan and Steven Vogan.


Dated:  October 12, 2023                              Respectfully submitted,

                                                      **NS PR LAW SERVICES LLC**

                                                      */s/ Christopher LoPalo*
                                                      Christopher LoPalo, Esq.
                                                      1302 Ave. Ponce De Leon
                                                      Santurce, PR 00907
                                                      Telephone: (212) 397-1000
                                                      Facsimile: (646) 927-1676
                                                      clopalo@nsprlaw.com

                                                      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  October 12, 2023

                                                  */s/ Christopher LoPalo*
                                                Christopher LoPalo, Esq.
                                                NS PR LAW SERVICES LLC
                                                1302 Ave. Ponce De Leon
                                                Santurce, PR 00907
                                                Telephone: (212) 397-1000
                                                Facsimile: (646) 927-1676
                                                clopalo@nsprlaw.com

                                                *Attorneys for Plaintiff*