# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br>DEBBIE HARRELSON, individually and on behalf of SUZANNE YATER, Deceased,<br><br>3:23-cv-18586 | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 08, 2023 on behalf of Plaintiff Debbie Harrelson, individually and on behalf of Suzanne Yater, deceased.

Dated: October 16, 2023

        Respectfully submitted,

        /s/ *Warren T. Burns*

        Korey A. Nelson (LA #30002)
        Amanda K. Klevorn (LA #35193)
        **BURNS CHAREST LLP**
        365 Canal Street, Suite 1170

        New Orleans, Louisiana 70130
        T: 504.799.2845
        F: 504.881.1765
        E: aklevorn@burnscharest.com
           knelson@burnscharest.com

        **AND**

        Warren T. Burns (TX #24053119)
        Daniel H. Charest (TX #24057803)
        Spencer M. Cox (TX #24097540)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com
           dcharest@burnscharest.com
           scox@burnscharest.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 08, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/ *Warren T. Burns*
        Warren T. Burns (TX #24053119)
        **BURNS CHAREST LLP**
        900 Jackson Street, Suite 500
        Dallas, Texas 75202
        T: 469.904.4550
        F: 469.444.5002
        E: wburns@burnscharest.com