UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>STEPHANIE STITH<br><br>3:23-cv-19391 | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on September 09, 2023 on behalf of Plaintiff Stephanie Stith.

Dated: October 16, 2023

                                                 Respectfully submitted,

                                                 /s/ *Warren T. Burns*

                                                 Korey A. Nelson (LA #30002)
                                                 Amanda K. Klevorn (LA #35193)
                                                 **BURNS CHAREST LLP**
                                                 365 Canal Street, Suite 1170
                                                 New Orleans, Louisiana 70130
                                                 T: 504.799.2845
                                                 F: 504.881.1765

    E: aklevorn@burnscharest.com
     knelson@burnscharest.com

    **AND**

    Warren T. Burns (TX #24053119)
    Daniel H. Charest (TX #24057803)
    Spencer M. Cox (TX #24097540)
    **BURNS CHAREST LLP**
    900 Jackson Street, Suite 500
    Dallas, Texas 75202
    T: 469.904.4550
    F: 469.444.5002
    E: wburns@burnscharest.com
     dcharest@burnscharest.com
     scox@burnscharest.com

## CERTIFICATE OF SERVICE

 I hereby certify that on October 16, 2023, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ *Warren T. Burns*
    Warren T. Burns (TX #24053119)
    **BURNS CHAREST LLP**
    900 Jackson Street, Suite 500
    Dallas, Texas 75202
    T: 469.904.4550
    F: 469.444.5002
    E: wburns@burnscharest.com