BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Karen McClellan and Ellen Springer o/b/o Elizabeth Springer, deceased*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Karen McClellan and Ellen Springer, Individually and as Co-Personal Representatives of the Estate of Elizabeth Springer, deceased v. Johnson & Johnson, et al.<br>Case No. 3:23-cv-21190 | Civil No. 3:16-md-2738-MAS-RLS |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 16, 2023 on behalf of Plaintiff Karen McClellan and Ellen Springer o/b/o Elizabeth Springer, deceased.

                                        **/s/ Brittany S. Scott**
                                        Brittany S. Scott
                                        BEASLEY ALLEN CROW METHVIN
                                        PORTIS & MILES, P.C.
                                        218 Commerce Street
                                        Montgomery, Alabama 36104
                                        (800) 898-2034 Telephone
                                        (334) 954-7555 Facsimile
                                        Brittany.Scott@BeasleyAllen.com

                                        Attorney for Plaintiff Karen McClellan and Ellen Springer o/b/o Elizabeth Springer, deceased

Dated: October 16, 2023

## CERTIFICATE OF SERVICE

   I hereby certify that on October 16, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              */s/ Brittany S. Scott*
              Brittany S. Scott

              BEASLEY ALLEN CROW METHVIN
              PORTIS & MILES, P.C.