UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil A. No. 3:16-md-2738(MAS)(RLS)<br><br>MDL No. 2738<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

PLAINTIFFS HEREBY GIVE NOTICE that Stephanie B. Sherman shall be added as attorney of record for Plaintiffs of Wisner Baum (formerly Baum Hedlund Aristei & Goldman) listed on the attached Exhibit "A" in the MDL 2738 *In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,* and that Nicole K.H. Maldonado shall be withdrawn as counsel of record for Plaintiffs in this matter as she is no longer associated with Wisner Baum, and is no longer participating in this litigation.

Counsel respectfully requests that all orders, pleadings and correspondence be served upon Stephanie B. Sherman through the CM/ECF system and/or at the address below.

Dated: October 17, 2023

/s/ Stephanie B. Sherman
Stephanie B. Sherman
WISNER BAUM
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
(310) 207-3233 Tel
(310) 820-7444 Fax
Email: ssherman@wisnerbaum.com

## **CERTIFICATION OF SERVICE**

  I hereby certify that on October 17, 2023 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

    /s/ Stephanie B. Sherman
    Stephanie B. Sherman
    WISNER BAUM
    11111 Santa Monica Blvd., Suite 1750
    Los Angeles, CA 90025
    (310) 207-3233 Tel
    (310) 820-7444 Fax
    Email: ssherman@wisnerbaum.com