EXHIBIT "A"

WISNER BAUM PLAINTIFFS

| # | CASE NO. | PLAINTIFFS |
|---|---|---|
| 1. | 3:17-cv-00005 | MARK A. CABRAL, Individually and as Spouse and as Personal Representative of the Estate of SANDRA F. CABRAL, Decedent, et al. |
| 2. | 3:17-cv-04636 | JAMES C. LOOMIS, Individually and as Personal Representative of the Estate of DIANNE MARIE LOOMIS, Decedent |
| 3. | 3:17-cv-04878 | LANA M. SING, Individually |
| 4. | 3:17-cv-04879 | CHRISTIN WILEY, Individually and as Surviving Daughter of SUE WILEY, aka SUSAN M. WILEY, Decedent |
| 5. | 3:17-cv-05642 | KAREN E. BURKEEN, Individually, et al. |
| 6. | 3:17-cv-05771 | JUDY A. RITCHIE, Individually, et al. |
| 7. | 3:17-cv-06450 | BARBARA J. MOAK, Individually and as Personal Representative of the Estate of MARGARET BAKKER, Decedent, et al. |
| 8. | 3:17-cv-06483 | BUNDLED COMPLAINT: SHIRLEY WONG, an Individual;  LINDA YOUNG, an Individual; and BARBARA SINGER, an Individual |
| 9. | 3:17-cv-06534 | WIN J. WRIGHT, Individually and as Personal Representative of the Estate of BRENDA KAY WRIGHT aka BRENDA WRIGHT, Decedent; TINA L. WOLF, adult daughter; AND KENNETH W. WRIGHT, Adult Son |
| 10. | 3:17-cv-06536 | JULIA REDONDO, Individually, et al. |
| 11. | 3:17-cv-07032 | ANDREW M. SIEJA, as Personal Representative of the Estate of FRANCES YVONNE HODGES, Decedent |
| 12. | 3:17-cv-07175 | ANGELITA OSUNA GOMEZ, Individually, et al. |
| 13. | 3:17-cv-09396 | KATHLEEN M. NAGEL, Individually, et al. |
| 14. | 3:17-cv-09411 | WILLIAM LANCE DAVIS; RIO DEAN DAVIS; CHERYL NOELLE ADAMS; CHERIANNE YVONNE BISHOP; MICHAEL LEE DAVIS; and CODY LYNN THEODORE TENDICK, Individually and as Surviving Adult Children of CONNIE LU TENDICK, DECEDENT |
| 15. | 3:17-cv-10647 | MICKEY L. BAIZE, Individually and as Surviving Spouse and Executor of the Estate of SHEILA GAIL BAIZE, Decedent |
| 16. | 3:17-cv-11158 | DEBRA M. HAYNES, Individually, et al. |

EXHIBIT "A"

## WISNER BAUM PLAINTIFFS

| #   | CASE NO.        | PLAINTIFFS                                                                                                  |
|-----|-----------------|-------------------------------------------------------------------------------------------------------------|
| 17. | 3:17-cv-11165   | JOELLEN HOOVER, Individually, et al.                                                                        |
| 18. | 3:17-cv-11166   | RALPH A. ALCALA, Individually and as Surviving Spouse of SUSANA ALCALA, Decedent; et al.                    |
| 19. | 3:17-cv-11167   | JUANITA PRUIETT, Individually, et al.                                                                       |
| 20. | 3:17-cv-11168   | BERNITA "CHARLIE" BARBORKA, Individually, et al.                                                            |
| 21. | 3:17-cv-11174   | SANDRA M. CRESPO, Individually, et al.                                                                      |
| 22. | 3:17-cv-11342   | AMY M. RICO, Individually, et al.                                                                           |
| 23. | 3:17-cv-12998   | WENDY J. CARPER, Individually, et al.                                                                       |
| 24. | 3:17-cv-13028   | SARAH DEARMAN, Individually                                                                                 |
| 25. | 3:18-cv-00037   | FELIKS BANDILLI, Individually and as Personal Representative of the Estate of MARIKA BANDILLI, Decedent, et al. |
| 26. | 3:18-cv-01409   | KAREN HUDSON, Individually, et al.                                                                          |
| 27. | 3:18-cv-01410   | SAMINATHA NEEL, Individually, et al.                                                                        |
| 28. | 3:18-cv-02804   | ROBYN PETERS, Individually and as Surviving Daughter of Beverly Borzone, Decedent, et al.                   |
| 29. | 3:18-cv-02806   | LEAH KAY SCHARP, Individually, et al.                                                                       |
| 30. | 3:18-cv-02811   | DAVID GEPHARDT, Individually and as Personal Representative of the Estate of Beth Faris Gephardt, Decedent, et al. |
| 31. | 3:18-cv-02812   | CAROL A. HATTON, et al., Individually, et al.                                                               |
| 32. | 3:18-cv-02814   | PENNY M. DEARY, Individually                                                                                |
| 33. | 3:18-cv-02817   | JESHIVA DICATALDO, Individually and as Surviving Daughter of LAURA KNAPEREK, Decedent, et al.               |
| 34. | 3:18-cv-03937   | JOSEPH R. MERCURIO, Individually and as Personal Representative of BONNIE L. MERCURIO Decedent, et al.      |

EXHIBIT "A"

WISNER BAUM PLAINTIFFS

| # | CASE NO. | PLAINTIFFS |
|---|---|---|
| 35. | 3:18-cv-05098 | FRANKLIN A. SMITH, Individually and as Personal Representative of CONSTANCE CAMILLE REYNOLDS, Decedent; ROSE REYNOLDS, mother of Decedent |
| 36. | 3:18-cv-06292 | JOSHUA NATHANIEL JOSEPH FOOTMAN, Individually and as Personal representative of LEAHRE MICHELLE FOOTMAN-DACIL, et al. |
| 37. | 3:18-cv-07975 | SCOTT "ANDY" GENTNER, Individually and as Surviving Spouse of LYDIA J. GENTNER, Decedent, et al. |
| 38. | 3:18-cv-07976 | LINDA CLAIRE GENTHERT, Individually, et al. |
| 39. | 3:18-cv-08610 | PAMELA L. WOJTA, Individually |
| 40. | 3:18-cv-08613 | BRIAN P. BOYCE, Individually and as Surviving Son of JANET L. BOYCE, Decedent, et al. |
| 41. | 3:18-cv-08870 | STEVEN KENT CLARK, Individually and as Surviving Spouse of JACQUELINE E. CLARK, Decedent, et al. |
| 42. | 3:18-cv-09227 | E. WILLIAM PASTOR, Individually and as Surviving Nephew of ELIZABETH SURMAN, Decedent |
| 43. | 3:18-cv-09814 | JANICE M. DOAK, Individually, et al. |
| 44. | 3:18-cv-09861 | JENNIFER WALLACE, Individually; and Minor Child, J.A.W., Individually |
| 45. | 3:18-cv-0987 | ELLEN MARKAE LESTER, Individually, et al. |
| 46. | 3:18-cv-09984 | CHARLOTTE ERMALINDA MARTINEZ, Individually, et al. |
| 47. | 3:18-cv-10083 | TRAVIS EUGENE SCHNAPP, Individually and as Surviving son of ARLENE MAE SCHNAPP, Decedent; and spouse GARY E. SCHNAPP |
| 48. | 3:18-cv-10776 | CHRYSTAL BARRETT, Individually and as Surviving Daughter of JENNIFER JOHNSON, Decedent, et al. |
| 49. | 3:18-cv-10902 | DAVID G. BROWN, SR., Individually as Spouse and as Personal Representative of the Estate of STACY BROWN, Decedent |
| 50. | 3:18-cv-11473 | GREGORIO REYES, Individually and as Surviving Spouse and Executor of the Estate of STELLA M. REYES, Decedent; Richard Reyes, Individually and as Surviving Son of Stella M. Reyes, Decedent |

EXHIBIT "A"

## WISNER BAUM PLAINTIFFS

| # | CASE NO. | PLAINTIFFS |
|---|---|---|
| 51. | 3:18-cv-11594 | NIMROD ALFREDO HENNEMANN JR., Individually and as Personal Representative of MIGDALIA A. HENRY, Decedent, et al. |
| 52. | 3:18-cv-11990 | GARY L. GREEN, Individually and as Personal Representative of the Estate of CAROL K. GREEN, Decedent |
| 53. | 3:18-cv-12023 | ROBERT PAUL FLICK, Individually and as Personal Representative of the Estate of LORAINE ANN BOYNE, Decedent |
| 54. | 3:18-cv-13020 | GAIL GODFREY, Individually and as Surviving Sister and Administrator of the Estate of JULIA BRIDE STAMEY, Decedent |
| 55. | 3:18-cv-13303 | LAVERT A. MURRAY, SR., Individually and as Personal representative of the Estate of JOYCE L. MURRAY CHEATHAM, Decedent |
| 56. | 3:18-cv-13354 | KEITH BOLTON, Individually and as Surviving Spouse and Personal Representative of the Estate of ANNA VERONIIKA BOLTON |
| 57. | 3:18-cv-13376 | SHANNON M. RENDA, Individually, et al. |
| 58. | 3:18-cv-14320 | VICTORIA J. ROYBAL, Individually |
| 59. | 3:18-cv-15516 | TAMARA R. STONE, Individually |
| 60. | 3:18-cv-16038 | TARA MAURER, Individually |
| 61. | 3:18-cv-16298 | LESLI J. HUDSON, Individually |
| 62. | 3:18-cv-16397 | ALICE ORTIZ, Individually |
| 63. | 3:18-cv-16470 | HOLLY K. THOMPSON, Individually and as Heir of MARY BETH THOMPSON, Decedent |
| 64. | 3:18-cv-16908 | LORI L. DOUGHTY, Individually and as Personal Representative of the Estate of LOIS E. SMITH, Decedent. |
| 65. | 3:18-cv-17602 | JUDITH A. MILLER, Individually |
| 66. | 3:18-cv-17657 | DANE R. HOLDER, Individually and as Surviving Spouse of JACINTA M. HOLDER, Decedent |
| 67. | 3:19 cv 02269 | KELLY J. LANG, Individually |

EXHIBIT "A"

## WISNER BAUM PLAINTIFFS

| #   | CASE NO.        | PLAINTIFFS                                                                                                       |
|-----|-----------------|------------------------------------------------------------------------------------------------------------------|
| 68. | 3:19-cv-00418   | MIRA KHODOS, Individually                                                                                        |
| 69. | 3:19-cv-00477   | SHERRY LASHAUDA ALEXANDER, individually                                                                          |
| 70. | 3:19-cv-01639   | BRANDON CALDERON, Individually and as surviving son of BOBBIE JO WINANS, Decedent                                |
| 71. | 3:19-cv-01639   | TINA S. YOUNG, Individually                                                                                      |
| 72. | 3:19-cv-08841   | JACQUELYN BRISCOE, Individually and as Personal Representative of the Estate of WANDA L. JOHNSON, Decedent       |
| 73. | 3:19-cv-08995   | REBECCA A. SHAW, Individually                                                                                    |
| 74. | 3:19-cv-10525   | LYNN CAUDLE PENDLETON, Individually and as Personal Representative of the Estate of MARION M. CAUDLE, Decedent   |
| 75. | 3:19-cv-11331   | MARK MANSFIELD, Individually and as Surviving Son of KATHLEEN MANSFIELD Decedent                                 |
| 76. | 3:19-cv-11347   | KELLY GRIFFIN, Individually                                                                                      |
| 77. | 3:19-cv-11363   | MARIA I. AMARAL, Individually                                                                                    |
| 78. | 3:19-cv-11377   | SHIRLEY STEPHENS, Individually                                                                                   |
| 79. | 3:19-cv-11385   | DENISE SAINER, Individually and as GUARDIAN AD LITEM for I.F., minor daughter of CAROL S. FRIEND, Decedent       |
| 80. | 3:19-cv-11387   | JANICE A. ROBBINS, Individually                                                                                  |
| 81. | 3:19-cv-11388   | ANNETTE CINTORINO, Individually and as personal Representative of the Estate of DIANE JUNE MANNI, Decedent       |
| 82. | 3:19-cv-11436   | YVONNE L. CHESNA, Individually                                                                                   |
| 83. | 3:19-cv-11555   | DOROTHY D. AYCOCK, Individually                                                                                  |
| 84. | 3:19-cv-12021   | JENNIFER LOUISE FRANK and JULIETTE SUZANNE BARKSDALE, Individually and as Surviving Daughters of MARGARET RUTH WANN, Decedent |

EXHIBIT "A"

## WISNER BAUM PLAINTIFFS

| #    | CASE NO.       | PLAINTIFFS |
|------|----------------|------------|
| 85.  | 3:19-cv-12766  | MARK NASSON, Individually and as Surviving Son and Personal Representative of BESSIE V. NASSON |
| 86.  | 3:19-cv-12769  | REGINALD JAMES HOWARD, Individually and as Surviving Son of ROSALYN MARIE HOWARD, Decedent |
| 87.  | 3:19-cv-12828  | ALLISON LEANN HORSLEY, Individually |
| 88.  | 3:19-cv-13111  | WANDA NANCY CORMIER, Individually |
| 89.  | 3:19-cv-13134  | MELINDA HOLMES, Individually |
| 90.  | 3:19-cv-13139  | LANETTA E. HILL, Individually |
| 91.  | 3:19-cv-13142  | YOULANDA C. WHITTLE, Individually |
| 92.  | 3:19-cv-13970  | ANDREA LEE LANGER, Individually |
| 93.  | 3:19-cv-14226  | MICHAEL KOCAY, Individually and as Surviving Spouse of SUSAN S. KOCAY, Decedent |
| 94.  | 3:19-cv-14241  | CHERYL A. APPLEBEE, Individually, et al. |
| 95.  | 3:19-cv-15928  | SHERRI M. NORRED, Individually |
| 96.  | 3:19-cv-15929  | MARIA A. GALLO, Individually |
| 97.  | 3:19-cv-15973  | ELIZAETH ANN KELLY, Individually |
| 98.  | 3:19-cv-15981  | GINGER F. PRICE, Individually |
| 99.  | 3:19-cv-16073  | RAMONA L. FERREIRA, Individually |
| 100. | 3:19-cv-16280  | COLBY J. R. CALHOUN, Individually and as Surviving Son of PATTI K. CALHOUN, Decedent |
| 101. | 3:19-cv-16621  | DONALD MILLS, Individually and as Surviving Spouse of DIANNA LYNN MILLS, Decedent |
| 102. | 3:19-cv-17197  | KELLY JOE VANKIRK, Individually and as Surviving Son, and KELLY LYNN TURNER, Individually and as Surviving DAUGHTER of CAROLYN ANN VANKIRK |

EXHIBIT "A"

## WISNER BAUM PLAINTIFFS

| # | CASE NO. | PLAINTIFFS |
|---|---|---|
| 103. | 3:19-cv-17267 | BRUCE D. BOTTS, Individually and as Surviving Spouse of THEONA I. BOTTS, Decedent |
| 104. | 3:19-cv-17732 | LONNIE D. FRYER, Individually and as Surviving Father of KIMBERLY MARIE FRYER, Decedent |
| 105. | 3:19-cv-18193 | STACEY N. CARROLL, Individually, |
| 106. | 3:19-cv-18313 | KAREN A. HERRERA-CHAVEZ, Individually |
| 107. | 3:19-cv-19396 | GREGORY D. CHRISTIAN, Individually and as Surviving Spouse of LORIE S. CHRTISTIAN |
| 108. | 3:19-cv-19608 | MARSHA K. GRAY, Individually |
| 109. | 3:19-cv-20113 | STEVEN TYLER EUGENE WALKER, Individually and as Administrator of the Estate of BARBARA ANN WALKER, Decedent |
| 110. | 3:19-cv-20657 | DEBORAH J. RANALDI, Individually |
| 111. | 3:19-cv-20709 | LAWRENCE W. MORGAN, Individually and as Surviving Son of VIRGINIA H. MORGAN, Decedent |
| 112. | 3:19-cv-21224 | CYNDTHIA D. DAUGHDRILL, Individually |
| 113. | 3:19-cv-21527 | THORA J. STACY, an Individual |
| 114. | 3:19-cv-21770 | JOSEPH E. BRADLEY, Individually and as Personal Representative of the Estate OF janeijill0 t. Bradley, Decedent |
| 115. | 3:20-cv-00254 | JULIE RENE ENGSTROM, Individually |
| 116. | 3:20-cv-00314 | THOMAS C. MICHOSKI, Individually and as Personal Represetative of the Estate of ALANNIA G. JEFFERY, Decedent |
| 117. | 3:20-cv-00649 | MICHAEL R. KENNEDY, V, Individually and as Surviving Son of DOROTHY ANN KENNEDY, Decedent |
| 118. | 3:20-cv-01105 | DELRETA S. BENNETT, Individually and as personal representative of the Estate of PATTY J. OGLESBY, Decedent |
| 119. | 3:20-cv-01113 | ELIZABETH A. WITHROW, Individually |

EXHIBIT "A"

WISNER BAUM PLAINTIFFS

| # | CASE NO. | PLAINTIFFS |
|---|---|---|
| 120. | 3:20-cv-01747 | ALEXANDRA L. PIPPITT, Individually |
| 121. | 3:20-cv-02112 | SHANNON LEE CORNETT, Individually |
| 122. | 3:20-cv-02198 | JAMES F. LAWRENCE, Individually and as Personal Representative of the Estate of DEBBIE L. LAWRENCE, Decedent |
| 123. | 3:20-cv-02201 | HOLLY L. BROOKS, Individually |
| 124. | 3:20-cv-02210 | LEANNE MARIE STEINBACH, Individually |
| 125. | 3:20-cv-02478 | JODEE ANN TENNYSON, Individually |
| 126. | 3:20-cv-03495 | LJILJANA KENDRICK, Individually |
| 127. | 3:20-cv-03613 | SONJA L. DENOON, Individually |
| 128. | 3:20-cv-05432 | MIMI M. LATARTE, Individually |
| 129. | 3:20-cv-05435 | CYNTHIA ANN HALLORAN, Individually |
| 130. | 3:20-cv-05799 | NORMAN R. COOPER, Individually and as Personal representative of the Estate of CHARLOTTE A. COULTER, Decendent |
| 131. | 3:20-cv-05892 | JUDI MARIE TUINSTRA, Individually |
| 132. | 3:20-cv-06163 | VIVIAN ANN MACKIN, Individually |
| 133. | 3:20-cv-06165 | RANAE KATHLEEN CLOVER, Individually |
| 134. | 3:20-cv-06190 | STEPHEN J. CARROLL, Individually and as Surviving Spouse of INA J. CARROLL, Decedent |
| 135. | 3:20-cv-07298 | JAMES R. JOHNSON, Individually and as Administrator of the Estate of ROSELYN JOHNSON, Decedent |
| 136. | 3:20-cv-07691 | TERRY L. SUMPTER, Individually and as the Personal Representative of the Estate of LINDA MAE SUMPTER, Decedent |
| 137. | 3:20-cv-07805 | SUSAN E. GETCHELL, Individually |

EXHIBIT "A"

WISNER BAUM PLAINTIFFS

| #    | CASE NO.        | PLAINTIFFS |
|------|-----------------|------------|
| 138. | 3:20-cv-09093   | NICKI-ANN MOLLOY, Individually |
| 139. | 3:20-cv-09139   | THOMAS F. HITCHCOCK, Individually and as Surviving Spouse of PATRICIA A. HITCHCOCK, Decedent |
| 140. | 3:20-cv-10752   | MARTHA HOKANSON, Individually and as Surviving Mother of JULIA RUTH WINFIELD, Decedent |
| 141. | 3:20-cv-10936   | SUSAN L. RAO, Individually |
| 142. | 3:20-cv-11215   | LORI HAWES as Surviving Daughter and Personal Representative of the Estate of JOYCE ANN DEMAND, Decedent |
| 143. | 3:20-cv-13778   | SONYA L. GALL, Individually, et al. |
| 144. | 3:20-cv-14557   | JANA STERN, Individually |
| 145. | 3:20-cv-15000   | KRISTY LYNNE SWEDBERG, Individually |
| 146. | 3:20-cv-15003   | LINDA SUE SWEETMAN, Individually |
| 147. | 3:20-cv-16811   | LYDEE JEANETTE BARRETO De HILLER, Individually, et al. |
| 148. | 3:20-cv-19659   | LEANNE JANE CHRISTENSEN, Individually |
| 149. | 3:20-cv-19675   | LYNETTE KASKUS, Surviving Daughter and Next-of-Kin of MARYANN ELEANOR KASKUS, Decedent |
| 150. | 3:20-cv-19694   | SARAH GHAFFAR-TEHRANI, Individually |
| 151. | 3:21-cv-01053   | MICHAEL ALAN BUYER as Surviving Spouse and Administrator of the Estate of ELAYNA MARIE RATCHFORD-BUYER, Decedent |
| 152. | 3:21-cv-03340   | JESSICA M. NELSON, as Surviving Daughter of NANETTE S. POLLOCK, Decedent |
| 153. | 3:21-cv-03790   | AMENHOTEP MYERS, as Surviving Son and Successor Personal Representative of ADESIMBO MYERS, Decedent |
| 154. | 3:21-cv-06694   | TRACY L. VINCENT, Individually; RYAN MARSHALL, Son |
| 155. | 3:21-cv-06860   | DAVID ARREDONDO as Surviving Son and Personal Representative of the Estate of RUTH MARGARET YOUNG ARREDONDO aka RUTH MARGARET ARREDONDO, Decedent |

EXHIBIT "A"

WISNER BAUM PLAINTIFFS

| # | CASE NO. | PLAINTIFFS |
|---|---|---|
| 156. | 3:21-cv-11644 | CYRIL PHILEMON as Surviving son and Personal Representative of the Estate of MARY FAWZI PHILEMON, Decedent |
| 157. | 3:21-cv-12676 | SIKANDAR IQBAL CHAUDHRI, Surviving Husband and Personal Representative of the Estate of SHIREEN SIKANDER CHAUDHRI, Deceased |
| 158. | 3:21-cv-17748 | JENNIFER LYNN AISENBERG, as Personal Representative of the Estate of ABBY STEFFA AISENBERG, Decedent |
| 159. | 3:23-cv-19038 | LISA MARIE HODECKER, Individually |
| 160. | 3:23-cv-19058 | CHELSEA E. MONT as Surviving daughter of LAUREN G. MONT, Decedent |