# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON &JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) <br><br> ORDER ON MOTION TO SEAL |

**THIS MATTER** having come before the Court upon the Motion by Plaintiffs', by and though Plaintiffs' Steering Committee, seeking to seal Exhibit A to Plaintiff's Steering Committee's September 8, 2023 Letter to Court, at docket entry number 27756-1, pursuant to Federal Rule of Civil Procedure 5(d) and Local Civil Rules 5.3(c) and 7.1 (Dkt. No. 28031) (the "Motion to Seal"); and Defendants having opposed the Motion (Dkt. No. 28069); and the Court considering the parties' written submissions without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1(b); and the Court considering Local Civil Rule 5.3(c) and recognizing the general policy favoring public access to judicial records, *see in re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001); and the Court finding that Plaintiffs' Motion to Seal lacks sufficient information on which the Court may make a finding of good cause as required under Local Civil Rule 5.3, *see, e.g.*, *Jorjani v. New Jersey Inst. of Techn.*, No. 18-11693, 2022 WL 1811304, at *5 (D.N.J. June 2, 2022); *see also Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1995); and good cause shown,

**IT IS** on this **17th** day of **October 2023**, hereby

**ORDERED** that Plaintiffs' Motion to Seal (Dkt. No. 28031) is **DENIED without prejudice**; and it is further

2

**ORDERED** that Plaintiffs may renew its motion to seal with sufficient information to establish good cause as required by Local Civil Rule 5.3 by no later than **October 31, 2023**; and it is further

**ORDERED** that Exhibit A to Plaintiffs' Steering Committee's Letter dated September 8, 2023 at docket entry number 27756-1 shall remain under temporary **SEAL** pending further Order of the Court; and it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** the Motion pending at Docket Entry No. 28031.

       **SO ORDERED**.

       /s/ Rukhsanah L. Singh
       **RUKHSANAH L. SINGH**
       **UNITED STATES MAGISTRATE JUDGE**