**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:23-cv-21291 | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on October 19, 2023 on behalf of William Lataille as personal representative of the Estate of Sunny Rae Lataille.

Dated:  October 19, 2023

Respectfully submitted,

**SHENAQ PC**

*/s/ Amir Shenaq*
Amir Shenaq, Esq.
3500 Lenox Rd. Ste 1500
Atlanta, GA 30326
Telephone: 888-909-9993
Facsimile: 713-583-3538
amir@shenaqpc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: October 19, 2023

               */s/ Amir Shenaq*
               Amir Shenaq, Esq.
               SHENAQ PC
               3500 Lenox Rd. Ste 1500
               Atlanta, GA 30326
               Telephone: 888-909-9993
               Facsimile: 713-583-3538
               amir@shenaqpc.com

               *Attorneys for Plaintiff*