## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document relates to:**<br>**TAMRA TAGLE, Individually**<br>**Case No: 3-23-cv-21394 (MAS)(RLS)** | MDL No. 16-2738 (MAS)(RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to the Court's Case Management Orders that the Short Form Complaint and Jury Demand, in the above referenced matter, was filed on October 24, 2023, on behalf of Plaintiff Tamra Tagle.

Dated: October 24, 2023         Respectfully Submitted,

                                HILLIARD LAW

                            By: /s/ T. Christopher Pinedo
                                T. Christopher Pinedo
                                Sopanha T. Anderson
                                719 South Shoreline Boulevard
                                Corpus Christi, Texas 78401
                                Phone: 361.882.1612
                                Fax: 361.882.3015
                                cpinedo@hilliard-law.com
                                sanderson@hilliard-law.com
                                service@hilliard-law.com

                                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/ T. Christopher Pinedo*
T. Christopher Pinedo
