# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) <br> JUDGE MICHAEL A. SHIPP <br> MAG. JUDGE RUKHSANAH L. SINGH |
| THIS DOCUMENT RELATES TO: <br><br> *Smith v. Johnson & Johnson, Inc., et al.,* Case No. 3:23-cv-17339 <br> *Mitchell-Tilley v. Johnson & Johnson, Inc., et al.,* Case No. 3:23-cv-17255 <br> *Chastain v. Johnson & Johnson, Inc., et al.,* Case No. 3:23-cv-17135 <br> *Ebersole v. Johson & Johnson, Inc., et al.,* Case No. 3:23-cv-17185 <br> *Ekern v. Johnson & Johnson, Inc., et al.,* Case No. 3:23-cv-17207 <br> *Owens v. Johnson & Johnson, Inc., et al.,* Case No. 3:23-cv-17309 | Motion Date: 11/20/2023 |

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC")

Plaintiff files this Motion to Dismiss of the present actions without prejudice as to Defendant Personal Care Products Council ("PCPC"), with each party to bear its own costs.

If warranted under the circumstances, Plaintiff may seek relief from these dismissals of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated: October 24, 2023               Respectfully submitted,

**CUTTER LAW P.C.**

/s/Jennifer S. Domer
C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)

-1-

-2-

                                              CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330
Email: bcutter@cutterlaw.com
Email: jdomer@cutterlaw.com

*Attorneys for the Plaintiffs*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that, on October 24, 2023, I electronically filed the above document with the Court via the Court's CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

Dated: October 24, 2023 	*/s/ Jennifer S. Domer*_____
	Jennifer S. Domer