# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS)<br><br>JUDGE MICHAEL A. SHIPP<br><br>MAG. JUDGE RUKHSANAH L. SINGH |
| THIS DOCUMENT RELATES TO:<br><br>*Chastain v. Johnson & Johnson, Inc., et al.,* Case No. 3:23-cv-17135<br>*Ebersole v. Johson & Johnson, Inc., et al.,* Case No. 3:23-cv-17185<br>*Ekern v. Johnson & Johnson, Inc., et al.,* Case No. 3:23-cv-17207<br>*Mitchell-Tilley v. Johnson & Johnson, Inc., et al.,* Case No. 3:23-cv-17255<br>*Owens v. Johnson & Johnson, Inc., et al.,* Case No. 3:23-cv-17309<br>*Smith v. Johnson & Johnson, Inc., et al.,* Case No. 3:23-cv-17339 | Motion Date: 11/20/2023 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE AS TO DEFENDANT PERSONAL CARE PRODUCTS COUNCIL ("PCPC")**

THE COURT, having considered Plaintiffs' Motion to Dismiss Without Prejudice as to Defendant Personal Care Products Council ("PCPC") filed by Plaintiffs AMANDA CHASTAIN, ARLEEN EBERSOLE, MARGARET EKERN, MARILYN MITCHELL-TILLEY, JASMINE OWENS, and SHEILA SMITH ("Plaintiffs"), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: _____      _____