**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Mary Cline and Dannie Cline v. Johnson & Johnson, Inc., et al.*<br>Case No.: 3:23-cv-21485 | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs Mary Cline and Dannie Cline.

Dated: October 25, 2023

Respectfully submitted,

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN #0158719)
Noah C. Lauricella (MN #397896)
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662 (Tel)
(612) 367-8107 (Fax)
slgoldenberg@goldenberglaw.com
nclauricella@goldenberglaw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of October, 2023.

Dated: October 25, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Stuart L. Goldenberg*
　　　　　　　　　　　　　　　　　　　　　　Stuart L. Goldenberg (MN #0158719)
　　　　　　　　　　　　　　　　　　　　　　Noah C. Lauricella (MN #397896)
　　　　　　　　　　　　　　　　　　　　　　**GOLDENBERGLAW, PLLC**
　　　　　　　　　　　　　　　　　　　　　　800 LaSalle Avenue, Suite 2150
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　　(612) 333-4662 (Tel)
　　　　　　　　　　　　　　　　　　　　　　(612) 367-8107 (Fax)
　　　　　　　　　　　　　　　　　　　　　　slgoldenberg@goldenberglaw.com
　　　　　　　　　　　　　　　　　　　　　　nclauricella@goldenberglaw.com