# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Vici Nass and Scott Sorrick v. Johnson & Johnson, Inc., et al.*<br>Case No.: 3:23-cv-21486 | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiffs Vici Nass and Scott Sorrick.

Dated: October 25, 2023

Respectfully submitted,

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN #0158719)
Noah C. Lauricella (MN #397896)
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662 (Tel)
(612) 367-8107 (Fax)
slgoldenberg@goldenberglaw.com
nclauricella@goldenberglaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 25th day of October, 2023.

Dated: October 25, 2023                      Respectfully submitted,

                                                            By: */s/ Stuart L. Goldenberg*
                                                            Stuart L. Goldenberg (MN #0158719)
                                                            Noah C. Lauricella (MN #397896)
                                                            **GOLDENBERGLAW, PLLC**
                                                            800 LaSalle Avenue, Suite 2150
                                                            Minneapolis, MN 55402
                                                            (612) 333-4662 (Tel)
                                                            (612) 367-8107 (Fax)
                                                            slgoldenberg@goldenberglaw.com
                                                            nclauricella@goldenberglaw.com