**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (MAS) (RLS)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Diane Orenstein v. Johnson & Johnson, Inc., et al.* Case No.: 3:23-cv-21525 | |

**NOTICE OF FILING**

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Diane Orenstein.

Dated: October 26, 2023

Respectfully submitted,

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN #0158719)
Noah C. Lauricella (MN #397896)
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662 (Tel)
(612) 367-8107 (Fax)
slgoldenberg@goldenberglaw.com
nclauricella@goldenberglaw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th day of October, 2023.

Dated: October 26, 2023             Respectfully submitted,

                                               By: */s/ Stuart L. Goldenberg*
                                               Stuart L. Goldenberg (MN #0158719)
                                               Noah C. Lauricella (MN #397896)
                                               **GOLDENBERGLAW, PLLC**
                                               800 LaSalle Avenue, Suite 2150
                                               Minneapolis, MN 55402
                                               (612) 333-4662 (Tel)
                                               (612) 367-8107 (Fax)
                                               slgoldenberg@goldenberglaw.com
                                               nclauricella@goldenberglaw.com