# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Mary Collier-Scanlan; individually and as the Special Administrator of the Estate of Shirley Born, deceased | MDL No. 3:16-md-2738-MAS-RLS<br><br>Civil Action No. 3:17-cv-13140 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed on this date on behalf of Plaintiff Mary Collier-Scanlan.

Dated: October 26, 2023.
　　　　　　　　　　　　　　　　　　　　By:/s/ *David McMullan, Jr.*
　　　　　　　　　　　　　　　　　　　　David McMullan, Jr.
　　　　　　　　　　　　　　　　　　　　**BARRETT LAW GROUP, P.A.**
　　　　　　　　　　　　　　　　　　　　404 Court Square
　　　　　　　　　　　　　　　　　　　　P.O. Box 927
　　　　　　　　　　　　　　　　　　　　Lexington, Mississippi 39095
　　　　　　　　　　　　　　　　　　　　Telephone: (662) 834-2488
　　　　　　　　　　　　　　　　　　　　Fax: (662) 834-2628
　　　　　　　　　　　　　　　　　　　　dmcmullan@barrettlawgroup.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Mary Collier-Scanlan*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          */s/ David McMullan, Jr.*
                                          David McMullan, Jr.