UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>―――――――――――――――――<br>THIS DOCUMENT RELATES TO:<br><br>PEGI BURDICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | MDL NO. 2738<br>3:16-md-2738-MAS-RLS<br><br><br><br>Case No. 3:23-cv-21831-MAS-RLS |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on November 2, 2023, on behalf of Plaintiff PEGI BURDICK.

Dated: November 3, 2023              Respectfully Submitted,

                                                      By:   /s/ *Mark P. Robinson, Jr.*
                                                              Mark P. Robinson, Jr.
                                                              19 Corporate Plaza Drive
                                                              Newport Beach, CA 92660
                                                              949-720-1288 Phone
                                                              949-720-1292 Facsimile
                                                              mrobinson@robinsonfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that November 3, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

  /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.