UNITED STATES DISTRICT COURT FOR<br>THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738<br>3:16-md-2738-MAS-RLS |
| THIS DOCUMENT RELATES TO:<br><br>TRISHA BELL, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-21833-MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on November 2, 2023, on behalf of Plaintiff TRISHA BELL.

Dated: November 3, 2023　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　By:　/s/ *Mark P. Robinson, Jr.*
　　　　　　　　　　　　　　　　　　　　Mark P. Robinson, Jr.
　　　　　　　　　　　　　　　　　　　　19 Corporate Plaza Drive
　　　　　　　　　　　　　　　　　　　　Newport Beach, CA 92660
　　　　　　　　　　　　　　　　　　　　949-720-1288 Phone
　　　　　　　　　　　　　　　　　　　　949-720-1292 Facsimile
　　　　　　　　　　　　　　　　　　　　mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that November 3, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ *Mark P. Robinson Jr.*
      MARK P. ROBINSON, JR.