# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Rhonda D. Palmer v. Johnson & Johnson, et al*<br><br>Civil Action No.: 3:23-cv-16287-FLW-LHG | **Civil Action: 3:16-md-2738**<br><br>**MDL No. 2738** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 5, 2023, on behalf of the plaintiff(s), Rhonda D. Palmer.

Dated:  November 3, 2023

                                                            Respectfully Submitted by,

                                                            **MOTLEY RICE LLC**

                                                            /s/ Carmen S. Scott
                                                            Carmen S. Scott
                                                            cscott@motleyrice.com
                                                            28 Bridgeside Blvd.
                                                            Mt. Pleasant, SC 29464
                                                            (843) 216-9160
                                                            (843) 216-9450 (Facsimile)

                                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 3, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

            **MOTLEY RICE LLC**

            /s/ Carmen S. Scott
            Carmen S. Scott