## <u>CERTIFICATE OF SERVICE</u>

I, Michelle A. Parfitt, hereby certify that I caused a copy of the foregoing Supplemental Brief in Further Support of Plaintiffs' Renewed Motion for Leave to File a Second Amended Master Long Form Complaint to be filed electronically via the court's electronic filing system this 4th day of November 2023. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

/s/ *Michelle A. Parfitt*

Michelle A. Parfitt