UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: ALFRED HUEMMER, an individual, and on Behalf of the Estate of MARY JANE HUEMMER, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | MDL NO. 2738 3:16-md-2738-MAS-RLS Case No. 3:23-cv-21419-MAS-RLS |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on October 24, 2023, on behalf of Plaintiffs ALFRED HUEMMER and ESTATE OF MARY JANE HUEMMER.

Dated: November 6, 2023　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　By: /s/ *Mark P. Robinson, Jr.*
　　　　　　　　　　　　　　　　　　　　Mark P. Robinson, Jr.
　　　　　　　　　　　　　　　　　　　　19 Corporate Plaza Drive
　　　　　　　　　　　　　　　　　　　　Newport Beach, CA 92660
　　　　　　　　　　　　　　　　　　　　949-720-1288 Phone
　　　　　　　　　　　　　　　　　　　　949-720-1292 Facsimile
　　　　　　　　　　　　　　　　　　　　mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that November 6, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

 /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.