UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738<br>3:16-md-2738-MAS-RLS |
| THIS DOCUMENT RELATES TO:<br><br>SYLVIA EID, an individual, and as successor in interest to KEIKO SEWELL,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Case No. 3:23-cv-21408-MAS-RLS |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 20, 2023, on behalf of Plaintiff SYLVIA EID.

Dated: November 6, 2023                Respectfully Submitted,

                                By:   /s/ *Mark P. Robinson, Jr.*
                                      Mark P. Robinson, Jr.
                                      19 Corporate Plaza Drive
                                      Newport Beach, CA 92660
                                      949-720-1288 Phone
                                      949-720-1292 Facsimile
                                      mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that November 6, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                         /s/ *Mark P. Robinson Jr.*
                         MARK P. ROBINSON, JR.