## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 3:16-md-02738-FLW ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| Jimmie Anne Shelton v. Johnson & Johnson, et al. | ) ) ) |
| 3:23-cv-22091 | ) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 7, 2023 on behalf of Plaintiff Jimmie Anne Shelton.


Dated: November 7, 2023                          Respectfully submitted,

                                                 /s/ Jennifer R. Liakos
                                                 Jennifer R. Liakos
                                                 LIAKOS LAW, APC
                                                 955 Deep Valley Drive, Suite 3900
                                                 Palos Verdes Peninsula, CA 90274
                                                 (310) 961-0066
                                                 Jenn@jennliakoslaw.com

1

**CERTIFICATE OF SERVICE**

      I, hereby certify that on November 7, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ *Jennifer R. Liakos*
      Jennifer R. Liakos