## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (MAS) (RLS)** |
| *This document relates to:* | **NOTICE OF UNOPPOSED MOTION TO SEAL MATERIALS PURSUANT TO L. CIV. R. 5.2 AND L. Civ. R. 5.3** |
| *Carol J. Williams, et al.*, No. 3:19-cv-18778 | |
| *Linda H. Hill*, No. 3:18-cv-08344 | |
| *Bobbie N. Landreth*, No. 3:17-cv-11788 | |
| *Michael Scroggins o/b/o Bertha M. Walton*, No. 3:18-cv-12766 | |

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rules 5.2 and 5.3, Defendant Johnson & Johnson ("Defendant") will move before this Court, on December 4, 2023, or as soon thereafter as counsel may be heard, for an Order sealing materials, specifically: an unredacted version of Defendants' Omnibus Motion for Summary Judgment filed on November 8, 2023, which document corresponds to an original redacted version of the document that was filed on June 18, 2021. The document contains personal health information and personal

identifying information.  Defendant has consulted with counsel for Plaintiffs, and Plaintiffs do not oppose this Motion.

**PLEASE TAKE FURTHER NOTICE** that in Support of this Motion, Defendant relies on the enclosed Memorandum in Support and the Proposed Order filed herewith.

Dated: November 8, 2023

By: */s/ Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
Tel.: (973) 549-7000
susan.sharko@faegredrinker.com

*Attorneys for Defendant*
*Johnson & Johnson*