## **CERTIFICATE OF SERVICE**

The foregoing submissions have been electronically filed with the Court on this 8th day of November, 2023.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

By: /s/Susan M. Sharko