**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE: JOHNSON & JOHNSON TALCUM** | ) | **MDL No. 3:16-md-02738-FLW** |
| **POWDER PRODUCTS MARKETING,** | ) | |
| **SALES PRACTICES, AND PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| **Estate of Ruth Cochran v. Johnson &** | ) | |
| **Johnson, et al.** | ) | |
| | ) | |
| **3:23-cv-22162** | | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint with Jury Demand was filed on November 9, 2023 on

behalf of Plaintiff Ruth Cochran.


Dated: November 9, 2023                    Respectfully submitted,

                                          /s/ Jennifer R. Liakos_____
                                          Jennifer R. Liakos
                                          LIAKOS LAW, APC
                                          955 Deep Valley Drive, Suite 3900
                                          Palos Verdes Peninsula, CA 90274
                                          (310) 961-0066
                                          Jenn@jennliakoslaw.com

1

## **CERTIFICATE OF SERVICE**

I, hereby certify that on November 9, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Jennifer R. Liakos*
Jennifer R. Liakos