BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
800-898-2034
*Attorneys for Plaintiff Vallery L. Stewart o/b/o Flossie May Johnson, deceased*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Vallery L. Stewart, Individually and as Special Administrator of the Estate of Flossie May Johnson, deceased v. Johnson & Johnson, et al.<br>Case No. 3:23-cv-22205 | Civil No. 3:16-md-2738-MAS-RLS |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on November 9, 2023 on behalf of Plaintiff Vallery L. Stewart o/b/o Flossie May Johnson, deceased.

                                                     **/s/ Brittany S. Scott**
                                                     Brittany S. Scott
                                                     BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                                                     218 Commerce Street
                                                     Montgomery, Alabama 36104
                                                     (800) 898-2034 Telephone
                                                     (334) 954-7555 Facsimile
                                                     Brittany.Scott@BeasleyAllen.com

                                                     Attorney for Plaintiff Vallery L. Stewart
                                                     o/b/o Flossie May Johnson, deceased

Dated: November 9, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on November 9, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            */s/ Brittany S. Scott*
                                            Brittany S. Scott

                                            BEASLEY ALLEN CROW METHVIN
                                            PORTIS & MILES, P.C.