ALEX DAVIS LAW OFFICE PSC
445 Baxter Avenue, Ste. 275
Louisville, KY 40204
(502) 882-6000
*Attorney for Plaintiff Tonya Mauldin*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY
LITIGATION

Civil No. 3:16-md-2738-MAS-RLS

*This document relates to:*
Tonya L. Mauldin v.
Johnson & Johnson, Inc. et al.
Case No. 3:23-cv-22336

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that the Short Form Complaint and Jury Demand was filed on Nov. 14, 2023 on behalf

of Plaintiff Tonya L. Mauldin.

ALEX DAVIS LAW OFFICE PSC

*/s/ Alex C. Davis*
Alex C. Davis
William H. Mapes
445 Baxter Avenue, Ste. 275
Louisville, KY 40204
(502) 882-6000 Telephone
(502) 587-2007 Facsimile
alex@acdavislaw.com
will@acdavislaw.com
*Attorney for Plaintiff Tonya Mauldin*

## **CERTIFICATE OF SERVICE**

I hereby certify that on Nov. 14, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Alex C. Davis*
Alex C. Davis