## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No: 2738 (FLW)(LHG)** |
| *This document relates to:*<br>*Michael Clarke, Administrator of the Estate of Loraine Carmita Clarke, Deceased v. Johnson & Johnson, et al.*<br>Member Case No: 3:23-cv-22202-MAS-RLS_____ | |

## NOTICE OF FILING

Notice is hereby given in accordance with Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on November 9, 2023 on behalf of Plaintiffs, Michael Clarke, Administrator of the Estate of Loraine Carmita Clarke, Deceased.

**DATED:** 11/14/23

Respectfully submitted,

*/s/ Richard M. Golomb*
Richard M. Golomb, Esquire
**GOLOMB SPIRT GRUNFELD**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:    (215) 985-4169
Email:  rgolomb@golomblegal.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Richard M. Golomb, Esquire hereby certify that on this 14th day of November, 2023, I caused a true and correct copy of the foregoing: ***Notice of Filing of Plaintiff's Short Form Complaint and Jury Demand*** was filed electronically with the Court using CM/ECF filing system which will generate and send a notice of this filing to all counsel of record.

**DATED:      8/14/23**

/s/ Richard M. Golomb
Richard M. Golomb, Esquire
**GOLOMB SPIRT GRUNFELD**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
Phone: (215) 985-9177
Fax:     (215) 985-4169
Email:  rgolomb@golomblegal.com

*Attorney for Plaintiff*