# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Erin B. Simmons v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:23-cv-17848-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 7, 2023, on behalf of the plaintiff(s), Erin B. Simmons.

Dated:  November 14, 2023

                                               Respectfully Submitted by,

                                               **MOTLEY RICE LLC**

                                               /s/ Carmen S. Scott
                                               Carmen S. Scott
                                               cscott@motleyrice.com
                                               28 Bridgeside Blvd.
                                               Mt. Pleasant, SC 29464
                                               (843) 216-9160
                                               (843) 216-9450 (Facsimile)

                                               *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 14, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

              **MOTLEY RICE LLC**

              /s/ Carmen S. Scott
              Carmen S. Scott