# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Marva M. Swanson v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:23-cv-18427-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 7, 2023, on behalf of the plaintiff(s), Marva M. Swanson.

Dated:  November 15, 2023.

                            Respectfully Submitted by,

                            **MOTLEY RICE LLC**

                            /s/ Carmen S. Scott
                            Carmen S. Scott
                            cscott@motleyrice.com
                            28 Bridgeside Blvd.
                            Mt. Pleasant, SC 29464
                            (843) 216-9160
                            (843) 216-9450 (Facsimile)

                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott