UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Amy Donnerberg v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:23-cv-18442-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 7, 2023, on behalf of the plaintiff(s), Amy Donnerberg.

Dated:  November 15, 2023

Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 15, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

             **MOTLEY RICE LLC**

             /s/ Carmen S. Scott
             Carmen S. Scott