**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*LEZLIE DEWATER as the administrator of the estate of TARYN DEWATER,*<br><br>Civil Action No:   3:23-cv-20388 | Civil Action No.: 3:16-md-2738-FLW-LHG |

**DISMISSAL WITH PREJUDICE OF DEFENDANT**
**PERSONAL CARE PRODUCTS COUNCIL ONLY**

COMES NOW Plaintiff, **Lezlie DeWater as the administrator of the Estate of Taryn DeWater** , and pursuant to Fed. R. Civ. P. 41, hereby dismisses with prejudice the claims against Defendant, Personal Care Products Council, only.  None of the claims against the remaining defendants shall be affected by this dismissal.

Dated:  This 21st day of November, 2023.          Respectfully Submitted by,


                                                                                        CORRIE YACKULIC LAW FIRM, PLLC

                                                                                        */s/ Corrie J. Yackulic*
                                                                                        Corrie J. Yackulic
                                                                                        705 Second Ave. Ste. 1300
                                                                                        Seattle, WA 98104
                                                                                        Tel. 206-787-1915
                                                                                        Fax. 206-299-9725
                                                                                        corrie@cjylaw.com
                                                                                        Counsel for Plaintiff

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2023, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

                                        */s/ Corrie Yackulic*
                                        Corrie Yackulic