UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Mary Elizabeth James v. Johnson & Johnson, et al.*, Case No. 3:23-cv-22719. | MDL NO. 16-2738 (MAS) (RLS) |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Dkt. No. 7462) (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on November 28, 2023, on behalf of Plaintiff Mary Elizabeth James.

Dated this 29th day of November, 2023.

Respectfully submitted,

LAW OFFICES OF JAMES S. ROGERS

s/ James S. Rogers
James S. Rogers, Washington Bar No. 5335

s/ Heather Cover
Heather Cover, Washington Bar No. 52146
705 Second Avenue, Suite 1500
Seattle, WA 98104
Phone: (206) 621-8525
Facsimile: (206) 223-8224
Email: jsr@jsrogerslaw.com
Email: heather@jsrogerslaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this court.

LAW OFFICES OF JAMES S. ROGERS

 s/ James S. Rogers
James S. Rogers, WSBA # 5335
Attorney for Plaintiff