UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gloria J. Hayes v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:23-cv-19165-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 8, 2023, on behalf of the plaintiff(s), Gloria J. Hayes.

Dated:  December 4, 2023

                              Respectfully Submitted by,

                              **MOTLEY RICE LLC**

                              /s/ Carmen S. Scott
                              Carmen S. Scott
                              cscott@motleyrice.com
                              28 Bridgeside Blvd.
                              Mt. Pleasant, SC 29464
                              (843) 216-9160
                              (843) 216-9450 (Facsimile)

                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 4, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott