# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |
| **THIS DOCUMENT RELATES TO:**<br>*Christine Grysban v. Johnson & Johnson, et al*<br><br>Civil Action No.: 3:23-cv-19215-FLW-LHG | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 9, 2023, on behalf of the plaintiff(s), Christine Grysban.

Dated:  December 4, 2023

                        Respectfully Submitted by,

                        **MOTLEY RICE LLC**

                        /s/ Carmen S. Scott
                        Carmen S. Scott
                        cscott@motleyrice.com
                        28 Bridgeside Blvd.
                        Mt. Pleasant, SC 29464
                        (843) 216-9160
                        (843) 216-9450 (Facsimile)

                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                **MOTLEY RICE LLC**

                                /s/ Carmen S. Scott
                                Carmen S. Scott