# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Rhonda L. Trimble v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:23-cv-19219-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 9, 2023, on behalf of the plaintiff(s), Rhonda L. Trimble.

Dated: December 4, 2023

                                                  Respectfully Submitted by,

                                                  **MOTLEY RICE LLC**

                                                  /s/ Carmen S. Scott
                                                  Carmen S. Scott
                                                  cscott@motleyrice.com
                                                  28 Bridgeside Blvd.
                                                  Mt. Pleasant, SC 29464
                                                  (843) 216-9160
                                                  (843) 216-9450 (Facsimile)

                                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on December 4, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

              **MOTLEY RICE LLC**

              /s/ Carmen S. Scott
              Carmen S. Scott