# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Laura H. Foshee, Personal Representative of the Estate of Sally Watkins Horm v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:23-cv-19330-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 9, 2023, on behalf of the plaintiff(s), Laura H. Foshee, Personal Representative of the Estate of Sally Watkins Horm.

Dated:  December 4, 2023

                                                                Respectfully Submitted by,

                                                                **MOTLEY RICE LLC**

                                                                /s/ Carmen S. Scott
                                                                Carmen S. Scott
                                                                cscott@motleyrice.com
                                                                28 Bridgeside Blvd.
                                                                Mt. Pleasant, SC 29464
                                                                (843) 216-9160
                                                                (843) 216-9450 (Facsimile)

                                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 4, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

               **MOTLEY RICE LLC**

               /s/ Carmen S. Scott
               Carmen S. Scott