# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738**<br>**3:16-md-2738-MAS-RLS** |
| **THIS DOCUMENT RELATES TO:** | |
| RACHAEL FAUST, an individual, and as Successor-in-Interest to GRACE FAUST, | **Case No. 3:23-cv-22683-MAS-RLS** |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on November 28, 2023, on behalf of Plaintiff RACHAEL FAUST.

Dated: December 5, 2023                Respectfully Submitted,

By:   /s/ *Mark P. Robinson, Jr.*
        Mark P. Robinson, Jr.
        19 Corporate Plaza Drive
        Newport Beach, CA 92660
        949-720-1288 Phone
        949-720-1292 Facsimile
        mrobinson@robinsonfirm.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that December 5, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

 /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.
