UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 <br> 3:16-md-2738-MAS-RLS |
| THIS DOCUMENT RELATES TO: <br><br> SHEILA AGUIRRE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | Case No. 3:23-cv-22693-MAS-RLS |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on November 28, 2023, on behalf of Plaintiff SHEILA AGUIRRE.

Dated: December 5, 2023                    Respectfully Submitted,

By:  /s/ *Mark P. Robinson, Jr.*
   Mark P. Robinson, Jr.
   19 Corporate Plaza Drive
   Newport Beach, CA 92660
   949-720-1288 Phone
   949-720-1292 Facsimile
   mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that December 5, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ *Mark P. Robinson Jr.*
      MARK P. ROBINSON, JR.