# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

## NOTICE OF APPEARANCE OF STEPHEN D. BRODY ON BEHALF OF DEFENDANTS JOHNSON & JOHNSON AND LTL MANAGEMENT LLC

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Defendants Johnson & Johnson and LTL Management LLC.

Dated: December 5, 2023

Respectfully submitted,

/s/ *Stephen D. Brody*
Stephen D. Brody
D.C. Bar No. 459263
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006
Tel.: 202-383-5300
sbrody@omm.com

*Attorneys for Defendants*
*Johnson & Johnson and*
*LTL Management LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via the Court's CM/ECF system on December 5, 2023.

By:   */s/ Stephen D. Brody*_____
Stephen D. Brody