# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738<br><br>Motion Day: January 2, 2024<br><br>**NOTICE OF MOTION FOR ENTRY OF ORDER TO SHOW CAUSE**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that on January 2, 2024, the undersigned counsel will bring Defendants Johnson & Johnson and LTL Management LLC's Motion for Order to Show Cause Why Andy Birchfield and Beasley Allen Should Not Be Disqualified From This Litigation or Removed From the Plaintiffs' Steering Committee before this Court. Defendants will ask for entry of an Order to Show Cause directing plaintiffs' counsel Andy Birchfield and the Beasley Allen law firm to show cause why Mr. Birchfield and Beasley Allen should not be (1) disqualified from representing plaintiffs in this case or (2) removed from the Plaintiffs' Steering Committee and role as Plaintiffs' Co-Lead Counsel in this MDL. Defendants request that oral argument be held in connection with this motion.

DATED: December 5, 2023                    Respectfully submitted,

/s/ *Stephen D. Brody*
Stephen D. Brody
D.C. Bar No. 459263
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006
Tel.: 202-383-5300
sbrody@omm.com

Susan M. Sharko
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Tel: 973-549-7000
susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson & Johnson and LTL Management LLC*