# EXHIBIT 7

| | |
|---|---|
| **From:** | Haas, Erik [JJCUS] |
| **To:** | John Gasparovic |
| **Cc:** | Van Arsdale, Duane [JJCUS]; White, Andrew [JJCUS]; James F. Conlan; doug.dachille@legacyliability.com; John J. Gasparovic; Forminard, Elizabeth [JJCUS] |
| **Subject:** | RE: [EXTERNAL] Re: Legacy Proposal |
| **Attachments:** | image001.png |

John,

Please cease any further communications with our executives, and direct any further correspondence concerning your proposals to my attention.

Also, our outside counsel has provided notice to Mr. Conlon regarding his conflicting positions and disclosure of attorney client privileged communications in breach of his ethical obligations.  We expect that he will respect his duties going forward.

Best regards, Erik

**From:** John Gasparovic <jjgasparovic@gmail.com>
**Sent:** Thursday, November 9, 2023 10:48 AM
**To:** joaquinduato <joaquinduato@its.jnj.com>; jduato@its.jnj.com; Jduato2@its.jnj
**Cc:** Van Arsdale, Duane [JJCUS] <DVanArs@its.jnj.com>; Haas, Erik [JJCUS] <EHaas8@its.jnj.com>; White, Andrew [JJCUS] <AWhite23@ITS.JNJ.com>; James F. Conlan <james.conlan@legacyliability.com>; doug.dachille@legacyliability.com; John J. Gasparovic <john.gasparovic@legacyliability.com>
**Subject:** [EXTERNAL] Re: Legacy Proposal


Mr. Duato,

Please see the attached proposal.



**John J. Gasparovic**
Executive Chairman
Legacy Liability Solutions
Dallas | Chicago | Washington
Email | john.gasparovic@legacyliability.com
Mobile | +1.330.573.7781
www.legacyliability.com