# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738<br><br>**ORDER TO SHOW CAUSE** |

## ORDER

Upon consideration of the arguments made by the parties in support of and in opposition to Defendants Johnson & Johnson and LTL Management LLC's Motion for Order to Show Cause Why Andy Birchfield and Beasley Allen Should Not Be Disqualified From This Litigation or Removed From the Plaintiffs' Steering Committee, it is hereby ORDERED on this _____ day of _____, 202____, that the Motion is GRANTED; and it is further

ORDERED that Mr. Birchfield and Beasley Allen shall show cause why they:

1. should not be disqualified from representing plaintiffs in this case; or,

2. should not be removed from the Plaintiffs' Steering Committee and role as Plaintiffs' Co-Lead Counsel in this MDL.

Mr. Birchfield and Beasley Allen shall show such cause within \_\_\_\_ days of the entry of this order.

 

_____
Hon. Michael A. Shipp
United States District Judge