# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Notice of Motion for Entry of Order to Show Cause, Defendants Johnson & Johnson and LTL Management LLC's Motion for Order to Show Cause Why Andy Birchfield and Beasley Allen Should Not Be Disqualified From This Litigation or Removed From the Plaintiffs' Steering Committee with supporting Declaration and accompanying exhibits, and Proposed Order were served electronically via the Court's CM/ECF system on December 5, 2023. Copies of the foregoing documents are also being sent by email to Plaintiffs' Co-Lead Counsel.

By: */s/ Stephen D. Brody*
Stephen D. Brody