# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br>**THIS DOCUMENT RELATES TO:** <br>*Trudy R. Turner v. Johnson & Johnson, et al* <br><br>Civil Action No.: 3:23-cv-19961-FLW-LHG | Civil Action: 3:16-md-2738 <br><br> MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 10, 2023, on behalf of the plaintiff(s), Trudy R. Turner.

Dated:  December 7, 2023

Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2023, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

      **MOTLEY RICE LLC**

      /s/ Carmen S. Scott
      Carmen S. Scott