Jeffrey M. Pollock
Michael W. Sabo
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
(609) 844-3038
JMPollock@foxrothschild.com
MSabo@foxrothschild.com
*Attorneys for Andrew Birchfield*
*and Beasley Allen Law Firm*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738 (MAS)/(RLS)<br><br>MLD Case No. 2738<br><br>[FILED ELECTRONICALLY]<br><br>NOTICE OF APPEARANCE |

TO:   THE HONORABLE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears as one of the attorneys of record for Andrew Birchfield and Beasley Allen Law Firm and respectfully requests that all notices in this case be served on him at jmpollock@foxrothschild.com. The undersigned hereby certifies that he is admitted to practice before this court.

Dated:  December 8, 2023               Respectfully submitted,


                                  By:  */s/Jeffrey M. Pollock*

                                      Jeffrey M. Pollock
                                      FOX ROTHSCHILD LLP
                                      Email:  jmpollock@foxrothschild.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2023, I caused electronic copies of this NOTICE OF APPEARANCE OF JEFFREY M. POLLOCK to be electronically filed and served today in accordance with the electronic case filing policies and procedures. I also certify that on this date, I caused a copy to be served via CM/ECF on counsel of record.

By: */s/ Jeffrey M. Pollock*

Jeffrey M. Pollock
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Telephone: (609) 896-7660
Facsimile: (609) 896-1469
Email: jmpollock@foxrothschild.com