SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE MICHAEL A. SHIPP |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE RUKHSANAH SINGH |
| *Wendy Lew v. Johnson & Johnson, et al* *Case No. 3:23-cv-00008* | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 11, 2023 on behalf of Plaintiff Kathryn Shaw

Dated: December 11, 2023                                Respectfully Submitted,

/s/ John J. Foley
John J. Foley
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone:  618.259.2222
Facsimile:  618.259.2251
jfoley@simmonsfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 11th day of December, 2023 to all parties of interest.

/s/ *John J. Foley*
John J. Foley