**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738** |
| This document relates to: AUSTIN, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:23-cv-22364 (E.D. Pennsylvania) | |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2023, upon consideration of Plaintiffs' Motion to Remand this case to the Philadelphia Court of Common Pleas, it is hereby ORDERED that the motion is **GRANTED**.

BY THE COURT

_____
Hon. Michael A. Shipp
United States District Judge