

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

December 14, 2023

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

> Re:   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Magistrate Judge Singh:

     We write on behalf of the Defendants to request a telephone conference with the Court regarding the plaintiffs who have failed to comply with the Court's September 1, 2023, Order (Doc. 27291) as they have failed to provide Plaintiff Profile Forms, medical records, and medical authorizations by October 16, 2023.  In other words, even though these cases have been pending for at least six years, the basic case specific discovery has not been supplied.

     Following the passing of the October 16, 2023, deadline, we wrote to counsel for the deficient plaintiffs to remind them of their failure to provide the Court ordered discovery and provided a three-week extension to supply the discovery.  Over eight weeks have passed since the deadline of October 16, 2023, and a sizeable number of plaintiffs still have not complied with the Court's September 1, 2023, Order (Doc. 27291).  This group of plaintiffs (cases filed in or transferred to the MDL in 2016 and 2017) was originally compelled to provide the above noted discovery by October 20, 2021, per the Court's Order of April 20, 2021 (Doc. 19911), however, they have failed to meet either deadline.

     As such, in accordance with Local Civil Rule 37.1, Defendants respectfully request a telephone conference with Your Honor to address

these issues and to seek leave to file a motion to dismiss.

Attached as Exhibit A is a current list of plaintiffs who have failed to comply with the Order of September 1, 2023 (Doc. 27291).

Thank you for your consideration of these matters.

Respectfully submitted,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
Telephone: 973-549-7350
Facsimile:  973-360-9831
E-mail: susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc. now known as Johnson & Johnson Consumer Inc.*

SMS/scg

cc:    All Counsel of Record (via ECF)

2