# EXHIBIT A

Non-Compliant Cases As Of December 13, 2023

| | Case Name | Plaintiff Firms | Docket | PPF Deficiency Ltr Sent |
|---|---|---|---|---|
| 1 | Burns, Margaret | Ashcraft & Gerel | 3:17-cv-11259 | 11/9/2023 |
| 2 | Flowe, Sherry | Ashcraft & Gerel | 3:17-cv-10963 | 11/9/2023 |
| 3 | Gaspard, Ethel | Ashcraft & Gerel | 3:17-cv-11274 | 11/9/2023 |
| 4 | Grawbadger, Jean | Ashcraft & Gerel | 3:17-cv-10973 | 11/9/2023 |
| 5 | Griffin, Martha | Ashcraft & Gerel | 3:17-cv-11278 | 11/9/2023 |
| 6 | Owens, Bonnie | Ashcraft & Gerel | 3:17-cv-08052 | 11/9/2023 |
| 7 | Scott, Shilinda | Ashcraft & Gerel | 3:17-cv-11283 | 11/9/2023 |
| 8 | Tate, Veronica | Ashcraft & Gerel | 3:17-cv-10825 | 11/9/2023 |
| 9 | Wilborn, Emma | Ashcraft & Gerel | 3:17-cv-11308 | 11/9/2023 |
| 10 | Wyrosdick, Ruby | Ashcraft & Gerel | 3:17-cv-11310 | 11/9/2023 |
| 11 | Beaty, Pamela | Ashcraft & Gerel, | 3:17-cv-13675 | 11/9/2023 |
| 12 | Kiraly, Judy | Ashcraft & Gerel, | 3:17-cv-13821 | 11/9/2023 |
| 13 | Graham, Justin | Barrett Law Group, P.A. | 3:17-cv-07186 | 11/9/2023 |
| 14 | Hayden, Theresa | Barrett Law Group, P.A. | 3:17-cv-07000 | 11/9/2023 |
| 15 | Johnson, Sandra K | Barrett Law Group, P.A. | 3:17-cv-11449 | 11/9/2023 |
| 16 | Jones, Bradley | Barrett Law Group, P.A. | 3:17-cv-08288 | 11/9/2023 |
| 17 | Keys-Chavis, Edna | Barrett Law Group, P.A. | 3:17-cv-07370 | 11/9/2023 |
| 18 | Kinsel, Patsy | Barrett Law Group, P.A. | 3:17-cv-09059 | 11/9/2023 |
| 19 | Claibrone, Jerry | Barrett Law Group, P.A. | 3:17-cv-06982 | 11/9/2023 |
| 20 | Lumas, Tanashiska | Barrett Law Group, P.A. | 3:16-cv-06694 | 11/9/2023 |
| 21 | Smith, Viola | Barrett Law Group, P.A. | 3:17-cv-07021 | 11/9/2023 |
| 22 | White, Gasecener | Barrett Law Group, P.A. | 3:17-cv-12598 | 11/9/2023 |
| 23 | Yost, Betty A | Barrett Law Group, P.A. | 3:17-cv-12512 | 11/9/2023 |
| 24 | Anderson, Brenda, et al. | Barrett Law Group, P.A. | 3:17-cv-02943 | 11/9/2023 |
| 25 | Anderson, Tammy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09423 | 11/9/2023 |
| 26 | Witteveen, Crystal | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09442 | 11/9/2023 |
| 27 | Arneberg, Kathy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08650 | 11/9/2023 |
| 28 | Ashburn, Linda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10441 | 11/9/2023 |
| 29 | Ayo, Evelyn | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08860 | 11/9/2023 |
| 30 | Baird, Ellen | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08865 | 11/9/2023 |
| 31 | Baker, Luann | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08871 | 11/9/2023 |
| 32 | Preiss, Melissa | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08301 | 11/9/2023 |
| 33 | Bankston, Catherine | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09430 | 11/9/2023 |
| 34 | Floyd, Crystal | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10556 | 11/9/2023 |
| 35 | Bell, Lekisa | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08944 | 11/9/2023 |
| 36 | Bennett, Wanda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08874 | 11/9/2023 |
| 37 | Blake, Halcyon | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10164 | 11/9/2023 |
| 38 | Bottoms, Aledda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08919 | 11/9/2023 |

|  | Case Name | Plaintiff Firms | Docket | PPF Deficiency Ltr Sent |
|---|---|---|---|---|
| 39 | Bouler, Sherry | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-13041 | 11/9/2023 |
| 40 | Bradley, Monica | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08513 | 11/9/2023 |
| 41 | Brinlee, Misty | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10238 | 11/9/2023 |
| 42 | Brown, Desiree | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10255 | 11/9/2023 |
| 43 | Jackson, Crystal | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09032 | 11/9/2023 |
| 44 | Buda, Kathy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10306 | 11/9/2023 |
| 45 | Rivera, Christy L. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10395 | 11/9/2023 |
| 46 | Burns, Joaneva | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09243 | 11/9/2023 |
| 47 | Burton, Marecya | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09244 | 11/9/2023 |
| 48 | Calhoon, Sandra | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10171 | 11/9/2023 |
| 49 | Cardello, Gaetana | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08654 | 11/9/2023 |
| 50 | Carr, Melissa | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08661 | 11/9/2023 |
| 51 | Carson, Christa | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10449 | 11/9/2023 |
| 52 | Carson, Margie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09287 | 11/9/2023 |
| 53 | Austin, Erin | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10586 | 11/9/2023 |
| 54 | Constant, Katherine | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08568 | 11/9/2023 |
| 55 | Cooper, Sharon | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08238 | 11/9/2023 |
| 56 | Corsetti, Kathleen | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09254 | 11/9/2023 |
| 57 | Craig, Patricia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09262 | 11/9/2023 |
| 58 | Crider, Teresa | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08671 | 11/9/2023 |
| 59 | Crollard, Shelly | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08868 | 11/9/2023 |
| 60 | Cross, Veda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10278 | 11/9/2023 |
| 61 | Cunningham, Bonnie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-12209 | 11/9/2023 |
| 62 | Cunningham, Walter | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09437 | 11/9/2023 |
| 63 | Dahl, Betty | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08243 | 11/9/2023 |
| 64 | Darling, Kimberly | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-05480 | 11/9/2023 |
| 65 | Davis, Thomas | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08512 | 11/9/2023 |
| 66 | Davis, Elizabeth | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09790 | 11/9/2023 |
| 67 | DeFrance, Garry | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10496 | 11/9/2023 |
| 68 | Degand, Virginia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10470 | 11/9/2023 |

|  | Case Name | Plaintiff Firms | Docket | PPF Deficiency Ltr Sent |
|---|---|---|---|---|
| 69 | Dempsey, Kori | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10333 | 11/9/2023 |
| 70 | Dickerson, Tammy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10475 | 11/9/2023 |
| 71 | Dipsey, Victoria | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09534 | 11/9/2023 |
| 72 | Edwards, Brenda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08593 | 11/9/2023 |
| 73 | Elizardo, Vickie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09628 | 11/9/2023 |
| 74 | Eure, Zora | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-07685 | 11/9/2023 |
| 75 | Fairchild, Donna | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10511 | 11/9/2023 |
| 76 | Fisher, Brenda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09632 | 11/9/2023 |
| 77 | Flack, Brenda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10344 | 11/9/2023 |
| 78 | Frederick, Alicia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10364 | 11/9/2023 |
| 79 | Fritz, Elizabeth | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09819 | 11/9/2023 |
| 80 | Frost, Ellen | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10878 | 11/9/2023 |
| 81 | Fuller, Tipphany | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08925 | 11/9/2023 |
| 82 | Gaines, Celeste | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10283 | 11/9/2023 |
| 83 | Sabbath, Regina | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08940 | 11/9/2023 |
| 84 | Girado, Leticia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09824 | 11/9/2023 |
| 85 | Givens, Beverly | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10515 | 11/9/2023 |
| 86 | Gleason, Edith | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08808 | 11/9/2023 |
| 87 | Golden, JoHelen | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09637 | 11/9/2023 |
| 88 | Grunden, Ken | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10806 | 11/9/2023 |
| 89 | Hall, Debra | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08616 | 11/9/2023 |
| 90 | Hammer-Allen, Michelle | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08624 | 11/9/2023 |
| 91 | Hancock, Karen | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10303 | 11/9/2023 |
| 92 | Hatch, Patricia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08686 | 11/9/2023 |
| 93 | Hayes, Kimberly | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10313 | 11/9/2023 |
| 94 | Hayes, Veronica | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10524 | 11/9/2023 |
| 95 | Heredia, Isabel | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10039 | 11/9/2023 |
| 96 | Herriges, Heather | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09056 | 11/9/2023 |
| 97 | Hogan, Dorothy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09072 | 11/9/2023 |
| 98 | Holden, Cynthia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09737 | 11/9/2023 |

|  | Case Name | Plaintiff Firms | Docket | PPF Deficiency Ltr Sent |
|---|---|---|---|---|
| 99 | Holland, Mona | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10349 | 11/9/2023 |
| 100 | Hoover, Demetrius | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10398 | 11/9/2023 |
| 101 | Jackson, Barbara | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09029 | 11/9/2023 |
| 102 | James, Karen | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09040 | 11/9/2023 |
| 103 | Jenkins, Claude | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10405 | 11/9/2023 |
| 104 | Jensen, Dagmar | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09050 | 11/9/2023 |
| 105 | Johnson, Kara | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10530 | 11/9/2023 |
| 106 | Johnson, Robin | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10408 | 11/9/2023 |
| 107 | Jones, Labrenda M. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09103 | 11/9/2023 |
| 108 | Jones, Wendy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10435 | 11/9/2023 |
| 109 | Kelly, Linda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-11436 | 11/9/2023 |
| 110 | Kelly, Pamella | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10565 | 11/9/2023 |
| 111 | Kimmel, Patricia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10575 | 11/9/2023 |
| 112 | King, Cindy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09149 | 11/9/2023 |
| 113 | Kirk, Eva | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10581 | 11/9/2023 |
| 114 | Lane, Donna | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10639 | 11/9/2023 |
| 115 | Lane, Vera | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10406 | 11/9/2023 |
| 116 | Frazier, Allen | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10804 | 11/9/2023 |
| 117 | Leber, June | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08934 | 11/9/2023 |
| 118 | Roman, Ermelinda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10590 | 11/9/2023 |
| 119 | Lett, Katherine | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09693 | 11/9/2023 |
| 120 | Lewis, Tracy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10635 | 11/9/2023 |
| 121 | Lika, Mevlude Melba | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09075 | 11/9/2023 |
| 122 | Locklear, Geroldine | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09094 | 11/9/2023 |
| 123 | Ross, Akin | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09428 | 11/9/2023 |
| 124 | Logan, Shunteka | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10612 | 11/9/2023 |
| 125 | Long, Glenda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09464 | 11/9/2023 |
| 126 | Long, Valerie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09742 | 11/9/2023 |
| 127 | Mackey, Cora | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09144 | 11/9/2023 |
| 128 | Maly, Gayle | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-13752 | 11/9/2023 |

|     | Case Name | Plaintiff Firms | Docket | PPF Deficiency Ltr Sent |
|-----|-----------|-----------------|--------|-------------------------|
| 129 | Marks, Judy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09163 | 11/9/2023 |
| 130 | Marr, Joanne | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09171 | 11/9/2023 |
| 131 | Marsee, Randall | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10597 | 11/9/2023 |
| 132 | Martinez, Larkin | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-06060 | 11/9/2023 |
| 133 | Mason, Ruby | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10579 | 11/9/2023 |
| 134 | McClendon, Carolyn | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10567 | 11/9/2023 |
| 135 | McDowell, Tamara | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10383 | 11/9/2023 |
| 136 | Shannon, Kantina | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08843 | 11/9/2023 |
| 137 | McNeill, Diane | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-12812 | 11/9/2023 |
| 138 | Meachem, Claudia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09391 | 11/9/2023 |
| 139 | Menzel, Peggy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10561 | 11/9/2023 |
| 140 | Geen, Coleen Moore | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10599 | 11/9/2023 |
| 141 | Findley, Shawn | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10352 | 11/9/2023 |
| 142 | Murray, Mary | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10434 | 11/9/2023 |
| 143 | Nash, Terry | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10422 | 11/9/2023 |
| 144 | Neff, Elizabeth | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-13607 | 11/9/2023 |
| 145 | Nicolan, John | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10820 | 11/9/2023 |
| 146 | O'Brien, Patricia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09788 | 11/9/2023 |
| 147 | Pacheco, Jo-Ann | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10013 | 11/9/2023 |
| 148 | Parsons, Thurman | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08300 | 11/9/2023 |
| 149 | Payne, Michelle | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10484 | 11/9/2023 |
| 150 | Peters, Sherry | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10030 | 11/9/2023 |
| 151 | Peterson, Karen Jean | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09018 | 11/9/2023 |
| 152 | Pollard, Peggy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09773 | 11/9/2023 |
| 153 | Procter, Lynn | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09786 | 11/9/2023 |
| 154 | Proctor, Joan | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09373 | 11/9/2023 |
| 155 | Rains, Donna | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10027 | 11/9/2023 |
| 156 | Rathbone, Christopher | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10553 | 11/9/2023 |
| 157 | Reddix, Sherri | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10481 | 11/9/2023 |
| 158 | Redstock, Terri | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10019 | 11/9/2023 |

|  | Case Name | Plaintiff Firms | Docket | PPF Deficiency Ltr Sent |
|---|---|---|---|---|
| 159 | Rey-Molina, Berta | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09334 | 11/9/2023 |
| 160 | Reynolds, Lori | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10361 | 11/9/2023 |
| 161 | Rodrigue, Claudia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10014 | 11/9/2023 |
| 162 | Rodriguez, Kathleen | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09143 | 11/9/2023 |
| 163 | Ross, Betsy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09131 | 11/9/2023 |
| 164 | Rucker, Harriett | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10009 | 11/9/2023 |
| 165 | Russo, Barbara | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09122 | 11/9/2023 |
| 166 | Rutkowaki, Roxanne | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-05483 | 11/9/2023 |
| 167 | Sapp, Deidrae | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09314 | 11/9/2023 |
| 168 | Schneider, Roneka | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09081 | 11/9/2023 |
| 169 | Schnelle, Susan | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09306 | 11/9/2023 |
| 170 | Schory, Rebecca | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10368 | 11/9/2023 |
| 171 | Schulz, Tom | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-07237 | 11/9/2023 |
| 172 | Shallman, Caroline | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09440 | 11/9/2023 |
| 173 | Shaut, Marie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08835 | 11/9/2023 |
| 174 | Shepherd, Janet | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08704 | 11/9/2023 |
| 175 | Shirk, Janet | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09058 | 11/9/2023 |
| 176 | Siders, Pamela | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10357 | 11/9/2023 |
| 177 | Slowey, Katherine | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08712 | 11/9/2023 |
| 178 | Small, Edith | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:18-cv-16457 | 11/9/2023 |
| 179 | Smith, Judy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10267 | 11/9/2023 |
| 180 | Smith, Martha | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09057 | 11/9/2023 |
| 181 | So, Paula | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10082 | 11/9/2023 |
| 182 | Solis, Maria | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10250 | 11/9/2023 |
| 183 | Spencer, Victoria | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08313 | 11/9/2023 |
| 184 | Stamps, Rosie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10478 | 11/9/2023 |
| 185 | Stanek, Pamela | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-07576 | 11/9/2023 |
| 186 | Steen, Kevin | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09660 | 11/9/2023 |
| 187 | Stettner, Daniel | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10220 | 11/9/2023 |
| 188 | Stewart, Susan | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10086 | 11/9/2023 |

|  | Case Name | Plaintiff Firms | Docket | PPF Deficiency Ltr Sent |
|---|---|---|---|---|
| 189 | Strong, Sheree | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09281 | 11/9/2023 |
| 190 | Stroud, Sarah | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10216 | 11/9/2023 |
| 191 | Sullivan, William | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10812 | 11/9/2023 |
| 192 | Supple, Eric | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10555 | 11/9/2023 |
| 193 | Thigpen, Dovie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08696 | 11/9/2023 |
| 194 | Thomas, Mateline | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08691 | 11/9/2023 |
| 195 | Thompson, Natalie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08690 | 11/9/2023 |
| 196 | Tobin, Elizabeth | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09023 | 11/9/2023 |
| 197 | Todd, Christine | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10773 | 11/9/2023 |
| 198 | Geier, Darlene A | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10492 | 11/9/2023 |
| 199 | Trudeau, Judith L. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09020 | 11/9/2023 |
| 200 | Tucker, Caroline | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09235 | 11/9/2023 |
| 201 | Chambers, Vivian | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10223 | 11/9/2023 |
| 202 | Wait, Angie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09706 | 11/9/2023 |
| 203 | Warren, Brenda Joyce | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-11799 | 11/9/2023 |
| 204 | Salpeter, Steven | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09426 | 11/9/2023 |
| 205 | Wilburn, Lisa | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10199 | 11/9/2023 |
| 206 | Williams, Carolyn D | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10453 | 11/9/2023 |
| 207 | Windham, Brenda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-13645 | 11/9/2023 |
| 208 | Wooliver, Connie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10765 | 11/9/2023 |
| 209 | Wright, Jeana | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09218 | 11/9/2023 |
| 210 | Wright, Lisa | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09215 | 11/9/2023 |
| 211 | Pryor, Rhonda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09212 | 11/9/2023 |
| 212 | Jones, Mary | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C./ Ashcraft & Gerel | 3:17-cv-07443 | 11/9/2023 |
| 213 | Ray, Jenna | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C./ Ashcraft & Gerel | 3:17-cv-07446 | 11/9/2023 |
| 214 | Saldana-Kintner, Laura | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C./ Ashcraft & Gerel | 3:17-cv-04353 | 11/9/2023 |
| 215 | Giancursio, Julianne | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C./ Ashcraft & Gerel | 3:17-cv-07442 | 11/9/2023 |
| 216 | Menhal, Patty | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C./ Ashcraft & Gerel | 3:17-cv-06370 | 11/9/2023 |

|     | Case Name | Plaintiff Firms | Docket | PPF Deficiency Ltr Sent |
|-----|-----------|-----------------|--------|-------------------------|
| 217 | Jenkins, Kenneth | Berke Law Firm, PA | 3:17-cv-07215 | 11/9/2023 |
| 218 | Savage, Marilyn | Berke Law Firm, PA | 3:17-cv-00395 | 11/9/2023 |
| 219 | Leistler, Margaret | Bernstein Liebhard LLP | 3:17-cv-03672 | 11/15/2023 |
| 220 | Korotka, Barbara | Burns Charest LLP | 3:17-cv-07876 | 11/9/2023 |
| 221 | Robinson, Carol | Burns Charest LLP | 3:16-cv-07502 | 11/9/2023 |
| 222 | Allen, Allison | Burns Charest LLP | 3:17-cv-06082 | 11/9/2023 |
| 223 | Campbell, Joann | Burns Charest LLP | 3:17-cv-07665 | 11/9/2023 |
| 224 | Gavin, Camille | Burns Charest LLP | 3:17-cv-06484 | 11/9/2023 |
| 225 | Payne, Kay | Burns Charest LLP | 3:17-cv-06502 | 11/9/2023 |
| 226 | Rice, Renna | Burns Charest LLP | 3:17-cv-12283 | 11/9/2023 |
| 227 | Talbott, Sheri | Burns Charest LLP | 3:17-cv-06078 | 11/9/2023 |
| 228 | Clark, Patricia | Burns Charest LLP | 3:17-cv-05696 | 11/9/2023 |
| 229 | Forsberg, Jan | Burns Charest LLP | 3:17-cv-02780 | 11/9/2023 |
| 230 | Cooper, Kortete | Burns Charest LLP | 3:17-cv-03413 | 11/9/2023 |
| 231 | Maldonado, Velsa | Burns Charest LLP | 3:17-cv-08279 | 11/9/2023 |
| 232 | McDeavitt, Cynthia | Burns Charest LLP | 3:17-cv-07283 | 11/9/2023 |
| 233 | Todd, Emma Jean | Burns Charest LLP | 3:17-cv-07094 | 11/9/2023 |
| 234 | Williams, Sandra (07994) | Burns Charest LLP | 3:17-cv-07994 | 11/9/2023 |
| 235 | Dawson, Scott | Burns Charest LLP | 3:16-cv-08749 | 11/9/2023 |
| 236 | Knight, Mary | Burns Charest LLP | 3:17-cv-02910 | 11/9/2023 |
| 237 | Lama, Lanie | Burns Charest LLP | 3:17-cv-07078 | 11/9/2023 |
| 238 | Divita, Frank | Daniel & Associates, LLC | 3:17-cv-13518 | 11/13/2023 |
| 239 | Holmes, Richard | Daniel & Associates, LLC | 3:17-cv-11964 | 11/13/2023 |
| 240 | Mizell, Carlene Elaine | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-13552 | 11/13/2023 |
| 241 | Natera, Erica R | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-13546 | 11/13/2023 |
| 242 | Rowland, Joyce | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-03276 | 11/13/2023 |
| 243 | Tuck-Lynn, Joyce | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-09339 | 11/13/2023 |
| 244 | Vierra, Christynn | Ely Law, LLC | 3:17-cv-05762 | 11/13/2023 |
| 245 | Chandler, Anne | Environmental Litigation Group, PC | 3:17-cv-06280 | 11/13/2023 |
| 246 | Fowler, Karol | Fox and Farley | 3:17-cv-08148 | 11/13/2023 |
| 247 | Maguire, Ana | Goldenberglaw, PLLC | 3:17-cv-10423 | 11/13/20203 |
| 248 | Bentley, Cathleen | Goldenberglaw, PLLC | 3:17-cv-11156 | 11/13/2023 |
| 249 | Davis, Shawn | Goldenberglaw, PLLC | 3:17-cv-10175 | 11/13/2023 |
| 250 | Michaelis, Linda | Goldenberglaw, PLLC | 3:17-cv-07692 | 11/13/2023 |
| 251 | Ochoa, Delia | Goldenberglaw, PLLC | 3:17-cv-10270 | 11/13/2023 |
| 252 | Webb,Karyl | Goldenberglaw, PLLC | 3:17-cv-07681 | 11/13/2023 |
| 253 | Rudnick, Rhonda | Hafeli Staran & Christ , P.C. | 3:17-cv-01853 | 11/13/2023 |
| 254 | McGee, Debra | Helmsdale Law, LLP | 3:17-cv-05436 | 11/13/2023 |
| 255 | Blackmon, Judy | Heygood, Orr & Pearson | 3:17-cv-07410 | 11/13/2023 |
| 256 | Dees, Melissa | Holland Law Firm | 3:17-cv-06940 | 11/13/2023 |
| 257 | Rappold, Allan | Jim S. Hall & Associates, LLC | 3:17-cv-04596 | 11/9/2023 |

|  | Case Name | Plaintiff Firms | Docket | PPF Deficiency Ltr Sent |
|---|---|---|---|---|
| 258 | Carnes, Julie | Killian, Davis, Richter & Mayle, PC | 3:17-cv-07055 | 11/14/2023 |
| 259 | Bailey, John | Kline & Specter, P.C. | 3:17-cv-09453 | 11/14/2023 |
| 260 | Mustaro, Maryanne E. | Kline & Specter, P.C. | 3:17-cv-05387 | 11/14/2023 |
| 261 | Waldman, Susan A | Kline & Specter, P.C. | 3:17-cv-05391 | 11/14/2023 |
| 262 | Matthews, Lauren | Law Office of John D. Sileo, LLC | 3:16-cv-07490 | 11/14/2023 |
| 263 | Jackson, Paula | Law Office of Marion D. Floyd | 3:16-cv-07488 | 11/21/2023 |
| 264 | Benson, Merritt | Martinian & Associates, Inc. | 3:17-cv-07188 | 11/14/2023 |
| 265 | Hunt, Sylvia | Massimo & Panetta, P.C. | 3:17-cv-08070 | 11/14/2023 |
| 266 | Allen, Theresa | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12473 | 11/14/2023 |
| 267 | Murray, Melissa | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12486 | 11/14/2023 |
| 268 | Carr, Pamela | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12400 | 11/14/2023 |
| 269 | Dawiec, Synthia | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12530 | 11/14/2023 |
| 270 | Weathers, Alice Marie Perry | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12573 | 11/14/2023 |
| 271 | Nava, Amey | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12427 | 11/14/2023 |
| 272 | Ray, Lisa | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12627 | 11/14/2023 |
| 273 | Smith, Janet | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12608 | 11/14/2023 |
| 274 | Tabarini, Bernard | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12611 | 11/14/2023 |
| 275 | Cavolt, Katherine | Milberg Coleman Bryson Phillips Grossman, LLC | 3:16-cv-09400 | 11/14/2023 |
| 276 | Anders, Naomi | Morelli Law Firm, PLLC | 3:17-cv-12804 | 11/14/2023 |
| 277 | Diggs, Eva Neel | Morelli Law Firm, PLLC | 3:17-cv-12814 | 11/14/2023 |
| 278 | Evans, Christopher | Morelli Law Firm, PLLC | 3:17-cv-03728 | 11/14/2023 |
| 279 | Hall, John | Morelli Law Firm, PLLC | 3:17-cv-04535 | 11/14/2023 |
| 280 | Evans, Laura | Morelli Law Firm, PLLC | 3:17-cv-04150 | 11/14/2023 |
| 281 | Moore, Kathleen M | Morelli Law Firm, PLLC | 3:17-cv-12053 | 11/14/2023 |
| 282 | Nelson-Edwards, Denise | Morelli Law Firm, PLLC | 3:17-cv-11906 | 11/14/2023 |
| 283 | Palmer, Nicole | Morelli Law Firm, PLLC | 3:17-cv-12042 | 11/14/2023 |
| 284 | Khoury, Denise | Morgan & Morgan | 3:17-cv-10701 | 11/14/2023 |
| 285 | Hartwell, David | Morris Bart, LLC | 3:17-cv-01487 | 11/14/2023 |
| 286 | Arden, Darlene | Motley Rice, LLC | 3:17-cv-11351 | 11/14/2023 |
| 287 | Arenz, Dana | Motley Rice, LLC | 3:17-cv-06074 | 11/14/2023 |
| 288 | Becker, Molly (06494) | Motley Rice, LLC | 3:17-cv-06494 | 11/14/2023 |
| 289 | Douglas, Maureen S. | Motley Rice, LLC | 3:17-cv-12296 | 11/14/2023 |
| 290 | Engel, Jamie | Motley Rice, LLC | 3:17-cv-02998 | 11/14/2023 |
| 291 | Larsen, Randi | Motley Rice, LLC | 3:17-cv-06206 | 11/14/2023 |
| 292 | Luna, Jessica Nicole | Motley Rice, LLC | 3:17-cv-12324 | 11/14/2023 |
| 293 | Lafontant, Marie Carmelle | Motley Rice, LLC | 3:17-cv-01051 | 11/15/2023 |
| 294 | Cook, Jerry | Napoli Shkolnik, PLLC | 3:17-cv-12703 | 11/14/2023 |
| 295 | Spear, Kevita | Napoli Shkolnik, PLLC | 3:17-cv-12705 | 11/14/2023 |

|  | Case Name | Plaintiff Firms | Docket | PPF Deficiency Ltr Sent |
|---|---|---|---|---|
| 296 | Doyle, Renee | Napoli Shkolnik, PLLC | 3:17-cv-12715 | 11/14/2023 |
| 297 | Fierro, James | Napoli Shkolnik, PLLC | 3:17-cv-12716 | 11/14/2023 |
| 298 | Christian, Patricia | Napoli Shkolnik, PLLC | 3:17-cv-12719 | 11/14/2023 |
| 299 | Gadfield, Robert | Napoli Shkolnik, PLLC | 3:17-cv-12704 | 11/14/2023 |
| 300 | Prosser, Michael | Napoli Shkolnik, PLLC | 3:17-cv-12688 | 11/14/2023 |
| 301 | Mancini, Eleanor | Napoli Shkolnik, PLLC | 3:17-cv-12662 | 11/14/2023 |
| 302 | Hayes, Tammy | Parafinczuk Wolf, PA | 3:17-cv-09727 | 11/13/2023 |
| 303 | Long, Aundrey | Parafinczuk Wolf, PA | 3:17-cv-09764 | 11/13/2023 |
| 304 | Whitfield-Gilmore, Nakia | Parafinczuk Wolf, PA | 3:17-cv-10149 | 11/13/2023 |
| 305 | Francis, Philip | Remer & Georges-Pierre, PLLC | 3:16-cv-07530 | 11/14/2023 |
| 306 | Arnoff, Richard | Rheingold, Gluffra Ruflo & Plotkin | 3:16-cv-09228 | 11/14/2023 |
| 307 | Schnier, Miriam | Rheingold, Gluffra Ruflo & Plotkin | 3:17-cv-12279 | 11/14/2023 |
| 308 | Dalton, Connie | Ross Feller Casey, LLP | 3:17-cv-09074 | 11/14/2023 |
| 309 | Ford, Teresa | Ross Feller Casey, LLP | 3:17-cv-02370 | 11/14/2023 |
| 310 | Rupp, Judy | Ross Feller Casey, LLP | 3:17-cv-07421 | 11/14/2023 |
| 311 | Eidson, Carol | Sangisetty Law Firm, LLC | 3:17-cv-02753 | 11/14/2023 |
| 312 | Ellis, Verna | Sangisetty Law Firm, LLC | 3:17-cv-02866 | 11/14/2023 |
| 313 | Kearney, Shirley | Sangisetty Law Firm, LLC | 3:17-cv-02865 | 11/14/2023 |
| 314 | Sherlock, Tina | Sangisetty Law Firm, LLC | 3:17-cv-02751 | 11/14/2023 |
| 315 | Atkins, Pamela Ann | Shaw Cowart, LLP | 3:17-cv-11700 | 11/14/2023 |
| 316 | Callies, Raenell | Shaw Cowart, LLP | 3:17-cv-13012 | 11/14/2023 |
| 317 | Longoria, Elvia | Shaw Cowart, LLP | 3:17-cv-13791 | 11/14/2023 |
| 318 | Newman, Jill | Shaw Cowart, LLP | 3:17-cv-13004 | 11/14/2023 |
| 319 | Spears, Martha | Shaw Cowart, LLP | 3:17-cv-11772 | 11/14/2023 |
| 320 | Tuttle, Debra | Shaw Cowart, LLP | 3:17-cv-13018 | 11/14/2023 |
| 321 | Wing, Brian L. | Shaw Cowart, LLP | 3:17-cv-13023 | 11/14/2023 |
| 322 | Robb, Mary, et al. | Sill Law Group, PLLC | 3:16-cv-06608 | 11/14/2023 |
| 323 | Allee, Ila | Sill Law Group, PLLC | 3:17-cv-11084 | 11/14/2023 |
| 324 | Ashford, Shirley Jean | Sill Law Group, PLLC | 3:17-cv-11083 | 11/14/2023 |
| 325 | Bowling, Oleita | Sill Law Group, PLLC | 3:17-cv-11082 | 11/14/2023 |
| 326 | Bradley, Marcie | Sill Law Group, PLLC | 3:17-cv-11081 | 11/14/2023 |
| 327 | Ashlock, Leon | Sill Law Group, PLLC | 3:17-cv-11080 | 11/14/2023 |
| 328 | Gill, James | Sill Law Group, PLLC | 3:17-cv-11086 | 11/14/2023 |
| 329 | McCorkle, Patricia | Sill Law Group, PLLC | 3:17-cv-11087 | 11/14/2023 |
| 330 | Shackelford, Michael | Sill Law Group, PLLC | 3:17-cv-00040 | 11/14/2023 |
| 331 | Cagle, Cindy | Sill Law Group, PLLC | 3:17-cv-12729 | 11/14/2023 |
| 332 | Brown, Sharon | Simmons Hanly Conroy | 3:17-cv-11231 | 11/14/2023 |
| 333 | Bullock, Cardell | Simmons Hanly Conroy | 3:17-cv-05779 | 11/14/2023 |
| 334 | Rosensteel, Crystal M | Simmons Hanly Conroy | 3:17-cv-05781 | 11/14/2023 |
| 335 | Yandell, Carol A | Simmons Hanly Conroy | 3:17-cv-04414 | 11/14/2023 |
| 336 | Guilds, Candice | SKIKOS, CRAWFORD, SKIKOS & JOSEPH | 3:17-cv-10331 | 11/14/2023 |
| 337 | Snyder, Sharon | SKIKOS, CRAWFORD, SKIKOS & JOSEPH | 3:17-cv-06510 | 11/14/2023 |

|  | Case Name | Plaintiff Firms | Docket | PPF Deficiency Ltr Sent |
|---|---|---|---|---|
| 338 | Dillard, Patricia | Stewart & Stewart | 3:17-cv-03473 | 11/14/2023 |
| 339 | Faust, Joy C | Stewart & Stewart | 3:17-cv-04369 | 11/14/2023 |
| 340 | Hyche, Betty | Stewart & Stewart | 3:17-cv-01118 | 11/14/2023 |
| 341 | Lehman, Trudy A. | Stewart & Stewart | 3:17-cv-07195 | 11/14/2023 |
| 342 | Roberts, Sylvia | Stewart & Stewart | 3:17-cv-02890 | 11/14/2023 |
| 343 | Weseman, Linda | Stewart & Stewart | 3:17-cv-01119 | 11/14/2023 |
| 344 | Jackson, Ursula S. | Stone Granade & Crosby PC | 3:17-cv-02708 | 11/14/2023 |
| 345 | Isaacs, Victor | Summers & Johnson, P.C. | 3:17-cv-11676 | 11/15/2023 |
| 346 | Sondgerth, Lillian | The Cheek Law Firm | 3:17-cv-05638 | 11/13/2023 |
| 347 | Breaux, Leslie | The Cheek Law Firm | 3:17-cv-01681 | 11/13/2023 |
| 348 | Deville, Pamela | The Cheek Law Firm | 3:17-cv-05636 | 11/13/2023 |
| 349 | Crenshaw, Deborah, et al. | The Cuffie Law Firm | 3:17-cv-01820 | 11/15/2023 |
| 350 | Edwards, Antoine | The Cuffie Law Firm | 3:17-cv-00513 | 11/15/2023 |
| 351 | Epps, Jackie | The Cuffie Law Firm | 3:16-cv-07890 | 11/15/2023 |
| 352 | Carver, Ruth | The Deaton Law Firm | 3:17-cv-03549 | 11/15/2023 |
| 353 | Lee, Sandra | The Deaton Law Firm | 3:17-cv-03548 | 11/15/2023 |
| 354 | Segreaves, Julie | The Grossman Law Firm | 3:16-cv-09119 | 11/14/2023 |
| 355 | Nichols, Trisha Deann | The Michael Brady Lynch Firm | 3:17-cv-13826 | 11/14/2023 |
| 356 | Brooks, Kristy M | The Miller Firm, LLC | 3:17-cv-11694 | 11/15/2023 |
| 357 | Davis, Deborah A | The Miller Firm, LLC | 3:17-cv-05555 | 11/15/2023 |
| 358 | Milner, Tonjerelle | The Miller Firm, LLC | 3:17-cv-10886 | 11/15/2023 |
| 359 | Jones, Kirra | The Miller Firm, LLC | 3:17-cv-10739 | 11/15/2023 |
| 360 | Lauvas, Trudy | The Miller Firm, LLC | 3:17-cv-11467 | 11/15/2023 |
| 361 | Stansfield, Merritt | The Miller Firm, LLC | 3:17-cv-12167 | 11/15/2023 |
| 362 | Pachov, Ashley | The Miller Firm, LLC | 3:17-cv-10772 | 11/15/2023 |
| 363 | Pearson, Mary | The Miller Firm, LLC | 3:17-cv-10892 | 11/15/2023 |
| 364 | Ragsdale, Lana | The Miller Firm, LLC | 3:17-cv-10860 | 11/15/2023 |
| 365 | Perdue, Amelia | The Miller Firm, LLC | 3:17-cv-10720 | 11/15/2023 |
| 366 | Green, Johnathan | The Miller Firm, LLC | 3:17-cv-11743 | 11/15/2023 |
| 367 | Thomas, Tanya A | The Miller Firm, LLC | 3:17-cv-12923 | 11/15/2023 |
| 368 | White, Deborah J. | The Miller Firm, LLC | 3:17-cv-12925 | 11/15/2023 |
| 369 | Austin, Denise | The Simon Law Firm, PC | 3:17-cv-06965 | 11/15/2023 |
| 370 | Demelia, Maylou | The Simon Law Firm, PC | 3:17-cv-10971 | 11/15/2023 |
| 371 | Pringle, Maryladene | The Simon Law Firm, PC | 3:17-cv-06766 | 11/15/2023 |
| 372 | Smith, Cassie | The Simon Law Firm, PC | 3:17-cv-11212 | 11/15/2023 |
| 373 | Hayes, Joe Ann | Wagstaff & Cartmell, LLP | 3:17-cv-03525 | 11/15/2023 |
| 374 | Richards Kevin | Wilentz, Goldman, & Spitzer, P.A. | 3:16-cv-06661 | 11/15/2023 |