UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> *This Document Relates To All Cases* | MDL No. 2738 (MAS) (RLS) |

### NOTICE OF DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' IMPROPER SUPPLEMENTAL REPORTS

**PLEASE TAKE NOTICE** that on January 16, 2024, or as soon thereafter as counsel may be heard, the undersigned Defendants' counsel, on behalf of all Defendants named below, shall move pursuant to Federal Rules of Civil Procedure 26(a)(2)(D) and 37(c)(1) for an entry of Order (1) striking the expert reports of Drs. Cote, Harlow, Rothman and Newman in full; (2) striking the case-specific portion of Dr. Levy's new report; and (3) requiring Drs. Singh, Siemiatycki, Smith-Bindman, McTiernan, Longo and Kessler to submit supplemental reports that only address scientific developments after July 2021. As is further explained in the Memorandum in Support filed herewith, the opinions in question were not timely disclosed, and the failure to timely disclose the opinions is neither justified nor harmless.

In the alternative, Defendants seek an order extending each of the upcoming expert-related deadlines by four weeks, with depositions of plaintiffs' experts to be completed by February 19, 2024; disclosure of rebuttal experts and reports due April 1, 2024; and depositions of defendants' experts to be completed by May 13, 2024.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, the undersigned defendants shall rely upon the Memorandum of Law in Support submitted herewith, and any reply submissions made hereafter and the Certification of Susan Sharko, Esq. together with exhibits; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: December 14, 2023

By: */s/ Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
Tel.: (973) 549-7000
susan.sharko@faegredrinker.com

Allison M. Brown
Jessica Davidson
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Tel.: (212) 735-3000
allison.brown@skadden.com

jessica.davidson@skadden.com

*Attorneys for Defendant*
*Johnson & Johnson*