SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE MICHAEL A. SHIPP |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE RUKHSANAH SINGH |
| *LeeAnna Childers v. Johnson & Johnson, et al* Case No.  3:23-cv-23092 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 14, 2023 on behalf of Plaintiff LeeAnna Childers.

Dated: December 14, 2023                    Respectfully Submitted,

*/s/ John J. Foley*
John J. Foley
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone:  618.259.2222
Facsimile:   618.259.2251
jfoley@simmonsfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 14th day of December, 2023 to all parties of interest.

/s/ *John J. Foley*
John J. Foley