SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tina Reddicks v. Johnson & Johnson, et al*<br>Case No.  3:23-cv-23097 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE MICHAEL A. SHIPP<br><br>MAG. JUDGE RUKHSANAH SINGH |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 14, 2023 on behalf of Plaintiff Tina Reddicks.

Dated: December 14, 2023         Respectfully Submitted,

                                                                 */s/ John J. Foley*
                                                                 John J. Foley
                                                                 **SIMMONS HANLY CONROY**
                                                                 One Court Street
                                                                 Alton, IL 62002
                                                                 Telephone:  618.259.2222
                                                                 Facsimile:   618.259.2251
                                                                 jfoley@simmonsfirm.com

                                                                 *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 14th day of December, 2023 to all parties of interest.

                                                                           */s/ John J. Foley*
                                                                          John J. Foley