SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE MICHAEL A. SHIPP |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE RUKHSANAH SINGH |
| *Donna Sax v. Johnson & Johnson, et al* Case No.  3:23-cv-23099 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 14, 2023 on behalf of Plaintiff Donna Sax.

Dated: December 14, 2023         Respectfully Submitted,

                                 */s/ John J. Foley*
                                 John J. Foley
                                 **SIMMONS HANLY CONROY**
                                 One Court Street
                                 Alton, IL 62002
                                 Telephone:  618.259.2222
                                 Facsimile:   618.259.2251
                                 jfoley@simmonsfirm.com

                                 *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 14th day of December, 2023 to all parties of interest.

/s/ John J. Foley
John J. Foley