IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2738 |
| **This Document Relates to:** | ) ) ) | Civil Action Nos. |
| TAMIKA CLARK, DANNY DAVIS, DONNA HALL, SUSAN HALUZAK, JANENE TOLLIS, DAVID VANNESS, ARCHIE WELLMAN, and DEBBIE WYNN, | ) ) ) ) ) ) ) ) ) | 3:21-cv-11876-FLW-LHG 3:21-cv-11878-FLW-LHG 3:21-cv-11880-FLW-LHG 3:21-cv-11874-FLW-LHG 3:21-cv-11884-FLW-LHG 3:21-cv-11885-FLW-LHG 3:21-cv-11888-FLW-LHG 3:21-cv-11882-FLW-LHG |
| Plaintiffs, v. IMERYS TALC AMERICA, INC., *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) | **NOTICE OF PTI UNION, LLC'S MOTION TO RECONSIDER THE ORDER DENYING IN PART ITS OMNIBUS MOTION TO DISMISS PLAINTIFFS' SHORT FORM COMPLAINTS FOR FAILURE TO STATE A CLAIM** |

**TO:** All Counsel of Record

**COUNSEL:**

PLEASE TAKE NOTICE that the undersigned attorneys for Defendant PTI Union, LLC ("Union"), hereby file its Motion to Reconsider the Order Denying in Part its Omnibus Motion to Dismiss Plaintiffs' Short Form Complaints for failure to state a claim upon which relief may be granted.

Plaintiffs' claims against Union fail for the following reasons:

- ***First***, the Court's Order that partially denied Union's Omnibus Motion failed to consider the previous decisions of this Court concerning the sufficiency of identical allegations in the same litigation.

- ***Second***, the Court's order overlooks facts fatal to certain Plaintiffs' Complaints by unnecessarily restricting the scope of materials appropriate for consideration by a court when deciding a Rule 12(b)(6) motion.

The grounds for this Motion are set forth in more detail in the accompanying Memorandum of Law in Support of PTI Union, LLC's Motion to Reconsider its Omnibus Motion to Dismiss Plaintiffs' Complaints.

Oral argument is requested if this motion is opposed.

Dated: December 15, 2023                Respectfully submitted,

/s/ *Caroline M. Tinsley*
Caroline M. Tinsley (MO #49377)
TUCKER ELLIS LLP
100 South 4th St., Suite 600
St. Louis, MO 63102
Telephone:(314) 256-2550
Facsimile: (314) 256-2549
caroline.tinsley@tuckerellis.com

and

/s/ *Janet L. Poletto*
Janet L. Poletto, Esq. (024871980)
Robert E. Blanton, Esq. (028392012)
HARDIN KUNDLA MCKEON & POLETTO
673 Morris Avenue
Springfield, NJ  07081

Telephone:  (973) 912-5222
Facsimile:   (973) 912-9212
jpoletto@hkmpp.com
rblanton@hkmpp.com

*Attorneys for Defendant PTI Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2023, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ *Janet L. Poletto*
Janet L. Poletto, Esq. (024871980)
HARDIN KUNDLA MCKEON & POLETTO
673 Morris Avenue
Springfield, NJ  07081
Telephone:  (973) 912-5222
Facsimile:   (973) 912-9212
jpoletto@hkmpp.com

*Attorney for Defendant PTI Union, LLC*