IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2738 |
| **This Document Relates to:** | ) ) | |
| TAMIKA CLARK, DANNY DAVIS, DONNA HALL, SUSAN HALUZAK, JANENE TOLLIS, DAVID VANNESS, ARCHIE WELLMAN, and DEBBIE WYNN, <br><br>Plaintiffs, <br><br>v. <br><br>IMERYS TALC AMERICA, INC., *et al.*, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:21-cv-11876-FLW-LHG <br> 3:21-cv-11878-FLW-LHG <br> 3:21-cv-11880-FLW-LHG <br> 3:21-cv-11874-FLW-LHG <br> 3:21-cv-11884-FLW-LHG <br> 3:21-cv-11885-FLW-LHG <br> 3:21-cv-11888-FLW-LHG <br> 3:21-cv-11882-FLW-LHG <br><br><br>**PROPOSED ORDER** |

THIS MATTER having been brought before the Court by way of motion of Tucker Ellis LLP, counsel for Defendant PTI Union, LLC ("Union"), for an Order Dismissing Plaintiffs' Complaints for failure to state a claim; and the Court having considered the papers submitted; and the Court having heard the arguments of counsel, if any; and for good cause shown;

IT IS THIS _ day of _____, 2023 hereby

ORDERED that Union's Motion to Reconsider the Order denying in part its Omnibus Motion to Dismiss is Granted and the claims of Plaintiffs *Tamika Clark,*

*Danny Davis, Donna Hall, Susan Haluzak, Janene Tollis, David Vanness, Archie Wellman,* and *Debbie Wynn* are dismissed with prejudice as to Union.

 

_____
HON. [judge], District Judge

[ ] Opposed
[ ] Unopposed

015935\000507\5266904.1