UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCMENT RELATES TO:<br><br>SANDRA TUFANO | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN<br><br>Civil Action No.: 3:23-cv-23167 |

### NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on December 18, 2023 on behalf of Plaintiff, Sandra Tufano.

Dated: <u>December 18, 2023</u>

                                                        Respectfully submitted by,

                                                        **ANAPOL WEISS**

                                                        */s/ Emily B. Ashe*
                                                        Emily B. Ashe, Esquire
                                                        Counsel for Plaintiff
                                                        One Logan Square
                                                        130 N. 18th Street; Ste. 1600
                                                        Philadelphia, PA 19103
                                                        Telephone 215-735-1130
                                                        Facsimile: 215-875-7730
                                                        E-mail: eashe@anapolweiss.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 18, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 */s/ Emily B. Ashe*
                 Emily B. Ashe, Esquire
                 Counsel for Plaintiff
                 One Logan Square
                 130 N. 18th Street; Ste. 1600
                 Philadelphia, PA 19103
                 Telephone 215-735-1130
                 Facsimile: 215-875-7730
                 E-mail: eashe@anapolweiss.com