## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |

This document relates to:

3:23-cv-23211

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on December 19, 2023 on behalf of Delfina Travinio-Kaletsis as the personal representative of the Estate of Kristi K. Travinio-Kaletsis.

Dated:  December 19, 2023

Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
joelyshernandez@nsprlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  December 19, 2023

               */s/ Joelys Hernandez*
               Joelys Hernandez, Esq.
               NS PR LAW SERVICES LLC
               1302 Ave. Ponce De Leon
               Santurce, PR 00907
               Telephone: (212) 397-1000
               Facsimile: (646) 927-1676
               joelyshernandez@nsprlaw.com

               *Attorneys for Plaintiff*