# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to:<br><br>3:23-cv-23219 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on December 19, 2023 on behalf of Jonathan Moore, as Personal Representative of the Estate of Myrna Moore.

Dated:  December 19, 2023

Respectfully submitted,

**NS PR LAW SERVICES LLC**

*/s/ Christopher LoPalo*
Christopher LoPalo, Esq.
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
clopalo@nsprlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  December 19, 2023

                                           */s/ Christopher LoPalo*
                                           Christopher LoPalo, Esq.
                                           NS PR LAW SERVICES LLC
                                           1302 Ave. Ponce De Leon
                                           Santurce, PR 00907
                                           Telephone: (212) 397-1000
                                           Facsimile: (646) 927-1676
                                           clopalo@nsprlaw.com

                                           *Attorneys for Plaintiff*