Jeffrey M. Pollock, Esq.
Michael W. Sabo, Esq.
**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Telephone: 609-896-7660
Facsimile: 609-896-1469
*Attorneys for Andy Birchfield and Beasley Allen*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738 (MAS)/(RLS)<br><br>MLD Case No. 2738<br><br>[FILED ELECTRONICALLY]<br><br>Return Date: January 2, 2024<br><br>**CERTIFICATE OF SERVICE** |

I, Jeffrey M. Pollock, of full age, do hereby certify as follows:

1.      I am a partner with the law firm of Fox Rothschild LLP, counsel for Andy D. Birchfield, Jr., Esq. and Beasley Allen Crow Methvin Portis & Miles, P.C. (Beasley Allen) in this action.

2.      On this date, copies of the foregoing, Declaration of Jeffrey M. Pollock, Esq. with Exhibits, Brief, Declaration of Andy D. Birchfield, Jr. Esq., Declaration of James F. Conlan, Declaration of John J. Gasparovic, and this Certification of Service were electronically filed with the Court through ECF and served to all parties in interest.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

**FOX ROTHSCHILD LLP**
*Attorneys for Andy Birchfield and Beasley Allen*


By: */s/ Jeffrey M. Pollock*
      Jeffrey M. Pollock


Dated: December 19, 2023