# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL NO. 16-2738 (MAS) (LHG)<br><br>HON. MICHAEL A. SHIPP<br>HON. JUDGE RUKHSANAH L. SINGH |
| This document relates to:<br><br>**3:23-cv-20823-MAS-RLS** | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on **October 2, 2023** on behalf of Shelton West, on behalf of the Estate of Tanya Sheila Davis, Deceased.

Dated: **December 19, 2023**

Respectfully submitted,

**THE CUFFEE LAW FIRM**

*/s/ Thomas F. Cuffie*
Thomas F. Cuffie, Esq.
**Attorney for Plaintiff**
3080 Campbellton Road Southwest
Atlanta, Georgia 30311
(404)-344-4242

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, I electronically filed the foregoing **NOTICE OF FILING SHORT FORM COMPLAINT** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: **December 19, 2023**   Respectfully submitted,

**THE CUFFEE LAW FIRM**

*/s/ Thomas F. Cuffie*
Thomas F. Cuffie, Esq.
**Attorney for Plaintiff**
3080 Campbellton Road Southwest
Atlanta, Georgia 30311
(404)-344-4242
cuffie@cuffielawfirm.com
tcuffie@cuffielawfirm.com