# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION  )<br><br>*This Document Relates To All Cases* | MDL No. 2738 (MAS) (RLS)<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 45(a)(4), Defendant Johnson & Johnson ("Defendant") hereby notifies all parties of its intent to serve the attached Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on KCIC, LLC on December 19, 2023 or as soon thereafter as reasonably practicable.

Dated: December 19, 2023

By: */s/ Stephen D. Brody*
Stephen D. Brody
D.C. Bar No. 459263
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, D.C. 20006
Tel.: 202-383-5300
sbrody@omm.com

Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive

Florham Park, NJ 07932
Tel.: (973) 549-7000
susan.sharko@faegredrinker.com

*Attorneys for Defendant*
*Johnson & Johnson*