**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738**<br>**3:16-md-2738-MAS-RLS** |
| **THIS DOCUMENT RELATES TO:**<br><br>LESA SCANLON, an Individual, and as Successor in Interest to PAMELA CALIZ,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | **Case No. 3:23-cv-23168-MAS-RLS** |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on December 18, 2023, on behalf of Plaintiff LESA SCANLON.

Dated: December 19, 2023

Respectfully Submitted,

By: /s/ *Mark P. Robinson, Jr.*

Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that December 19, 2023, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.