

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

**Stephen D. Brody**
D: +1 202 383 5167
sbrody@omm.com

December 20, 2023

**VIA ECF AND FEDERAL EXPRESS**

Hon. Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**   *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*, Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

    I write on behalf of Defendants Johnson & Johnson and LTL Management LLC (together, "J&J") and respectfully submit this letter requesting a three-day of extension of time for J&J to submit its reply brief in support of its Motion For an Order to Show Cause, filed on December 5, 2023 (the "Motion"). Andy Birchfield and Beasley Allen filed a consolidated opposition to the Motion on December 19, 2023. Absent an extension, J&J's reply brief would be due on December 26, 2023.

    Given the impending holiday, counsel for J&J conferred yesterday regarding the requested extension with counsel for Mr. Birchfield and Beasley Allen, and Mr. Birchfield and Beasley Allen do not oppose this extension. Accordingly, J&J respectfully requests that you approve a three day extension, to and including December 29, 2023, for J&J to file its reply brief.

    Thank you for your consideration of this matter.

Sincerely,

*[signature]*

Stephen D. Brody (*pro hac vice*)
*Counsel for Defendants Johnson & Johnson and LTL Management LLC*

cc:  Counsel of Record (via ECF)