# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |
| **THIS DOCUMENT RELATES TO:** *Bionca Massie* v. *Johnson and Johnson Company, et. al.* Case No.: 3:23-cv-23270-MAS-RLS | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on November 21, 2023 on behalf of Bionca Massie.

Dated: November 22, 2023

                                        Respectfully submitted by,

                                        */s/ Ben C. Martin*

                                        Ben C. Martin
                                        **BEN MARTIN LAW GROUP**
                                        3141 Hood Street, Suite 600
                                        Dallas, TX 75219
                                        (214) 761-6614
                                        (214) 744-7590 (fax)
                                        eservice@bencmartin.com
                                        bmartin@bencmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*