# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL NO. 2738 (FLW) (LHG) |
| This Document relates to:    Joselina Hernandez    CASE 3:16-md-02738-FLW-LHG ) ) ) | |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Joselina Hernandez, on or about April 7, 2022. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Andres Rivas, who is the surviving heir and husband of Joselina Hernandez.

Dated: December 29, 2023

Respectfully submitted,

By: */s/ Ethan L. Shaw*
Ethan L. Shaw
John P. Cowart
SHAW COWART, L.L.P.
1609 Shoal Creek Blvd., Suite 301
Austin, Texas 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Ethan L. Shaw*
Ethan L. Shaw
