UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This Document relates to:  Joselina Hernandez  CASE 3:16-md-02738-FLW-LHG | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Andres Rivas on behalf of his deceased wife, Joselina Hernandez.

1. Joselina Hernandez filed a products liability lawsuit against Defendants on September 13, 2021.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Joselina Hernandez died on April 7, 2022.

3. Joselina Hernandez' products liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on December 29, 2023.

5. Andres Rias, surviving heir and husband of Joselina Hernandez, is a proper party to substitute for plaintiff-decedent Joselina Hernandez and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may

order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Andres Rivas requests that this Court grant his request for substitution as plaintiff in this action.

Dated: December 29, 2023

                                          Respectfully submitted,

                                          By: */s/ Ethan L. Shaw*
                                                Ethan L. Shaw
                                                John P. Cowart
                                                SHAW COWART, L.L.P.
                                                1609 Shoal Creek Blvd., Suite 301
                                                Austin, Texas  78701
                                                Telephone:  (512) 499-8900
                                                Facsimile:  (512) 320-8906
                                                elshaw@shawcowart.com
                                                jcowart@shawcowart.com

                                                *Attorneys for the Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

                                              */s/ Ethan L. Shaw*
                                              Ethan L. Shaw