# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  ) ) ) ) ) ) | MDL NO. 2738 (FLW) (LHG) |
| **This Document relates to:**  Joselina Hernandez  CASE 3:16-md-02738-FLW-LHG  ) ) ) | |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Andres Rivas' Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED

2. ANDRES RIVAS, as surviving heir of JOSELINA HERNANDEZ, is substituted as Plaintiff in this action.

Ordered this ___ day of _____, 20____.

_____
United States District Court Judge

cc:    All counsel of record