UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738-FLW-LHG |
| THIS DOCUMENET ALSO RELATES TO:<br><br>*Pamela L. Wojta, Individually v. Johnson & Johnson, et al.* | Case No. 3:18-cv-08610-FLW-LHG |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)**

COMES NOW Plaintiff, Pamela Wojta, by and through her undersigned attorneys, Wisner Baum, LLP, and herewith files her Notice of Voluntary Dismissal of Plaintiff's Complaint, without prejudice and without costs, pursuant to FRCP 41(a)(1)(A). No Answer or responsive pleadings have been filed into record of this matter.

Dated: January 2, 2024

Respectfully Submitted by:

/s/ Stephanie Sherman
Stephanie Sherman, Esq.
Wisner Baum, LLP
11111 Santa Monica Boulevard, Suite 1750
Los Angeles, CA 90025
Tel: 310-207-3233
Fax: 310-820-7444
ssherman@wisnerbaum.com
Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, a copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)** was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Stephanie Sherman
Stephanie Sherman, Esq..
Wisner Baum, LLP
11111 Santa Monica Boulevard, Suite 1750
Los Angeles, CA 90025
Tel: 310-207-3233
Fax: 310-820-7444
ssherman@wisnerbaum.com

2