UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALESPRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (LHG) |
| This document relates to: Sharon Masotta | CAFN: 3:21CV01639 |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a), the undersigned counsel hereby gives notice of the death of the Plaintiff, Sharon Masotta. Sharon Masotta passed away on 12/23/2022. Her Death Certificate is attached as Exhibit A.

By way of Motion for Substitution of Party and Leave to Amend Short Form Complaint, and pursuant to Fed. R. Civ. P. 25(a), Sharon Masotta's family member, James P Masotta as her successor in interest, will request to be substituted in this action as Plaintiffs amend the short form complaint to convert this case to a wrongful death claim.

Respectfully submitted this 3rd day of January, 2024.

/s/ *M. Brandon Smith*
M. Brandon Smith, Esq.
GA Bar No. 141418)
**Childers, Schlueter & Smith, LLC**
1932 N. Druid Hills Road, Suite 100
Atlanta, Georgia 30319
Phone: (404) 419-9500
Fax: (404) 419-9501

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the ECF/PACER filing Portal sent via E-mail transmission on this 3rd day of January, 2024 to all parties registered on the PACER e-filing portal.

/s/ *M. Brandon Smith*