# EXHIBIT A

# STATE OF CONNECTICUT CERTIFICATE OF DEATH

VS4 - ISS REV. 1/20
DEPARTMENT OF PUBLIC HEALTH

STATE FILE NUMBER (State Use only. Do not write in this box.): **2022-07-033165**

## DECEDENT

- **1. LEGAL NAME** First: Sharon | Middle: ——— | Last: Masotta | Suffix: ———
- **2. SEX:** Female
- **3. DATE OF DEATH:** December 23, 2022
- **AKA:** ———
- **4. TIME OF DEATH:** 02:24 AM
- **5. AGE LAST BIRTHDAY:** 66
- **6. Under 1 Year:** ———
- **7. DATE OF BIRTH:** [redacted]
- **8. BIRTHPLACE:** New Haven, Connecticut
- **9. RESIDENCE (State):** Connecticut
- **10. RESIDENCE (County):** New Haven
- **11. RESIDENCE (City or Town):** Northford
- **12. RESIDENCE (Street and No.):** 473 Village Street
- **13. APT. NO.:** ———
- **14. ZIP CODE:** 06472
- **15. EVER IN US ARMED FORCES?** No
- **16. MARITAL STATUS AT TIME OF DEATH:** Married
- **17. SURVIVING SPOUSE NAME:** James P. Masotta

## PARENTS

- **18. FATHER/PARENT NAME:** Vincent D. Baldino
- **19. MOTHER/PARENT NAME:** Janice Walker
- **20. INFORMANT NAME:** James P. Masotta
- **21. RELATIONSHIP TO DECEDENT:** Spouse
- **22. MAILING ADDRESS:** 473 Village Street Northford, Connecticut 06472

## P.O.D.

- **23. IF DEATH OCCURRED IN A HOSPITAL:** Hospital - Inpatient
- **24. IF DEATH OCCURRED SOMEWHERE OTHER THAN HOSPITAL:** ———
- **25. FACILITY NAME:** Yale New Haven Health - York St. Campus
- **26. CITY OR TOWN OF DEATH:** New Haven
- **27. COUNTY OF DEATH:** New Haven
- **28. METHOD OF DISPOSITION:** Burial

## DISPOSITION

- **29. DISPOSITION:** All Saints Cemetery
- **30. LOCATION:** North Haven, CT
- **31. DATE:** 12/27/2022
- **32. WAS BODY EMBALMED?** YES — Name of Embalmer: Robert Patton
- **33. FUNERAL FACILITY:** Porto Funeral Home (West Haven) - 830 Jones Hill Rd, West Haven, CT 06516
- **34. SIGNATURE OF FUNERAL DIRECTOR OR EMBALMER:** *Albert M Delucia* (Signature Electronically Authenticated)
- **35. LICENSE NUMBER:** 2220

## MEDICAL CERTIFICATION

- **36. DATE PRONOUNCED DEAD:** 12/23/2022
- **37. TIME PRONOUNCED:** 02:40 AM
- **38. PRONOUNCER'S NAME AND DEGREE OR TITLE:** Ayomipo Madein, Doctor of Medicine
- **Pronouncer License #:** 66009
- **39. WAS MEDICAL EXAMINER CONTACTED?** No
- **40. WAS AN AUTOPSY PERFORMED?** Unk
- **41. WERE THE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** ———

### CAUSE OF DEATH

**42. PART I.** Enter the chain of events – diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

| | Cause | Approximate Interval Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (a) | Large bowel obstruction | 12/8/2022 |
| Due to (b) | High grade fallopian tube cancer | 5/1/2020 |
| Due to (c) | ——— | ——— |
| Due to (d) | ——— | ——— |

**43. PART II.** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I: **hypoxic respiratory failure**

- **44. PREGNANCY STATUS:** Not Applicable
- **45. DID TOBACCO USE CONTRIBUTE TO DEATH?** No
- **46. MANNER OF DEATH:** ☒ Natural

## MEDICAL EXAMINER ONLY

- **47. DATE OF INJURY:** ———
- **48. TIME OF INJURY:** ———
- **49. PLACE OF INJURY:** ———
- **50. INJURY AT WORK?** ———
- **51. LOCATION OF INJURY:** ———
- **52. DESCRIBE HOW INJURY OCCURRED:** ———
- **53. IF TRANSPORTATION INJURY, SPECIFY:** ———
- **54. M.E. CASE NUMBER:** ———

## CERTIFIER

CERTIFIER STATEMENT: To the best of my knowledge, death occurred due to the cause(s) and manner stated.

- **55. CERTIFIER NAME:** Ayomipo Madein
- **Certifier Signature:** *Ayomipo Madein* (Signature Electronically Authenticated)
- **Title of Certifier:** Doctor of Medicine
- **Certifier License #:** 66009
- **Date Certified:** 12/23/2022
- **56. MAILING - CERTIFIER:** 20 York St, New Haven CT 06510

## REGISTRAR

- **THIS CERTIFICATE WAS RECEIVED FOR RECORD ON:** 12/27/2022
- **BY REGISTRAR:** *Patricia Clark*
- **57. DECEDENT EDUCATION:** High School Graduate/GED
- **58. DECEDENT OF HISPANIC ORIGIN?** No, not Spanish/Hispanic/Latino
- **59. DECEDENT RACE:** White
- **60. DECEDENT USUAL OCCUPATION:** Data Entry
- **61. KIND OF BUSINESS/INDUSTRY:** Sargent Co. & Ulbrich Steel
- **62. SOCIAL SECURITY NUMBER:** [redacted]
- **MARGINAL NOTES:** ———

THE SEAL OF THE ISSUING OFFICE IS AFFIXED TO CERTIFY THE ABOVE IS A TRUE COPY OF THE RECORD ON FILE IN THE STATE OF CONNECTICUT

- **DATE ISSUED:** December/27/2022
- **PLACE OF ISSUANCE:** New Haven City Hall
- **ISSUING REGISTRAR SIGNATURE:** *Patricia E. Clark*