UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALESPRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (LHG) |
| This document relates to:<br>Sharon Masotta | CAFN: 3:21CV01639 |

### [PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF PLAINTIFF UNDER RULE 25(a)(1) AND FOR LEAVE TO FILE AMENDMENT OF COMPLAINT TO ASSERT SURVIVAL AND WRONGFUL DEATH CLAIMS

THIS MATTER having been opened to the Court upon an application of Childers, Schlueter & Smith LLC, attorneys for Sharon Masotta, for an Order allowing James P Masotta leave to substitute the plaintiff under Fed.R.Civ. P. 25(a)(1) and to file the First Amended Complaint, upon notice to all counsel of record, and with full consideration of all matters brought before this Court regarding the motion, and for good cause shown:

IT IS HEREBY on this _____ day of _____ , 2024

ORDERED that the Motion for Substitution of Plaintiff under Rule 25(a)(1) and for Leave to File Plaintiff's First Amended Complaint, be and hereby is GRANTED. Plaintiff is to file the First Amended Complaint within days_____ of the entry of this Order.

**IT IS SO ORDERED.**

_____
HON. MICHAEL A. SHIPP UNITED STATES DISTRICT COURT JUDGE