## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (MAS) (RLS)** <br> **JUDGE MICHAEL SCHIPP** <br> **MAG. JUDGE LOIS H. GOODMAN** |
| **This document relates to:** <br><br> **DOROTHY BALAZ** | CIVIL ACTION No. 3:24-cv-00034 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on January 4, 2024, the Short Form Complaint and Jury Demand were filed on behalf of Plaintiff, Dorothy Balaz.

Date:   January 4, 2024               Respectfully submitted,

/s/ Jay D. Miller
Jay D. Miller (MD Bar No. 04653)
jmiller@lawpga.com
Baltimore, Maryland 21201
410-649-2000 (Tel) 410-649-2150 (Fax)
*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL

/s/ Jay D. Miller
Jay D. Miller

2