UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**JUDY BLACKMON**,<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER, INC.**,<br><br>Defendants. | **MDL NO. 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH**<br><br><br>Civil Action No.: <u>3:17-cv-07410</u> |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for the late Judy Blackmon files this Suggestion of Death and respectfully submits as follows: This is a product liability action brought by Plaintiff Judy Blackmon ("Plaintiff"). Prior to her death, Plaintiff alleged that she was diagnosed with ovarian cancer as a result of her exposure to Johnson & Johnson ("J&J") talcum baby powder products manufactured and marketed by Defendant Johnson & Johnson ("J&"J") consisting of talc mined and processed by Defendant Imerys ("Imerys").

On January 16, 2018, Plaintiff filed her Original Complaint and Jury Demand against Defendants in the United States District Court District of New Jersey alleging

strict product liability, negligence, breach of warranty and fraud. On information and belief, Plaintiff died in January 2018 and counsel for Plaintiff is currently unaware if any person has been appointed administratrix of the estate of Judy Blackmon.

Respectfully submitted,

/s/ Eric D. Pearson
Eric D. Pearson
Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

***COUNSEL FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on all counsel via the Court's ECF system on January 4, 2023.

/s/ Eric D. Pearson
Eric D. Pearson