**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH** |
| **JUDY BLACKMON**, | |
| **Plaintiff,** | Civil Action No.: 3:17-cv-07410 |
| **v.** | |
| **JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER, INC.,** | |
| **Defendants.** | |

## AMENDED SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for the late Judy Blackmon files this Amended Suggestion of Death and respectfully submits as follows: This is a product liability action brought by Plaintiff Judy Blackmon ("Plaintiff"). Prior to her death, Plaintiff alleged that she was diagnosed with ovarian cancer as a result of her exposure to Johnson & Johnson ("J&J") talcum baby powder products manufactured and marketed by Defendant Johnson & Johnson ("J&"J") consisting of talc mined and processed by Defendant Imerys ("Imerys").

On September 25, 2017, Plaintiff filed her Original Short Form Complaint and Jury Demand against Defendants in the United States District Court District of New

Jersey alleging strict product liability, negligence, breach of warranty and fraud. On information and belief, Plaintiff died on January 21, 2018 and counsel for Plaintiff is currently unaware if any person has been appointed administratrix of the estate of Judy Blackmon.

Respectfully submitted,

*/s/ Eric D. Pearson*
Eric D. Pearson
Texas State Bar No. 15690472
eric@hop-law.com
HEYGOOD, ORR & PEARSON
6363 North State Hwy 161, Suite 450
Irving, Texas 75038
(214) 237-9001 Telephone
(214) 237-9002 Facsimile

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on all counsel via the Court's ECF system on January 4, 2023.

/s/ Eric D. Pearson
Eric D. Pearson