

Patrick K. Lyons, Esq.
plyons@ashcraftlaw.com
Main: (844) 525–6887
*Washington, D.C. Office*

January 5, 2024

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re: *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2738
> **This document relates to:**
> Veronica Tate, 3:17-cv-10825
> Pamela Beaty, 3:17-cv-13675
> Martha Griffin, 3:17-cv-11278
> Judy Kiraly, 3:17-cv-13821
> Bonnie Owens, 3:17-cv-08052
> Emma Wilborn, 3:17-cv-11308
> Jean Grawbadger, 3:17-cv-10973
> Ruby Wyrosdick, 3:17-cv-11310
> Margaret Burns, 3:17-cv-11259
> Sherry Flowe, 3:17-cv-10963
> Ethel Gaspard, 3:17-cv-11274
> Shilinda Scott, 3:17-cv-11283

Dear Judge Singh:

Pursuant to the Court's Text Order entered on December 18, 2023 (ECF No. 28820), Ashcraft & Gerel submits this response to Defendants' letter submitted on December 14, 2023 concerning certain plaintiffs who have allegedly failed to submit Plaintiff Profile Forms (ECF No. 28797).

In Exhibit A to their letter, Defendants identified 12 cases associated with Ashcraft & Gerel. Ultimately, there is no need for Court intervention at this time for the reasons stated below.

One case should not have been included on Defendants' list: Veronica Tate, 3:17-cv-10825. Defendants agreed to permit Plaintiff until December 22, 2023 to submit her Plaintiff Profile Form. Plaintiff submitted her Plaintiff Profile Form on December 15, 2023. Therefore, this case should never have been included as part of Defendants' letter as a claimed deficient case.

January 5, 2024
Page 2 of 2

  In the following five cases, Plaintiffs have agreed to voluntarily dismiss their cases, and notices of dismissal have been filed on the respective individual dockets:

  Pamela Beaty, 3:17-cv-13675
  Martha Griffin, 3:17-cv-11278
  Judy Kiraly, 3:17-cv-13821
  Bonnie Owens, 3:17-cv-08052
  Emma Wilborn, 3:17-cv-11308

  In two cases, Plaintiffs have not submitted Plaintiff Profile Form, but Ashcraft & Gerel is not able to take a position on dismissal at this time: Jean Grawbadger, 3:17-cv-10973 and Ruby Wyrosdick, 3:17-cv-11310. In both cases, the originally named Plaintiffs have passed away, and Ashcraft & Gerel has not been retained by any representatives to continue their cases. Ashcraft & Gerel intends to file suggestions of death on the record in advance of the hearing next week, and Defendants have agreed to wait until after the 90-day period set forth in FRCP 25(a) before moving to dismiss (if no motion for substitution filed by that time).

  In the remaining four cases, Plaintiffs have not submitted Plaintiff Profile Forms, but additional time is needed to determine how to proceed and whether Plaintiffs will agree to voluntarily dismiss their cases:

  Margaret Burns, 3:17-cv-11259
  Sherry Flowe, 3:17-cv-10963
  Ethel Gaspard, 3:17-cv-11274
  Shilinda Scott, 3:17-cv-11283

  Defendants have agreed to provide an additional 30 days to address these cases.

  Accordingly, Defendants have agreed to remove all of these cases from their list for the hearing next week, and there is no need for Court intervention at this time.

          Respectfully submitted,

          ASHCRAFT & GEREL, LLP

          */s/ Patrick K. Lyons*
          Michelle A. Parfitt
          James F. Green
          Patrick K. Lyons
          1825 K Street NW
          Suite 700
          Washington, DC 20006
          *Counsel for Plaintiff*

January 5, 2024
Page 2 of 2

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this day, January 5, 2024, a true and correct copy of the foregoing was filed electronically with the Case Management/Electronic Filing System (CM/ECF) for the U.S. District Court for the District of New Jersey. A notice of electronic filing will be served on all parties by operation of the Court's CM/ECF system.

                                          /s/ *Patrick Lyons*
                                          Patrick Lyons
                                          *Counsel for Plaintiff*