# The Miller Firm LLC
## TRIAL LAWYERS

**Michael J. Miller – (1952 – 2021)**
**Nancy Guy Miller – MS, VA**
**Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS**
**David J. Dickens – VA, DC**
**Jeffrey Travers – VA**
**Tayjes Shah – PA, NJ**
**Curtis G. Hoke – CA**
**Jeff T. Seldomridge – VA, WV**
**Shayne K. Hodge – NJ, VA**
**Brian K. Brake – VA**
**R. Keith Morgan – MS, WV, DC**

**The Sherman Building**
**108 Railroad Avenue**
**Orange, VA 22960**

**Website: Millerfirmllc.com**
**Telephone: (540) 672-4224**
**(866) 529-3323**
**Facsimile: (540) 672-3055**

January 5, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States Magistrate Judge for The District Court of New Jersey
Clarkson S. Fisher Bldg. & US Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

      Re:   *In Re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation – MDL 2738*

           **This document relates to:**

                        **Brooks, Kristy – 3:17-cv-11694**
                        **Davis, Deborah – 3:17-cv-05555**
                        **Milner, Tonjerelle – 3:17-cv-10886**
                        **Jones, Kirra – 3:17-cv-10739**
                        **Lauvas, Trudy – 3:17-cv-114467**
                        **Stansfield, Merritt – 3:17-cv-12167**
                        **Pachov, Ashley – 3:17-cv-10772**
                        **Pearson, Mary – 3:17-cv-10892**
                        **Ragsdale, Lana – 3:17-cv-10860**
                        **Perdue, Amelia – 3:17-cv-10720**
                        **Green, Johnathan – 3:17-cv-11743**
                        **Thomas, Tanya – 3:17-cv-12923**
                        **White, Deborah – 3:17-cv-12925**

Dear Magistrate Judge Singh:

      I am writing to bring to your attention certain discovery disputes that have arisen in the aforementioned cases. On December 14, 2023, Johnson & Johnson (J&J) filed a PPF Deficiency Notice letter with the Court. (Dkt. No. 28797). Attached to J&J's letter was Exhibit A that listed thirteen cases represented by The Miller Firm that J&J alleged failed to produce discovery. On December 19, 2023, counsel for plaintiffs emailed counsel for J&J and noted his confusion as to why J&J was asserting such claims as eleven of the thirteen plaintiffs listed by J&J had responded to discovery by November 17, 2023. Upon further notice from J&J's counsel of a deficient discovery response in the White (3:17-cv-12925) case, counsel for plaintiffs took immediate steps to resolve the issue. Once the issue was resolved, counsel for J&J responded that they would remove Brooks, Davis, Milner, Jones, Stansfield, Pachov, Pearson, Ragsdale, Perdue, Green, Thomas, and White from their deficiency list. The Lauvas (3:17-cv-114467) case was stipulated to by both parties and dismissed on January 2, 2023. (Dkt No. 10).

January 5, 2024
Page 2

    It is the undersigned's position that all issues related to J&J's December 14th letter have been resolved, but counsel for the plaintiffs will be present at the January 10th telephone conference to answer any questions that the Court may have.

        Very truly yours,

        */s/ Jeff T. Seldomridge*
        Jeff Seldomridge, Esq.
        THE MILLER FIRM LLC
        The Sherman Building
        108 Railroad Avenue
        Orange, VA 22960
        E-Mail: jseldomridge@millerfirmllc.com
        Telephone: (540) 672-4224
        Facsimile:  (540) 672-3055

        *Attorneys for Plaintiffs*

cc: All Counsel of Record (via ECF)