

**LYNNE M. KIZIS, ESQ. | Shareholder**
Co-Team Leader, Mass Tort/Class Action Team

T: 732.855.6424
F: 732.726.6612
lkizis@wilentz.com

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000

January 5, 2024

**VIA ECF**
Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court-District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

RE: **In re: Johnson & Johnson Talcum Powder Product Marketing, Sales Practices and Products Liability Litigation-MDL 2738**
This document relates to:
Richards, Kevin Case No. 3:16-cv-06661
Entry 374 on Exhibit A to Sharko letter of December 14, 2023 [Docket No. 28797]

Dear Magistrate Judge Singh,

Please accept this response on behalf of the above-referenced plaintiff with respect to Johnson & Johnson's letter filed with the Court on December 14, 2023 regarding Plaintiff Profile Form (PPF) deficiencies [Docket No. 28797] and the Courts Text Order of December 18, 2023 [Docket No. 28820].

We uploaded our lone outstanding PPF for the referenced matter to MDL Centrality yesterday, January 4, 2024. Accordingly, unless otherwise directed, we will not be participating in the telephone conference upcoming before your Honor on January 10, 2024 at 11:00 a.m.

Respectfully,

Lynne M. Kizis

cc: susan.sharko@faegredrinker.com
Lindsay.Moore@BeasleyAllen.com
Leigh.Odell@BeasleyAllen.com
mparfitt@ashcraftlaw.com