**ROSS FELLER CASEY, LLP**
ATTORNEYS AT LAW
ONE LIBERTY PLACE
1650 MARKET STREET, 34th FLOOR
PHILADELPHIA, PENNSYLVANIA 19103

TEL: 215-574-2000
FAX: 215-574-3080

Brian J. McCormick, Jr., Esquire
Direct:  215-231-3740
Email:   bmccormick@rossfellercasey.com

January 5, 2024

<u>VIA ELECTRONIC FILING</u>
Hon. Rukhsanah L. Singh
U.S. Magistrate Judge
USDC, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2738**
> **This document relates to:**
> Dalton, Connie -- 3:17-cv-09074
> Ford, Teresa, on behalf of Ozella Robinson, dec'd -- 3:17-cv-02370
> Rupp, Judy -- 3:17-cv-07421

Dear Magistrate Singh:

This law firm represents the Plaintiffs in the above referenced three matters. We write on behalf of these Plaintiffs in response to the Defendants' letter filed on December 14, 2023 [ECF No. 28797] and pursuant to the Court's December 18, 2023 Text Order [ECF No. 28820].

In Exhibit A to their letter, Defendants identified three (3) cases associated with Ross Feller Casey, LLP. For the reasons specified below, these three Plaintiffs hereby oppose Defendants' request and respectfully submit that it should be denied by the Court.

First, Plaintiff Judy Rupp has agreed to voluntarily dismiss her case, and a notice of dismissal has been filed on the docket [3:17-cv-07421, ECF No. 16].

Second, for Plaintiff Teresa Ford and Plaintiff Connie Dalton, undersigned counsel hereby requests a 30-day extension up to and including February 4, 2024, in which to upload their clients' completed Plaintiff Profile Forms, medical authorizations, and any medical records in their possession to the MDL Centrality website.

I will attend the telephonic conference on January 10 on behalf of Ross Feller Casey, LLP.

Hon. Rukhsanah L. Singh
January 5, 2023
Page 2 of 2


      Should the Court require more information or have any questions, we are available at Your Honor's convenience to discuss.  We appreciate the Court's attention to this matter.


      Very truly yours,


      *Brian J. McCormick, Jr.*

      BRIAN J. MCCORMICK, JR.


BJM/eca

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this day, January 5, 2024, a true and correct copy of the foregoing was filed electronically with the Case Management/Electronic Filing System (CM/ECF) for the U.S. District Court for the District of New Jersey. A notice of electronic filing will be served on all parties by operation of the Court's CM/ECF system.

<u>/s/ *Brian J. McCormick, Jr.*</u>
BRIAN J. MCCORMICK, JR.
*Counsel for Plaintiffs*