IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-FLW-LHG |
| THIS DOCUMENT RELATES TO: *MARGARET BAFALON V. JOHNSON & JOHNSON, ET AL.* Case No. 3:17-cv-11346 | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff, Margaret Bafalon, files this Suggestion of Death upon the Record. Plaintiff Margaret Bafalon passed away on August 8, 2021 during the pendency of this civil action. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Helen Maloney, who is the Special Administrator of the Estate of Margaret Bafalon.

Dated: January 5, 2024

Respectfully submitted,

By: /s/ *Ken Moll*
Ken Moll
MOLL LAW GROUP
180 N. Stetson Ave, 35th Floor
Chicago, IL 60601
Tel: (312) 462-1700
Fax: (312) 756-0045
kmoll@molllawgroup.com
info@molllawgroup.com
**COUNSEL FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<em>/s/ Ken Moll</em>