# HO&P | HEYGOOD, ORR & PEARSON

**6363 North State Highway
161, Suite 450
Irving, Texas 75038**

**214.237.9001  |  877.446-9001  |  214.237.9002-Fax**

**www.hop-law.com**

January 5, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court – District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

Re:   In Re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation – MDL 2738

Dear Judge Singh:

      I write on behalf of the sole "Heygood, Orr & Pearson" Plaintiff listed in Exhibit A to Defendants December 14, 2023 letter to the Court; namely, Plaintiff Judy Blackmon.  Plaintiff Judy Blackmon (hereinafter, "Deceased") filed suit against the Defendants in the Circuit Court of the City of St. Louis, State of Missouri, on September 7, 2016.  The case was removed to the U.S. District Court for the Eastern District of Missouri on November 2, 2026 and, in accordance with Case Management Order Number 8, the case was re-filed against Defendants in this Court on September 25, 2017 under Cause No. 3:17-cv-07410.  On information and belief, Deceased died shortly thereafter, on January 21, 2018.  Despite numerous attempts by phone and mail, Plaintiff's counsel has been unable to secure the cooperation of any surviving heirs to the Deceased to pursue her claims in this action and assist in the procurement of the profile forms and authorizations that are the subject of the Defendant's correspondence.  On January 4, 2024, pursuant to FRCP 25, Plaintiff's counsel filed a suggestion of death with the Court in exchange for defense counsel's agreement to remove this cause from the deficiency list prior to the Court conference on January 9, 2024.

      Regards,

*John Pate*

John Pate
Heygood, Orr & Pearson