# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

### ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
PUBLIC HEALTH DEPARTMENT

3052021208833 | **CERTIFICATE OF DEATH** | 3202101006904

USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
LOCAL REGISTRATION NUMBER

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | MARGARET |
| 2. MIDDLE | |
| 3. LAST (Family) | BAFALON |
| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | MARGARET FURR BAFALON |
| 5. AGE Yrs. | 76 |
| 6. SEX | F |
| 7. DATE OF DEATH mm/dd/ccyy | 08/08/2021 |
| 8. HOUR 24 Hours | 1902 |
| 9. BIRTH STATE/FOREIGN COUNTRY | MISSISSIPPI |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | DIVORCED |
| 15. DECEDENT'S RACE | WHITE |
| 14. EDUCATION | BACHELOR |
| 17. USUAL OCCUPATION | REALTOR |
| 18. KIND OF BUSINESS OR INDUSTRY | REAL ESTATE |
| 19. YEARS IN OCCUPATION | 10 |
| 20. DECEDENT'S RESIDENCE | 1310 HERBAZAL ST |
| 21. CITY | SONOMA |
| 22. COUNTY/PROVINCE | SONOMA |
| 23. ZIP CODE | 95476 |
| 24. YEARS IN COUNTY | 16 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | HELEN MALONEY, DAUGHTER |
| INFORMANT'S MAILING ADDRESS | 5400 MCKINLEY WAY, FELTON, CA 95018 |
| 31. NAME OF FATHER/PARENT—FIRST | JOHN |
| 32. MIDDLE | EDGAR |
| 33. LAST | FURR |
| 34. BIRTH STATE | MISSISSIPPI |
| 35. NAME OF MOTHER/PARENT—FIRST | ALYEEN |
| 36. MIDDLE | |
| 37. LAST (BIRTH NAME) | PEASON |
| 38. BIRTH STATE | MISSISSIPPI |
| 39. DISPOSITION DATE mm/dd/ccyy | 08/27/2021 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF HELEN MALONEY 5400 MCKINLEY WAY, FELTON, CA 95018 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | OCEANVIEW CREMATIONS |
| 45. LICENSE NUMBER | FD2082 |
| 46. SIGNATURE OF LOCAL REGISTRAR | NICHOLAS J. MOSS, MD, MPH |
| 47. DATE mm/dd/ccyy | 08/25/2021 |
| 101. PLACE OF DEATH | WINDSOR PARK CARE CENTER OF FREMONT |
| 102. IF HOSPITAL, SPECIFY ONE | |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | X Nursing Home LTC |
| 104. COUNTY | ALAMEDA |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 2400 PARKSIDE DRIVE |
| 106. CITY | FREMONT |
| 107. CAUSE OF DEATH | |
| IMMEDIATE CAUSE (A) | LEWY BODY AND MIXED DEMENTIA |
| Approximate interval between Onset and Death (A) | MONS |
| 108. DEATH REPORTED TO CORONER? | NO |
| Sequentially, list conditions (B) | |
| (C) | |
| 109. BIOPSY PERFORMED? | NO |
| UNDERLYING CAUSE (D) | |
| 110. AUTOPSY PERFORMED? | NO |
| 111. USED IN DETERMINING CAUSE? | NO |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH | NONE |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | NO |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | NO |
| 114. CERTIFIER — Deceased Attended Since | 07/27/2021 |
| Deceased Last Seen Alive | 08/04/2021 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | JYOTSNA REDDY BOMDICA, MD |
| 116. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | JYOTSNA BOMDICA M.D. 30118 EIGENBRODT WAY, FREMONT, CA 94587 |
| 116. LICENSE NUMBER | A55836 |
| 117. DATE mm/dd/ccyy | 08/17/2021 |
| 118. MANNER OF DEATH | |
| 122. PLACE OF INJURY | |
| 124. DESCRIBE HOW INJURY OCCURRED | |
| 125. LOCATION OF INJURY | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | |

STATE REGISTRAR | A | B | C | D | E | FAX AUTH.# | CENSUS TRACT

1 of 1

CAALAMEDO1

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED  **OCT 18 2021**

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.



HEALTH OFFICER AND LOCAL REGISTRAR,
ALAMEDA COUNTY, CALIFORNIA

001395833

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE