# Exhibit B

DE-140

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Carolyn D. Cain, SBN 161377  Cain, Cain & Housman  150 N. Wiget Lane, Suite 105  Walnut Creek, CA 94598 | TELEPHONE AND FAX NOS.: (925) 932-0893  (925) 932-0216 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Helen Maloney | | FILED  Superior Court of California  County of Alameda  11/28/2023  Chad Finke, Executive Officer/Clerk of the Court  By: _____ Deputy  G. Guerrero |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda  STREET ADDRESS: 2120 Martin Luther King Jr. Way  MAILING ADDRESS:  CITY AND ZIP CODE: Berkeley, CA 94704  BRANCH NAME: | | |
| ESTATE OF (Name): Margaret Bafalon                                              DECEDENT | | |

| ORDER FOR PROBATE  ORDER APPOINTING ☐ Executor  ☐ Administrator with Will Annexed  ☐ Administrator   ☒ Special Administrator  ☒ Order Authorizing Independent Administration of Estate  ☒ with full authority   ☐ with limited authority | CASE NUMBER:  23PRO51372 |
|---|---|

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. Date of hearing: 11/27/2023   Time: 9:00 a.m.   Dept./Room: 201   Judge: [illegible]

**THE COURT FINDS**

2. a. All notices required by law have been given.
   b. Decedent died on (date): 8/8/2021
      (1) ☒ a resident of the California county named above.
      (2) ☐ a nonresident of California and left an estate in the county named above.
   c. Decedent died
      (1) ☒ intestate
      (2) ☐ testate
      and decedent's will dated:                             and each codicil dated:
      was admitted to probate by Minute Order on (date):

**THE COURT ORDERS**

3. (Name): Helen Maloney
   is appointed **personal representative**:
   a. ☐ executor of the decedent's will
   b. ☐ administrator with will annexed
   c. ☐ administrator
   d. ☒ special administrator
       (1) ☐ with general powers
       (2) ☒ with special powers as specified in Attachment 3d(2)
       (3) ☐ without notice of hearing
       (4) ☒ letters will expire on (date):
   and letters shall issue on qualification.

4. a. ☒ **Full authority** is granted to administer the estate under the Independent Administration of Estates Act.
   b. ☐ **Limited authority** is granted to administer the estate under the Independent Administration of Estates Act (there is no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

5. a. ☒ Bond is not required.
   b. ☐ Bond is fixed at: $                to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $                are ordered to be placed in a blocked account at (specify institution and location):
       and receipts shall be filed. No withdrawals shall be made without a court order. ☐ Additional orders in Attachment 5c.
   d. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court order.

6. ☒ (Name):                                                 is appointed probate referee.

Date: 11/27/2023

7. ☒ Number of pages attached:

                                                                JUDGE OF THE SUPERIOR COURT
                                                                ☐ SIGNATURE FOLLOWS LAST ATTACHMENT
                                                                Morris Jacobson / Judge

Bafalon, Margaret

Electronically Received 11/20/2023 03:42 PM

**Attachments 3d(2) to Order for Probate Special Administrator**
<u>Estate of **Margaret Bafalon**</u>, Superior Court of California, County of Alameda
**Case Number 23PRO51372**

**Attachment 3d(2)**

**Petitioner Helen Maloney** ("Petitioner") is appointed as Special Administrator of the Estate of Margaret Bafalon and is authorized with the special power to maintain an action for damages on behalf of the **Estate of Margaret Bafalon** ("Decedent") under *Probate Code* Sections 8540(a) and (b), 8541, and 8544(a)(3), regarding *Margaret Bafalon v. Johnson & Johnson*, et al, Superior Court of California, County of Sonoma, Case Number SCV 262126, filed on March 12, 2018. *(Probate Code* Sections 8545(a) and 10405 and *Estate of Buchman* (1955) 132 Cal. App.2d 81.)

Appointment of **Petitioner Helen Maloney** as the Special Administrator and granting special powers to maintain the above-described action is necessary to maintain the claims of the Estate against Johnson and Johnson, et al.

A Petition for Probate requesting Letters of Administration is scheduled for January 3, 2024, at 9:45 a.m. in Dept. 201.

| | | |
|---|---|---|
| **SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA** | | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS: Berkeley Courthouse 2120 Martin Luther King, Jr. Way, Berkeley, CA 94704 | | **FILED** Superior Court of California County of Alameda 11/28/2023 Chad Finke, Executive Officer / Clerk of the Court By: _____ Deputy G. Guerrero |
| PLAINTIFF/PETITIONER: Helen Maloney | | |
| DEFENDANT/RESPONDENT: | | |
| **CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL PROCEDURE 1010.6** | CASE NUMBER: 23PR051372 | |

I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the Order proposed Ex Parte Order Appointing Special Administrator entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.

Carolyn D Cain
Cain, Cain & Housman
cdcainlaw@gmail.com

Chad Finke, Executive Officer / Clerk of the Court

Dated: 11/28/2023          By:

G. Guerrero, Deputy Clerk

**CERTIFICATE OF ELECTRONIC SERVICE
CODE OF CIVIL PROCEDURE 1010.6**