# Exhibit C

**DE-150**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Carolyn D. Cain, SBN 161377<br>cdcainlaw@gmail.com<br>Cain, Cain & Housman<br>150 N. Wiget Lane, Suite 105<br>Walnut Creek, CA 94598 | (925) 932-0893<br>Fax (925) 932-0216 | **FILED**<br>ALAMEDA COUNTY<br>DEC 2 2 2023<br>CLERK OF THE SUPERIOR COURT<br>By _[signature]_, Deputy |
| ATTORNEY FOR (Name): Helen Maloney | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 2120 Martin Luther King Jr. Way
MAILING ADDRESS:
CITY AND ZIP CODE: Berkeley, CA 94704
BRANCH NAME:

**ESTATE OF** (Name):
Margaret Bafalon
**DECEDENT**

**LETTERS**
☐ TESTAMENTARY  ☐ OF ADMINISTRATION
☐ OF ADMINISTRATION WITH WILL ANNEXED  ☒ SPECIAL ADMINISTRATION

CASE NUMBER: 23PR051372

---

**LETTERS**

1. ☐ The last will of the decedent named above having been proved, the court appoints (name):
   a. ☐ executor.
   b. ☐ administrator with will annexed.
2. ☒ The court appoints (name): Helen Maloney
   a. ☐ administrator of the decedent's estate.
   b. ☒ special administrator of decedent's estate
      (1) ☒ with the special powers specified in the Order for Probate.
      (2) ☐ with the powers of a general administrator.
      (3) ☐ letters will expire on (date):

3. ☒ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act ☒ **with full authority**
   ☐ **with limited authority** (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

4. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)   Date: DEC 2 2 2023
Clerk, by CHAD FINKE EXECUTIVE OFFICER/CLERK
_[signature]_
(DEPUTY)
**ADELINE BROPHY**

**AFFIRMATION**

1. ☐ PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).

2. ☒ INDIVIDUAL: **I solemnly affirm** that I will perform the duties of personal representative according to law.

3. ☐ INSTITUTIONAL FIDUCIARY (name):
   **I solemnly affirm** that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (Name and title):

4. Executed on (date): 12/6/2023
   at (place): Ben Lomond, California.

   _Helen Maloney_
   (SIGNATURE)

**CERTIFICATION**

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)   Date:
Clerk, by
(DEPUTY)

---

Form Approved by the Judicial Council of California
DE-150 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]
CEB Essential Forms — ceb.com

**LETTERS**
(Probate)

Probate Code, §§ 1001, 8403, 8405, 8544, 8545;
Code of Civil Procedure, § 2015.6

Bafalon, Margaret