IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> _____ <br> **THIS DOCUMENT RELATES TO:** <br><br> *MARGARET BAFALON V. JOHNSON & JOHNSON, ET AL.* <br> Case No. 3:17-cv-11346 | MDL No. 3:16-md-2738-FLW-LH |

# [PROPOSED] ORDER GRANTING MOTION FOR SUBTITUTION OF PLAINTIFF UNDER RULE 25(a)(1)

THIS CAUSE having come before this Honorable Court on Helen Maloney, Individually and as Special Administrator of the Estate of Margaret Bafalon, deceased's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED

2. HELEN MALONEY, Individually and as Special Administrator of the Estate of Margaret Bafalon, deceased is substituted as Plaintiff in this action.

Ordered this _____ day of _____, 20_____.

_____
HON. MICHAEL A. SHIPP
UNITED STATES DISTRICT COURT JUDGE