# EXHIBIT A

| Case Name | Docket | Current Status |
|---|---|---|
| Anderson, Tammy obo Shirley Anderson (deceased) v. Talcum Powder | 3:17-cv-09423 | PPF Produced |
| Witteveen, Crystal obo Cindy Armstrong (deceased) v. Talcum Powder | 3:17-cv-09442 | PPF Produced |
| Peterson, Angela obo Kathleen Ann Arneberg (deceased) v. Talcum Powder | 3:17-cv-08650 | PPF Produced |
| Ashburn, Linda K. v. Talcum Powder | 3:17-cv-10441 | Previously-served PFS Produced |
| Allen, Jessica obo Michelle Hammer-Allen (deceased) v. Talcum Powder | 3:17-cv-08624 | Client is deceased, PPF and medical records produced, request 60 days to identify next of kin |
| Baird, John William obo Ellen Baird (deceased) v. Talcum Powder | 3:17-cv-08865 | PPF Produced |
| Baker, LuAnn v. Talcum Powder | 3:17-cv-08871 | Previously-served PFS Produced |
| Ayo, Evelyn (deceased) v. Talcum Powder | 3:17-cv-08860 | Client is deceased, PPF and medical records produced, request 60 days to identify next of kin |
| Bankston, Catherine obo Lisa Bankston (deceased) v. Talcum Powder | 3:17-cv-09430 | PPF Produced |
| Floyd, Crystal obo Brenda Jean Bartley (deceased) v. Talcum Powder | 3:17-cv-10556 | PPF Produced |
| Bell, Lekisa v. Talcum Powder | 3:17-cv-08944 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Austin, Erin obo Millicent Carter (deceased) v. Talcum Powder | 3:17-cv-10586 | Previously-served PFS Produced |
| Bennett, Wanda v. Talcum Powder | 3:17-cv-08874 | Previously-served PFS Produced |
| Bottoms, Carson obo Aledda J. Bottoms (deceased) v. Talcum Powder | 3:17-cv-08919 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Stevens, Heather Lee obo Sherry Bouler (deceased) v. Talcum Powder | 3:17-cv-13041 | PPF Produced |
| Bradley, Monica obo Kathy L. Bradley (deceased) v. Talcum Powder | 3:17-cv-08513 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |

| | | |
|---|---|---|
| Brinlee, Misty M. v. Talcum Powder | 3:17-cv-10238 | PPF Produced |
| Brown, Thraese obo Desiree Brown (deceased) v. Talcum Powder | 3:17-cv-10255 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Jackson, Crystal obo Linda Brown (deceased) v. Talcum Powder | 3:17-cv-09032 | PPF Produced |
| Buda, Kathy v. Talcum Powder | 3:17-cv-10306 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Calhoon, Sandra M. v. Talcum Powder | 3:17-cv-10171 | Previously-served PFS Produced |
| Cortez, Marleen H. obo Joaneva Burns (deceased) v. Talcum Powder | 3:17-cv-09243 | Previously-served PFS Produced |
| Burton, Marecya v. Talcum Powder | 3:17-cv-09244 | Previously-served PFS Produced |
| Crider, Logan Nathanial obo Teresa Crider (deceased) v. Talcum Powder | 3:17-cv-08671 | PPF Produced |
| Cardello, Gaetana F. (deceased) v. Talcum Powder | 3:17-cv-08654 | Client is deceased, PPF and medical records produced, request 60 days to identify next of kin |
| Carr, Melissa Ann v. Talcum Powder | 3:17-cv-08661 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Carson, Christa v. Talcum Powder | 3:17-cv-10449 | Previously-served PFS Produced |
| Pate, Loretta obo Margie Carson (deceased) v. Talcum Powder | 3:17-cv-09287 | PPF Produced |
| Cunningham, Walter obo Mildred Cunningham (deceased) v. Talcum Powder | 3:17-cv-09437 | Previously-served PFS Produced |
| Chambers, Vivian obo Angela Turner (deceased) v. Talcum Powder | 3:17-cv-10223 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Cooper, Sharon v. Talcum Powder | 3:17-cv-08238 | PPF Produced |
| Corsetti, Kathleen P. v. Talcum Powder | 3:17-cv-09254 | Previously-served PFS Produced |

| Case Name | Case Number | Status |
|---|---|---|
| Craig, Patricia v. Talcum Powder | 3:17-cv-09262 | Previously-served PFS Produced |
| Dahl, Betty v. Talcum Powder | 3:17-cv-08243 | Previously-served PFS Produced |
| Crollard, Paul F. (deceased) obo Shelley A. Crollard (deceased) v. Talcum Powder | 3:17-cv-08868 | Client is deceased, PPF and medical records produced, request 60 days to identify next of kin |
| Cross, Veda (deceased) v. Talcum Powder | 3:17-cv-10278 | Client is deceased, PPF and medical records produced, request 60 days to identify next of kin |
| Cunningham, Bonnie v. Talcum Powder | 3:17-cv-12209 | PPF Produced |
| DeFrance, Garry obo Lillian DeFrance (deceased) v. Talcum Powder | 3:17-cv-10496 | Previously-served PFS Produced |
| Francoeur, Maryellen obo Isabel Heredia (deceased) v. Talcum Powder | 3:17-cv-10039 | Previously-served PFS Produced |
| Darling, Kimberly (deceased) v. Talcum Powder | 3:17-cv-05480 | Client is deceased, PPF and medical records produced, request 60 days to identify next of kin |
| Davis, Thomas obo Christine Elaine Davis (deceased) v. Talcum Powder | 3:17-cv-08512 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Davis, Aaron obo Elizabeth Davis (deceased) v. Talcum Powder | 3:17-cv-09790 | PPF Produced |
| Fuller, Tipphany v. Talcum Powder | 3:17-cv-08925 | Previously-served PFS Produced |
| Kubicki, Belinda obo Virginia Degand (deceased) v. Talcum Powder | 3:17-cv-10470 | PPF Produced |
| Dempsey, Kori v. Talcum Powder | 3:17-cv-10333 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Dickerson, Tammy v. Talcum Powder | 3:17-cv-10475 | Previously-served PFS Produced |
| Dipsey, Joseph obo Victoria Dipsey (deceased) v. Talcum Powder | 3:17-cv-09534 | PPF Produced |
| Edwards, Antavis obo Brenda F. Edwards (deceased) v. Talcum Powder | 3:17-cv-08593 | PPF Produced |

| | | |
|---|---|---|
| Elizardo, Vickie v. Talcum Powder | 3:17-cv-09628 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Gaynor, Teryn obo Brenda Windham (deceased) v. Talcum Powder | 3:17-cv-13645 | Previously-served PFS Produced |
| White, Donna v. Talcum Powder | 3:17-cv-10511 | PPF Produced |
| Fairchild, Heather obo Beth Grunden (deceased) v. Talcum Powder | 3:17-cv-10806 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Battles, Connie obo Brenda Lee Flack (deceased) v. Talcum Powder | 3:17-cv-10344 | PPF Produced |
| Findley, Shawn obo Dianna Moyer (deceased) v. Talcum Powder | 3:17-cv-10352 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Fisher, Brenda M. v. Talcum Powder | 3:17-cv-09632 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Frazier, Allen W. obo Robin Lazarus (deceased) v. Talcum Powder | 3:17-cv-10804 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Granger, John Stephen obo Betsy Ross (deceased) v. Talcum Powder | 3:17-cv-09131 | Previously-served PFS Produced |
| Florence, Tatianna obo Celeste Gaines (deceased) v. Talcum Powder | 3:17-cv-10283 | PPF Produced |
| Sabbath, Regina obo Irma Gaskin (deceased) v. Talcum Powder | 3:17-cv-08940 | PPF Produced |
| Frederick, Alicia v. Talcum Powder | 3:17-cv-10364 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Givens, Beverly v. Talcum Powder | 3:17-cv-10515 | Previously-served PFS Produced |
| Gleason, David obo Edith Gleason (deceased) v. Talcum Powder | 3:17-cv-08808 | PPF Produced |

| Case | Docket | Status |
|---|---|---|
| Golden, Kalisa obo JoHelen Golden (deceased) v. Talcum Powder | 3:17-cv-09637 | PPF Produced |
| Fritz, Elizabeth Ann v. Talcum Powder | 3:17-cv-09819 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Frost, Ellen v. Talcum Powder | 3:17-cv-10878 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Girado, Leticia v. Talcum Powder | 3:17-cv-09824 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Hall, Blake obo Debra Hall (deceased) v. Talcum Powder | 3:17-cv-08616 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Hammons, Alana obo Lesa Renna Wilburn (deceased) v. Talcum Powder | 3:17-cv-10199 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Hayes, Kimberly v. Talcum Powder | 3:17-cv-10313 | Previously-served PFS Produced |
| Hayes, Veronica C. v. Talcum Powder | 3:17-cv-10524 | Previously-served PFS Produced |
| Hall, Mindy obo Mary A. Murray (deceased) v. Talcum Powder | 3:17-cv-10434 | Previously-served PFS Produced |
| Hamilton, Bobby R. obo Zora Hamilton (deceased) v. Talcum Powder | 3:17-cv-07685 | Previously-served PFS Produced |
| Herriges, Eric obo Heather Herriges (deceased) v. Talcum Powder | 3:17-cv-09056 | Previously-served PFS Produced |
| Holden, Cynthia v. Talcum Powder | 3:17-cv-09737 | Previously-served PFS Produced |
| Whatley, Chad M. obo Mona Holland (deceased) v. Talcum Powder | 3:17-cv-10349 | PPF Produced |
| Hicks, Claude obo Michelle Jenkins (deceased) v. Talcum Powder | 3:17-cv-10405 | Previously-served PFS Produced |
| Jackson, Barbara v. Talcum Powder | 3:17-cv-09029 | Previously-served PFS Produced |
| Dixon, Karen v. Talcum Powder | 3:17-cv-09040 | PPF Produced |

| Case | Docket No. | Status |
|---|---|---|
| Hoover, Demetrius obo Deanna Hoover (deceased) v. Talcum Powder | 3:17-cv-10398 | Previously-served PFS Produced |
| Hancock, Karen v. Talcum Powder | 3:17-cv-10303 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Johnson, Kara v. Talcum Powder | 3:17-cv-10530 | PPF Produced |
| Johnson, Nynita Victoria obo Robin Johnson (deceased) v. Talcum Powder | 3:17-cv-10408 | PPF Produced |
| Jones, LaBrenda M. v. Talcum Powder | 3:17-cv-09103 | PPF Produced |
| Jones, Wendy v. Talcum Powder | 3:17-cv-10435 | Previously-served PFS Produced |
| Kelly, Linda (deceased) v. Talcum Powder | 3:17-cv-11436 | Previously-served PFS Produced |
| Kelly, Pamella v. Talcum Powder | 3:17-cv-10565 | Previously-served PFS Produced |
| Hatch, Daniel Michael obo Patricia Hatch (deceased) v. Talcum Powder | 3:17-cv-08686 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| King, Cindy v. Talcum Powder | 3:17-cv-09149 | Previously-served PFS Produced |
| Kirk, Eva v. Talcum Powder | 3:17-cv-10581 | Previously-served PFS Produced |
| Kern, Elizabeth obo Dorothy Hogan (deceased) v. Talcum Powder | 3:17-cv-09072 | Previously-served PFS Produced |
| Heath, Mark obo Susan Stewart (deceased) v. Talcum Powder | 3:17-cv-10086 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Jensen, Dagmar v. Talcum Powder | 3:17-cv-09050 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Joyner-Cannon, Tabitha obo Vickie Martinez (deceased) v. Talcum Powder | 3:17-cv-06060 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |

| | | |
|---|---|---|
| Kimmel, Luke obo Patricia Kimmel (deceased) v. Talcum Powder | 3:17-cv-10575 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Lane, William obo Donna Faye Lane (deceased) v. Talcum Powder | 3:17-cv-10639 | Previously-served PFS Produced |
| Lewis-Allbright, Tracy v. Talcum Powder | 3:17-cv-10635 | Previously-served PFS Produced |
| Lika, Naime obo Mevlude Melba Lika (deceased) v. Talcum Powder | 3:17-cv-09075 | PPF Produced |
| Locklear, Geroldine v. Talcum Powder | 3:17-cv-09094 | PPF Produced |
| Montgomery, Elizabeth obo Katherine Lett (deceased) v. Talcum Powder | 3:17-cv-09693 | Previously-served PFS Produced |
| Logan, Shunteka v. Talcum Powder | 3:17-cv-10612 | PPF Produced |
| Long, Glenda v. Talcum Powder | 3:17-cv-09464 | Previously-served PFS Produced |
| Long, Valerie v. Talcum Powder | 3:17-cv-09742 | PPF Produced |
| Kintner, Thomas obo Laura R. Saldana-Kintner (deceased) v. Talcum Powder | 3:17-cv-04353 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Lane, Audre'as De'Mong, Sr. obo Vera Jean Lane (deceased) v. Talcum Powder | 3:17-cv-10406 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Marks, Judy v. Talcum Powder | 3:17-cv-09163 | PPF Produced |
| Marr, Joanne v. Talcum Powder | 3:17-cv-09171 | Previously-served PFS Produced |
| Lawson, Renee obo Connie Sue Marsee (deceased) v. Talcum Powder | 3:17-cv-10597 | PPF Produced |
| Leber, June I. v. Talcum Powder | 3:17-cv-08934 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Mackey, Cora (deceased) v. Talcum Powder | 3:17-cv-09144 | Client is deceased, PPF and medical records produced, request 60 days to identify next of kin |

| Name | Case No. | Status |
|---|---|---|
| Maly, Gayle (deceased) v. Talcum Powder | 3:17-cv-13752 | Client is deceased, PPF and medical records produced, request 60 days to identify next of kin |
| Mason, Ruby Carol v. Talcum Powder | 3:17-cv-10579 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Shannon, Kantina obo Jassmeka McGaughy (deceased) v. Talcum Powder | 3:17-cv-08843 | PPF Produced |
| McClendon, Christopher obo Carolyn Jean McClendon (deceased) v. Talcum Powder | 3:17-cv-10567 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| McDowell, Glenda obo Tamara F. McDowell (deceased) v. Talcum Powder | 3:17-cv-10383 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Menzel, Peggy Elizabeth v. Talcum Powder | 3:17-cv-10561 | Previously-served PFS Produced |
| Moore Genn, Coleen obo Bridget J. Moore (deceased) v. Talcum Powder | 3:17-cv-10599 | Previously-served PFS Produced |
| McNeill, Diane M. (deceased) v. Talcum Powder | 3:17-cv-12812 | Client is deceased, PPF and medical records produced, request 60 days to identify next of kin |
| Moore, Terrance obo Halcyon Marquette Blake (deceased) v. Talcum Powder | 3:17-cv-10164 | Previously-served PFS Produced |
| Nash, Jessica obo Terry Nash (deceased) v. Talcum Powder | 3:17-cv-10422 | PPF Produced |
| Meacham, Claudia obo Roberta Meacham (deceased) v. Talcum Powder | 3:17-cv-09391 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Nicolan, John obo Mary Lee Nicolan (deceased) v. Talcum Powder | 3:17-cv-10820 | PPF Produced |
| Molina, Miguel obo Berta Rey-Molina (deceased) v. Talcum Powder | 3:17-cv-09334 | PPF Produced |
| Arvelo, Valerie obo Jo-Ann Pacheco (deceased) v. Talcum Powder | 3:17-cv-10013 | PPF Produced |

| Case Name | Case Number | Status |
|---|---|---|
| Neff, Elizabeth v. Talcum Powder | 3:17-cv-13607 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Payne, Maddison obo Michelle Payne (deceased) v. Talcum Powder | 3:17-cv-10484 | Previously-served PFS Produced |
| O'Brien, Patricia v. Talcum Powder | 3:17-cv-09788 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Parsons, Thurman (deceased) M. obo Kathy Jo Parsons (deceased) v. Talcum Powder | 3:17-cv-08300 | Client is deceased, PPF and medical records produced, request 60 days to identify next of kin |
| Durden, Kelly E. obo Peggy Pollard (deceased) v. Talcum Powder | 3:17-cv-09773 | PPF Produced |
| Procter, Lynn v. Talcum Powder | 3:17-cv-09786 | Previously-served PFS Produced |
| Savoy, Tosha obo Joan Proctor (deceased) v. Talcum Powder | 3:17-cv-09373 | PPF Produced |
| Rains, Donna v. Talcum Powder | 3:17-cv-10027 | Previously-served PFS Produced |
| Peters, Sherry L. v. Talcum Powder | 3:17-cv-10030 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Peterson, Karen Jean v. Talcum Powder | 3:17-cv-09018 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Preiss, Melissa obo Melanie Jane Balduf (deceased) v. Talcum Powder | 3:17-cv-08301 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Rathbone, Christopher obo Deborah Rathbone (deceased) v. Talcum Powder | 3:17-cv-10553 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Rodrigue, Claudia v. Talcum Powder | 3:17-cv-10014 | Previously-served PFS Produced |

| | | |
|---|---|---|
| Rodriguez, Kathleen v. Talcum Powder | 3:17-cv-09143 | Previously-served PFS Produced |
| Rivera, Christy L. obo Rita Sue Bumgarner (deceased) v. Talcum Powder | 3:17-cv-10395 | Previously-served PFS Produced |
| Reddix, Sherri v. Talcum Powder | 3:17-cv-10481 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Ross, Akin obo Veronica Lofton (deceased) v. Talcum Powder | 3:17-cv-09428 | Previously-served PFS Produced |
| Reynolds, Lori v. Talcum Powder | 3:17-cv-10361 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Rossi, Regina obo Barbara Russo (deceased) v. Talcum Powder | 3:17-cv-09122 | Previously-served PFS Produced |
| Schneider, Roneka v. Talcum Powder | 3:17-cv-09081 | PPF Produced |
| Schnelle, Susan v. Talcum Powder | 3:17-cv-09306 | Previously-served PFS Produced |
| Schory, Rebecca Lorraine v. Talcum Powder | 3:17-cv-10368 | Previously-served PFS Produced |
| Roman, Ermelinda obo Aurelia Lens (deceased) v. Talcum Powder | 3:17-cv-10590 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Wrightsmith, David obo Caroline Shallman (deceased) v. Talcum Powder | 3:17-cv-09440 | Previously-served PFS Produced |
| Shaut, Patrick obo Marie Shaut (deceased) v. Talcum Powder | 3:17-cv-08835 | PPF Produced |
| Rucker, Demika obo Harriett Rucker (deceased) v. Talcum Powder | 3:17-cv-10009 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Strickland, Michele obo Janet Shirk (deceased) v. Talcum Powder | 3:17-cv-09058 | PPF Produced |
| Salpeter, Steven obo Susan Widen-Salpeter (deceased) v. Talcum Powder | 3:17-cv-09426 | Previously-served PFS Produced |
| Williams, Charles obo Katherine Slowey (deceased) v. Talcum Powder | 3:17-cv-08712 | PPF Produced |
| Siders, Robert M. obo Pamela Diane Siders (deceased) v. Talcum Powder | 3:17-cv-10357 | Previously-served PFS Produced |

| Case | Number | Status |
|---|---|---|
| Smith, Judy Jane v. Talcum Powder | 3:17-cv-10267 | Previously-served PFS Produced |
| Smith, Martha v. Talcum Powder | 3:17-cv-09057 | PPF Produced |
| Rutkowski, Roxanne v. Talcum Powder | 3:17-cv-05483 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Schulz, Tom obo JoAnn Schulz (deceased) v. Talcum Powder | 3:17-cv-07237 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Shepherd, John obo Janet A. Shepherd (deceased) v. Talcum Powder | 3:17-cv-08704 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Stamps, Rosie v. Talcum Powder | 3:17-cv-10478 | Previously-served PFS Produced |
| So, Paula (deceased) v. Talcum Powder | 3:17-cv-10082 | Client is deceased, PPF and medical records produced, request 60 days to identify next of kin |
| Solis, Maria v. Talcum Powder | 3:17-cv-10250 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Spencer, Victoria v. Talcum Powder | 3:17-cv-08313 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Stanek, Pamela v. Talcum Powder | 3:17-cv-07576 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Strong, Sheree v. Talcum Powder | 3:17-cv-09281 | Previously-served PFS Produced |
| Steen, Kevin obo Elisha Steen (deceased) v. Talcum Powder | 3:17-cv-09660 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |

| | | |
|---|---|---|
| Stettner, Daniel obo Jean Boffardi Stettner (deceased) v. Talcum Powder | 3:17-cv-10220 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Supple, Eric obo Chrystal Supple (deceased) v. Talcum Powder | 3:17-cv-10555 | PPF Produced |
| Bush, Dovie v. Talcum Powder | 3:17-cv-08696 | PPF Produced |
| Stroud, Sarah obo Kecia Laquette Stroud (deceased) v. Talcum Powder | 3:17-cv-10216 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Thompson, Natalie v. Talcum Powder | 3:17-cv-08690 | PPF Produced |
| Tobin, Elizabeth Ann v. Talcum Powder | 3:17-cv-09023 | Previously-served PFS Produced |
| Todd, Samuel obo Christine Todd (deceased) v. Talcum Powder | 3:17-cv-10773 | PPF Produced |
| Geier, Darlene A. obo Philomena Sherry Tristani (deceased) v. Talcum Powder | 3:17-cv-10492 | PPF Produced |
| Trudeau, Judith L. (deceased) v. Talcum Powder | 3:17-cv-09020 | Previously-served PFS Produced |
| Small, Edith v. Talcum Powder | 3:18-cv-16457 | PPF Produced |
| Sullivan, William obo Mary M. Sullivan (deceased) v. Talcum Powder | 3:17-cv-10812 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Wait, Angie v. Talcum Powder | 3:17-cv-09706 | Previously-served PFS Produced |
| Tucker, April D. obo Caroline Tucker (deceased) v. Talcum Powder | 3:17-cv-09235 | Previously-served PFS Produced |
| Warren, Brenda Joyce (deceased) v. Talcum Powder | 3:17-cv-11799 | Previously-served PFS Produced |
| Swope, Latricia obo Katherine Constant (deceased) v. Talcum Powder | 3:17-cv-08568 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Thomas, Mateline Patricia v. Talcum Powder | 3:17-cv-08691 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |

| | | |
|---|---|---|
| Williams, Jennifer obo Deidrae Sapp (deceased) v. Talcum Powder | 3:17-cv-09314 | Previously-served PFS Produced |
| Wooliver, Connie v. Talcum Powder | 3:17-cv-10765 | Previously-served PFS Produced |
| Williams, Carolyn D. v. Talcum Powder | 3:17-cv-10453 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Wright, Lisa v. Talcum Powder | 3:17-cv-09215 | Previously-served PFS Produced |
| Pryor, Rhonda obo Pamela Young (deceased) v. Talcum Powder | 3:17-cv-09212 | PPF Produced |
| Wiggins, Raley L. obo Mary Jones (deceased) v. Talcum Powder | 3:17-cv-07443 | PPF Produced |
| Ray, Jenna L. v. Talcum Powder | 3:17-cv-07446 | PPF Produced |
| Wright, Jeana v. Talcum Powder | 3:17-cv-09218 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |
| Giancursio, Julianne v. Talcum Powder | 3:17-cv-07442 | PPF Produced |
| Menhal, Patty v. Talcum Powder | 3:17-cv-06370 | PPF Produced |
| Rudnick, Rhonda v. Talcum Powder | 3:17-cv-10853 | PPF Produced |
| Crenshaw, Deborah | 3:17-cv-01820 | PPF Produced |
| Edwards, Antoine obo Chrisha Edwards (deceased) v. Talcum Powder | 3:17-cv-00513 | PPF Produced |
| Epps, Jackie v. Talcum Powder | 3:16-cv-07890 | PPF Produced |
| Stevens, George obo Terri Rebstock (deceased) v. Talcum Powder | 3:17-cv-10019 | Unable to reach client, produced PPF and medical records. Request 60 days to locate client and complete process. |