Morris Bart, LA
Terry B. Loup, LA, MS, TX
Glenn Lieberman, LA
Kenneth Altman, LA, MS, FL, AL
Craig A. Gentry, LA, MS
Janet Buggee Avery, LA
James L. Leathem, LA, TX
Roderick A. James, LA
Dennis N. Thomson, LA, AL, AR
Abby L. Roberts, LA, AR
Paige Patriarca, LA
Patrick H. Gibbons, LA
Esmeralda Graham, LA, NM
Lauren Pilie, LA, GA
Przemek Lubecki, LA, IL
Matthew Hemmer, LA, OH, KY
Kathryn Landry, LA
Austin Marks, LA
Erin E. Cloyd, LA
Sharika L. King, LA
Kelly Johnson, LA
Adam Bosso, LA
Tamyra Craig, LA
Betsy Barnes, LA
John Richards, LA, AR
Paul Villalobos, LA
John Enochs, LA, TX, MS, KY
Spencer Gulden, LA, TX
Jacob Goehring, LA
Marquita Cage, LA
Rachael Fajoni, LA
Eve Vavrick, LA
Alexander Lair, LA
Tara Melancon, LA
Robert Warren, LA
Jordan Lieberman, LA
Stephen Johnson, LA
Gillian Gibbs, LA
Andrew Lair, LA
Tessa Arnold, LA
Leah Rhodes, LA
James Mason, LA
Annie Jane Robinson, LA
Nathaniel Hanet, LA
Nyanna Miller, LA
Pierre Walker, III, LA
Alina Gonzalez, LA
Chanel Long, LA
Lourdes Salazar, LA
Alicia Frison, LA
Marlin Gusman, Jr., LA
Wynton Yates, LA
Bethany Williams, TX
Mackenzi Saucier, LA
Dylan Cubbedge, LA
Michael Bernard, LA
Andree Lair, LA

OF COUNSEL
Darryl Dungan, LA, FL
Alaraby Johnson, LA
Kristi Tamura, LA
Mark Lumpkin, MS, LA
Stephanie Roberts, LA
Edward L. Boudreaux, III, LA
Thelia Jean Eaby, LA
Kevin Galatas, LA
Brejette Bundy, LA
Simone Cifuentes, LA
Katherine Lobrano, LA

ADMINISTRATOR
Mark Duhon

# MORRIS**BART**, L.L.C.
ATTORNEYS AT LAW

Pan American Life Center, 601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130-6036

January 5, 2024

**VIA Electronic Mail**

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey 08608

**RE:** **Johnson & Johnson Talcum Powder Product Marketing, Sales Practices and Products Liability Litigation- MDL 2738**

This document relates to: David Hartwell, Individually and on Behalf of, Eunice Heyward

Dear Magistrate Judge Singh,

Please accept this response on behalf of the above-reference plaintiff with respect to Johnson & Johnson's letter filed with the Court on December 14, 3023 regarding Plaintiff Profile Form deficiencies [Docket No. 28797] and the Courts Text order of December 18, 2023 [Docket No. 28820].

We received an email from opposing counsel, Sean Garret, on November 14, 2023, notifying us of the Plaintiff Profile Form deficiencies. We uploaded and corrected the Plaintiff Profile Form deficiencies on November 29, 2023. Accordingly, unless otherwise directed, we will not be participating in the telephone conference upcoming before your Honor on January 10, 2024, at 11:00 a.m.

Sincerely,

*/s/ Betsy J. Barnes*

Betsy J. Barnes