SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP AND AFFILIATES
One Manhattan West
New York, New York 10001-8602
Tel:    (212) 735-3000
*Attorneys for Defendant Johnson & Johnson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | Civil Action No. 3:16-md-2738-MAS-RLS<br><br>MDL No. 2738<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears on behalf of defendant Johnson & Johnson ("J&J").

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Attorneys for Defendant Johnson & Johnson

By:    */s/ Jessica Davidson*
          Jessica Davidson

Dated:  January 8, 2024

## **CERTIFICATION OF SERVICE**

      I hereby certify that on January 8, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                                      */s/ Jessica Davidson*
                                      Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
Jessica Davidson
One Manhattan West
New York, New York 10001-8602
Tel:   (212) 735-3000
Fax:   (212) 735-2000
Email:  jessica.davidson@skadden.com

2