

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
+1 973 549 7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

January 9, 2024

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re:  *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*
     **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh,

Pursuant to Your Honor's request in response to Defendants' letter of December 14, 2023 [Dkt. No. 28797], here is a joint list of the lawyers who are planning to attend the January 10, 2024, hearing:

For the Johnson & Johnson defendants:

- Susan M. Sharko, Faegre Drinker Biddle & Reath (speaking)
- Sean C. Garrett, Faegre Drinker Biddle & Reath

For the Plaintiffs' Steering Committee:

- Michelle A. Parfitt, Ashcraft & Gerel (speaking)
- P. Leigh O'Dell, Beasley Allen

For other Plaintiffs involved in the matter to be discussed at the status conference (speaking if their individual cases are discussed):

- Sindhu Daniel, Grant & Eisenhofer
- Katherine Riley, Barrett Law Group
- Amanda Klevorn and/or Brandi Hamilton, Burns Charest
- Noah Lauricella, Goldenberg Lauricella
- Randi Kassan, Milberg Coleman Bryson Phillips
- Carmen Scott, Motley Rice
- Chris LoPalo, Napoli Shkolnik
- Dave Rheingold, Rheingold, Giuffra Ruffo & Plotkin
- Brian McCormick, Ross Feller Casey
- Ethan Shaw, Shaw Cowart
- Dennis Geier, Simmons Hanley Conroy
- Michael Sobieray, Stewart & Stewart Attorneys
- Jeff Seldomridge, The Miller Law Firm

Honorable Michael A. Shipp, U.S.D.J.          - 2 -          January 9, 2024

- Jeremiah Nixon, The Simon Law
- Patrick Lyons, Ashcraft & Gerel
- Stephanie Rados, Onder Law Firm
- Dan Thornburgh, Aylstock Witkin

Thank you for your consideration of these matters.

Respectfully submitted,

*Susan Sharko*

Susan M. Sharko

SMS/emf

cc:     All Counsel (via ECF)