# EXHIBIT A

## Non-Compliant Cases As Of January 9, 2024

|   | Case Name | Plaintiff Firm | Docket | Date Letter Sent |
|---|---|---|---|---|
| 1 | Graham, Justin* | Barrett Law Group, P.A. | 3:17-cv-07186 | 11/9/2023 |
| 2 | Hayden, Theresa | Barrett Law Group, P.A. | 3:17-cv-07000 | 11/9/2023 |
| 3 | Keys-Chavis, Edna | Barrett Law Group, P.A. | 3:17-cv-07370 | 11/9/2023 |
| 4 | Kinsel, Patsy | Barrett Law Group, P.A. | 3:17-cv-09059 | 11/9/2023 |
| 5 | Lumas, Tanashiska | Barrett Law Group, P.A. | 3:16-cv-06694 | 11/9/2023 |
| 6 | Smith, Viola | Barrett Law Group, P.A. | 3:17-cv-07021 | 11/9/2023 |
| 7 | White, Gasecener | Barrett Law Group, P.A. | 3:17-cv-12598 | 11/9/2023 |
| 8 | Yost, Betty A | Barrett Law Group, P.A. | 3:17-cv-12512 | 11/9/2023 |
| 9 | Allen, Allison | Burns Charest LLP | 3:17-cv-06082 | 11/9/2023 |
| 10 | Payne, Kay | Burns Charest LLP | 3:17-cv-06502 | 11/9/2023 |
| 11 | Rice, Renna | Burns Charest LLP | 3:17-cv-12283 | 11/9/2023 |
| 12 | Robinson, Carol | Burns Charest LLP | 3:16-cv-07502 | 11/9/2023 |
| 13 | Talbott, Sheri | Burns Charest LLP | 3:17-cv-06078 | 11/9/2023 |
| 14 | Clark, Patricia | Burns Charest LLP | 3:17-cv-05696 | 11/9/2023 |
| 15 | Dawson, Scott | Burns Charest LLP | 3:16-cv-08749 | 11/9/2023 |
| 16 | Maldonado, Velsa | Burns Charest LLP | 3:17-cv-08279 | 11/9/2023 |
| 17 | McDeavitt, Cynthia | Burns Charest LLP | 3:17-cv-07283 | 11/9/2023 |
| 18 | Todd, Emma Jean | Burns Charest LLP | 3:17-cv-07094 | 11/9/2023 |
| 19 | Williams, Krystal | Burns Charest LLP | 3:17-cv-08729 | 12/12/23 (7 day ltr) |
| 20 | Williams, Sandra (07994) | Burns Charest LLP | 3:17-cv-07994 | 11/9/2023 |
| 21 | Mizell, Carlene Elaine | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-13552 | 11/13/2023 |
| 22 | Natera, Erica R | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-13546 | 11/13/2023 |
| 23 | Rowland, Joyce | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-03276 | 11/13/2023 |
| 24 | Tuck-Lynn, Joyce | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-09339 | 11/13/2023 |
| 25 | Fowler, Karol | Fox and Farley | 3:17-cv-08148 | 11/13/2023 |
| 26 | Bentley, Cathleen | Goldenberglaw, PLLC | 3:17-cv-11156 | 11/13/2023 |
| 27 | Davis, Shawn | Goldenberglaw, PLLC | 3:17-cv-10175 | 11/13/2023 |
| 28 | Maguire, Ana* | Goldenberglaw, PLLC | 3:17-cv-10423 | 11/13/2023 |
| 29 | Michaelis, Linda | Goldenberglaw, PLLC | 3:17-cv-07692 | 11/13/2023 |
| 30 | Ochoa, Delia | Goldenberglaw, PLLC | 3:17-cv-10270 | 11/13/2023 |
| 31 | Webb, Karyl | Goldenberglaw, PLLC | 3:17-cv-07681 | 11/13/2023 |
| 32 | McGee, Debra | Helmsdale Law, LLP | 3:17-cv-05436 | 11/13/2023 |
| 33 | Rappold, Allan | Jim S. Hall & Associates LLC | 3:17-cv-04596 | 11/9/2023 |
| 34 | Carnes, Julie | Killian, Davis, Richter & Mayle, PC | 3:17-cv-07055 | 11/14/2023 |
| 35 | Matthews, Lauren | Law Office of John D. Sileo, LLC | 3:16-cv-07490 | 11/14/2023 |
| 36 | Jackson, Paula | Law Office of Marion D. Floyd | 3:16-cv-07488 | 11/21/2023 |
| 37 | Benson, Merritt | Martinian & Associates, Inc. | 3:17-cv-07188 | 11/14/2023 |
| 38 | Hunt, Sylvia | Massimo & Panetta, P.C. | 3:17-cv-08070 | 11/14/2023 |
| 39 | Allen, Theresa | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12473 | 11/14/2023 |
| 40 | Khoury, Denise | Morgan & Morgan | 3:17-cv-10701 | 11/14/2023 |
| 41 | Arden, Darlene* | Motley Rice, LLC | 3:17-cv-11351 | 11/14/2023 |
| 42 | Arenz, Dana | Motley Rice, LLC | 3:17-cv-06074 | 11/14/2023 |
| 43 | Austin, Sheronda | Motley Rice, LLC | 3:17-cv-10615 | 11/14/2023 |
| 44 | Becker, Molly (06494) | Motley Rice, LLC | 3:17-cv-06494 | 11/14/2023 |
| 45 | Chanthapanya, Davahn | Motley Rice, LLC | 3:17-cv-05853 | 11/14/2023 |
| 46 | Douglas, Maureen S. | Motley Rice, LLC | 3:17-cv-12296 | 11/14/2023 |

Matters marked with an * indicate plaintiff has stated they will dismiss the matter, however, a stipulation has not been filed to date.

|    | Case Name | Plaintiff Firm | Docket | Date Letter Sent |
|----|-----------|----------------|--------|------------------|
| 47 | Engel, Jamie | Motley Rice, LLC | 3:17-cv-02998 | 11/14/2023 |
| 48 | Guidry, Mary | Motley Rice, LLC | 3:17-cv-07260 | 11/14/2023 |
| 49 | Hunsaker, Pamela | Motley Rice, LLC | 3:17-cv-12059 | 11/14/2023 |
| 50 | Larsen, Randi | Motley Rice, LLC | 3:17-cv-06206 | 11/14/2023 |
| 51 | Luna, Jessica Nicole | Motley Rice, LLC | 3:17-cv-12324 | 11/14/2023 |
| 52 | Molloy, Vicki | Motley Rice, LLC | 3:17-cv-08514 | 11/14/2023 |
| 53 | Mancini, Eleanor | Napoli Shkolnik, PLLC | 3:17-cv-12662 | 11/14/2023 |
| 54 | Hayes, Tammy | Parafinczuk Wolf, PA | 3:17-cv-09727 | 11/13/2023 |
| 55 | Long, Aundrey | Parafinczuk Wolf, PA | 3:17-cv-09764 | 11/13/2023 |
| 56 | Whitfield-Gilmore, Nakia | Parafinczuk Wolf, PA | 3:17-cv-10149 | 11/13/2023 |
| 57 | Brigman, Barbara | Poulin, Willey, Anastopoulo, LLC | 3:17-cv-08135 | 11/14/2023 |
| 58 | Burroughs, Remona | Poulin, Willey, Anastopoulo, LLC | 3:17-cv-08476 | 11/14/2023 |
| 59 | Ikemoto, Joan Lee | Poulin, Willey, Anastopoulo, LLC Cochran | 3:17-cv-08141 | 11/14/2023 |
| 60 | Eidson, Carol | Sangisetty Law Firm, LLC | 3:17-cv-02753 | 11/14/2023 |
| 61 | Ellis, Verna | Sangisetty Law Firm, LLC | 3:17-cv-02866 | 11/14/2023 |
| 62 | Kearney, Shirley | Sangisetty Law Firm, LLC | 3:17-cv-02865 | 11/14/2023 |
| 63 | Sherlock, Tina | Sangisetty Law Firm, LLC | 3:17-cv-02751 | 11/14/2023 |
| 64 | Callies, Raenell | Shaw Cowart, LLP | 3:17-cv-13012 | 11/14/2023 |
| 65 | Newman, Jill* | Shaw Cowart, LLP | 3:17-cv-13004 | 11/14/2023 |
| 66 | Spears, Martha | Shaw Cowart, LLP | 3:17-cv-11772 | 11/14/2023 |
| 67 | Allee, Ila | Sill Law Group, PLLC | 3:17-cv-11084 | 11/14/2023 |
| 68 | Ashford, Shirley Jean | Sill Law Group, PLLC | 3:17-cv-11083 | 11/14/2023 |
| 69 | Ashlock, Leon | Sill Law Group, PLLC | 3:17-cv-11080 | 11/14/2023 |
| 70 | Bowling, Oleita | Sill Law Group, PLLC | 3:17-cv-11082 | 11/14/2023 |
| 71 | Bradley, Marcie | Sill Law Group, PLLC | 3:17-cv-11081 | 11/14/2023 |
| 72 | Cagle, Cindy | Sill Law Group, PLLC | 3:17-cv-12729 | 11/14/2023 |
| 73 | Gill, James | Sill Law Group, PLLC | 3:17-cv-11086 | 11/14/2023 |
| 74 | McCorkle, Patricia | Sill Law Group, PLLC | 3:17-cv-11087 | 11/14/2023 |
| 75 | Robb, Mary, et al. | Sill Law Group, PLLC | 3:16-cv-06608 | 11/14/2023 |
| 76 | Shackelford, Michael | Sill Law Group, PLLC | 3:17-cv-00040 | 11/14/2023 |
| 77 | Tolliver, Paul | Steve Merritt Law | 3:17-cv-02976 | RRR mail received 12/18/23 |
| 78 | Roberts, Sylvia | Stewart & Stewart | 3:17-cv-02890 | 11/14/2023 |
| 79 | Weseman, Linda | Stewart & Stewart | 3:17-cv-01119 | 11/14/2023 |
| 80 | Jackson, Ursula S. | Stone Granade & Crosby PC | 3:17-cv-02708 | 11/14/2023 |
| 81 | Isaacs, Victor | Summers & Johnson, P.C. | 3:17-cv-11676 | 11/15/2023 |
| 82 | Bustos, Arthur L. | The Alarid Law Firm, P.C. | 3:17-cv-08290 | RRR mail received 12/8/23 |
| 83 | Breaux, Leslie | The Cheek Law Firm | 3:17-cv-01681 | 11/13/2023 |
| 84 | Deville, Pamela | The Cheek Law Firm | 3:17-cv-05636 | 11/13/2023 |
| 85 | Sondgerth, Lillian | The Cheek Law Firm | 3:17-cv-05638 | 11/13/2023 |
| 86 | Carver, Ruth | The Deaton Law Firm | 3:17-cv-03549 | 11/15/2023 |
| 87 | Lee, Sandra | The Deaton Law Firm | 3:17-cv-03548 | 11/15/2023 |
| 88 | Nichols, Trisha Deann | The Michael Brady Lynch Firm | 3:17-cv-13826 | 11/14/2023 |
| 89 | Austin, Denise | The Simon Law Firm, PC | 3:17-cv-06965 | 11/15/2023 |
| 90 | Demelia, Maylou | The Simon Law Firm, PC | 3:17-cv-10971 | 11/15/2023 |
| 91 | Pringle, Maryladene | The Simon Law Firm, PC | 3:17-cv-06766 | 11/15/2023 |
| 92 | Smith, Cassie | The Simon Law Firm, PC | 3:17-cv-11212 | 11/15/2023 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Steve Merritt, Esq.
   Steve Merritt Law
   523 W. Lamar Alexander Parkway,
   Maryville, TN 37801

   9590 9402 5432 9189 4187 65

2. Article Number (Transfer from service label)

   7019 1640 0001 0908 5010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☑ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   M-Bello                        12/18/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name): Vymanira<br>C. Date of Delivery: 12/8/23 |
| 1. Article Addressed to:<br><br>Michael Alarid, Jr., Esq.<br>Michael Alarid, Jr. & Associates<br>2201 Menaul Blvd. NE,<br>Albuquerque, NM 87107 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| \|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|<br>9590 9402 5432 9189 4187 72 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 1640 0001 0907 7701 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt