# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738 |
| *This Document Relates To All Cases* | |

## CERTIFICATION OF SUSAN SHARKO, ESQ.

SUSAN SHARKO, ESQ., being of full age, certifies as follows:

I am a Partner at Faegre Drinker Biddle & Reath LLP, attorneys for LTL Management, LLC and Johnson & Johnson (together, "Defendants"). I make this Certification based on personal knowledge and in support of Defendants' Reply in Support of Motion to Strike Plaintiffs' Improper Supplemental Reports.

1. Attached hereto as Exhibit 1 is a true and correct copy of an email from Leigh O'Dell to Susan Sharko dated November 30, 2023.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 9, 2023

_____

Susan Sharko