# EXHIBIT 1

**Friedman, Eric M.**

| | |
|---|---|
| **From:** | Sharko, Susan M |
| **Sent:** | Tuesday, January 9, 2024 5:09 PM |
| **To:** | Baggetta, Brian; Davidson, Jessica; Friedman, Eric M. |
| **Subject:** | FW: Dates for Expert Depositions |

**Susan M. Sharko**
briPartner
susan.sharko@faegredrinker.com
Connect: vCard

+1 973 549 7350 direct

**Faegre Drinker Biddle & Reath** LLP
600 Campus Dr.
Florham Park, New Jersey 07932, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Sent:** Thursday, November 30, 2023 9:26 PM
**To:** Sharko, Susan M <susan.sharko@faegredrinker.com>
**Cc:** Michelle A. Parfitt (mparfitt@ashcraftlaw.com) <mparfitt@ashcraftlaw.com>
**Subject:** Dates for Expert Depositions

**This Message originated outside your organization.**

Dear Susan,

We hope you are doing well.  The PSC's experts are available on the following dates:

| Expert Witness | Date | Location |
|---|---|---|
| Dr. Laura Plunkett | December 12th | Houston, TX |
| Dr. Shawn Levy | December 19th | San Diego, CA |
| Dr. Judy Wolf | December 21st | Austin, TX |
| Dr. Anne McTiernan | January 3rd | Zoom |
| Dr. Sonal Singh | January 4th | Boston, MA |
| Dr. Michelle Cote | January 8th | Indianapolis, Indiana |
| Dr. Jack Siemiatycki | January 10th | Montreal, Canada |
| Dr. George Newman | January 12th | Toronto, Canada |
| Dr. Bill Longo | January 15th - 11:00 am EST | Suwanee, GA |
| Dr. Daniel Clarke-Pearson | January 17th | Chapel Hill, NC |

| Dr. Patricia Moorman | January 18th | Durham, NC |
| Dr. Rebecca Smith-Bindman | January 19th | San Francisco, CA |
| Dr. David Kessler | January 22nd | Washington, DC |

The start time is 9:00 am local time unless otherwise noted.  We need to obtain a few more dates and will provide them shortly.

Please let us know if you have any questions.

Best,
Leigh & Michelle



**P. Leigh O'Dell**
Principal
800.898.2034

Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com | My bio
**Learn more about our ongoing litigation.**

   

CONFIDENTIALITY & PRIVILEGE NOTICE