Wednesday, January 10, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge          *Via Electronic Mail*
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RE:   Caption:        Johnson & Johnson Talcum Powder Products Marketing,
                      Sales Practices and Products Liability Litigation, MDL No. 2738
      Claimants:      Frank Divita & Richard Holmes

Dear Judge Singh:

    Pursuant to the Court's Text Order entered on December 18, 2023 (ECF No. 28820), Patrick Daniel Law submits this response to Defendants' letter submitted on December 14, 2023 concerning certain plaintiffs who have allegedly failed to submit their Plaintiff Profile Forms (ECF No. 28797).

    Defendants identified the following cases associated with Patrick Daniel Law:

1. Cause No. 3:17-cv-13518; Frank Divita; and
2. Cause No. 3:17-cv-11964 Richard Holmes.

    Plaintiffs submitted their Plaintiff Profile Forms via the MDL Centrality Portal on December 4, 2023; therefore, Plaintiffs should never have been included as part of Defendants' letter as a claimed deficient case.

    Accordingly, unless otherwise directed, we will not be participating in the telephone conference upcoming before your Honor on January 10, 2024 at 11:00 am.

    Please contact us relative to any concerns.

Respectfully,

_____
Patrick Daniel
PATRICK DANIEL LAW
4801 Woodway Drive, Suite 440-W
Houston, Texas 77056
Telephone: (713) 999-6666
Facsimile: (713) 481-9884
Email: patrick@patrickdaniellaw.com
*Counsel for Plaintiffs*

PERSONAL INJURY LAWYERS

TELEFAX: 713.481.9884
TELEPHONE: 713.999.6666
PATRICK@PATRICKDANIELLAW.COM

PATRICK DANIEL LAW
4801 WOODWAY DRIVE SUITE 440-W
HOUSTON, TEXAS 77056

Wednesday, January 10, 2024

<u>Copies</u>
Honorable Judge Singh        Via ECF
All Counsel of Record        Via ECF



STRATEGIC  METICULOUS  MERCILESS

PERSONAL INJURY LAWYERS

TELEFAX: 713.481.9884
TELEPHONE: 713.999.6666
PATRICK@PATRICKDANIELLAW.COM

PATRICK DANIEL LAW
4801 WOODWAY DRIVE SUITE 440-W
HOUSTON, TEXAS 77056