## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : : : MDL No. 2738 (FLW) (LHG) : JUDGE MICHAEL A. SHIPP : MAG. JUDGE LOIS H. GOODMAN |
| This Document Relates To: | : |
| | : Civil Action No.: 3:24-cv-167 |
| PATRICIA ROCAP and ROBERT HIMES, Jr., Individually, and on behalf Of MARTHA HIMES, deceased, and any Beneficiaries | : : : |

### NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on January 10, 2024 on behalf of Plaintiff, PATRICIA ROCAP and Robert Himes, Jr., Individually, and on behalf Of MARTHA HIMES, deceased, and any beneficiaries.

Dated this January 10, 2024.

COHEN & MALAD, LLP

/s/*Jonathan A. Knoll*
Jonathan A. Knoll, Atty. No. 29324-49
Edward B. Mulligan, V, Atty. No. 29400-53
*Attorneys for Plaintiff*

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
jknoll@cohenandmalad.com
nmulligan@cohenandmalad.com
Phone: (317) 636-6481
Fax: (317) 636-2593

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2024, a copy of the foregoing Notice of Filing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt.  Parties may access this filing through the Court's system.

**COHEN & MALAD, LLP**

By:     /s/*Jonathan A. Knoll*
Jonathan A. Knoll, Atty. No. 29324-49
Edward B. Mulligan, V, Atty. No. 29400-53
*Attorneys for Plaintiff*

**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone:  (317) 636-6481
Fax:  (317) 636-2593