UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |

## CASE MANAGEMENT ORDER NO. 14

**(Setting a Case Management Conference)**

**THIS MATTER** having come before the Court for a telephone status conference on January 10, 2024; and for good cause shown,

**IT IS** on this **11th** day of **January 2024**, hereby

**ORDERED** that a Case Management Conference will be held before the undersigned on **February 7, 2024, at 10:00 a.m.** at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, Courtroom 7W; and it is further

**ORDERED** that the parties shall meet and confer regarding the agenda for the next Case Management Conference and shall jointly submit a proposed agenda to the Court by no later than three (3) business days before the Conference; and it is further

**ORDERED** that the parties shall meet and confer as to the impact on Short Form Complaints in this Matter of the Special Master's Opinion and Order on Plaintiffs' Renewed Motion for Leave to File a Second Amended Master Long Form Complaint, (Dkt. No. 26636), and

1

discuss with the Court at the Case Management Conference prior to the filing of any formal motion practice as to such issues.

**SO ORDERED.**

RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE