UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |

### ORDER

(Regarding Dispute As To Amended Plaintiff's Profile Form ("PPF") Order)

**THIS MATTER** having been brought before the Court upon the December 14, 2023, letter, (Dkt. No. 28797), by Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc., now known as Johnson & Johnson Consumer Inc. (collectively, "Defendants"), regarding Plaintiffs who have failed to comply with the Court's September 1, 2023 Amended Plaintiff's Profile Form ("PPF") Order, (Dkt. No. 27291); and the Court having considered the various letters filed in response and reply thereto; and the Court having conducted a telephone status conference on January 10, 2024 to discuss the matter with counsel; and for good cause shown,

**IT IS** on this **10th** day of **January 2024**, hereby

**ORDERED** that the deadline by which the remaining Plaintiffs who have not yet complied with paragraph 4.a. of the September 1, 2023 Amended Plaintiff's Profile Form ("PPF") Order is hereby extended through **February 9, 2024**; and it is further

1

**ORDERED** that, as discussed during the telephone status conference, the parties shall meet and confer as to notice procedures, MDL Centrality, and any necessary motion practice procedures as to Plaintiff's Profile Forms and shall discuss with the Court at the next Case Management Conference.

**SO ORDERED.**

_____
RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE