## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>DANNY LEE STONE and LINDA CHERYL STONE, as Surviving Parents of TAMARA R. STONE, Decedent<br><br>**Case No. 3:18-cv-15516** | MDL No. 2738 (MJS)(RLS) |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed on January 10, 2024, on behalf of Plaintiff Tamara R. Stone.

Dated: January 11, 2024       Respectfully Submitted by

/s/ Stephanie B. Sherman
Stephanie B. Sherman, Esq.
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Ste. 1750
Los Angeles, CA 90025
Tel 310-207-3233 | Fax 310-820-7444
ssherman@wisnerbaum.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on this 11th day of January 2024.

/s/ Stephanie B. Sherman