## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MJS)(RLS) |
| This Document Relates to:<br>MARK SINGO as Independent Administrator of the Estate of CYNTHIA LITTERINI SMITH, deceased v. JOHNSON & JOHNSON, et al<br>Case No. 3:17-cv-07654 | |

### NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No 3 (Filing of Shrot Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed on January 12, 2024, on behalf of Plaintiff Cynthia Litterini Smith.

Respectfully submitted this 12th day of January 2024.

/s/ *John Randolph Davis*
John Randolph Davis
Texas State Bar No. 24099518
**SLACK DAVIS SANGER L.L.P.**
6001 Bold Ruler Way, Suite 100
Austin, Texas 78746
512-795-8686 (Telephone)
512-795-8787 (Facsimile)
jdavis@slackdavis.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of January 2024, a copy of the foregoing was filed electronically.  Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                          /s/ *John Randolph Davis*
                          JOHN RANDOLPH DAVIS