UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |

*THIS DOCUMENT RELATES TO ALL CASES*

**THE PLAINTIFFS' STEERING COMMITTEE'S
MOTION FOR PROTECTIVE ORDER REGARDING
SUBPOENA DIRECTED AT NORTHWELL HEALTH, INC.**

**PLEASE TAKE NOTICE** that, at 9:00 a.m. on February 5, 2024, or at such other time as set by the Court, Plaintiffs, by and through the Plaintiffs' Steering Committee (PSC), will Move for Protective Order Regarding Subpoena Directed at Northwell Health, Inc.

As fully discussed in Plaintiffs' Memorandum of Law in Support of this Motion, the Court should issue a protective order relieving non-party Northwell Health's, Inc. obligation to comply with the subpoena served by Johnson & Johnson because it seeks irrelevant information implicating the protected health information of non-parties.

Plaintiffs respectfully request that the Court grant the Motion for Protective Order Regarding Subpoena Directed at Northwell Health, Inc.

A proposed order is attached for the Court's consideration.

Dated: January 12, 2024

Respectfully submitted,

*/s/ Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel: 202-335-2600
mparfitt@ashcraftlaw.com

1

<u>/s/ P. Leigh O'Dell</u>
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
218 Commerce St.
Montgomery, AL 36104
Tel: 334-269-2343
leigh.odell@beasleyallen.com

***Plaintiffs' Co-Lead Counsel***

<u>/s/ Christopher M. Placitella</u>
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Ave.
Red Bank, NJ 07701
Tel: 732-747-9003
clpacitella@cprlaw.com

***Plaintiffs' Liaison Counsel***

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                         Respectfully submitted,

                                         */s/ Michelle A. Parfitt*
                                         Michelle A. Parfitt