**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 16-2738 (MAS) (RLS)** |

*THIS DOCUMENT RELATES TO ALL CASES*

## [PROPOSED] ORDER

**THIS MATTER** having come before the Court by Plaintiffs' Motion For Protective Order

Regarding Subpoena Directed at Northwell Health, Inc., and for good cause shown,

**IT IS** on this _____ day of _____ 20 _____,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is

**FURTHER ORDERED** a protective order is granted relieving Northwell Health, Inc.

from any obligation to comply with the subpoena served by Johnson & Johnson.

_____

Hon. Michael A. Shipp, U.S.D.J.