## **CERTIFICATION OF SERVICE**

I hereby certify that on January 18, 2024, copies of the foregoing documents were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

      */s/ Susan M. Sharko*
      Faegre Drinker Biddle & Reath LLP
      Susan M. Sharko
      600 Campus Drive
      Florham Park, NJ  07932-1047
      Tel:   (973) 549-7350
      Fax:   (973) 360-9831
      Email:  susan.sharko@faegredrinker.com