# Exhibit 4

Case 3:16-md-02738-MAS-RLS   Document 28919-5   Filed 01/22/24   Page 2 of 6 PageID: 170061
TRIAL DAY 11, PM SESSION, on March 13, 2019
ROBERT BLINKINSOP, et al. vs. ALBERTSONS COMPANY, INC., et al.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT S-29                          HON. PETER J. MIRICH, JUDGE

| | |
|---|---|
| LAOSD ASBESTOS CASES ) | JCCP CASE NO. 4674 |
| _____ ) | |
| ) | |
| ROBERT BLINKINSOP, AN INDIVIDUAL, ) | |
| KAREN BLINKINSOP, AN INDIVIDUAL, ) | CASE NO. BC677764 |
| ) | |
| PLAINTIFFS, ) | |
| ) | P.M. SESSION |
| VS. ) | |
| ) | |
| ALBERTSONS COMPANIES, INC., ET ) | |
| AL., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

**Certified Transcript**

REPORTER'S TRANSCRIPT OF PROCEEDINGS

WEDNESDAY, MARCH 13, 2019; P.M. SESSION


APPEARANCES OF COUNSEL:

FOR PLAINTIFF:

    WEITZ & LUXENBERG PC
    BY: MARK D. BRATT, ESQ.
        ROBERT GREEN, ESQ.
    1880 CENTURY PARK EAST
    SUITE 700
    LOS ANGELES, CALIFORNIA 90067
    (310) 247-0921
    MBRATT@WEITZLUX.COM
    RGREEN@WEITZLUX.COM


(APPEARANCES CONTINUED ON NEXT PAGE.)

REPORTED BY:                    MARK SCHWEITZER, CSR, CRR, RPR
                                OFFICIAL PRO TEM COURT REPORTER
                                LICENSE NO. 10514
                                213-663-3494

Case 3:16-md-02738-MAS-RLS   Document 28919-5   Filed 01/22/24   Page 3 of 6
TRIAL DAY 11, PM SESSION, on March 11, 2019 PageID: 170062
ROBERT BLINKINSOP, et al. vs. ALBERTSONS COMPANY, INC., et al.

```
 1   APPEARANCES OF COUNSEL:  (CONTINUED)
 2   FOR DEFENDANTS:
 3            KING & SPALDING, LLP
              BY: JULIA ROMANO, ESQ.
 4            633 WEST FIFTH STREET
              SUITE 1700
 5            LOS ANGELES, CALIFORNIA 90071
              213.443.4355
 6            JROMANO@KSLAW.COM
 7             AND
 8            KING & SPALDING, LLP
              BY: BRUCE HURLEY, ESQ.
 9            1100 LOUISIANA
              SUITE 4000
10            HOUSTON, TEXAS 77002-5213
              713.276.7383
11            BHURLEY@KSLAW.COM
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Case 3:16-md-02738-MAS-RLS   Document 28919-5   Filed 01/22/24   Page 4 of 6
TRIAL DAY 11, PM SESSION, on March 11, 2019   PageID: 170063
ROBERT BLINKINSOP, et al. vs. ALBERTSONS COMPANY, INC., et al.

Page 178

1             THE WITNESS:  You're welcome.
2             THE COURT:  Thank you.
3             You may inquire.
4             MS. ROMANO:  Thank you, your Honor.
5
6                     CROSS-EXAMINATION
7    BY MS. ROMANO:
8         Q.   Hi, Dr. Moline.  Are you ready to continue?
9         A.   Yes, I am.
10        Q.   Okay, great.
11             Just to be clear, you are not one of
12   Mr. Blinkinsop's treating physicians, true?
13        A.   That is correct.
14        Q.   You have not been involved with any of
15   Mr. Blinkinsop's diagnosis, treatment, or care.
16        A.   Correct.
17        Q.   You are here testifying today not as a treating
18   doctor but as a paid witness on behalf of the plaintiffs,
19   true?
20        A.   Correct.
21        Q.   And I think you told us on direct that
22   plaintiff law firms like Mr. Bratt's are charged $600 an hour
23   for your time?
24        A.   Correct.
25        Q.   You've been testifying as a paid expert in
26   asbestos litigation for over 20 years now, true?
27        A.   Yes.
28        Q.   And I think you've estimated that you testify

Case 3:16-md-02738-MAS-RLS   Document 28919-5   Filed 01/22/24   Page 5 of 6
TRIAL DAY 11, PM SESSION, on March 11, 2019   PageID: 170064
ROBERT BLINKINSOP, et al. vs. ALBERTSONS COMPANY, INC., et al.

Page 179

1  in asbestos cases about once a month.  Sometimes more,
2  sometimes less.
3          Is that fair?
4          A.   Um, over the past four years, it's averaged
5  about eight times a year.  So it's a little less than once a
6  month.  Sometimes I may testify more frequently, and then I
7  have four months where I don't testify.
8          Q.   Understood.  All of your testimony in asbestos
9  cases, though, 100 percent is on behalf of plaintiffs and
10 plaintiff lawyers, true?
11         A.   Yes.
12         Q.   And over the years you've been testifying for
13 plaintiffs in asbestos litigation, you've made millions of
14 dollars doing that work, true?
15         A.   Yes.
16         Q.   You talked a little bit about this on direct.
17 But over the course of your 28-year career as an occupational
18 medicine doctor, you've seen and interviewed literally
19 hundreds, if not hundreds and hundreds of people, with
20 asbestos-related diseases, true?
21         A.   Yes.
22         Q.   But before being hired by plaintiffs' lawyers
23 to testify in cosmetic talc cases, you never once attributed
24 any of those hundreds of asbestos-related diseases to cosmetic
25 talc, true?
26         A.   They had other exposures.  I did not.  That is
27 correct.
28         Q.   And in the past you have attributed

Case 3:16-md-02738-MAS-RLS   Document 28919-5   Filed 01/22/24   Page 6 of 6
TRIAL DAY 11, PM SESSION, on March 11, 2019  PageID: 170065
ROBERT BLINKINSOP, et al. vs. ALBERTSONS COMPANY, INC., et al.

Page 251

```
 1                FOR THE COUNTY OF LOS ANGELES
 2   DEPARTMENT S-29                    HON. PETER J. MIRICH, JUDGE
 3
 4     LAOSD ASBESTOS CASES          )  JCCP CASE NO. 4674
       _____)
 5                                   )
       ROBERT BLINKINSOP, AN INDIVIDUAL, )
 6     KAREN BLINKINSOP, AN INDIVIDUAL,  )  CASE NO. BC677764
                                     )
 7                    PLAINTIFFS,    )
                                     )  P.M. SESSION
 8        VS.                        )
                                     )
 9     ALBERTSONS COMPANIES, INC., ET )
       AL.,                          )
10                                   )
                     DEFENDANTS.     )
11     _____)
12
13
14
15
16         I, MARK SCHWEITZER, OFFICIAL COURT REPORTER PRO TEM
17   OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF
18   LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING TRANSCRIPT,
19   DATED WEDNESDAY, MARCH 13, 2019, P.M. SESSION, COMPRISES A
20   FULL, TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS HELD IN
21   THE ABOVE-ENTITLED CAUSE.
22              DATED THIS 13TH DAY OF MARCH, 2019.
23                     [signature: Mark Schweitzer]
24              _____
                MARK SCHWEITZER, RPR, CRR, CSR NO. 10514
25
26
27
28
```