# Exhibit 5

```
                                                                    1
 1  SUPERIOR COURT OF NEW JERSEY
    LAW DIVISION:  MIDDLESEX COUNTY
 2  DOCKET NO.:  MID-L-0932-17 AS
    --------------------------------------x
 3  IN RE:  ASBESTOS LITIGATION
    --------------------------------------x
 4  DAVID CHARLES ETHERIDGE and
    DARLENE PASTORE ETHERIDGE,
 5
                         Plaintiffs,
 6
         -against-
 7
    BRENNTAG NORTH AMERICA, INC.
 8  (sued individually and as
    successor-in-interest to MINERAL
 9  PIGMENT SOLUTIONS,INC. and as
    successor-in-interest to WHITTAKER
10  CLARK & DANIELS, INC.), et al.,

11                       Defendants.
    --------------------------------------x
12  SUPERIOR COURT OF NEW JERSEY
    LAW DIVISION:  MIDDLESEX COUNTY
13  DOCKET NO.  MID-L-7249-16 AS
    --------------------------------------x
14  RONALD MARTIN TEUSCHER and
    SHANNON TEUSCHER,
15
                         Plaintiffs,
16
         -against-
17
    BRENNTAG NORTH AMERICA, INC., et al.,
18
                         Defendants.
19  --------------------------------------x

20                  DEPOSITION OF

21             JACQUELINE MOLINE, M.D.

22

23              JOB NO. 2823326
       PRIORITY-ONE COURT REPORTING SERVICES, INC.
24     290 West Mount Pleasant Avenue, Suite 2260
              Livingston, New Jersey 07039
25                  (718) 983-1234
```

## Page 2

Transcript of the deposition of JACQUELINE MOLINE, M.D., called for Oral Examination in the above-captioned matter, said deposition being taken pursuant to Federal Rules of Civil Procedure by and before EVAMARIE WALSH, a Notary Public and Shorthand Reporter, at the NORTHWELL HEALTH OCCUPATIONAL MEDICINE, 175 Community Drive, Suite 207, Great Neck, New York 11021, on Wednesday, February 21, 2018, commencing at approximately 10:07 in the forenoon.

## Page 3

APPEARANCES:

SIMON GREENSTONE PANATIER BARTLETT, PC
3780 Kilroy Airport Way, Suite 540
Long Beach, California 90806
BY: LEAH KAGAN, ESQ.
Attorneys for the Plaintiffs

ORRICK, HERRINGTON & SUTCLIFFE, LLP
51 West 52nd Street
New York, New York 10019-6142
BY: KEVIN M. HYNES, ESQ.
Attorneys for the Defendants,
Johnson & Johnson and
Johnson & Johnson Consumer, Inc.

ALSTON & BIRD, LLP
333 South Hope Street, 16th Floor
Los Angeles, California 90071
BY: PETER E. MASAITIS, ESQ. (Via Telephone)
Attorneys for the Defendants,
Imerys Talc America and
Cyprus Amax Minerals Company

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street
New Brunswick, New Jersey 08903
BY: AMIE C. KALAC, ESQ. (Via Telephone)
Attorneys for Defendant,
Whittaker Clark & Daniels

## Page 4

I N D E X

| WITNESS NAME | PAGE NO. |
|---|---|
| JACQUELINE MOLINE, M.D. | |
| Direct Examination by Mr. Hynes | 8 |
| Cross-Examination by Mr. Masaitis | 125 |
| Cross-Examination by Mr. Hynes | 192 |
| Redirect Examination by Ms. Kagan | 197 |
| Recross-Examination by Mr. Masaitis | 206 |
| Redirect Examination by Ms. Kagan | 211 |
| Recross-Examination by Mr. Masaitis | 212 |

E X H I B I T S

| EXHIBIT NO. | | PAGE NO. |
|---|---|---|
| (Moline) 1 | Notice of deposition of Jacqueline Moline, M.D. and notice for the production of documents | 7 |
| (Moline) 2 | Plaintiffs' objections and responses to Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s document request accompanying their first amended notice to take oral deposition of Dr. Jacqueline Moline | 7 |
| (Moline) 3 | Curriculum vitae of Jacqueline Moline, M.D. | 7 |
| (Moline) 4 | Report dated 8/21/2017 re: Ronald Teuscher | 7 |
| (Moline) 5 | Report dated 9/13/2017 re: David Etheridge | 7 |
| (Moline) 6 | Reference & reliance list re: Ronald Teuscher | 7 |

## Page 5

E X H I B I T S (CONT'D)

| EXHIBIT NO. | | PAGE NO. |
|---|---|---|
| (Moline) 7 | Reference & reliance list re: David Etheridge | 7 |
| (Moline) 8 | Depositions and testimony list 2012-2016 | 8 |
| (Moline) 9 | Current curriculum vitae of Jacqueline Moline, M.D. | 13 |
| (Moline) 10 | Reference & reliance list re: Tina Herford | 23 |
| (Moline) 11 | Document entitled "Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite and Anthophyllite" | 53 |
| (Moline) 12 | Document entitled "Toxicological Profile for Asbestos" dated 9/2001 | 59 |
| (Moline) 13 | 2011 NIOSH Roadmap | 62 |
| (Moline) 14 | Document entitled "Occupational Exposures to Non-Asbestiform Talc in Vermont" | 100 |
| (Moline) 15 | Document entitled "Mortality Patterns Among Miners and Millers of Non-Asbestiform Talc: Preliminary Report" | 106 |
| (Moline) 16 | Excerpt from Dusts and Disease | 107 |
| (Moline) 17 | Document entitled "Asbestos and Cancer Risk, What is Asbestos" | 120 |
| (Moline) 18 | Document entitled "Similarities in Lung Cancer and Respiratory Disease Mortality of Vermont and New York State Talc Workers" | 193 |

Jacqueline Moline, M.D.

### Page 26

1  up-to-date listing of the cases in which you've
2  appeared than -- what I have marked here as Exhibit
3  8 only runs through December of 2016.
4        Do you have a more --
5  A    Yes.
6        MR. HYNES:  I'd like to ask that that
7    be produced.
8        Q  If you know, do you know how current
9  that more up-to-date listing is?
10 A    I do not know how current it is, but it
11 should be within the past couple of months, if not
12 even up to date.
13       Q  And do you know whether that goes
14 beyond -- do you know whether the Herford case, in
15 which you appeared, whether that is included in the
16 more up-to-date listing?
17 A    It's kept by my assistant, so I would
18 assume that the Herford case would be listed, since
19 it occurred in 2017.  I don't recall seeing it.
20       Q  Okay.
21 A    So I can't speak specifically, but I have
22 no reason to think that it would not be present on
23 there.
24       Q  And the Herford -- your trial
25 appearance in Herford occurred in October 2017,

### Page 27

1  true?
2  A    Yes.
3        Q  Have you appeared at trial in any
4  cosmetic talcum related cases since the Herford
5  matter?
6  A    In a trial?
7        Q  A trial setting?
8  A    I am not sure.  I -- I don't remember one
9  way or another.  I would have to look at the
10 listing.
11       Q  Okay.  And have you appeared in any
12 depositions in which there are allegations of
13 exposure to cosmetic talcum powder containing
14 asbestos since your appearance in Herford in October
15 of 2017?
16 A    I think there have been a couple of
17 depositions since then.
18       Q  Do you know how many?
19 A    I think there have been a couple.  I think
20 there have been about two or three.  Again, I --
21 once they're passed, they're passed and I move on to
22 what I need to do the next day.
23       Q  Understood.
24       MR. HYNES:  Leah, again, we put on the
25    record a request for a more up-to-date trial

### Page 28

1  and deposition testimony list.
2        MS. KAGAN:  To the extent that it
3    exists we'll produce it.
4        MR. HYNES:  Thank you.
5        Q  Let's just talk a little bit about the
6  Etheridge and Teuscher cases.
7        Have you ever spoken with, let's start with
8  Mr. Etheridge, have you ever spoken with Mr.
9  Etheridge?
10 A    I have not.
11       Q  Have you ever spoken with any of his
12 treating physicians?
13 A    No.
14       Q  And you never obtained an exposure
15 history from Mr. Etheridge before you rendered your
16 opinions in your report in this matter; is that
17 right?
18 A    I did not.
19       Q  And you've never spoken with any of
20 Mr. Etheridge's family members before offering your
21 opinions in his matter, correct?
22 A    Correct.
23       Q  Okay.  And same questions for Mr.
24 Teuscher, you never spoke with Mr. Teuscher before
25 rendering your opinions in the Teuscher case,

### Page 29

1  correct?
2  A    Correct.
3        Q  And you've never spoken with any of
4  Mr. Teuscher's treating physicians, correct?
5  A    Correct.
6        Q  And you've -- you didn't obtain an
7  exposure history from Mr. Teuscher before rendering
8  your opinions in this case, correct?
9  A    Correct.
10       Q  And you've never spoken with any of
11 Mr. Teuscher's family members before rendering your
12 opinions in this case, correct?
13 A    Correct.
14       Q  And you've never -- you were not
15 either Mr. Teuscher's or Mr. Etheridge's treating
16 physician, correct?
17 A    Correct.
18       Q  Okay.  Just run through this quickly.
19 So, Dr. Moline, you've been testifying in
20 asbestos-related litigation since about 1996,
21 correct?
22 A    Thereabouts.
23       Q  A little over twenty years?
24       MS. KAGAN:  Counsel, she's been
25    deposed hundreds of times and these are

8 (Pages 26 to 29)

Jacqueline Moline, M.D.

### Page 30

1  questions that your client has asked and your
2  law firm has asked, so let's move on or we'll
3  be here all night.
4  A    If you'd like to do the math, yes, it is
5  slightly over twenty years.
6     Q   Okay. And it's still true that you
7  average between 250,000 and 300,000 per year working
8  on asbestos-related matters in litigation?
9  A    That number was a more recent number and
10 that has not been a number over the past twenty
11 years, so it's not an average.
12    Q   But currently that is the -- that's
13 your -- say between February 2017 and February 2018,
14 you've made between 250,000 and 300,000 working on
15 asbestos-related litigation matters?
16 A    It might be a little higher than that. I
17 don't have the exact numbers yet.
18    Q   Okay. And is that still reflective of
19 about 35 percent of your current personal income
20 derived from reviewing records and writing expert
21 reports and appearing for testimony for plaintiffs
22 in asbestos litigation?
23       MS. KAGAN:  Compound.
24 A    It's related to work that I do with respect
25 to litigation.

### Page 31

1     Q   In asbestos litigation, correct?
2  A    In asbestos litigation.
3     Q   And I haven't had a chance to run
4  through the most recent CV, but it's still true that
5  you've published a little bit over fifty articles
6  over the course of your career?
7  A    It might be closer to sixty by now, but I
8  haven't counted.
9     Q   And none of your published
10 peer-reviewed articles discuss cosmetic talc as a
11 potential source of asbestos exposure, correct?
12 A    Correct.
13    Q   I think only two of your publications
14 are related to mesothelioma specifically, correct?
15 A    Correct.
16    Q   And neither of those two articles have
17 anything to do with cosmetic talc, correct?
18 A    Correct.
19    Q   And do you have any draft publications
20 forthcoming at this point in time?
21 A    With respect to what?
22    Q   Are you publishing anything related to
23 either mesothelioma or asbestos currently?
24 A    I am working with a medical student on a
25 case report of an individual with mesothelioma and I

### Page 32

1  am amassing information related to individuals I've
2  seen with cosmetic talc.
3     Q   Let's take those separately. The case
4  report that you're working on with one of your
5  students --
6  A    I'm -- it's -- I'm not at liberty to
7  discuss it. It's intellectual property and it's not
8  related to this litigation. I'm not discussing the
9  case.
10    Q   Is it related to cosmetic talcum
11 powder?
12 A    It is not.
13    Q   Okay. The second group you're
14 compiling information about, individuals who have
15 alleged exposure to cosmetic talcum powder?
16       MS. KAGAN:  Mischaracterizes.
17 Argumentative.
18    Q   Tell me about this information
19 gathering that you're doing?
20       MS. KAGAN:  Overbroad. Privilege.
21 A    I'm in the process of thinking about how I
22 might write an article related to individuals with
23 exposure to cosmetic talc.
24    Q   And you've previously testified that
25 you've evaluated 41 individuals with mesothelioma

### Page 33

1  who were exposed to cosmetic talcum powder, correct?
2  A    As of October, yes.
3     Q   Has that number grown?
4  A    Yes.
5     Q   What is the current number?
6  A    I don't know. I haven't counted, but there
7  have been additional individuals.
8     Q   More than five, less than five?
9  A    It's probably more than five. It's
10 probably somewhere between five and ten.
11    Q   Okay. And are each of these
12 individuals people who've been referred to you in
13 the context of litigation?
14 A    Yes.
15    Q   And are each of these people alleging
16 only talcum powder exposure or are there other
17 exposures alleged?
18       MS. KAGAN:  Overbroad. Are you asking
19    about the individual cases that she's reviewed
20    since the October testimony --
21       MR. HYNES:  The combined group.
22       MS. KAGAN:  -- or all of them?
23 A    Everyone has a different exposure history.
24 Some of them may have solely cosmetic talc exposure,
25 other folks have multiple exposures.

9 (Pages 30 to 33)

Page 214

```
 1        MS. KAGAN:  Argumentative.
 2    Mischaracterizes.  Asked and answered.
 3  A     There are different levels, some of them
 4  are remarkably consistent in terms of bulk
 5  percentage, and so some have found some fibers, some
 6  have used methodology that finds only one type of
 7  fiber, because the methodology is specific to only
 8  one type of fiber, so they will, by definition, not
 9  be able to find other fibers based on the
10  methodology they're using, so it's taking all of the
11  information together.
12        Q   And do you contend that that body of
13  information that you just described for testing of
14  talc allows you to conclude that there is a specific
15  concentration of asbestos in all cosmetic talcs?
16        MS. KAGAN:  Mischaracterizes.
17    Argumentative.  Asked and answered.
18  A     It's consistent between multiple samples,
19  but I can't go beyond that.
20        Q   So it is not your opinion that there's
21  a consistent amount of asbestos contamination in all
22  cosmetic talc; is that true?
23        MS. KAGAN:  Mischaracterizes.  You
24    know that's not what she just said.  This is
25    harassing.
```

Page 215

```
 1  A     There's been various testing that's found
 2  asbestos at different levels by numerous different
 3  scientists.  Some of them have been remarkably
 4  similar in their findings, which is I believe what I
 5  said, and with respect to -- and it's been found by
 6  different scientists using different methodologies
 7  over different time periods that are relevant for
 8  the use in these cases, and that was what I was
 9  referring to in my answer.  I wasn't going beyond
10  that, which is --
11        Q   And there --
12  A     Excuse me, I'm not done.  And that is the
13  extent to which I was answering the question.  I
14  wasn't going beyond to make grand pronouncements as
15  you're conflating the words that I have been using.
16        Q   Well, you just said you don't intend
17  to go beyond that, and my question was merely meant
18  to clarify that you indeed do not intend to go
19  beyond that.
20        In other words, you do not intend to say
21  that there is a specific concentration of asbestos
22  in all cosmetic talc, that was the extent of my
23  question?
24        MS. KAGAN:  Asked and answered.
25    Argumentative.
```

Page 216

```
 1  A     They have found different levels of
 2  contamination at different times by different
 3  investigators looking at different fibers, so it has
 4  not all been uniform, but it has been found.
 5        MR. MASAITIS:  Thank you.
 6        MS. KAGAN:  Anyone else?  Great.  This
 7    concludes the deposition of Dr. Moline in the
 8    Etheridge and Teuscher matters.
 9        (Time noted is 3:48 p.m.)
```

Page 217

```
 1              C E R T I F I C A T E
 2
 3        I, EVAMARIE WALSH, a Notary Public and
 4  Shorthand Reporter, do hereby certify that prior to
 5  the commencement of the examination
 6
 7              JACQUELINE MOLINE, M.D.
 8
 9  was sworn by me to testify to the truth, the
10  whole truth and nothing but the truth.
11        I DO FURTHER CERTIFY that the foregoing is
12  a true and accurate transcript of the testimony as
13  taken stenographically by and before me at the time,
14  place and on the date hereinbefore set forth.
15        I DO FURTHER CERTIFY that I am neither a
16  relative of nor employee nor attorney nor counsel
17  for any of the parties to this action, and that I am
18  neither a relative nor employee of such attorney or
19  counsel, and that I am not financially interested in
20  the action.
21
22        _____
23        Notary Public
24
25
```