# Exhibit 6

Jacqueline Moline, M.D.

Page 1

MISSOURI CIRCUIT COURT

TWENTY-SECOND JUDICIAL CIRCUIT

ST. LOUIS CITY

TRACEY YVETTE YOUNG, et al.,

        Plaintiff,

vs.                      Case No. 1522-CC09728-02

JOHNSON & JOHNSON; JOHNSON & JOHNSON
CONSUMER COMPANIES, INC.; AND IMERYS
TALC AMERICA, INC., F/K/A LUZENAC
AMERICA, INC.,

        Defendants

----------------------------------------X

VIDEOTAPED DEPOSITION OF

JACQUELINE MOLINE, MD

Great Neck, New York

Wednesday, January 30, 2019

Reported by:

Angela M. Shaw-Crockett, CCR, CRR, RMR, CSR

Page 2

                January 30, 2019
                9:14 a.m.

        VIDEOTAPED DEPOSITION of JACQUELINE MOLINE, MD,
    held at Northwell Medical, 175 Community Drive,
    Great Neck, New York, before Angela M.
    Shaw-Crockett, a Certified Court Reporter,
    Certified Realtime Reporter, Registered Merit
    Reporter and Notary Public of the States of
    New York, New Jersey and Connecticut.

Page 3

    APPEARANCES:

FOR THE PLAINTIFFS:
    The Lanier Law Firm, P.C.
    10866 Wilshire Boulevard #400
    Los Angeles, California 90024
BY: LEE A. CIRSCH, ESQ.
    310-277-5100
    Lee.cirsch@lanierlawfirm.com

FOR DEFENDANT JOHNSON & JOHNSON
    Proskauer Rose LLP
    2029 Century Park East
    Suite 2400
    Los Angeles, California 90067-3010
BY: COLIN G. CABRAL, ESQ.
    AMELIA FRIEDMAN, ESQ.
    310-284-5611
    ccabral@proskauer.com

FOR DEFENDANT IMERYS TALC AMERICA, INC.
f/k/a LUZENAC AMERICAN, INC.:
    Dykema Gossett PLLC
    112 East Pecan Street
    Suite 1800
    San Antonio, Texas 78205

BY: JANE BOCKUS, ESQ.
    RYAN J. SULLIVAN, ESQ.
    210-554-5226
    rsullivan@dykema.com


ALSO PRESENT: Chris Martin, The Videographer
        **    **    **

Page 4

1  PROCEEDINGS
2      THE VIDEOGRAPHER: Good morning. We're on
3  the record. My name is Chris Martin. I'm the
4  videographer here for Golkow Litigation
5  Services. Today's date is January 30, 2019,
6  and the time is 10:18 a.m. This deposition is
7  being held at Northwell Medical, 175 Community
8  Drive, Great Neck, New York. The caption on
9  this case is Tracey Yvette Young, et al.,
10 versus Johnson & Johnson, et al., Case
11 No. 1522-CC09728-02, filed in the Circuit Court
12 of the City of St. Louis, State of Missouri.
13 The deponent is Dr. Jacqueline Moline.
14     At this time, would counsel please
15 introduce themselves for the record?
16     MR. CABRAL: Colin Cabral on behalf of
17 plaintiff Johnson & Johnson --
18     MS. FRIEDMAN: Defendant.
19     MR. CABRAL: Sorry. My apologies -- on
20 behalf of defendant Johnson & Johnson, from
21 Proskauer Rose. With me is my colleague Amelia
22 Friedman.
23     MS. BOCKUS: Jane Bockus on behalf of
24 Imerys.
25     MR. SULLIVAN: Ryan Sullivan on behalf of

Page 5

1  Imerys.
2      MR. CIRSCH: Lee Cirsch on behalf of the
3  Young plaintiffs.
4      THE VIDEOGRAPHER: And at this time, the
5  court reporter, Angie Shaw-Crockett, will swear
6  in the witness.
7  D R  J A C Q U E L I N E   M O L I N E,
8    called as a witness, having been first duly sworn,
9    was examined and testified as follows:
10 EXAMINATION
11 BY MR. CABRAL:
12   Q. Good morning, Dr. Moline.
13   A. Good morning.
14   Q. You've been deposed before, correct?
15   A. Yes.
16   Q. How many times?
17   A. A lot.
18   Q. Do you have --
19   A. I haven't counted, but it's many times.
20   Q. What is your best estimate of how many
21 times you've been deposed?
22   A. It's -- it's -- I'm deposed, it seems
23 like, about once a month lately, for the past couple
24 of years. So -- and probably, all totaled, a
25 hundred times or more. I don't know. I try to -- I

Jacqueline Moline, M.D.

Page 34

1  Q. Has all of your testimony in asbestos
2  cases been on behalf of plaintiffs?
3  A. Testimony, yes.
4  Q. How much money have you made testifying on
5  behalf of plaintiffs in asbestos cases, if you know?
6  A. I have not added up the amount of money
7  I've made.
8  Q. What is your best estimate of how much
9  money you've made testifying on behalf of plaintiffs
10 in asbestos cases?
11 A. I would not be able to give you an
12 accurate estimate. It's varied widely year over
13 year.
14 Q. You testified at a trial in St. Louis last
15 year in a case called Ingham.
16 A. Yes.
17 Q. Do you recall that?
18    THE COURT REPORTER: In a case called?
19    MR. CABRAL: Ingham, I-N-G-H-A-M.
20 BY MR. CABRAL:
21 Q. Do you recall testifying, in that case,
22 that you've made over $3 million testifying on
23 behalf of plaintiffs in asbestos cases?
24    MR. CIRSCH: Object to form.
25 A. I don't specifically remember testifying

Page 35

1  to that, but that -- I don't dispute that number.
2  BY MR. CABRAL:
3  Q. You don't dispute that --
4  A. That that's possible. That -- that if I
5  were to add it up, in all likelihood, over 20 years,
6  that that's an accurate number.
7  Q. I got it. I just -- the question was cut
8  off, so let me just start over, if that's okay.
9     You don't dispute that it's possible
10 you've made over $3 million testifying on behalf of
11 plaintiffs in asbestos cases?
12 A. I do not --
13    MR. CIRSCH: Object to form.
14 A. I do not dispute that.
15 BY MR. CABRAL:
16 Q. Do you know how much you have -- let me
17 start over.
18    Do you know how much you earned testifying
19 as an expert witness in 2018?
20 A. I do not.
21 Q. Do you have any estimate?
22 A. No.
23 Q. You have no idea how much you made
24 testifying as an expert last year?
25 A. I haven't gotten my 1099s, and tax day is

Page 36

1  a few months away, and I will, in all likelihood,
2  get an extension, so I will not have any idea until
3  October.
4  Q. Do you know if it's over a million
5  dollars?
6  A. It is definitely not over a million
7  dollars.
8  Q. Do you know if it's over a hundred
9  thousand?
10 A. It is most likely over a hundred thousand.
11 Q. Is it over 500,000?
12 A. I do not know.
13 Q. You have testified for The Lanier Law Firm
14 before, correct?
15 A. Yes.
16 Q. How many times have you testified for the
17 Lanier firm?
18 A. Do you mean in deposition or in trial?
19 Q. We'll start with depositions.
20 A. In depositions, probably five to eight
21 times.
22 Q. How many times have you testified at a
23 trial on behalf of the Lanier firm?
24 A. Definitely one time in June. And I don't
25 know if I've ever testified any other time.

Page 37

1  Q. Do you recall when it was the first time
2  that you worked with the Lanier firm?
3  A. It was several years ago. I don't
4  remember the exact year.
5  Q. What is your best recollection of the year
6  in which you started working with the Lanier firm?
7  A. I honestly don't know. I don't know --
8  it's been several years. Maybe 2010.
9  Q. Is it accurate that you've worked with
10 Lanier firm on about five to eight cases total?
11    MR. CIRSCH: Object to form.
12 A. No, you asked me how many times I've
13 testified in deposition --
14 BY MR. CABRAL:
15 Q. Right.
16 A. -- or testified. I know that I've
17 reviewed a few cases a year. Sometimes two or
18 three, for several years. Many of those don't
19 result in testimony.
20 Q. Got it.
21    So how many cases would you say you have
22 worked with the Lanier firm?
23    MR. CIRSCH: Object to form.
24 A. Again, you know, I can't -- it's -- it's
25 probably about -- probably about five cases a year

Jacqueline Moline, M.D.

Page 246

```
 1                  INDEX
 2  EXAMINATION BY      WITNESS              PAGE
 3  MR. CABRAL       Dr. Jacqueline Moline      5
 4  MR. BOCKUS       Dr. Jacqueline Moline    220
 5               EXHIBITS
 6  FOR ID         DESCRIPTION               PAGE
 7  Exhibit 1  294 articles on current reliance list/  52
             current reference list
 8
 9  Exhibit 2  Excerpt for a monograph         55
10  Exhibit 3  Paper entitled "Cancer Mortality Among Women  67
             in the Russian Printing Industry"
11
12  Exhibit 4  Magnani study that's cited by IARC   81
13  Exhibit 5  Article by Berry from the year 2000  92
14  Exhibit 6  Paper titled "Cohort Mortality Study of   102
             Women Compensated for Asbestosis in Italy"
15
16  Exhibit 7  Document titled "Does Exposure to Asbestos  109
             Cause Ovarian Cancer? A Systematic
17           Literature Review and Meta-analysis"
18  Exhibit 8  Document titled "Gynecologic and Breast  121
             Cancers in Women After Exposure to Blue
19           Asbestos at Wittenoom," dated
             January 29, 2009
20
21  Exhibit 9  Paper titled, "Mortality of female gas mask  133
             assemblers," by Wignall and Fox from 1981
22
23
24
25
```

Page 247

```
 1             EXHIBITS (CONT'D)
 2  FOR ID         DESCRIPTION               PAGE
 3  Exhibit 10 Paper titled, "Mortality of two groups of  133
             women who manufactured gas masks from
 4           chrysotile and crocidolite asbestos:
             As a 40-year follow-up"
 5
 6  Exhibit 11 Paper titled, "Cancer Mortality and   137
             Incidence of Mesothelioma in a Cohort of
 7           Wives of Asbestos Workers in Casale
             Monferrato, Italy" dated October 2007
 8
 9  Exhibit 12 Paper titled, "Ovarian cancer and    152
             occupational exposure among pulp and
10           paper employees in Norway," and the lead
             author is Langseth and the paper is
11           dated 2004
12  Exhibit 13 Paper titled, "Asbestos fibers in ovarian  152
             tissue from Norwegian pulp and paper
13           workers," also authored by Langseth,
             dated 2007
14
15  Exhibit 14 Presentation titled "Asbestos and Ovarian  179
             Cancer," dated November 2016
16
17  Exhibit 15 Excerpt from the IARC monograph relating  195
             to talc
18
19  Exhibit 16 The Gordon 2014 paper              206
20          (Exhibits retained by the court reporter.)
21
22  REQUEST
23  145-19  Article
24
25
```

Page 248

```
 1
 2              CERTIFICATE
 3
 4  STATE OF NEW YORK )
 5        : ss
 6     I, Angela M. Shaw-Crockett, a Certified Court
 7  Reporter, Certified Realtime Reporter, Registered Merit
 8  Reporter and Notary Public within and for the States of New
 9  York, New Jersey and Connecticut, do hereby certify:
10     That JACQUELINE MOLINE, MD, the witness whose
11  deposition is herein before set forth, was duly sworn by me
12  and that such deposition is a true record of the testimony
13  given by such witness.
14     I further certify that I am not related to any of
15  the parties to this action by blood or marriage and that I
16  am in no way interested in the outcome of this matter.
17     In witness whereof, I have hereunto set my hand
18  this 1st day of February, 2019.
19
20     ---------------------------------------
       ANGELA M. SHAW-CROCKETT, CCR, CRR, RMR, CSR
21     LICENSE NO. XI00218400
22
23
24
25
```

Page 249

```
 1      - - - - - -
          E R R A T A
 2      - - - - - -
 3  PAGE  LINE  CHANGE
 4  ____  ____  _____
 5       REASON: _____
 6  ____  ____  _____
 7       REASON: _____
 8  ____  ____  _____
 9       REASON: _____
10  ____  ____  _____
11       REASON: _____
12  ____  ____  _____
13       REASON: _____
14  ____  ____  _____
15       REASON: _____
16  ____  ____  _____
17       REASON: _____
18  ____  ____  _____
19       REASON: _____
20  ____  ____  _____
21       REASON: _____
22  ____  ____  _____
23       REASON: _____
24  ____  ____  _____
25       REASON: _____
```