# Exhibit 7

Page 1

1   IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
    IN AND FOR THE COUNTY OF HUMBOLDT
2   - - - - - - - - - - - - - - - - - -x
    CARLA ALLEN,
3
              Plaintiff,
4
              -against-                              NO. DR180132
5

    BRENNTAG NORTH AMERICA, INC.,
6   (sued individually and as
    successor-in-interest to MINERAL
7   PIGMENT SOLUTIONS, INC., and as
    successor-in-interest to WHITTAKER
8   CLARK & DANIELS, INC.), et al.,
9             Defendants.
    - - - - - - - - - - - - - - - - - -x
10
11
12            DEPOSITION OF JACQUELINE MOLINE
13
14                 Great Neck, New York
15              Friday, September 14, 2018
16
17
18
19
20
21
22
23  Reported by:
24  JEFFREY BENZ, CRR, RMR
25  JOB NO. 146576

Page 2

```
 4            September 14, 2018
 5               10:11 a.m.

 8       Deposition of JACQUELINE MOLINE, held at 175
 9   Community Drive, Great Neck, New York, before
10   Jeffrey Benz, a Certified Realtime Reporter,
11   Registered Merit Reporter and Notary Public of the
12   State of New York.
```

Page 3

```
 1   A P P E A R A N C E S:

 3       SIMON GREENSTONE PANATIER
 4       Attorneys for Plaintiff
 5          1201 Elm Street
 6          Dallas, Texas  75270
 7       BY:  LEAH KAGAN, ESQ.
 8            JOSEPH MANDIA, ESQ.

10       KIRKLAND & ELLIS
11       Attorneys for Defendant Johnson & Johnson
12          333 South Hope Street
13          Los Angeles, California  90071
14       BY:  JAY BHIMANI, ESQ.

16       FOLEY & MANSFIELD
17       Attorneys for Defendant Colgate-Palmolive
18          300 South Grand Avenue
19          Los Angeles, California  90071
20       BY:  PETER MULARCZYK, ESQ.
```

Page 4

```
 1   A P P E A R A N C E S: (Ctd.)

 3       BARNES & THORNBURG
 4       Attorneys for Defendant CVS Pharmacy, Inc.
 5          2029 Century Park East
 6          Los Angeles, California  90067
 7       BY:  GABRIELLE ANDERSON-THOMPSON, ESQ.
            (via telephone)

10       COSMICH SIMMONS & BROWN
11       Attorneys for Defendant The Procter & Gamble Company
12          One Eastover Center
13          100 Vision Drive
14          Jackson, Mississippi  39211
15       BY:  LUCY SAVORGNAN, ESQ.  (via telephone)

17       DENTONS
18       Attorneys for Defendant Imerys Talk America, Inc.
19          One Market Plaza
20          San Francisco, California  94105
21       BY:  JENNIFER LEE, ESQ.  (via telephone)
```

Page 5

```
 1   A P P E A R A N C E S: (Ctd.)

 3       Hawkins Parnell Thackston & Young
 4       Attorneys for Defendants Revlon, Inc.; Yves Saint
 5       Laurent America, Inc.; and Bristol-Myers Squibb Company
 6          445 S. Figueroa
 7          Los Angeles, California  90071
 8       BY:  EDWARD ULLOA, ESQ.  (via telephone)

10       O'Reilly Stoutenburg Richards
11       Attorneys for Defendant Lornamead Inc.
12          32 East 57th Street
13          New York, New York  10022
14       BY:  ADAM RICHARDS, ESQ.  (via telephone)
```

Page 210

1   of that apart from timeframes, when she used it,
2   and other testing that's also been done with a
3   similar timeframe.
4       And if we can just -- give me five
5   seconds here.
6       Q.  Sure.
7       (Recess from 3:36 p.m. to 3:42 p.m.)
8       Q.  Dr. Moline, not much left.
9       The Gordon 2014 article you'll be
10  relying on in this case, as well, right?
11      A.  It's an article that talks about
12  exposure and -- and Cashmere Bouquet, so yes, I
13  will be relying.
14      Q.  And in that article, the -- the author
15  has conducted not only product testing but also
16  releasability testing, right?
17      A.  Correct.
18      Q.  Okay.  Based on your review of
19  Dr. Longo's report, he only conducted product
20  testing, correct?
21      MS. KAGAN:  With respect to Cashmere
22  Bouquet?
23      Q.  Correct.
24      A.  In -- correct.  That was -- right.
25  That was what his report contained.

Page 211

1       Q.  Only because I don't think this was
2   asked of you previously, but how much did you
3   earn testifying for plaintiffs in asbestos
4   litigation last year?
5       MS. KAGAN:  You mean '18 or '17?  2017
6   or this calendar year?
7       MR. MULARCZYK:  2017.
8       A.  I don't know the exact number.
9   It's -- it's a percentage of my salary.
10      It's about 40 percent of my total
11  income.
12      Q.  And what was your total income last
13  year?
14      A.  I -- really -- I don't think it's an
15  appropriate question for you to ask what my
16  salary is and my total income is.  I'm going to
17  decline to answer that question.  I've given you
18  a percentage of how much income I make.
19      Q.  You can't estimate at all for me the
20  percentage of income you made with respect to
21  asbestos litigation?
22      A.  I just told you it was about
23  40 percent.
24      Q.  Right, but I don't know what
25  40 percent means.

Page 212

1       MS. KAGAN:  She just told you she's
2   not going to tell you that number, so next
3   question.
4       MR. MULARCZYK:  I thought she was just
5   uncomfortable with her total income, not
6   the one related to asbestos litigation.
7       Q.  Are you -- I was just -- I thought you
8   were uncomfortable with respect to your total
9   income, not the one limited to your asbestos
10  litigation.  But if you --
11      A.  I'm not uncomfortable telling you
12  about the asbestos litigation.  I don't have the
13  exact number.  I actually have an extension on
14  my taxes, and I have not filed in my taxes.  I
15  don't have the exact number.
16      Q.  What was it in 2016?  Do you know?
17      A.  I haven't memorized the exact numbers
18  of how much it is.  Again, the percentages have
19  been about 40 percent of my total income.
20      Q.  Okay.  All right.
21      MR. MULARCZYK:  That's all I have.
22  Thanks.
23      MS. KAGAN:  Ed, ready to go?
24      MR. ULLOA:  Yeah, I am.
25      MS. KAGAN:  Okay.  Cool, go.

Page 213

1   EXAMINATION BY MR. ULLOA:
2       Q.  Dr. Moline, I got a couple documents
3   I'm going to ask you to get out so we can refer
4   to them so I can move pretty quickly here.  The
5   first one is your declaration, which I
6   understand has been marked as Exhibit 1.
7       And I have three other documents that
8   Ms. Kagan was very kind enough to make copies
9   for me and have in front of you.
10      I -- we're at Number 6 now; is that
11  correct?  Exhibit 6?
12      THE COURT REPORTER:  6 is the next one
13  to be marked, yes.
14      MS. KAGAN:  Ed, you mentioned the
15  declaration.  Are you talking about the
16  August 31st declaration, which is
17  Exhibit 1, or --
18      MR. ULLOA:  Exactly.
19      MS. KAGAN:  Okay.
20      MR. ULLOA:  Exactly.  August 31st, I'm
21  sorry.  So I'm just going to use that one.
22      And then let's do the Compton reliance
23  list as Exhibit 6.
24      MS. KAGAN:  Okay.
25      MR. ULLOA:  Compton dec -- go ahead,

Page 314

1  possession of the original transcript. We
2  will make it available for anybody to see
3  upon reasonable request. We also can
4  stipulate to using certified copies for
5  motion practice and in court. Yes? Yes?
6      MR. MULARCZYK: So stipulated. Is she
7  going to review or waive?
8      THE WITNESS: Waive.
9      MS. KAGAN: There you go. Okay.
10 Great. Thanks so much, everyone. Adios.
11     (Time noted: 5:50 p.m.)
12
13
14
15
16
17        ------------------------
18           JACQUELINE MOLINE
19    Subscribed and sworn to before me
20      this    day of      2018.
21
22
23
24
25

Page 315

1              C E R T I F I C A T E
2
3  STATE OF NEW YORK   )
                       ) Ss.:
4  COUNTY OF NEW YORK  )
5      I JEFFREY BENZ, a Certified Realtime
6  Reporter, Registered Merit Reporter and
7  Notary Public within and for the State of
8  New York, do hereby certify:
9      That JACQUELINE MOLINE, the witness
10 whose examination is hereinbefore set
11 forth, was duly sworn by me and that this
12 transcript of such examination is a true
13 record of the testimony given by such
14 witness.
15     I further certify that I am not
16 related to any of the parties to this
17 action by blood or marriage; and that I am
18 in no way interested in the outcome of this
19 matter.
20     IN WITNESS WHEREOF, I have hereunto
21 set my hand this 17th of September, 2018.
22     ------------------------
23           JEFFREY BENZ, CRR, RMR
24
25

Page 316

1  ----------------------INDEX---------------------
2  WITNESS         EXAMINATION BY        PAGE
3  JACQUELINE MOLINE   MR. BHIMANI         6
4               MR. MULARCZYK         133
5               MR. ULLOA             213
6               MR. MULARCZYK         214
7               MR. ULLOA             215
8               MS. LEE               246
9               MS. SAVORGNAN         257
10              MS. ANDERSON-THOMPSON 267
11              MR. RICHARDS          269
12              MR. BHIMANI           272
13              MS. KAGAN             274
14              MR. BHIMANI           307
15              MR. ULLOA             310
16              MS. SAVORGNAN         311
17 ---------------------EXHIBITS-------------------
18 NUMBER     DESCRIPTION           PG   LN
19 Exhibit 1  Declaration of Dr. Moline  10  5
              executed August 31, 2018
20
   Exhibit 2  Dr. Moline's reference and  45  8
21            reliance list for the
              Allen matter
22
   Exhibit 3  Complaint for personal   60   6
23            injury
24 Exhibit 4  Medical records from UCLA  82  9
25

Page 317

1  Exhibit 5   Declaration of Dr. Moline  141  10
              dated March 2, 2018
2
   Exhibit 6   Dr. Steven Compton -     215   8
3              Select Reliance
4  Exhibit 7   Declaration of Steven    215  11
              Compton, MD
5
   Exhibit 8   Letter from Quantem      215  15
6              Laboratories to Simon,
              Greenstone, Panatier,
7              Bartlett, dated January
              20, 2016
8
   Exhibit 9   Handwritten notes        273   4
9
   Exhibit 10  Memorandum to Dr. Robert  274  24
10             M. Schaffner from Dr.
              Alfred Weissler
11
   Exhibit 11  Article regarding the    298  17
12             Helsinki criteria
13 Exhibit 12  Mesothelioma, edited the  300  10
              by Bruce Robinson and
14             Philippe Chahinian
15
16         *******
17 WITNESS DIRECTED NOT TO ANSWER:
18 66, 67, 68
19
20
21
22
23
24
25