# Exhibit 10

```
                                                          Page 1495

 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                FOR THE COUNTY OF LOS ANGELES
 3   DEPARTMENT NER              HON. C. EDWARD SIMPSON, JUDGE
 4
 5                                           )ASBESTOS
     LAOSD ASBESTOS CASES,                   )No. JCCP 4674
 6   Coordinated Proceeding Special Title    )
     (Rule 3.550)                            )
 7   _____)
                                             )
 8   TINA HERFORD and DOUGLAS HERFORD,       )
                                             )
 9                          Plaintiffs,      )
                                             )
10               vs.                         )No. BC646315
                                             )
11   AT&T CORP., a subsidiary of AT&T INC. and )
     its subsidiary PACIFIC BELL TELEPHONE   )
12   COMPANY, et al.,                        )
                                             )
13                          Defendants.      )
     _____)
14
15
16
17           REPORTER'S TRANSCRIPT OF PROCEEDINGS
18                THURSDAY; OCTOBER 26, 2017
19                      A.M. SESSION
20
21
22   (APPEARANCES, NEXT PAGE.)
23
24
25
26   PAGES 1499 - 1617
27                            IRENE KUBERT, CSR, CRR, RMR
                              Court Reporter Pro Tempore
28                            License No. 10105
```

```
                                                              Page 1496
 1    APPEARANCES:
 2
 3    FOR PLAINTIFFS:     SIMON GREENSTONE PANATIER BARTLETT
                          BY:  CHRISTOPHER J. PANATIER, ESQ.
 4                             LEAH C. KAGAN, ESQ.
                          3780 KILROY AIRPORT WAY
 5                        SUITE 540
                          LONG BEACH, CALIFORNIA 90806
 6                        (562) 590-3400
 7                        BY:  JAY STUEMKE, ESQ.
                          3232 McKINNEY AVENUE
 8                        SUITE 610
                          DALLAS, TEXAS 75204
 9
10    FOR JOHNSON & JOHNSON:  KING & SPALDING
                          BY:  ALEXANDER G. CALFO, ESQ.
11                             JULIA E. ROMANO, ESQ.
                          655 WEST FIFTH STREET
12                        17TH FLOOR
                          LOS ANGELES, CALIFORNIA 90071
13                        (213) 443-4347
14
      and
15
                          TUCKER ELLIS, LLP
16                        BY:  SHARLA J. FROST, ESQ.
                          405 MAIN STREET
17                        SUITE 500
                          HOUSTON, TEXAS 77002
18                        (281) 657-0732
19    and
20                        ORRICK, HERRINGTON & SUTCLIFFE, LLP
                          BY:  MORTON DONALD DUBIN II, ESQ.
21                        51 WEST 52ND STREET
                          NEW YORK, NEW YORK 10019
22                        (212) 506-3752
23
      FOR IMERYS TALC AMERICA and CYPRUS AMAX:
24                        ALSTON & BIRD
                          BY:  TODD B. BENOFF, ESQ.
25                             PETER E. MASAITIS, ESQ.
                          333 SOUTH HOPE STREET
26                        16TH FLOOR
                          LOS ANGELES, CALIFORNIA 90071
27                        (213) 576-1000
28
```

Page 1497

M A S T E R   I N D E X

OCTOBER 26, 2017; A.M. SESSION

CHRONOLOGICAL/ALPHABETICAL INDEX OF WITNESSES

PLAINTIFFS'                              _____          PAGE

LONG, WILLIAM E.
RECROSS-EXAMINATION BY MR. BENOFF......................1505
RECROSS-EXAMINATION BY MR. DUBIN.......................1517
FURTHER REDIRECT EXAMINATION BY MR. PANATIER..........1523
MOLINE, JACQUELINE
DIRECT EXAMINATION BY MR. STUEMKE.....................1524
CROSS-EXAMINATION BY MR. CALFO........................1596

Page 1498

E X H I B I T S

OCTOBER 26, 2017; A.M. SESSION

| PLAINTIFFS' | FOR I.D. | IN EVIDENCE | WITHDRAWN/ REJECTED |
|---|---|---|---|
| 1195   Moline's CV | 1527 | | |

| DEFENDANTS' | FOR I.D. | IN EVIDENCE | WITHDRAWN/ REJECTED |
|---|---|---|---|
| 19    Article by Langer and Nolan | 1517 | | |
| 707   Region 9 Letter | 1510 | | |
| 5817  Document | 1506 | | |
| 5818  Malcolm Ross Letter | 1507 | | |

```
                                                         Page 1499

1    CASE NUMBER:             BC464315
2    CASE NAME:               HERFORD VS. AT&T
3    PASADENA, CALIFORNIA     THURSDAY, OCTOBER 26, 2017
4    DEPARTMENT NER           HON. C. EDWARD SIMPSON, JUDGE
5    REPORTER:                IRENE KUBERT, CSR NO. 10105
6    TIME:                    A.M. SESSION
7    APPEARANCES:             (AS HERETOFORE NOTED.)
8                             -oOo-
9
10              (At 8:53 a.m. the following
11               proceedings were held in open court
12               out of the presence of the jury:)
13        THE COURT:  Good morning.
14              (A chorus of "good mornings" was
15               heard.)
16        THE COURT:  I understand there's something counsel
17   wishes to bring up before the jury comes in.
18        MR. DUBIN:  Your Honor, I think one thing that
19   Mr. Masaitis was going to bring -- I was just going to
20   say, as with the other expert, we're probably going to
21   make a very brief motion to strike as to Dr. Longo when
22   his testimony is concluded.
23              If it's fine, we can wait and do that at the
24   end of the day so as not to interrupt the proceedings.
25   I wanted to flag that so it didn't become an issue of
26   timeliness.  Thank you.
27        MR. MASAITIS:  Your Honor, if I can just have five
28   minutes to address an issue related to Dr. Moline, who
```

Page 1536

1   College of Occupational and Environmental Medicine.  And
2   I'm on the executive board and currently secretary of
3   the New York Chapter.  I've been involved with the
4   American Public Health Association, The Association of
5   Teachers of Preventive Medicine, when I was back doing
6   residency training.
7           I'm also a member of the American College of
8   Physicians, which is the internal medicine professional
9   organization, as well as the State Medical Society.
10      Q.    Okay.  And have you -- we've heard about the
11  peer-review literature.  Have you published in the
12  peer-review literature?
13      A.    I have.
14      Q.    Have you ever published on a topic of
15  asbestos or asbestos disease?
16      A.    Yes.
17      Q.    About how many times?
18      A.    Specifically related to asbestos or asbestos
19  exposure, I have two articles recently.
20      Q.    Okay.  And have you served on the other side
21  of that?  In addition to being an author, have you
22  served as a peer reviewer?
23      A.    Yes.
24      Q.    For what journals?
25      A.    Well, I'm deputy editor in chief of the
26  Archives of Environmental & Occupational Exposure
27  [verbatim] now.  And I've also been a reviewer for the
28  Journal of the American Medican Medical Association, for the

1  clinical centers.  We have -- we are in charge of the
2  Long Island clinical centers, which is where our -- some
3  of our hospitals are based.  And we see folks who have
4  work-related exposures who come to us.
5           I get referrals in from employers, from work
6  groups, from unions, from word of mouth, from my
7  colleagues, other physicians, with folks that might have
8  an exposure to see if it's affecting their health.
9       Q.   Okay.  And do you actually see groups of
10 people with a history of exposure to asbestos and track
11 their health?
12      A.   We do.  We're actually -- we have what we're
13 calling the Occupational Health Registry -- or the
14 Occupational Lung Registry, I'm sorry -- where we're
15 following groups of workers who have had asbestos
16 exposure.  And we see about 700 individuals a year.
17           I'm in charge of that overall program, where
18 we see how many of them have evidence of
19 asbestos-related diseases and make recommendations to
20 their overall health, whether it's an asbestos-related
21 disease, or whether it's general health, whether they
22 have high blood pressure, diabetes, or something else
23 that we may discover that we find that isn't well
24 controlled.
25      Q.   And I understand that you've had some
26 involvement in dealing with the aftermath in terms of
27 health effects from 9/11; is that right?
28      A.   Yes.

Page 1542

1       A.   Yes.
2       Q.   And do you also consider patients that come
3   to you in the context of medicolegal consulting like
4   what we're doing here today?
5       A.   Yes.
6       Q.   And how many people with mesothelioma have
7   you evaluated that have been exposed to cosmetic talc?
8       A.   You know, I -- it's --
9       MR. CALFO:   I'm going to object, Your Honor.  That
10  calls for speculation.
11      THE COURT:   Overruled.
12      THE WITNESS:   There are about 41 cases of
13  individuals that I've reviewed records or have in some
14  cases had the opportunity to evaluate.
15      Q.   BY MR. STUEMKE:   Okay.  And would those
16  evaluations include learning about their occupational
17  and environmental history of exposures?
18      A.   Yes.
19      Q.   And for about how many of those people with
20  mesothelioma with a history of cosmetic talc use was
21  cosmetic talc their only known exposure to asbestos?
22      MR. CALFO:   Your Honor, objection.  We're getting
23  beyond this case.  Irrelevant.
24      THE COURT:   Overruled.  It goes to her experience.
25      THE WITNESS:   About 75 to 80 percent of them there
26  was no other competing cause.  Or there was no other
27  potential exposure.
28      Q.   BY MR. STUEMKE:   Okay.  So for about

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                   FOR THE COUNTY OF LOS ANGELES
 3    DEPARTMENT NER                 HON. C. EDWARD SIMPSON, JUDGE
 4
 5    LAOSD ASBESTOS CASES,              )No. JCCP 4674
      Coordinated Proceeding Special Title )
 6    (Rule 3.550)                        )
                                          )
      _____ )
 7                                        )
      TINA HERFORD and DOUGLAS HERFORD,   )
 8                                        )
                              Plaintiffs, )
 9                                        )
                          vs.             )No. BC646315
10                                        )
      AT&T CORP., a subsidiary of AT&T INC. and )
11    its subsidiary PACIFIC BELL TELEPHONE )
      COMPANY, et al.,                    )
12                                        )
                              Defendants. )
13    _____ )
14
15
16         I, IRENE KUBERT, CSR No. 10105, Official Reporter
17    Pro Tempore of the Superior Court of the State of
18    California, for the County of Los Angeles, do hereby
19    certify that the foregoing pages, 1499 - 1617, comprise
20    a full, true, and correct transcript of the proceedings
21    and testimony taken in the matter of the above-entitled
22    cause on October 26, 2017.
23         Dated this 26th day of October, 2017.
24
25
26             [signature: Irene Kubert]
27
               IRENE KUBERT, RMR, CRR, CLR
28             Official Reporter Pro Tempore, CSR No. 10105
```