# Exhibit 11

**Appendix 2.** Cosmetic Talcum Powder Companies

a. Coty Airspun face powder
b. Mennen
c. Cashmere Bouquet
d. Johnson's
e. Clubman
f. Chantilly
g. White Shoulders
h. Jean Nate
i. Shower to Shower
j. Avon
k. Maybelline
l. Cover Girl
m. Mary Kay
n. Helena Rubinstein
o. Spring Fresh
p. Desert Flower
q. Giorgio Dustin
r. Goldbond
s. Air Mist
t. Lily of the Valley
u. Old Spice
v. Chanel