# Exhibit 15

# Asbestos by TEM - Gordon Grids Lanzo Case

**LAB WORKSHEET**

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 1A-1D

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| | | | | | | EDS/Morphology/SAED = **Images** | | | |
| 1A | A1 | | | | Damaged | | | | |
| | A2 | | | | Damaged | | | | |
| | A3 | | | | Damaged | | | | |
| | A4 | | | | Damaged | | | | |
| | A5 | | 1 | 8.5 x 0.05 | Chrysotile | Yes | 02,03 | 01 | |
| | A6 | | | | Damaged | | | | |
| | A7 | NSD | | | | | | | |
| | A8 | | | | Damaged | | | | |
| | A9 | NSD | | | | | | | |
| | A10 | | | | Damaged | | | | |
| | B1 | NSD | | | | | | | |
| | B2 | | | | Damaged | | | | |
| | B3 | | | | Damaged | | | | |
| | B4 | | | | Damaged | | | | |
| | B5 | | | | Damaged | | | | |
| | B6 | | | | Damaged | | | | |
| | B7 | | 2 | 3 x 0.10 | Tremolite | Yes | 04 | 05 | Adjacent Grid Bar |
| | B8 | NSD | | | | | | | |
| | B9 | NSD | | | | | | | |
| | B10 | | | | Damaged | | | | |
| | C1 | | | | Damaged | | | | |
| | C2 | | | | Damaged | | | | |
| | C3 | | | | Damaged | | | | |
| | C4 | | | | Damaged | | | | |
| | C5 | | | | Damaged | | | | |
| | C6 | | | | Damaged | | | | |
| | C7 | | | | Damaged | | | | |
| | C8 | NSD | | | | | | | |
| | C9 | ✓ | NA | 11 x 0.60 | Talc | | | | Talc Ribbon |
| | C10 | ✓ | NA | 3 x 0.50 | Talc | | | | Particle |
| | D1 | NSD | | | | | | | |
| | D2 | | | | Damaged | | | | |
| | D3 | | | | Damaged | | | | |
| | D4 | | | | Damaged | | | | |
| | D5 | | | | Damaged | | | | |
| | D6 | NSD | | | | | | | |
| | D7 | NSD | | | | | | | |
| | D8 | NSD | | | | | | | |

**High Magnification Scan at 15,000X**

Lee Poye          Analyst

26-Jan-2018
Date



PLAINTIFF'S EXHIBIT
LP-2E

## Asbestos by TEM - Gordon Grids Lanzo Case
### LAB WORKSHEET

**Customer:** Joseph D. Satterley, Esq.

**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids

**Grids:** 1A-1D

### High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 1A | D9 | | NSD | | | | | | |
| | D10 | | | | Damaged | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | | | | Damaged | | | | |
| | E3 | | | | Damaged | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | | | Damaged | | | | |
| | E6 | | | | Damaged | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | | | Damaged | | | | |
| | E9 | | | | Damaged | | | | |
| | E10 | | | | Damaged | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | | | Damaged | | | | |
| | F3 | | NA | 6.5 x 0.60 | Talc | Yes | 08 | | Ribbon |
| | F4 | | NSD | | | | | | |
| | F5 | | | | Damaged | | | | |
| | F6 | | NA | 5 x 3.50 | Talc | Yes | 09 | 10 | Particle |
| | F7 | | | | Damaged | | | | |
| | F8 | | | | Damaged | | | | |
| | F9 | | | | Damaged | | | | |
| | F10 | | | | Damaged | | | | |
| | G1 | | | | Damaged | | | | |
| | G2 | | | | Damaged | | | | |
| | G3 | | NA | 5 x 1.00 | Talc | Yes | 11 | | Fiber |
| | G4 | | | | Damaged | | | | |
| | G5 | | | | Damaged | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | | | Damaged | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | | | Damaged | | | | |
| | G10 | | | | Damaged | | | | |
| | H1 | | | | Damaged | | | | |
| | H2 | | 3 | 14.5 x 0.30 | Tremolite | | | | RJLG Indentified |
| | H3 | | | | Damaged | | | | |
| | H4 | | | | Damaged | | | | |
| | H5 | | | | Damaged | | | | |
| | H6 | | | | Damaged | | | | |

Lee Poye _____ Analyst

26-Jan-2018 _____ Date

# Asbestos by TEM - Gordon Grids Lanzo Case

**LAB WORKSHEET**

**J3 resources, inc.**

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 1A-1D

| | | | | High Magnification Scan at 15,000X | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
| 1A | H7 | | NSD | | | | | | |
| | H8 | | | | Damaged | | | | |
| | H9 | | | | Damaged | | | | |
| | H10 | | | | Damaged | | | | |
| | I1 | | | | Damaged | | | | |
| | I2 | | | | Damaged | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | | | Damaged | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | | | Damaged | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | | | Damaged | | | | |
| | I9 | | | | Damaged | | | | |
| | I10 | | | | Damaged | | | | |
| | J1 | | | | Damaged | | | | |
| | J2 | | | | Damaged | | | | |
| | J3 | | | | Damaged | | | | |
| | J4 | | | | Damaged | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | | | Damaged | | | | |
| | J8 | | | | Damaged | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| 1B | | | | | | | | | |
| | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | | | Damaged | | | | |
| | A5 | | | | Damaged | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | ✓ | NA | 1.4 x 0.36 | Anthophyllite | 12 | 13 | | AR < 5: 1 |
| | B3 | | | | Damaged | | | | |

Lee Poye _____ Analyst

26-Jan-2018 _____ Date

# Asbestos by TEM - Gordon Grids Lanzo Case
### LAB WORKSHEET

J3 resources, inc.

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 1A-1D

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 1B | B4 | | | | Damaged | | | | |
| | B5 | | | | Damaged | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | 4 | 30 x 1.00 | Crocidolite | Yes | 14 | | RJLG Indentified |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | | | Damaged | | | | |
| | C3 | | | | Damaged | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | | | Damaged | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | | | Damaged | | | | |
| | D2 | | | | Damaged | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | | | Damaged | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | | | | Damaged | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | ✓ | NA | 11 x 0.60 | Talc | Yes | | | |
| | E10 | | | | Damaged | | | | |
| | F1 | | NSD | | | | | | |

Lee Poye _____ Analyst

27-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case
### LAB WORKSHEET

**J3** resources, inc.

| | | |
|---|---|---|
| **Customer:** Joseph D. Satterley, Esq. | **Sample Number:** Gordon Grids | |
| **J3 Order #:** JH1895372 | **Grids:** 1A-1D | |

## High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|------------|------|----------|
| 1B | F2 | | | | Damaged | | | | |
| | F3 | | | | Damaged | | | | |
| | F4 | NSD | | | | | | | |
| | F5 | NSD | | | | | | | |
| | F6 | NSD | | | | | | | |
| | F7 | NSD | | | | | | | |
| | F8 | NSD | | | | | | | |
| | F9 | NSD | | | | | | | |
| | F10 | | | | Damaged | | | | |
| | G1 | | | | Damaged | | | | |
| | G2 | NSD | | | | | | | |
| | G3 | NSD | | | | | | | |
| | G4 | NSD | | | | | | | |
| | G5 | NSD | | | | | | | |
| | G6 | NSD | | | | | | | |
| | G7 | | 5 | 2 x 0.40 | Tremolite | Yes | 15 | 16 | Bundle |
| | G8 | NSD | | | | | | | |
| | G9 | NSD | | | | | | | |
| | G10 | NSD | | | | | | | |
| | H1 | NSD | | | | | | | |
| | H2 | NSD | | | | | | | |
| | H3 | NSD | | | | | | | |
| | H4 | NSD | | | | | | | |
| | H5 | NSD | | | | | | | |
| | H6 | | 6 | 3.7 x 0.25 | Anthophyllite | Yes | 17 | 18 | |
| | H7 | NSD | | | | | | | |
| | H8 | NSD | | | | | | | |
| | H9 | NSD | | | | | | | |
| | H10 | NSD | | | | | | | |
| | I1 | NSD | | | | | | | |
| | I2 | NSD | | | | | | | |
| | I3 | ✓ | NA | 4.5 x 0.90 | Unknown | Yes | 19 | | Mg, Al, Si, K, Ca, Fe |
| | I4 | NSD | | | | | | | |
| | I5 | | | | Damaged | | | | |
| | I6 | | | | Damaged | | | | |
| | I7 | NSD | | | | | | | |
| | I8 | NSD | | | | | | | |
| | I9 | NSD | | | | | | | |

Lee Poye _____ Analyst

27-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case
## LAB WORKSHEET

**Customer:** Joseph D. Satterley, Esq.  
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids  
**Grids:** 1A-1D

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|------------|------|----------|
| 1B | I10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | | | Damaged | | | | |
| | J7 | | | | Damaged | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| 1C | | | | | | | | | |
| | A1 | | | | Damaged | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | | | Damaged | | | | |
| | A4 | | | | Damaged | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | | | Damaged | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | | | Damaged | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | | | Damaged | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |

Lee Poye _____ Analyst

27-Jan-2018 _____ Date

# Asbestos by TEM - Gordon Grids Lanzo Case
## LAB WORKSHEET

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 1A-1D

### High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|------------|------|----------|
| 1C | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | | | Damaged | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | | | Damaged | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | NSD | | | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | | 7 | 3 x 0.50 | Anthophyllite | Yes | 20 | 22 | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | | | Damaged | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | | | Damaged | | | | |
| | E9 | | | | Damaged | | | | |
| | E10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | | | Damaged | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | | | Damaged | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | | | Damaged | | | | |
| | F10 | | NSD | | | | | | |
| | G1 | | 8 | 3.5 x 0.20 | Tremolite | Yes | 23 | 24 | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |

_____
Lee Poye          Analyst

_____
27-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case

## LAB WORKSHEET

**Customer:** Joseph D. Satterley, Esq.

**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids

**Grids:** 1A-1D

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 1C | G5 | | 9 | 2  x  0.30 | Anthophyllite | Yes | 25 | 26 | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | | | Damaged | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | I1 | | | | Damaged | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | | | Damaged | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | | | Damaged | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | | | Damaged | | | | |
| | J4 | | | | Damaged | | | | |
| | J5 | | | | Damaged | | | | RJLG Indentified |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | | | Damaged | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| 1D | | | | | | | | | |
| | A1 | | NSD | | | | | | |

Lee Poye _____ Analyst

27-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case

### LAB WORKSHEET

**Customer:** Joseph D. Satterley, Esq.

**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids

**Grids:** 1A-1D

## High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 1D | A2 | | NSD | | | | | | |
| | A3 | | | | Damaged | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | ✓ | NA | 3 x 0.40 | Tremolite | Yes | 27 | | Cleavage Fragment |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | | | Damaged | | | | |
| | B4 | | | | Damaged | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | | | Damaged | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | | | Damaged | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | | | Damaged | | | | |
| | D9 | | | | Damaged | | | | |

Lee Poye          Analyst

28-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case

### LAB WORKSHEET

**J3** resources, inc.

| Customer: | Joseph D. Satterley, Esq. | | Sample Number: | Gordon Grids |
| J3 Order #: | JH1895372 | | Grids: | 1A-1D |

## High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|------------|------|----------|
| 1D | D10 | | | | Damaged | | | | |
| | E1 | | | | Damaged | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | | | Damaged | | | | |
| | E10 | | | | Damaged | | | | |
| | F1 | | | | Damaged | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | | | Damaged | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | | | Damaged | | | | |
| | F10 | | NSD | | | | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | | | Damaged | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |

Lee Poye          Analyst

28-Jan-2018
Date

  
# Asbestos by TEM - Gordon Grids Lanzo Case

**LAB WORKSHEET**

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 1A-1D

## High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 1D | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | | | Damaged | | | | |
| | I10 | | | | Damaged | | | | |
| | Ji | | NSD | | | | | | |
| | J2 | | | | Damaged | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | | | Damaged | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | 10 | 3.5 x 0.75 | Anthophyllite | Yes | 28, 30 | 29 | Bundle |
| | J9 | | | | Damaged | | | | |
| | J10 | | | | Damaged | | | | |

Lee Poye    Analyst

28-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case

### LAB WORKSHEET

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 2A-2D

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|------------|------|----------|
| 2A | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | | | Damaged | | | | |
| | A6 | | | | Damaged | | | | |
| | A7 | | | | Damaged | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | | | Damaged | | | | |
| | B2 | | | | Damaged | | | | |
| | B3 | | | | Damaged | | | | |
| | B4 | | | | Damaged | | | | |
| | B5 | | | | Damaged | | | | |
| | B6 | | | | Damaged | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | | | Damaged | | | | |
| | B10 | | | | Damaged | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | | | Damaged | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | | | Damaged | | | | |
| | C8 | | | | Damaged | | | | |
| | C9 | | | | Damaged | | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |

Lee Poye _____ Analyst

29-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case
### LAB WORKSHEET

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 2A-2D

## High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 2A | D9 | | NSD | | | | | | |
| | D10 | | | | Damaged | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | | | Damaged | | | | |
| | F10 | | NSD | | | | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | | | Damaged | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | | | Damaged | | | | |
| | G8 | | | | Damaged | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | ✓ | NA | 5 x 0.20 | Unknown | Yes | 01 | | |
| | H6 | | NSD | | | | | | |

Lee Poye    Analyst

29-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case
## LAB WORKSHEET



**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 2A-2D

## High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|------------|------|----------|
| 2A | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | | | Damaged | | | | |
| | I1 | | | | Damaged | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | | | Damaged | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | | | Damaged | | | | |
| | J4 | | | | Damaged | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | | | Damaged | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| 2B | | | | | | | | | |
| | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | | | Damaged | | | | |
| | A4 | | | | Damaged | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | | | Damaged | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |

Lee Poye    Analyst

29-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case

**LAB WORKSHEET**

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 2A-2D

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|------------|------|----------|
| 2B | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | | | Damaged | | | | |
| | B8 | | | | Damaged | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | | | Damaged | | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |
| | D10 | | | | Damaged | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | NSD | | | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |

Lee Poye _____ Analyst

29-Jan-2018 _____ Date

# Asbestos by TEM - Gordon Grids Lanzo Case
## LAB WORKSHEET

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 2A-2D

## High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (μm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|-----------|------|----------|
| 2B | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |

Lee Poye        Analyst

30-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case

## LAB WORKSHEET

**Customer:** Joseph D. Satterley, Esq.

**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids

**Grids:** 2A-2D

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 2B | I10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | | | Damaged | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | | | Damaged | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| 2C | | | | | | | | | |
| | A1 | | NSD | | | | | | |
| | A2 | | NSD | | | | | | |
| | A3 | | NSD | | | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | | | Damaged | | | | |
| | A6 | | | | Damaged | | | | |
| | A7 | | | | Damaged | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | | | Damaged | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |

Lee Poye _____ Analyst

30-Jan-2018

Date

# Asbestos by TEM - Gordon Grids Lanzo Case

**LAB WORKSHEET**

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 2A-2D

## High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|-----------|------|----------|
| 2C | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | | | Damaged | | | | |
| | D8 | | | | Damaged | | | | |
| | D9 | | | | Damaged | | | | |
| | D10 | | NSD | | | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | NSD | | | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | | | Damaged | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | F1 | | NSD | | | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | G1 | | NSD | | | | | | |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |

Lee Poye  Analyst

30-Jan-2018  Date

# Asbestos by TEM - Gordon Grids Lanzo Case

**LAB WORKSHEET**

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 2A-2D

## High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|-----------|------|-----|------------|------|----------|
| 2C | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |
| | H4 | | NSD | | | | | | |
| | H5 | | | | Damaged | | | | |
| | H6 | | | | Damaged | | | | |
| | H7 | | | | Damaged | | | | |
| | H8 | | | | Damaged | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | | | Damaged | | | | |
| | I5 | | | | Damaged | | | | |
| | I6 | | | | Damaged | | | | |
| | I7 | | | | Damaged | | | | |
| | I8 | | | | Damaged | | | | |
| | I9 | | | | Damaged | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | | | Damaged | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |
| 2D | | | | | | | | | |
| | A1 | | NSD | | | | | | |

Lee Poye _____ Analyst

31-Jan-2018
Date

## Asbestos by TEM - Gordon Grids Lanzo Case
### LAB WORKSHEET

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 2A-2D

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 2D | A2 | | | | Damaged | | | | |
| | A3 | | | | Damaged | | | | |
| | A4 | | NSD | | | | | | |
| | A5 | | NSD | | | | | | |
| | A6 | | NSD | | | | | | |
| | A7 | | NSD | | | | | | |
| | A8 | | NSD | | | | | | |
| | A9 | | NSD | | | | | | |
| | A10 | | NSD | | | | | | |
| | B1 | | NSD | | | | | | |
| | B2 | | NSD | | | | | | |
| | B3 | | NSD | | | | | | |
| | B4 | | NSD | | | | | | |
| | B5 | | NSD | | | | | | |
| | B6 | | NSD | | | | | | |
| | B7 | | NSD | | | | | | |
| | B8 | | NSD | | | | | | |
| | B9 | | NSD | | | | | | |
| | B10 | | NSD | | | | | | |
| | C1 | | NSD | | | | | | |
| | C2 | | NSD | | | | | | |
| | C3 | | NSD | | | | | | |
| | C4 | | NSD | | | | | | |
| | C5 | | NSD | | | | | | |
| | C6 | | NSD | | | | | | |
| | C7 | | NSD | | | | | | |
| | C8 | | NSD | | | | | | |
| | C9 | | NSD | | | | | | |
| | C10 | | NSD | | | | | | |
| | D1 | | NSD | | | | | | |
| | D2 | | NSD | | | | | | |
| | D3 | | NSD | | | | | | |
| | D4 | | NSD | | | | | | |
| | D5 | | NSD | | | | | | |
| | D6 | | NSD | | | | | | |
| | D7 | | NSD | | | | | | |
| | D8 | | NSD | | | | | | |
| | D9 | | NSD | | | | | | |

Lee Poye          Analyst

31-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case

**LAB WORKSHEET**

**J3 resources, inc.**

**Customer:** Joseph D. Satterley, Esq.

**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids

**Grids:** 2A-2D

## High Magnification Scan at 15,000X

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|------|--------|--------------|----------------|------------|------|-----|------------|------|----------|
| 2D | D10 | | NSD | | | | | | |
| | E1 | | NSD | | | | | | |
| | E2 | | NSD | | | | | | |
| | E3 | | NSD | | | | | | |
| | E4 | | | | Damaged | | | | |
| | E5 | | NSD | | | | | | |
| | E6 | | | | Damaged | | | | |
| | E7 | | NSD | | | | | | |
| | E8 | | NSD | | | | | | |
| | E9 | | NSD | | | | | | |
| | E10 | | NSD | | | | | | |
| | F1 | | | | Damaged | | | | |
| | F2 | | NSD | | | | | | |
| | F3 | | NSD | | | | | | |
| | F4 | | NSD | | | | | | |
| | F5 | | NSD | | | | | | |
| | F6 | | NSD | | | | | | |
| | F7 | | NSD | | | | | | |
| | F8 | | NSD | | | | | | |
| | F9 | | NSD | | | | | | |
| | F10 | | NSD | | | | | | |
| | G1 | | 1 | 7 x 0.25 | Tremolite | Yes | 02, 07 | 03 | |
| | G1 | | 2 | 2.8 x 0.10 | Tremolite | Yes | 07 | | |
| | G1 | | 3 | 1.2 x 0.18 | Tremolite | Yes | 06, 07 | 05 | |
| | G1 | ✓ | NA | 1.2 x 0.20 | Tremolite | Yes | 07 | | |
| | G1 | | 4 | 1 x 0.05 | Tremolite | Yes | 07 | | Cleavage Fragment |
| | G2 | | NSD | | | | | | |
| | G3 | | NSD | | | | | | |
| | G4 | | NSD | | | | | | |
| | G5 | | NSD | | | | | | |
| | G6 | | NSD | | | | | | |
| | G7 | | NSD | | | | | | |
| | G8 | | NSD | | | | | | |
| | G9 | | NSD | | | | | | |
| | G10 | | NSD | | | | | | |
| | H1 | | NSD | | | | | | |
| | H2 | | NSD | | | | | | |
| | H3 | | NSD | | | | | | |

Lee Poye     Analyst

31-Jan-2018
Date

# Asbestos by TEM - Gordon Grids Lanzo Case
## LAB WORKSHEET

**Customer:** Joseph D. Satterley, Esq.
**J3 Order #:** JH1895372

**Sample Number:** Gordon Grids
**Grids:** 2A-2D

| High Magnification Scan at 15,000X | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |

Note: The table header spans "Images" over EDS, Morphology, SAED.

| Grid | G.O. # | Non-Asbestos | Asbestos Tally | L x W (µm) | TYPE | EDS | Morphology | SAED | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 2D | H4 | | NSD | | | | | | |
| | H5 | | NSD | | | | | | |
| | H6 | | NSD | | | | | | |
| | H7 | | NSD | | | | | | |
| | H8 | | NSD | | | | | | |
| | H9 | | NSD | | | | | | |
| | H10 | | NSD | | | | | | |
| | I1 | | NSD | | | | | | |
| | I2 | | NSD | | | | | | |
| | I3 | | NSD | | | | | | |
| | I4 | | NSD | | | | | | |
| | I5 | | NSD | | | | | | |
| | I6 | | NSD | | | | | | |
| | I7 | | NSD | | | | | | |
| | I8 | | NSD | | | | | | |
| | I9 | | NSD | | | | | | |
| | I10 | | NSD | | | | | | |
| | J1 | | NSD | | | | | | |
| | J2 | | NSD | | | | | | |
| | J3 | | NSD | | | | | | |
| | J4 | | NSD | | | | | | |
| | J5 | | NSD | | | | | | |
| | J6 | | NSD | | | | | | |
| | J7 | | NSD | | | | | | |
| | J8 | | NSD | | | | | | |
| | J9 | | NSD | | | | | | |
| | J10 | | NSD | | | | | | |

Lee Poye _____ Analyst

31-Jan-2018
Date