# Exhibit 17

```
                                                        Page 4284

 1                SUPERIOR COURT OF NEW JERSEY
                  LAW DIVISION:  MIDDLESEX COUNTY
 2                DOCKET NO. MID-7385-16AS
 3
 4     STEPHEN LANZO, III, AND KENDRA    )
       LANZO,                            )
 5                                       )
                      Plaintiffs,        )
 6                                       ) TRIAL
            v.                           )
 7                                       ) (VOLUME XXI)
       CYPRUS AMAX MINERALS COMPANY,     )
 8     et al.,                           )
                                         )
 9                    Defendants.        )
                                         )
10     _____
11
12
13
                            Thursday, March 1, 2018
14                          9:00 a.m.
                            Middlesex County Courthouse
15                          New Brunswick, New Jersey
16
17     B E F O R E:
18     H O N O R A B L E   A N A   C.   V I S C O M I, JSC
19
20
21
22
23
               REPORTED BY:  ANDREA F. NOCKS, CCR, CRR
24
25     Job No. NJ2833216
```

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

Page 4285

```
 1    A P P E A R A N C E S:
 2     LEVY KONIGSBERG, LLP
       BY:  MOSHE MAIMON, ESQ.
 3     800 Third Avenue
       New York, New York  10022
 4     -and-
       KAZAN, McCLAIN, SATTERLEY & GREENWOOD
 5     BY:  JOSEPH D. SATTERLEY, ESQ.
            DENYSE CLANCY, ESQ.
 6     44 Harrison Street
       Suite 400
 7     Oakland, California  94607
       Attorneys for Plaintiffs
 8
 9     DRINKER, BIDDLE & REATH
       BY:  JACK N. FROST, JR., ESQ.
10     600 Campus Drive
       Florham Park, New Jersey  07932
11     -and-
       KIRKLAND & ELLIS, LLP
12     BY:  KIMBERLY BRANSCOME, ESQ.
       333 South Hope Street
13     Los Angeles, California  90071
       -and-
14     KIRKLAND & ELLIS, LLP
       BY:  MIKE BROCK, ESQ.
15          STACEY PAGONIS, ESQ.
       655 Fifteenth Street
16     Washington, DC  20005
       Attorneys for Defendants,
17     Johnson & Johnson, and Johnson &
       Johnson Consumer, Inc.
18
19
20
21
22
23
24
25
```

Page 4286

```
 1    A P P E A R A N C E S:  (CONT'D)
 2    RAWLE & HENDERSON, LLP
      BY:  JOHN C. McMEEKIN, II, ESQ.
 3    The Widener Building
      One South Penn Square
 4    Philadelphia, Pennsylvania  19107
      -and-
 5    RAWLE & HENDERSON, LLP
      THE HENRY W. OLIVER BUILDING
 6    BY:  ERIC K. FALK, ESQ.
      SUITE 1000
 7    535 Smithfield Street
      Pittsburgh, Pennsylvania  15222
 8    -and-
      ALSTON & BIRD, LLP
 9    BY:  SCOTT A. ELDER, ESQ.
      One Atlantic Center
10    1201 West Peachtree Street
      Atlanta, Georgia  30309
11    Attorneys for Defendants,
      Imerys Talc America, Cyprus Amax
12    Minerals Company
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                      Page 4287

 1                      INDEX
                                            PAGE
 2    WITNESS:
            JACQUELINE MOLINE
 3
      EXAMINATION BY:
 4
            MR. BROCK                       4304
 5          MR. MAIMON                      4400
 6
      WITNESS:
 7          JULIE PIER
 8    EXAMINATION BY:
 9          MR. SATTERLEY                   4474
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                      Page 4288

 1
                           EXHIBITS
 2
      EXHIBIT NO.      DESCRIPTION          ID        EV
 3
      Exhibit 9542                                    4337
 4    9541                                            4339
      9543                                            4342
 5    9527                                            4343
      9546                                            4348
 6    C-22                                            4458
      C-23                                            4459
 7    C-24                                            4461
      C-25                                            4462
 8    ID-270                                          4486
      IC-235                                          4499
 9    IC-238                                          4503
      IC-237                                          4509
10    9560.464 to 468                    4520
      9562.815 to 816                    4520
11    9564.98 to 100                     4520
      9563.140 to 141                    4520
12    9562.821 to 823                    4520
      9566.14 to 15                      4520
13    9560.537 to 538                    4520
      9560.445 to 458                    4520
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                   Page 4289
 1                THE COURT:  Good morning, everyone.
 2                We are here outside the presence of
 3   the jury.  Today is March 1st, 2018, in the trial of
 4   the matter of Stephen and Kendra Lanzo versus Cyprus
 5   Amax Minerals Company, et al., Docket Number
 6   7385-16.
 7                Appearances, please, for the record.
 8                MR. MAIMON:  Good morning, your
 9   Honor.  Moshe Maimon and Joe Satterley and Denyse
10   Clancy for the plaintiffs.
11                THE COURT:  Good morning.
12                On behalf of the defendants Cyprus
13   Amax Minerals and Imerys Talc America Incorporated.
14                MR. McMEEKIN:  Good morning, your
15   honor.  John McMeekin, Scott Elder and Eric Falk on
16   behalf of Imerys.
17                THE COURT:  Thank you.  Quite a
18   presence and an entrance that you made.
19                MR. McMEEKIN:  Timing is everything,
20   your Honor.
21                THE COURT:  On behalf of the
22   defendants Johnson & Johnson and Johnson & Johnson
23   Consumer Incorporated.
24                MR. BROCK:  Yes, your Honor.  Mike
25   Brock with Stacey Pagonis, Kimberly Branscome and
```

Page 4357

1      A.      Correct.
2      Q.      And I want to talk a little bit about
3  competing explanations then.
4              First of all, you're aware, are you
5  not, that the asbestos insulation in the basement of
6  the home Mr. Lanzo grew up in was abated for
7  asbestos, correct?
8      A.      After he left the home, yes.
9      Q.      You do understand there was an
10 abatement in the basement, correct?
11     A.      After he had left, yes.
12     Q.      So I want to just look briefly at a
13 timeline slide that we've talked about in this case
14 a little bit.  If we could look at DD 47.
15             And as you mentioned, the asbestos
16 abatement that took place with regard to Mr. Lanzo's
17 home occurred on June the third, 2002.
18             Do you agree with that?
19     A.      I -- I know it was after he had left.
20 I don't know the exact date.  I have no reason to
21 dispute that.
22     Q.      I'll just ask you to assume that
23 that's the date when that occurred.  Will you work
24 with me on that?
25     A.      Sure.

Page 4358

1      Q.      And in the records that we have from
2  the company that did the abatement, they record that
3  they removed 60 linear feet of exposed asbestos pipe
4  insulation from the basement.
5              Have you looked at the abatement
6  record itself to see the quantity of material that
7  was removed from the asbestos pipe?
8      A.      Yes.
9      Q.      Can you confirm that it was 60 linear
10 feet?
11     A.      That's my recollection.
12     Q.      Now, you're aware of the fact, are
13 you not, that the home at 4 Yale Terrace was
14 constructed back in the early 1930s, correct?
15     A.      That's what the description of it
16 was.  I don't -- I know it was pre war.  I don't
17 know the exact date.
18     Q.      And that the family moved into the
19 home in 1983 after Mr. Lanzo's mom remarried.
20             Do you understand that?
21     A.      Yes.
22     Q.      And did you further understand that
23 Mr. Lanzo was reported to have spent time in the
24 basement during the period of time that he was
25 living in the home using the basement as a family

```
                                                              Page 4359
 1    room?
 2          A.      That he -- I believe he mentioned
 3    that he spent time in the basement.
 4          Q.      Did you understand that in the
 5    basement was a family room with a TV and couches,
 6    and as well there was a laundry setup in the
 7    basement, there was a bathroom in the basement, and
 8    also a work area that Mr. Lanzo's stepfather,
 9    Mr. McMillan, utilized?
10          A.      Yes.
11          Q.      In relation to the basement area and
12    the 60 linear feet of exposed asbestos pipe
13    insulation that was removed from the basement, do
14    you know where that pipe was located in the
15    basement?
16          A.      I don't know the exact location of
17    it.  No.  I don't know the exact location.
18          Q.      Were you told that there was
19    asbestos-containing material in the family room;
20    that is, in the area where the couch and the TV were
21    located?
22                  MR. MAIMON:  Objection.
23                  THE COURT:  Sidebar.
24                  (Sidebar.)
25                  MR. MAIMON: Your Honor, there's no
```

Page 4534

CERTIFICATE OF OFFICER

       I CERTIFY that the foregoing is a true and accurate transcript of the testimony and proceedings as reported stenographically by me at the time, place and on the date as hereinbefore set forth.

       I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney or counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

*Andrea Nocks CCR CRR*

ANDREA NOCKS, CCR, CRR

Certificate No. XI001573