# Exhibit 18

## Asbestos Abatement Notification Form

**Date of Notification (1):** 06/12/96
**Agencies Notified:** EPA, DEP, DOL, DOH, DCA
**Type Notification:** [X] Initial Notification [ ] Amended Notification

**Name of Building Owner/Operator (2):** Montclair Board of Education
**Street Address:** 22 Valley Rd.
**City, State, Zip Code:** Montclair, NJ 07042
**Name of Contact:** Peter DeHaan
**Telephone Number:** 509-4050

### FACILITY INFORMATION

**Name of Facility Where Abatement is Taking Place (3):** Glenfield Elementary School
**Street Address:** 25 Maple St.
**City (5):** Montclair
**County (6):** Essex
**County Code (7):** (STATE USE ONLY)
**Type of Facility (4):** [X] School (K-12)
**Square Feet:** unknown
**# of Floors:** 3
**Bldg. Age:** unknown
**Current Use:** education

**Name of Monitoring Firm Hired by Building Owner (8):** Asbestos Management Corp.
**ASCM No.:** 00051
**Street Address:** Pavilions at Greentree Ste. 404
**City, State, Zip Code:** Marlton, NJ 08053
**Project Manager for Monitoring Firm:** Mark Rubintz
**Telephone Number:** (609) 988-1991

**Name of Contractor (9):** TGR Corporation
**Street Address:** 540 Straight Street
**City, State, Zip Code:** Paterson, NJ 07503
**Telephone Number:** (201) 278-7257
**License Number:** 00015

**Scheduled Start Date (10):** 06/26/96
**Sched. Completion Date (11):** 07/10/96

**Name of OSHA Monitor:** Enviro Techniques
**Street Address:** 22 California Ave.
**City, State, Zip Code:** Paterson, NJ 07503

**Occupancy Status During Abatement:** [X] Facility Closed/Vacated During Entire Period of Abatement

**Scope of Work:**
[ ] Demolition [X] Renovation
[X] Large Project (> 160 SF or > 260 LF ACM)
[ ] Small Project
[ ] Minor Project
[X] Full Containment with Negative Pressure
[ ] Mini-Enclosure
[ ] Glovebag Procedure

| Location of Asbestos-Containing Material (ACM) in Facility (13) | Is Location Normally Used Solely by Maintenance/Custodial Yes/No/N/A | Description of Asbestos-Containing Material (ACM) | Amount (Specify SF or LF) | Removal | Repair | Encapsul | Enclosure |
|---|---|---|---|---|---|---|---|
| classrooms | No | ceiling plaster | 417 sf | X | | | |
| classrooms | No | ceiling plaster | 316 sf | X | | | |
| electrical closet | Yes | pipe insulation | 20 lf | X | | | |

**Name of Registered Waste Hauler:** TGR Corporation
**NJDEP Waste Hauler ID No.:** 12305
**Cubic Yards of Waste:** 10
**Name of Registered Landfill:** Chambers Southern Allegheny
**City, State:** Paterson, NJ
**Disposal Date:** 7/10/96
**City, State:** Hollsopple, PA

**Completed by (Print or Type):** Elizabeth Cvetkovic
**Title:** Project Manager
**Signature:** Elizabeth Cvetkovic
**Date:** 6/12/96

ASN-MAY 90

DX-9561.46

**WASTE MANAGEMENT OF PENNSYLVANIA, INC.**
1121 Bordentown Road
Morrisville, PA 19067
(215) 736-9400 (To Schedule)

Document Refer No. 07 **113794**

## ASBESTOS WASTE SHIPMENT RECORD

**GENERATOR**

1. **WORK SITE NAME & MAILING ADDRESS**
Glenfield School
25 Maple Avenue
Montclair, NJ 07042

Owner's Name: Montclair BOE / Dana Sullivan
Owner's Phone No.: 973-509-4050

2. **OPERATOR NAME & ADDRESS**
Lilich Corporation
606 McBride Avenue West Paterson, NJ 07424
Operator's Phone: 973-225-8400

3. **WASTE DISPOSAL SITE:** CIRCLE ONE

| G.R.O.W.S., Inc. | T.R.R.F. (circled) | G.R.O.W.S. North Landfill |
|---|---|---|
| 1513 Bordentown Road | 200 Bordentown Road | 100 New Ford Mill Road |
| Morrisville, PA 19067 | Tullytown, PA 19007 | Morrisville, PA 19067 |
| (215) 736-9475 | (215) 943-9732 | (215) 736-1700 |

4. **NAME and ADDRESS OF RESPONSIBLE AGENCY**
US EPA REGION II
290 BROADWAY
NEW YORK, NY

5. **DESCRIPTION OF MATERIALS** CIRCLE ONE: **FRIABLE** (circled) / NON-FRIABLE

6. **CONTAINERS (bags/drums)** no. 67   type: bags

7. **QUANTITY** 4 yds.

**PROFILE/WASTE STREAM ID NUMBER:** CQ3754

8. **SPECIAL HANDLING INSTRUCTIONS:** (Friable Asbestos Only) Waste double bagged and prewetted with an approved wetting agent. Asbestos, 9, NA2212, III, RQ

9. **OPERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked and labeled, and are in all respects in proper condition for transport by highway according to applicable international and government regulations.

Printed/Typed Name and Title: [illegible]
Signature: X [signature]
Date: 7/10/20[?]

**TRANSPORTER**

10. **TRANSPORTER** (Acknowledgment of receipt of materials) Address and Phone No.
Atlantic Carting LLC
1141 ROUTE 23  WAYNE, NJ 07470
973-305-9400

Printed/Typed Name and Title: [illegible]
Signature: [illegible]
Date: [illegible]

**FACILITY**

11. **DISCREPANCY INDICATION SPACE:**

**DISPOSAL**

12. **WASTE DISPOSAL SITE – Owner or Operator:** Certification of receipt of asbestos materials covered by this manifest except as noted in item 11.

Printed/Typed Name and Title: [illegible]
Signature: [signature]
Date: 7/14/[?]

GENERATOR

Kistler's Minuteman Press   215-428-4740   kistler.minutemanpress.com

DX-9561.376