# Exhibit 22

# Claim Information Report

| | |
|---|---|
| **Claimant ID:** 1282114 | **SSN/Int ID:** ▓▓▓▓ |
| **Claimant Name:** Valerie J. Dalis | **DOB:** ▓▓▓▓   **DOD:** |
| **Representative:** | |
| **Claim ID:** 1911194 | **Trust:** Manville Personal Injury Settlement Trust |
| **Claim Status:** STTLDPD | **SOE:** No |
| **Customer:** Kaiser Gornick, Llp | **Contact Name:** Tono Garcia Romero |
| **Attorney Name:** Jeffrey Kaiser | **Attorney eMail:** tgarciaromero@kaisergornick.com |
| **Attorney Phone:** (415) 857-7400 | **Attorney Fax:** (415) 857-7499 |
| **Co-Counsel Customer:** | **Co-Counsel Phone:** |
| **Co-Counsel Attorney:** | **Co-Counsel Fax:** |
| **Co-Counsel eMail:** | |

## Litigation History:

| Date Filed: | State: | Country: |
|---|---|---|
| | | |

## Smoking History:

| Smoker: | Quit Year: |
|---|---|
| unk | |

## Exposure History:

| From: | To: | Industry: | Occupation: | Country: | Exp Site: | Exp Type: | Vic Occ: | Vic Type: |
|---|---|---|---|---|---|---|---|---|
| 1/1965 | 1/1970 | 104 | 51 | USA | | | | |
| 1/1965 | 1/1970 | 104 | 6 | USA | | | iii | |



Created On:   01/06/2016                    Page 1 of 1                    Created By:   alek.pivec

CRMC-Dalis-0001

# Claim Detail Report

## Claimant Information:

| | |
|---|---|
| **Claimant ID:** 1282114 | **Name:** Valerie J. Dalis |
| **SSN/Int ID:** [redacted] | **Representative:** |
| **DOB:** [redacted] | **DOD:** |

## Claim Information:

| | |
|---|---|
| **Trust:** Manville Personal Injury Settlement Trust | |
| **Claim ID:** 1911194 | **Claim Status:** STTLDPD |
| **Parent Claim ID:** | **Claim Status Date:** 12/11/2014 |
| **FIFO:** 1129658 | **Orig. Received Date:** 10/15/2014 |
| **Alleged Injury:** L8 | **Received Date:** 10/15/2014 |
| **Claim Class:** Normal | **On Hold:** No |
| **SOE Qualified:** No | **EH Status:** |
| **Exposure Country:** USA | **HS Status:** |
| **Customer:** Kaiser Gornick, Llp | **Customer Suspended:** No |
| **Attorney Name:** Jeffrey Kaiser | **Phone Number:** (415) 857-7400 |

## Offer Information:

| | |
|---|---|
| **Offer Date:** 12/3/2014 | **Offer Expiration Date:** |
| **Evaluated Injury:** MES | **Claim Evaluation Type:** Individual Evaluation |
| **Claim Value:** $450,000.00 | **Claim Type:** FIC |
| **Adjusted Value:** $450,000.00 | **Payment Plan:** TD2 |
| **Set-Off Amount:** $0.00 | **Quality Controlled:** No |
| **Liquidated Value:** $450,000.00 | |
| **Payment Percentage:** 6.25% | |
| **Total Paid:** $28,125.00 | |

## Settlement Information:

| | |
|---|---|
| **Offer Acceptance Date:** 12/3/2014 | **Check/EFT Number:** 6010687 |
| **Reconciliation Date:** 12/11/2014 | **Check/EFT Date:** 12/11/2014 |

---

| | | |
|---|---|---|
| Created On: 01/06/2016 | Page 1 of 1 | Created By: alek.pivec |

CRMC-Dalis-0002

# Claim Information Report

| | | | |
|---|---|---|---|
| Claimant ID: | 1282114 | Alleged Disease: | L8 |
| Claimant Name: | Valerie J. Dalis | DOB: | ▓ |
| Representative: | | Rep. Relationship: | |
| DOD: | | Death Asbestos Related: | Last Resided State: |
| Claim ID: | 1911194 | Trust: | Manville Personal Injury Settlement Trust |
| Customer: | Kaiser Gornick, Llp | Contact Name: | Tono Garcia Romero |
| Attorney Name: | Jeffrey Kaiser | Attorney eMail: | tgarciaromero@kaisergori |
| Attorney Phone: | (415) 857-7400 | Attorney Fax: | (415) 857-7499 |
| Attorney Tax ID: | 38-3842131 | | |
| Attorney Address: | 100 First St. 25th Flr. San Francisco, CA, USA 94105 | Phone: eMail: | (415) 824-8234 |

## Litigation History:

| Date Filed: | State: | Country: |
|---|---|---|
| | | |

## Smoking History:

| Smoker: | Quit Year: |
|---|---|
| unk | |

## Exposure History:

| From: | To: | Industry: | Occupation: | Country: | Exp Site: | Exp Type: | Vic Occ: | Vic Type: |
|---|---|---|---|---|---|---|---|---|
| 1/1965 | 1/1970 | 104 | 51 | USA | 0 | | 0 | |
| 1/1965 | 1/1970 | 104 | 6 | USA | 0 | iii | 0 | |
| Bystander Name: Jim Stark | | | | | | Relationship: Family | | |



## MANVILLE TRUST DISTRIBUTION PROCESS RELEASE
### For Claims Settled Pursuant to the 2002 TDP (Except Level I)

**INJURED PARTY NAME:** Valerie Jo Dalis

**POC NUMBER:** 1911194

**LAW FIRM,** if any: Kaiser Gornick LLP

**LIQUIDATED VALUE:** $450,000.00

### DEFINITIONS

I understand that certain words used in this Release will be considered to have the meanings defined below:

a. *I* am the Injured Party, or the Personal Representative of the Injured Party, who has a claim with the Trust pursuant to the Payment Plan. If I am a Personal Representative, any reference to "my" exposure to asbestos or "my" injury refers to exposure or injury to the Injured Party, and not to me. *TRUST* is the Manville Personal Injury Settlement Trust. *PLAN* is the Manville Corporation's Second Amended and Restated Plan of Reorganization. *RELEASED PARTIES* are the people and organizations that I agree to discharge from actual or potential legal duties, claims or liabilities, and include the Trust, Manville Corporation and subsidiaries, all Settling Insurance Companies as defined in the Plan, the distributor Pacor, their trustors, trustees, directors, officers, agents, servants, employees, attorneys, successors and assigns, heirs and executors, and any and all other persons or organizations who were entitled to benefit from the injunction that took effect on November 28, 1988, pursuant to the Order Confirming the Plan dated December 22, 1986, and subsequent Orders issued by the U.S. Bankruptcy Court for the Southern District of New York or the U.S. District Courts for the Eastern and Southern Districts of New York, all of whom are collectively referred to as the "Trust." *PAYMENT PLAN* is the compensation program set forth in the 2002 Trust Distribution Process ("TDP") as described by the Courts in In re Joint Eastern and Southern Districts Asbestos Litigation, 237 F. Supp. 2d 297 (2002) and as amended.

b. This document is a *RELEASE* or covenant not to sue releasing any and all claims (except as noted in the last sentence of Paragraph 3) including, but not limited to personal injury and wrongful death claims asserted against the Trust and those persons or organizations defined as the Released Parties. *SETTLEMENT PAYMENT* is the amount of money I will actually receive under the Payment Plan. The total amount I will receive from the Trust is uncertain and will depend on the number of claims filed with and the income received by the Trust. It is likely I will never receive any settlement payments other than my first settlement payment. *LIQUIDATED VALUE* is the payment amount I would receive if the Trust could fully pay my claim. Because the Trust cannot fully pay my claim, my Settlement Payments will total less than the Liquidated Value of my claim.

l

## RELEASE

1. I accept payment of the Settlement Payments as full settlement of my Trust claims. I understand it is very unlikely I will receive any additional Settlement Payments after the initial payment described in the next paragraph. I intend my Release to be effective not only on behalf of myself but also my spouse, heirs, representatives, successors or assigns. I further agree that this Release extends to all my rights and claims of any kind against the Released Parties, whether based in tort, contract, fraud or any other legal or equitable theory, and whether I possess them now or may possess them in the future, including but not limited to all claims for my asbestos related personal injury or wrongful death arising from my present injury.

2. I accept payment of my Settlement Payments as follows: An initial six and one quarter percent (6.25%) of the Liquidated Value shall be paid now. Remaining Settlement Payments, if any, shall be paid as provided in the TDP. As previously agreed to at the time I accepted the Trust's offer and pursuant to which this Release is executed, I understand the payments and payment terms described herein are and shall remain subject to the availability of Trust funding.

3. In consideration of the payment of the Settlement Payments, except as noted in the next sentence, I fully release, waive and discharge all rights or claims of any kind against the Released Parties allegedly resulting from my exposure to asbestos and/or asbestos containing products that were manufactured, distributed or sold by the Released Parties, including claims I now possess or may later possess because of any matter or thing done, omitted or suffered to be done by the Released Parties prior to and including today and particularly on account of all known and unknown personal injuries, diseases, disorders and/or death having already resulted or that may result at any time in the future from my present injury, whether presently contemplated or not and regardless of whether they arise following execution of this Release including but not limited to asbestos-related injuries, diseases, mental conditions, disorders, and/or death, and all spousal claims for loss of services or consortium. I understand that if the Settlement Payments described herein are for the settlement of a non-malignant claim which has not resulted in death, I may file a second Trust claim when and if I have a malignant disease caused by my exposure to Manville asbestos.

4. This Release does not release claims for asbestos-related injuries allegedly suffered by anyone other than the Injured Party (including a spouse, heirs, representatives, successors or assigns, or children) because of their personal exposure to asbestos. This Release does not release claims for asbestos related property damage claims. I understand and agree that this settlement is not an admission of liability on the part of the Trust.

5. I understand and agree to indemnify and to hold harmless the Trust for any losses or damages resulting from any and all further claims, liens, demands or actions made by others arising from my claim against the Trust except those made by any member of the Codefendant, Distributor or MacArthur subclasses in the Class Action. I understand the Trust may be required to report it has settled with me and the Settlement Payments made to me.

6. I declare and represent that no promise or inducement other than the payment of the Settlement Payments has been made to me in connection with this Release, and this Release contains the entire agreement between me and the Released Parties, and that the terms of this Release are not a mere recital but are contractual and are to be interpreted, construed and enforced under the TDP and the laws of the State of New York, and that setoffs shall be calculated according to the provisions of the TDP. I also understand that all disputes relating to or arising under this Release shall be heard by the courts of the State of New York or in the United States District Court for the Eastern District of New York, as appropriate.

2

7. I understand and agree that as further consideration for payment of the Settlement Payments, I will take whatever steps are necessary to dismiss any pending lawsuits or appeals regarding my Trust claim.

8. I understand and agree that this Release has been entered into in good faith and that I and my attorneys will cooperate with the Trust in any proceedings to determine the good faith of this settlement. I understand that no change or alteration of the language of this Release is effective unless expressly agreed to and acknowledged in writing by both the Trust and me or my attorney.

9. I state that I have carefully read the foregoing Release and know the contents thereof and I sign the same as my own free act.

I am __✓__ the Injured Party
\_\_\_\_ the Personal Representative of the Injured Party/Decedent

_Valerie Oates_   12-9-14
Signature            Date

Subscribed and sworn to before me this \_\_\_\_ day of _____, 20\_\_\_\_.

_See Attached for Correct Document Wording_

_____
Notary Public
My Commission Expires

Or, signatures of two persons unrelated to the claimant/personal representative by blood or marriage who witnessed the signing of this release.

_____   _____
Signature                     Date

_____   _____
Signature                     Date

3

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____  _____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

State of California

County of _Santa Clara_

Subscribed and sworn to (or affirmed) before me on this _9th_ day of _December_, 20_14_,
    Date         Month        Year
by

(1) _VALERIE JU MAS_,
         Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____,
         Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
         Signature of Notary Public

[Notary Seal: MICHELLE D. RAST, Commission # 1996673, Notary Public - California, Santa Clara County, My Comm Expires Nov 26, 2016]

Place Notary Seal Above

―――――――――― **OPTIONAL** ――――――――――

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910