# Exhibit 27

```
                                                               Page 1

 1               SUPERIOR COURT OF NEW JERSEY
                 LAW DIVISION: MIDDLESEX COUNTY
 2               DOCKET NO. MID-2912-17AS
                 APPELLATE DOCKET NO._____
 3
 4   RICARDO RIMONDI AND PILAR RIMONDI,    )
                                           )
 5                                         )
                      Plaintiffs,          ) TRANSCRIPT
 6                                         ) OF TRIAL
        v.                                 )
 7                                         ) JURY CHARGE
     BASF CATALYSTS LLC, et al.,           )
 8                                         ) VERDICT
                      Defendants.          )
 9   _____ )
                                           )
10
11             Place:  Middlesex County Courthouse
                       56 Paterson Street
12                     New Brunswick, New Jersey  08903
13             Date:  Wednesday, March 27, 2019
14
15   BEFORE:
16      HON. ANA C. VISCOMI, J.S.C. and JURY
17
18   TRANSCRIPT ORDERED BY:
19      ALLISON BROWN, ESQ.
        WEIL, GOTSHAL & MANGES LLP
20
21
22                    ANDREA F. NOCKS, CCR, CRR
                      PRIORITY ONE
23                    290 West Mount Pleasant Avenue
                      Livingston, New Jersey  07039
24                    (718) 983-1234
                      E-mail:  p1steno@veritext.com
25   Job No. NJ3275766
```

```
1   APPEARANCES:
2       MARK A. LINDER, ESQ.
         JOSEPH N. COTILLETTA, ESQ.
3        LEYDYLUZ SYMPHORIEN-RESTREPO, ESQ.
         MONICA COOPER, ESQ.
4        THE LANIER FIRM
         Attorneys for Plaintiffs
5
6        ALLISON BROWN, ESQ.
         WEIL, GOTSHAL & MANGES LLP
7        -and-
         MORTON DONALD DUBIN, II, ESQ.
8        ORRICK, HERRINGTON & SUTCLIFFE LLP
         Attorneys for Defendants,
9        Johnson & Johnson, and
         Johnson & Johnson Consumer, Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

INDEX

PAGE

JURY CHARGE:          41

VERDICT:              87

Page 4

1           (Sidebar.)
2           THE COURT: So we have to deal with a number
3    of issues but before we do that, in the event of a
4    compensatory verdict, how much time do you need for
5    punitives case, are you calling witnesses and what are
6    we doing?
7           MR. LINDER: I believe we are actually
8    working on and have already been in touch with counsel
9    about a stipulation of net worth. Assuming that that
10   is put in place, I think we would be able to turn
11   around in very short order. I don't think that there
12   would actually necessarily be -- it would be necessary
13   to put on witnesses. I think we would probably argue
14   some of the same evidence that's already been heard and
15   how it would apply to consideration of the punitive
16   damages phase.
17          THE COURT: And would you all want like a day
18   break, proceed the following day?
19          MR. DUBIN: I think that would be fine.
20          THE COURT: That would give us time to
21   finalize any charges.
22          MR. LINDER: Correct.
23          THE COURT: And a verdict sheet.
24          And you're okay with just a day break.
25          MR. LINDER: Yes, your Honor.

```
                                                          Page 86

 1              THE COURT:  We need to do a roll call first.
 2   Can't use their names, use their numbers.
 3              COURT CLERK:  Okay.  When I call your numbers
 4   can you please say here.  Juror number 56.
 5              THE COURT:  No.  Just say here.
 6              COURT CLERK:  Oh, here, like you're in
 7   school.
 8              Juror number 56.
 9              JUROR:  Here.
10              COURT CLERK:  Number 1.
11              JUROR:  Here.
12              COURT CLERK:  Juror Number 2?
13              JUROR:  Here.  Number 3.
14              THE COURT:  Number 2 is gone, so it's Number
15   3.
16              COURT CLERK:  Juror Number 3.
17              JUROR:  Is here.
18              COURT CLERK:  Juror Number 4.
19              JUROR:  Here.
20              COURT CLERK:  Juror Number 5?  Am I getting
21   confused?
22              THE COURT:  Number 5 is gone.  Continue.
23              COURT CLERK:  Number 6.
24              JUROR:  Here.
25              COURT CLERK:  Number 7?
```

Page 87

1               Number 8?
2               JUROR:  Here.
3               THE COURT:  All right.  So I'm going to go
4    through the verdict sheet with you, Juror Number 1, as
5    the foreperson.  Okay.
6               Question Number 1:  Has plaintiff, Ricardo
7    Rimondi, proven by a preponderance of the evidence that
8    he was exposed to asbestos from Johnson's Baby Powder?
9    What was the jury's response to that?
10              JUROR NO. 1:  No.
11              THE COURT:  And what was the vote?
12              JUROR NO. 1:  Six out of zero.
13              THE COURT:  Thank you.  And you have signed
14   the verdict form.  Thank you.
15              You can please provide that to me.
16              JUROR:  (Handing.)
17              COURT OFFICER:  (Handing.)
18              THE COURT:  Members of this jury, thank you
19   so much for your patience, diligence throughout this
20   trial.  We appreciate the sacrifices that you made,
21   both personally and professionally in order to be here
22   and provide your attention to this matter.
23              As I indicated to you when we started this
24   process back in early February, we could not do this
25   without you and we are grateful for your willingness to

Page 88

1  serve.  I hope to see you again in a few years.  Thank
2  you so much.  We're now going to excuse you.
3           On behalf of the judiciary, the attorneys,
4  and the litigants, I do extend my deepest thanks.
5  Thank you.
6           You can leave your notebooks here.  We are
7  going to collect them and destroy them, as I told you.
8  No one else will have any access to them, so thank you
9  very much.  This completes your service.  You may get
10 notes from the jury manager downstairs.  If there's any
11 issue with that, you can contact my chambers and I'll
12 be more than happy to assist.  Thank you again.
13          (Jury exits.)
14          THE COURT:  Okay.  Counsel, I'll provide a
15 copy of the verdict sheet to all of you.  I really want
16 to thank you all for an excellent presentation.  I want
17 to thank all of you for an excellent presentation of
18 the case.  These were all very difficult issues.
19          (Proceedings adjourn 12:02 p.m.)
20
21
22
23
24
25

Page 89

|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  |                                                                      |
| 2  | CERTIFICATION                                                        |
| 3  |                                                                      |
| 4  | I, ANDREA F. NOCKS, C.S.R., License Number                           |
| 5  | 30XI00157300, an Certified Court Reporter in and for the             |
| 6  | State of New Jersey, do hereby certify the foregoing to              |
| 7  | be prepared in full compliance with the current                      |
| 8  | Transcript Format for Judicial Proceedings and is a true             |
| 9  | and accurate non-compressed transcript to the                        |
| 10 | Best of my knowledge and ability.                                    |
| 11 |                                                                      |
| 12 | *[signature: Andrea Nocks CCR CRR]*                                  |
| 13 | ANDREA F. NOCKS                                 March 27, 2019      |
| 14 | CERTIFIED COURT REPORTER                        DATE                 |
| 15 | MIDDLESEX COUNTY COURTHOUSE                                          |