# Exhibit 28

**RIGLER DOCUMENTS LIST 2-23-21**

1. ASTM D5755 Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Surface Loading

2. ASTM D5756 Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Mass Surface Loading

3. ISO 22262-2 - International Standard - Air Quality - Bulk materials - Part 2: Quantitative Determination of Asbestos by Gravimetric and Microscopical Methods

4. ISO 10312 - International standard - Ambient Air - Determination of asbestos fibers - Direct transfer transmission electron microscopy method

5. ISO 13794 - International standard - Ambient Air - Determination of asbestos fibers - Indirect transfer transmission electron microscopy method

6. ASTM D7712-11 - Standard Terminology for Sampling and Analysis of Asbestos

7. EPA AHERA - Part 763 Asbestos (TEM Section Only)

8. MAS Supplemental Expert Report. Below the Waist Application of Johnson & Johnson Baby Powder, Revision #2, March, 2018

9. Scanning Electron Micrographs for Sample M65205-001

10. Blount AM, Detection and Qualification of Asbestos and Other Trace Minerals in Powdered Industrial Mineral Samples. In Process Mineralogy IX: Applications to Mineral Beneficiation, Metallurgy, Gold, Diamonds, Ceramics, environment and health 1990

11. Blount AM, Amphibole Content of Cosmetic and Pharmaceutical Talcs, Environmental Health Perspectives 1991

12. Gunter Key to two Blount papers Table 1 "my notes from my conversation with Alice Blount about details on two of her publications" Attachments to 1990 and 1991 Blount Papers

13. R.J. Lee Group, 1/27/1993 - TEM Analysis Used Heavy Liquid Blount Method for Talc Analysis

14. Gordon, et al. Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women, International Journal of Occupational and Environmental Health 2014

15. USP for Talc 2011.

16. Stimuli to the Revision Process-Modernization of Asbestos Testing in USP Talc 2010

17. Millette, JR. Procedure for the Analysis of Talc for Asbestos. The Microscope 2015

18. MVA 11730 Report Investigation of Italian Talc Samples for Asbestos. 8/1/2017

19. Campbell, et al. Bureau of Mines Information Circular/1977, U.S. Dept. of the Interior Asbestos in Ontario-Ontario Department of Mines and Northern Affairs. Industrial Mineral Report 36, 1971

20. McCrone – Standard Operating Procedure - Talc 3/24/87

21. 1983 J & J TM 7024 TEM Method

22. 1989 J & J TM 7024B TEM Method

23. 1995 J & J TM 7024 TEM Method

24. J & J's TM 7024 TEM Method - Detection Limit Calculations

25. David Madigan, Ph.D. Talc & Asbestos Report 1/31/2018 and 2/6/2018 Deposition

26. MAS Photographs of Johnson & Johnson Baby Powder and Valeant Shower to Shower Talc as Received Containers

27. QA/QC Report: Johnson & Johnson Baby Powder and Valeant Shower to Shower

28. NIST 1867 Tremolite Asbestos Particle Analysis

29. Body Powder: Myth or Reality? Alain Khait, Ph.D., V.P. R&D Asia Pacific JNJN61-00094976-95028

30. CTFA Task Force on Round Robin Testing of Consumer. Talcum Products for Asbestiform Amphibole Mineral. 5/17/77

31. Battelle 10/15/1957 Tremolite

32. Battelle 1/24/1958 Tremolite

33. Battelle 5/9/1958 Report, Tremolite-Italian #1 and #2

34. Battelle 7/31/1959 Report-Tremolite

35. Battelle 1/31/1960 Report-Italian #2, Flotation, Tremolite

36. Battelle 3/28/1960 Letter & 3/8/1960 Report-Tremolite J&J Shelf Product & Italian #2

37. Battelle 3/8/1960 Pilot - J&J Shelf Product & Italian #2, Tremolite

38. 1/30/67 Baby-Mate Baby Powder - Fibrous Tremolite

39. 7/7/1971 Colorado School of Mines Research Institute - Vermont Talc X-ray analysis

40. 2/1972 Petrographic Identification of Asbestos Silicates in Val Chisone (SVC) Talc, Tremolite

41. W. Nashed to Dr. Goudie –Tremolite in Talc

42. 6/17/72 Memo to File W. Nashed, New York Times Article: Phone call to FDA

43. 4/27/73 Microscopic Examination of Johnson's Baby Powder – Trace Amounts of Amphibole

44. 8/24/1972 Memo from W. Nashed to Dr. R.A. Fuller re: Shower to Shower Talc Analysis - finds chrysotile

45. 6/4/1973 – Proposed British Toilet Preparations Federation Talc Sample Concentration Techniques

46. 9/6/74 FDA Tests 200 Talc Samples for Asbestos and Other Contaminants By XRD, DSC, PLM, Heavy Liquid Separation

47. 7/29/1971 J&J Talc/Asbestos Trace Amounts of Fibrous Minerals (Tremolite/Actinolite) (Vermont Talc)

48. 5/16/1973 (Vermont Talc) Pooley – 0.05% Tremolite-Type, England-Pre-concentration Heavy Liquid Method

49. 10/6/1978 McCrone, Filter Sample from Windsor Minerals, found chrysotile fibers

50. 11/5/1975 (Vermont) McCrone Analysis finding amphiboles particles

51. 1/30/87 J&J Memo from Molner to R.N. Miller from Joseph Schmidt, Johnson's Baby Powder Analysis, Amphiboles Found in JBP and Windsor Talc

52. 1/5/04 Forensic Analytical TEM Analysis of Johnson's Baby Powder found 0.2% anthophyllite

53. 2/24/1975 Electron Microscopy of Windsor Minerals Talc Samples, Tremolite

54. 11/26/1990 McCrone Analysis for Cyprus Windsor, Vermont. 11/19/90: Sample 90-28 found anthophyllite, sample 90-99 NDS and sample 90-30 found chrysotile

55. 5/172001 Luzenac Product Certification Program, R.J. Lee to use the ASTM Method D5756-95 protocol for analysis

56. 4/15/88 Vermont Due Diligence: Product Quality Control, actinolite found in Chester and Hamm ores.

57. 1/29/1974 New Reagent System for Talc - Windsor Minerals, Inc. for chrysotile suppression

58. 2/8/2018 PLM and XRD Analysis of 26 Johnson & Johnson Talcum Powder Samples, J3 Resources, Inc., Lee W. Poye.

59. 3/25/1992 Interoffice correspondence-Cyprus Ore Reserves - Arsenic & Tremolite in talc

60. 2/1982 Mineral Resource Providers of Vermont by Charles A. Ratte, State Geologist

61. 1-20-97 J&J and Luzenac America - Negative Asbestos Results for 20 Reports Based on J-4 XRD, TM7024 and 5 Asbestos Fibers Limit, PLM some actinolite found in feed stocks

62. Aspect Ratio Distribution for Tremolite; Blount, Campbell, NIST 1867 Tremolite Standard and J & J/Shower to Shower and MAS results

63. 3/1/1976 Memorandum for the Record of a Telephone Conversation between Dr. Shapire and Dr. Langer

64. 3/22/1976 Memorandum of Meeting at Environmental Science Laboratory, Mount Sinai School of Medicine

65. July 13, 2018, Lee Poye of J3 Resources, Inc. Report of Analysis of Historical Johnson & Johnson Shower to Shower Talcum Powder Samples

66. J&J Interrogatories re Talc Mines, Dates and Locations 11/10/2017

67. Adding TEM to the Global Talc Specification by Timothy J. McCarthy, Ph.D., Director, Toxicology, Baby R&D and Product Stewardship

68. 4/23/18 MVA12588 Investigation of Argonaut Vermont Talc Samples for Asbestos, Anthophyllite Found

69. 4/4/2002 Email from Julie Pier to Bruno Ducasse re: Cleavage fragments

70. McCrone Reports: 2/21/1991, 3/28/1991, 4/25/1991, 5/23/1991, 6/14/1991, 8/8/1991, 8/26/1991, 9/23/1991, 10/31/1991, 11/26/1991, 12/26/1991, 1/31/1992, 3/24/1992, 6/25/1992, 7/28/1992 and corresponding Imerys PLM analysis of samples finds cleavage fragments in Windsor, Hamm, Ludlow VT talc ores

71. MAS Hygiene Study: Johnson's Baby Powder Application to Baby During Diaper Change: A Work Practice Study, January 2019.

72. Dept. of Health & Human Services, Centers for Disease Control and Prevention, Current Intelligence Bulletin 62. Asbestos Fibers and Other Elongate Mineral Particles: State of the Science and Roadmap for Research. Revised Edition.

73. Van Gosen, B. Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content. Environmental Geology 2004

74. MAS Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Talc Products for Amphibole Asbestos, March 13, 2018

75. MAS Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos, 2nd Supplemental Report, Feb. 1, 2019

76. MAS Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos, Supplemental Report, Jan 15, 2019

77. Ernest Fullam Lab finds Chrysotile and Tremolite in Italian and Vermont Talc Analysis 1973

78. J&J Johns Baby Powder 2636 usage study adult men and women, average dust 1.6 mg per cc 2-8-77

79. Longo, WE, Rigler, MW, and Slade J. Crocidolite Asbestos Fibers in Smoke from Original Kent Cigarettes. Cancer Research 1995

80. Toxicological Profile for Asbestos. US Department of Health and Human Services, Public Health Services, Agency for Toxic Substances and Disease Registry. September 2001

81. Chysotile, Amosite, Crocidolite. Asbestos. SRM 1866b Standard Reference Material. Materials Safety Data Sheet

82. Tremolite, Actinolite, Anthophyllite, SRM 1867a. Standard Reference Material. Materials Safety Data Sheet

83. Germine, M. Asbestiform and Non-asbestiform Amphiboles, Cadmium, and Zinc in Quarry Samples of Marble from Franklin and Sparta, Sussex County, New Jersey. New Jersey Geological Survey Geological Report 15. 1986

84. Zazenski, R, J&J Supplier RTM memo, "If a deposit contains "non-asbestiform" tremolite, there is also asbestiform tremolite naturally present as well" 1/30/2008

85. Veblen, DR. Anthophyllite Asbestos: Microstructures, Intergrown Sheet Silicates, and Mechanisms of Fiber Formation. American Mineralogist 1980

86. Veblen, DR. et.al. New Biopyriboles from Chester Vermont: I. Descriptive Mineralogy. American Mineralogist  65: 1075, 1978

87. Metcalf RV, Testimony before the House Committee on Oversight and Reform, Subcommittee on Economic and Consumer Policy. Examining Carcinogens in Talc and the Best Methods for Asbestos Detection December 10, 2019 - 1:00pm Location: 2154 Rayburn House Office Building, Washington, DC
https://oversight.house.gov/legislation/hearings/examining-carcinogens-in-talc-and-the-best-methods-for-asbestos-detection

88. AMA Analytical Services Certificate of Analysis for Three D-58 Talc Powder Samples For the United States Food and Drug Administration (FDA) Office of Cosmetics and Colors Finds

Chrysotile Asbestos 10/11/2019

89. TLH910477 RJ Lee JBP Analytical Report 102819 RE: INV-106924-003 RJ Lee Group Project Number TLH910477

90. TLH9100472 RJ Lee JBP Analytical Report 102819 RE: Analysis of Submitted Talc Samples RJ Lee Group Project Number TLH910472

91. LH9100472 RJ Lee JBP TEM Incidence Report 102819 RE: Incidence Report RJ Lee Group Project Number TLH910472

92. Moline,J et.al.. Mesothelioma Associated with the Use of Cosmetic Talc. Journal of Occupational and Environmental Medicine, Volume 62, Number 1, January 2020

93. Dement 1972 NIOSH Fiber Exposure During Use of Baby Powders.

94. J&Js Nashed re Pooley Dusting tests of JBP and baby 2-12-73

95. Draft Report on Carcinogens Background Document for Talc Asbestiform and Non-Asbestiform December 13 - 14, 2000 Meeting of the NTP Board of Scientific Counselors Report on Carcinogens Subcommittee

96. Emory, TS., Maddox JC, Kradin, RL, Malignant mesothelioma following repeated exposures to cosmetic talc: A case series of 75 patients. American Journal of Industrial Medicine / Early View, March 16, 2020, https://doi.org/10.1002/ajim.23106

97. US Congress Representatives Schakowski, Dingell and Pressely letter to FDA urging best testing methods for asbestos in cosmetic talc, Docket No. FDA-2020-N-0025 for "Testing Methods for Asbestos in Talc and Cosmetic Products Containing Talc." March 4, 2020

98. Chrysotile found in one Magnesita Brazil 4-M talc sample. RJ Lee Group Project No. TLH910635 4-18-11

99. Chrysotile found in two Brazilian talc samples (J&J samples 1880B07 (7 Chrysotile) and 0701B11 (9 Chrysotile). RJ Lee Group Project No. TLH910635 5-19-11

100. 4-28-11 J&J TOX OFFICE - EXPOSURE SCENARIOS CHRYS NOT HEALTH HAZARD

101. FDA Enforcement Report Johnson s Baby Powder 3-22Z SIOC MSTR SHPR 10-18-19

102. FDA Enforcement Report Johnson s Baby Powder 22oz. (623g) 10-18-19

103. FDA Enforcement Report Johnsons Baby Powder 2-22Z 8PC CLUBTRAY 10-18-19

104. Paoletti Paoletti, L, et al. Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talc. Regulatory Toxicology And Pharmacology 4, 222-235 (1984) (Asbestos in 29 talcs - 14 Italian talcs)

105. Andrian, A et al., Malignant Peritoneal Mesothelioma In A 17 Year Old Boy. Evidence Of Previous Exposure To Chrysotile And Tremolite Asbestos. Human Pathology. Vol 25, 6 1994

106. McDonald, SA MD, Yuwei Fan, PhD, William R. Welch, MD, Daniel W. Cramer, and John J. Godleski, MD. Migration of Talc From the Perineum to Multiple Pelvic Organ Sites. Five Case Studies With Correlative Light and Scanning Electron Microscopy. Am J Clin Pathol 2019;152:590-607

107. Cook, RL, Amended Ruler 26 Expert Report of Robert B. Cook, Ph.D., Regarding the geology of the talc deposits that sourced Johnson and Johnsons talcum powder products, to evaluate the mining practices employed, and to assess Johnson and Johnsons sampling and testing from a mining perspective. United States District Court of New Jersey, MDL NO. 16-2738 (FLW) (LHG)

108. Steffen, J. E., Tran, T., Yimam, Clancy, K.M.,Bird, T.B., Rigler, M.W, Longo, W.E., and Egilman, D.E.. Serous Ovarian Cancer Caused by Exposure to Asbestos and Fibrous Talc in Cosmetic Talc Powders—A Case Series. Journal of Occupational and Environmental Medicine Vol 62, No. 2., 2020

109. Egilman, D., Steffen, JE , Tran,T, Clancy, K, Rigler, MW, and Longo,WE, Health Effects of Censored Elongated Mineral Particles: A Critical Review. in Detection Limits in Air Quality and Environmental Measurements, ed. M. J. Brisson (West Conshohocken, PA: ASTM International, 2019), 192–239. http://doi.org/10.1520/STP1618201800805

110. Executive Summary. Preliminary Recommendations On Testing Methods For Asbestos In Talc And Consumer Products Containing Talc. US Food and Drug Association Interagency Working Group on Asbestos in Consumer Products (IWGACP). January 6, 2020 https://www.fda.gov/media/134005/download

111. McCrone, MC, Detection And Identification Of Asbestos By Microscopical Dispersion Staining. Environmental Health Perspectives. Vol 9, 57-61, 1974

112. Grabar, DG, Application Of Dispersion Staining To Microscopic Identification Of Settled Dust. Journal Of The Air Pollution Control Association.  12:12, 560-592 1962

113. Su, Shu-Chun, Rapidly And Accurately Determining Refractive Indices Of Asbestos Fibers By Using Dispersion Staining Method. A Standard Operation Procedure For Bulk Asbestos Analysis By Polarized Light Microscopy. Revision 2003

114. ISO 22262-1 Asbestos in Bulk Materials by PLM, SEM, TEM 2014.pdf

115. 2-26-73 to Ashton, Colorodo School of Mines (CSM) HDL method finds tremolite, anthophyllite, chrysotile in talc samples
.
116. 4-2-73 to Ashton, Colorodo School of Mines (CSM) HDL method finds tremolite and chrysotile in talc samples

117. Biaxial minerals optical properties including birefringence http://www.webmineral.com determin/biaxial_minerals.shtml#4SpcBr3af3

118. MAS M71040 Johnson's baby talco analysis Report (compiled) 9-23-20

119. MAS M71166 Supplemental Report Off-The-Shelf 2020 JBP Talcum Powder Analysis  9-29-20

120. MAS M71040 Supplement 1 Report Johnson's baby talco analysis (compiled) 10-20-20

121. MAS Analysis of Cashmere Bouquet Cosmetic Talcum Powder for Amphibole Asbestos Expert Report. March 24, 2019

122. MAS Analysis of Colgate-Palmolive Cashmere Bouquet Cosmetic Talc Products for Amphibole Asbestos Expert Report. September 25, 2018

123. 7-10-18 Deposition excepts from Michael Richard Burke, Colgate-Palmolive corporation, regarding Cashmere Bouquet talc sources, Montana, Italy, North Carolina

124. 1-11-17 Defendant Colgate-Palmolive Company's Objections and Responses to Plaintiff's Supplemental Interrogatories, talc sources and dates

125. 5-8-17 Defendant Colgate-Palmolive Company's Objections and Responses to Plaintiff's Interrogatories, talc sources and dates

126. Van Goshen, B, et al. The Geology of Asbestos in the US and Its Practical Applications, Environmental. & Engineering . Geoscience, Vol. 13 (1), 55-68, 2007

127. Van Goshen, B, et al. A USGS Study of Talc Deposits & Associated Amphibole Asbestos Deposits of the Southern Death Valley Region, California USGS open file Report 2004-1092

128. Giocobbe, C etal, Crystal structure determination of a lifelong biopersistent asbestos fibre using single-crystal synchrotron X-ray micro-diffraction. IUCrJ. Neutron Synchrotron https://doi.org/10.1107/S2052252520015079 IUCrJ (2021). 8, 76–86