# Exhibit 31

First Name: Betty Rose

Last Name: Bell






occupation

beautician/hair dresser; beamer operator working with polyester filaments, polymers; weaver working with cotton fiber; packer at Philip Morris

