# EXHIBIT 1

| | |
|---|---|
| **From:** | Janet M. Nesse |
| **To:** | Brody, Steve |
| **Cc:** | aul o reilly (poreilly@shulmanrogers.com) |
| **Subject:** | RE: Johnson & Johnson SDT Letter.pdf |
| **Date:** | Tuesday, January 9, 2024 3:21:28 PM |
| **Attachments:** | image001.png |

[EXTERNAL MESSAGE]

My client advises that it has no documentation at all backing up the matrix. They received the document, as is. It was not created by them

They are undertaking a search for correspondence and as soon as I get those documents, I will review them and let you know where we are….



**Janet M. Nesse**
Principal

**McNamee Hosea**
6404 Ivy Lane, Suite 820       o 301.441.2420
Greenbelt, Maryland 20770      F 301.982.9450

Facebook | mhlawyers.com

*The information contained herein is confidential and intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and delete the message.* **Disclosure Required by IRS Circular 230:** *In accordance with IRS requirements, we wish to inform you that, to the extent this communication contains tax advice, it is not intended or written to be used for the purpose of 1) avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service, or 2) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

**From:** Brody, Steve <sbrody@omm.com>
**Sent:** Tuesday, January 9, 2024 3:14 PM
**To:** Janet M. Nesse <jnesse@mhlawyers.com>

**Subject:** RE: Johnson & Johnson SDT Letter.pdf

Hi Janet,

Just a quick note to see whether you have any additional information about the potential timing for KCIC's production of documents responsive to the subpoena from Johnson & Johnson and LTL Management LLC.

Thank you,
  Steve


**O'Melveny**

Steve Brody
Partner and Co-Chair, Product Liability & Mass Torts Group
sbrody@omm.com
O: +1-202-383-5167
M: +1-202-306-8015
_____

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Janet M. Nesse <jnesse@mhlawyers.com>
**Sent:** Friday, January 5, 2024 3:28 PM
**To:** leigh.odell@beasleyallen.com; mparfitt@ashcreftlaw.com; Brody, Steve <sbrody@omm.com>; susan.sharko@faegredrinker.com
**Subject:** Johnson & Johnson SDT Letter.pdf


[EXTERNAL MESSAGE]

Counsel, please see the attached letter regarding the Subpoena Duces Tecum served on KCIC, LLC

Thank you

---

This email has been scanned for spam and viruses. Click here to report this email as spam.