**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738- MAS-RLS<br><br>MDL Case No. 2738 |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Johnson & Johnson and LTL Management LLC's Opposition to the Plaintiffs' Steering Committee's Motion to Quash or for Protective Order Regarding Subpoena Directed at KCIC, LLC, and the supporting Declaration and its accompanying exhibits, were served electronically via the Court's CM/ECF system on January 22, 2024.  Copies of the foregoing documents are also being sent by email to Plaintiffs' Co-Lead Counsel, and KCIC, LLC's counsel.

By:   */s/ Stephen D. Brody*
        Stephen D. Brody