# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Kenneth Martin, individually and as Personal Representative of the Estate of Shirley Born, deceased | MDL No. 3:16-md-2738-MAS-RLS<br><br>Civil Action No. 3:17-cv-7274 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed on this date on behalf of Plaintiff Kenneth Martin.

Dated: January 24, 2024.

By:/s/ *Sterling Aldridge*
Sterling Aldridge
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095 Telephone: (662) 834-2488
Fax: (662) 834-2628
saldridge@barrettlawgroup.com

*Attorney for Plaintiff Kenneth Martin*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Sterling Aldridge*
Sterling Aldridge
