## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| _____ | ) | |
| IN RE: JOHNSON & JOHNSON | ) | |
| TALCUM POWDER PRODUCTS | ) | |
| MARKETING, SALES PRACTICES AND | ) | MDL No. 2738 (MAS) (RLS) |
| PRODUCTS LIABILITY LITIGATION | ) | |
| _____ | ) | |
| | ) | |
| *This Document Relates To All Cases* | ) | |
| _____ | ) | |

## NOTICE OF DEFENDANTS' MOTION OBJECTING TO SPECIAL MASTER'S OPINION RELATED TO PLAINTIFFS' RENEWED MOTION FOR LEAVE TO FILE SECOND AMENDED MASTER LONG FORM COMPLAINT

**PLEASE TAKE NOTICE** that on February 20, 2024, or as soon thereafter as counsel may be heard, the undersigned defendants' counsel shall move pursuant to the Court's September 11, 2017 Order Regarding Special Master's Duties and Authority (Dkt. No. 704) and March 23, 2021 Order Appointing Special Master (Dkt. No. 18360) for an entry of Order vacating: (1) the Special Master's January 10, 2024 Opinion and Special Master Order No. 17 (Deciding Plaintiffs' Motion to Amend) (Dkt. No. 28902), and (2) denying the Plaintiffs' Renewed Motion for Leave to File a Second Amended Master Long Form Complaint (Dkt. No. 26636), for the reasons explained in the Memorandum in Support filed herewith.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, the undersigned defendants shall rely upon the Memorandum of Law in Support

submitted herewith, and any reply submissions made hereafter and the Certification of Susan Sharko, Esq. together with exhibits; and

      **PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

      **PLEASE TAKE FURTHER NOTICE** that oral argument is requested.


Dated: January 24, 2024      By: _/s/ Susan M. Sharko_
            Susan M. Sharko
            **FAEGRE DRINKER BIDDLE & REATH LLP**
            600 Campus Drive
            Florham Park, NJ 07932
            Tel.: (973) 549-7000
            susan.sharko@faegredrinker.com

            Allison M. Brown
            Jessica Davidson
            **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
            One Manhattan West
            New York, NY 10001
            Tel.: (212) 735-3000
            allison.brown@skadden.com
            jessica.davidson@skadden.com

            _Attorneys for Defendant_