# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738 |
| *This Document Relates To All Cases* | |

### DECLARATION OF SUSAN M. SHARKO IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT

SUSAN SHARKO, ESQ., being of full age, certifies as follows:

I am an attorney of the state of New Jersey and a partner with the law firm Faegre Drinker Biddle & Reath LLP, counsel for Defendants Johnson & Johnson and LLT Management LLC, f/k/a LTL Management LLC, in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in support of Defendants' Memorandum of Law in Support of Their Objections to the Special Master's Order Granting Leave to File a Second Amended Complaint.

1.  Attached hereto as Exhibit 1 is a true and correct copy of an August 15, 2023 order in *Yandell v. Johnson & Johnson*, No. 23STCV11850 (Cal. Super. Ct.).

2. Attached hereto as Exhibit 2 is a true and correct copy of the April 4, 2023 Declaration of John Kim in *In re LTL Management LLC*, No. 23-12825-MBK (D.N.J.).

3. Attached hereto as Exhibit 3 is a true and correct copy of the September 18, 2023 Declaration of Donald McGraw.

4. Attached hereto as Exhibit 4 is a true and correct copy of a September 12, 2023 order in *LaSalle v. American International Industries*, No. 23-2-08165-0 SEA (Wash. Super. Ct.).

5. Attached hereto as Exhibit 5 is a true and correct copy of a October 26, 2023 order in *Egli v. Johnson & Johnson*, No. RG20075272 (Cal. Super. Ct.).

6. Attached hereto as Exhibit 6 is a true and correct copy of a January 3, 2024 order in *Ochoa v. 3M Co.*, No. D-307-CV-2023-01125 (N.M. Dist. Ct.).

7. Attached hereto as Exhibit 7 is a true and correct copy of a December 23, 2023 judgment in *Henderson v. Taylor-Seidenbach Inc.*, No. 2022-10279 (La. Civ. Dist. Ct.).

8. Attached hereto as Exhibit 8 is a true and correct copy of a June 2, 2021 Joint Status Report in *In re January 21 Short Squeeze Trading Litigation*, MDL No. 2989, ECF 322 (S.D. Fla.).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 24, 2024                               Respectfully submitted,

                                                By: *Susan Sharko*
                                                    Susan Sharko