# EXHIBIT 6

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
1/3/2024 11:36 AM
BERNICE A. RAMOS
CLERK OF THE COURT
Rosie Stewart

STATE OF NEW MEXICO
COUNTY OF DOÑA ANA
THIRD JUDICIAL DISTRICT

GABRIEL G. OCHOA,

     Plaintiff,

v.                              D-307-CV-2023-01125

3M COMPANY, et al.,

     Defendants.

## ORDER GRANTING DEFENDANT JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON HOLDCO (NA) INC., AND KENVUE INC.'S MOTION TO DISMISS

THIS MATTER came before the Court on Defendant Janssen Pharmaceuticals, Inc., Johnson & Johnson Holdco (NA) Inc., and Kenvue Inc.'s Motion to Dismiss, filed July 24, 2023 ("Motion). The Court has reviewed the Motion and all briefing of the parties, has conducted oral argument on December 5, 2023, and is otherwise fully advised in the premises.

The Court FINDS as follows:

1.    Janssen Pharmaceuticals, Inc., Johnson & Johnson Holdco (NA) Inc., and Kenvue Inc.'s Motion to Dismiss is well taken and should be granted. Applying Texas law, all talc liabilities formerly belonging to Johnson & Johnson Consumer Inc. (Old JJCI) are now owned by LTL management, LLC.

2.    Plaintiff's claims against Janssen Pharmaceuticals, Inc., Johnson & Johnson Holdco (NA) Inc., and Kenvue Inc.'s Motion to Dismiss should accordingly be dismissed with prejudice.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

All of Plaintiff's claims against Janssen Pharmaceuticals, Inc., Johnson & Johnson

Holdco (NA) Inc., and Kenvue Inc. are hereby dismissed with prejudice.

THE HONORABLE JAMES T. MARTIN
DISTRICT COURT JUDGE

SUBMITTED BY:

HARTLINE BARGER LLP

By: /s/ Angela S. Gordon
Angela S. Gordon (Bar No. 153886)
Donald A. DeCandia (Bar No. 5196)
141 E. Palace Ave., Suite 100
Santa Fe, NM 87501
(505) 336-5291
agordon@hartlinebarger.com
ddecandia@hartlinebarger.com

~ and ~

Mary E. Jones (Bar No. 146706)
Hartline Barger LLP
500 Marquette NW, Suite 770
Albuquerque, NM 87102
(505) 336-5305
mjones@hartlinebarger.com

*Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Johnson &
Johnson Holdco (NA) Inc., and Kenvue Inc.*

2

APPROVED BY:

KEMP SMITH LLP

By: *no opposition after conferral*
  CaraLyn Banks, Esq., NM Bar No. 7139
    3800 E. Lohman, Suite C
    Las Cruces, NM 88011
    575-527-0023
    caralyn.banks@kempsmith.com
    *Attorneys for Defendant Bowen*
    *Industrial Contractors, Inc.*

GORDON REES SCULLY MANSUKHANI, LLP

By: *no opposition after conferral*
    Jill J. Ormond, Esq.
    500 Marquette Avenue NW, Suite 1200
    Albuquerque, NM 87102
    Telephone: 505-998-9008
    Facsimile: 505-933-8485
    jormond@grsm.com
    *Attorneys for Defendants Chattem, Inc.;*
    *KBR Construction Company LLC; KBR Inc.;*
    *Plastics Engineering Co.; and Siemens*
    *Industry Inc. individually and as a successor-in-interest to*
    *Siemens Energy & Automation, Inc., erroneously*
    *sued as successor-in-interest to ITE Circuit*
    *Breaker Co.*

BUTT THORNTON & BAEHR, PC

By: *no opposition after conferral*
    Nicholas Chiado, Esq.
    Phil Cheves, Esq.
    P. O. Box 3170
    Albuquerque, NM 87190
    505-884-0777
    pwcheves@btblaw.com
    *Attorneys for Defendants General Parts, Inc.,*
    *Schneider Electronics USA, Inc. and PTI Union (no waiver of limited appearance).*

3

GORDON REES SCULLY MANSUKHANI, LLP

By: *no opposition after conferral*
   Jason Irvin, Esq.
   500 Marquette Avenue NW, Suite 1200
   Albuquerque, NM 87102
   Telephone: 505-998-9008
   Facsimile: 505-933-8485
   jormond@grsm.com
   *Attorneys for Defendant Siemens Industry, Inc.,*

KLEIN THOMAS LEE & FRESARD

By: *no opposition after conferral*
   C. Megan Fischer, Esq.
   340 East Palm Lane, Suite A310
   Phoenix, AZ 85004
   602-935-8342
   megan.fischer@kleinthomaslaw.com
   *Attorneys for Defendants Cooper Crouse-Hinds,*
   *LLC and Eaton Corporation*

COWLES THOMPSON

By: *no opposition after conferral*
   Scott P. Hazen, Esq.
   901 Main St., Suite 3900
   Dallas, TX 75202
   214-672-2104
   shazen@cowlesthompson.com
   *Attorneys for Defendant Gould Electronics, Inc.*

HINKLE SHANOR LLP

By: *no opposition after conferral*
   Kurt Gilbert, Esq.
   218 Montezuma Ave.
   Santa Fe, NM 87501
   505-982-4554
   kgilbert@hinklelawfirm.com
   *Attorneys for Defendants Walgreen Co.; CVS*
   *Health Corporation, Rockwell Automation, Inc.,*
   *individually and as successor-in-interest to*
   *Allen-Bradley Co. LLC f/k/a Rockwell*
   *International Corp.; Specialty Minerals Inc.;*
   *Barretts Minerals Inc.; Minerals Technologies Inc.; and Abb Inc.*

4

GORDON REES SCULLY MANSUKHANI, LLP

By: *no opposition after conferral*
    Christopher R. Jones, Esq.
    555 Seventeenth St., Suite 3400
    Denver, CO 80202
    303-200-6893
    cjones@grsm.com
    *Attorneys for Defendant 3M Company, f/k/a*
    *Minnesota Mining and Manufacturing Company*

WHEELER TRIGG O'DONNEL LLP

By: *no opposition after conferral*
    Kate Mercer-Lawson, Esq.
    370 Seventeenth Street, Suite 4500
    Denver, CO 80202
    303-244-1891
    MercerLawson@wtotrial.com
    *Attorneys for Defendant General Electric Company*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *no opposition after conferral*
    Ronald L. Hellbusch, Esq.
    1700 Lincoln St., Suite 4000
    Denver, CO 80203
    720-907-2100
    Ronald.hellbusch@lewisbrisbois.com.
    *Attorneys for Defendants Union Carbide*
    *Corporation and Pneumo Abex LLC*

REED SMITH

By: *no opposition after conferral*
    Kathy Oviedo, Esq.
    506 Carnegie Center, Suite 300
    Princeton, NJ 08540
    609-9520-6030
    KOviedo@reedsmith.com
    *Attorneys for Vi-Jon LLC*

MODRALL SPERLING

By:  *no opposition after conferral*
    Jeremy K. Harrison, Esq.
    500 4th St. NW, Suite 1000
    Albuquerque, NM 87102
    505-848-1800
    jkh@modrall.com
    *Attorneys for Defendants Walmart Inc.; Genuine*
    *Parts Company d/b/a National Automotive Parts*
    *Association (NAPA); Paramount Global f/k/a*
    *ViacomcbsInc. f/k/a Viacom, Inc., successor by*
    *merger to CBS Corporation, a Pennsylvania*
    *corporation, f/k/a Westinghouse Electric*
    *Corporation; American Optical Corporation; Vi-Jon,*
    *LLC f/k/a Vi-Jon Inc. f/k/a Cumberland Swan; and*
    *Freeport Minerals Corporation f/k/a Freeport-McMoran Corporation*
    *and Phelps Dodge Industries, Inc.*

HUSCH BLACKWELL LLP

By:  *no opposition after conferral*
    Dwayne Stanley, Esq.
    Jackson Otto, Esq.
    8001 Forsyth Boulevard, Suite 1500
    St. Louis, MO 63105
    314-480-1835
    Jackson.Otto@huschblackwell.com
    *Attorneys for Defendant Occidental Chemical*
    *Corporation*

LITCHFIELD CAVO LLP

By:  *no opposition after conferral*
    Vincent J. Velardo, Esq.
    2455 E. Parleys Way, Suite 320
    Salt Lake City, UT 84109
    801-797-1901
    velardo@litchfieldcavo.com
    *Attorneys for Block Drug Company, Inc.*

6

KUTAK ROCK LLP

By:  *no opposition after conferral*
    Matthew M. Enenbach
    1650 Farnam Street
    Omaha, NE 68102
    402-346-6000
    matthew.enenbach@kutakrock.com
    *Attorneys for Block Drug Company, Inc.*

MEHAFFY WEBBER P.C.

By:  *no opposition after conferral*
    Holly C. Hamm, Esq.
    500 Dallas, Suite 2800
    Houston, TX 77002
    409-835-5011
    hollyhamm@mehaffyweber.com
    *Attorneys for Charles B. Crystal Company, Inc.*

DURHAM, PITTARD & SPALDING, L.L.P.

By:  *no opposition after conferral*
    Justin R. Kaufman, Esq.
    505 Cerrillos Road, Suite A209
    Santa Fe, NM 87501
    505-986-0600
    *Attorneys for Plaintiff*

DEAN OMAR BRANHAM SHIRLEY LLP

By:  *no opposition after conferral*
    Shawna Forbes, Esq.
    Benjamin D. Braly, Esq.
    302 N. Market Street, Suite 300
    Dallas, TX 75202
    214-722-5990
    bbraly@dobslegal.com
    *Attorneys for Plaintiff*

7