# EXHIBIT 7

FILED
2023 DEC 22 P 12:53
CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO. 2022-10279        SECTION: 6        DIVISION: L

### JEANNINE HENDERSON

### VERSUS

### TAYLOR-SEIDENBACH INC., et al.

FILED: _____        _____
                                                                                                           DEPUTY CLERK

### JUDGMENT

Considering the memoranda and arguments of counsel, and for the reasons orally assigned,

**IT IS HEREBY ORDERED** that Defendants Janssen Pharmaceuticals, Inc., Kenvue, Inc., and Johnson & Johnson Holdco (NA) Inc.'s Peremptory Exceptions of No Cause of Action and No Right of Action Pursuant to Louisiana Code of Civil Procedure article 927(A)(5) and (6) are **GRANTED** as matter of law, based on their not being proper parties to this action.

**IT IS HEREBY FURTHER ORDERED** that all of Plaintiff's allegations, claims, and causes of action against Defendants Janssen Pharmaceuticals, Inc., Kenvue, Inc., and Johnson & Johnson Holdco (NA) Inc. in the above entitled and captioned matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

NEW ORLEANS, LOUISIANA this 28th day of Dec, 2023.

_____
HON. KERN A. REESE
DISTRICT COURT JUDGE

VERIFIED

VERIFIED
Amber Sheeler
2023 DEC 22 P 02:25

E-Filed