# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 16-2738 (FLW) (LHG) JUDGE MICHAEL A. SHIPP  MAG. JUDGE RUKHSANAH L. SHIPP |

JAN R. CARVER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GWEN B. CARVER,

Plaintiffs,

v.

Johnson & Johnson, et al.,
Defendants.

Case No.: 3:21-cv-03869

DIRECT FILED ACTION

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on 01/25, 2024, on behalf of Plaintiff JAN R. CARVER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GWEN B. CARVER.

*/s/C. Edward Amos, II*
Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails:  scott.segal@segal-law.com;
edward.amos@segal-law.com

Dated: 01/25/2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>01/25/2024</u>, a copy of the foregoing NOTICE OF FILING was

filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by

operation of the Court's electronic filing system to all parties indicated on the electronic filing

receipt.  Parties may access this filing through the Court's system.

<u>/s/C. Edward Amos, II</u>
Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails:  scott.segal@segal-law.com;
edward.amos@segal-law.com

2