

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com



**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

January 25, 2024

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

   *Re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*
     *Case No.: 3:16-md-02738-MAS-RLS*

Dear Judge Singh:

  Pursuant to the Court's order, we write to provide the names of counsel we understand will attend the January 29th hearing.

  The following counsel will appear on behalf of the Plaintiffs' Steering Committee:

- Michelle A. Parfitt (speaking)
- P. Leigh O'Dell (speaking)
- Richard Golomb
- Christopher Tisi
- Daniel Lapinski
- Larry Berman
- James Green

Depending on the issues that arise, Messrs. Golomb, Lapinski and Tisi may also address the Court.

Hon. Rukhsanah L. Singh, U.S.M.
January 25, 2024
Page 2

The following counsel will appear on behalf of the Johnson & Johnson Defendants:

- Susan Sharko (speaking)
- Allison Brown (speaking)
- Kristen Fournier
- Sean Garrett
- Andrew White

Thank you for your consideration.

Respectfully submitted,

*/s/ P. Leigh O'Dell*　　　　　　　　*/s/ Michelle A. Parfitt*

P. Leigh O'Dell　　　　　　　　　　Michelle A. Parfitt


cc:　Susan Sharko, Esq. (via email)
　　　All Counsel (via ECF)