# EXHIBIT C

**From:** "Sharko, Susan M" <susan.sharko@faegredrinker.com>
**Subject: RE: Talc MDL - Moorman report**
**Date:** January 8, 2024 at 12:38:10 PM EST
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>, Michelle Parfitt <MParfitt@ashcraftlaw.com>

2021, not 2001.

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
Connect: vCard

+1 973 549 7350 direct

**Faegre Drinker Biddle & Reath LLP**
600 Campus Dr.
Florham Park, New Jersey 07932, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

---

**From:** Sharko, Susan M
**Sent:** Monday, January 8, 2024 12:36 PM
**To:** 'Leigh O'Dell' <Leigh.ODell@BeasleyAllen.com>; Michelle Parfitt <MParfitt@ashcraftlaw.com>
**Subject:** Talc MDL - Moorman report

It appears that we never got the 2001 report by Dr. Moorman or had a deposition of her on it, so we will plan to make that part of the deposition next week.   Any questions, let me know.   Thanks.

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
Connect: vCard

+1 973 549 7350 direct

**Faegre Drinker Biddle & Reath LLP**
600 Campus Dr.
Florham Park, New Jersey 07932, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.