## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>Billie LeAnn Maiwiriwiri<br>_____,<br>Plaintiffs,<br><br>v.<br><br>Johnson & Johnson, et al.,<br>Defendants. | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP  MAG. JUDGE RUKHSANAH L. SINGH<br><br>Case No.: 3:23-CV-15948<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on January 26, 2024, on behalf of Plaintiff Billie LeAnn Maiwiriwiri.

                                                                    /s/C. Edward Amos, II
                                                                  Scott S. Segal, Esq. (WV Bar# 4717)
                                                                  C. Edward Amos, II, Esq. (WV Bar# 12362)
                                                                  The Segal Law Firm
                                                                  810 Kanawha Blvd., East
                                                                  Charleston, WV 25301
                                                                  (304) 344-9100
                                                                  (304) 344-9105 (fax)
                                                                   Emails:  scott.segal@segal-law.com;
                                                                   edward.amos@segal-law.com

Dated: January 26, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/C. Edward Amos, II
Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
edward.amos@segal-law.com
