UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**TRENTON**  
**OFFICE**

**January 29, 2024**
**DATE OF PROCEEDINGS**

**JUDGE: RUKHSANAH L. SINGH**
**DIGITALLY RECORDED**

**TITLE OF CASE:**                                    MD-16-2738 (MAS) (RLS)

IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

Michelle Parfitt, Esq., P. Leigh O'Dell, Esq., Richard Golomb, Esq., Christopher Tisi, Esq., Daniel Lapinski, Esq., Larry Berman, Esq., Chris Placitella, Esq., Justin Placitella, Esq., Patrick Lyons, Esq., & James Green, Esq., for plaintiffs
Susan Sharko, Esq., Allison Brown, Esq., Sean Garrett, Esq., & Andrew White, Esq., for defendants

**NATURE OF PROCEEDING:**

Hearing on motion Docket Entry No. 28798 by Defendant to strike Plaintiffs' improper supplemental reports.
Ordered motion Docket Entry No. 28798 decision reserved.
Order to be entered.

Hearing regarding discovery disputes set forth in Docket Entry No. 28915.
Decision read into the record.
Order to be entered.

**TIME COMMENCED:   10:00 a.m.**                    **s/ Mark Morelli**
**TIME ADJOURNED:    11:55 a.m.**                       **Deputy Clerk**
**TOTAL TIME: 1 Hour & 55 Minutes**