UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |

**ORDER**

**THIS MATTER** having been brought before the Court upon the January 18, 2024 letter, (Dkt. No. 28915), Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc., now known as Johnson & Johnson Consumer Inc. (collectively, "Defendants"), regarding the length of time that Defendants are to question plaintiffs' expert witnesses at deposition pursuant to the Court's October 6, 2023 Order, (Dkt. No. 28516); and Plaintiffs' Steering Committee having opposed the request in their January 25, 2024 letter, (Dkt. No. 28939); and the Court having considered the submissions of the parties pursuant to Local Civil Rule 37.1 as well as arguments of counsel during a hearing held on January 29, 2024; and for the reasons discussed on the record during the January 29, 2024 hearing, and for good cause shown,

**IT IS** on this **29th** day of **January 2024**, hereby

**ORDERED** that Defendants may depose: Dr. Patricia Moorman for no more than a total of eight (8) hours; Dr. Daniel Clarke-Pearson for no more than an additional four (4) hours; and Dr. Judith Wolf for no more than an additional (2) hours; and it is further

**ORDERED** that the parties are directed to meet and confer as to the amount of time for future depositions of any experts with consideration of the Court's October 6, 2023 Order; and it is further

**ORDERED** that the deadline by which any depositions of Plaintiffs' expert witnesses shall be completed as set by paragraph 3 of the Court's October 6, 2023 Order is hereby held in **ABEYANCE** and will be reset by the Court at a later date; and it is further

**ORDERED** that the Clerk of Court is directed to **TERMINATE** the Motion pending at Docket Entry Number 28915.

**SO ORDERED**.

/s/ Rukhsanah L. Singh
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**