# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN JOSEPH GREF,

                           Plaintiff,                         20-CV-05589 (GBD) (VF)

      -against-                                  **ORDER**

AMERICAN INTERNATIONAL INDUTSTRIES
et al.,

                           Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated at the conference held before the Court on May 19, 2023, non-party Northwell Health's motions to modify the subpoenas served by Defendants American International Industries and Whittaker, Clark, and Daniels, Inc. (ECF Nos. 264 and 267) are **GRANTED**, and Defendants' cross-motion to compel subpoena responses (ECF No. 281) is **DENIED**. At the conference, Northwell Health represented that it has already made a production to Defendants as to the unobjected-to portions of the subpoenas.

      Moreover, regarding Defendants' pending letter motion to compel the deposition of Plaintiff's Expert Dr. Jacqueline Moline (ECF No. 263), Plaintiff indicated at the conference that Dr. Moline would be produced for an additional three hours of testimony relating to her dose calculations. In light of Plaintiff's representation, Defendants' motion to compel is terminated. Should Defendants want to seek additional time to depose Dr. Moline following a meet and confer with Plaintiff concerning the potential introduction of the 2023 Moline article, they may submit such a motion at the appropriate time.

Case 16-md-02753-LAS-SRF Document 2952-3 Filed 05/09/24 Page 2 of 3
Case 1:20-cv-03355-GHW-VF Document 894 Filed 05/19/23 Page 2 of 3
PageID: 172187

The Clerk of Court is directed to terminate the motions at ECF Nos. 263, 264, 267, 281, and 283. **SO ORDERED.**

DATED:   New York, New York
         May 19, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge