# EXHIBIT D

MANNING GROSS + MASSENBURG LLP
14 Wall Street, 28th Floor
New York, NY, 10005
(929) 378-4800
Attorneys for Defendant
CHANEL, INC.
Anna Hwang (NJ ID 361322021)

**FILED**
**AUG 1 9 2021**
**SPECIAL MASTER**

| | |
|---|---|
| ~~IN RE ASBESTOS LITIGATION~~ ~~VENUED IN MIDDLESEX COUNTY~~ | SUPERIOR COURT OF NEW JERSEY LAW DIVISION MIDDLESEX COUNTY |
| SHARON HARPSTER, | Docket #: L-8173-19 AS |
| Plaintiff, | ASBESTOS LITIGATION Civil Action |
| -against- | RECOMMENDATION **DENYING** ~~GRANTING~~ CHANEL INC.'S APPLICATION TO COMPEL DISCOVERY FROM PLAINTIFF |
| CHANEL, INC., et al | |
| Defendants. | |

THIS MATTER having been opened to the Court by Manning Gross + Massenburg LLP, attorneys for Defendant Chanel, Inc. ("Chanel"), upon notice to all counsel and parties, for entry of a Recommendation granting Chanel's application to compel discovery from Plaintiff; and the Court having considered the application and submission of the parties [including Chanel's initial Application as well as follow-up submission, and plaintiff's opposition and response to Chanel's supplemental submission (and all exhibits to all submissions)] and for good and just cause shown;

IT IS on this __19__ day of __August__, 2021;

RECOMMENDED that [Chanel's Application to compel] Plaintiff ~~be compelled~~ to provide: (1) available PowerPoint slides identified in Dr. Moline's curriculum vitae [is denied as overbroad, lacking specificity and potentially irrelevant], and (2) underlying case information related to her case study, ~~to all defendants on or before the ___ day of ___, 2021; and~~ [is denied with this issue having been previously decided in this jurisdiction;]

RECOMMENDED that Plaintiff ~~be compelled~~ [Chanel's Application to compel] to provide an un-redacted copy of Dr. Moline's invoice bates stamped as "1/9", including related documents bates stamped between [either to defendants or] 2/9 and 9/9 for *in-camera* review for determination of whether such materials are discoverable ~~on or before the ____ day of ____, 2021, and~~ [is denied with this issue having been decided by the Special Master during Dr. Moline's deposition with defendant being afforded an opportunity and directed to question Dr. Moline with regard to her work as an expert, including but not limited to hourly rate, compensation, time devoted to expert work, number of cases, etc.,] e with

IT IS FUTHER RECOMMENDED that a copy of this Recommendation is to be served [defendant having been provided with the invoice relevant to this case] upon all counsel within __3__ days of its entry.

_____
AGATHA N. DZIKIEWICZ, ESQ.
Special Master

Harpster p. 2