# EXHIBIT F

In the Matter Of:

RITA-ANN CHAPMAN AND GARY CHAPMAN

vs

AVON PRODUCTS, INC., et al.

Chapman Trial Day 23

November 02, 2022



Asbestos Reporters of California

888-779-9974

```
             SUPERIOR COURT OF THE STATE OF CALIFORNIA

                  FOR THE COUNTY OF LOS ANGELES



           DEPARTMENT 7   HON. LAWRENCE P. RIFF, JUDGE

     LAOSD ASBESTOS CASES              ) JCCP CASE NO. 4674
                                       )
RITA-ANN CHAPMAN AND GARY              )      CERTIFIED COPY
CHAPMAN,                               )
                                       )
                PLAINTIFFS,            ) CASE NO.
                                       ) 22STCV05968
   VS.                                 )
                                       )
AVON PRODUCTS, INC., ET AL.,           )
                                       )
                DEFENDANTS.            )
_____)




              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                     NOVEMBER 2, 2022



  APPEARANCES:

  FOR THE PLAINTIFFS:

                    DEAN OMAR BRANHAM SHIRLEY, LLP
                    BY:  JESSICA DEAN, ESQ.
                    BY:  BENJAMIN H. ADAMS, ESQ.
                    BY:  RACHEL A. GROSS, ESQ.
                    302 N MARKET STREET
                    SUITE 300
                    DALLAS, TX 75202
                    214-722-5990
                    JDEAN@DOBSLEGAL.COM
                    BADAMS@DOBSLEGAL.COM
                    RGROSS@DOBSLEGAL.COM




                    AURORA BOWSER, CSR NO. 12801,
                    OFFICIAL REPORTER PRO TEMPORE
```

```
 1  APPEARANCES CONTINUED:

 2  FOR THE DEFENDANT HYSTER-YALE GROUP, INC.:

 3                  EDLIN GALLAGHER HUIE + BLUM
                    BY:   JEREMY HUIE, ESQ.
 4                  500 WASHINGTON STREET, SUITE 700
                    SAN FRANCISCO, CA 94111
 5                  415-397-9006
                    JHUIE@EGHBLAW.COM
 6
    FOR THE DEFENDANT AVON PRODUCTS, INC.:
 7
                    FOLEY & MANSFIELD PLLP
 8                  BY:   PETER MULARCZYK, ESQ.
                    BY:   GARY D. SHARP, ESQ.
 9                  BY:   ROBERT YOUNG IV, ESQ.
                    181 W. HUNTINGTON DR., SUITE 210
10                  MONROVIA, CA 91016
                    213-283-2100
11                  PMULARCZYK&FOLEYMANSFIELD.COM
                    GSHARP@FOLEYMANSFIELD.COM
12
    FOR THE DEFENDANT COLGATE-PALMOLIVE COMPANY:
13
                    GORDON & REES SCULLY MANSUKHANI LLP
14                  BY:   EDWARD SLAUGHTER, ESQ.
                    BY:   DAVID OXAMENDI, ESQ.
15                  BY:   CHRISTOPHER STRUNK, ESQ.
                    1111 BROADWAY, SUITE 1700
16                  OAKLAND, CA 94607
                    510-463-8600
17                  ESLAUGHTER@GRSM.COM
                    DOXAMENDI@GRSM.COM
18                  CSTRUNK@GRSM.COM

19  FOR THE DEFENDANT COLOR TECHNIQUES, INC.:

20                  GORDON REES SCULLY MANSUKHANI, LLP
                    BY:   JACQUELINE DUBOIS, ESQ.
21                  BY:   WILLIAM COGGSHALL, ESQ.
                    101 W BROADWAY, SUITE 2000
22                  SAN DIEGO, CA 92101
                    619-544-7244
23                  JDUBOIS@GRSM.COM
                    WCOGGSHALL@GRSM.COM
24
    FOR THE DEFENDANT FORD MOTOR COMPANY:
25
                    YUKEVICH | CAVANAUGH
26                  BY:   STEVEN D. SMELSER, ESQ.
                    355 S GRAND AVE, 15TH FLOOR
27                  LOS ANGELES, CA 90071
                    213-362-7777
28                  SSMELSER@YUKELAW.COM
```

```
0003
 1    APPEARANCES CONTINUED:

 2    ALSO FOR THE DEFENDANT FORD MOTOR COMPANY:

 3                    LANKFORD CRAWFORD MORENO
                      & OSTERTAG, LLP
 4                    BY:  PAUL V. LANKFORD, ESQ.
                      1850 MT DIABLO BLVD., SUITE 600
 5                    WALNUT CREEK, CA 94596
                      925-300-3520
 6                    PLANKFORD@LCLAW.COM

 7                    ~~AND~~

 8                    HORVITZ & LEVY LLP
                      BY:  EMILY V. CUATTO, ESQ.
 9                    3601 W OLIVE AVE, 8TH FLOOR
                      BURBANK, CA 91505
10                    818-995-0800
                      ECUATTO@HORVITZLEVY.COM
11
      FOR THE DEFENDANT THE BOEING COMPANY:
12
                      MANNING GROSS + MASSENBURG LLP
13                    BY:  HALEY L. HANSEN, ESQ.
                      BY:  BRENT M. KARREN, ESQ.
14                    201 SPEAR STREET
                      18TH FLOOR
15                    SAN FRANCISCO, CA 94105
                      415-512-4381
16                    HHANSEN@MGMLAW.COM
                      BKARREN@MGMLAW.COM
17

18

19

20

21

22

23

24

25

26

27
```

```
 1  FROM THE COURT, WHICH IS WARRANTED.
 2          SO I WANT TO EXPLAIN FURTHER AS FOLLOWS:  I
 3  ALLOW FOR THE POSSIBILITY THAT BETTY BELL, THIS CASE
 4  NUMBER 9, IS LIKE INDISPUTABLE FACT INFERABLE FROM
 5  JUDICIALLY-NOTICED MATERIAL -- LIKE THE DEED, AS TO WHO
 6  THE OWNER OF THE PROPERTY IS, FOR PURPOSES OF STANDING.
 7          IN MY MIND THAT IS DIFFERENT IN KIND THAN THE
 8  KIND OF, "FACT," THAT I THINK THE PLAINTIFF IS URGING
 9  UPON ME RELATIVE TO THE EPA MATTER.  FOR EXAMPLE,
10  WHETHER STUDIES OF MOTOR VEHICLE MECHANICS IS
11  SUFFICIENTLY SENSITIVE TO DETECT A CANCER RISK.  I
12  DON'T THINK THAT FACT IS INDISPUTABLY INFERABLE FROM
13  THE JUDICIALLY-NOTICED MATERIAL.
14          SO ASSUMING FOR ARGUMENT, WHICH I WILL, THAT I
15  COULD TAKE JUDICIAL NOTICE THAT BETTY BELL IS CASE
16  NUMBER 9 IN THE MOLINE STUDY, I AM DECLINING TO DO SO
17  UNDER EVIDENCE CODE SECTION 352.  RELEVANCE AND
18  352 REMAIN OPERATIVE DOCTRINES RELATIVE TO JUDICIAL
19  NOTICE AS WELL AS EVIDENCE.
20          AND I THINK ON THIS RECORD, THESE MATTERS ARE
21  UNDULY ATTENUATED AND COLLATERAL TO THE MATTER AT HAND,
22  AND IT WILL RESULT IN AN UNDUE CONSUMPTION OF TIME.
23  I'M NOT SO MUCH WORRIED ABOUT JURY CONFUSION, BUT I AM
24  WORRIED ABOUT UNDUE CONSUMPTION OF TIME RELATIVE TO THE
25  IMPORTANCE OF THE INFORMATION.
26          AS EXPLAINED TO ME, CASE NUMBER 9 IS ONE OF
27  33 AND MAYBE ONE OF 108 STUDIES.  MOREOVER, IN ORDER TO
28  MAKE THE RELEVANCE LINK FROM CASE NUMBER 9, BEING
```

1  BETTY BELL, TO CASE NUMBER 9, BEING BETTY BELL BEING
2  EXPOSED TO ASBESTOS AT A TEXTILE PLANT, IT'S GOING TO
3  REQUIRE AN INQUIRY INTO THE BETTY BELL CASE AND
4  DR. LONGO'S REPORT, APPARENTLY, AND WHAT HE KNEW AND
5  WHAT HE DIDN'T KNOW AND THE CONSEQUENCE -- AND WHAT THE
6  CLAIM WAS AND WHAT A WORKERS' COMPENSATION MATTER IS.
7  SO I DECLINE TO GO THERE, SO THAT'S THE RULING.
8           MR. MULARCZYK:  CAN I JUST MAKE ONE ADDITIONAL
9  COMMENT ON THAT?
10          THE COURT:  YOU CAN, BUT I HAVE RULED.
11          MR. MULARCZYK:  I'M NOT GOING TO ASK TO THE
12 COURT TO DO ANYTHING DIFFERENT.
13          THE COURT:  OKAY.
14          MR. MULARCZYK:  TO THE EXTENT THAT THE
15 PLAINTIFFS ARE GOING TO RELY ON THE MOLINE ARTICLE,
16 THEY, BY DEFINITION, WILL BE INQUIRING INTO 33 CASES
17 THAT HAVE NOTHING TO DO WITH MRS. CHAPMAN.  THEIR
18 33 CASES, LITIGATION, REFERRED TO DR. MOLINE -- AND NOT
19 ONLY DR. MOLINE, BUT DR. GORDON, WHO'S A COAUTHOR ON
20 THIS PAPER, WHO WE ALREADY TALKED ABOUT IN THIS TRIAL.
21 THEY WILL BE INTRODUCING INTO EVIDENCE AT THIS TRIAL 33
22 OTHER LITIGATION CASES THAT HAVE NOTHING TO DO WITH
23 MRS. CHAPMAN.
24          AND WHAT WE ARE ASKING TO INQUIRE ABOUT IS --
25 INTO ONE, WHERE PLAINTIFF ACTUALLY MADE AN ALLEGATION
26 OF EXPOSURE TO ASBESTOS, OTHER THAN COSMETIC TALC THAT
27 IS NOT DISCUSSED IN THE PAPER.
28          THE COURT:  I DO UNDERSTAND.