# EXHIBIT I

Gregory B. Diette, M.D., MHS
June 19, 2020                                                          1

```
 1              BEFORE THE ASBESTOS MDL PRE-TRIAL JUDGE
                        CAUSE NO. 2017-86022
 2
    CRISTINA LOPEZ and CARLOS    ) IN THE DISTRICT COURT
 3  LOPEZ,                       )
                                 )
 4          Plaintiffs,          )
                                 )
 5  VS.                          )
                                 )          OF HARRIS COUNTY
 6  BRENNTAG NORTH AMERICA,      )
    INC. (Sued individually      )
 7  and as a successor           )
    in-interest to MINERAL       )
 8  PIGMENT SOLUTIONS, INC.      )
    and as successor-in-         )
 9  interest to WHITTAKER        )
    CLARK & DANIELS, INC); et    )
10  al.,                         )
                                 )
11          Defendants.          ) 11TH JUDICIAL DISTRICT

12
                          Transferred from
13                 CAUSE NO: 17-12-14067-ZCV

14  CRISTINA LOPEZ and CARLOS    ) IN THE DISTRICT COURT
    LOPEZ,                       )
15                               )
            Plaintiffs,          )
16                               )
    VS.                          ) 365TH JUDICIAL DISTRICT
17                               )
    BRENNTAG NORTH AMERICA,      )
18  INC. (Sued individually      )
    and as a successor           )
19  in-interest to MINERAL       )
    PIGMENT SOLUTIONS, INC.      )
20  and as successor-in-         )
    interest to WHITTAKER        )
21  CLARK & DANIELS, INC); et    )
    al.,                         )
22                               )
            Defendants.          ) ZAVALA COUNTY, TEXAS
23

24

25
```

Gregory B. Diette, M.D., MHS
June 19, 2020                                                                    2

```
1

2

3              -----------------------------------

4              ORAL AND TELEPHONIC DEPOSITION OF

5                 GREGORY B. DIETTE, M.D. MHS

6                        JUNE 19, 2020

7                      REPORTED REMOTELY

8              -----------------------------------

9

10        ORAL AND TELEPHONIC DEPOSITION OF GREGORY B.

11   DIETTE, M.D. MHS, produced as a witness at the instance

12   of the Plaintiff, and duly sworn, was taken in the

13   above-styled and numbered cause on June 19, 2020, from

14   9:02 a.m. CST to 1:26 p.m. CST, before Christy

15   Cortopassi, CSR in and for the State of Texas, reported

16   by machine shorthand, at the residence of Dr. Gregory

17   Diette, Baltimore, Maryland, pursuant to the Texas Rules

18   of Civil Procedure, the current Emergency Order

19   Regarding the COVID-19 State of Disaster and the

20   provisions stated on the record or attached hereto.

21

22

23

24

25
```

Gregory B. Diette, M.D., MHS
June 19, 2020                                          3

```
 1                    REMOTE APPEARANCES

 2

 3   FOR THE PLAINTIFFS:

 4        MS. LEAH C. KAGAN
          MS. JENNIFER MONTEMAYOR
 5        Simon Greenstone Panatier, P.C.
          1201 Elm Street
 6        Suite 3400
          Dallas, Texas 75270
 7        214.276.7680
          lkagan@sgptrial.com
 8        jmontemayor@sgptrial.com

 9

     FOR THE DEFENDANTS JOHNSON AND JOHNSON AND JOHNSON AND
10   JOHNSON CONSUMER, INC.:

11        MR. ERIC COOK
          Wilcox & Savage, PC
12        440 Monticello Avenue
          Suite 2200
13        Norfolk, Virginia 23510
          757.628.5566
14        ecook@wilsav.com

15

16

17

18

19

20

21

22

23

24

25
```

Gregory B. Diette, M.D., MHS
June 19, 2020                                          118

```
 1  they're not allowed to report where there's even small

 2  numbers of people because you can sort of figure out who

 3  people are sometimes, especially with a rare condition

 4  in a particular geographical area.

 5               You are basically exposing them and --

 6  so -- and the folks for her -- these subjects here that

 7  agree or not agree to be part of that but it's unusual

 8  and potentially unethical to do that in a medical

 9  publication.

10       Q.  And so it would be unethical and you would have

11  as a medical doctor some real concerns if the

12  individual, these 33 patients, if their identifies were

13  actually disclosed publically?

14       A.  Well, so actually disclosed and maybe there's

15  some reason to do that but that's why we have ethics

16  boards.  Right?  And that's why research goes through a

17  process.

18               So I don't know of anybody who's done it

19  but you can certainly approach your ethics board and

20  say, you know, I would like to reveal the identity of

21  these people that I'm putting into a medical journal, is

22  that okay.

23               And they could say it's okay or it's not

24  okay.  And if they did, there would be an informed

25  consent process.  You know, not just signing a consent
```

Gregory B. Diette, M.D., MHS
June 19, 2020                                           119

```
 1  form but with a real consent process for that.  So yes,

 2  this is unusual.  It's not what I'm familiar with my

 3  colleagues doing routinely.

 4       Q.  Why is that important?  Why is it important to

 5  go through that ethics board process and to get informed

 6  consent, a real informed consent before disclosing the

 7  identity of human subjects in this type of publication?

 8       A.  This is a medical research about a patient.  We

 9  have rules about how to do human subjects for certain

10  things and they're meant to protect the study subjects

11  themselves and protections are at various levels

12  depending on what the potential for harm.

13            But generally speaking, there's one of the

14  many things that goes into thinking about preparing a

15  report -- excuse me, about human subjects is whether or

16  not you're going to be revealing their identity.

17       Q.  Would you have that same criticism for the

18  publication, the case areas on the 75 mesothelioma that

19  was reported on by Drs. Emory, Creedman and Maddox?

20       A.  I would, yeah.  And for them, too, they

21  actually use the word subjects.  Right?  They call them

22  subjects.  Now subjects, that's a term, right?  Back

23  when we were providing health care to people we call

24  them patients.

25            When we're -- I guess you are representing
```

Gregory B. Diette, M.D., MHS
June 19, 2020                                              168

```
 1              BEFORE THE ASBESTOS MDL PRE-TRIAL JUDGE
                     CAUSE NO. 2017-86022
 2   CRISTINA LOPEZ and CARLOS    ) IN THE DISTRICT COURT
     LOPEZ,                       )
 3                                )
                Plaintiff,        )
 4                                )
     VS.                          )           OF HARRIS COUNTY
 5                                )
     BRENNTAG NORTH AMERICA,      )
 6   INC. (Sued individually      )
     and as a successor           )
 7   in-interest to MINERAL       )
     PIGMENT SOLUTIONS, INC.      )
 8   and as successor-in-         )
     interest to WHITTAKER        )
 9   CLARK & DANIELS, INC); et    )
     al.,                         )
10                                )
                Defendants.       ) 11TH JUDICIAL DISTRICT
11
                        Transferred from
12            CAUSE NO: 17-12-14067-ZCV
     CRISTINA LOPEZ and CARLOS    ) IN THE DISTRICT COURT
13   LOPEZ,                       )
                                  )
14              Plaintiffs,       )
                                  )
15   VS.                          ) 365TH JUDICIAL DISTRICT
                                  )
16   BRENNTAG NORTH AMERICA,      )
     INC. (Sued individually      )
17   and as a successor           )
     in-interest to MINERAL       )
18   PIGMENT SOLUTIONS, INC.      )
     and as successor-in-         )
19   interest to WHITTAKER        )
     CLARK & DANIELS, INC); et    )
20   al.,                         )
                                  )
21              Defendants.       ) ZAVALA COUNTY, TEXAS

22
                    REPORTER'S CERTIFICATION
23        DEPOSITION OF GREGORY B. DIETTE, M.D. MHS
                        JUNE 19, 2020
24                    REPORTED REMOTELY

25
```

U.S. LEGAL SUPPORT, INC
713-653-7100

Gregory B. Diette, M.D., MHS
June 19, 2020                                            169

```
 1        I, Christy Cortopassi, Certified Shorthand Reporter

 2   in and for the State of Texas, hereby certify to the

 3   following:

 4        That the witness, GREGORY B. DIETTE, M.D. MHS, was

 5   duly sworn by the officer and that the transcript of the

 6   oral deposition is a true record of the testimony given

 7   by the witness;

 8        That the deposition transcript was submitted on

 9   _____ to the witness or to the attorney

10   for the witness for examination, signature and return to

11   me by _____;

12        That the amount of time used by each party at the

13   deposition is as follows:

14        MS. LEAH C. KAGAN.....04:04
          MR. ERIC COOK.........00:02
15

16        That pursuant to information given to the

17   deposition officer at the time said testimony was taken,

18   the following includes counsel for all parties of

19   record:

20        MS. LEAH C. KAGAN and MS. JENNIFER MONTEMAYOR,
          Attorneys for Plaintiffs
21        MR. ERIC COOK, Attorney for Defendants
              JOHNSON AND JOHNSON AND JOHNSON AND JOHNSON
22   CONSUMER, INC.

23

24        I further certify that I am neither counsel for,

25   related to, nor employed by any of the parties or
```

Gregory B. Diette, M.D., MHS
June 19, 2020                                                    170

1   attorneys in the action in which this proceeding was

2   taken, and further that I am not financially or

3   otherwise interested in the outcome of the action.

4       Further certification requirements pursuant to Rule

5   203 of TRCP will be certified to after they have

6   occurred.

7       Certified to by me this _____ of_____,

8   2020.

9

10

11

12  _____

13  Christy Cortopassi, Texas CSR 6222
    Expiration Date:  10/31/2022
    Firm Registration No. 343

14  U.S. LEGAL SUPPORT, INC.
    100 Premier Place

15  5910 N. Central Expressway
    Dallas, Texas 75206

16  214.741.6001

17

18

19

20

21

22

23

24

25