UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>Dawn Januszkiewicz, Individually and as PR of the Estate of Ella V. Heid,<br>Plaintiffs,<br><br>v.<br><br>Johnson & Johnson, et al.,<br>Defendants. | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP  MAG. JUDGE RUKHSANAH L. SINGH<br><br>Case No.: 3:17-cv-1599<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on January 30, 2024, on behalf of Plaintiff Dawn Januszkiewicz, Individually and as PR of the Estate of Ella V. Heid.

/s/Jay D. Miller
Jay D. Miller (MD Bar No. 04653)
jmiller@lawpga.com
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 N. Charles Street, 20th Floor
Baltimore, Maryland 21201
(410) 649-2000
(410) 649-2150 (fax)

Dated: January 30, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on ----------------- January 30, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

           */s/ Jay D. Miller*
           Jay D. Miller (MD Bar No. 04653)
           jmiller@lawpga.com
           Law Offices of Peter G. Angelos, P.C.
           One Charles Center
           100 N. Charles Street, 20th Floor
           Baltimore, Maryland 21201
           (410) 649-2000
           (410) 649-2150 (fax)