# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL No. 3:16-md-2738-MAS-LHG<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: ) ) | Civil Case No. 3:20-cv-06929 |
| **SANDRA BEAULIEU** ) v. ) JOHNSON & JOHNSON, et al. ) | |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby gives notice to this Honorable Court of the death of the Plaintiff, Sandra Beaulieu, on or about November 28, 2021, due to ovarian cancer.

Counsel respectfully informs this Court that an Amended Complaint of other documents pursuant to Case Management Orders 9 and 10 will be forthcoming.

*/s/ Julie E. Lamkin*
Julie E. Lamkin (MA Bar# 680482)
LAW OFFICES OF JEFFREY S. GLASSMAN, LLC
One International Place, Suite 1810
Boston, MA 02110
(617) 367-2900
jlamkin@jeffreysglassman.com

Attorneys for Plaintiff

Dated: January 31, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2024, a copy of the foregoing NOTICE AND SUGGESTION OF DEATH was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operative of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

                                           */s/ Julie E. Lamkin*
                                           Julie E. Lamkin (MA Bar# 680482)
                                           LAW OFFICES OF JEFFREY S. GLASSMAN, LLC
                                           One International Place, Suite 1810
                                           Boston, MA 02110
                                           (617) 367-2900
                                           jlamkin@jeffreysglassman.com

                                           Attorneys for Plaintiff