# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-MAS-LHG<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: | Civil Case No. 3:20-cv-06929 |
| RHONDA GOULART ON BEHALF OF THE ESTATE OF SANDRA J. BEAULIEU<br>v.<br>JOHNSON & JOHNSON, et al. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the First Amended Short Form Complaint and Jury Demand was filed on January 31, 2024, on behalf of Plaintiff Rhonda Goulart on behalf of the Estate of Sandra J. Beaulieu.

Respectfully Submitted,

*/s/ Julie E. Lamkin*
Julie E. Lamkin; MA Bar No. 680482
Law Offices of Jeffrey S. Glassman, LLC
One International Place, Suite 1810
Boston, MA 02110
(617) 367-2900
jlamkin@jeffreysglassman.com

*Attorneys for Plaintiff(s)*

Dated: January 31, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          */s/ Julie E. Lamkin*
                                          Julie E. Lamkin

                                          LAW OFFICES OF JEFFREY S. GLASSMAN, LLC