

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

*Via ECF*

January 30, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

**Re:   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738***

Dear Magistrate Judge Singh:

I write on behalf of the defendants in connection with the PSC Motion for a Protective Order Regarding Subpoena Directed to Northwell Health, Inc. (ECF 28913). On January 29, 2024, the PSC filed a reply brief (ECF 28952) in violation of Loc. Civ. R. 37.1(b)(3).   We ask, therefore, that the reply brief be stricken.   In the alternative, we seek permission to file the attached sur-reply brief in order to respond to the arguments in the reply.   In addition, we believe oral argument would be helpful and request that the Court hear oral argument of the motion at the case management conference on February 7, 2024, or at some other time convenient for the Court.

Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

SMS/scg

Encl: (1)

Cc: All counsel via ECF

    Leigh O'Dell, Esq. (*via email*)

    Michelle Parfitt, Esq. (*via email*)