## CERTIFICATION OF SERVICE

      I hereby certify that on January 31, 2024, a copy of the foregoing documents were filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access the filing through the Court's system.

      */s/ Susan M. Sharko*
Faegre Drinker Biddle & Reath LLP
Susan M. Sharko
600 Campus Drive
Florham Park, NJ  07932-1047
Tel:     (973) 549-7350
Fax:    (973) 360-9831
Email:  susan.sharko@faegredrinker.com

US.359598537.02