UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Nasser et al v. Johnson & Johnson et al<br>Case No. 3:24-cv-00403 | Civil No. 3:16-md-2738-MAS-RLS<br><br>MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on February 1, 2024 on behalf of Kyle Nasser Individually and as representative of the Estate of Cheryle Sue Normandin-Nasser.

Respectfully Submitted,

*/s/ Julie E. Lamkin*
Julie E. Lamkin; MA Bar No. 680482
Law Offices of Jeffrey S. Glassman, LLC
One International Place, Suite 1810
Boston, MA 02110
(617) 367-2900
jlamkin@jeffreysglassman.com

*Attorneys for Plaintiff(s)*

Dated:  February 1, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Julie E. Lamkin*
      Julie E. Lamkin

      LAW OFFICES OF JEFFREY S. GLASSMAN, LLC