

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

February 1, 2024

Honorable Rukhsanah L. Singh, U.S. M.J
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: **Johnson & Johnson Talcum Power Products, Marketing, Sales Practices and Products liability Litigation**
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

I write on behalf of the Johnson & Johnson defendants in response to this morning's letter from counsel for the Beasley Allen law firm (Doc. 28964) in order to clarify the record with regard to the use of powerpoints at oral argument on Wednesday.  Beasley Allen's counsel misunderstands at best or at worst misrepresents our position.

Beasley Allen's counsel has the powerpoint we used in the hearing before Judge Porto in state court.   In response to their request on Monday for a copy of whatever would be used in the hearing before Your Honor, we wrote yesterday:

> I do not expect to make a final decision on any demonstratives for the February 7 hearing until that day, but we can agree to provide any materials by 9 am on February 7, so long as counsel for Beasley Allen agrees to do the same.  Please let me know whether this will work on your end.

Instead of meeting and conferring to resolve the issue, Beasley Allen's counsel instead responded last night at 7:30 pm:

> Thank you. I appreciate your response. We will raise it with the court tomorrow.

We will of course comply with Your Honor's ruling in response to the letter from Beasley Allen's counsel, but we wanted Your Honor to have the complete picture.

Honorable Rukhsanah L. Singh     -2-     February 1, 2024

Thank you for your continued consideration of this matter.

Respectfully submitted,

Susan M. Sharko

SMS
All counsel via ECF

US.361862366.01