

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

**Faegre Drinker Biddle & Reath** LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

February 1, 2024

Honorable Rukhsanah L. Singh, U.S. M.J
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   **Johnson & Johnson Talcum Power Products, Marketing, Sales Practices and Products liability Litigation**
      **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

   Enclosed is the parties' joint proposed agenda for the case management conference on February 7.  We continue to meet and confer on the issues as noted.   Thank you for your continued consideration of these matters.

Respectfully submitted,

Susan M. Sharko

SMS
   All counsel via ECF

US.361862366.01