UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) )   MDL No. 2738 (MAS) (RLS) |

**PROPOSED JOINT AGENDA FOR FEBRUARY 7, 2024, STATUS CONFERENCE**

1. **Pending Discovery Motion:**

   - Plaintiffs' Motion for Protective Order Regarding Subpoena to Northwell Health, Inc. (the parties request oral argument)

2. **Plaintiff Profile Forms :**

   - Status of Overdue Forms for 2016, 2017 and 2018 cases

   - Status of the parties' efforts to agree on form and adequacy of notice to counsel of discovery deficiencies.

   - Status of parties' efforts to agree on a process for dismissing cases deficient in providing discovery.

3. **Expert Depositions**

   - Status of parties' efforts to agree on scheduling of expert depositions

4. **Report on the Federal and State Court Dockets**

5.  **Bi-Monthly Updates to the Court on Status of Litigation**

    Being mindful of the Court's order that the parties routinely update the Court, the parties propose that the updates be submitted twice a month on the first and third Thursdays of each month.

    Respectfully submitted,

    *s/Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 549 7000
Susan.sharko@faegredrinker.com


Allison M. Brown
Jessica Davidson
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Tel.: (212) 735-3000
Allison.brown@skadden.com
Jessica.davidson@skadden.com

s/____*Leigh O'Dell*_____
Leigh O'Dell
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street,
Montgomery, AL 36104
Leigh.odell@beasleyallen.com

s/__*Michelle A.Parfitt*_____
Michelle A. Parfitt

2

**ASHCRAFT & GEREL LLP**
1825 K. Street NW,
Washington, D.C. 20006
mparfitt@ashcraftlaw.com

Dated:   February 2, 2024