# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16–2738 (MAS) (RLS) |

**DECLARATION OF SUSAN M. SHARKO IN SUPPORT OF DEFENDANT JOHNSON & JOHNSON'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR PROTECTIVE ORDER REGARDING SUBPOENA DIRECTED AT NORTHWELL HEALTH, INC.**

I, Susan M. Sharko, declare as follows:

I am an attorney of the state of New Jersey and a partner with the law firm Faegre Drinker Biddle & Reath LLP, counsel for Defendant Johnson & Johnson in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendant Johnson & Johnson's Sur-Reply To Plaintiffs' Steering Committee's Motion For A Protective Order Regarding The Subpoena Directed At Northwell Health, Inc.

1.    Attached hereto as **Exhibit 35** is a true and correct copy of an excerpt of Dr. Gregory Diette's deposition on June 16, 2023 in *Mary Pichierri and Jon Pichierri v. Avon Products, Inc., et al.*, No. 20-2681 (Mass. Super. Ct., Middlesex Cnty.).

2.    Attached hereto as **Exhibit 36** is a true and correct copy of an excerpt of Plaintiff Harvey Kohr's complaint in *Kohr v. Brenntag North America, Inc., et al.*, No. 2016L008842 (Ill. Cir. Ct., Cook Cnty.). Although this complaint was filed on a public docket without redaction and has since been filed without redaction as an exhibit to motions filed by both plaintiffs and defendants in courts around the country, including New Jersey state courts, the complaint has been redacted here solely to comply with the Court's Electronic Case Filing Policies and Procedures, Rule 17.

3.    Attached hereto as **Exhibit 37** is a true and correct copy of an excerpt of Plaintiff Stephen Lanzo's complaint in *Lanzo v. Cyprus Amax Minerals Co., et al.*, No. MID-L-7385-16 AS (N.J. Super. Ct., Middlesex Cnty.). Although this complaint was filed on a public docket without redaction and has since been filed without redaction as an exhibit to motions filed by both plaintiffs and defendants in courts around the country, including New Jersey state courts, the complaint has been redacted here solely to comply with the Court's Electronic Case Filing Policies and Procedures, Rule 17.

4.	Attached hereto as **Exhibit 38** is a true and correct copy of an excerpt of Plaintiff Doris Jackson's complaint in *Jackson v. Colgate-Palmolive Co.*, No. 1:15-cv-01066-TFH (D.D.C. July 7, 2015).

5.	Attached hereto as **Exhibit 39** is a true and correct copy of an excerpt of Plaintiff Valerie Jo Dalis' complaint in *Dalis v. Brenntag North America, Inc., et al.*, No. MID-L-4821-15AS (N.J. Super. Ct., Middlesex Cnty.)  Although this complaint was filed on a public docket without redaction and has since been filed without redaction as an exhibit to motions filed by both plaintiffs and defendants in courts around the country, including New Jersey state courts, the complaint has been redacted here solely to comply with the Court's Electronic Case Filing Policies and Procedures, Rule 17.

6.	Attached hereto as **Exhibit 40** is a true and correct copy of an excerpt of Plaintiff Ricardo Rimondi's complaint in *Rimondi v. BASF Catalysts LLC, et al.*, No. MID-2912-17AS (N.J. Super. Ct., Middlesex Cnty).  Although this complaint was filed on a public docket without redaction and has since been filed without redaction as an exhibit to motions filed by both plaintiffs and defendants in courts around the country, including New Jersey state courts, the complaint has been redacted here solely to comply with the Court's Electronic Case Filing Policies and Procedures, Rule 17.

7. Attached hereto as **Exhibit 41** is a true and correct copy of a letter from Plaintiff Brian Joseph Gref on May 1, 2023 in *Gref v. Am. Int'l Indus., et al.*, 20-cv-05589 (ECF 337).

8. Attached hereto as **Exhibit 42** is a true and correct copy of the transcript of the hearing on May 19, 2023 in *Gref v. Am. Int'l Indus., et al.*, 20-cv-05589 (S.D.N.Y. May 19, 2023).

9. Attached hereto as **Exhibit 43** is a true and correct copy of an Order on April 8, 2022 in *Smith v. Albertsons Companies, et al.*, No. RG21 101490 (Super. Ct. Ca., Alameda Cnty.).

10. Attached hereto as **Exhibit 44** is a true and correct copy of an Order on January 25, 2024 in *Thomas v. Avon Products, Inc. et al.*, No. 23CV032324 (Super. Ct. Ca., Alameda Cnty.).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 31, 2024

*Susan Sharko*
_____

Susan M. Sharko