# Exhibit 37

SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
By Robert E. Lytle, Esq. (NJ ID# 046331990)
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

RECEIVED & FILED
2016 DEC 23 A 10:51
MASS TORT CIVIL DIV
MIDDLESEX VICINAGE

LEVY KONIGSBERG, LLP
By: Moshe Maimon, Esq. (NJ ID No. 042691986)
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400

Attorneys for Plaintiffs

| | |
|---|---|
| STEPHEN LANZO, III and KENDRA LANZO,<br><br>Plaintiffs,<br><br>v.<br><br>CYPRUS AMAX MINERALS COMPANY, individually and as successor-in-interest to American Talc Company, Metropolitan Talc Company, Inc., Charles Mathieu, Inc., Resource Processors, Inc. and Windsor Minerals, Inc.;<br>CYPRUS MINERAL CO., individually and as successor-in-interest to American Talc Company, Metropolitan Talc Company, Inc., Charles Mathieu, Inc., Resource Processors, Inc. and Windsor Minerals, Inc.;<br>IMERYS TALC AMERICA, INC., f/k/a Luzenac America, Inc., individually and as successor-in-interest to Windsor Minerals, Inc.;<br>JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; WHITTAKER CLARK & DANIELS, INC., individually and as successor-in-interest to American Talc | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L-     -16AS<br><br><u>Civil Action - Asbestos<br>Litigation</u><br><br>MID-L- 7385-16 AS<br><br><br><br>COMPLAINT, JURY DEMAND, DEMAND FOR ANSWERS TO STANDARD INTERROGATORIES AND DESIGNATION OF TRIAL COUNSEL |

2315995.1

Company, Metropolitan Talc Company, Inc., Charles Mathieu, Inc., and Resource Processors, Inc.; John Doe Corporations 1-50; John Doe Corporations 51-100,

Defendants.

Plaintiffs, Stephen Lanzo, III and Kendra Lanzo, by way of complaint against Defendants allege and say:

### PARTIES - PLAINTIFFS

1. Plaintiffs, Stephen Lanzo, III and Kendra Lanzo, are husband and wife residing at ▮▮▮▮▮▮▮▮▮▮ Verona, NJ 07044.

2. Since his birth in 1972, Plaintiff, Stephen Lanzo, regularly and frequently used and was exposed to asbestos-containing Johnson & Johnson talc powder products, the use of which generated dust and exposed him to respirable asbestos fibers. Stephen Lanzo's exposure to respirable asbestos fiber from asbestos-containing talc products, manufactured, sold and supplied by the defendants (and their predecessors in interest) proximately caused his mesothelioma.

3. As a direct and proximate result of the above exposures, Plaintiff, Stephen Lanzo, III, contracted mesothelioma and has suffered, and continues to suffer, from other various diverse injuries and attendant complications.

2315995.1

not aware of any non-party who should be joined in this action pursuant to R. 4:28 or who is subject to joiner pursuant to R. 4:29-1(b) because of potential liability to any party on the basis of the same facts.

I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false that I am subject to punishment.

SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.
Attorneys for Plaintiffs

By: _____
Robert E. Lytle, Esq.

Dated: December 22, 2016

LEVY KONIGSBERG, LLP
Attorneys for Plaintiffs

By: _____
Moshe Maimon, Esq.

Dated: December 22, 2016

2315995.1

14