# Exhibit 39

SZAFERMAN LAKIND BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrence Township, NJ 08648
(609) 275-0400
Robert E. Lytle (NJ ID No. 046331990)

SIMON GREENSTONE PANATIER BARTLETT, P.C.
3780 Kilroy Airport Way, Suite 540
Long Beach, California 90866
(562) 590-3400
By: Leah Kagan (NJ ID No. 013602009)

Attorneys for Plaintiffs

| | |
|---|---|
| **VALERIE JO DALIS** and **NICHOLAS J. DALIS**, <br><br>　　Plaintiffs, <br><br>　　　　v. <br><br>**BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. as successor-in-interest to WHITTAKER, CLARK & DANIELS, INC.); <br><br>**BRENNTAG SPECIALTIES, INC.** f/k/a MINERAL PIGMENT SOLUTIONS, INC. as a successor-in-interest to WHITTAKER, CLARK & DANIELS, INC.; <br><br>**COLGATE-PALMOLIVE COMPANY** (sued individually and as successor-in-interest to THE MENNEN COMPANY); <br><br>**CONAIR CORPORATION**; <br><br>**CYPRUS AMAX MINERALS COMPANY** (sued as successor to SIERRA TALC COMPANY and UNITED TALC COMPANY); | SUPERIOR COURT OF NEW JERSEY LAW DIVISION-MIDDLESEX COUNTY <br><br>DOCKET NO. <br><br>CIVIL ACTION ASBESTOS LITIGATION <br><br>ORIGINAL COMPLAINT AND DEMAND FOR TRIAL BY JURY |

1768908.1

WHITTAKER CLARK & DANIELS, INC.,

JOHN DOE CORPORATIONS 1-50
(fictitious);

Defendants.

Plaintiffs, by way of Complaint against Defendants, upon information and belief allege as follows:

### PARTIES – PLAINTIFFS

1.  Plaintiffs, Valerie Jo Dalis and Nicholas J. Dalis, reside at ▮▮▮▮▮▮▮▮ San Jose, California 95110.

2.  From approximately 1965 to 1972, Plaintiff Valerie Jo Dalis was exposed to asbestos from her and her co-workers' use of Mennen Shave Talc and Conair Hair Dryers while employed as a student and hair dresser at various beauty shops in San Jose, California. Plaintiff Valerie Jo Dalis was further exposed to asbestos through her personal use of Cashmere Bouquet talcum powder products from approximately 1957 to the 1990s. Plaintiff Valerie Jo Dalis' regular and frequent use of Mennen Shave Talc, Conair Hair Dryers, and Cashmere Bouquet talcum powder generated dust and exposed Plaintiff Valerie Jo Dalis to respirable asbestos fibers.

As a direct and proximate result of the above exposures, Plaintiff Valerie Jo Dalis contracted mesothelioma and has suffered, and continues to suffer, from other various diverse injuries and attendant complications.

3.  Plaintiffs bring this action on behalf of themselves.

4.  Plaintiffs claim damages as a result of:

    _x_ loss of consortium (per quod)

    _x_ loss of services

    _x_ economic loss

    _x_ pain and suffering

-2-

1768908.1

## CERTIFICATION

I hereby certify that to my knowledge the within matter in controversy is not the subject of any other action pending in any court or of a pending arbitration proceeding, and that no other action or arbitration proceeding is contemplated with the exception of a possible workers' compensation claim. I have no knowledge at this time of any non-party who should be joined in this action.

SZAFERMAN LAKIND
BLUMSTEIN & BLADER, P.C.

By: *[signature]*
Robert Lytle
New Jersey Bar No. 046331990
101 Grovers Mill Road, Suite 200
Lawrence Township, NJ 08648
(609) 275-0400

And

SIMON GREENSTONE PANATIER BARTLETT, PC

By: *[signature]*
Leah Kagan
New Jersey Bar No. 013602009
3780 Kilroy Airport Way, Suite 540
Long Beach, CA 90806
(562) 590-3400  FAX (562) 590-3412

ATTORNEYS FOR PLAINTIFFS

Dated: August 11, 2015

-20-

1768908.1