# Exhibit 44

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
Rene C. Davidson Courthouse

| | |
|---|---|
| Jill Thomas<br>　　　Plaintiff/Petitioner(s)<br>vs.<br>AVON PRODUCTS, INC. et al<br>　　　Defendant/Respondent(s) | No.　　23CV032324<br><br>Date:　01/25/2024<br>Time:　3:22 PM<br>Dept:　22<br>Judge:　Brad Seligman<br><br>ORDER : Defendant Joint MILs |

3. (Moline articles): Grant. The issue, as Judge Lee explained in her Smith Order, is not Sanchez, but whether an expert may reasonably rely on the Moline articles. Here, unlike many academic articles, the methodology used and the source material reviewed by Moline cannot be determined and thus there is a serious question as to whether the studies are based upon reliable and rigorous scientific methods.
4. (Plaintiff life events): Grant as unopposed.

Dated :   01/25/2024

*Brad Seligman / Judge*

| | | |
|---|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF ALAMEDA** | | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | | **FILED**<br>Superior Court of California<br>County of Alameda<br>01/26/2024<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: _____ Deputy<br>B. Mercado |
| PLAINTIFF/PETITIONER:<br>Jill Thomas | | |
| DEFENDANT/RESPONDENT:<br>AVON PRODUCTS, INC. et al | | |
| **CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL PROCEDURE 1010.6** | CASE NUMBER:<br>23CV032324 | |

I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the General Order (Court Order: Defendant Joint MILs) entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.

David Lee Amell
Maune, Raichle, Hartley, French & Mudd
damell@mrhfmlaw.com

Evanthia M Spanos
Spanos | Przetak, APLC
espanos@spanos-przetak.com

FARAH NICOL
Polsinelli LLP
fnicol@polsinelli.com

Fred B. Lee
GORDON REES SCULLY MANSUKHANI, LLP
flee@grsm.com

Gary D. Sharp
gsharp@foleymansfield.com

John Rohan Brydon
Demler, Armstrong & Rowland, LLP
alm@darlaw.com

Leonard M. Tavera
ltavera@semperlawgroup.com

Michael E. Sandgren
Husch Blackwell LLP
michael.sandgren@huschblackwell.com

Monica Renee Brownewell Smith
Barnes & Thornburg LLP
mbrownewell@btlaw.com

Nicole Brown Yuen
nyuen@foleymansfield.com

Chad Finke, Executive Officer / Clerk of the Court

Dated: 01/26/2024         By: _____
                              B. Mercado, Deputy Clerk

**CERTIFICATE OF ELECTRONIC SERVICE**
**CODE OF CIVIL PROCEDURE 1010.6**

| SHORT TITLE: THOMAS vs AVON PRODUCTS, INC., et al. | CASE NUMBER: 23CV032324 |
|---|---|

Nicole Elisabet Gage
TUCKER ELLIS LLP
nicole.gage@tuckerellis.com

Ryan Edward Cosgrove
ryan.cosgrove@nelsonmullins.com

Sarah E Gilson
Maune Raichle Hartley French & Mudd, LLC
sgilson@mrhfmlaw.com

William Choi
Barnes & Thornburg LLP
william.choi@btlaw.com

**ADDITIONAL PAGE – CERTIFICATE OF MAILING**        Page **2** of **2**