

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

**Faegre Drinker Biddle & Reath** LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

February 2, 2024

Honorable Rukhsanah L. Singh, U.S. M.J
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      **Re:   Johnson & Johnson Talcum Power Products, Marketing, Sales Practices and Products liability Litigation
Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

      The parties jointly request that the status conference set for 10:00 am on February 7, 2024, be moved to shortly before or shortly after the Motion to Show Cause which is set for 2 p.m. (Doc. 28860) if that is convenient for Your Honor.

      Pursuant to the Court's order, we write to provide the names of counsel we understand will attend the case management conference on February 7.

      The following counsel will appear on behalf of the Johnson & Johnson Defendants:

      Susan Sharko (speaking)
      Allison Brown (speaking)
      Kristen Fournier
      Kat Frazier
      Sean Garrett
      Erik Haas
      Andrew White
      Kat Frazier
      Steve Brody

      The following counsel will appear on behalf o the Plaintiffs' Steering Committee:

      Michelle A. Parfitt (speaking)
      P. Leigh O'Dell (speaking)
      Richard Golomb
      Christopher Tisi
      Daniel Lapinski

Honorable Rukhsanah L. Singh       -2-       February 2, 2024

    Larry Berman
    James Green
    Chris Placitella
    Andy Birchfield

Depending on the issues that arise, one of the individuals mentioned above may have reason to speak for the Plaintiffs.

Thank you for your consideration of this matter.

                           Respectfully submitted,

                           Susan M. Sharko

SMS
   All counsel via ECF

US.361861672.01