## **CERTIFICATION OF SERVICE**

    I hereby certify that on February 5, 2024, a true and correct copy of the foregoing documents was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          /s/ *Susan M. Sharko*____
                                          Susan M. Sharko
                                          Faegre Drinker Biddle & Reath LLP
                                          600 Campus Drive
                                          Florham Park, NJ  07932-1047
                                          Phone: (973) 549-7000
                                          Email: susan.sharko@faegredrinker.com