**HARDIN, KUNDLA, MCKEON & POLETTO**

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

(973) 912-5222

FAX (973) 912-9212

———

www.HKMPP.com

**Janet L. Poletto**
jpoletto@hkmpp.com

<u>**NEW YORK OFFICE**</u>
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

<u>**PENNSYLVANIA OFFICE**</u>
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

February 5, 2024

**VIA E-FILE**
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & US Courthouse
402 E. State Street
Trenton, NJ  08608

      Re:  Case Management Conference Attendance
            Jonson & Johnson Talcum Powder Products, Marketing,
            Sales Practices and Products Liability Litigation
            Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

      Pursuant to Your Honor's request, the undersigned attorney will be making an appearance on behalf of Defendant PTI Union, LLC and Specially-Appearing Defendant, PTI Royston, LLC for the Case Management Conference and hearing on an Order to Show Cause set to take place on February 7, 2024. That said, I do not anticipate speaking unless questions are raised as to the PTI defendants.

      Thank you for your consideration of these matters.

Respectfully submitted,

*/s/Janet L. Poletto*
Janet L. Poletto, Esq.
HARDIN KUNDLA MCKEON & POLETTO
673 Morris Avenue
Springfield, NJ 07081

Page 2

*Attorneys for Defendant, PTI Union LLC, and Specially-Appearing Defendant PTI Royston, LLC*

JLP:pth