

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

February 6, 2024

**VIA ECF**
Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
           Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

    We wanted to inform the Court that in addition to Plaintiffs' counsel identified in the joint letter submitted on February 2, 2024 (ECF No. 28978), the following counsel will also appear on behalf of the Plaintiffs' Steering Committee at the status conference tomorrow:

- Vicki J. Maniatis

    Thank you for your consideration.

                            Respectfully submitted,

      *s/ P. Leigh O'Dell*     *s/ Michelle A. Parfitt*
       P. Leigh O'Dell        Michelle A. Parfitt

                            Plaintiffs' Co-Lead Counsel

cc:    Susan Sharko, Esq. (via email)
        All Counsel (via ECF)