**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Lathrop v. Johnson & Johnson Company, et al.*<br><br>**Civil Case No. 3:19-cv-12156** | **MDL NO. 16-md-02738-FLW-LHG** |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Federal Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel gives notice to this the Honorable Court of the death of the Plaintiff, Geraldine Lathrop, who died on or about March 22, 2021.

Counsel respectfully informs this Court that an Amended Complaint and supporting documentation pursuant to Case Management Orders 9 and 10 will be forthcoming.

Dated: February 6, 2024

Respectfully Submitted,

/s/ Bradley D. Honnold
Bradley D. Honnold, KS #22972
**Goza & Honnold, LLC**
9500 Nall Ave., Suite 400
Overland Park, KS 66208
bhonnold@gohonlaw.com
Phone: (913) 451-3433
Fax: (913) 839-0567

**Counsel for Plaintiff**

00693810-1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2024, a copy of the foregoing NOTICE AND SUGGESTION OF DEATH was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operative of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

/s/ Bradley D. Honnold
Bradley D. Honnold, KS #22972
**Goza & Honnold, LLC**
9500 Nall Ave., Suite 400
Overland Park, KS 66208
bhonnold@gohonlaw.com
Phone: (913) 451-3433
Fax: (913) 839-0567

**Counsel for Plaintiff**

00693810-1