# REILLY, MCDEVITT & HENRICH, P.C.

**PHILADELPHIA OFFICE**
WIDENER BUILDING
SUITE 410
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
(215) 972-5200
FAX: (215) 972-0405

ATTORNEYS AT LAW
SUITE 310
3 EXECUTIVE CAMPUS
CHERRY HILL, NJ 08002

(856) 317-7180
FAX: (856) 317-7188
www.rjm-law.com

**DELAWARE OFFICE**
1013 CENTRE ROAD
SUITE 210
WILMINGTON, DE 19805
(302) 777-1700
FAX: (302) 777-1705

Suzanne I. Turpin
Member of Pa & NJ Bars
sturpin@rmh-law.com

FEBRUARY 6, 2024

VIA E-FILE
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & US Courthouse
402 E. State Street
Trenton, NJ 08608

RE:  Case Management Conference Attendance
IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
Case No.: 3:16-md-02738-MAS-RLS
Defendant, Personal Care Products Council

Dear Honorable Judge Singh:

The undersigned attorney will be making an appearance on behalf of Defendant Personal Care Products Council, for the Case Management Conference and hearing on an Order to Show Cause set to take place on February 7, 2024. Our firm has just recently taken over representation for Personal Care Product Council and we are still in the process of entering our appearances on its behalf. That said, I do not anticipate speaking unless questions are raised as to the Personal Care Products Council defendants.

Thank you for your consideration of these matters.

Respectfully submitted,

REILLY, MCDEVITT
& HENRICH, P.C.

By: _____
Suzanne I. Turpin

SIT/mjd