**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (MAS) (RLS)** |

This Document Relates to:

Melissa Parsons et. al. v. Johnson & Johnson et. al.
Civil Case No. 3:19-cv-21967

<u>**NOTICE OF FILING**</u>

Notice is hereby given pursuant to Case Management Order Nos. 9 and 10 and any other applicable orders that the Amended Short Form Complaint and Jury Demand was filed on February 6, 2024 on behalf of Plaintiffs.

Respectfully submitted,

<u>/s/Michael E. Liska</u>
Gary C. Johnson
Michael E. Liska
**GARY C. JOHNSON, P.S.C.**
110 Caroline Avenue
P. O. Box 231
Pikeville, Kentucky 41501
Telephone: (606) 437-4002
Facsimile: (606) 437-0021
gary@garycjohnson.com
mliska@garycjohnson.com
***Co-Counsel for Plaintiffs***

-and-

Richard H. Friedman
Peter J. Mullenix
**Friedman Rubin, PLLP**
1109 1st Avenue
Suite 501
Seattle, Washington 98101
Telephone: (206) 501-4446
Facsimile: (206) 623-0794
RFriedman@friedmanrubin.com
PMullenix@friedmanrubin.com
***Co-Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2024, a copy of the foregoing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Michael E. Liska
***Co-Counsel for Plaintiffs***