IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 3:16-md-2738-MAS-RLS |
| **This document relates to**: *Amie Fowler, individually and as Authorized Successor of the Estate of Heidi Meade, deceased* | TRANSFERRED ACTION |
| **Civil Action No. 3:17-cv-7631** | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed on this date on behalf of Plaintiff Amie Fowler.

Dated: February 7, 2024.

By: */s/ Sterling Aldridge*
Sterling Aldridge
**BARRETT LAW GROUP, PA**
404 Court Square
P. O. Box 927
Lexington, Mississippi 39095
Telephone: 662-834-2488
Fax: 662-834-2628
saldridge@barrettlawgroup.com

*Attorney for Plaintiff Amie Fowler*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2024, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                         */s/ Sterling Aldridge*
                                                                          Sterling Aldridge