UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>KAY BARDWELL<br><br>Civil Action No.: 3:24-cv-00417 | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on January 24, 2024 on behalf of Plaintiff Kay Bardwell.

Dated: February 07, 2024

Respectfully submitted,

/s/ *Warren T. Burns*

Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
Brandi R. Hamilton (MS #10511)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: knelson@burnscharest.com
    aklevorn@burnscharest.com
    bhamilton@burnscharest.com

                **AND**

                Warren T. Burns (TX #24053119)
                Daniel H. Charest (TX #24057803)
                Spencer M. Cox (TX #24097540)
                **BURNS CHAREST LLP**
                900 Jackson Street, Suite 500
                Dallas, Texas 75202
                T: 469.904.4550
                F: 469.444.5002
                E: wburns@burnscharest.com
                    dcharest@burnscharest.com
                    scox@burnscharest.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 07, 2024, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/ *Warren T. Burns*
                Warren T. Burns (TX #24053119)
                **BURNS CHAREST LLP**
                900 Jackson Street, Suite 500
                Dallas, Texas 75202
                T: 469.904.4550
                F: 469.444.5002
                E: wburns@burnscharest.com