# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**TRENTON**                                        **February 7, 2024**
**OFFICE**                                           **DATE OF PROCEEDINGS**

**JUDGE:** RUKHSANAH L. SINGH
**COURT REPORTER:** Carol Farrell

**TITLE OF CASE:**                                  **MD-16-2738 (MAS) (RLS)**

IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

Michelle Parfitt, Esq., P. Leigh O'Dell, Esq., Richard Golomb, Esq., Vicki Maniatis, Esq., Christopher Tisi, Esq., Daniel Lapinski, Esq., Larry Berman, Esq., James Green, Esq., Chris Placitella, Esq., & Andy Birchfield, Esq., for plaintiffs
Susan Sharko, Esq., Sean Garrett, Esq., Kat Frazier, Esq., Andrew White, Esq., Suzanne Turpin, Esq., Janet Poletto, Esq., Jason Zarrow, Esq., & Steve Brody, Esq., for defendants

**NATURE OF PROCEEDING:**

Case Management Conference held.

**TIME COMMENCED:** 1:00 p.m.                      **s/ Mark Morelli**
**TIME ADJOURNED:** 1:14 p.m.                      **Deputy Clerk**
**TOTAL TIME: 14 Minutes**