**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**TRENTON**                                                                                **February 7, 2024**
**OFFICE**                                                                                **DATE OF PROCEEDINGS**

**JUDGE: RUKHSANAH L. SINGH**
**COURT REPORTER:** Carol Farrell

**TITLE OF CASE:**                                                    **MD-16-2738 (MAS) (RLS)**

IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

Jeffrey Pollock, Esq., Michelle Parfitt, Esq., P. Leigh O'Dell, Esq., Richard Golomb, Esq., Vicki Maniatis, Esq., Christopher Tisi, Esq., Daniel Lapinski, Esq., Larry Berman, Esq., James Green, Esq., Chris Placitella, Esq., & Andy Birchfield, Esq., for respondent
Susan Sharko, Esq., Sean Garrett, Esq., Kat Frazier, Esq., Andrew White, Esq., Suzanne Turpin, Esq., Janet Poletto, Esq., Jason Zarrow, Esq., & Steve Brody, Esq., for petitioner/ defendants

**NATURE OF PROCEEDING:**

Hearing on motion Docket Entry No. 28760 by Defendant to Show Cause.
Ordered motion Docket Entry No. 28760 decision reserved.
Order to be entered.

**TIME COMMENCED:** 1:15 p.m.                                     **s/ Mark Morelli**
**TIME ADJOURNED:** 2:43 p.m.                                  **Deputy Clerk**
**TOTAL TIME: 1 Hour & 28 Minutes**