# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

## NOTICE OF APPEARANCE OF JASON ZARROW ON BEHALF OF DEFENDANTS JOHNSON & JOHNSON AND LTL MANAGEMENT LLC

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Defendants Johnson & Johnson and LTL Management LLC.

Dated:  February 8, 2024          Respectfully submitted,

　　　　　　　　　　　　　　　　　　／s/ Jason Zarrow　　　　　
　　　　　　　　　　　　　　　　　　Jason Zarrow
　　　　　　　　　　　　　　　　　　CA Bar. No. 297979
　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　400 South Hope Street, 18th Floor
　　　　　　　　　　　　　　　　　　Los Angeles, CA
　　　　　　　　　　　　　　　　　　Tel.: 213-430-8367
　　　　　　　　　　　　　　　　　　jzarrow@omm.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via the Court's CM/ECF system on February 8, 2024.

By: */s/ Jason Zarrow*
Jason Zarrow