

| | |
|---|---|
| **Susan M. Sharko**<br>Partner<br>susan.sharko@faegredrinker.com<br>973-549-7350 direct | Faegre Drinker Biddle & Reath LLP<br>600 Campus Drive<br>Florham Park, New Jersey  07932<br>+1 973 549 7000 main<br>+1 973 360 9831 fax |

February 9, 2024

VIA - ECF

Hon. Rukhsanah L. Singh, U.S. Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   **Re:**   **Johnson & Johnson Talcum Power Products, Marketing, Sales Practices and Products liability Litigation**
       **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

  Attached for Your Honor's consideration is a proposed case management order outlining the process for dealing with overdue and deficient fact sheets, as discussed at the case management conference earlier this week.   The parties consent to the form and substance of the Order and ask that Your Honor enter it if it meets with your approval.

  Thank you for your continued consideration of these matters.

                 Respectfully submitted,

                 Susan M. Sharko

SMS
All counsel via ECF
Cc: All counsel by ECF
   Michelle Parfitt, Esq. via e-mail
   Leigh O'Dell, Esq. via e-mail

US.362083201.01