UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |

**ORDER**

**THIS MATTER** having been brought before the Court upon a Motion by Defendants Johnson & Johnson and LTL Management LLC (collectively, "Defendants") to Strike Plaintiffs' Improper Supplemental Reports or, in the alternative, for an extension of the deadlines set forth in the Court's October 6, 2023 Order (Dkt. No. 28516) (the "Motion"), (*see* Dkt. Nos. 28798, 28857, 28901, 28950); and the Court having considered the Motion; and for the reasons set forth in the Court's February 9, 2024 Memorandum Opinion and Order on the Motion and for good cause shown,

**IT IS** on this **9th** day of **February 2024**, hereby

**ORDERED** that the discovery deadlines set forth in the Court's October 6, 2023 Order (Dkt. No. 28516) are hereby amended as follows:

1. Any depositions of Plaintiffs' expert witnesses shall be completed on or before **April 9, 2024**.

2. Defendants shall designate all general and case-specific experts pursuant to Rule 26(a)(2)(A) and serve on Plaintiffs' counsel the Rule 26(a)(2)(B) reports of all general and case-specific expert witnesses they may use at trial in any of the Stage Three cases on or before **May 21, 2024**.

1

3. Any depositions of Defendants' expert witnesses shall be complete by **July 2, 2024**.

4. Dispositive motions, including *Daubert* motions, shall be filed by **July 23, 2024**. (The Court reserves on the dispute regarding the content of the *Daubert* motions.)

5. Oppositions to any dispositive or *Daubert* motions shall be filed by **August 22, 2024**.

6. Replies in further support of any dispositive or *Daubert* motions shall be filed by **September 12, 2024**; and it is further

**ORDERED** that no other terms of the Court's October 6, 2023 Order are amended by this Order.

**SO ORDERED**.

/s/ Rukhsanah L. Singh
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**