**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to: *Amber Sawyer, individually and as Dative Independent Executrix of the Succession of Rhonda Sawyer-DeAquino, deceased* | MDL No. 3:16-md-2738-MAS-RLS<br><br>Civil Action No. 3:17-cv-7047<br><br>TRANSFERRED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and the Court's Order Governing Amendments to Complaints that an Amended Short Form Complaint and Jury Demand has been filed on this date on behalf of Plaintiff Amber Sawyer.

Dated: February 12, 2024.

By: */s/ Katherine B. Riley*
Katherine B. Riley
**BARRETT LAW GROUP, PA**
404 Court Square
P. O. Box 927
Lexington, Mississippi 39095
Telephone: 662-834-2488
Fax: 662-834-2628
kbriley@barrettlawgroup.com

*Attorney for Plaintiff Amber Sawyer*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2024, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                          */s/ Katherine B. Riley*
                                                          Katherine B. Riley