# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To All Cases* | MDL No. 2738 (MAS) (RLS) |

**CASE MANAGEMENT ORDER \_\_\_\_ -- PROCEDURES FOR FAILURE TO TIMELY SERVE PLAINTIFF PROFILE FORM AND TO ADDRESS DEFICIENCIES**

This matter having come before the Court upon the application of Defendants, the Plaintiffs having consented to same, and the Court having reviewed the matter,

IT IS ON THIS \_\_9th\_\_ day of \_\_Feb.\_\_, 2024,

**ORDERED THAT**:

1. Beginning on March 1, 2024 and on the first of each month thereafter, the parties will include in a report to Judge Singh which shall be filed on the docket a list of the cases where a Plaintiff Profile Form ("PPF") is overdue and/or has major deficiencies (the "PPF Report"). This list of cases shall include the case name, docket number, and filing counsel. Notice that the PPF is overdue or has major deficiencies will also be served concurrently via MDL Centrality. If the Defendant is alleging "major deficiencies," the deficiencies must be outlined with specificity in the notice that is uploaded to MDL Centrality. Neither this Order nor Defendant's decision to list a particular deficiency from a PPF Report shall be construed as waiving Defendant's right to assert deficiencies in the future that are not listed on a PPF Report; however, deficiencies that are not listed on a PPF Report must be specified in order to be subject to the procedures in this Order.

Plaintiffs whose cases are listed on a PPF Report shall receive an automatic 60 days to cure the deficiencies.

2. During the 60-day period in which a plaintiff may cure deficiencies in a PPF, plaintiffs shall submit their overdue or amended PPF via MDL Centrality. If plaintiff is unable to cure the deficiency within the 60-day period, they must contact Faegre Drinker Biddle & Reath, counsel for Defendant Johnson & Johnson and explain any issues that have made it difficult or impossible to cure the deficiency within the 60-day period. Plaintiff shall also copy Plaintiffs' Leadership on this email. The parties shall meet and confer in good faith.

3. Plaintiffs whose cases have been listed on a PPF Report may not file any motion or other request with the Court seeking relief from the instant order unless plaintiff's counsel has met and conferred with counsel for Defendant Johnson & Johnson as described in Paragraph 2 above.

4. Sixty days following the initial listing of a case on a PPF report provided to the Court, Defendant Johnson & Johnson will submit an Order to Show Cause ("OTSC") for those cases where there has been a failure to address and/or cure the deficiency. The OTSC shall require the plaintiffs to show cause, within 21 days of the date of the OTSC, why the case should not be dismissed with prejudice.

5. Plaintiffs' failure to show cause will result in a dismissal of the case with prejudice.

_____
Hon. Rukhsanah L. Singh, U.S. Magistrate Judge