**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Alicia Owen v. Johnson & Johnson, et al.*<br>Case No. 3:19-cv-07741 | Civil No. 3:16-md-2738-FLW-LHG |

**NOTICE OF APPEARNCE AND SUBSTITUTION OF COUNSEL**

**To the Clerk of this Court and all Parties of Record:**

PLAINTIFF ALICIA OWEN HEREBY GIVES NOTICE that Michael K. Teiman of Bisnar Chase LLP shall be added as attorney of record for Plaintiff Alicia Owen in the above-captioned matter, and that Tom G. Antunovich, tantunovich@bisnarchase.com, shall be withdrawn as counsel of record for Plaintiff Alicia Owen in the above-captioned matter as he is no longer the assigned handling attorney with Bisnar Chase LLP, and is no longer participating in this litigation.

Counsel respectfully requests that all orders, pleadings and correspondence be served upon Michael K. Teiman through the CM/ECF system and/or at the address below.

Dated: February 14, 2024    By:   /s/ *Michael K. Teiman*
BRIAN D. CHASE
MICHAEL K. TEIMAN
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
P: (949) 752-2999
F: (949) 752-2777
bchase@bisnarchase.com
mteiman@bisnarchase.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2024, a copy of the foregoing document was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                              BISNAR|CHASE LLP

By:    /s/ *Michael K. Teiman*
         BRIAN D. CHASE
         MICHAEL K. TEIMAN