# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Alicia Owen v. Johnson & Johnson, et al.*<br>Case No. 3:19-cv-07741 | Civil No. 3:16-md-2738-FLW-LHG |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)

COMES NOW plaintiff Alicia Owen, by and through her undersigned attorneys, Bisnar Chase, LLP, and herewith files her Notice of Voluntary Dismissal of Plaintiff's Complaint, without prejudice and without costs, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(i). No answer or responsive pleadings have been filed into record for this matter.

Respectfully submitted this 14th day of February 2024.

By:  /s/ *Michael K. Teiman*
BRIAN D. CHASE
MICHAEL K. TEIMAN
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
P: (949) 752-2999
F: (949) 752-2777
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2024, a copy of the foregoing document was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

BISNAR|CHASE LLP

By: /s/ *Michael K. Teiman*
     BRIAN D. CHASE
     MICHAEL K. TEIMAN