**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 16-2738 (MAS) (RLS) |

*THIS DOCUMENT RELATES TO ALL CASES*

**NOTICE OF INTENT TO SERVE THIRD PARTY SUBPOENA**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiffs, by and through the Plaintiffs' Steering Committee, submit this Notice of Intent to Serve Third Party Subpoena on non-party Pricewaterhousecoopers LLP also known as "PwC" on February 15, 2024, or as soon thereafter as reasonably practicable.

Dated:  February 15, 2024          Respectfully submitted,

*/s/ Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel: 202-335-2600
mparfitt@ashcraftlaw.com

*/s/ P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
218 Commerce St.
Montgomery, AL 36104
Tel: 334-269-2343
leigh.odell@beasleyallen.com

***Plaintiffs' Co-Lead Counsel***

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of February 2024, a copy of the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive notices in this MDL.

                                              */s/ Michelle A. Parfitt*
                                              Michelle A. Parfitt