# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABLITY LITIGATION | : : : : : : | MDL No. 3:16-md-2738-FLW-LHG  JUDGE MICHAEL A. SHIPP |
| This document relates to: | : : | MAG. JUDGE RUKHSANAH L. SINGH |
| *Michael Traynor, Individually and as Personal Representative of the Estate of Marlene Traynor v. Johnson & Johnson, et al.*, Case No. 3:18-cv-14492 | : : : | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and Case Management Order No. 9 (Status of Deceased Plaintiffs) that the Amended Short Form Complaint and Jury Demand was filed on February 15, 2024 on behalf of Plaintiff Michael Traynor, Individually and as Personal Representative of the Estate of Marlene Traynor.

Dated: February 15, 2024

Respectfully Submitted,

*/s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald, Esq.
FITZGERALD LAW GROUP, LLC
ME Bar No. 009373
120 Exchange Street, Suite 200
Portland, ME 04101
T: (207) 874-7407
F: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Counsel for Plaintiff Michael Traynor, Individually and as Personal Representative of the Estate of Marlene Traynor*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 15, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants.

Dated: February 15, 2024                          */s/ Kevin M. Fitzgerald*
                                                                                            Kevin M. Fitzgerald, Esq.
                                                                                           FITZGERALD LAW GROUP, LLC
                                                                                           ME Bar No. 009373
                                                                                           120 Exchange Street, Suite 200
                                                                                           Portland, ME 04101
                                                                                           T: (207) 874-7407
                                                                                           F: (207) 850-2120
                                                                                           Email: kfitzgerald@fitz-lawgroup.com

                                                                                           *Counsel for Plaintiff Michael Traynor,*
                                                                                           *Individually and as Personal Representative*
                                                                                           *of the Estate of Marlene Traynor*