# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-MD-2738-MAS-RLS |
| This document relates to:<br><br>*John Willingham, Individually and as Administrator for the Estate of Colleen Smith v. Johnson & Johnson, et al.,*<br><br>Civil Action No.: 3:20-cv-03277 | JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and Case Management Order No. 9 (Status of Deceased Plaintiffs) that the Amended Short Form Complaint and Jury Demand was filed on February 16, 2024 on behalf of Plaintiff John Willingham, Individually and as Administrator for the Estate of Colleen Smith.

Dated: February 16, 2024                                           Respectfully submitted,

                                                                                    /s/ *Roopal P. Luhana*
                                                                                   Roopal P. Luhana, Esq.
                                                                                   CHAFFIN LUHANA LLP
                                                                                   600 Third Avenue, 12th Floor
                                                                                   New York, NY 10016
                                                                                   Phone: 888-480-1123
                                                                                   Fax: 888-499-1123
                                                                                   Email: luhana@chaffinluhana.com

                                                                                   *Counsel for Plaintiff John Willingham*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on February 16, 2024, which shall send notification of such filing to all CM/ECF participants.

/s/ *Roopal P. Luhana*
Roopal P. Luhana, Esq.