UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**Frances Armenta-Sandoval**<br>　　　　Plaintiff,<br>v.<br><br><br>**Johnson & Johnson, et al.**<br>　　　　Defendants. | MDL NO. 3:16-md-2738-MAS-RLS<br><br>JUDGE MICHAEL A. SHIPP, presiding, RUKHSANAH L. SING, referral<br><br>Case No. 3:23-CV-09355 |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby gives notice to this Honorable Court of the death of Plaintiff, Frances Armenta-Sandoval, on or about November 23, 2023, due to ovarian cancer. *Exhibit A*. Counsel respectfully informs this Court that Christopher Lucero, Esq., has been appointed Personal Representative for the Estate of Frances Armenta-Sandoval, as allowed by the Wrongful Death Act in the State of New Mexico, [41-2-1 to 41-2-4 NMSA 1978]. *Exhibit B*. Counsel respectfully informs this Court that an Amended Complaint and other documents pursuant to Case Management Order 9 and 10 will be forthcoming.

Dated: February 16, 2024.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**DOMINGUEZ LAW FIRM**

　　　　　　　　　　　　　　　　　　　　*/s/ Paul M. Dominguez*
　　　　　　　　　　　　　　　　　　　　Paul M. Dominguez, Esq. (pro hac vice)
　　　　　　　　　　　　　　　　　　　　2025 Rio Grande Blvd, N.W.
　　　　　　　　　　　　　　　　　　　　Albuquerque, New Mexico 87104
　　　　　　　　　　　　　　　　　　　　Telephone: (505) 850-5854
　　　　　　　　　　　　　　　　　　　　paul@dominguez.law

　　　　　　　　　　　　　　　　　　　　***Attorney for the Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 16, 2024, a copy of this document was filed via the Court's CM/ECF electronically served by way of the Court's electronic filing system on the 16th day of February 2024.

**DOMINGUEZ LAW FIRM**

*/s/ Paul M. Dominguez*
Paul M. Dominguez, Esq. (pro hac vice)
2025 Rio Grande Blvd, N.W.
Albuquerque, New Mexico 87104
Telephone: (505) 850-5854
paul@dominguez.law

***Attorney for the Plaintiff***