# EXHIBIT A

STATE OF NEW MEXICO
REV (8/13)

# CERTIFICATE OF DEATH
New Mexico Vital Records and Health Statistics
State of New Mexico
United States of America

No. 5410522

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | <<<Frances Darlene Sandoval>>> |
| IF FEMALE, MAIDEN NAME | <<<Sandoval>>> |
| DATE OF DEATH | November 23, 2023 |
| TIME OF DEATH | 05:08 AM ☒ PM ☐ |
| SEX | Female |
| SOCIAL SECURITY NUMBER | 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 |
| MARITAL STATUS | Married |
| SURVIVING SPOUSE - If wife, maiden name | <<<Mark Sanchez>>> |
| DATE OF BIRTH | November 02, 1964 |
| BIRTH PLACE | Albuquerque, New Mexico |
| SERVED IN U.S. ARMED FORCES | Yes ☐ No ☒ |
| DECEDENT'S RACE | White |
| TRIBE | <<<>>> |
| HISPANIC | Yes ☒ No ☐ |
| DECEDENT'S RESIDENCE COUNTY | Bernalillo |
| DECEDENT'S RESIDENCE STATE | New Mexico |
| MOTHER'S FULL MAIDEN NAME | <<<Tomasita Elwell>>> |
| FATHER'S FULL NAME | <<<Rufilio Sandoval>>> |
| METHOD OF DISPOSITION | ☒ Burial  ☐ Donation  ☐ Removal from State  ☐ Cremation  ☐ Entombment  ☐ Other (Specify): <<<>>> |
| DISPOSITION LOCATION | Mt. Calvary Cemetery |
| FUNERAL SERVICE FACILITY | Direct Funeral Services |
| COUNTY OF DEATH | Bernalillo |
| PLACE OF DEATH | University Hospital (UNM Hospital) |
| TYPE OF PLACE | Hospital-Inpatient |
| NAME OF PERSON CERTIFYING CAUSE OF DEATH | <<<Aidan Patrick Kerr MD>>> Signature Electronically Authenticated |
| MANNER OF DEATH | ☒ Natural  ☐ Accident  ☐ Homicide  ☐ Suicide  ☐ Undetermined  ☐ Pending Investigation |

**CAUSE OF DEATH**

PART I. Events such as diseases, injuries, or complications that directly caused the death.

a. Complications of serous carcinoma
b. <<<>>>
c. <<<>>>
d. <<<>>>

PART II. Other significant conditions contributing to death.

<<<>>>

File Number: 2023-019372
File Date: December 18, 2023
Order Number: 20240100376

*Renee Valencia*, State Registrar

**CERTIFIED COPY OF VITAL RECORD**
This is a true and exact reproduction of all or part of the document officially registered and filed with the New Mexico Bureau of Vital Records and Health Statistics, Department of Health.

DATE ISSUED

Hold up to light to view. • The back of this document contains a watermark

WARNING: IT IS ILLEGAL TO ALTER, COPY OR COUNTERFEIT THIS CERTIFICATE.
ADVERTENCIA: ES ILEGAL ATERAR, COPIAR O FALSIFICAR ESTE CERTIFICADO.