# EXHIBIT B

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/13/2024 4:11 PM
KATINA WATSON
CLERK OF THE COURT
Christopher Waites

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

Cause No. D-202-CV-2024-00841

IN THE MATTER OF THE ESTATE
OF FRANCES ARMENTA SANDOVAL,
Deceased.

### ORDER FOR THE APPOINTMENT OF PERSONAL REPRESENTATIVE UNDER THE WRONGUL DEATH ACT FOR THE ESTATE OF FRANCES ARMENTA SANDOVAL, Deceased

THIS COURT, sitting as a court of general jurisdiction, having been advised of the circumstances by the Petition for the Appointment of a Personal Representative under the Wrongful Death Act, NMSA 1978, §41-2-3, and finding the appointment of a personal representative under the Wrongful Death Act appropriate, appoints CHRISTOPHER LUCERO, ESQ., as the personal representative for purposes of the investigation and pursuit of any action pursuant to the Wrongful Death Act.

IT IS SO ORDERED that CHRISTOPHER LUCERO, ESQ., is appointed to serve as the personal representative pursuant to NMSA 1978, §41-2-3 for the Estate of Frances Armenta Sandoval. Such appointment provides CHRISTOPHER LUCERO, ESQ. the exclusive power to investigate and pursue a wrongful death action relating to Frances Armenta Sandoval's death, this power includes, but is not limited to the authority to request records, including medical records, on behalf of the Estate of Frances Armenta Sandoval.

The Personal Representative shall comply with Rule 1-105 NMRA and file a certificate regarding said compliance.

*[signature]*
VICTOR S. LOPEZ, JUDGE
Second Judicial District, Div. XXVII

**DOMINGUEZ LAW FIRM**

Paul M. Dominguez, Esq.
2025 Rio Grande Blvd., N.W.
Albuquerque, NM  87104
paul@dominguez.law
(505) 850-5854 Telephone
(505) 796-5017 Facsimile

*Attorney for Petitioner*