# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Abigail Munoz vs. Johnson & Johnson, et al.<br>Case No. 3:24-cv-00915-MAS-RLS | MDL No. 2738<br><br>Civil No. 3:16-md-02738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on February 16, 2024, on behalf of Plaintiff Abigail Munoz.

Dated: February 16, 2024

By: ___*s/ Matthew J. Sill*___
MATTHEW J. SILL (OK Bar No. 21547)
SILL LAW GROUP PLLC
1101 N. Broadway, Suite 102
Oklahoma City, OK 73103
Tel: (405) 509-6300
Fax: (800) 978-1345
Email: msill@fulmersill.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2024, a copy of the foregoing Notice of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Matthew J. Sill*
MATTHEW J. SILL
