# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| ANTHONY ULFIG, INDIVIDUALLY AND FOR THE ESTATE OF CARRIE ULFIG, | |
| Plaintiff, | Civil Action No.: 3:24-cv-00927 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC.; JANSSEN PHARMACEUTICALS, INC.; LTL MANAGEMENT, LLC AND KENVUE, INC. | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 20th day of February 2024 on behalf of ANTHONY ULFIG.

Dated:  2/20/2024                                             Respectfully Submitted by,

                                                       */s/ W. Cameron Stephenson*
                                                      W. Cameron Stephenson
                                                      Florida Bar No.: 0051599
                                                      LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, MOUGEY, P.A.
                                                      316 South Baylen Street, Suite 600
                                                      Pensacola, FL 32502
                                                      Telephone: (850) 435-7186

       Facsimile: (850) 436-6186
       Email: cstephenson@levinlaw.com
       ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of February 2024, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                  */s/ W. Cameron Stephenson*