# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Craig Davis, Individually and O/B/O Lisa Davis (deceased) vs. Johnson & Johnson, et al.;<br>Ind. Case No. 3:24-CV-00882 | MDL No. 2738<br><br>Civil Case No. 3:16-md-2738 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) a Short Form Complaint and Jury demand was filed on February 15, 2024, on behalf of Craig Davis, Individually and O/B/O Lisa Davis (deceased).

Dated: February 20, 2024

Respectfully Submitted,

BARON & BUDD, P.C.

*/s/ Holly Werkema*
Holly Werkema
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel.: (214) 521-3605
Fax: (214) 523-6600
Email: hwerkema@baronbudd.com

*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    */s/ Holly Werkema*
    Holly Werkema