Sterling Aldridge
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
saldridge@barrettlawgroup.com

*Attorney for Plaintiff Nanette Cristobal*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 16-2738-MAS-RLS<br><br>**JUDGE MICHAEL A. SHIPP**<br><br>**MAG. JUDGE RUKHSANAH L. SINGH** |
| This document relates to: Nanette Cristobal, deceased; Case No: 3:17-cv-9159 |  |

## NOTICE REGARDING CMO NO. 9 (STATUS OF DECEASED PLAINTIFFS)

Notice is hereby given pursuant to Case Management Order No. 9 (Status of Deceased Plaintiffs) that Letters are being applied for the Appointment of Administrator for the Estate of deceased Plaintiff, Nanette Cristobal who died on August 10, 2019. The hearing date for the Appointment of Administrator is scheduled for February 23, 2024, in the Chesapeake Circuit Court of Virginia. An Amended Complaint to substitute the proper party will be submitted upon entry of Order granting Letters of Administration.

Judge Michael A. Shipp
Mag. Judge Rukhsanah L. Singh
February 20, 2024
Page 2

| | |
|---|---|
| Dated: February 20, 2024 | By: <u>/s/ *Sterling Aldridge*</u><br>Sterling Aldridge<br>**BARRETT LAW GROUP, P.A.**<br>404 Court Square<br>P.O. Box 927<br>Lexington, Mississippi 39095<br>Telephone: (662) 834-2488<br>Fax: (662) 834-2628<br>saldridge@barrettlawgroup.com<br><br>*Attorney for Plaintiff Nanette Cristobal* |