# COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
## DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS - RICHMOND

**Certificate No.:** 2361395
**Case ID:** 344777
**Registration Area Number:** 234
**Certificate Number:** 19-234-00638

**Full Name of Decedent:** NANETTE ELIZAGA CRISTOBAL
**Sex:** Female
**Date of Death:** AUGUST 10, 2019
**Age:** 62
**Was Decedent Ever in U.S. Armed Forces:** No
**Birthplace:** PHILIPPINES

**Usual Residence:** 568 HUNTERS BRIDGE DRIVE, CHESAPEAKE, VIRGINIA 23320
**Inside City Limits:** Yes

**Race:** Filipino
**Hispanic Origin:** Non-Hispanic
**Education:** Bachelor's Degree
**Citizen of:** UNITED STATES OF AMERICA
**Usual Occupation:** MACHINE OPERATOR
**Kind of Business/Industry:** FINANCIAL
**Marital Status:** Married
**Spouse:** MINANDRO VICENTE CRISTOBAL
**Father's Name:** FRUTO ELIZAGA (Male)
**Mother's Name:** CAROLINA PERDON (Female)

**Informant:** SON — GREGORIO GRINGO ELIZAGA CRISTOBAL

**Place of Death:** Decedent's Home
**Name of Hospital/Institution:** NONE
**City of Death:** CHESAPEAKE

**Method of Disposition:** Cremation/Incineration
**Place of Disposition:** RIVERSIDE CREMATORY
**Address:** 7415 RIVER ROAD, NEWPORT NEWS, VIRGINIA 23607

**Funeral Director Signature:** /S/ EDWARD COWELL
**License No.:** 0502901163
**Funeral Home:** ALTMEYER FUNERAL HOME
**Next of Kin:** EDWARD COWELL, 929 SOUTH BATTLEFIELD BOULEVARD, CHESAPEAKE, VIRGINIA 23322

**Time of Death:** 08:31 A.M. (Actual)

### Cause of Death
**Immediate Cause (a):** Ovarian Cancer — Interval: 2 years

**Person Providing Cause of Death:** Stacy Rogers, Medical Doctor
**Address:** 725 Volv. Army, Chesapeake, VA 0101235217
**Date Signed:** 8/12/19

**Registrar:** Monica Chandanais
**Date Filed:** AUG 13 2019

---

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

**DATE ISSUED:** AUG 13 2019

Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.

VS 15C

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED