# APPLICATION FOR PROBATE APPOINTMENT

**\*\*FEES AND TAXES ARE DUE ON THE DAY OF YOUR APPOINTMENT\*\***

You **MUST** return this application to the Probate Division **BEFORE** setting your appointment. Please **INCLUDE** a copy of the **WILL** and **DEATH CERTIFICATE**. You may fax (757-382-3046), email (CCCProbate@CityofChesapeake.net) or mail (City of Chesapeake, Circuit Court Clerk's Office, Probate Division, 307 Albemarle Drive, Suite 300A, Chesapeake, VA 23322) the information.

### Once the Information is reviewed, the Probate Office will contact you within 24 to 48 hours to set an appointment

## APPLICANT INFORMATION

Full Name: J.S. Burton, P.L.C.
Address: 477 Viking Dr. Suite 410
City/State/Zip: Virginia Beach, VA 23452
Daytime Telephone Number: (757)301-9500
Relationship to the Decedent: Legal representation for family

Your email address: jburton@jsburton.org

## DECEDENT INFORMATION

Full Name: Nanette Elizaga Cristobal
Residential Address of Decedent: 568 Hunters Bridge Drive, Chesapeake, VA 23320

Date of birth: 09/04/1956   Date of Death: 08/10/2019   Marital Status: Married

Will: Yes ☐  No ☒   Dated: _____   # of Pages: _____

## ASSETS OF THE DECEDENT

List assets in the decedents **name only**. (Ex: bank accounts, stocks, cars, etc.)
Do not list accounts/policies with "survivorship, "payable on death", or "beneficiary".

| Description | Estimated Value |
|---|---|
| 1. Pending lawsuit settlement | 10,000.00 |
| 2. | |
| 3. | |
| 4. | |

## REAL ESTATE

Provide all the addresses of real estate in the decedent's name. as well as the City's Assessed Value

1. N/A _____ : jointly held YES ☐ NO ☐

2. _____ : jointly held YES ☐ NO ☐

## HEIRS AT LAW

Heirs at law are next of kin (spouse, children birthed/fathered, parents, siblings, etc) and do not necessarily inherit under the will. **Law requires the full name, ages and complete addresses of the heirs.** Attach additional pages if more space is needed.

| Name | Age | Relationship | Address |
|---|---|---|---|
| 1. Minandro V. Cristobal | 69 | Spouse | 1321 Chestnut Ave. Chesapeake, VA |
| 2. Menandro C. Cristobal | 36 | Son | 1321 Chestnut Ave. Chesapeake, VA |
| 3. Gregorio G. Cristobal | 32 | Son | 1321 Chestnut Ave. Chesapeake, VA |
| 4. | | | |
| 5. | | | |

**FOR OFFICE USE ONLY** Appointment: Day/Date/Time: _____

Will With/Without Surety: _____   Will Self-Proving: _____
Action/Notes: _____

**PROBATE INFORMATION FORM**       Court File No.: ..................................
COMMONWEALTH OF VIRGINIA
(For appointment of executor, administrator, curator, and/or probate of a will without qualification.)

Circuit Court of  Chesapeake

1. Decedent's full name. Nanette Elizaga Cristobal  [X] Married [ ] Single [ ] Divorced [ ] Widowed [ ] Unknown
2. Decedent's Residence address at death (street, city, state) 568 Hunters Bridge Drive, Chesapeake, VA 23320

3. Date of birth 9/4/1956  Date and place of death 08/10/2019 568 Hunters Bridge Drive, Chesapeake, VA 23320
4. Proof of death: [X] Death certificate  [ ] Obituary  [ ] Other (specify) .....................
5. The decedent died: [ ] with a will  [X] without a will. Date of will (and codicils) .....................
6. Requested action: appointment of [X] administrator [ ] executor [ ] curator [ ] probate of will
7. Name of person making request J.S. Burton, P.L.C.
8. Mailing address 477 Viking Dr. Suite 410, Virginia Beach, VA 23452
9. Basis for request: [ ] executor named in will  [ ] sole distributee  [ ] other distributee  [ ] creditor
   [X] other Legal representation for family.
10. Name of person seeking appointment J.S. Burton, P.L.C.
11. Day telephone (757) 301-9500  Night telephone .....................
12. Residence address 477 Viking Dr. Suite 410, Virginia Beach, VA 23452
13. Mailing address, if different .....................
14. Name of any additional person seeking appointment .....................
15. Day telephone .....................  Night telephone .....................
16. Residence address .....................
17. Mailing address, if different .....................
18. Name of assisting attorney, if any John S. Burton, Esq.  Telephone (757) 301-9500
19. Attorney's mailing address 477 Viking Dr. Suite 410, Virginia Beach, VA 23452
20. The total value of the decedent's real and personal estate [ ] did [X] did not exceed $15,000 on the date of death.

I hereby certify that to the best of my knowledge and belief this is an accurate statement of facts, and I acknowledge a continuing legal duty to report any later discovered errors or inconsistencies to the Clerk of Court.

J.S. Burton, P.L.C.

| DATE | PRINTED NAME OF REQUESTING PERSON | SIGNATURE OF REQUESTING PERSON |

**INFORMATION TO BE FURNISHED BY EACH PERSON SEEKING APPOINTMENT**

21. Are you a person under a disability? [ ] yes [X] no. (See Instructions for explanation.)
22. Have you ever been convicted of a felony? [ ] yes [X] no.
23. Have you ever filed for bankruptcy? [ ] yes [X] no.
24. Are you now, or have you ever been, an attorney at law in Virginia or elsewhere? [X] yes [ ] no. (If yes, and you do not now possess an active license from the Virginia State Bar, explain the details on a separate sheet of paper.)

I (we) hereby certify that to the best of my (our) knowledge and belief this is an accurate statement of facts, and I (we) acknowledge a continuing duty to report any later discovered errors or inconsistencies to the Clerk of Court.

J.S. Burton, P.L.C.

| DATE | PRINTED NAME OF REQUESTING PERSON | SIGNATURE OF REQUESTING PERSON |

| DATE | PRINTED NAME OF REQUESTING PERSON | SIGNATURE OF REQUESTING PERSON |

FORM CC-1650 (MASTER) 02/23

**LIST OF HEIRS**
COMMONWEALTH OF VIRGINIA   VA. CODE § 64.2-509

Court File No. ..............................................

Chesapeake ........................................... Circuit Court

Nanette Elizaga Cristobal
NAME OF DECEDENT

08/10/2019
DATE OF DEATH

I/We, the undersigned, hereby state under oath that the following are all of the heirs of the Decedent:

| NAMES OF HEIRS | ADDRESSES | RELATIONSHIP | AGE |
|---|---|---|---|
| Minandro Vicente Cristobal | 1321 Chestnut Ave. Chesapeake, VA 23325 | Spouse | 69 |
| Gregorio Gringo Elizaga Cristobal | 1321 Chestnut Ave. Chesapeake, VA 23325 | Child | 32 |
| Menandro Chester Elizaga Cristobal, Jr. | 1321 Chestnut Ave. Chesapeake, VA 23325 | Child | 36 |

[ ] This LIST OF HEIRS is filed in addition to the LIST OF HEIRS previously filed with this Court on ................................
DATE

I/we am/are (please check one):
[ ] Proponent(s) of the will (no qualification)
[ ] Personal representative(s) of the decedent's estate
[ ] Heir-at-law of intestate decedent (no qualification within 30 days following death)

Given under my/our hand this .................... day of ......................................................., 20 ...................
DATE

J.S. Burton, P.L.C.
PRINTED NAME OF SUBSCRIBER

_____
SIGNATURE OF SUBSCRIBER

_____
PRINTED NAME OF SUBSCRIBER

_____
SIGNATURE OF SUBSCRIBER

_____
PRINTED NAME OF SUBSCRIBER

_____
SIGNATURE OF SUBSCRIBER

State/Commonwealth of .................................................... [ ] City  [ ] County of ................................................. to wit:

Subscribed and sworn to before me this ................ day of .................................................., 20 ......................

by ........................................................................................................................................................................
NAME(S)

[ ] CLERK  [ ] DEPUTY CLERK  [ ] NOTARY PUBLIC

My commission expires ................................................

Registration No. ........................................................

VIRGINIA: In the Clerk's Office of the .................................. Circuit Court this ............ day of ............................., 20 ........
the foregoing LIST OF HEIRS was filed and admitted to record.

Teste: _____
CLERK

by: _____, Deputy Clerk

FORM CC-1611 MASTER 10/12

**PROBATE TAX RETURN (CONFIDENTIAL)**   Court File No. ...................................

COMMONWEALTH OF VIRGINIA  VA. CODE §§ 58.1-1713, -1714

*This return must be filed with the Clerk of Circuit Court at the time a will is offered for probate or the grant of administration is sought in such court when the estate exceeds fifteen thousand dollars ($15,000) in value.*

Circuit Court of ............... Chesapeake ...............

Decedent's name ............... Nanette Elizaga Cristobal ...............

Residence address at death (street, city, state)

568 Hunters Bridge Drive
Chesapeake, VA 23320

Date of birth ... September 4, 1956 ... Date and place of death ... 08/10/2019 568 Hunters Bridge Rd., Chesapeake, VA 23320

---

**VALUE OF DECEDENT'S PROBATE ESTATE**

(a) Personal Property  $ .......... 10,000.00

(b) Real Property Located in Virginia  $ .......... 0.00

TOTAL VALUE OF DECEDENT'S PROBATE ESTATE  $ .......... 10,000.00

I (we), the undersigned, declare under penalty of law that I (we) have examined this Return and to the best of my (our) belief it is a true, correct, and complete Return.

....................................    ....................................................................................................
DATE    SIGNATURE OF PERSON OFFERING WILL FOR PROBATE OR SEEKING GRANT OF ADMINISTRATION

Mailing Address: ........... 477 Viking Dr. Suite 410, Virginia Beach, VA 23452 ...........

....................................    ....................................................................................................
DATE    SIGNATURE OF ADDITIONAL PERSON SEEKING GRANT OF ADMINISTRATION

Mailing Address: ........................................................................................................

---

**INSTRUCTIONS**

**GENERAL.** The probate tax is not an inheritance tax or an estate tax. It is a tax imposed on the probate of every will or grant of administration on every estate that exceeds fifteen thousand dollars ($15,000). The state probate tax rate is 10¢ for every $100, or fraction thereof, of the value of the decedent's estate. No one is permitted to qualify as executor or administrator until this tax is paid. Cities and counties are permitted to impose a probate tax in an amount equal to one-third of the state tax.

**WHAT'S INCLUDED.** The tax is imposed on the decedent's probate estate. Thus, do not include (i) any property that the decedent owned with another with the right of survivorship, (ii) life insurance unless it is payable to the decedent's estate, (iii) real estate transferred by a transfer on death deed, or (iv) any other property passing by contract or beneficiary designation from the decedent to another person. In addition, you should not include any of the decedent's real estate located in another state.

**VALUATION METHOD.** Because of the difficulty in determining exact values at the time of probate or qualification, the Clerk will accept a reasonable estimate of the value of the decedent's personal property. You should try to be as accurate as possible when making your estimate in order to eliminate the need to return to the Clerk's Office and pay additional tax and/or increase your bond at a later time. If you do not know the actual value of the decedent's real property, you may use its assessed value for local real estate tax purposes.

**VALUATION DATE.** All property is to be valued as of the date of the decedent's death.

FORM CC-1651 MASTER 07/13