VIRGINIA: IN THE <u>Chesapeake</u> CIRCUIT COURT CLERK'S OFFICE

# CERTIFICATE/LETTER OF QUALIFICATION

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on DECEMBER 20, 2023

**J. S. BURTON, P.L.C.**

duly qualified in this Office under applicable provision of law as **ADMINISTRATOR** OF THE ESTATE OF

<u>Nanette Cristobal</u>, **DECEASED**

The powers of the fiduciary(ies) named above continue in full force and effect

DATE: December 20, 2023

TINA E. SINNEN, CLERK

By: _____
Deputy Clerk

CERTQUAL.FRM - REV. 6/95