Sterling Aldridge
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
saldridge@barrettlawgroup.com

*Attorney for Plaintiff Robert Gaines*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 16-2738-MAS-RLS<br><br>**JUDGE MICHAEL A. SHIPP**<br><br>**MAG. JUDGE RUKHSANAH L. SINGH** |
| This document relates to: Robert Gaines, deceased; Individually and as Personal Representative Of Shari Gaines, deceased;<br><br>Case No: 3:17-cv-12596 |  |

**NOTICE REGARDING CMO NO. 9 (STATUS OF DECEASED PLAINTIFFS)**

Notice is hereby given pursuant to Case Management Order No. 9 (Status of Deceased Plaintiffs.) Robert Gaines, Personal Representative of Shari Gaines, passed away on March 23, 2018. Counsel is currently working with Probate Counsel to have a Personal Representative or Administrator appointed on behalf of Robert Gaines for the Estate of Shari Gaines.

Dated: February 21, 2024

By: /s/ *Sterling Aldridge*
Sterling Aldridge
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
saldridge@barrettlawgroup.com

*Attorney for Plaintiff*