# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

**DEPARTMENT OF STATE HEALTH SERVICES**
**VITAL STATISTICS UNIT**

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER 142-18-053081

APR 05 2018

1. LEGAL NAME OF DECEASED: ROBERT ALLEN GAINES II
2. DATE OF DEATH: MARCH 23, 2018
3. SEX: MALE
5. AGE: 72
6. BIRTHPLACE: SAN ANTONIO, TX
8. MARITAL STATUS AT TIME OF DEATH: Widowed
10a. RESIDENCE STREET ADDRESS: 23015 ROTHWOOD ROAD
10c. CITY OR TOWN: SPRING
10d. COUNTY: HARRIS
10e. STATE: TEXAS
10f. ZIP CODE: 77389
10g. INSIDE CITY LIMITS: Yes
11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: ROBERT ALLEN GAINES I
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: ETHEL LOUISE COLE
13. PLACE OF DEATH: Inpatient
14. COUNTY OF DEATH: HARRIS
15. CITY/TOWN, ZIP: HOUSTON, 77030
16. FACILITY NAME: ST LUKE EPISCOPAL HOSPITAL
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: KRISTEN NANGLE - DAUGHTER
19. METHOD OF DISPOSITION: Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: FRANK W. SEDDIO SR., BY ELECTRONIC SIGNATURE - 6302
22. PLACE OF DISPOSITION: SOUTHEAST TEXAS CREMATORY
23. LOCATION: HOUSTON, TX
24. NAME OF FUNERAL FACILITY: ACREMATION
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 2770 STATE HWY 66 EAST, ROCKWALL, TX 75087
26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: REYNOLDS DELGADO, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: APRIL 3, 2018
29. LICENSE NUMBER: J1968
30. TIME OF DEATH: 11:46 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: REYNOLDS DELGADO 6624 FANNIN #1910, HOUSTON, TX 77030
32. TITLE OF CERTIFIER: MD

33. PART I.
a. IMMEDIATE CAUSE: PNEUMONIA

PART II. SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: CONGESTIVE HEART FAILURE

34. WAS AN AUTOPSY PERFORMED? No
36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? No

42a. REGISTRAR FILE NO.: 0205987
42b. DATE RECEIVED BY LOCAL REGISTRAR: APRIL 5, 2018
42c. REGISTRAR: REGISTRAR - CITY OF HOUSTON, ELECTRONICALLY FILED

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED APR 05 2018

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND