**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, a copy of the foregoing NOTICE REGARDING CMO NO. 9 (STATUS OF DECEASED PLAINTIFFS) was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Sterling Aldridge*
Sterling Aldridge