## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Ellsworth v. Johnson & Johnson Company, et al.*<br><br>**Civil Case No. 3:18-cv-11694** | MDL NO. 16-md-02738-FLW-LHG |

### NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on February 22, 2024, on behalf of Billy Ellsworth, personal representative of the Estate of Elaine Ellsworth.

|  |  |
|---|---|
| Dated: February 22, 2024 | Respectfully Submitted,<br><br>/s/ Bradley D. Honnold<br>Bradley D. Honnold, KS #22972<br>**Goza & Honnold, LLC**<br>9500 Nall Ave., Suite 400<br>Overland Park, KS 66208<br>bhonnold@gohonlaw.com<br>Phone: (913) 451-3433<br>Fax: (913) 839-0567<br><br>**Counsel for Plaintiff** |

00693810-1

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, a copy of the foregoing NOTICE AND SUGGESTION OF DEATH was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operative of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

/s/ Bradley D. Honnold
Bradley D. Honnold, KS #22972
**Goza & Honnold, LLC**
9500 Nall Ave., Suite 400
Overland Park, KS 66208
bhonnold@gohonlaw.com
Phone: (913) 451-3433
Fax: (913) 839-0567

**Counsel for Plaintiff**

00693810-1