UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>**MONNIE B. ATKINSON - 3:17-cv-7816**<br><br>**AND ALL OTHER PLAINTIFF CASES REPRESENTED BY LUNDY LLP** | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF CHANGE OF LAW FIRM NAME AND EMAIL ADDRESS**

TO THE COURT, CLERK OF COURT AND ALL ATTORNEYS OF RECORD:

Pursuant to Local Rule of this Court, please take notice that effective immediately, LUNDY, LUNDY, SOILEAU & SOUTH, LLP has changed its name to LUNDY LLP. Mailing address and telephone and fax numbers remain the same, but there has been a change of email address from khightower@lundylawllp.com to khightower@lundyllp.com.

Dated: February 22, 2024

                                                            Respectfully Submitted,

                                                            */s/ Kristie M. Hightower*
                                                            Kristie M. Hightower
                                                            **LUNDY LLP**
                                                            501 Broad Street
                                                            Lake Charles, LA 70601
                                                            PO Box 3010
                                                            Lake Charles, LA 70602
                                                            Tel: (337) 439-0707
                                                            Fax: (337) 439-1029
                                                            khightower@lundyllp.com

                                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Kristie M. Hightower, hereby certify that on February 22, 2024, a true and correct copy of the foregoing Notice of Change of Law Firm Name and Email Address will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated:  February 22, 2024        */s/ Kristie M. Hightower*
                                                   Kristie M. Hightower
                                                   **LUNDY LLP**
                                                   501 Broad Street
                                                   Lake Charles, LA 70601
                                                   PO Box 3010
                                                   Lake Charles, LA 70602
                                                   Tel: (337) 439-0707
                                                   Fax: (337) 439-1029
                                                   khightower@lundyllp.com