UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> **Frances Armenta-Sandoval** <br><br>       **Plaintiff,** <br> v. <br><br> **Johnson & Johnson, et al.** <br><br>       **Defendants.** | MDL NO. 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP, presiding, RUKHSANAH L. SINGH, referral <br><br> AMENDED COMPLAINT AND JURY DEMAND <br><br> *Civil Action No.:* 3:23: 9355 <br><br> DIRECT FILED ACTION |

### NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No.3 (Filing Short Form Complaints) that an Amended Short Form Complaint and Jury Demand was filed in the above-referenced case on February 22, 2024, on behalf of Christopher Lucero, Esq., as Personal Representative for the Estate of Frances Armenta-Sandoval.

Dated: February 22, 2024,              Respectfully submitted,

                                                        **DOMINGUEZ LAW FIRM**

                                                      By:/s/ Paul M. Dominguez
                                                      Paul M. Domingue, Esq. (pro hac vice)
                                                      2025 Rio Grande Blvd, N.W.
                                                      Albuquerque, New Mexico 87104
                                                      Telephone: (505) 850-5854
                                                      Facsimile (505) 796-5102
                                                      paul@dominguez.law
                                                      ***Attorney for the Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on the 22 day of February 2024.

**DOMINGUEZ LAW FIRM**

*/s/ Paul M. Dominguez*
Paul M. Dominguez, Esq. (pro hac vice)
2025 Rio Grande Blvd, N.W.
Albuquerque, New Mexico 87104
Telephone: (505) 850-5854
paul@dominguez.law
***Attorney for the Plaintiff***