# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*KELLER W. ALLEN as the administrator of the estate of KATHERINE ALLEN,*<br><br>Civil Action No:   3:24-cv-01053-MAS-RLS | Civil Action No.: 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed February 22, 2024 on behalf of Plaintiff *KELLER W. ALLEN as the administrator of the estate of KATHERINE ALLEN.*

Dated:  This 22nd day of February, 2024.          Respectfully Submitted by,

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic
705 Second Ave. Ste. 1300
Seattle, WA 98104
Tel. 206-787-1915
Fax. 206-299-9725
corrie@cjylaw.com
Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

*/s/ Corrie Yackulic*
Corrie Yackulic