# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Brandon Barbee, Executor of the Estate of Linda Barbee-Cougler, Deceased v. Johnson & Johnson, et al.*; No.: 3:17-cv-11392 | MDL No. 16-2738 (MAS) (RLS)<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given that the First Amended Short Form Complaint and Jury Demand was filed on February 23, 2024, by Brandon Barbee, Executor of the Estate of Linda Barbee-Cougler.

Dated: February 23, 2024

Respectfully submitted,

FLEMING NOLEN & JEZ, LLP

/s/ *Gregory D. Brown*
Gregory D. Brown
TX Bar No. 24078266
gregory_brown@fleming-law.com
Rand P. Nolen
TX Bar No. 00788126)
rand_nolen@fleming-law.com
2800 Post Oak Blvd., Suite 6000
Houston, Texas 77056-6109
713-621-7944
713-621-9638 (Fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 23, 2024, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send notification of such filing to all parties in this action.

                                                         */s/ Gregory Brown*  
                                                        Gregory D. Brown