UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Julie Damiani as the Personal Representative of the Estate of Linda Treadwell (Deceased),<br><br>                Plaintiff,<br>v.<br><br>Johnson & Johnson, et al.<br>                Defendants.<br><br>**Civil Case No. 3:16-cv-09495** | MDL No. 16-md-02738-FLW-OHG |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Complaint) that the Amended Short Form Complaint and Jury Demand was filed on February 26, 2024, on behalf of Julie Damiani, as the personal representative of the Estate of Linda Treadwell (Deceased).

Dated: February 26, 2024      Respectfully Submitted by,

                                        /s/ Steven Hart
                                        HART McLAUGHLIN & ELDRIDGE
                                        Steven Hart Esq.

                                        1 S. Dearborn St. Suite 1400
                                        Chicago, IL 60603
                                        Tel: (312) 955-0545
                                        Fax: (312) 971-9243
                                        shart@hmelegal.com


                                        /s/ Robert McLaughlin
                                        HART McLAUGHLIN & ELDRIDGE

Robert McLaughlin Esq.

1 S. Dearborn St. Suite 1400
Chicago, IL 60603
Tel: (312) 955-0545
Fax: (312) 971-9243
rmclaughlin@hmelegal.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing NOTICE OF FILING AMENDED SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operative of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

/s/ Steven Hart
HART McLAUGHLIN & ELDRIDGE
Steven Hart Esq.

1 S. Dearborn St. Suite 1400
Chicago, IL 60603
Tel: (312) 955-0545
Fax: (312) 971-9243
shart@hmelegal.com


/s/ Robert McLaughlin
HART McLAUGHLIN & ELDRIDGE
Robert McLaughlin Esq.

1 S. Dearborn St. Suite 1400
Chicago, IL 60603
Tel: (312) 955-0545
Fax: (312) 971-9243
rmclaughlin@hmelegal.com

**Counsel for Plaintiff**