# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-MD-2738-MAS-RLS |
| This document relates to: *Barry Tucker, Individually and as Administrator for the Estate of Joan Tucker v. Johnson & Johnson, et al.,* Civil Action No.: 3:21-cv-13977 | JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and Case Management Order No. 9 (Status of Deceased Plaintiffs) that the Amended Short Form Complaint and Jury Demand was filed on February 26, 2024 on behalf of Plaintiff Barry Tucker, Individually and as Administrator for the Estate of Joan Tucker.

Dated: February 26, 2024                     Respectfully submitted,

                                             /s/ *Roopal P. Luhana*
                                             Roopal P. Luhana, Esq.
                                             CHAFFIN LUHANA LLP
                                             600 Third Avenue, 12th Floor
                                             New York, NY 10016
                                             Phone: 888-480-1123
                                             Fax: 888-499-1123
                                             Email: luhana@chaffinluhana.com

                                             *Counsel for Plaintiff Barry Tucker*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on February 26, 2024, which shall send notification of such filing to all CM/ECF participants.

                                                             /s/ *Roopal P. Luhana*
                                                             Roopal P. Luhana, Esq.