UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br><u>Stephanie Demers as the Personal Representative of the Estate of Gayle Beal (Deceased),</u><br><br>                    Plaintiff,<br>v.<br><br><u>Johnson & Johnson, et al.</u><br>                    Defendants.<br><br>       **Civil Case No. 3:19-cv-21481** | MDL No. 16-md-02738-FLW-OHG |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Complaint) that the Amended Short Form Complaint and Jury Demand was filed on February 26, 2024, on behalf of Stephanie Demers, as the personal representative of the Estate of Gayle Beal (Deceased).

Dated: <u>February 26, 2024</u>           Respectfully Submitted by,

                                          <u>/s/ Steven Hart</u>
                                          HART McLAUGHLIN & ELDRIDGE
                                          Steven Hart Esq.

                                          1 S. Dearborn St. Suite 1400
                                          Chicago, IL 60603
                                          Tel: (312) 955-0545
                                          Fax: (312) 971-9243
                                          shart@hmelegal.com


                                          /s/ Robert McLaughlin
                                          HART McLAUGHLIN & ELDRIDGE

1

Robert McLaughlin Esq.

1 S. Dearborn St. Suite 1400
Chicago, IL 60603
Tel: (312) 955-0545
Fax: (312) 971-9243
rmclaughlin@hmelegal.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing NOTICE OF FILING AMENDED SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operative of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

/s/ Steven Hart
HART McLAUGHLIN & ELDRIDGE
Steven Hart Esq.

1 S. Dearborn St. Suite 1400
Chicago, IL 60603
Tel: (312) 955-0545
Fax: (312) 971-9243
shart@hmelegal.com


/s/ Robert McLaughlin
HART McLAUGHLIN & ELDRIDGE
Robert McLaughlin Esq.

1 S. Dearborn St. Suite 1400
Chicago, IL 60603
Tel: (312) 955-0545
Fax: (312) 971-9243
rmclaughlin@hmelegal.com


**Counsel for Plaintiff**