# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Lauren Malott v. Johnson & Johnson, et al.<br>Case No. 3:19-cv-11756 | MDL No. 3:16-md-2738-FLW-LHG |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Complaints) that the Amended Short Form Complaint and Jury Demand was filed on February 26, 2024, on behalf of Rebecca Dipert, as Personal Representative of the Estate of Lauren Nicole Malott.

Dated: February 26, 2024

/s/ Scott H. Duerring
Scott H. Duerring #4771-46
Attorney for Plaintiff
DUERRING LAW OFFICES
61191 US 31 South
South Bend, Indiana 46614
Telephone: (574) 968-0250
Facsimile: (574) 968-1256
scott@duerringlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, a copy of the foregoing NOTICE OF FILING OF AMENDED SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

> */s/ Scott H. Duerring*
> Scott H. Duerring, #4771-46
> DUERRING LAW OFFICES