# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil Action No.: 3:16-md-2738-FLW-LHG |
| *This document relates to:* SHARON FAN v. Johnson & Johnson et al. Case No. 3:17-cv-05659-FLW-LHG | |

## NOTICE REGARDING CMO NO. 9 (STATUS OF DECEASED PLAINTIFF)

Notice is hereby given pursuant to Case Management Order No. 9 (Status of Deceased Plaintiffs) that Letters are being applied for the Appointment of Administrator for the Estate of deceased Plaintiff, SHARON FAN who died on September 7, 2017. The hearing date for the Appointment of Administrator is scheduled for March 6, 2024, in Pierce County Superior Court of Washington. An Amended Complaint to substitute the proper party will be submitted upon entry of Order granting Letters of Administration. A redacted copy of the death certificate is attached hereto.

Dated: This 26th day of February, 2024.

Respectfully Submitted by,

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*

Corrie J. Yackulic
110 Prefontaine Place S. Ste. 304
Seattle, WA 98104
Tel. 206-787-1915
Fax. 206-299-9725
corrie@cjylaw.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, a copy of the foregoing Notice was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's System.

*/s/ Corrie Yackulic*
Corrie Yackulic