UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>Case No.: 3:16-md-02738-MAS-RLS |
| This document relates to:<br><br>*Oleita Bowling v. Johnson & Johnson, et al.*<br>Case No. 3:17-cv-11082-MAS-RLS | |

**NOTICE AND SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel gives notice to this Honorable Court of the death of the Plaintiff, Oleita Bowling, who died on September 13, 2022.

Counsel respectfully informs this Court that an Amended Complaint pursuant to Order Governing Amendments to Complaints (dkt 28519) and Case Management Order 9 – Status of Deceased Plaintiffs (dkt 27293) will be forthcoming.

DATED: February 26, 2024                              SILL LAW GROUP PLLC


                                                      */s/ Matthew J. Sill*
                                                      Matthew J. Sill
                                                      1101 N. Broadway, Suite 102
                                                      Oklahoma City, OK 73013
                                                      Email: msill@fulmersill.com
                                                      Telephone: (405) 509-6300
                                                      Facsimile: (800) 978-1345

                                                      *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing **Notice and Suggestion of Death** as filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Matthew J. Sill*
Matthew J. Sill

2