UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>Case No.:  3:16-md-02738-MAS-RLS |
| This document relates to:<br><br>*Ila R. Allee v. Johnson & Johnson, et al.*<br>Case No. 3:17-cv-11084-MAS-RLS | |

### NOTICE OF SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel gives notice to this Honorable Court of the death of the Plaintiff, Ila Allee, who died on October 17, 2019.

Counsel respectfully informs this Court that an Amended Complaint pursuant to Order Governing Amendments to Complaints (dkt 28519) and Case Management Order 9 – Status of Deceased Plaintiffs (dkt 27293) will be forthcoming.

DATED: February 26, 2024              SILL LAW GROUP PLLC

/s/ Matthew J. Sill
Matthew J. Sill
1101 N. Broadway, Suite 102
Oklahoma City, OK 73013
Email:  msill@fulmersill.com
Telephone: (405) 509-6300
Facsimile:  (800) 978-1345

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing **Notice and Suggestion of Death** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Matthew J. Sill*
MATTHEW J. SILL

2