**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **MDL No. 3:16-MD-2738-MAS-RLS** |
| This document relates to: | |
| *Patricia Stearns, Individually and as Successor Trustee for the 2020 Mary E. Stearns Revocable Trust v. Johnson & Johnson, et al.,* | JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |
| Civil Action No.: 3:21-cv-11194 | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and Case Management Order No. 9 (Status of Deceased Plaintiffs) that the Amended Short Form Complaint and Jury Demand was filed on February 27, 2024 on behalf of Plaintiff Patricia Stearns, Individually and as Successor Trustee for the 2020 Mary E. Stearns Revocable Trust.

Dated: February 27, 2024                    Respectfully submitted,


                                                                    /s/ *Roopal P. Luhana*
                                                                    Roopal P. Luhana, Esq.
                                                                    CHAFFIN LUHANA LLP
                                                                    600 Third Avenue, 12th Floor
                                                                    New York, NY 10016
                                                                    Phone: 888-480-1123
                                                                    Fax: 888-499-1123
                                                                    Email: luhana@chaffinluhana.com


                                                                    *Counsel for Plaintiff Patricia Stearns*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on February 27, 2024, which shall send notification of such filing to all CM/ECF participants.

/s/ *Roopal P. Luhana* .
Roopal P. Luhana, Esq.
