UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>Devinti M. Williams, individually and on behalf of the Estate of Carlyne B. Willis, Plaintiffs,<br><br>v.<br><br>Johnson & Johnson, et al, Defendants. | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>Case No.: 3:16-cv-07887<br><br>DIRECT FILED ACTION |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint with Jury Demand was filed on February 27, 2024, on behalf of Plaintiff, Devinti M. Williams, individually and on behalf of the Estate of Carlyne B. Willis.

Dated: February 27, 2024

Respectfully Submitted,

*/s/ C. Don Freeman*
C. Don Freeman, Esq. (ASB-5618-S05U)
M. Shane Lucado, Esq. (ASB-7936-A53M)
Shelby Roden, LLC
2101 Highland Ave. S., Suite 200
Birmingham, AL 35205
T: (205) 933-8383
F: (205) 933-8386
Emails: don@shelbyroden.com;
lucado@lucadolaw.com

**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ C. Don Freeman*
C. Don Freeman, Esq. (ASB-5618-S05U)
M. Shane Lucado, Esq. (ASB-7936-A53M)
Shelby Roden, LLC
2101 Highland Ave. S., Suite 200
Birmingham, AL 35205
T: (205) 933-8383
F: (205) 933-8386
Emails:  don@shelbyroden.com;
lucado@lucadolaw.com

**Counsel for Plaintiff(s)**
