UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, PRODUCTS LIABILITY LITIGATION | MDL NO 2738<br><br>JUDGE: MICHAEL A. SHIPP<br>MAG. JUDGE: RUKHSANAH L. SINGH |
| This document relates to: Anthony Tollari, Individually And On Behalf Of The Estate of Patricia A. Tollari vs. Johnson & Johnson, et al. | Civil Case No. 3:18-cv-01292 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Patricia A. Tollari, Deceased.

Respectfully Submitted by,

**NASS CANCELLIERE**

 */s/ Casey R. Coburn*
CASEY R. COBURN, #201624 (PA)
1500 JFK Blvd., Suite 404
Philadelphia, PA  19102
Telephone:        (215) 546-8200
Facsimile:         (215) 545-1591
caseyrcoburn@nasscancelliere.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of February, 2024.

/s/ Casey R. Coburn
CASEY R. COBURN
