**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>Case No.: 3:16-md-02738-MAS-RLS |
| This document relates to*:*<br><br>*Craig Perkins, individually and as next of kin to Betty Perkins, deceased vs. Johnson & Johnson, et al.,*<br><br>**Civil Action No.: 3:18-cv-11744** | |

### NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on February 27, 2024 on behalf of Plaintiff Craig Perkins, individually and as next of kin to Betty Perkins, deceased.

DATED: February 27, 2024                  Respectfully submitted,

By: *s/ Matthew J. Sill*
MATTHEW J. SILL (OK Bar No. 21547)
SILL LAW GROUP PLLC
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73103
Tel: (405) 509-6300
Fax: (800) 978-1345
Email: msill@fulmersill.com

*Attorney for Plaintiff(s)*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2024, a copy of the foregoing Notice of Filing Amended Short Form Complaint and Jury Demand was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Matthew J. Sill*
MATTHEW J. SILL
