# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, PRODUCTS LIABILITY LITIGATION | MDL NO 2738 <br> JUDGE: MICHAEL A. SHIPP <br> MAG. JUDGE RUKHSANAH L. SINGH |
| This document relates to: Rosemarie Terreri, on behalf of the Estate of Mary D. Prince and William Prince vs. Johnson & Johnson, et al. | Civil Case No. 3:18-cv-00714 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Mary D. Prince, Deceased.

Respectfully Submitted by,

**NASS CANCELLIERE**

*/s/ Casey R. Coburn*
CASEY R. COBURN, #201624 (PA)
1500 JFK Blvd., Suite 404
Philadelphia, PA  19102
Telephone:      (215) 546-8200
Facsimile:       (215) 545-1591
caseyrcoburn@nasscancelliere.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of February, 2024.

*/s/ Casey R. Coburn*
CASEY R. COBURN