SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Dale E. Campbell, Individually and as Personal Representative of the Estate of Ardith Campbell  v. Johnson & Johnson, et al*<br>Case No. 3:18-cv-02697 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE MICHAEL A. SHIPP<br><br>MAG. JUDGE RUKHSANAH SINGH |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand was filed on February 27, 2024 on behalf of Plaintiff Ardith Campbell, Deceased.

Dated: February 28, 2023                                Respectfully Submitted,

                                                                          */s/ John J. Foley*
                                                                          John J. Foley
                                                                          **SIMMONS HANLY CONROY**
                                                                          One Court Street
                                                                          Alton, IL 62002
                                                                          Telephone:  618.259.2222
                                                                          Facsimile:   618.259.2251
                                                                          jfoley@simmonsfirm.com

                                                                          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 27th day of February, 2024 to all parties of interest.

*/s/ John J. Foley*
John J. Foley