# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, PRODUCTS LIABILITY LITIGATION | MDL NO 2738<br><br>JUDGE: MICHAEL A. SHIPP<br>MAG. JUDGE: RUKHSANAH L. SINGH |
| This document relates to: **Steven Harrison, Individually And On Behalf Of The Estate of Rodella Brown-Harrison vs. Johnson & Johnson, et al.** | Civil Case No. 3:17-cv-00080 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Rodella Brown-Harrison, Deceased.

Respectfully Submitted by,

**NASS CANCELLIERE**

*/s/ Casey R. Coburn*
CASEY R. COBURN, #201624 (PA)
1500 JFK Blvd., Suite 404
Philadelphia, PA 19102
Telephone:     (215) 546-8200
Facsimile:      (215) 545-1591
caseyrcoburn@nasscancelliere.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 28th day of February, 2024.

                                                                       */s/ Casey R. Coburn*  
                                                                       CASEY R. COBURN