# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Marilyn Gonzalez v. Johnson & Johnson, et al.*; No.: 3:24-cv-01135-MAS-RLS | MDL No. 16-2738 (MAS) (RLS)<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given that the Short Form Complaint and Jury Demand was filed on February 27, 2024, by Marilyn Gonzalez.

Dated: February 28, 2024

Respectfully submitted,

FLEMING NOLEN & JEZ, LLP

/s/ *Gregory D. Brown*
Gregory D. Brown
TX Bar No. 24078266
gregory_brown@fleming-law.com
Rand P. Nolen
TX Bar No. 00788126)
rand_nolen@fleming-law.com
2800 Post Oak Blvd., Suite 6000
Houston, Texas 77056-6109
713-621-7944
713-621-9638 (Fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send notification of such filing to all parties in this action.

*/s/ Gregory Brown*
Gregory D. Brown
