UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | MDL No. 16-2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 3:19-cv-17751-MAS-RLS |
| GREGG STUART BURY, Individually and as the Personal Representative of the Estate of Ann Bury, et al. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on February 27, 2024, on behalf of Plaintiffs Gregg Stuart Bury (individually and as the Personal Representative of the Estate of Ann Bury), Eilis Ann Bury, and Erin Kathleen Bury.

Dated this 27th day of February 2024.

Respectfully Submitted by,

*s/ J. Dino Vasquez*
J. Dino Vasquez, WSBA #25533
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: dvasquez@karrtuttle.com
*Attorneys for Plaintiffs*

#5535444 v1 / 73753-001

## CERTIFICATE OF SERVICE

  I hereby certify that on February 28, 2024, the foregoing document was electronically filed with the United States District Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

              */s/ Heather L. Hattrup*
              Heather L. Hattrup
              hhattrup@karrtuttle.com