## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Plaintiff, Robert A. Conley, individually and as surviving spouse of Joan M. Conley<br><br>v.<br><br>Johnson & Johnson, Johnson & Johnson Consumer, Inc., Imerys Talc America Inc.,<br><br>Defendants. | **MDL No. 2738 (FLW) (LHG)**<br><br>**Chief Judge Freda L. Wolfsong**<br><br>**Magistrate Judge Lois H. Goodman**<br><br>Civ. Action No.: 3:22-cv-01525 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 re Filing of Short Form Complaints that the Amended Short Form Complaint was filed on February 28, 2024 and the Suggestion of Death was filed on February 27, 2024 on behalf of Plaintiff.

Dated this 28th day of February, 2024.

AXLEY BRYNELSON, LLP

*Electronically signed by Heath P. Straka*
Heath P. Straka, State Bar No. 1031351
Attorneys for Plaintiff
2 East Mifflin Street (53703)
Post Office Box 1767
Madison, WI 53701-1767
Phone: (608) 257-5661
Fax:    (608) 257-5444
E-mail: hstraka@axley.com