# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION                             3:16-md-02738-FLW-LHG

*This document relates to:*

*Jason Zenger as Personal Representative of the E.state of Anne Mangano, deceased v. Johnson & Johnson, et al.*

*Case No. 3:20-cv-1776*
_____/

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given that the First Amended Short Form Complaint and Jury Demand was filed on February 28, 2024, by Jason Zenger, Personal Representative of the Estate of Anne Mangano, deceased.

Dated: February 28, 2024.

                                                                   Respectfully submitted,

                                                                   /s/ Joseph H. Saunders
                                                                   Joseph H. Saunders, Esquire
                                                                   SAUNDERS & WALKER, P.A.
                                                                   3491 Gandy Blvd. North, Ste. 200
                                                                   Pinellas Park, FL 33780-1637
                                                                   (727) 579-4500, FAX (727) 577-9797
                                                                   FBN 341746
                                                                   joe@saunderslawyers.com
                                                                   *Counsel for Plaintiff*