# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-MD-2738-MAS-RLS |
| This document relates to: *Angela Khalil, Individually and as Executrix for the Estate of Diann Knauss v. Johnson & Johnson, et al.,* Civil Action No.: 3:20-cv-16773 | JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and Case Management Order No. 9 (Status of Deceased Plaintiffs) that the Amended Short Form Complaint and Jury Demand was filed on February 28, 2024 on behalf of Plaintiff Angela Khalil, Individually and as Executrix for the Estate of Diann Knauss.

Dated: February 28, 2024.                                   Respectfully submitted,

                                                           /s/ *Roopal P. Luhana*
                                                       Roopal P. Luhana, Esq.
                                                       CHAFFIN LUHANA LLP
                                                       600 Third Avenue, 12th Floor
                                                       New York, NY 10016
                                                       Phone: 888-480-1123
                                                       Fax: 888-499-1123
                                                      Email: luhana@chaffinluhana.com

                                                       *Counsel for Plaintiff Angela Khalil*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on February 28, 2024, which shall send notification of such filing to all CM/ECF participants.

/s/ *Roopal P. Luhana*
Roopal P. Luhana, Esq.