UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION NO:   3:20-cv-02760 |
| *Todd M. Archibald Individually and as the Representative of the Estate of v. Johnson & Johnson, Inc. et. al* *Case No.: 3:20-cv-02760* | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and the Court's Order Governing Amendments to Complaints (Dkt. 28519) that an Amended Short Form Complaint and Jury Demand has been filed on February 1, 2024 behalf of Plaintiff Todd M. Archibald Individually and as the Representative of the Estate of Bernadine Archibald.

Dated: February 27, 2024

Respectfully submitted,

By: */s/ Nicholas J. Shemik*
Nicholas J. Shemik (NY #5316542)
**THE DIETRICH LAW FIRM P.C.**
101 John James Audubon Parkway
Buffalo, New York
(716) 839-3939 (Tel)
(716) 970-4550 (Fax)
nshemik@calljed.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of February, 2024.

*/s/ Nicholas J. Shemik*