# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | 3:16-md-02738-FLW-LHG |

*This document relates to:*

*Anne Mangano v. Johnson & Johnson, et al.*
*Case No. 3:20-cv-1776*
_____/

## NOTICE OF FILING SECOND AMENDED SHORT FORM COMPLAINT

Notice is hereby given that the Second Amended Short Form Complaint and Jury Demand (as to Count XXII only) was filed on February 28, 2024, by Jason Zenger, Personal Representative of the Estate of Anne Mangano, deceased.

Dated: February 28, 2024.

                                            Respectfully submitted,

                                            /s/ Joseph H. Saunders
                                            Joseph H. Saunders, Esquire
                                            SAUNDERS & WALKER, P.A.
                                            3491 Gandy Blvd. North, Ste. 200
                                            Pinellas Park, FL 33780-1637
                                            (727) 579-4500, FAX (727) 577-9797
                                            FBN 341746
                                            joe@saunderslawyers.com
                                            *Counsel for Plaintiff*