UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL NO. 2738 MAS-RLS ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Karen Faye Nicholson, as Personal Representative of Joycie M. Nicholson, Deceased, vs. Johnson & Johnson, et al.* *Case No.: 3:21-cv-11489-MAS-RLS* | ) ) ) ) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) and Case Management Order No. 9 (Status of Deceased Plaintiffs) that the Amended Short Form Complaint and Jury Demand was filed on February 28, 2024 Individually and on behalf of Plaintiff Joycie M. Nicholson by and through her personal representative, Karen Faye Nicholson.

This 28th day of February, 2024

                        Respectfully Submitted

                        */s/ Joel L. DiLorenzo*
                        Joel L. DiLorenzo
                        THE DILORENZO LAW FIRM, LLC
                        505 20TH ST. N. # 1275
                        BIRMINGHAM, AL 35203
                        Tel: (205) 212-9988
                        Fax: (205) 212-9989
                        Email: joel@dilorenzo-law.com