# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Kendrick, Lindsey Marie v. Johnson & Johnson, et al. | MDL No. 2738 (MAS)(RLS)<br><br>Case No. 3:20-cv-10391- MAS-RLS |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing Short Form Complaint) that the Amended Short Form Complaint and Jury Demand was filed on February 28, 2024, on behalf of Lindsey Marie Kendrick as legal representative of the Estate of Elizabeth Anne Kendrick.

This 28th day of February, 2024.

CHEELEY LAW GROUP, LLC
*/s/ Robert D. Cheeley*
Robert D. Cheeley
Georgia Bar No. 122727
Andre T. Tennille III
2500 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
bob@cheeleylawgroup.com
dre@cheeleylawgroup.com

BARNES LAW GROUP, LLC
*/s/ John R. Bevis*
Roy E. Barnes
Georgia Bar No.039000
John R Bevis**
Georgia Bar No. 056110
31 Atlanta Street
Marietta, GA  30060
Phone: 770-227-6375
roy@barneslawgroup.com
bevis@barneslawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, a copy of the foregoing NOTICE OF FILING AMENDED SHORT FORM COMPLAINT was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operative of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

This 28th day of February, 2024.

| CHEELEY LAW GROUP, LLC | BARNES LAW GROUP, LLC |
|---|---|
| */s/ Robert D. Cheeley* | */s/ John R. Bevis* |
| Robert D. Cheeley | Roy E. Barnes |
| Georgia Bar No. 122727 | Georgia Bar No.039000 |
| Andre T. Tennille III | John R Bevis** |
| 2500 Old Milton Parkway, Suite 200 | Georgia Bar No. 056110 |
| Alpharetta, GA 30009 | 31 Atlanta Street |
| bob@cheeleylawgroup.com | Marietta, GA 30060 |
| dre@cheeleylawgroup.com | Phone: 770-227-6375 |
| | roy@barneslawgroup.com |
| | bevis@barneslawgroup.com |