## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |
| *This Document Relates to*:<br><br>***Dan C. Fandrich, Individually and on Behalf of the Estate of Cynthia Martin-Michalec, deceased v. Johnson & Johnson, et al.*** | Case No. 3:23-cv-05291-MAS-RLS |

### NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on February 28, 2024 on behalf of Plaintiff Dan C. Fandrich, Individually and on behalf of the Estate of Cynthia Martin-Michalec, deceased.

Dated: February 28, 2024

                                            Respectfully Submitted by,

                                            /s/ Lawrence R. Cohan
                                            Lawrence R. Cohan, Esq.
                                            Joshua C. Cohan, Esq.
                                            **SALTZ MONGELUZZI BENDESKY P.C.**
                                            One Liberty Place
                                            1650 Market St, 52nd Floor
                                            Philadelphia, PA 19103
                                            lcohan@smbb.com
                                            jcohan@smbb.com
                                            (215) 575-3887 (Phone)
                                            (215) 496-0999 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, a copy of the foregoing document was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Lawrence R. Cohan<br>
Lawrence R. Cohan, Esq.<br>
<b>SALTZ MONGELUZZI BENDESKY P.C.</b>