IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | ) | MDL No. 16-2738 (FLW) (LHG) |
| | ) | |
| ELIZABETH WOOD AND JESSICA | ) | |
| WOOD AS CO-PERSONAL | ) | |
| REPRESENTATIVES OF THE | ) | |
| ESTATE OF AMY REBECCA WOOD, | ) | |
| | ) | Case No. 3:16-cv-07986 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| JOHNSON & JOHNSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____/ | | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on February 28, 2024, on behalf of Elizabeth Wood and Jessica Wood as Co-Personal Representatives of the Estate of Rebecca A. Wood and the Notice and Suggestion of Death was filed February 28, 2024 on behalf of Plaintiffs.

**Dated: February 28, 2024**

**Respectfully submitted by:**
**MICHAEL A. ROBB, ESQ.**
Florida Bar No.: 651583
Kirwan, Spellacy, Danner & Robb
200 South Andrews Ave.
8th Floor

1

593273 v1

Fort Lauderdale, FL 33301

Phone: 954-463-3008
Fax: 954-463-3010
Email: mrobb@kirwanspellacy.com

/s/MICHAEL A. ROBB
MICHAEL A. ROBB, ESQ.
Florida Bar No.: 651583
Counsel for Plaintiffs

2

593273 v1

## CERTIFICATE OF SERVICE

    I hereby certify that on February 28, 2024, a copy of the foregoing Notice of Filing Amended Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                                /s/MICHAEL A. ROBB
                                MICHAEL A. ROBB, ESQ.
                                Florida Bar No.: 651583
                                Counsel for Plaintiffs

593273 v1