# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to*:<br><br>***Jurwick Frazier, Individually and on Behalf of the Estate of Sandra Frazier, deceased v. Johnson & Johnson, et al.*** | MDL No. 2738 (FLW) (LHG)<br><br>Civil Action No.: 3:21-cv-01448-FLW-LHG |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on February 28, 2024 on behalf of Plaintiff Jurwick Frazier, Individually and on behalf of the Estate of Sandra Frazier, deceased.

Dated: February 28, 2024

                                              Respectfully Submitted by,

                                              /s/ Lawrence R. Cohan
                                              Lawrence R. Cohan, Esq.
                                              Joshua C. Cohan, Esq.
                                              **SALTZ MONGELUZZI BENDESKY P.C.**
                                              One Liberty Place
                                              1650 Market St, 52nd Floor
                                              Philadelphia, PA 19103
                                              lcohan@smbb.com
                                              jcohan@smbb.com
                                              (215) 575-3887 (Phone)
                                              (215) 496-0999 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, a copy of the foregoing document was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Lawrence R. Cohan
Lawrence R. Cohan, Esq.
**SALTZ MONGELUZZI BENDESKY P.C.**
