# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION                             3:16-md-02738

*This document relates to:*

*Kelli D. Kennedy as Personal Representative of the Estate of Diana Shinske, deceased v. Johnson & Johnson, et al.*
*Case No. 3:16-cv-07894*
_____/

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given that the Amended Short Form Complaint and Jury Demand was filed by Kelli D. Kennedy, Personal Representative of the Estate of Diana Shinske, deceased.

Dated: February 28, 2024.

                                          Respectfully submitted,

                                          /s/ Joseph H. Saunders
                                          Joseph H. Saunders, Esquire
                                          SAUNDERS & WALKER, P.A.
                                          3491 Gandy Blvd. North, Ste. 200
                                          Pinellas Park, FL 33780-1637
                                          (727) 579-4500, FAX (727) 577-9797
                                          FBN 341746
                                          joe@saunderslawyers.com
                                          *Counsel for Plaintiff*