# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-MD-2738 (FLW) (LHG) |
| THIS DOCUMENT RELATES TO: *Janine Caputo, Individually, and as Next of Kin to Nancy Foti, deceased,*      v. *JOHNSON & JOHNSON, ET AL* | Case No. 3:23-cv-07417 |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand has been filed on February 28, 2024, on behalf of Plaintiff Janine Caputo, individually and as next of kin to Nancy Foti, deceased.

Dated this 28th day of February, 2024

Respectfully submitted,

*/s/ Christopher R. Rodriguez*
Christopher R. Rodriguez
**SINGLETON SCHREIBER, LLP**
1414 K. Street, Suite 470
Sacramento, CA 95814
Telephone: (916) 248-8478
Email: crodriguez@singletonschreiber.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Chris R. Rodriguez, hereby certify that on February 28, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Christopher R. Rodriguez*
Christopher R. Rodriguez