# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| JONATHAN ALLEN as Personal Representative of the Estate of KERI ALLEN and as spouse<br><br>                 Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON HOLDCO (NA) INC.;<br>JANSSEN PHARMACEUTICALS, INC.;<br>LTL MANAGEMENT, LLC AND<br>KENVUE, INC.<br>                 Defendants. | Civil Action No.: 3:24-cv-01185<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 28th day of February 2024 on behalf of JONATHAN ALLEN as Personal Representative of the Estate of KERI ALLEN and as spouse.

                                                         Respectfully Submitted by,

                                                          */s/ Austin J. Grinder*
                                                         Austin J. Grinder
                                                         Florida Bar No.: 54029
                                                         Eric D. Roslansky
                                                         Florida Bar No: 42067
                                                         THE RUTH LAW TEAM
                                                         PO Box 16847
                                                         St. Petersburg, FL 33733
                                                         Telephone: (888) 783-8378
                                                         Facsimile: (727) 323-7720
                                                         Email: talc@getjustice.com
                                                         ATTORNEY FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February 2024, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/Austin J. Grinder*
