UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>***Phillis Bienemy v. Johnson and Johnson Company, et. al.***<br><br>*Case No. 3:18-cv-15310* | MDL No. 3:16-md-2738-MAS-RLS |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complain and Jury Demand was filed on February 28, 2024 on behalf of Plaintiff, Phillis Bienemy.

Dated: February 28th, 2024

                                                            Respectfully Submitted,

                                                            THE POTTS LAW FIRM

                                                            */s/ Derek H. Potts*
                                                           Derek H. Potts
                                                           Texas Bar No. 24073727
                                                           Natalie Barden
                                                           Texas Bar No. 24132020
                                                           3737 Buffalo Speedway
                                                           Suite 1900
                                                           Houston, Texas 77098
                                                           Tel: (713) 963- 8881
                                                           Fax: (713) 583- 5388
                                                           dpotts@potts-law.com
                                                           nbarden@potts-law.com

                                                           **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28th, 2024, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Respectfully Submitted,

THE POTTS LAW FIRM

*/s/ Derek H. Potts*
Derek H. Potts
Texas Bar No. 24073727
Natalie Barden
Texas Bar No. 24132020
3737 Buffalo Speedway
Suite 1900
Houston, Texas 77098
Tel: (713) 963- 8881
Fax: (713) 583- 5388
dpotts@potts-law.com
nbarden@potts-law.com

**ATTORNEY FOR PLAINTIFFS**