## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>***Teresa Ellis v. Johnson and Johnson Company, et. al.***<br><br>*Case No. 3:17-cv-03588* | MDL No. 3:16-md-2738-MAS-RLS |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complain and Jury Demand was filed on February 28, 2024 on behalf of Plaintiff, Teresa Ellis.

Dated: February 28th, 2024

                                                Respectfully Submitted,

                                                THE POTTS LAW FIRM

                                                */s/ Derek H. Potts*
                                                Derek H. Potts
                                                Texas Bar No. 24073727
                                                Natalie Barden
                                                Texas Bar No. 24132020
                                                3737 Buffalo Speedway
                                                Suite 1900
                                                Houston, Texas 77098
                                                Tel: (713) 963- 8881
                                                Fax: (713) 583- 5388
                                                dpotts@potts-law.com
                                                nbarden@potts-law.com

                                                **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28th, 2024, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

        Respectfully Submitted,

        THE POTTS LAW FIRM

        */s/ Derek H. Potts*
        Derek H. Potts
        Texas Bar No. 24073727
        Natalie Barden
        Texas Bar No. 24132020
        3737 Buffalo Speedway
        Suite 1900
        Houston, Texas 77098
        Tel: (713) 963- 8881
        Fax: (713) 583- 5388
        dpotts@potts-law.com
        nbarden@potts-law.com

        **ATTORNEY FOR PLAINTIFFS**