# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Mark Johnson, et al. v. Johnson & Johnson, et al.*<br>Case No. 3:19-cv-20811 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on February 27, 2024 on behalf of Plaintiff Mark Johnson, individually and as Successor-in-Interest to Mamie Johnson (Deceased).

DATED: February 29, 2024            BISNAR|CHASE LLP

                                        By:    /s/ *Michael K. Teiman*
                                                    BRIAN D. CHASE
                                                    MICHAEL K. TEIMAN
                                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 29, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                   BISNAR|CHASE LLP

By:   /s/ *Michael K. Teiman*
       BRIAN D. CHASE
       MICHAEL K. TEIMAN