# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738<br><br>Motion Day: April 1, 2024<br><br>**NOTICE OF MOTION TO QUASH PWC SUBPOENA**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that on April 1, 2024, the undersigned counsel will bring Defendants Johnson & Johnson and LLT Management LLC's Motion to Quash Subpoena Directed to PwC before this Court. Defendants will ask for entry of an order quashing the subpoena served on PwC on or about February 15, 2024, ECF No. 29041-1, or in the alternative, a protective order. Defendants request that oral argument be held in connection with this motion.

DATED: February 29, 2024

Respectfully submitted,

*/s/ Stephen D. Brody*
Stephen D. Brody
D.C. Bar No. 459263
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006

Tel.: 202-383-5300
sbrody@omm.com

Susan M. Sharko
FAEGRE DRINKER BIDDLE &
REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Tel: 973-549-7000
susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson &
Johnson and LLT Management LLC*