**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

**DECLARATION OF ERIK HAAS**

I, Erik Haas, hereby declare and state as follows:

1.  I am over the age of eighteen, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify completely to these facts if called to do so.

2.  I am Worldwide Vice President, Litigation for Johnson & Johnson ("J&J"), a position I have held since November 2020.

3.  The Financial Accounting Standards Board's Accounting Standards Certification Topic 450 ("ASC 450") requires a company to describe its potential legal liabilities under certain circumstances and estimate the total value of those liabilities.

1

4. The lawyers within J&J's Law Department, and me in particular, are responsible for the financial accounting disclosures pertaining to J&J's potential liabilities arising from anticipated or actual litigation.

5. J&J's Law Department retained PricewaterhouseCoopers ("PwC") as its outside auditor to evaluate and provide advice regarding the Company's compliance with ASC 450.

6. In that role, PwC applies accounting contingency standards to evaluate disclosure requirements for potential litigation liabilities and estimated litigation exposure for the Company.

7. To facilitate PwC's analysis, J&J shared documents prepared because of the prospect of litigation and engaged in communications with PwC concerning its analysis of pending and anticipated talc litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of February, 2024.

/s/ Erik Haas
Erik Haas
Worldwide Vice President, Litigation
Johnson & Johnson