# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

## DECLARATION OF STEPHEN D. BRODY CERTIFYING COMPLIANCE WITH LOCAL RULE 37.1(B)(1)

I, Stephen D. Brody, hereby declare and state as follows:

1.  I am over the age of eighteen, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify completely to these facts if called to do so.

2.  I represent Defendants Johnson & Johnson and LLT Management, LLC (collectively, "J&J") in the above-captioned litigation.

3.  A true and correct copy of a February 28, 2024 letter from counsel for PricewaterhouseCoopers, LLP ("PwC") to Michelle Parfitt containing PwC's objections to Plaintiffs' February 15, 2024 subpoena is attached as Exhibit 1 to this Declaration.

1

4. A true and correct copy of my February 28, 2024 letter to Ms. Parfitt is attached as Exhibit 2 to this Declaration.

5. I certify that on February 28, 2024, J&J met and conferred in good faith with members of the Plaintiffs' Steering Committee to discuss J&J's objections to the February 15 subpoena, as required by Rule 37.1(B)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of February, 2024.

/s/ *Stephen D. Brody*
Stephen D. Brody

*Counsel for Defendants Johnson & Johnson and LLT Management, LLC*