**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

### CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Johnson & Johnson and LLT Management LLC's Notice of Motion to Quash or for a Protective Order Regarding Subpoena Directed at PricewaterhouseCoopers, LLP ("PwC"), its Memorandum of Law in support thereof, Declaration of Stephen D. Brody certifying compliance with Rule 37.1(b)(1) and accompanying exhibits, and Declaration of Erik Haas were served electronically via the Court's CM/ECF system on February 29, 2024. Copies of the foregoing documents are also being sent by email to Plaintiffs' Co-Lead Counsel and counsel for PwC.

By:  */s/ Stephen D. Brody*
      Stephen D. Brody