**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Johnson & Johnson and LLT Management LLC's Corrected Memorandum of Law in Support of Motion to Quash or for Protective Order From Subpoena Directed to PricewaterhouseCoopers ("PwC") was served electronically via the Court's CM/ECF system on March 1, 2024. Copies of the foregoing document are also being sent by email to Plaintiffs' Co-Lead Counsel and counsel for PwC.

By:   */s/ Stephen D. Brody*
      Stephen D. Brody