UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Deborah Martin v. Johnson & Johnson, et al.*<br>Case No.: 3:24-cv-01269 | MDL DOCKET NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on March 1, 2024, on behalf of Plaintiff Deborah Martin.

Dated: March 1, 2024
Respectfully Submitted by,

*/s/ Genevieve M. Zimmerman*
Genevieve M. Zimmerman (MN# 330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2024, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Geneviève M. Zimmerman*
Genevieve M. Zimmerman
