

faegredrinker.com

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

*Via ECF*

March 1, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

**Re:   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738***

Dear Magistrate Judge Singh:

Pursuant to the Case Management Order entered on February 13, 2024 (ECF No. 29032), outlining procedures for adjudication of cases where the plaintiff fails to comply with the Court Orders on case specific fact discovery and the Plaintiff Profile Form ("PPF"), please see the attached list of non-compliant cases. Counsel for these plaintiffs have received notice through MDL Centrality (if they are registered there as required by Court Orders)  and e-mail (whether registered or not).

In accordance with the above noted CMO, Defendants will file an order to show cause on May 1, 2024, should any of these noted matters continue to fail to provide the overdue discovery.

Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

SMS/scg

Encl: (1)

Cc: Leigh O'Dell, Esq. (*via e-mail*)
    Michelle Parfitt, Esq., *(via e-mail)*
    All counsel of record (via ECF)

**March 1, 2024, Cases Deficient in Serving Plaintiff Profile Forms**

| Number | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 1 | Flowe, Sherry | Ashcraft & Gerel | 3:17-cv-10963 |
| 2 | Burns, Margaret | Ashcraft & Gerel | 3:17-cv-11259 |
| 3 | Gaspard, Ethel | Ashcraft & Gerel | 3:17-cv-11274 |
| 4 | Scott, Shilinda | Ashcraft & Gerel | 3:17-cv-11283 |
| 5 | Lumas, Tanashiska | Barrett Law Group, P.A. | 3:16-cv-06694 |
| 6 | Hayden, Theresa | Barrett Law Group, P.A. | 3:17-cv-07000 |
| 7 | Smith, Viola | Barrett Law Group, P.A. | 3:17-cv-07021 |
| 8 | Graham, Justin | Barrett Law Group, P.A. | 3:17-cv-07186 |
| 9 | Keys-Chavis, Edna | Barrett Law Group, P.A. | 3:17-cv-07370 |
| 10 | Kinsel, Patsy | Barrett Law Group, P.A. | 3:17-cv-09059 |
| 11 | Yost, Betty A | Barrett Law Group, P.A. | 3:17-cv-12512 |
| 12 | White, Gasecener | Barrett Law Group, P.A. | 3:17-cv-12598 |
| 13 | Rico, Amy M. | Baum, Hedlund, Aristei & Goldman, P.C. | 3:17-cv-11342 |
| 14 | Darling, Kimberly | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-05480 |
| 15 | Rutkowaki, Roxanne | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-05483 |
| 16 | Martinez, Larkin | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-06060 |
| 17 | Schulz, Tom | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-07237 |
| 18 | Stanek, Pamela | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-07576 |
| 19 | Parsons, Thurman | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08300 |
| 20 | Preiss, Melissa | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08301 |
| 21 | Spencer, Victoria | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08313 |
| 22 | Davis, Thomas | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08512 |
| 23 | Bradley, Monica | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08513 |
| 24 | Constant, Katherine | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08568 |
| 25 | Hall, Debra | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08616 |
| 26 | Hammer-Allen, Michelle | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08624 |
| 27 | Cardello, Gaetana | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08654 |
| 28 | Carr, Melissa | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08661 |
| 29 | Hatch, Patricia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08686 |
| 30 | Thomas, Mateline | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08691 |
| 31 | Shepherd, Janet | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08704 |
| 32 | Ayo, Evelyn | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08860 |
| 33 | Crollard, Shelly | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08868 |
| 34 | Bottoms, Aledda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08919 |

**March 1, 2024, Cases Deficient in Serving Plaintiff Profile Forms**

| Number | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 35 | Leber, June | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08934 |
| 36 | Bell, Lekisa | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-08944 |
| 37 | Peterson, Karen Jean | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09018 |
| 38 | Jensen, Dagmar | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09050 |
| 39 | Russo, Barbara | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09122 |
| 40 | Mackey, Cora | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09144 |
| 41 | Wright, Jeana | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09218 |
| 42 | Rey-Molina, Berta | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09334 |
| 43 | Meachem, Claudia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09391 |
| 44 | Elizardo, Vickie | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09628 |
| 45 | Fisher, Brenda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09632 |
| 46 | Steen, Kevin | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09660 |
| 47 | O'Brien, Patricia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09788 |
| 48 | Fritz, Elizabeth | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09819 |
| 49 | Girado, Leticia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-09824 |
| 50 | Rucker, Harriett | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10009 |
| 51 | Peters, Sherry | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10030 |
| 52 | So, Paula | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10082 |
| 53 | Stewart, Susan | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10086 |
| 54 | Wilburn, Lisa | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10199 |
| 55 | Stroud, Sarah | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10216 |
| 56 | Stettner, Daniel | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10220 |
| 57 | Chambers, Vivian | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10223 |
| 58 | Solis, Maria | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10250 |
| 59 | Brown, Desiree | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10255 |
| 60 | Cross, Veda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10278 |
| 61 | Hancock, Karen | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10303 |
| 62 | Buda, Kathy | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10306 |
| 63 | Dempsey, Kori | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10333 |
| 64 | Findley, Shawn | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10352 |

**March 1, 2024, Cases Deficient in Serving Plaintiff Profile Forms**

| Number | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 65 | Reynolds, Lori | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10361 |
| 66 | Frederick, Alicia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10364 |
| 67 | McDowell, Tamara | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10383 |
| 68 | Lane, Vera | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10406 |
| 69 | Williams, Carolyn D | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10453 |
| 70 | Reddix, Sherri | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10481 |
| 71 | Rathbone, Christopher | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10553 |
| 72 | McClendon, Carolyn | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10567 |
| 73 | Kimmel, Patricia | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10575 |
| 74 | Mason, Ruby | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10579 |
| 75 | Roman, Ermelinda | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10590 |
| 76 | Frazier, Allen | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10804 |
| 77 | Grunden, Ken | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10806 |
| 78 | Sullivan, William | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10812 |
| 79 | Frost, Ellen | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-10878 |
| 80 | McNeill, Diane | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-12812 |
| 81 | Neff, Elizabeth | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-13607 |
| 82 | Maly, Gayle | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 3:17-cv-13752 |
| 83 | Rappold, Allan | Jim S. Hall & Associates, LLC | 3:17-cv-04596 |
| 84 | Robb, Mary | Burch & George // Sill Law Group, PLLC // White & Weddle, P.C. // Zelbst Holmes & Butler | 3:16-cv-06608 |
| 85 | Talbott, Sheri | Burns Charest LLP | 3:17-cv-06078 |
| 86 | Rice, Renna | Burns Charest LLP | 3:17-cv-12283 |
| 87 | McDeavitt, Cynthia | Burns Charest LLP // Burns Charest LLP | 3:17-cv-07283 |
| 88 | Clark, Patricia | Burns Charest LLP // Burns Charest LLP | 3:17-cv-05696 |
| 89 | Todd, Emma Jean | Burns Charest LLP // Burns Charest LLP | 3:17-cv-07094 |
| 90 | Williams, Sandra (07994) | Burns Charest LLP // Burns Charest LLP | 3:17-cv-07994 |
| 91 | Maldonado, Velsa | Burns Charest LLP // Burns Charest LLP | 3:17-cv-08279 |
| 92 | Dawson, Scott | Burns Charest LLP // Burns Charest LLP // The Pate Law Firm | 3:16-cv-08749 |
| 93 | Smith, Deanna | Cates Mahoney, LLC | 3:17-cv-10747 |
| 94 | Wood, Amy Rebecca | Clark, Robb, Mason, Coulmbe Buschman & Charbonnet | 3:16-cv-07986 |
| 95 | Collins, Thomas Michael | Conley Griggs Partin LLP | 3:17-cv-13253 |

**March 1, 2024, Cases Deficient in Serving Plaintiff Profile Forms**

| Number | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 96 | Dineyazhe, Rosanna | Diamond Law | 3:17-cv-13164 |
| 97 | Skomp, Anna | Diamond Law | 3:17-cv-13188 |
| 98 | Lupe, Lavinia | Diamond Law | 3:17-cv-3965 |
| 99 | Strukel, Christy | Dugan Law Firm, PLC | 3:17-cv-07463 |
| 100 | Davis, Patricia A. | Dugan Law Firm, PLC | 3:17-cv-08095 |
| 101 | Tuck-Lynn, Joyce | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-09339 |
| 102 | Natera, Erica R | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-13546 |
| 103 | Fowler, Karol | Fox and Farley | 3:17-cv-08148 |
| 104 | Breaux, Leslie | Galante & Bivalacqua LLC // Pourciau Law Firm, LLC // The Cheek Law Firm | 3:17-cv-01681 |
| 105 | Deville, Pamela | Galante & Bivalacqua LLC // Pourciau Law Firm, LLC // The Cheek Law Firm | 3:17-cv-05636 |
| 106 | Sondgerth, Lillian | Galante & Bivalacqua LLC // Pourciau Law Firm, LLC // The Cheek Law Firm | 3:17-cv-05638 |
| 107 | Bueno, Alicia | Girardi & Keese | 3:17-cv-12500 |
| 108 | Sanders, Margarette | Girardi & Keese | 3:17-cv-12505 |
| 109 | Blank, Angel Lucille | Girardi & Keese | 3:17-cv-13795 |
| 110 | Webb,Karyl | Goldenberg Law, PLLC | 3:17-cv-07681 |
| 111 | Michaelis, Linda | Goldenberg Law, PLLC | 3:17-cv-07692 |
| 112 | Davis, Shawn | Goldenberg Law, PLLC | 3:17-cv-10175 |
| 113 | Boos, Helen | Goldenberg Law, PLLC | 3:17-cv-11143 |
| 114 | Bentley, Cathleen | Goldenberg Law, PLLC | 3:17-cv-11156 |
| 115 | Ochoa, Delia | Goldenberglaw, PLLC | 3:17-cv-10270 |
| 116 | Hayes, Tammy | Golomb Spirt Grunfeld PC | 3:17-cv-09727 |
| 117 | Jackson, Thomas | Golomb Spirt Grunfeld PC | 3:17-cv-10654 |
| 118 | Ramos, Kim-Judith | Goza & Honnold, LLC | 3:17-cv-02470 |
| 119 | Barton, Elizabeth | Goza & Honnold, LLC | 3:17-cv-12725 |
| 120 | Treadwell, Linda | Hart McLaughlin & Eldridge | 3:16-cv-09495 |
| 121 | Lengele, Connie | Hart McLaughlin & Eldridge | 3:17-cv-11319 |
| 122 | White, Sheena | Hart McLaughlin & Eldridge | 3:17-cv-11322 |
| 123 | Storozyszyn, Jane | Hart McLaughlin & Eldridge | 3:17-cv-11324 |
| 124 | Sizemore, Robin | Hart McLaughlin & Eldridge | 3:17-cv-11326 |
| 125 | Seymour, Yokita | Hart McLaughlin & Eldridge | 3:17-cv-11329 |
| 126 | Letourneaut, Magdalena | Hart McLaughlin & Eldridge | 3:17-cv-11330 |
| 127 | Sayegh, Cheryl | Hart McLaughlin & Eldridge | 3:17-cv-11331 |
| 128 | Hollifield, Sophie | Hart McLaughlin & Eldridge | 3:17-cv-11333 |
| 129 | Culley, Lisa | Hart McLaughlin & Eldridge | 3:17-cv-11337 |
| 130 | Benford, Ashley W. | Hart McLaughlin & Eldridge | 3:17-cv-11339 |
| 131 | Tabor, Sherry | Hart McLaughlin & Eldridge | 3:17-cv-11344 |
| 132 | McGee, Debra | Helmsdale Law, LLP | 3:17-cv-05436 |
| 133 | Santos, Ramon | Heygood, Orr & Pearson // The Miller Firm, LLC | 3:17-cv-13481 |
| 134 | Sanders, Sarah | Johnson Becker, PLLC | 3:17-cv-11063 |
| 135 | Segreaves, Julie | Keefe Bartels | 3:16-cv-09119 |

**March 1, 2024, Cases Deficient in Serving Plaintiff Profile Forms**

| Number | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 136 | Jackson, Paula | Law Office of Eusi H. Phillips // Law Office of Marion D. Floyd | 3:16-cv-07488 |
| 137 | Matthews, Lauren | Law Office of John D. Sileo, LLC | 3:16-cv-07490 |
| 138 | Kruskall, Lauren S. | Law Offices of Kruskell | 3:17-cv-05143 |
| 139 | Brown, Bertha | Lenze Kamerrer Moss, PLC | 3:17-cv-04340 |
| 140 | Benson, Merritt | Martinian & Associates, Inc. // The Law Offices of Haytham Faraj | 3:17-cv-07188 |
| 141 | Hunt, Sylvia | Massimo & Pawetta, P.C. | 3:17-cv-08070 |
| 142 | Smith, Deborah | McGrath Law Firm PA | 3:17-cv-02382 |
| 143 | Allen, Theresa | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12473 |
| 144 | Nichols, Trisha Deann | Milstein, Jackson, Fairchild & Wade, LLP // The Michael Brady Lynch Firm | 3:17-cv-13826 |
| 145 | Collins, Nettie | Morris Bart, LLC | 3:17-cv-03919 |
| 146 | Cutrer, Charles | Morris Bart, LLC | 3:17-cv-03920 |
| 147 | Jackson, JoEva | Morris Bart, LLC | 3:17-cv-03930 |
| 148 | Jerro, Billy | Morris Bart, LLC | 3:17-cv-03932 |
| 149 | LaFleur, Phillip | Morris Bart, LLC | 3:17-cv-03934 |
| 150 | Tauzier, Wayne | Morris Bart, LLC | 3:17-cv-03941 |
| 151 | Whitson, Richard | Morris Bart, LLC | 3:17-cv-03943 |
| 152 | McClanahan, Kenneth | Morris Law Firm | 3:17-cv-10124 |
| 153 | Vanderveer, Jennifer | Morris Law Firm | 3:17-cv-10136 |
| 154 | Schmitz, Daniel | Morris Law Firm | 3:17-cv-10633 |
| 155 | Albertine Jr, James Gary | Motley Rice, LLC | 3:17-cv-02389 |
| 156 | March, Calpricia | Motley Rice, LLC | 3:17-cv-04855 |
| 157 | Chanthapanya, Davahn | Motley Rice, LLC | 3:17-cv-05853 |
| 158 | Arenz, Dana | Motley Rice, LLC | 3:17-cv-06074 |
| 159 | Guidry, Mary | Motley Rice, LLC | 3:17-cv-07260 |
| 160 | Pimentel, Eleanor | Motley Rice, LLC | 3:17-cv-07705 |
| 161 | Molloy, Vicki | Motley Rice, LLC | 3:17-cv-08514 |
| 162 | Barber, Sonia T. | Motley Rice, LLC | 3:17-cv-08594 |
| 163 | Austin, Sheronda | Motley Rice, LLC | 3:17-cv-10615 |
| 164 | Hendon, John F. | Motley Rice, LLC | 3:17-cv-11928 |
| 165 | Hunsaker, Pamela | Motley Rice, LLC | 3:17-cv-12059 |
| 166 | Douglas, Maureen S. | Motley Rice, LLC | 3:17-cv-12296 |
| 167 | Luna, Jessica Nicole | Motley Rice, LLC | 3:17-cv-12324 |
| 168 | Schapiro, Liqun Y | Motley Rice, LLC | 3:17-cv-12726 |
| 169 | Mancini, Eleanor | Napoli Shkolnik, PLLC | 3:17-cv-12662 |
| 170 | Cook, Jerry | Napoli Shkolnik, PLLC | 3:17-cv-12703 |
| 171 | Gadfield, Robert | Napoli Shkolnik, PLLC | 3:17-cv-12704 |
| 172 | Doyle, Renee | Napoli Shkolnik, PLLC | 3:17-cv-12715 |
| 173 | Fierro, James | Napoli Shkolnik, PLLC | 3:17-cv-12716 |
| 174 | Christian, Patricia | Napoli Shkolnik, PLLC | 3:17-cv-12719 |
| 175 | Brigman, Barbara | Poulin, Willey, Anastopoulo, LLC // Steckler Gresham Cochran | 3:17-cv-08135 |
| 176 | Ikemoto, Joan Lee | Poulin, Willey, Anastopoulo, LLC // Steckler Gresham Cochran | 3:17-cv-08141 |

**March 1, 2024, Cases Deficient in Serving Plaintiff Profile Forms**

| Number | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 177 | Lovato, Angela | Pro Se | 3:16-cv-07427 |
| 178 | Smoller, Lorraine | Pro Se | 3:16-cv-07427 |
| 179 | Francis, Philip | Remer & Georges-Pierre, PLLC | 3:16-cv-07530 |
| 180 | Ewing, Marisa | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:17-cv-09614 |
| 181 | Ford, Teresa | Ross Feller Casey, LLP | 3:17-cv-02370 |
| 182 | Dalton, Connie | Ross Feller Casey, LLP | 3:17-cv-09074 |
| 183 | Sherlock, Tina | Sangisetty Law Firm, LLC | 3:17-cv-02751 |
| 184 | Eidson, Carol | Sangisetty Law Firm, LLC | 3:17-cv-02753 |
| 185 | Callies, Raenell | Shaw Cowart, LLP | 3:17-cv-13012 |
| 186 | Shackelford, Michael | Sill Law Group, PLLC | 3:17-cv-00040 |
| 187 | Ashlock, Leon | Sill Law Group, PLLC | 3:17-cv-11080 |
| 188 | Bradley, Marcie | Sill Law Group, PLLC | 3:17-cv-11081 |
| 189 | Bowling, Oleita | Sill Law Group, PLLC | 3:17-cv-11082 |
| 190 | Ashford, Shirley Jean | Sill Law Group, PLLC | 3:17-cv-11083 |
| 191 | Allee, Ila | Sill Law Group, PLLC | 3:17-cv-11084 |
| 192 | Gill, James | Sill Law Group, PLLC | 3:17-cv-11086 |
| 193 | McCorkle, Patricia | Sill Law Group, PLLC | 3:17-cv-11087 |
| 194 | Cagle, Cindy | Sill Law Group, PLLC | 3:17-cv-12729 |
| 195 | Yandell, Carol A | Simmons Hanly Conroy | 3:17-cv-04414 |
| 196 | Bullock, Cardell | Simmons Hanly Conroy | 3:17-cv-05779 |
| 197 | Rosensteel, Crystal M | Simmons Hanly Conroy | 3:17-cv-05781 |
| 198 | Brown, Sharon | Simmons Hanly Conroy | 3:17-cv-11231 |
| 199 | Mojica, Kristin | Steckler Gresham Cochran | 3:17-cv-08455 |
| 200 | Burroughs, Remona | Steckler Gresham Cochran | 3:17-cv-08476 |
| 201 | Tolliver, Paul | Steve Merritt Law | 3:17-cv-02976 |
| 202 | Weseman, Linda | Stewart & Stewart | 3:17-cv-01119 |
| 203 | Roberts, Sylvia | Stewart & Stewart | 3:17-cv-02890 |
| 204 | Isaacs, Victor | Summers & Johnson, P.C. | 3:17-cv-11676 |
| 205 | Bustos, Arthur L. | The Alarid Law Firm, P.C. | 3:17-cv-08290 |
| 206 | Vinton, Stephanie | The Dugan Law Firm, APLC | 3:17-cv-07777 |
| 207 | Fiordiliso, Jeanna | The Levensten Law Firm, P.C. | 3:17-cv-05652 |
| 208 | Cubbage, Kathy Ann | The Miller Firm, LLC | 3:17-cv-12877 |
| 209 | Pringle, Maryladene | The Simon Law Firm, PC | 3:17-cv-06766 |
| 210 | Demelia, Maylou | The Simon Law Firm, PC | 3:17-cv-10971 |
| 211 | Smith, Cassie | The Simon Law Firm, PC | 3:17-cv-11212 |
| 212 | Link, Mona | Wagstaff & Cartmell, LLP | 3:17-cv-04591 |