# DIAMOND LAW USA
### PERSONAL INJURY ADVOCATES LLP

**VIA ECF**

March 5, 2024

Honorable Rukhsanah L. Singh
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      *Re:*    *Response to Susan Sharko's March 1, 2024, Letter In Re: MDL 2738*

Dear Magistrate Judge Singh:

    Undersigned counsel received notice from Brown Greer on March 1, 2024, that the Plaintiff Profile Form (PPF) in the following cases was deficient due to not submitting a PPF in these cases:

| | |
|---|---|
| Lupe, Lavinia | Case No.: 3:17-cv-3965 |
| Skomp, Anna | Case No.: 3:17-cv-13188 |
| Coalson, Wanda | Case No.: 3:18-cv-00499 |
| Oppenberg, Josephine | Case No.: 3:18-cv-00585 |

    Counsel's paralegal promptly responded to Brown Greer with screenshots from MDL Centrality showing that Lupe was submitted on January 23, 2024; Skomp was submitted on February 6, 2024; and Oppenberg was submitted on February 12, 2024. Attached to this letter are the screenshots that counsel's paralegal provided to Brown Greer. In addition, counsel's paralegal informed Brown Greer that counsel was in the process of dismissing Coalson.

    Therefore, counsel requests that counsel for the Defendants update their records to show that these cases are not deficient and further requests that these cases not be placed on an order to show cause.

    Thank you for your consideration.

Respectfully,

*/s/ David J. Diamond*
**DIAMOND LAW, PLLC**

DJD/kjh

Enclosure