## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Rick Cochran, Individually and as Representative of the Estate of Rebecca H. Barbel, deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:24-cv-01273-MAS-RLS | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rick Cochran, individually and as Representative of the Estate of Rebecca H. Barbel, deceased.

This  5  day of  March , 2024.

                                                                Respectfully submitted,

                                                               ONDERLAW, LLC

By:    */s/*  
       James G. Onder, #38049 MO  
       William W. Blair, #58196 MO  
       Stephanie L. Rados, #65117 MO  
       110 E. Lockwood, 2nd Floor  
       St. Louis, MO 63119  
       314-963-9000 telephone  
       314-963-1700 facsimile  
       onder@onderlaw.com  
       blair@onderlaw.com  
       rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this ___5___ day of __March_____ 2024.

_/s/_ _____