**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nicoletta Dileo, Individually, and as Proposed Administrator of the Estate of Velvet Dileo, and Peter Dileo v. Johnson & Johnson, et al.*<br><br>Civil Action No.: 3:20-cv-14779 | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>MDL No. 16-2738 (FLW)(LHG)<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH SINGH |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that an Amended Short Form Complaint and Jury Demand was filed on February 28, 2024 on behalf of Plaintiff Velvet Dileo, Deceased.

Dated:  March 5, 2024                    Respectfully Submitted,

*/s/ Eli Fuchsberg*
ELI A. FUCHSBERG, ESQ.
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, Suite 3700
New York, NY 10016
Telephone: 212-869-3500
Fax: (212) 398-1532
e.fuchsberg@fuchsberg.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 5th day of March, 2024 to all parties of interest.

Dated: March 5, 2024

>                             */s/ Eli Fuchsberg*
>                             ELI A. FUCHSBERG, ESQ.