# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>TAMMY L. WILLIAMS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESATE OF CAROL A. BROWN | MDL No. 2738 (MAS) (RLS)<br>JUDGE MICHAEL SCHIPP<br>MAG. JUDGE LOIS H. GOODMAN<br><br><br><br>CIVIL ACTION No. 3:24-cv-01573 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that on March 5, 2024, the Short Form Complaint and Jury Demand were filed on behalf of Plaintiff, Tammy L. Williams, Individually and as Personal Representative of Estate of Carol A. Brown.

Date:   March 5, 2024                              Respectfully submitted,

/s/ Jay D. Miller
Jay D. Miller (MD Bar No. 04653)
jmiller@lawpga.com
Law Offices of Peter G. Angelos, P.C.
100 N. Charles Street, 20th Floor
Baltimore, Maryland 21201
410-649-2000 (Tel) 410-649-2150 (Fax)
*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ Jay D. Miller<br>
Jay D. Miller