**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Shelley Madison vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-01290-MAS-LHG* | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Shelley Madison.

This __6__ day of __March__, 2024.

                                              Respectfully submitted,

                                              ONDERLAW, LLC

                            By:   */s/*
                                    James G. Onder, #38049 MO
                                    William W. Blair, #58196 MO
                                    Stephanie L. Rados, #65117 MO
                                    110 E. Lockwood, 2nd Floor
                                    St. Louis, MO  63119
                                    314-963-9000 telephone
                                    314-963-1700 facsimile
                                    onder@onderlaw.com
                                    blair@onderlaw.com
                                    rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __6___ day of __March_____, 2024.

                       /s/ _____