# Exhibit A

| Case No. | Case Name |
|---|---|
| 3:21-cv-17209 | ADAM |
| 3:19-cv-20063 | ADAMS |
| 3:18-cv-01431 | ALLISON |
| 3:20-cv-07506 | ALSTROM |
| 3:20-cv-07518 | AMODEI |
| 3:18-cv-14017 | ANDERSON |
| 3:20-cv-00919 | ANTOCICCO |
| 3:23-cv-16740 | APAP |
| 3:23-cv-15863 | ARCUNI |
| 3:21-cv-02206 | ARGERENON |
| 3:17-cv-07929 | AUSTIN |
| 3:20-cv-05328 | BADER-REINDL |
| 3:20-cv-04319 | BARNETT |
| 3:17-cv-09237 | BARRERA |
| 3:18-cv-00934 | BEADLING |
| 3:18-cv-12776 | BECK |
| 3:18-cv-13324 | BELK |
| 3:17-cv-10168 | BENSON |
| 3:20-cv-05366 | BERGIN |
| 3:17-cv-08876 | BERNHARDT |
| 3:20-cv-05951 | BIBER, SR |
| 3:19-cv-01505 | BLACKSHERER |
| 3:19-cv-16151 | BLAIR |
| 3:17-cv-10164 | BLAKE |
| 3:18-cv-13250 | BLUM |
| 3:17-cv-08669 | BOND |
| 3:19-cv-12855 | BONIT |
| 3:19-cv-16150 | BOULAS |
| 3:17-cv-13041 | BOULER |
| 3:17-cv-08133 | BRANCH |
| 3:17-cv-09805 | BRANDON |
| 3:18-cv-15712 | BRASHER |
| 3:17-cv-08906 | BRASWELL |
| 3:17-cv-10255 | BROWN |
| 3:19-cv-16505 | BRUNO |
| 3:19-cv-17863 | BURCHETTE |
| 3:18-cv-17188 | BURKS |
| 3:19-cv-20193 | BURNEY |
| 3:17-cv-05738 | BURNS |
| 3:19-cv-17055 | BUSCH |
| 3:19-cv-20730 | CABA |
| 3:21-cv-01320 | CAIRATTI |
| 3:19-cv-17775 | CAREAGA |
| 3:18-cv-10817 | CARLSON |
| 3:19-cv-12976 | CARPEN |
| 3:18-cv-01831 | CARREAU |

| Case No. | Case Name |
|---|---|
| 3:21-cv-17197 | CASE |
| 3:18-cv-13603 | CASE |
| 3:18-cv-09665 | CASELLA |
| 3:19-cv-17350 | CASTRO |
| 3:18-cv-14409 | CECIL |
| 3:18-cv-16609 | CHLUS |
| 3:19-cv-21075 | COCO |
| 3:17-cv-08859 | COLEMAN |
| 3:21-cv-10638 | CONGROVE |
| 3:19-cv-16749 | CONLEY |
| 3:19-cv-01808 | CONLEY |
| 3:20-cv-15093 | COOK |
| 3:18-cv-16276 | COON |
| 3:17-cv-08863 | COOPER |
| 3:19-cv-19858 | COQUERAN |
| 3:19-cv-15426 | COSBY |
| 3:20-cv-01902 | COUCH |
| 3:17-cv-08129 | COURTER |
| 3:23-cv-16016 | CREVELING |
| 3:17-cv-08671 | CRIDER |
| 3:17-cv-9159 | CRISTOBAL |
| 3:19-cv-16147 | CULPEPPER |
| 3:18-cv-01185 | CUNNINGHAM |
| 3:18-cv-17329 | CURRAN |
| 3:18-cv-09985 | CURRY |
| 3:17-cv-02498 | DANIEL |
| 3:20-cv-13832 | DARDEN |
| 3:17-cv-10336 | DARR |
| 3:17-cv-08595 | DAVIS |
| 3:20-cv-01906 | DAVIS |
| 3:19-cv-05009 | DELA CRUZ |
| 3:20-cv-02926 | DELONG |
| 3:18-cv-16624 | DENNIS |
| 3:18-cv-13235 | DEROSA |
| 3:17-cv-09534 | DIPSEY |
| 3:19-cv-05664 | DIXON |
| 3:17-cv-08723 | DOMINSKI |
| 3:19-cv-14274 | DONALDSON |
| 3:17-cv-08728 | DONOVAN |
| 3:19-cv-12874 | DUFF |
| 3:20-cv-01408 | DUKE |
| 3:18-cv-17286 | DUKES |
| 3:19-cv-12103 | DUNLAP |
| 3:18-cv-09715 | EDWARDS |
| 3:18-cv-09722 | EDWARDS |
| 3:18-cv-16916 | EDWARDS |

| Case No. | Case Name |
|----------|-----------|
| 3:20-cv-11539 | EINBINDER |
| 3:23-cv-15999 | ERHART |
| 3:19-cv-19960 | EUGENI |
| 3:20-cv-07498 | EVANS |
| 3:23-cv-16799 | FAICCO |
| 3:19-cv-20990 | FARKAS |
| 3:20-cv-00172 | FARMER-JORDAN |
| 3:18-cv-14661 | FELENSTEIN |
| 3:20-cv-07510 | FERARI |
| 3:17-cv-08610 | FIELDS |
| 3:20-cv-06373 | FLEENOR |
| 3:17-cv-08613 | FLEMING |
| 3:19-cv-16141 | FLOWERS |
| 3:20-cv-09258 | FLOYD |
| 3:19-cv-18226 | FLUNDER |
| 3:19-cv-18690 | FOARD |
| 3:20-cv-00617 | FONSECA |
| 3:19-cv-17921 | FOSTER |
| 3:21-cv-06798 | FOSTER |
| 3:19-cv-05648 | FOX |
| 3:20-cv-14109 | FOX |
| 3:18-cv-08945 | FRANCIS |
| 3:19-cv-21069 | FREEMAN |
| 3:19-cv-17765 | FULKERSON |
| 3:17-cv-10370 | FULLER |
| 3:23-cv-15882 | FUQUA |
| 3:22-cv-01425 | GAFFNEY |
| 3:17-cv-12596 | GAINES |
| 3:20-cv-03865 | GARBETT |
| 3:19-cv-19857 | GARRETSON |
| 3:20-cv-01755 | GENET |
| 3:18-cv-08333 | GEORGE |
| 3:18-cv-02833 | GEORGE |
| 3:20-cv-14721 | GERARD |
| 3:18-cv-02459 | GERETY |
| 3:19-cv-12883 | GIBBS |
| 3:20-cv-10010 | GILES |
| 3:18-cv-02835 | GILMORE |
| 3:18-cv-11239 | GLADSEN |
| 3:17-cv-08808 | GLEASON |
| 3:18-cv-01583 | GODWIN |
| 3:17-cv-08618 | GOEB |
| 3:17-cv-09637 | GOLDEN |
| 3:19-cv-16926 | GOMEZ |
| 3:19-cv-11238 | GOSS |
| 3:17-cv-02942 | GRAF-SPIEGEL |

| Case No. | Case Name |
|----------|-----------|
| 3:19-cv-17433 | GRAVELY |
| 3:20-cv-14840 | GRAY |
| 3:20-cv-02252 | GREEN |
| 3:19-cv-18878 | GREER |
| 3:19-cv-17364 | GREVE |
| 3:19-cv-18987 | GRIER |
| 3:18-cv-17322 | GRIFFIN |
| 3:17-cv-10806 | GRUNDEN |
| 3:18-cv-15418 | GUARINO |
| 3:19-cv-17351 | HAFFNER-WINKE |
| 3:19-cv-17380 | HAGANS |
| 3:21-cv-00277 | HAMILTON |
| 3:20-cv-09046 | HAMILTON |
| 3:17-cv-08624 | HAMMER-ALLEN |
| 3:17-cv-08922 | HAMPTON |
| 3:19-cv-17762 | HANLEY |
| 3:19-cv-16735 | HARJO |
| 3:18-cv-13995 | HARPER |
| 3:18-cv-03712 | HARRIS |
| 3:17-cv-10309 | HARRIS |
| 3:18-cv-14687 | HARRIS |
| 3:18-cv-15494 | HARVEY |
| 3:18-cv-10664 | HASTINGS |
| 3:18-cv-11883 | HAYLETT |
| 3:19-cv-19759 | HAYS |
| 3:17-cv-10325 | HEBDON |
| 3:19-cv-19961 | HENNEBERGER |
| 3:17-cv-09048 | HERRERA |
| 3:18-cv-02849 | HESS |
| 3:17-cv-10610 | HESTER |
| 3:20-cv-02937 | HILSCHER |
| 3:19-cv-12230 | HINKLE |
| 3:19-cv-17840 | HOAGE |
| 3:17-cv-09072 | HOGAN |
| 3:18-cv-14348 | HOMIRE |
| 3:19-cv-14293 | HUDSON |
| 3:20-cv-03791 | HUNLEY |
| 3:19-cv-21538 | HUNTER |
| 3:19-cv-16068 | HUNTER |
| 3:18-cv-05906 | HUSAK |
| 3:21-cv-00180 | HUTCHINS |
| 3:18-cv-17080 | HYMES |
| 3:23-cv-05186 | IVEY |
| 3:18-cv-13998 | JACKSON |
| 3:18-cv-03720 | JACKSON |
| 3:20-cv-07107 | JAGNEAUX |

| Case No. | Case Name |
|----------|-----------|
| 3:19-cv-11718 | JAMES |
| 3:23-cv-16132 | JARMEL |
| 3:19-cv-12305 | JOHNSON |
| 3:18-cv-01451 | JOHNSON |
| 3:18-cv-16641 | JOHNSON |
| 3:17-cv-10408 | JOHNSON |
| 3:18-cv-00013 | JONES |
| 3:18-cv-03723 | JONES |
| 3:17-cv-10550 | JORDAN |
| 3:18-cv-16956 | JUREK |
| 3:19-cv-11418 | KATZ |
| 3:19-cv-12367 | KELLER |
| 3:18-cv-13812 | KENNEDY |
| 3:18-cv-08104 | KENT |
| 3:20-cv-07254 | KERNS |
| 3:18-cv-03967 | KIERNAN |
| 3:19-cv-12521 | KING |
| 3:19-cv-17414 | KING |
| 3:23-cv-16080 | KINGSLEY |
| 3:18-cv-03264 | KINLER |
| 3:17-cv-13000 | KISSING |
| 3:19-cv-18711 | KNOLL |
| 3:19-cv-00700 | KOHLIEM |
| 3:20-cv-08910 | KOSHGARIAN |
| 3:18-cv-10785 | KRISZTINICZ |
| 3:21-cv-09915 | KRUEGER |
| 3:19-cv-05882 | KWIATT |
| 3:22-cv-01430 | LANDI |
| 3:19-cv-16889 | LANDRY |
| 3:18-cv-03073 | LANGFORD-KEEHN |
| 3:19-cv-04525 | LANNING-BOYD |
| 3:18-cv-11885 | LARSON |
| 3:23-cv-16635 | LARUCCIA |
| 3:17-cv-09741 | LAUZIERE |
| 3:18-cv-14778 | LAVENDER |
| 3:23-cv-16161 | LAWRENCE |
| 3:18-cv-10786 | LAYTON |
| 3:19-cv-02179 | LEAF |
| 3:19-cv-16705 | LEE-DARKO |
| 3:20-cv-03813 | LEWIS |
| 3:18-cv-00071 | LEWIS |
| 3:18-cv-09024 | LIEURANCE |
| 3:17-cv-10613 | LINN |
| 3:19-cv-21544 | LIPSCOMB |
| 3:20-cv-10134 | LIZAOLA |
| 3:20-cv-07598 | LOMBARDI |

| Case No. | Case Name |
|---|---|
| 3:20-cv-12964 | LONG |
| 3:17-cv-03573 | LONG |
| 3:23-cv-16656 | LONNEVILLE |
| 3:18-cv-10788 | LOUHISDON |
| 3:17-cv-08112 | LUCAS |
| 3:17-cv-09124 | LUKEY |
| 3:19-cv-17848 | LUNA |
| 3:20-cv-08909 | LUNN |
| 3:18-cv-13538 | LYTLE |
| 3:17-cv-10597 | MARSEE |
| 3:19-cv-16973 | MARTIN |
| 3:17-cv-09322 | MARTINCHALK |
| 3:20-cv-00484 | MARTIS |
| 3:18-cv-17664 | MATTESON |
| 3:23-cv-16704 | MCCRACKEN |
| 3:23-cv-16719 | MCCRARY-GARDNER |
| 3:20-cv-15161 | MCCULLERS |
| 3:18-cv-11973 | MCLEAN |
| 3:18-cv-03143 | MCNEESE |
| 3:19-cv-08227 | MEDEIROS |
| 3:20-cv-10838 | MEDFORD |
| 3:18-cv-14978 | MEREE |
| 3:19-cv-08844 | MERVINE |
| 3:19-cv-11691 | MESSER |
| 3:18-cv-03321 | MICHALES |
| 3:17-cv-08298 | MICHON |
| 3:17-cv-08958 | MILLER |
| 3:19-cv-06993 | MILLER |
| 3:18-cv-01450 | MILLINGER |
| 3:18-cv-00021 | MITCHELL |
| 3:17-cv-10528 | MITCHELL |
| 3:20-cv-08457 | MOLLOY |
| 3:20-cv-07599 | MOODY |
| 3:18-cv-14426 | MOORE |
| 3:18-cv-04823 | MORGAN |
| 3:17-cv-06368 | MORRELL |
| 3:19-cv-16923 | MOSER |
| 3:19-cv-05837 | MOSER |
| 3:20-cv-01278 | MOSHIER |
| 3:18-cv-12740 | MOYE |
| 3:19-cv-05886 | MRAZ |
| 3:20-cv-10856 | MULLEN |
| 3:17-cv-10434 | MURRAY |
| 3:18-cv-12867 | MURRIEL |
| 3:19-cv-01198 | MUSCHETTE |
| 3:20-cv-00486 | MYERS |

| Case No. | Case Name |
|---|---|
| 3:18-cv-03972 | MYERS |
| 3:23-cv-16120 | MYLES |
| 3:17-cv-10422 | NASH |
| 3:18-cv-01792 | NAZIM |
| 3:20-cv-10393 | NEAL |
| 3:17-cv-09740 | OBENDORFER |
| 3:20-cv-09130 | ORF |
| 3:17-cv-09999 | OVERSTREET |
| 3:18-cv-02734 | PARK |
| 3:17-cv-09477 | PARTEN |
| 3:18-cv-12732 | PATE |
| 3:17-cv-09792 | PATTERSON |
| 3:23-cv-16847 | PENNDORF |
| 3:20-cv-12569 | PERTEETE |
| 3:20-cv-00260 | PETERSON |
| 3:17-cv-04720 | PETERSON |
| 3:18-cv-10831 | PHILLIPS |
| 3:18-cv-01823 | PIVAC |
| 3:19-cv-14040 | POOLE |
| 3:17-cv-09388 | POWELL |
| 3:18-cv-14421 | PUGH |
| 3:18-cv-16645 | PUSZKARCZUK |
| 3:20-cv-09187 | PUTHUMANA |
| 3:17-cv-04721 | QUAIDER |
| 3:19-cv-08944 | RAINVILLE |
| 3:18-cv-02880 | RAMIE |
| 3:19-cv-19291 | RAYMOND |
| 3:19-cv-19856 | RAYNOR |
| 3:19-cv-05893 | RHODES |
| 3:17-cv-09781 | RICHTER |
| 3:18-cv-15836 | RILEY |
| 3:19-cv-14195 | RISTESUND |
| 3:18-cv-03979 | RITSON |
| 3:23-cv-16041 | RITTER |
| 3:18-cv-14346 | ROBINSON-HORTON |
| 3:18-cv-10851 | RODGERS |
| 3:20-cv-00097 | RORRISON |
| 3:23-cv-15933 | RUGGELS |
| 3:17-cv-01362 | RUPERT |
| 3:20-cv-12459 | RUSACKAS |
| 3:18-cv-13330 | RUSSO |
| 3:18-cv-17308 | SALTER |
| 3:17-cv-09089 | SANDERS |
| 3:17-cv-12334 | SANTO |
| 3:20-cv-20365 | SCHANTZ |
| 3:23-cv-17934 | SCHWANTES |

| Case No. | Case Name |
|---|---|
| 3:23-cv-16941 | SEEMAN |
| 3:18-cv-02037 | SEMAN |
| 3:20-cv-07416 | SEWELL |
| 3:19-cv-17330 | SHABAZZ |
| 3:18-cv-12875 | SHORE |
| 3:19-cv-16867 | SHULL |
| 3:19-cv-18980 | SIGNORELLI |
| 3:20-cv-15138 | SIRRIDGE |
| 3:19-cv-21843 | SISI |
| 3:17-cv-08707 | SLADE |
| 3:19-cv-07796 | SMITH |
| 3:23-cv-09826 | SMITH |
| 3:19-cv-17043 | SMITH |
| 3:18-cv-14273 | SMITH |
| 3:19-cv-16023 | SMITH-FERRELL |
| 3:19-cv-07803 | SORENSEN |
| 3:19-cv-07801 | SOUDYN |
| 3:17-cv-10086 | STEWART |
| 3:17-cv-09746 | STRAHAN |
| 3:20-cv-13112 | SUAREZ |
| 3:17-cv-11140 | SULLIVAN |
| 3:17-cv-09044 | SUTER |
| 3:19-cv-16938 | SWANSON |
| 3:18-cv-10863 | TAPPER |
| 3:19-cv-17333 | TERRELL |
| 3:18-cv-09667 | TERRELL |
| 3:20-cv-11543 | THERIOT |
| 3:18-cv-02885 | THOMAS |
| 3:19-cv-12912 | THOMAS |
| 3:17-cv-11153 | TILTON |
| 3:18-cv-16621 | TIMAR |
| 3:17-cv-10773 | TODD |
| 3:19-cv-20238 | TOLER |
| 3:19-cv-13659 | TONEY |
| 3:17-cv-12237 | TOSKIN |
| 3:18-cv-01834 | TRAHAN |
| 3:18-cv-05011 | TROWBRIDGE |
| 3:18-cv-06059 | TUCKER |
| 3:19-cv-19463 | TURK |
| 3:18-cv-16607 | TVEDE |
| 3:18-cv-02776 | VANCE |
| 3:19-cv-21058 | VANIKIOTIS |
| 3:19-cv-17937 | VAUGHN |
| 3:17-cv-10090 | WAGNER |
| 3:17-cv-09700 | WAITE |
| 3:20-cv-00288 | WALKER |

| Case No. | Case Name |
|---|---|
| 3:20-cv-10715 | WALKER |
| 3:19-cv-15925 | WALTERS-HAUSER |
| 3:19-cv-20481 | WATCHORN |
| 3:19-cv-05595 | WEBER |
| 3:23-cv-17670 | WEISS |
| 3:17-cv-09229 | WELCH |
| 3:19-cv-17941 | WELCH |
| 3:20-cv-06689 | WENDELL |
| 3:23-cv-17717 | WESTFALL |
| 3:20-cv-15534 | WHEATON |
| 3:20-cv-18017 | WHITE |
| 3:17-cv-09634 | WHITE |
| 3:20-cv-06692 | WIGGETT |
| 3:20-cv-01061 | WIGGINS |
| 3:17-cv-10451 | WILLIAMS |
| 3:20-cv-00409 | WILLIAMS |
| 3:20-cv-14141 | WILLIAMS-CHEEKS |
| 3:17-cv-08596 | WILLIAMSON |
| 3:18-cv-12790 | WILLIS |
| 3:20-cv-00107 | WILLOUGHBY |
| 3:17-cv-09442 | WITTEVEEN |
| 3:17-cv-08550 | WOJCICKI |
| 3:19-cv-14225 | WRIGHT-POLZIN |
| 3:20-cv-20718 | WYATT |
| 3:18-cv-02282 | WYNN |
| 3:17-cv-11146 | ZANCA |
| 3:18-cv-12156 | ZAPALAC |
| 3:23-cv-17790 | ZENGERSKI |
| 3:19-cv-16648 | ZIELINSKI |