# Exhibit B

| Case No. | Case Name |
|---|---|
| 3:16-cv-07886 | WILSON |
| 3:16-cv-09524 | SISSAC |
| 3:16-cv-09564 | BEZUE |
| 3:17-cv-00791 | BEDFORD |
| 3:17-cv-03729 | SMITH |
| 3:17-cv-04353 | SALDANA-KINTNER |
| 3:17-cv-05315 | WELLS |
| 3:17-cv-05480 | DARLING |
| 3:17-cv-05670 | JEFFERIES |
| 3:17-cv-05781 | ROSENSTEEL |
| 3:17-cv-06607 | WINGET |
| 3:17-cv-06613 | WEISBERG |
| 3:17-cv-06715 | HAMILTON |
| 3:17-cv-06736 | GRISSOM |
| 3:17-cv-06741 | SAUSMAN |
| 3:17-cv-06749 | GRIFFIN |
| 3:17-cv-06862 | SYMES |
| 3:17-cv-07089 | VALIAN |
| 3:17-cv-07120 | DICARLO-WAKELEY |
| 3:17-cv-07318 | BORCHARDT |
| 3:17-cv-07681 | WEBB |
| 3:17-cv-07801 | ALBANESE |
| 3:17-cv-07824 | GARNES |
| 3:17-cv-07839 | MILLER |
| 3:17-cv-08013 | BILBREY |
| 3:17-cv-08045 | ANDERSON |
| 3:17-cv-08361 | ROSS |
| 3:17-cv-08537 | BARRETT |
| 3:17-cv-08568 | CONSTANT |
| 3:17-cv-08641 | SCOTT |
| 3:17-cv-08667 | COLEMAN |
| 3:17-cv-08686 | HATCH |
| 3:17-cv-08704 | SHEPARD |
| 3:17-cv-08710 | TERRY-WELLS |
| 3:17-cv-08724 | SMOCK |
| 3:17-cv-08840 | CLINE |
| 3:17-cv-08903 | SILVER |
| 3:17-cv-08919 | BOTTOMS |
| 3:17-cv-09020 | TRUDEAU |
| 3:17-cv-09024 | REED |
| 3:17-cv-09049 | SPENCE |
| 3:17-cv-09067 | LANDRY |
| 3:17-cv-09138 | LYONS |
| 3:17-cv-09143 | RODRIGUEZ |
| 3:17-cv-09144 | MACKEY |
| 3:17-cv-09150 | MAIDEN |

| Case No. | Case Name |
|---|---|
| 3:17-cv-09219 | ADDELSTON |
| 3:17-cv-09235 | TUCKER |
| 3:17-cv-09243 | BURNS |
| 3:17-cv-09416 | POELING |
| 3:17-cv-09439 | DESCHAMPS |
| 3:17-cv-09632 | FISHER |
| 3:17-cv-09633 | MATULICH |
| 3:17-cv-09654 | DUNN |
| 3:17-cv-09693 | LETT |
| 3:17-cv-09790 | DAVIS |
| 3:17-cv-09812 | THAYER |
| 3:17-cv-09815 | SUTHERLAND |
| 3:17-cv-09966 | GRIMM |
| 3:17-cv-10009 | RUCKER |
| 3:17-cv-10033 | PEIRCE |
| 3:17-cv-10082 | SO |
| 3:17-cv-10101 | GILBERT |
| 3:17-cv-10175 | DAVIS |
| 3:17-cv-10199 | WILBURN |
| 3:17-cv-10201 | ALLEN |
| 3:17-cv-10220 | STETTNER |
| 3:17-cv-10312 | FOREMAN |
| 3:17-cv-10319 | BUTLER |
| 3:17-cv-10390 | HELTON |
| 3:17-cv-10409 | RADER |
| 3:17-cv-10423 | MAGUIRE |
| 3:17-cv-10427 | MUSGRAVE |
| 3:17-cv-10453 | WILLIAMS |
| 3:17-cv-10499 | BOWNE |
| 3:17-cv-10567 | MCCLENDON |
| 3:17-cv-10575 | KIMMEL |
| 3:17-cv-10621 | KISER |
| 3:17-cv-10684 | LOUISE LOMBARDO |
| 3:17-cv-10723 | KOPPENHAVER |
| 3:17-cv-10822 | ROSSER |
| 3:17-cv-10972 | GRANUM |
| 3:17-cv-11029 | MORGAN |
| 3:17-cv-11046 | LINCECUM |
| 3:17-cv-11069 | WAUGH |
| 3:17-cv-11120 | EMERY |
| 3:17-cv-11156 | BENTLEY |
| 3:17-cv-11231 | BROWN |
| 3:17-cv-11384 | FALLS |
| 3:17-cv-11559 | HOLMES |
| 3:17-cv-11620 | MARKUS |
| 3:17-cv-11799 | WARREN |

Exhibit B

| Case No. | Case Name |
|---|---|
| 3:17-cv-11879 | IZZO |
| 3:17-cv-11892 | HUETT |
| 3:17-cv-11911 | MCCLINTON |
| 3:17-cv-11921 | MANGES |
| 3:17-cv-11946 | JEMISON |
| 3:17-cv-11950 | KOWALSKI |
| 3:17-cv-11952 | JONES |
| 3:17-cv-11958 | KEY |
| 3:17-cv-12066 | PIKE |
| 3:17-cv-12076 | SIMMS |
| 3:17-cv-12105 | CHOLEWA |
| 3:17-cv-12109 | CLARK |
| 3:17-cv-12142 | BOWENS |
| 3:17-cv-12354 | VITOLS |
| 3:17-cv-12361 | THOMPSON-LOTT |
| 3:17-cv-12513 | PERRY |
| 3:17-cv-12544 | LOWE |
| 3:17-cv-12575 | SMITH |
| 3:17-cv-12698 | SHONING |
| 3:17-cv-12731 | ALLISON |
| 3:17-cv-12794 | SPITZ |
| 3:17-cv-12803 | BRINSON |
| 3:17-cv-12804 | ANDERS |
| 3:17-cv-12806 | BARGE-CHAMBERS |
| 3:17-cv-12807 | BASSFIELD |
| 3:17-cv-12812 | MCNEILL |
| 3:17-cv-12835 | JUMP |
| 3:17-cv-12896 | RICHARDSON |
| 3:17-cv-12899 | PIRTLE |
| 3:17-cv-12905 | PORTER |
| 3:17-cv-13001 | MCCARTY |
| 3:17-cv-13013 | SADOWSKI |
| 3:17-cv-13017 | SILLIN |
| 3:17-cv-13410 | ASHTON |
| 3:17-cv-13469 | BUTLER |
| 3:17-cv-13612 | PALMER |
| 3:17-cv-13632 | SHANNON |
| 3:17-cv-13645 | WINDHAM |
| 3:17-cv-13648 | COPENHAVER |
| 3:18-cv-00119 | WILSON |
| 3:18-cv-00245 | RODRIGUEZ |
| 3:18-cv-00506 | CHARNOFF |
| 3:18-cv-00557 | KERKESLAGER |
| 3:18-cv-00952 | MOSSA |
| 3:18-cv-01281 | DUDDY |
| 3:18-cv-01320 | KATH |

Exhibit 74

| Case No. | Case Name |
|---|---|
| 3:18-cv-01553 | PORTER |
| 3:18-cv-01562 | SHERMAN |
| 3:18-cv-01574 | POWELL |
| 3:18-cv-01629 | FIGUEROA |
| 3:18-cv-01637 | CORNS |
| 3:18-cv-01639 | WILLIS |
| 3:18-cv-01790 | SIMON |
| 3:18-cv-01893 | DAVIS |
| 3:18-cv-02066 | HILLARD |
| 3:18-cv-02142 | COLEMAN |
| 3:18-cv-02462 | GOBBEL |
| 3:18-cv-02562 | CANADA |
| 3:18-cv-02616 | LOCKHART |
| 3:18-cv-02640 | ABALOS |
| 3:18-cv-02662 | AMENTA |
| 3:18-cv-02698 | ERNST |
| 3:18-cv-02740 | RODGERS |
| 3:18-cv-02741 | ROGERS |
| 3:18-cv-02761 | SHEPARD |
| 3:18-cv-02764 | SILVA |
| 3:18-cv-02820 | DANDO |
| 3:18-cv-02842 | GREEN |
| 3:18-cv-02855 | JOHNSON |
| 3:18-cv-02866 | KILGORE |
| 3:18-cv-02871 | LEACH |
| 3:18-cv-03067 | DEVINE |
| 3:18-cv-03261 | GLASSON |
| 3:18-cv-03272 | OLLER |
| 3:18-cv-03348 | WILSON |
| 3:18-cv-03696 | FAY |
| 3:18-cv-03823 | VARNER |
| 3:18-cv-03908 | GRAHAM |
| 3:18-cv-03916 | ADAMS |
| 3:18-cv-03968 | LARSON |
| 3:18-cv-03983 | SLACK |
| 3:18-cv-03990 | STEWART |
| 3:18-cv-03998 | LAWRENCE |
| 3:18-cv-04455 | FAY |
| 3:18-cv-04713 | TUCKER |
| 3:18-cv-04749 | CAMPBELL |
| 3:18-cv-04751 | WRIGHT |
| 3:18-cv-05007 | MILNER |
| 3:18-cv-05008 | NICHOLS |
| 3:18-cv-05020 | TUCKER |
| 3:18-cv-05920 | NOEL |
| 3:18-cv-05923 | NYHAN |

Exhibit B

| Case No. | Case Name |
|---|---|
| 3:18-cv-07634 | NOONAN |
| 3:18-cv-08188 | CHURCH |
| 3:18-cv-08209 | SOLOMON |
| 3:18-cv-08316 | JACKSON |
| 3:18-cv-08365 | FRAZIER |
| 3:18-cv-08459 | DAVLIN |
| 3:18-cv-08534 | PAINTER |
| 3:18-cv-08584 | SMITH |
| 3:18-cv-08948 | HENDERSON-HILDEBRAND |
| 3:18-cv-08950 | JOSEY |
| 3:18-cv-08992 | MENDOZA |
| 3:18-cv-09156 | KAAUWAI |
| 3:18-cv-09412 | HANSON |
| 3:18-cv-09417 | LUTZ |
| 3:18-cv-09622 | EVERETT |
| 3:18-cv-09637 | ORTA-VALDOVINOS |
| 3:18-cv-09699 | COTIC |
| 3:18-cv-09831 | FJAYAN |
| 3:18-cv-09929 | TRESSLER |
| 3:18-cv-09941 | PIERCE |
| 3:18-cv-09997 | VOMDORP |
| 3:18-cv-10362 | HASKELL |
| 3:18-cv-10826 | MURRAY |
| 3:18-cv-10882 | GREEN |
| 3:18-cv-10930 | OBASI |
| 3:18-cv-10938 | EMBRY |
| 3:18-cv-11394 | LUNA |
| 3:18-cv-11516 | FISCHER |
| 3:18-cv-11774 | PARKS |
| 3:18-cv-11865 | SMITH |
| 3:18-cv-11875 | YODER |
| 3:18-cv-11976 | MOMOKI |
| 3:18-cv-12020 | WALK |
| 3:18-cv-12030 | CAHILL |
| 3:18-cv-12075 | MCDERMOTT |
| 3:18-cv-12256 | THORNTON |
| 3:18-cv-12261 | TETREAULT |
| 3:18-cv-12266 | MONFET |
| 3:18-cv-12508 | ANTOINE |
| 3:18-cv-12526 | JIMINEZ |
| 3:18-cv-12691 | CASCELLA |
| 3:18-cv-12737 | CULVER |
| 3:18-cv-12781 | HUFF |
| 3:18-cv-12785 | PASCUZZO |
| 3:18-cv-12935 | TRENT |
| 3:18-cv-13273 | PENCE |

Exhibit B

| Case No. | Case Name |
|---|---|
| 3:18-cv-13510 | BARRON |
| 3:18-cv-13612 | KEENE |
| 3:18-cv-13652 | SMITH |
| 3:18-cv-13999 | WRIGHT |
| 3:18-cv-14008 | WAERSTAD |
| 3:18-cv-14042 | GARCIA |
| 3:18-cv-14088 | MCELHANEY |
| 3:18-cv-14106 | MITCHELL |
| 3:18-cv-14267 | WOLFGANG |
| 3:18-cv-14274 | BELLCOM |
| 3:18-cv-14406 | LANGLEY |
| 3:18-cv-14429 | MCAFEE |
| 3:18-cv-14442 | SCHILD |
| 3:18-cv-14481 | PERULLO |
| 3:18-cv-14489 | GRANT-RICHBERG |
| 3:18-cv-14510 | ADAMS |
| 3:18-cv-14986 | ROGERS |
| 3:18-cv-15398 | CONKLIN |
| 3:18-cv-15417 | FAIL |
| 3:18-cv-15438 | BROWN |
| 3:18-cv-15506 | CLAYBERGER |
| 3:18-cv-15690 | DE GUZMAN |
| 3:18-cv-16294 | PAPAGNI |
| 3:18-cv-16323 | JACOBY |
| 3:18-cv-16492 | CORRY |
| 3:18-cv-16632 | BAILEY |
| 3:18-cv-16646 | REYES |
| 3:18-cv-16647 | SUBER |
| 3:18-cv-16656 | DUVAL |
| 3:18-cv-16787 | HUDSON |
| 3:18-cv-16845 | PALMER |
| 3:18-cv-17002 | SAUNDERS |
| 3:18-cv-17189 | MCCANN |
| 3:18-cv-17311 | FEICHT |
| 3:18-cv-17406 | ARSENAULT |
| 3:18-cv-17446 | DYKSTRA |
| 3:18-cv-17715 | MILLER |
| 3:19-cv-00058 | BROOKMAN |
| 3:19-cv-00725 | POOLE |
| 3:19-cv-00955 | MEANS |
| 3:19-cv-01195 | MILLER |
| 3:19-cv-01201 | OGBONNAH |
| 3:19-cv-01222 | BROOKS |
| 3:19-cv-01467 | JOHNSON |
| 3:19-cv-04410 | BERGERON |
| 3:19-cv-05643 | BONDS |

| Case No. | Case Name |
|---|---|
| 3:19-cv-05780 | IRVIN |
| 3:19-cv-05822 | MAGBAG |
| 3:19-cv-05823 | MATELJAN |
| 3:19-cv-05876 | RAMER |
| 3:19-cv-07711 | SHELTON |
| 3:19-cv-07712 | SHEPPARD |
| 3:19-cv-07743 | MENDES |
| 3:19-cv-07781 | WALLACE |
| 3:19-cv-07809 | STEARNS |
| 3:19-cv-07992 | THE ESTATE OF CARMEN GEREZ |
| 3:19-cv-08160 | RAMOS |
| 3:19-cv-08294 | MCDONALD |
| 3:19-cv-08512 | GREENLAND |
| 3:19-cv-08520 | EDGIN |
| 3:19-cv-08524 | LUCKNER-BABASH |
| 3:19-cv-08595 | KAMSCH |
| 3:19-cv-08731 | EISELE |
| 3:19-cv-08999 | PAVANO |
| 3:19-cv-09037 | BOYCE |
| 3:19-cv-09042 | MADISON |
| 3:19-cv-09167 | COMER |
| 3:19-cv-09479 | GAMBOA |
| 3:19-cv-10018 | KRASS |
| 3:19-cv-10021 | TURNER |
| 3:19-cv-11065 | BRUNSON |
| 3:19-cv-11246 | HOLLIDAY |
| 3:19-cv-11251 | HUGHES |
| 3:19-cv-11979 | CRANFORD |
| 3:19-cv-12128 | MCMANUS |
| 3:19-cv-12268 | BENSON |
| 3:19-cv-12304 | JACKSON |
| 3:19-cv-12309 | MURRAY |
| 3:19-cv-12327 | WEEMS |
| 3:19-cv-12349 | ANDERSON |
| 3:19-cv-12366 | FOGEL |
| 3:19-cv-12373 | BERRY |
| 3:19-cv-12450 | THE ESTATE OR DOROTHY JOHNSON |
| 3:19-cv-12498 | POWERS |
| 3:19-cv-12880 | ERICKSON |
| 3:19-cv-12884 | GLEASON |
| 3:19-cv-13189 | TALBERT |
| 3:19-cv-13411 | TOLIN |
| 3:19-cv-13932 | JACKSON |
| 3:19-cv-14174 | ALGER |
| 3:19-cv-14281 | FERRANTI |
| 3:19-cv-14305 | WALKER |

| Case No. | Case Name |
|---|---|
| 3:19-cv-14312 | BETTENCOURT |
| 3:19-cv-14325 | HENRIKSEN |
| 3:19-cv-14542 | FORNEY |
| 3:19-cv-14787 | BOWERS |
| 3:19-cv-15422 | NOVACK |
| 3:19-cv-15926 | VILLANUEVA |
| 3:19-cv-16034 | WESAW |
| 3:19-cv-16041 | TUCKER |
| 3:19-cv-16045 | ARCHDEACON |
| 3:19-cv-16145 | DEAL |
| 3:19-cv-16267 | GARCIA |
| 3:19-cv-16284 | ROSENDIN |
| 3:19-cv-16299 | VAZQUEZ |
| 3:19-cv-16706 | KNAPP |
| 3:19-cv-16724 | HODGES |
| 3:19-cv-16748 | DIAMOND |
| 3:19-cv-16844 | BROWN |
| 3:19-cv-17081 | COLLETT |
| 3:19-cv-17099 | DALEN |
| 3:19-cv-17116 | ENLOE |
| 3:19-cv-17184 | EMERY |
| 3:19-cv-17335 | WHITE |
| 3:19-cv-17356 | WRIGHT |
| 3:19-cv-17375 | GODIN |
| 3:19-cv-17511 | THOMAS |
| 3:19-cv-17547 | JADALLAH |
| 3:19-cv-17766 | FORGET |
| 3:19-cv-17854 | MORGAN |
| 3:19-cv-17876 | NIMITZ |
| 3:19-cv-17900 | CARROLL |
| 3:19-cv-18071 | WHISENHUNT |
| 3:19-cv-18158 | THE ESTATE OF JOANN ANTHONY |
| 3:19-cv-18520 | BURNS |
| 3:19-cv-18847 | THE ESTATE OF LINDA SMITH |
| 3:19-cv-18875 | WATKINS |
| 3:19-cv-18961 | GAMACHE |
| 3:19-cv-18969 | CADENA |
| 3:19-cv-19447 | MYERS |
| 3:19-cv-19487 | CARACCIOLO |
| 3:19-cv-19535 | WRIGHT |
| 3:19-cv-19852 | LUCKETT |
| 3:19-cv-19875 | WINGATE |
| 3:19-cv-20034 | VIOX |
| 3:19-cv-20134 | JONES |
| 3:19-cv-20146 | EATON |
| 3:19-cv-20147 | FARRIA |

Exhibit B

| Case No. | Case Name |
|---|---|
| 3:19-cv-20173 | ANDERSON |
| 3:19-cv-20174 | ARBUCKLE |
| 3:19-cv-20235 | HALL |
| 3:19-cv-20297 | PHILLIPS |
| 3:19-cv-20316 | PATTON |
| 3:19-cv-20331 | NELSON |
| 3:19-cv-20338 | NEWBERN |
| 3:19-cv-20341 | LONG |
| 3:19-cv-20346 | LEGGETT |
| 3:19-cv-20447 | PICKARD |
| 3:19-cv-20549 | WATSON |
| 3:19-cv-21084 | CALHOUN |
| 3:19-cv-21139 | PARHAM |
| 3:19-cv-21268 | COSBY |
| 3:19-cv-21785 | HARRIS |
| 3:19-cv-21873 | CLIFFORD |
| 3:19-cv-22063 | THE ESTATE OF IVON CASE |
| 3:19-cv-22078 | KING |
| 3:20-cv-00032 | SULA |
| 3:20-cv-00198 | STAMPS |
| 3:20-cv-00238 | DEL GUIDICE |
| 3:20-cv-00306 | SUBER |
| 3:20-cv-00308 | ZADE |
| 3:20-cv-00364 | GAINES |
| 3:20-cv-00408 | RUSSO |
| 3:20-cv-01127 | HAYES |
| 3:20-cv-01265 | FALCON |
| 3:20-cv-01277 | CHAMPION |
| 3:20-cv-01751 | FIVECOAT |
| 3:20-cv-01993 | SHIRLEY |
| 3:20-cv-02261 | KORSKY |
| 3:20-cv-02505 | BEGAY |
| 3:20-cv-02923 | DANIELS |
| 3:20-cv-02979 | KELLER |
| 3:20-cv-03282 | THINT |
| 3:20-cv-03700 | BARSNESS |
| 3:20-cv-03716 | WOJCESHONEK |
| 3:20-cv-03876 | HANCOCK |
| 3:20-cv-04063 | SOLES |
| 3:20-cv-04349 | TOPPINS |
| 3:20-cv-04860 | HAIGH |
| 3:20-cv-05023 | SCHREIBER |
| 3:20-cv-05233 | BARRETT |
| 3:20-cv-05291 | D'AUGEREAU |
| 3:20-cv-05301 | MOYES |
| 3:20-cv-05303 | FOX |

| Case No. | Case Name |
| --- | --- |
| 3:20-cv-05425 | GUZMAN |
| 3:20-cv-05513 | CAIN |
| 3:20-cv-05645 | YOUNG |
| 3:20-cv-06482 | LAVEDER |
| 3:20-cv-06693 | WILLIAMS |
| 3:20-cv-06920 | ISGRIG |
| 3:20-cv-07247 | JONES |
| 3:20-cv-07511 | FORDYCE |
| 3:20-cv-07527 | JONES |
| 3:20-cv-07590 | WILEY |
| 3:20-cv-07604 | JOHNSON |
| 3:20-cv-07658 | ECKERT |
| 3:20-cv-07797 | HAMILTON |
| 3:20-cv-07941 | NEWELL |
| 3:20-cv-07947 | REINHOLD |
| 3:20-cv-08384 | GLUCK |
| 3:20-cv-08497 | KAY |
| 3:20-cv-09158 | PRIDGEN |
| 3:20-cv-09364 | LAKE |
| 3:20-cv-10169 | SCOGGINS |
| 3:20-cv-10314 | JENKINS |
| 3:20-cv-10317 | JUELFS |
| 3:20-cv-10452 | MILLER |
| 3:20-cv-10606 | PATTERSON |
| 3:20-cv-10763 | MCCRORY |
| 3:20-cv-11224 | OWEN |
| 3:20-cv-11374 | WALTERS |
| 3:20-cv-12280 | EDWARDS |
| 3:20-cv-12677 | HOPKINS |
| 3:20-cv-12853 | CATES |
| 3:20-cv-12926 | LLOYD |
| 3:20-cv-13378 | ARBUCKLE |
| 3:20-cv-13477 | VINCENT |
| 3:20-cv-13482 | QUIRCH |
| 3:20-cv-13586 | RINGENER |
| 3:20-cv-13821 | TUCK |
| 3:20-cv-13822 | ANGELES |
| 3:20-cv-13860 | POLE |
| 3:20-cv-13900 | ARTIS |
| 3:20-cv-13930 | SMITH |
| 3:20-cv-14060 | THOMAS |
| 3:20-cv-14101 | WALKER |
| 3:20-cv-14214 | ASTLE |
| 3:20-cv-14225 | BATIS |
| 3:20-cv-14294 | TOMLIN |
| 3:20-cv-14617 | KNIPSCHILD |

| Case No. | Case Name |
| --- | --- |
| 3:20-cv-14688 | LEE |
| 3:20-cv-14722 | STALEY |
| 3:20-cv-14739 | CATO |
| 3:20-cv-14773 | ROLLE |
| 3:20-cv-15131 | MORRIS |
| 3:20-cv-15156 | MAIER |
| 3:20-cv-15309 | WOOD |
| 3:20-cv-15767 | BOZEMAN |
| 3:20-cv-15915 | OBERG |
| 3:20-cv-16109 | CALVERT |
| 3:20-cv-16203 | BOUCHER |
| 3:20-cv-16215 | MCLAUGHLIN |
| 3:20-cv-16317 | NEWMAN |
| 3:20-cv-16809 | CALDWELL |
| 3:20-cv-17699 | WILSON |
| 3:20-cv-20338 | HUNT |
| 3:21-cv-00001 | MOORE |
| 3:21-cv-00397 | PETTWAY |
| 3:21-cv-00627 | DEBLIECK |
| 3:21-cv-00971 | ASHFORD |
| 3:21-cv-01096 | REPLOGLE |
| 3:21-cv-04542 | GAGE |
| 3:21-cv-04819 | GRALEWSKI |
| 3:21-cv-04935 | SIMCOCK |
| 3:21-cv-06264 | ZIMMERMAN |
| 3:21-cv-06456 | FRIED |
| 3:21-cv-06787 | BURLESON |
| 3:21-cv-08502 | LONG |
| 3:21-cv-08928 | CANFORA |
| 3:21-cv-09308 | FAUCHER |
| 3:21-cv-11392 | MANTOVI |
| 3:21-cv-12748 | GLYNN |
| 3:22-cv-01431 | LEWIS |
| 3:23-cv-09726 | GRANT |
| 3:23-cv-10312 | SAGER |
| 3:23-cv-10818 | JOHNSON |
| 3:23-cv-11968 | CARTER |
| 3:23-cv-11976 | EDMONDS |
| 3:23-cv-12024 | VAN DOREN |
| 3:23-cv-12031 | ALCOZER |
| 3:23-cv-12058 | MINNIE |
| 3:23-cv-12086 | PORTELLA |
| 3:23-cv-12087 | ANDERSON |
| 3:23-cv-12099 | GLOVER |
| 3:23-cv-12112 | ROPER |
| 3:23-cv-12429 | D'ANDREA |

Exhibit B

| Case No. | Case Name |
|---|---|
| 3:23-cv-12482 | CUMMINGS |
| 3:23-cv-12490 | ANDRUS |
| 3:23-cv-12495 | ROSADO |
| 3:23-cv-12539 | CALVO |
| 3:23-cv-12559 | SALDANA |
| 3:23-cv-12568 | VAUGHN |
| 3:23-cv-12672 | BREEDLOVE |
| 3:23-cv-12692 | SMITH |
| 3:23-cv-12706 | PICKERING |
| 3:23-cv-12892 | WARD |
| 3:23-cv-12932 | BAKER |
| 3:23-cv-12949 | BADGER |
| 3:23-cv-13077 | TAILLEFER |
| 3:23-cv-13086 | AUSTIN |
| 3:23-cv-13103 | ADIGUN |
| 3:23-cv-13113 | HARVEY |
| 3:23-cv-13155 | JONES |
| 3:23-cv-13239 | GUNN |
| 3:23-cv-13252 | RODGERS |
| 3:23-cv-13257 | JOHNSTONE |
| 3:23-cv-13261 | BILLER |
| 3:23-cv-14304 | DRABISZCZAK |
| 3:23-cv-15985 | ENTZ |