# Exhibit C

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No.: 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |
| **THIS DOCUMENT RELATES TO:** CARLA LONG, Plaintiff v. JOHNSON & JOHNSON, ET AL. Defendants | Civil Action No.: 3:17-cv-03573- MAS-RLS |

## NOTICE OF PRESENT INABILITY TO SUBSTITUTE PROPER PARTY

Pursuant to Case Management Order No. 9 – Status of Deceased Plaintiffs, Counsel for Plaintiff in the above-referenced action hereby gives notice of the present inability to substitute a proper party within the timeline outlined by Case Management Order No. 9. As of the date of this Notice, probate counsel has been retained to have the proper party appointed as Personal Representative of the deceased plaintiff's Estate. Promptly upon the appointment of the Personal Representative of the deceased plaintiff's Estate, Counsel will proceed with substituting a proper party in the above-referenced action in accordance with this Court's Order of October 10, 2023 Governing Amendments to Complaints.

/s/ Brian A. Goldstein
Brian A. Goldstein, Esq.
GOLDSTEIN GRECO, P.C.
2354 Wehrle Drive
Buffalo, NY 14221
(716) 568-9090
bg@goldsteingreco.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing document was filed with this Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of this Court's electronic filing system to all parties indicated on the electronic filing receipt. All parties may access this filing through this Court's electronic filing system.

/s/ Brian A. Goldstein
Brian A. Goldstein, Esq.

GOLDSTEIN GRECO, P.C.
2354 Wehrle Drive
Buffalo, NY 14221
(716) 568-9090
bg@goldsteingreco.com

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No.: 16-2738 MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |
| **THIS DOCUMENT RELATES TO:** CHRISTINE RUSSO, Plaintiff v. JOHNSON & JOHNSON, ET AL. Defendants | Civil Action No.: 3:18-cv- 13330-MAS-RLS |

### NOTICE OF PRESENT INABILITY TO SUBSTITUTE PROPER PARTY

Pursuant to Case Management Order No. 9 – Status of Deceased Plaintiffs, Counsel for Plaintiff in the above-referenced action hereby gives notice of the present inability to substitute a proper party within the timeline outlined by Case Management Order No. 9. As of the date of this Notice, probate counsel has been retained to have the proper party appointed as Personal Representative of the deceased plaintiff's Estate. Promptly upon the appointment of the Personal Representative of the deceased plaintiff's Estate, Counsel will proceed with substituting a proper party in the above-referenced action in accordance with this Court's Order of October 10, 2023 Governing Amendments to Complaints.

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, a copy of the foregoing document was filed with this Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of this Court's electronic filing system to all parties indicated on the electronic filing receipt. All parties may access this filing through this Court's electronic filing system.

/s/ Brian A. Goldstein
Brian A. Goldstein, Esq.

GOLDSTEIN GRECO, P.C.
2354 Wehrle Drive
Buffalo, NY 14221
(716) 568-9090
bg@goldsteingreco.com