# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>Betty L. Artis,<br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson, et al.,<br>Defendants. | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>Case No.: 3:20-cv-13900<br><br>DIRECT FILED ACTION |

## NOTICE PURSUANT TO CASE MANAGEMENT ORDER 9 – STATUS OF DECEASED PLAINTIFFS

COMES NOW Plaintiff, by and thought undersigned counsel pursuant to the Court's Case Management Order No. 9 – Status of Deceased Plaintiffs (MDL Docket No. 2738) (Doc. 27293) and hereby submits notice pursuant to 2.b that a proper party cannot be substituted at this time. Specifically, Plaintiff, Betty L. Artis, died on or about January 26, 2022. Since that time, undersigned counsel has made efforts to locate a proper party who can be substituted to continue to pursue the claims on behalf of the Plaintiff and/or the Plaintiff's estate. Undersigned counsel will continue to undertake these efforts and substitute a proper party, if one is located.

Dated: February 21, 2024

                                                                 */s/C. Edward Amos, II*
                                                                 Scott S. Segal, Esq. (WV Bar# 4717)
                                                                 C. Edward Amos, II, Esq. (WV Bar# 12362)
                                                                 The Segal Law Firm
                                                                 810 Kanawha Blvd., East
                                                                 Charleston, WV 25301
                                                                 (304) 344-9100
                                                                 (304) 344-9105 (fax)
                                                                 Emails:  scott.segal@segal-law.com;
                                                                 edward.amos@segal-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on February 21, 2024.

/s/ C. Edward Amos, II

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>Virginia L. Replogle,<br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson, et al.,<br>Defendants. | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>Case No.: 3:21-cv-01096<br><br>DIRECT FILED ACTION |

**NOTICE PURSUANT TO CASE MANAGEMENT ORDER 9 – STATUS OF DECEASED PLAINTIFFS**

COMES NOW Plaintiff, by and thought undersigned counsel pursuant to the Court's Case Management Order No. 9 – Status of Deceased Plaintiffs (MDL Docket No. 2738) (Doc. 27293) and hereby submits notice pursuant to 2.b that a proper party cannot be substituted at this time. Specifically, Plaintiff, Virginia L. Replogle, died on or about February 22, 2022. Since that time, undersigned counsel has made efforts to locate a proper party who can be substituted to continue to pursue the claims on behalf of the Plaintiff and/or the Plaintiff's estate. Undersigned counsel will continue to undertake these efforts and substitute a proper party, if one is located.

Dated: February 21, 2024

*/s/C. Edward Amos, II*
Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails: scott.segal@segal-law.com;
edward.amos@segal-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on February 21, 2024.

/s/ C. Edward Amos, II

2

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>CAROL DRABISZCZAK,<br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson, et al.,<br>Defendants. | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>Case No.: 3:23-CV-14304<br><br>DIRECT FILED ACTION |

## NOTICE PURSUANT TO CASE MANAGEMENT ORDER 9 – STATUS OF DECEASED PLAINTIFFS

COMES NOW Plaintiff, by and thought undersigned counsel pursuant to the Court's Case Management Order No. 9 – Status of Deceased Plaintiffs (MDL Docket No. 2738) (Doc. 27293) and hereby submits notice pursuant to 2.b that a proper party cannot be substituted at this time. Specifically, Plaintiff, Carol Drabiszczak, died on or about August 30, 2023. Since that time, undersigned counsel has made efforts to locate a proper party who can be substituted to continue to pursue the claims on behalf of the Plaintiff and/or the Plaintiff's estate. Undersigned counsel will continue to undertake these efforts and substitute a proper party, if one is located.

Dated: February 21, 2024

*/s/C. Edward Amos, II*
Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails:  scott.segal@segal-law.com;
edward.amos@segal-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on February 21, 2024.

/s/ C. Edward Amos, II