## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Alberta Nielsen vs. Johnson & Johnson, et al.*<br>*Case No.:  3:24-cv-01284-MAS-LHG* | **MDL NO. 2738 (MAS) (RLS)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Alberta Nielsen.

This __7th__ day of _____March_____, 2024.

              Respectfully submitted,

              ONDERLAW, LLC

    By:  */s/*_____
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

### Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __7th__ day of __March__, 2024.

/s/ _____