UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Betty McCorry vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-01544-MAS-LHG* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Betty McCorry.

This __7th____ day of _____March_____, 2024.

                  Respectfully submitted,

                  ONDERLAW, LLC

          By:   */s/*_____
                  James G. Onder, #38049 MO
                  William W. Blair, #58196 MO
                  Stephanie L. Rados, #65117 MO
                  110 E. Lockwood, 2nd Floor
                  St. Louis, MO  63119
                  314-963-9000 telephone
                  314-963-1700 facsimile
                  onder@onderlaw.com
                  blair@onderlaw.com
                  rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this _7th_____ day of ____March_____, 2024.

                                                                                    _/s/_____