**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Dolores Lukasik vs. Johnson & Johnson, et al.*<br>Case No.: 3:24-cv-01503-MAS-RLS | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Dolores Lukasik.

This 11th day of March 2024.

                                          Respectfully submitted,

                                          ONDERLAW, LLC

By:    */s/James G. Onder*
           James G. Onder, #38049 MO
           William W. Blair, #58196 MO
           Stephanie L. Rados, #65117 MO
           110 E. Lockwood, 2nd Floor
           St. Louis, MO  63119
           314-963-9000 telephone
           314-963-1700 facsimile
           onder@onderlaw.com
           blair@onderlaw.com
           rados@onderlaw.com

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 11th day of March 2024.

                */s/James G. Onder*