UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Teresa A. Coney vs. Johnson & Johnson, et al.*<br>Case No.: 3:24-cv-01846-MAS-LHG | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Teresa A. Coney.

This __11th____ day of March _____, 2024.

                                                       Respectfully submitted,

                                                       ONDERLAW, LLC

                                  By:   */s/*_____
                                                 James G. Onder, #38049 MO
                                                 William W. Blair, #58196 MO
                                                 Stephanie L. Rados, #65117 MO
                                                 110 E. Lockwood, 2nd Floor
                                                 St. Louis, MO 63119
                                                 314-963-9000 telephone
                                                 314-963-1700 facsimile
                                                 onder@onderlaw.com
                                                 blair@onderlaw.com
                                                 rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __11th____ day of March _____, 2024.

                       */s/*_____