

2745 PONCE DE LEON BOULEVARD CORAL GABLES, FL 33145
E-MAIL: AGP@RGPH.LAW TELEPHONE: (305)416-5000

March 11, 2024

**Via ECF**

Hon. Mag. Judge Rukhsanah L. Singh
United States Magistrate Judge
United States District Court - District Court of New Jersey
Clarkson S. Fisher Bldg. & US Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

Re:   Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and products Liability Litigation; Case No.: 3:16-md-02738-MAS-RLS
      **This document relates to:**
      Maggy Francis vs. Johnson & Johnson, et al.; Case No.3:16-cv-07530

Dear Magistrate Judge Singh:

With regard to the above referenced matter, please accept this correspondence in response to Defendants' Notice advising that the Plaintiff Profile Form (PPF) was deficient due to not submitting the PPF in the above mentioned case, received on March 1, 2024.

Undersigned counsel submitted the PPF for the above mentioned matter on February 13, 2024. Attached to this letter are screenshots of the submission of the PPF.

We hereby respectfully request that counsel for the Defendants update their records to show that this case is not deficient and further requests that this case not be placed on an order to show cause.

Respectfully,

*/s/ Anthony M. Georges-Pierre*
Anthony M. Georges-Pierre, Esq.



