**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>***Christine Lassen vs. Johnson & Johnson, et al.***<br>***Case No.: 3:24−CV−01577−MAS−RLS*** | **MDL NO. 2738 (FLW) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, <Plaintiff First Name Plaintiff Last Name>.

This __11th____ day of March _____, 2024.

Respectfully submitted,

ONDERLAW, LLC

By:    */s/ W. Wylie Blair____*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2ⁿᵈ Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

## __Certificate of Service__

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __11th____ day of March _____, 2024.


_/s/ W. Wylie Blair_____