# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738<br><br>Civil Case No. 3:16-md-2738 |
| This document relates to:<br>Donna Michelle Land vs. Johnson & Johnson, et al.;<br>Ind. Case No. 3:24-CV-01943 | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on March 7, 2024, as to Plaintiff Donna Michelle Land.

Dated: March 12, 2024

Respectfully Submitted,

BARON & BUDD, P.C.

*/s/ Holly Werkema*
Holly Werkema
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel.: (214) 521-3605
Fax: (214) 523-6600
Email: hwerkema@baronbudd.com

*ATTORNEY FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                    */s/ Holly Werkema*
                                                   Holly Werkema