## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Cruz Jimenez vs. Johnson & Johnson, et al.* <br> *Case No.:  3:24-cv-01693* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Cruz Jimenez.

This 12th day of March 2024.

>
> Respectfully submitted,
>
> ONDERLAW, LLC
>
> By:   */s/James G. Onder*
> James G. Onder, #38049 MO
> William W. Blair, #58196 MO
> Stephanie L. Rados, #65117 MO
> 110 E. Lockwood, 2nd Floor
> St. Louis, MO  63119
> 314-963-9000 telephone
> 314-963-1700 facsimile
> onder@onderlaw.com
> blair@onderlaw.com
> rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 12th day of March 2024.

                                      */s/James G. Onder*

Case 3:16-md-02738-MAS-RLS   Document 29456   Filed 03/12/24   Page 2 of 2 PageID: 174744