**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Barbara Taylor vs. Johnson & Johnson, et al.*<br>Case No.:  3:24-cv-01723-MAS-LHG | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Barbara Taylor.

This __12th____ day of March, 2024.

              Respectfully submitted,

              ONDERLAW, LLC

       By: */s/*_____
              James G. Onder, #38049 MO
              William W. Blair, #58196 MO
              Stephanie L. Rados, #65117 MO
              110 E. Lockwood, 2nd Floor
              St. Louis, MO  63119
              314-963-9000 telephone
              314-963-1700 facsimile
              onder@onderlaw.com
              blair@onderlaw.com
              rados@onderlaw.com

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __12th____ day of March, 2024.

<u> /s/           </u>