UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Brigid Wiggins vs. Johnson & Johnson, et al.*<br>Case No.:  3:24−CV−02286-MAS-LHG | MDL NO. 2738 (MAS) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Brigid Wiggins.

This __13th____ day of March, 2024.

                                                   Respectfully submitted,

                                                   ONDERLAW, LLC

By:   */s/*_____
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       Stephanie L. Rados, #65117 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO  63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       blair@onderlaw.com
       rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __13th____ day of March, 2024.

                                                                    */s/*_____