**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Patricia Campbell vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-01784-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Patricia Campbell.

This 14th day of March 2024.

                              Respectfully submitted,

                              ONDERLAW, LLC

                By:    */s/James G. Onder*
                              James G. Onder, #38049 MO
                              William W. Blair, #58196 MO
                              Stephanie L. Rados, #65117 MO
                              110 E. Lockwood, 2nd Floor
                              St. Louis, MO  63119
                              314-963-9000 telephone
                              314-963-1700 facsimile
                              onder@onderlaw.com
                              blair@onderlaw.com
                              rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 14th day of March 2024.

                     /s/James G. Onder