## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Janet M. Moskow vs. Johnson & Johnson, et al.*<br>Case No.: 3:24-cv-02343-MJS-LHG | **MDL NO. 2738 (MJS) (LHG)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Janet M. Moskow.

This __14th____ day of March, 2024.

                                                      Respectfully submitted,

                                                      ONDERLAW, LLC

By:    */s/*_____
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       Stephanie L. Rados, #65117 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO  63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       blair@onderlaw.com
       rados@onderlaw.com

**<u>Certificate of Service</u>**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __14th____ day of March, 2024.

                                 <u>/s/</u>