UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hanh Lam vs. Johnson & Johnson, et al.*<br>Case No.:  3:24-cv-02357-MJS-LHG | MDL NO. 2738 (MJS) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Hanh Lam.

This __14th____ day of March, 2024.

                                                   Respectfully submitted,

                                                   ONDERLAW, LLC

                By:    */s/*_____
                          James G. Onder, #38049 MO
                          William W. Blair, #58196 MO
                          Stephanie L. Rados, #65117 MO
                          110 E. Lockwood, 2nd Floor
                          St. Louis, MO  63119
                          314-963-9000 telephone
                          314-963-1700 facsimile
                          onder@onderlaw.com
                          blair@onderlaw.com
                          rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __14th____ day of March, 2024.

/s/ _____