# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Elaine Elefante vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-01989-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Elaine Elefante.

This 15th day of March 2024.

                                                            Respectfully submitted,

                                                            ONDERLAW, LLC

                                By:    */s/James G. Onder*
                                                   James G. Onder, #38049 MO
                                                   William W. Blair, #58196 MO
                                                   Stephanie L. Rados, #65117 MO
                                                   110 E. Lockwood, 2nd Floor
                                                   St. Louis, MO 63119
                                                   314-963-9000 telephone
                                                   314-963-1700 facsimile
                                                   onder@onderlaw.com
                                                   blair@onderlaw.com
                                                   rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 15th day of March 2024.

                                                                */s/James G. Onder*