UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

**[Proposed]**
**ORDER**

AND NOW, this _____ day of _____, 2024, upong consideration of the Plaintiffs' Motion to Seal Exhibit 4 to Plaintiffs' Steering Committee's Supplemental Brief in Support of Motion to Quash or For Protective Order Regarding Subpoena Directed at KCIC, LLC (ECF No. 29596) it is hereby ORDERED that the motion is GRANTED; and

IT IS ORDERED that Exhibit 4 to the Declaration of Michelle A. Parfitt (ECF No. 29596) shall be filed under seal in its entirety.

_____
Hon. Rukhsanah Singh, U.S.M.J.