UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Rebecca Schafer v. Johnson & Johnson, et al.*<br>Case No. 3:24-cv-02474 | MDL NO. 3:16-md-2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 12, 2024 on behalf of Rebecca Katherine Schafer.

Dated: March 12, 2024

                                                     Respectfully submitted,

                                                     /s/ Lawrence J. Centola, III
                                                     **MARTZELL, BICKFORD, & CENTOLA**
                                                     Lawrence J. Centola, III (LA Bar No. 27402)
                                                     338 Lafayette Street
                                                     New Orleans, Louisiana 70130
                                                     Telephone:   (504) 581-9065
                                                     Facsimile:    (504) 581-7635

                                                     and

                                                     **LILLIS LAW FIRM**
                                                     Michael E. Lillis (LA Bar No. 33245)
                                                     338 Lafayette Street
                                                     New Orleans, Louisiana 70130
                                                     Telephone:   (504) 581-9065
                                                     Facsimile:    (504) 581-7635

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2024 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                              /s/ Lawrence J. Centola, III
                                                             Lawrence J. Centola, III