# HUTTON & HUTTON
Law Firm L.L.C.

Mark B. Hutton (1953 - 2021)
Andrew W. Hutton
J. Darin Hayes #
Blake A. Shuart ★
Daniel K. Back #
Matthew M. Dwyer
Kaylea D. Knappenberger

8100 E. 22nd St. N., Building 1200
Wichita, Kansas 67226-2312
Mail: P.O. Box 638, Wichita, Kansas 67201-0638
Telephone: 316.688.1166
Facsimile: 316.686.1077
E-Mail: Trial.Lawyers@huttonlaw.com
Web: www.huttonlaw.com

★Also Admitted in Illinois, Florida and New Jersey
#Also Admitted in Missouri

Office Tax I.D. # 48-0966751

**VIA ECF**

March 20, 2024

Honorable Rukhsanah L. Singh
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Response to Susan Sharko's March 1, 2024, Letter In Re: MDL 2738**

Dear Magistrate Judge Singh:

Undersigned counsel received notice from Brown Greer on March 1, 2024, that the Plaintiff Profile Form (PPF) in the following case was deficient due to not submitting a PPF in the claim:

Miller, Jennifer        Case No: 3:19-cv-21611

Counsel's paralegal promptly responded to Brown Greer with an email confirming receipt of MDL Centrality submission of the Plaintiff Profile Form submitted on February 22, 2022. Attached to this letter are the screenshots from MDL Centrality and the email correspondence with Brown Greer.

Therefore, counsel requests that counsel for Defendants update their records to show that this case is not deficient and further requests that this case not be placed on an order to show cause.

Thank you for your consideration.
Respectfully,

/s/ Blake A. Shuart
Blake A. Shuart, KS #24463
and #039522010 (NJ)
Andrew W. Hutton, KS 10264
P.O. Box 638
Wichita, KS 67201-0638
Phone: (316) 688-1166
Fax: (316) 686-1077
Email: blake.shuart@huttonlaw.com

BAS/blf
Encl.

*Counsel for Plaintiff*