**Brandi Farley**
_____

| | |
|---|---|
| **From:** | Talc <Talc@browngreer.com> |
| **Sent:** | Monday, March 4, 2024 9:17 AM |
| **To:** | Brandi Farley; Talc; Blake A. Shuart |
| **Subject:** | RE: Talc MDL 2738: Notice of Failure to Submit Plaintiff Profile Form and Supporting Documents |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning, Brandi:

Thank you for your email. We can confirm Jennifer Miller submitted the Plaintiff Profile Form on 2/22/2022. If you have additional questions about the Defendants' letter, we recommend reaching out to the Defendants directly. Let us know if there is anything else we can assist you with.

Thank you,
Lee

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (888) 361-0741
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Brandi Farley <Brandi.Farley@huttonlaw.com>
**Sent:** Friday, March 1, 2024 12:33 PM
**To:** Talc <Talc@browngreer.com>; Blake A. Shuart <Blake.Shuart@huttonlaw.com>
**Subject:** RE: Talc MDL 2738: Notice of Failure to Submit Plaintiff Profile Form and Supporting Documents

Sean C. Garett,

    Thank you for the email. According to our MDL Centrality log in page client Jennifer Miller's Plaintiff Profile Form was produced on 02/22/2022. Along with her medical records, death certificate, and Declarations. Please let me know if I need to re-upload it to the Centrality or what we need to do to ensure that it gets to Defense.

Thank you,
Brandi Farley
Legal Assistant

1

**From:** Talc <Talc@browngreer.com>
**Sent:** Friday, March 1, 2024 10:20 AM
**To:** Blake A. Shuart <Blake.Shuart@huttonlaw.com>; Brandi Farley <Brandi.Farley@huttonlaw.com>
**Cc:** Talc <Talc@browngreer.com>
**Subject:** Talc MDL 2738: Notice of Failure to Submit Plaintiff Profile Form and Supporting Documents

**Hutton & Hutton Law Firm, L.L.C.**
**VIA EMAIL & MDL Centrality**

*In re Johnson & Johnson Talcum Powder Marketing, Sales Practices and Products Liability* Litigation – MDL No. 2738

Counsel:

This is a message from the Defense in the Talc litigation.

Per the Amended Plaintiff's Profile Form Order, entered on September 1, 2023, (Doc. No. 27291) your client was required to provide defendants with a Plaintiff Profile Form, medical records of any health care provider regarding treatment for ovarian cancer or gynecological disease alleged in the Complaint, and medical record authorizations, by the date provided for in the Amended Plaintiff Profile Form Order which corresponds with this matter.

To date, our records indicate the plaintiff has failed to provide defendants with a Plaintiff Profile Form. If we do not receive the outstanding discovery within the automatic 60-day extension provided for in the Court's Order of February 13, 2024 (Doc. No. 29032) after this case has been listed in a filing to the court, this matter will be subject to an Order to Show Cause why it should not be dismissed with prejudice.

Thank you for your anticipated cooperation in this regard. Please contact me with any questions regarding the foregoing.

Respectfully,
Sean C. Garrett, Esq.

**FAEGRE DRINKER BIDDLE & REATH LLP**
*Attorneys for Defendants Johnson & Johnson and*
*Johnson & LLT Management, Inc., f/k/a LTL Management, Inc.*

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (888) 361-0741
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

For more information about Hutton & Hutton, LLC please visit www.huttonlaw.com (316) 688-1166

This electronic message transmission contains information from the law firm of Hutton & Hutton, LLC which is privileged, confidential or otherwise the exclusive property of the sender or intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify us by telephone (316-688-1166), or by electronic mail (by reply to the sender) and promptly destroy the original transmission.

Thank you for your assistance.