# Plaintiff Information

**Plaintiff ID:** 28614
**Name:** JENNIFER MILLER
**Case Number:** 2019-CV-21611
**Jurisdiction:** MDL

**Date of Birth:** 10/11/1972
**Email:**
**Name of first named Plaintiff on Complaint:** ARMSTRONG TOM
**Firm Internal Case ID:**

[Request Deactivation]

# Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

[Send to Plaintiff] [Amend Profile Form]

I. Plaintiff Profile Form Submitted

# Documents

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 103835 | Medical Records - Via Christi Clinic 2013-2014 | 02/22/2022 | Farley, Brandi | 02/22/2022 | Request Removal Approval |
| 103834 | Medical Records - Via Christi Clinic 2013-2016 | 02/22/2022 | Farley, Brandi | 02/22/2022 | Request Removal Approval |
| 103833 | Medical Records - Tanglewood Family Med. | 02/22/2022 | Farley, Brandi | 02/22/2022 | Request Removal Approval |
| 103832 | Medical Records - Associates in Women's Health 2018-2019 | 02/22/2022 | Farley, Brandi | 02/22/2022 | Request Removal Approval |
| 103831 | PPF Declaration - Declaration | 02/22/2022 | Farley, Brandi | 02/22/2022 | Request Removal Approval |
| 103830 | Health Insurance Record Authorization - Authorizations | 02/22/2022 | Farley, Brandi | 02/22/2022 | Request Removal Approval |
| 103829 | Death Certificate - Death Certificate | 02/22/2022 | Farley, Brandi | 02/22/2022 | Request Removal Approval |
| 103827 | Plaintiff Profile Form | 02/22/2022 | Farley, Brandi | 02/22/2022 | |