# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tonya Childress vs. Johnson & Johnson, et al.*<br>Case No.:  3:24-cv-02721-MAS-RLS | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Tonya Childress.

This __19th____ day of March, 2024.

                   Respectfully submitted,

                   ONDERLAW, LLC

      By:  */s/*_____
                   James G. Onder, #38049 MO
                   William W. Blair, #58196 MO
                   Stephanie L. Rados, #65117 MO
                   110 E. Lockwood, 2nd Floor
                   St. Louis, MO  63119
                   314-963-9000 telephone
                   314-963-1700 facsimile
                   onder@onderlaw.com
                   blair@onderlaw.com
                   rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __19th____ day of March, 2024.

/s/_____