**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Tina Weeks, Individually and as Representative of the Estate of Nancy Carter, deceased vs. Johnson & Johnson, et al.* <br> *Case No.: 3:23-cv-1445-MAS-LHG* | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Tina Weeks, Individually and as Representative of the Estate of Nancy Carter, deceased*.

This 19th day of March 2024.

                                                                                                    Respectfully submitted,

                                                                                                    ONDERLAW, LLC

                                                   By:    */s/*William W. Blair__
                                                                      James G. Onder, #38049 MO
                                                                      William W. Blair, #58196 MO
                                                                      Stephanie L. Rados, #65117 MO
                                                                      110 E. Lockwood, 2nd Floor
                                                                      St. Louis, MO  63119
                                                                      314-963-9000 telephone
                                                                      314-963-1700 facsimile
                                                                      onder@onderlaw.com
                                                                      blair@onderlaw.com
                                                                      rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 19th day of March 2024.

                                              */s/William W. Blair*