## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Vicki Wood vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-02245-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Vicki Wood.

This 20th day of March 2024.

                                                      Respectfully submitted,

                                                      ONDERLAW, LLC

                              By:    */s/James G. Onder*
                                              James G. Onder, #38049 MO
                                              William W. Blair, #58196 MO
                                              Stephanie L. Rados, #65117 MO
                                              110 E. Lockwood, 2nd Floor
                                              St. Louis, MO  63119
                                              314-963-9000 telephone
                                              314-963-1700 facsimile
                                              onder@onderlaw.com
                                              blair@onderlaw.com
                                              rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of March 2024.

                                                                      */s/James G. Onder*