UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tammy Chabala vs. Johnson & Johnson, et al.*<br>Case No.:  3:24-cv-02875-MAS-RLS | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Tammy Chabala.

This __20th____ day of March, 2024.

Respectfully submitted,

ONDERLAW, LLC

By:   */s/*  
James G. Onder, #38049 MO  
William W. Blair, #58196 MO  
Stephanie L. Rados, #65117 MO  
110 E. Lockwood, 2nd Floor  
St. Louis, MO  63119  
314-963-9000 telephone  
314-963-1700 facsimile  
onder@onderlaw.com  
blair@onderlaw.com  
rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __20th____ day of March, 2024.

                                                */s/*_____