UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Lori Young vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-02881-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lori Young.

This __20th____ day of March, 2024.

                                       Respectfully submitted,

                                       ONDERLAW, LLC

           By:   */s/*_____
                 James G. Onder, #38049 MO
                 William W. Blair, #58196 MO
                 Stephanie L. Rados, #65117 MO
                 110 E. Lockwood, 2nd Floor
                 St. Louis, MO  63119
                 314-963-9000 telephone
                 314-963-1700 facsimile
                 onder@onderlaw.com
                 blair@onderlaw.com
                 rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __20th____ day of March, 2024.

                                                                                            */s/*_____