UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Allen Fuller, Individually and as Representative of the Estate of Crystal Fuller, deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:24-cv-1669-MAS-RLS | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Allen Fuller, individually and as Representative of the Estate of Crystal Fuller, deceased.

This 20th day of March 2024.

                                                                               Respectfully submitted,

                                                                               ONDERLAW, LLC

                                          By:    */s/William W. Blair*
                                                              James G. Onder, #38049 MO
                                                              William W. Blair, #58196 MO
                                                              Stephanie L. Rados, #65117 MO
                                                              110 E. Lockwood, 2nd Floor
                                                              St. Louis, MO  63119
                                                              314-963-9000 telephone
                                                              314-963-1700 facsimile
                                                              onder@onderlaw.com
                                                              blair@onderlaw.com
                                                              rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th day of March 2024.

                                                             */s/ William W. Blair*