IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Michelle Parker v. Johnson & Johnson, et al.*<br><br>Case No: 3:24-cv-02542 | Civil No. 3:16-md-2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 3/12/2024 on behalf of Plaintiff Michelle Parker.

                                                    Respectfully:

                                                    */s/ Tara K. King*
                                                    Tara K. King
                                                    MO Bar No. 69171
                                                    WAGSTAFF LAW FIRM
                                                    940 N. Lincoln Street
                                                    Denver, CO 80203
                                                    303-376-6360 Telephone
                                                    888-875-2889 Facsimile
                                                    TKing@wagstafflawfirm.com

Dated: March 20, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              */s/ Tara K. King*
                                              Wagstaff Law Firm