**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

<table>
<tr><td>

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Jesi Armas, Individually and as Representative of the Estate of Jenifer Garner, deceased vs. Johnson & Johnson, et al.*
*Case No.: 3:24-cv-1683-MAS-RLS*

</td><td>

**MDL NO. 2738 (MAS) (RLS)**

</td></tr>
</table>

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Jesi Armas, Individually and as Representative of the Estate of Jenifer Garner, deceased.*

This 20th day of March 2024.

Respectfully submitted,

ONDERLAW, LLC

By:     /s/William W. Blair
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 20th  day of March 2024.


*/s/William W. Blair__*