UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>EZZARD PARKER, individually and on behalf of WANDA D. PARKER, Deceased,<br><br>Civil Action No.: 3:17-cv-07666 | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>NOTICE OF FILING |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 – Filing Short Form Complaints [Dkt. 148] and the Court's October 10, 2023, Order Governing Amendments to Complaints [Dkt. 28519] that the Amended Short Form Complaint with Jury Demand was filed on February 26, 2024, for Plaintiff Ezzard Parker, individually and on behalf of Wanda D. Parker, deceased.

Dated: March 20, 2024

Respectfully submitted,

/s/ *Warren T. Burns*

Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
Brandi R. Hamilton (MS #105116)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: aklevorn@burnscharest.com
   knelson@burnscharest.com
   bhamilton@burnscharest.com

              **AND**

              Warren T. Burns (TX #24053119)
              Daniel H. Charest (TX #24057803)
              Spencer M. Cox (TX #24097540)
              **BURNS CHAREST LLP**
              900 Jackson Street, Suite 500
              Dallas, Texas 75202
              T: 469.904.4550
              F: 469.444.5002
              E: wburns@burnscharest.com
                 dcharest@burnscharest.com
                 scox@burnscharest.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2024, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              /s/ *Warren T. Burns*
              Warren T. Burns (TX #24053119)
              **BURNS CHAREST LLP**
              900 Jackson Street, Suite 500
              Dallas, Texas 75202
              T: 469.904.4550
              F: 469.444.5002
              E: wburns@burnscharest.com