**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Johnson & Johnson and LLT Management LLC's Response to the Plaintiffs' Steering Committee's Supplemental Brief in Support of their Motion to Quash or for Protective Order Regarding Subpoena Directed at KCIC, LLC were served electronically via the Court's CM/ECF system on March 20, 2024. Copies of the foregoing document are also being sent by email to Plaintiffs' Co-Lead Counsel, and KCIC, LLC's counsel.

By: */s/ Stephen D. Brody*
Stephen D. Brody