# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) <br> Case No: 3:24-cv-04046 |

This document relates to:  <u>Harry Lewis Walker, individually and the Estate of Ernestine S. Walker</u>

## NOTICE OF FILING SUMMONS AND SHORT FORM COMPLAINT

Pursuant to Case Management Order #3, notice is hereby given of the filing of the Summons, Short Form Complaint and Jury Demand on behalf of Harry Lewis Walker, individually and the Estate of Ernestine S. Walker.

Dated March 21, 2024

Respectfully Submitted,

SEITHEL LAW, LLC
By: <u>s/Lynn Seithel</u> (S.C. 8017)
Post Office Box 1929
Charleston, South Carolina 29457
843-557-1699 (Direct Dial)
800-818-0433 (Fax)
Lynn@Seithellaw.com
***Counsel for Plaintiffs***