# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**JUDY ANN JEFFERSON**<br><br>  Plaintiff<br><br>Vs.<br><br>**JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., LTL MANAGEMENT, LLC, JOHNSON & JOHNSON HOLDCO (NA) INC., JANSSEN PHARMACEUTICALS, INC., KENVUE, INC.** | **MDL No. 16-2738 (MAS) (RLS)**<br><br>COMPLAINT & JURY DEMAND<br><br>Civil Action No. 3:24-cv-04061<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING OF SHORT FORM COMPLAINT

Plaintiff hereby gives notice that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint & Jury Demand were filed in the above-referenced case on March 21, 2024, on behalf of Plaintiff Judy Ann Jefferson.

Dated:  March 21, 2024

/s/ *Dennis F. O'Brien*
Dennis F. O'Brien, Esquire
Maryland State Bar No. 00771
DENNIS F. O'BRIEN, P.A.
2012 S. Tollgate Road, Suite 209
Bel Air, Maryland 21015
(410) 420-7411 P
(410) 420-6647 F
obie26@aol.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March 2024, I electronically filed the foregoing Notice of Filing of Short Form Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

/s/ *Dennis F. O'Brien*
Dennis F. O'Brien, Esquire
DENNIS F. O'BRIEN, P.A.