IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Rashawn Scott v. Johnson & Johnson, et al.*<br><br>Case No: 3:24-cv-3159-MAS-RLS | Civil No. 3:16-md-2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Rashawn Scott, individually and as Representative of the Estate of Gretta Scott, deceased.

                                                                  Respectfully:

                                                                  */s/ Tara K. King*
                                                                  Tara K. King
                                                                  MO Bar No. 69171
                                                                  WAGSTAFF LAW FIRM
                                                                  940 N. Lincoln Street
                                                                  Denver, CO 80203
                                                                  303-376-6360 Telephone
                                                                  888-875-2889 Facsimile
                                                                  TKing@wagstafflawfirm.com

Dated: March 21, 2024

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                           */s/ Tara K. King*  
                                                           Wagstaff Law Firm