IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Shaun Rogers v. Johnson & Johnson, et al.*<br><br>Case No: 3:24-cv-3161-MAS-RLS | Civil No. 3:16-md-2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Shaun Rogers, individually and as Representative of the Estate of Jacqueline Tedhams, deceased.

                                                          Respectfully:

                                                          */s/ Tara K. King*
                                                          Tara K. King
                                                          MO Bar No. 69171
                                                          WAGSTAFF LAW FIRM
                                                          940 N. Lincoln Street
                                                          Denver, CO 80203
                                                          303-376-6360 Telephone
                                                          888-875-2889 Facsimile
                                                          TKing@wagstafflawfirm.com

Dated: March 21, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ Tara K. King*
                                                Wagstaff Law Firm