IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Pamella Filipetti v. Johnson & Johnson, et al.*<br><br>Case No: 3:24-cv-03107-MAS-RLS | Civil No. 3:16-md-2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Pamella Filipetti, individually and as Representative of the Estate of Stacy Barrett, deceased.

        Respectfully:

        */s/ Tara K. King*
        Tara K. King
        MO Bar No. 69171
        WAGSTAFF LAW FIRM
        940 N. Lincoln Street
        Denver, CO  80203
        303-376-6360 Telephone
        888-875-2889 Facsimile
        TKing@wagstafflawfirm.com

Dated:  March 21, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ Tara K. King*
                                                Wagstaff Law Firm