## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*William Harmon, Individually and as*
    *Representative of the Estate of Carolyn*
    *Harmon, deceased vs. Johnson & Johnson,*
    *et al.*
*Case No.:  3:24-cv-1753-MAS-RLS*

MDL NO. 2738 (MAS) (RLS)

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, **William Harmon, Individually and as Representative of the Estate of Carolyn Harmon, deceased**.

This 21st day of March 2024.

Respectfully submitted,

ONDERLAW, LLC

By:    /s/William W. Blair__
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 21st day of March 2024.

*/s/William W. Blair*