IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*April Woodall v. Johnson & Johnson, et al.*<br><br>Case No: 3:24-cv-03084-MAS-RLS | Civil No. 3:16-md-2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff April Woodall, individually and as Representative of the Estate of Henrietta Woodall, deceased.

                                                               Respectfully:

                                                               */s/ Tara K. King*
                                                               Tara K. King
                                                               MO Bar No. 69171
                                                               WAGSTAFF LAW FIRM
                                                               940 N. Lincoln Street
                                                                Denver, CO 80203
                                                               303-376-6360 Telephone
                                                               888-875-2889 Facsimile
                                                               TKing@wagstafflawfirm.com

Dated: March 21, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        */s/ Tara K. King*
                                        Wagstaff Law Firm