# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Alvin W. Smuzynski, Individually and as Representative of the Estate of Pamela H. Cooper-Smuzynski, deceased vs. Johnson & Johnson, et al.* <br> *Case No.:  3:24-cv-1494-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Alvin W. Smuzynski, individually and as Representative of the Estate of Pamela H. Cooper-Smuzynski, deceased.

This __21st____ day of March, 2024.

                                                          Respectfully submitted,

                                                         ONDERLAW, LLC

By:   */s/*_____
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com

blair@onderlaw.com
rados@onderlaw.com

**<u>Certificate of Service</u>**

 The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __21st____ day of March, 2024.


<u>/s/             </u>