**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON<br>TALCUM POWDER PRODUCTS<br>MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*William Wayne Davis v. Johnson & Johnson, et al.*<br><br>Case No: 3:24-cv-03138-MAS-RLS | Civil No. 3:16-md-2738 |

<u>**NOTICE OF FILING**</u>

     Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff William Wayne Davis, individually and as Representative of the Estate of Mary Theresa Davis, deceased.

     Respectfully:

     */s/ Tara K. King*
     Tara K. King
     MO Bar No. 69171
     WAGSTAFF LAW FIRM
     940 N. Lincoln Street
     Denver, CO 80203
     303-376-6360 Telephone
     888-875-2889 Facsimile
     TKing@wagstafflawfirm.com

Dated: March 21, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 21, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.


*/s/ Tara K. King*
Wagstaff Law Firm