IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Terry Campany v. Johnson & Johnson, et al.*<br><br>Case No: 3:24-cv-03130-MAS-RLS | Civil No. 3:16-md-2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Terry Campany, individually and as Representative of the Estate of Mamie Campany, deceased.

                                                                     Respectfully:

                                                                     */s/ Tara K. King*
                                                                     Tara K. King
                                                                     MO Bar No. 69171
                                                                     WAGSTAFF LAW FIRM
                                                                     940 N. Lincoln Street
                                                                     Denver, CO 80203
                                                                     303-376-6360 Telephone
                                                                     888-875-2889 Facsimile
                                                                     TKing@wagstafflawfirm.com

Dated: March 22, 2024

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                      */s/ Tara K. King*
                                                      Wagstaff Law Firm