## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>***Donavus Jowers, Individually and as Representative of the Estate of Shirley Jowers, deceased vs. Johnson & Johnson, et al.***<br>***Case No.: 3:24-cv-1838-MAS-RLS*** | **MDL NO. 2738 (MAS) (RLS)** |

## <u>NOTICE OF FILING</u>

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Donavus Jowers, individually and as Representative of the Estate of Shirley Jowers, deceased.

This 23rd day of March 2024.

Respectfully submitted,

ONDERLAW, LLC

By:    */s/ William W. Blair*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of March 2024.


_/s/ William W. Blair_