# EXHIBIT A

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |
| **THIS DOCUMENT RELATES TO:** , Plaintiff, v. JOHNSON & JOHNSON, ET AL. Defendants. | Civil Action No. |

**NOTICE OF INABILITY TO SUBSTITUTE**

In accordance with Case Management Order No. 9 – Status of Deceased Plaintiffs, Counsel for Plaintiff in the above-referenced action hereby gives notice of the inability to substitute a proper party within the timeline outlined by the CMO.

Upon information and belief,                     died on or about               . Counsel for Plaintiff is unable to substitute a proper party in this action, because (**select one option below**):

1

### Category One

| | |
|---|---|
| Probate petition has been filed, but no order appointing a personal representative has been entered. | |
| **Name of petitioner:** | |
| **Date filed:** | |
| **Remand state:** | |

### Category Two

| | |
|---|---|
| Probate counsel has been retained, but a probate petition has not yet been filed. | |
| **Name of petitioner:** | |
| **Date probate counsel retained:** | |
| **Remand state:** | |

### Category Three

| | |
|---|---|
| Next of kin has not yet been identified or retained, and probate is required to substitute parties. | |
| **Remand state:** | |
| By including this case in Category Three, Counsel represents that we are taking appropriate steps, including but not limited to, conducting research through online databases such as Westlaw and LexisNexis and hiring a private investigator. | |

### Category Four

| | |
|---|---|
| Next of kin has not yet been identified or retained, probate is not required to substitute parties. | |
| **Remand state:** | |
| By including this case in Category Four, Counsel represents that we are taking appropriate steps, including but not limited to, conducting research through online databases such as Westlaw and LexisNexis and hiring a private investigator. | |

### Category Five

| | |
|---|---|
| This case does not fit into any of the above categories. | |
| **Remand state:** | |
| **Explanation:** | |

Dated:                          Respectfully submitted by,

_____

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on _____, a copy of the foregoing document was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                   _____