# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Lee A. Youmans, as Personal Representative on Behalf of the Heirs of the Estate of Alice L. Youmans v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:23-cv-23366-FLW-LHG* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on December 27, 2023, on behalf of the plaintiff(s), Lee A. Youmans, as Personal Representative on Behalf of the Heirs of the Estate of Alice L. Youmans .

Dated:  March 23, 2024

Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                    **MOTLEY RICE LLC**

                                    /s/ Carmen S. Scott
                                    Carmen S. Scott