**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| LUANNE S. BARRETT, | |
| Plaintiff, | Civil Action No.: 3:24-cv-04087 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC.; JANSSEN PHARMACEUTICALS, INC.; LLT MANAGEMENT LLC AND KENVUE, INC. | |
| Defendants. | |

**NOTICE OF FILING**

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 25th day of March 2024 on behalf of Luanne Barrett.

Dated: 3/25/2024        Respectfully Submitted by,

                                               */s/ W. Cameron Stephenson*
                                               W. Cameron Stephenson
                                               Florida Bar No.: 0051599
                                               LEVIN, PAPANTONIO, RAFFERTY,
                                               PROCTOR, BUCHANAN, O'BRIEN, BARR,
                                               MOUGEY, P.A.
                                               316 South Baylen Street, Suite 600
                                               Pensacola, FL 32502
                                               Telephone: (850) 435-7186
                                               Facsimile: (850) 436-6186
                                               Email: cstephenson@levinlaw.com

ATTORNEY FOR THE PLAINTIFF

ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

     I hereby certify that on the 25th day of March 2024, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                           /s/ W. Cameron Stephenson