# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>PAMELA PAIGE SORIA,<br><br>     Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON HOLDCO (NA) INC.;<br>JANSSEN PHARMACEUTICALS, INC.;<br>LLT MANAGEMENT LLC AND<br>KENVUE, INC.<br>     Defendants. | MDL No. 2738 (FLW) (LHG)<br><br><br><br>Civil Action No.: 3:24-cv-04088<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 25th day of March 2024 on behalf of PAMELA PAIGE SORIA.

Dated:  3/25/2024          Respectfully Submitted by,

                   */s/ W. Cameron Stephenson*
                   W. Cameron Stephenson
                   Florida Bar No.: 0051599
                   LEVIN, PAPANTONIO, RAFFERTY,
                   PROCTOR, BUCHANAN, O'BRIEN, BARR,
                   MOUGEY, P.A.
                   316 South Baylen Street, Suite 600
                   Pensacola, FL 32502
                   Telephone: (850) 435-7186
                   Facsimile: (850) 436-6186
                   Email: cstephenson@levinlaw.com

ATTORNEY FOR THE PLAINTIFF

ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of March 2024, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                                                                */s/ W. Cameron Stephenson*