**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Nancy Scott vs. Johnson & Johnson, et al.*<br>Case No.: 3:24-cv-03748-MAS-RLS | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Nancy Scott.

This 26th day of March 2024.

                                        Respectfully submitted,

                                        ONDERLAW, LLC

                        By:    */s/* James G. Onder
                                  James G. Onder, #38049 MO
                                  William W. Blair, #58196 MO
                                  Stephanie L. Rados, #65117 MO
                                  110 E. Lockwood, 2nd Floor
                                  St. Louis, MO 63119
                                  314-963-9000 telephone
                                  314-963-1700 facsimile
                                  onder@onderlaw.com
                                  blair@onderlaw.com
                                  rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th day of March 2024.

<em><u>/s/ James G. Onder</u></em>