**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Wilma Marris, Individually and as Representative of the Estate of Nechetta Williams, deceased vs. Johnson & Johnson, et al.* <br> *Case No.:  3:24-cv-02565-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Wilma Marris, individually and as Representative of the Estate of Nechetta Williams, deceased.

This 26th day of March 2024.

               Respectfully submitted,

               ONDERLAW, LLC

       By:   */s/James G. Onder*____
               James G. Onder, #38049 MO
               William W. Blair, #58196 MO
               Stephanie L. Rados, #65117 MO
               110 E. Lockwood, 2nd Floor
               St. Louis, MO  63119
               314-963-9000 telephone
               314-963-1700 facsimile
               onder@onderlaw.com
               blair@onderlaw.com
               rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th day of March 2024.

/s/James G. Onder____