**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Theresa A. Norris vs. Johnson & Johnson, et al.*<br>*Case No.:  3:24-cv-2070-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Theresa A. Norris.

This 26th  day of March, 2024.

Respectfully submitted,

ONDERLAW, LLC

By:  */s/*William W. Blair
     James G. Onder, #38049 MO
     William W. Blair, #58196 MO
     Stephanie L. Rados, #65117 MO
     110 E. Lockwood, 2nd Floor
     St. Louis, MO  63119
     314-963-9000 telephone
     314-963-1700 facsimile
     onder@onderlaw.com
     blair@onderlaw.com
     rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th  day of March 2024.


*/s/William W. Blair*