**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

IN RE JOHNSON & JOHNSON "BABY
POWDER" and "SHOWER TO SHOWER"
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Jose Maravilla, Individually and as Representative*
*of the Estate of Rita Pacheco-Maravilla,*
*deceased vs. Johnson & Johnson, et al.*
*Case No.:  3:24-cv-2091-MAS-RLS*

MDL NO. 2738 (MAS) (RLS)

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jose Maravilla, individually and as Representative of the Estate of Rita Pacheco-Maravilla, deceased.

This 26th day of March, 2024.

Respectfully submitted,

ONDERLAW, LLC

By:    */s/ William W. Blair*
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       Stephanie L. Rados, #65117 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO  63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       blair@onderlaw.com
       rados@onderlaw.com

## **Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 26th day of March 2024.


*/s/ William W. Blair*