**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

***Robert W. Polski, Individually and as Representative of the Estate of Dorian A. Polski, deceased vs. Johnson & Johnson, et al.***
***Case No.: 3:24-cv-2118-MAS-RLS***

**MDL NO. 2738 (MAS) (RLS)**

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Robert W. Polski, individually and as Representative of the Estate of Dorian A. Polski, deceased.

This 27th day of March, 2024.

Respectfully submitted,

ONDERLAW, LLC

By: */s/William W. Blair*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of March 2024.

*/s/ William W. Blair*