## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Nancy Klossner vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-03218-MAS-RLS* | MDL NO. 2738 (MAS) (RLS) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Nancy Klossner.

This 27th day of March 2024.

                                                  Respectfully submitted,

                                                  ONDERLAW, LLC

                        By:    */s/* James G. Onder
                                 James G. Onder, #38049 MO
                                 William W. Blair, #58196 MO
                                 Stephanie L. Rados, #65117 MO
                                 110 E. Lockwood, 2nd Floor
                                 St. Louis, MO  63119
                                 314-963-9000 telephone
                                 314-963-1700 facsimile
                                 onder@onderlaw.com
                                 blair@onderlaw.com
                                 rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of March 2024.

                 */s/ James G. Onder*