# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Anthony Mihalko, Individually and as Representative of the Estate of Sandra Reynolds, deceased vs. Johnson & Johnson, et al.*<br>**Case No.: 3:24-cv-2176-MAS-RLS** | **MDL NO. 2738 (MAS) (RLS)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Anthony Mihalko, individually and as Representative of the Estate of Sandra Reynolds, deceased.

This 27th day of March 2024.

                                              Respectfully submitted,

                                              ONDERLAW, LLC

                         By:    */s/* William W. Blair\
                                    James G. Onder, #38049 MO\
                                    William W. Blair, #58196 MO\
                                    Stephanie L. Rados, #65117 MO\
                                    110 E. Lockwood, 2nd Floor\
                                    St. Louis, MO  63119\
                                    314-963-9000 telephone\
                                    314-963-1700 facsimile\
                                    onder@onderlaw.com\
                                    blair@onderlaw.com\
                                    rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 27th day of March 2024.

                                          */s/ William W. Blair*