

March 27, 2024

**VIA ECF**

Honorable Rukhsanah L. Singh
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:    Response to Susan Sharko's March 1, 2024, Letter In Re: MDL 2738**

Dear Magistrate Judge Singh:

        We received notice from Faegre Drinker Biddle & Reath LLP on March 1, 2024, the Plaintiff Profile Form (PPF) in **Rico, Amy, Case No. 3:17-cv-11342** was deficient because it was not submitted:

        Rico, Amy          Case No. 3:17-cv-11342

We met and conferred with opposing counsel, requested extensions and advised counsel that our office would file a motion to withdraw as plaintiff Amy Rico has been unresponsive. Defense counsel granted a final extension to January 22, 2024, and confirmed they are not opposed to the motion to withdraw. Attached to this letter is a copy of said meet and confer efforts with Law Office of Faegre Drinker Biddle & Reath LLP.

Our office filed a motion to withdraw on January 22, 2024, which is still pending.

For these reasons, we respectfully request that this matter not be placed on an order to show cause until after the order on our motion to withdraw has been granted. We cannot comply with the PPF requirements due to the Plaintiff's non-responsiveness.

        Thank you for your time and consideration.
.

                                        Sincerely,

                                        _____
                                        Stephanie, Sherman, Attorney
                                        WISNER BAUM LLP

11111 Santa Monica Boulevard, Suite 1750, Los Angeles, CA  90025
100 Drakes Landing Rd, Bldg. 100B, Suite 160, Greenbrae, CA 94904  |  2101 L Street, N.W., Suite 800, Washington, D.C. 20037
(310) 207-3233  |  wisnerbaum.com  |  (202) 466-0513