# Castro, Jasmine

| | |
|---|---|
| **From:** | Garrett, Sean C. <sean.garrett@faegredrinker.com> |
| **Sent:** | Friday, January 5, 2024 12:47 PM |
| **To:** | Castro, Jasmine |
| **Cc:** | Aguayo, Ramon; Sherman, Stephanie; Esfandiari, Bijan; Adlivankina, Valeriya; Friedman, Eric M. |
| **Subject:** | RE: Talc MDL No. 2738 / Extension Request re PPF Deadline on Amy Rico (3:17-cv-11342) |

Jasmine,

I appreciate the difficulty in locating the client, however, this discovery was due back in October. I will agree to a final two-week extension, to January 22, 2024, for the Amy Rico matter. We will not oppose a motion to withdraw.

Thanks,

**Sean C. Garrett**
Associate
sean.garrett@faegredrinker.com
Connect: vCard

+1 973 549 7094 direct

**Faegre Drinker Biddle & Reath LLP**
600 Campus Dr.
Florham Park, New Jersey 07932, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Castro, Jasmine <jcastro@wisnerbaum.com>
**Sent:** Friday, January 5, 2024 3:01 PM
**To:** Garrett, Sean C. <sean.garrett@faegredrinker.com>
**Cc:** Aguayo, Ramon <raguayo@wisnerbaum.com>; Sherman, Stephanie <ssherman@wisnerbaum.com>; Esfandiari, Bijan <BEsfandiari@wisnerbaum.com>; Adlivankina, Valeriya <vadlivankina@wisnerbaum.com>; Castro, Jasmine <jcastro@wisnerbaum.com>; Friedman, Eric M. <eric.friedman@faegredrinker.com>
**Subject:** Talc MDL No. 2738 / Extension Request re PPF Deadline on Amy Rico (3:17-cv-11342)
**Importance:** High

**This Message originated outside your organization.**

Good afternoon Counsel,

May we please extend Amy Rico PPF deadline until **2/10/2024**? The current deadline is 1/8/2024. We have been unsuccessful with communicating and locating our client. Furthermore, we intend to file a motion to withdraw by 2/2/2024 should we continue to have no success in reaching our client. Please confirm you can extend the PPF deadline and confirm whether or not you are not opposed as it relates to the motion to withdraw.

Thank you.

**Jasmine Castro**
Paralegal

- 310-207-3233  | Office
- 310-820-6257  | Direct
- wisnerbaum.com
- 11111 Santa Monica Blvd, Suite 1750
  Los Angeles, CA 90025


    

CONFIDENTIALITY NOTICE -- This electronic mail message may contain confidential information belonging to the sender which is protected by the attorney-client and/or work product privilege. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please purge the received information from your system and immediately notify the sender by telephone and by return e-mail. Thank you. IRS DISCLAIMER: Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service standards (Circular 230), we are required to inform you that only formal, written tax opinions meeting the requirements of Circular 230 may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.