## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| MARY BEST,<br>                    Plaintiff,<br>v.<br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | Civil Action No: 24-cv-4323<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on March 28, 2024.

Dated:  March 28, 2024                                  Respectfully submitted:

                                                                          /s/ Michael Goetz
                                                                          _____
                                                                          MICHAEL GOETZ, ESQUIRE
                                                                          Florida Bar No. 963984
                                                                          Morgan & Morgan
                                                                          Complex Litigation Group
                                                                          One Tampa City Center, 7th Floor
                                                                          201 N. Franklin Street
                                                                          Tampa, Florida 33602
                                                                          Telephone (813) 223-5505
                                                                          Facsimile (813) 223-5402
                                                                          E-Mail:  MGoetz@forthepeople.com
                                                                          Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system March 28, 2024.

              /s/ Michael Goetz
              Attorney for Plaintiff