## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) <br> JUDGE FREDA L. WOLFSON <br> MAG. JUDGE LOIS H. GOODMAN |
| LINDA WILLIAMSON and TRACY WILLIAMSON, <br>                 Plaintiff, <br> v. | Civil Action No: 24-cv-4337 |
| JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on March 28, 2024.

Dated: March 28, 2024

                                                        Respectfully submitted:

                                                        */s/ signature*

                                                        MICHAEL GOETZ, ESQUIRE
                                                      Florida Bar No. 963984
                                                      Morgan & Morgan
                                                      Complex Litigation Group
                                                      One Tampa City Center, 7th Floor
                                                      201 N. Franklin Street
                                                      Tampa, Florida 33602
                                                      Telephone (813) 223-5505
                                                      Facsimile (813) 223-5402
                                                      E-Mail: MGoetz@forthepeople.com
                                                      Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system March 28, 2024.

                                           /s/ Michael Goetz
                                           Attorney for Plaintiff