## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, ) <br> AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br> *Denise M. Crittenden vs. Johnson & Johnson,* ) <br> *et al.* ) <br> *Case 3:24-cv-4078-MAS-RLS* ) | MDL NO. 2738 (MAS)(RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Denise M. Crittenden.

This 28th day of March, 2024

                                                                  Respectfully Submitted

                                                                  */s/ Joel L. DiLorenzo*
                                                                  Joel L. DiLorenzo
                                                                  THE DILORENZO LAW FIRM, LLC
                                                                  505 20TH ST. N. # 1275
                                                                  BIRMINGHAM, AL 35203
                                                                  Tel: (205) 212-9988
                                                                  Fax: (205) 212-9989
                                                                  Email: joel@dilorenzo-law.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th day of September, 2023,

                 */s/ Joel L. DiLorenzo*