UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON ) <br> TALCUM POWDER PRODUCTS ) <br> MARKETING, SALES PRACTICES, ) <br> AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Sylvia Tiggs vs. Johnson & Johnson, et al.* ) <br> Case 3:24-cv-4079 (MAS)(RLS) ) | MDL NO. 2738 (MAS)(RLS) |

___

## NOTICE OF FILING
___

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Sylvia Tiggs.

This 28th day of March, 2024

                                                Respectfully Submitted

                                                */s/ Joel L. DiLorenzo*
                                                Joel L. DiLorenzo
                                                THE DILORENZO LAW FIRM, LLC
                                                505 20TH ST. N. # 1275
                                                BIRMINGHAM, AL 35203
                                                Tel: (205) 212-9988
                                                Fax: (205) 212-9989
                                                Email: joel@dilorenzo-law.com