**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Johnson & Johnson and LLT Management LLC's Reply in Support of Motion to Quash or For Protective Order From Subpoena Directed to PricewaterhouseCoopers ("PwC") was served electronically via the Court's CM/ECF system on March 28, 2024. Copies of the foregoing document are also being sent by email to Plaintiffs' Co-Lead Counsel, and counsel for PwC.

By:  */s/ Stephen D. Brody*
     Stephen D. Brody