**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Frederick Schaefer, Individually and as Representative of the Estate of Joan Schaefer, deceased vs. Johnson & Johnson, et al.*<br>**Case No.: 3:24-cv-2213-MAS-RLS** | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Frederick Schaefer, individually and as Representative of the Estate of Joan Schaefer, deceased.

This 29th day of March 2024.

                                                                                     Respectfully submitted,

                                                                                     ONDERLAW, LLC

                    By:    */s/* William W. Blair
                               James G. Onder, #38049 MO
                               William W. Blair, #58196 MO
                               Stephanie L. Rados, #65117 MO
                               110 E. Lockwood, 2nd Floor
                               St. Louis, MO 63119
                               314-963-9000 telephone
                               314-963-1700 facsimile
                               onder@onderlaw.com
                               blair@onderlaw.com
                               rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of March 2024.

*/s/ William W. Blair*