# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Diane K. Mongkeya vs. Johnson & Johnson, et al.*<br>*Case No.:  3:24-cv-02603-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Diane K. Mongkeya.

This 29th day of March 2024.

          Respectfully submitted,

          ONDERLAW, LLC

          By:    */s/James G. Onder*
                      James G. Onder, #38049 MO
                      William W. Blair, #58196 MO
                      Stephanie L. Rados, #65117 MO
                      110 E. Lockwood, 2nd Floor
                      St. Louis, MO  63119
                      314-963-9000 telephone
                      314-963-1700 facsimile
                      onder@onderlaw.com
                      blair@onderlaw.com
                      rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 29th day of March 2024.

                                                  */s/James G. Onder*