# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Lynn Willecki, Individually and as Representative of the Estate of Leslie Willecke, deceased vs. Johnson & Johnson, et al.* <br> **Case No.: 3:24-cv-02796-MAS-RLS** | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Lynn Willecki, individually and as Representative of the Estate of Leslie Willecke, deceased.

This 1st day of April 2024.

                                         Respectfully submitted,

                                         ONDERLAW, LLC

           By:     */s/James G. Onder*
                       James G. Onder, #38049 MO
                       William W. Blair, #58196 MO
                       Stephanie L. Rados, #65117 MO
                       110 E. Lockwood, 2nd Floor
                       St. Louis, MO 63119
                       314-963-9000 telephone
                       314-963-1700 facsimile
                       onder@onderlaw.com
                       blair@onderlaw.com
                       rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 1st day of April 2024.

_/s/James G. Onder_
