**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Brenda Erwin vs. Johnson & Johnson, et al.*<br>Case No.: 3:24-cv-03750-MAS-RLS | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Brenda Erwin.

This _1st_ day of __April_____, 2024.

                                                        Respectfully submitted,

                                                        ONDERLAW, LLC

          By:    */s/*_____
                   James G. Onder, #38049 MO
                   William W. Blair, #58196 MO
                   Stephanie L. Rados, #65117 MO
                   110 E. Lockwood, 2nd Floor
                   St. Louis, MO  63119
                   314-963-9000 telephone
                   314-963-1700 facsimile
                   onder@onderlaw.com
                   blair@onderlaw.com
                   rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __1st__ day of __April_____, 2024.

/s/_____