## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jennifer King vs. Johnson & Johnson, et al.*<br>*Case No.:  3:24-cv-03741-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jennifer King.

This _1st_ day of __April_____, 2024.

                                                            Respectfully submitted,

                                                            ONDERLAW, LLC

                                By:    */s/*_____
                                                        James G. Onder, #38049 MO
                                                        William W. Blair, #58196 MO
                                                        Stephanie L. Rados, #65117 MO
                                                        110 E. Lockwood, 2nd Floor
                                                        St. Louis, MO  63119
                                                         314-963-9000 telephone
                                                        314-963-1700 facsimile
                                                        onder@onderlaw.com
                                                        blair@onderlaw.com
                                                        rados@onderlaw.com

**Certificate of Service**

 The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this _1st__ day of __April_____, 2024.


                 */s/*_____