## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Christina Dulin, Individually and as Representative of the Estate of Judy Hilburn, deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:24-cv-03735-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Christina Dulin, individually and as Representative of the Estate of Judy Hublin, deceased.

This _1st__ day of __April_____, 2024.

                                                               Respectfully submitted,

                                                               ONDERLAW, LLC

By:   */s/*_____
          James G. Onder, #38049 MO
          William W. Blair, #58196 MO
          Stephanie L. Rados, #65117 MO
          110 E. Lockwood, 2nd Floor
          St. Louis, MO  63119
          314-963-9000 telephone
          314-963-1700 facsimile
          onder@onderlaw.com
          blair@onderlaw.com
          rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __1st__ day of __April_____, 2024.

/s/_____