# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Johnson & Johnson and LLT Management LLC's Opposition to Plaintiffs' Steering Committee's Motion to Seal Exhibit 4 to Supplemental Brief in Support of Motion to Quash or for Protective Order Regarding Subpoena Directed at KCIC, LLC was served electronically via the Court's CM/ECF system on April 1, 2024. Copies of the foregoing document are also being sent by email to Plaintiffs' Co-Lead Counsel.

By: */s/ Stephen D. Brody*
Stephen D. Brody