UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to: W. WOODS DODSON AS THE ADMINISTRATOR OF THE ESTATE OF JULIE S. WHITE, DECEASED  3:24-cv-4451 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on April 2, 2024 on behalf of W. WOODS DODSON AS THE ADMINISTRATOR OF THE ESTATE OF JULIE S. WHITE, DECEASED

Dated: April 2, 2024                                             Respectfully submitted,

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
NS PR LAW SERVICES LLC
1302 Ave. Ponce De Leon
Santurce, PR 00907
T: (212) 397-1000
F: (646) 927-1676
joelyshernandez@nsprlaw.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  April 2, 2024

                                                      */s/ Joelys Hernandez*
                                                      Joelys Hernandez, Esq.
                                                      NS PR LAW SERVICES LLC
                                                      1302 Ave. Ponce De Leon
                                                      Santurce, PR 00907
                                                      T: (212) 397-1000
                                                      F: (646) 927-1676
                                                      joelyshernandez@nsprlaw.com