UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Beth Cramer vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-04305-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Beth Cramer.

This __2nd___ day of ___April_____, 2024.

                                                    Respectfully submitted,

                                                    ONDERLAW, LLC

          By:    */s/*_____
                   James G. Onder, #38049 MO
                   William W. Blair, #58196 MO
                   Stephanie L. Rados, #65117 MO
                   110 E. Lockwood, 2nd Floor
                   St. Louis, MO  63119
                   314-963-9000 telephone
                   314-963-1700 facsimile
                   onder@onderlaw.com
                   blair@onderlaw.com
                   rados@onderlaw.com

## **Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __2nd___ day of ___April_____, 2024.

                 */s/*_____