**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (MAS) (RLS)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Latrice H. Hollis, Individually and as Representative of the Estate of Rosemary L. Lark, deceased vs. Johnson & Johnson, et al.*<br>Case No.:  3:24-cv-04329-MAS-RLS | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Latrice H. Hollis, individually and as Representative of the Estate of Rosemary L. Lark, deceased.

This __2nd___ day of ___April_____, 2024.

            Respectfully submitted,

            ONDERLAW, LLC

    By: */s/*_____
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       Stephanie L. Rados, #65117 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO  63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       blair@onderlaw.com
       rados@onderlaw.com

**Certificate of Service**

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __2nd___ day of ___April_____, 2024.


                                                                */s/*_____