**burns charest** llp

Amanda Klevorn
aklevorn@burnscharest.com

April 2, 2024

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

> Re: *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*
> Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Shipp and Judge Singh:

I write on behalf of the Plaintiffs' Steering Committee (PSC) regarding the PSC's March 15, 2024 Motion to Seal Exhibit 4 to Supplemental Brief in Support of Motion to Quash or for Protective Order Regarding Subpoena Directed at KCIC, LLC (ECF No. 29599) and Defendants' April 1, 2024 Opposition to the Motion to Seal (ECF No. 30636).

The PSC hereby withdraws its Motion to Seal Exhibit 4 and does not oppose the unsealing of Exhibit 4 by the Clerk of Court pursuant to Local Rule 5.3(c).

Best regards,

**BURNS CHAREST LLP**

_____
Amanda Klevorn, Partner

cc: Hon. Joel Schneider, U.S.M.J. (ret.) (via email)
Susan Sharko, Esq. (via email)
Stephen D. Brody, Esq. (via email)
All Counsel (via ECF)