**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Dorothy Kenney vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-04287-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Dorothy Kenney.

This __2nd___ day of ___April_____, 2024.

                                                      Respectfully submitted,

                                                      ONDERLAW, LLC

By:   */s/*_____<br>
       James G. Onder, #38049 MO<br>
       William W. Blair, #58196 MO<br>
       Stephanie L. Rados, #65117 MO<br>
       110 E. Lockwood, 2nd Floor<br>
       St. Louis, MO  63119<br>
       314-963-9000 telephone<br>
       314-963-1700 facsimile<br>
       onder@onderlaw.com<br>
       blair@onderlaw.com<br>
       rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __2nd___ day of ___April_____, 2024.

/s/ _____