## <u>CERTIFICATE OF SERVICE</u>

The foregoing submissions have been electronically filed with the Court on this 2nd day

of April, 2024.  Notice of this filing will be sent by operation of the Court's electronic filing

system to all parties indicated on the electronic filing receipt.  Parties may access this filing

through the Court's system.


By: <u>/s/</u> *Stephen D. Brody*