# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Leyla Avila<br>Case No. 3:24-cv-3485 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 03/17/2024 on behalf of Leyla Avila, Individually and as Anticipated Personal Representative for the Estate of Maria Ruiz, Deceased.

DATED: 04/03/2024                                   Respectfully submitted,

                                                                    By: */s/ Daniel J. Thornburgh*

                                                                    Daniel J. Thornburgh
                                                                    **AYLSTOCK, WITKIN,**
                                                                    **KREIS, AND OVERHOLTZ, PLLC**
                                                                    17 East Main Street, Suite 200
                                                                    Pensacola, Florida 32502
                                                                    Telephone: 850-202-1010
                                                                    Fax: 850-916-7449
                                                                    dthornburgh@awkolaw.com

                                                                    *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on 04/03/2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

By: */s/ Daniel J. Thornburgh*

Daniel J. Thornburgh
**AYLSTOCK, WITKIN,
KREIS, AND OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiff*