# EXHIBIT E

```
                                              Pages 1 - 77

                   UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

  Before The Honorable Yvonne Gonzalez Rogers, Judge

  IN RE: SOCIAL MEDIA ADOLESCENT )
  ADDICTION/PERSONAL INJURY      )
  PRODUCTS LIABILITY LITIGATION. )
                                 )
                                 )    NO. C 22-MD-03047-YGR
                                 )
 _____)

                                  San Francisco, California
                                  Friday, January 26, 2024

                    TRANSCRIPT OF PROCEEDINGS

  APPEARANCES:

  For Plaintiffs:
                      SEEGER WEISS, LLP
                      55 Challenger Road, 6th Floor
                      Ridgefield Park, NJ 07660
                BY:   CHRISTOPHER SEEGER, ESQ.
                      JENNIFER R. SCULLION, ESQ.
                      CHRISTOPHER L. AYERS, ESQ.

                      SEEGER WEISS, LLP
                      100 Church Street
                      New York, NY 10007
                BY:   ERICA KUBLY, ESQ.

                      Lieff, Cabraser, Heimann and Bernstein
                      275 Battery Street, 29th Floor
                      San Francisco, CA 94111
                BY:   LEXI J. HAZAM, ESQ.
                      PATRICK I. ANDREWS, ESQ.



  REPORTED REMOTELY BY:   Stephen W. Franklin, RMR, CRR, CPE
                          Official United States Reporter
```

```
APPEARANCES (Cont.'d):

For Plaintiffs:
                LIEFF, CABRASER, HEIMANN AND BERNSTEIN
                250 Hudson Street, 8th Floor
                New York, NY 10013
           BY:  JASON L. LICHTMAN, ESQ.
                GABRIEL A. PANEK, ESQ.

                MOTLEY RICE, LLC
                401 9th Street Northwest, Suite 630
                Washington, DC 20004
           BY:  PREVIN WARREN, ESQ.

                MOTLEY RICE, LLC
                28 Bridgeside Boulevard
                Mt. Pleasant, SC 29464
           BY:  ANNIE KOUBA, ESQ.

                ANDRUS ANDERSON, LLP
                155 Montgomery Street, Suite 900
                San Francisco, CA 94104
           BY:  JENNIE L. ANDERSON, ESQ.

                SOCIAL MEDIA VICTIMS LAW CENTER, PLLC
                520 Pike Street, Suite 1125
                Seattle, WA 98101
           BY:  MATTHEW P. BERGMAN, ESQ.

                BERGMAN DRAPER LADENBURG
                614 1st Avenue, 4th Floor
                Seattle, WA 98104
           BY:  GLENN S. DRAPER, ESQ.

                WEITZ AND LUXENBERG, P.C.
                700 Broadway
                New York, NY 10003
           BY:  JAMES J. BILSBORROW, ESQ.

                C.A. GOLDBERG, PLLC
                16 Court Street, 33rd Floor
                Brooklyn, NY 11241
           BY:  CARRIE GOLDBERG, ESQ.

                WALSH LAW, PLLC
                14 Ridge Square Northwest, Third Floor
                Washington, DC 20016
           BY:  ALEXANDRA M. WALSH, ESQ.
```

**APPEARANCES (Cont.'d):**

For Plaintiffs:    SIMMONS HANLY CONROY, LLC
                     One Court Street
                     Alton, IL 62002
           BY:   **JAYNE CONROY, ESQ.**

                     KESSLER, TOPAZ, MELTZER, AND CHECK, LLP
                     280 King of Prussia Road
                     Radnor, PA 19087
           BY:   **MELISSA L. YEATES, ESQ.**

                     LEVIN, SEDRAN AND BERMAN, LLP
                     510 Walnut Street, Suite 500
                     Philadelphia, PA 19106
           BY:   **MICHAEL M. WEINKOWITZ, ESQ.**

                     BRUSTER, PLLC
                     680 North Carroll Avenue, Suite 110
                     Southlake, TX 76092
           BY:   **EDWARD K. CHIN, ESQ.**

                     COLORADO DEPARTMENT OF LAW
                     1300 Broadway, 6th Floor
                     Denver, CO 80203
           BY:   **BIANCA MIYATA, ESQ.**
                     **ELIZABETH A. OREM, ESQ.**

                     MEGAN O'NEILL
                     455 Golden Gate Avenue, 11th Floor
                     San Francisco, CA 94102
           BY:   **MEGAN O'NEILL, ESQ.**

                     CALIFORNIA DEPARTMENT OF JUSTICE
                     1515 Clay Street, Suite 2000
                     Oakland, CA 94612
           BY:   **JOSHUA E. OLSZEWSKI-JUBELIRER, ESQ.**

                     CALIFORNIA DEPARTMENT OF JUSTICE
                     CONSUMER PROTECTION SECTION
                     300 South Spring Street
                     Los Angeles, CA 90013
           BY:   **MARISSA ROY, ESQ.**

                     KENTUCKY OFFICE OF THE ATTORNEY GENERAL
                     OFFICE OF CONSUMER PROTECTION
                     1024 Capital Center Drive, Suite 200
                     Frankfort, KY 40601
           BY:   **JOHN C. LEWIS, ESQ and DANIEL KEISER, ESQ.**

**APPEARANCES (Cont.'d):**

For Plaintiffs:
        NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
        DIVISION OF LAW
        124 Halsey Street, P.O. Box 45029
        Newark, NJ 07102
    **BY: THOMAS HUYNH, ESQ.**

        GIBBS LAW GROUP, LLP
        1111 Broadway, Suite 2100
        Oakland, CA 94607
    **BY: ANDRE M. MURA, ESQ.**

For Defendants:
        COVINGTON AND BURLING, LLP
        One City Center, 850 Tenth Street, Northwest
        Washington, DC 20001
    **BY: PAUL W. SCHMIDT, ESQ.**

        COVINGTON AND BURLING, LLP
        1999 Avenue of the Stars, Suite 3500
        Los Angeles, CA 90067
    **BY: ASHLEY M. SIMONSEN, ESQ.**

        MUNGER, TOLLES AND OLSON, LLP
        560 Mission Street, 27th Floor
        San Francisco, CA 94105
    **BY: JONATHAN H. BLAVIN, ESQ.**

        KING & SPALDING, LLP
        1180 Peachtree Street, Northeast, Suite 1600
        Atlanta, GA 30309
    **BY: GEOFFREY DRAKE, ESQ.**
        **TaCARA D. HARRIS, ESQ.**

        FAEGRE, DRINKER, BIDDLE & REATH, LLP
        300 North Meridian Street, Suite 2500
        Indianapolis, IN 46204
    **BY: ANDREA PIERSON, ESQ.**

        **Faegre, Drinker, Biddle & Reath, LLP**
        90 South 7th Street, Suite 2200
        Minneapolis, MN 55402
    **BY: AMY R. FITERMAN, ESQ.**

**APPEARANCES (Cont.'d):**

For Defendants:
        WILSON, SONSINI, GOODRICH & ROSATI
        1301 Avenue of the America, 40th Floor
        New York, NY 10019
  **BY:  BRIAN M. WILLEN, ESQ.**

        WILSON, SONSINI, GOODRICH & ROSATI
        953 East Third Street, Suite 100
        Los Angeles, CA 90013
  **BY:  MATTHEW DONOHUE, ESQ**.

```
 1          The third point is the studies themselves.  As we noted in
 2   our letter briefs, the studies themselves recognize how
 3   contested this issue will be.  They recognize the challenge
 4   that plaintiffs' experts, particularly under the new Rule 702,
 5   will face in meeting their burden as to relying on their
 6   testimony.
 7              THE COURT:  In terms of you say the new Rule 702, 702
 8   was amended to make it clear to district judges what the rule
 9   actually is.
10              MR. SCHMIDT:  Yes.
11              THE COURT:  And was.  Substantively it hasn't
12   changed.
13              MR. SCHMIDT:  Yes.
14              THE COURT:  It was encouraging us to do more.
15       I have to say that in this district our judges were doing
16   it anyway.
17              MR. SCHMIDT:  Yes.
18              THE COURT:  And so I don't think in my view it's
19   changed.
20              MR. SCHMIDT:  Well, that's a really fair point, Your
21   Honor.  I absolutely agreed with how Your Honor framed the
22   rule.  I think what the rule does do is it underscores how
23   important this issue is, but it also speaks to some of the case
24   law that the plaintiffs cite in their brief.  Like they cite a
25   case called *Kocher* (phonetic) that's I think 16 years ago or
```

```
 1        Okay.  All right.  Thank you.  We're adjourned.
 2           THE COURTROOM DEPUTY:  Court is adjourned in this
 3   matter.
 4        (Proceedings concluded at 11:15 a.m.)
 5                         ---o0o---
 6                    CERTIFICATE OF REPORTER
 7        I certify that the foregoing is a correct transcript
 8   from the record of proceedings in the above-entitled matter.
 9
10   DATE:  Friday, February 2, 2024
11
12
13   _____
14   Stephen W. Franklin, RMR, CRR, CPE
     Official Reporter, U.S. District Court
```