# EXHIBIT G

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:15–md–02666–JNE–DTS

IN RE: Bair Hugger Forced Air Warming Devices Products
Liability Litigation
Assigned to: Judge Joan N. Ericksen
Referred to: Magistrate Judge David T. Schultz
Case in other court:

      US Court of Appeals, Eighth Circuit,
      19–02899

      USCA 8th Circuit, 19–02932

Cause: 28:1332–pip–Diversity–Personal Injury, Product
Liability

Date Filed: 12/11/2015
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health
Care/Pharmaceutical Personal Injury
Product Liability
Jurisdiction: Diversity

| Date Entered | # | Docket Text |
|---|---|---|
| 01/30/2024 | 2393 | (Text–Only) ORDER in Response to 2387 Letter to District Judge. Defendants' request for leave to file a renewed motion to exclude Plaintiffs' general causation medical experts [Docket No. 2387 ] is DENIED. Ordered by Judge Joan N. Ericksen on 1/30/2024.(CBC) (Entered: 01/30/2024) |