# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS)<br><br>*THIS DOCUMENT RELATES TO ALL CASES* |

## [PROPOSED] ORDER

**THIS MATTER** having come before the Court by Plaintiffs' Motion For Reconsideration of the Court's March 27, 2024 Text Order for a Full Refiling of *Daubert* Motions, and for good cause shown,

**IT IS** on this _____ day of _____ 2024,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is

**FURTHER ORDERED** FURTHER ORDERED that, pursuant to the Court's April 27, 2020 Daubert Order and June 24, 2020 Letter Order, any further Daubert motions will be limited to the following: (1) newly disclosed experts who employed different methodologies than addressed by the prior *Daubert* Order; (2) previously disclosed experts not addressed by the prior *Daubert* Order; and (3) any expert opinions not addressed by the prior *Daubert* Order.

_____
Hon. Michael A. Shipp, U.S.D.J.