# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**TRENTON**                                                         **April 5, 2024**
**OFFICE**                                                          **DATE OF PROCEEDINGS**

**JUDGE: RUKHSANAH L. SINGH**
**DIGITALLY RECORDED**

**TITLE OF CASE:**                                        **MD-16-2738 (MAS) (RLS)**

IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

Jeffrey Pollock, Esq., & Michael Sabo, Esq., for respondent
Michelle Parfitt, Esq., Richard Golomb, Esq., Chris Placitella, Esq., & Andy Birchfield, Esq., for plaintiffs
Susan Sharko, Esq., & Steve Brody, Esq., for defendants

**NATURE OF PROCEEDING:**

Telephone conference held regarding discovery dispute set forth in Doc. Nos. [31044], [31070]. Decision read into the record.

**TIME COMMENCED:**   12:33 p.m.                          **s/ Mark Morelli**
**TIME ADJOURNED:**   1:00 p.m.                           **Deputy Clerk**
**TOTAL TIME:**   27 Minutes