# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*John R. Thielke, Individually and as Representative of the Estate of Barbara A. Thielke, deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-02415-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, John R. Thielke, individually and as Representative of the Estate of Barbara A. Thielke, deceased.

This __8th___ day of April, 2024.

                                                             Respectfully submitted,

                                                             ONDERLAW, LLC

                                   By:   */s/*_____
                                                   James G. Onder, #38049 MO
                                                   William W. Blair, #58196 MO
                                                   Stephanie L. Rados, #65117 MO
                                                   110 E. Lockwood, 2nd Floor
                                                   St. Louis, MO  63119
                                                   314-963-9000 telephone
                                                   314-963-1700 facsimile
                                                   onder@onderlaw.com
                                                   blair@onderlaw.com
                                                   rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __8th___ day of April, 2024.

/s/ _____