UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | |
| **THIS DOCUMENT RELATES TO:** | **MDL NO. 2738 (MAS) (RLS)** |
| *Maria Ross, Individually and as Representative of the Estate of Celina Tovar, deceased vs. Johnson & Johnson, et al.*<br>*Case No.:  3:24-cv-02428-MAS-RLS* | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Maria Ross, individually and as Representative of the Estate of Celina Tovar, deceased.

This __8th___ day of April, 2024.

                                                  Respectfully submitted,

                                                  ONDERLAW, LLC

                    By:   */s/*_____
                             James G. Onder, #38049 MO
                             William W. Blair, #58196 MO
                             Stephanie L. Rados, #65117 MO
                             110 E. Lockwood, 2nd Floor
                             St. Louis, MO  63119
                             314-963-9000 telephone
                             314-963-1700 facsimile
                             onder@onderlaw.com
                             blair@onderlaw.com
                             rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __8th___ day of April, 2024.


                     */s/*  _____