# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCMENT RELATES TO:<br><br>LISA WHITMORE | MDL DOCKET NO. 2738 (FLW) (LHG)<br><br>JUDGE MICHAEL A. SHIPP<br><br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>Civil Action No.:  3:24-cv-4695 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on April 9, 2024 on behalf of Plaintiff, Lisa Whitmore.

Dated: April 9, 2024

                                                  Respectfully submitted by,

                                                  **ANAPOL WEISS**

                                                  */s/ Emily B. Ashe*
                                                  Emily B. Ashe, Esquire
                                                  Counsel for Plaintiff
                                                  One Logan Square
                                                  130 N. 18th Street; Ste. 1600
                                                  Philadelphia, PA 19103
                                                  Telephone 215-735-1130
                                                  Facsimile: 215-875-7730
                                                  E-mail: eashe@anapolweiss.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2024 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                     */s/ Emily B. Ashe*
                                                                     Emily B. Ashe, Esquire
Counsel for Plaintiff
One Logan Square
130 N. 18th Street; Ste. 1600
Philadelphia, PA 19103
Telephone 215-735-1130
Facsimile: 215-875-7730
E-mail: eashe@anapolweiss.com