**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>***Kindra Norlander vs. Johnson & Johnson, et al.***<br>***Case No.:  3:24-cv-04493-MAS-RLS*** | **MDL NO. 2738 (MAS) (RLS)** |

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Kindra Norlander.

This __9th___ day of April, 2024.

Respectfully submitted,

ONDERLAW, LLC

By:    _/s/_____
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**Certificate of Service**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __9th___ day of April, 2024.

/s/ _____