UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Britta Manna, Individually and as the Anticipated Personal Representative of the Estate of Sanna M. Manna, deceased vs. Johnson & Johnson, et al.*<br>**Case No.: 3:24-cv-02604-MAS-RLS** | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Britta Manna, individually and as Anticipated Personal Representative of the Estate of Sanna M. Manna, deceased.

This __9th___ day of April, 2024.

                                           Respectfully submitted,

                                           ONDERLAW, LLC

                    By:    */s/ Stephanie L. Rados*
                            James G. Onder, #38049 MO
                            William W. Blair, #58196 MO
                            Stephanie L. Rados, #65117 MO
                            110 E. Lockwood, 2nd Floor
                            St. Louis, MO  63119
                            314-963-9000 telephone
                            314-963-1700 facsimile
                            onder@onderlaw.com
                            blair@onderlaw.com
                            rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __9th___ day of April, 2024.

*/s/ Stephanie L. Rados*
