**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** **THIS DOCUMENT RELATES TO:** *Marisa Gioffre vs. Johnson & Johnson, et al.* Case No.:  3:24-cv-3185-MAS-RLS | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form

Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff,

Marisa Gioffre.

This 9th  day of April 2024.

Respectfully submitted,

ONDERLAW, LLC

By:    /s/William W. Blair
       James G. Onder, #38049 MO
       William W. Blair, #58196 MO
       Stephanie L. Rados, #65117 MO
       110 E. Lockwood, 2nd Floor
       St. Louis, MO  63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       blair@onderlaw.com
       rados@onderlaw.com

## <u>Certificate of Service</u>

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 9th  day of April 2024.


*/s/William W. Blair*