UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Sandra Bonilla vs. Johnson & Johnson, et al.* <br> *Case No.: 3:24-cv-02667-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Sandra Bonilla.

This __10th___ day of April, 2024.

                                                                                       Respectfully submitted,

                                                                                      ONDERLAW, LLC

                                       By:    */s/*_____
                                                                James G. Onder, #38049 MO
                                                                William W. Blair, #58196 MO
                                                                Stephanie L. Rados, #65117 MO
                                                               110 E. Lockwood, 2nd Floor
                                                               St. Louis, MO  63119
                                                               314-963-9000 telephone
                                                               314-963-1700 facsimile
                                                               onder@onderlaw.com
                                                               blair@onderlaw.com
                                                               rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __10th___ day of April, 2024.

                                                                                       */s/*_____