**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Marlene Arieno vs. Johnson & Johnson, et al.*<br>Case No.:  3:24-cv-2879-MAS-RLS | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Marlene Arieno.

This 10th  day of April 2024.

                Respectfully submitted,

                ONDERLAW, LLC

By:  */s/*William W. Blair
    James G. Onder, #38049 MO
    William W. Blair, #58196 MO
    Stephanie L. Rados, #65117 MO
    110 E. Lockwood, 2nd Floor
    St. Louis, MO  63119
    314-963-9000 telephone
    314-963-1700 facsimile
    onder@onderlaw.com
    blair@onderlaw.com
    rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 10th day of April 2024.

                    */s/William W. Blair*