**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Gregory P. Reeves, Individually and as Representative of the Estate of Ellen M. Reeves, deceased vs. Johnson & Johnson, et al.*<br>**Case No.: 3:24-cv-02595-MAS-RLS** | **MDL NO. 2738 (MAS) (RLS)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Gregory P. Reeves, individually and as Representative of the Estate of Ellen M. Reeves, deceased.

This __11th___ day of April, 2024.

                                                Respectfully submitted,

                                               ONDERLAW, LLC

                              By:   */s/*_____
                                               James G. Onder, #38049 MO
                                               William W. Blair, #58196 MO
                                               Stephanie L. Rados, #65117 MO
                                               110 E. Lockwood, 2nd Floor
                                               St. Louis, MO  63119
                                               314-963-9000 telephone
                                               314-963-1700 facsimile
                                               onder@onderlaw.com
                                               blair@onderlaw.com
                                               rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __11th___ day of April, 2024.

*/s/* _____