**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3:16-md-02738 (MAS) (LHG)** |
| This Document Relates to: *Molloy v. Johnson & Johnson et al* Case No.  3:24-cv-04816 | |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given, pursuant to the Case Management Order No. 3, that the Short

Form Complaint with Jury Demand was filed on April 11, 2024 on behalf of Daryla A. Molloy

Dated: <u>April 11, 2024</u>

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN**

By: /s/ _____

Wendy R. Fleishman (NY
Bar No. 2500429)
Lieff Cabraser Heimann &
Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
wfleishman@lchb.com

2981405.1

## Certificate of Service

I hereby certify that on April 11, 2024 a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system.  Parties may access this filing through the court's system.

/s/ *Wendy Fleishman*

Wendy R. Fleishman

2981405.1