**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

<table>
<tr><td>

**IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**

*Allen Orf, Individually and as Representative of the Estate of Janet L. Orf, deceased vs. Johnson & Johnson, et al.*
**Case No.:  3:24-cv-02735-MAS-RLS**

</td><td>

**MDL NO. 2738 (MAS) (RLS)**

</td></tr>
</table>

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Allen Orf, individually and as Representative of the Estate of Janet L. Orf, deceased.

This __12th___ day of April, 2024.

<div style="margin-left: 50%;">

Respectfully submitted,

ONDERLAW, LLC

By:  /s/_____
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO  63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

</div>

**Certificate of Service**

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __12th___ day of April, 2024.

*/s/* _____