UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Alice Patrick vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-03334-MAS-RLS* | **MDL NO. 2738 (FLW) (LHG)** |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Alice Patrick.

This __12th___ day of April, 2024.

                Respectfully submitted,

                ONDERLAW, LLC

         By: */s/ Stephanie L. Rados*
                James G. Onder, #38049 MO
                William W. Blair, #58196 MO
                Stephanie L. Rados, #65117 MO
                110 E. Lockwood, 2nd Floor
                St. Louis, MO 63119
                314-963-9000 telephone
                314-963-1700 facsimile
                onder@onderlaw.com
                blair@onderlaw.com
                rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this __12th___ day of April, 2024.

/s/ Stephanie L. Rados