

faegredrinker.com

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

*Via ECF*

April 12, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

**Re:   *In re: Johnson & Johnson Talcum Powder Products
        Marketing, Sales Practices and Products Liability Litigation -
        MDL 2738***

Dear Magistrate Judge Singh:

    I write on behalf of the Johnson & Johnson Defendants to provide a copy of the transcript of the March 25, 2024, plenary hearing regarding disqualification of Beasley Allen, as requested by Your Honor at the April 10, 2024, continued plenary hearing.  This is the transcript produced by the court reporter retained jointly by the parties.   The official transcript prepared through the audio recording in the court room is not yet available.   We will file the  transcript of the April 10, 2024, continued hearing as soon as the  transcript is received.

    Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

SMS/scg

Encl: (1)

Cc: All counsel of record (via ECF)