# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2378**<br>**JUDGE MICHAEL A. SHIPP**<br>**MAG. JUDGE RUKHSANAH L. SINGH** |

**This document relates to:**
*Estate of Karen Harp, by and through Kara Harp,*
*As Administratrix, and Michael Harp, Individually*
*v. Johnson & Johnson, et al.*
*Civil Action No.: 1:24-cv-5091*

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 16, 2024, on behalf of Plaintiff, Estate of Karen Harp, by and through Kara Harp, As Administratrix, and Michael Harp, Individually.

Dated: April 16, 2024

Respectfully submitted,

/s/Jennifer A. Moore
Jennifer A. Moore
Ashton Rose Smith
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com
ashton@moorelawgroup.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

>  */s/Jennifer A. Moore*
> Jennifer A. Moore
> Ashton Rose Smith
> MOORE LAW GROUP, PLLC
> 1473 South 4th Street
> Louisville, KY  40208
> T: (502) 717-4080
> F: (502) 717-4086
> jennifer@moorelawgroup.com
> ashton@moorelawgroup.com
> *Counsel for Plaintiffs*