### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Willie Sigarst vs. Johnson & Johnson, et al.*<br>Case No.: 3:24-cv-04818-MAS-RLS | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Willie Sigarst.

This 17th day of April, 2024.

                                                         Respectfully submitted,

                                                         ONDERLAW, LLC

          By:    */s/*_____
                  James G. Onder, #38049 MO
                  William W. Blair, #58196 MO
                  Stephanie L. Rados, #65117 MO
                  110 E. Lockwood, 2nd Floor
                  St. Louis, MO 63119
                  314-963-9000 telephone
                  314-963-1700 facsimile
                  onder@onderlaw.com
                  blair@onderlaw.com
                  rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of April, 2024.

                              */s/* _____