# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738**<br>**3:16-md-2738-MAS-RLS** |
| **THIS DOCUMENT RELATES TO:** | |
| **ELIZABETH BARENE, individually, and as Successor-in-Interest to ANNE MARIE SMITH, deceased,** | **Case No. 3:24-cv-04333-MAS-RLS** |
| **Plaintiff,** | |
| **v.** | |
| **JOHNSON & JOHNSON, et al.,** | |
| **Defendants.** | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on March 28, 2024, on behalf of Plaintiff ELIZABETH BARENE.

Dated: April 17, 2024                    Respectfully Submitted,

By:   /s/ *Mark P. Robinson, Jr.*
       Mark P. Robinson, Jr.
       19 Corporate Plaza Drive
       Newport Beach, CA 92660
       949-720-1288 Phone
       949-720-1292 Facsimile
       mrobinson@robinsonfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that April 17, 2024, the above and foregoing Notice of

Filing Short Form Complaint was filed electronically and is available for

viewing through the Court's electronic filing system.  A true and correct copy

has been served upon all counsel of record via the Court's ECF system.


  /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.