NIGH GOLDENBERG RASO & VAUGHN, PLLC
60 South 6th Street, Suite 2800
Minneapolis, MN 55402
(202) 792-7927
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>HIDMI et al v. JOHNSON & JOHNSON et al.<br>Case No. 3:24-cv-5142 | Master Docket No.   3:16-md-02738 |

**NOTICE OF FILING**

    Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on April 17, 2024 on behalf of Plaintiff Fawzi Hidmi, individually and as representative of the Estate of Basima Hidmi.

                                                  */s/ Ashleigh E. Raso*
                                                  Ashleigh E. Raso
                                                  Ava Marie M. Cavaco
                                                  NIGH GOLDENBERG RASO & VAUGHN, PLLC
                                                  60 South 6th Street, Suite 2800
                                                  Minneapolis, MN 55402
                                                  Ph & Fax #: (202) 792-7927
                                                  araso@nighgoldenberg.com
                                                  acavaco@nighgoldenberg.com

                                                  Attorneys for Plaintiff

Dated:  April 17, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Ashleigh E. Raso*
Ashleigh E. Raso
NIGH GOLDENBERG RASO &
VAUGHN, PLLC