## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Patricia Lunday vs. Johnson & Johnson, et al.*<br>Case No.:  3:24-cv-04527-MAS-RLS | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Patricia Lunday.

This 17th day of April, 2024.

                                                  Respectfully submitted,

                                                  ONDERLAW, LLC

                              By:   */s/*                                 
                                                  James G. Onder, #38049 MO
                                                  William W. Blair, #58196 MO
                                                  Stephanie L. Rados, #65117 MO
                                                  110 E. Lockwood, 2nd Floor
                                                  St. Louis, MO  63119
                                                  314-963-9000 telephone
                                                  314-963-1700 facsimile
                                                  onder@onderlaw.com
                                                  blair@onderlaw.com
                                                  rados@onderlaw.com

**Certificate of Service**

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of April, 2024.

                            */s/* _____