UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Plaintiff __Jordan Davis__<br>Case number __3:24-cv-5174__ | 3:16-md-02738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on __04/17/2024__ on behalf of Plaintiff __Jordan Davis__.

Dated: __04/17/2024__

                                        Respectfully submitted,

                                        /s/ Matthew R. Stubbs

                                        Matthew R. Stubbs (TX #24088485)
                                        McAlan W. Duncan (TX #24012563)
                                        Benjamin P. Browder (TX #24036267)
                                        DUNCAN STUBBS
                                        825 Watters Creek Blvd. #360
                                        Allen, Texas 75013
                                        T: 877-971-0830
                                        matthew@duncanstubbs.com
                                        mac@duncanstubbs.com
                                        ben@duncanstubbs.com

AND

James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
ONDERLAW, LLC
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on 04/17/2024, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Matthew R. Stubbs

Matthew R. Stubbs (TX #24088485)
McAlan W. Duncan (TX #24012563)
Benjamin P. Browder (TX #24036267)
DUNCAN STUBBS
825 Watters Creek Blvd. #360
Allen, Texas 75013
T: 877-971-0830
matthew@duncanstubbs.com
mac@duncanstubbs.com
ben@duncanstubbs.com

AND

James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
ONDERLAW, LLC
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com
**Counsel for Plaintiff(s)**