UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Glenda Barnett vs. Johnson & Johnson, et al.*<br>Case No.:  3:24-cv-04833-MAS-RLS | MDL NO. 2738 (MAS) (RLS) |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Glenda Barnett.

This 17th day of April, 2024.

                                                        Respectfully submitted,

                                                        ONDERLAW, LLC

By:   */s/*_____
          James G. Onder, #38049 MO
          William W. Blair, #58196 MO
          Stephanie L. Rados, #65117 MO
          110 E. Lockwood, 2nd Floor
          St. Louis, MO  63119
          314-963-9000 telephone
          314-963-1700 facsimile
          onder@onderlaw.com
          blair@onderlaw.com
          rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 17th day of April, 2024.

                                                                                              _/s/_____

Case 3:16-md-02738-MAS-RLS    Document 31931    Filed 04/18/24    Page 2 of 2 PageID: 180900