UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Rosa Martinez vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-04880-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Rosa Martinez.

This 19th day of April, 2024.

                                                             Respectfully submitted,

                                                            ONDERLAW, LLC

                               By:   */s/*  
                                      James G. Onder, #38049 MO  
                                      William W. Blair, #58196 MO  
                                      Stephanie L. Rados, #65117 MO  
                                      110 E. Lockwood, 2nd Floor  
                                      St. Louis, MO 63119  
                                      314-963-9000 telephone  
                                      314-963-1700 facsimile  
                                      onder@onderlaw.com  
                                      blair@onderlaw.com  
                                      rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 19th day of April, 2024.

                                                                                                     */s/* _____