**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Carma Ericson, Individually and as Representative of the Estate of Mildred K. Mantle, deceased vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-04893-MAS-RLS* | **MDL NO. 2738 (MAS) (RLS)** |

---

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Carma Ericson, individually and as Representative of the Estate of Mildred K. Mantle, deceased.

This 19th day of April, 2024.

Respectfully submitted,

ONDERLAW, LLC

By:     */s/ William W. Blair*
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO  63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com
        blair@onderlaw.com
        rados@onderlaw.com

## Certificate of Service

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 19th day of April, 2024.

*/s/ William W. Blair*