# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To All Cases* | MDL Docket No. 2738 |

## CERTIFICATION OF SUSAN SHARKO, ESQ.

SUSAN SHARKO, ESQ., being of full age, certifies as follows:

I am a Partner at Faegre Drinker Biddle & Reath LLP, attorneys for LLT Management, LLC and Johnson & Johnson (together, "Defendants"). I make this Certification based on personal knowledge and in support of Defendants' Opposition to Plaintiffs' Steering Committee's Motion for Reconsideration of the Court's March 27, 2024 Text Order Allowing a Full Refiling of *Daubert* Motions.

1. Attached hereto as Exhibit 1 is a true and correct copy of O'Brien et al., *Association of Powder Use in the Genital Area with Risk of Ovarian Cancer*, 323(1) JAMA 49 (2020).

2. Attached hereto as Exhibit 2 is a true and correct copy of Wentzensen & O'Brien, *Talc, body powder, and ovarian cancer: A summary of the epidemiologic evidence*, 163(1) Gynecol. Oncol. 199 (2021).

3.      Attached hereto as Exhibit 3 is a true and correct copy of Gossett & del Carmen, *Use of powder in the genital area & Ovarian Cancer Risk*, 323(1) JAMA 29 (2020).

Dated: April 22, 2024

By: /s/ *Susan M. Sharko*
     Susan M. Sharko