## CERTIFICATION OF SERVICE

I hereby certify that on April 22, 2024, a true and correct copy of the foregoing documents was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Susan M. Sharko*
Susan M. Sharko
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ  07932
Phone: (973) 549-7000
susan.sharko@faegredrinker.com