IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) |

### DEFENDANTS' AMENDED NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Defendants Johnson & Johnson and LLT Management, LLC, hereby give notice of its intent to serve the following subpoena, attached hereto as Exhibit A:

1. Subpoena to Testify at a Deposition in a Civil Action to Paul Hess.

Dated: April 23, 2024

/s/Susan M. Sharko
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: 973-549-7000
Email: susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson & Johnson and LLT Management, LLC, f/k/a LTL Management, LLC.*