## CERTIFICATE OF SERVICE

I certify that on this day, April 23, 2024, I served a true and correct copy of the foregoing **DEFENDANTS' AMENDED NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY** via electronic mail to all counsel of record.

*/s/ Susan M. Sharko*
Susan M. Sharko