UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tony Clemente, Individually and as Representative of the Estate of Socorro Clemente, deceased vs. Johnson & Johnson, et al.*<br>Case No.: 3:24-cv-04959-MAS-RLS | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Tony Clemente, individually and as Representative of the Estate of Socorro Clemente, deceased.

This 23rd day of April, 2024.

                                            Respectfully submitted,

                                            ONDERLAW, LLC

                By:    */s/*_____
                           James G. Onder, #38049 MO
                           William W. Blair, #58196 MO
                           Stephanie L. Rados, #65117 MO
                           110 E. Lockwood, 2nd Floor
                           St. Louis, MO  63119
                           314-963-9000 telephone
                           314-963-1700 facsimile
                           onder@onderlaw.com
                           blair@onderlaw.com
                           rados@onderlaw.com

## Certificate of Service

  The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of April, 2024.

/s/ _____