# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Valerie Smith vs. Johnson & Johnson, et al.*<br>*Case No.: 3:24-cv-04967-MAS-RLS* | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Valerie Smith.

This 23rd day of April, 2024.

                                                          Respectfully submitted,

                                                          ONDERLAW, LLC

                By:    */s/*_____
                        James G. Onder, #38049 MO
                        William W. Blair, #58196 MO
                        Stephanie L. Rados, #65117 MO
                        110 E. Lockwood, 2nd Floor
                        St. Louis, MO  63119
                        314-963-9000 telephone
                        314-963-1700 facsimile
                        onder@onderlaw.com
                        blair@onderlaw.com
                        rados@onderlaw.com

## Certificate of Service

      The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 23rd day of April, 2024.

/s/ _____