UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Dennice Luce, Individually and as the anticipated personal representative of the estate of Virginia Garcia, deceased, vs. Johnson & Johnson, et al.*<br>**Case No.: 3:24-cv-05038-MAS-RLS** | **MDL NO. 2738 (MAS) (LHG)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, *Dennice Luce, Individually and as the anticipated personal representative of the estate of Virginia Garcia, deceased.*

This 24th day of April, 2024.

                                            Respectfully submitted,

                                            ONDERLAW, LLC

By:   */s/*_____
        James G. Onder, #38049 MO
        William W. Blair, #58196 MO
        Stephanie L. Rados, #65117 MO
        110 E. Lockwood, 2nd Floor
        St. Louis, MO 63119
        314-963-9000 telephone
        314-963-1700 facsimile
        onder@onderlaw.com

blair@onderlaw.com  
rados@onderlaw.com

## Certificate of Service

    The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 24th day of April, 2024.

/s/ _____