UNITED STATES DISTRICT COURT FOR
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>BRADLEY KOUPA, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF SHERILYN KOUPA, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., JOHNSON & JOHNSON CONSUMER, INC.,<br><br>Defendants. | MDL No. 2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: 3:19 cv-08853<br><br>DIRECT FILED ACTION<br><br><br>Lagrone et. al. v. Johnson & Johnson, et. al.<br>Docket Number: 3:17-cv-02398 |

## NOTICE OF FILING

Notice is hereby given, pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) [Doc. 148] and the Court's October 10, 2023, Order Governing Amendments to Complaints [Doc. 28519], that the First Amended Short Form Complaint with Jury Demand was filed on April 29, 2024, on behalf of Plaintiff Brandon Koupa, Individually and as Administrator of the Estate of Sherilyn Koupa, deceased.

Dated: April 29, 2024

Respectfully Submitted by,

WALTON TELKEN, LLC

By:   /s/ Stephen J. Telken
Stephen J. Telken, IL #98625
241 North Main Street
Edwardsville, IL 62025
618.307.9880 – Telephone
618.307.9881 – Facsimile
E-mail: stelken@waltontelken.com

**Attorneys for Plaintiff**

1