# EXHIBIT A

## List of Plaintiffs' Experts

| Expert Name | Area of Expertise | Scope of Opinion | Motion Status |
| --- | --- | --- | --- |
| Alan Campion, PhD | Ramon Spectroscopy | General opinions | Deferred |
| Arch Carson, MD, PhD | Occupational Medicine | General causation | *Daubert* motion denied |
| Daniel Clarke-Pearson, MD | Gynecologic Oncology | General and case-specific causation | *Daubert* motion denied as to general causation; motion has not yet been filed regarding case-specific causation opinions |
| Robert Cook, PhD | Geology | General opinions | Deferred |
| Michelle Cote, PhD | Epidemiology | General causation | New expert; no motion yet filed |
| Michael Crowley, PhD | Chemistry | General opinions | Deferred |
| John Godleski, MD | Pathology | Case-specific opinions | Motion has not yet been filed regarding case-specific opinions |
| Bernard Harlow, PhD Kenneth Rothman, DrPH | Epidemiology | General causation | New experts; no motion yet filed |
| Sarah Kane, MD | Pathology | General causation | *Daubert* motion denied |
| David Kessler, MD | Regulatory | General opinions | Deferred |
| Mark Krekeler, PhD | Geology | General opinions | Deferred |
| Shawn Levy, PhD | Genetics | Biologic plausibility and case-specific opinions | *Daubert* motion denied as to biologic plausibility opinion; no motion yet filed regarding case-specific opinions |
| William E. Longo, PhD Mark W. Rigler, PhD | Asbestos and Talc Fiber Testing | General opinions | *Daubert* motion denied as to TEM amphibole asbestos and fibrous talc testing; no motion yet filed as to chrysotile asbestos testing or case-specific exposure analyses |
| Anne McTiernan, MD, PhD | Epidemiology | General causation | *Daubert* motion denied |
| Patricia Moorman, MSPH, PhD | Epidemiology | General Causation | *Daubert* motion denied |
| George Newman, PhD | Marketing | General opinions | New expert; no motion yet filed |
| Laura Plunkett, PhD, DABT | Regulatory & Toxicology | General opinions | *Daubert* motion denied as to biologic plausibility opinions; motion regarding regulatory opinions deferred |

1

## List of Plaintiffs' Experts

| Ghassan Saed, PhD | Cell Biology | General opinions | *Daubert* motion denied as to Dr. Saed's *in vitro* study results and other aspects of his report but granted as to his opinion that his test results alone "demonstrated a link between use of talcum powder and ovarian cancer" |
|---|---|---|---|
| William Sage, MD, JD | Regulatory | General opinions | No motion yet filed. |
| Sonal Singh, MD, MPH | Epidemiology | General causation | *Daubert* motion denied |
| Jack Siemiatycki, MSc, PhD | Epidemiology | General causation | *Daubert* motion denied |
| Ellen Smith, MD | Gynecologic Oncology | General causation | *Daubert* motion denied |
| Rebecca Smith-Bindman, MD | Epidemiology | General causation | *Daubert* motion denied |
| Judith Wolf, MD | Gynecologic Oncology | General and case-specific causation | *Daubert* motion denied as to general causation; motion has not yet been filed regarding case-specific causation opinions |
| Judith Zelikoff, PhD | Toxicology | General opinions | *Daubert* motion denied |