

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

Jeffrey M. Pollock
Certified by the Supreme Court of New Jersey
   as a Civil Trial Attorney
Direct Dial:  (609) 896-7660
Email Address:  jmpollock@foxrothschild.com

April 30, 2024

**VIA ECF ONLY**

The Honorable Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey

      **Re:**   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability Litig.*, **Case No. 3:16-md-2738 (MAS)/(RLS)**

Dear Judge Singh:

    On April 23, 2004, we wrote to the Court on behalf of Beasley Allen regarding proposed **Defendant's Exhibit 5.** [ Docket No. 32046] Defendant's request that the entire Exhibit, without redaction, be admitted into evidence.  At the Courts' direction we attempted to resolve this with opposing counsel, but to date they have not consented to that exhibit's admission.  If the Courts so desire, we can address this Friday.

    I thank you for your time and continued attention to this matter.

                                  Respectfully submitted,

                                  */s/ Jeffrey M. Pollock*

                                  JEFFREY M. POLLOCK

Enclosures



April 30, 2024
Page 2
cc: Hon. John C. Porto, P.J. Civ.
    Counsel of record (*Via* ECF)