# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to:<br><br>3:24-cv-5779 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on May 1, 2024 on behalf of Patricia Benson and Kenneth Benson.

Dated:  May 1, 2024               Respectfully submitted,

                                  **NS PR LAW SERVICES LLC**

                                  */s/ Christopher LoPalo*
                                  Christopher LoPalo, Esq.
                                  1302 Ave. Ponce De Leon
                                  Santurce, PR 00907
                                  Telephone: (212) 397-1000
                                  Facsimile: (646) 927-1676
                                  clopalo@nsprlaw.com

                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  May 1, 2024

                                              */s/ Christopher LoPalo*
Christopher LoPalo, Esq.
NS PR LAW SERVICES LLC
1302 Ave. Ponce De Leon
Santurce, PR 00907
Telephone: (212) 397-1000
Facsimile: (646) 927-1676
clopalo@nsprlaw.com

*Attorneys for Plaintiff*