**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

<table>
<tr><td>

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY
LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - -

*This relates to all cases in Exhibit A*

</td><td>

MDL No. 3:16-md-02738

**[PROPOSED] ORDER TO SHOW
CAUSE WHY CASES ON THE
ATTACHED EXHIBIT A SHOULD
NOT BE DISMISSED WITH
PREJUDICE**

</td></tr>
</table>

THIS MATTER, having been brought before the Court by Defendants Johnson & Johnson and LLT Management LLC, f/k/a LTL Management LLC, ("Defendants"), for entry of an Order to Show Cause requiring Plaintiffs listed in the attached **Exhibit A** to show cause why their case should not be dismissed with prejudice; and for good cause shown;

IT IS on this _____ day of _____, 2024

**ORDERED** as follows:

1.    Plaintiffs listed on the attached **Exhibit A** shall show cause, within twenty-one (21) days from the date of this Order, why their case should not be dismissed with prejudice for their failure to serve Defendants (via MDL Centrality) with a Plaintiff Profile Form (PPF); and

2.    Defendants shall have seven (7) days to respond to any filing by

Plaintiffs opposing dismissal of their case with prejudice; and

3.    Plaintiffs who fail to show cause within twenty-one (21) days of this

Order why their case should not be dismissed with prejudice shall

have their case dismissed with prejudice immediately; and

4.    After the expiration of thirty-five (35) days from the date of this

Order, Defendants shall file an Order to dismiss with prejudice cases

subject to this Order to Show Cause which the Court has not

expressly found demonstrated good cause for their failure to file a

PPF.

_____

Hon. Rukhsanah L. Singh
U.S. Magistrate Judge