# EXHIBIT A

**May 1, 2024, Cases Subject of Order to Show Cause**

| Row # | Case Name | Plaintiff Firm(s) | Docket Number |
|---|---|---|---|
| 1 | Flowe, Sherry | Ashcraft & Gerel | 3:17-cv-10963 |
| 2 | Burns, Margaret | Ashcraft & Gerel | 3:17-cv-11259 |
| 3 | Gaspard, Ethel | Ashcraft & Gerel | 3:17-cv-11274 |
| 4 | Scott, Shilinda | Ashcraft & Gerel | 3:17-cv-11283 |
| 5 | Lumas, Tanashiska | Barrett Law Group, P.A. | 3:16-cv-06694 |
| 6 | Smith, Viola | Barrett Law Group, P.A. | 3:17-cv-07021 |
| 7 | Rico, Amy M. | Baum, Hedlund, Aristei & Goldman, P.C. | 3:17-cv-11342 |
| 8 | Rappold, Allan | Becnel Law Firm, LLC | 3:17-cv-04596 |
| 9 | Clark, Patricia | Burns Charest LLP // Burns Charest LLP | 3:17-cv-05696 |
| 10 | McDeavitt, Cynthia | Burns Charest LLP // Burns Charest LLP | 3:17-cv-07283 |
| 11 | Dawson, Scott | Burns Charest LLP // Burns Charest LLP // The Pate Law Firm | 3:16-cv-08749 |
| 12 | Smith, Deanna | Cates Mahoney, LLC | 3:17-cv-10747 |
| 13 | Collins, Thomas Michael | Conley Griggs Partin LLP | 3:17-cv-13253 |
| 14 | Natera, Erica R | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-13546 |
| 15 | Fowler, Karol | Fox and Farley | 3:17-cv-08148 |
| 16 | Sanders, Margarette | Girardi & Keese | 3:17-cv-12505 |
| 17 | Blank, Angel Lucille | Girardi & Keese | 3:17-cv-13795 |
| 18 | Bueno, Alicia | Girardi & Keese | 3:17-cv-12500 |
| 19 | Webb, Karyl | Goldenberg Law, PLLC | 3:17-cv-07681 |
| 20 | Davis, Shawn | Goldenberg Law, PLLC | 3:17-cv-10175 |
| 21 | Boos, Helen | Goldenberg Law, PLLC | 3:17-cv-11143 |
| 22 | Bentley, Cathleen | Goldenberg Law, PLLC | 3:17-cv-11156 |
| 23 | Jackson, Thomas | Golomb Spirt Grunfeld PC | 3:17-cv-10654 |
| 24 | White, Sheena | Hart McLaughlin & Eldridge | 3:17-cv-11322 |
| 25 | Seymour, Yokita | Hart McLaughlin & Eldridge | 3:17-cv-11329 |
| 26 | Hollifield, Sophie | Hart McLaughlin & Eldridge | 3:17-cv-11333 |
| 27 | Culley, Lisa | Hart McLaughlin & Eldridge | 3:17-cv-11337 |
| 28 | Benford, Ashley W. | Hart McLaughlin & Eldridge | 3:17-cv-11339 |
| 29 | Jackson, Paula | Law Office of Eusi H. Phillips // Law Office of Marion D. Floyd | 3:16-cv-07488 |
| 30 | Matthews, Lauren | Law Office of John D. Sileo, LLC | 3:16-cv-07490 |
| 31 | Brown, Bertha | Lenze Kamerrer Moss, PLC | 3:17-cv-04340 |
| 32 | Hunt, Sylvia | Massimo & Pawetta, P.C. | 3:17-cv-08070 |
| 33 | Smith, Deborah | McGrath Law Firm PA | 3:17-cv-02382 |
| 34 | Allen, Theresa | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12473 |
| 35 | Collins, Nettie | Morris Bart, LLC | 3:17-cv-03919 |
| 36 | Chanthapanya, Davahn | Motley Rice, LLC | 3:17-cv-05853 |
| 37 | Arenz, Dana | Motley Rice, LLC | 3:17-cv-06074 |
| 38 | Austin, Sheronda | Motley Rice, LLC | 3:17-cv-10615 |
| 39 | Hunsaker, Pamela | Motley Rice, LLC | 3:17-cv-12059 |
| 40 | Douglas, Maureen S. | Motley Rice, LLC | 3:17-cv-12296 |
| 41 | Luna, Jessica Nicole | Motley Rice, LLC | 3:17-cv-12324 |

| Row # | Case Name | Plaintiff Firm(s) | Docket Number |
|---|---|---|---|
| 42 | Mancini, Eleanor | Napoli Shkolnik, PLLC | 3:17-cv-12662 |
| 43 | Gadfield, Robert | Napoli Shkolnik, PLLC | 3:17-cv-12704 |
| 44 | Doyle, Renee | Napoli Shkolnik, PLLC | 3:17-cv-12715 |
| 45 | Fierro, James | Napoli Shkolnik, PLLC | 3:17-cv-12716 |
| 46 | Christian, Patricia | Napoli Shkolnik, PLLC | 3:17-cv-12719 |
| 47 | Brigman, Barbara | Poulin, Willey, Anastopoulo, LLC // Steckler Gresham Cochran | 3:17-cv-08135 |
| 48 | Ikemoto, Joan Lee | Poulin, Willey, Anastopoulo, LLC // Steckler Gresham Cochran | 3:17-cv-08141 |
| 49 | Johanson, Roberta | Pro Se | 3:16-cv-07427 |
| 50 | Smoller, Lorraine | Pro Se | 3:16-cv-07427 |
| 51 | Ford, Teresa | Ross Feller Casey, LLP | 3:17-cv-02370 |
| 52 | Dalton, Connie | Ross Feller Casey, LLP | 3:17-cv-09074 |
| 53 | Sherlock, Tina | Sangisetty Law Firm, LLC | 3:17-cv-02751 |
| 54 | Eidson, Carol | Sangisetty Law Firm, LLC | 3:17-cv-02753 |
| 55 | Bullock, Cardell | Simmons Hanly Conroy | 3:17-cv-05779 |
| 56 | Rosensteel, Crystal M | Simmons Hanly Conroy | 3:17-cv-05781 |
| 57 | Brown, Sharon | Simmons Hanly Conroy | 3:17-cv-11231 |
| 58 | Mojica, Kristin | Steckler Gresham Cochran | 3:17-cv-08455 |
| 59 | Tolliver, Paul | Steve Merritt Law | 3:17-cv-02976 |
| 60 | Isaacs, Victor | Summers & Johnson, P.C. | 3:17-cv-11676 |
| 61 | Bustos, Arthur L. | The Alarid Law Firm, P.C. | 3:17-cv-08290 |
| 62 | Pringle, Maryladene | The Simon Law Firm, PC | 3:17-cv-06766 |
| 63 | Demelia, Maylou | The Simon Law Firm, PC | 3:17-cv-10971 |
| 64 | Smith, Cassie | The Simon Law Firm, PC | 3:17-cv-11212 |