# CERTIFICATION OF SERVICE

    I hereby certify that on May 1, 2024, a copy of the foregoing documents was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

          */s/ Susan M. Sharko*

Susan M. Sharko
**FAEGRE DRINKER BIDDLE
& REATH LLP**
600 Campus Drive
Florham Park, NJ  07932
Phone: (973) 549-7094
Fax:   (973) 360-9831
E-mail:susan.sharko@faegredrinker.com