## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738-MAS-RLS |
| THIS DOCUMENT RELATES TO: | |
| GRACE FLETCHER v. JOHNSON & JOHNSON, et al. | |
| 3:23-cv-22093 | |

### NOTICE OF SUGGESTION OF DEATH PURSUANT TO F.R.C.P. 25(a)

Pursuant to F.R.C.P 25(a), counsel for Plaintiff in the above-captioned action hereby suggests on the record the death of Plaintiff Grace Fletcher. Upon information and belief, Ms. Fletcher passed away on March 6, 2023. A copy of the obituary believed to be for Ms. Fletcher is attached as **Exhibit 1**.

Dated: May 2, 2024

Respectfully submitted,

/s/ Jennifer R. Liakos
Jennifer R. Liakos
LIAKOS LAW, APC
955 Deep Valley Drive, Suite 3900
Palos Verdes Peninsula. CA 90274
(310) 961-0066
Jenn@jennliakoslaw.com

1

## **CERTIFICATE OF SERVICE**

      I, hereby certify that on May 2, 2024, a copy of the foregoing NOTICE OF SUGGESTION OF DEATH PURSUANT TO F.R.C.P. 25(a) was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              /s/ *Jennifer R. Liakos*
                                              Jennifer R. Liakos