# EXHIBIT 1



# Grace Fletcher

Tuesday, October 12th, 1954 - Monday, March 6th, 2023

Recommend 0    Recommend 0    Recommend this to your friends.

**Funeral Details**    Memory Wall    Photos & Videos    F    Plant a tree

## Obituary

Please share your favorite memory of Grace to be included in a special keepsake book for the family.

**View Tribute Book**

Grace Fletcher passed away on March 6, 2023 at the age of 68 after a courageous fight against cancer.

A graveside service will be held 12 Noon Saturday, March 11, 2023 at Fletcher Cemetery in Kosciusko, Mississippi. No visitation is planned.

Grace was born in Kosciusko, Mississippi, the 4th of 6 children. Her mother died when she was 7 years old, and her father passed when she was 14 years old. After her father's death, Grace's maternal grandparents took Grace and her siblings into their home in Clinton, Mississippi. Grace gave birth to her only child, Milton Fletcher, in 1986. Despite being both an orphan and a single mother, Grace obtained several academic achievements. She earned an undergraduate degree from Mississippi State University and a master's degree in elementary education from the University of Mississippi. Grace taught children in Kosciusko, Grenada, Vaiden, and Lexington, Mississippi. Her gracious smile and positive attitude were infectious. She loved her son, her family, and the Lord.

She is survived by her son, Milton Fletcher (Murphy) of Asheville, North Carolina; her two surviving sisters, Sharon Boyd (John) of Friday Harbor, Washington, and Susan Gibbons (David) of Houston, Texas; her brother, Stephen Fletcher of Houston, Texas; and her aunt, Ruth Ellen Richmond of Lexington, Mississippi.

Grace was preceded in death by her parents, Charles T. Fletcher and Doris "Dot" Fletcher; her sister Francis Ruth Turner; and her brother, John Charles Fletcher.

She will be deeply missed.

Read Less

To **send flowers** to the family or **plant a tree** in memory of Grace Fletcher, please visit our **Heartfelt Sympathies Store**.