**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738 (MAS) (LHG) |
| This Document Relates to: *Molloy v. Johnson & Johnson et al* Case No. 3:24-cv-4816 | |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given, pursuant to the Case Management Order No. 3, that the Amended Short Form Complaint with Jury Demand was filed on May 2, 2024 on behalf of Daryla A. Molloy.

Dated: May 2, 2024

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN**

By: /s/ Wendy Fleishman
Wendy R. Fleishman (NY Bar No. 2500429)
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
wfleishman@lchb.com

## Certificate of Service

I hereby certify that on May 2, 2024 a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

/s/ Wendy Fleishman
Wendy R. Fleishman

2981405.1