

May 2, 2024

**VIA ECF**

Honorable Rukhsanah L. Singh
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

<u>**Re: Response to Susan Sharko's April 1, 2024, and May 1, 2024, Letter In Re: MDL 2738**</u>

Dear Magistrate Judge Singh:

Undersigned counsel received notice from Brown Greer on April 1, 2024 and May 1, 2024, that the Plaintiff Profile Form (PPF) in the following cases were deficient due to not submitting a PPF in their individual claims:

| Name | Case No |
|---|---|
| Murray Sr., Lavert A | Case No: 3:18-cv-13303 |
| Peters, Robin | Case No: 3:18-cv-02804 |
| Bolton, Keith A | Case No: 3:18-cv-13354 |
| Amaral, Maria I | Case No: 3:19-cv-11363 |
| Applebee, Cheryl A | Case No: 3:19-cv-14241 |
| Aycock, Dorothy D. | Case No: 3:19-cv-11555 |
| Botts, Bruce D | Case No: 3:19-cv-17267 |
| Bradley Jr., Joseph E | Case No: 3:19-cv-21770 |
| Calhoun, Colby J. R. | Case No: 3:19-cv-16280 |
| Carroll, Stacey N | Case No: 3:19-cv-18193 |
| Pendleton, Lynn Caudle | Case No: 3:19-cv-10525 |
| Chesna, Yvonne L | Case No: 3:19-cv-11436 |
| Christian, Gregory D | Case No: 3:19-cv-19396 |
| Cormier, Wanda Nancy | Case No: 3:19-cv-13111 |
| Daughdrill, Cynthia D | Case No: 3:19-cv-21224 |
| Ferreira, Ramona L | Case No: 3:19-cv-16073 |
| Sainer, Denise | Case No: 3:19-cv-11385 |
| Fryer, Lonnie D | Case No: 3:19-cv-17732 |
| Gallo, Maria A | Case No: 3:19-cv-15929 |
| Gray, Marsha K | Case No: 3:19-cv-19608 |
| Griffin, Kelly | Case No: 3:19-cv-11347 |
| Herrera-Chavez, Karen A | Case No: 3:19-cv-18313 |
| Hill, Lanetta E | Case No: 3:19-cv-13139 |



Page 2

| | |
|---|---|
| Holmes, Melinda | Case No: 3:19-cv-13134 |
| Horsley, Allison Leann | Case No: 3:19-cv-12828 |
| Howard, Reginald James | Case No: 3:19-cv-12769 |
| Briscoe, Jacquelyn | Case No: 3:19-cv-08841 |
| Kelly, Elizabeth Ann | Case No: 3:19-cv-15973 |
| Khodos, Mira | Case No: 3:19-cv-00418 |
| Kocay, Michael | Case No: 3:19-cv-14226 |
| Langer, Andrea Lee | Case No: 3:19-cv-13970 |
| Cintorino, Annette | Case No: 3:19-cv-11388 |
| Mansfield, Mark | Case No: 3:19-cv-11331 |
| Mills, Donald | Case No: 3:19-cv-16621 |
| Morgan, Lawrence W | Case No: 3:19-cv-20709 |
| Nasson, Mark | Case No: 3:19-cv-12766 |
| Norred, Sherri M | Case No: 3:19-cv-15928 |
| Price, Ginger F. | Case No: 3:19-cv-15981 |
| Stacy, Thora J | Case No: 3:19-cv-21527 |
| Stephens, Shirley | Case No: 3:19-cv-11377 |
| Vankirk, Kelly Joe | Case No: 3:19-cv-17197 |
| Frank, Jennifer Louise | Case No: 3:19-cv-12021 |

Counsel's paralegal responded to Brown Greer and opposing counsel for Defendants with an email confirming receipt of MDL Centrality submission of the Plaintiff Profile Forms. Attached to this letter are the screenshots from MDL Centrality and the email correspondence with Brown Greer and opposing counsel for Defendants.

Therefore, counsel requests that counsel for Defendants update their records to show that these cases are not deficient and further requests that these cases not be placed on an order to show cause.

Thank you for your consideration.
Sincerely,

/s/ Stephanie Sherman
Stephanie Sherman
**WISNER BAUM LLP**
11111 Santa Monica Blvd, Ste. 1750
Los Angeles, CA 90025
Phone: (310) 207-3233
Fax: (310) 820-7444
Email: ssherman@wisnerbaum.com
*Counsel for Plaintiffs*

SS/jc
Encl.