# EXHIBIT 1

| | |
|---|---|
| **From:** | Garrett, Sean C. |
| **To:** | Berryman, Jennifer; Adlivankina, Valeriya; Castro, Jasmine; Sherman, Stephanie |
| **Subject:** | RE: In re Johnson & Johnson Talcum Powder Marketing, Sales Practices and Products Liability Litigation – MDL No. 2738 |
| **Date:** | Thursday, May 2, 2024 10:31:50 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |

Jennifer,

I would have appreciated this information sooner in time considering notice was originally sent for these cases in March and they were listed on the April 1st PPF report, in addition to yesterday's report.

Nevertheless, as you provided ID numbers for the filings, I will take these cases off my deficiency list. I would ask that you ensure that the PPFs were published to the defense on MDL-Centrality and not just uploaded.

Thanks,

**Sean C. Garrett**
Associate
sean.garrett@faegredrinker.com
Connect: vCard

+1 973 549 7094 direct

**Faegre Drinker Biddle & Reath LLP**
600 Campus Dr.
Florham Park, New Jersey 07932, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Berryman, Jennifer <jberryman@wisnerbaum.com>
**Sent:** Thursday, May 2, 2024 1:09 PM
**To:** Talc <Talc@browngreer.com>; Adlivankina, Valeriya <vadlivankina@wisnerbaum.com>; Castro, Jasmine <jcastro@wisnerbaum.com>; Sherman, Stephanie <ssherman@wisnerbaum.com>; Garrett, Sean C. <sean.garrett@faegredrinker.com>
**Subject:** RE: In re Johnson & Johnson Talcum Powder Marketing, Sales Practices and Products Liability Litigation – MDL No. 2738

**This Message originated outside your organization.**

Sean C. Garrett,

Thank you for the email. According to our MDL Centrality log in page our clients listed below had their Plaintiff Profile Forms already produced. Along with their medical records, death certificates (if applicable) and Declarations. We will be submitting our letter in response to Susan Sharko with Exhibits later today. Please let me know if I need to re-upload it to the Centrality.

| Case Name | Current Cause # | MDLC ID |
|---|---|---|
| Murray Sr., Lavert A | P.C. 3:18-cv-13303 | 57556 |
| Peters, Robin | P.C. 3:18-cv-02804 | 57977 |
| Bolton, Keith A | P.C. 3:18-cv-13354 | 57936 |
| Amaral, Maria I | P.C. 3:19-cv-11363 | 59856 |
| Applebee, Cheryl A | P.C. 3:19-cv-14241 | 60398 |
| Aycock, Dorothy D. | P.C. 3:19-cv-11555 | 59849 |
| Botts, Bruce D | P.C. 3:19-cv-17267 | 60123 |
| Bradley Jr., Joseph E | P.C. 3:19-cv-21770 | 57333 |
| Calhoun, Colby J. R. | P.C. 3:19-cv-16280 | 59865 |
| Carroll, Stacey N | P.C. 3:19-cv-18193 | 60378 |
| Pendleton, Lynn Caudle | P.C. 3:19-cv-10525 | 60457 |
| Chesna, Yvonne L | P.C. 3:19-cv-11436 | 59846 |
| Christian, Gregory D | P.C. 3:19-cv-19396 | 60216 |
| Cormier, Wanda Nancy | P.C. 3:19-cv-13111 | 60109 |
| Daughdrill, Cynthia D | P.C. 3:19-cv-21224 | 59913 |
| Ferreira, Ramona L | P.C. 3:19-cv-16073 | 60111 |
| Sainer, Denise | P.C. 3:19-cv-11385 | 60204 |
| Fryer, Lonnie D | P.C. 3:19-cv-17732 | 60053 |
| Gallo, Maria A | P.C. 3:19-cv-15929 | 60404 |
| Gray, Marsha K | P.C. 3:19-cv-19608 | 60044 |
| Griffin, Kelly | P.C. 3:19-cv-11347 | 59978 |
| Herrera-Chavez, Karen A | P.C. 3:19-cv-18313 | 59909 |
| Hill, Lanetta E | P.C. 3:19-cv-13139 | 60036 |
| Holmes, Melinda | P.C. 3:19-cv-13134 | 59847 |
| Horsley, Allison Leann | P.C. 3:19-cv-12828 | 59844 |
| Howard, Reginald James | P.C. 3:19-cv-12769 | 59991 |
| Briscoe, Jacquelyn | P.C. 3:19-cv-08841 | 59982 |
| Kelly, Elizabeth Ann | P.C. 3:19-cv-15973 | 60253 |

| | | |
|---|---|---|
| Khodos, Mira | P.C. 3:19-cv-00418 | 57331 |
| Kocay, Michael | P.C. 3:19-cv-14226 | 59971 |
| Langer, Andrea Lee | P.C. 3:19-cv-13970 | 60104 |
| Cintorino, Annette | P.C. 3:19-cv-11388 | 60650 |
| Mansfield, Mark | P.C. 3:19-cv-11331 | 60126 |
| Mills, Donald | P.C. 3:19-cv-16621 | 60105 |
| Morgan, Lawrence W | P.C. 3:19-cv-20709 | 59848 |
| Nasson, Mark | P.C. 3:19-cv-12766 | 60286 |
| Norred, Sherri M | P.C. 3:19-cv-15928 | 59898 |
| Price, Ginger F. | P.C. 3:19-cv-15981 | 59868 |
| Stacy, Thora J | P.C. 3:19-cv-21527 | 57334 |
| Stephens, Shirley | P.C. 3:19-cv-11377 | 60238 |
| Vankirk, Kelly Joe | P.C. 3:19-cv-17197 | 59936 |
| Frank, Jennifer Louise | P.C. 3:19-cv-12021 | 60080 |

Thank you,

**Jennifer Berryman**
Case Manager

📞 310-207-3233  | Office
📞 310-820-6256  | Direct
🌐 wisnerbaum.com
📍 11111 Santa Monica Blvd, Suite 1750
    Los Angeles, CA 90025



CONFIDENTIALITY NOTICE -- This electronic mail message may contain confidential information belonging to the sender which is protected by the attorney-client and/or work product privilege. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please purge the received information from your system and immediately notify the sender by telephone and by return e-mail. Thank you. IRS DISCLAIMER: Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service standards (Circular 230), we are required to inform you that only formal, written tax opinions meeting the requirements of Circular 230 may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

**From:** Talc <Talc@browngreer.com>
**Sent:** Friday, April 19, 2024 10:31 AM
**To:** Adlivankina, Valeriya <vadlivankina@wisnerbaum.com>; Maldonado, Nicole <nmaldonado@baumhedlundlaw.com>; Aguayo, Ramon <raguayo@wisnerbaum.com>; Hughes, Frank <fhughes@baumhedlundlaw.com>; Hynes, Arcelia <AHynes@wisnerbaum.com>; Castro, Jasmine <jcastro@wisnerbaum.com>; Sherman, Stephanie <ssherman@wisnerbaum.com>; Bennett, Alvoid <abennett@wisnerbaum.com>; Berryman, Jennifer <jberryman@wisnerbaum.com>; Perez, Valeria <vperez@wisnerbaum.com>; Damian, Jacqueline <jdamian@wisnerbaum.com>; Cautillo, Kirstin <kcautillo@wisnerbaum.com>; Toledo, Ana <atoledo@wisnerbaum.com>; Colangelo, Christopher <ccolangelo@wisnerbaum.com>; Monterroso, Daninza

<dmonterroso@wisnerbaum.com>
**Cc:** Talc <Talc@browngreer.com>
**Subject:** In re Johnson & Johnson Talcum Powder Marketing, Sales Practices and Products Liability Litigation – MDL No. 2738

**Baum, Hedlund, Aristei & Goldman, P.C.**
**VIA EMAIL & MDL CENTRALITY**

Counsel:

This is a message from the Defense in the Talc litigation.

Per the Amended Plaintiff's Profile Form Order, entered on September 1, 2023, (Doc. No. 27291) your client was required to provide defendants with a Plaintiff Profile Form, medical records of any health care provider regarding treatment for ovarian cancer or gynecological disease alleged in the Complaint, and medical record authorizations, by the date provided for in the Amended Plaintiff Profile Form Order which corresponds with this matter.

To date, our records indicate the plaintiff has failed to provide defendants with a Plaintiff Profile Form. If we do not receive the outstanding discovery within the automatic 60-day extension provided for in the Court's Order of February 13, 2024 (Doc. No. 29032) after this case has been listed in a filing to the court, this matter will be subject to an Order to Show Cause why it should not be dismissed with prejudice.

Thank you for your anticipated cooperation in this regard. Please contact me at sean.garrett@faegredrinker.com with any questions regarding the foregoing.

Respectfully,
Sean C. Garrett, Esq.

**FAEGRE DRINKER BIDDLE & REATH LLP**
*Attorneys for Defendants Johnson & Johnson and*
*Johnson & LLT Management, Inc., j/k/a LTL Management, Inc.*

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (888) 361-0741
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*