# EXHIBIT 2

## Plaintiff Information

Plaintiff ID: 57556

Name: JOYCE CHEATHAM

Case Number: 2018 -CV- 13303

Jurisdiction: MDL

Date of Birth: 10/25/1944

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: MURRAY LAVERT

Firm Internal Case ID: 151-1-0221

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

**I. Plaintiff Profile Form Submitted**

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 151185 | Plaintiff Profile Form | 12/15/2023 | Castro, Jasmine | 12/15/2023 | |
| 149746 | Medical Records | 12/14/2023 | Castro, Jasmine | 12/15/2023 | Request Removal Approval |
| 149733 | PPF Declaration | 12/14/2023 | Castro, Jasmine | 12/15/2023 | Request Removal Approval |
| 149732 | HIPAA Authorization | 12/14/2023 | Castro, Jasmine | 12/15/2023 | Request Removal Approval |
| 148758 | Death Certificate | 12/13/2023 | Castro, Jasmine | 12/15/2023 | Request Removal Approval |

## Plaintiff Information 

Plaintiff ID: 57977

Name: BEVERLY BORZONE

Case Number: 2018 -CV- 02804

Jurisdiction: MDL

Date of Birth: 03/18/1937

Email: Jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: PETERS ROBYN

Firm Internal Case ID: 151-1-0115

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

Plaintiff Forms marked as ⭐ are sent to Plaintiff.

🔒 **Unlock Forms**

ℹ️ Forms sent to plaintiff on 12/15/2023

**I. Plaintiff Profile Form** Submitted ⭐            **Amend Profile From**

## Documents

**Upload ⬆**

**Produce**

Filter: ALL

Show 10 entries

| Document ID ▼ | Document Type ⬍ | Upload Date ⬍ | Produced By ⬍ | Produced Date ⬍ | Action |
|---|---|---|---|---|---|
| 150995 | Plaintiff Profile Form | 12/15/2023 | Castro, Jasmine | 12/15/2023 | |
| 150073 | PPF Declaration | 12/14/2023 | Castro, Jasmine | 12/15/2023 | Request Removal Approval |
| 150071 | HIPAA Authorization | 12/14/2023 | Castro, Jasmine | 12/15/2023 | Request Removal Approval |
| 150065 | Death Certificate | 12/14/2023 | Castro, Jasmine | 12/15/2023 | Request Removal Approval |
| 150063 | Medical Records | 12/14/2023 | Castro, Jasmine | 12/15/2023 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 57936

Name: ANNA BOLTON

Case Number: 2018 -CV- 13354

Jurisdiction: MDL

Date of Birth: 07/20/1969

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint:

Firm Internal Case ID: 151-1-0193

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 165385 | Plaintiff Profile Form | 01/29/2024 | Berryman, Jennifer | 01/29/2024 | |
| 165384 | PPF Declaration | 01/29/2024 | Berryman, Jennifer | 01/29/2024 | Request Removal Approval |
| 165383 | Medical Records | 01/29/2024 | Berryman, Jennifer | 01/29/2024 | Request Removal Approval |
| 165382 | HIPAA Authorization | 01/29/2024 | Berryman, Jennifer | 01/29/2024 | Request Removal Approval |
| 165381 | Death Certificate | 01/29/2024 | Berryman, Jennifer | 01/29/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 59856

**Name:** MARIA CARREIRO

**Case Number:** 2019 -CV- 11363

**Jurisdiction:** MDL

**Date of Birth:** 09/30/1964

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** CARREIRO MARIA

**Firm Internal Case ID:** 151-1-0037

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Filter:** ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172636 | Plaintiff Profile Form | 02/15/2024 | Bennet, Alvoid | 02/15/2024 | |
| 168797 | PPF Declaration | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168796 | Medical Records | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168795 | HIPAA Authorization | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 60398

**Name:** CHERYL APPLEBEE

**Case Number:** 2019 -CV- 14241

**Jurisdiction:** MDL

**Date of Birth:** 10/18/1958

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** APPLEBEE CHERYL

**Firm Internal Case ID:** 151-1-0104

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172485 | Plaintiff Profile Form | 02/15/2024 | Berryman, Jennifer | 02/15/2024 | |
| 171720 | PPF Declaration | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 171718 | Medical Records | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 171715 | HIPAA Authorization | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 59849

Name: DOROTHY AYCOCK

Case Number: 2019 -CV- 11555

Jurisdiction: MDL

Date of Birth: 03/15/1958

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: AYCOCK DOROTHY

Firm Internal Case ID: 151-1-0219

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

## Documents

Filter: ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172698 | Plaintiff Profile Form | 02/15/2024 | Perez, Valeria | 02/15/2024 | |
| 164153 | Medical Records | 01/24/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 164120 | HIPAA Authorization | 01/24/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 164119 | PPF Declaration | 01/24/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 60123

**Name:** THEONA BOTTS

**Case Number:** 2019 -CV- 17267

**Jurisdiction:** MDL

**Date of Birth:** 04/20/1952

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** BOTTS BRUCE

**Firm Internal Case ID:** 151-1-0281

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

**I. Plaintiff Profile Form** Submitted

**Amend Profile From**

## Documents

**Upload**

**Produce**

**Filter:** ALL

**Show** 10 **entries**

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172717 | Plaintiff Profile Form | 02/15/2024 | Castro, Jasmine | 02/15/2024 | |
| 170702 | Medical Records | 02/12/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 168593 | Death Certificate | 02/07/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 168592 | HIPAA Authorization | 02/07/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 168591 | PPF Declaration | 02/07/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 57333

Name: JANE BRADLEY

Case Number: 2019 -CV- 21770

Jurisdiction: MDL

Date of Birth: 05/02/1950

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: BRADLEY JR. JOSEPH E.

Firm Internal Case ID: 151-1-0417

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172442 | Plaintiff Profile Form | 02/15/2024 | Toledo, Ana | 02/15/2024 | |
| 172205 | Medical Records | 02/14/2024 | Toledo, Ana | 02/15/2024 | Request Removal Approval |
| 168446 | HIPAA Authorization | 02/07/2024 | Toledo, Ana | 02/15/2024 | Request Removal Approval |
| 168445 | PPF Declaration | 02/07/2024 | Toledo, Ana | 02/15/2024 | Request Removal Approval |
| 165350 | Death Certificate | 01/29/2024 | Toledo, Ana | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 59865

**Name:** PATTI CALHOUN

**Case Number:** 2019 -CV- 16280

**Jurisdiction:** MDL

**Date of Birth:** 04/07/1953

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** CALHOUN COLBY JR

**Firm Internal Case ID:** 151-1-0380

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172448 | Plaintiff Profile Form | 02/15/2024 | Toledo, Ana | 02/15/2024 | |
| 171028 | Medical Records | 02/13/2024 | Toledo, Ana | 02/15/2024 | Request Removal Approval |
| 170562 | HIPAA Authorization | 02/12/2024 | Toledo, Ana | 02/15/2024 | Request Removal Approval |
| 170561 | PPF Declaration | 02/12/2024 | Toledo, Ana | 02/15/2024 | Request Removal Approval |
| 165349 | Death Certificate | 01/29/2024 | Toledo, Ana | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 60378

Name: STACEY CARROLL

Case Number: 2019 -CV- 18193

Jurisdiction: MDL

Date of Birth: 12/18/1992

Email: Jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: CAROLL STACEY

Firm Internal Case ID: 151-1-0172

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

## Documents

Filter: ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 182690 | Plaintiff Profile Form | 03/13/2024 | Berryman, Jennifer | 03/13/2024 | |
| 182689 | PPF Declaration | 03/13/2024 | Berryman, Jennifer | 03/13/2024 | Request Removal Approval |
| 182688 | Medical Records | 03/13/2024 | Berryman, Jennifer | 03/13/2024 | Request Removal Approval |
| 182687 | HIPAA Authorization | 03/13/2024 | Berryman, Jennifer | 03/13/2024 | Request Removal Approval |

## Plaintiff Information

| | |
|---|---|
| **Plaintiff ID:** 60457 | **Date of Birth:** 09/19/1934 |
| **Name:** MARION CAUDLE | **Email:** jcastro@wisnerbaum.com |
| **Case Number:** 2019 -CV- 10525 | **Name of first named Plaintiff on Complaint:** PENDLETON LYNN |
| **Jurisdiction:** MDL | **Firm Internal Case ID:** 151-1-0173 |

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Filter:** ALL

**Upload** ⬆

**Produce**

Show 10 entries

| Document ID ⬍ | Document Type ⬍ | Upload Date ⬍ | Produced By ⬍ | Produced Date ⬍ | Action |
|---|---|---|---|---|---|
| 172486 | Plaintiff Profile Form | 02/15/2024 | Berryman, Jennifer | 02/15/2024 | |
| 172304 | PPF Declaration | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 172303 | Medical Records | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 172302 | HIPAA Authorization | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 172301 | Death Certificate | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 59846

**Name:** YVONNE CHESNA

**Case Number:** 2019 -CV- 11436

**Jurisdiction:** MDL

**Date of Birth:** 09/05/1967

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** CHESNA YVONNE

**Firm Internal Case ID:** 151-1-0353

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

**I. Plaintiff Profile Form** Submitted

**Amend Profile From**

## Documents

**Filter:** ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172664 | Plaintiff Profile Form | 02/15/2024 | Hynes, Arcelia | 02/15/2024 | |
| 171167 | Medical Records | 02/13/2024 | Hynes, Arcelia | 02/15/2024 | Request Removal Approval |
| 171125 | HIPAA Authorization | 02/13/2024 | Hynes, Arcelia | 02/15/2024 | Request Removal Approval |
| 171122 | PPF Declaration | 02/13/2024 | Hynes, Arcelia | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 60216

**Name:** LORIE CHRISTIAN

**Case Number:** 2019 -CV- 19396

**Jurisdiction:** MDL

**Date of Birth:** 08/31/1965

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** CHRISTIAN GREGORY

**Firm Internal Case ID:** 151-1-0308

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

**I. Plaintiff Profile Form** Submitted

**Amend Profile From**

## Documents

**Filter:** ALL

**Upload** 

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172635 | Plaintiff Profile Form | 02/15/2024 | Perez, Valeria | 02/15/2024 | |
| 168595 | PPF Declaration | 02/07/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 166881 | Death Certificate | 02/02/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 166242 | Medical Records | 02/01/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 166241 | HIPAA Authorization | 02/01/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 60109

**Name:** WANDA CORMIER

**Case Number:** 2019 -CV- 13111

**Jurisdiction:** MDL

**Date of Birth:** 06/13/1963

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** CORMIER WANDA

**Firm Internal Case ID:** 151-1-0052

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter:  ALL

Show  10  entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172716 | Plaintiff Profile Form | 02/15/2024 | Castro, Jasmine | 02/15/2024 | |
| 168487 | Medical Records - Medical Records | 02/07/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 166312 | HIPAA Authorization - HIPAA Auth | 02/01/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 166275 | PPF Declaration - PPF Declaration | 02/01/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 59913

**Name:** CYNTHIA DAUGHDRILL

**Case Number:** 2019 -CV- 21224

**Jurisdiction:** MDL

**Date of Birth:** 08/27/1959

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** DAUGHDRILL CYNTHIA

**Firm Internal Case ID:** 151-1-0303

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172701 | Plaintiff Profile Form | 02/15/2024 | Perez, Valeria | 02/15/2024 | |
| 164700 | Medical Records | 01/25/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 164699 | HIPAA Authorization | 01/25/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 164698 | PPF Declaration | 01/25/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 60111

**Name:** RAMONA FERREIRA

**Case Number:** 2019 -CV- 16073

**Jurisdiction:** MDL

**Date of Birth:**

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:**

**Firm Internal Case ID:** 151-1-0349

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

**I. Plaintiff Profile Form** Submitted

**Amend Profile From**

## Documents

**Upload**

**Produce**

**Filter:** ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172655 | Plaintiff Profile Form | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | |
| 172650 | PPF Declaration | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |
| 172649 | Medical Records | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |
| 172644 | HIPAA Authorization | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 60204

**Name:** CAROL FRIEND

**Case Number:** 2019 -CV- 11385

**Jurisdiction:** MDL

**Date of Birth:** 03/27/1958

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** SAINER DENISE

**Firm Internal Case ID:** 151-1-0103

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172484 | Plaintiff Profile Form | 02/15/2024 | Berryman, Jennifer | 02/15/2024 | |
| 171924 | PPF Declaration | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 171923 | Death Certificate | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 171921 | HIPAA Authorization | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 171830 | Medical Records | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 60053

**Name:** KIMBERLY FRYER

**Case Number:** 2019 -CV- 17732

**Jurisdiction:** MDL

**Date of Birth:** 04/16/1967

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** FRYER LONNIE

**Firm Internal Case ID:** 151-1-0132

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

Filter: ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172600 | Plaintiff Profile Form | 02/15/2024 | Perez, Valeria | 02/15/2024 | |
| 165620 | Death Certificate | 01/30/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165582 | Medical Records | 01/30/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165570 | HIPAA Authorization | 01/30/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165563 | PPF Declaration | 01/30/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 60404

**Name:** MARIA GALLO

**Case Number:** 2019 -CV- 15929

**Jurisdiction:** MDL

**Date of Birth:** 05/18/1964

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** GALLO MARIA

**Firm Internal Case ID:** 151-1-0154

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

**I. Plaintiff Profile Form Submitted**

**Amend Profile From**

## Documents

**Upload**

**Filter:** ALL

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172766 | Plaintiff Profile Form | 02/15/2024 | Berryman, Jennifer | 02/15/2024 | |
| 172764 | PPF Declaration | 02/15/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 172760 | Medical Records | 02/15/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 172756 | HIPAA Authorization | 02/15/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 60044

**Name:** MARSHA GRAY

**Case Number:** 2019 -CV- 19608

**Jurisdiction:** MDL

**Date of Birth:** 05/19/1956

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** GRAY MARSHA

**Firm Internal Case ID:** 151-1-0326

Request Deactivation

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

Send to Plaintiff

I. Plaintiff Profile Form Submitted

Amend Profile From

## Documents

**Filter:** ALL

Upload

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172725 | Plaintiff Profile Form | 02/15/2024 | Castro, Jasmine | 02/15/2024 | |
| 168192 | Medical Records - Medical Records | 02/06/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 167574 | HIPAA Authorization - HIPAA Auth | 02/05/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 167573 | PPF Declaration - PPF Declaration | 02/05/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 59978

Name: KELLY GRIFFIN

Case Number: 2019 -CV- 11347

Jurisdiction: MDL

Date of Birth: 05/25/1967

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on GRIFFIN KELLY
Complaint:

Firm Internal Case ID: 151-1-0079

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**✈ Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

## Documents

**Upload ⬆**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172654 | Plaintiff Profile Form | 02/15/2024 | Bennet, Alvoid | 02/15/2024 | |
| 168794 | PPF Declaration | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168791 | Medical Records | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168788 | HIPAA Authorization | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 59909

**Name:** KAREN CHAVEZ

**Case Number:** 2019 -CV- 18313

**Jurisdiction:** MDL

**Date of Birth:** 10/01/1966

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** CHAVEZ KAREN

**Firm Internal Case ID:** 151-1-0406

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Filter:** ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172642 | Plaintiff Profile Form | 02/15/2024 | Perez, Valeria | 02/15/2024 | |
| 165058 | PPF Declaration | 01/26/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165057 | Medical Records | 01/26/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165055 | HIPAA Authorization | 01/26/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 60036

Name: LANETTA HILL

Case Number: 2019 -CV- 13139

Jurisdiction: MDL

Date of Birth: 01/01/1969

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: HILL LANETTA

Firm Internal Case ID: 151-1-0321

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

## Documents

Filter: ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172721 | Plaintiff Profile Form | 02/15/2024 | Castro, Jasmine | 02/15/2024 | |
| 168550 | Medical Records | 02/07/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 168544 | HIPAA Authorization | 02/07/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 168543 | PPF Declaration | 02/07/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 59847

**Name:** MELINDA HOLMES

**Case Number:** 2019 -CV- 13134

**Jurisdiction:** MDL

**Date of Birth:** 02/06/1963

**Email:** Jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** HOLMES MELINDA

**Firm Internal Case ID:** 151-1-0070

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

**I. Plaintiff Profile Form** Submitted

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172487 | Plaintiff Profile Form | 02/15/2024 | Castro, Jasmine | 02/15/2024 | |
| 172481 | Medical Records | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 172480 | PPF Declaration | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 172479 | HIPAA Authorization | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 59844

**Name:** ALLISON HORSLEY

**Case Number:** 2019 -CV- 12828

**Jurisdiction:** MDL

**Date of Birth:** 07/03/1968

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** HORSLEY ALLISON

**Firm Internal Case ID:** 151-1-0338

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172631 | Plaintiff Profile Form | 02/15/2024 | Hynes, Arcelia | 02/15/2024 | |
| 166821 | Medical Records | 02/02/2024 | Hynes, Arcelia | 02/15/2024 | Request Removal Approval |
| 166820 | PPF Declaration | 02/02/2024 | Hynes, Arcelia | 02/15/2024 | Request Removal Approval |
| 166819 | HIPAA Authorization | 02/02/2024 | Hynes, Arcelia | 02/15/2024 | Request Removal Approval |

Plaintiff ID: 59991

Name: ROSALYN HOWARD

Case Number: 2019 -CV- 12769

Jurisdiction: MDL

Date of Birth: 02/27/1955

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: HOWARD REGINALD

Firm Internal Case ID: 151-1-0328

**Request Deactivation**

Click start at next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

Filter: ALL

**Upload ⬆**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172713 | Plaintiff Profile Form | 02/15/2024 | Perez, Valeria | 02/15/2024 | |
| 165413 | Medical Records | 01/29/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165411 | Medical Records | 01/29/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165400 | Medical Records | 01/29/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165386 | Death Certificate | 01/29/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165380 | HIPAA Authorization | 01/29/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165379 | PPF Declaration | 01/29/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 59982

Name: WANDA JOHNSON

Case Number: 2019 -CV- 08841

Jurisdiction: MDL

Date of Birth: 05/11/2018

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: BRISCOE JACQUELYN

Firm Internal Case ID: 151-1-0143

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Upload**

Filter: ALL

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172661 | Plaintiff Profile Form | 02/15/2024 | Bennet, Alvoid | 02/15/2024 | |
| 168772 | PPF Declaration | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168769 | Medical Records | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168768 | HIPAA Authorization | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168767 | Death Certificate | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 60253

**Name:** ELIZABETH KELLY

**Case Number:** 2019 -CV- 15973

**Jurisdiction:** MDL

**Date of Birth:** 11/21/1974

**Email:** Jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** KELLY ELIZABETH

**Firm Internal Case ID:** 151-1-0142

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Filter:** ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172514 | Plaintiff Profile Form | 02/15/2024 | Castro, Jasmine | 02/15/2024 | |
| 172512 | Medical Records | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 172508 | HIPAA Authorization | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 172507 | PPF Declaration | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 57331

Name: MIRA KHODOS

Case Number: 2019 -CV- 00418

Jurisdiction: MDL

Date of Birth: 06/08/1938

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on FRIDMAN ALEXANDER
Complaint:

Firm Internal Case ID: 151-1-0237

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**✈ Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

Filter: ALL

**Upload ⬆**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172678 | Plaintiff Profile Form | 02/15/2024 | Bennet, Alvoid | 02/15/2024 | |
| 168781 | PPF Declaration | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168780 | Medical Records | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168779 | HIPAA Authorization | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168778 | Death Certificate | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 59971

**Name:** SUSAN KOCAY

**Case Number:** 2019 -CV- 14226

**Jurisdiction:** MDL

**Date of Birth:** 10/17/1960

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** KOCAY MICHAEL

**Firm Internal Case ID:** 151-1-0327

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

**I. Plaintiff Profile Form** Submitted

**Amend Profile From**

## Documents

**Upload**  **Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172707 | Plaintiff Profile Form | 02/15/2024 | Perez, Valeria | 02/15/2024 | |
| 165081 | Medical Records | 01/26/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165072 | Death Certificate | 01/26/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165071 | HIPAA Authorization | 01/26/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165070 | PPF Declaration | 01/26/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |

# Plaintiff Information

Plaintiff ID: 60104

Name: ANDREA LANGER

Case Number: 2019 -CV- 13970

Jurisdiction: MDL

Date of Birth:

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on LANGER ANDREA
Complaint:

Firm Internal Case ID: 151-1-0102

**Request Deactivation**

# Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

# Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172604 | Plaintiff Profile Form | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | |
| 172597 | HIPAA Authorization - Auth | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |
| 172595 | Medical Records - Medical records | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |
| 172592 | PPF Declaration - PPF Declaration | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 60650

**Name:** DIANE MANNI

**Case Number:** -CV-

**Jurisdiction:** MDL

**Date of Birth:**

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:**

**Firm Internal Case ID:** 151-1-0310

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

**I. Plaintiff Profile Form** Submitted

**Amend Profile From**

## Documents

**Upload**  **Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172679 | Plaintiff Profile Form | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | |
| 172676 | Medical Records | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |
| 172673 | PPF Declaration | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |
| 172672 | HIPAA Authorization | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |
| 172670 | Death Certificate | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 60126

Name: KATHLEEN MANSFIELD

Case Number: 2019 -CV- 11331

Jurisdiction: MDL

Date of Birth: 05/09/1953

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on   MANSFIELD MARK
Complaint:

Firm Internal Case ID: 151-1-0144

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172671 | Plaintiff Profile Form | 02/15/2024 | Bennet, Alvoid | 02/15/2024 | |
| 168758 | PPF Declaration | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168757 | Medical Records | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168755 | HIPAA Authorization | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |
| 168753 | Death Certificate | 02/07/2024 | Bennet, Alvoid | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 60105

Name: DIANNA MILLS

Case Number: 2019 -CV- 16621

Jurisdiction: MDL

Date of Birth:

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint:

Firm Internal Case ID: 151-1-0347

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172621 | Plaintiff Profile Form | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | |
| 172617 | Death Certificate | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |
| 172614 | Medical Records | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |
| 172612 | PPF Declaration | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |
| 172607 | HIPAA Authorization - Auth | 02/15/2024 | Damian, Jacqueline | 02/15/2024 | Request Removal Approval |

## Plaintiff Information



**Plaintiff ID:** 59848

**Name:** VIRGINIA MORGAN

**Case Number:** 2019 -CV- 20709

**Jurisdiction:** MDL

**Date of Birth:** 10/19/1935

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** MORGAN LAWRENCE

**Firm Internal Case ID:** 151-1-0357

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172675 | Plaintiff Profile Form | 02/15/2024 | Hynes, Arcelia | 02/15/2024 | |
| 171510 | Medical Records | 02/13/2024 | Hynes, Arcelia | 02/15/2024 | Request Removal Approval |
| 171507 | HIPAA Authorization | 02/13/2024 | Hynes, Arcelia | 02/15/2024 | Request Removal Approval |
| 171506 | PPF Declaration | 02/13/2024 | Hynes, Arcelia | 02/15/2024 | Request Removal Approval |
| 171505 | Death Certificate | 02/13/2024 | Hynes, Arcelia | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 60286

Name: BESSIE NASSON

Case Number: 2019 -CV- 12766

Jurisdiction: MDL

Date of Birth: 05/14/1934

Email: Jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: NASSON MARK

Firm Internal Case ID: 151-1-0218

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

## Documents

Filter: ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172563 | Plaintiff Profile Form | 02/15/2024 | Castro, Jasmine | 02/15/2024 | |
| 172558 | Medical Records | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 172557 | HIPAA Authorization | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 172556 | PPF Declaration | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 172555 | Death Certificate | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 59898

Name: SHERRI NORRED

Case Number: 2019 -CV- 15928

Jurisdiction: MDL

Date of Birth: 09/15/1982

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: NORRED SHERRI

Firm Internal Case ID: 151-1-0100

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Upload**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172483 | Plaintiff Profile Form | 02/15/2024 | Berryman, Jennifer | 02/15/2024 | |
| 171712 | HIPAA Authorization | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 171711 | PPF Declaration | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |
| 171710 | Medical Records | 02/14/2024 | Berryman, Jennifer | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 59868

Name: GINGER PRICE

Case Number: 2019 -CV- 15981

Jurisdiction: MDL

Date of Birth: 01/14/1984

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on PRICE GINGER
Complaint:

Firm Internal Case ID: 151-1-0411

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

## Documents

Filter: ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172667 | Plaintiff Profile Form | 02/15/2024 | Perez, Valeria | 02/15/2024 | |
| 165558 | PPF Declaration | 01/30/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165557 | HIPAA Authorization | 01/30/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165068 | Medical Records | 01/26/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 57334

**Name:** THORA STACY

**Case Number:** 2019 -CV- 21527

**Jurisdiction:** MDL

**Date of Birth:** 09/27/1960

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** STACY THORA

**Firm Internal Case ID:** 151-1-0407

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form Submitted

**Amend Profile From**

## Documents

**Filter:** ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172653 | Plaintiff Profile Form | 02/15/2024 | Perez, Valeria | 02/15/2024 | |
| 165562 | PPF Declaration | 01/30/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165561 | HIPAA Authorization | 01/30/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |
| 165387 | Medical Records | 01/29/2024 | Perez, Valeria | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 60238

Name: SHIRLEY STEPHENS

Case Number: 2019 -CV- 11377

Jurisdiction: MDL

Date of Birth: 12/21/1963

Email: Jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: STEPHENS SHIRLEY

Firm Internal Case ID: 151-1-0111

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

Filter: ALL

**Upload**

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172503 | Plaintiff Profile Form | 02/15/2024 | Castro, Jasmine | 02/15/2024 | |
| 172500 | Medical Records | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 172496 | PPF Declaration | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |
| 172495 | HIPAA Authorization | 02/15/2024 | Castro, Jasmine | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

**Plaintiff ID:** 59936

**Name:** CAROLYN VANKIRK

**Case Number:** 2019 -CV- 2738

**Jurisdiction:** MDL

**Date of Birth:** 07/15/1951

**Email:** jcastro@wisnerbaum.com

**Name of first named Plaintiff on Complaint:** VANKIRK KELLY JOE

**Firm Internal Case ID:** 151-1-0378

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

**Upload ⬆**

**Produce**

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172470 | Plaintiff Profile Form | 02/15/2024 | Monterroso, Daninza | 02/15/2024 | |
| 172395 | Medical Records | 02/15/2024 | Monterroso, Daninza | 02/15/2024 | Request Removal Approval |
| 172390 | PPF Declaration | 02/15/2024 | Monterroso, Daninza | 02/15/2024 | Request Removal Approval |
| 172388 | HIPAA Authorization | 02/15/2024 | Monterroso, Daninza | 02/15/2024 | Request Removal Approval |
| 172387 | Death Certificate | 02/15/2024 | Monterroso, Daninza | 02/15/2024 | Request Removal Approval |

## Plaintiff Information

Plaintiff ID: 60080

Name: MARGARET WANN

Case Number: 2019 -CV- 12021

Jurisdiction: MDL

Date of Birth: 04/20/1945

Email: jcastro@wisnerbaum.com

Name of first named Plaintiff on Complaint: JENNIFER LOUISE FRANK

Firm Internal Case ID: 151-1-0381

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

 **Send to Plaintiff**

I. Plaintiff Profile Form **Submitted**

**Amend Profile From**

## Documents

Filter: ALL

**Upload** ⬆

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 172473 | Plaintiff Profile Form | 02/15/2024 | Monterroso, Daninza | 02/15/2024 | |
| 172380 | Medical Records | 02/15/2024 | Monterroso, Daninza | 02/15/2024 | Request Removal Approval |
| 172379 | PPF Declaration | 02/15/2024 | Monterroso, Daninza | 02/15/2024 | Request Removal Approval |
| 172366 | HIPAA Authorization | 02/15/2024 | Monterroso, Daninza | 02/15/2024 | Request Removal Approval |
| 172362 | Death Certificate | 02/15/2024 | Monterroso, Daninza | 02/15/2024 | Request Removal Approval |