SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lisa Kourkouliotis*<br>*Case No. 3:24-cv-05843* | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE MICHAEL A. SHIPP<br><br>MAG. JUDGE RUKHSANAH SINGH |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed on May 3, 2024 on behalf of Plaintiff Lisa Kourkouliotis.

| | |
|---|---|
| Dated: May 3, 2024 | Respectfully Submitted,<br><br>*/s/ John J. Foley*<br>John J. Foley<br>**SIMMONS HANLY CONROY**<br>One Court Street<br>Alton, IL 62002<br>Telephone:  618.259.2222<br>Facsimile:   618.259.2251<br>jfoley@simmonsfirm.com<br><br>***Attorneys for Plaintiffs*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 3rd day of May, 2024 to all parties of interest.

*/s/ John J. Foley*
John J. Foley