UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>SUSAN MARIE EPPERLY as Surviving daughter and Personal Representative of the Estate of CAROL LINN NEWMAN, Decedent<br><br>Case No. 3:24-cv-05800-MAS-RLS | Case No.<br>MDL No. 2738 (MJS)(RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 05/01/2024 on behalf of Susan Marie Epperly as Surviving daughter and Personal Representative of the Estate of Carol Linn Newman, Decedent.

Dated:  May 3, 2024

                                      Respectfully Submitted by

                                      */s/ Stephanie B. Sherman*
                                      Stephanie B. Sherman, Esq.
                                      Bijan Esfandiari, Esq.
                                      Michael L. Baum, Esq.
                                      **WISNER BAUM, LLP**
                                      11111 Santa Monica Blvd., Ste. 1750
                                      Los Angeles, CA 90024

Tel 310-207-3233 | Fax 310-820-7444
ssherman@wisnerbaum.com
besfandiari@wisnerbaum.com
mbaum@wisnerbaum.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully Submitted,

By: */s/ Stephanie B. Sherman*
Stephanie B. Sherman, Esq.
Bijan Esfandiari, Esq.
Michael L. Baum, Esq.
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Ste. 1750
Los Angeles, CA 90024
Tel 310-207-3233 | Fax 310-820-7444
ssherman@wisnerbaum.com
besfandiari@wisnerbaum.com
mbaum@wisnerbaum.com

*Counsel for Plaintiffs*