UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" and "SHOWER TO SHOWER" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Victoria Joyce v. Johnson & Johnson, Inc. et. al*<br>Case No.: 3:24-cv-05824 | MDL NO. 2738 (MAS) (RLS) |

### NOTICE OF FILING

      Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Victoria Joyce.

Dated: May 2, 2024                                                                                    Respectfully submitted,

                                                                                     By: */s/ Nicholas J. Shemik*
                                                                                     Nicholas J. Shemik (NY # 5316542)
                                                                                    **THE DIETRICH LAW FIRM P.C.**
                                                                                    101 John James Audubon Parkway
                                                                                    Buffalo, New York 14228
                                                                                    (716) 839-3939 (Tel)
                                                                                    (716) 970-4550 (Fax)
                                                                                    nshemik@calljed.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 2nd day of May, 2024.

                                                                                       */s/ Nicholas J. Shemik*