## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL NO. 2738 (FLW) (LHG)** |
| This document relates to: SELINA PETIT | |
| 3:24-cv-5857 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on May 6, 2024 on behalf of SELINA PETIT.


Dated:  May 6, 2024                    Respectfully submitted,


                                       */s/ Joelys Hernandez*
                                       Joelys Hernandez, Esq.
                                       NS PR LAW SERVICES LLC
                                       1302 Ave. Ponce De Leon
                                       Santurce, PR 00907
                                       T: (212) 397-1000
                                       F: (646) 927-1676
                                       joelyshernandez@nsprlaw.com

                                       ***Attorneys for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  May 6, 2024

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
NS PR LAW SERVICES LLC
1302 Ave. Ponce De Leon
Santurce, PR 00907
T: (212) 397-1000
F: (646) 927-1676
joelyshernandez@nsprlaw.com
