# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  This document relates to: SABRINA TYREE  3:24-cv-5895 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on May 7, 2024 on behalf of Sabrina Tyree.

Dated: May 7, 2024          Respectfully submitted,

         */s/ Joelys Hernandez*
         Joelys Hernandez, Esq.
         NS PR LAW SERVICES LLC
         1302 Ave. Ponce De Leon
         Santurce, PR 00907
         T: (212) 397-1000
         F: (646) 927-1676
         joelyshernandez@nsprlaw.com

         ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  May 7, 2024

                */s/ Joelys Hernandez*
                Joelys Hernandez, Esq.
                NS PR LAW SERVICES LLC
                1302 Ave. Ponce De Leon
                Santurce, PR 00907
                T: (212) 397-1000
                F: (646) 927-1676
                joelyshernandez@nsprlaw.com