

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

Jeffrey M. Pollock
Certified by the Supreme Court of New Jersey
   as a Civil Trial Attorney
Direct Dial:  (609) 896-7660
Email Address:  jmpollock@foxrothschild.com

May 8, 2024

**VIA ECF ONLY**

The Honorable Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey

     Re:   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability Litig.*, **Case No. 3:16-md-2738 (MAS)/(RLS)**

Dear Judge Singh:

    On behalf of Beasley Allen, please find attached official court transcripts ordered through the Atlantic County Transcripts department. Specifically, Beasley Allen encloses official transcripts for the following plenary hearing dates before Your Honor and Judge Porto:

1. March 25, 2024 – Morning session
2. March 25, 2024 – Afternoon session
3. April 10, 2024 – Morning session
4. April 10, 2024 – Afternoon session
5. May 3, 2024 – Full session

    Beasley Allen will rely upon the above transcripts for all citations and references in post-hearing briefs and submissions.



May 8, 2024
Page 2

Thank you for your time and continued consideration of this matter.

        Respectfully submitted,

        */s/ Jeffrey M. Pollock*

        JEFFREY M. POLLOCK

Enclosures

cc: Counsel of record (via ECF)