**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>TOSHEMMIA SPIVEY<br><br>3:24-cv-06001 | MDL NO. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on May 10, 2024 on behalf of Toshemmia Spivey.

Dated:  May 10, 2024                                      Respectfully submitted,

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
NS PR LAW SERVICES LLC
1302 Ave. Ponce De Leon
Santurce, PR 00907
T: (212) 397-1000
F: (646) 927-1676
joelyshernandez@nsprlaw.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: May 10, 2024

                                                         */s/ Joelys Hernandez*
                                                         Joelys Hernandez, Esq.
                                                         NS PR LAW SERVICES LLC
                                                         1302 Ave. Ponce De Leon
                                                         Santurce, PR 00907
                                                         T: (212) 397-1000
                                                         F: (646) 927-1676
                                                         joelyshernandez@nsprlaw.com