UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>TESHA REYNOLDS<br><br>3:24-cv-6035 | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on May 13, 2024 on behalf of Tesha Reynolds.

Dated: May 13, 2024                              Respectfully submitted,

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
NS PR LAW SERVICES LLC
1302 Ave. Ponce De Leon
Santurce, PR 00907
T: (212) 397-1000
F: (646) 927-1676
joelyshernandez@nsprlaw.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  May 13, 2024

                                                      */s/ Joelys Hernandez*
                                                      Joelys Hernandez, Esq.
                                                      NS PR LAW SERVICES LLC
                                                      1302 Ave. Ponce De Leon
                                                      Santurce, PR 00907
                                                      T: (212) 397-1000
                                                      F: (646) 927-1676
                                                      joelyshernandez@nsprlaw.com