## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to: MAGALY MACHIN AND ANDREA TAYLOR-MACHIN  3:24-cv-6036 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on May 13, 2024 on behalf of Magaly Machin And Andrea Taylor-Machin.

Dated: May 13, 2024                    Respectfully submitted,

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
NS PR LAW SERVICES LLC
1302 Ave. Ponce De Leon
Santurce, PR 00907
T: (212) 397-1000
F: (646) 927-1676
joelyshernandez@nsprlaw.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  May 13, 2024

                                                                */s/ Joelys Hernandez*
                                                                Joelys Hernandez, Esq.
                                                                NS PR LAW SERVICES LLC
                                                                1302 Ave. Ponce De Leon
                                                                Santurce, PR 00907
                                                                 T: (212) 397-1000
                                                                F: (646) 927-1676
                                                                joelyshernandez@nsprlaw.com