## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to: JOANNE SANTOS  3:24-cv-6043 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on May 13, 2024 on behalf of Joanne Santos.

Dated: May 13, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Joelys Hernandez*
　　　　　　　　　　　　　　　　　　　　Joelys Hernandez, Esq.
　　　　　　　　　　　　　　　　　　　　NS PR LAW SERVICES LLC
　　　　　　　　　　　　　　　　　　　　1302 Ave. Ponce De Leon
　　　　　　　　　　　　　　　　　　　　Santurce, PR 00907
　　　　　　　　　　　　　　　　　　　　T: (212) 397-1000
　　　　　　　　　　　　　　　　　　　　F: (646) 927-1676
　　　　　　　　　　　　　　　　　　　　joelyshernandez@nsprlaw.com

　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  May 13, 2024

                                                  */s/ Joelys Hernandez*
                                                  Joelys Hernandez, Esq.
                                                  NS PR LAW SERVICES LLC
                                                  1302 Ave. Ponce De Leon
                                                  Santurce, PR 00907
                                                  T: (212) 397-1000
                                                  F: (646) 927-1676
                                                  joelyshernandez@nsprlaw.com