

Montgomery
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Atlanta
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com



**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

May 13, 2024

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

      *Re:    Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*
            **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

      Attached for Your Honor's consideration is a proposed case management (CMO No. 9) order regarding CMO 9 notices outlining the process for filing of notices of inability to substitute a party plaintiff. The parties consent to the form and substance of the Order and attached Notice and ask that Your Honor enter the Order if it meets with your approval.

      Thank you for your continued consideration of these matters.

                       Respectfully submitted,

      */s/ P. Leigh O'Dell*      */s/ Michelle A. Parfitt*

      P. Leigh O'Dell          Michelle A. Parfitt

cc:    Susan Sharko, Esq. (via email)
       All Counsel (via ECF)