**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS)<br><br>Motion Date: June 17, 2024<br><br>*THIS DOCUMENT RELATES TO ALL CASES* |

## [PROPOSED] ORDER

THE COURT, having considered the Plaintiffs' Steering Committee's Motion to Quash or for Protective Order Regarding Subpoena Directed at Paul Hess, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____          _____