

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

faegredrinker.com

*Via ECF*

May 17, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

**Re:   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738***

Dear Magistrate Judge Singh:

In light of the PSC letter (dkt 32197) and the new paper, the expert report and deposition schedules will need to be adjusted modestly without impacting the August 22 deadline for completion of the 702 briefing so that the experts may address this new paper. Early this morning I reached out to Ms. O'Dell and Ms. Parfitt to meet and confer to that end and they have not been available today. But specifically, the May 21 deadline for the defense expert reports will need to be moved and we ask the Court's approval of that.

Thank you for your continued consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

SMS
Cc: All counsel of record (via ECF)

DMS_US.364100700.1