# Exhibit A

| | |
|---|---|
| **From:** | Liz Achtemeier |
| **To:** | jkim8@its.jnj.com; gmgordon@jonesday.com; JMurdica |
| **Cc:** | Brittany Scott; Ted Meadows; Leigh O"Dell |
| **Subject:** | [EXTERNAL] RE: [EXT] date for 3rd bankruptcy -JNJ / LTL |
| **Date:** | Tuesday, May 14, 2024 1:54:14 PM |

**Caution: This email originated from outside the Firm.**

Counsel,

Please disregard the below attorney-client communication.

Thank you,



**Elizabeth Achtemeier**
Principal
800.898.2034

Liz.Achtemeier@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**



CONFIDENTIALITY & PRIVILEGE NOTICE

**From:** ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
**Sent:** Tuesday, May 14, 2024 11:43 AM
**To:** Brittany Scott <Brittany.Scott@BeasleyAllen.com>; jkim8@its.jnj.com; gmgordon@jonesday.com; jmurdica@btlaw.com
**Cc:** brendan.pierson@thomsonreuters.com
**Subject:** [EXT] date for 3rd bankruptcy -JNJ / LTL

**[EXTERNAL]**

Brit,

Got your email yesterday with the update.

Please do me a favor and let me know the exact date they plan to issue paperwork for the 3rd bankruptcy

or John, or Greg or James, you can tell me directly.  You can text as well 215-853-7846

Thanks,
D