# Exhibit D

**From:**
**To:** JMurdica
**Subject:** [EXTERNAL]
**Date:** Wednesday, May 15, 2024 9:48:46 AM

**Caution: This email originated from outside the Firm.**

I will respond to your other email

Please make an offer so I can get on with my life.