# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXPEDITED DISCOVERY** |

**THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management LLC ("Defendants") for an order granting Defendants' request for expedited discovery and requiring the Beasley Allen Law Firm to produce documents in response to Defendants' subpoena; and the Court having considered the moving papers; and for good cause shown;

**IT IS** on this ___ day of _____, 2024 hereby

**ORDERED** that Defendants' request for expedited discovery is GRANTED.

**ORDERED** that the Beasley Allen Law Firm shall, on or before May 27, 2024, produce the documents listed in Defendants' subpoena dated May 17, 2024.

_____
HON. RUKHSANAH L. SINGH, U.S.M.J