# Exhibit A

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                         COUNTY OF ALAMEDA

 3                 BEFORE THE HONORABLE BRAD SELIGMAN

 4                           DEPARTMENT 23

 5                             ---oOo---

 6   TERESA ELIZABETH LEAVITT
     and DEAN J. MCELROY,
 7
             Plaintiffs,
 8                                          No. RG17882401
     vs.
 9
     JOHNSON & JOHNSON, et
10   al.,

11           Defendants.
     _____/
12

13               REPORTER'S TRANSCRIPT OF TRIAL

14                  (WILLIAM E. LONGO, Ph.D.)

15                 Thursday, February 7, 2019

16                          Full Session

17

18

19
                   Taken before EARLY K. LANGLEY
20                         RMR, RSA, B.A.
                            CSR No. 3537
21

22
                     Aiken Welch Court Reporters
23                   One Kaiser Plaza, Suite 250
                      Oakland, California 94612
24                  (510) 451-1580/(877) 451-1580
                          Fax:  (510) 451-3797
25                        www.aikenwelch.com
```

| | | |
|---|---|---|
| 1 | A. That is correct. | |
| 2 | Q. And that jump from 40 to 70 percent is due | |
| 3 | exclusively to the more work you have in talc | |
| 4 | litigation; right? | |
| 5 | A. That is correct. | 13:00:41 |
| 6 | Q. You've testified as an expert in asbestos | |
| 7 | litigation since the 1980s; right? | |
| 8 | A. I think the first case was 1989 or 1990. | |
| 9 | Q. Since you ran that ad that we still have up, | |
| 10 | 30 years ago you've given about 2500 to 3,000 | 13:01:03 |
| 11 | depositions; true? | |
| 12 | A. Since about 1989, 1990, when it started in | |
| 13 | about 1991 and '92, that's true. | |
| 14 | Q. On average, now, you have testified at least | |
| 15 | once a week, every week for the last five years? | 13:01:18 |
| 16 | A. Yes. That is correct. | |
| 17 | Q. Even more recently, you're having one to two | |
| 18 | depositions per week; right? | |
| 19 | A. Yes, sir. | |
| 20 | Q. And 95 percent of the time that you're in | 13:01:30 |
| 21 | court, it's for plaintiffs attorneys in asbestos | |
| 22 | litigation; true? | |
| 23 | A. That is true. | |
| 24 | Q. In fact, you've been designated as an expert | |
| 25 | several thousand times by plaintiffs lawyers suing in | 13:01:42 |

```
 1  STATE OF CALIFORNIA      )
 2                           )     ss.
 3  COUNTY OF ALAMEDA        )
 4
 5          I, EARLY K. LANGLEY, do hereby certify:
 6       That foregoing proceedings were held in the
 7  above-entitled action at the time and place therein
 8  specified;
 9       That said proceedings were taken before me at said
10  time and place, and was taken down in shorthand by me,
11  a Certified Shorthand Reporter of the State of
12  California, and was thereafter transcribed into
13  typewriting, and that the foregoing transcript
14  constitutes a full, true and correct report of said
15  proceedings that took place;
16       IN WITNESS WHEREOF, I have hereunder subscribed my
17  hand on February 7, 2019.
18
19
20
21
22                          _____
23                          EARLY K. LANGLEY, CSR NO. 3537
                            State of California
24
25
```