# Exhibit C

Case 3:16-md-02738-MAS-RLS   Document 32202-3   Filed 05/17/24   Page 2 of 5 PageID: 182831

TRIAL DAY 12, PM SESSION, on September 4, 2019
NANCY CABIBI, et al. vs. JOHNSON & JOHNSON, et al.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT SSC - 11          HON. RAFAEL A. ONGKEKO, JUDGE

```
LAOSD ASBESTOS CASES,              )  NO. JCCP 4674
COORDINATED PROCEEDING SPECIAL     )
TITLE (RULE 3.550)                 )
_____)
                                   )  CASE NO. BC665257
NANCY CABIBI AND PHIL CABIBI,      )
                                   )
              PLAINTIFFS,          )
                                   )  P.M. SESSION
     VS.                           )
                                   )
JOHNSON & JOHNSON AND JOHNSON &    )
JOHNSON CONSUMER, INC.,            )
                                   )
              DEFENDANTS.          )
                                   )
_____)
```

**Certified Transcript**

REPORTER'S TRANSCRIPT OF PROCEEDINGS

WEDNESDAY, SEPTEMBER 4, 2019

**APPEARANCES OF COUNSEL:**

**FOR PLAINTIFFS:**          SIMON GREENSTONE PANATIER, PC
                             BY:  STUART JAMES PURDY, ESQ.
                                  MARISSA LANGHOFF, ESQ.
                             3780 KILROY AIRPORT WAY, SUITE 540
                             LONG BEACH, CALIFORNIA 90806
                             562-590-3400
                             SPURDY@SGPBLAW.COM

                             SIMON GREENSTONE PANATIER, PC
                             BY:  DAVID GREENSTONE, ESQ.
                             1201 ELM STREET, SUITE 3400
                             DALLAS, TEXAS 75270
                             214-276-7680
                             DGREENSTONE@SGPTRIAL.COM

             (APPEARANCES CONTINUED ON NEXT PAGE.)
                                       MARK SCHWEITZER, CSR, CRR, RPR
                                       OFFICIAL PRO TEM COURT REPORTER
                                       LICENSE NO. 10514

Case 3:16-md-02738-MAS-RLS   Document 32202-3   Filed 05/17/24   Page 3 of 5
TRIAL DAY 12, PM SESSION, on September 14, 2023   PageID: 182832
NANCY CABIBI, et al. vs. JOHNSON & JOHNSON, et al.

```
 1              APPEARANCES OF COUNSEL:   (CONTINUED)

 2         FOR THE DEFENDANTS JOHNSON & JOHNSON AND JOHNSON & JOHNSON
           CONSUMER, INC.:
 3
                         KIRKLAND & ELLIS, LLP
 4                       BY:  KIMBERLY O. BRANSCOME, ESQ.
                              BENJAMIN SADUN, ESQ.
 5                            JAY BHIMANI, ESQ.
                         333 SOUTH HOPE STREET
 6                       LOS ANGELES, CALIFORNIA 90071
                         213-680-8400
 7                       KIMBERLY.BRANSCOME@KIRKLAND.COM
                         BENJAMIN.SADUN@KIRKLAND.COM
 8                       JAY.BHIMANI@KIRKLAND.COM

 9
                         KIRKLAND & ELLIS, LLP
10                       BY:  F. CHADWICK MORRISS, ESQ.
                         1301 PENNSYLVANIA AVENUE N.W.
11                       WASHINGTON, D.C. 20004
                         202-389-5000
12                       CHAD.MORRISS@KIRKLAND.COM

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

Case 3:16-md-02738-MAS-RLS   Document 32202-3   Filed 05/17/24   Page 4 of 5
TRIAL DAY 12, PM SESSION, on September 14, 2022
PageID: 182833
NANCY CABIBI, et al. vs. JOHNSON & JOHNSON, et al.

Page 2759

| | | |
|---|---|---|
| 1 | 15:22:24 | REPRESENT MS. CABIBI GOES BACK LONG BEFORE YOU FIRST TESTED |
| 2 | 15:22:29 | COSMETIC TALC RELEVANT TO THIS CASE, CORRECT? |
| 3 | 15:22:30 | A.  THAT'S CORRECT. |
| 4 | 15:22:32 | Q.  AND OVER THE YEARS, VARIOUS PLAINTIFFS' LAWYERS |
| 5 | 15:22:35 | HAVE PAID NAS HUNDREDS OF THOUSANDS OF DOLLARS, CORRECT? |
| 6 | 15:22:41 | A.  THAT'S CORRECT. |
| 7 | 15:22:41 | Q.  AND THAT'S SPECIFIC TO THE LAWYERS WHO |
| 8 | 15:22:43 | REPRESENT PLAINTIFFS IN THE COSMETIC TALC CASES, CORRECT? |
| 9 | 15:22:46 | A.  YES, MA'AM, THAT'S CORRECT. |
| 10 | 15:22:47 | Q.  OKAY.  YOU HAVE NEVER TESTED JOHNSON & JOHNSON |
| 11 | 15:22:51 | COSMETIC TALCUM POWDER PRODUCTS FOR POTENTIAL ASBESTOS |
| 12 | 15:22:55 | EXPOSURE OUTSIDE OF LITIGATION, CORRECT? |
| 13 | 15:22:57 | A.  NO, MA'AM, WE HAVE NOT.  I DON'T BELIEVE SO. |
| 14 | 15:23:03 | Q.  OKAY.  SO WHAT I'D LIKE TO DO IS TO TALK ABOUT |
| 15 | 15:23:06 | WHAT HAPPENED AFTER YOU WERE HIRED TO TEST COSMETIC TALC |
| 16 | 15:23:10 | PRODUCTS FOR ASBESTOS.  AND I BELIEVE YOU SAID, DR. LONGO, |
| 17 | 15:23:15 | THAT YOU WERE HIRED TO TEST COSMETIC TALC PRODUCTS BY |
| 18 | 15:23:22 | PLAINTIFFS' LAWYERS IN LATE 2016; IS THAT RIGHT? |
| 19 | 15:23:25 | A.  THAT'S CORRECT. |
| 20 | 15:23:26 | Q.  OKAY. |
| 21 | 15:23:29 | A.  THAT'S WHAT I STATED. |
| 22 | 15:23:30 | Q.  AND IT TOOK YOU A LITTLE WHILE TO COMPLETE YOUR |
| 23 | 15:23:46 | INITIAL SET OF TESTING; IS THAT RIGHT? |
| 24 | 15:23:48 | A.  YES, MA'AM. |
| 25 | 15:23:48 | Q.  OKAY.  SO HERE WE HAVE LATE 2016.  YOU -- WHEN |
| 26 | 15:24:00 | DID YOU FIRST RELEASE YOUR TEST RESULTS THAT HAVE BEEN |
| 27 | 15:24:03 | REFERRED TO IN THIS CASE AS ROUND 1? |
| 28 | 15:24:05 | A.  THE FIRST SET WHERE WE HAD COMPLETED I BELIEVE |

Case 3:16-md-02738-MAS-RLS   Document 32202-3   Filed 05/17/24   Page 5 of 5
                                            PageID: 182834
TRIAL DAY 12, PM SESSION, on September 4, 2019
NANCY CABIBI, et al. vs. JOHNSON & JOHNSON, et al.

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                    FOR THE COUNTY OF LOS ANGELES

 3      DEPARTMENT SSC - 11          HON. RAFAEL A. ONGKEKO, JUDGE

 4

 5      LAOSD ASBESTOS CASES,            )  NO. JCCP 4674
        COORDINATED PROCEEDING SPECIAL   )
 6      TITLE (RULE 3.550)               )
                                         )
 7      _____  )
                                         )  CASE NO. BC665257
        NANCY CABIBI AND PHIL CABIBI,    )
 8                                       )
                   PLAINTIFFS,           )
 9                                       )  P.M. SESSION
             VS.                         )
10                                       )
        JOHNSON & JOHNSON AND JOHNSON &  )
11      JOHNSON CONSUMER, INC.,          )
                                         )
12                 DEFENDANTS.           )
                                         )
13      _____  )

14

15

16

17

18           I, MARK SCHWEITZER, OFFICIAL COURT REPORTER PRO TEM

19      OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF

20      LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING TRANSCRIPT,

21      DATED WEDNESDAY, SEPTEMBER 4, 2019, P.M. SESSION, COMPRISES A

22      FULL, TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS HELD IN

23      THE ABOVE-ENTITLED CAUSE.

24              DATED THIS 4TH DAY OF SEPTEMBER, 2019.

25                        [signature: Mark Schweitzer]
26              _____
                MARK SCHWEITZER, RPR, CRR, CSR NO. 10514
27

28
```