# Exhibit D

Page 1

```
                SUPERIOR COURT OF NEW JERSEY
                LAW DIVISION: MIDDLESEX COUNTY
                DOCKET NO. MID-2912-17AS
                APPELLATE DOCKET NO._____

RICARDO RIMONDI AND PILAR RIMONDI,   )
                                     )
                                     )
              Plaintiffs,            )
                                     ) TRANSCRIPT
   v.                                ) OF
                                     ) TRIAL
BASF CATALYSTS LLC, et al.,          )
                                     )
              Defendants.            )
_____)
                                     )
```

Place:  Middlesex County Courthouse
        56 Paterson Street
        New Brunswick, New Jersey  08903

Date:  Tuesday, March 5, 2019
       (Volume 1 of 2)
       (Pages 1 - 200)

BEFORE:
   HON. ANA C. VISCOMI, J.S.C. and JURY

TRANSCRIPT ORDERED BY:
   ALLISON BROWN, ESQ.
   WEIL, GOTSHAL & MANGES LLP


           ANDREA F. NOCKS, CCR, CRR
           PRIORITY ONE
           290 West Mount Pleasant Avenue
           Livingston, New Jersey  07039
           (718) 983-1234
           E-mail:  p1steno@veritext.com
Job No. NJ3249822

```
                                                               Page 2

 1    APPEARANCES:
 2       MARK A. LINDER, ESQ.
         JOSEPH N. COTILLETTA, ESQ.
 3       LEYDYLUZ SYMPHORIEN-RESTREPO, ESQ.
         MONICA COOPER, ESQ.
 4       THE LANIER FIRM
         Attorneys for Plaintiffs
 5
 6       ALLISON BROWN, ESQ.
         WEIL, GOTSHAL & MANGES LLP
 7       -and-
         MORTON DONALD DUBIN, II, ESQ.
 8       KEVIN HYNES, ESQ.
         ORRICK, HERRINGTON & SUTCLIFFE LLP
 9       Attorneys for Defendants,
         Johnson & Johnson, and
10       Johnson & Johnson Consumer, Inc.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 140

1    Q    But now, for example, you've done some PLM
2    work without concentration on Johnson & Johnson
3    products, right?
4    A    That is correct.
5    Q    So no bias in that against finding
6    chrysotile, right?
7    A    Yes, sir.  There is some.
8    Q    Okay.  Because there may be a thin fiber?
9    A    Yes, sir.  It's harder to see chrysotile by PLM at
10   these concentrations.
11   Q    But certainly you no longer have the issue of
12   heavy density separation, right?
13   A    That is correct.
14   Q    And you still didn't find chrysotile, right?
15   A    No.  We haven't seen it.
16   Q    And with respect to TEM work, you said there
17   are some limitations for looking at, for chrysotile,
18   with PLM; you could, if you wanted to, do TEM work
19   without concentration to see if there's any chrysotile
20   that you can find in any Johnson & Johnson products,
21   right?
22   A    Within the limitations of the detection limit,
23   that's correct.
24   Q    And you have simply chosen not to do that
25   analysis?

Page 141

1  A     That's correct.  Not yet.
2       Q     So to be clear, when we see documents,
3  plaintiffs have presented documents that chrysotile is
4  in Johnson & Johnson, you, the expert, as the expert
5  coming to testify for them, have not done TEM work
6  without concentration in order to check whether
7  chrysotile is really in this product, right?
8  A     That is correct.
9       Q     So let's now talk about amphiboles.  And if
10 we go to slide 7, I blocked those out a little bit.
11            So now I've separated out the amphibole types
12 from the -- chrysotile is a serpentine mineral, right?
13 A     That is correct.
14      Q     And amphibole, the word amphibole does not
15 mean asbestos, correct?
16 A     Does not.
17      Q     And you'll see here that for some of the
18 amphiboles, the amphibole asbestos types are listed on
19 the left.  For some of the amphiboles there are special
20 names when the amphibole occurs in its asbestos-form,
21 correct?
22 A     Correct.
23      Q     So like riebeckite is the non-asbestos
24 version of crocidolite, just as an example?
25 A     That is correct.

```
                                                        Page 200

 1                        CERTIFICATION

 2

 3          I, ANDREA F. NOCKS, C.S.R., License Number

 4   30XI00157300, an Certified Court Reporter in and for the

 5   State of New Jersey, do hereby certify the foregoing to

 6   be prepared in full compliance with the current

 7   Transcript Format for Judicial Proceedings and is a true

 8   and accurate non-compressed transcript to the

 9   Best of my knowledge and ability.

10

11   [Signature: Andrea Nocks CCR CRR]

12   ANDREA F. NOCKS                         March 5, 2019

13   CERTIFIED COURT REPORTER                DATE

14   MIDDLESEX COUNTY COURTHOUSE

15

16

17

18

19

20

21

22

23

24

25
```