# Exhibit F

William E. Longo, Ph.D.

Page 1

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

Case No. 1522-CC00419-02
Division 10

_____

VICKIE FORREST, et al.,

      Plaintiffs,

  vs.

JOHNSON & JOHNSON, et al.,

      Defendants.

_____

REMOTE DEPOSITION OF
WILLIAM E. LONGO, Ph.D.

Monday, February 8, 2021

Court Reporter:  Michelle M. Boudreaux, RPR

1    Q    Okay.  Let's go back to chrysotile for a
2    second, then.
3         So how do you refer to your heavy liquid
4    density separation method for chrysotile, just so we
5    use the same language?
6    A    The preparation is -- I call it the CSM
7    method.  For the analysis, we're using the ISO 22262-1
8    method.  But just the preparation, we're using what CSM
9    laid out.  We're not using iodine anymore.  That did
10   not work on the size of the chrysotile bundles, either
11   for the Calidria or what's being found in the Johnson &
12   Johnson -- well, it's just not Johnson & Johnson.  Any
13   manufacturer that used Chinese-sourced talc, as well as
14   Italian-sourced, Vermont -- well, we haven't really
15   done that many Vermonts.  Mostly for Johnson & Johnson,
16   we have primarily been looking at Chinese-sourced, and
17   I think we have one that was Vermont-sourced.
18   Q    So help me understand that.  When you say
19   that iodine wasn't working, was it not staining the
20   type of chrysotile that you are finding in these talc
21   products, or what was happening that was causing the
22   iodine not to work?
23   A    Well, it works fine on the 1866b chrysotile
24   standards that we initially were using as a standard.
25   But it's not really a stain as much as it absorbs into

Case 3:16-md-02738-MAS-RLS   Document 32202-6   Filed 05/17/24   Page 4 of 8
PageID: 182849
William E. Longo, Ph.D.

Page 72

1        you look at it, the bundle will have a
2        certain color or wavelength.  Depending how
3        uniform the bundle is, it could be all the
4        same color, but usually you'll get a little
5        bit different color at the edges versus in
6        the middle of the bundle.  So they're sort of
7        a goldish-orange, sometimes a little bit more
8        yellow if they're a little higher on the
9        chart, and that would be -- the first thing
10       you do is in parallel.  Parallel dispersion,
11       parallel to the optics.
12       Q    (By Mr. Dubin)  I'm trying to do this step by
13　step.  So I'm just asking simple questions, so --
14       A    Okay.  I'll try to give simple answers.
15       Q    Right.  So the analyst is looking at the
16　color of what they're seeing in the immersion oil?
17       A    Yes.
18       Q    Okay.  And then based on that analyst's
19　judgment, then they are going to a table and looking up
20　that color and finding what information?
21       A    Well, if they're fairly new analysts, they're
22　looking at the table a lot.  If they're not -- if
23　they're experienced, they may -- they have one up to --
24　you know, just as a reference.  Once they get the
25　color, they'll go to the table and approximate the --

Case 3:16-md-02738-MAS-RLS   Document 32202-6   Filed 05/17/24   Page 5 of 8
PageID: 182850
William E. Longo, Ph.D.

Page 75

1  greater.  You cannot identify it with 1.550 because you
2  would be getting out of the range of that fluid.
3  That's why you have two different fluids.
4         1.550 is good for the chrysotile polymorphs,
5  and it's okay for the fibrous talc as long as you
6  understand how far it can go up.  I'm giving too much
7  information now.  I'm sorry.
8     Q    No, I understand.  Thank you.
9         I guess, though, just to be clear, you'll
10 agree that in terms of this part of the process,
11 determining what the color is and then applying that
12 color to the wavelength, there's not, for example, a
13 piece of data that tells you what the color is; that's
14 the judgment of the analyst?
15    A    As with all PLM microscopists in any lab out
16 there -- I think we'll have something like you're
17 suggesting in maybe another year; it's one of our next
18 projects -- that they're making a judgment based on
19 their experience and time in looking at the colors to
20 equate to the wavelengths.  And once you have a
21 wavelength, you just look over the side of the chart
22 and it tells you the refractive indices.
23    Q    And, again, it may be that if you don't know
24 anything about this, we'll have to talk about it in
25 depth at some other point, but do you -- is it correct

William E. Longo, Ph.D.

Page 76

1  that MAS's identification of chrysotile in the
2  Johnson & Johnson products, in parallel orientation,
3  you're typically evaluating it based on the yellow
4  coloration of the particle?
5         MS. O'DELL:  Object to the form.
6         THE WITNESS:  Only in parallel.  Yellow
7     to golden yellow.  Sometimes you'll see some
8     red, a little bit of red, but that's the
9     range we've been seeing.
10    Q    (By Mr. Dubin)  But typically you're
11 evaluating it based on yellow, right?
12        MS. O'DELL:  Object to the form.
13        THE WITNESS:  Well, I can't say
14    typically.
15        MR. DUBIN:  Okay.
16        THE WITNESS:  If you want to show me a
17    photograph of one of our chrysotiles, I can
18    tell you.  But, you know, it depends on the
19    thickness, it depends on where it was dug out
20    of the ground, what the chemistry was of that
21    particular area.  So I'm not going to give
22    you just typically it's yellow.
23        MR. DUBIN:  That's fine.  We can --
24    probably not me and you, but maybe you and
25    Kevin at your Johnson continuation can have

William E. Longo, Ph.D.

Page 126

1    chrysotile or talc?
2           MS. O'DELL:  Object to the form.
3           THE WITNESS:  Well, I would do
4       dispersion staining, which you have to get
5       all the optical crystalline information from
6       it before you do that.
7       Q    (By Mr. Dubin)  And that's what we've been
8    discussing previously, right, so --
9       A    Yes, sir.
10      Q    Okay, so let's not go back there.
11           Have you submitted this PLM method or any of
12   your PLM results for publication or peer review?
13      A    No, sir, I haven't.
14      Q    Do you intend to do that?
15      A    Yes.
16      Q    Do you have any timeline for when you intend
17   to do that?
18      A    If I gave you a timeline, I'm sure that at
19   some point I would have to say I haven't done it yet.
20      Q    Okay.  Do you have a timeline in mind?
21      A    No.
22      Q    I guess I'm curious about that.  At least
23   according to your results, you've come upon a method
24   that at this point, nearly a hundred percent of the
25   time, can identify chrysotile and talc.  Why aren't you

William E. Longo, Ph.D.

Page 138

1  these Grade 7s Canadas in terms of its sizes and shapes
2  and the like?
3     A    Well, what you find in the RG-144, which was
4  pointed out to me, is that you get very few single
5  fibers. And we did the air sampling of the RG-144. We
6  had to go sonicate it to get the individual fibers out.
7  You can get some very long ones, but the bundles are
8  pretty consistent.
9     Q    Okay. Well, we can talk about it some other
10 day.
11          So just to make sure that we're on the same
12 page, at this point, you've been finding -- using --
13 your technique to identify chrysotile, you've been
14 finding chrysotile in Chinese-mine-sourced products at
15 about a hundred percent hit rate?
16    A    Yeah, using these CSM sample prep in the
17 ISO 22262-1, it's not -- those two methods, so far it's
18 been 100 percent
19    Q    Okay. So recently I think you've issued some
20 reports in the Cashmere Bouquet litigation, looking at
21 some older containers, and you also found 100 percent
22 positive rate using your method for chrysotile?
23    A    In all their containers, yes.
24    Q    And I take it, given the fact that those
25 containers stretched from 1950s to 1990s, you'd be