# Exhibit L

Case 3:16-md-02738-MAS-RLS    Document 32202-12    Filed 05/17/24    Page 2 of 14 PageID: 183043

DR. WILLIAM LONGO, on 03/03/2023                                                  Page 1
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                         COUNTY OF ALAMEDA

 3
     ANTHONY HERNANDEZ VALADEZ,        ) Case No. 22CV012759
 4                                     )
                     Plaintiff,        )
 5                                     )
     vs.                               )
 6                                     )
     JOHNSON & JOHNSON; ALBERTSONS     )
 7   COMPANIES, INC., individually, and)
     as successor-in-interest, parent, )
 8   alter ego and equitable trustee   )
     LUCKY STORES, INC.; LUCKY STORES, )
 9   INC.; SAFEWAY INC.; SAVE MART     )
     SUPERMARKETS, individually, and   )
10   as successor-in-interest, parent, )
     alter ego and equitable trustee of)
11   LUCKY STORES, INC.; TARGET        ) (Pages 1-114)
     CORPORATION; WALMART INC.; and    )
12   FIRST DOE through ONE-HUNDREDTH DOE,)
                                       )
13                   Defendants.       )
     _____)
14

15

16

17

18      REMOTE VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

19                      DR. WILLIAM LONGO

20                    Friday, March 3, 2023

21

22

23

24
          Reported by: John Fahrenwald,  CA CSR 14369, RPR
25   _____
```

Certified Transcript

Case 3:16-md-02738-MAS-RLS   Document 32202-12   Filed 05/17/24   Page 3 of 14
PageID: 183044

DR. WILLIAM LONGO, on 03/03/2023                                         Page 30
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1  range -- not so much in a range -- to help the colors.                 9:22:13AM
2       Q.   Okay.
3       A.   So I don't know the whole definition of it
4  anymore.
5       Q.   Okay.                                                         9:22:24AM
6       A.   But it seems to be the new -- I should look it up
7  to get it exactly because it seems to be the new question
8  for depositions.
9       Q.   **If images aren't appropriately white balanced,**
10 **they can either appear too yellow or they can appear too**             9:22:39AM
11 **blue.  Correct?**
12      A.   I don't know.  I don't know how correct -- you
13 know, this is an older one than this is a -- you have more
14 yellows in this because you're using a tungsten lightbulb in
15 the microscopes and the new ones are LED, so you don't have             9:23:03AM
16 any white balance problems.
17           And this wasn't really ever a problem because the
18 conditions of these for chrysotile and the fibrous talc were
19 the same.  So it's not changing anything here when you're
20 comparing the apples to apples versus comparing apples to               9:23:21AM
21 oranges.
22      Q.   **So my understanding now is that you're saying that**
23 **these images appear more yellow because of tungsten lighting**
24 **that was used in them in the older microscope?**
25      A.   Yeah, it's like a yellow light -- not a yellow                9:23:38AM

Case 3:16-md-02738-MAS-RLS   Document 32202-12   Filed 05/17/24   Page 4 of 14
PageID: 183045

DR. WILLIAM LONGO, on 03/03/2023                                              Page 31
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

| | | |
|---|---|---|
| 1 | light, but it has yellow in it.  And I think all our | 9:23:41AM |
| 2 | photographs, going back to the last, you know, 30 years were | |
| 3 | using those type of microscopes. | |
| 4 |     Q.  Do you know whether the camera that you were using | |
| 5 | at that time, whether it had a feature that would allow you | 9:23:56AM |
| 6 | to white balance to compensate for that tungsten lighting? | |
| 7 |     A.  Not to the degree it completely removes it. | |
| 8 | Because when you compare these to the LED photographs, you | |
| 9 | don't have the yellow like this. | |
| 10 |     Q.  Okay.  And when we're looking at this, for | 9:24:18AM |
| 11 | example, let's look at the parallel.  You have a structure | |
| 12 | that you've identified here as chrysotile.  Right? | |
| 13 |     A.  Correct. | |
| 14 |     Q.  Okay.  And then what are these larger, rounder | |
| 15 | structures? | 9:24:37AM |
| 16 |     A.  Platy talc. | |
| 17 |     Q.  Okay.  And platy talc, because it's not in an | |
| 18 | elongated form, however you move it, it's going to retain | |
| 19 | the same refractive index?  In other words it will always -- | |
| 20 | it will stay the same color, by and large? | 9:24:59AM |
| 21 |     A.  Yes. | |
| 22 |     Q.  And so if we look at the next slide -- so one of | |
| 23 | the things you can do, will you agree with me, to see | |
| 24 | whether or not something is appropriately white balanced is | |
| 25 | to look at something in the image that you know -- where you | 9:25:25AM |

Case 3:16-md-02738-MAS-RLS   Document 32202-12   Filed 05/17/24   Page 5 of 14 PageID: 183046

DR. WILLIAM LONGO, on 03/03/2023                                                Page 39
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

| | | |
|---|---|---|
| 1 | Q.  We can talk about perpendicular in a second.  In | 9:37:20AM |
| 2 | parallel -- you're selling me that in parallel, talc plates | |
| 3 | and an elongated talc piece will not be the same color? | |
| 4 | MR. RIVAMONTE:  Misstates testimony. | |
| 5 | Q.  (BY MR. DUBIN:) Are they the same or not the same? | 8:49:12AM |
| 6 | A.  Well, which ones do you want to point to? | |
| 7 | Q.  I'm looking at one in parallel. | |
| 8 | A.  I'm looking at a whole range of colors, but I'm | |
| 9 | not seeing anything that meets the criteria for a fibrous | |
| 10 | bundle. | 9:37:58AM |
| 11 | Q.  I'm not -- | |
| 12 | A.  So it's -- we're arguing -- we're debating over | |
| 13 | this color when it has no useful ending to it other than a | |
| 14 | talking point on your hat. | |
| 15 | Now I've answered the question.  We need to move | 9:38:11AM |
| 16 | on. | |
| 17 | Q.  Can you tell me what the refractive index of a | |
| 18 | talc plate is? | |
| 19 | MR. RIVAMONTE:  Vague and overbroad. | |
| 20 | THE WITNESS:  I would say the majority of them | 9:38:28AM |
| 21 | there, you know, are down in the 1. -- 1.5 -- maybe 1.55 -- | |
| 22 | 1.558 or something like that.  I don't know.  I'd have to | |
| 23 | go -- I'd need to be looking in the microscope and look at | |
| 24 | the chart. | |
| 25 | What I do know is platy talc is not fibrous, so | 9:39:01AM |

Case 3:16-md-02738-MAS-RLS   Document 32202-12   Filed 05/17/24   Page 6 of 14 PageID: 183047

DR. WILLIAM LONGO, on 03/03/2023 Page 40
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1  it's not in the equation.  And what I do know, if I look    9:39:06AM
2  over in the alpha, we don't see any blues.  And if I look at
3  what is in perpendicular on that big structure up in the
4  left-hand corner, where I say, this is a -- this is a
5  talc -- talc plates on edge right there or this is fibrous   9:39:30AM
6  talc, and that's now -- in the left-hand side, that's in the
7  alpha direction, and you can't see such a blue on the end.
8  It's real bright.
9          And then on the right-hand side, now it's in the
10 parallel direction and you still got the white.  That's out  9:39:45AM
11 of the range of all the refractive indices.  I mean, you're
12 looking at greater than 1.590.
13         And on the other side, you're looking, less than
14 1.535.
15    Q.   All right.  Let's see if we can -- we'll come back   9:40:05AM
16 to this issue in a second.  Let's go to the next.  Let's go
17 to Slide 16.
18         Typical guidance on how this birefringence value
19 should be calculated if we take the highest parallel,
20 meaning the brightest color, and the lowest perpendicular.   9:40:31AM
21 Correct?  That's how birefringence in the published
22 literature is calculated.  Correct?
23    A.   No.  And no.
24    Q.   Okay.
25    A.   Not calculated at all.  If you actually to           9:40:55AM

Case 3:16-md-02738-MAS-RLS   Document 32202-12   Filed 05/17/24   Page 7 of 14
PageID: 183048
DR. WILLIAM LONGO, on 03/03/2023                                              Page 55
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1  and straight up, you see a very yellow-looking structure.

2  And I can see structures in that.

3        And then if I go to the parallel, I can see this

4  brightish -- bright white and a bright blue.  That's fibrous

5  talc.

6        And tell me, if you can absolutely see the

7  difference there.

8      Q.  Okay.  Talc in perpendicular can also be blue.

9  Right?

10     A.  Fibrous talc in the perpendicular can be blue.

11       But if you compare -- if you go to the

12 perpendicular photograph, which would be the next one where

13 I said, that's talc.  And look at it in the perpendicular --

14 it's not quite on perpendicular -- it's bright -- light,

15 bright blue to white.  So that white puts it less than

16 1.535.

17     Q.  So what is the structure to the right of the one

18 that you've identified, the larger blocky structure with

19 blue on the side?  What is that it?  Looks like it's mostly

20 in perpendicular.

21     A.  I just have to get oriented here, so give me a

22 second.

23       MR. RIVAMONTE:  Mr. Dubin, I just want to clarify.

24 The image that we're currently looking at now is page 32 of

25 Dr. Longo's report, the parallel dispersion?

Case 3:16-md-02738-MAS-RLS   Document 32202-12   Filed 05/17/24   Page 8 of 14
PageID: 183049

DR. WILLIAM LONGO, on 03/03/2023                                                Page 56
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

| | | |
|---|---|---|
| 1 | MR. DUBIN: On the right, yeah. | 10:26:49AM |
| 2 | MR. RIVAMONTE: Okay. Yeah. | |
| 3 | MR. DUBIN: I'm not sure if it has page numbers or | |
| 4 | we just counted pages. | |
| 5 | MR. RIVAMONTE: I'm just looking at the PDF, | 10:27:07AM |
| 6 | whatever the PDF says. It's page 32. | |
| 7 | Q. (BY MR. DUBIN:) Sorry, Doctor, I wasn't sure if | |
| 8 | you were in the middle of -- | |
| 9 | A. Yeah, I heard it. I'm just looking at it. It's | |
| 10 | hard to say, what is that? What is that? | 10:27:20AM |
| 11 | I mean I'd have to be looking in the microscope at | |
| 12 | it to tell you what that is. It's not something we | |
| 13 | identified. So I don't know what's wrong with it, but I'd | |
| 14 | have to be looking in the PLM scope to make a guess. | |
| 15 | Q. Based on morphology, does that to appear to be a | 10:27:37AM |
| 16 | talc plate? | |
| 17 | A. Again, I'd have to be looking in the microscope to | |
| 18 | make any decision on what that might be. | |
| 19 | Q. And is that generally true? In order to properly | |
| 20 | judge what colors were observed on here, you would have to | 10:27:54AM |
| 21 | be at the microscope and actually look at the slide? | |
| 22 | A. It's not so much the colors. It's the focus. | |
| 23 | It's -- you know, I would look at elongation, at lower | |
| 24 | magnification. So got kind of an oddball structure to it to | |
| 25 | be chrysotile. I don't -- doesn't really have substantially | 10:28:22AM |

Case 3:16-md-02738-MAS-RLS   Document 32202-12   Filed 05/17/24   Page 9 of 14 PageID: 183050

DR. WILLIAM LONGO, on 03/03/2023                                          Page 61
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

| | | |
|---|---|---|
| 1 | Q. Okay. Now let's go back one slide, back to 26. | 10:35:52AM |
| 2 | And so 500, the color that we should be observing is the one | |
| 3 | underneath the 500. Right? | |
| 4 | A. It should be close to that. | |
| 5 | Q. Are you honestly telling me that when you look at | 10:36:07AM |
| 6 | this image, that structure is that magenta color underneath | |
| 7 | 500? | |
| 8 | A. Well, no. | |
| 9 | MR. RIVAMONTE: Argumentative. | |
| 10 | THE WITNESS: I'm not saying that. That magenta | 10:36:22AM |
| 11 | color under 500 -- ours is more in the 1.572 -- you know, if | |
| 12 | these are -- if he's correct. I got to go back to his | |
| 13 | tables, and we're using the tables he has in his | |
| 14 | publication. And I'd be looking at -- let me take look at | |
| 15 | that. | 10:36:49AM |
| 16 | Oh, I'm looking at the chrysotile. No wonder. | |
| 17 | Need to be looking at the talc that we analyzed. Where is | |
| 18 | that? You're looking at the standard. No wonder. There it | |
| 19 | is. | |
| 20 | No, we have sort of that at the 500 mark. Again, | 10:38:57AM |
| 21 | I'd have to be under the microscope to look at it, but the | |
| 22 | outer edge, I think that was averaged. But I think that's | |
| 23 | what you're using is from one of his older Su tables maybe. | |
| 24 | But I don't have a problem with -- the whole thing is not | |
| 25 | looking this magenta -- redder-ish [sic] purple. | 10:39:27AM |

Case 3:16-md-02738-MAS-RLS    Document 32202-12    Filed 05/17/24    Page 10 of 14
PageID: 183051

DR. WILLIAM LONGO, on 03/03/2023                                              Page 62
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1          But on the outer edge, on the top of the structure                10:39:30AM
2   it has where the Becke line is.  So I'm not concerned with
3   that.
4       Q.   Can you see anything -- again, see this little
5   particle, this yellow particle, the talc plate in between   10:39:39AM
6   these blue structures to the right of what you've mark off?
7   See those talc plates?
8       A.   I do.
9       Q.   Is there some difference that you're -- you're
10  seeing there that causes you to call this magenta and --    10:39:57AM
11      A.   No, I'm not saying the whole thing is magenta.
12  What we're doing now is we're averaging them.  It's hard to
13  see where you haven't blown it up.
14           But on the top edge, we have a little bit
15  different color there.  So I'd have to go and look at -- and 10:40:19AM
16  see if this was averaged out on it.  Because at least on my
17  photograph, I can see on that top edge where the Becke line
18  is.
19      Q.   Okay.  Let's go forward to more slides.
20           To that one, yeah.                                   10:40:42AM
21           So again, what we've -- we've already talking
22  about this.  Let's go one more.  Okay.
23           What color are you seeing here in this structure
24  that you've identified as chrysotile?
25      A.   Is this the new one?                                 10:41:12AM

Case 3:16-md-02738-MAS-RLS    Document 32202-12    Filed 05/17/24    Page 11 of 14
PageID: 183052

DR. WILLIAM LONGO, on 03/03/2023                                          Page 64
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

| | | |
|---|---|---|
| 1 | A. Purple, purplish-red. | 10:43:05AM |
| 2 | Q. Okay? | |
| 3 | A. That's what I'm seeing on the outer edge, not the | |
| 4 | whole structure. | |
| 5 | Q. Okay. So is it -- you're understanding then that | 10:43:13AM |
| 6 | this chrysotile, it's going to be all yellow -- and it's | |
| 7 | going to be yellow and then some faint line of purple on the | |
| 8 | outside or something like that? That's what you're seeing | |
| 9 | here? | |
| 10 | A. What are you -- I'm not sure what you're talking | 10:43:38AM |
| 11 | about. I see no yellow on that chrysotile structure. What | |
| 12 | I'm looking at is the outer edge of the bundle. | |
| 13 | Q. Uh-huh. Okay. So let's keep going. But you're | |
| 14 | treating this -- for purposes of your birefringence | |
| 15 | calculation, you're treating this -- the number that goes | 10:44:00AM |
| 16 | into your calculation is associated with purple? | |
| 17 | A. Now, that's what it looks like to me, sitting | |
| 18 | here. Again, you know, I'd have to be sitting at the PLM | |
| 19 | scope, but I can see a reddish-purple around the edge, what | |
| 20 | I'm looking at right now. | 10:44:22AM |
| 21 | Q. You can't see -- because, again -- because of the | |
| 22 | illumination, you can't see that also -- a little bit of an | |
| 23 | edge around the talc plate up there? | |
| 24 | A. What I see around that talc plate is reds and | |
| 25 | yellows. | 10:44:38AM |

Case 3:16-md-02738-MAS-RLS   Document 32202-12   Filed 05/17/24   Page 12 of 14
PageID: 183053

DR. WILLIAM LONGO, on 03/03/2023                                    Page 67
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1  try to compare -- 1.550 and try to compare to 1.560.  10:48:11AM
2     Q.  I'm just talking about the color, the color
3  itself.  Right?  The color of this is -- you're saying
4  visually whatever oil it's in, that the structure we just
5  looked at from the Johnson & Johnson is further towards  10:48:31AM
6  purple than this.  Right?
7          MR. RIVAMONTE:  Asked and answered.
8          THE WITNESS:  You can't compare the two.
9          And, yes, it's a darker reddish-purple than, you
10 know, this magenta color eliminating the bright yellow  10:48:52AM
11 colors and ignoring the size of structure under that, that
12 is probably closer -- is more closer to the size ranges
13 we're seeing.
14         So, yeah.  You just can't compare the two.  I told
15 you my opinion about it and what was around the edge, and  10:49:12AM
16 I'm not looking in a microscope.  I can't answer it anymore
17 and help you out here.
18    Q.  Just so we're clear what I'm asking about, I'm
19 comparing the color of this to -- go back a couple of
20 slides, please -- and this.  These are the two ones I was  10:49:28AM
21 asking you about.  Right?
22    A.  That's so misleading, Mr. Dubin.
23    Q.  Well --
24    A.  You're talking about the whole structure.  I'm
25 talking about right around the Becke line of a structure  10:49:42AM

Case 3:16-md-02738-MAS-RLS   Document 32202-12   Filed 05/17/24   Page 13 of 14 PageID: 183054

DR. WILLIAM LONGO, on 03/03/2023                                      Page 78
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1  will move into the structure, or it will move out of the     11:58:52AM
2  structure.
3          Or it will stay at a particular -- and you will
4  know if you got the right refractive indice fluid for a
5  matching.  So you have to -- it's a way to look at unknowns.  11:59:03AM
6          You know, you put 1.550, zero in and it moves
7  away, I believe that is -- means -- and I always forget --
8  it's either too high or too low to -- and what you're
9  looking for is a fluid that you don't get movement.
10     Q.  Okay.  And just for --                                11:59:29AM
11     A.  So it matches what the wavelength -- what the
12  matching wavelength.
13     Q.  Just for reference, we're looking at
14  M71614-001CSM-002.
15          So are there any images in here where we can         11:59:46AM
16  determine the colors that we're seeing in the Becke line and
17  translate those into wavelengths of light?  Or do we not
18  have images to be able to do that?
19     A.  You know, maybe.  You don't really have the image
20  there.  But the one that's parallel -- I don't know if you   12:00:06PM
21  could really do that or not.  We don't do Becke line work
22  here, so it's not something I do all the time or would do.
23          I wouldn't use Becke lines to identify a
24  particulate that's unknown.  I would start off with SEM or
25  something.                                                   12:00:30PM

Case 3:16-md-02738-MAS-RLS   Document 32202-12   Filed 05/17/24   Page 14 of 14
PageID: 183055

DR. WILLIAM LONGO, on 03/03/2023                                           Page 79
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

| | | |
|---|---|---|
| 1 | Q.  Okay.  So you wouldn't be able to tell me, for | 12:00:31PM |
| 2 | example, if this were a Becke line, what wavelength of light | |
| 3 | that -- what color -- what wavelength of light that's | |
| 4 | associated with? | |
| 5 | A.  No.  In order for me to do that, I would have to | 12:00:45PM |
| 6 | be sitting at the microscope, in focus, out of focus, and | |
| 7 | look at that. | |
| 8 | So, no, that's not something I can just do from | |
| 9 | looking at this picture.  At least I can't. | |
| 10 | Q.  So then for purposes of understanding your | 12:00:59PM |
| 11 | testimony when you were talking about Becke lines before, | |
| 12 | you just mean the edge of the image and the dispersion | |
| 13 | standing? | |
| 14 | A.  Correct.  I should have been more careful about | |
| 15 | how I was phrasing. | 12:01:17PM |
| 16 | Q.  Okay. And in -- when we were talking earlier | |
| 17 | about the tungsten lighting that was on the old microscope, | |
| 18 | is it fair to say that in all of the old depositions where | |
| 19 | we've talked about your chrysotile findings in Johnson & | |
| 20 | Johnson, when you were speaking about the images depicting | 12:01:38PM |
| 21 | gold colors or orange colors, that was with a microscope | |
| 22 | that was using tungsten lighting that was adding yellow to | |
| 23 | the image? | |
| 24 | A.  Yeah, could be. | |
| 25 | But the interesting thing is the refractive | 12:01:59PM |