# Exhibit O

Page 1

```
CAROL KERKHOF, et al.,        )
                              )
         Plaintiff,           )IN THE CIRCUIT COURT FOR
                              )MONTGOMERY COUNTY
     vs.                      )
                              )CASE NO. 439392-V
BRENNTAG NORTH AMERICA        )
INC., et al.,                 )JUDGE: JILL R. CUMMINS
                              )
         Defendants.          )
_____)
```

DEPOSITION OF

WILLIAM E. LONGO, PhD


November 5, 2018

10:50 a.m.


11340 Lakefield Drive
Suite 200
Johns Creek, Georgia


Debra R. Luther, RMR, CRR, CCR-B-881

EVANS REPORTING SERVICE
The Munsey Building, Suite 705
Seven North Calvert Street
Baltimore, Maryland 21202
410.727.7100  800.256.8410

Page 187

1  have it in the right refractive index solution to

2  show the appropriate colors, I would not call it.

3       Q.    **You need to do more testing on it?**

4       A.    Well --

5       Q.    **Or is what's been done already concluded**

6  **that?**

7       A.    No.  We have to do more testing on it

8  where we would go back and actually use the

9  refractive indices appropriate for that.

10            But if you look in the McCrone or any of

11  these books where they show you what it should look

12  like, it looks just like that.  It's a very large

13  bundle of chrysotile.

14       Q.    **Other than that bundle, which you've**

15  **discussed, are there any other findings using PLM**

16  **where you've found either a fiber or a bundle of**

17  **chrysotile?**

18       A.    No.

19       Q.    **Would PLM be the most accurate of the**

20  **three tests you've used to identify chrysotile if it**

21  **was there?**

Page 188

1    A.    No.  TEM would be.  All the chrysotile
2    findings from the historical documents of Johnson &
3    Johnson, it's only been found by TEM.
4    **Q.    Using a different preparation method,**
5    **then; right?**
6    A.    Well, just using the standard TEM method,
7    long method.
8    **Q.    Have you gone back to do any TEM long**
9    **method testing to see whether you found chrysotile in**
10   **Johnson & Johnson Baby Powder?**
11   A.    Not yet.
12   **Q.    It's on your list to do?**
13   A.    Well, we have an automated TEM, and we're
14   working on it to fully automate it so that you can
15   put a grid in -- and probably won't have that
16   technology worked out in our lab for about a year --
17   where you just put a grid in and let it run.
18   **Q.    Are there any other changes or upgrades in**
19   **equipment you have going on or planned right now?**
20   A.    Well, we've got this new Hitachi TEM, but
21   we've had it for a year -- about a half a year.  And

William E. Longo, Ph. D., 11/5/2018
Carol Kerkhof v. Brenntag North America Inc.

```
                                                      Page 222
 1                   C E R T I F I C A T E
 2
 3      STATE OF GEORGIA:
 4      COUNTY OF GWINNETT:
 5
 6            I hereby certify that the foregoing
 7        transcript was taken down, as stated in the
 8        caption, and the questions and answers thereto
 9        were reduced to typewriting under my direction;
10        that the foregoing pages 1 through 221 represent
11        a true, complete, and correct transcript of the
12        evidence given upon said hearing, and I further
13        certify that I am not of kin or counsel to the
14        parties in the case; am not in the regular
15        employ of counsel for any of said parties; nor
16        am I in anywise interested in the result of said
17        case.
18            This, the 8th day of November 2018.
19                        _____
                          DEBRA R. LUTHER, B-881
20                        Georgia Certified Court Reporter
21
```