# Exhibit P

Page 155

1              SUPERIOR COURT OF NEW JERSEY
              LAW DIVISION - MIDDLESEX COUNTY
2              DOCKET NO. MID-L-003809-18AS
3
4
    KAYME A. CLARK and              VIRTUAL
5    DUSTIN W. CLARK,              DEPOSITION UPON
                                   ORAL EXAMINATION
6          Plaintiffs,               OF
                                   WILLIAM E. LONGO
7       v.                           Ph.D.
                                    (VOLUME II)
8    JOHNSON & JOHNSON, et al.,
9            Defendants.
    ------------------------------
10
11
12
13          TRANSCRIPT of the stenographic notes
14    of ANDREA F. NOCKS, a Certified Court Reporter and
15    Certified Realtime Court Reporter of the State of
16    New Jersey, Certificate No. XI01573, taken virtually
17    on April 2, 2024, commencing at 11:18 a.m., Eastern
18    Standard Time.
19
20
21
22
23
24
25    Job No. 6625014

LONGO, Ph.D. - DIRECT

Page 197

1      Q.      Okay.  What about lizardite?  How

2   does the birefringence of lizardite compare to

3   chrysotile and PLM?

4      A.      Again, it was different.

5      Q.      But you can't say whether it was --

6      A.      I haven't looked at it in years.  The

7   main focus of the criticism is that nobody's ever

8   said lizardite, nobody's ever said, antigorite.  Are

9   the experts changing their mind now?  Everybody has

10  said it's been -- what we have focused on is fibrous

11  talc or talc plates on edge, if you talk to Mickey

12  Gunter, who says there's no fibrous talc.

13            So, you know, initially when we were

14  looking at this, we did look at them, but it's been

15  years since I pulled them out.

16     Q.      Okay.  All right.  Good time for a

17  quick break.  Want to take five --

18     A.      Okay.

19     Q.      -- minutes?  It's 12:15.  Let's try

20  and get back on 12:20, if we can.

21            (Recess:  12:15 p.m. to 12:31 p.m.,

22  Eastern Standard Time.)

23   BY MR. HYNES:

24     Q.      So, we'll continue talking about some

25  of your prior Johnson & Johnson chrysotile reports.

LONGO, Ph.D. - DIRECT

Page 198

1    I'll mark a group of them now.  We can sort of get

2    through it.  So, we marked the 11A, so I'll mark

3    next another sort of group of Chinese-sourced

4    container reports from 2021.

5              This is a March 23rd, 2021, report on

6    nine Chinese-sourced containers with varying M

7    numbers, all in the 60,000 range.

8              Then, I'll mark some of the newer

9    reports from 2023 forward.  I guess I'll mark this

10   one as 12A, Project M71614, the Valadez container

11   from February 28, 2023.

12             As 12B, I'll mark M71643 from

13   October 19th, 2023.  This is the Dean Omar report.

14             Then I'll mark as Exhibit 12C,

15   Project M71730.  This is the Henderson report from

16   November 28, 2023.

17             As Exhibit 12D I'll mark the

18   February 15, 2024, report on Project M71740 in the

19   Kirch, K-i-r-c-h, case.

20             Then I'll mark as a series of

21   exhibits under 13 some of the Vermont-sourced PLM

22   analyses.  So, first I'll mark the February 24,

23   2020, report on M70484, the Zimmerman report.

24             Then I'll mark the April 6, 2020,

25   M71046 Colley, C-o-l-l-e-y, report.

LONGO, Ph.D. - DIRECT

Page 199

1           And then I will mark as Exhibit 13C

2       the March 11, 2022, Project M71262 Klayman,

3       K-l-a-y-m-a-n, report.

4               So, let's get into these.  We'll

5       start with the report that we were just looking at,

6       Exhibit 11A, the 71211 report, and just get through

7       some of the processes that you used in that report.

8       And we'll go through, you know, some of the changes

9       that were made over time.

10              But, if you're with me on that 11A

11      report, if we look at page 6 of 17, there we have

12      your walk-through of the CSM ISO PLM method, and I

13      just wanted to confirm some things here.

14              Are you with me on page 6 of 17

15      there?

16          A.    I am.

17          Q.    Okay.  And so for this analysis, an

18      early -- I guess the analyses were performed late

19      2020/early 2021 in this M71211 report.  But as part

20      of the prep method here for the CSM method, your lab

21      used, it looks like, heavy liquid density liquid of

22      2.72 grams per cc, right?

23          A.    Yes.

24          Q.    Okay.  And then the centrifugation

25      time for this one was 500 RPM for 10 minutes at room

Page 200

1  temperature, and then another round of 1800 RPM for

2  10 minutes also at room temperature, right?

3          A.       Correct.

4          Q.       And then the analyses that we looked

5  at, this was 1.550 refractive index oil, right?

6          A.       Correct.

7          Q.       And I think as part of this one, your

8  lab analyzed both the light fraction, and then there

9  were at least two analyses of the heavy --

10                  (Court Reporter clarification.)

11   BY MR. HYNES:

12         Q.       -- heavy pellets as part of this,

13  right?

14                  So, in the report itself, you

15  document, I believe, the sort of the analysis of

16  this via PLM with no liquid density separation

17  technique, then you document the analysis of the

18  light fraction using the CSM technique, right?

19         A.       Let me get to ISO --

20         Q.       Right.

21                  If you get to, like, page 45, which I

22  think is the first count sheet for one of the CSM

23  preps, that's -- CSM which would reflect light

24  fraction, right?

25         A.       Separation.  We got without, now we

LONGO, Ph.D. - DIRECT

Page 201

1    have with.

2              Yes, you're right.  Just light

3    fraction.

4         Q.    Right.

5              And then if we flip to Exhibit 11

6    that we marked the last time around, this is that

7    same project number, M71211, and there were also

8    some analyses, at least, of the CSMP, which is the

9    pellet, right?

10        A.    71211-7?

11        Q.    I think if you look at the date of

12   what's on my screen versus what you've got in your

13   hands, these pellet analyses, I think, happened

14   after your report was generated.  Your report was

15   January 2021, and then these pellet count sheets are

16   May of that same year, so a little bit later in

17   time.

18        A.    Three -- yeah, you're right, it was

19   done later.

20        Q.    Right.  And so in the report you've

21   got, the January report that we marked as Exhibit

22   11A, the CSM analyses that are reflected in the

23   summation in that report and then the count sheets

24   behind it, that's the analysis of the light

25   fraction, right?

LONGO, Ph.D. - DIRECT

Page 202

1          A.      That is correct.

2          Q.      And then at some point later there

3    were at least two analyses of the heavy fraction of

4    the pellet from two different samples from that

5    M71211 report, and those happened in -- the two that

6    we're aware of happened in May of 2021, right?

7          A.      Correct.

8          Q.      Okay.  And then we looked at the

9    report results, but your laboratory reported results

10   in both a percent area for chrysotile as well as the

11   structure per gram for chrysotile as part of that

12   report, right?

13         A.      Correct.

14         Q.      Okay.  And if we go to what I marked

15   as Exhibit 11B, it's that March 23rd, 2021,

16   report -- I'll share my screen here in case you

17   don't have a copy handy.

18                 Do you recognize this report,

19   Dr. Longo, of March 23, 2021 report on nine

20   off-the-shelf samples?

21         A.      I mean, I recognize that's our

22   report.  Do I remember doing that?  No.

23         Q.      Okay.  That's fine.  We can just read

24   along.

25                 So, if we go to the method section of

LONGO, Ph.D. - DIRECT

Page 203

1   that report which is on page 5, it looks like it's

2   essentially the same process that was used in that

3   January 25th report, 2.72 liquid density liquid

4   used, right?

5           A.      Yes.

6           Q.      The same centrifugation process, it

7   was the 500 RPM for 10 minutes room temperature, and

8   then another round of 1800 RPM for 10 minutes, also

9   room temperature, right?

10          A.      Correct.

11          Q.      If you go to, I'll say here, the

12  light fraction was analyzed as part of this report,

13  right?

14          A.      That's what it states.

15          Q.      Okay.  And then it was analyzed by

16  1.550 refractive index oil, right?

17          A.      Yes, sir.

18          Q.      And then results were reported out in

19  both the percent weight as well as the structure per

20  gram for chrysotile, right?

21          A.      Yeah.  Hold on.  I want to just write

22  the M numbers down.  Those are all different.

23          Q.      I believe these are --

24          A.      Can we go to the very front cover

25  letter so I can just get exact -- not that.  The

LONGO, Ph.D. - DIRECT

Page 204

1    very front page will have something on there to help

2    me dig this up.

3                    Let me get down to the date,

4    March 23rd.  All right.

5            Q.      I think it's all the Chinese-sourced

6    containers that were in your August 2017 eBay

7    report, if you recall that.

8                    Okay.  And so, we're just looking at

9    the results, but you reported out results in both

10   structures per gram and percent weight for

11   chrysotile in this report, right?

12           A.      Yes.

13           Q.      And the formula for the -- for

14   calculating the chrysotile structures per gram is

15   the same formula that we were looking at in the

16   M71211 report, same total area, same area in the 30

17   total fields of view that we were looking at the

18   last round, right?

19           A.      Yes.

20           Q.      Okay.  And if we flip to the, you

21   know, the first PLM image, it looks like it's the

22   same microscope that you guys were using in that

23   last M71211 report, right?

24           A.      Correct.

25           Q.      All right.  Then if we jump back in

LONGO, Ph.D. - DIRECT

Page 205

1    time to Zimmerman, this is the February 24, 2020,

2    report on M70484.  If we jump ahead to the method

3    here, you're again using a 2.72 liquid density

4    liquid for the separation here, right?

5            A.        Correct.

6            Q.        I think you're also doing the 500 RPM

7    for 10 minutes room temperature, and then another

8    round of 1800 RPM for 10 minutes at room temperature

9    centrifugation, right?

10           A.        Correct.

11           Q.        And in these first wave of, you know,

12   PLM analyses from 2020, your lab was just analyzing

13   the light fraction by PLM, right?

14                     Sorry.  Did you answer?

15           A.        No.  I'm just trying to read it.

16                     I believe so.

17           Q.        So the light fraction was analyzed,

18   right?

19           A.        I believe so.

20           Q.        And analyzed in 1.550 index oil?

21           A.        Correct.

22           Q.        And at this point in time your lab

23   was not yet reporting results in terms of structures

24   per gram, right?  It was just limited to percent by

25   weight, right?

LONGO, Ph.D. - DIRECT

Page 206

1          A.      Correct.

2          Q.      And then one thing your lab

3    mentioned -- or you mentioned back in this report in

4    February 2020, that you were still working on the

5    heavy liquid density for chrysotile asbestos and by

6    TEM.

7                  And it's still true that your lab has

8    not analyzed the Johnson & Johnson Baby Powder

9    sample and reported results of chrysotile by TEM

10   using that method to date, right?

11         A.      Correct.

12         Q.      Okay.  Then we go to Colley, which

13   I've marked.  It's an April 6, 2020, report.  M71046

14   is another --

15         A.      I'm sorry.  M71046?

16         Q.      Right.

17         A.      '46.  What is that, 20- -- 2020?

18         Q.      Yes, sir.

19         A.      Okay.  Thank you.

20         Q.      You're welcome.

21                 And I guess I should mention just

22   briefly, if we go back to the Zimmerman report that

23   was on a container, one of the containers in that

24   report was dated from 1994, right?

25         A.      Correct.

LONGO, Ph.D. - DIRECT

Page 207

1          Q.     And --

2          A.     M70484-001 and M70484-002.

3          Q.     And if a container is from 1994 and

4    it's the same talc that was originally in that

5    container, it most likely would have been sourced

6    from Vermont if it was a US market product, right?

7          A.     1994.  Yes, that would be Vermont.

8          Q.     Okay.  Then, so we switch to Colley,

9    Exhibit 13B, that sample dates to 1996.  It would

10   also be a Vermont source sample, right?

11         A.     Yes.

12         Q.     And if we go to the method here,

13   there's a different density liquid used for this

14   analysis than the other analyses we looked at

15   before, right?  This one has a 2.70 versus a 2.72

16   liquid density used here, right?

17         A.     Yeah.  I thought I caught all those.

18   Those were typos.  We've always used 2.72, as I

19   recall.

20         Q.     Okay.  So this is a typo.  It would

21   have also been 2.72?

22         A.     Yes.  I think that's all we ever

23   used.  I think we tried 2.70, you know, before we

24   figured out why the pellet.

25         Q.     The centrifugation process is the

LONGO, Ph.D. - DIRECT

Page 208

1    same here, another 500 RPM for 10 minutes room

2    temperature, and then 1800 for 10 minutes also at

3    room temperature, right?

4           A.    Yes.

5           Q.    And then you also analyzed just the

6    light fraction as part of this analysis in the

7    Colley report, right?

8           A.    Yes.

9           Q.    And analyzed it by 1.550 refractive

10   index oil, right?

11          A.    Correct.

12          Q.    And similar to that last report we

13   looked at, there's no fiber per gram for chrysotile

14   reported here; it's just reported in chrysotile

15   percent weight, right?

16          A.    Correct.

17          Q.    Okay.  Then we jump to the next one

18   here, 13C.  This is the March 11, 2022, report,

19   Project M71262 on Klayman's baby powder and

20   Shower to Shower containers.

21                Jump ahead, there are several

22   containers in here, one from 1996 and one from 2000,

23   that would have been sourced from Vermont-sourced

24   talc, right?

25          A.    Correct.  Hold on a sec.  Let me just

LONGO, Ph.D. - DIRECT

Page 209

1    get the M number.

2            Okay.

3        Q.    If we go down to the method for

4    chrysotile here, you're again using 2.72 refractive

5    index or heavy liquid oil for the separate technique

6    here, right?

7        A.    Correct.

8        Q.    Same 500 RPM for 10 minutes at room

9    temperature, and then 1800 for 10 minutes at room

10   temperature centrifugation for this report, right?

11       A.    Correct.

12       Q.    But here, instead of analyzing the

13   light fraction, your laboratory analyzed the heavy

14   mineral pellet for purposes of this analysis, right?

15       A.    Correct.

16       Q.    Okay.  You did not analyze the light

17   fraction for the Klayman report in March of 2022,

18   right?

19       A.    I mean, unless it is in there

20   somewhere, the answer would be no.

21       Q.    Okay.  And then this analysis was

22   performed using 1.550 refractive index oil, right?

23       A.    Yes.

24       Q.    And then this analysis reported

25   results in both -- in both percent weight as well as

LONGO, Ph.D. - DIRECT

Page 210

1    structures per gram, right?  This table that I'm

2    showing you doesn't actually have the structures per

3    gram, but if you recall, I can show you where the

4    structures per gram is.

5              A.       There it is.

6              Q.       This was both percent weight and

7    structure per gram in this report, right?

8              A.       Correct.

9              Q.       Okay.  And then the formula for

10   structures per gram is the same formula that we

11   looked at in the report that we marked as 11A and

12   11B, right?

13                      It's that same 972 millimeter squared

14   total area and 90.6 millimeter squared area for the

15   30 total fields of view on the three mounts, right?

16             A.       Yes.

17             Q.       Okay.  And then if we flip to one of

18   the images here, we go to the first PLM image which

19   appears on page 36 of this report.  So, was this

20   photograph taken using the old microscopes that were

21   part of the analyses from, like, the M71211 report,

22   or was this taken using the new Leica microscopes?

23             A.       The new Leica microscopes.

24             Q.       Okay.  And so I didn't ask you about

25   this yet.  So this image is a little bit -- I guess

LONGO, Ph.D. - DIRECT

Page 211

1    it's a little bit different from, like, what we were

2    looking at on page 25 of Exhibit 11A.

3                 So here -- you mentioned before that

4    on the new microscope there's a scale bar at the

5    bottom of the report, right, as opposed to just a

6    scale underneath a particle that's under analysis,

7    right?

8         A.      Yeah.  I can't quite read it, but

9    that's where the scale bars are.

10        Q.      Right.

11                And so there's -- on this particular

12   image, page 36 of Exhibit 13C, there's a 100 micron

13   scale bar at the very bottom of the --

14        A.      That should be 25.

15        Q.      That should be 25?

16        A.      This was when the scope was brand

17   new.  Those were supposed to be fixed, but that's

18   not 100.

19        Q.      Okay.  So, that should be 25?

20        A.      Yes.  I think they all show 100.

21   That's screwed up.

22        Q.      Okay.  So, when the scope was brand

23   new, I guess are there some reports where the scale

24   bar is just incorrect on the images?

25        A.      Yes.

LONGO, Ph.D. - DIRECT

Page 212

1      Q.      Okay.  And how -- how would you be

2   able to tell that the scale bar's incorrect on the

3   images?

4      A.      Because that is the 10x right there.

5   It's 100.

6      Q.      Yeah.

7      A.      And if you were to lay that fiber

8   down there, it's going to show about 30 or -- 30

9   microns or so, and it's not.  So -- let me just grab

10  one here.

11         Anyway -- oh, here's one.  If you go

12  to the M71614 report and go to dispersion staining,

13  exact same magnification, same everything, go to

14  M71614-001, you can see the micron bar is 25 for

15  that exact same, and that's correct.  That's been

16  calibrated.  The analyst didn't realize that it was

17  not calibrated at the time on a few projects.

18     Q.      Okay.  And so --

19     A.      Go ahead.

20     Q.      Yeah, so I'm clear, so we just looked

21  at Exhibit 12A, which is the Valadez report M71614.

22  We flipped to page 32 of that report.  There's a PLM

23  image there with a 25 micron bar at the bottom of

24  the page there.  And if we compare that to page 36

25  of Exhibit 13C, that March 11, 2022, Klayman report,

LONGO, Ph.D. - DIRECT

Page 213

1   I guess, Dr. Longo, it's your testimony that the 100

2   micron scale bar at the bottom of this image should

3   read 25 microns.  Is that right?

4           A.      It's 100 microns.  And that's way too

5   small for 100 microns.  It should be the 25 microns

6   at this magnification for this microscope.

7           Q.      Okay.  And so, you said that there

8   were some projects for which there are scale bars

9   like this one taken using the new Leica microscope

10  that are inaccurate.

11                  Has your laboratory gone back and

12  revised those reports to include updated, corrected

13  scale bars?

14          A.      There were a of couple projects.  I

15  thought we got them all.  It may have been before we

16  sent them out.  Obviously, I missed this one, so I'm

17  going to have to deal with it.

18          Q.      Okay.  And then for -- I guess walk

19  me through, when did your laboratory realize that

20  some of the M projects using the new microscope had

21  an incorrect scale bar associated with some of the

22  PLM photomicrographs?

23          A.      I couldn't tell you when, but I

24  remember catching it at some point and going back

25  because all of a sudden they changed, and going back

LONGO, Ph.D. - DIRECT

Page 214

1   to talk to -- I forget which analyst it was.  And I

2   thought we got them all, but I couldn't give you a

3   date.

4       Q.      And then what was the, sort of, next

5   step?  Did your laboratory then go through a

6   calibration process to reset the scaling for the new

7   Leica microscopes in your lab?  What happened next?

8       A.      Well, it was on a default of 100

9   microns.  It had to be -- the computer program had

10  to be recalibrated by putting in the size.  I forget

11  exactly how it did it, but -- so, it gave -- then it

12  gave the proper -- but I don't remember exactly how

13  the computer system works on that aspect of it.

14      Q.      And I guess catching the scale issue,

15  that must have happened at some point after March of

16  2022 when this Klayman report was issued, right?

17      A.      Whenever this analysis was done on

18  this project.

19      Q.      Right.  So I guess --

20      A.      You have to look at the analysis.  A

21  lot of times -- the report going out the door

22  doesn't necessarily mean that's when the analysis

23  was done.  See, this was done in April of 2021.

24      Q.      Okay.  So, I guess, all we know

25  sitting here today is at some point between April of

LONGO, Ph.D. - DIRECT

Page 215

1    2021 when the Klayman analyses performed, and then

2    February of 2023 when the Valadez analyses were

3    performed, there is a calibration process to fix the

4    scale bar that was used in the Klayman report for

5    subsequent analyses performed using a new Leica

6    microscope, right?

7            A.      Well, it's right that it was long

8    before the Valadez one, because if we go to the --

9    this is the old scope.  Never mind.

10                   Anyway, I don't know exactly when,

11   but it was long before the Valadez.

12           Q.      I guess while we're here, let's talk

13   a little bit about the Valadez report.

14                   So, on this one, I just wanted to

15   talk through the method here.

16                   So, here is -- I guess at some point

17   after the Klayman analyses in 2021 and when we get

18   to the Valadez analyses in 2023, your lab starts

19   using a 2.65 liquid density heavy liquid for

20   purposes of chrysotile separation technique, right?

21           A.      Incorrect.

22           Q.      Okay.  Tell me what's incorrect.

23           A.      Yes.

24           Q.      I am correct?

25           A.      Correct.  We started using 2.65.

LONGO, Ph.D. - DIRECT

Page 216

1      Q.      Okay.  So, this Valadez report from

2  February 2023, there's a 2.65 liquid used, and then

3  there's a different, sort of centrifugation

4  technique, used.

5              I guess, first, before the

6  centrifugation process starts, there's a vigorous

7  shaking for 10 to 20 seconds by the person doing the

8  analysis.  That's new, right?

9      A.      I don't think so.  I thought we had

10  been doing that for a while.

11     Q.      Okay.  If I see -- right.  If we go

12  to, like, Exhibit 11A, the January 25, 2021, report,

13  there's no discussion of vigorous shaking as part of

14  the preparation process there, right?

15     A.      Yeah.  I have to go back and check

16  because I thought that was something we routinely

17  did for a while, but it doesn't really matter.

18     Q.      Okay.  And then next, the

19  centrifugation process here is different from what

20  we were looking at in those other reports, right?

21  This one is placed at 2,000 RPM for 92 hours at room

22  temperature, right?

23     A.      Correct.

24     Q.      Okay.  So it goes from a 20-minute

25  process to now multiple days, right?

LONGO, Ph.D. - DIRECT

Page 217

1          A.      Correct.

2          Q.      And then for purposes of this

3    analysis, in February 2023, your lab analyzed the

4    light fraction, right?

5          A.      Yes.

6          Q.      Okay.  And you analyzed it in 1.560

7    refractive index oil, right?

8          A.      Correct.

9          Q.      And then you reported results in both

10   percent weight as well as structures per gram here,

11   right, if you look on page 9 of this report?

12         A.      Yes.

13         Q.      Okay.  And then for Exhibit 12B, this

14   is the M71643 report from October 19, 2023, go

15   through the process here.

16               So, here in this report you're also

17   using a 2.65 liquid, right?

18         A.      A 2.65, yes.

19         Q.      And then there's this vigorous

20   shaking performed for 10 to 20 seconds, right?

21         A.      Correct.

22         Q.      Then another slightly different

23   centrifugation process here.  It's 2,000 RPMs for 72

24   hours at 15 degrees Celsius, right?

25         A.      Correct.

LONGO, Ph.D. - DIRECT

Page 218

1      Q.      So, it's a different amount of time

2  than that last report we looked at.  You go from 92

3  hours to 72 hours, right?

4      A.      Yeah, I think that 92's a typo.  It's

5  always been 72, and we upped the time.

6      Q.      And then this 15 degrees Celsius, why

7  the change from room temperature to 15 degrees

8  Celsius?

9      A.      Because the -- we determined that the

10 centrifugation at the time was heating up, spinning

11 it that long.  So, to heat up the liquid density --

12 the heavy density liquid, it's going to change the

13 viscosity -- I mean, it's going to change the

14 density because it's changing the viscosity.  So, we

15 put it at 15 degrees.  We have it -- now it's back

16 at room temperature, but it's at room temperature

17 with the air-conditioning system on, so it doesn't

18 ever go above room temperature.  Keeps it right

19 there.

20     Q.      And then I guess I didn't ask, why

21 did your laboratory go from a 20-minute

22 centrifugation process to now a multiple-day

23 centrifugation process?

24     A.      Because we took the SG-210 and put in

25 a fair amount so that we could see it into the heavy

LONGO, Ph.D. - DIRECT

Page 219

1    liquid density; we spun it for what we were spinning

2    it before, and it didn't really separate.  So we

3    moved it up 72 hours.  It doesn't separate on 72

4    hours.  Something's going on.  Took it out at 72

5    hours, and all the Calidria was at the light

6    fraction.  That's why we went to 72 hours.

7                    Now, it may be 48, 24, I don't know,

8    but we sort of did.  If it doesn't separate on 72

9    hours, that's a problem.  That's why we're doing it

10   now.  But hopefully, we'll get that down to where we

11   run four samples, you know, with the Calidria, 72,

12   48, 24, you know, maybe six hours or something, so

13   that -- 'cause 72 hours is a burden to get a sample

14   done.

15        Q.    Tell me more about that SG-210

16   centrifugation experiment.  Is that SG-210 on its

17   own in this 2.65 liquid density liquid or is it

18   SG-210 spiked into another medium and then placed

19   into the --

20        A.    No, it was just in the heavy liquid

21   density material --

22        Q.    Okay.

23        A.    -- to see if it would all move to the

24   light fraction, and it did.  'Cause you could see

25   it, you know.  It didn't have the talc in there.

LONGO, Ph.D. - DIRECT

Page 220

1      Q.      And did you do anything to the SG-210

2   material prior to adding it to the heavy liquid

3   density liquid such as, you know, grinding, milling,

4   mortar and pestle, anything to it, prior to adding

5   it to this heavy liquid?

6      A.      No.  No, no, and no.  There would be

7   no reason to do any of that.  It's at the -- the

8   SG-210 has the same length and width that we're

9   seeing in the cosmetic talc.

10     Q.      Does your laboratory have any written

11  documentation regarding this SG-210 centrifugation

12  experiment?

13     A.      No, it was just a simple -- usually

14  the simplest answers are right.

15     Q.      Okay.  And then if we continue along

16  with this Exhibit 12B, again, here you just analyzed

17  the light fraction as part of this October 19, 2023,

18  report, right?

19     A.      Correct.

20     Q.      And that was analyzed by 1.560

21  refractive index oil, right?

22     A.      Correct.

23     Q.      And you reported results in both --

24  both the percent weight and structures per gram for

25  chrysotile, right?

LONGO, Ph.D. - DIRECT

Page 221

1          A.      Correct.

2          Q.      If we go to 12C, this is the November

3    28, 2023, Henderson report.  If we go to the CSM

4    sample preparation process there, this is the same

5    process we just looked at for the October Dean Omar

6    report.  This is 2.65 heavy liquid, right?

7          A.      Correct.

8          Q.      Same 10 to 20 vigorous shaking

9    followed by 2,000 RPM for 72 hours at 15 degrees

10   Celsius, right?

11         A.      Correct.

12         Q.      Then you analyze just the light

13   fraction, right?

14         A.      Correct.

15         Q.      And you analyze it at 1.560

16   refractive index oil, right?

17         A.      Correct.

18         Q.      And the reporting for this one is in

19   both percent weight for chrysotile and structures

20   per gram for chrysotile, right?

21         A.      Correct.

22         Q.      And then the most recent report is

23   this February 15, 2024, M project 71740.  If we jump

24   to the prep on page 4 there, it looks like it's the

25   same that we just went through except for this one

LONGO, Ph.D. - DIRECT

Page 222

1    change you just mentioned, where it's back to 21

2    degrees Celsius room temperature for the

3    centrifugation process as opposed to the 15 degree

4    Celsius, right?

5           A.      Correct.  With the

6    air-conditioning -- it has a cooling system set to

7    keep it at 21, because the long spinning time, it

8    gets warm.

9           Q.      Okay.  But aside from that, 2.65

10   heavy liquid, right?

11          A.      Yes.

12          Q.      Same 10 to 20 seconds vigorous

13   shaking, 2,000 RPM for 72 hours, right?

14          A.      Correct.

15          Q.      Light fraction only analyzed?

16          A.      Correct.

17          Q.      And that 1.560 index oil used for the

18   analysis, right?

19          A.      Correct.

20          Q.      And then reporting is in terms of

21   percent by weight and structures per gram, right?

22          A.      Correct.

23          Q.      And then on the structure per gram

24   reports, so if we go to 11B, it jumped to basically

25   the first count sheet there on page 52 of Exhibit

LONGO, Ph.D. - DIRECT

Page 223

1    11B.  There's a MAS PLM analysis worksheet there,

2    but behind it is just the photomicrographs

3    associated with that analysis.

4                    There are not, Dr. Longo, these

5    chrysotile in talc by PLM-count sheet worksheets

6    attached to Exhibit 11B, right?

7                    It's just the standard MAS, LLC, PLM

8    analysis worksheet for each one of the CSM analyses

9    performed in that report, right?

10        A.      I guess so.

11        Q.      And then same question for -- I guess

12   we'll go in chron order -- the Klayman report,

13   Exhibit 13C.  We go to just page 31 -- actually,

14   let's go to CSM.  If we go to page 57 of what's been

15   marked as Exhibit 13C, the March 11, 2022, report,

16   we have just the standard MAS PLM analysis worksheet

17   there.  Behind it are the photomicrographs

18   associated with that first analysis on M71262-001

19   CSM.

20                    Like what we just looked at, there

21   aren't these chrysotile in talc by PLM-count sheet

22   documents attached to the report that we marked as

23   Exhibit 13C, right?

24        A.      That's correct.

25        Q.      And then same question for the

LONGO, Ph.D. - DIRECT

Page 224

1    Valadez report.  If we jump, in Exhibit 12A, that

2    first analysis there on page 31, we again have just

3    the MAS standard PLM analysis worksheet, and then

4    right behind it are the photomicrographs.

5              There are none of these chrysotile in

6    talc by PLM-count sheets attached to what we marked

7    as Exhibit 12A, correct?

8         A.      Correct.

9         Q.      Same question on 12B, the October

10   2023 Dean Omar report.  If we jump ahead to page 30

11   of that report, we have the first PLM-count sheet,

12   the Materials Analytical Services PLM analysis

13   sheet.  Immediately behind it are the

14   photomicrographs associated with that part of the

15   analysis.

16             What we don't have in this report are

17   any of these chrysotile in talc by PLM-count sheet

18   documents, right?

19        A.      That's correct.

20        Q.      Okay.  Same question on 12C.  This is

21   the Henderson report from November of 2023.  If we

22   jump ahead to page 30 of that report, we've got the

23   PLM analysis sheet here followed by the

24   photomicrographs associated with that analysis.

25             We don't have these chrysotile in

LONGO, Ph.D. - DIRECT

Page 225

1    talc by PLM-count sheet documents attached to the

2    report that's been marked as 12C, right?

3         A.      That's correct.

4         Q.      Okay.  And then similarly, the

5    February 2024 report on M71740.  If we jump ahead to

6    page 31 of that report, we have another one of these

7    MAS PLM analysis count sheets followed by the

8    photomicrographs.

9              What we don't have associated with

10   that report are these chrysotile in talc by

11   PLM-count sheets, right?

12        A.      That is correct.

13        Q.      And I have another question on 13C.

14   So, for purposes of the fiber per gram calculations

15   that were used in the Klayman report from March 11,

16   2022, it's the same formula here that was used in

17   the earlier reports we had looked at from 2021,

18   right?  Using the 90.6 millimeter squared area for

19   30 total fields of view on three mounts on the two

20   glass slides, right?

21        A.      Yes.

22        Q.      Okay.  But here your lab was using

23   the newer Leica microscope, right?  We had looked at

24   that, you know, image on page 36.

25              This is from the newer Leica

LONGO, Ph.D. - DIRECT

Page 226

1    microscope as opposed to the older microscope that

2    was used as part of the 2021 reports, right?

3           A.      Yes.

4           Q.      And you had stated earlier that the

5    newer microscope, the formula changed for

6    calculating the structure per gram using the newer

7    microscope versus the older microscope, right?

8    There's a different area for the A-2 value in the

9    new microscope, right?

10          A.      Correct.

11          Q.      Okay.  And so -- and that new figure

12   for the new microscope is 183.55 millimeter squared,

13   right?

14          A.      Correct.

15          Q.      And so, were these structure per gram

16   calculations performed using the 90.6 millimeter

17   squared associated with the old microscope or was it

18   performed with the new 23.55 millimeter squared from

19   the new microscope?

20          A.      It would be the new microscope --

21   well, what it is, is that the old spreadsheet was

22   used, the calculation, and not the new.  So that was

23   wrong.  And we just -- we didn't get around to

24   fixing it.  It would have made -- going to the same

25   count for the smaller area size, the amount of

LONGO, Ph.D. - DIRECT

Page 227

1   chrysotile bundles in there would have been much

2   higher, but we didn't ever get around to fixing it.

3          Q.     Would that have any effect on the

4   percent by weight reported in this report or that

5   would just be limited to the --

6          A.     No.  It wouldn't have an effect on

7   that 'cause that's, basically, a visual estimate

8   versus actually doing a calculation of the area,

9   looking in, et cetera.  So, it would have no effect

10  on that.

11         Q.     Okay.

12         A.     What's the M number on that again?

13  I'm going to make somebody fix that report.

14         Q.     71262.

15         A.     71262.  Wrong area.  PLM area.  Okay.

16         Q.     All right.  Okay.  I don't think I

17  asked you this on day one, but is it still true that

18  you have not performed a simulation study using any

19  Johnson & Johnson container sourced from Vermont,

20  correct?

21         A.     That's still correct.

22         Q.     And you have not performed any sort

23  of simulation study using a Johnson & Johnson

24  container sourced from Chinese talc, correct?

25         A.     That is still correct.

Page 244

1                    CERTIFICATE OF OFFICER

2

3            I CERTIFY that the foregoing is a true

4    and accurate transcript of the testimony and

5    proceedings as reported stenographically by me at

6    the time, place and on the date as hereinbefore set

7    forth.

8            I DO FURTHER CERTIFY that I am neither

9    a relative nor employee nor attorney or counsel of

10   any of the parties to this action, and that I am

11   neither a relative nor employee of such attorney or

12   counsel, and that I am not financially interested in

13   the action.

14

15   ---------------------------------

16   ANDREA NOCKS, CCR, CRR
     Certificate No. X100157300

17   Certificate No. XR00011300

18

19

20

21

22

23

24

25