# Exhibit U



Deposition of:
# William Longo , Ph.D.

*February 27, 2020*

In the Matter of:

# Zimmerman, Linda Vs. Autozone Inc., Et Al.

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Case 3:16-md-02738-MAS-RLS   Document 32202-21   Filed 05/17/24   Page 3 of 6
PageID: 183197
William Longo, Ph.D.   February 27, 2020
Zimmerman, Linda Vs. Autozone Inc., Et Al.

Page 191

```
 1         A     No.
 2         Q     Do you know when your deposition in
 3    Citizen is resuming?  Have you given them a date
 4    for that yet?
 5         A     You know, I may have.
 6         Q     You just don't recall right now?
 7         A     No.  I'd have to check with my office.
 8    But I'm sure that's been set.
 9         Q     I'm turning my attention to Exhibit 6,
10    which was the -- I'm hoping is the February 4th,
11    2020, slides that you had prepared for the
12    meeting with some of the representatives from the
13    FDA.
14         A     Yes.
15         Q     Do you have that there?
16         A     I do.
17         Q     There's a slide -- they're not
18    numbered -- about halfway through.  The title of
19    it is MAS LLC HLS Analysis for Chrysotile
20    Asbestos by PLM.
21         A     Yes.
22         Q     On this particular page, what's being
23    shown on this slide again titled MAS HLS Analysis
24    for Chrysotile Asbestos by PLM, is this the
25    method that was used with respect to the
```

Case 3:16-md-02738-MAS-RLS   Document 32202-21   Filed 05/17/24   Page 4 of 6
PageID: 183298

William Longo, Ph.D.                                    February 27, 2020
Zimmerman, Linda Vs. Autozone Inc., Et Al.

Page 192

1    chrysotile analysis by PLM on the two bottles
2    that had been submitted by Ms. Zimmerman to her
3    counsel?
4         A    Very close.  Since February 4th, we've
5    refined it a little.  For PLM bulk, we're
6    starting with one gram, and we're using what
7    Reynolds used in his 1974 protocol that he wrote
8    for the Colorado School of Mines.
9              And we are probably going to change
10   that 2.72 which was used for Zimmerman's to 2.65.
11   I believe that's more efficient for chrysotile.
12   And the centrifuge at 5 minutes for 500 RPM and
13   1800 RPM, we found that 10 minutes works better
14   on efficiency of separation, so that's changed.
15   Everything else is the same.
16        Q    So I think the first thing you said
17   was something about one gram.  Where's the change
18   at least with respect to that particular
19   component in the slide?
20        A    See the very first sentence that says,
21   "Stain 200 milligrams of cosmetic talc with
22   Betadine (2 percent iodine)"?
23        Q    Yes.
24        A    That's been changed to one gram.
25        Q    And what was the reasoning for that

Page 219

1            CERTIFICATE

2    STATE OF GEORGIA:

3    COUNTY OF COBB:

4            I hereby certify that the foregoing

5    transcript was taken down, as stated in the

6    caption, and the colloquies, questions and

7    answers were reduced to typewriting under my

8    direction; that the transcript is a true and

9    correct record of the evidence given upon said

10   proceeding.

11           I further certify that I am not a

12   relative or employee or attorney of any party,

13   nor am I financially interested in the outcome of

14   this action.

15           I have no relationship of interest in

16   this matter which would disqualify me from

17   maintaining my obligation of impartiality in

18   compliance with the Code of Professional Ethics.

19           I have no direct contract with any party

20   in this action and my compensation is based

21   solely on the terms of my subcontractor

22   agreement.

23           Nothing in the arrangements made for

24   this proceeding impacts my absolute commitment to

25   serve all parties as an impartial officer of the

Page 220

1  court.
2           This the 2nd day of March, 2020.
3
4           *Jennifer D. Hamon* (signature)
5
6           Jennifer D. Hamon, CCR B-2287, RPR