# Exhibit V

Page 1

1                    UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF NEW JERSEY

3

_____

4

5                        MDL No. 16-2738(FLW)(LHG)

6    IN RE:  JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS

7    MARKETING, SALES PRACTICES,

AND PRODUCTS LIABILITY LITIGATION

8

_____

9

10

11

12

13

14              The remote video deposition of WILLIAM LONGO,

15              Ph.D., taken via Zoom videoconference on

16              May 2, 2024, commencing at approximately

17              11:20 a.m., before Lois Anne Robinson,

18              Certified Realtime Reporter.

19

20

21

22

23

24

Page 47

1   Q          All right.  Looking at request 31 in

2   what we marked as Exhibit 6, it asks for all

3   standard operating procedures (SOPs) maintained

4   by your laboratory for testing bulk materials for

5   asbestos by PLM, TEM, and SEM.

6              And, Doctor, my question to you is:

7   Does MAS maintain any standard operating

8   procedures for the testing of talc samples by PLM

9   for the presence of chrysotile?

10  A          No.  We haven't finished the standard

11  operating procedures because we keep doing

12  research and changing slight -- slight

13  conditions, so -- until we finally have.

14             But what I may -- but what we do

15  provide, in every analysis we do have chrysotile

16  has materials and methods section that anybody

17  can follow, and it doesn't really have --

18             If we had written SOPs for every time

19  we made a change, it wouldn't really change

20  any -- it -- you know, it really wouldn't give

21  any additional information.  That's why I think

22  we're one of the few laboratories, when they do

23  an analysis, they actually put in every step they

24  do.  And for any changes, then we, you know, show

Page 83

1    asbestos, and talked about heavy liquid density

2    separation and so many top plates, et cetera,

3    et cetera, plus that.

4            And, again, the CSM method, not a Longo

5    method -- this is the Colorado School of Mines

6    method, and they showed positive results.  But

7    the analysis is a lot the same, because they're

8    basing their chrysotile identification on the

9    refractive indices of the product.  They're doing

10   PLM on it and they're doing -- they're developing

11   refractive indices for the analysis.

12           So, no.  Has it been published in the

13   peer-reviewed literature?  In my opinion, it

14   probably would have if it wasn't deep-sixed, in

15   my opinion, by Johnson & Johnson.

16   Q         Do you have any basis --

17           Well, are you willing to testify, to a

18   reasonable degree of scientific certainty, that

19   the Colorado School of Mines' PLM chrysotile

20   heavy density liquid separation analysis was not

21   published because of actions taken by

22   Johnson & Johnson?

23   A         You know, you have a good point.  I

24   don't know if Johnson & Johnson would have

Page 118

1  preparation is everything for a TEM analysis.

2  Q        Well, if you are correct, the

3  finding --

4           Withdrawn.

5           If MAS is correctly finding chrysotile

6  in Johnson & Johnson talc using PLM, then you

7  should be able to identify that on TEM if you

8  look long enough.  Correct?

9  A        If -- if you look long enough,

10 et cetera.  That -- it doesn't work.  You need,

11 you know, you need to have the methodology down.

12 And, again, once you say it's there by PLM,

13 you're not required to do anything else.  We are

14 gonna do something else so I can publish it.

15 Q        Why do you feel like --

16          Well, what else are you going to do?

17 A        Well, we'll get to where --

18          If I'm gonna publish this, I want to

19 publish and say this is the best, most efficient

20 method we found, and these are the reasons why.

21 Q        And what do you have to do before you

22 get to that point in time?

23 A        Well, I've got to finish up these --

24 I've got to finish up using the 1.560.  You know,

Page 119

1    there's eight -- seven or eight samples there.

2    Each of those are gonna take hours so that I have

3    validated the concentrations by PLM.  Then we

4    have to go back and redo the TEMs because we're

5    using 1.560.  And we may adjust the heavy liquid

6    density a little bit more, and that's it.  But

7    that's -- you're talking months of work.

8    Q        Have --

9             Am I correct that you have not analyzed

10   any of the MDL samples by PLM for the presence of

11   chrysotile?

12   A        That's correct.  We have not.

13   Q        Why not?

14   A        Number one, we weren't asked to do it.

15            Number 2, we analyzed -- we have

16   analyzed some -- you know, we have analyzed a

17   number of samples from Vermont.  We've analyzed a

18   lot of samples from Italian, but not just -- not

19   just Johnson Baby Powder samples.

20            So we never -- we never did it because

21   we were doing it on a bunch of other things.

22   And, you know, quite frankly, J&J was in

23   bankruptcy, so we focused in on other

24   manufacturers that were using, you know, using

Page 124

1   thousands of experts that are all involved in

2   this.  There's like, what, six?  Five?

3           And I'm not saying they're incompetent.

4   I just don't understand how they can miss the

5   birefringence on chryso- -- on talc versus the

6   chrysotile.  You're talking about five orders of

7   magnitude difference.  Yeah, you'll get a yellow

8   gold, but it's bright versus a more muted yellow

9   gold.  And you look at your data, and nobody's

10  been able to explain where I have intergrowths

11  with both talc and chrysotile in both parallel

12  and perpendicular direction.  And when you look

13  at them, it's very obviously there's something

14  different there.

15  MR. EWALD:

16  Q       Well, you talked about in this

17  litigation.  But would you agree with me that

18  submitting your methods, the scrutiny of the

19  larger scientific community is a component of

20  good science?

21  MS. O'DELL:

22          Object to the form.

23  A       No, I won't agree with you.  I would

24  agree --

Page 186

1                    C E R T I F I C A T E

2

3            I do hereby certify that the above and

4    foregoing transcript of proceedings in the matter

5    aforementioned was taken down by me in machine

6    shorthand, and the questions and answers thereto

7    were reduced to writing under my personal

8    supervision, and that the foregoing represents a

9    true and correct transcript of the proceedings

10   given by said witness upon said hearing.

11           I further certify that I am neither of

12   counsel nor of kin to the parties to the action,

13   nor am I in anywise interested in the result of

14   said cause.

15

16

17

18   /s:// Lois Anne Robinson

     LOIS ANNE ROBINSON, RPR, RMR

19   REGISTERED DIPLOMATE REPORTER

     CERTIFIED REALTIME REPORTER

20

21

22

23

24