Honorable Rukhsanah L. Singh, U.S.M.J.

May 17, 2024

### Certification of John Ewald, Esq., Pursuant to L.R. 37.1(b)(1)

1.  I, John Ewald, Esq., am a Partner of the firm King & Spalding, LLP, and counsel for the Johnson & Johnson Defendants.

2.  I certify that on May 16, 2024, via Teams, I met and conferred in good faith with representatives of the Plaintiffs' Steering Committee on the issues referenced in Defendants' letter requesting leave to file a motion pursuant to FRCP 34(a)(2) regarding inspection of Dr. William Longo's laboratory. However, the parties were unable to reach agreement on the referenced issues.

4.  Accordingly, Defendants respectfully request leave to file a motion to be heard on short notice for an order pursuant to FRCP 34(a)(2) compelling Plaintiffs' expert Dr. William Longo to make his laboratory available for inspection.

*John Ewald*

John Ewald, Esq.