**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:* Ellen Greenfield and Paul Greenfield v. Johnson & Johnson, et al. Case No. 3:24-cv-06264 | Civil No.: 3:24-cv-06264 |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 17, 2024 on behalf of Plaintiff Ellen Greenfield and Paul Greenfield.

                                                          */s/ David B. Rheingold*
                                                          David B. Rheingold
                                                          RHEINGOLD GIUFFRA RUFFO & PLOTKIN
                                                          551 5th Avenue, 29th Fl.
                                                          New York, NY 10176
                                                          P: (212)684-1880 Phone
                                                          F: (212)689-8156
                                                          drheingold@rheingoldlaw.com

Dated: May 17, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              **/s/ David B. Rheingold**
                                              David B. Rheingold

                                              RHEINGOLD GIUFFRA RUFFO & PLOTKIN