# EXHIBIT A

```
                              SUPERIOR COURT OF NEW JERSEY
                              LAW DIVISION: CIVIL PART
                              ATLANTIC COUNTY
                              DOCKET NO.: ATL-L-2648-15
                              A.D. # _____

                              )
IN RE: JOHNSON AND JOHNSON    )        TRANSCRIPT
TALCUM-BASED POWDER           )             OF
PRODUCTS LITIGATION           )           MOTION
                              )

                       Place: Atlantic County Civil Crt.
                              1201 Bacharach Blvd.
                              Atlantic City, NJ 08401

                        Date: April 10, 2024
                              MORNING SESSION
```

BEFORE:

    HONORABLE JOHN C. PORTO, J.S.C. AND
    RUKHSANAH L. SINGH, U.S.M.J.

TRANSCRIPT ORDERED BY:

    SEAN GARRETT, ESQ., (Faegre Drinker)

APPEARANCES:

    JEFFREY M. POLLOCK, ESQ., AND
    MICHAEL SABO, ESQ., (Fox Rothschild, L.L.P.)
    Attorneys for Plaintiff

    ANDY BIRCHFIELD, ESQ., (Beasley Allen)
    Attorney for Plaintiff

*(Appearances continued)

```
                    Transcriber:  Nitsa Carrozza
                    PHOENIX TRANSCRIPTION
                    796 Macopin Road
                    West Milford, NJ 07480
                    (862) 248-0670

                    Audio Recorded
                    Recording Opr: Jennifer Walker
```

<u>APPEARANCES CONTINUED:</u>

    STEVE BRODY, ESQ., (O'Melveny & Myers, L.L.P.)
    Attorney for J&J and L.T.L. Mngt.

    ERIK HAAS, ESQ., (Johnson & Johnson W.W.V.P.L.)
    Attorney for Johnson & Johnson

3

<u>I N D E X</u>

                                                              <u>PAGE</u>
Colloquy/Housekeeping...........................4,136

<u>MOTION TO DISQUALIFY:</u>

| <u>WITNESSES FOR THE DEFENDANT:</u> | <u>DIRECT</u> | <u>CROSS</u> | <u>REDIRECT</u> | <u>RECROSS</u> |
|---|---|---|---|---|
| J. Conlan | 6 | | | |

1    knew because that's what we're here for, right, and

2    what he conveyed to Andy Birchfield, Beasley Allen.

3    And I would like, respectfully, to be focused on that

4    issue.  Otherwise, we're going to be here all day

5    reading time sheets that I haven't seen.

6            THE COURT:  Mr. Brody, any thoughts?

7            MR. BRODY:  (indiscernible)

8            THE COURT:  I know what you're doing.  I

9    mean, Judge Singh and I both know what you're doing.

10   You're saying, you knew this, this, this and this.  I

11   got it.  And then, he did something else with it, with

12   someone else, perhaps, all right?  How much more time

13   do you need with regard to, because I think the

14   testimony is clear, again, not making any credibility

15   findings.

16           There's privileged information, had to do

17   with bankruptcy, had to do with restructuring, had to

18   do with J and J, had to do with Imerys.  When are we

19   going to get the segue, the bridge so-to-speak, with

20   regard to whatever else happened with that information?

21           MR. BRODY:  We're going to get the bridge in

22   about 20 minutes, I hope.

23           THE COURT:  Okay, all right.

24           MR. BRODY:  But Your Honor, I do think these

25   things are important and it's important to -- I mean,

J. Conlan - Direct                    52

1    it's 1,600 of work for which Mr. Conlan billed $2.24
2    million and -- but it's important to establish the
3    scope of that work, the breadth of that work which was,
4    you know, every single aspect of this.
5              Of the Talc Litigation, of resolution
6    strategies.  It's every single aspect of it that he was
7    exposed to during that time frame.
8              THE COURT:  Okay, I'm hearing it, we both
9    hear it, Judge Singh and I and I know what you're
10   doing.  Just keep an eye on, you know, whatever you
11   want the Court to review, if you raise it again with
12   regard to in-camera and we'll address that at that
13   point.
14             MR. BRODY:  Yep, absolutely.
15   BY MR. BRODY:
16       Q    You analyzed, Mr. Conlan, the -- how to value
17   opt-outs for Johnson and Johnson?
18             MR. POLLACK:  This is in Imerys?
19             MR. BRODY:  Yes.
20             THE WITNESS:  How to value opt-outs, people
21   who opted out under the Imerys-J and J bolt-on plan?
22             MR. POLLACK:  Correct.
23             THE WITNESS:  I don't recall how we would
24   value the opt-outs.  As I recall, I thought the
25   approach was to just assign a dollar per claim, which