# EXHIBIT B

```
                                                        Page 1

 1              SUPERIOR COURT OF NEW JERSEY
                LAW DIVISION - ATLANTIC COUNTY
 2              Docket No. ATL-L-2648-15
 3
     IN RE: TALC-BASED POWDER          : CIVIL ACTION
 4   PRODUCTS LITIGATION               : CASE NO. 300
 5
 6                      -  -  -
                TRANSCRIPT OF PLENARY HEARING
 7                    (VOLUME III)
                        -  -  -
 8
 9   PLACE:      ATLANTIC COUNTY CIVIL COURTHOUSE
                 1201 BACHARACH BOULEVARD
10               ATLANTIC CITY, NEW JERSEY
11   DATE:       MAY 3, 2024
12   BEFORE:     THE HONORABLE JOHN C. PORTO, P.J.Cv.
                 THE HONORABLE RUKHSANAH L. SINGH
13               U.S. DISTRICT COURT MAGISTRATE
14
15
16
17
18
19
20                      -  -  -
21    Stenographically reported and transcribed by:
22        Constance E. Perks, CRR, CCR, CRC, RSA
              NJ CCR License #30XI00142900
23
24        GOLKOW LITIGATION SERVICES, LLC
        ph 877.370.3377  |  fax 917.591.5672
25              deps@golkow.com
```

```
                                                          Page 2

 1                A P P E A R A N C E S:
 2
     FOX ROTHSCHILD LLP
 3   BY: JEFFREY M. POLLOCK, ESQUIRE
         AUSTIN HILTON, ESQUIRE
 4   Princeton Pike Corporate Center
     997 Lenox Drive
 5   Lawrenceville, New Jersey 08648
     609.896.3600
 6   jpollock@foxrothschild.com
     ahilton@foxrothschild.com
 7   Representing Andy D. Birchfield, Jr., Beasley Allen
 8
     O'MELVENY & MYERS LLP
 9   BY:  STEPHEN D. BRODY, ESQUIRE
     1625 Eye Street N.W.
10   Washington, DC 20006
     202.383.5300
11   sbrody@omm.com
     Representing Johnson & Johnson, LTL Management, LLC
12
13   ALSO PRESENT:
14   Erik Haas, Johnson & Johnson
     World Wide Vice President, Litigation
15
16
17
18
19
20
21
22
23
24
25
```

Page 160

1              THE COURT: All right. I think Judge
2    Singh and I would like to just discuss briefly with
3    regard to that, with regard to P-3.
4              MR. BRODY: Yes.
5              THE COURT: And then we for your eyes
6    only privileged materials.
7              MR. BRODY: Sure.
8              THE COURT: We'll take five. We'll
9    go off the record.
10             (A recess was taken.)
11             THE COURT: Counsel, the Courts are
12   going to maintain its position with regard to the
13   attorney eyes only privileged material, argue the
14   weight, you know, how much, you know, but maintain
15   the privilege that's been asserted. Okay? So you
16   can reference, but maintain the privilege. That
17   goes to the weight with regard to the issue here.
18             As it relates to, what, P-5, the
19   Court does not require or need any additional
20   testimony.
21             MR. BRODY: Thank you, Your Honor.
22             THE COURT: All right?
23             MR. BRODY: Thank you, Your Honor.
24             THE COURT: You're welcome.
25             JUDGE SINGH: Just one federal court

```
                                                       Page 161
 1   footnote as to the attorneys' eyes only submission.
 2   To the extent the parties address something
 3   substantive that has been submitted with that
 4   designation, we anticipate it will be appropriately
 5   filed under seal on the federal court's docket
 6   pursuant to our local civil rule.
 7              THE COURT:  And the same thing with
 8   the regard to eCourts.
 9              MR. BRODY:  Thank you, Your Honors.
10              And as to the briefing, just to
11   confirm, two weeks simultaneous submission, and then
12   replies seven days after that.
13              JUDGE SINGH:  Correct.
14              THE COURT:  That's correct.
15              MR. BRODY:  Thank you.
16              THE COURT:  Counsel, thank you.
17              MR. POLLOCK:  Thank you, Your Honors.
18              THE COURT:  You're welcome.
19              (Proceedings concluded at 1:43 p.m.)
20
21
22
23
24
25
```