**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE TALC-BASED POWDER PRODUCTS LITIGATION** <br> ------------------------------------------ <br><br> ----------------------------- | MDL No. 3:16-md-02738 <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE BRIEF UNDER SEAL** |

**THIS MATTER** being opened to the Court on short notice by Faegre Drinker Biddle & Reath LLP, attorneys for Defendants Johnson & Johnson and Johnson and LLT Management, LLC, f/k/a LTL Management, LLC, for an Order permitting Defendants to file under seal an unredacted post plenary hearing Brief regarding disqualification of Andy Birchfield and Beasley Allen, and the court having considered the papers submitted in support of the motion, and for good cause having been shown:

**IT IS** this _____ day of _____, 2024

**ORDERED** that Defendants' Motion to File Brief Under Seal is hereby GRANTED; and it is

**FURTHER ORDERED** that Defendants shall file under seal an unredacted copy of their post plenary hearing Brief regarding disqualification of Andy Birchfield and Beasley Allen.

_____
Honorable Rukhsanah L. Singh, U.S.M.J