# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to:<br><br>3:24-cv-6313 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on May 21, 2024 on behalf of Tiffani King, Individually, and as Proposed Representative of the Estate of Daniella King.

Dated: May 21, 2024  Respectfully submitted,

    **NS PR LAW SERVICES LLC**

    */s/ Christopher LoPalo*
    Christopher LoPalo, Esq.
    1302 Ave. Ponce De Leon
    Santurce, PR 00907
    Telephone: (212) 397-1000
    Facsimile: (646) 927-1676
    clopalo@nsprlaw.com

    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: May 21, 2024

                                        */s/ Christopher LoPalo*
                                        Christopher LoPalo, Esq.
                                        NS PR LAW SERVICES LLC
                                        1302 Ave. Ponce De Leon
                                        Santurce, PR 00907
                                        Telephone: (212) 397-1000
                                        Facsimile: (646) 927-1676
                                        clopalo@nsprlaw.com

                                        *Attorneys for Plaintiff*