# Exhibit D

```
                                                            Page 1

 1                 SUPERIOR COURT OF NEW JERSEY
                   LAW DIVISION: MIDDLESEX COUNTY
 2                 DOCKET NO. MID-2912-17AS
                   APPELLATE DOCKET NO._____
 3
 4    RICARDO RIMONDI AND PILAR RIMONDI,    )
                                            )
 5                                          )
                      Plaintiffs,           )
 6                                          ) TRANSCRIPT
         v.                                 ) OF
 7                                          ) TRIAL
      BASF CATALYSTS LLC, et al.,           )
 8                                          )
                      Defendants.           )
 9    _____        )
                                            )
10
11               Place:  Middlesex County Courthouse
                         56 Paterson Street
12                       New Brunswick, New Jersey  08903
13               Date:   Tuesday, March 5, 2019
                         (Volume 1 of 2)
14                       (Pages 1 - 200)
15    BEFORE:
16       HON. ANA C. VISCOMI, J.S.C. and JURY
17
18    TRANSCRIPT ORDERED BY:
19       ALLISON BROWN, ESQ.
         WEIL, GOTSHAL & MANGES LLP
20
21
22                   ANDREA F. NOCKS, CCR, CRR
                     PRIORITY ONE
23                   290 West Mount Pleasant Avenue
                     Livingston, New Jersey  07039
24                   (718) 983-1234
                     E-mail:  p1steno@veritext.com
25    Job No. NJ3249822
```

Page 2

```
 1   APPEARANCES:
 2      MARK A. LINDER, ESQ.
        JOSEPH N. COTILLETTA, ESQ.
 3      LEYDYLUZ SYMPHORIEN-RESTREPO, ESQ.
        MONICA COOPER, ESQ.
 4      THE LANIER FIRM
        Attorneys for Plaintiffs
 5
 6      ALLISON BROWN, ESQ.
        WEIL, GOTSHAL & MANGES LLP
 7      -and-
        MORTON DONALD DUBIN, II, ESQ.
 8      KEVIN HYNES, ESQ.
        ORRICK, HERRINGTON & SUTCLIFFE LLP
 9      Attorneys for Defendants,
        Johnson & Johnson, and
10      Johnson & Johnson Consumer, Inc.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 140

1   Q   But now, for example, you've done some PLM
2   work without concentration on Johnson & Johnson
3   products, right?
4   A   That is correct.
5   Q   So no bias in that against finding
6   chrysotile, right?
7   A   Yes, sir.  There is some.
8   Q   Okay.  Because there may be a thin fiber?
9   A   Yes, sir.  It's harder to see chrysotile by PLM at
10  these concentrations.
11  Q   But certainly you no longer have the issue of
12  heavy density separation, right?
13  A   That is correct.
14  Q   And you still didn't find chrysotile, right?
15  A   No.  We haven't seen it.
16  Q   And with respect to TEM work, you said there
17  are some limitations for looking at, for chrysotile,
18  with PLM; you could, if you wanted to, do TEM work
19  without concentration to see if there's any chrysotile
20  that you can find in any Johnson & Johnson products,
21  right?
22  A   Within the limitations of the detection limit,
23  that's correct.
24  Q   And you have simply chosen not to do that
25  analysis?

Page 141

1  A   That's correct. Not yet.
2      Q   So to be clear, when we see documents,
3  plaintiffs have presented documents that chrysotile is
4  in Johnson & Johnson, you, the expert, as the expert
5  coming to testify for them, have not done TEM work
6  without concentration in order to check whether
7  chrysotile is really in this product, right?
8  A   That is correct.
9      Q   So let's now talk about amphiboles. And if
10 we go to slide 7, I blocked those out a little bit.
11         So now I've separated out the amphibole types
12 from the -- chrysotile is a serpentine mineral, right?
13 A   That is correct.
14     Q   And amphibole, the word amphibole does not
15 mean asbestos, correct?
16 A   Does not.
17     Q   And you'll see here that for some of the
18 amphiboles, the amphibole asbestos types are listed on
19 the left. For some of the amphiboles there are special
20 names when the amphibole occurs in its asbestos-form,
21 correct?
22 A   Correct.
23     Q   So like riebeckite is the non-asbestos
24 version of crocidolite, just as an example?
25 A   That is correct.

Page 200

1                      CERTIFICATION

2

3         I, ANDREA F. NOCKS, C.S.R., License Number

4    30XI00157300, an Certified Court Reporter in and for the

5    State of New Jersey, do hereby certify the foregoing to

6    be prepared in full compliance with the current

7    Transcript Format for Judicial Proceedings and is a true

8    and accurate non-compressed transcript to the

9    Best of my knowledge and ability.

10

11 *[signature: Andrea Nocks CCR CRR]*

12    ANDREA F. NOCKS                    March 5, 2019

13    CERTIFIED COURT REPORTER            DATE

14    MIDDLESEX COUNTY COURTHOUSE

15

16

17

18

19

20

21

22

23

24

25