# Exhibit H

Case 3:16-md-02738-MAS-RLS   Document 32227-10   Filed 05/21/24   Page 2 of 4 PageID: 183551

LEE W. POYE, on 09/25/2020                                              Page 1
WILLIE MCNEAL, JR., vs AUTOZONE, INC., et al.

Page 1

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                  FOR THE COUNTY OF LOS ANGELES

 3

 4

 5   Coordinated Proceeding          )
     Special Title (Rule 3.550)      )
 6                                   )
     LAOSD ASBESTOS CASES            )
 7   _____  )
                                     )
 8   WILLIE MCNEAL, JR.,             )
                                     ) Case No. BC698965
 9                                   )
               Plaintiff,            )
10                                   )
           vs.                       )
11                                   )
     AUTOZONE, INC., et al.,         )
12                                   ) (Pages 1 - 137)
                                     )
13             Defendants.           )
     _____  )
14

15

16

17

18        TELEPHONIC DEPOSITION OF EXPERT WITNESS

19                     LEE W. POYE

20             FRIDAY, SEPTEMBER 25, 2020

21

22

23

24   Reported by:    PAIGE I. HUTCHINSON, CA CSR No. 13459,
                     TX CSR No. 11222, WA CCR No. 3336
25
```

Certified Transcript

Case 3:16-md-02738-MAS-RLS   Document 32227-10   Filed 05/21/24   Page 3 of 4
PageID: 183552

LEE W. POYE, on 09/25/2020
WILLIE MCNEAL, JR., vs AUTOZONE, INC., et al.

Pages 126–129

### Page 126

1  was saying.
2      MR. PURDY:  No, no.  I know.  I know.  But I
3  just don't want anybody to think, when I go in there on
4  direct, that someone makes a Kennemur objection that
5  that opinion wasn't disclosed.  I totally intend to --
6  and I'll be very candid to tell the story of how, you
7  know, he was given a QC, didn't know it, and passed the
8  test and all that.  But you guys get it.
9      But go ahead.  That's all I have for Mr. Poye
10 today.
11     MR. COSMICH:  You're just finding out.  It
12 would have been hard for you to disclose it at the
13 time.
14
15         EXAMINATION
16 BY MR. COSMICH:
17   Q.  Mr. Poye, I've got a few questions for you.
18     Earlier you were asked about whether or not
19 you had any knowledge of any other experts testing Old
20 Spice for asbestos in talc.
21     Do you recall that?
22   A.  I do.
23   Q.  Do you recall, at the request of Simon
24 Greenstone, sending one of the Old Spice samples to a
25 Mr. Mlekush?

### Page 127

1  A.  Yes, I do.  Now that you mention it.
2  Q.  Okay.  So that one just slipped your mind;
3  right?
4  A.  Yes.  That was -- I can't -- how long ago was
5  that?
6  Q.  Back 2000 -- well, it was around Depoian, so
7  2015, 2016?
8  A.  All right.  Well, I'm not as embarrassed
9  anymore.
10 Q.  Okay.  You were asked some questions about
11 your -- the budget per sample that your lab charged us
12 to review these samples.
13     Do you recall that?
14 A.  I do.
15 Q.  Did that budget -- who set that amount?
16 A.  I did.
17 Q.  Do you feel like that budget in any way
18 impaired or restricted your lab's ability to adequately
19 assess the samples that you analyzed?
20 A.  No, sir.  At that pay level, I'm confident
21 that we got to the right result.
22 Q.  You were asked some questions about
23 Dr. Longo's chrysotile findings and you talked about --
24 you know, a little bit about the lack of serpentine
25 peaks on XRD and what you'd expect to find on TEM if

### Page 128

1  this chrysotile, at the level he claims it, actually
2  exists; right?
3  A.  Correct.
4  Q.  Now, you were also provided with and your lab
5  reviewed the actual PLM photos of what Dr. Longo claims
6  to be chrysotile in these samples, weren't you?
7  A.  Yes, I was.
8  Q.  Do you agree that the photos that you were
9  provided represent chrysotile from those Old Spice
10 samples?
11 A.  No, I do not.  As a matter of fact, I asked
12 our PLM managers to review all those photos, and I can
13 say conclusively that he did not agree with a single
14 one of the calls that was made.
15 Q.  And why was that?
16 A.  Just based on the color, the RIs, refractive
17 indices, of the materials did not match what they
18 should have been in the 1550 RI fluid that they were
19 purported to be taken in.
20 Q.  Do you agree with the range of RIs cited by
21 Dr. Longo as support for his finding of chrysotile in
22 these products?
23 A.  No.  The range of RIs that he reported is -- I
24 remember going through that list and noticing that
25 every single one exceeded the -- what would be

### Page 129

1  considered acceptable ranges for chrysotile by
2  EPA/600/R-93/116.
3  Q.  In your opinion, what do those photos that
4  Dr. Longo claims is chrysotile from that -- from his
5  PLM analysis, what are those structures?
6  A.  The edge of talc plates.
7  Q.  And as far as any literature, supporting
8  documentation, photos, did you provide all of the
9  support for those opinions in your reliance material?
10 A.  Yes, I did.
11 Q.  Last question.  Mr. Poye, if someone were to
12 take the report that you rendered on the last five
13 samples -- I shouldn't have said one last question.
14     If someone were to take the report that you've
15 rendered on the last five samples and presented it as
16 support that you found asbestiform tremolite in those
17 samples, would that be accurate?
18     MR. PURDY:  Just vague and ambiguous as to
19 "asbestiform."
20     THE DEPONENT:  No, that wouldn't be -- that
21 would not necessarily be accurate, no.
22 BY MR. COSMICH:
23 Q.  Okay.  In your opinion, what you found are
24 actually non-asbestiform structures; correct?
25 A.  Based on the aspect ratios of all four

Case 3:16-md-02738-MAS-RLS    Document 32227-10    Filed 05/21/24    Page 4 of 4
PageID: 183553

LEE W. POYE, on 09/25/2020                                          Pages 134–137
WILLIE MCNEAL, JR., vs AUTOZONE, INC., et al.

Page 134

1  record.
2
3         (Whereupon, at the hour of
4         12:44 p.m., the proceedings
5         were concluded.)
6              -oOo-
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 135

1              DECLARATION UNDER PENALTY OF PERJURY
2
3
4       I, LEE W. POYE, do hereby certify under
5  penalty of perjury that I have read the foregoing
6  transcript of my deposition taken on
7  September 25, 2020; that I have made such corrections
8  as appear noted herein in ink, initialed by me; that my
9  testimony as contained herein, as corrected, is true
10 and correct.
11
12       DATED this _____ day of _____, 2020,
13 at _____, California.
14
15
16
17
18
19
20        _____
                    LEE W. POYE
21
22
23
24
25

Page 136

1  STATE OF CALIFORNIA      )
                            )
2  COUNTY OF LOS ANGELES    )
3
4       I, Paige I. Hutchinson, Certified Shorthand
5  Reporter, No. 13459, do hereby certify:
6       That prior to being examined, the witness
7  named in the foregoing deposition was by me duly
8  sworn to testify to the truth, the whole truth, and
9  nothing but the truth;
10      That said deposition was taken before me
11 remotely via videoconference; and thereafter reduced to
12 print by means of computer-aided transcription; and the
13 same is a true, correct, and complete transcript of
14 said proceedings taken at that time, to the best of my
15 ability.
16      I further certify that I am not interested in
17 the outcome of the action.
18      Witness my hand this, Wednesday, September 29,
19 2020.
20
21
22                    [signature]
23
24      _____
          Paige I. Hutchinson, CA CSR No. 13459,
25        TX CSR No. 11222, WA No. 3336

Page 137

1                    CORRECTION LIST
2
3  Page/Line      From              To
3  _____    _____    _____
4  _____    _____    _____
5  _____    _____    _____
6  _____    _____    _____
7  _____    _____    _____
8  _____    _____    _____
9  _____    _____    _____
10 _____    _____    _____
11 _____    _____    _____
12 _____    _____    _____
13 _____    _____    _____
14 _____    _____    _____
15 _____    _____    _____
16 _____    _____    _____
17 _____    _____    _____
18 _____    _____    _____
19 _____    _____    _____
20 _____    _____    _____
21 _____    _____    _____
22 _____    _____    _____
23 _____    _____    _____
24 _____    _____    _____
25 _____    _____    _____