# Exhibit L

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                        COUNTY OF ALAMEDA

 3

   ANTHONY HERNANDEZ VALADEZ,          ) Case No. 22CV012759
 4                                     )
                        Plaintiff,     )
 5                                     )    Certified Transcript
   vs.                                 )
 6                                     )
   JOHNSON & JOHNSON; ALBERTSONS       )
 7 COMPANIES, INC., individually, and  )
   as successor-in-interest, parent,   )
 8 alter ego and equitable trustee     )
   LUCKY STORES, INC.; LUCKY STORES,   )
 9 INC.; SAFEWAY INC.; SAVE MART       )
   SUPERMARKETS, individually, and     )
10 as successor-in-interest, parent,   )
   alter ego and equitable trustee of  )
11 LUCKY STORES, INC.; TARGET          ) (Pages 1-114)
   CORPORATION; WALMART INC.; and      )
12 FIRST DOE through ONE-HUNDREDTH DOE,)
                                       )
13                      Defendants.    )
   _____)

14

15

16

17

18        REMOTE VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

19                      DR. WILLIAM LONGO

20                     Friday, March 3, 2023

21

22

23

24

25        Reported by: John Fahrenwald,  CA CSR 14369, RPR
   _____
```

1  range -- not so much in a range -- to help the colors.    9:22:13AM

2      Q.  Okay.

3      A.  So I don't know the whole definition of it

4  anymore.

5      Q.  Okay.    9:22:24AM

6      A.  But it seems to be the new -- I should look it up

7  to get it exactly because it seems to be the new question

8  for depositions.

9      Q.  If images aren't appropriately white balanced,

10  they can either appear too yellow or they can appear too    9:22:39AM

11  blue.  Correct?

12      A.  I don't know.  I don't know how correct -- you

13  know, this is an older one than this is a -- you have more

14  yellows in this because you're using a tungsten lightbulb in

15  the microscopes and the new ones are LED, so you don't have    9:23:03AM

16  any white balance problems.

17          And this wasn't really ever a problem because the

18  conditions of these for chrysotile and the fibrous talc were

19  the same.  So it's not changing anything here when you're

20  comparing the apples to apples versus comparing apples to    9:23:21AM

21  oranges.

22      Q.  So my understanding now is that you're saying that

23  these images appear more yellow because of tungsten lighting

24  that was used in them in the older microscope?

25      A.  Yeah, it's like a yellow light -- not a yellow    9:23:38AM

Case 3:16-md-02738-MAS-RLS    Document 32227-14    Filed 05/21/24    Page 4 of 25
PageID: 183735

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.
Page 31

1  light, but it has yellow in it.  And I think all our          9:23:41AM

2  photographs, going back to the last, you know, 30 years were

3  using those type of microscopes.

4      Q.   Do you know whether the camera that you were using

5  at that time, whether it had a feature that would allow you   9:23:56AM

6  to white balance to compensate for that tungsten lighting?

7      A.   Not to the degree it completely removes it.

8  Because when you compare these to the LED photographs, you

9  don't have the yellow like this.

10     Q.   Okay.  And when we're looking at this, for          9:24:18AM

11  example, let's look at the parallel.  You have a structure

12  that you've identified here as chrysotile.  Right?

13     A.   Correct.

14     Q.   Okay.  And then what are these larger, rounder

15  structures?                                                   9:24:37AM

16     A.   Platy talc.

17     Q.   Okay.  And platy talc, because it's not in an

18  elongated form, however you move it, it's going to retain

19  the same refractive index?  In other words it will always --

20  it will stay the same color, by and large?                   9:24:59AM

21     A.   Yes.

22     Q.   And so if we look at the next slide -- so one of

23  the things you can do, will you agree with me, to see

24  whether or not something is appropriately white balanced is

25  to look at something in the image that you know -- where you  9:25:25AM

1  have an overloaded, it can look like that.  Here's another          9:29:05AM

2  one.  So just depends on the sample, what the loading is and

3  how many particles you have.

4       Q.   I'm asking you, what kind of color is the talc if

5  you look at it in your microscope with your naked eye?             9:29:24AM

6       A.   Here's what it looks like -- my naked eye, here's

7  what it looks like right now.  This looks -- the 1.560.

8            In the 1.550, you got more yellows.

9            If you have a heavily-loaded, you might see more

10 like what's on the right, depending on what fluid you're           9:29:47AM

11 using.

12           If it's less loaded, I don't know if I've ever

13 seen it -- just talc look like that in Sanchez's PLM.  So,

14 can't really compare it.

15      Q.   Let's go to the next slide, 15.                          9:30:07AM

16           It does not -- just looking at Slide 15, your old

17 report for Johnson & Johnson, it does not look like that.

18 Correct?

19      A.   Well, I wouldn't expect it to look like that or

20 not look like that.  You know, samples are different.             9:30:28AM

21      Q.   Well, these are the images you gave before.  This

22 is not the color -- the talc plates, that is not the color

23 that you would see looking through the microscope, a PLM, at

24 talc in this oil.  That's not what it would look like.

25 Correct?                                                           9:30:47AM

DR. WILLIAM LONGO, on 03/03/2023                                                    Page 35
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1      A.    That's what it has looked like, yes.                          9:30:48AM

2      **Q.    Okay.  So you're telling me that with your naked**

3  **eye, that's the color of talc in your -- under your PLM**

4  **machine.**

5      A.    Our PLM microscope now, no.  The yellows are much    9:31:04AM

6  subdued as with yellows -- the yellow-golds in the

7  chrysotile.

8           But it doesn't change anything about the

9  identification of chrysotile.  This is all interesting

10  cross.                                                          9:31:22AM

11          But if you look on the left-hand side, you have

12  1.550 -- excuse me, the right-hand side, 1.550 to 1.560 --

13  you've got extension at 1.550.

14          And then for the gamma, you know, 67 to 70, you

15  got the refractive indices.  I don't think what you       9:31:45AM

16  understand is those real white areas, that's either fibrous

17  talc or platy talc on edge.  And because you have the white,

18  you're way above -- way down in the 400-nanometer range

19  because it's all white light in the same way.  So you can

20  easily compare it to show that it is not -- what we've    9:32:07AM

21  analyzed there is not fibrous talc that has the refractive

22  indices on it.

23      **Q.    On the left-hand image, you can see that the**

24  **structure you've identified as chrysotile is pretty much the**

25  **same color at the platy talc.  Right?**                   9:32:31AM

1    A.   Yes and no.                                           9:32:36AM

2    Q.   Okay.  What's the "no," since the yes is obvious

3  in the picture?

4    A.   The "no" is that when we do these analysis, you're

5  looking at literally the Becke line around the outer ridge   9:32:47AM

6  of the structure.  And the other edge of the structure in

7  the gamma is more in the reds.  You don't look at the

8  overall yellow going across it.

9        And same thing on the other side.

10        So --                                                 9:33:05AM

11    Q.   Okay.

12    A.   You're -- you're miss -- you're not understanding

13  on how the analysis is done.  You don't look at that overall

14  color.  You go around the outer edge.

15    Q.   Okay.  Do you see the outer edges of the talc         9:33:22AM

16  plates also having what you're referring to as red?

17    A.   You're looking at a platy structure.  It's not --

18  and you only got one refractive indice [sic] on a flat

19  platy.  So we're not -- I don't think -- our criticism is,

20  is we've been misidentifying fibrous talc not that we're     9:33:44AM

21  identifying chrysotile.  We're misidentifying platy talc.

22  So -- but the reds around the outer are a little bit

23  different than we have on there, and it's not fibrous.

24        What you need to be comparing it to is those big

25  white areas there.  That's what happens to fibrous -- to     9:34:06AM

1    talc.  A lot of times in the 1.550, it's out of the        9:34:08AM

2    spectrum.  You can't even get a refractive indice. [sic]

3    All's you could say is, it's greater than 1.580 or 90 and

4    it's less than 1.535.

5        Q.  One thing we know about the idea -- looking at     9:34:27AM

6    talc, one of the reasons that you're saying talc has a high

7    birefringence value is because one of the colors that it

8    shows is bright yellow.  Right?  That's a factor in why it

9    would have a high birefringence value.  Correct?

10       A.  Yes.                                                9:34:48AM

11           That's only one of the factors.

12       Q.  Okay.  But like the leaves in the picture with the

13   owl, your platy talc is not showing that color.  Right?

14       A.  The platy talc is not fibrous and the platy talc

15   is not -- from straight up, it does not have two refractive  9:35:08AM

16   indices.  So -- and it literally disappears when you put it

17   in elongation.  So you're trying to -- trying to -- apples

18   and oranges.  You know, I'll reject the argument here.

19       Q.  Okay.

20       A.  What you need to compare it to is those big white   9:35:29AM

21   areas that are on -- that are in the parallel and

22   perpendicular direction in the left and right.  That's what

23   happens with platy talc -- excuse me, the fibrous talc or

24   talc plates on edge.  We're not comparing what we're

25   analyzing to a piece of platy talc.  It doesn't make any    9:35:47AM

DR. WILLIAM LONGO, on 03/03/2023                                        Page 38
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1  sense.                                                         9:35:51AM

2      Q.    Talc in parallel will be the same color as a talc

3  plait.  Correct?

4      A.    That makes no sense.

5           MR. RIVAMONTE:  Overbroad.                            9:36:07AM

6           THE WITNESS:  I don't understand the question.

7      Q.    (BY MR. DUBIN:) You don't understand the question?

8  Well, what would be -- how would you compare the color of

9  talc in parallel -- elongated talc in parallel and the color

10 of talc plates?                                                9:36:22AM

11     A.    They're completely different.

12     Q.    They're completely different colors?

13     A.    Again, I point you back to the white areas.  Or I

14 point you to a lot of examples where we have, you know,

15 intergrowth between a fibrous elongated talc on one side and  9:36:41AM

16 chrysotile on the other side.  They're completely different.

17 And we don't even look at that.  They're not -- these big

18 plates -- those plate aren't fibrous.

19          You want to take the colors of what we're seeing

20 there and then say, well it's the same color.                  9:36:59AM

21          Then if you look over in elongation, are you

22 seeing -- I mean in gamma, look how different that color is.

23     Q.    And --

24     A.    We've got the dark blue to extinction.  Talc

25 doesn't do that.                                               9:37:20AM



DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Page 39

1    Q.   We can talk about perpendicular in a second.  In          9:37:20AM

2    parallel -- you're selling me that in parallel, talc plates

3    and an elongated talc piece will not be the same color?

4         MR. RIVAMONTE:  Misstates testimony.

5    Q.   (BY MR. DUBIN:) Are they the same or not the same?        8:49:12AM

6    A.   Well, which ones do you want to point to?

7    Q.   I'm looking at one in parallel.

8    A.   I'm looking at a whole range of colors, but I'm

9    not seeing anything that meets the criteria for a fibrous

10   bundle.                                                        9:37:58AM

11   Q.   I'm not --

12   A.   So it's -- we're arguing -- we're debating over

13   this color when it has no useful ending to it other than a

14   talking point on your hat.

15        Now I've answered the question.  We need to move          9:38:11AM

16   on.

17   Q.   Can you tell me what the refractive index of a

18   talc plate is?

19        MR. RIVAMONTE:  Vague and overbroad.

20        THE WITNESS:  I would say the majority of them            9:38:28AM

21   there, you know, are down in the 1. -- 1.5 -- maybe 1.55 --

22   1.558 or something like that.  I don't know.  I'd have to

23   go -- I'd need to be looking in the microscope and look at

24   the chart.

25        What I do know is platy talc is not fibrous, so           9:39:01AM

1   it's not in the equation.  And what I do know, if I look          9:39:06AM

2   over in the alpha, we don't see any blues.  And if I look at

3   what is in perpendicular on that big structure up in the

4   left-hand corner, where I say, this is a -- this is a

5   talc -- talc plates on edge right there or this is fibrous        9:39:30AM

6   talc, and that's now -- in the left-hand side, that's in the

7   alpha direction, and you can't see such a blue on the end.

8   It's real bright.

9         And then on the right-hand side, now it's in the

10  parallel direction and you still got the white.  That's out      9:39:45AM

11  of the range of all the refractive indices.  I mean, you're

12  looking at greater than 1.590.

13        And on the other side, you're looking, less than

14  1.535.

15    Q.   All right.  Let's see if we can -- we'll come back        9:40:05AM

16  to this issue in a second.  Let's go to the next.  Let's go

17  to Slide 16.

18        Typical guidance on how this birefringence value

19  should be calculated if we take the highest parallel,

20  meaning the brightest color, and the lowest perpendicular.       9:40:31AM

21  Correct?  That's how birefringence in the published

22  literature is calculated.  Correct?

23    A.   No.  And no.

24    Q.   Okay.

25    A.   Not calculated at all.  If you actually to               9:40:55AM

1  and straight up, you see a very yellow-looking structure.          10:24:29AM

2  And I can see structures in that.

3          And then if I go to the parallel, I can see this

4  brightish -- bright white and a bright blue.  That's fibrous

5  talc.                                                              10:24:49AM

6          And tell me, if you can absolutely see the

7  difference there.

8      **Q.    Okay.  Talc in perpendicular can also be blue.**

9  **Right?**

10     A.    Fibrous talc in the perpendicular can be blue.          10:25:11AM

11         But if you compare -- if you go to the

12 perpendicular photograph, which would be the next one where

13 I said, that's talc.  And look at it in the perpendicular --

14 it's not quite on perpendicular -- it's bright -- light,

15 bright blue to white.  So that white puts it less than        10:25:31AM

16 1.535.

17     **Q.    So what is the structure to the right of the one**

18 **that you've identified, the larger blocky structure with**

19 **blue on the side?  What is that it?  Looks like it's mostly**

20 **in perpendicular.**                                              10:25:53AM

21     A.    I just have to get oriented here, so give me a

22 second.

23         MR. RIVAMONTE:  Mr. Dubin, I just want to clarify.

24 The image that we're currently looking at now is page 32 of

25 Dr. Longo's report, the parallel dispersion?                      10:26:44AM

1    MR. DUBIN:  On the right, yeah.                          10:26:49AM

2    MR. RIVAMONTE:  Okay.  Yeah.

3    MR. DUBIN:  I'm not sure if it has page numbers or

4  we just counted pages.

5    MR. RIVAMONTE:  I'm just looking at the PDF,            10:27:07AM

6  whatever the PDF says.  It's page 32.

7    **Q.  (BY MR. DUBIN:) Sorry, Doctor, I wasn't sure if**

8  **you were in the middle of --**

9    A.  Yeah, I heard it.  I'm just looking at it.  It's

10  hard to say, what is that?  What is that?                 10:27:20AM

11    I mean I'd have to be looking in the microscope at

12  it to tell you what that is.  It's not something we

13  identified.  So I don't know what's wrong with it, but I'd

14  have to be looking in the PLM scope to make a guess.

15    **Q.  Based on morphology, does that to appear to be a**   10:27:37AM

16  **talc plate?**

17    A.  Again, I'd have to be looking in the microscope to

18  make any decision on what that might be.

19    **Q.  And is that generally true?  In order to properly**

20  **judge what colors were observed on here, you would have to**  10:27:54AM

21  **be at the microscope and actually look at the slide?**

22    A.  It's not so much the colors.  It's the focus.

23  It's -- you know, I would look at elongation, at lower

24  magnification.  So got kind of an oddball structure to it to

25  be chrysotile.  I don't -- doesn't really have substantially  10:28:22AM

DR. WILLIAM LONGO, on 03/03/2023                                         Page 59
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1    just do this first.                                           10:32:42AM

2           So I've got an image here.  If we go to the next

3    from what I've received in morning.  And -- so we understand

4    again, this is what you're using as your reference from

5    Calidria chrysotile in 1560 oil, the same oil that you're     10:33:06AM

6    using for the Valadez bottles.  Right?

7       A.   Oh, you're pulling it up.  Okay.  I couldn't

8    figure out -- where did that come from?

9       Q.   Yeah, page 21.

10      A.   Yes, that's what we're using.                          10:33:26AM

11      Q.   And so this is structure, in this Calidria

12   reference, that you've identified as being chrysotile.

13   Correct?

14      A.   Yes, sir.  It is chrysotile.

15      Q.   Okay.  So, as we point out, there's also talc in       10:33:39AM

16   this reference sample.  Right?

17      A.   Yes.

18      Q.   Okay.  Is that bright yellow?

19      A.   No.  I would say that's sort of a goldish-brown --

20   a goldish area.  It's not bright yellow at all.               10:33:54AM

21      Q.   Okay.  Is this the color that you are -- is this

22   color in your view in parallel inconsistent with talc?

23      A.   Oh, totally.

24      Q.   Is it the same color that you're seeing on the

25   talc plates?                                                  10:34:19AM

1    A.    Oh, the talc plates?                                10:34:21AM

2    Q.    Yeah.  Are you seeing that same yellow on the talc

3  plates?

4    A.    I don't think that's the same color.

5    Q.    You don't think that that yellow is the same color    10:34:29AM

6  that you're seeing in the talc plates near it?

7    A.    I'm sorry.  Could you repeat that?

8    Q.    You don't think that yellow is the same color as

9  the talc plates that you're seeing in this image?

10   A.    No.  I don't.                                       10:34:43AM

11   Q.    In fact, it's brighter looking than some of the

12  talc plates?

13   A.    I would say it's a different shade.

14   Q.    Okay.  Well, let's see what shade you did call it.

15  So you give a value of 1570.  Right?                       10:34:56AM

16   A.    That's right.

17   Q.    Okay.  And we can go forward one slide, and we'll

18  come back.

19         So the way we do this -- I mean, your lab is at

20  what temperature?  About 22, you said?                     10:35:18AM

21   A.    21 degrees centigrade.

22   Q.    21.  Okay.  So we would look 1570, 21 degrees,

23  1560 oil, and it gives us a value of 500.  Right?

24   A.    Yes.  That's -- I guess, that's the old Su tables,

25  but 1.570 ought to be about 500.                          10:35:48AM

DR. WILLIAM LONGO, on 03/03/2023                                                   Page 61
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1    Q.   Okay.   Now let's go back one slide, back to 26.        10:35:52AM

2    And so 500, the color that we should be observing is the one

3    underneath the 500.   Right?

4    A.   It should be close to that.

5    Q.   Are you honestly telling me that when you look at        10:36:07AM

6    this image, that structure is that magenta color underneath

7    500?

8    A.   Well, no.

9         MR. RIVAMONTE:   Argumentative.

10        THE WITNESS:   I'm not saying that.   That magenta        10:36:22AM

11   color under 500 -- ours is more in the 1.572 -- you know, if

12   these are -- if he's correct.   I got to go back to his

13   tables, and we're using the tables he has in his

14   publication.   And I'd be looking at -- let me take look at

15   that.                                                          10:36:49AM

16        Oh, I'm looking at the chrysotile.   No wonder.

17   Need to be looking at the talc that we analyzed.   Where is

18   that?   You're looking at the standard.   No wonder.   There it

19   is.

20        No, we have sort of that at the 500 mark.   Again,       10:38:57AM

21   I'd have to be under the microscope to look at it, but the

22   outer edge, I think that was averaged.   But I think that's

23   what you're using is from one of his older Su tables maybe.

24   But I don't have a problem with -- the whole thing is not

25   looking this magenta -- redder-ish [sic] purple.             10:39:27AM

1           But on the outer edge, on the top of the structure                    10:39:30AM

2    it has where the Becke line is.  So I'm not concerned with

3    that.

4        Q.   Can you see anything -- again, see this little

5    particle, this yellow particle, the talc plate in between            10:39:39AM

6    these blue structures to the right of what you've mark off?

7    See those talc plates?

8        A.   I do.

9        Q.   Is there some difference that you're -- you're

10   seeing there that causes you to call this magenta and --             10:39:57AM

11       A.   No, I'm not saying the whole thing is magenta.

12   What we're doing now is we're averaging them.  It's hard to

13   see where you haven't blown it up.

14           But on the top edge, we have a little bit

15   different color there.  So I'd have to go and look at -- and          10:40:19AM

16   see if this was averaged out on it.  Because at least on my

17   photograph, I can see on that top edge where the Becke line

18   is.

19       Q.   Okay.  Let's go forward to more slides.

20           To that one, yeah.                                           10:40:42AM

21           So again, what we've -- we've already talking

22   about this.  Let's go one more.  Okay.

23           What color are you seeing here in this structure

24   that you've identified as chrysotile?

25       A.   Is this the new one?                                        10:41:12AM

1    Q.   Yep.  That's the same structure we were looking at          10:41:15AM

2  before.

3    A.   I'm going to --

4    Q.   Sure.

5    A.   -- look at my photograph.                                   10:41:22AM

6    Q.   Look at your photograph.

7    A.   It looks like almost a purple around the Becke

8  lines.

9    Q.   Okay.  So first, let me make sure I'm

10 understanding.  The structures above it, so, say, for               10:41:57AM

11 example, to the left of the top of the arrows, that's a talc

12 plate.  Right?

13   A.   Yep.

14   Q.   Okay.  And so you're telling me that the structure

15 that we're looking at here, you would characterize that as          10:42:12AM

16 purple, the one that you're calling chrysotile?

17   A.   I'm not talking about the structure.  I'm talking

18 about the very outside of the bundle where you're supposed

19 to be determining you're refractive indices.

20        I'm not talking about the whole structure.  I'm             10:42:32AM

21 talking about where you make the call on this as -- as

22 discussed in Dr. Su's published paper.

23   Q.   Okay.  Just so we're clear here, the 1564 is the

24 refractive indices that you give for this.  And so 1564,

25 that's structure should be purple.  Right?                          10:42:59AM

DR. WILLIAM LONGO, on 03/03/2023                                          Page 64
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1      A.   Purple, purplish-red.                              10:43:05AM

2      Q.   Okay?

3      A.   That's what I'm seeing on the outer edge, not the

4   whole structure.

5      Q.   Okay.  So is it -- you're understanding then that   10:43:13AM

6   this chrysotile, it's going to be all yellow -- and it's

7   going to be yellow and then some faint line of purple on the

8   outside or something like that?  That's what you're seeing

9   here?

10     A.   What are you -- I'm not sure what you're talking     10:43:38AM

11   about.  I see no yellow on that chrysotile structure.  What

12   I'm looking at is the outer edge of the bundle.

13     Q.   Uh-huh.  Okay.  So let's keep going.  But you're

14   treating this -- for purposes of your birefringence

15   calculation, you're treating this -- the number that goes    10:44:00AM

16   into your calculation is associated with purple?

17     A.   Now, that's what it looks like to me, sitting

18   here.  Again, you know, I'd have to be sitting at the PLM

19   scope, but I can see a reddish-purple around the edge, what

20   I'm looking at right now.                                    10:44:22AM

21     Q.   You can't see -- because, again -- because of the

22   illumination, you can't see that also -- a little bit of an

23   edge around the talc plate up there?

24     A.   What I see around that talc plate is reds and

25   yellows.                                                     10:44:38AM

1    **Q.    Okay.  So you would characterize the talc plate as**          10:44:39AM

2    **red and yellow, red on the outside?**

3    A.    Looking at the bottom of it, it's sort of a darker

4    red.  And then you also see areas that are yellow, and then

5    you have some areas on the very backside.                              10:44:54AM

6    **Q.    So talc -- sorry.**

7    A.    I don't see any structures inside that talc plate.

8    **Q.    But you're saying --**

9         (Simultaneous speaking.)

10    A.    -- different color, a different -- different            10:45:11AM

11    colors than what we're looking at, at the chrysotile bundle.

12    **Q.    But you're saying a talc plate can also have that**

13    **sort of reddish outside in those images.  Right?**

14    A.    Well, what I'm saying is, it's different than what

15    you're pointing to.                                                   10:45:29AM

16    **Q.    But it can have like what you're seeing as a**

17    **reddish outline in these images, the talc plate?**

18    A.    Well, what is see is yellow, a little bit of red

19    area, I see a little bit of blue area, and then I see in the

20    very front -- well, that's in the parallel -- perpin- --    10:45:47AM

21         Then I see a little bit of red, but I don't see

22    the shade of the reddish-purple that I see around the

23    chrysotile one.  Again, I'm not looking through the

24    microscope, but trying to answer your question.

25    **Q.    Yeah.  So let's go ahead a little bit.  We can**        10:46:03AM

1    skip to the -- let's to 30 for a second.                    10:46:06AM

2         The next one.

3         So the number you're assigning to that structure

4    that we looked at before in parallel is actually even more

5    dark purple than the ISO reference chrysotiles.  Right?      10:46:32AM

6    A.   Well, you've got all kinds of colors there.

7    You've got bright yellow, you've got some blues in there,

8    you've got some magenta.  And of course, we're in 1.550,

9    here.  I don't believe this is 1.560, so you can't compare

10   the two.                                                     10:47:07AM

11   Q.   I know, but just in terms of the visual color

12   where it goes on the wavelength.  On the wavelength, you're

13   saying that that structure in Johnson & Johnson is are more

14   purple than this?

15   A.   That's not purple.                                      10:47:23AM

16   Q.   Okay.  Well, you're saying it's farther towards

17   the purple range than this.  Correct?

18   A.   Well, you can't compare the colors.  This is in

19   1.550.  We're looking at 1.560.

20   Q.   What I'm asking you is:  The colors are associated       10:47:40AM

21   with wavelengths.  Right?  In both circumstances.  Right?

22   A.   They're associated with wavelengths, but the 1.560

23   changes that wavelength even though you will get the same

24   refractive indices because you have to look at a 1.560.  I'm

25   not -- you can't -- you can't look at this in 1.560 and then  10:48:05AM

1  try to compare -- 1.550 and try to compare to 1.560.          10:48:11AM

2      Q.   I'm just talking about the color, the color

3  itself.  Right?  The color of this is -- you're saying

4  visually whatever oil it's in, that the structure we just

5  looked at from the Johnson & Johnson is further towards     10:48:31AM

6  purple than this.  Right?

7          MR. RIVAMONTE:  Asked and answered.

8          THE WITNESS:  You can't compare the two.

9          And, yes, it's a darker reddish-purple than, you

10  know, this magenta color eliminating the bright yellow      10:48:52AM

11  colors and ignoring the size of structure under that, that

12  is probably closer -- is more closer to the size ranges

13  we're seeing.

14          So, yeah.  You just can't compare the two.  I told

15  you my opinion about it and what was around the edge, and   10:49:12AM

16  I'm not looking in a microscope.  I can't answer it anymore

17  and help you out here.

18      Q.   Just so we're clear what I'm asking about, I'm

19  comparing the color of this to -- go back a couple of

20  slides, please -- and this.  These are the two ones I was   10:49:28AM

21  asking you about.  Right?

22      A.   That's so misleading, Mr. Dubin.

23      Q.   Well --

24      A.   You're talking about the whole structure.  I'm

25  talking about right around the Becke line of a structure    10:49:42AM

1  will move into the structure, or it will move out of the          11:58:52AM

2  structure.

3          Or it will stay at a particular -- and you will

4  know if you got the right refractive indice fluid for a

5  matching.  So you have to -- it's a way to look at unknowns.       11:59:03AM

6          You know, you put 1.550, zero in and it moves

7  away, I believe that is -- means -- and I always forget --

8  it's either too high or too low to -- and what you're

9  looking for is a fluid that you don't get movement.

10     Q.   Okay.  And just for --                                    11:59:29AM

11     A.   So it matches what the wavelength -- what the

12  matching wavelength.

13     Q.   Just for reference, we're looking at

14  M71614-001CSM-002.

15          So are there any images in here where we can              11:59:46AM

16  determine the colors that we're seeing in the Becke line and

17  translate those into wavelengths of light?  Or do we not

18  have images to be able to do that?

19     A.   You know, maybe.  You don't really have the image

20  there.  But the one that's parallel -- I don't know if you       12:00:06PM

21  could really do that or not.  We don't do Becke line work

22  here, so it's not something I do all the time or would do.

23          I wouldn't use Becke lines to identify a

24  particulate that's unknown.  I would start off with SEM or

25  something.                                                        12:00:30PM

DR. WILLIAM LONGO, on 03/03/2023                                      Page 79
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1    Q.   Okay.  So you wouldn't be able to tell me, for          12:00:31PM

2    example, if this were a Becke line, what wavelength of light

3    that -- what color -- what wavelength of light that's

4    associated with?

5    A.   No.  In order for me to do that, I would have to        12:00:45PM

6    be sitting at the microscope, in focus, out of focus, and

7    look at that.

8         So, no, that's not something I can just do from

9    looking at this picture.  At least I can't.

10   Q.   So then for purposes of understanding your              12:00:59PM

11   testimony when you were talking about Becke lines before,

12   you just mean the edge of the image and the dispersion

13   standing?

14   A.   Correct.  I should have been more careful about

15   how I was phrasing.                                           12:01:17PM

16   Q.   Okay.  And in -- when we were talking earlier

17   about the tungsten lighting that was on the old microscope,

18   is it fair to say that in all of the old depositions where

19   we've talked about your chrysotile findings in Johnson &

20   Johnson, when you were speaking about the images depicting   12:01:38PM

21   gold colors or orange colors, that was with a microscope

22   that was using tungsten lighting that was adding yellow to

23   the image?

24   A.   Yeah, could be.

25        But the interesting thing is the refractive            12:01:59PM



DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.
Page 114

```
 1                 C E R T I F I C A T E

 2

 3           I, the undersigned, a Certified Shorthand Reporter

 4    of the State of California, do hereby certify:

 5              That the foregoing proceedings were taken before

 6    me via videoconferencing at the time and place herein set

 7    forth; that any witnesses in the foregoing proceedings,

 8    prior to testifying, were duly sworn; that a verbatim record

 9    of the proceedings was made by me using machine shorthand

10    which was thereafter transcribed under my direction; that

11    the foregoing transcript is a true record of the testimony

12    given.

13              Further, that if the foregoing pertains to the

14    original transcript of a deposition in a Federal Case,

15    before completion of the proceedings, review of the

16    transcript was [ ] was not [ ] requested.

17              I further certify I am neither financially

18    interested in the action nor a relative or employee of any

19    attorney or party to this action.

20              IN WITNESS WHEREOF, I have this date subscribed my

21    name.

22           Dated:  March 6, 2023.

23

24           JOHN FAHRENWALD

25           CA CSR 14369
```

