# Ex. L.1- Video File to be Submitted