# Exhibit O

William E. Longo, Ph. D., 11/5/2018
Carol Kerkhof v. Brenntag North America Inc.

Page 1

CAROL KERKHOF, et al.,        )
                             )
              Plaintiff,     )IN THE CIRCUIT COURT FOR
                             )MONTGOMERY COUNTY
         vs.                 )
                             )CASE NO. 439392-V
BRENNTAG NORTH AMERICA       )
INC., et al.,                )JUDGE: JILL R. CUMMINS
                             )
              Defendants.    )
_____)


                 DEPOSITION OF

            WILLIAM E. LONGO, PhD


              November 5, 2018

                10:50 a.m.



          11340 Lakefield Drive
                Suite 200
          Johns Creek, Georgia



     Debra R. Luther, RMR, CRR, CCR-B-881

          EVANS REPORTING SERVICE
       The Munsey Building, Suite 705
          Seven North Calvert Street
          Baltimore, Maryland 21202
          410.727.7100  800.256.8410

William E. Longo, Ph. D., 11/5/2018
Carol Kerkhof v. Brenntag North America Inc.

Page 187

1    have it in the right refractive index solution to

2    show the appropriate colors, I would not call it.

3         Q.    You need to do more testing on it?

4         A.    Well --

5         Q.    Or is what's been done already concluded

6    that?

7         A.    No.  We have to do more testing on it

8    where we would go back and actually use the

9    refractive indices appropriate for that.

10             But if you look in the McCrone or any of

11   these books where they show you what it should look

12   like, it looks just like that.  It's a very large

13   bundle of chrysotile.

14        Q.    Other than that bundle, which you've

15   discussed, are there any other findings using PLM

16   where you've found either a fiber or a bundle of

17   chrysotile?

18        A.    No.

19        Q.    Would PLM be the most accurate of the

20   three tests you've used to identify chrysotile if it

21   was there?

William E. Longo, Ph. D., 11/5/2018
Carol Kerkhof v. Brenntag North America Inc.

Page 188

1      A.     No.   TEM would be.  All the chrysotile

2   findings from the historical documents of Johnson &

3   Johnson, it's only been found by TEM.

4      Q.     **Using a different preparation method,**

5   **then; right?**

6      A.     Well, just using the standard TEM method,

7   long method.

8      Q.     **Have you gone back to do any TEM long**

9   **method testing to see whether you found chrysotile in**

10  **Johnson & Johnson Baby Powder?**

11     A.     Not yet.

12     Q.     **It's on your list to do?**

13     A.     Well, we have an automated TEM, and we're

14  working on it to fully automate it so that you can

15  put a grid in -- and probably won't have that

16  technology worked out in our lab for about a year --

17  where you just put a grid in and let it run.

18     Q.     **Are there any other changes or upgrades in**

19  **equipment you have going on or planned right now?**

20     A.     Well, we've got this new Hitachi TEM, but

21  we've had it for a year -- about a half a year.  And

William E. Longo, Ph. D., 11/5/2018
Carol Kerkhof v. Brenntag North America Inc.

Page 222

```
 1                    C E R T I F I C A T E

 2

 3       STATE OF GEORGIA:

 4       COUNTY OF GWINNETT:

 5

 6            I hereby certify that the foregoing

 7       transcript was taken down, as stated in the

 8       caption, and the questions and answers thereto

 9       were reduced to typewriting under my direction;

10       that the foregoing pages 1 through 221 represent

11       a true, complete, and correct transcript of the

12       evidence given upon said hearing, and I further

13       certify that I am not of kin or counsel to the

14       parties in the case; am not in the regular

15       employ of counsel for any of said parties; nor

16       am I in anywise interested in the result of said

17       case.

18            This, the 8th day of November 2018.

19            _____
              DEBRA R. LUTHER, B-881
20            Georgia Certified Court Reporter

21
```