# Exhibit X

# Chrysotile PLM Dispersion Staining Colors (ISO)



**Figure C.1 — Central stop dispersion staining colours for chrysotile in 1,550 RI liquid**



**EXHIBIT 4**

WIT: William Longo

DATE: 3/3/2023

iDepo

DX-19933

# ISO Reference Chrysotile: Parallel

## ISO Reference Chrysotile



DX-19933; DX-21212

# ISO Reference Chrysotile: Perpendicular



**ISO Reference Chrysotile**

1.578-1.580
1.571-1.572
1.568-1.570
1.565-1.566
1.561-1.562
1.559
1.556-1.557
1.554-1.555
1.552-1.553
1.551
1.549
1.545-1.546
1.541
1.539-1.540

Matching Wavelength, nm

α

300 310 320 330 340 350 360 370 380 390 400 420 440 460 480 500 520 540 560 580 600 620 640 660 680 700 740 780 820 860 900 1,000

3

DX-19933 and DX-21212

# Dr. Longo's PLM Dispersion Staining Chart





DX-21212  Page 1 of 1

# Dr. Su's PLM Dispersion Staining Chart



Fig 1. Converting dispersion staining color to corresponding λ₀. McCrone, 1987).

DEFENDANT'S
J&J EXHIBIT
C-6138

C-6138  Page 1 of 1

5

# PLM DISPERSION STAINING CHART

Case 2:16-cv-02525-MMD-NJK   Document 02527-27   Filed 05/01/24   Page 7 of 38
4ef126e7b6588973

**Dr. Longo's Version**



**Original Version**



6

# Birefringence of Talc vs. Chrysotile

**Chrysotile**: **Lower** Birefringence (Colors **Closer Together**)

**Talc**: **Higher** Birefringence (Colors **Farther Apart**)



# "Golden Yellow" Images

## SHADE OF YELLOW IMPACTS ONE SIDE OF BIREFRINGENCE



Figure C.1 — Central stop dispersion staining colours for chrysotile in 1,550 RI liquid

DX-19933

# Dr. Su's Method: Avoid Yellow "At All Cost"

**DETERMINATION OF REFRACTIVE INDICES OF ASBESTOS MINERALS BY DISPERSION STAINING: WHY AND HOW**

is in the **ultraviolet** (instead of the visible) range. Experience tells us that "yellow" is the hardest CSDS color to be quantified and should be avoid at all cost.  The same yellow CSDS color could be called "golden yellow", "yellow", "light yellow", "pale yellow", etc., by different analysts and, in the meantime, is more susceptible to the color temperature of light source and the type of daylight filter used than other CSDS colors.

Rev. 2020-06-30

9

Su 6/30/2020 [[DX-21210]]

# Yellow Interpretation Problem Not Limited To Amphiboles

Davis Deposition (2/22/23) at 99:21-100:6

```
20   BY MR. HYNES:
21        Q.   Okay.  And that issue about the interpretation
22   of the color yellow, that's not limited to just
23   amphibole structures, that's something that Dr. Su, in
24   this document, is noting is a problem inherent to the
25   interpretation of structures that show the color yellow

                                              Page 99

 1   in central-stop dispersion standing oils, right?
 2           MR. KRAMER:  Objection to form.
 3           THE WITNESS:  Yes.  He doesn't ever put that
 4   in any of the handouts that he gave out in the past, it
 5   was always amphiboles.  But now, surprisingly -- not
 6   surprisingly, he's now stepping in this.
```

# Dr. Su's PLM Dispersion Staining Chart



DEFENDANT'S
J&J EXHIBIT
C-6138

F g 1. Con erting dispersion staining color to corresponding λ₀ McCrone, 1987).

C-6138  Page 1 of 1

11

# Dr. Longo's "Chrysotile": White Balancing



M71111-004ISO-003 Chrysotile
Parallel Dispersion 1.550 R.I.
100X



M71111-004ISO-003 Chrysotile
Perpendicular Dispersion

Longo's 9/16/2020 Report on Project M71109-M71111 at 296-297

# White Balancing



# Appropriately White Balanced PLM Analyses

## Mr. Poye's PLM (VT talc)

No asbestos was detected by PLM.



*100X Magnification dispersion staining of Talc Particles 1.550 refractive index oil*

## Dr. Sanchez's PLM (VT talc)

No asbestos detected



1.550 refractive index oil

14

DX-21150.005; DX-21111.021 at 12

# Dr. Longo's "Chrysotile": White Balancing





# How Should Birefringence Be Calculated?

Parallel: **Highest** (Farthest to the **Left**)



Perpendicular: **Lowest** (Farthest to the **Right**)

16

DX-19933

# Dr. Longo Uses Averages

Moves Refractive Index Values **<u>Closer Together</u>** (**<u>More Like Chrysotile</u>**)

# Averages Not In Published Method

```
17        Q.  Well, but I want to make -- I want to make
18   crystal clear that there's no question you're using
19   averages instead of high or low.  Right?  High and low.
20        A.  We do use an average, yes, as I've stated.        09:36:52
21        Q.  And in terms of that technique, you don't know
22   of anywhere where the technique that you're using has
23   been published or put into a scientific method; right?
24        A.  I'm not aware of any, no.
```

Prudencio Trial 7/7/21 at 5147:17-24 (PDF Page 56)

# Dr. Longo's Chrysotile: What Color Is This?



# Birefringence of Talc vs. Chrysotile

**Chrysotile**: **Lower** Birefringence (Colors **Closer Together**)



**Talc**: **Higher** Birefringence (Colors **Farther Apart**)

# Dr. Longo's Chrysotile: What Color Is This?



In this case, the rule of thumb is to ***bring the yellow CSDS color to purple or magenta or blue range*** by using an immersion liquid with a greater RI, such as 1.560 or 1.570 for crystal P at a ***normal intensity of illumination*** such as B in Fig. 2.

# Sample With 1.550 RI



Longo's 9/16/2020 Report on Project M71109-M71111 at 636

# Valadez Bottle With 1.560 RI



# 1.550 vs. 1.560 RI





Longo's 9/16/2020 Report on Project M71109-M71111 at 636        Longo Valadez Report at 33

# Calidiria References in 1.560



SG210 Calidiria Chrysotile 0.05% Standard 4
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.570

1.588 – 1.589
1.583 -1.584
1.578 -1.579
1.575 – 1.576
1.572 – 1.573
1.569 – 1.570
1.567 – 1.568
1.565-1.566
1.563-1.564
1.562-1.563
1.559-1.560
1.557-1.558

300 310 320 330 340 350 360 370 380 390 400 420 440 460 480 500 520 540 560 580 600 620 640 660 680 700 740 820 900 1,000

Matching Wavelength, nm

γ

Calidiria Reference Document At Page 21

# Su Refractive Indices

Table 5B. **Chrysotile** γ (In Cargille Series E: **1.560**)

| $\lambda_0$ | 19°C | 21°C | 23°C | 25°C | 27°C | 29°C | 31°C |
|---|---|---|---|---|---|---|---|
| 400 | 1.590 | 1.589 | 1.588 | 1.587 | 1.586 | 1.585 | 1.584 |
| 420 | 1.585 | 1.584 | 1.583 | 1.582 | 1.581 | 1.580 | 1.579 |
| 440 | 1.580 | 1.579 | 1.578 | 1.578 | 1.577 | 1.576 | 1.575 |
| 460 | 1.577 | 1.576 | 1.575 | 1.574 | 1.573 | 1.572 | 1.571 |
| 480 | 1.574 | 1.573 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 |
| 500 | 1.571 | 1.570 | 1.569 | 1.568 | 1.567 | 1.566 | 1.566 |
| 520 | 1.569 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 |
| 540 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 |
| 560 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 |
| 580 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 |
| 589 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 |
| 600 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 |
| 620 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 |
| 640 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 |
| 660 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 |
| 680 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 |
| 700 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 |
| 750 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 |
| 800 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 |

27

# Birefringence of Talc vs. Chrysotile

**Chrysotile**: **Lower** Birefringence (Colors **Closer Together**)



**Talc**: **Higher** Birefringence (Colors **Farther Apart**)

# Dr. Longo's Chrysotile: What Color Is This?



29

# Su Refractive Indices

Table 5B. **Chrysotile γ** (In Cargille Series E: 1.560)

| $\lambda_0$ | 19°C | 21°C | 23°C | 25°C | 27°C | 29°C | 31°C |
|---|---|---|---|---|---|---|---|
| 400 | 1.590 | 1.589 | 1.588 | 1.587 | 1.586 | 1.585 | 1.584 |
| 420 | 1.585 | 1.584 | 1.583 | 1.582 | 1.581 | 1.580 | 1.579 |
| 440 | 1.580 | 1.579 | 1.578 | 1.578 | 1.577 | 1.576 | 1.575 |
| 460 | 1.577 | 1.576 | 1.575 | 1.574 | 1.573 | 1.572 | 1.571 |
| 480 | 1.574 | 1.573 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 |
| 500 | 1.571 | 1.570 | 1.569 | 1.568 | 1.567 | 1.566 | 1.566 |
| 520 | 1.569 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 |
| 540 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 |
| 560 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 |
| 580 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 |
| 589 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 |
| 600 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 |
| 620 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 |
| 640 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 |
| 660 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 |
| 680 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 |
| 700 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 |
| 750 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 |
| 800 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 |

30

# ISO Reference Chrysotile: Parallel



**ISO Reference Chrysotile**

DX-19933; DX-21212

# Dr. Longo's Chrysotile: What Color Is This?



M71614-001CSM-002 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.565

1.588 – 1.589
1.583 -1.584
1.578 -1.579
1.575 – 1.576
1.572 – 1.573
1.569 – 1.570
1.567 – 1.568
1.565-1.566
1.563-1.564
1.562-1.563
1.559-1.560
1.557-1.558

Matching Wavelength, nm

Longo Valadez Report at 38

# Su Refractive Indices

Table 5B. **Chrysotile γ** (In Cargille Series E: 1.560)  η

| $\lambda_0$ | 19°C | 21°C | 23°C | 25°C | 27°C | 29°C | 31°C |
|---|---|---|---|---|---|---|---|
| 400 | 1.590 | 1.589 | 1.588 | 1.587 | 1.586 | 1.585 | 1.584 |
| 420 | 1.585 | 1.584 | 1.583 | 1.582 | 1.581 | 1.580 | 1.579 |
| 440 | 1.580 | 1.579 | 1.578 | 1.578 | 1.577 | 1.576 | 1.575 |
| 460 | 1.577 | 1.576 | 1.575 | 1.574 | 1.573 | 1.572 | 1.571 |
| 480 | 1.574 | 1.573 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 |
| 500 | 1.571 | 1.570 | 1.569 | 1.568 | 1.567 | 1.566 | 1.566 |
| 520 | 1.569 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 |
| 540 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 |
| 560 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 |
| 580 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 |
| 589 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 |
| 600 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 |
| 620 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 |
| 640 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 |
| 660 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 |
| 680 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 |
| 700 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 |
| 750 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 |
| 800 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 |

33

# Dr. Longo's Chrysotile: What Color Is This?



M71614-001CSM-003 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.568

Longo Valadez Report at 43

# Su Refractive Indices

Table 5B. **Chrysotile γ** (In Cargille Series E: 1.560) η

| $\lambda_0$ | 19°C | 21°C | 23°C | 25°C | 27°C | 29°C | 31°C |
|---|---|---|---|---|---|---|---|
| 400 | 1.590 | 1.589 | 1.588 | 1.587 | 1.586 | 1.585 | 1.584 |
| 420 | 1.585 | 1.584 | 1.583 | 1.582 | 1.581 | 1.580 | 1.579 |
| 440 | 1.580 | 1.579 | 1.578 | 1.578 | 1.577 | 1.576 | 1.575 |
| 460 | 1.577 | 1.576 | 1.575 | 1.574 | 1.573 | 1.572 | 1.571 |
| 480 | 1.574 | 1.573 | 1.572 | 1.571 | 1.570 | 1.569 | 1.568 |
| 500 | 1.571 | 1.570 | 1.569 | 1.568 | 1.567 | 1.566 | 1.566 |
| 520 | 1.569 | 1.568 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 |
| 540 | 1.567 | 1.566 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 |
| 560 | 1.565 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 |
| 580 | 1.564 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 |
| 589 | 1.563 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 |
| 600 | 1.562 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 |
| 620 | 1.561 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 |
| 640 | 1.560 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 |
| 660 | 1.559 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 |
| 680 | 1.558 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 |
| 700 | 1.557 | 1.556 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 |
| 750 | 1.555 | 1.554 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 |
| 800 | 1.553 | 1.552 | 1.551 | 1.550 | 1.549 | 1.548 | 1.547 |

# Gunter Images



Figure 19: PLM images of a 50/50 mixture of Calidria 210 and Gold Bond #3 (upper row in 1.552 liquid, lower row in 1.565 liquid).

Gunter Supplemental Woods Report at 42

# Longo: 1.550 RI vs 1.560 RI



