# EXHIBIT 2

**BA_0003**

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISADORA DETRES, | Case No. 3:18-cv-05401 |
| Plaintiff, | |
| v. | |
| JOHNSON & JOHNSON, et al., | MDL No. 2738 |
| Defendants. | **NOTICE OF APPEARANCE** |

### NOTICE OF APPEARANCE

**COMES NOW**, Leigh O'Dell, and hereby enters her Appearance as additional counsel on behalf of the Plaintiff, Isadora Detres, in the above-referenced matter.

**Respectfully submitted**, this the 13th Day of October 2020.

                                */s/ Leigh O'Dell*
                                Leigh O'Dell
                                BEASLEY, ALLEN, CROW, METHVIN,
                                PORTIS & MILES, P.C.
                                Post Office Box 4160
                                218 Commerce Street
                                Montgomery, Alabama 36103
                                Telephone: (334) 269-2343
                                Facsimile: (334) 954-7555
                                Leigh.ODell@BeasleyAllen.com

                                ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2020, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

          */s/ Leigh O'Dell*
          Leigh O'Dell
          BEASLEY, ALLEN, CROW, METHVIN,
          PORTIS & MILES, P.C.
          Post Office Box 4160
          218 Commerce Street
          Montgomery, Alabama 36103
          Telephone: (334) 269-2343
          Facsimile: (334) 954-7555
          Leigh.ODell@BeasleyAllen.com

          ***Attorney for Plaintiff***