# EXHIBIT 3

**BA_0006**

Page 1

```
 1
 2      UNITED STATES BANKRUPTCY COURT OF NEW JERSEY
                  Case No. 23-12825
 3  - - - - - - - - - - - - - - - -  x
    In re:                           :
 4                                    :
    LTL MANAGEMENT LLC,               :
 5                                    :
                        Debtor,   :
 6  - - - - - - - - - - - - - - - - -x
    LTL MANAGEMENT LLC,               :
 7                                    :
                     Plaintiff,   :
 8                                    :
                v.                    :
 9                                    :
    THOSE PARTIES LISTED ON APPENDIX A :
10  TO COMPLAINT and JOHN AND JANE DOES:
    1-1000,                           :
11                                    :
                     Defendants. :
12  - - - - - - - - - - - - - - - - -x
13                              April 17, 2023
                                1:12 p.m.
14                              7 Times Square
                                New York, NY
15
16
17
18
19
20          VIDEOTAPED AND REMOTE DEPOSITION UPON
21  ORAL EXAMINATION OF ANDY BIRCHFIELD, ESQ., held
22  at the above-mentioned time and place, before
23  Randi Friedman, a Registered Professional
24  Reporter, within and for the State of New York.
25
```

```
                                                      Page 2
 1                      A. Birchfield, Esq.
 2     APPEARANCES:
 3                 OTTERBOURG, P.C.
                   Attorneys for Proposed counsel for the
 4                 official committee of talc claimants
 5                 230 Park Avenue
                   New York, New York 10169
 6
                   BY:  RICHARD G. HADDAD, ESQ.
 7
 8
                   GOLOMB SPIRT GRUNFELD
 9                 Attorneys for TCC
10                 1835 Market Street, Suite 2900
                   Philadelphia, Pennsylvania 19103
11
                   BY:  RICHARD M. GOLOMB, ESQ.
12
13
                   LEVIN PAPANTONIO RAFFERTY
14                 Attorneys for William Henry
15                 316 South Baylen Street
                   Pensicola, Florida 32502
16
                   BY:  CHRISTOPHER V. TISI, ESQ.
17
18
                   BEASLEY ALLEN
19                 Attorneys for Alishia Landrum
20                 218 Commerce Street
                   Montgomery Alabama 36104
21
                   BY:  LEIGH O'DELL, ESQ.
22
23
24
25     (Appearances continued.)
```

Page 3

```
 1               A. Birchfield, Esq.
 2     (Appearances continued.)
 3               COHEN, PLACITELLA & ROTH
                 Attorneys for Estate of Kimberly
 4               Naranjo
 5               127 Maple Avenue
                 Red Bank, New Jersey 07701
 6
                 BY:  CHRISTOPHER PLACITELLA, ESQ.
 7
 8
                 JOHNSON & JOHNSON
 9               Attorneys for Johnson & Johnson
10               1 Johnson & Johnson Plaza
                 New Brunswick, New Jersey 08933
11
                 BY:  ERIC HAAS, ESQ.
12
13
                 SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
14               Attorneys for LTL Management
15               One Manhattan West
                 New York, New York 10001
16
                 BY:  ALLISON BROWN, ESQ.
17
18
                 WHITE & CASE, LLP
19               Attorneys for Johnson & Johnson
20               555 South Flower Street, Sute 2700
                 Los Angeles, California 90071
21
                 BY:  GREGORY STARNER, ESQ.
22                    KATHRYN KUETHMAN, ESQ.
23
24
25     (Appearances continued.)
```

Page 4

```
 1                  A. Birchfield, Esq.
 2      (Appearances continued.)
 3

                 KLEHR HARRISON HARVEY BRANZBURG, LLP
 4               Attorneys for Andy Birchfield, Esq.
 5               10000 Lincoln Drive East, Suite 201
                 Marlton, New Jersey 08053
 6
                 BY:  CAROL ANN SLOCUM, ESQ.
 7
                              *  *  *
 8
 9
10
11
12
13
14
15
16
17
18
19
20      ALSO PRESENT:
21               Paul Baker - Videographer
                 Jerry Curran - Concierge
22               Ted Meadows, Esq.
                 Jim Murdica, Esq.
23
24
25
```

BA_0010

Page 5

1              A. Birchfield, Esq.

2                  STIPULATIONS

3          IT IS HEREBY STIPULATED AND AGREED, by

4    and among counsel for the respective parties

5    hereto, that the filing, sealing and

6    certification of the within deposition shall be

7    and the same are hereby waived;

8          IT IS FURTHER STIPULATED AND AGREED

9    that all objections, except as to form of the

10   question, shall be reserved to the time of the

11   trial;

12         IT IS FURTHER STIPULATED AND AGREED

13   that the within deposition may be signed before

14   any Notary Public with the same force and effect

15   as if signed and sworn to before the Court.

16                  * * *

17

18

19

20

21

22

23

24

25

Page 6

```
 1              A. Birchfield, Esq.
 2              MR. VIDEOGRAPHER:  Good afternoon.    13:12:46
 3    We are going on the record at 1:12 p.m.        13:12:47
 4    Eastern Daylight Time on Monday, April 17th,   13:12:51
 5    2023.                                          13:12:54
 6              Please note that the microphones      13:12:56
 7    are sensitive and may pick up whispering and  13:12:58
 8    private conversation.  Please mute all         13:13:02
 9    cellphones at this time.                       13:13:04
10              This is Media Unit 1 of the          13:13:05
11    video-recorded deposition of Andy Birchfield  13:13:06
12    in the matter of LTL Management LLC, filed     13:13:08
13    in the United States Bankruptcy Court,         13:13:13
14    District of New Jersey, Case No. 23-12825.     13:13:14
15    This deposition is being held at Brown         13:13:21
16    Rudnick LLP, located at 7 Times Square, New    13:13:23
17    York, New York.                                13:13:26
18              My name is Paul Baker and I am the   13:13:28
19    videographer.  The court reporter is Randi     13:13:29
20    Friedman, and we are both from Veritext.       13:13:31
21    Appearances have been noted on the             13:13:34
22    stenographic record.                           13:13:36
23              Will the court reporter please       13:13:38
24    swear in the witness.                          13:13:47
25                                                   13:13:47
```

```
                                              Page 28
 1                 A. Birchfield, Esq.
 2    BY MR. HAAS:                             13:36:50
 3         Q     So to summarize, Beasley Allen would    13:36:51
 4    be entitled to a share of the common benefit fund  13:36:56
 5    and a portion of its attorney fees that it   13:36:59
 6    otherwise charged; right?                 13:37:04
 7         A     If the court made that determination,   13:37:07
 8    yes.                                      13:37:09
 9         Q     Okay.  And the fees you otherwise  13:37:10
10    charge is a 40 percent contingency fee; correct?   13:37:11
11         A     As a general rule, that's true.   13:37:15
12         Q     Yes.  So it's fair to say that in   13:37:17
13    terms of the relative economic incentives,   13:37:23
14    because Beasley Allen is entitled to those   13:37:29
15    amounts from the common benefit fund outside of   13:37:32
16    bankruptcy, but not entitled to those amounts   13:37:34
17    inside a bankruptcy, that Beasley Allen has an   13:37:38
18    economic incentive to resolve the cases outside   13:37:41
19    of bankruptcy; correct?                   13:37:46
20                MS. SLOCUM:  Objection.       13:37:47
21                THE WITNESS:  No.  Our interest --   13:37:48
22         our interest is getting fair values for our   13:37:54
23         clients, period.  And that is our goal.  And   13:37:56
24         I have been steadfast.  I have been   13:38:02
25         steadfast on the position that we are not --   13:38:06
```

Page 29

```
 1                   A. Birchfield, Esq.
 2         that I have urged, you know, everyone on our    13:38:09
 3         side and we have -- we have maintained the      13:38:12
 4         position we are not going to have the common    13:38:15
 5         benefit, you know, fee issue become a           13:38:18
 6         barrier to getting reasonable resolution,       13:38:21
 7         fair values for our clients.                    13:38:26
 8    BY MR. HAAS:                                         13:38:27
 9         Q    We'll come back to that in a moment,       13:38:27
10    but you understand that as a general matter in       13:38:29
11    bankruptcy you would not be entitled to any          13:38:34
12    portion of a common benefit fund that you would      13:38:36
13    be entitled outside of bankruptcy; correct?          13:38:39
14         A    No, I do not.                              13:38:42
15              MS. SLOCUM:   Object.   The witness        13:38:44
16         is not here to testify to bankruptcy law.       13:38:45
17              MR. HAAS:   He can answer the              13:38:47
18         question.  If you want to instruct him not      13:38:47
19         to answer --                                    13:38:49
20              MS. SLOCUM:   Don't answer the             13:38:50
21         question.                                       13:38:50
22    BY MR. HAAS:                                         13:38:51
23         Q    Is it your view, Mr. Birchfield, that      13:38:51
24    as a general proposition you are entitled to the     13:38:53
25    common benefit fee in bankruptcy?                    13:38:56
```

BA_0014

```
                                                   Page 30

 1                  A. Birchfield, Esq.

 2              MS. SLOCUM:  Objection.  Again,      13:38:59

 3        I'll instruct the witness not to answer.  13:39:00

 4        He's not here to testify as to --         13:39:02

 5              MS. O'DELL:  Please don't            13:39:06

 6        interrupt.                                 13:39:07

 7              MR. HAAS:  I understand he has his   13:39:07

 8        motivation for participating or not        13:39:08

 9        participating in the proposed              13:39:10

10        reorganization, and that's what I'm        13:39:12

11        inquiring as to.                           13:39:16

12   BY MR. HAAS:                                    13:39:16

13        Q    You can answer the question.         13:39:16

14              MS. SLOCUM:  No.  I'm instructing    13:39:17

15        the witness not to answer.  He's not here to  13:39:17

16        testify as to bankruptcy law on a plan that  13:39:20

17        hasn't been filed.                         13:39:22

18              MR. HAAS:  A plan has been filed.    13:39:23

19   BY MR. HAAS:                                    13:39:28

20        Q    Again, Mr. -- I'll ask it one more   13:39:28

21   time.  If your counsel is going to instruct you  13:39:33

22   not to answer, we can address it later.  I      13:39:34

23   usually ask at least three times.  If I don't get  13:39:37

24   it on the third time, I move on.                13:39:39

25        A    I can't answer.  You said you wanted  13:39:41
```

```
                                                    Page 31
 1                      A. Birchfield, Esq.
 2     to know the motivation.                      13:39:43
 3          Q    No.  Let me ask my question and then  13:39:45
 4     you can give the answer.                     13:39:47
 5               Is it your position, Mr. Birchfield,  13:39:49
 6     that you are entitled to recover the common  13:39:52
 7     benefit fund amount that you otherwise would be  13:39:56
 8     entitled to recover in the MDL, in the bankruptcy  13:40:00
 9     setting?                                     13:40:03
10               MS. SLOCUM:  Objection.  Again,    13:40:04
11          I'm going to instruct the witness not to  13:40:05
12          answer.  He's not here to testify as to what  13:40:07
13          is done at a bankruptcy proceeding.     13:40:09
14     BY MR. HAAS:                                 13:40:12
15          Q    Are you standing on that?          13:40:13
16          A    Yes.                               13:40:14
17          Q    Okay.  Does Beasley Allen have any  13:40:15
18     co-counsel relationships with respect to the talc  13:40:26
19     claimants that you just identified, the 11,300  13:40:31
20     claimants?                                   13:40:34
21          A    Yes.  I mean, we have -- yes.       13:40:35
22          Q    Who are the co-counsel relationships  13:40:40
23     with?                                        13:40:41
24          A    I could not -- it would be -- it would  13:40:45
25     be hundreds would be my best, you know, estimate.  13:40:48
```

Page 47

1            A. Birchfield, Esq.

2            MR. HAAS:  I'm curious, because I    13:57:43

3     want to make sure the record is absolutely    13:57:44

4     clear.                                         13:57:46

5            MS. SLOCUM:  I'm objecting on work    13:57:46

6     product.  This line of questioning is          13:57:48

7     totally improper.                              13:57:50

8            MR. HAAS:  Absolutely not.  Let me    13:57:51

9     ask it one more time so we can get a clean    13:57:53

10    objection.                                     13:57:56

11  BY MR. HAAS:                                      13:57:57

12    Q    Mr. Birchfield, with respect to the    13:57:57

13  claims for which Beasley Allen represents, other  13:57:59

14  than ones for which Beasley Allen has a          13:58:04

15  co-counsel relationship, are those talc claims    13:58:07

16  securitization or collateralization for any      13:58:12

17  financing provided to Beasley Allen?             13:58:16

18            MS. SLOCUM:  Objection.  I'm        13:58:18

19    going --                                       13:58:19

20            THE WITNESS:  I want to answer      13:58:20

21    this; okay?                                    13:58:21

22            Because there has -- Beasley        13:58:24

23    Allen -- there was the allegation made that  13:58:26

24    Beasley Allen is so heavily indebted that we  13:58:29

25    could not accept the proposal, and that      13:58:32

Page 48

```
 1                    A. Birchfield, Esq.
 2       is -- that is categorically false.  We have    13:58:35
 3       not.  We have not obtained litigation          13:58:40
 4       financing or funding for our talc claims.      13:58:44
 5  BY MR. HAAS:                                         13:58:47
 6       Q    Thank you for that.  Let me just          13:58:48
 7  clarify, since you opened the door to the           13:58:49
 8  questioning, do the talc claims for which Beasley   13:58:52
 9  Allen is representing the individual claimants      13:58:56
10  act as securitization or collateralization for     13:59:02
11  any financing?                                      13:59:06
12             MS. SLOCUM:  Again, objection.          13:59:08
13       I'm going to instruct the witness not to       13:59:08
14       answer.                                        13:59:10
15             MR. HAAS:  Are you interrupting          13:59:10
16       me?  You just asked me not to interrupt you.   13:59:11
17       Let me get the question on the record.  If     13:59:13
18       you want to object -- he just opened the       13:59:13
19       door to this.                                  13:59:13
20  BY MR. HAAS:                                         13:59:17
21       Q    Let's try to get a clean record,          13:59:18
22  Mr. Birchfield.                                     13:59:20
23             Again, do the talc claims that Beasley   13:59:21
24  Allen represents the individual talc claimants      13:59:23
25  constitute securitization or collateralization     13:59:27
```

Page 213

```
 1              A. Birchfield, Esq.
 2     or off the record?                         17:54:50
 3            MR. PLACITELLA:  On the record.     17:54:50
 4     Can we agree that the court reporter was   17:54:50
 5     awesome dealing with all of us?            17:54:54
 6            MS. BROWN:  Thank you for your       17:54:56
 7     help.                                      17:54:56
 8            MR. VIDEOGRAPHER:  Please standby.  17:54:58
 9     The time is 5:54 p.m. and concludes the    17:54:59
10     testimony given by Andy Birchfield.        17:55:03
11                   * * *
12
13

14                ANDY BIRCHFIELD, ESQ.
15
16     Subscribed and sworn to before me
17
       this __ day of _____, 2023.
18
19     _____
           Notary public
20
21
22
23
24
25
```