# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>AMANDA JONES<br>Case No. 3:24-cv-03883-MAS-RLS | Civil No. 3:16-md-2738-MAS-RLS |

## **AMENDED NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on 05/25/2024 on behalf of AMANDA JONES.

DATED: 05/28/2024                               Respectfully submitted,

                                                By: */s/ Daniel J. Thornburgh*

                                                Daniel J. Thornburgh
                                                **AYLSTOCK, WITKIN,**
                                                **KREIS, AND OVERHOLTZ, PLLC**
                                                17 East Main Street, Suite 200
                                                Pensacola, Florida 32502
                                                Telephone: 850-202-1010
                                                Fax: 850-916-7449
                                                dthornburgh@awkolaw.com

                                                *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on 05/28/2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

By: */s/ Daniel J. Thornburgh*

Daniel J. Thornburgh
**AYLSTOCK, WITKIN,
KREIS, AND OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiff*