

# Mary Alexander & Associates, P.C.

MaryAlexanderLaw.com
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Phone (415) 433-4440
Fax (415) 433-5440

**VIA ECF**

May 29, 2024

Honorable Rukhsanah L. Singh
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Response to Susan Sharko's May 1, 2024, Letter In Re: MDL 2738

Dear Magistrate Judge Singh:

On May 1, 2024, Defense Counsel Susan Sharko filed a letter (Document 32127) which listed the following case as deficient due to not submitting a Plaintiff Profile Form:

    Oshetsky, Robert Case No: 3:2023-CV-20410

We have communicated with Brown Greer who has confirmed the submission of Mr. Oshetsky's Plaintiff Profile Form on April 26, 2024 to MDL Centrality.

Attached to this letter is a screenshot from MDL Centrality documenting the submission of the Plaintiff Profile Form and the email correspondence with Brown Greer.

Therefore, counsel requests that counsel for Defendants update their records to show that this case is not deficient and further requests that this case not be placed on an order to show cause.

Thank you for your consideration.

Respectfully submitted,

MARY ALEXANDER & ASSOCIATES, P.C.

*Mary E. Alexander*

MARY E. ALEXANDER, JD, MPH

Attachments