# Exhibit A

5/24/24, 4:00 PM                                                                                                                              Fact Sheet Information

# Talcum Powder Litigation

◀ **Return to Search Results**

**▲ My Account ▼**

## Plaintiff Information

*Plaintiff Profiles*

| | | |
|---|---|---|
| **Plaintiff ID:** | 65610 | **Date of Birth:** |
| **Name:** | ROBERT OSHETSKY | **Email:** |
| **Case Number:** | 2023 -CV- 20410 | **Name of first named Plaintiff on Complaint:** OSHETSKY ROBERT |
| **Jurisdiction:** | MDL | **Firm Internal Case ID:** 9392 |

**Request Deactivation**

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

**Paying Filing Fee**  |  **Registering Plaintiffs**

If you require further assistance, contact us at Talc@browngreer.com or (888) 361-0741.
© 2024 BrownGreer PLC. All rights reserved.

https://www.mdlcentrality.com/Talc/Secure/MDL/Shared/PlaintiffConfirmation.aspx?id=105942&qid=65610                                                                     1/3

**I. Plaintiff Profile Form Submitted**

Send to Plaintiff | Amend Profile From

## Documents

Upload | Produce

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 213153 | Plaintiff Profile Form | 04/26/2024 | Williams, Janet | 04/26/2024 | Request Removal Approval |
| 213138 | Other - Plaintiff Only Questions | 04/26/2024 | Williams, Janet | 04/26/2024 | Request Removal Approval |
| 213134 | Medical Records - Medical Records - Kaiser - 7-1-21 to 10-19-22 | 04/26/2024 | Williams, Janet | 04/26/2024 | Request Removal Approval |
| 213129 | Medical Records - Medical Records - Kaiser 10-1-22 to 10-25-22 | 04/26/2024 | Williams, Janet | 04/26/2024 | Request Removal Approval |
| 213128 | Medical Records - Medical Records - Kaiser - 3-16-15 to 8-17-21 | 04/26/2024 | Williams, Janet | 04/26/2024 | Request Removal |

Paying Filing Fee | Registering Plaintiffs

If you require further assistance, contact us at Talc@browngreer.com or (888) 361-0741.
© 2024 BrownGreer PLC. All rights reserved.

5/24/24, 4:00 PM                                                         Fact Sheet Information

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 212989 | Medical Records - Genetic Testing Results | 04/26/2024 | Williams, Janet | 04/26/2024 | Request Removal Approval |
| 212986 | Medical Invoices or Billing Records - Medical Billing Records - Kaiser Permanente | 04/26/2024 | Williams, Janet | 04/26/2024 | Request Removal Approval |
| 212984 | PPF Declaration | 04/26/2024 | Williams, Janet | 04/26/2024 | Request Removal Approval |
| 212979 | HIPAA Authorization | 04/26/2024 | Williams, Janet | 04/26/2024 | Request Removal Approval |
| 212976 | Medical Records - Cancer Staging Information - Left Fallopian Tube Cancer | 04/26/2024 | Williams, Janet | 04/26/2024 | Request Removal Approval |

Showing 1 to 10 of 13 entries

Previous  1  2  Next

**Paying Filing Fee**   |   **Registering Plaintiffs**

If you require further assistance, contact us at Talc@browngreer.com or (888) 361-0741.
© 2024 BrownGreer PLC. All rights reserved.