Jeffrey M. Pollock, Esq.
Michael W. Sabo, Esq.
**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Telephone: 609-896-7660
Facsimile: 609-896-1469
*Attorneys for Andy Birchfield and Beasley Allen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738 (MAS)/(RLS) <br><br> MLD Case No. 2738 <br><br> [FILED ELECTRONICALLY] <br><br> Return Date: July 1, 2024 <br><br> **NOTICE OF MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER** |

**PLEASE TAKE NOTICE** that, at 9:00 a.m. on July 1, 2024, or at such other time as set by the Court, non-party Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., (Beasley Allen), through its attorneys Fox Rothschild LLP, will move for the entry of an Order quashing the subpoena issued to Beasley Allen [ECF Doc. Number 32201]).

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Beasley Allen will rely upon the Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Beasley Allen seeks oral argument only if the

1

motion is opposed.

Executed on May 30, 2024

                                                                                             */s/ Jeffrey M. Pollock*
                                                                                             JEFFREY M. POLLOCK, ESQ.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

        Respectfully submitted,

        */s/ Jeffrey M. Pollock*
        JEFFREY M. POLLOCK, ESQ.