UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738 (MAS)/(RLS)<br><br>MLD Case No. 2738<br><br>[FILED ELECTRONICALLY]<br><br>Return Date: July 1, 2024 |

**ORDER**

THIS MATTER having come before the Court by application of Andy D. Birchfield, Jr., Esq., and Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., (Beasley Allen) for the entry of an Order quashing the subpoena issued to Beasley Allen [ECF Doc. Number 32201] and/or prohibiting Johnson & Johnson and LLT Management LLC (together J&J) from seeking further discovery from Beasley Allen without leave of Court; and for good cause shown:

IT IS on this _____ day of _____, 2024 ORDERED that:

1. The subpoena served upon Beasley Allen [ECF Doc. Number 32201] is void, defective, and unenforceable as a matter of law.
2. The subpoena served upon Beasley Allen [ECF Doc. Number 32201] is hereby quashed.
3. J&J shall not serve any subpoena for documents or testimony upon Beasley Allen without further leave of Court.

_____
THE HONORABLE RUKHSANAH L. SINGH, U.S.M.J