## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>KELLI D. KENNEDY as personal representative of the estate of DIANA SHINSKE, deceased v. JOHNSON & JOHNSON, ET AL.<br><br>Civil Action No. 3:16-cv-07894 | MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given that a Notice of Voluntary Dismissal with Prejudice as to Defendant Personal Care Products Council was filed on May 30. 2024 on behalf of the Plaintiff, KELLI D. KENNEDY as personal representative of the Estate of DIANA SHINSKE.

Dated: May 30, 2024

                                                Respectfully submitted,

                                                /s/ Joseph H. Saunders
                                                Joseph H. Saunders, Esquire
                                                SAUNDERS & WALKER, P.A.
                                                3491 Gandy Blvd. North, Ste. 200
                                                Pinellas Park, FL 33780-1637
                                                (727) 579-4500, FAX (727) 577-9797
                                                FBN 341746
                                                joe@saunderslawyers.com
                                                *Counsel for Plaintiff(s)*