# Exhibit A

# Talcum Powder Litigation

**Return to Search Results**

My Account

## Plaintiff Information

*Plaintiff Profiles*

**Plaintiff ID:** 59114

**Name:** THOMAS MOUNT

**Case Number:** 2023 -CV- 18824

**Jurisdiction:** MDL

**Date of Birth:** 09/11/1962

**Email:** cwmount@sbcglobal.net

**Name of first named Plaintiff on Complaint:** MOUNT THOMAS

**Firm Internal Case ID:** 8935

Request Deactivation

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

**Paying Filing Fee**  |  **Registering Plaintiffs**

If you require further assistance, contact us at **Talc@browngreer.com** or (888) 361-0741.

© 2024 BrownGreer PLC. All rights reserved.

# Fact Sheet Information

**I. Plaintiff Profile Form** **Submitted**

Send to Plaintiff | Amend Profile From

## Documents

Upload | Produce

Filter: ALL

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 211647 | Plaintiff Profile Form | 04/24/2024 | Williams, Janet | 04/24/2024 | Request Removal Approval |
| 211646 | Medical Invoices or Billing Records - Stanford Billing Records | 04/24/2024 | Williams, Janet | 04/24/2024 | Request Removal Approval |
| 211645 | Medical Records - Stanford Health Care | 04/24/2024 | Williams, Janet | 04/24/2024 | Request Removal Approval |
| 211644 | Medical Records - Mount Pathology Report from El Camino Hospital | 04/24/2024 | Williams, Janet | 04/24/2024 | Request Removal Approval |
| 159524 | Short Form Complaint Uploaded by Firm - Conformed Short Form Complaint | 01/10/2024 | Lok Ung, Yenny | 01/10/2024 | Request Removal |

Paying Filing Fee | Registering Plaintiffs

If you require further assistance, contact us at Talc@browngreer.com or (888) 361-0741.
© 2024 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 159515 | Pharmacy Records - Walgreens Records | 01/10/2024 | Lok Ung, Yenny | 01/10/2024 | Request Removal Approval |
| 159514 | Pharmacy Records - CVS Pharmacy Records | 01/10/2024 | Lok Ung, Yenny | 01/10/2024 | Request Removal Approval |
| 159510 | Medical Records - Pathology Reports - Bay Area Gyn Oncology | 01/10/2024 | Lok Ung, Yenny | 01/10/2024 | Request Removal Approval |
| 159509 | Medical Records - Pathology Report - El Camino Hospital | 01/10/2024 | Lok Ung, Yenny | 01/10/2024 | Request Removal Approval |
| 159507 | Medical Invoices or Billing Records - Stanford Physician Billing Records | 01/10/2024 | Lok Ung, Yenny | 01/10/2024 | Request Removal Approval |

Showing 1 to 10 of 33 entries

Previous | 1 | 2 | 3 | 4 | Next

**Paying Filing Fee**   |   **Registering Plaintiffs**

If you require further assistance, contact us at **Talc@browngreer.com** or (888) 361-0741.
© 2024 BrownGreer PLC. All rights reserved.