# Exhibit B

| From: | Talc |
|---|---|
| To: | Janet Williams; Talc |
| Subject: | RE: Plaintiff Thomas Mount - Plaintiff ID 59114 - Case No. 2023-CV-18824 |
| Date: | Tuesday, May 28, 2024 5:11:32 AM |
| Attachments: | image001.png |

Good Morning Janet:

Thank you for your email. Our records indicate the Plaintiff Profile Form for Thomas Mount, Plaintiff ID 59114, was produced to the Defendants for review on 04/24/2024.

| Document ID | Document Type | Upload Date | Produced By | Produced Date |
|---|---|---|---|---|
| 211647 | Plaintiff Profile Form | 04/24/2024 | Williams, Janet | 04/24/2024 |

Please let us know if there is anything else we can assist with.

Thank you!
Jonathan

Jonathan Phillips
**BROWNGREER** PLC
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (888) 361-0741
Facsimile:   (804) 521-7299
www.browngreer.com



*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Janet Williams <jwilliams@maryalexanderlaw.com>
**Sent:** Friday, May 24, 2024 7:39 PM
**To:** Talc <Talc@browngreer.com>
**Subject:** Plaintiff Thomas Mount - Plaintiff ID 59114 - Case No. 2023-CV-18824

Good Afternoon,

We have received notification from Defense Liaison Counsel Susan Sharko that they do not have a record of the submission of the  Plaintiff Profile Form for Plaintiff Thomas Mount (Plaintiff ID 59114).

Please confirm that Mr. Mount's Plaintiff Profile Form was submitted on April 24, 2024.

Thank you for your assistance.

Janet Williams, Paralegal
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
(415) 433-4440
(415) 433-5440 – facsimile
jwilliams@maryalexanderlaw.com

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call (415) 433-4440 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT.