# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>MILDRED CHESTER, as personal representative of the estate of ROSELYN CARROLL, deceased v. Johnson & Johnson, et. al.<br><br>Civil Action No. 3:18-cv-12750 | MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given that an Amended Short Form Complaint with Jury Demand was filed on May 30, 2024, on behalf of the Plaintiff, Mildred Chester, as personal representative of the Estate of Roselyn Carroll, deceased.

Dated: May 30, 2024.

Respectfully submitted,

*/s/ Joseph H. Saunders*
Joseph H. Saunders, Esq.
Saunders & Walker, P.A.
3491 Gandy Blvd., Ste. 200
Pinellas Park, FL 33781
Ph: (800) 748-7115
Fax: (727) 577-9696
FBN: 341746
joe@saunderslawyers.com
carol@saunderslawyers