KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036
Tel:    (212) 790-5342
*Attorneys for Defendants Johnson & Johnson
and LLT Management LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-MAS-RLS<br><br>MDL No. 2738<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears on behalf of defendants Johnson & Johnson and LLT Management LLC.

KING & SPALDING LLP

Attorneys for Defendants Johnson & Johnson and LLT Management LLC

By:   */s/ Kristen Renee Fournier*
          Kristen Renee Fournier

Dated:  May 30, 2024

## **CERTIFICATION OF SERVICE**

      I hereby certify that on May 30, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                                         */s/ Kristen Renee Fournier*
                                         King & Spalding LLP
                                         Kristen Renee Fournier
                                         1185 Avenue of the Americas
                                         34th Floor
                                         New York, New York 10036
                                         Tel:    (212) 790-5342
                                         Fax:   (212) 556-2222
                                         Email: kfournier@kslaw.com