UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) <br><br> Motion Date: July 1, 2024 |

*THIS DOCUMENT RELATES TO ALL CASES*

# [PROPOSED] ORDER

THE COURT, having considered the Plaintiffs' Steering Committee's Motion to Quash or for Protective Order Regarding Subpoenas Directed at Beasley Allen Law Firm, Smith Law Firm, and Ellington Management Group, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____       _____