# EXHIBIT B

Subscribe    Past Issues    Translate ▼

View this email in your browser



*Mike Papantonio*    *Andy Birchfield*

# Johnson & Johnson's Rampant Fraud Now Embraces Lawyers

*An Open Letter to the Legal Community*

**Dear Colleagues and Members of the Legal Community:**

By the first week of June we expect Johnson & Johnson to begin the DIRECT SOLICITATION OF LAWYERS AND THEIR CLIENTS to seek approval for the company's ongoing SCAM of a funded and pre-packaged bankruptcy. A key part of this effort is likely to be their pile on of fantasy cases IN BANKRUPTCY COURT most of which are legally unenforceable claims that have no relevance to the thousands of legitimate ovarian cancer and mesothelioma lawsuits that have been fully vetted. To do that, they need the cooperation of lawyers who signed thousands of these cases up, sometimes even knowing that they were UNTRIABLE. The lawyers J&J are counting on are lawyers who simply rolled the dice and are hoping for an easy out. The problem with that is that REAL PEOPLE with REAL DISEASE are dying horrendous deaths every

450 BILLION DOLLARS.

The biggest tragedy here is that a few mass tort lawyers have now agreed that this J&J FRAUDULENT SCAM is somehow acceptable. But they are knowingly BEING USED by J&J to stuff the ballot box in J&J's favor with cases that most folks reading this memo would have NEVER ACCEPTED. In the meantime, many ovarian cancer claimants have waited for years to have their cases heard while J&J has pursued one scam tactic after another.

THE MATH IS SIMPLE. The magical appearance of tens of thousands of unsubstantiated cases could dilute the entire pool of plaintiffs and theoretically provide a way to reach the 75% percent approval needed for the pre-pack to move forward. The most troubling part of their plan is that they are counting on you through direct solicitation to ultimately be the final step in their MULTI-DECADE FRAUD.

As you all know, the most effective way to deal with blatant fraud is to SUE, TAKE DEPOSITIONS of everyone involved and allow a jury to hear about conduct that can easily be characterized as the ugliest we have seen in corporate conduct in a hundred years. For that reason, SEVERAL FIRMS representing the victims of ovarian cancer caused by J&J's talc products have FILED a proposed CLASS ACTION in New Jersey federal court seeking to expose the series of FRAUDULENT TRANSFERS that have supported J&J's bankruptcy strategy.

A copy of that complaint is available [here](here).

The filing outlines the three key mileposts of J&J's efforts during the past three years to evade responsibility for the cancer-causing effects of baby powder:

- The creation of a SHELL COMPANY through a divisive merger or "Texas Two-Step" to assume all talc-related liabilities, leaving other valuable corporate entities untouched.
- The transfer of corporate assets from an existing consumer health division into a new entity known as Kenvue to create an additional, SCAM SHIELD for J&J assets from litigation liability.
- The fraudulent replacement of a $61 BILLION funding agreement from the first failed bankruptcy with one capped at $29.9 billion, without any equivalent value in return.

Any one of these actions could meet the definition of a fraudulent transfer, but together they represent the most clear and undeniable criteria of fraud ever seen in consumer product litigation. And now J&J is proposing a fund of less than $7 billion to settle all talc-related claims, an amount that would cover only a fraction of the true costs families incur with this deadly disease. THAT IS AFTER THEY HAVE TRIED TO HIDE $61 BILLION FROM THE INJURED FOLKS YOU REPRESENT.

you all the J&J DOCUMENTS AND DEPOSITIONS YOU OBVIOUSLY WOULD NEED TO REVIEW to be FULLY INFORMED before you made any of the J&J recommendations to your clients. The good news is that you can SEND YOUR CLIENTS a small taste of exactly how disgusting J&J conduct has been throughout six decades along with the overwhelming science that shows how TALC CAUSED THEIR CANCER. When you review this material, you will conclude that the existing recommendations by J&J are ridiculous. Your client will as well.

We also appreciate that each of you will carefully consider your professional obligations to resist any settlement proposal by J&J that diminishes realistic compensation for ovarian cancer clients and remain steadfast on behalf of your clients.

**Please let us know immediately of any questions or concerns.**

| Mike Papantonio | Andy Birchfield |
|---|---|
| *Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey* | *Beasley Allen Law Firm* |
| [mpapantonio@levinlaw.com](mailto:mpapantonio@levinlaw.com) | [andy.birchfield@beasleyallen.com](mailto:andy.birchfield@beasleyallen.com) |



    

*Copyright © 2024 Mass Torts Made Perfect, All rights reserved.*

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.