KNAPP & ROBERTS, P.C.
8777 North Gainey Center Drive, Suite 165
Scottsdale, Arizona 85258
Tel: (480) 991-7677
Craig A. Knapp – Arizona State Bar No. 013580
knapp@krattorneys.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: <u>Stephanie Willson v. Johnson & Johnson, et al.</u><br>Case No. 3:24-cv-06609 | Civil No. 3:16-MD-2738-MAS-RLS<br><br>**MDL No. 2738 (MAS) (RLS)**<br>Judge Michael A. Shipp<br>Mag. Judge Rukhsanah L. Singh<br><br>**NOTICE OF FILING SHORT FORM COMPLAINT** |

### NOTICE OF FILING SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, notice is hereby given that the Short Form Complaint and Jury Demand was filed on May 31, 2024 on behalf of Stephanie Willson.

DATED: May 31, 2024

KNAPP & ROBERTS

/s/ Craig A. Knapp