# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2738 (FLW) (LHG) |
| JEFFREY V. PERSILY, INDIVIDUALLY AND FOR THE ESTATE OF JOYCE PERSILY, | |
| Plaintiff, | Civil Action No.: 3:24-cv-06574 |
| v. | DIRECT FILED ACTION |
| JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC.; JANSSEN PHARMACEUTICALS, INC.; LLT MANAGEMENT, LLC F/K/A LTL MANAGEMENT, LLC; AND KENVUE, INC. | |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 2nd day of June 2024 on behalf of JEFFREY PERSILY.

Dated:  6/2/2024

Respectfully Submitted by,

 */s/ W. Cameron Stephenson*
W. Cameron Stephenson
Florida Bar No.: 0051599
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, MOUGEY, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502

1

                Telephone: (850) 435-7186
                Facsimile: (850) 436-6186
                Email: cstephenson@levinlaw.com
                ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of June 2024, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                         */s/ W. Cameron Stephenson*