

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

*Via ECF*

June 3, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

*Re:  In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Magistrate Judge Singh:

Defendants Johnson & Johnson and LLT Management, LLC, write to Your Honor to respectfully request the Court enter the May 1, 2024 Order to Show Cause (ECF 32128).  That Order required cases listed in the exhibit attached thereto to show cause why their case should not be dismissed with prejudice for their failure to provide Defendants with a Plaintiff Profile Form pursuant to the Court's Order of February 13, 2024 (ECF 29032).

Since the filing of the May 1, 2024, Order to Show Cause, only 2 out of the 64 cases listed have come off Defendants' deficiency lists - *Scott Dawson*, Case No. 3:16-cv-08749, and *Thomas Jackson*, Case No. 3:17-cv-10654.  Those 2 cases will not be listed on the final dismissal order Defendants will file pursuant to paragraph 4 of the Order to Show Cause.

Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

*Attorneys for Defendants
Johnson & Johnson and LLT
Management, LLC*

SMS/scg
cc: Leigh O'Dell, Esq. (via e-mail)
    Michelle Parfitt, Esq. (via e-mail)
    All Counsel of Record (ECF)