# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re Johnson & Johnson Talcum Powder Product Marketing Sales Practices and Products Liability Litigation | Case No. 3:16-md-2738-MAS-RLS<br><br>**CIVIL ACTION**<br><br>**Motion to Quash**<br>**Returnable July 1, 2024** |

To: Clerk of the Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

PLEASE TAKE NOTICE that on Monday, July 1, 2024, at 10:00 A.M., or as soon thereafter as counsel may be heard, the undersigned attorneys for the moving party, The Smith Law Firm, PLLC, shall move, pursuant to *Fed. R. Civ. P.* 45(d)(3), before the United States District Court for the District of New Jersey, in the United States Court House, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for the entry of an order quashing the subpoenas issued in this matter to The Smith Law Firm, PLLC; and

PLEASE TAKE FURTHER NOTICE that in support of this motion, the moving party will rely upon the Declaration of Allen Smith as well as the brief submitted in support of this Motion.

1

#7060630v1

          By: s/Arnold C. Lakind
               Arnold C. Lakind
SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Rd. Ste. 200
Lawrenceville, N.J. 08648
Tel. (609) 275-0400
Fax. (609) 275-4511

Attorneys for Moving Party,
The Smith Law Firm, PLLC

Dated: June 3, 2024

#7060630v1