# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re Johnson & Johnson Talcum Powder Product Marketing Sales Practices and Products Liability Litigation | Case No. 3:16-md-2738-MAS-RLS<br><br>CIVIL ACTION<br><br>Order Quashing Subpoena to The Smith Law Firm, PLLC |

THIS MATTER was opened to the Court, The Honorable Rukhsanah L. Singh, U.S.M.J., presiding, on the motion of The Smith Law Firm, PLLC to quash a subpoena issued to The Smith Law Firm, PLLC on May 21, 2024, which motion was filed by counsel to The Smith Law Firm, PLLC, Szaferman, Lakind, Blumstein & Blader, P.C. (Arnold C. Lakind, Esq., appearing) on notice to all counsel; and the Court having reviewed the Declarations and Briefs filed in support of and in opposition to this motion, and heard oral argument

IT IS  on this _____ day of _____, 2024

ORDERED that the subpoena issued to The Smith Law Firm on May 21, 2024 be and hereby is quashed.

_____
Rukhsanah L. Singh, U.S.M.J.

#7060647v1