

**Shannon M. McNulty**

120 North LaSalle Street
36th Floor
Chicago, Illinois 60602

Telephone 312-899-9090
Fax 312-251-1160
SMM@CliffordLaw.com
www.CliffordLaw.com

June 3, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

**Re:** ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*** **- MDL 2738**

**This correspondence relates to *King v. J&J, et al*., Case No. 2018 -CV- 03342**

Your Honor:

This afternoon, the Johnson & Johnson Defendants submitted a letter [Dkt. No. 32601] asking why cases on their attached Exhibit A [Dkt. No. 32601-02] should not be dismissed with prejudice for an alleged failure to serve a Plaintiff Profile Form ("PPF") pursuant to the process set up in the Case Management Order dated February 13, 2024 [Dkt. No. 29032]. The letter does not reflect accurate information.

Counsel for the Johnson & Johnson Defendants identified a case filed by the undersigned counsel, *King v. J&J, et al*., case No. 2018 -CV- 03342, as not having complied with the Court's order [See Dkt. No. 185004, page 11 of 41, row 429). Contrary to Defendants' assertion, the *King* matter (2018-CV-03342) is in compliance. A copy of the Registry as it exists today, June 3, 2024 as of 2:39 p.m. CST is attached, hereto, as Exhibit 1[1]. The printed display of the MDL Centrality portal very plainly demonstrates that the Plaintiff, Roger King (on behalf of Shelly King, deceased) is in full compliance as of February 9, 2024. Plaintiff's case should not be dismissed, because Plaintiff has been, and remains, in compliance with the Order. Plaintiff is prejudiced by Defendant J&J's inaccurate reports to the contrary.

Accordingly, Plaintiff, Roger King, Independent Administrator of the Estate of Nicole King, deceased (Case No. 2018-CV-03342), seeks entry of an Order that (1) directs Johnson & Johnson to correct the Record

[1] Ms. King's birth date is redacted, but fully accessible in the MDL Centrality portal.

in the docket, at least concerning the *King* case, so as to avoid further prejudice to the King family; (2) instructs Johnson & Johnson to directly coordinate with Brown Greer for the purpose of updating and/or verifying J&J's own access to the MDL Centrality records including the portal's full and complete content; (3) instructs J&J to meet and confer with the undersigned if its counsel contend that the King submission is not contained within the portal (it was there as of the time of this filing, see Exhibit 1); and, (4) whatever further relief this Court deems just and appropriate.

Thank you for your consideration of these matters.

Respectfully submitted,

/s/ *Shannon M. McNulty*
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle, 36th Floor
Chicago, Illinois 60602

cc:
Leigh O'Dell, Esq. (via e-mail)
Michelle Parfitt, Esq., (via e-mail)
All counsel of record (via ECF)

# EXHIBIT 1



# Talcum Powder Litigation

My Account

Return to Search Results

## Plaintiff Information

Plaintiff Profiles

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 58551 | **Date of Birth:** | 1[redacted] |
| **Name:** | SHELLY KING | **Email:** | |
| **Case Number:** | 2018 CV 03342 | **Name of first named Plaintiff on Complaint:** | KING ROGER |
| **Jurisdiction:** | MDL | **Firm Internal Case ID:** | 160079B4 |

Request Deactivation

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

Send to Plaintiff

**I. Plaintiff Profile Form** **Submitted**

Amend Profile From

Paying Filing Fee | Registering Plaintiffs

If you require further assistance, contact us at Talc@browngreer.com or (888) 361-0741.

© 2024 BrownGreer PLC. All rights reserved.

# Documents

Upload

Filter: ALL

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 170018 | Plaintiff Profile Form | 02/09/2024 | McNulty, Shannon | 02/09/2024 | |
| 169979 | Medical Records OSF 7.27.07 | 02/09/2024 | McNulty, Shannon | 02/09/2024 | Request Removal Approval |
| 169967 | Medical Records - OSF 3.3.08 | 02/09/2024 | McNulty, Shannon | 02/09/2024 | Request Removal Approval |
| 169962 | Medical Records - OSF_11.21.08 | 02/09/2024 | McNulty, Shannon | 02/09/2024 | Request Removal Approval |
| 169960 | Medical Records - OSF_6.27.05 | 02/09/2024 | McNulty, Shannon | 02/09/2024 | Request Removal Approval |
| 169959 | Medical Records OSF 4.12.07 | 02/09/2024 | McNulty, Shannon | 02/09/2024 | Request Removal Approval |
| 169957 | Medical Records OSF 5.8.07 | 02/09/2024 | McNulty, Shannon | 02/09/2024 | Request Removal Approval |
| 169956 | Medical Records - OSF_6.10.07 | 02/09/2024 | McNulty, Shannon | 02/09/2024 | Request Removal Approval |
| 169953 | Medical Records - OSF Medical Center | 02/09/2024 | McNulty, Shannon | 02/09/2024 | Request Removal Approval |
| 169943 | Hospital Bill or Invoice OSF_Bills | 02/09/2024 | McNulty, Shannon | 02/09/2024 | Request Removal Approval |

Showing 1 to 10 of 11 entries

Paying Filing Fee | Registering Plaintiffs

If you require further assistance, contact us at Talc@browngreer.com or (888) 361-0741.

© 2024 BrownGreer PLC. All rights reserved.

6/3/24, 2:37 PM Fact Sheet Information

Paying Filing Fee | Registering Plaintiffs

If you require further assistance, contact us at Talc@browngreer.com or (888) 361-0741.

© 2024 BrownGreer PLC. All rights reserved.

https://www.mdlcentrality.com/Talc/Secure/MDL/Shared/PlaintiffConfirmation.aspx?id=106475&qid=58551 3/3