## **CERTIFICATE OF SERVICE**

    I, Shannon M. McNulty, an attorney, hereby certify that on June 3, 2024, I served the Letter to Judge Singh dated June 3, 2024 by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

    /s/ Shannon M. McNulty
Shannon M. McNulty
Kristofer S. Riddle
Clifford Law Offices, PC
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
312.899.9090
SMM@cliffordlaw.com
KSR@cliffordlaw.com