# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

## DECLARATION OF MATTHEW L. BUSH IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE PLAINTIFF STEERING COMMITTEE'S MOTION TO QUASH OR FOR PROTECTIVE ORDER REGARDING SUBPOENA DIRECTED AT PAUL HESS

I, Matthew L. Bush, declare as follows:

I am an attorney of the state of New York and a partner with the law firm King & Spalding LLP, counsel for Defendants Johnson & Johnson and LLT Management LLC (hereafter, "Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in support of Defendants' Opposition to the Plaintiff Steering Committee's Motion to Quash or for Protective Order Regarding Subpoena Directed at Paul Hess.

1. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of a transcript of a Rule 104 hearing regarding Dr. William Longo on May 29, 2024,

in *Clark et al. v. Johnson & Johnson, et al.,* No. MID-L-003809-18AS (N.J. Super. Ct., Middlesex Cnty.).

2. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt of Dr. William Longo's deposition on January 25, 2019, in *Young v. Johnson & Johnson et al.*, No. 1522-CC09728-02 (M.O Cir. Ct., St. Louis).

3. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt of trial proceedings from March 5, 2019, in *Rimondi v. BASF Catalysts LLC, et al.*, No. MID-2912-17AS (N.J. Super. Ct., Middlesex Cnty.).

4. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of trial proceedings from August 24, 2018, in *Weirick v. Brenntag N. Am., Inc., et al.*, No. BC656425, JCCP Case No. 4674 (Super. Ct. Ca., L.A. Cnty.).

5. Attached hereto as **Exhibit E** is a true and correct copy of an excerpt of Dr. William Longo's deposition on February 8, 2021, in *Forrest v. Johnson & Johnson, et al.,* No. 1522-CC00419-02 (M.O Cir. Ct., St. Louis).

6. Attached hereto as **Exhibit F** is a true and correct copy of an excerpt of Dr. William Longo's deposition on November 3, 2023, in *Eagles v. Arvinmeritor, Inc., et al.*, No. 22CV018294 (Super. Ct. Ca., Alameda Cnty.).

7. Attached hereto as **Exhibit G** is a true and correct copy of Judge Henry Thompson's Order Denying Materials Analytical Services, LLC's Motion to Quash a Foreign Subpoena and for Protective Order, issued on October 20, 2023, in

1

*Material Analytical Servs., LLC v. Johnson & Johnson, et al.,* No. 23106785 (Super. Ct. Ga., Cobb Cnty.).

8. Attached hereto as **Exhibit H** is a true and correct copy Dr. William Longo's report issued on February 28, 2023, in *Hernandez-Valadez v. Johnson & Johnson, et al.*, No. 22CV012759 (Super. Ct. Ca., Alameda Cnty.).

9. Attached hereto as **Exhibit I** is a true and correct copy of an excerpt of Dr. William Longo's deposition on January 7, 2019, in *Rimondi v. BASF Catalysts LLC, et al.,* No. MID-2912-17AS (N.J. Super. Ct., Middlesex Cnty.).

10. Attached hereto as **Exhibit J** is a true and correct copy of an excerpt of Dr. William Longo's deposition on September 25, 2020, in *Reyes v. Johnson & Johnson, et al.,* No. RG20052391 (Super. Ct. Ca., Alameda Cnty.).

11. Attached hereto as **Exhibit K** is a true and correct copy of an excerpt of Dr. William Longo's deposition on May 12, 2020, in *Zimmerman v. AutoZone Inc., et al.*, No. BC720153, JCCP Case No. 4674 (Super. Ct. Ca., L.A. Cnty.).

12. Attached hereto as **Exhibit L** is a true and correct copy of an excerpt of Dr. William Longo's deposition on May 16, 2023, in *Streck v. Johnson & Johnson, et al.,* No. 21-CI-06290 (Ky. Cir. Ct., Jefferson Cnty.).

13. Attached hereto as **Exhibit M** is a true and correct copy of an excerpt of Dr. William Longo's deposition on September 14, 2018, in *Allen v. Brenntag N. Am., Inc., et al.,* No. DR180132 (Super. Ct. Ca., Humboldt Cnty.).

14. Attached hereto as **Exhibit N** is a true and correct copy of an excerpt of Dr. William Longo's deposition on February 5, 2019 in the above-captioned case.

15. Attached hereto as **Exhibit O** is a true and correct copy of an excerpt of Dr. William Longo's deposition on October 30, 2023, in *Lanzo v. Cyprus Amax Minerals Co., et al.,* No. MID-L-7385-16AS (N.J. Super. Ct., Middlesex Cnty.).

16. Attached hereto as **Exhibit P** is a true and correct copy of an excerpt of Dr. William Longo's deposition on May 30, 2023, in *Zundel v. Amerilure, Inc., et al.,* No. 22-2145 (Mass. Super. Ct., Middlesex Cnty.).

17. Attached hereto as **Exhibit Q** is a true and correct copy of an excerpt of Dr. William Longo's deposition on April 2, 2024, in *Clark v. Johnson & Johnson, et al.,* No. MID-L-003809-18AS (N.J. Super. Ct., Middlesex Cnty.).

18. Attached hereto as **Exhibit R** is a true and correct copy of an excerpt of Dr. William Longo's deposition on February 12, 2019, in *Fong v. Imerys Talc Am., Inc., et al.,* No. BC 675449, JCCP Case No. 4674 (Super. Ct. Ca., L.A. Cnty.).

19. Attached hereto as **Exhibit S** is a true and correct copy of an excerpt of Dr. William Longo's deposition on February 20, 2024, in *Krich v. Johnson & Johnson, et al.,* No. 21STCV22952, JCCP Case No. 4674 (Super. Ct. Ca., L.A. Cnty.).

3

20. Attached hereto as **Exhibit T** is a true and correct copy of an excerpt of trial proceedings from July 23, 2019, in *Hayes v. Colgate-Palmolive Co., et al.,* No. 16-CI-03503 (Ky. Cir. Ct., Jefferson Cnty.).

21. Attached hereto as **Exhibit U** is a true and correct copy of an excerpt of Dr. William Longo's deposition on June 27, 2018, in *Von Salzen v. Am. Int'l Indus., Inc., et al.,* No. BC680576, JCCP Case No. 4674 (Super. Ct. Ca., L.A. Cnty.).

22. Attached hereto as **Exhibit V** is a true and correct copy of an excerpt of Dr. William Longo's deposition on April 17, 2019, in *Weirick v. Brenntag N. Am., Inc., et al.*, No. BC656425, JCCP Case No. 4674 (Super. Ct. Ca., L.A. Cnty.).

23. Attached hereto as **Exhibit W** is a true and correct copy of an excerpt of Dr. William Longo's deposition on September 15, 2023, in *Alexander-Jones v. Avon Prods., Inc.,* No. 22-2-18669-1-SEA (Super. Ct. Wa., King Cnty.).

24. Attached hereto as **Exhibit X** is a true and correct copy of an excerpt of Dr. William Longo's deposition on March 3, 2023, in *Hernandez-Valadez v. Johnson & Johnson, et al.*, No. 22CV012759 (Super. Ct. Ca., Alameda Cnty.).

25. Attached hereto as **Exhibit Y** is a true and correct copy of an excerpt of Dr. William Longo's deposition on May 7, 2021, in *Powers v. Beacon CMP Corp., et al.,* No. 2016-0983 (La. Dist. Ct., Lafayette Parish).

26. Attached hereto as **Exhibit Z** is a true and correct copy of an excerpt of Dr. William Longo's deposition on January 13, 2023, in *Weiss v. Albertsons Co., Inc. et al.,* No. CV2021-090946 (Super. Ct. Az., Maricopa Cnty.).

27. Attached hereto as **Exhibit AA** is a true and correct copy of an excerpt of Dr. William Longo's deposition on October 23, 2023, in *Eagles v. Arvinmeritor, Inc., et al.*, No. 22CV018294 (Super. Ct. Ca., Alameda Cnty.).

28. Attached hereto as **Exhibit AB** is a true and correct copy of an excerpt of a transcript of a Rule 104 hearing regarding Dr. William Longo on May 30, 2024, in *Clark et al. v. Johnson & Johnson, et al.,* No. MID-L-003809-18AS (N.J. Super. Ct., Middlesex Cnty.).

29. Attached hereto as **Exhibit AC** is a true and correct copy of Dr. Shu-Chun Su's report dated May 21, 2024, issued in the above-captioned case.

30. Attached hereto as **Exhibit AD** is a true and correct copy of Judge William Alsup's Order Setting Supplemental Briefing Schedule re: Motion to Exclude Testimony of Dr. Kemerer, issued on April 22, 2016, in *Oracle Am., Inc., v. Google, Inc.,* No. 3:10-cv-03561-WHA (N.D. Cal.).

31. Attached hereto as **Exhibit AE** is a true and correct copy of Defendant Google Inc.'s Motion in Limine No. 1 to Exclude Certain Testimony from Expert Report of Dr. Chris F. Kemerer, filed on March 23, 2016, in *Oracle Am., Inc., v. Google, Inc.,* No. 3:10-cv-03561-WHA (N.D. Cal.).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 3, 2024

_____
MATTHEW L. BUSH