# Exhibit A

```
                                                          Page 1

 1                  SUPERIOR COURT OF NEW JERSEY
                    LAW DIVISION - MIDDLESEX COUNTY
 2                  DOCKET NO. MID-L-003809-18AS
 3
 4
     KAYME A. CLARK and            )
 5   DUSTIN W. CLARK,              )     104 HEARING
                                   )
 6            Plaintiffs,          )     TRANSCRIPT OF
                                   )      PROCEEDINGS
 7         v.                      )
                                   )        (VOLUME I)
 8                                 )
     JOHNSON & JOHNSON, et al.,    )
 9   et al.,                       )
                                   )
10            Defendants.          )
     ------------------------------
11
12              Place: Middlesex County Courthouse
                       56 Paterson Street
13                     New Brunswick, New Jersey  08903
14
                Date:  May 29, 2024
15                     9:02 a.m.
16
17   B E F O R E:
18       HONORABLE ANA C. VISCOMI, J.S.C.
19
20
21              ANDREA F. NOCKS, CCR, CRR
                PRIORITY ONE
22              290 West Mount Pleasant Avenue
                Livingston, New Jersey  07039
23              (718) 983-1234
                E-mail: p1steno@veritext.com
24
25
```

Page 18

1    polarized light microscopy, right?
2         A.    Yes.
3         Q.    Okay.  And each of these microscopes
4    have different methodologies that you would use if
5    you were trying to identify whether something is
6    really chrysotile, correct?
7         A.    That is correct.
8         Q.    And historically you have really
9    considered yourself a TEM analyst, right?
10        A.    Yes.  I've done more TEM than
11   anything.
12        Q.    We'll talk a little bit about that
13   when we get to your PLM qualifications.
14              Let's go back to slide 1, and I just
15   want to put a little meat on the bones of the first
16   point and I know you said you agree with that in
17   general but I want to make sure that we have in the
18   record the details of it, and so let's go to slide
19   5.
20              Okay.  So I want to walk through and
21   make sure that these are correct.
22              So, as I said, you were hired
23   sometime in 2016 to look at Johnson & Johnson,
24   right?
25        A.    Yes, sir.

Page 36

1      Q.      Okay.
2      A.      Maybe I misunderstood what you were
3  asking.
4      Q.      I just want to know what the variable
5  is that changed, okay, that changed so that now
6  you're identifying it.  So, I'm exploring whether or
7  not that is the use of concentration.  So, that's
8  what we're going to talk about now and, trust me,
9  we'll be talking about Calidria.  Okay?
10     A.      The variable that changed is that we
11 got our hands on the Calidria SG-210.  That helped
12 the analyst understand what they were looking for
13 since the SG-210 has all the same characteristics of
14 what we're finding in the chrysotile.  That's what
15 changed.
16     Q.      Okay.  Trust me, we're going to talk
17 about that.
18             When was the first time your lab ever
19 examined Calidria chrysotile?
20     A.      The first time?
21     Q.      Yep.
22     A.      I think the first time is when we
23 looked at some Visbestos some years ago under court
24 order, and this was like in 2015 or '14, and we did
25 PLM analysis there.  And if you go to your Exhibit

Page 42

1  but let's first do TEM because it's fairly quick.
2            So if we then go to slide 12, these
3  are -- the things below are not chrysotile, they're
4  amphibole.  But within of the things that TEM can do
5  is if you find a particle and you want to know is it
6  talc, is it chrysotile, it can provide you detailed
7  information on chemistry and on crystal structure to
8  identify the proper mineral, correct?
9       A.      Correct.
10      Q.      Okay.  In fact, you have said if you
11 use a TEM, if you choose to use a TEM, it is fairly
12 simple to tell whether or not you are, in fact,
13 looking at chrysotile as opposed to talc, right?
14      A.      Correct.
15      Q.      Okay.  And now let's talk about PLM
16 and the additional dimension that adds and how it
17 can then be manipulated as we'll eventually say by
18 an analyst.
19           Before I get there, though, I want to
20 just talk a little bit about your PLM
21 qualifications.  Okay?  And so, slide 13.
22           Fair to say that as of 2019, which is
23 right before you started to issue reports claiming
24 to find chrysotile in Johnson & Johnson, you said
25 that you personally do not do PLM analysis?

Page 44

1   analyze those samples but it would take me all day
2   so I don't do it.
3         Q.    Okay.  We'll talk more about that a
4   little bit later but...
5               And if we look at the reports in
6   which MAS has claimed to find chrysotile in
7   Johnson & Johnson, you can see the names of the
8   people who actually did the analysis, right?
9         A.    Correct.
10        Q.    And you are never listed as the
11  analyst?
12        A.    Well, the only people that is listed
13  as the analyst is the person that goes from start to
14  finish.  When I sit down or there's a structure that
15  there's some debate on it and I sit down and look at
16  it and go through it, I don't put my name down for
17  one structure.  That's not fair.
18        Q.    Okay.  But, again, the analyst would
19  typically be somebody like a Paul Hess, right?
20        A.    Correct.
21        Q.    Okay.  But you, I think you just said
22  you feel comfortable answering questions today about
23  PLM dispersion analysis and how it's done at MAS,
24  right?
25        A.    Yes, sir.

1        Q.     Okay.  But if we go to the next
2   step, just so you understand the process, slide
3   17 -- sorry, actually, it's slide 16 first.
4               So what the analyst will do is they
5   will observe the particle under the microscope in
6   the refractive index oil and they will determine
7   what color they say they are seeing, right?
8        A.     Correct.
9        Q.     And then the next step on a very
10  basic level, if we go to slide 17, is that that
11  particular color will be associated with a
12  wavelength of light, right?
13       A.     Yes.
14       Q.     And so, here if we take that sort of
15  magenta-y color, that would be approximately 540
16  nanometers if you're converting it into a wavelength
17  of light, right?
18       A.     Yeah, 540, 530, right around there.
19       Q.     Okay.  And we can show which it is
20  but the next thing you do, the next step, if we go
21  to slide 18, is that you take that wavelength of
22  light and considering what oil you're using and
23  temperature and things like that, you can then
24  convert it into what's known as a refractive index
25  number or RI number, right?

Page 49

1         A.      Yes.
2         Q.      Okay.  And we're going to be working
3    with those numbers a good bit today.  And there is
4    an image here of an individual, Dr. Su, and there
5    are tables and methods that are used to perform this
6    type of analysis that were developed by him, right?
7         A.      This analysis?
8         Q.      Yes, this kind of PLM dispersion
9    staining analysis.
10        A.      No.  I would give the credit to
11   Dr. Walter McCrone back in the early '70s.
12        Q.      You use the Su tables as part of your
13   analysis?
14        A.      Yes.  He gives them out when he
15   audits your lab.  So, we have them there.  The
16   analyst, especially Mr. Hess who's been doing this
17   for, I don't know, 40 years, but we always use them
18   because it's handy.
19        Q.      Do you recognize Dr. Su in this
20   courtroom?
21        A.      I'm trying to remember the last time
22   he came and audited our laboratory.
23        Q.      I mean right there.
24        A.      Right where?
25        Q.      Right there.  Can you please stand

Page 90

1       A.      I guess so.
2       Q.      And so, we've seen that image before
3  already.  I wonder if we can call it -- it's CX-006.
4               So we were talking about this and I
5  asked you about the illumination on this image and
6  the dark golden colors on this image, right?  You
7  recall that?
8       A.      Yes.
9       Q.      And I said there are ways that you
10 can use this type of microscope but white balance or
11 purple illuminate your image to get what should be
12 an appropriate PLM image for dispersion staining,
13 and there are ways you can do that, right?
14      A.      The illumination is controlled by
15 just a small little wheel.  These PLM analysts would
16 not want to cut all that down because it would make
17 it harder to see all the structures.
18      Q.      So --
19      A.      What you ought to show here is the
20 talc under the same conditions as this, that's
21 completely different.
22      Q.      Okay.  So, let's do that.
23              So now I'm handing up -- we'll mark
24 this as D-10 -- a declaration that you had in an
25 image that was taken in your lab at around the same

```
                                                          Page 110
 1              And, again, so, the key thing is what
 2   does the analyst actually see here as opposed to
 3   what does he report the color is.  Okay?
 4              And so if we just go to the plain
 5   image, I guess let's make it an exhibit next.  It's
 6   already an exhibit.
 7              Let's just go to the plain image
 8   first, and it's PDF 3, it's something that's already
 9   in evidence, which is the 2023/02/28 Valadez report.
10   What D number?
11              MR. HYNES:  Eight.
12              MR. DUBIN:  D-8, okay.
13    BY MR. DUBIN:
14       Q.     Let's put just the image itself up
15   first.  Is there a way we can Zoom on that a little
16   bit to make it easier to see?
17              Okay.  And so, when I first asked you
18   about this without using a color bar or without
19   doing anything else, you told me that you were
20   observing in this particle a brownish gold, correct?
21       A.     Correct.
22       Q.     Okay.  But then you give some data
23   here -- if we can scroll back up, we can see RIs.
24   You give some data at the bottom and there's an RI
25   number.  You see it?  You see RI 1564, right?
```

Page 111

1       A.      Correct.
2       Q.      And what you're able to do when you
3  give us that piece of data is we can do an analysis
4  in reverse to figure out what color your analyst was
5  calling the particle.  And so I just want to make
6  sure we understand how that works in reverse.  So
7  let's start with slide 46.  Actually, we can
8  probably go to 47.
9               Okay.  And so, for example, if you
10 just give the RI which was 1564, we can consult
11 the Su tables for the appropriate oil, and if we go
12 to 4 -- I can't see -- if we go to 48, we've done
13 this before, we can see that the color you're
14 calling this is equivalent to the wavelength of
15 light of 560, and if we go to slide 50, we can see
16 that that color, the color that you are calling this
17 particle for purposes of your analysis calling it
18 chrysotile is this deeper purple, right?
19      A.      It shows it on there but it's a
20 blend.  So that's where that should be -- should be
21 in my opinion.  There really is no purples I'm aware
22 of.  But that's where it falls.  And I stick with
23 it.
24      Q.      And you stick with it because you've
25 already admitted that if we go to, for example,

Page 113

1    Q.    I mean, we can just -- we've already
2  marked ISO but do you recall it as 1.556.
3  Otherwise, we can look back at ISO.
4    A.    Okay.
5    Q.    What?
6    A.    I said okay.
7    Q.    So, this is slide 19, we'll just call
8  it up.  It's already in.  So they're reference
9  values.  So, ISO tells you what color it thinks that
10 is, right?
11   A.    Yes, for the 1866b.
12   Q.    And so, it gives you this number
13 1.556, right, correct?
14   A.    Correct.
15   Q.    And if we look back at Longo slide
16 15, you can see that 1.556 corresponds to this
17 magenta, right?
18   A.    Yes, sort of magenta, I agree.
19   Q.    And so, just comparing the two
20 colors that you're calling this -- we can go to
21 slide 54 -- you are claiming that this particle that
22 you found in Johnson & Johnson that's on the left is
23 more purple than standard reference chrysotile,
24 right?
25   A.    No, it's not more purple.  It's just

1  a blend of those colors.  And you have to be looking
2  under the microscope also to dial it in, but it's
3  not magenta and has no relationship to these 1866bs.
4       Q.     And, remember when we were talking
5  before that one of the reasons why chrysotile has a
6  low birefringence value, for example, is that purple
7  is not that far from blue on the color chart, right;
8  that's why chrysotile has a low birefringence,
9  right?
10      A.     It has a low birefringence because
11  that's the way the crystal is designed.
12      Q.     But if I'm looking at a yellow
13  particle and I treat it as a purple particle, then
14  I'm creating low birefringence?
15      A.     No, we're not creating anything.
16      Q.     Well, there's no dispute, though, for
17  example, if we look at slide 55, that when you do
18  this calculation, when you eventually do the
19  birefringence calculation that you rely on, the
20  input in one of the two numbers that you're using
21  for that calculation for this particle will be based
22  on the refractive index that's associated with that
23  dark purple, right?
24      A.     That brownish color, yes.
25      Q.     Okay.  And so whatever result you get

1    you know, the very edge, fiber bundle, fibers on
2    edge.  But I'm not sitting at the microscope and
3    this has been copied a few times, so it's kind of
4    hard to debate you on it.
5         Q.    Okay.  So, slide 58, just so we can
6    get the last particle, this is another particle that
7    you're saying has a refractive index range of 1.565
8    to 1.568, so the circled range, again, treating this
9    particle for your analysis as if it's magenta,
10   right?
11        A.    I wouldn't call it quite magenta, I'd
12   call it more purple.
13        Q.    And, I know one of the things that
14   you've -- and you've mentioned it here, if we go
15   back to slide 51 for a second, one of the things
16   that you said and you tried to say is, well, sure,
17   looks yellow, but I see some coloration around the
18   edge and you said that again today, right?
19        A.    Yes, sir.
20        Q.    But, even if we look at just this one
21   image and we can look at a lot more if we need to,
22   there are things around this that are definitely
23   talc plates, right?  You're not claiming that's all
24   chrysotile, these rounded structures, right?
25        A.    No, of course not.

Page 118

1    Q.   And so, we see the same kind of red
2    edge effect because of your imaging on the talc
3    plates also, right?
4    A.   We have to get it in the same
5    orientation but some do, some don't.
6    Q.   And I asked you about that initially
7    before you started relying on the edge effects to
8    call fibers chrysotile, I asked you about these edge
9    effects and you told me that when you see them on
10   particles, you don't know whether they were just an
11   artifact or not, correct?
12   A.   When was that?
13   Q.   That was in your Eagles deposition.
14   A.   Then that must be correct.
15   Q.   Okay.  And I asked you whether these
16   red edges were an artifact and you said maybe, and
17   you would have to check if your focus was off,
18   right?
19   A.   Yes.
20   Q.   And so if we go back to 51, for
21   example, I've already got it up, if you're claiming
22   to see some sort of edge effect here that you're
23   basing your purple color on but it's an artifact,
24   then your entire analysis is wrong?
25   A.   No, this analysis is not wrong.  This

Page 119

1   is chrysotile and I would need to be looking at the
2   microscope here.  I stand by this.  It's not wrong.
3   And we'll get to that more tomorrow, I guess.
4        Q.    Well, slide 55, as you pointed out,
5   that if this edge effect that you're basing calling
6   this color, this purple, if that's just an artifact
7   of the image and not what you need to be focusing on
8   for dispersion staining, then when you do this
9   calculation, you're putting the wrong number in
10  there, it should be the number corresponding to the
11  yellow?
12       A.    That is not yellow and, you know, if
13  it's this, if it's that.  You know, chrysotile, the
14  birefringence can get as high as 0.017.  So, it is
15  not wrong.
16       Q.    Okay.  So, I'm going to move now to
17  talking about illumination in your Valadez work.
18             MR. DUBIN:  Your Honor, I don't know
19  if you prefer me to stop now and pick up after lunch
20  or go on for a little bit, I'm happy either way.
21             THE COURT:  Do you have any
22  preference, Dr. Longo?
23             THE WITNESS:  Probably might be a
24  good time to break for lunch.
25             THE COURT:  All right.

Page 159

1  we're all talking about.  So, slide 85.
2           So, Calidria is, actually, just -- is
3  a brand name for a particular type of chrysotile
4  asbestos, right?
5      A.     Correct.  It's like amosite.  Amosite
6  is not a mineral.  It's the asbestos mines of South
7  Africa.  So, it's just a tradename.
8      Q.     The name comes from California and
9  the New Idria serpentine deposit, right?
10     A.     That's right, good for you.
11     Q.     Been there, so...
12            And the chrysotile from that area is
13 typically considered to be a unique chrysotile
14 formation that occurs there and perhaps one mine in
15 Yugoslavia, right?
16     A.     Correct.
17     Q.     In fact, you said you've never seen,
18 I think -- the chrysotile from there is completely
19 different from chrysotile that you find in Canada,
20 Vermont, Arizona, places like that; it's a different
21 sort of morphology is what you said, right?
22     A.     If you put Calidria in like a Ziploc
23 bag, it looks like flour.  If you take chrysotile
24 from Canada or 30 other places, it's almost like
25 cotton candy.

Page 160

1   Q.     As I understand it, your theory is
2   that because laboratories out there don't understand
3   what Calidria looks like, that's why they're
4   supposedly missing chrysotile in all of these talc
5   products, right?
6   A.     That's what I think.  There's got to
7   be a reason that other people aren't finding it
8   except with TEM are the ones I know about.
9   Q.     And so, your theory is that this
10  unique form of chrysotile that's found in this one
11  location in California is the type of chrysotile or
12  the appearance of chrysotile that is found in talc
13  from Vermont, from Italy, from Montana, from every
14  other mine, talc mine in the United States, that
15  somehow this unique type of chrysotile structure
16  that has only been found in this one mine in
17  California has somehow jumped into talc from every
18  area in the United States and from Italy, right?
19  A.     Now you're being silly.  I'm sorry.
20         No.  It's not jumped in there.  And
21  also, these materials have been milled.  You can go
22  to the RG -- the SG-210 chrysotile without us doing
23  anything has an average length of 10 microns, the
24  RG-144 without us doing anything has any average
25  length of about 80 microns.  So, this not formed

Page 250

1          CERTIFICATE OF OFFICER
2
3               I CERTIFY that the foregoing is a true
4    and accurate transcript of the testimony and
5    proceedings as reported stenographically by me at
6    the time, place and on the date as hereinbefore set
7    forth.
8               I DO FURTHER CERTIFY that I am neither
9    a relative nor employee nor attorney or counsel of
10   any of the parties to this action, and that I am
11   neither a relative nor employee of such attorney or
12   counsel, and that I am not financially interested in
13   the action.
14                   *Andrea Nocks CCR CRR*
15                   ---------------------------------
16                   ANDREA NOCKS, CCR, CRR
                     Certificate No. X100157300
17                   Certificate No. XR00011300
18
19
20
21
22
23
24
25