# Exhibit F

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                        COUNTY OF ALAMEDA
 3                            ---oOo---
 4     MARLIN LEWIS EAGLES and
       GEORGIA EAGLES,
 5          Plaintiffs,
                                       No. 22CV018294
 6     vs.
       ARVINMERITOR, INC., et
 7     al.,
            Defendants.
 8     _____/
 9
10
11
12        VIDEOTAPED ZOOM DEPOSITION OF WILLIAM LONGO, Ph.D.
13                    VOLUME 3, Pages 282 - 507
14                       November 3, 2023
15
16
17
18
19
20
21                         REPORTED BY:
22              EARLY K. LANGLEY RMR, RSA, B.A.
23                        CSR NO. 3537
24                   JOB NO:   6298688
25
                                                     Page 282
```

```
 1    at least two orders of magnitude higher.
 2         Q.   And so that -- that opinion would apply to
 3    any cosmetic talc sold by any retailer, large or
 4    small, in the United States at any point in time;
 5    correct?                                              12:53
 6         A.   Yes.  But just to make it careful, it's
 7    the -- I'm not aware of any other mines than I've
 8    already stated in the United States and I'm not
 9    aware of any other mines for cosmetic talcs in
10    Europe or Asia such as Chinese, such as Italian,      12:53
11    such as France, such as Brazil, and such as India.
12         Q.   But North America, you're -- are you
13    confident in saying that there's asbestos in every
14    bottle of cosmetic talc that was sold at any time
15    in North America?                                     12:54
16         A.   Any bottle that was sold in North America
17    that used a mine source for cosmetic talc in North
18    America will have some level of asbestos in it,
19    and it just depends on the detection limit is --
20    if we can find it or not.  So it's all about          12:54
21    detection limits.
22         Q.   Okay.  But let me take that a little bit
23    further.
24              Do you have an opinion as to what
25    percentage of that talc is at a detection limit       12:55
```

Page 449

```
 1    STATE OF CALIFORNIA
 2                                    ss.
 3    REPORTER'S CERTIFICATE
 4
 5
 6          I, EARLY LANGLEY, a Certified Shorthand
 7    Reporter, State of California, do hereby certify:
 8          That WILLIAM LONGO, Ph.D., in the foregoing
 9    deposition named, was present via Zoom and by me
10    sworn as a witness in the above-entitled action at
11    the time and place therein specified;
12          That said deposition was taken before me
13    via Zoom at said time and place, and was taken
14    down in shorthand by me, a Certified Shorthand
15    Reporter of the State of California, and was
16    thereafter transcribed into typewriting, and that
17    the foregoing transcript constitutes a full, true
18    and correct report of said deposition and of the
19    proceedings that took place;
20    IN WITNESS WHEREOF, I have hereunder subscribed my
21    hand on November 6, 2023.
22
                          [signature: Early Langley]
23                        EARLY LANGLEY, CSR NO. 3537
                          State of California
24
25
```

Page 507