# Exhibit G

ID# 2023-0146278-CV
**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23106785**

Henry R. Thompson - 68
OCT 20, 2023 04:49 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| Materials Analytical Services, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) CIVIL ACTION <br> ) FILE NO. <br> ) 23106785 |
| Johnson & Johnson, et al., | ) <br> ) |
| Defendants. | ) |

Relates To:

| | |
|---|---|
| Matthew Streck Individually, et al. | ) <br> ) |
| Plaintiff, | ) IN DIVISION FOUR OF THE <br> ) CIRCUIT COURT OF |
| v. | ) JEFFERSON COUNTY, <br> ) KENTUCKY |
| Johnson & Johnson, et al., | ) <br> ) No. 21-CI-06290 |
| Defendants. | ) |

### ORDER DENYING MATERIALS ANALYTICAL SERVICES, LLC'S MOTION TO QUASH A FOREIGN SUBPOENA AND FOR PROTECTIVE ORDER

This matter came to be heard before the Court on October 12, 2023, upon Plaintiff Material Analytical Services, LLC's ("MAS") Motion to Quash Foreign Subpoena and for Protective Order concerning a subpoena served on Mr. Paul Hess, who is an employee of MAS. The subpoena was served under Georgia's Uniform Interstate Depositions and Discovery Act (O.C.G.A. §§ 24-13-110 to 24-13-16) and relates to a personal injury product liability action filed in Jefferson County, Kentucky. The Kentucky action involves

allegations that Chattem Inc.'s product Gold Bond and Johnson & Johnson's product Baby Powder contain asbestos. Chattem seeks to depose Paul Hess, who is the microscopist at MAS who tested and analyzed 22 samples of Gold Bond for the presence of asbestos.

The Court has reviewed and considered MAS' Motion, the Response by Chattem, Inc., and MAS' Reply, as well as the arguments of counsel presented at the October 12, 2023 hearing. The Court finds that the subpoena for the deposition of Mr. Hess seeks discovery of information that is relevant to the issues in the Kentucky action concerning the testing of Gold Bond and other talc products at issue. The Court further finds that the subpoena is not unreasonable, oppressive or unduly burdensome to MAS or Mr. Hess.[1] The Court has also considered the additional arguments raised by MAS and Mr. Hess in opposition to the Subpoena and finds those arguments to be without merit.

It is therefore ORDERED as follows:

1. The Motion to Quash Subpoena of Paul Hess and for Protective Order is hereby DENIED;

2. Upon the revival of the Kentucky action, Paul Hess shall appear for his deposition on a date to be determined by counsel for the parties to this action or, if the parties cannot agree, by the Court; and

3. The Court shall retain jurisdiction of this matter.

---

[1] At the hearing, counsel for MAS stated that he also represented Mr. Hess in this proceeding.

2

This 20th day of October, 2023.

_____
HENRY THOMPSON, JUDGE
SUPERIOR COURT OF COBB COUNTY

3