# Exhibit I

*Certified Copy*

1      SUPERIOR COURT OF NEW JERSEY
       LAW DIVISION: MIDDLESEX COUNTY
2

3  RICARDO RIMONDI and        )
   PILAR RIMONDI,             )
4                             )
                Plaintiffs,   )
5                             ) DOCKET NO.
           vs.                )
6                             ) MID-L-2912-17
   BASF CATALYSTS LLC, et al.,)
7                             )
                Defendants.   )
8  _____)

9  JOANNA RUMAN and           )
   JACENTY RUMAN,             )
10                            )
                Plaintiffs,   )
11                            ) DOCKET NO.
           vs.                )
12                            ) MID-L-2919-17
   BASF CATALYSTS LLC, et al.,)
13                            )
                Defendants.   )
14 _____)

15

16                 DEPOSITION OF

17            WILLIAM E. LONGO, PhD

18              January 7, 2019

19                10:30 a.m.

20           11555 Medlock Bridge Road
                   Suite 100
21            Johns Creek, Georgia

22

23      Debra R. Luther, RMR, CRR, CCR-B-881

24

25

*Atlanta Reporters, Inc.*
Georgia Certified  Court Reporters
866-344-0459

124

| | |
|---|---|
| 1 | any documents or published literature that suggests |
| 2 | there is richterite in Johnson & Johnson mines' talc? |
| 3 | A.    Again, for the same answer. |
| 4 | MR. EWALD:  Okay.  So I don't know if |
| 5 | anyone on the phone wants to ask questions.  If |
| 6 | not, I'll take a very short break to make sure I |
| 7 | haven't missed something.  Otherwise, I'll pass |
| 8 | the witness. |
| 9 | THE WITNESS:  Thank you. |
| 10 | MR. GARSON:  No, I don't have any. |
| 11 | MR. EWALD:  Let me take 5 minutes, look |
| 12 | over my notes, I think we're done. |
| 13 | (Recess from 3:42 p.m. to 3:50 p.m.) |
| 14 | Q.    (By Mr. Ewald)  If someone says that PLM |
| 15 | is not sensitive enough to find asbestos in cosmetic |
| 16 | talc, that would be a false statement; correct? |
| 17 | A.    Yes and no.  As long as you have the |
| 18 | analyst and you've got experience over time in |
| 19 | looking at it, but if -- to say you'll never find it |
| 20 | in PLM, it just depends on the experience and time |
| 21 | and individual doing it. |
| 22 | Q.    But at least in your view, MAS's analysts |
| 23 | have found asbestos in Johnson & Johnson's cosmetic |
| 24 | talc using PLM without any kind of heavy liquid |
| 25 | separation; correct? |

125

1          A.    This is true.  And after doing this work

2    now specifically on cosmetic talc for two years, it

3    would be my opinion that the evaluation of cosmetic

4    talc, in my mind now, three things need to be done.

5    Forget about XRD unless you're looking at the

6    tremolitic talc out of Korea.

7              I believe you need to do -- if you want to

8    fully characterize -- ISO PLM, Blount PLM, and TEM.

9    All three of those methods give you the best ability

10   to make a determination if asbestos is present or not

11   at these detection limits, and it has to be an

12   analyst doing the PLM that has experience in looking

13   at these types of materials, so a lot of years.  But

14   I believe all three of those need to be done.

15             If you're a talc mine, you don't stop at

16   negative -- you don't stop at a negative.  If you

17   were to do ISO PLM or R-93 PLM and you find asbestos,

18   you can stop.  If you don't find asbestos by ISO PLM,

19   you need to do the Blount PLM.  If you find it by

20   Blount PLM, you can stop.  That has detectable

21   asbestiform, tremolite or anthophyllite series.  And

22   if you don't there, then you do TEM.  Those are the

23   three that need to be done.  You can skip the XRD.

24        Q.    See, you talked and it made me think of a

25   couple questions.

132

1          C E R T I F I C A T E

2

3   STATE OF GEORGIA:

4   COUNTY OF GWINNETT:

5

6          I hereby certify that the foregoing

7       transcript was taken down, as stated in the

8       caption, and the questions and answers thereto

9       were reduced to typewriting under my direction;

10      that the foregoing pages 1 through 131 represent

11      a true, complete, and correct transcript of the

12      evidence given upon said hearing, and I further

13      certify that I am not of kin or counsel to the

14      parties in the case; am not in the regular

15      employ of counsel for any of said parties; nor

16      am I in anywise interested in the result of said

17      case.

18          This, the 10th day of January 2019.

19

20      _____
        DEBRA R. LUTHER, B-881
21      Georgia Certified Court Reporter

22

23

24

25