# Exhibit K

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

LINDA ZIMMERMAN, AN           )
INDIVIDUAL,                   )
                             )      **CERTIFIED ORIGINAL**
          PLAINTIFF,          )      CASE NO. BC720153
                             )
      VS.                     )
                             )      VOLUME II
AUTOZONE INC., ET AL.,        )
                             )
          DEFENDANTS.         )
_____)

VIDEOTAPED DEPOSITION OF WILLIAM LONGO, PH.D.

MAY 12, 2020

SUWANEE, GEORGIA

JOB NO. 300655
REPORTED BY KRISTIN VARGAS, CSR NO. 11908, RPR

1    me that PLM then is going to have trouble resolving

2    chrysotile in that Chinese talc without your heavy

3    liquid separation at very low concentrations?

4        A    At very low concentrations, that would be

5    correct.  You would have to define what very low

6    concentrations are.  At a concentration of what was

7    found in Titley, it does not have a problem using our

8    system.

9        Q    What do you mean by your system?

10       A    Well, we have an enhanced objective lens that

11   gives you better resolution to discriminate between the

12   fibers and it gives better resolution on the dispersion

13   staining.  And we have the high definition monitor that

14   allows you to increase the size and be able to adjust

15   your focus a little bit easier.

16           On a regular PLM setup with a PLM analyst

17   that's not experienced in looking at this, he may never

18   find it.  Maybe at the concentration we found, but I

19   don't know.

20       Q    So would you agree that at least for Coalinga

21   type chrysotile, the PLM procedure is not reliable for

22   confirming chrysotile asbestos in a sample, whether it's

23   a bulk building product or even something like a talc

24   without doing your heavy liquid separation technique?

25       A    No, I won't agree with that.  If you're

```
1   STATE OF CALIFORNIA      )
                             )        ss.
2   COUNTY OF LOS ANGELES    )

3

4        I, Kristin Vargas, Certified Shorthand Reporter,

5   Certificate No. 11908 do hereby certify:

6        That prior to being examined, the witness named in the

7   foregoing deposition was by me duly sworn to testify to the

8   truth, the whole truth, and nothing but the truth;

9        That said deposition was taken down by me in shorthand

10  at the time and place therein named and thereafter reduced

11  to typewriting under my direction, and the same is a true,

12  correct, and complete transcript of said proceedings;

13       That if the foregoing pertains to the original

14  transcript of a deposition in a Federal Case, before

15  completion of the proceedings, review of the transcript

16  { } was { } was not required.

17       I further certify that I am not interested in the event

18  of the action.

19

20       Witness my hand this __15th____ day of ___MAY,____

21  2020.

22                    _____

23            KRISTIN VARGAS
              Certified Shorthand Reporter
24            for the State of California

25
```