# Exhibit M

*Certified Copy*

```
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
                        FOR THE COUNTY OF HUMBOLDT


    CARLA ALLEN,                        )
                                        )
                 Plaintiff,             )
                                        )
              vs.                       )  CASE NO. DR180132
                                        )
    BRENNTAG NORTH AMERICA,             )
    INC.; (sued individually            )
    and as successor-in-interest        )
    to MINERAL PIGMENT                  )
    SOLUTIONS, INC., and as             )
    successor-in-interest to            )
    WHITTAKER, CLARK &                  )
    DANIELS, INC.), et al.,             )
                                        )
                 Defendants.            )
    _____ )


                          DEPOSITION OF

                      WILLIAM E. LONGO, PhD



                       September 14, 2018

                          11:30 a.m.



                    11695 Medlock Bridge Road
                      Johns Creek, Georgia



              Debra R. Luther, RMR, CRR, CCR-B-881
```

1    are different particles because they have different
2    optical properties; correct?
3         A.    Correct.
4         Q.    That's because they belong to different
5    crystal classes; right?
6         A.    Orthorhombic versus monoclinic, and that's
7    typically what you're dealing with there.
8         Q.    Do you still hold the view that
9    anthophyllite twins?
10        A.    I do.
11        Q.    Have you looked it up since we last spoke?
12        A.    I think I -- when we last spoke I said it
13   did twin, didn't I?
14        Q.    Yeah, you did.
15        A.    Yeah, it twins.
16        Q.    Okay.  Is that what Deer, Howie, and
17   Zussman says?
18        A.    I believe they do.
19        Q.    Did you look it up in Deer, Howie, and
20   Zussman?
21        A.    Not in a while.
22        Q.    Okay.  So in other words, you would find
23   out, for example -- strike that question.
24             If you got a particle that is exhibiting
25   parallel extinction, would that point you in one

61

1   direction or another?
2        A.   I don't recall.  I haven't done PLM in
3   such a long time.
4        Q.   Who are you relying upon in your
5   laboratory to do the PLM analysis?
6        A.   We have a couple people that do it.
7        Q.   Who are they?
8        A.   Paul Hess is one, Bill Egeland is one.
9   Those are the two -- those are the two primary people
10  who do it.
11       Q.   Would Mr. Hess know what particles would
12  show a parallel extinction?
13       A.   He may know all of them.  If we just go
14  to, you know, the parallel extinction for tremolite
15  oblique, I think they call it, and then if you go to
16  ones with the anthophyllite, it will tell you what
17  the parallel extinction is for that.
18       Q.   Does tremolite ever show parallel
19  extinction?
20       A.   I don't think so.  And again, it's been a
21  while since I've done this.  The next time we talk I
22  can explain it all for you in more detail.
23       Q.   Would there be a difference between
24  asbestiform and nonasbestiform tremolite as it
25  pertains to extinction angles?

174

## COURT REPORTER DISCLOSURE

Pursuant to Article 10.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia which states: "Each court reporter shall tender a disclosure form at the time of the taking of the deposition stating the arrangements made for the reporting services of the certified court reporter, by the certified court reporter, the court reporter's employer, or the referral source for the deposition, with any party to the litigation, counsel to the parties or other entity.  Such form shall be attached to the deposition transcript," I make the following disclosure:

I am a Georgia Certified Court Reporter.  I am here as a representative of Atlanta Reporters, Inc. Atlanta Reporters was contacted by King & Spalding, LLP, to provide court reporting services for the deposition.  Atlanta Reporters will not be taking this deposition under any contract that is prohibited by OCGA 15-14-37(a) and (b).

Atlanta Reporters has no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition.  Atlanta Reporters will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

_____
DEBRA R. LUTHER, B-881
Georgia Certified Court Reporter