# Exhibit N

*Certified Copy*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:  JOHNSON & JOHNSON         )
TALCUM POWDER PRODUCTS            )
MARKETING SALES                   )
PRACTICES, AND PRODUCTS           ) MDL NO.16-2738(FLW)(LHG)
LIABILITY LITIGATION              )
_____)

VIDEO-RECORDED DEPOSITION OF

WILLIAM E. LONGO, PH.D.

February 5, 2019

10:24 a.m.

Suite 100
11555 Medlock Bridge Road
Johns Creek, Georgia

Frances Buono, RPR, CCR-B-791

Atlanta Reporters, Inc.
Georgia Certified Court Reporters
866-344-0459

1    not an opinion.
2        Q.    (By Mr. Chachkes)  Okay.  Those are the
3    conclusions of your analysts?
4        A.    Yes.
5        Q.    Okay.  You have personally never tested a
6    talc sample for asbestos from start to finish
7    yourself?
8        A.    That is correct.
9        Q.    You're not trained in using PLM for the
10   purposes of testing talc for asbestos?
11            MR. CIRSCH:   Object to form.
12            THE WITNESS:   I have not taken a PLM
13   course for asbestos.
14       Q.    (By Mr. Chachkes)  You've not published
15   any PLM methodologies?
16       A.    No, sir.  We're not using our
17   methodologies.  We're using the standard protocol
18   methodologies.  So if we were to publish -- when we
19   publish this, we would be publishing that this is the
20   method we used.  That's like everybody else.
21       Q.    Have you published any PLM work testing
22   for asbestos in any context?
23       A.    Yes.
24       Q.    What is it?
25       A.    Our gasket study, our vermiculite studies,

1  our -- that have been published.  A number of papers
2  are published where it's going to be a study on
3  exposure.  You usually have to determine what the
4  concentration of asbestos is in the materials before
5  you publish that.
6       Q.    Those are published in peer-reviewed
7  literature?
8       A.    Yes, sir.
9       Q.    Okay.  But those are not finding asbestos
10 in talc; right?
11      A.    No, sir.  These are all construction
12 products.
13      Q.    Are you an expert in PLM?
14      A.    I think I know more than the average
15 layperson.
16      Q.    Are you an expert in PLM?
17      MR. CIRSCH:  Object to form.
18      THE WITNESS:  Again, that's up to a judge
19   to be an expert.
20      I know how the analysis is done, I could
21   do an analysis if I -- it would take me a lot
22   longer than what people typically do.
23      Q.    (By Mr. Chachkes)  One of the
24 disadvantages of PLM that you cite is that it cannot
25 resolve particles less than 1/2 micrometer; is that

361

# COURT REPORTER DISCLOSURE

Pursuant to Article 10.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia which states: "Each court reporter shall tender a disclosure form at the time of the taking of the deposition stating the arrangements made for the reporting services of the certified court reporter, by the certified court reporter, the court reporter's employer, or the referral source for the deposition, with any party to the litigation, counsel to the parties or other entity.  Such form shall be attached to the deposition transcript," I make the following disclosure:

I am a Georgia Certified Court Reporter.  I am here as a representative of Atlanta Reporters, Inc.  Atlanta Reporters was contacted to provide court reporting services for the deposition.  Atlanta Reporters will not be taking this deposition under any contract that is prohibited by O.C.G.A. 15-14-37(a) and (b).

Atlanta Reporters has no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition.  Atlanta Reporters will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

_____
FRANCES BUONO, B-791
Georgia Certified Court Reporter