# Exhibit O

Page 172

1              SUPERIOR COURT OF NEW JERSEY
               LAW DIVISION - MIDDLESEX COUNTY
2              DOCKET NO. MID-L-7385-16AS
3
4                                          VIRTUAL
    STEPHEN LANZO, III and              DEPOSITION UPON
5   KENDRA LANZO,                       ORAL EXAMINATION
                                              OF
6              Plaintiffs,              WILLIAM E. LONGO
         v.                                   Ph.D.
7                                          (VOLUME II)
    CYPRUS AMAX MINERALS CO.,
8   et al.,
9              Defendants.
    --------------------------------
10
11
12
13             TRANSCRIPT of the stenographic notes
14  of ANDREA F. NOCKS, a Certified Court Reporter and
15  Certified Realtime Court Reporter of the State of
16  New Jersey, Certificate No. XI01573, taken virtually
17  on Monday, October 30, 2023, commencing at
18  11:18 a.m. to 3:01 p.m. Eastern Standard Time.
19
20
21
22
23
24
25   JOB NO.:  6168098

Page 278

```
 1   objection, asked and answered.
 2          A.      If you have a range?  I never really
 3   looked for actual words.  You know, maybe in -- you
 4   know, maybe in a class somewhere -- you know, I
 5   don't know.  To me, it's just obvious.
 6          Q.      What PLM classes have you taken?
 7          A.      What?
 8          Q.      What classes have you taken in PLM
 9   dispersion staining?
10          A.      I haven't taken any.
11          Q.      Okay.  How did you learn to do PLM
12   dispersion staining?
13          A.      Self-taught.  It's not really that
14   hard.  And sometimes if you just sit down and learn
15   the science behind it, it's pretty -- you know, it's
16   more -- it is more complex than simple transmission
17   electromicroscopy for asbestos analysis.  But it's
18   very interesting to me.  I had fun learning all
19   about this.
20          Q.      Okay.  And are there any individuals
21   outside of MAS that you recognize to be authorities
22   in PLM dispersion staining analysis?
23          A.      It's an interesting question.
24                  Are they doing an actual calculation
25   of birefringence?  I'm not sure anybody is a
```

Page 299

1  CERTIFICATE OF OFFICER

2

3  I CERTIFY that the foregoing is a true
4  and accurate transcript of the testimony and
5  proceedings as reported stenographically by me at
6  the time, place and on the date as hereinbefore set
7  forth.
8  I DO FURTHER CERTIFY that I am neither
9  a relative nor employee nor attorney or counsel of
10 any of the parties to this action, and that I am
11 neither a relative nor employee of such attorney or
12 counsel, and that I am not financially interested in
13 the action.

14  *Andrea Nocks CCR CRR*

15  ---------------------------------
16  ANDREA NOCKS, CCR, CRR
     Certificate No. X100157300
17   Certificate No. XR00011300