# Exhibit P

Case 3:16-md-02738-MAS-RLS  Document 32683-17  Filed 06/03/24  Page 2 of 4 PageID: 185457
William Longo, Ph.D. - May 30, 2023

Page 1

```
                    COMMONWEALTH OF MASSACHUSETTS

    MIDDLESEX, SS.                      SUPERIOR COURT
                                        DEPARTMENT OF THE
                                        TRIAL COURT
    _____
    BRYCE ZUNDEL and DIANE ZUNDEL,)
                                  )
              Plaintiffs,         ) CIVIL ACTION NO.:
                                  )
         vs.                      ) 22-2145
                                  )
    AMERILURE, INC., et al.,      )
                                  )
              Defendants.         )


                            - - -

         Deposition of WILLIAM E. LONGO, PH.D.,

    taken on behalf of the Defendants, pursuant to

    Notice, in accordance with the Massachusetts

    Rules of Civil Procedure, before Louise

    Griffith, Certified Court Reporter, at 6470 East

    Johns Crossing, Suite 160, Johns Creek, Georgia,

    on the 30th day of May, 2023, commencing at the

    hour of 11:19 a.m.
```

William Longo, Ph.D. - May 30, 2023

### Page 182

1  A  Scheduling.
2  Q  Okay.
3  A  The PLM analysis is very tedious and long.
4  By TEM, we have three different analysts all
5  qualified to do that. Chrysotile was really up to
6  one person in our lab, but now we're going to have
7  three as we get --
8  Q  And the one person being Mr. Hess?
9  A  -- as we get people trained.
10 Q  Just want to make it clear. Clarify.
11 A  Yes.
12 Q  Mr. Hess is the one that's trained now?
13 A  He's the one that has been trained and has
14 been doing this and has given a lot of insight on
15 solving analytical issues.
16 Q  And you're training more people --
17 A  Yes.
18 Q  -- in PLM?
19 A  Correct.
20 Q  Okay. But TEM is -- doesn't require the
21 same level of training. Fair?
22 A  It's fair in that it's not as, to me -- and
23 I was an electron microscopy person. It is not as
24 complicated as PLM.
25 Q  Okay. And the analyst for the TEM work was

### Page 183

1  Mr. Motamedi?
2  A  Yes.
3  Q  Okay. And he works for you at MAS, right?
4  A  He has for a long time.
5  Q  And the count sheet indicates that there
6  were two grids with a total of a hundred openings; is
7  that right?
8  A  Correct.
9  Q  And are both grids in the same grid box?
10 A  Yes.
11 Q  And that's --
12 A  But different slots.
13 Q  Okay.
14 A  So they're individual with slots on them.
15 But, you know, the grid boxes are labeled, obviously,
16 and we keep them. So we have -- we'll save these
17 grids until... I don't know.
18 Q  Okay. So Mr. Motamedi identified a total
19 of two tremolite structures.
20   You already said that, right?
21 A  Correct.
22 Q  And the first tremolite structure is noted
23 on page 1 of 3 here. The numbering's in the bottom
24 right-hand corner.
25   And he recorded a length of 8.5 microns?

### Page 184

1  A  Correct.
2  Q  And a width of 1.5 microns?
3  A  Correct.
4  Q  And the structure says, bundle?
5  A  (Witness nods head.)
6  Q  What is bundle based on?
7  A  Based on the photograph.
8  Q  Okay. And we'll get to that in a minute.
9  Well, let's look at it now.
10   So it's the first photomicrograph in this
11 section?
12 A  Yes.
13 Q  And is it your opinion that this is a
14 bundle of tremolite?
15 A  If I was doing the analysis, I would call
16 this a bundle. And I would still call it a bundle
17 cause I can see little protrusions at the ends of
18 these. So, yes, this is a bundle. But for a
19 structure like this, you really need to be sitting at
20 the microscope where you can, you know, focus more
21 and go through different things. But even with what
22 I have here, I would call it a bundle.
23 Q  Okay. Well, Mr. Motamedi had an
24 opportunity to take different pictures of this
25 bundle, right?

### Page 185

1  A  Yeah. They'll need different pictures.
2  Q  This is the one he chose, correct?
3  A  Correct. It's fine. It's in focus.
4  Q  Okay.
5  A  And I can see what I need on it.
6  Q  Which is the protrusions?
7  A  Yeah. You can see little bumps at the end
8  and you can see a light color on the side. That's a
9  bundle. It's got parallel sides, it's greater than
10 .5 microns in length, and it has an aspect ratio of
11 greater than or equal to 5. So that's, that's a
12 regulated tremolite bundle.
13 Q  And bundle versus fiber because of these
14 protrusions?
15 A  Well, this is not a fiber. I mean, a
16 tremolite, a tremolite fiber would be much smaller
17 than that. So these are bundles with stacked-up
18 fibers. You know, it's hard to see with TEM because
19 when it gets dense like this, you can't see through
20 it. It's a little bit clearer on the next one.
21 Q  Well, let's get to the next one in due
22 course.
23 A  Sure.
24 Q  I just -- I'll get confused. I'm sure you
25 won't, but --

William Longo, Ph.D. - May 30, 2023

Page 294

CERTIFICATE

STATE OF GEORGIA:
COUNTY OF DEKALB:

I hereby certify that the foregoing transcript was taken down as stated in the caption, that the witness was first duly sworn, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 291 represent a true, correct, and complete transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case. The witness did reserve the right to read and sign the transcript.

This, the 8th day of June, 2023.

_____
LOUISE GRIFFITH, CCR-B-2121
Certified Court Reporter

Page 295

COURT REPORTER DISCLOSURE

Pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter. I am here as a representative of Regency-Brentano, Inc. I am not disqualified for a relationship of interest under the provisions of O.C.G.A. §9-11-28 ©.

Regency-Brentano, Inc. was contacted by the offices of Lexitas Philadelphia to provide court reporting services for this deposition.

Regency-Brentano, Inc. will not be taking this deposition under any contract that is prohibited by O.C.G.A. §15-14-37 (a) and (b).

Regency-Brentano, Inc. has no exclusive contract to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition.

Regency-Brentano, Inc. will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

_____
Louise Griffith, CCR-B-2121