# Exhibit Q

```
 1             SUPERIOR COURT OF NEW JERSEY
               LAW DIVISION - MIDDLESEX COUNTY
 2             DOCKET NO. MID-L-003809-18AS
 3
 4
     KAYME A. CLARK and              VIRTUAL
 5   DUSTIN W. CLARK,                DEPOSITION UPON
                                     ORAL EXAMINATION
 6          Plaintiffs,                 OF
                                     WILLIAM E. LONGO
 7       v.                             Ph.D.
                                      (VOLUME II)
 8   JOHNSON & JOHNSON, et al.,
 9          Defendants.
     -------------------------------
10
11
12
13            TRANSCRIPT of the stenographic notes
14   of ANDREA F. NOCKS, a Certified Court Reporter and
15   Certified Realtime Court Reporter of the State of
16   New Jersey, Certificate No. XI01573, taken virtually
17   on April 2, 2024, commencing at 11:18 a.m., Eastern
18   Standard Time.
19
20
21
22
23
24
25   Job No. 6625014
```

LONGO, Ph.D. - DIRECT

Page 206

| | | |
|---|---|---|
| 1 | A. | Correct. |
| 2 | Q. | And then one thing your lab |

mentioned -- or you mentioned back in this report in February 2020, that you were still working on the heavy liquid density for chrysotile asbestos and by TEM.

And it's still true that your lab has not analyzed the Johnson & Johnson Baby Powder sample and reported results of chrysotile by TEM using that method to date, right?

A. Correct.

Q. Okay. Then we go to Colley, which I've marked. It's an April 6, 2020, report. M71046 is another --

A. I'm sorry. M71046?

Q. Right.

A. '46. What is that, 20- -- 2020?

Q. Yes, sir.

A. Okay. Thank you.

Q. You're welcome.

And I guess I should mention just briefly, if we go back to the Zimmerman report that was on a container, one of the containers in that report was dated from 1994, right?

A. Correct.

```
                                                         Page 244

 1                     CERTIFICATE OF OFFICER

 2

 3            I CERTIFY that the foregoing is a true

 4   and accurate transcript of the testimony and

 5   proceedings as reported stenographically by me at

 6   the time, place and on the date as hereinbefore set

 7   forth.

 8            I DO FURTHER CERTIFY that I am neither

 9   a relative nor employee nor attorney or counsel of

10   any of the parties to this action, and that I am

11   neither a relative nor employee of such attorney or

12   counsel, and that I am not financially interested in

13   the action.

14                      [signature: Andrea Nocks CCR CRR]

15                      ---------------------------------

16                      ANDREA NOCKS, CCR, CRR
                        Certificate No. X100157300
17                      Certificate No. XR00011300

18

19

20

21

22

23

24

25
```