# Exhibit S

Case 3:16-md-02738-MAS-RLS   Document 32683-20   Filed 06/03/24   Page 2 of 4 PageID: 185470

WILLIAM LONGO, PH.D., on 02/20/2024                                       Page 1
ROCHELLE KRICH, et al. vs JOHNSON & JOHNSON, et al.

```
 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2               FOR THE COUNTY OF LOS ANGELES

 3   ROCHELLE KRICH, an           )
     individual; HERSHIE          )
 4   KRICH, an individual,        )
                                  )
 5            Plaintiff,          )
                                  )
 6       vs.                      ) Case No. JCCP 4674 /
                                  ) 21STCV22952
 7   JOHNSON & JOHNSON;           )
     JOHNSON & JOHNSON            )
 8   CONSUMER INC., a             )
     subsidiary of JOHNSON &      )
 9   JOHNSON; JOHNSON &           )
     JOHNSON INTERNATIONAL;       )
10   ALBERTSONS COMPANIES,        )
     INC., individually and as    )
11   successor in interest to     )
     SAV-ON DRUG STORES, INC.;    )
12   CYPRUS MINES CORPORATION;    )
     KMART CORPORATION; RALPHS    )
13   GROCERY COMPANY; and DOES    )
     1 through 400, inclusive,    )
14                                )
              Defendants.         )
15   _____) (Pages 1 - 143)

16

17

18   Remote Deposition of:  WILLIAM LONGO, Ph.D.

19   Taken on:  February 20, 2024

20   Commencing at:  8:36 a.m.

21

22

23                   EVANGELINE AYMOND

24         Certified Shorthand Reporter #14469

25                   FCRR, RPR, CCR
```

[Certified Transcript]

Case 3:16-md-02738-MAS-RLS   Document 32683-20   Filed 06/03/24   Page 3 of 4
PageID: 185471

WILLIAM LONGO, PH.D., on 02/20/2024                                    Page 53
ROCHELLE KRICH, et al. vs JOHNSON & JOHNSON, et al.

```
 1   people, right, those individuals we just talked about?
 2   A     Correct.
 3   Q     And Mr. Hess, I believe you had testified
 4   before, has been doing PLM analysis for almost 40 years.
 5         Is that fair?
 6   A     Yeah, he could be reaching that now.
 7   Q     And how long has he worked at your lab, sir?
 8   A     Thirty-two, 33 years.
 9   Q     And have you ever had to train Mr. Hess on use
10   of the PLM?
11   A     No.
12   Q     I suspected so based on his extensive time
13   using them before or to date, rather.
14         Does that include --
15   A     He was actually trained by Walter McCrone
16   himself in a previous job he had before he hired him.
17   Q     So Mr. Hess worked at McCrone and Associates?
18   A     No.  He went -- he took the course there.
19   Q     I see.
20   A     And it was actually Walter McCrone still
21   teaching the course back when he took it.  Same with
22   Chris Dubour.
23   Q     And so my understanding is at some point a
24   couple years ago your lab changed I think from an
25   Olympus to -- and I'll probably butcher this -- a Leica
```

Case 3:16-md-02738-MAS-RLS    Document 32683-20    Filed 06/03/24    Page 4 of 4 PageID: 185472

WILLIAM LONGO, PH.D., on 02/20/2024                                           Page 143
ROCHELLE KRICH, et al. vs JOHNSON & JOHNSON, et al.

1            REPORTER'S CERTIFICATE

2

3            I certify that the foregoing proceedings in

4   the within-entitled cause were remotely reported at the

5   time therein named; that said proceedings were remotely

6   reported by me, a duly Certified Shorthand Reporter of

7   the State of California, and were thereafter transcribed

8   into typewriting.

9            I further certify that I am not of counsel or

10  attorney for either or any of the parties to said cause

11  of action, nor in any way interested in the outcome of

12  the cause named in said cause of action.

13           IN WITNESS WHEREOF, I have hereunto set my

14  hand this date of February 23, 2024.

15

16

17   *[signature: Evangeline Aymond]*

18   _____

19   EVANGELINE L. AYMOND
     Certified Shorthand Reporter
     State of California
20   Certificate No. 14469

21

22

23

24

25

