# Exhibit T

Page 1

NO. 16-CI-03503                    JEFFERSON CIRCUIT COURT
                                   DIVISION TEN (10)


DONNA ANN HAYES                              PLAINTIFF




VS.          TRANSCRIPT OF PROCEEDINGS

        JULY 23, 2019



COLGATE-PALMOLIVE COMPANY,
ET AL.                                       DEFENDANTS




                        *    *    *


   Heard before the Hon. Angela McCormick Bisig,
Judge, Jefferson Circuit Court, Division 3,
Louisville Justice Center, Louisville, Kentucky.



                        *    *    *




                    NANCY L. NUNNELLEY, R.M.R.
                      Coulter Reporting, LLC
                      East Kentucky Street
                          Suite 200
                   Louisville, Kentucky  40203
                        (502) 582-1627
                      FAX: (502) 587-6299


            E-MAIL:  Nnunnelley@coulterreporting.com

Page 181

1       Let me take that back.

2               And you have said that McCrone would have

3       been a good choice in the 1970s for a company to

4       go to test a product like talc by TEM, right?

5                       A.      Yes.

6                       Q.      Okay.   And when you were testifying

7       for Scott's, I think you said that McCrone was

8       literally the best lab in the country back in the

9       1970s and '80s, right?

10                      A.      Yes, sir.   When I wrote that

11      report, that was my opinion of them.

12                      Q.      Not only that, you've said Walter

13      McCrone was among the best optical microscopists

14      in the world, right?

15                      A.      Yes, sir.

16                      Q.      And did you know that Walter

17      McCrone also looked at Johnson & Johnson talc for

18      the presence of asbestos?

19                      A.      Yes, sir.   I assume he did.

20                       MR. DUBIN:   And just so we have that in

21      the record, mark this as Defense 14.

22              (Passing document)

23                       MR. DUBIN:   Sorry.   And this I will

24      offer at this time.

25                       THE COURT:   So I think you're on 13 in

Page 327

 1   STATE OF KENTUCKY

 2  COUNTY OF JEFFERSON

 3       I, NANCY L. NUNNELLEY, RMR, Notary Public,

 4  State of Kentucky at Large, do hereby certify that

 5  the foregoing deposition was taken at the time and

 6  place stated in the caption; that the appearances

 7  were as set forth in the caption; that prior to

 8  giving their testimony the witness was first duly

 9  sworn by me, that said testimony was taken down by me

10  in stenographic notes and thereafter reduced under my

11  supervision to the foregoing typewritten pages and

12  that said typewritten transcript is a true, accurate

13  and complete record of my stenographic notes so

14  taken.

15       I further certify that I am not related by

16  blood or marriage to any of the parties hereto and

17  that I have no interest in the outcome of captioned

18  case.

19       My commission as Notary Public expires July 10,

20  2023.

21       Given under my hand this the 24th day of

22  July, 2019, at Louisville, Kentucky.

23

24

25                                 NOTARY PUBLIC