# Exhibit U

*Certified Copy*

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
2               FOR THE COUNTY OF LOS ANGELES

3   KIRK VON SALZEN and          )
    JANET VON SALZEN,            )
4                                )
                Plaintiffs,      )
5                                )
            vs.                  )
6                                )
    AMERICAN INTERNATIONAL       ) Case No. JCCP 4674/
7   INDUSTRIES INC. (sued        ) BC680576
    individually and as          )
8   successor to PINAUD, INC.,   )
    BARBARA ALICE, INC., ED      )
9   PINAUD, INC. d/b/a ED.       )
    PINAUD, and NESTLE-LE MUR    )
10  COMPANY); et al.,            )
                                 )
11              Defendants.      )
    _____ )
12

13

14                    DEPOSITION OF

15                WILLIAM E. LONGO, PhD

16

17                    June 27, 2018

18                     11:28 a.m.

19

20        11555 Medlock Bridge Road, Suite 100
                 Johns Creek, Georgia

21

22

23        Debra R. Luther, RMR, CRR, CCR-B-881

24

25

*Atlanta Reporters, Inc.*
Georgia Certified Court Reporters
866-344-0459

148

1    You know, I've sat on -- we're usually on competing

2    sides on different things over the years, so I don't

3    have anything bad to say about Dr. Pooley.

4         Q.    Let me ask you this.  Would you agree,

5    with all the work that you've done in the last two

6    years, that some of the best experts in the world had

7    reached the conclusion at some point that there was

8    no asbestos in Johnson & Johnson Baby Powder?

9         A.    You know, I can't validate that.  I mean,

10   there's documents that obviously show that there's

11   asbestos in Johnson & Johnson over the years, so I

12   don't know what the best experts are.

13        Q.    Well, let's go through some of them, then.

14   You've told us in trials that Walter McCrone was one

15   of the best optical microscopists in the world;

16   right?

17        A.    For his time frame he was the best optical

18   microscopist in the world.  However, Walter McCrone

19   didn't have any management responsibilities at

20   McCrone Associates starting in 1960 because he

21   started the McCrone Research Institute.  He was

22   available if people had questions, but pretty much

23   Ian Stewart was running the show.

24        Q.    Well, you've testified in the past that

25   McCrone's group was really a top-notch research

185

1                    C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    COUNTY OF GWINNETT:

5

6              I hereby certify that the foregoing

7         transcript was taken down, as stated in the

8         caption, and the questions and answers thereto

9         were reduced to typewriting under my direction;

10        that the foregoing pages 1 through 184 represent

11        a true, complete, and correct transcript of the

12        evidence given upon said hearing, and I further

13        certify that I am not of kin or counsel to the

14        parties in the case; am not in the regular

15        employ of counsel for any of said parties; nor

16        am I in anywise interested in the result of said

17        case.

18              This, the 6th day of July 2018.

19

20        DEBRA R. LUTHER, B-881

21        Georgia Certified Court Reporter

22

23

24

25