# Exhibit V

```
      SUPERIOR COURT OF THE STATE OF CALIFORNIA
            FOR THE COUNTY OF LOS ANGELES

CAROLYN WEIRICK and
ELVIRA GRACIELA
ESCUDERO LORA,
          Plaintiffs,     CASE NO.

     vs.                  JCCP 4674/BC656425

BRENNTAG NORTH
AMERICA, INC. (Sued
individually and as
successor-in-interest
to MINERAL PIGMENT
SOLUTIONS, INC. and as
successor-in-interest
to WHITTAKER CLARK &
DANIELS, INC.), et
al.,
          Defendants.
                              - - -

      Deposition of WILLIAM E. LONGO Ph.D.,

             Taken by Matthew L. Bush,

             Before Jennifer D. Hamon,
             Certified Court Reporter,

      At the Offices of Atlanta Reporters,
              Johns Creek, Georgia,

         On Wednesday, April 17, 2019,
 Beginning at 11:07 a.m. and ending at 3:28 p.m.

                              - - -
```

Electronically signed by Jennifer Hamon (501-191-664-2767)                    5cf86d94-598c-42b0-8f5d-18ebcfdbe3fc

```
 1      Q    And after August 2017, you used
 2  different test methods than you originally did.
 3  I'm talking about ISO-PLM and Blount PLM.  Why
 4  did you decide to test under ISO-PLM?
 5      A    We wanted to see -- because I have
 6  been testifying that the typical R93 or PLM
 7  analysis was not the way to go for these trace
 8  analyses because of sensitivity issues, and we
 9  decided to see if we could enhance the ISO-PLM
10  analysis and then compare it to a Blount.
11           Where a typical PLM analysis for
12  asbestos-added products, the analyst may spend 10
13  minutes on it, 15 minutes because of the
14  concentrations of asbestos, what we did was take
15  the optical microscope and change out one of the
16  objective lenses to what's called an aberration
17  corrected lenses so you get better resolution.
18           And instead of 15 minutes, our two
19  analysts, mainly Paul Hess, spends anywhere from
20  two to six hours on one sample and does it all
21  under dispersion staining.  And then we have a
22  high-resolution camera attached to the polarized
23  light microscope and a high-resolution monitor so
24  that they can view the structure in more detail
25  to see if there was a way that the PLM analysis
```

**21**

William E. Longo, Ph.D.   Weirick, et al. vs Brenntag North America, et al.   April 17, 2019

```
 1   could be made much more sensitive.
 2              And the Blount PLM analysis is a heavy
 3   liquid concentration, and we wanted to compare
 4   the two.
 5        Q     So you test each MDL model with the
 6   three tests, the ISO-PLM, the Blount PLM, and the
 7   TEM; correct?
 8        A     Correct.
 9        Q     Do you have an explanation for why one
10   test may be positive and some tests will be
11   nondetect for the same sample?
12        A     Because they're really looking at
13   different things.  The TEM analysis, and I've
14   testified -- and I testified in the Weirick case
15   is biassed against very large bundles.  We've
16   seen this over and over again over the years in
17   other unrelated cases, and the PLM analysis is
18   only finding these very large bundles.
19              The Blount PLM is biassed against low
20   iron anthophyllite as well as concentrating it,
21   concentrating the tremolite and actinolite, so
22   finding positives in the Blount PLM, because
23   we're looking at a lot more material than TEM.
24              But overall, TEM's still the most
25   sensitive method, the Blount PLM next, and then
```

**22**

Case 3:16-md-02738-MAS-RLS   Document 32683-23   Filed 06/03/24   Page 5 of 5 PageID: 185485

William E. Longo, Ph.D.   Weirick, et al. vs Brenntag North America, et al.   April 17, 2019

```
 1   under any contract that is prohibited by
 2   OCGA 15-14-37(a) and (b) or Article 7.C. of the
 3   Rules and Regulations of the Board; and I am not
 4   disqualified for a relationship of interest under
 5   OCGA 9-11-28(c).
 6           There is no contract to provide
 7   reporting services between myself or any person
 8   with whom I have a principal and agency
 9   relationship nor any attorney at law in this
10   action, party to this action, party having a
11   financial interest in this action, or agent for
12   an attorney at law in this action, party to this
13   action, or party having a financial interest in
14   this action.  Any and all financial arrangements
15   beyond my usual and customary rates have been
16   disclosed and offered to all parties.
17                   This 19th day of April, 2019.
18
19
20           JENNIFER D. HAMON, CCR B-2287
             Certified Court Reporter
21
22
23
24
25
```

**159**