# **Exhibit X**

DR. WILLIAM LONGO,  on 03/03/2023                                          Page 1
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

```
 1                SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                         COUNTY OF ALAMEDA

 3
     ANTHONY HERNANDEZ VALADEZ,        ) Case No. 22CV012759
 4                                     )
                     Plaintiff,        )
 5                                     )   Certified Transcript
     vs.                               )
 6                                     )
     JOHNSON & JOHNSON; ALBERTSONS     )
 7   COMPANIES, INC., individually, and)
     as successor-in-interest, parent, )
 8   alter ego and equitable trustee   )
     LUCKY STORES, INC.; LUCKY STORES, )
 9   INC.; SAFEWAY INC.; SAVE MART     )
     SUPERMARKETS, individually, and   )
10   as successor-in-interest, parent, )
     alter ego and equitable trustee of)
11   LUCKY STORES, INC.; TARGET        ) (Pages 1-114)
     CORPORATION; WALMART INC.; and    )
12   FIRST DOE through ONE-HUNDREDTH DOE, )
                                       )
13                   Defendants.       )
     _____)
14

15

16

17

18        REMOTE VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

19                       DR. WILLIAM LONGO

20                      Friday, March 3, 2023

21

22

23

24
          Reported by: John Fahrenwald,  CA CSR 14369, RPR
25        _____
```

DR. WILLIAM LONGO,  on 03/03/2023                                    Page 39
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

 1       Q.   We can talk about perpendicular in a second.  In        9:37:20AM

 2  parallel -- you're selling me that in parallel, talc plates

 3  and an elongated talc piece will not be the same color?

 4            MR. RIVAMONTE:  Misstates testimony.

 5       Q.   (BY MR. DUBIN:) Are they the same or not the same?      8:49:12AM

 6       A.   Well, which ones do you want to point to?

 7       Q.   I'm looking at one in parallel.

 8       A.   I'm looking at a whole range of colors, but I'm

 9  not seeing anything that meets the criteria for a fibrous

10  bundle.                                                            9:37:58AM

11       Q.   I'm not --

12       A.   So it's -- we're arguing -- we're debating over

13  this color when it has no useful ending to it other than a

14  talking point on your hat.

15            Now I've answered the question.  We need to move       9:38:11AM

16  on.

17       Q.   Can you tell me what the refractive index of a

18  talc plate is?

19            MR. RIVAMONTE:  Vague and overbroad.

20            THE WITNESS:  I would say the majority of them         9:38:28AM

21  there, you know, are down in the 1. -- 1.5 -- maybe 1.55 --

22  1.558 or something like that.  I don't know.  I'd have to

23  go -- I'd need to be looking in the microscope and look at

24  the chart.

25            What I do know is platy talc is not fibrous, so        9:39:01AM

| | | |
|---|---|---|
| 1 | it's not in the equation.  And what I do know, if I look | 9:39:06AM |
| 2 | over in the alpha, we don't see any blues.  And if I look at | |
| 3 | what is in perpendicular on that big structure up in the | |
| 4 | left-hand corner, where I say, this is a -- this is a | |
| 5 | talc -- talc plates on edge right there or this is fibrous | 9:39:30AM |
| 6 | talc, and that's now -- in the left-hand side, that's in the | |
| 7 | alpha direction, and you can't see such a blue on the end. | |
| 8 | It's real bright. | |
| 9 | And then on the right-hand side, now it's in the | |
| 10 | parallel direction and you still got the white.  That's out | 9:39:45AM |
| 11 | of the range of all the refractive indices.  I mean, you're | |
| 12 | looking at greater than 1.590. | |
| 13 | And on the other side, you're looking, less than | |
| 14 | 1.535. | |
| 15 | Q.   All right.  Let's see if we can -- we'll come back | 9:40:05AM |
| 16 | to this issue in a second.  Let's go to the next.  Let's go | |
| 17 | to Slide 16. | |
| 18 | Typical guidance on how this birefringence value | |
| 19 | should be calculated if we take the highest parallel, | |
| 20 | meaning the brightest color, and the lowest perpendicular. | 9:40:31AM |
| 21 | Correct?  That's how birefringence in the published | |
| 22 | literature is calculated.  Correct? | |
| 23 | A.   No.  And no. | |
| 24 | Q.   Okay. | |
| 25 | A.   Not calculated at all.  If you actually to | 9:40:55AM |

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Page 55

1  and straight up, you see a very yellow-looking structure.          10:24:29AM

2  And I can see structures in that.

3          And then if I go to the parallel, I can see this

4  brightish -- bright white and a bright blue.  That's fibrous

5  talc.                                                              10:24:49AM

6          And tell me, if you can absolutely see the

7  difference there.

8      **Q.    Okay.  Talc in perpendicular can also be blue.**

9  **Right?**

10     A.    Fibrous talc in the perpendicular can be blue.          10:25:11AM

11         But if you compare -- if you go to the

12  perpendicular photograph, which would be the next one where

13  I said, that's talc.  And look at it in the perpendicular --

14  it's not quite on perpendicular -- it's bright -- light,

15  bright blue to white.  So that white puts it less than        10:25:31AM

16  1.535.

17     **Q.    So what is the structure to the right of the one**

18  **that you've identified, the larger blocky structure with**

19  **blue on the side?  What is that it?  Looks like it's mostly**

20  **in perpendicular.**                                             10:25:53AM

21     A.    I just have to get oriented here, so give me a

22  second.

23            MR. RIVAMONTE:  Mr. Dubin, I just want to clarify.

24  The image that we're currently looking at now is page 32 of

25  Dr. Longo's report, the parallel dispersion?                     10:26:44AM

| | | |
|---|---|---|
| 1 | MR. DUBIN:  On the right, yeah. | 10:26:49AM |
| 2 | MR. RIVAMONTE:  Okay.  Yeah. | |
| 3 | MR. DUBIN:  I'm not sure if it has page numbers or | |
| 4 | we just counted pages. | |
| 5 | MR. RIVAMONTE:  I'm just looking at the PDF, | 10:27:07AM |
| 6 | whatever the PDF says.  It's page 32. | |
| 7 | Q.  (BY MR. DUBIN:) Sorry, Doctor, I wasn't sure if | |
| 8 | you were in the middle of -- | |
| 9 | A.  Yeah, I heard it.  I'm just looking at it.  It's | |
| 10 | hard to say, what is that?  What is that? | 10:27:20AM |
| 11 | I mean I'd have to be looking in the microscope at | |
| 12 | it to tell you what that is.  It's not something we | |
| 13 | identified.  So I don't know what's wrong with it, but I'd | |
| 14 | have to be looking in the PLM scope to make a guess. | |
| 15 | Q.  Based on morphology, does that to appear to be a | 10:27:37AM |
| 16 | talc plate? | |
| 17 | A.  Again, I'd have to be looking in the microscope to | |
| 18 | make any decision on what that might be. | |
| 19 | Q.  And is that generally true?  In order to properly | |
| 20 | judge what colors were observed on here, you would have to | 10:27:54AM |
| 21 | be at the microscope and actually look at the slide? | |
| 22 | A.  It's not so much the colors.  It's the focus. | |
| 23 | It's -- you know, I would look at elongation, at lower | |
| 24 | magnification.  So got kind of an oddball structure to it to | |
| 25 | be chrysotile.  I don't -- doesn't really have substantially | 10:28:22AM |

| | | |
|---|---|---|
| 1 | Q.　Okay.　Now let's go back one slide, back to 26. | 10:35:52AM |
| 2 | And so 500, the color that we should be observing is the one | |
| 3 | underneath the 500.　Right? | |
| 4 | A.　It should be close to that. | |
| 5 | Q.　Are you honestly telling me that when you look at | 10:36:07AM |
| 6 | this image, that structure is that magenta color underneath | |
| 7 | 500? | |
| 8 | A.　Well, no. | |
| 9 | MR. RIVAMONTE:　Argumentative. | |
| 10 | THE WITNESS:　I'm not saying that.　That magenta | 10:36:22AM |
| 11 | color under 500 -- ours is more in the 1.572 -- you know, if | |
| 12 | these are -- if he's correct.　I got to go back to his | |
| 13 | tables, and we're using the tables he has in his | |
| 14 | publication.　And I'd be looking at -- let me take look at | |
| 15 | that. | 10:36:49AM |
| 16 | Oh, I'm looking at the chrysotile.　No wonder. | |
| 17 | Need to be looking at the talc that we analyzed.　Where is | |
| 18 | that?　You're looking at the standard.　No wonder.　There it | |
| 19 | is. | |
| 20 | No, we have sort of that at the 500 mark.　Again, | 10:38:57AM |
| 21 | I'd have to be under the microscope to look at it, but the | |
| 22 | outer edge, I think that was averaged.　But I think that's | |
| 23 | what you're using is from one of his older Su tables maybe. | |
| 24 | But I don't have a problem with -- the whole thing is not | |
| 25 | looking this magenta -- redder-ish [sic] purple. | 10:39:27AM |

1    But on the outer edge, on the top of the structure    10:39:30AM

2    it has where the Becke line is.  So I'm not concerned with

3    that.

4         Q.   Can you see anything -- again, see this little

5    particle, this yellow particle, the talc plate in between    10:39:39AM

6    these blue structures to the right of what you've mark off?

7    See those talc plates?

8         A.   I do.

9         Q.   Is there some difference that you're -- you're

10   seeing there that causes you to call this magenta and --    10:39:57AM

11        A.   No, I'm not saying the whole thing is magenta.

12   What we're doing now is we're averaging them.  It's hard to

13   see where you haven't blown it up.

14        But on the top edge, we have a little bit

15   different color there.  So I'd have to go and look at -- and    10:40:19AM

16   see if this was averaged out on it.  Because at least on my

17   photograph, I can see on that top edge where the Becke line

18   is.

19        Q.   Okay.  Let's go forward to more slides.

20        To that one, yeah.    10:40:42AM

21        So again, what we've -- we've already talking

22   about this.  Let's go one more.  Okay.

23        What color are you seeing here in this structure

24   that you've identified as chrysotile?

25        A.   Is this the new one?    10:41:12AM

1    A.  Purple, purplish-red.                                    10:43:05AM

2    Q.  **Okay?**

3    A.  That's what I'm seeing on the outer edge, not the

4  whole structure.

5    Q.  Okay.  So is it -- you're understanding then that      10:43:13AM

6  this chrysotile, it's going to be all yellow -- and it's

7  going to be yellow and then some faint line of purple on the

8  outside or something like that?  That's what you're seeing

9  here?

10    A.  What are you -- I'm not sure what you're talking        10:43:38AM

11  about.  I see no yellow on that chrysotile structure.  What

12  I'm looking at is the outer edge of the bundle.

13    Q.  **Uh-huh.  Okay.  So let's keep going.  But you're**

14  **treating this -- for purposes of your birefringence**

15  **calculation, you're treating this -- the number that goes**   10:44:00AM

16  **into your calculation is associated with purple?**

17    A.  **Now, that's what it looks like to me, sitting**

18  **here.  Again, you know, I'd have to be sitting at the PLM**

19  **scope, but I can see a reddish-purple around the edge, what**

20  **I'm looking at right now.**                                   10:44:22AM

21    Q.  You can't see -- because, again -- because of the

22  illumination, you can't see that also -- a little bit of an

23  edge around the talc plate up there?

24    A.  What I see around that talc plate is reds and

25  yellows.                                                       10:44:38AM

DR. WILLIAM LONGO, on 03/03/2023                                                    Page 67
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1    try to compare -- 1.550 and try to compare to 1.560.        10:48:11AM

2         Q.   I'm just talking about the color, the color

3    itself.  Right?  The color of this is -- you're saying

4    visually whatever oil it's in, that the structure we just

5    looked at from the Johnson & Johnson is further towards    10:48:31AM

6    purple than this.  Right?

7              MR. RIVAMONTE:  Asked and answered.

8              THE WITNESS:  You can't compare the two.

9              And, yes, it's a darker reddish-purple than, you

10   know, this magenta color eliminating the bright yellow      10:48:52AM

11   colors and ignoring the size of structure under that, that

12   is probably closer -- is more closer to the size ranges

13   we're seeing.

14             So, yeah.  You just can't compare the two.  I told

15   you my opinion about it and what was around the edge, and   10:49:12AM

16   I'm not looking in a microscope.  I can't answer it anymore

17   and help you out here.

18        Q.   Just so we're clear what I'm asking about, I'm

19   comparing the color of this to -- go back a couple of

20   slides, please -- and this.  These are the two ones I was   10:49:28AM

21   asking you about.  Right?

22        A.   That's so misleading, Mr. Dubin.

23        Q.   Well --

24        A.   You're talking about the whole structure.  I'm

25   talking about right around the Becke line of a structure    10:49:42AM

DR. WILLIAM LONGO, on 03/03/2023                                              Page 78
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1   will move into the structure, or it will move out of the        11:58:52AM

2   structure.

3              Or it will stay at a particular -- and you will

4   know if you got the right refractive indice fluid for a

5   matching.  So you have to -- it's a way to look at unknowns.    11:59:03AM

6              You know, you put 1.550, zero in and it moves

7   away, I believe that is -- means -- and I always forget --

8   it's either too high or too low to -- and what you're

9   looking for is a fluid that you don't get movement.

10      Q.   Okay.  And just for --                                 11:59:29AM

11      A.   So it matches what the wavelength -- what the

12  matching wavelength.

13      Q.   Just for reference, we're looking at

14  M71614-001CSM-002.

15              So are there any images in here where we can        11:59:46AM

16  determine the colors that we're seeing in the Becke line and

17  translate those into wavelengths of light?  Or do we not

18  have images to be able to do that?

19      A.   You know, maybe.  You don't really have the image

20  there.  But the one that's parallel -- I don't know if you     12:00:06PM

21  could really do that or not.  We don't do Becke line work

22  here, so it's not something I do all the time or would do.

23              I wouldn't use Becke lines to identify a

24  particulate that's unknown.  I would start off with SEM or

25  something.                                                      12:00:30PM

DR. WILLIAM LONGO, on 03/03/2023                                                   Page 79
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1    Q.   Okay.  So you wouldn't be able to tell me, for          12:00:31PM

2  example, if this were a Becke line, what wavelength of light

3  that -- what color -- what wavelength of light that's

4  associated with?

5    A.   No.  In order for me to do that, I would have to        12:00:45PM

6  be sitting at the microscope, in focus, out of focus, and

7  look at that.

8         So, no, that's not something I can just do from

9  looking at this picture.  At least I can't.

10    Q.   So then for purposes of understanding your            12:00:59PM

11  testimony when you were talking about Becke lines before,

12  you just mean the edge of the image and the dispersion

13  standing?

14    A.   Correct.  I should have been more careful about

15  how I was phrasing.                                           12:01:17PM

16    Q.   Okay.  And in -- when we were talking earlier

17  about the tungsten lighting that was on the old microscope,

18  is it fair to say that in all of the old depositions where

19  we've talked about your chrysotile findings in Johnson &

20  Johnson, when you were speaking about the images depicting   12:01:38PM

21  gold colors or orange colors, that was with a microscope

22  that was using tungsten lighting that was adding yellow to

23  the image?

24    A.   Yeah, could be.

25         But the interesting thing is the refractive           12:01:59PM

DR. WILLIAM LONGO, on 03/03/2023                                          Page 114
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

1               C E R T I F I C A T E

2

3          I, the undersigned, a Certified Shorthand Reporter

4     of the State of California, do hereby certify:

5               That the foregoing proceedings were taken before

6     me via videoconferencing at the time and place herein set

7     forth; that any witnesses in the foregoing proceedings,

8     prior to testifying, were duly sworn; that a verbatim record

9     of the proceedings was made by me using machine shorthand

10    which was thereafter transcribed under my direction; that

11    the foregoing transcript is a true record of the testimony

12    given.

13               Further, that if the foregoing pertains to the

14    original transcript of a deposition in a Federal Case,

15    before completion of the proceedings, review of the

16    transcript was [ ] was not [ ] requested.

17               I further certify I am neither financially

18    interested in the action nor a relative or employee of any

19    attorney or party to this action.

20               IN WITNESS WHEREOF, I have this date subscribed my

21    name.

22          Dated:  March 6, 2023.

23

24          JOHN FAHRENWALD

25          CA CSR 14369

