# Exhibit Z

```
 1            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

 2                 IN AND FOR THE COUNTY OF MARICOPA

 3
      JEFFREY WEISS and LAUREEN           )
 4    WEISS,                              )
                                          )
 5              Plaintiffs,               )
                                          )  No. CV2021-090946
 6    v.                                  )
                                          )
 7    ALBERTSONS COMPANIES,               )
      INC.f/k/a ALBERTSONS INC.           )
 8    (sued individually and as           )
      successor-in-interest to            )
 9    AMERICAN DRUG STORES, INC.          )
      successor-in-interest to            )
10    JEWEL-OSCO, INC.                    )
      successor-in-interest to OSCO       )
11    DRUGS, INC.), et al.,               )
                                          )
12              Defendants.               )
      _____)
13

14         VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF
                   WILLIAM EDWARD LONGO, Ph.D.
15
                         Suwanee, Georgia
16
                         January 13, 2023
17

18

19

20

21

22

23
      Prepared by:
24    CINDY MAHONEY, RPR, RMR
      Certified Court Reporter                    CERTIFIED
25    Certificate No. 50680                       TRANSCRIPT
```

Case 3:16-md-02738-MAS-RLS   Document 32683-27   Filed 06/03/24   Page 3 of 4
PageID: 185511

| Jeffrey Weiss vs Albertsons Companies | | CV2021-090946 |
|---|---|---|
| William Edward Longo, Ph.D. | January 13, 2023 | 22..25 |

**Page 22**

1  A. The PLM analysts, so they knew what to look for.
2  Q. And the person that has trained your PLM analysts,
3  that's you; right?
4  A. I didn't train them initially. These -- our PLM
5  analysts have been here for 30 years. They were initially
6  trained by Walter McCrone.
7         What we did was -- we got the Calidria and
8  then the analysts -- when I say training, the analysts were
9  looking at what the dispersion colors were and what the
10 size was, that we figured out that was what we were seeing
11 in the cosmetic talc.
12        If you don't have that, a typical PLM analyst
13 would not ever find it. If they saw it, they would think
14 it was fibrous talc because of the yellow -- the yellow-ish
15 gold.
16 Q. So MAS's basis for finding chrysotile in talc
17 is -- is tied to Calidria?
18 A. It's tied to Calidria as the standard. You know,
19 what does it look like at this size? And what are the
20 refractive indices of the Calidria as compared to what
21 we're finding for the chrysotile in the talc?
22        And it is the same. And Calidria is
23 chrysotile. It -- it allows the analysts to see that
24 you're not going to see the magenta in the parallel, and
25 you won't see the blue-ish purple in the perpendicular.

**Page 23**

1  It's a different set of refractive indices.
2  Q. And the colors that you just referred to, those
3  are the colors that align with the parameters in ISO
4  22262-2 for the PLM analysis; correct?
5  A. That's correct. Based on the NIST 1866 standard.
6  And that standard is not appropriate for what we're seeing
7  in the cosmetic talcs, because you're looking at these big,
8  giant bundles that are for chrysotile-added products. So I
9  don't dispute that, but that's not what you see in cosmetic
10 talc.
11 Q. Has any government agency adopted the view, to
12 your knowledge, that [indiscernible]?
13        THE COURT REPORTER: You cut out. I'm sorry.
14 You cut out. "Has any government agency adopted the view,
15 to your knowledge" --
16 BY MR. WILLIAMS:
17 Q. Let me -- I'll -- I'll start over.
18        Can you hear me, Dr. Longo?
19 A. I can hear you. And the answer is no, I'm not
20 aware of any governmental agencies that have looked at
21 this. You know, they might in the future when they've
22 shown that it's there.
23        The only other person -- the only other
24 scientist I know that's now agreeing with me is
25 Dr. Gunter.

**Page 24**

1  Q. And just so we're clear, since my question didn't
2  get finished, I was intending to ask you whether any
3  government agency had adopted Calidria as a standard for
4  identifying chrysotile in talc. And as I understand it,
5  your answer was no; is that correct?
6  A. Not that I'm aware -- yes. No, not that I'm aware
7  of.
8  Q. Is there anything in the published literature
9  indicating that Calidria serves as an appropriate standard
10 for identifying chrysotile in talc?
11 A. I'm not aware of anybody who has published that.
12 The only person I'm aware of that has published anything
13 about -- not saying Calidria but publishing that there is
14 other types of chrysotile other than the 1866b standard
15 that has higher refractive indices is Dr. Su and his
16 latest -- in his last publication in Microscopy.
17 Q. But -- but Dr. Su has not rendered an opinion that
18 Calidria serves as an appropriate standard for identifying
19 chrysotile in talc; correct?
20 A. That is correct. What he wrote is that the 1866,
21 there is other chrysotile that has higher refractive
22 indices, which is what the Calidria shows, as well as
23 what's shown in the cosmetic talc. That publication came
24 out last year.
25 Q. Dr. Longo, just to confirm here, is it -- is it

**Page 25**

1  true that all of your work over the last few years
2  concerning PLM and consumer talc products has been solely
3  in connection with litigation on behalf of talc plaintiffs?
4  Is that correct?
5  A. For cosmetic talc, that is correct.
6  Q. And have you published anything at all in the
7  peer-reviewed literature about the use of PLM for
8  identifying chrysotile in talc?
9  A. No, sir. As I stated earlier, we have a -- we
10 have a couple things that we have to figure out before we
11 can -- one, optimizing the method; and two, make a
12 determination why the chrysotile in the heavy liquid
13 density is getting in the -- in the pellet, which, because
14 of the densities, it doesn't make sense.
15        But as a scientist, you know, we're going to
16 work on that, because I think that if -- why that's
17 happening, that's got to be part of the publication. Why
18 that's getting in the pellet when the density says -- the
19 heavy liquid we're using says it needs to get in the light
20 fraction.
21 Q. And if I understand you correctly -- and I may not
22 be -- are you saying that you're finding less chrysotile in
23 the samples that have been subject to the heavy liquid
24 separation than you are in the samples that are not subject
25 to heavy liquid separation?

Coash Court Reporting & Video, LLC
staff@coashandcoash.com
602-258-1440
www.coashandcoash.com

**Page 98**

```
 1  this size.
 2          We may take some chrysotile and put it in a
 3  mill -- ball mill and get it down to the size and see if my
 4  theory is correct that it's not so much where the
 5  chrysotile comes from; it's actually the size that affects
 6  the refractive indices.
 7      Q.  And the refractive indices are affected by the
 8  size of the asbestos fibers?
 9      A.  The size of the bundles.  I think so.  It's a
10  theory I have that you -- the chemistry can't be that
11  different to cause the refractive indices to be that
12  different from the big old bundles that you see in the
13  1866, the magenta and the purple-ish blue.
14      Q.  And -- and the Calidria asbestos is from Coalinga?
15      A.  Yes.
16      Q.  Where is that located geographically?
17      A.  Coalinga, California.
18          MR. BAUM:  Okay.  Doctor, thank you.  I have
19  no other -- further questions.
20          THE WITNESS:  All right.  Well, thank you,
21  sir.
22          MR. PURDY:  Anyone else?
23          MS. MARTIN:  I have just one quick question.
24  ///
25  ///
```

**Page 99**

```
 1                    EXAMINATION
 2  BY MS. MARTIN:
 3      Q.  Hi, Dr. Longo.  My name is Jennifer Martin.  I
 4  represent Home Depot.  I just have one question for you.
 5          You cannot state today that Mr. Weiss was
 6  exposed to a Home Depot gardening product with vermiculite
 7  that contained asbestos impurities; correct?
 8      A.  That is correct.
 9          MS. MARTIN:  Great.  Thanks.  That's all I
10  have.
11          THE WITNESS:  You're welcome.  Because you
12  actually had one question.
13          MS. MARTIN:  Just one.
14          THE WITNESS:  That usually -- that usually
15  never happens.  "I've just got one question."
16          MR. PURDY:  Anybody else with questions for
17  Dr. Longo?
18          We then will reserve all of our questions for
19  trial.
20          Counsel is, obviously, in possession of
21  Dr. Longo's report in this case, which I believe has been
22  attached as Exhibit 1 to the deposition outlining his
23  opinions in this case, as well as the Rule 26 disclosure
24  previously produced, as well as the reliance materials.
25  And counsel on this call in this case are certainly
```

**Page 100**

```
 1  familiar with Dr. Longo's opinions from previous cases.
 2          So with that, we'll reserve those questions
 3  for trial.  We'll preserve the right to read and sign for
 4  Dr. Longo.  And I think that --
 5          THE WITNESS:  Actually, I'll waive.
 6          MR. PURDY:  He'll waive.  He'll waive the
 7  read and sign.  Okay.
 8          So I think with that, we are all set.
 9          Anybody else have anything to put on the
10  record?  Great.  Okay.  Let's go off the record.
11          THE VIDEOGRAPHER:  Okay.  We are off the
12  record.  It's 3:01 p.m.  And this concludes today's
13  testimony given by Dr. Longo.
14          (The deposition concluded at 3:01 p.m. EST.)
15
                     (Signature waived)
16              _____
17               WILLIAM EDWARD LONGO, Ph.D.
```

**Page 101**

```
 1  STATE OF ARIZONA   )
 2  COUNTY OF MARICOPA )
 3          BE IT KNOWN that the foregoing proceedings
 4  were taken before me; that the witness before testifying
 5  was duly sworn by me to testify to the whole truth; that
 6  the foregoing pages are a full, true, and accurate record
 7  of the proceedings all done to the best of my skill and
 8  ability; that the proceedings were taken down by me in
 9  shorthand and thereafter reduced to print under my
10  direction.
11          I CERTIFY that I am in no way related to
12  any of the parties hereto; nor am I in any way
13  interested in the outcome hereof.
14          [ ] Review and signature was requested.
15          [X] Review and signature was waived.
16          [ ] Review and signature was not requested.
17          I CERTIFY that I have complied with the
18  ethical obligations set forth in ACJA 7-206(F)(3) and
19  ACJA 7-206(J)(1)(g)(1) and (2).  Dated at Phoenix,
20  Arizona, this 27th day of January, 2023.
21
22
23              _____
24                   CINDY MAHONEY
                   Certified Reporter
25                 Arizona CR No. 50680
```