# Exhibit AA

```
 1              SUPERIOR COURT OF CALIFORNIA
 2                  COUNTY OF ALAMEDA
 3
 4   MARLIN LEWIS EAGLES and              Case No. 22CV018294
     GEORGIA EAGLES,
 5
                Plaintiffs,
 6
           vs.
 7
     ARVINMERITOR, INC., et al.,
 8
                Defendants.
 9   _____
10
11
12
13      VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
14                WILLIAM LONGO, PH.D.
15                  Suwanee, Georgia
16              Monday, October 23, 2023
17                      Volume 2
18
19
20
21   Reported by:
     LESLIE JOHNSON
22   RPR, CCRR, CSR No. 11451
23   Job No.: 6167398
24   PAGES 166 - 281
25
```

Page 166

Aiken Welch, A Veritext Company
510-451-1580

| | | |
|---|---|---|
| 1 | because we have better resolution.  Here we have -- | 12:59:33 |
| 2 | every particle has some of the red around it.  And I | |
| 3 | don't know if that's just an artifact or not.  But | |
| 4 | I'm just -- you asked me, and I'm telling you. | |
| 5 |     Q    Okay.  I understand.  So but your view -- | 12:59:49 |
| 6 | the red -- you agree the red on these pictures may | |
| 7 | be an artifact, right? | |
| 8 |     A    Maybe.  I don't know.  I'd have to focus | |
| 9 | in on it to see if we -- you know, the focus is off, | |
| 10 | et cetera.  So I'm giving you my best estimate based | 01:00:04 |
| 11 | on the photograph. | |
| 12 |     Q    Okay.  And so at some point you changed | |
| 13 | microscope, as I understand it, and no longer have | |
| 14 | the tungsten lightbulb, right? | |
| 15 |     A    It's LED. | 01:00:24 |
| 16 |     Q    Now, I want to ask you about -- so before | |
| 17 | you changed, did you have various different PLMs | |
| 18 | before that, some of which had tungsten lightbulbs, | |
| 19 | some of which didn't, or did they all have a | |
| 20 | tungsten lightbulb? | 01:00:44 |
| 21 |     A    We had 3D exact same microscope. | |
| 22 |     Q    Okay.  All with the tungsten lightbulb? | |
| 23 |     A    Older -- old PLM microscopes. | |
| 24 |     Q    Okay.  So I want to mark next, which, | |
| 25 | unless Joe corrects me again, will be 28. | 01:00:59 |

Page 257

```
 1                    REPORTER'S CERTIFICATION
 2
 3           I, Leslie Johnson, a Certified Shorthand
 4   Reporter of the State of California, do hereby certify:
 5           That the foregoing proceedings were taken
 6   before me at the time and place herein set forth; that
 7   any witnesses in the foregoing proceedings, prior to
 8   testifying, were administered an oath; that a record of
 9   the proceedings was made by me using machine shorthand
10   which was thereafter transcribed under my direction;
11   that the foregoing transcript is a true record of the
12   testimony given.
13           Further, that if the foregoing pertains to
14   the original transcript of a deposition in a Federal
15   Case, before completion of the proceedings, review
16   of the transcript [ ] was [ ] was not requested.
17   I further certify I am neither financially interested in
18   the action nor a relative or employee of any attorney or
19   any party to this action.
20           IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated:  October 24, 2023
23                    [signature: Leslie Johnson]
24                    LESLIE JOHNSON
25                    CSR No. 11451, RPR, CCRR
```

Page 278