# Exhibit AB

```
                                                          Page 251

 1                SUPERIOR COURT OF NEW JERSEY
                  LAW DIVISION - MIDDLESEX COUNTY
 2                DOCKET NO. MID-L-003809-18AS
 3
 4
     KAYME A. CLARK and              )
 5   DUSTIN W. CLARK,                )   104 HEARING
                                     )
 6              Plaintiffs,          )   TRANSCRIPT OF
                                     )    PROCEEDINGS
 7        v.                         )
                                     )    (VOLUME II)
 8                                   )
     JOHNSON & JOHNSON, et al.,      )
 9   et al.,                         )
                                     )
10              Defendants.          )
     --------------------------------
11
12              Place: Middlesex County Courthouse
                       56 Paterson Street
13                     New Brunswick, New Jersey  08903
14
                Date:  May 30, 2024
15                     9:01 a.m.
16
17   B E F O R E:
18       HONORABLE ANA C. VISCOMI, J.S.C.
19
20
21              ANDREA F. NOCKS, CCR, CRR
                PRIORITY ONE
22              290 West Mount Pleasant Avenue
                Livingston, New Jersey  07039
23              (718) 983-1234
                E-mail:  p1steno@veritext.com
24
25   JOB NO.:  6725593
```

Page 289

1  Q. And so, for example, we went through
2  these images, slide 51, that we were not able to see
3  yesterday but this particle, as we discussed when I
4  just showed you a plain image of it, you told me it
5  was golden brown, right?
6  A. That's the main -- that's the main
7  color there.
8  Q. And yet by reversing the process,
9  because you actually give -- you see in the black
10 box down there, it says "RI 1564," right?
11 A. I do.
12 Q. So, we were able to reverse the
13 process to go from that RI to figure out what color
14 your analyst was calling this, what color your
15 analyst said they were seeing, and that is dark
16 purple, right?
17 A. You do have that in there but as I've
18 talked about yesterday, you don't get these really
19 nice colors. You'll get a mixture of them and it's
20 just over a process. So, that is one sample. But I
21 stick to what it is. That is chrysotile and I rely
22 on the analyst and I don't have a problem with that.
23 Q. And this particle that you're calling
24 purple chrysotile is essentially the same color as
25 all the talc plates that we see in the upper left of

1   the image, right?
2          A.     No.   If you look at the ends, you
3   know, one point, and you've got darker material
4   there, I can see -- I'd have to be on the microscope
5   but I can see some purple there.  We have a mixture.
6   So that's what they chose.  You know, we can argue
7   about this all day long but if you turn it -- you
8   know, that's what we called it and I stick by it.
9          Q.     You stick by it, but slide 143, just
10  to understand how this matters again, the number
11  that goes into that calculation, so, all of the
12  number on the right, and last time I had this text
13  in purple, but, because the number that goes into
14  your birefringence calculation, the number that
15  you're subtracting the number from, that is based on
16  the analyst calling the particle purple; if it was
17  yellow, a different number would be there, right?
18         A.     Okay.  Can we go back to the other
19  one?
20         Q.     Sure.  1 -- sorry, 54 -- 51, sorry.
21  1.564, that corresponds to purple.  If it was, for
22  example, a yellow, then you would be in the range --
23  in the yellow ranges.  You'd have numbers like
24  1.579, 1.583, depending on how bright that is, and
25  we've talking about the brightness for illumination

Page 356

1      CERTIFICATE OF OFFICER

2

3           I CERTIFY that the foregoing is a true
4  and accurate transcript of the testimony and
5  proceedings as reported stenographically by me at
6  the time, place and on the date as hereinbefore set
7  forth.
8           I DO FURTHER CERTIFY that I am neither
9  a relative nor employee nor attorney or counsel of
10 any of the parties to this action, and that I am
11 neither a relative nor employee of such attorney or
12 counsel, and that I am not financially interested in
13 the action.

14         *Andrea Nocks CCR CRR*

15         ---------------------------------
16         ANDREA NOCKS, CCR, CRR
           Certificate No. X100157300
17         Certificate No. XR00011300