# Exhibit AD

Case 3:10-cv-03561-WHA Document 1683-1 Filed 04/22/16 Page 1 of 1
Case 1:07-cv-03605-RWS Document 32683-B1 Filed 04/22/16 Page 2 of 2
PageID: 185623

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. <br> _____ / | No. C 10-03561 WHA <br><br> **ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE RE MOTION TO EXCLUDE TESTIMONY OF DR. KEMERER** |

As stated at the hearing on Wednesday, Oracle shall make Rohit Chatterjee available for deposition and such deposition shall be taken by **APRIL 27**. Within **THREE DAYS** following the deposition, Google shall file a supplemental brief **NOT TO EXCEED EIGHT PAGES** detailing the results of that deposition. Oracle may respond within **TWO DAYS** thereafter.

Additionally, no hearing will be scheduled for Tuesday. The Court will hear argument on the remaining motions *in limine* at the final pretrial conference on Wednesday.

**IT IS SO ORDERED.**

Dated: April 22, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE