# EXHIBIT E




**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

November 17, 2023

Susan Sharko, Esq.
Faegre Drinker
600 Campus Dr.
Florham Park, New Jersey 07932

> *Re:  Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*
> *Case No.: 3:16-md-02738-MAS-RLS*

Dear Susan:

Pursuant to our agreement, please find in the enclosed folder the expert disclosures of William E. Longo, PhD, and Mark W. Rigler, PhD. Dr, Longo and/or Dr. Rigler will rely on the following test results in rendering their opinions:

1. 14-1784 (M66514) Analysis of JBP Carlolyn Weirick 1.5 oz container
2. 14-1941 TEM Report Compiled (M68483)
3. 14-2346 (M70484) Linda Zimmerman Compiled Analysis Rev. #2 - May 14, 2020
4. 14-3082 M71722 Analysis of Tamara Newsome's JBP containers 11-17-23 Compiled Notebook
5. Analysis of J&J's Historical & Imerys RR Samples - 1960s to 2000s (Feb. 1, 2019)
6. Asbestos & Talc Fiber Exposure Tables 1960s to 2000s - JBP & S2S
7. M70877 Supplemental Daniel Doyle Compiled Notebook
8. M71046 Marie Colley Supplemental Compiled Analysis - Rev. #1 May 14, 2020
9. M71095 - 2nd Supplemental Analysis Compiled Notebook- rev. 9-23-20
10. M71109-M71111 Chinese Talc Analysis Report - rev. 9-16-2020

Susan Sharko, Esq.  
November 17, 2023  
Page 2

11. M71166 Supp. Rpt. Off-The-Shelf 2020 JBP Talcum Powder Analysis 9-29-20
12. M71211 Shawn Johnson Off the Shelf JBP Analysis Compiled Notebook 1-25-21
13. M71216 Two JBP and one GB off the shelf containers purchased from Lucky's Analysis 4-13-21 Compiled Notebook
14. M71241 JBP Analysis Compiled Notebook
15. M71614 Valadez J&J Analysis Compiled Notebook 2-28-23
16. Prop 65 MAS Rebuttal Report
17. Supp. Rpt. 2 M71166 & M71180 Off-The-Shelf 2020 JBP Talcum Powder Analysis (12-8-20)
18. 3rd Supplemental MDL Report 11-17-23
19. Expert Report – MDL Johnson's Baby Powder Application & Exposure Container Calculations for Six Ovarian Cancer Victims Bellwether 11-17-2023
20. Supplemental Expert Report-Comparison of Ri's and Chrysotile Structure Size 10-9-23

Please let us know if you have any difficulties opening these files.

Best regards,

*/s/ P. Leigh O'Dell*          */s/ Michelle A. Parfitt*

P. Leigh O'Dell              Michelle A. Parfitt


cc: Christopher Placitella, Esq.