# EXHIBIT F

Testimony Listing
William E. Longo, Ph.D.

| Date | Case Name | Jurisdiction | Depos & Trials | Case No. |
|---|---|---|---|---|
| 01/07/20 | Foushee, Belinda v. RT Vanderbilt Holding Co., et al. | U.S. Dist. Ct., Western Div. NC | Depo | 5:17-CV-71-D |
| 02/07/20 | San Nicholas, Barbara v. Borg-Warner Morse TEC, LLC, et al. | Richland County, S.C. | Depo | 2017-CP-40-05764 |
| 02/10/20 | Breakell, Adam v. 3M Co., et al. | Bridgeport, CT | Depo | ASB-FBT-CV17-6066689-S |
| 02/12/20 | Birch, Teresa v. Glaxosmithkline, et al. | U.S. Dist. Ct., Southern Dist of Fla | Depo | 18:cv-61664-KMM |
| 02/27/20 | Zimmerman, Linda v. Autozone, Inc., et al. | Los Angeles, CA | Depo | BC 720153 |
| 03/09/20 | Citizen, Pauline v. Pipe Distributors, Inc., et al. | Calcasieu Parish, LA | Depo | 2014-2920 |
| 03/12/20 | Wagner, Louis v. American Art Clay Co., et al. | Los Angeles, CA | Depo | JCCP 4674 |
| 05/12/20 | Zimmerman, Linda v. Autozone, Inc., et al. | Los Angeles, CA | Depo | BC720153 |
| 06/08/20 | McNeal, Willie v. Autozone, Inc., et al. | Los Angeles, CA | Depo | BC 698965 |
| 06/30/20 | Foushee, Belinda v. RT Vanderbilt Holding Co., et al. | U.S. Dist. Ct., Western Div. NC | Depo | 5:17-CV-71-D |
| 07/09/20 | McNeal, Willie v. Autozone, Inc., et al. | Los Angeles, CA | Depo | BC 698965 |
| 07/24/20 | Vinson, Theron v. Armstrong International, Inc., et al. | U.S. Dist. Court, Middle Dist of NC | Depo | 1:19-cv-00313 |
| 07/24/20 | Brock, William v. Air & Liquid Systems Corp., et al. | U.D. Dist. Court, Middle Dist of NC | Depo | 1:19-cv-00314 |
| 08/04/20 | Palumbo, Mark v. CVS Caremark Corporation, et al. | Superior Ct. of CA | Depo | PC2018-8053 |
| 08/11/20 | Zimmerman, Linda v. Autozone, Inc., et al. | Los Angeles, CA | Depo | BC 720153 |
| 09/21/20 | Reyes, Rosalino v. Johnson & Johnson, et a. | Alameda County, CA | Depo | RG20052391 |
| 09/25/20 | Reyes, Rosalino v. Johnson & Johnson, et a. | Alameda County, CA | Depo | RG20052391 |
| 10/06/20 | Reyes, Rosalino v. Johnson & Johnson, et a. | Alameda County, CA | Depo | RG20052391 |
| 10/13/20 | Zimmerman, Linda v. Autozone, Inc., et al. | Los Angeles, CA | Depo | BC720153 |
| 10/15/20 | Main, Patricia v. A.F. German Co., Inc., et al. | Commonwealth of Massachusetts | Depo | 17-3242 |
| 10/22/20 | Zimmerman, Linda v. Autozone, Inc., et al. | Los Angeles, CA | Depo | BC720153 |
| 11/05/20 | Bell, Lloyd v. American International Industries, et al. | US Dist. For Middle Dist of NC, Greensboro Division | Depo | 1:17-cv-00111 |
| 11/09/20 | Coronado, Joseph v. American Honda, et al. | Alameda County, CA | Depo | RG19047591 |
| 11/13/20 | Lefton, Michael v. Avon Products, et al. | Cuyahoga County, OH | Depo | CV-19-910745 |
| 11/16/20 | Coronado, Joseph v. American Honda, et al. | Alameda County, CA | Depo | RG19047581 |
| 11/24/20 | Bell, Lloyd v. American International Industries, et al. | US Dist. For Middle Dist of NC, Greensboro Division | Depo | 1:17-cv-00111 |
| 12/02/20 | Main, Patricia v. A.F. German Co., Inc., et al. | Commonwealth of Massachusetts | Depo | 17-3242 |
| 12/22/20 | Hamilton, Marla v. Publix Super Markets, et al. | Hillsborough County, FL | Depo | 19-CA-9136 |
| 12/28/20 | Coronado, Joseph v. American Honda, et al. | Alameda County, CA | Depo | RG19047591 |
| 01/06/21 | McNeal, Willie v. Autozone, Inc., et al. | Los Angeles, CA | Depo | BC 698965 |
| 01/27/21 | Johnson, Shawn v. Johnson & Johnson, et al. | Los Angeles, CA | Depo | 20 STCV17335 |
| 02/08/21 | Forrest, Vickie v. Johnson & Johnson, et al. | St. Louis, MO | Depo | 1522-CC00419-02 |
| 02/11/21 | Johnson, Shawn v. Johnson & Johnson, et al. | Los Angeles, CA | Depo | 20 STCV17335 |
| 02/17/20 | Peterson, Julie (Est. of Margie Foster) v. Revlon, Inc., et al. | Cook County, IL | Depo | 18 L 003411 |
| 02/24/20 | Powers, Kay v. Beacon CMP Corp., et al. | Lafayette Parish, LA | Depo | 2016-0983 |
| 02/25/21 | Hughes, Carl v. A.W. Chesterton, et al. | Pierce County, WA | Depo | 19-2-09584-4 |
| 02/26/21 | Spitz, Kimberley (Est. of Arthur Wheelan) v. A.O. Smith Corp. | Middlesex County, NJ | Depo | MID-L-7161-12-AS |
| 03/04/21 | Wilson, George v. Beck Arnley Holdings, et al. | Baltimore City, MD | Depo | 24x20000030 |
| 03/05/21 | Sisk, Richard v. Weir Valves & Controls USA, Inc., et al. | Alameda County, CA | Depo | RG20055456 |
| 03/16/21 | Chenet, Vita v. Colgate-Palmolive, et al. | Orleans Parish, LA | Depo | 2018-12536 |
| 03/17/21 | Jones, James v. Union Carbide, et al. | Baltimore City, MD | Depo | 24X20000007 |
| 03/22/21 | Powers, Kay v. Beacon CMP Corp., et al. | Lafayette Parish, LA | Depo | 2016-0983 |
| 03/24/21 | Johnson, Shawn v. Johnson & Johnson, et al. | Los Angeles, CA | Depo | 20 STCV17335 |
| 03/25/21 | Springer, David v. Scott Co., et al. | San Francisco, CA | Depo | CGC-20-276849 |

Page 1

Testimony Listing
William E. Longo, Ph.D.

| Date | Case Name | Jurisdiction | Depos & Trials | Case No. |
|---|---|---|---|---|
| 04/01/21 | Johnson, Shawn v. Johnson & Johnson, et al. | Los Angeles, CA | Depo | 20 STCV17335 |
| 04/02/21 | Sisk, Richard v. Weir Valves & Controls USA, Inc., et al. | Alameda County, CA | Depo | RG20055456 |
| 4/5-4/6/21 | McNeal, Willie v. Autozone, Inc., et al., Los Angeles, CA, BC 698965 | Los Angeles, CA | Trial | BC 698965 |
| 04/15/21 | Harpster, Sharon v. Chanel, Inc., et al. | Middlesex County, NJ | Depo | L-8173-19 AS |
| 4/19-20/21 | Sisk, Richard v. Weir Valves & Controls USA, Inc., et al. | Alameda County, CA | Trial | RG20055456 |
| 04/21/21 | Prudencio, Christina v. Johnson & Johnson, et al. | Alameda County, CA | Depo | RG20061303 |
| 4/22-4/23/21 | Zimmerman, Linda v. Autozone, Inc., et al. | Los Angeles, CA | Trial | BC720153 |
| 04/27/21 | Harpster, Sharon v. Chanel, Inc., et al. | Middlesex County, NJ | Depo | L-8173-19 AS |
| 05/06/21 | Prudencio, Christina v. Johnson & Johnson, et al. | Alameda County, CA | Depo | RG20061303 |
| 05/07/21 | Powers, Kay v. Beacon CMP Corp., et al. | Lafayette Parish, LA | Depo | 2016-0983 |
| 05/10/21 | Hurley, Leanne v. Walgreens, et al. | Cook County, IL | Depo | 20 L 004159 |
| 05/18/21 | Barretto, Kimberley (Est. of Patrician Wheeler) v. Colgate-Palmolive Co., et al. | Broward County, FL | Depo | 18-004949 CA 27 |
| 05/21/21 | Prudencio, Christina v. Johnson & Johnson, et al. | Alameda County, CA | Depo | RG20061303 |
| 05/26/21 | Barretto, Kimberley (Est. of Patricia Wheeler) v. Colgate-Palmolive Co., et al. | Broward County, FL | Depo | 18-004949 CA 27 |
| 06/07/21 | Pritchard, Jodie v. Cyprus Minerals Co., et al. | Broward County, FL | Depo | 18-027833 CA 27 |
| 06/16/21 | Mills, Ralph v. 3M Company, et al. | Sup. Ct. District of Columbia | Depo | 2019 CA 00453 A |
| 06/22/21 | Riebel, Eileen (Fred) v. 3M Company, et al. | Cook County IL | Depo | 15 L 2124 |
| 06/24/21 | Prudencio, Christina v. Johnson & Johnson, et al. | Alameda County, CA | Trial-Zoom | RG20061303 |
| 06/28/21 | Vanklive, Nedelka v. Johnson & Johnson, et al. | Alameda County, CA | Depo | RG20062734 |
| 07/12/21 | Lefton, Michael v. Avon Products, et al. | Cuyahoga County, OH | Depo | CV-19-910745 |
| 07/14/21 | Manz, Robert v. Brenntag North America, et al. | U.S. Dist. Ct. Dist of New Jersey | Depo | 3:18-CV-14083 |
| 07/15/21 | Riebel, Eileen (Fred) v. 3M Company, et al. | Cook County, IL | Depo | 15 L 2124 |
| 07/26/21 | Reyes, Rosalino v. Johnson & Johnson, et a. | Alameda County, CA | Depo | RG20052391 |
| 08/08/21 | Hurley, Leanne v. Walgreens, et al. | Cook County, IL | Depo | 20 L 004159 |
| 08/13/21 | Vanklive, Nedelka v. Johnson & Johnson, et al. | Alameda County, CA | Depo | RG20062734 |
| 08/18/21 | Dobson, Rosemary v. Clark Industrial Insulation, et al. | Cuyahoga County, OH | Depo | CV-17-880333 |
| 08/24/21 | Dobson, Rosemary v. Clark Industrial Insulation, et al. | Cuyahoga County, OH | Depo | CV-17-880333 |
| 08/27/21 | Doyle, Kristie Lynn v. Imerys Talc America, et al. | Santa Clara County, CA | Depo | 18 CV 333609 |
| 09/13/21 | Johnson, Shawn v. Johnson & Johnson, et al. | Los Angeles County, CA | Trial | JCCP 4674/20STCV17335 |
| 09/17/21 | Bonnem, Susan v. Walgreen Co., et al. | Cook County, IL | Depo | 20 L 012414 |
| 09/30/21 | Gutierrez, Maricela v. Johnson & Johnson, et al. | Los Angeles County, IL | Depo | 19 STCV02585 |
| 10/05/21 | In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation | U.S. Dist. Ct for District of NJ | Depo | 16-2738 (FLW) (LHG) |
| 10/18/21 | Metwally, Dalal v. Avon Products, et al | San Francisco, CA | Depo | CGC-10-276780 |
| 11/02/21 | Vanklive, Nedelka v. Johnson & Johnson, et al. | Los Angeles, CA | Trial | RG20062734 |
| 11/29/21 | Gomez, Maria v. Brenntag North America, et al. | Broward County, FL | Depo | CACE21002366 |
| 11/30/21 | Myers, Doreen v. Avon Product, et al. | Los Angeles County, CA | Trial | BC720136 |
| 12/09/21 | Riebel, Eileen (Fred) v. 3M Company, et al. | Cook County, IL | Trial | 15 L 2124 |
| 12/17/21 | Lerille, Roy v. Eagle, Inc., et al. | Orleans Parish, LA | Depo | 2020-09882 |
| 01/06/22 | Hand, Walter v. Exxon Mobile, et al. | Alameda County, CA | Depo | RG20063286 |
| 01/14/22 | Morrissey, Michael v. Alberici Constructors, Inc., et al. | St. Louis, MO | Depo | 1922-CC11975 |
| 03/15/22 | Warren, Deanne v. Algoma Hardwoods, Inc., et al. | Los Angeles, CA | Depo | 20STCV04852 |
| 03/21/22 | Smith, Kirk v. Albertsons Companies, et al. | Alameda County, CA | Depo | RG21101490 |
| 03/25/22 | Talley, Dudley v. Georgia Pacific Consumer Products, et al. | East Baton Rouge, LA | Depo | C-698646 |
| 03/31/22 | Light, Barbara v. | Los Angeles, CA | Depo | 20 STCV42059 |
| 04/05/22 | Hamilton, Marla v. Publix Super Markets, et al. | Hillsborough County, FL | Depo | 19-CA-9136 |

Testimony Listing
William E. Longo, Ph.D.

| Date | Case Name | Jurisdiction | Depos & Trials | Case No. |
|---|---|---|---|---|
| 04/07/22 | Smith, Kirk v. Albertsons Companies, et al. | Alameda County, CA | Depo | RG21101490 |
| 04/12/22 | Hernandezcueva, Joel v. American Standard, et al. | Los Angeles, CA | Depo | JCCP4674/BC475956 |
| 04/14/22 | Hand, Walter v. Exxon Mobile, et al. | Alameda County, CA | Depo | RG20063286 |
| 04/15/22 | Swart, Russell v. Kaiser Gypsum, et al. | Alameda County, A | Depo | 21CV000217 |
| 04/26/22 | McLellan, Linda v. Johnson & Johnson, et al. | Los Angeles County, CA | Depo | 19STCV40955 |
| 05/10/22 | Swart, Russell v. Kaiser Gypsum, et al. | Alameda County, CA | Depo | 21CV000217 |
| 05/12/22 | Warren, Deanne v. Algoma Hardwoods, Inc., et al. | Los Angeles, CA | Trial | 20STCV04852 |
| 07/18/22 | Duran, Gilbert v. 3M Company, et al. | Denver County, CO | Depo | 2021cv30965 |
| 07/21/22 | Hauser, Terry v. Johnson & Johnson, et al. | Los Angeles, CA | Depo | 20STCV24355 |
| 07/21/22 | Woods, Jessie v. Kolmar Laboratories, et al. | Monroe County, NY | Depo | E2020003840 |
| 07/29/22 | Toc, La v. Kaiser Gypsum, et al. | Alameda County, CA | Depo | RG21109884 |
| 08/03/22 | Sanchez, Edna v. Avon Products, et al. | Los Angeles County, CA | Depo | BC708543 |
| 08/23/22 | Luke, Sherry v. Brenntag North America, et al. | Middlesex County, NJ | Depo | MID-L-7565-17AS |
| 08/26/22 | Critney, Robert v. Anco Insulations, Inc., et al. | Iberville Parish, Louisiana | Depo | 80363 |
| 09/08/22 | Woods, Jessie v. Kolmar Laboratories, et al. | Monroe County, NY | Depo | E2020003840 |
| 09/09/22 | Chapman, Earl v. John Crane, et al. | Los Angeles, CA | Depo | 22STCV05968 |
| 09/13/22 | Tippin, Corey v. 3M Co., et al. | New York County, NY | Depo | 190062/2021 |
| 09/16/22 | Chapman, Earl v. John Crane, et al. | Los Angeles, CA | Depo | 22STCV05968 |
| 09/19/22 | Gref, Brian v. Amerian International Industries, et al | U.S. Dist. Ct., So. Dist. Of NY | Depo | 1:20-cv-05589 |
| 09/21/22 | Daigle, John v. Anco Insulations, Inc., et al. | Orleans Parish, LA | Depo | 2021-09379 |
| 09/23/22 | Cook, Linda v. Foster Wheeler Energy Corp./Stacey Burgess v/ A/F/ German Co., Inc.. | U.S. Dist. Ct. of Massachusetts | Depo | 1:21-cv-11362-RWZ |
| 10/03/22 | Chapman, Earl v. John Crane, et al. | Los Angeles, CA | Depo | 22STCV05968 |
| 10/06/22 | Martin, Ruth v. Aramis, Inc., et al. | Los Angeles, CA | Depo | 22STCV07322 |
| 10/12/22 | Reichart, Sandra v. American International Industries, et al. | Philadelphia County, PA | Trial | 190700877 |
| 10/13/22 | McElroy, Patricia v. AT&T Corp., et al. | U.S. Dist. Ct., Eastern Dist. Of NC | Delp | 5:21-cv-00179 |
| 10/14/22 | Chaney, Kimberlin (Est. of Sylvester) v. 3M Company, et al. | Sup. Ct. District of Columbia | Depo | 2021 CA 001599A |
| 10/20/22 | Chapman, Earl v. John Crane, et al. | Los Angeles, CA | Trial | 22STCV05968 |
| 10/31/22 | Chapman, Earl v. John Crane, et al. | Los Angeles, CA | Trial | 22STCV05968 |
| 11/11/22 | Tippin, Corey v. 3M Co., et al. | New York County, NY | Depo | 190062/2021 |
| 11/16/22 | Gref, Brian v. Amerian International Industries, et al | U.S. Dist. Ct., So. Dist. Of NY | Depo | 1:20-cv-05589 |
| 11/17/22 | Childers, Victoria v. American Cast Iron Pipe Co.,et al. | Jefferson County, AL | Depo | CV-2020-900060 |
| 11/18/22 | Coit, Frances v. Avon Products, et al. | Alameda County, CA | Depo | 22CV010805 |
| 11/22/22 | Haeck, Gary v. Asbestos Companies, et al. | Alameda County, CA | Depo | 22CV011503 |
| 11/28/22 | McElroy, Patricia v. AT&T Corp., et al. | U.S. Dist. Ct., Eastern Dist. Of NC | Depo | 5:21-cv-00179 |
| 12/01/22 | Coit, Frances v. Avon Products, et al. | Alameda County, CA | Depo | 22CV010805 |
| 12/02/22 | McDuffey, William v. AGCO Corp., Tecumseh | Alameda County, CA | Depo | 22CV011835 |
| 12/05/22 | Cornejo, Martha v. 3M Company, et al (Scotts) | Los Angeles, CA | Depo | 20 STCV 13372 |
| 12/19/22 | Hansen, Carole v. Barretts Minerals, et al. | Los Angeles Sup. Ct., CA | Depo | 22STCV18922 |
| 01/06/23 | Plant, Sarah v. Avon Products, et al. | Richland County, S.C. | Depo | 2022-CP-40-1265 |
| 01/06/23 | Clark, Kelly (Est. of Shelby Payne) v. 3M Co., et al. | Richland County, S.C. | Depo | 2022-PC-40-01281 |
| 01/16/23 | Porzucek, Margaret v. 84 Lumber Company, et al. | Allegheny County, PA | Depo | GD-15-013568 |
| 01/18/23 | Anderson, Gina v. Avon Products, et al. | King County, WA | Depo | 21-2-14021-1 SEA |
| 01/19/23 | Egli, Meredith v. Johnson & Johnson, et al. | Alameda County, A | Depo | RG20075272 |
| 01/20/23 | Rathbun, John v. Barretts Minerals, et al. | Alameda County, CA | Depo | RG20083508 |
| 01/25/23 | Plant, Sarah v. Avon Products, et al. | Richland County, S.C. | Depo | 2022-CP-40-1265 |
| 01/30/23 | Connell, Ann v. Barretts Minerals, et al. | Commonwealth of Massachusetts | Depo | 21-1714 |

Testimony Listing
William E. Longo, Ph.D.

| Date | Case Name | Jurisdiction | Depos & Trials | Case No. |
|---|---|---|---|---|
| 02/01/23 | Payne, Phillip v. Air & Liquid Systems, et al. (DAP) | Los Angeles, CA | Depo | 19STCV41649 |
| 02/03/23 | Gref, Brian v. Amerian International Industries, et al | U.S. Dist. Ct., So. Dist. Of NY | Depo | 1:20-cv-05589 |
| 02/06/23 | Elliott, James v. John Crane, et al. | Newport News, VA | Depo | CL2202355T-00 |
| 02/08/23 | Regan, Marni v. Barretts Minerals, Inc., et al. | Los Angeles, CA | Depo | 22STCV18841 |
| 02/14/23 | Hurley, Leanne v. Walgreens, et al. | Cook County, IL | Trial | 20 L 004159 |
| 02/20/23 | Anderson, Gina v. Avon Products, et al. | King County, WA | Depo | 21-2-14021-1 SEA |
| 02/22/23 | Davis, Jamel v. Albertson's LLC. | Alameda County, CA | Depo | RG21112811 |
| 02/24/23 | Plant, Sarah v. Avon Products, et al./Payne, Kelly Clark v. 3M Co. | Richland County, S.C. | Trial | 2022-CP-40-1265 |
| 03/03/23 | Valadez, Anthony v. Johnson & Johnson, et al. | Alameda County, CA | Depo | 22CV012759 |
| 03/07/23 | Dotson, Caroline v. Johnson & Johnson, et al. | Los Angeles, CA | Depo | 19STCV31844 |
| 03/15/23 | Plotkin, Evan v. Johnson & Johnson, et al. | Bridgeport, CT | Depo | FBT-CV-21-6109520-S |
| 03/17/23 | Davis, Jamel v. Albertson's LLC. | Alameda County, CA | Depo | RG21112811 |
| 03/20/23 | Dunn, Lou Ann v. Arkema, Inc., et al. | St. Louis, MO | Depo | 2122-CC09045 |
| 03/21/23 | Pichierri, Mary v. Avon Products, et al. | Commonwealth of Massachusetts | Depo | 20-2681 |
| 03/22/23 | Hamilton, Marla v. Publix Super Markets, et al. | Hillsborough County, FL | Depo | 19-CA-9136 |
| 05/16/23 | Streck, Matthew v. Johnson & Johnson, et al. | Jefferson Circuit Ct. KY | Depo | 21-Cl-06290 |
| 05/25/23 | Metcalf, Darren v. Barretts Minerals, et al. | Los Angeles, CA | Depo | 4674/22STCV21416 |
| 05/26/23 | Lee, Steven v. Borg-Warner Morse TEC, et al. | Grant Count, WI | Depo | 2019-CV-000344 |
| 05/30/23 | Zundel, Bryce v/ Amerilure, Inc., et al. | Commonwealth of Massachusetts | Depo | 22-2145 |
| 05/32/23 | Hernandezcueva, Joel v. E.F. Brady Co., et a. | Los Angeles, CA | Trial | JCCP4674/BC475956 |
| 06/12/23 | Valadez, Anthony v. Johnson & Johnson, et al. | Alameda County, CA | Trial | 22CV012759 |
| 06/16/23 | Collins, Robert v. Allied Fluid Products, et a. | Alameda County, CA | Depo | 22 CV 021614 |
| 06/23/23 | Mitchell, Charles v. Norfolk Southern Railway, et al. | Knox County, TN | Depo | 3-134-21 |
| 06/29/23 | Lassiter, Donald v. Akebono Brake Corp., et al. | DeKalb County, GA | Depo | 20A79081 |
| 07/07/23 | Zundel, Bryce v/ Amerilure, Inc., et al. | Commonwealth of Massachusetts | Depo | 22-2145 |
| 07/26/23 | Whitcomb, Lewis (Est. of John Whitcomb) v. Borgwarner Corp., et al. | Baltimore City, MD | Depo | 24-X-22-0000007 |
| 08/02 & 08/3/23 | Spiegelman, Sheldon v. Arkema, Inc., et al. | New York, NY | Depo | 190149/2021 |
| 09/01/23 | Cardillo, Margaret v. American International Industries, et al. | New York, NY | Depo | 190199/2020 |
| 09/05/23 | Bareh, Samson v. Honeywell International, Inc., et al. | Los Angeles, CA | Depo | 23STCV00437 |
| 09/14/23 | Lassiter, Donald v. Akebono Brake Corp., et al | DeKalb County, GA | Depo | 20A79081 |
| 09/18/23 | Nguyen, Thanh v. American Honda Motor Co., et al. | Los Angeles, CA | Depo | 22STCV11362 |
| 09/27/23 | Whitcomb, Lewis (Est. of John Whitcomb) v. Borgwarner Corp., et al. | Baltimore City, MD | Trial | 24-X-22-000007 |
| 10/03/23 | Lanzo, Stephen v. Cyprus Amax Minerals, et al.. | Middlesex County, NJ | Depo | MID-L-7385-16 AS |
| 10/12/23 | Eagle, Marlin v. Arvinmeritor, Inc., et al | Alameda County, CA | Depo | 22CV018294 |
| 10/17/23 | Moore, Billy v. ABB, Inc., et al. | King County, WA | Depo | 22-2-07824-3 |
| 10/23/23 | Eagle, Marlin v. Arvinmeritor, Inc., et al. | Alameda County, CA | Depo | 22CV018294 |
| 10/30/23 | Lanzo, Stephen v. Cyprus Amax Minerals, et al. | Middlesex County, NJ | Depo | MID-L-7385-16 AS |
| 11/03/23 | Eagle, Marlin v. Arvinmeritor, Inc., et al. | Alameda County, CA | Depo | 22CV018294 |
| 11/13/23 | Eagle, Marlin v. Arvinmeritor, Inc., et al. | Alameda County, CA | Trial | 22CV018294 |
| 11/30/23 | Henderson, Jeannine v. Taylor-Seidenbach, Inc., et al. | New Orleans, LA | Depo | 2022-10279 |
| 12/19/23 | Debevec, Marla v. 3M Co., et al. | Alameda County, CA | Depo | RG18922387 |
| 01/10/24 | Cardillo, Margaret v. American International Industries, et al. | New York, NY | Trial | 190199/2020 |
| 01/18/24 | Hofmaister, Sharon/Yerkes, Shelly v. Avon Products, et al. | Alameda County, CA | Depo | 23CV033743 and 23CV032102 |
| 01/25/24 | Cardillo, Margaret v. American International Industries, et al. | New York, NY | Trial | 190199/2020 |
| 01/29/24 | Sotomayor, Roberto v. Honeywell Int'l, et al. | Los Angeles, CA | Depo | 23STCV01373 |
| 02/01/24 | Ketchepaw, Sherrye v. Akebono Brake Corp., et al. | Alameda County, NY | Depo | 22CV012680 |

**Testimony Listing**
**William E. Longo, Ph.D.**

| Date | Case Name | Jurisdiction | Depos & Trials | Case No. |
|---|---|---|---|---|
| 02/02/24 | Yerkes/Hofmaister, Sharon v. Johnson & Johnson | Alameda County, NY | Depo | 23CV033743 and 23CV032102 |
| 02/09/24 | Sotomayor, Roberto v. Honeywell Int'l, et al. | Los Angeles, CA | Depo | 23STCV01373 |
| 02/20/24 | Krich, Rochelle v. Johnson & Johnson, et al. | Los Angeles, CA | Depo | 21 STCV22952 |
| 03/07/24 | Chenet, Vita v. Colgate-Palmolive, et al. | New Orleans, LA | Trial | 18-12536 |
| 03/21/24 | Plotkin, Evan v. Johnson & Johnson, et al. | Bridgeport, CT | Depo | FBT-CV-21-6109520-S |
| 03/22/24 | Clark, Kayme vs. Cyprus Amax Minerals Co., et al. | Middlesex County, NJ | Depo | MID-L-03809-18 |
| 04/02/24 | Clark, Kayme vs. Cyprus Amax Minerals Co., et al. | Middlesex County, NJ | Depo | MID-L-03809-18 |
| 04/15/24 | Gaskill, Thomas v. Air & Liquid Systems, et al. | Middlesex County, NJ | Trial | MID-L-5849-17AS |
| 04/19/24 | Greer, Horace v. Exxon Mobile, et al. | East Baton Rouge, LA | Depo | C-71766626 |
| 04/26/24 | Newton, Jerry v. Johnson & Johnson, et al. | Harris County, TX | Depo | 2019-67903 |
| 05/02/24 | In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation (Bellweather group) | U.D. Dist. Court, Middle Dist of NC | Depo | MDL 16-2738 |
| 05/07/24 | Smith, Claudia v. | | Depo | |