# EXHIBIT G

Page 1

1              UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF NEW JERSEY

3

    _____

4

5                   MDL No. 16-2738(FLW)(LHG)

6    IN RE:  JOHNSON & JOHNSON

    TALCUM POWDER PRODUCTS

7    MARKETING, SALES PRACTICES,

    AND PRODUCTS LIABILITY LITIGATION

8

    _____

9

10

11

12

13

14              The remote video deposition of WILLIAM LONGO,

15              Ph.D., taken via Zoom videoconference on

16              May 2, 2024, commencing at approximately

17              11:20 a.m., before Lois Anne Robinson,

18              Certified Realtime Reporter.

19

20

21

22

23

24

Page 2

```
 1          A P P E A R A N C E S
 2 COUNSEL FOR PLAINTIFFS:
 3      BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
        218 Commerce Street
 4      Montgomery, Alabama  36103
        BY:  Leigh O'Dell, Esquire
 5          Leigh.odell@beasleyallen.com
            Leanna Pittard, Esquire
 6          Leanna.pittard@beasleyallen.com
 7      ASHCRAFT & GEREL
        1825 K Street NW, Suite 700
 8      Washington, DC  20006
        BY:  Michelle A. Parfitt, Esquire
 9          Mparfitt@ashcraftlaw.com
10      COHEN, PLACITLLA & ROTH
        127 Maple Avenue
11      Red Bank, New Jersey  07701
        BY:  Christopher Placitella, Esquire
12          Cplacitella@cprlaw.com
            Drew Renzi, Esquire
13          Drenzi@cprlaw.com
14      REILLY, McDEVITT & HENRICH, P.C.
        3 Executive Campus, Suite 310
15      Cherry Hill, New Jersey  08002
        BY: Stephanie DiVita, Esq.
16          Sdivita@rmh-law.com
17 FOR THE DEFENDANT:
18      KING & SPALDING
        1185 Avenue of the Americas
19      34th Floor
        New York, New York  10036
20      BY:  John Ewald, Esquire
            Jewald@kslaw.com
21          Jake Keester, Esquire
            Jkeester@kslaw.com
22
   VIDEOGRAPHER:  Maria Lima
23
        Lois Anne Robinson, RPR, RDR, CRR
24      Court Reporter
```

Page 3

```
 1              I N D E X
 2 EXAMINATION                 PAGE
 3 By Mr. Ewald                  6
 4
 5           * * * * * *
 6 EXHIBITS                    PAGE
 7 Exhibit 1                    17
 8   Lizardite Standard
 9 Exhibit 2                    17
10   Antigorite Standard
11 Exhibit 3                    31
12   Shu-Chun Su - "The Dispersion Staining Technique and Its
13   Application to Measuring Refractive Indices of Non-Opaque
14   Materials, with Emphasis on Asbestos Analysis"
15 Exhibit 4                    31
16   Shu-Chun Su - "Rapidly and Accurately Determining Refractive
17   Indices of Asbestos Fibers by Using Dispersion Staining
18   Method"
19 Exhibit 5                    42
20   Notice of Deposition
21 Exhibit 6                    43
22   PSC Objections to Updated Notice of Deposition
23 Exhibit 7                    56
24   Curriculum vitae
```

Page 4

```
 1          I N D E X - (continued)
 2 Exhibit 8                    57
 3   Reliance list
 4 Exhibit 9                    57
 5   Fourth Supplemental MDL expert report - 4/29/24
 6 Exhibit 10                   58
 7   Supplemental expert report - 5/2/24
 8 Exhibit 11                   58
 9   MDL second supplemental expert report - 2/1/19
10 Exhibit 12                   145
11   2/4/20 - Longo - "The Heavy Liquid Separation Method for the
12   Analysis of Cosmetic Talc to Detect Amphibole and Chrysotile
13   Asbestos"
14
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1 VIDEOGRAPHER:
 2      We are now on the record.
 3      My name is Maria Lima.  I'm a
 4 videographer for Golkow.
 5      Today's date is May 2nd, 2024, and the
 6 time is 11:20 a.m.  This remote video deposition
 7 is being held in the matter of Talcum Powder
 8 Litigation.
 9      The deponent is William E. Longo, Ph.D.
10      All parties to this deposition are
11 appearing remotely and have agreed to the witness
12 being sworn in remotely.  Due to the nature of
13 remote reporting, please pause briefly before
14 speaking to ensure all parties are heard
15 completely.
16      Counsel's appearances will be noted on
17 the stenographic record.
18      The court reporter will now swear in
19 the witness.
20
21      WILLIAM LONGO, Ph.D.,
22 the witness, after having first been
23 duly sworn to tell the truth, the whole truth,
24 and nothing but the truth, was examined and
```

2 (Pages 2 - 5)

1 testified as follows:
2              EXAMINATION
3 BY MR. EWALD:
4 Q       Good morning, Dr. Longo.
5 A       Good morning.
6 Q       It's been a while.
7 A       It has been a while.
8 Q       Okay.  So let's get some of the
9 logistics out of the way first.
10        Well, first question is where are you
11 today?
12 A      I am in -- I'm at the -- I'm at
13 Materials Analytical Services, LLC, and I'm
14 sitting in the second -- the small conference
15 room.
16 Q      And is there anyone in the room with
17 you?
18 A      Yes.
19 Q      Who?
20 A      Leigh O'Dell.
21 Q      Anybody else?
22 A      No.
23 Q      What --
24        At least on the screen I see a number

1 of different stacks of paper.  Can you generally
2 describe for me what you have in front of you so
3 I know what you have?
4 A      Well, I have the supplement expert
5 report, MDL Johnson's Baby Powder, et cetera,
6 et cetera, May 2nd, 2024, which just, on page --
7 page -- on page 5, an overview, this supplement
8 report was done to correct typographical errors
9 involving the container calculations.  And then I
10 point out where those corrections were made and
11 what was made.  They're very minor, but there
12 were some typos there on the number of
13 containers.  And that's the only thing I changed.
14 Q      Okay.
15 MS. O'DELL:
16        And, John, I will put that in the chat
17 so you'll have it.
18 MR. EWALD:
19        Yeah.  That'll be -- I was worried I
20 was missing it.  So, yes, that would be great to
21 put it in the chat.  Thank you.
22 A      I also have a report, PLM analysis,
23 chrysotile RIs and structure size for MAS's
24 RG-144 and SG-210 chrysotile standard in the

1 analysis of fibrous -- fibrous talc and other
2 information, William E. Longo, Ph.D., CEO, MAS,
3 LLC, September 2nd, 2022.
4        I'm fairly certain that this has
5 been -- this has been provided in the past.  And
6 what we have here is, on table 2, is the RG-144
7 Calidria spiked Johnson baby powder -- Johnson
8 talcum powder samples where we did PLM analysis
9 on the RG-144 spiked starting at table 2,
10 .1 percent all the way down to .0001 percent.
11 There's a typo there.
12 Q      Sorry.  So the record's clear, what's
13 the typo?
14 A      CSM, we also did a standard spike from
15 .1 percent to .0001 percent, which that should be
16 for the ISO.  So this was our standardization on
17 the number of structures of the Calidria going
18 all the way down, and then we have some other
19 information there that we've also provided.
20        I have --
21 Q      Sorry, Doctor.  Before we leave that
22 one, I just want to make sure I understand the
23 typo that you referred to on table 2, page 4, of
24 this report.  There's an extra zero on M65947?

1 A      It should be 0.001 percent, like the
2 exact same number down there for the CSM.
3 Q      Okay.
4 A      That's one too many zeros there.
5 Q      Right.
6 A      And it's interesting.  I always find
7 that in the deposition when I'm explaining what
8 we have.
9        This was a -- we sent these in.  I was
10 just able to locate them, the request in the --
11 it's the photographs for the lizard- --
12 lizardite, which -- in 1.550, and the antigorite
13 in 1.550 showing the difference that you get for
14 chrysotile for that.  That's a response to the...
15        I also, starting over here, I have
16 volume 69, second quarter, 2022, the published --
17 the published paper for Dr. Shu-Chun Su in the
18 journal called The Microscope, volume 69,
19 hyphen -- I mean 69-2, pages 51 through 69, 2022,
20 entitled "The Dispersion Staining Technique and
21 Its Application to Measuring Refractive Indices
22 of Non-opaque Materials, with Emphasis --
23 Emphasis on Asbestos Analysis."
24        And he gave a -- he had some

Page 10

1  corrections in -- I think the following -- I
2  think the third quarter on the -- on the one
3  zero -- on the chrysotile. Yeah. Table 5,
4  conversion for chrysotile and Cargille, 1.550
5  corrected.
6       Okay. I have a document, big document
7  here, and this was stuff that was asked for in
8  the -- it's called a supplement expert report,
9  Comparison of RIs in chrysotile structure size,
10 Union Carbide SG-210 chrysotile products from the
11 Coalinga mine in California, Montana talc source
12 for both Gold Bond and Clubman body powder,
13 fibrous talc and reduced size NIST 1866b
14 chrysotile standard, October 9th, 2023.
15      Moving right along --
16      Oh, I also have Dr. Su's handout that
17 he would -- when he inspected laboratories for
18 NVLAP, he would hand out a document called
19 "Rapidly and Accurately Determining Refractive
20 Indices of Asbestos Fibers by Using Dispersion
21 Staining Method." And this one is a revision of
22 2010-07-11.
23      I also brought along the ISO 22262-1,
24 Method Bulk -- Bulk -- you know, Bulk Material,

Page 11

1  Part 1.
2       Somewhere in here I have the EPA R-93.
3  Here it is. I brought that along in case we need
4  it for any reason.
5       I have a giant notebook that -- and
6  that's my reliance materials as a first section.
7  Then we have my testimony list.
8       You have this, I think; right?
9  Q    Well, we'll get to it. I'm not sure I
10 have your most up-to-date stuff. But, yes, we
11 have a version.
12 A    I have the fourth supplement report of
13 William Longo, April 29th, 2024. And this one
14 was where -- yeah. I had to make a few
15 corrections, I think, in that.
16      My CV.
17      Analysis of Tamara Newsome's Johnson's
18 Baby Powder container, 11-17-23. So that's the
19 report.
20      The third supplement MDL report,
21 11-17-23.
22      Analysis of J&J's historical Imerys
23 railroad -- railroad samples that are in the
24 original February 1st, 2019, document.

Page 12

1       Asbestos -- next section is Asbestos in
2  talc fiber exposure tables, 1960 to 2000, Johnson
3  Baby Powder and Shower to Shower.
4       Then I have supplement expert report,
5  comparison of RIs in chrysotile -- chrysotile
6  structure size. Well, that's -- that's the
7  report part of that notebook.
8       The Valadez 228 analysis, that one
9  sample. I'll call it an off-the-shelf sample
10 that Joe Satterley sent me.
11      The report for Daniel Doyle, which,
12 again, was a analysis that was sent to me, I
13 believe, by Simon Greenstone. These were samples
14 that were analyzed for Chinese that were not in
15 the original MDL report.
16      What's next?
17      Analysis of Carolyn Weirick, 1.5-ounce
18 container. That came from Simon Greenstone.
19      Then I have analysis of
20 Johnson & Johnson talc products for amphibole
21 analysis, expert report. Oh, this is an oldie,
22 July 2018. I'm seeing who this came from. Oh,
23 Simon -- that's another Simon Greenstone.
24      The --

Page 13

1  Q    Sorry. 2018 was a Simon Greenstone?
2  A    Yes.
3  Q    Okay. But it's amphibole?
4  A    I didn't look at the results.
5  Q    All right.
6  A    Let me get past the chain of custody.
7  It was only for amphiboles.
8  Q    Okay. And, just for the record, can
9  you give your internal control number, whatever
10 you call it, for that one?
11 A    Oh. Our MAS lab tracking number?
12 Q    Precisely.
13 A    It's M68483.
14 Q    Thanks.
15 A    Then we have the Marie Cully supplement
16 report, M71046. And this was done on May 14th,
17 2020, revision 1.
18      I'll get the results and see what we
19 did. Oh. This went back -- this was -- went
20 back and did for -- for chrysotile.
21      Then we have Supplement Analysis Report
22 M- -- where is it? M71095. This is Janet
23 Tutley's JB container split, September 23rd,
24 2022, revision 2. And this was for chrysotile.

4 (Pages 10 - 13)

Page 14

1  Where did we find it here?  Analysis of talc
2  fibers as well.
3        Then we have Chinese talc analysis
4  report, revision 9-16-2022.  Oh.  These are --
5  looks like it's M71109 to M71111.  I believe
6  these are the -- the Chinese retains that we
7  received from --
8        Who sent those to us?  It might have
9  been either Seagrave or Sanchez, RJ Lee.
10       Then we have a supplement report 1, MAS
11 project M71166, off-the-shelf 2020 Johnson Baby
12 Powder talcum powder analysis.  And these are the
13 ones that I purchased when they -- when the
14 product was still on the market.  And they
15 came --
16       Well, you can look at it.  But I gave
17 you, you know, the M number.
18       Then we have the Shawn Johnson
19 Johnson Baby Powder analysis.  That was the 10
20 containers that were purchased by Shawn Johnson's
21 mother and sent directly to us.
22       Then we have two Johnson Baby Powder
23 and one Gold Bond off-the-shelf containers from
24 Lucky's.  And those would have came from Joe

Page 15

1  Satterley, case of McLean, and it's M number
2  M71216.
3        The next one is Johnson Baby Powder
4  analysis, compiled notebook, 2-9-2021, MAS
5  project M71241.  And these were all 2018
6  containers.  And that means -- I think these were
7  ones that I purchased.  Yeah.  These -- these --
8  these were purchased by me off -- off the
9  Internet from Ralph's, which is out in
10 California, I assume.
11       I also have in here the June 6th, 2019,
12 rebuttal expert report for the Prop 65.  I don't
13 recall saying I was relying on this, but I guess
14 if you want to ask questions, that's fine.
15       Also, I have supplement report, two
16 off-the-shelf 2020 Johnson Baby Powder -- well,
17 Johnson Baby Powder analysis, MAS projects M71166
18 and M71180.  These were containers purchased by
19 me from CVS in Suwanee, Georgia, and from
20 Walgreens from Johns Creek.  And then I got a
21 sample in -- a full container from Target in Blue
22 Springs, Missouri.
23       The last one would be Linda Zimmerman,
24 supplemental analysis report, MAS project M70484.

Page 16

1        And that's what's in that book.
2        Now, I just want to put this on the
3  record.  It is my understanding that Judge
4  Wolfson excluded our PLM opinions about amphibole
5  asbestos during the Daubert hearing.  While I
6  disagree that this -- this should have happened,
7  you know, what I would say about the PLM analysis
8  is that that hearing was four years ago, and
9  we've certainly advanced the science, advancement
10 in science on the PLM.  I think some of the
11 issues she had I believe we've cured, you know,
12 but I'm always hesitant to violate -- violate
13 a -- a -- a -- a federal judge's order.  So, you
14 know, I just have to go from there.
15 Q      Okay.  Thank you for that.  And --
16       All right.  So first question after all
17 of that is the lizardite and antigorite
18 standards, you kind of trailed off, at least from
19 what I heard.  Was that in response to recent
20 questions from my partner, Kevin Hynes?
21 A      Well, I told Kevin Hynes I had them.
22 So, interesting enough, the -- the request for
23 them showed up in the deposition notice for here,
24 so I provided them.

Page 17

1  Q      All right.
2  A      That was a long answer to your question
3  that should have been yes.
4  Q      All right.  And, so, you said you had
5  them.  How long has --
6        Well, let's first mark -- we'll go
7  ahead and mark as Exhibit 1 the --
8        It's labeled the lizardite standard,
9  and Exhibit 2 will be the antigorite standard.
10       (DEPOSITION EXHIBITS 1 AND 2
11       WERE MARKED FOR IDENTIFICATION.)
12 MR. EWALD:
13 Q      Doctor, the -- first, let's take
14 lizardite, Exhibit 1.  How long has MAS --
15       Let me rephrase that.
16       When was the lizardite standard created
17 by MAS?
18 A      Well, it wasn't so much created.  We
19 had lizardite and antigorite, as well as some
20 others, for a long time.  In fact, we never
21 really ran into the issue.  But soon as we
22 started identifying -- when we started
23 identifying chrysotile, these, of course, are two
24 polymorphs of chrysotile, and -- in the cosmetic

5 (Pages 14 - 17)

Page 18

1 talc. I wanted to make sure that we weren't
2 misidentifying antigorite and/or lizardite and
3 see what the PLM ranges were for our standards we
4 had in-house. Because these standards have been
5 around for some time. We never really had to do
6 anything with them. But it was mostly for the
7 TEM folks to take a look at, if we needed to.
8     Now, when we did this would have been
9 back in 2020 or 2021.
10 Q    And when you say --
11     Hold on. This is always interesting
12 when you try to put something on screen. Let's
13 see how this goes.
14     Do you see the lizardite standard on
15 your screen, Doctor?
16 A    I do.
17 Q    All right. When you say you did this
18 in 2021, are you testifying that the document
19 that was marked as Exhibit 1 was created in 2020,
20 2021 time frame?
21 A    Yes. Somewhere where we started
22 finding the -- the size of the -- size of the
23 chrysotile structures, I wanted to make sure we
24 weren't misidentifying the polymorphs. It's

Page 19

1 either 2020 or 2021. And it was clearly that it
2 was different, so -- and because nobody
3 suggested, none of the defense experts suggested
4 that we were misidentifying either antigorite
5 or -- or lizardite, all -- all the -- all the
6 opinions that we were misidentifying fibrous talc
7 as chrysotile.
8     So we spent all our research time
9 looking at fibrous talc, looking at how the
10 birefringence is so different from chrysotile, we
11 just sort of stuck these away.
12     Now, if the defense experts' opinions
13 are now changing, that they want to abandon the
14 chrysotile, their opinions after two-and-a-half
15 years of saying we're misidentifying fibrous talc
16 for chrysotile, and now they're saying, well,
17 it's antigorite or lizardite, you know, that'll
18 be up to them to explain why they're changing
19 their minds.
20     So we just -- I just put them away and
21 kind of forgot about them. It wasn't until your
22 colleague asked about them and I go, "oh, yeah,
23 we've got those." But we've never really had to
24 do anything with them, because it was all about

Page 20

1 fibrous talc misidentification.
2 Q    To be so clear, because I wasn't sure
3 from your answer, what we've marked as Exhibit 1
4 that is -- hold on -- 5 images labeled "lizardite
5 standard," that was -- those images were created,
6 photographed in 2020, 2021 time frame?
7 A    Yes, sir.
8 Q    Okay.
9 A    In 1.550. And these would have been
10 with the old microscopes.
11 Q    And the -- you said you had the
12 lizardite, antigorite standards around for a
13 while. What is the -- what is the source of the
14 lizardite, antigorite standards?
15 A    You know, it's been so long, I would
16 have to look it up and see if we actually -- what
17 the source was. I mean, I literally haven't
18 looked at these in two, three years.
19     If you'll notice, you know, a lot of
20 our reports, besides identifying chrysotile by
21 PLM, is also showing what the birefringence and
22 the difference in the fibrous talc. But we just
23 don't really run across these materials.
24     Number 1, antigorite, in the

Page 21

1 Environmental Protection Agency book that has
2 been read back to me many times, in the section
3 called "Asbestiform, Nonasbestiform," in the
4 AHERA, and it says antigorite is the
5 nonasbestiform.
6     Well, we all know it can be fibrous
7 from time to time, but we haven't seen this in
8 the PLM analysis. So that's the reason it's
9 really never come to light, meaning it wasn't
10 really important, because this is not what we had
11 been accused of misidentifying.
12 Q    Well, in your --
13     Well, first of all, the -- in the slide
14 at the bottom, it says "antigorite" and, in
15 parentheses, "Ontario." Is it your understanding
16 that the standard for antigorite that MAS used
17 originated from Ontario?
18 A    Yes. And that would --
19     Well, so this -- I'm sure, you know,
20 the Ontario chrysotile up there is all
21 serpentine, originated from serpentine, and this
22 would be a serpentine. So that's my
23 understanding. It came from Ontario -- from the
24 Ontario mines up there.

6 (Pages 18 - 21)

Page 22

1 Q       And, so, we were looking at page 1 of
2 Exhibit 1 for lizardite.  At the top we have RA
3 values of 1.567 to 1.585.  That's what's written;
4 correct?
5 A       Correct.
6 Q       And is that your understanding of the
7 range of RI values for antigorite -- for
8 lizardite when looking at it in parallel
9 position?
10 A       It's in that range of them.  And, you
11 know, here we have the 1.67.  You've got more of
12 the orangish-red.  That's --
13        And then on the upper side here, we've
14 got these whites in here.  So that gives you the
15 1.585.  If you were to average that, that's going
16 to be 6, 7, 10 -- yeah.  That's gonna be in the
17 high 1.5 --
18        Well, instead of me just guessing, it's
19 probably going to give you an average refractive
20 indices --
21        1.567, 5 -- is 12 -- 7, 1.527 versus
22 1.585.  I mean 80.  So you're gonna be in the
23 1.5 -- let's see -- 9, 3, 8, 4, 7, 5, 6, 6.
24 1.8576.  So that's outside the range we've ever

Page 23

1 seen for chrysotile.
2        But, more importantly, if you go to the
3 perpendicular, no matter if you're -- you know,
4 you're always getting the blues, and we're not
5 here.  We've got 1.563 to 1.582 -- 1.563, 82 --
6        Two and 3, that's 5...and 1.645.
7        No.  It's got to be harder than that.
8 Oh.  1.615.
9        Let me just do the math on the
10 calculator before I screw up.
11 Q       Feel free.
12 A       I didn't bring it.
13        Anyway, you're not getting any of the
14 what I would call the blues that you typically
15 see in 1.550, so you have -- you have -- your
16 refractive indices are way too high for it to
17 be --
18        You're getting close now to what you
19 might see for talc.  63 to 82, you know, you
20 take -- you take the 1.585, it doesn't -- it
21 doesn't work.  I mean, those colors, it doesn't
22 work.  You know, I haven't done the math on it,
23 but the refractive indices are way too high to be
24 chrysotile.  Way too high.

Page 24

1 Q       It's your testimony that when you
2 were -- when MAS was analyzing talc samples by
3 PLM for the presence of chrysotile, that you
4 referred to these lizardite and antigorite
5 samples?
6 A       Yes.  We took a look at this and go,
7 well, we're not seeing anything close to that.
8 Now, you may get --
9        Because you've got, basically, very
10 close refractive indices on both the
11 perpendicular and parallel, but you've got the
12 wrong wavelengths.  I mean, if you were to go
13 into the chart that likes to be shoved in my face
14 all the time for the ISO chart, when it says
15 1.550 for chrysotile and take a look at the
16 central stop data, and the -- you're gonna be --
17 you're gonna be outside of the range.
18 Q       Okay.  And --
19 A       For the 1.56, you know, it's -- you're
20 not getting the same dispersion colors.
21        Now, we can argue over the gold and
22 yellow, et cetera, but you're not gonna find any
23 Calidria that looks like that.  And, again, this
24 was just put away because it was never suggested

Page 25

1 that MAS was misidentifying antigorite or
2 lizardite as chrysotile.  It was all fibrous
3 talc.  Fibrous talc.  Or for the -- for the
4 experts who say there is no fibrous talc, it was
5 all talc plates on edge.
6 Q       In any of your reports or analysis of
7 talc by PLM for chrysotile, did you reference
8 that you ruled out antigorite and lizardite as a
9 possibility?
10 A       No.  Because right off the bat we were
11 being accused of misidentifying it fibrous talc.
12 That's in -- just about in every report.  Because
13 this is why they say --
14        And then I was rebutting it as why
15 they're wrong.
16        Nobody has ever said that we're
17 misidentifying chrysotile for lizardite and
18 antigorite.  And here is an interesting one,
19 because this lizardite actually has a few pieces
20 of --
21        Since it's a polymorph, you can get
22 either or, or you can get a little bit of both.
23 We show -- can show the little pieces on here
24 where we have reddish-magenta to blue, which

7 (Pages 22 - 25)

Page 26

1 pretty much would put it into the -- as
2 chrysotile. But the majority of it is not, you
3 know, because the majority of the rest of this is
4 the lizardite.
5 Q     So this is, looking now at Exhibit 2,
6 you're describing slide 1, and the -- it's -- the
7 title of the slide is "antigorite standard."
8 Correct?
9 A     Antigorite? I thought this was the
10 lizardite one?
11 Q     You see at the top "antigorite
12 standard"? I'm not -- I'm just looking at what
13 you are telling me, Doctor.
14 MS. O'DELL:
15     You moved from Exhibit 1 to Exhibit 2.
16 MR. EWALD:
17     I did, yes. And I identified this as
18 Exhibit 2.
19 MS. O'DELL:
20     Okay. I just wanted to make sure we
21 were on the same --
22 MR. EWALD:
23     Yeah.
24 A     If you go down to the bottom --

Page 27

1     If you scroll up just a tad --
2     There you go. Bundle of lizardite.
3 MR. EWALD:
4 Q     Okay. So --
5     And the record will reflect, one way or
6 another, I got these about, you know, a couple
7 minutes before the deposition, so I'm seeing this
8 for the first time. But, Doctor, all of these in
9 this -- we marked as Exhibit 2 that's labeled
10 "antigorite standard," these are all, in fact,
11 lizardite?
12 A     Yeah. It's --
13     You know, if you look at our PLM
14 analysis, we give you, you know, dispersion
15 staining, both, you know, perpendicular and
16 parallel. Then we do cross-polars. Excuse me.
17 Then we do elongation, then cross-polars and then
18 no pol- -- then no polars. That's pretty
19 standard of what we do for anything we're doing
20 with PLM.
21 Q     Right. But what we're looking at here,
22 the images, even though the title says
23 "antigorite standard," what we're looking at are
24 images of lizardite. Fair?

Page 28

1 A     It's lizardite. If you look at --
2 MS. O'DELL:
3     If I could --
4 THE WITNESS:
5     I'm sorry.
6 MS. O'DELL:
7     I think this confusion, the files
8 were -- were -- the names were transposed. So
9 the file that says lizardite -- and Dr. Longo can
10 confirm this -- actually has antigorite, and the
11 file named antigorite actually has lizardite. So
12 just so --
13 THE WITNESS:
14     We have the appropriate name on the
15 photographs.
16 MS. O'DELL:
17     Yes. The appropriate name's on the
18 photograph.
19 THE WITNESS:
20     My assistant, when I said please scan
21 these, got a little confused.
22 MS. O'DELL:
23     Yeah. So we correct that --
24 MR. EWALD:

Page 29

1     That's fine. I'm just trying to make
2 sure the record's clear. I appreciate that.
3 So -- all right.
4 MS. O'DELL:
5     So, John, do you mind, for clarity,
6 (garbled Zoom) lizardite in Exhibit 2 is
7 antigorite, is what I heard earlier, and so the
8 record will reflect that the appropriate images
9 will go to that exhibit number. Sorry for the
10 confusion.
11 MR. EWALD:
12     That's okay. You did break up a little
13 bit there, but I think what you're saying is
14 however they're labeled or not, Exhibit 1 is, in
15 fact, antigorite standard, and Exhibit 2 is, in
16 fact, lizardite standard. Correct?
17 MS. O'DELL:
18     Either way. Just so it's clear. I
19 mean, you named the first one Exhibit 1 was
20 lizardite, and Exhibit 2 was antigorite. We just
21 need clarity that those are actually what's
22 being, you know (garbled Zoom) --
23 MR. EWALD:
24     I know. And so what I'm saying is --

8 (Pages 26 - 29)

Page 30

1  it is confusing.  But for Exhibit 1, I marked
2  what was labeled lizardite standard but we've now
3  determined is, in fact, antigorite standard.
4  And, so, Exhibit 1 will be the antigorite
5  standard, and Exhibit 2 will be the lizardite
6  standard.  Okay?
7  MS. O'DELL:
8       That's great.
9  MR. EWALD:
10      Great.
11 Q      All right, Doctor.  The two Su articles
12 that you mentioned that you had in front of you,
13 are those articles that you previously referred
14 to in litigation?
15 A      Yes.  One -- one is -- one is an
16 actually peer-reviewed publication, and that's
17 the 2022 one from -- in Microscope.  And then the
18 other one is a handout he would typically give
19 out to labs that -- that just goes back to -- all
20 the way to, you know, 19- -- 1918?  Not 1918.
21 1980s or so or '90s.  And it is just a handout.
22 Essentially, some of the same information he has
23 in his publication, same charts, same look-up
24 tables, et cetera.

Page 31

1       So, yes.  So these are what I've been
2  relying on a while about Dr. Su.
3  Q      Okay.  And, so, we'll mark as Exhibit 3
4  the Su 2022 Microscope "Dispersion Staining
5  Technique and Its Application to Measuring
6  Refractive Indices of Non-Opaque Materials, With
7  Emphasis on Asbestos Analysis."
8       (DEPOSITION EXHIBIT NUMBER 3
9          WAS MARKED FOR IDENTIFICATION.)
10 MR. EWALD:
11 Q      Doctor, is the highlighting that we see
12 on the version that I received yours?
13 A      It is.
14 Q      And, then, on Exhibit -- we'll mark
15 Exhibit 4 the -- also by Dr. Su, the "Rapidly and
16 Accurately Determining Refractive Indices of
17 Asbestos Fibers By Using Dispersion Staining
18 Method."
19      (DEPOSITION EXHIBIT NUMBER 4
20          WAS MARKED FOR IDENTIFICATION.)
21 MR. EWALD:
22 Q      Doctor, on this one, is this a copy
23 that you had received at MAS?
24 A      Well, I think I went and looked -- and

Page 32

1  looked them up.  But, yeah, we -- we've had a
2  number of these, but I didn't know if I had
3  the -- this was like almost -- yeah, the 2010
4  one.  But they're all basically the same.  So I
5  just put this one in as an example if we have to
6  discuss the -- what I would call is -- is
7  determining asbestos refractive indices by
8  dispersion staining, stages 4A and 4B, and
9  compare those to the tables that we produced --
10 not produced but he had a, you know, QR code on
11 his paper where you could download all the -- the
12 determining asbestos refractive indices for
13 dispersion staining either in Cargille E or
14 another type.  And if you compare those two
15 charts or those two look-up tables, they are
16 literally identical.
17 Q      And, so, then, in your -- I guess the
18 question is:  In your view, what does what we
19 marked as Exhibit 4 add to the opinions you're
20 offering with respect to PLM and chrysotile?
21 A      Well, first off, if we go to the -- if
22 we go --
23      Is Exhibit 4 the actual peer-reviewed
24 paper?

Page 33

1  Q      Exhibit 4 is the rapid paper.  Exhibit
2  3 is the --
3  A      Okay.  Exhibit 3, we have been --
4       To verify that our refractive indices
5  for the chrysotile was in the range, what was
6  found for chrysotile, and not just have everybody
7  working off the 1866b National Institutes of
8  Standard Technology standard for chrysotile that
9  came from Black Lake area up in Canada --
10      And it was always pointed to that one
11 of the reasons we were misidentifying chrysotile
12 is that we didn't have -- we weren't getting the
13 same refractive indices that are for the NIST
14 1866b standard.  And, so, when we start looking
15 at Dr. Su's Rapidly and Accurately Determining
16 Refractive Indices of Asbestos Fibers from --
17 actually gave out, we could see that the ranges
18 that we're finding were actually in his -- in his
19 charts.
20      But then it was stated that we were
21 misusing his -- that wasn't what it's for.  So
22 now he publishes a paper, and on page 51 he says,
23 that highlighting there, "this paper presents a
24 practical procedure for the measurement.  To

9 (Pages 30 - 33)

Page 34

1 facilitate the analysis, two comprehensive suites
2 of precalculated look-up tables for the
3 conversion of the observed matching wavelength to
4 RI were constructed for the two major types of RI
5 liquids: Cargille" -- which we use, and then the
6 DRIMMC.
7       Well, it doesn't say anything in there
8 that these tables are only for cal-- for
9 mathematical calculations or anything.  And the
10 Exhibit 3 versus the Exhibit 4, they're
11 identical.
12       Also, I think very important --
13       Let's see where that is.  And,
14 hopefully, I can find it.  Oh, here we go.
15       On page 56 of the document, "select a
16 proper RI liquid to mount the sample."  People
17 have been asked repeatedly why did I change from
18 1.550 to 1.560?  Well, if you read what he says
19 here for my highlight, he says "for high-accuracy
20 measurements such as a regulatory, legal, and
21 forensic analysis, et cetera, the rule of thumb
22 is to choose RI liquids as close as possible to
23 the refractive indices that will be measured.
24 For example" --

Page 35

1       Now, I think this is the most important
2 statement in here.
3       -- "there are chrysotile minerals who
4 [sic] RIs are significantly higher than those of
5 the standard chrysotile from the NIST SR [sic]
6 1866 set."
7       And if you go down further, "in that
8 case, 1.55 -- 1.555 or 1.560, instead of the
9 1.550, RI liquid should be used to determine a
10 gamma."
11       Right here, one of the premier experts,
12 in his published peer-reviewed paper, is stating
13 that there will be higher -- significantly higher
14 refractive indices than found for the standard
15 chrysotile NIST.
16       In my opinion, this statement from a
17 peer-reviewed publication validates everything
18 I've been saying for the last two-and-a-half
19 years.
20       And because our average range of
21 refractive indices, RIs, are from about
22 approximately 1.560 to 1.569, sometimes 1.70, if
23 you average all our RIs out, we have a refractive
24 indice [sic] of 1.560.

Page 36

1       Now, he also produces a table of 1.565.
2 Oh, he doesn't have -- he has a 1.56, you know,
3 RI liquid.  So we went to 1.560 based on this
4 statement right here from Dr. Su.  That's the
5 main reason I rely on this, because here we
6 have -- we have a very -- you know, what has been
7 stated as a very knowledgeable scientist talked
8 about the higher refractive indices that we have
9 been seeing in gamma for the chrysotile finding
10 in the cosmetic talcs, as well as the chrysotile
11 Union Carbide product, SG-210.  They're almost in
12 identical range.  That's -- this is what I
13 primarily rely on for this particular
14 peer-reviewed publication.
15 Q       The -- you just gave a range of what
16 refractive indices MAS -- the finding in its PLM
17 analysis of chrysotile J&J products in the gamma
18 position as 1.56 to 1.569?  Is that what you
19 stated?
20 A       That's the typical range.  Yes.  One
21 time -- sometimes you'll see a 1.570 or 1.571.
22 Sometimes we'll see a 1.5-- 1.559, 1.558.  But
23 typically where we end up is that 1.560 up to
24 1.569.  And that's why we chose the 1.560.

Page 37

1       It also was suggested -- well, it was
2 also stated by Mickey Gunther that we needed to
3 use a higher refractive indice [sic] fluid to
4 validate that we're finding chrysotile, as well
5 as Adam Seagrave.  And can't remember if Sanchez
6 said it or not, Dr. Sanchez.
7       So to me, this validates what we were
8 doing, a published paper stating that we had the
9 appropriate -- that the higher refractive
10 indices --
11       And, more importantly, it says here
12 "for higher-accuracy measurements."  So now in
13 the 1.560, we're seeing more of the 1- -- of in
14 the low range of the chrysotile for the
15 birefringence, which it's supposed to be.  So
16 it's more accurate using this.
17       So we're probably gonna try 1.565 at
18 some point, but we have to generate a table for
19 it.  So I don't know when we'll do that.
20 Q       When you say "generate a table," how
21 would you go about generating a table for 1.565?
22 A       Same way Dr. Su did.  Just calculate
23 it.  You take --
24 Q       How do you calculate it?

10 (Pages 34 - 37)

Page 38

1 A        So you have 1.60 and you have a 1.550.
2 I think we have a 1.55 in here somewhere.  But
3 you can just cal- -- you can just calculate it.
4 Alls you have to do is put all the parameters in,
5 you know, wavelength in.  There's a simple
6 formula for it.
7        Now, you're gonna ask what that formula
8 is.  I'm gonna look it up so I don't make a
9 mistake.
10 Q     Okay.  So, sitting here today, you
11 don't know what the formula is to create the
12 table for 1.565; correct?
13 A      Well, I don't know it verbatim, and --
14 I can give you certain parts of it, you know.
15 You've got -- you've got to -- obviously, you've
16 got to have the wavelengths.  You're gonna have
17 to have --
18        What is the other two variables?  I
19 can't think.  I'll know it pretty well when I put
20 a 1.565 table together, because that's probably
21 the better refractive fluid since the average of
22 what we're seeing is 1.565.
23 Q      And I take it MAS would have to create
24 a table for 1.565 because you're not aware of

Page 39

1 anywhere in the published literature that such a
2 table exists?
3 A      Well, I was just gonna go with, you
4 know, what Dr. Su did, just do the calculations.
5 Q      But my question is --
6 A      I'm --
7 Q      Sorry.  Go ahead.
8 A      I have not seen a table for 1.565.
9 Q      And we're looking at the part that you
10 highlighted here.  It's on page 56, as you
11 mentioned, of what we marked as Exhibit 3.  The
12 remains that you said you get the most often for
13 the RI in the gamma direction is 1.560 to 5 --
14 1.569, and everything from 1.561 to 1.569 is
15 above 1.560; correct?
16 A      Yes.
17        And, as I was saying, the average is
18 1. -- the average comes out, typically --
19 I think I went through, you know, what
20 we saw for the SG-210, the average data we saw
21 for Gold Bond, and what we saw for the -- well,
22 Montana talc, primarily.
23 Q      All right.  The -- I just want to be --
24 before we leave what we marked as Exhibit 4, you

Page 40

1 mentioned that this Exhibit 4 has the same tables
2 that come up on the QR code; correct?
3 A      Correct.
4 Q      Is there anything else with respect to
5 this article -- I'm sorry.
6        Well, withdrawn.
7        Is there anything else with respect to
8 what we marked as Exhibit 4 that you're relying
9 on for your opinions with respect to PLM
10 chrysotile analysis?
11 A      Oh.  57.
12 Q      And now we're back to Exhibit 3; right?
13 The 2022 article?
14 A      Yes.
15 Q      Okay.
16 A      Constantly I have been shown one of
17 Dr. Su's handouts where he said stay away from
18 yellow.  Don't do yellow.  Stay away from yellow.
19 Bad, yellow.
20        And here we have, on page 57, for an
21 experienced analyst, one can assign the color to
22 be 4.60 [sic] nanometer if closer to golden
23 yellow or 480 nm meters if closer to orange.  And
24 that's something I've been arguing about that.

Page 41

1 An experienced analyst can do this; that yellows
2 are not bad.
3        And, again, that goes -- that is
4 different than what he says in his handouts.  So
5 it's a little confusing.
6        But I'm assuming that a peer-reviewed
7 publication is more authoritative than a handout
8 that -- given to PLM labs.
9        Let me see if there's anything else in
10 here that I find interesting.  I think those were
11 the main points.
12 Q      If we go to page 64 of Exhibit 3,
13 there's a table 6, and talks about selection of
14 DRIMMC immersion liquids for asbestos analysis.
15 You have some highlighting there, and you have
16 something that's circled with what appears to be
17 1.545.  What are you indicating there?
18 MS. O'DELL:
19        Page 54, John?  Is that right?
20 MR. EWALD:
21        Exhibit 3.
22 MS. O'DELL:
23        63.
24 MR. EWALD:

11 (Pages 38 - 41)

Page 42

1  Page 64. It's Exhibit 3.
2  A    My copy doesn't have that, but I sent
3  that electronically. I'm not sure why I put that
4  1.545 on there. I'm looking at his charts and
5  1.550.
6  MR. EWALD:
7  Q    Okay. And, so, when on this chart
8  you've highlighted, under the high accuracy
9  required, regulatory, litigation, forensic,
10 et cetera, for chrysotile in the gamma direction,
11 it lists 1.550, 1.560; correct?
12 A    For routine samples. Then we have
13 1.550, 1.560, and then it has a little asterisk.
14 And if you go down to the bottom, "there are
15 chrysotile minerals whose refractive indices are
16 higher than those of the NIST SRM 1866
17 chrysotile." So I don't see anything
18 inconsistent there.
19 Q    All right. Let's mark as Exhibit 5 the
20 updated Notice of Oral and Videotaped Deposition
21 of William Longo, Ph.D., Duces Tecum, Notice to
22 Preserve and Notice of Inspection. That will be
23 Exhibit 5.
24     (DEPOSITION EXHIBIT NUMBER 5

Page 43

1     WAS MARKED FOR IDENTIFICATION.)
2  MR. EWALD:
3  Q    And then I'll mark as Exhibit 6 the
4  Plaintiffs' Steering Committee's Responses and
5  Objections to the Updated Notice of Oral and
6  Videotaped Deposition of William Longo, Ph.D.
7  Duces Tecum, Notice to Preserve and Notice of
8  Inspection.
9     (DEPOSITION EXHIBIT NUMBER 6
10    WAS MARKED FOR IDENTIFICATION.)
11 MR. EWALD:
12 Q    Let me go ahead and share my screen.
13 And, Doctor, what I put up here is the Exhibit 6,
14 plaintiff's responses to the updated notice. Did
15 you have an opportunity to review the updated
16 notice of oral and videotaped deposition of
17 yourself, notice to preserve and notice of
18 inspection?
19 A    Yes.
20 Q    When did you review it?
21 A    Yesterday.
22 Q    And --
23 MS. O'DELL:
24    Just for the record, as you know, there

Page 44

1  was -- there was an initial notice sent. There
2  was some confusion on whether there was actually
3  a second notice. So it's the same one yesterday.
4  So --
5  MR. EWALD:
6  Q    Okay. And, Doctor, if we go to the
7  responses, you see, for example, on number 20, so
8  we're at page 11, all materials related to your
9  or your laboratory's testing of Johnson's Baby
10 Powder or Shower to Shower, including but not
11 limited to, and then it has a number of different
12 specific subparts, the response states, after
13 some objections, "without waiving said
14 objections, any materials in response to this
15 request have already been produced during the
16 talcum powder litigation and, therefore, are
17 already in the possession of defendants.
18 Otherwise, Dr. Longo is not aware of any
19 responsive documents."
20    Did I read those sentences correctly?
21 A    You did.
22 Q    And, so, where the responses and
23 objections state "otherwise, Dr. Longo is not
24 aware of any responsive documents other than what

Page 45

1  has already been produced in the talcum powder
2  litigation," is that something that you agree
3  with?
4  MS. O'DELL:
5     Just let me interject, just a brief
6  objection. Number 1, I would add to this that
7  we've provided a Dropbox with a number of
8  materials in it, all of the materials that were
9  listed on Dr. Longo's materials considered list,
10 and we continue to add to that.
11    So subject to that objection, with what
12 the objection is, you're welcome to ask Dr. Longo
13 specific questions. But the objections are the
14 lawyer's objections, not Dr. Longo's objections.
15 And, so --
16 MR. EWALD:
17    Right. And I appreciate that. But I'm
18 not talking about objections. I'm talking about
19 the statement in the document that Dr. Longo is
20 not aware of any responsive documents other than
21 what has been produced in talcum powder
22 litigation.
23 Q    And so my question to you, Dr. Longo,
24 is whether that is a true statement.

12 (Pages 42 - 45)

Page 46

1  A    That is a true statement.
2  Q    Okay.
3  A    Now, we have a chart of all our J&J
4  testing that has been provided to defendants. If
5  I were to stack up the notebooks that -- you
6  know, just -- just taking a look at the -- all
7  the historic -- the J&J historical samples, where
8  we have 19- -- you know, 1960, 1970, 1980, 1990,
9  2000s up to 2002 or 2003, and, before that, it
10 was maybe 50-some samples from eBay, et cetera.
11 And then after, you know, Johnson & Johnson, the
12 only additional samples we did -- because, you
13 know, Johnson & Johnson was in bankrupt [sic] for
14 two years -- was the -- you know, the Alphadet --
15 MS. O'DELL:
16     Valadez?
17 A    -- Valadez -- excuse me -- was a
18 sample, and a couple more for the -- for the MDL,
19 for some of the containers for the -- you know,
20 for this project. There's nothing else. We
21 provided all the -- you know, all the selected
22 area electron diffraction patterns, all the ADXA.
23 There's nothing else.
24 MR. EWALD:

Page 47

1  Q    All right. Looking at request 31 in
2  what we marked as Exhibit 6, it asks for all
3  standard operating procedures (SOPs) maintained
4  by your laboratory for testing bulk materials for
5  asbestos by PLM, TEM, and SEM.
6       And, Doctor, my question to you is:
7  Does MAS maintain any standard operating
8  procedures for the testing of talc samples by PLM
9  for the presence of chrysotile?
10 A    No. We haven't finished the standard
11 operating procedures because we keep doing
12 research and changing slight -- slight
13 conditions, so -- until we finally have.
14      But what I may -- but what we do
15 provide, in every analysis we do have chrysotile
16 has materials and methods section that anybody
17 can follow, and it doesn't really have --
18      If we had written SOPs for every time
19 we made a change, it wouldn't really change
20 any -- it -- you know, it really wouldn't give
21 any additional information. That's why I think
22 we're one of the few laboratories, when they do
23 an analysis, they actually put in every step they
24 do. And for any changes, then we, you know, show

Page 48

1  it right there.
2       So we consider SOPs confidential and
3  company records. We don't turn over SOPs, and
4  not too many experts do.
5  Q    Sorry, Doctor. I didn't follow -- I
6  got the last part. But the part before that, you
7  mentioned you're one of the few labs, something
8  about turnover? I wasn't sure what you were
9  talking about. Sorry.
10 A    I think we're one of the few labs that
11 put a very extensive materials and methods
12 section in just to go through each step of what
13 we do. And using those materials/methods
14 section, anybody could duplicate the analysis.
15 Q    And when you say materials and methods
16 section, you're referring to the materials and
17 methods section in your expert report; right?
18 MS. O'DELL:
19     Reports.
20 A    In every report we have. From
21 receiving the sample to weighing it out, to --
22 you know, through the -- out of the -- you know,
23 through the muffle furnace to get rid of the
24 organics, to weighing it, then going and doing

Page 49

1  the heavy liquid spin time on the centrifuge, the
2  name -- name and -- on what products we're using
3  so they can buy the same products, the same
4  centrifuge, if they'd like, et cetera, et cetera.
5       So it's not inhibiting, in my opinion,
6  any other experts from trying to do this work.
7  And it must -- it must be okay, because
8  Alan Seagrave has duplicated this method for
9  using right out -- protocols right out of our
10 paper, right out of our reports.
11      Now, he didn't find chrysotile, and --
12 but he never complained that there wasn't enough
13 information for him to do this work, and that's
14 a -- you know, that's a defense expert that
15 actually did the CSM method.
16 Q    And I apologize. I'm not familiar with
17 that. How -- how recently was that?
18 A    I have a report of his floating around,
19 a couple of them. I don't know if I can put my
20 hands on them or not. But if my client asks me,
21 I will certainly look for it.
22 Q    And in looking at those reports where
23 he didn't find chrysotile, what is your response
24 to his conclusions?

13 (Pages 46 - 49)

Page 50

1 A      My response is, one, he didn't have the
2 right optical microscope.  Two, he didn't bother
3 running any standards to show him what this
4 material looks like and how small it is, the
5 chrysotile.  I think that is cata- -- that you
6 have to -- you have to look at something that is
7 similar to what you're trying to find because
8 it's so different than your usual asbestos-added
9 products, chrysotile products.
10 Q      And am I correct that your hypothesis
11 on why it's smaller is because of the milling?
12 MS. O'DELL:
13          Object to the form.
14 A      That may be it.  Certainly the Calidria
15 SG-210 has to be from milling.  But that
16 certainly could be it.
17 MR. EWALD:
18 Q      Well, are you also offering the
19 possibility --
20          Withdrawn.
21          Do you also hold up in the possibility
22 that the types of chrys- -- that the chrysotile
23 you are identifying in cosmetic talc is the
24 result of specific geographic -- geologic process

Page 51

1 in those areas?
2 A      That's out of my area.  But if you look
3 at things like, for example --
4          You know, I'll just give an example of
5 this.  If you look at the Vermont mines, the
6 Vermont mines --
7          And that's probably what we'll do next
8 at some point is go through the Vermont mines,
9 because, you know, that's where the genesis of
10 all this started about analyzing chrysotile.
11 There had to be a pretty good reason that
12 Johnson & Johnson hired a well-known, prestigious
13 university or institute, the Colorado School of
14 Mines Institute, to spend a whole year developing
15 the method on and using Vermont talc to
16 determine -- they called it the double density
17 method.
18          Now, they -- once they -- once they had
19 the full method, it was signed off by the
20 director of the Colorado School of Mines, it was
21 signed off by their chief scientist, they had in
22 there a statement that I have made many times,
23 which is finding asbestos in talc samples is like
24 looking for needles in a haystack.  And,

Page 52

1 therefore, you want to use a double -- you want
2 to use a method to concentrate the needles to
3 make them visible so you can find it.
4          Also, we, of course, have the document
5 showing that, one -- I think it was from the
6 Argonaut mine, where Johnson & Johnson was trying
7 to develop a flotation or surfactant used in
8 their -- in their -- in their beneficiation
9 process where they float it up so that they could
10 remove chrysotile.  And they did -- they actually
11 ran standards of it where they would put some
12 chrysotile in, have a standard, et cetera.
13          And I think it was the Hammondsville
14 mine where they actually were developing -- they
15 said they were developing a -- a -- almost like
16 put it on sup- -- you know, I'll use a Trump
17 statement, you know -- warp speed to develop a
18 beneficiation method to remove the tremolite.
19          Now, if there was no asbestos tremolite
20 in any of these mines in Vermont, why is
21 Johnson & Johnson spending so much money to
22 figure out how to get rid of it?
23          But geologic- -- the geological
24 development of asbestos in -- in these mines is

Page 53

1 not my area.  My area is -- I don't really listen
2 to that, because I'd rather just do the testing.
3 And certainly when you've got a lot of
4 documentation that says it's -- they're trying to
5 get rid of the -- the disagreeable minerals or
6 something like that.
7          You know, it's 12:30.  I think we've
8 been going for like an hour and 15 --
9 MS. O'DELL:
10          Ten minutes?
11 THE WITNESS:
12          Yeah.  And I don't know.  You guys are
13 all East Coast time; right?
14 MR. EWALD:
15 Q      I am.
16 A      You know, at some point, not this
17 point, but, you know, I want to take 20 minutes
18 or 30 minutes for lunch or something.
19 Q      I'm happy to take a break.  I'm happy
20 to take as long -- whenever you want to take
21 lunch.  It's up to everybody else, including the
22 court reporter.
23 A      I don't want to dictate when we're
24 gonna take lunch.  I usually like to get the

14 (Pages 50 - 53)

Page 54

1  feedback from the court reporter. That's the
2  most important person.
3  MS. O'DELL:
4      So let's go off the record.
5  THE WITNESS:
6      Okay.
7  VIDEOGRAPHER:
8      Going off record. The time is 12:31.
9      (OFF THE RECORD.)
10 VIDEOGRAPHER:
11     Back on record. The time is 12:41 p.m.
12 MR. EWALD:
13 Q    Hey, Dr. Longo, have you issued any
14 invoices for your MDL work --
15     Yeah. I'll start there.
16     Have you issued any invoices to
17 plaintiffs for your MDL work?
18 A    I know I issued a retainer, and I think
19 there were some others. And been some refunds,
20 sort of.
21 Q    All right. I'll have some more
22 questions about that.
23 MR. EWALD:
24     But first, I could have missed it,

Page 55

1  Michelle. Have those been produced? Leigh.
2  Sorry. Not Michelle.
3  MS. O'DELL:
4      I'm always happy to be mistaken for
5  Michelle. That's a compliment.
6      Yes, there were invoices produced in
7  the Dropbox.
8  MR. EWALD:
9  Q    Well, then, we will get back to that
10 one.
11     On the CV, let me show you, Doctor,
12 what -- the last version I have. And again,
13 maybe I missed something that was uploaded. Is
14 there a way for me to determine whether this is
15 your current CV?
16 A    You know, I have not updated it in a
17 while, so 03- -- 03-12-2020 is the -- the latest.
18 Q    Okay.
19 A    Has been the updated CV since almost
20 about -- going on over four years. I'd better
21 write something to put in it.
22 Q    All right. So we'll mark as Exhibit 7
23 CV with the date, as Dr. Longo indicated, at the
24 bottom, updated March 12th, 2020.

Page 56

1      (DEPOSITION EXHIBIT NUMBER 7
2      WAS MARKED FOR IDENTIFICATION.)
3  MR. EWALD:
4  Q    Dr. Longo, do you have any papers, any
5  papers in process related to talc?
6  A    I've not had any publications -- any
7  papers either accepted or rejected by any
8  journals.
9  Q    Okay. Are you currently working on any
10 papers related to talc?
11 A    And I apologize. I don't talk about
12 that. I went through the experience once of --
13     I'm not accusing you guys. I'm just
14 extra cautious now.
15     A law firm hired some experts that knew
16 the editor to try to --
17     Because the paper got accepted, but it
18 had not been published yet.
19     -- to reject the paper. Fortunately,
20 the editor didn't do that. So now I just --
21     You obviously have a right to know if
22 I've had one accepted or rejected, and that
23 hasn't happened, anything to do with talc.
24 Q    All right. The -- let me mark as

Page 57

1  Exhibit 8 what I have. It's a Johnson & Johnson
2  reliance and review documents, Appendix A.
3      (DEPOSITION EXHIBIT NUMBER 8
4      WAS MARKED FOR IDENTIFICATION.)
5  MR. EWALD:
6  Q    And what I show on that one is a date
7  at the bottom of April 23rd, 2021. Is that the
8  current one?
9  A    It is.
10 Q    All right. Then let's mark as exhibit
11 for --
12     Well, let me ask you, Doctor, I --
13     Hold one second. I'm downloading
14 something that was put into the chat by Leigh.
15     All right. Let's mark as Exhibit 9 the
16 forth supplemental MDL report by MAS dated April
17 29th, 2024.
18     (DEPOSITION EXHIBIT NUMBER 9
19     WAS MARKED FOR IDENTIFICATION.)
20 MR. EWALD:
21 Q    And, then, Exhibit 10 will be the
22 supplement expert report that we received today
23 dated May 2nd, 2024, MDL Johnson's Baby Powder
24 Application Exposure Container Calculations for

Page 58

1 Six Ovarian Cancer Victim Bellwether Cases.
2       (DEPOSITION EXHIBIT NUMBER 10
3        WAS MARKED FOR IDENTIFICATION.)
4 MR. EWALD:
5 Q       Now, Doctor, I'm gonna spend some time
6 talking about what we marked as Exhibit 9, your
7 report, supplemental MDL report. So can you get
8 that in front of you, please?
9 A       Is that this --
10        Yes. I have it in front of me.
11 Q       Great.
12        And I'm also gonna just mark for
13 reference the MAS second supplemental report that
14 is dated February 1st, 2019.
15       (DEPOSITION EXHIBIT NUMBER 11
16        WAS MARKED FOR IDENTIFICATION.)
17 MR. EWALD:
18 Q       And, Doctor, you made reference at the
19 beginning of the deposition about Judge Wolfson's
20 order. Are you intending to rely on the PLM
21 analyses that are contained in your February 1st,
22 2019, report?
23 A       I would guess that's up to the current
24 judge to decide, because, as I understand it,

Page 59

1 that there's new science on that. And that was
2 all about the amphiboles. And, you know, we -- I
3 think that pushed the science along on the
4 chrysotile. So I think there's additional
5 science on this type of work. And that's about
6 all I can say about that.
7 Q       And -- and I'm not asking you,
8 obviously, to take the lawyer, you know,
9 perspective or determining what the judge will
10 do, but do you -- is it your opinion that the
11 work you've done with PLM and chrysotile impacts
12 the reliability of the PLM amphibole testing
13 contained in your February 1st, 2019, report?
14 A       I don't think it impacts it at all.
15 No. I've got, you know, Dr. Sanchez, who's a
16 critic of the chrysotile, testified, I think,
17 in -- I forget which court it was -- that he was
18 in agreement with the PLM analysis of the
19 amphiboles in the MDL samples.
20        So it's -- you know, it's an
21 interesting dilemma when a standardized technique
22 where there was really no criticism from any --
23 any experts about the PLM analysis for
24 amphiboles, that's fairly -- you know, that was

Page 60

1 straightforward.
2       And we were using a heavy liquid
3 density separation that was published for
4 specifically amphiboles in cosmetic talc. That
5 was published by Dr. Alice Blount in 1991.
6       Also, the New York -- the State of New
7 York Environmental Laboratory, ELAP, proficiency
8 testing program, has a PLM method using heavy
9 liquid density separation for finding tremolite,
10 and -- and it's PLM. And those folks, they have
11 to put standards together and be inspected,
12 et cetera.
13       So the PLM method for amphiboles was
14 really something that was never at issue. It was
15 the TEM -- you know, it was -- really, for the --
16 for the hearing, it was all about asbestiform and
17 the TEM analysis. We really didn't get a chance
18 to talk much on redirect about the PLM analysis.
19 So -- so it's been published. It was all Blount.
20       And, you know, the only difference
21 between what our lab found and what Lee Poye's
22 lab found, you know, to me, that's just -- to me,
23 that's -- that's not a big deal. Certainly not
24 rely on the -- on the non- -- the non-heavy

Page 61

1 liquid density separation or et cetera. But to
2 me, it was -- it was not really a controversial
3 thing. It was kind of surprising. So, you know,
4 that's about all I can say about it.
5       But, you know, clearly, she -- you
6 know, she struck it, Dr. Wolfson.
7 MS. O'DELL:
8       Judge. Judge Wolfson.
9 THE WITNESS:
10       What did I say?
11 MS. O'DELL:
12       Doctor.
13 THE WITNESS:
14       Jesus.
15 MS. O'DELL:
16       Judge.
17 THE WITNESS:
18       All right. I've got to quit for today.
19       Just kidding.
20 MR. EWALD:
21 Q       When you say that the PLM without heavy
22 liquid separation --
23       Let me withdraw the question.
24       You've indicated, I believe, that the

16 (Pages 58 - 61)

Page 62

1 differences between the results between your lab
2 on the PLM without Blount separation and
3 Mr. Poye's lab at the time, J3, was not a big
4 deal. What do you mean by that?
5 MS. O'DELL:
6       Object to the form.
7 A     Well, we -- we -- we had, you know,
8 increased the resolution of our -- our Olympus
9 microscope where we fitted it with a -- an
10 infinity objective lens and then put it all on a
11 high-resolution monitor with a high-resolution
12 camera and spent a lot more time analyzing
13 samples than you normally do.
14       You know, and then I had a -- I had a
15 discussion with Lee about it, what he did versus
16 us, and then his next deposition he said he
17 didn't recall that.
18       But then he said, oh, well, it must
19 have been when he called me, how I was so excited
20 about objective lens, new objective lens. I
21 mean, that's not really what the conversation was
22 about.
23       But it's not unusual for our laboratory
24 to find trace amounts in samples by PLM less than

Page 63

1 .1 percent, because we were routinely doing that
2 and developed a method to make it a little more
3 sensitive back in the day when we were involved
4 in property damage cases that were W. R. Grace's
5 vermiculite.
6       So you have -- you have a method that
7 is an official State of New York ELAP method
8 that's published. You have a method in a
9 peer-reviewed paper by Dr. Alice Blount using --
10 determining amphibole asbestos, tremolite, using
11 PLM and heavy liquid density separation, as well
12 as the ELAP program for New York. It's unclear
13 how it's not verified or unscientific. To me,
14 anyway.
15 Q     The reference to your lab work with
16 vermiculite prior to working in talc litigation,
17 explain to me how that impacts your PLM work in
18 analyzing talc for the presence of asbestos?
19 A     Because some of the vermiculite got
20 into the asbestos-added product, such as
21 W.R. Grace fiber, being MONOKOTE 3, or
22 U.S. Gypsum's Firecode V, type D, which both
23 contain Libby, Montana, vermiculite. And at that
24 point, we used to have an XRD system, and we

Page 64

1 analyzed something like three- or four hundred
2 vermiculite samples. And three- or four hundred
3 vermiculite samples were positive for tremolite.
4       And from there we went to PLM -- and we
5 knew it was there -- to look at its fibrous
6 content. So we had dedicated -- you know, we
7 have PLM analysts that were shown that it is
8 there, and they could find it at .1 percent or
9 .01 percent. So it's just something we routinely
10 did in the property damage litigation.
11       Now, we -- we moved that XRD up to our
12 Raleigh lab after that, and then when we sold the
13 Raleigh lab, it went with it. But it was such
14 that we did not need to use heavy liquid density
15 separation to find it by PLM because it was about
16 a .1 or .01 percent. Probably higher, but that's
17 what we would usually find.
18 Q     And what time frame are we talking
19 about when you're doing that analysis or MAS is
20 doing that analysis?
21 MS. O'DELL:
22       Would you mind repeating that, John?
23 You didn't come through clearly.
24 MR. EWALD:

Page 65

1       Sure.
2 Q     What period of time was MAS doing the
3 vermiculite analysis that you were just referring
4 to, Doctor?
5 A     Approximately 1991 to about 1995 or so.
6 Q     And is -- is it your position, Doctor,
7 that that PLM work with vermiculite made it more
8 likely that your PLM analysis -- analyst would
9 detect asbestos at trace levels in cosmetic talc
10 samples?
11 MS. O'DELL:
12       Object to the form.
13 A     No. I mean, you -- you would have to
14 have -- you would have to have -- you would --
15       Strike all that.
16       In my opinion, you have to have some
17 kind of standard to show you what it's looking
18 like so that you can understand that you're
19 dealing with things that are 10 microns in
20 length.
21       I think the average size we got with
22 SG-210 --
23       Now, I'm looking at the supplement
24 expert report, October 9, 2023, where we went

17 (Pages 62 - 65)

Page 66

1  through this exercise.
2      Where is it? I know it's in here.
3  Chrysotile intergrowth standard. Bundle size,
4  section 6. Here it is.
5      The Calidria have the average length of
6  8 microns and an average width of 1 micron.
7      And if you go over here to Gold Bond,
8  the average length of the chrysotile in the Gold
9  Bond, which is Montana talc, was 9 microns, and
10 the average width is 1.4 microns.
11 MS. O'DELL:
12     Dr. Longo, would you identify what
13 pages you read from, for the record?
14 A     So I'm reading from pages -- page 4,
15 .1 percent SG-210 spiked bentonite clay.
16     And then I'm reading from page 5, which
17 was analysis of Gold Bond, and it was eight
18 samples.
19     So, in my opinion, in order for you to
20 know what to look for, you have to see something
21 that's representative, that you know it's there.
22 So you -- you take a chrysotile product that is
23 in the similar size range, and you start looking
24 at that first, just without anything so you can

Page 67

1  get used to what the refractive indices are, as
2  well as its size.
3  MR. EWALD:
4  Q     So is it your testimony, Doctor, that
5  before 2020, your PLM analyst had never come
6  across Calidria?
7  A     I'm sorry. I didn't catch the
8  question.
9  Q     Is it your testimony, Doctor, that
10 before 2020, your PLM analyst had never analyzed
11 Calidria?
12 A     No. We've analyzed Calidria in the
13 past, because we've worked on that. But it was
14 usually all RG-144, which we had five pounds of,
15 and we did, you know, air samples.
16     Now, if you go and look at what the
17 average size is for RG-144, you get very small
18 stuff, but you also get very large stuff.
19     And I was just looking around for --
20     Anyway, I'll find it.
21 Q     Okay.
22 A     We had done -- we had done just typical
23 work of looking at what the average -- what the
24 average size was for RG-144 for the bundles

Page 68

1  because there was somewhat of a dispute that the
2  structures in the Calidria RG-144 was gonna be
3  less than -- the overall average would be less
4  than 5 microns. And that turned out to be not
5  true.
6      But we also did an average, and I think
7  the average was around 70 to 80. But we had very
8  small stuff, too. So we were unable to work with
9  that.
10     But the SG-210 chrysotile really was a
11 much better fit for what we were finding in the
12 PLM.
13 Q     And that analysis, we are talking about
14 the SG-210 as being a better fit, that was in
15 September of 2022?
16 A     Yes. That's the one.
17 Q     Why did you spike Calidria .1 percent
18 in bentonite and not talc?
19 A     Because I wanted it to be pure
20 chrysotile. I didn't want anything interfering
21 with it, such as, oh, you're -- that's probably
22 talc that you're looking at. And bentonite clay
23 doesn't have any talc in it. And, according to
24 Mickey Gunther, Calidria doesn't have any talc in

Page 69

1  it.
2      So I wanted it to be something that,
3  yes, this is definitely chrysotile, and it's a
4  1.550, and this is -- and we're getting the same
5  refractive indices in 1.550 that we were seeing
6  for the chrysotile in the cosmetic talc.
7      So it was eliminating all the potential
8  confounding materials that could have been in
9  there, like, oh, you're just looking at another
10 talc fiber, as I say.
11 Q     As a new spike .01 percent of Calidria
12 in bentonite?
13 A     I believe so.
14 MS. O'DELL:
15     Do you need to get that report?
16 THE WITNESS:
17     I've got it right here.
18 MS. O'DELL:
19     Okay. Good.
20 A     Yeah. On page 4, table 1, we have
21 samples CSM .1 percent B, and B stands for
22 bentonite clay.
23 MR. EWALD:
24 Q     Let's make sure that you're now

18 (Pages 66 - 69)

Page 70

1  referring to your October 9th, 2023, report.  Is
2  that right?
3  A       Yes.
4  Q       All right.
5  A       I think I have the same data in the --
6  in the other one, too.
7  Q       And which page are you on, sir?
8  A       I'm on page 4.
9  Q       All right.  On table 1, I see on page 4
10 is .1 SG-210 spiked bentonite; right?
11 A       Correct.
12 Q       And, then, my question -- I'm sorry if
13 I'm misunderstanding -- did you spike .01 percent
14 or lower of Calidria in talc?
15 A       Well, we have an analysis where we
16 spiked in talc we talked about, where --
17         Let's see.  I've already lost that
18 document.
19         -- where I said, oh, that's -- that is
20 an error, the 2022 one.
21 Q       Okay.  And in looking at it, Doctor,
22 I -- I mistakenly asked that last question.  So
23 I'm not trying to cut you off on whatever you
24 want to tell me, but it wasn't my intent to ask.

Page 71

1  So --
2  A       Okay.
3  Q       We can -- we can get back to 2022.  We
4  probably will.
5          But my question I intended to ask was
6  whether you had -- if MAS has spiked bentonite
7  with levels of Calidria below .1 percent.
8  A       No.  I don't believe so.  I think that
9  was the only one we put together.
10 Q       And why not?
11 A       I want to say "what for?"  We have
12 spiked talc with lower levels, and we also
13 have -- you know, just generated a new set of
14 Calidria SG-210 in talc going all the way down to
15 .000 -- maybe four zeros and a one that we'll be
16 working on to have a new standard for the -- for
17 that.  But there's really no reason to.  I just
18 was looking for something where you would easily
19 find the chrysotile, .1 percent, and you're in a
20 matrix that does not have any confounding
21 minerals in it, such as chrysotile, from the
22 standard or -- and/or talc plates and/or --
23         This was to look at and go this will be
24 a clear indication that this --

Page 72

1          Because chrysotile is only -- the only
2  thing in there at 1.550 are we gonna see the same
3  types of refractive indices we've been seeing in
4  the cosmetic talcs.
5  Q       Fair to say, Doctor, that the
6  percentage chrysotile by weight that you are
7  finding with your PLM chrysotile method is levels
8  of order of magnitude lower than .1 percent?
9  A       It is.  But I guess I'm not explaining
10 myself very well.
11 Q       Okay.
12 A       It was not a study of how low or what
13 is our best detection limit for chrysotile in
14 cosmetic talc.  This was all about the what are
15 the refractive indices for a chrysotile product
16 that would be in there without any fibrous talc,
17 without any platy talc, without any chrysotile
18 coming from the talc itself, and see how that
19 compares to what we're seeing in the cosmetic
20 talc.  That was what this study is.
21         What you're asking about is what we're
22 in the process of doing now, where we have all
23 the way down to -- I think it is three zeros and
24 a one and maybe even further than that where we

Page 73

1  have the standard made up, and we will be
2  analyzing those a little bit more robust than
3  last time -- some pictures of it, et cetera -- so
4  that we know what our detection limit is on the
5  PLM, the standard.
6  Q       And that standard -- sorry -- that
7  you're referring to that's in the process, that
8  is a talc -- is it a J&J talc sample?
9  A       Number 13.
10 Q       Okay.  And you're talking about spiking
11 that J&J talc sample with .0001 percent of
12 SG-210?
13 A       Correct.  All the way down to 0.0001.
14 And we have done the same thing with TEM, but
15 we've already got that data with the SG-210 to
16 see what our bottom line detection limit is.
17 Q       When you say the same thing with TEM,
18 you're referring to the amphibole heavy liquid
19 separation method?
20 A       Well, no.  This -- the chrysotile
21 method.  But we're not -- I'm not satisfied that
22 we have the most optimum method.  So we're gonna
23 have to redo it when we finally develop the most
24 optimum method for extracting out the chrysotile

19 (Pages 70 - 73)

Page 74

1 out of the cosmetic -- out of the talc plates and
2 fibrous talc. Getting close.
3 Q     I'm sorry, Doctor. I'm confused.
4 The --
5        You said earlier, you were talking
6 about you have done the level of detection
7 analysis for TEM. Did I hear that correctly?
8 A     Using -- using SG-210.
9 Q     And did that involve heavy liquid
10 separation?
11 A     It did. But we're -- but we're -- have
12 a standard. We're using Calidria at concen- --
13 at known concentrations so that we can have an
14 idea of what our percentage of recovery is. And
15 I'm not sure we have the exact right recipe for
16 the most -- the most efficient way to extract the
17 chrysotile out of the talc.
18 Q     Is --
19       What you're talking about is something
20 that's a work in progress that has not been
21 published; right?
22 MS. O'DELL:
23       I'm sorry, John. You didn't come
24 through clear. What did you say?

Page 75

1 MR. EWALD:
2 Q     Am I correct that what you are talking
3 about, Dr. Longo, has not been disclosed in
4 litigation yet; right?
5 A     That's correct.
6 Q     And is there any difference in your
7 mind on how the heavy liquid density separation
8 effectiveness would work in PLM as opposed to
9 TEM?
10 A     Well, TEM, you're gonna be able to see
11 single fibers. PLM, you cannot. So you're
12 looking at two different populations of asbestos
13 structures. The only thing PLM can see is
14 bundles, and the bundles have to be about
15 anywhere from four-tenths to at least up to one
16 or two microns wide. Half a micron wide is
17 probably the smallest you can see. If you're
18 dealing with chrysotile, especially Calidria, the
19 average size of those are about .02 to .03. So
20 you -- you've got two different populations.
21       It's -- it has been -- it has been
22 known in the field -- in the scientific field
23 that your PLM results are never consistent with
24 your TEM results, because you're looking at --

Page 76

1        If you think about it, especially for
2 amphiboles, you have something that is 200
3 microns long, you can easily see that in PLM, but
4 that's gonna look like a log under TEM. It
5 would -- it would transverse the entire grid.
6        There's all -- been all kinds of
7 theories about why it is different, that it's too
8 big, you know, falls off, et cetera. So it's not
9 unusual to get different results.
10 Q     I understand, Doctor. And I understand
11 the -- once it gets under the microscope, the
12 differences of what can be resolved.
13       My question is you're talking about the
14 recovery efficiency of the heavy liquid method.
15 Is that something that would differ when you also
16 put it under a microscope that is PLM or TEM?
17 A     Well, it would affect both. Because
18 you want the most sensitive method you can have
19 on the detection limits. You know, it's not
20 gonna affect that you're not gonna see anything,
21 I don't think. I mean, we just don't know yet.
22 But I would like to start with going, okay, this
23 is the most efficient method to extract out the
24 chrysotile.

Page 77

1 Q     Is it your testimony that, sitting here
2 today, MAS is not using the most efficient method
3 to extract the chrysotile?
4 MS. O'DELL:
5        Objection. Objection to form.
6 A     MAS doesn't know that. We're using a
7 pretty efficient system right now that I think
8 we're getting -- you know, we're about there.
9 You know, I've always thought we were using the
10 most efficient system. But I want the -- I want
11 to know for a fact. And then, you know, we go on
12 to you, know, the TEM, too.
13 MR. EWALD:
14 Q     And what is your current under- -- what
15 is your understanding of MAS's current efficiency
16 method for extracting chrysotile from talc?
17 A     I can't -- I'm not gonna -- I can't
18 really say what our efficiency is, is it 90
19 percent, is it 80 percent. We still have a
20 little bit more work to do in it.
21 Q     Okay. So, as you sit here today, you
22 can't testify as to what the average efficiency
23 of MAS's chrysotile extraction method is?
24 MS. O'DELL:

20 (Pages 74 - 77)

Page 78

1    Object to the form. Asked and
2 answered.
3 A    Again, it could be as high as 80 to 90
4 percent right now. They would have to be -- go
5 back over the data again.
6 Q    What's the lower range?
7 A    Oh, the lower range goes way back when
8 when we were using, like, 2.72. And that was
9 when we were trying to figure out why it was
10 showing up in the pellet. I mean, we were still
11 seeing it. It's not -- it's not that we're not
12 identifying it in PLM. We were finding it and
13 verifying it and had the right refractive
14 indices, et cetera, et cetera. You just want to
15 have the most efficient method if you're going to
16 be quantifying it to some degree. And you also
17 want, in TEM, you want to be able to say we have
18 the method that gives us the highest sensitivity.
19 But it wasn't going to affect our ability to
20 identify it by PLM.
21 Q    That was a little unclear, Doctor. And
22 I apologize. I'm sure it's my fault. Are --
23 have you started -- has MAS started analyzing
24 cosmetic talc for the presence of chrysotile

Page 79

1 using TEM?
2 A    We have not started analyzing any
3 cosmetic talc Johnson Baby Powder samples using
4 TEM.
5 Q    Is MAS analyzing any cosmetic talc
6 samples by TEM for the presence of chrysotile?
7 A    I'm not saying we have, and I'm not
8 saying we haven't. But that work right now is
9 confidential.
10 Q    All right. So, Doctor, we have the
11 test results that are reported in your February
12 1st, 2019, report that addressed the amphibole
13 analysis and the PLM --
14    Well, withdrawn.
15    We have the results, test results, of
16 MAS's analysis through PLM and TEM of J&J samples
17 for the presence of amphiboles in the February
18 1st, 2019, report; right?
19 A    Correct.
20 Q    All right. So I want to leave that
21 aside for the moment. And when we're looking at
22 Exhibit 9, the fourth supplemental report, there
23 is a set of tables at the end of the report that
24 list a number of samples. I'm sorry. List a

Page 80

1 number of test results. Correct?
2 A    Correct.
3 Q    And, specifically, we have 43 analysis
4 results by MAS for talc containers; correct?
5 MS. O'DELL:
6    Would you mind repeating that, please,
7 John?
8 MR. EWALD:
9    Sure.
10 Q    If I'm looking at what was marked as
11 Exhibit 9 --
12    Maybe an easier way to do it is this.
13 I'm looking at what was marked as Exhibit 9. If
14 I go to the last two pages, Doctor, I see eleven
15 test results for analysis of Chinese retains;
16 right?
17 A    Correct.
18 Q    And then, preceding that, there's a
19 list of 43 analysis results of J&J talc products.
20 Correct?
21 A    Correct. All sourced from Chinese --
22 China, starting off with the 2004 --
23    I think the highest ones we have in
24 here is 2019 and 2018, which, of course, the 2018

Page 81

1 ones finding chrysotile --
2    I think they were 2018.
3    -- would be consistent with the FDA's
4 analysis of off-the-shelf Johnson Baby Powder
5 from Guangxi that AMA found. Out of the bottle,
6 there was three splits, and two of them were
7 positive for chrysotile.
8    So they weren't using heavy liquid
9 density separation, but they certainly were
10 verifying that there is chrysotile in Guangxi,
11 Guangxi mine. That's not the Guangxi mine.
12 That's -- that is the province. There are about
13 four mines there that have been used over time.
14 Q    All right, Doctor. I just want to make
15 sure the record's clear. This list also
16 contains, on the previous page, three Vermont
17 samples; correct?
18 A    Oh, yeah. I forgot about that. I
19 missed it when I was going through. Yeah, three
20 Vermont samples that we found chrysotile, I
21 think. Oh, there they are. Samples 1, 2, 3, the
22 Weirick, Zimmerman, and Colley.
23 Q    All right. And, so, that actually,
24 when you add up the chrysotile -- I'm sorry --

21 (Pages 78 - 81)

Page 82

1 the China with the Vermont bottles listed here in
2 your report, you get 46 bottles that have been
3 analyzed that are included in this report;
4 correct?
5 A      Correct.
6 Q      And combining the test results that are
7 included within your February 1st, 2019, report
8 and what we just looked at in your fourth
9 supplemental MDL report, are those the MAS
10 testing that you are going to be relying on for
11 your opinions in the MDL cases?
12 A      Well, I would be relying on them
13 showing the advancement in science on PLM
14 analysis that was not there four years ago.
15      For the amphibole analysis, we have
16 very -- yeah.  We -- most all those PLM samples
17 have TEM samples along with it that show that
18 it's positive.
19      And, plus, we, of course -- you know,
20 if you're looking at Daubert, I guess, for the
21 amphibole asbestos, it's been published in the
22 peer-reviewed literature by a scientist that was
23 consulting for Johnson & Johnson who published a
24 paper showing that there was asbestos, amphibole

Page 83

1 asbestos, and talked about heavy liquid density
2 separation and so many top plates, et cetera,
3 et cetera, plus that.
4      And, again, the CSM method, not a Longo
5 method -- this is the Colorado School of Mines
6 method, and they showed positive results.  But
7 the analysis is a lot the same, because they're
8 basing their chrysotile identification on the
9 refractive indices of the product.  They're doing
10 PLM on it and they're doing -- they're developing
11 refractive indices for the analysis.
12      So, no.  Has it been published in the
13 peer-reviewed literature?  In my opinion, it
14 probably would have if it wasn't deep-sixed, in
15 my opinion, by Johnson & Johnson.
16 Q      Do you have any basis --
17      Well, are you willing to testify, to a
18 reasonable degree of scientific certainty, that
19 the Colorado School of Mines' PLM chrysotile
20 heavy density liquid separation analysis was not
21 published because of actions taken by
22 Johnson & Johnson?
23 A      You know, you have a good point.  I
24 don't know if Johnson & Johnson would have

Page 84

1 published it.  But, in my opinion --
2      And it's -- I mean, it's not -- it's
3 almost facts instead of opinion.  You know, the
4 documents that were released by Johnson & Johnson
5 I believe proves definitely that this was a
6 method that they did not want to have out there,
7 going all the way from --
8      Is this where I have it?  No.  It's the
9 other one.
10      Excuse me for fumbling around here.
11 Q      That's okay.
12 A      So if you go to the April 29th
13 report --
14      And where are we here on this?  I
15 thought I had it in here.
16      Oh, here we go.
17      If you go to the discussion/conclusion
18 section on page 3 of the April 29th, 2024,
19 report, it goes into development of this -- of
20 this procedure starting on page 3, you know,
21 Colorado School of Mines with HLS sample
22 preparation.
23      And, then, as we move along on what
24 they did, on December 27th, 1973 --

Page 85

1      Okay.  I'm gonna read here this.
2 "Colorado School of Mines prepared the following
3 report for Johnson & Johnson.  A procedure to
4 examine talc for the presence of chrysotile,
5 tremolite-actinolite fibers for project C10704,"
6 and then it goes on to say "this CSM report
7 provides the methodology using double-density
8 heavy liquid separation for chrysotile and
9 amphibole asbestos.  It reports detection limit
10 of 10 ppm" -- and they've got it at .0001
11 percent -- "and verification of asbestos type
12 after separation."
13      And, as I talked about earlier, if you
14 go to page 6, they used -- they use a sentence
15 here that I've used in court and before.  "The
16 impurity level becomes very low, a double less
17 than 1 percent.  It is necessary to examine
18 amounts of sample -- examine amounts of sample in
19 order to detect the impurity.  As a result, the
20 requirement to detect the proverbial needle in
21 the haystack, we have involved a procedure which
22 preconcentrates the impurities prior to
23 examination.  The net effect is that a large
24 initial sample is fractionated in order to reject

22 (Pages 82 - 85)

Page 86

1 the majority of further examination."
2        Now, if we go down, here's Johns
3 Manville asking this about it. "Another
4 indication of how confident the CSM was in their
5 double density separation method is that they
6 informed Johns Manville they thought this heavy
7 liquid separation method they developed was good
8 enough to be considered for a patent."
9        And I won't go through all of this.
10 But here's why I think, in my opinion, that they
11 pretty much shelved this method. And this comes
12 from a...
13        Okay. If we go to the next page, I
14 mean, here is we have "Johns Manville is
15 interested in this material."
16        If you go down under October 29th,
17 1973, letter, "specifically, we are interested in
18 your advanced technology used to separate felted
19 masses of asbestos by heavy liquid separation
20 proprietary [sic] to stain -- before staining
21 chrysotile by iodine as worked out by Morton
22 Baker of Johns Manville." He goes on. He says
23 "I understand your position completely on
24 specific techniques being worked for other

Page 87

1 companies which are proprietary and, as you
2 indicated, will probably be patented."
3        So it must have been a pretty good
4 sample if they're thinking about patenting it.
5        Now, we go to page 7 and we look at --
6 and I go in and say why I think it was never used
7 is that Dr. Nashed of J&J received this report on
8 May 23rd, 1973, in which it states "the
9 limitation of method is that it may be too
10 sensitive."
11        Then we have a February 18th, 1975,
12 memo to Dr. Rolle where he states "I have also
13 enclosed our test method for the proposed X-ray
14 technique which was drawn out by Boots L-e-d
15 [sic] in conjunction with Dr. Pooley."
16        The Yardley method is essentially
17 another heavy liquid density separation method.
18 In here he states "we deliberately have not
19 included a concentration method, as we felt it
20 would not be in the worldwide company interest to
21 do this."
22 Q     All right, Doctor. So you said a lot
23 of stuff there, but you mentioned at the
24 beginning of that discussion that you'd used in

Page 88

1 court that needle-in-the-haystack reference
2 before; right?
3 A     Well, yes. I used it as an example
4 to -- to -- to help the jury understand what
5 heavy liquid separation is.
6 Q     Right. And, for example, you used
7 that --
8        Sorry.
9 A     When I couldn't --
10 Q     And, for example, you used that in the
11 England trial with Mark Lanier; correct?
12 A     Yes, sir. And this was before I saw
13 these documents.
14 Q     So when you were using the
15 needle-in-a-haystack example, your testimony is
16 you had never seen the Colorado School of Mines
17 document with it referring to needle in the
18 haystack?
19 A     No. If I had -- if I had seen this
20 back in the Ingram, things would be different. I
21 would have started right off on trying to go
22 after the chrysotile.
23 Q     So did you come up with needle in a
24 haystack or did Mr. Lanier come up with needle in

Page 89

1 a haystack?
2 MS. O'DELL:
3        Object to the form.
4 A     No. I was looking -- I think it was
5 me. I was looking for a way to easily explain to
6 a jury what heavy liquid density separation is.
7        Now, you have hay, which would have a
8 density much lower than needles or steel. Those
9 float. The needles go to the bottom. And you
10 can just -- you know, if you hold up your water
11 bottle and you go, now, if my needles are down
12 here and I can just top this off, I can open
13 this, out they come, while all the hay stays up
14 here.
15 MR. EWALD:
16 Q     So --
17 A     If he came up with it, I told him.
18 Q     Okay.
19 A     I'm just kidding.
20 Q     So we're coming up pretty close to an
21 hour, but I do want to finish some quick hits.
22 A     You've probably got some questions
23 about this.
24 Q     So before that last discussion, you

23 (Pages 86 - 89)

Page 90

1 mentioned J&J consulting -- consultant publishing
2 peer-reviewed literature, something about the
3 concentration method. What are you referring to?
4 A      Well, I -- I withdraw the "published."
5 What I'll not withdraw is they had a perfectly
6 good method -- I mean, they had positive
7 results -- that after 1974 was never mentioned
8 again. In the mid-'70s, they're hiring experts
9 like, you know, McCrone and others, to start
10 looking for asbestos. They never told them about
11 this heavy liquid density method that the
12 Colorado School of Mines developed, and they
13 never put it in their own protocol for J&J for
14 their TEM method, 70042 or 70024, one of those
15 numbers. You know, it was all your regular
16 dilution method, which gives you horrible
17 detection limits.
18      You know, the heavy liquid density
19 allowed us to get detection limits of anywhere
20 from, you know, 8- or 9,000 to 10,000, where all
21 the TEM methods out there have detection limits,
22 depending on how many grid openings they look at,
23 anywhere from 5 to 6 million up to 15 million
24 fiber bundles per gram to find one.

Page 91

1      When FDA was struggling with their --
2 they want to develop a heavy liquid density
3 separation and sending out notices and -- and,
4 you know, and all the documents I got about FDA
5 trying to do this in '74, '75 -- sorry -- '71,
6 '72, they didn't have any luck. They weren't
7 technically good enough to make their own heavy
8 liquid density, and they're putting it out there
9 for people to see. Johnson & Johnson's looking
10 at it and not saying a word.
11      Johnson & Johnson didn't -- did not
12 instruct the RJ Lee lab to use heavy liquid
13 density separation in their analysis to show
14 that, if there's amphibole asbestos in there or
15 not. You know, there's one reference to using
16 Blount's method for TEM, not for J&J, for some
17 other product. So RJ Lee certainly knew about
18 it.
19      So that's why I say they did not
20 provide that to any consultants. And, to me, it
21 feels like they were keeping this a secret
22 because it was too sensitive, like they state in
23 their memo.
24 Q      You also mentioned that there have been

Page 92

1 an advancement of science with respect to PLM
2 analysis over the last four years. What
3 advancements are you referring to over the last
4 four years that weren't there when Judge Wolfson
5 issued her opinion?
6 A      One, the big advancement is finding
7 chrysotile. It's using better, little optical --
8 PLM optical microscopes, a better resolution. In
9 fact, we haven't incorporated it yet, but Leica
10 came out, first over, a central-stop dispersion
11 objective lens, which is normally 10X is now
12 400X. But I'm in the process of validating it.
13 We -- we have -- we didn't have, you know --
14      Judge Wolfson, we weren't doing
15 chrysotile at all. We were able to find
16 references of the standard PLM methods that have
17 come out that I wasn't aware of the ELAP, New
18 York, you know, environmental laboratory for
19 sufficiency testing for doing heavy liquid
20 density separation for amphiboles where they
21 called the heavy liquid anything higher than 2.76
22 or 2.7.
23      We had much -- you know, we had much
24 better equipment, and really, the -- the PLM

Page 93

1 analysis that we were using, the protocols have
2 been around for years and years and years.
3 It's -- it shouldn't be a method that is
4 disputed.
5      Now, there is -- you know, people are
6 looking at that, so -- and, you know, to be fair,
7 Judge -- Judge Wolfson, we didn't really have a
8 chance to address much of anything in the hearing
9 for redirect. It was cut off. I think if we had
10 a chance to have 20, 30 minutes on redirect in
11 that hearing, we could have answered some of
12 those questions.
13 Q      All right. We've been going about
14 another hour.
15 A      Yeah. If we could take, like, a
16 20-minute, 30-minute lunch.
17 Q      Okay. Let's go off the record first.
18 VIDEOGRAPHER:
19      Okay. Off record. The time is
20 1:39 p.m.
21      (OFF THE RECORD.)
22 VIDEOGRAPHER:
23      Back on record. The time is 2:19 p.m.
24 MR. EWALD:

24 (Pages 90 - 93)

Page 94

1  Q      Okay, Doctor.  Back from lunch, and I
2  wanted to follow up on one of the things that I
3  asked before the break.  And we talked about the
4  reports -- I'm sorry -- the analysis of bottles
5  that are identified in your fourth supplemental
6  MDL report.  And am I correct that there have
7  been additional MAS PLM chrysotile tests of J&J
8  talc products after the reports listed in
9  Exhibit 9?
10  A      Other than what we have here, I'm not
11  aware of any.
12  Q      Well, for example, the Henderson or
13  Kirch?
14  MS. O'DELL:
15          I don't know what you're referring to.
16  MR. EWALD:
17  Q      Do either of those names ring a bell,
18  Doctor, Henderson --
19  A      No.  Because I don't remember issuing
20  any more reports.  Now, I -- I don't recall
21  issuing any more.  But if -- if one --
22  Q      And maybe it's something we can, you
23  know, take a look at on tomorrow.  But the --
24  A      Yeah, if you have them and have an M

Page 95

1  number, I'll -- I'll check.
2  Q      Okay.  So, for the record, there's one
3  that appears to have been issued shortly after
4  the Newsome --
5          Newsome analysis, I believe is the last
6  one, by M number, on your chart, and I have a
7  Janine Henderson that was MAS project number
8  M71730.
9  MS. O'DELL:
10          Would you mind giving us that number
11  again, please?
12  A      I've got it.  M71730.
13  MR. EWALD:
14  Q      It was issued on, according to the
15  front page of the report, 11-28-2023.
16          And then I believe the only other one
17  that I'm aware of but I didn't see was one that
18  was issued in February of this year in the Kirch
19  case, Michelle Kirch, which is M number M714 --
20  oh, sorry.  M71740.
21  A      Well, you've got the M numbers,
22  et cetera.  I certainly wouldn't disagree with
23  that.  I just had no recollection that we had
24  more work.  But I will dig those up.  Because we

Page 96

1  haven't -- we haven't updated the chart in a
2  while.
3  Q      Okay.
4  A      Which needs to be -- it needs to be
5  done.
6  Q      From a procedure perspective, how the
7  CSM procedure that MAS is doing is conducted, has
8  it changed, to your knowledge, since the Newsome
9  report, which is the last one in the end of 2023?
10  A      No.  We have the density of 2.65.  We
11  have the -- the refractive indice [sic] fluid is
12  1.560, and the amphibole PLM analysis is still
13  the same, you know, from the ISO 22262-2 method
14  where we're using 2.85 for the TEM.
15          And for the New York ELAP method, it
16  states that it has to be greater than 2.75 or
17  2.76, and we're using 2.78.  And that hasn't
18  changed for a while.
19  Q      Your --
20          Do you remember being deposed in the
21  second-day session in the Clark, New Jersey, case
22  by my colleague, Kevin Hynes, last month?
23  A      I remember that.
24  Q      Has there been any developments in

Page 97

1  MAS's PLM chrysotile method since the beginning
2  of last month, April of 2024?
3  A      No.  We're still doing the same thing
4  for PLM.
5  Q      Okay.
6  A      That doesn't mean, you know, in a week
7  or two, you know, we'd make another modification.
8  Q      Right.  And I guess it's a -- more a
9  legal question than a question for you on where
10  the disclosure times end on the MDL.  So I don't
11  need to get into that.
12          What I want to talk about is, for lack
13  of better phrase, the origin story of MAS and the
14  PLM chrysotile work.  So walk me through when MAS
15  first started working on trying to come up with
16  the PLM chrysotile method.
17  A      It initially started February 4th,
18  about two -- about four or five weeks before
19  February 4th, 2020, where, when we first -- must
20  have been around that time I came across the
21  Colorado School of Mines.  Because we initially
22  started using what they said they did, is use
23  iodine, which will bind to chrysotile and not to
24  talc.

25 (Pages 94 - 97)

Page 98

1    Now, you know, maybe it wasn't really
2 clear it would bind to the polymorphs or not.
3 Then they would use that and take their samples
4 and then go look at PLM.
5    So we started doing that, and it worked
6 great with the NIST 1866b standard. I mean, it
7 would turn a brownish-blue, and you could pick it
8 right out of the black.
9    What we didn't count on initially is
10 the size of the structures. The -- the size of
11 the chrysotile being found in the talc was too
12 small to absorb any of this iodine at enough that
13 you could actually see it.
14    So there was a misconception initially
15 that we were using the iodine to identify
16 chrysotile. That was not really -- that was
17 never the reason.
18    Colorado School of Mines says this was
19 an easy way to see what you were looking for than
20 to grab and take it and go get PLM and verify
21 it's chrysotile.
22    So we had to stop that, and we had used
23 the -- we had used it on some standards, the
24 1866b standards, and I believe that the FDA

Page 99

1 showed some of that, as well as talking about
2 the -- the heavy liquid density for amphiboles,
3 both PLM and -- and TEM, and also showed FDA the
4 protocol that Colorado School of Mines had. I
5 think it was in there, you know, '73, and how
6 they developed it. And then it went from there.
7    We tried to use the NIST standard to --
8 to verify the percentages, and -- and we had too
9 high percentages, and that's when we went to the
10 Calidria, somewhere in that time frame.
11    In the -- in the chrysotile from Union
12 Carbide, the RG -- the SG-210 and the RG --
13    I'm just having a -- RG-44, was it?
14 Something like that. It's in the report.
15    -- and saw that it had a bunch of small
16 ones, and we saw that it was giving, and so our
17 PLM analyst at the time, Paul Hess, started
18 figuring out very quickly on what to look for.
19    And that's when we also started doing
20 the standards, and I wanted to make sure we
21 weren't misidentifying fibrous talc or talc
22 plates on edge.
23    And we went through a series where once
24 Paul Hess and another analyst here got to the

Page 100

1 point where they could find it without heavy
2 liquid density separation --
3    And it was very puzzling because the
4 CSM method was showing lower results half the
5 time than the ISO method without any heavy liquid
6 density separation. But most of the time, it
7 showed a higher percentage of smaller -- smaller
8 structures.
9    Say you would have a concentration of,
10 you know, .001 or .005 for the ISO method without
11 heavy liquid density separation, and then the CSM
12 method, which is supposed to be more sensitive,
13 you know, you might have a .003, lower amount,
14 but you had more structures, more small
15 structures.
16    It was kind of baffling for a little
17 while, until we looked -- went and looked in the
18 pellet. And there was more in the pellet than
19 there was in the light fraction, which made no
20 sense.
21    Came up with various theories on why,
22 but, at the end of the day, it just was about how
23 long you spin it. That's why I saw the time jump
24 up to 72 hours.

Page 101

1    I think we -- you know, and we want to
2 back off that. And that's giving us, I think,
3 the most efficient --
4    And, finally, I did a very simple
5 experiment. Just put the Calidria or the
6 chrysotile SG-210 in the heavy liquid density
7 material by itself, no talc, no anything, spun it
8 for 72 hours, and every bit of it was up in the
9 top.
10    Now, the talc issue causes the material
11 to separate it out. So you think about you're in
12 a tube -- or say you're in a tunnel. You've got
13 to go straight up. But there's these big ceiling
14 tiles all on top of you. And the ceiling tiles,
15 because of the gravity, is beating full down. So
16 you've got to fight your way through it. And
17 that's what was happening.
18    Also, the surface charge of chrysotile
19 is positive, and the surface charge of talc is
20 negative. They're sticking to each other. So we
21 started looking at maybe a way to change the
22 surface charge. And we went -- we've gone to
23 organic heavy density liquid separation, but
24 that's -- that material, methylene iodine, it

26 (Pages 98 - 101)

1  is -- it's fairly dangerous.
2      So we're using a water-soluble one, and
3  we're -- we're working on that to look at the
4  centrifuge time.
5      So it's just -- it was not as
6  straightforward as the Colorado School of Mines
7  laid out.  They didn't put any of this in it.
8  They didn't look at this.
9      And you can look at their
10  concentrations, that they had 0.00001 to 7
11  percent.  That's a lot higher -- that's a lot
12  worse detection limit than what we're seeing.  So
13  I think they were losing material in their
14  analysis.  But they did do really good work.
15      You know, from there, we -- so we go,
16  okay.  We -- we did the 7.2, which didn't make
17  any sense, but that was giving us the highest
18  return.  We now got the 2.65, and we may lower it
19  from there.
20  Q      Okay.  Thank you.
21      Circling back to the beginning of the
22  story, so you say February 4th, 2020, is the day
23  that you and others give the presentation to the
24  Interagency Working Group; right?

1  A      Correct.  You know, you could either --
2  it wasn't that you were invited to do it.  You
3  know, if you wanted to give a presentation, you
4  just had to put an abstract in, all your -- you
5  know, all your things and what you were gonna
6  talk about, and they could either say yea or nay.
7      And, so, that's -- that's what I did.
8  I talked about that the amphibole was pretty
9  clean, that we weren't having really any issues
10  with that.  You know, and -- and that had some
11  effect on it, because the -- the -- the
12  Interagency Working Group wanted their
13  recommendations as to look at research to look at
14  the heavy liquid density separation for
15  amphiboles only.
16      Because at the time that we gave the
17  talk and also in December 10th of 20- -- of 2019
18  at FDA, you know, I told them that chrysotile was
19  not feasible at the moment, or at this time.  So
20  their recommendation to FDA was to use the heavy
21  liquid density separation for amphibole asbestos
22  for their -- for their work, their working group.
23  But the --
24  Q      Didn't you tell the Interagency Working

1  Group --
2  MS. O'DELL:
3      Excuse me.  He was not finished with
4  his answer.
5      So if you could --
6  MR. EWALD:
7  Q      Oh.  Go ahead.
8  A      So the chairman of the committee that
9  invited me to come talk sent FDA a letter saying
10  that they would not support the methodology
11  for -- for regulating cosmetic talc unless they
12  used the heavy liquid density separation that I
13  proposed at the FDA meeting.
14  Q      I'm sorry.  The -- I got lost there.
15  You're talking about what you proposed after --
16  at the February 4th, 2020, meeting?
17  A      No.  What I -- what I got asked, which
18  was the most sensitive method to use at the -- at
19  the testimony in front of Congress.  And they
20  wrote a letter to FDA, said that they needed to
21  incorporate this in anything they did or they
22  wouldn't support it.
23  Q      And "they" being the committee or -- or
24  some subset of the committee?

1  A      Well, it had the chairman's name on it,
2  so I'm assuming it was the subcommittee.
3  Q      But with respect to a February 4th,
4  2020, meeting, you talked about amphibole, but
5  you recall telling the audience on February 4th,
6  2020, that MAS had cracked the code on PLM heavy
7  liquid separation; right?
8  A      We didn't crack it, but I don't think
9  we got all the codes.
10  Q      But that's -- that's not what you told
11  the Interagency Working Group on February 4th,
12  2020; right?  You said you cracked the code.
13  A      I did say that.  But I did show what
14  data we had so far, and that it not really was
15  ready for prime time.
16      Because you have to understand, when
17  you say crack the code, the prevailing thought in
18  the -- was that you could never do heavy liquid
19  density separation to separate chrysotile out of
20  talc.  It was in -- the closest they came to
21  anybody saying that was in the ISO 22262-2,
22  chapter -- I mean section 16, like, second page,
23  and that was, you know, Dr. Eric Chatfield put
24  that method together, where he stated it's

27 (Pages 102 - 105)

Page 106

1 theoretically possible to separate chrysotile out
2 from talc, but it's not practical.
3         And, so, my opinion about that
4 statement is he's absolutely right. It's past
5 the theoretical portion, because it can be done,
6 but it's not very practical. It's a lot of work
7 involved. And he did a lot of work to get it to
8 this point.
9         And, you know, to me, this would have
10 been a -- a -- a Ph.D. project at a research lab,
11 at a university somewhere. You know, Colorado
12 School of Mines, they probably had graduates
13 working on this and they came up with the method
14 in 1973.
15         But we're not a research lab. I mean,
16 we don't get funding from grants and et cetera to
17 work on stuff like this, so we've got to do it on
18 our own time when we're not doing other work. So
19 it takes awhile.
20 Q       We'll get back to the February 4th,
21 2020. But when you talk about not funding for
22 PLM chrysotile work, are you testifying that you
23 did not receive any funding from plaintiff
24 lawyers in creating the PLM chrysotile method

Page 107

1 that MAS uses?
2 MS. O'DELL:
3         Object to the form.
4 A       Hold on for a second.
5 MS. O'DELL:
6         Let's go off the record for a moment,
7 please.
8         (OFF THE RECORD.)
9 VIDEOGRAPHER:
10         Back on record. Time is 2:42.
11 MR. EWALD:
12 Q       Doctor, I'll just repeat the question
13 or approximate it.
14         How much funding has MAS received from
15 plaintiffs' lawyers in relation to development of
16 the PLM chrysotile method that MAS uses?
17 A       I mean, we just charge for the
18 analysis.
19         Now, what we did -- like NavStar's
20 having funding -- is --
21         You know, you haven't got to this yet.
22         -- is raise our retainer rates so that
23 we can have some excess funds to help pay for
24 equipment, et cetera, and time being spent on

Page 108

1 this stuff.
2 Q       Right. And, so, am I right that's
3 50,000 -- five zero thousand?
4 A       For a single case.
5 Q       Okay.
6 A       But not 50,000 for all six bellwether
7 cases. I think they're -- because they're all
8 together at the same time. So you've got -- Rico
9 and et cetera, I think it was around 150 or 175
10 or something for all six cases.
11 Q       All right. So you were talking about
12 the initial work being done on the PLM chrysotile
13 method about four weeks before February 4 of
14 2020, so we're talking some point in December
15 2019? Is that right?
16 A       Sometime before that. And not to
17 the -- not to the level that --
18         Because I was asked about chrysotile, I
19 think, in the -- in the 2019 hearing in front of
20 Congress, and I think I said it wasn't -- hasn't
21 been done yet.
22 Q       Right.
23         But around December of 2019, MAS starts
24 working on, in earnest, a PLM chrysotile method.

Page 109

1 Fair?
2 A       Well, it's hard to say earnest. It's
3 like we're doing other stuff. So maybe an hour
4 here, an hour there, you know, let's analyze it
5 doing this, let's try this, let's go to a
6 different, you know, heavy liquid density
7 separation and count it, and on and on. I mean,
8 it wasn't a -- it wasn't like when I was in
9 graduate school getting my Ph.D. You know, you
10 got there in the morning and you worked all day
11 on this stuff.
12 Q       Okay. You start -- MAS starts on
13 working on PLM chrysotile method around December
14 2019. Fair?
15 A       Somewhere around there, plus or minus a
16 month or two -- no. Plus or minus a month or
17 weeks. But --
18         Because I know what information I gave
19 out at the -- in front of the FDA, and it
20 certainly wasn't developed. But we were finding.
21 Q       But -- so where did the idea come from?
22 A       To -- which -- which idea is that?
23 Q       Where did the idea come from for using
24 PLM to analyze chrysotile in talc?

28 (Pages 106 - 109)

Page 110

1  A      Because Colorado School of Mines was
2  using PLM to find the chrysotile in the talc.
3  The Johns Manville research center was doing
4  primarily PLM to find asbestos in various types
5  of samples.  They analyzed -- and they were using
6  the proposed FDA method -- I think it was '75,
7  '76 -- that was based solely on refractive
8  indices, basically what we're doing now.
9           But that method took an awful long time
10 to do, because the results were in numbers of
11 fibers in bundles per milligram, not percentages.
12 And they analyzed thirteen samples from one of
13 the manufacturers, but I think they were all from
14 Montana, and they said out of the thirteen, ten
15 were positive, and they were finding significant
16 amounts, and the other two or three they said
17 could possibly, you know, be contaminated.
18          But everybody who did this method was
19 complaining on how long it took.  And, so, FDA,
20 everybody, I think, ganged up on FDA, and FDA
21 didn't go forward --
22          I mean, they published the method in --
23 published it, and people were trying it, but they
24 said it took too long.  It was too tedious.  And

Page 111

1  they're right.  This is a tedious method to find
2  chrysotile.  So they had a range of IRs it had to
3  be for chrysotile and then a range of IRs that it
4  had to be for amphiboles.
5  Q      All right.  So --
6  A      There's others who did that, too.  I'm
7  trying to think who else.
8           So the PLM came from Colorado School of
9  Mines using PLM and finding chrysotile in three
10 out of four samples.
11 Q      Okay.  Colorado School of Mines also
12 used during that time XRD in connection with
13 analyzing talc for the presence of chrysotile in
14 its heavy liquid separation method; right?
15 A      Yeah, you can use XRD.  I -- I still to
16 this day hold that it's a worthless method,
17 because if it's positive, you've got to do PLM
18 anyway, or TEM.  And, also, the problem with it
19 is --
20          At least if you're using the J4 method,
21 you know, there's a -- to me, there's now an
22 issue, very significant issue with that.  I think
23 I have it in the report.  But I don't have --
24          You know, if you get XRD and it's

Page 112

1  positive, you have to do another analysis.  So --
2  and XRD has such a poor detection limit.  Would
3  be too many -- too many false positives.
4           Oh, you had mentioned earlier that what
5  is the consequences of having a 50 percent
6  efficiency versus an 80 to 90 percent efficiency
7  of getting the concentration.  Well, the
8  consequences are that 50 percent will have a
9  poorer analytical sensitivity or detection limit
10 than the 80 to 90 percent.
11          So the consequences are potential false
12 negatives, because you haven't harvested all the
13 chrysotile in there that you can, and the -- and
14 the less chrysotile you have in there that's
15 sitting in other parts of the sample, you reduce
16 your ability to have a really solid detection
17 limit.
18 Q      So why -- why, in or around December
19 2019, when MAS started looking at a heavy liquid
20 separation method for chrysotile, did you not try
21 TEM?
22 A      Well, let me think back five years.
23 Because of the size that we're dealing with --
24 and I think I've stated this a number of times --

Page 113

1  one, there is absolutely no regulation anywhere,
2  not by the EPA, not by the International
3  Standards Organization, not by OSHA, not -- not
4  by NIST, not by NIOSH, that if you have a
5  positive chrysotile, PLM, you're not required to
6  go out and get a second opinion on that.
7           And, as I've said many times, I thought
8  it would be better that before we did this heavy
9  liquid density separation and TEM, that we knew
10 exactly what our recovery rate was and how well
11 it was working.
12          With the Blount method on PLM, it was
13 pretty much all laid out.  We just used that for
14 TEM.  We knew what the detection -- you know,
15 that -- what we were dealing with there, and we
16 started right off the bat with TEM and finding,
17 you know, anywhere from 65, 75, 80 percent
18 positives.  So that wasn't a hard jump.  The
19 chrysotile --
20          And, you know, we had protocols.
21 International Standards Organization had a
22 protocol for that published -- and that one --
23          The ISO protocol said you can use PLM
24 SEM or TEM or XRD.  Do whatever you want, but use

29 (Pages 110 - 113)

Page 114

1 the heavy liquid density for the separation.
2       But you're looking at, you know,
3 well-respected individuals and scientists, and
4 they're saying things like, "oh, well, that's not
5 very practical." So we stayed away from it.
6 Because you've got such a close difference
7 between what the density of talc is versus the
8 density of chrysotile.
9       So I wanted to make sure that we're
10 getting the highest probability, and if I had the
11 best detection limit and I can't find it by PLM
12 or TE- -- if I can't find it by TEM, then, okay,
13 something's going on.
14 Q     But why wouldn't you start, as you did
15 with the amphiboles, with TEM with heavy liquid,
16 which has a greater sensitivity than PLM?
17 A     For TEM on chrysotile?
18 Q     Yes.
19 A     Well, if you think about the issues we
20 had on solving technical issues as we go along,
21 we would have been sitting there with -- with --
22       Like, the first time we ran -- the
23 first time we ran the standards with TEM to see
24 what our detection limit was, our detection limit

Page 115

1 was like .1. We knew that's not what was in
2 there. It's -- we -- we had to solve a lot of
3 issues along the way.
4       I mean, you know, this was really a
5 classic example of the advancement of science.
6 The theory there is you can do it. Practically,
7 you have to work on it.
8 Q     But when you were presumably deciding
9 between whether or not --
10       Well, let me just ask. Who decided to
11 use PLM to try to find chrysotile in talc at MAS?
12 A     That was me.
13 Q     Okay.
14 A     And you have to think about what you're
15 doing. Using a PLM method in sample versus
16 a TEM sample prep is -- is worlds of differences.
17 On one hand you've got a -- you know, that was
18 when we were using those old PLM scopes. You
19 have a two-thousand-dollar microscope, and you
20 can -- the sample preparation is about the same
21 for the two for spinning them down and moving
22 them out, but you can get it into the PLM and do
23 a fair number of samples and take a look and see
24 how it's going, where TEM, you've got to go

Page 116

1 through all those steps. We have to take the --
2 you know, the hundreds and hundreds of thousand
3 dollar instrument and then go, and it just didn't
4 make any sense to me as a scientist until we're
5 ready to say, okay, this is the best prep ever.
6 If we don't see it with this, we're never gonna
7 see it.
8       But in the --
9 Q     But that's not --
10       Go ahead.
11 A     But if you have poor prep and you're
12 doing it over and over and you don't find it,
13 well, what was the detection limit? What's this?
14 And we knew that it was -- that going along doing
15 the PLM would be the fastest -- the fastest way
16 to verify that it is in there.
17 Q     Well, that was the --
18       When you started for the first time
19 with experimenting on analyzing talc for the
20 presence of amphiboles using heavy liquid
21 separation, you chose TEM; right?
22 A     Chose that right off the bat, because
23 that made the most sense.
24 Q     And, then, when you had the same choice

Page 117

1 as it came to chrysotile, you chose PLM, not TEM;
2 right?
3 A     Well, we're talking four years between
4 the time we started with PLM -- with TEM. And,
5 in fact, I had testified at one time that I
6 didn't think PLM was gonna work. But as we went
7 along, started looking at what we needed to do to
8 make that work versus just your regular everyday
9 asbestos-added products for amphiboles, then it
10 changed my mind.
11       You know, once you see additional
12 evidence that this is a good method, as long as
13 you're going to spend the time and use heavy
14 liquid density, just like Alice Blount
15 published --
16       But, to me, the TEM for amphibole was
17 gonna be a lot more sensitive than just PLM
18 method.
19       Now, this might be reversed for
20 chrysotile. I don't know yet. But I have to get
21 the most efficient harvest of chrysotile out of
22 the cosmetic talc so I know that, if I can find
23 it or not find it, it's not missing something,
24 that I don't have a good prep, because

30 (Pages 114 - 117)

Page 118

1 preparation is everything for a TEM analysis.
2 Q    Well, if you are correct, the
3 finding --
4        Withdrawn.
5        If MAS is correctly finding chrysotile
6 in Johnson & Johnson talc using PLM, then you
7 should be able to identify that on TEM if you
8 look long enough.  Correct?
9 A    If -- if you look long enough,
10 et cetera.  That -- it doesn't work.  You need,
11 you know, you need to have the methodology down.
12 And, again, once you say it's there by PLM,
13 you're not required to do anything else.  We are
14 gonna do something else so I can publish it.
15 Q    Why do you feel like --
16     Well, what else are you going to do?
17 A    Well, we'll get to where --
18     If I'm gonna publish this, I want to
19 publish and say this is the best, most efficient
20 method we found, and these are the reasons why.
21 Q    And what do you have to do before you
22 get to that point in time?
23 A    Well, I've got to finish up these --
24 I've got to finish up using the 1.560.  You know,

Page 119

1 there's eight -- seven or eight samples there.
2 Each of those are gonna take hours so that I have
3 validated the concentrations by PLM.  Then we
4 have to go back and redo the TEMs because we're
5 using 1.560.  And we may adjust the heavy liquid
6 density a little bit more, and that's it.  But
7 that's -- you're talking months of work.
8 Q    Have --
9     Am I correct that you have not analyzed
10 any of the MDL samples by PLM for the presence of
11 chrysotile?
12 A    That's correct.  We have not.
13 Q    Why not?
14 A    Number one, we weren't asked to do it.
15     Number 2, we analyzed -- we have
16 analyzed some -- you know, we have analyzed a
17 number of samples from Vermont.  We've analyzed a
18 lot of samples from Italian, but not just -- not
19 just Johnson Baby Powder samples.
20     So we never -- we never did it because
21 we were doing it on a bunch of other things.
22 And, you know, quite frankly, J&J was in
23 bankruptcy, so we focused in on other
24 manufacturers that were using, you know, using

Page 120

1 Italian and using Montana, using et cetera.  I
2 didn't think I was ever gonna see you guys again.
3 Q    So is it your contention that you
4 haven't tested an MDL bottle because there was a
5 period of time that J&J was in bankruptcy?
6 MS. O'DELL:
7     Object to the form.  Misstates his
8 testimony.
9 A    No.  I didn't test any of it because
10 the time it really -- we started, you know,
11 really solving issues, you guys went bankrupt.
12 So I focused on others so that we could take a
13 look at Italian, we could take a look at Brazil,
14 we could take a look at Guangxi, the four or five
15 mines there.  And as we got going along, you
16 know, we got better and better at seeing these
17 very small structures.
18     Now, the next step is to get it to that
19 one -- to get it to the level I'm satisfied with
20 so that, you know, we can do TEM and finally put
21 an end to the -- to, oh, you're misidentifying
22 it.  You're misidentifying it.
23 MR. EWALD:
24 Q    Isn't there another way that you can

Page 121

1 put an end to that?
2 A    Is there another way what?
3 Q    To put an end to that.
4 MS. O'DELL:
5     Object to the form.  Vague.
6 A    I mean, it should put an end to it --
7 it should put an end to it.  I mean, the talk --
8 the suggestion that we are misidentifying fibrous
9 talc are absolutely wrong.  The birefringence is
10 so easy in a clear way to distinguish between
11 these two biaxial minerals.  I don't understand
12 how they can keep saying this.  It doesn't make
13 any sense to me.
14 MR. EWALD:
15 Q    Has any -- are you aware of any
16 scientist outside of MAS that has analyzed a
17 bottle or sample from a bottle of talc by PLM and
18 reported chrysotile?
19 A    Um, I don't know.  I mean, I don't know
20 what different scientists are out there.  I don't
21 know what's been done as consulting experts.
22     What I do know is not one scientist out
23 there has provided any authoritative information
24 about polarized light microscopy that shows that

31 (Pages 118 - 121)

Page 122

1  we are misidentifying fibrous talc for
2  chrysotile.  It makes absolutely no sense.
3  Either they don't understand birefringence or
4  they don't understand the PLM process or they
5  don't understand how birefringence is measured,
6  and they probably don't understand about the
7  Michelle Levy charts where you do a -- you
8  compare your lowest -- your lowest refractive
9  indice [sic] to your highest refractive indice
10  [sic] and then you look at the -- the width of
11  the structure, PLM, and the width will cause a
12  difference in your birefringence.  And a
13  difference in birefringence can only happen if
14  the width is causing a difference in the
15  refractive indices.
16  Q      Dr. Longo, are you aware of anyone in
17  the world that has reviewed your images and data
18  from MAS identifying chrysotile by using PLM and
19  publicly agree with it?
20  MS. O'DELL:
21        Objection to the form.
22  A      Yes and no.  Yes, they have agreed,
23  but, no, they're not willing to go publicly with
24  it.  So...

Page 123

1  MR. EWALD:
2  Q      Okay.  Who agrees?
3  A      I'm not saying.  I -- I gave them my
4  word that I would not use their name.
5  Q      Okay.  So we have one individual who
6  you say agrees with you but isn't willing to
7  actually publicly agree with you.  Fair?
8  MS. O'DELL:
9        Object to the form.
10  A      It's fair that they -- they don't want
11  to be involved in the litigation.  But I don't
12  think that has anything to do with anything.
13  MR. EWALD:
14  Q      Well, you just said -- you've just been
15  criticizing the people that have commented on
16  your work as basically how can they be so
17  incompetent.  I want to know if there's anyone
18  that you can identify by name outside of MAS that
19  says yes, Dr. Longo is right in identifying
20  chrysotile through PLM.  Anybody?
21  MS. O'DELL:
22        Object to the form.
23  A      You know how -- yeah.  It's kind of
24  interesting you say that.  It's like there's

Page 124

1  thousands of experts that are all involved in
2  this.  There's like, what, six?  Five?
3        And I'm not saying they're incompetent.
4  I just don't understand how they can miss the
5  birefringence on chryso- -- on talc versus the
6  chrysotile.  You're talking about five orders of
7  magnitude difference.  Yeah, you'll get a yellow
8  gold, but it's bright versus a more muted yellow
9  gold.  And you look at your data, and nobody's
10  been able to explain where I have intergrowths
11  with both talc and chrysotile in both parallel
12  and perpendicular direction.  And when you look
13  at them, it's very obviously there's something
14  different there.
15  MR. EWALD:
16  Q      Well, you talked about in this
17  litigation.  But would you agree with me that
18  submitting your methods, the scrutiny of the
19  larger scientific community is a component of
20  good science?
21  MS. O'DELL:
22        Object to the form.
23  A      No, I won't agree with you.  I would
24  agree --

Page 125

1        I mean, I think, as a good scientist,
2  you want to get the best product forward.  And
3  I've told you that for a commercial lab, it is
4  incredibly difficult to spend the time that we
5  need to finish up all this.  Because you guys,
6  it's like you think, okay, well, we should have
7  it right away.  So, you know, I can't help you
8  there.
9        This is an advancement in science.  The
10  fundamentals of why, nobody has pulled anything
11  out to say, "oh, it's different."  You know, they
12  go, "oh, well, he's misidentified cellulose
13  fibers."
14        No.  If you look at the refractive
15  indices for cellulose, a ribbony cellulose, no
16  competent PLM analyst would have a problem with
17  that.
18        The difference between fibrous talc or
19  platy talc on edge and chrysotile is the
20  birefringence is incredibly significant.  I just
21  don't understand how that -- you know, the
22  mistake.  I'm not saying they're incompetent.
23  I'm just saying it doesn't make any sense to me.
24  MR. EWALD:

32 (Pages 122 - 125)

Page 126

1 Q      So you are -- or MAS is currently
2 finding chrysotile in nearly a hundred percent of
3 the talc containers that it looks at using the
4 PLM chrysotile method; right?
5 MS. O'DELL:
6         Object to the form.
7 A      It has.  And your point as well?
8 MR. EWALD:
9 Q      I'm getting there.  I'm putting it all
10 in one question.
11        So the -- that's -- if indeed there is
12 asbestos in nearly every talc container that's on
13 the market, that is something that presents a
14 public health issue; correct?
15 A      Presents what?
16 Q      A public health issue.  Correct?
17 MS. O'DELL:
18        Object to the form.
19 A      I would agree.
20 MR. EWALD:
21 Q      And when you told the FDA and the
22 Interagency Working Group on February 4th, 2020,
23 that you cracked the code and could analyze
24 PLM -- you could analyze chrysotile using PLM

Page 127

1 heavy liquid separation, has anybody from any of
2 the Interagency Working Group contacted you for
3 more information?
4 A      Nobody has contacted me.  I think the
5 public health issue has dwindled from this.  I
6 don't think it's -- at least to me --
7        You know, I understand that Johnson &
8 Johnson is now taking the talcum powder off the
9 international world.  You know, first it was,
10 what, in 2022, North America?  So I think this
11 has -- this work on this has helped motivate --
12        It's just my opinion, and probably, you
13 know, whatever y'all think.
14        -- motivated to get these products off
15 the market.
16        Again, I would like to be at a
17 university so I could get this out sooner, but I
18 know this is gonna be heavily scrutinized.  I've
19 seen what's happened in the past.  You know, you
20 get something out there, and there's a lot of
21 pushback.  So I prefer to get it all where we can
22 show every aspect of this, show how -- what we're
23 seeing and why.  And I think it will be a good
24 paper.

Page 128

1 Q      Are you suggesting that the FDA and the
2 broader Interagency Working Group has not
3 contacted you because some talc has gone off the
4 market?  Is that what you're suggesting?
5 A      No.
6 MS. O'DELL:
7         Object to the form.
8 A      No.  I'm not saying that.  I don't
9 think they've contacted anybody.  They're working
10 among themselves.  So, you know, have they
11 contacted Matt Sanchez?  Have they contacted Alan
12 Seagrave?  The only person they contact is AMA,
13 who won the contracts.
14 MR. EWALD:
15 Q      Well, have you told AMA, "hey, guys,
16 you're using the wrong PLM method because what
17 I'm doing right now, I'm finding it a hundred
18 percent of the time and you haven't found it
19 once?"  Right?
20 MS. O'DELL:
21        Object to the form.
22 A      I haven't found it a hundred percent of
23 the time, and I don't know why that's so obvious
24 to have a problem with people.  And I'm gonna

Page 129

1 call AMA?  They know my testimony.  They know
2 what I do.  I'm gonna call Sanchez?  I'm gonna
3 call Alan Seagrave?
4 MR. EWALD:
5 Q      There are professional organizations as
6 well.  People get together and talk about these
7 issues; correct?
8 A      You know, it's sort of like, gee, you
9 haven't told anybody, and why not, and why don't
10 you go out there and start banging the drum?  And
11 I prefer to have the science to the point where
12 I'm doing -- it has the best sensitivity and we
13 can show it.
14        Cos- -- you know, cosmetic talc's not
15 sold anymore in this country, that I can tell,
16 unless you -- unless you go to eBay or --
17        But you walk in a store, you can't find
18 it anymore, which is a good thing.  Because
19 you're right.  I'm thinking that, you know, when
20 you're using these products as a body powder and
21 you're putting it on infants and children, it's
22 not a good thing.
23 MS. O'DELL:
24        Hey, John, we've been going about an

33 (Pages 126 - 129)

Page 130

1  hour. Why don't we take a short, short break,
2  about five minutes?
3  MR. EWALD:
4      Sure. Let's do it.
5  VIDEOGRAPHER:
6      Off record. The time is 3:12.
7          (OFF THE RECORD.)
8  VIDEOGRAPHER:
9      Back on record. Time is 3:24.
10 MR. EWALD:
11 Q     Okay. Doctor, right before we got back
12 on the record, you indicated that you did
13 identify the two tests that I had mentioned by
14 MAS's M number. Can you briefly just say on the
15 record which two tests those are?
16 A     I'm sorry?
17 Q     I wanted you to say on the record the
18 two M numbers that you identified off the record.
19 A     MAS project M71740, the Kirch Johnson
20 Baby Powder container and report issued on
21 2-15-2024, and then we have M71730, the Jeanie
22 Henderson container and report issued in November
23 28 in 2023.
24 Q     And if we combine those two analyses

Page 131

1  with the analyses contained in your fourth
2  supplemental report, April 29th, 2024, that
3  together represents the entirety of the MAS PLM
4  chrysotile analyses that have been produced as it
5  relates to J&J talc?
6  A     As far as I know, yes.
7  Q     Okay. It's not a trick question. It's
8  the same thing I have.
9  A     No, there's no others. One will show
10 up, and then people aren't too kind.
11 Q     Well, let's circle back. When we were
12 talking about the early days of MAS's work on PLM
13 and chrysotile circa roughly December 2020, who,
14 if anyone, was funding that initial work?
15 MS. O'DELL:
16     Object to the form.
17     John, I think you misstated the year.
18 You said 2020.
19 MR. EWALD:
20     I think I did, too. Let's try again.
21 Thank you.
22 Q     In -- in or around December of 2019,
23 when MAS was beginning its PLM chrysotile
24 methodology work, who, if anyone, was funding

Page 132

1  that work?
2  A     I don't recall any -- we actually had
3  anybody funding that work. And, you know, use --
4      And I was thinking about what we just
5  talked about. The use of heavy liquid density
6  separation for minerals is something that is so
7  well established in the scientific community.
8  It's nothing -- there's nothing unique, there's
9  nothing --
10     There's hundreds and hundreds of papers
11 out there published about using heavy density
12 liquid to use [sic] minerals. In this particular
13 case, we're just using -- we're going after a
14 different mineral that people haven't gone after
15 in the past, that I can tell, for -- for
16 chrysotile using a -- not a novel analytical
17 method. PLM is not novel. It's, you know, it's
18 been around from the late '60s, early '70s. The
19 use of -- it's just another analytical technique
20 for separating out a sample. It's just taking us
21 longer because we're not a research lab.
22     But, you know, you can go on TV and
23 watch heavy liquid density separation on the
24 shows where they're panning for gold. That's

Page 133

1  heavy liquid density separation.
2  Q     Okay. So if that's the case, Doctor,
3  then why did you spend a decent amount of your
4  report and the deposition time earlier today
5  saying how J&J hid from the world this heavy
6  liquid separation method for chrysotile that
7  never would have been -- seen the light of day if
8  not for litigation if it's -- everyone knows
9  about it and it's so well established?
10 MS. O'DELL:
11     Object to the form.
12 A     Well, if you have a method and you
13 start analyzing it and you're getting a number of
14 positive samples for asbestos that you did during
15 the earl- -- during the development of this
16 method, it wasn't me who said this but it was a
17 J&J person that said that this concentration
18 method is not in the best interest of our
19 worldwide talc market. You're gonna start
20 putting out there that there's asbestos in your
21 product? That's what I think.
22 MR. EWALD:
23 Q     Well, I'm sorry, Doctor. You didn't
24 answer my question, which is: If, as according

Page 134

1 to you, it's so well established in the
2 scientific community, there are hundreds of
3 papers over decades that heavy liquid separation
4 is something that works, how could J&J have
5 engaged in this great coverup, as you posited,
6 preventing the scientific world from using heavy
7 liquid separation for chrysotile?
8 MS. O'DELL:
9         Object to the form.
10 A        I don't think it was well known out
11 there that there was asbestos in cosmetic talc.
12 It certainly was not something I thought of early
13 on when I've been shown those transcripts from 10
14 to 20 years ago.
15         I can't answer why from J&J.  Alls I
16 can answer is if you look at the Blount paper
17 where she goes into different references for what
18 she's using, especially when she starts talking
19 about separating out the pellet --
20         And that's where we got the idea of
21 using liquid nitrogen, because she had references
22 in there for using liquid nitrogen to do this.
23         When you're doing your flotation, when
24 J&J and all the talc manufacturers out there do

Page 135

1 the beneficiation with flotation, they're using a
2 surfactant to help drive the talc particles to
3 the surface to be harvested.  So they're --
4 they're changing the surface tension there, and
5 they're concentrating it, trying to get rid of
6 the fines.  That's why J&J was experimenting with
7 different surfactants, thinking they could
8 eliminate both chrysotile and/or tremolite out of
9 their product from the -- from the Vermont mines.
10         Now, you know, they didn't go tell the
11 world about it.  It didn't work for both Argonaut
12 and Hammondsville.
13         So I just took a well-established
14 method and tried it because I saw that J&J had
15 done it and had found -- had positive samples for
16 chrysotile.  That's the only reason I got started
17 in it.
18 Q        So you didn't -- you didn't decide to
19 use Colorado School of Mines' method because you
20 thought it was a good method?
21 MS. O'DELL:
22         I'm sorry.  Would you repeat that?  I
23 couldn't hear the last part.
24 MR. EWALD:

Page 136

1         Yeah.
2 Q        You didn't decide to use the Colorado
3 School of Mines' method because it's a good
4 method?  It was only because J&J had used it in
5 documents that you saw?
6 MS. O'DELL:
7         Object to the form.
8 A        I used it because they showed it was
9 possible to separate out chrysotile from talc.
10 And they also, of course, showed that you can
11 separate out amphiboles from talc by using heavy
12 liquid density separation.  And, also, the same
13 time we saw the -- when Windsor Mineral did their
14 own heavy liquid density research by Reynolds,
15 that they found asbestos using heavy liquid
16 density.  They used standards.  So it looked to
17 me like it was a fairly well-developed
18 methodology --
19 Q        You say fairly --
20         Sorry.  Go ahead.
21 A        -- for amphiboles.  You know, Eric
22 Chat-- Dr. Chatfield had been using it for
23 years on vermiculite.  Then he put together, you
24 know, the 22262-1 and -- well, 2, where then he

Page 137

1 says "here's how you do it, and you can use it
2 for all these different things, including
3 cosmetic talc, and once you do it, you can
4 analyze it by PLM or SEM or TEM or XRD, any one
5 of them."
6         Nowhere in there does it say you have
7 to do it for all of them, you know, you have to
8 go -- if you're gonna do it for PLM, you've got
9 to do it for TEM or you've got to do it for XRD.
10 He said here's the methods, the analytical
11 methods.
12 Q        All right.  Required or not, if you are
13 not able to identify a single person by name in
14 the deposition that will publicly agree with you
15 in your findings of chrysotile by PLM, isn't it
16 good scientific practice to then say "I'm going
17 to confirm this by TEM," for example?
18 MS. O'DELL:
19         Object to the form.
20 A        I've already given you my -- my reasons
21 for that.  We have not tried it yet for Johnson's
22 Baby Powder by TEM.
23 MR. EWALD:
24 Q        What about another lab?  Why not send

35 (Pages 134 - 137)

Page 138

1 your samples to another lab to try to confirm it,
2 whether it's TEM or PLM chrysotile?
3 A      I'm not sending it to -- you know, I'm
4 not going to be sending -- I'm not gonna send it
5 to another lab yet. I'm gonna -- until, you
6 know, it's time to write your papers, the paper.
7 Q      Okay. And why is that?
8 A      Why? Because that's what I feel would
9 be the best method in order to get it published,
10 and given the protocol for PLM. I'm sure we will
11 have TEM done by then. I want to put both
12 together in one paper, TEM and PLM.
13 Q      If it's, as you say -- if, as you
14 say --
15         Sorry. Withdrawn.
16         If, as you said, after coming back from
17 a break with counsel, right off the bat, that
18 what you were doing was not novel or analytical,
19 why is it so difficult for you to publish those
20 results if they are so well established?
21 MS. O'DELL:
22         Object to the form.
23 A      The use of heavy liquid density
24 separation is really well established to separate

Page 139

1 out minerals, to separate out all kinds of stuff,
2 anything that has two densities. I mean --
3         Hand me that.
4         Here's something I used to take in to
5 junior high school to teach science classes for
6 an hour, and when they were doing densities, I
7 would take this in and say "I'm gonna show you
8 what heavy liquid density separation is. Let's
9 say that blue particles are the asbestos and the
10 white particles are -- are the talc. Oh. One
11 floats and one goes down to the bottom."
12         I mean, they sell this at a hobby
13 store. It is so well accepted about this kind of
14 stuff. So --
15         But we're trying to separate that is a
16 little bit more difficult, two minerals that are
17 very close in density, very close in --
18         And we're talking about a -- a -- a --
19 you know, a trace amount. That's the only
20 difference here. But the actual science behind
21 what we do is not novel at all. It's just
22 another sample preparation method in the lab.
23 MR. EWALD:
24 Q      Well, you were talking about, earlier

Page 140

1 in the deposition, that the Blount amphibole
2 density separation method has been published;
3 right?
4 A      It has.
5 Q      And that an amphibole separation method
6 has -- described in ISO 22262-2; correct?
7 A      Correct.
8 Q      And there is at least a mention of
9 amphibole separation methods and the need for
10 interlaboratory work on those in the FDA
11 interagency White Paper; correct?
12         I'm sorry. What was that last one?
13 Q      The FDA interagency White Paper at the
14 end of December '22, they do talk about amphibole
15 density separation methods and the need for
16 interlaboratory testing of those; right?
17 A      Yeah. They're proposing that if they
18 go through with the heavy liquid density
19 separation for amphiboles, which will be good.
20 Q      Right.
21 A      A lot of people are doing PLM analysis
22 on these cosmetic talcs, in my opinion, that
23 don't have a clue what the detection limits are
24 by PLM.

Page 141

1 Q      Yeah.
2 A      That'd be the weight percent by TEM
3 that, in my opinion, where you have to do a
4 calculation on a made-up fiber size, that they
5 have a detection limit of 10 to the minus 7,
6 finding one structure, even though to find one
7 structure, one fiber, you know, you have a
8 detection limit of anywhere from 5 to 15 million.
9         So I was hoping, you know, that when --
10 the Interagency Working Group can fix some of
11 these issues. That's why they're not
12 recommending, by TEM, weight percents.
13 They're -- they're -- they're more
14 recommending -- that's the FDA -- that they go
15 with fibers and bundles per gram. It provides
16 more information on the actual concentration of
17 any asbestos, in my opinion.
18 Q      So even --
19         Apologies for the computer issue.
20         So even after telling the FDA in
21 February 4th, 2020, that you had cracked the code
22 on separation of chrysotile heavy liquid
23 separation, that is not even mentioned in the FDA
24 White Paper or any of the appendices; correct?

36 (Pages 138 - 141)

Page 142

1 MS. O'DELL:
2         Object to the form.
3 A        No.  It's just amphiboles.
4 MR. EWALD:
5 Q        And I believe you testified earlier
6 today that your impression was that the
7 Interagency Working Group understood that your
8 PLM chrysotile method was not ready for prime
9 time?  Was that your testimony?
10 MS. O'DELL:
11         Object to the form.
12 A        I don't think I said that.  But I
13 didn't really show any data, I think, for any
14 chrysotile being found in any.  I just said this
15 is the basic procedure.
16         On the other hand, I had the data for
17 the amphiboles that presented, so I guess that's
18 why they only stuck with amphiboles.  I mean,
19 I -- I don't have an inside knowledge of what FDA
20 decides or not decides, or the Interagency
21 Working Group.
22 MR. EWALD:
23 Q        Yeah.  You say you -- you would be
24 speculating if you were to be talking about why

Page 143

1 the FDA/Interagency Working Group decided not to
2 even mention your PLM chrysotile heavy liquid
3 separation method had supposedly cracked the
4 code; right?
5 MS. O'DELL:
6         Object to the form.
7 A        I just don't know what FDA would be
8 thinking.  I don't know how much, based on my
9 testimony in front of Congress where I was asked
10 about chrysotile and said that's not possible
11 yet, it's not possible, we don't have a method
12 for that yet.  So -- so I don't know what FDA's
13 position was on that.
14 Q        Did you ever follow up with the
15 Interagency Working Group to say that you were
16 wrong in saying that you cracked the code?
17 MS. O'DELL:
18         Object to the form.
19 A        Did I ever follow up with them?  No.
20 MR. EWALD:
21 Q        Do you believe that you were wrong or
22 maybe overstated things a bit when you told them
23 in February 4 of 2020 that you had cracked the
24 code?

Page 144

1 MS. O'DELL:
2         Object to the form.
3 A        I wasn't wrong at all.  I was
4 absolutely right.  Now, we had to get it worked
5 out, but I used a noncontroversial, very
6 well-established method, but it just had to be
7 tweaked here.  It's not the method's fault.
8 It's -- it was a little bit more difficult than I
9 thought.
10         But as I sit here now, I am -- I was
11 right.  I was right, what I stated to that --
12 that group at the time.
13 MR. EWALD:
14 Q        We'll go ahead and mark --
15 THE COURT REPORTER:
16         It's 12, John.
17 MR. EWALD:
18         Okay.  Thank you.  I just got there.
19 12.
20 Q        -- Exhibit 12 the slides that
21 accompanied Dr. Longo's February 4th, 2020,
22 presentation to the Interagency Working Group.
23         Doctor, does this look familiar?
24 A        It does.

Page 145

1         (DEPOSITION EXHIBIT NUMBER 12
2         WAS MARKED FOR IDENTIFICATION.)
3 MR. EWALD:
4 Q        Okay.  And the title on the first page
5 is "The Heavy Liquid Separation Method for the
6 Analysis of Cosmetic Talc to Detect Amphibole and
7 Chrysotile Asbestos."  Right?
8 A        You read that correctly.
9 Q        Great.
10         Talking about sensitivity --
11 MS. O'DELL:
12         Do you need to see it, Dr. Longo, or
13 are you good with it just on the screen?
14 THE WITNESS:
15         I'm good with it on the screen.
16 MR. EWALD:
17 Q        Talks about how to increase TEM
18 sensitivity.  Then you also have this brief early
19 history of HLS method for talc developed for J&J,
20 and you then say "the MAS LLC HLS analysis for
21 amphibole asbestos by PLM," and you lay out the
22 procedure that you had at the time.  Correct?
23 A        Correct.
24 Q        Okay.  And the next slide, you talk

37 (Pages 142 - 145)

Page 146

1  about the MAS LLC HLS analysis for amphibole
2  asbestos by TEM, and you lay out your procedure
3  for that. Correct?
4  A       Correct.
5  Q       Okay. And then we have MAS LLC HLS
6  analysis for chrysotile asbestos by PLM, and you
7  lay out the procedure that MAS was using for this
8  at the time. Correct?
9  A       Correct.
10 Q       What aspect --
11         Well, I'll just go line by line.
12         Stain 200 milligrams of cosmetic talc
13 with betadine, 2 percent iodine solution, filter
14 stain talc material and wash in alcohol/Di-water.
15         Do you still use that as part of MAS's
16 HLS analysis for chrysotile asbestos by PLM?
17 A       No. As I discussed earlier in this
18 deposition, that the iodine worked really well
19 for the 1866b NIST chrysotile standards because
20 of the very large bundles that were in there.
21 Q       Okay.
22 A       But when we got to looking for it for
23 the size of the bundles of chrysotile that was in
24 the cosmetic talc, the 2 percent iodine solution

Page 147

1  did not absorb enough to it so it gave it any
2  ability to see it. So it just didn't work. And
3  I won't mention that -- other scientists who came
4  to the same conclusion.
5          And we were using betadine, but the
6  method called for pure iodine. The problem with
7  pure iodine, one, in order to get it, you have to
8  fill out a lot of paperwork for the DEA because
9  it's a precursor in meth productions.
10         And, two, once you made up the
11 solution, it only had about a two- -- a three- or
12 four-day shelf life. And we weren't working on
13 it all day long. And, again, we never used the
14 iodine for identification. It was just supposed
15 to help, and it didn't work. So we dropped that
16 pretty quick after this.
17 Q       And the 2.72g/cc HLS, is that the same
18 that you use today for the heavy liquid?
19 A       Today -- I'll just give you an update
20 on the very last one we did for Johnson &
21 Johnson. And this one --
22         And this was the Kirch on 2-15-2024.
23 We used 2 .65.
24 Q       Okay. And do you recall in the 1974

Page 148

1  Colorado School of Mines, did they use 2.72?
2  A       No. They never used 2.72.
3  Q       Okay.
4  A       They said less than 2.65.
5  Q       Okay.
6  A       But our initial trying everything, that
7  was being -- that gave the most. And it was
8  said -- you know, we had -- we had some technical
9  difficulties trying to repeat their stuff.
10         But, no, they didn't use 2.72
11 initially. Well, it's not what they put in their
12 final protocol.
13 Q       Centrifuge at 500 rpm for 5 minutes,
14 then 1800 rpm for 5 minutes, is that still MAS
15 LLC HLS analysis for chrysotile asbestos by PLM?
16 A       For this sample, we did it for 72 hours
17 at 21 degrees Celsius without breaking.
18 Q       And at the time Colorado School of
19 Mines was doing analysis in 1974, did they use
20 the same centrifuge time?
21 A       I'm not sure they published in there
22 what centrifuge time they were using.
23         This particular centrifuge time was
24 used by Reynolds in the -- the Windsor project,

Page 149

1  where they hired him to look for amphiboles in
2  their product -- I mean in the -- in the -- in
3  their Vermont talc. And he found actinolite, and
4  he says he believes the other was anthophyllite.
5  He ran standards, and he showed that it was in
6  there. So I borrowed their centrifuge time.
7  Q       Okay. The part about fine tweezer,
8  remove stained chrysotile bundles from filter and
9  place on glass slide, MAS doesn't do that
10 anymore -- right? -- because they don't stain the
11 particles. Right?
12 A       That went pretty quickly. That
13 didn't -- that didn't last long.
14 Q       Okay. And when you say "have validated
15 detection limit of approximately 0.0001 percent
16 by weight fibers per gram of talc," you're
17 talking about, quote, validation procedures that
18 were done internally by MAS; right?
19 A       Correct.
20 Q       Okay. And yet we've gone through the
21 various discrepancies, some of the discrepancies
22 between the MAS method and the Colorado School of
23 Mines method, but you, earlier today and in the
24 past have called this, what you were doing, just

38 (Pages 146 - 149)

Page 150

1 the Colorado School of Mines method; right?
2 A    I'm doing what?
3 Q    All you're doing is not your method.
4 It's the Colorado School of Mines method. That's
5 what you say; right?
6 MS. O'DELL:
7        Object to the form.
8 A    I think it is Colorado School of Mines'
9 method. They're the ones who said it could be
10 done. I'm just tweaking it. It's not -- it's
11 never gonna be the Longo method.
12 MR. EWALD:
13 Q    Okay. What part -- what specific part
14 of the Colorado School of Mines method for
15 analyzing chrysotile with PLM still remains in
16 your analysis today?
17 A    That we're actually using heavy liquid
18 density separation, a well-established
19 methodology, to -- to concentrate the chrysotile,
20 just like they did, and show that it can be done.
21 We'll probably end up with a -- a heavy liquid
22 density that's less than 2.65. I believe that's
23 where we'll end up. So we'll be using exactly
24 what they said. And we're doing it by PLM, just

Page 151

1 like they did.
2 Q    All right. So when we were talking,
3 again, in the early stages of MAS's analysis of
4 chrysotile by PLM, you were talking about the use
5 of the NIST 1866b, and that worked great. And I
6 just didn't follow what you were meaning by that.
7 A    I'm sorry. I'm not understanding the
8 question. Could you repeat it?
9 Q    Yeah. I didn't understand the answer.
10 I'm not saying it's your fault. I just didn't
11 understand, so I'm trying to wrap my head about
12 that.
13        We were talking about the early stages
14 of analyzing talc for the presence of chrysotile
15 using PLM, and you talked about the experience
16 early on with the NIST 1866b standard. And what
17 I heard some version of -- I'm not saying it was
18 your exact testimony but just trying to ring a
19 bell here -- that it worked great and there was a
20 lot of brownish-blue, but that there -- that was
21 a problem. And I wasn't sure what you were
22 conveying.
23 A    For the iodine?
24 Q    For the iodine, yes.

Page 152

1 A    Because what we were finding in the
2 talc, as it turns out, was maybe a thousandths of
3 the size of the type of bundles you see in the
4 1866b. So it would not absorb enough of the
5 pigment, I guess, for lack of a better word, that
6 you could pick it out in the sample and then take
7 tweezers and take that pinch and put it over in
8 the -- on the slide so you could find it easier.
9 It didn't work.
10 Q    In that time period, we'll say early --
11 late 19- -- late 2019, early 2020, was Paul Hess
12 comparing what he was seeing in the talc to the
13 NIST 1866b standard?
14 A    He initially was using the 1866b
15 standard at percentages. And when I finally
16 caught up with him that he was doing that, I
17 stopped him and said that's -- we have to go
18 back; these are not at the concentrations because
19 you're using too big of a standard. That's when
20 the RG-144 came in, where we could then calibrate
21 the analyst to look better for what the
22 percentages were.
23 Q    And I'm sure this is my problem, but
24 I'm trying to follow you. So the -- the

Page 153

1 percentages, when you're saying the percentage of
2 what you're seeing that didn't match the NIST
3 1866b, are you talking about the size of the
4 particle?
5 A    The size of the bundles. Yeah. There
6 was -- there was no .1 to 1 percent or 2 percent
7 in there. That's -- that was impossible. When I
8 saw -- finally saw that data, it was like this is
9 wrong. You can't have this much in there. This
10 is at trace levels. This is not even close to
11 what Colorado School of Mines is finding.
12        And, then, I didn't do a deep dive. I
13 just looked at it and said, "Why are you doing
14 this?"
15        "Well, that's the concentrations.
16 That's what it looks like."
17        No, it doesn't. That's when we started
18 really focusing on the -- the -- the Union
19 Carbide chrysotile, especially when we started
20 seeing that it was giving us very similar
21 refractive indices and very similar sizes in
22 1.550.
23        And then when we found our RG -- our
24 SG-210, that was a much better use as a standard

39 (Pages 150 - 153)

Page 154

1 than the RG-144 because it was showing the
2 exact -- same ranges of refractive indices, same
3 ranges of length, same ranges of width. So we
4 have -- we had -- we had -- we had it down to the
5 point where it was pretty straightforward.
6 Q    So before, though, you started using
7 SG-210, was Paul Hess identifying particles as
8 chrysotile because they matched what he was
9 seeing with NIST 1866b?
10 MS. O'DELL:
11        Object to the form.
12 A    No. 1866b has a -- has a different
13 refractive indice [sic] than 1.550 for those big
14 bundles. I mean, you know, the gamma is in the
15 1.550 range to 1.5 -- 1. -- 1.559. I think the
16 highest I've seen is 1.560, the magenta. You've
17 all heard that a few times. It's got to be
18 magenta.
19        But if you look at the bundles of
20 chrysotile that they show in the standards, like
21 the ISO method, the size of those bundles are an
22 entire field of view, maybe four or five hundred
23 microns in length, and their thickness is maybe
24 50 to 100 hundred microns thick. And you get the

Page 155

1 magenta when you do that, but you also get areas
2 that have the yellowish gold, single little
3 fibrils. But if you look at the size difference
4 between the two, what we're looking at is about a
5 thousand --
6        You know, and I'm just pulling this out
7 of the air.
8        -- hundreds to maybe a thousandths
9 times smaller than what we're dealing with.
10        Now, I know there's a suggestion that
11 the size of -- the thickness of the bundle makes
12 absolutely no difference, but that doesn't square
13 with the Michelle Levy charts where you determine
14 the birefringence in it on the -- on the, you
15 know, the parallel axis, y axis, as from zero to
16 a hundred micrometers in -- in length.
17        And where you pick off that size, if
18 you go to 10 micrometers off your colors and you
19 say, okay, well, that's --
20        And they tell you to use the -- the
21 width as the diameter. And you'll have different
22 refractive indices if you've got a 10-micron or a
23 1-micron width versus one that has 50 to 100
24 microns width. Once it gets to a certain level,

Page 156

1 certain size, it's all the same. So they only go
2 up to a hundred micrometers.
3        So what's the primary difference that
4 we have between what we're seeing in the 1866b
5 standard is how big the structure is.
6 Q    So if Paul Hess was not using the 1866b
7 NIST standard to identify what he was seeing in
8 late 2019, 2020 as chrysotile, you had not begun
9 to look, compare yet to SG-210, how was Mr. Hess
10 positively identifying chrysotile during that
11 early period?
12 MS. O'DELL:
13        Object to the form.
14 A    Mr. Hess was only using the 1866b as
15 this is how much space it takes up to do the --
16 the visual estimate for the amount of percent.
17 He was already finding the very small structures.
18 And that's when I stopped him and said you can't
19 use that as your visual estimate, because that
20 has completely different -- not completely
21 different, but the refractive indices on the
22 gamma side are lower, and other min- -- you know,
23 chrysotile minerals we're seeing has a higher
24 gamma, as pointed out by Dr. Su.

Page 157

1 Q    How was --
2        Withdrawn.
3        What, if anything, was Dr. -- I'm
4 sorry -- Mr. Hess relying on to confirm that what
5 he was looking at in identifying as chrysotile
6 had a correct gamma refractive index?
7 MS. O'DELL:
8        Object to the form.
9 A    What was he using?
10 MR. EWALD:
11 Q    Yeah.
12 A    He was using his experience and
13 knowledge of what the refractive indices, and it
14 didn't match anything else, especially the
15 birefringence. I mean, he's been doing PLM
16 for -- since -- 30, 40 years. And -- and he
17 was -- and he's right. I mean, I was agreeing
18 with him. I made sure that before we -- I put
19 this out there, that we were finding this, that
20 we were following -- and it couldn't be anything
21 else.
22 Q    So it's your --
23 A    But I have to say, I mean, we're
24 talking five years ago. I don't remember the

40 (Pages 154 - 157)

Page 158

1 whole sequence of events, you know. It's like --
2 it's been a lot of work on it over the years.
3 But to go from, well, this happened, this
4 happened, this happened, this happened, this
5 happened, you know, the best way to look at this
6 is we go back to when we started -- you know, we
7 started analyzing it and putting into the
8 notebooks, and you can see there what has changed
9 over time.
10 Q    Well, if I look at the PLM worksheet
11 for one of the early analyses, is it going to
12 tell me what Mr. Hess used as the basis to
13 determine that the gamma refractive index
14 corresponded with chrysotile?
15 MS. O'DELL:
16        Object to the form.
17 A    No, it's not gonna tell you that. Any
18 questions like that, I can tell you.
19        You know, we used -- we looked at
20 Dr. Su's table for the 1.550, the table 4A and
21 4B, and we were in the, you know, the 430 to 450
22 range. And there was nothing else it could be
23 except chrysotile. It wasn't fibrous talc. It
24 wasn't antigorite. It was not lizardite, not

Page 159

1 sepiolite. It was the only thing it could be.
2        And he's a geologist, so, to him, that
3 makes sense that you would have that.
4        And, then, of course, we started
5 looking at --
6        Where is that one, the 2022 one?
7 MS. O'DELL:
8        It's right here.
9 MR. EWALD:
10 Q    Sorry, Doctor. What are you looking
11 at?
12 A    I'm looking at the 2022 one. Those
13 analyses for table 2 were done very early on.
14 That's how he knew. And this was chrysotile.
15 This was all done before we ever put the first --
16 on what it should be. And there's no dispute
17 that RG-144 is chrysotile.
18 Q    I thought you just told me that in the
19 early days of late 2019, early 2020, when
20 Mr. Hess was analyzing some of the talc samples
21 by PLM for the presence of chrysotile, that you
22 guys hadn't even thought about comparing what
23 he'd seen to SG-210 or RG-144.
24 MS. O'DELL:

Page 160

1        Object to the form.
2 A    I didn't testify at all about
3 chrysotile until we had the RG-144 from these
4 standards. We knew exactly what we were looking
5 for. And we knew that this is what the
6 chrysotile was gonna look like, because it was
7 matching what we were seeing in the samples.
8 MR. EWALD:
9 Q    How --
10        You just told me a couple of questions
11 ago that you came up to Mr. Hess after he gave
12 you the initial results and you were saying, no,
13 no, you shouldn't be using the NIST standard,
14 1866b. You should be using this Calidria one.
15 Right?
16 MS. O'DELL:
17        Object to the form.
18 A    Well, we're talking about two different
19 things.
20 MR. EWALD:
21 Q    Okay.
22 A    I think now I'm more headed to how did
23 you -- how did you verify that it was chrysotile?
24 Verified it was chrysotile because it was in the

Page 161

1 ranges that are in the charts.
2        And, also, if you look at -- if you
3 look at Walter McCrone's -- I think it's 1974, he
4 goes through the wavelengths of all the different
5 chrysotile mines around the world. I think he
6 has 32, 33 of them. There's differences between
7 those. And the ones that are the most different
8 is from the Coalinga mine, and even ones that are
9 even more different -- and I used to have some
10 around here, but I don't anymore -- is from the
11 Johnson mine in Vermont.
12        The standard he -- we made up, he was
13 using that for the percentage of chrysotile in
14 the sample, not identifying the chrysotile using
15 the NIST 1860 -- NIST standard. You can't use
16 that to identify what we have here. It has -- he
17 doesn't have the right -- unless you do one thing
18 to it. Grind it up in liquid nitrogen and get
19 the same size as the size we're seeing, and you
20 will get very similar refractive indices.
21 Q    So that goes back to what we talked
22 about earlier -- right? -- the -- your theory
23 that grinding up in the milling process the talc
24 and, presumably, as you are contending,

41 (Pages 158 - 161)

1 chrysotile, changes the refractive indices.
2 Fair?
3 MS. O'DELL:
4        Object to the form.
5 A      I'm not sure what you said.  What we
6 took was is the 1866b standard and purchased a
7 liquid nitrogen stainless steel state-of-the-art
8 mill.  You have to keep it frozen in liquid
9 nitrogen because it has too much flexibility,
10 unlike tremolite and anthophyllite.  So you have
11 to keep it, make it brittle, which the liquid
12 nitrogen does.
13        And, then, once I got it down to a size
14 I thought was appropriate, I ran it through a
15 sieve and took the minus 200 in the sieve and
16 then had them analyze it, and the refractive
17 indices are just about -- you know, they're
18 different.  They're not -- they're not your
19 usual, you know, magenta.  You know, we've got
20 some sizes that we get very similar stuff that
21 we'd seen before.  A lot of it was around the
22 1.562.
23 MR. EWALD:
24 Q      Apart from your liquid nitrogen

1 experiment, do you have any support for the
2 proposition that grinding chrysotile changes its
3 refractive index?
4 MS. O'DELL:
5        Object to the form.
6 A      Getting it down to a size that is way
7 different than what's in there, it does change
8 the refractive index, because it changes the
9 birefringence, because we have a chart that shows
10 that.  And you can't change the birefringence
11 unless you're changing the refractive indices.
12 MR. EWALD:
13 Q      So when you talked about grinding it to
14 a size smaller than what we see --
15        I just wasn't sure what you were
16 referring to.  What size are you grinding it to?
17 A      A minus 200 sieve size, cosmetic talc
18 size.
19 Q      And I don't think you answered my
20 question as to, leaving aside the liquid nitrogen
21 experiment that you just discussed, do you have
22 any support for the proposition that milling and
23 grinding a chrysotile particle will change its
24 refractive index?

1 MS. O'DELL:
2        Object to the form.
3 A      If you go to our supplement expert
4 report, October 9th, 2023, and you go to section
5 7 --
6 MR. EWALD:
7 Q      I'm sorry, Doctor.  What are you
8 looking at?
9 A      Supplement expert report, October 19th,
10 2023, comparison by our chrysotile structure
11 size, Union Carbide's SG-210 product with
12 Coalinga mine, California, Montana, blah, blah,
13 blah, and reduced-size NIST 1866b chrysotile
14 standard, which is the very last section.  And
15 I'm gonna tell you what page it's on.
16        Here we go.  Got to get down to it,
17 1.550.
18        You want to go to page --
19        Let me get to the post 1.550.
20        Okay.  You go to page 175.  Best
21 example is on page 195, because this was our
22 first attempt at this, where our perpendicular --
23 excuse me -- parallel is 1.563, and there's no
24 magenta, the pinkish-purple -- pinkish-red, and

1 we have a lot of 1.563s in the SG-210 as well
2 as -- as well as in the products themselves.
3        Now, the parallel -- excuse me.  The
4 perpendicular were never really that far out of
5 line.  That doesn't change that much.
6 Q      Do you have a working theory on why the
7 milling and grinding of chrysotile will alter the
8 gamma refractive index but not the alpha?
9 A      I don't have a working theory on it,
10 but it is consistent with what Dr. Su said in his
11 paper, that he said you will have significantly
12 higher gammas than the 1866b.  He didn't say
13 anything at all about having significantly higher
14 perpendiculars.  I just don't -- you know, that
15 seems to be not affected by the -- by the
16 diameter of the bundle.
17 Q      Has anyone other than Paul Hess
18 conducted PLM chrysotile analysis on J&J talc --
19 MS. O'DELL:
20        Object to the form.
21 MR. EWALD:
22 Q      -- for MAS?
23 A      We have.  We have three -- we had three
24 people that was doing that at the time, but

42 (Pages 162 - 165)

Page 166

1 mostly just the QC end of it. That would be
2 Chris DuBour. And that was about it.
3 Q        Okay. So what I heard from you is that
4 Chris DuBour and one other person helped on the
5 QC, but that Paul Hess was the analyst making the
6 decisions?
7 MS. O'DELL:
8          Object to the form.
9 A        He was -- if you look on the reports,
10 his name's the only name on there.
11 MR. EWALD:
12 Q        Right. So you would agree with me that
13 Chris DuBour and the unnamed third person --
14 A        I think Chris DuBour, he may have a
15 project somewhere that's got his name on it. I
16 just -- you know, I'd have to go look.
17 Q        Okay. I've heard some differing things
18 about Mr. Hess's current status at MAS. What is
19 his current employment status?
20 A        He's now working part-time again for us
21 instead of just a consultant.
22 Q        When did he go back to working
23 part-time?
24 A        I don't remember the exact time. But

Page 167

1 he's --
2 Q        Was it last year?
3 A        Huh?
4 Q        Was it last year or this year?
5 A        I think it was this year.
6 Q        What period of time was he working as a
7 consultant?
8 A        I don't recall.
9 Q        Do you currently intend to analyze any
10 additional samples of J&J talc by PLM for the
11 presence of chrysotile?
12 MS. O'DELL:
13          Object to the form.
14 A        I mean, it's hard for me to say I'm not
15 going to analyze anything more. We're always
16 doing research. If we do any more, I'll
17 certainly let my client know so they can let you
18 know.
19 MR. EWALD:
20 Q        Understood.
21          And if -- if MAS, whether it's with J&J
22 or another cosmetic talc manufacturer, if MAS is
23 going to do any PLM analyses for the presence of
24 chrysotile, is -- who is qualified to do that at

Page 168

1 MAS at this point in time?
2 A        Me, Paul Hess, and we have some
3 trainees coming along.
4 Q        Why? There are trainees coming along?
5 They're not ready at this point in time?
6 A        Well, they have to get really where I'm
7 comfortable that what they're doing is correct.
8 We invest a lot of time in training them.
9 Q        And you're not, at this point,
10 comfortable that they know how to do the right
11 thing?
12 MS. O'DELL:
13          Object to the form.
14 A        They're early in their training
15 program. It's not comfortable or uncomfortable.
16 You know, if I had a Ferrari and I wanted them to
17 race a track, no. Would I put them in it now?
18 No. But I don't have a Ferrari. I'm not even
19 sure why I used that analogy.
20 MS. O'DELL:
21          Me either.
22 A        Must be getting tired. What time is
23 it? 4:19.
24 MS. O'DELL:

Page 169

1          4:20.
2 A        Cut off at 5:00.
3 MR. EWALD:
4 Q        Okay. I --
5          Well, I think --
6          I'm just cognizant of others and the
7 court reporter. I can't remember when we went
8 back on the record. We've been going for more
9 than an hour. Do you want to take a quick break
10 before and then finish up at 5, or do you want to
11 plow through? I'm happy to do either.
12 A        Let's stop now? I'm not sure what you
13 said.
14 MS. O'DELL:
15          You want a 5-minute break and then
16 finish at 5:00, or --
17 MR. EWALD:
18          Yeah. I'm happy to push through. I
19 think we've been going for over an hour. I just
20 want to make sure that anybody else doesn't want
21 to take, like, a quick two-, three-minute break.
22 That's all I'm saying.
23 A        Yeah. That's a good idea.
24 VIDEOGRAPHER:

43 (Pages 166 - 169)

Page 170

1    Off record. The time is 4:20.
2        (OFF THE RECORD.)
3  VIDEOGRAPHER:
4        Back on record. Time is 4:27.
5  MR. EWALD:
6  Q    Doctor, I saw in a recent deposition of
7  yours that you were discussing results of testing
8  by Mark Bailey involving TEM and CSM method. Do
9  you know what I'm talking about?
10  A    I do.
11  Q    So tell me what you know about that
12  testing by Mark Bailey.
13  A    Alls he's doing is TEM, and he's doing
14  CSM on every sample for both amphiboles and
15  chrysotile. And the data I heard about, that
16  he's -- he's finding about 75 percent positive
17  for chrysotile using CSM.
18  Q    Where did you hear about it?
19  A    From him.
20  Q    Okay.
21  A    Satterley and them. It's not J&J. And
22  I will not name who it is. But I think he's
23  taking our work and --
24        Well, not sure. So --

Page 171

1  Q    You at least --
2  A    He's not focused on PLM. He's focused
3  on TEM.
4  Q    Can you confirm that, based on what you
5  just said, that whatever testing he's done of
6  samples are not J&J samples?
7  A    I've not heard he's done J&J samples.
8  Q    Have you seen any images or data from
9  his testing of the -- using TEM and CSM method?
10  A    I was shown it, but I was not given the
11  data.
12  Q    Are you planning to rely on those
13  findings to support the conclusions that you are
14  offering in this MDL?
15  A    Well, I would caution you, don't say
16  that nobody else in the world is doing -- finding
17  chrysotile in cosmetic talc samples using a CSM
18  method.
19  Q    I didn't say that, did I? I haven't
20  said that.
21  A    You used to say that.
22  Q    I don't know if I did.
23        Okay. Is -- I guess you have an
24  understanding as to whether or not these test

Page 172

1  results have been made public?
2  A    I think they have been made public in
3  non-J&J cosmetic talc project -- I mean
4  litigation.
5  Q    Okay.
6  A    So -- but I thought you guys all talk
7  to each other.
8  Q    I know. Like I said, I've gotten out
9  of the game; right? So I guess no one told me.
10        So I want to talk a little bit about
11  lab accreditations. And am I correct that MAS at
12  current is not accredited by NVLAP?
13  A    We dropped out of the NVLAP program,
14  and we went in -- we joined the A2LA program that
15  is -- follows ISO methods for accreditation
16  because we have so many that we do through A2LA
17  that's not provided by others. And I know people
18  have a problem with this, but we were recommended
19  by our last auditor that we drop the program
20  because we were wasting our money.
21        Now, we still do the same PLM PAT
22  rounds. We also do TEM PAT rounds as --
23        But A2LA -- excuse me -- NVLAP, when
24  the auditor comes in, they're only interested in

Page 173

1  looking at reports that have to do with schools,
2  PLM samples of schools, air sample analysis of
3  schools. And our 1990 ad didn't work very well
4  because we don't get any more samples from
5  schools, or attorneys, from that.
6        So he said that we were wasting our
7  money and we ought to do this. So we dropped it.
8  But we're still doing the exact same thing we
9  were doing before on the PAT rounds.
10  Q    What I saw on your website is as it
11  relates to asbestos in cosmetic talc products by
12  TEM certified for ISO 22262-1 and 22262-2. Is
13  that correct?
14  A    That is correct. We have that
15  certification from A2LA or ISO. And we get
16  audited every year. As far as I know, we're the
17  only laboratory in the country that actually has
18  been certified to analyze, by both PLM and TEM,
19  for amphibole asbestos in talc.
20  Q    All right. And you are not certified
21  by A2LA or ISO for analyzing talc products for
22  the presence of chrysotile; correct?
23  A    We have not applied for that yet.
24  Q    Do you have plans to apply for it?

44 (Pages 170 - 173)

Page 174

1  A      Well, of course, some day.
2  Q      When you talked about being --
3      Well, let me first ask.  For --
4      And I'm understanding for NVLAP.  But
5  for A2LA, what goes into the initial
6  certification process that we see here, for
7  example, the two ISO 22262 methods?
8  A      Those are confidential business
9  records, so we won't discuss that.
10 Q      Okay.  Let's be clear on what, if
11 anything, you're willing to discuss.
12      Are you testifying that you are not
13 going to tell me what steps MAS had to take to
14 satisfy A2LA that they should be certified under
15 the different methods?
16 MS. O'DELL:
17      Object to the form.
18 A      No, I'm not gonna discuss it.  I mean,
19 we have quite a few A2LA certifications.  So
20 that's not really offered by other people, such
21 as, you know --
22      And as soon as I start talking about
23 what we supply to them, you'll start putting it
24 in your subpoenas.

Page 175

1  MR. EWALD:
2  Q      Well --
3  A      It's business records, and it's
4  confidential, you know.  It's same thing about
5  SOPs.  They see an SO- --
6      We may -- you know, hypothetically,
7  they'll be looking at an SOP.  Then they come in
8  and audit and they look and see what we're doing
9  and they look at analysis.  They do what NVLAP
10 do.
11 Q      And the PAT --
12      Sorry.  Go ahead.
13 MS. O'DELL:
14      Sorry.  I don't think he's finished.
15 A      Yeah.  Except here, they're not just
16 interested in schools.  They're interested in
17 what -- what we're actually accredited for, so --
18      And it's really -- it's really good
19 because not every analysis that you do, there is
20 a standard accreditation for it.
21 Q      I'm sorry.  I didn't follow that last
22 point.  You're saying that it's --
23 A      Well, for example, we do a lot of -- we
24 do a lot of chamber work where we're measuring

Page 176

1  outgassing of volatile organic compounds, VOCs.
2  There's three or four labs that do it in the
3  country.  There's only one of us that are
4  certified to do it.  Because we put up standards,
5  put it into the chambers to mimic what comes out
6  of things like rugs and, you know, tables that
7  have, you know, a surface on it that is emitting
8  VOCs or car parts, that nice new car smell that
9  we all love.  You know, that's volatile organic
10 compounds.
11      So we would introduce that into the
12 chambers, measure them to show that, you know, we
13 can replicate it.
14      There is no -- you know, you can't go
15 to AIJ for that.  You can't go to any -- any --
16 any type of group that says, okay, here's for VOC
17 testing.  This is what you have to do.
18      So we come up with the protocol in what
19 we're doing and then prove that we can replicate
20 that work, and then they give you the
21 certification, and they come in once a year and
22 look over everything.
23 Q      Are you willing to testify about what
24 goes into the yearly audit of -- by A2LA?

Page 177

1  A      They have checked your analysis.  They
2  check controls, et cetera, et cetera.  They want
3  to look at the equipment.  They want to look at
4  the analysis.  They want to look at reports.
5  Q      So when they -- somebody comes from --
6      Was it one person that comes from A2LA
7  or more than one person?
8  A      Just one.
9  Q      And what sort of training does the
10 person from A2LA have, to your understanding?
11 A      Oh, they've either been doing this for
12 a while or, you know, it's --
13      They typically don't give their résumés
14 out; just give their titles and what they've
15 been, you know, kind of doing.  I've never run
16 across one that didn't know what they were doing.
17 Q      So this A2LA representative shows up.
18 Say that they check your analyses.  What does
19 that mean, "check your analyses"?
20 A      They want to see that you're doing what
21 you said you were gonna be doing.
22 Q      And how do they do that?
23 A      Well, they look at the analysis.  They
24 look at your SOPs.  They look at the equipment.

45 (Pages 174 - 177)

Page 178

1 They look at reports that you've generated where
2 you've either not found something or found
3 something. They want to look at the process
4 blanks that we say that we do on every batch of
5 TEM samples. They want to see, you know, how
6 we're determining and not contaminating samples.
7 You know, every quarter we do air samples in all
8 the areas where we handle asbestos; whether it's
9 working properly, whether they have the
10 appropriate airflow into them. You know, it's
11 just whatever --
12      It's really not a set schedule of what
13 they're looking at. Do we calibrate the
14 balances? Did we do this? Did we do that?
15 Fortunately, I don't have to deal with them too
16 much.
17 Q      So you said they look at reports. That
18 includes litigation reports?
19 A      Excuse me?
20 Q      So they look at reports. Does that
21 include litigation reports?
22 A      Um, well, we show them the analysis of
23 a litigation report, not the -- they don't read
24 the reports. I would never do that. But we've

Page 179

1 got to show them examples of the analysis we're
2 doing.
3      But most everything else is not -- you
4 know, everything else besides what we're doing
5 for the Blount -- the Blount and the TEM, it's
6 nonlitigation that we have these other
7 certifications for.
8 Q      Have you or anyone at MAS, to your
9 knowledge, asked A2LA about what it would take to
10 get certified for the PLM chrysotile method?
11 A      No. Not that I'm aware.
12 Q      In --
13      Since MAS has obtained these A2LA
14 talc-related certifications, you have testified
15 on direct at various trials highlighting the
16 accreditations; correct?
17 A      Absolutely. We're proud of it. And I
18 think we're the only ones in the country still
19 that has that certification on both plaintiff's
20 and defense side.
21 Q      But yet you are preventing me and my
22 client from finding out anything that went into
23 obtaining those certifications.
24 MS. O'DELL:

Page 180

1      Object to the form.
2 A      I'm preventing you or your client to
3 get double the confidential business records that
4 people would love to have because it would save
5 them a lot of time and effort to get these
6 certifications.
7      You know, it's the same thing with
8 NVLAP. I wouldn't give those up either until you
9 guys did a -- J&J did a FOIA on it. And I wasn't
10 going to provide any information about our audit
11 with FDA. So, you know, I look at that as all
12 confidential business records.
13 MR. EWALD:
14 Q      From --
15      For all of the -- for all of the PLM
16 chrysotile tests that are included in the fourth
17 supplemental MDL report dated April 29th, 2024,
18 how much money has MAS been paid by plaintiffs'
19 lawyers?
20 A      From when to when?
21 Q      For all of the testing of the M- --
22      Withdrawn.
23      From when to when is all of the tests
24 included in the fourth supplemental MDL report

Page 181

1 dated April 29th, 2024, that are the PLM
2 chrysotile tests?
3 A      I would consider that confidential.
4 Q      On what basis?
5 A      The basis is is that our -- we look at
6 it as confidential unless we can come to an
7 agreement, like the last time, that these
8 invoices were produced from both sides, you know,
9 your experts, our experts, and we can redact what
10 we did.
11      And I recall that the amount MAS
12 invoices for -- I think this is 2016, 2017, 2018
13 or so -- it's like 2.9 million, and RJ Lee was
14 like 5-point-something million, 5.6 million.
15      But, you know, I thought that was
16 pretty fair, that, okay, get the experts in. We
17 have to produce, you know, who we'd done the work
18 for, and we were able to redact. So this was,
19 you know, quid pro quo. It seems like only --
20      So I always consider that confidential.
21 Q      Unless there's a quid pro quo.
22 A      No. I still think it ought to be
23 confidential. But certainly, you know, when the
24 judges get together and they come up with

Page 182

1 something that they deem is fair for both sides.
2 Q    So it's, in your nonlegal opinion, it
3 should be confidential about the amount of money
4 you have been paid by plaintiffs' lawyers to
5 conduct the studies that you are relying on in
6 your fourth supplemental MDL report for your
7 expert opinions in this case?
8 MS. O'DELL:
9        Object to the form.
10 A    I'm not an attorney.
11 MS. O'DELL:
12        Yeah. Please don't give a legal
13 opinion.
14 MR. EWALD:
15 Q    I was very clear. I asked not from a
16 legal perspective.
17 MS. O'DELL:
18        Well --
19 MR. EWALD:
20        Hold on. Hold on. You're the one --
21        Leigh, hold on. Hold on.
22 MS. O'DELL:
23        I'm not --
24 MR. EWALD:

Page 183

1        There's not a question pending.
2 Leigh -- Leigh --
3 MS. O'DELL:
4        You do not have a question pending.
5 I'm objecting and saying he's provided that
6 there's been information provided about what he's
7 paid -- been paid in relation to his MDL work. I
8 just want to make that clear. And we provided
9 those invoices, and he testified to it earlier.
10        So to the degree you're asking
11 something else, you need to make it clear. And I
12 just want to make sure the record is -- is clear
13 as well that we've provided what we feel is
14 appropriate under the MDL order.
15 MR. EWALD:
16        And I'm happy -- I don't always ask the
17 best questions, but I feel like my question was
18 pretty clear, which is how much money has Dr. --
19        Sorry. Withdrawn.
20        How much money has AMA --
21        See, now you've got me all flustered,
22 Leigh.
23        How much money has MAS been paid by
24 plaintiffs' lawyers for the PLM chrysotile

Page 184

1 studies that are contained in Dr. Longo's fourth
2 supplemental MDL report dated April 29th, 2024,
3 and specifically outlined on tables 1, 2, 3, 4,
4 5, 6, and 7 at the back of the report?
5 MS. O'DELL:
6        Same objection.
7 MR. EWALD:
8 Q    But you understand what I'm asking for?
9 A    I understand. And I would just be
10 speculating. I have no idea on what the amounts
11 would be for all -- for the different plaintiffs
12 that we've done work for. I'm just -- you know,
13 on the chrysotile.
14 Q    Okay. I'm about to start something
15 new. We can stop ten minutes early if you want.
16 MS. O'DELL:
17        Okay. Let's do it. Let's, you know,
18 let's go off the record and stop for the day, and
19 then we'll pick it up.
20 VIDEOGRAPHER:
21        Okay. Should we go off record?
22 MR. EWALD:
23        Yes.
24 MS. O'DELL:

Page 185

1        Thank you, John.
2 VIDEOGRAPHER:
3        Going off record. Time is 4:48.
4        (Deposition adjourned at 4:48 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

47 (Pages 182 - 185)

Page 186

1        C E R T I F I C A T E
2
3        I do hereby certify that the above and
4    foregoing transcript of proceedings in the matter
5    aforementioned was taken down by me in machine
6    shorthand, and the questions and answers thereto
7    were reduced to writing under my personal
8    supervision, and that the foregoing represents a
9    true and correct transcript of the proceedings
10   given by said witness upon said hearing.
11       I further certify that I am neither of
12   counsel nor of kin to the parties to the action,
13   nor am I in anywise interested in the result of
14   said cause.
15
16
17
18   
     /S:// Lois Anne Robinson
     LOIS ANNE ROBINSON, RPR, RMR
19   REGISTERED DIPLOMATE REPORTER
     CERTIFIED REALTIME REPORTER
20
21
22
23
24

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com

**[& - 15]**                                                                 Page 1

| & | | | |
|---|---|---|---|
| **&** | | | |

**&** 1:6 2:3,7,10
2:14,18 12:20
46:11,13 51:12
52:6,21 57:1
82:23 83:15,22
83:24 84:4 85:3
91:9,11 118:6
127:7 147:20

**0**

**0.00001** 102:10
**0.0001** 149:15
**0.0001.** 73:13
**0.001** 9:1
**000** 71:15
**0001** 8:10,15
73:11 85:10
**001** 100:10
**003** 100:13
**005** 100:10
**01** 64:9,16
69:11 70:13
**02** 75:19
**03** 55:17 75:19
**03-12-2020**
55:17
**07701** 2:11
**08002** 2:15

**1**

**1** 3:7 8:10,15
11:1 13:17
14:10 17:7,10
17:14 18:19
20:3,24 22:1,2

26:6,15 29:14
29:19 30:1,4
37:13 39:18
45:6 63:1 64:8
64:16 66:6,15
68:17 69:20,21
70:9,10 71:7,19
72:8 81:21
85:17 115:1
153:6,6 154:15
155:23 184:3
**1.4** 66:10
**1.5** 12:17 22:17
22:23 36:22
154:15
**1.527** 22:21
**1.545** 42:4
**1.545.** 41:17
**1.55** 35:8 38:2
**1.550** 9:12,13
10:4 23:15
24:15 34:18
35:9 42:11,13
69:4,5 72:2
154:13,15
158:20
**1.550.** 20:9 38:1
42:5 153:22
164:17,19
**1.555** 35:8
**1.558.** 36:22
**1.559** 36:22
**1.559.** 154:15
**1.56** 24:19 36:2
36:18

**1.560** 34:18
35:8,22 36:3,23
37:13 39:13,15
42:11,13 96:12
154:16
**1.560.** 35:24
36:24 118:24
119:5
**1.561** 39:14
**1.562.** 162:22
**1.563** 23:5,5
164:23
**1.563s** 165:1
**1.565** 37:17,21
38:12,20,24
**1.565.** 36:1
38:22 39:8
**1.567** 22:3,21
**1.569** 35:22
36:18 39:14,14
**1.569.** 36:24
**1.570** 36:21
**1.571.** 36:21
**1.582** 23:5
**1.585** 23:20
**1.585.** 22:3,15
22:22
**1.60** 38:1
**1.615.** 23:8
**1.645.** 23:6
**1.67.** 22:11
**1.70** 35:22
**1.8576.** 22:24
**10** 4:6 14:19
22:16 57:21
58:2 65:19

85:10 134:13
141:5 155:18
155:22
**10,000** 90:20
**100** 154:24
155:23
**10036** 2:19
**10th** 103:17
**10x** 92:11
**11** 4:8 44:8
58:15
**11-17-23** 11:18
11:21
**11-28-2023**
95:15
**1185** 2:18
**11:20** 1:17 5:6
**12** 4:10 22:21
144:16,19,20
145:1
**127** 2:10
**12:30** 53:7
**12:31** 54:8
**12:41** 54:11
**12th** 55:24
**13** 73:9
**144** 7:24 8:6,9
67:14,17,24
68:2 152:20
154:1 159:17
159:23 160:3
**145** 4:10
**14th** 13:16
**15** 53:8 90:23
141:8

**[150 - 210]**                                                           Page 2

**150**   108:9
**16**   105:22
**16-2738**   1:5
**17**   3:7,9
**175**   108:9
  164:20
**1800**   148:14
**1825**   2:7
**1860**   161:15
**1866**   35:6 42:16
**1866b**   10:13
  33:7,14 98:6,24
  146:19 151:5
  151:16 152:4
  152:13,14
  153:3 154:9,12
  156:4,6,14
  160:14 162:6
  164:13 165:12
**18th**   87:11
**19**   30:20 46:8
  152:11
**1918**   30:20,20
**195**   164:21
**1960**   12:2 46:8
**1970**   46:8
**1973**   84:24
  86:17 87:8
  106:14
**1974**   90:7
  147:24 148:19
  161:3
**1975**   87:11
**1980**   46:8
**1980s**   30:21

**1990**   46:8 173:3
**1991**   60:5 65:5
**1995**   65:5
**19th**   164:9
**1:39**   93:20
**1st**   11:24 58:14
  58:21 59:13
  79:12,18 82:7

**2**

**2**   1:16 3:9 8:6,9
  8:23 13:24 17:9
  17:10 26:5,15
  26:18 27:9 29:6
  29:15,20 30:5
  81:21 119:15
  136:24 146:13
  146:24 147:23
  153:6 159:13
  184:3
**2-15-2024**
  130:21 147:22
**2-9-2021**   15:4
**2.65**   102:18
**2.65.**   96:10
  148:4 150:22
**2.7.**   92:22
**2.72**   148:1,10
**2.72.**   78:8 148:2
**2.72g**   147:17
**2.75**   96:16
**2.76**   92:21
  96:17
**2.78.**   96:17
**2.85**   96:14

**2.9**   181:13
**2/1/19**   4:9
**2/4/20**   4:11
**20**   44:7 53:17
  93:10,16
  103:17 134:14
**200**   76:2 146:12
  162:15 163:17
**2000**   12:2
**20006**   2:8
**2000s**   46:9
**2002**   46:9
**2003**   46:9
**2004**   80:22
**2010**   32:3
**2010-07-11**
  10:22
**2016**   181:12
**2017**   181:12
**2018**   12:22 13:1
  15:5 80:24,24
  81:2 181:12
**2019**   11:24
  15:11 58:14,22
  59:13 79:12,18
  80:24 82:7
  103:17 108:15
  108:19,23
  109:14 112:19
  131:22 152:11
  156:8 159:19
**2020**   13:17
  14:11 15:16
  18:9,19 19:1
  20:6 55:24 67:5
  67:10 97:19

**102:22 104:16**
**105:4,6,12**
**106:21 108:14**
**126:22 131:13**
**131:18 141:21**
**143:23 144:21**
**152:11 156:8**
**159:19**
**2021**   18:9,18,20
  19:1 20:6 57:7
**2022**   8:3 9:16
  9:19 13:24
  30:17 31:4
  40:13 68:15
  70:20 71:3
  127:10 159:6
  159:12
**2023**   10:14
  65:24 70:1 96:9
  130:23 164:4
  164:10
**2024**   1:16 5:5
  7:6 11:13 57:17
  57:23 84:18
  97:2 131:2
  180:17 181:1
  184:2
**2067**   186:17
**21**   148:17
**210**   7:24 10:10
  36:11 39:20
  50:15 65:22
  66:15 68:10,14
  70:10 71:14
  73:12,15 74:8
  99:12 101:6

[210 - 76]                                                                                              Page 3

153:24 154:7
156:9 159:23
164:11 165:1
**218**   2:3
**22**   140:14
**22262**   174:7
**22262-1**   10:23
136:24 173:12
**22262-2**   96:13
105:21 140:6
173:12
**228**   12:8
**23rd**   13:23 57:7
87:8
**27th**   84:24
**28**   130:23
**29th**   11:13
57:17 84:12,18
86:16 131:2
180:17 181:1
184:2
**2:19**   93:23
**2:42**   107:10
**2nd**   5:5 7:6 8:3
57:23

**3**

**3**   2:14 3:11
22:23 23:6 31:3
31:8 33:2,3
34:10 39:11
40:12 41:12,21
42:1 63:21
81:21 84:18,20
184:3

**30**   53:18 93:10
93:16 157:16
**31**   3:11,15 47:1
**310**   2:14
**32**   161:6
**33**   161:6
**34th**   2:19
**36103**   2:4
**3:12**   130:6
**3:24**   130:9

**4**

**4**   3:15 8:23
22:23 31:15,19
32:19,23 33:1
34:10 39:24
40:1,8 66:14
69:20 70:8,9
108:13 143:23
184:3
**4.60**   40:22
**4/29/24**   4:5
**40**   157:16
**400x**   92:12
**42**   3:19
**43**   3:21 80:3,19
**430**   158:21
**44**   99:13
**450**   158:21
**46**   82:2
**480**   40:23
**4:19**   168:23
**4:20**   169:1
170:1
**4:27**   170:4

**4:48**   185:3,4
**4a**   32:8 158:20
**4b**   32:8 158:21
**4th**   97:17,19
102:22 104:16
105:3,5,11
106:20 126:22
141:21 144:21

**5**

**5**   3:19 7:7 10:3
20:4 22:21,23
23:6 39:13
42:19,23,24
66:16 68:4
90:23 141:8
148:13,14
169:10,15
181:14 184:4
**5.6**   181:14
**5/2/24**   4:7
**50**   46:10 112:5
112:8 154:24
155:23
**50,000**   108:3,6
**500**   148:13
**51**   9:19 33:22
**54**   41:19
**56**   3:23 34:15
39:10
**57**   4:2,4 40:11
40:20
**58**   4:6,8
**5:00**   169:2,16

**6**

**6**   3:3,21 22:16
22:23,23 41:13
43:3,9,13 47:2
66:4 85:14
90:23 184:4
**60s**   132:18
**63**   23:19 41:23
**64**   41:12 42:1
**65**   15:12 113:17
147:23
**69**   9:16,18,19
**69-2**   9:19
**6th**   15:11

**7**

**7**   3:23 22:16,21
22:23 55:22
56:1 87:5
102:10 141:5
164:5 184:4
**7.2**   102:16
**70**   68:7
**700**   2:7
**70024**   90:14
**70042**   90:14
**70s**   90:8 132:18
**71**   91:5
**72**   91:6 100:24
101:8 148:16
**73**   99:5
**74**   91:5
**75**   91:5 110:6
113:17 170:16
**76**   110:7

[8 - alan]                                                                    Page 4

| 8 | | | |
|---|---|---|---|

**8**

**8**   4:2 22:23 57:1
  57:3 66:6 90:20
**80**   22:22 68:7
  77:19 78:3
  112:6,10
  113:17
**82**   23:5,19

**9**

**9**   4:4 22:23
  57:15,18 58:6
  65:24 66:9
  79:22 80:11,13
  94:9
**9,000**   90:20
**9-16-2022**   14:4
**90**   77:18 78:3
  112:6,10
**90s**   30:21
**93**   11:2
**9th**   10:14 70:1
  164:4

**a**

**a.m.**   1:17 5:6
**a2la**   172:14,16
  172:23 173:15
  173:21 174:5
  174:14,19
  176:24 177:6
  177:10,17
  179:9,13
**abandon**   19:13
**ability**   78:19
  112:16 147:2

**able**   9:10 75:10
  78:17 92:15
  118:7 124:10
  137:13 181:18
**above**   39:15
  186:3
**absolutely**
  106:4 113:1
  121:9 122:2
  144:4 155:12
  179:17
**absorb**   98:12
  147:1 152:4
**abstract**   103:4
**accepted**   56:7
  56:17,22
  139:13
**accompanied**
  144:21
**accreditation**
  172:15 175:20
**accreditations**
  172:11 179:16
**accredited**
  172:12 175:17
**accuracy**   34:19
  37:12 42:8
**accurate**   37:16
**accurately**   3:16
  10:19 31:16
  33:15
**accused**   21:11
  25:11
**accusing**   56:13
**actinolite**   85:5
  149:3

**action**   186:12
**actions**   83:21
**actual**   32:23
  139:20 141:16
**actually**   20:16
  25:19 28:10,11
  29:21 30:16
  33:17,18 44:2
  47:23 49:15
  52:10,14 81:23
  98:13 123:7
  132:2 150:17
  173:17 175:17
**ad**   173:3
**adam**   37:5
**add**   32:19 45:6
  45:10 81:24
**added**   50:8
  63:20 117:9
**additional**
  46:12 47:21
  59:4 94:7
  117:11 167:10
**address**   93:8
**addressed**
  79:12
**adjourned**
  185:4
**adjust**   119:5
**advanced**   16:9
  86:18
**advancement**
  16:9 82:13 92:1
  92:6 115:5
  125:9

**advancements**
  92:3
**adxa**   46:22
**affect**   76:17,20
  78:19
**affected**   165:15
**aforementioned**
  186:5
**agency**   21:1
**ago**   16:8 82:14
  134:14 157:24
  160:11
**agree**   45:2
  122:19 123:7
  124:17,23,24
  126:19 137:14
  166:12
**agreed**   5:11
  122:22
**agreeing**
  157:17
**agreement**
  59:18 181:7
**agrees**   123:2,6
**ahead**   17:7 39:7
  43:12 104:7
  116:10 136:20
  144:14 175:12
**ahera**   21:4
**aij**   176:15
**air**   67:15 155:7
  173:2 178:7
**airflow**   178:10
**alabama**   2:4
**alan**   49:8
  128:11 129:3

[alcohol - anyway]                                                Page 5

| | | | |
|---|---|---|---|
| **alcohol** 146:14 | 79:17 92:20 | 102:14 107:18 | 151:14 158:7 |
| **alice** 60:5 63:9 | 99:2 103:15 | 112:1 118:1 | 159:20 173:21 |
| 117:14 | 111:4 114:15 | 140:21 145:6 | **anne** 1:17 2:23 |
| **allen** 2:3 | 116:20 117:9 | 145:20 146:1,6 | 186:18,18 |
| **allowed** 90:19 | 136:11,21 | 146:16 148:15 | **answer** 17:2 |
| **alls** 38:4 134:15 | 140:19 142:3 | 148:19 150:16 | 20:3 104:4 |
| 170:13 | 142:17,18 | 151:3 165:18 | 133:24 134:15 |
| **alpha** 165:8 | 149:1 170:14 | 173:2 175:9,19 | 134:16 151:9 |
| **alphadet** 46:14 | **analogy** 168:19 | 177:1,4,23 | **answered** 78:2 |
| **alter** 165:7 | **analyses** 58:21 | 178:22 179:1 | 93:11 163:19 |
| **ama** 81:5 | 130:24 131:1,4 | **analyst** 40:21 | **answers** 186:6 |
| 128:12,15 | 158:11 159:13 | 41:1 65:8 67:5 | **anthophyllite** |
| 129:1 183:20 | 167:23 177:18 | 67:10 99:17,24 | 149:4 162:10 |
| **america** 127:10 | 177:19 | 125:16 152:21 | **antigorite** 3:10 |
| **americas** 2:18 | **analysis** 3:14 | 166:5 | 9:12 16:17 17:9 |
| **amount** 100:13 | 4:12 7:22 8:1,8 | **analysts** 64:7 | 17:19 18:2 19:4 |
| 133:3 139:19 | 9:23 11:17,22 | **analytical** 6:13 | 19:17 20:12,14 |
| 156:16 181:11 | 12:8,12,17,19 | 112:9 132:16 | 20:24 21:4,14 |
| 182:3 | 12:21 13:21 | 132:19 137:10 | 21:16 22:7 24:4 |
| **amounts** 62:24 | 14:1,3,12,19 | 138:18 | 25:1,8,18 26:7 |
| 85:18,18 | 15:4,17,24 16:7 | **analyze** 109:4 | 26:9,11 27:10 |
| 110:16 184:10 | 21:8 25:6 27:14 | 109:24 126:23 | 27:23 28:10,11 |
| **amphibole** 4:12 | 31:7 34:1,21 | 126:24 137:4 | 29:7,15,20 30:3 |
| 12:20 13:3 16:4 | 36:17 40:10 | 162:16 167:9 | 30:4 158:24 |
| 59:12 63:10 | 41:14 47:15,23 | 167:15 173:18 | **anybody** 6:21 |
| 73:18 79:12 | 48:14 59:18,23 | **analyzed** 12:14 | 47:16 48:14 |
| 82:15,21,24 | 60:17,18 64:19 | 64:1 67:10,12 | 105:21 123:20 |
| 85:9 91:14 | 64:20 65:3,8 | 82:3 110:5,12 | 127:1 128:9 |
| 96:12 103:8,21 | 66:17 68:13 | 119:9,15,16,16 | 129:9 132:3 |
| 105:4 117:16 | 70:15 74:7 | 119:17 121:16 | 169:20 |
| 140:1,5,9,14 | 79:13,16 80:3 | **analyzing** 24:2 | **anymore** |
| 145:6,21 146:1 | 80:15,19 81:4 | 51:10 62:12 | 129:15,18 |
| 173:19 | 82:14,15 83:7 | 63:18 73:2 | 149:10 161:10 |
| **amphiboles** | 83:11,20 91:13 | 78:23 79:2,5 | **anyway** 23:13 |
| 13:7 59:2,19,24 | 92:2 93:1 94:4 | 111:13 116:19 | 63:14 67:20 |
| 60:4,13 76:2 | 95:5 96:12 | 133:13 150:15 | 111:18 |

**anywise** 186:13
**apart** 162:24
**apologies** 141:19
**apologize** 49:16 56:11 78:22
**appearances** 5:16
**appearing** 5:11
**appears** 41:16 95:3
**appendices** 141:24
**appendix** 57:2
**application** 3:13 9:21 31:5 57:24
**applied** 173:23
**apply** 173:24
**appreciate** 29:2 45:17
**appropriate** 28:14,17 29:8 37:9 162:14 178:10 183:14
**approximate** 107:13
**approximately** 1:16 35:22 65:5 149:15
**april** 11:13 57:7 57:16 84:12,18 97:2 131:2 180:17 181:1 184:2

**area** 33:9 46:22 51:2 53:1,1
**areas** 51:1 155:1 178:8
**argonaut** 52:6 135:11
**argue** 24:21
**arguing** 40:24
**art** 162:7
**article** 40:5,13
**articles** 30:11 30:13
**asbestiform** 21:3 60:16
**asbestos** 3:14 3:17 4:13 9:23 10:20 12:1,1 16:5 31:7,17 32:7,12 33:16 41:14 47:5 50:8 51:23 52:19,24 63:10,18,20 65:9 75:12 82:21,24 83:1 85:9,11 86:19 90:10 91:14 103:21 110:4 117:9 126:12 133:14,20 134:11 136:15 139:9 141:17 145:7,21 146:2 146:6,16 148:15 173:11 173:19 178:8

**ashcraft** 2:7
**ashcraftlaw.c...** 2:9
**aside** 79:21 163:20
**asked** 10:7 19:22 34:17 70:22 78:1 94:3 104:17 108:18 119:14 143:9 179:9 182:15
**asking** 59:7 72:21 86:3 183:10 184:8
**asks** 47:2 49:20
**aspect** 127:22 146:10
**assign** 40:21
**assistant** 28:20
**assume** 15:10
**assuming** 41:6 105:2
**asterisk** 42:13
**attempt** 164:22
**attorney** 182:10
**attorneys** 173:5
**audience** 105:5
**audit** 175:8 176:24 180:10
**audited** 173:16
**auditor** 172:19 172:24
**authoritative** 41:7 121:23

**avenue** 2:10,18
**average** 22:15 22:19 35:20,23 38:21 39:17,18 39:20 65:21 66:5,6,8,10 67:17,23,24 68:3,6,7 75:19 77:22
**aware** 38:24 44:18,24 45:20 92:17 94:11 95:17 121:15 122:16 179:11
**awful** 110:9
**awhile** 106:19
**axis** 155:15,15

## b

**b** 69:21,21
**baby** 7:5 8:7 11:18 12:3 14:11,19,22 15:3,16,17 44:9 57:23 79:3 81:4 119:19 130:20 137:22
**back** 13:19,20 18:9 21:2 30:19 40:12 54:11 55:9 63:3 71:3 78:5,7 88:20 93:23 94:1 101:2 102:21 106:20 107:10 112:22 119:4

**[back - brought]**                                                                 Page 7

130:9,11
131:11 138:16
152:18 158:6
161:21 166:22
169:8 170:4
184:4
**bad** 40:19 41:2
**baffling** 100:16
**bailey** 170:8,12
**baker** 86:22
**balances**
178:14
**banging** 129:10
**bank** 2:11
**bankrupt** 46:13
120:11
**bankruptcy**
119:23 120:5
**based** 36:3
110:7 143:8
171:4
**basic** 142:15
**basically** 24:9
32:4 110:8
123:16
**basing** 83:8
**basis** 83:16
158:12 181:4,5
**bat** 25:10
113:16 116:22
138:17
**batch** 178:4
**beasley** 2:3
**beasleyallen....**
2:5,6

**beating** 101:15
**beginning**
58:19 87:24
97:1 102:21
131:23
**begun** 156:8
**believe** 12:13
14:5 16:11
61:24 69:13
71:8 84:5 95:5
95:16 98:24
142:5 143:21
150:22
**believes** 149:4
**bell** 94:17
151:19
**bellwether** 58:1
108:6
**beneficiation**
52:8,18 135:1
**bentonite** 66:15
68:18,22 69:12
69:22 70:10
71:6
**best** 72:13
114:11 116:5
118:19 125:2
129:12 133:18
138:9 158:5
164:20 183:17
**betadine**
146:13 147:5
**better** 38:21
55:20 68:11,14
92:7,8,24 97:13
113:8 120:16

120:16 152:5
152:21 153:24
**biaxial** 121:11
**big** 10:6 60:23
62:3 76:8 92:6
101:13 152:19
154:13 156:5
**bind** 97:23 98:2
**birefringence**
19:10 20:21
37:15 121:9
122:3,5,12,13
124:5 125:20
155:14 157:15
163:9,10
**bit** 25:22 29:13
73:2 77:20
101:8 119:6
139:16 143:22
144:8 172:10
**black** 33:9 98:8
**blah** 164:12,12
164:13
**blanks** 178:4
**blount** 60:5,19
62:2 63:9
113:12 117:14
134:16 140:1
179:5,5
**blount's** 91:16
**blue** 15:21
25:24 98:7
139:9 151:20
**blues** 23:4,14
**body** 10:12
129:20

**bond** 10:12
14:23 39:21
66:7,9,17
**book** 16:1 21:1
**boots** 87:14
**borrowed**
149:6
**bother** 50:2
**bottle** 81:5
89:11 120:4
121:17,17
**bottles** 82:1,2
94:4
**bottom** 21:14
26:24 42:14
55:24 57:7
73:16 89:9
139:11
**brazil** 120:13
**break** 29:12
53:19 94:3
130:1 138:17
169:9,15,21
**breaking**
148:17
**brief** 45:5
145:18
**briefly** 5:13
130:14
**bright** 124:8
**bring** 23:12
**brittle** 162:11
**broader** 128:2
**brought** 10:23
11:3

[brownish - change]                                                                Page 8

**brownish** 98:7
151:20
**bulk** 10:24,24
10:24 47:4
**bunch** 99:15
119:21
**bundle** 27:2
66:3 155:11
165:16
**bundles** 67:24
75:14,14 90:24
110:11 141:15
146:20,23
149:8 152:3
153:5 154:14
154:19,21
**business** 174:8
175:3 180:3,12
**buy** 49:3

**c**

**c** 2:1 186:1,1
**c10704** 85:5
**cal** 34:8 38:3
**calculate** 37:22
37:24 38:3
**calculation**
141:4
**calculations** 7:9
34:9 39:4 57:24
**calculator**
23:10
**calibrate**
152:20 178:13
**calidria** 8:7,17
24:23 50:14

66:5 67:6,11,12
68:2,17,24
69:11 70:14
71:7,14 74:12
75:18 99:10
101:5 160:14
**california**
10:11 15:10
164:12
**call** 12:9 13:10
23:14 32:6
129:1,2,3
**called** 9:18 10:8
10:18 21:3
51:16 62:19
92:21 147:6
149:24
**camera** 62:12
**campus** 2:14
**canada** 33:9
**cancer** 58:1
**car** 176:8,8
**carbide** 10:10
36:11 99:12
153:19
**carbide's**
164:11
**cargille** 10:4
32:13 34:5
**carolyn** 12:17
**case** 11:3 15:1
35:8 95:19
96:21 108:4
132:13 133:2
182:7

**cases** 58:1 63:4
82:11 108:7,10
**cata** 50:5
**catch** 67:7
**caught** 152:16
**cause** 122:11
186:14
**causes** 101:10
**causing** 122:14
**caution** 171:15
**cautious** 56:14
**cc** 147:17
**ceiling** 101:13
101:14
**cellulose**
125:12,15,15
**celsius** 148:17
**center** 110:3
**central** 24:16
92:10
**centrifuge** 49:1
49:4 102:4
148:13,20,22
148:23 149:6
**ceo** 8:2
**certain** 8:4
38:14 155:24
156:1
**certainly** 16:9
49:21 50:14,16
53:3 60:23 81:9
91:17 95:22
109:20 134:12
167:17 181:23
**certainty** 83:18

**certification**
173:15 174:6
176:21 179:19
**certifications**
174:19 179:7
179:14,23
180:6
**certified** 1:18
173:12,18,20
174:14 176:4
179:10 186:19
**certify** 186:3,11
**cetera** 7:5,6
24:22 30:24
34:21 42:10
46:10 49:4,4
52:12 60:12
61:1 73:3 76:8
78:14,14 83:2,3
95:22 106:16
107:24 108:9
118:10 120:1
177:2,2
**chain** 13:6
**chairman**
104:8
**chairman's**
105:1
**chamber**
175:24
**chambers**
176:5,12
**chance** 60:17
93:8,10
**change** 34:17
47:19,19

**[change - clear]**                                    Page 9

101:21 163:7
163:10,23
165:5
**changed**  7:13
96:8,18 117:10
158:8
**changes**  47:24
162:1 163:2,8
**changing**  19:13
19:18 47:12
135:4 163:11
**chapter**  105:22
**charge**  101:18
101:19,22
107:17
**chart**  24:13,14
42:7 46:3 95:6
96:1 163:9
**charts**  30:23
32:15 33:19
42:4 122:7
155:13 161:1
**chat**  7:16,21
57:14 136:22
**chatfield**
105:23 136:22
**check**  95:1
177:2,18,19
**checked**  177:1
**cherry**  2:15
**chief**  51:21
**children**  129:21
**china**  80:22
82:1
**chinese**  12:14
14:3,6 80:15,21

**choice**  116:24
**choose**  34:22
**chose**  36:24
116:21,22
117:1
**chris**  166:2,4
166:13,14
**christopher**
2:11
**chrys**  50:22
**chryso**  124:5
**chrysotile**  4:12
7:23,24 9:14
10:3,4,9,10,14
12:5,5 13:20,24
17:23,24 18:23
19:7,10,14,16
20:20 21:20
23:1,24 24:3,15
25:2,7,17 26:2
32:20 33:5,6,8
33:11 35:3,5,15
36:9,10,17 37:4
37:14 40:10
42:10,15,17
47:9,15 49:11
49:23 50:5,9,22
51:10 52:10,12
59:4,11,16 66:3
66:8,22 68:10
68:20 69:3,6
71:19,21 72:1,6
72:7,13,15,17
73:20,24 74:17
75:18 76:24
77:3,16,23

78:24 79:6 81:1
81:7,10,20,24
83:8,19 85:4,8
86:21 88:22
92:7,15 94:7
97:1,14,16,23
98:11,16,21
99:11 101:6,18
103:18 105:19
106:1,22,24
107:16 108:12
108:18,24
109:13,24
110:2 111:2,3,9
111:13 112:13
112:14,20
113:5,19 114:8
114:17 115:11
117:1,20,21
118:5 119:11
121:18 122:2
122:18 123:20
124:6,11
125:19 126:2,4
126:24 131:4
131:13,23
132:16 133:6
134:7 135:8,16
136:9 137:15
138:2 141:22
142:8,14 143:2
143:10 145:7
146:6,16,19,23
148:15 149:8
150:15,19
151:4,14

153:19 154:8
154:20 156:8
156:10,23
157:5 158:14
158:23 159:14
159:17,21
160:3,6,23,24
161:5,13,14
162:1 163:2,23
164:10,13
165:7,18
167:11,24
170:15,17
171:17 173:22
179:10 180:16
181:2 183:24
184:13
**chun**  3:12,16
9:17
**circa**  131:13
**circle**  131:11
**circled**  41:16
**circling**  102:21
**clarity**  29:5,21
**clark**  96:21
**classes**  139:5
**classic**  115:5
**clay**  66:15
68:22 69:22
**clean**  103:9
**clear**  8:12 20:2
29:2,18 71:24
74:24 81:15
98:2 121:10
174:10 182:15
183:8,11,12,18

**[clearly - confirm]**                                                    Page 10

**clearly** 19:1
  61:5 64:23
**client** 49:20
  167:17 179:22
  180:2
**close** 23:18 24:7
  24:10 34:22
  74:2 89:20
  114:6 139:17
  139:17 153:10
**closer** 40:22,23
**closest** 105:20
**clubman** 10:12
**clue** 140:23
**coalinga** 10:11
  161:8 164:12
**coast** 53:13
**code** 32:10 40:2
  105:6,12,17
  126:23 141:21
  143:4,16,24
**codes** 105:9
**cognizant**
  169:6
**cohen** 2:10
**colleague** 19:22
  96:22
**colley** 81:22
**color** 40:21
**colorado** 51:13
  51:20 83:5,19
  84:21 85:2
  88:16 90:12
  97:21 98:18
  99:4 102:6
  106:11 110:1

111:8,11
  135:19 136:2
  148:1,18
  149:22 150:1,4
  150:8,14
  153:11
**colors** 23:21
  24:20 155:18
**combine**
  130:24
**combining** 82:6
**come** 21:9 40:2
  64:23 67:5
  74:23 88:23,24
  89:13 92:17
  97:15 104:9
  109:21,23
  175:7 176:18
  176:21 181:6
  181:24
**comes** 39:18
  86:11 172:24
  176:5 177:5,6
**comfortable**
  168:7,10,15
**coming** 72:18
  89:20 138:16
  168:3,4
**commencing**
  1:16
**commented**
  123:15
**commerce** 2:3
**commercial**
  125:3

**committee**
  104:8,23,24
**committee's**
  43:4
**community**
  124:19 132:7
  134:2
**companies** 87:1
**company** 48:3
  87:20
**compare** 32:9
  32:14 122:8
  156:9
**compares**
  72:19
**comparing**
  152:12 159:22
**comparison**
  10:9 12:5
  164:10
**competent**
  125:16
**compiled** 15:4
**complained**
  49:12
**complaining**
  110:19
**completely**
  5:15 86:23
  156:20,20
**compliment**
  55:5
**component**
  124:19
**compounds**
  176:1,10

**comprehensive**
  34:1
**computer**
  141:19
**concen** 74:12
**concentrate**
  52:2 150:19
**concentrating**
  135:5
**concentration**
  87:19 90:3
  100:9 112:7
  133:17 141:16
**concentrations**
  74:13 102:10
  119:3 152:18
  153:15
**conclusion**
  84:17 147:4
**conclusions**
  49:24 171:13
**conditions**
  47:13
**conduct** 182:5
**conducted** 96:7
  165:18
**conference**
  6:14
**confident** 86:4
**confidential**
  48:2 79:9 174:8
  175:4 180:3,12
  181:3,6,20,23
  182:3
**confirm** 28:10
  137:17 138:1

[confirm - court]                                                    Page 11

157:4 171:4
**confounding**
69:8 71:20
**confused** 28:21
74:3
**confusing** 30:1
41:5
**confusion** 28:7
29:10 44:2
**congress**
104:19 108:20
143:9
**conjunction**
87:15
**connection**
111:12
**consequences**
112:5,8,11
**consider** 48:2
181:3,20
**considered**
45:9 86:8
**consistent**
75:23 81:3
165:10
**constantly**
40:16
**constructed**
34:4
**consultant** 90:1
166:21 167:7
**consultants**
91:20
**consulting**
82:23 90:1
121:21

**contact** 128:12
**contacted**
127:2,4 128:3,9
128:11,11
**contain** 63:23
**contained**
58:21 59:13
131:1 184:1
**container** 7:9
11:18 12:18
13:23 15:21
57:24 126:12
130:20,22
**containers** 7:13
14:20,23 15:6
15:18 46:19
80:4 126:3
**contains** 81:16
**contaminated**
110:17
**contaminating**
178:6
**contending**
161:24
**content** 64:6
**contention**
120:3
**continue** 45:10
**continued** 4:1
**contracts**
128:13
**control** 13:9
**controls** 177:2
**controversial**
61:2

**conversation**
62:21
**conversion**
10:4 34:3
**conveying**
151:22
**copy** 31:22 42:2
**correct** 7:8
22:4,5 26:8
28:23 29:16
38:12 39:15
40:2,3 42:11
50:10 70:11
73:13 75:2,5
79:19 80:1,2,4
80:17,20,21
81:17 82:4,5
88:11 94:6
103:1 118:2,8
119:9,12
126:14,16
129:7 140:6,7
140:11 141:24
145:22,23
146:3,4,8,9
149:19 157:6
168:7 172:11
173:13,14,22
179:16 186:9
**corrected** 10:5
**corrections**
7:10 10:1 11:15
**correctly** 44:20
74:7 118:5
145:8

**corresponded**
158:14
**cos** 129:14
**cosmetic** 4:12
17:24 36:10
50:23 60:4 65:9
69:6 72:4,14,19
74:1 78:24 79:3
79:5 104:11
117:22 129:14
134:11 137:3
140:22 145:6
146:12,24
163:17 167:22
171:17 172:3
173:11
**counsel** 2:2
138:17 186:12
**counsel's** 5:16
**count** 98:9
109:7
**country** 129:15
173:17 176:3
179:18
**couple** 27:6
46:18 49:19
160:10
**course** 17:23
52:4 80:24
82:19 136:10
159:4 174:1
**court** 1:1 2:24
5:18 53:22 54:1
59:17 85:15
88:1 144:15
169:7

[coverup - depending]                                                   Page 12

coverup  134:5
cplacitella  2:12
cprlaw.com
   2:12,13
crack  105:8,17
cracked  105:6
   105:12 126:23
   141:21 143:3
   143:16,23
create  38:11,23
created  17:16
   17:18 18:19
   20:5
creating  106:24
creek  15:20
critic  59:16
criticism  59:22
criticizing
   123:15
cross  27:16,17
crow  2:3
crr  2:23
csm  8:14 9:2
   49:15 69:21
   83:4 85:6 86:4
   96:7 100:4,11
   170:8,14,17
   171:9,17
cully  13:15
cured  16:11
current  55:15
   57:8 58:23
   77:14,15
   166:18,19
   172:12

currently  56:9
   126:1 167:9
curriculum
   3:24
custody  13:6
cut  70:23 93:9
   169:2
cv  11:16 55:11
   55:15,19,23
cvs  15:19

**d**

d  3:1 4:1 63:22
   87:14
damage  63:4
   64:10
dangerous
   102:1
daniel  12:11
data  24:16
   39:20 70:5
   73:15 78:5
   105:14 122:17
   124:9 142:13
   142:16 153:8
   170:15 171:8
   171:11
date  5:5 11:10
   55:23 57:6
dated  57:16,23
   58:14 180:17
   181:1 184:2
daubert  16:5
   82:20
day  63:3 96:21
   100:22 102:22

109:10 111:16
133:7 147:12
147:13 174:1
184:18
days  131:12
   159:19
dc  2:8
dea  147:8
deal  60:23 62:4
   178:15
dealing  65:19
   75:18 112:23
   113:15 155:9
decades  134:3
december
   84:24 103:17
   108:14,23
   109:13 112:18
   131:13,22
   140:14
decent  133:3
decide  58:24
   135:18 136:2
decided  115:10
   143:1
decides  142:20
   142:20
deciding  115:8
decisions  166:6
dedicated  64:6
deem  182:1
deep  83:14
   153:12
defendant  2:17
defendants
   44:17 46:4

defense  19:3,12
   49:14 179:20
definitely  69:3
   84:5
degree  78:16
   83:18 183:10
degrees  148:17
deliberately
   87:18
densities  139:2
   139:6
density  51:16
   60:3,9 61:1
   63:11 64:14
   75:7 81:9 83:1
   83:20 85:7 86:5
   87:17 88:5 89:6
   89:8 90:11,18
   91:2,8,13 92:20
   96:10 99:2
   100:2,6,11
   101:6,23
   103:14,21
   104:12 105:19
   109:6 113:9
   114:1,7,8
   117:14 119:6
   132:5,11,23
   133:1 136:12
   136:14,16
   138:23 139:8
   139:17 140:2
   140:15,18
   150:18,22
depending
   90:22

[deponent - doctor]                                                    Page 13

**deponent** 5:9
**deposed** 96:20
**deposition** 1:14
   3:20,22 5:6,10
   9:7 16:23 17:10
   27:7 31:8,19
   42:20,24 43:6,9
   43:16 56:1 57:3
   57:18 58:2,15
   58:19 62:16
   133:4 137:14
   140:1 145:1
   146:18 170:6
   185:4
**describe** 7:2
**described** 140:6
**describing** 26:6
**detect** 4:12 65:9
   85:19,20 145:6
**detection** 72:13
   73:4,16 74:6
   76:19 85:9
   90:17,19,21
   102:12 112:2,9
   112:16 113:14
   114:11,24,24
   116:13 140:23
   141:5,8 149:15
**determine** 35:9
   51:16 55:14
   155:13 158:13
**determined**
   30:3
**determining**
   3:16 10:19
   31:16 32:7,12

33:15 59:9
   63:10 178:6
**develop** 52:7,17
   73:23 91:2
**developed** 63:2
   86:7 90:12 99:6
   109:20 136:17
   145:19
**developing**
   51:14 52:14,15
   83:10
**development**
   52:24 84:19
   107:15 133:15
**developments**
   96:24
**di** 146:14
**diameter**
   155:21 165:16
**dictate** 53:23
**differ** 76:15
**difference** 9:13
   20:22 60:20
   75:6 114:6
   122:12,13,14
   124:7 125:18
   139:20 155:3
   155:12 156:3
**differences**
   62:1 76:12
   115:16 161:6
**different** 7:1
   19:2,10 41:4
   44:11 50:8
   75:12,20 76:7,9
   88:20 109:6

121:20 124:14
   125:11 132:14
   134:17 135:7
   137:2 154:12
   155:21 156:20
   156:21 160:18
   161:4,7,9
   162:18 163:7
   174:15 184:11
**differing**
   166:17
**difficult** 125:4
   138:19 139:16
   144:8
**difficulties**
   148:9
**diffraction**
   46:22
**dig** 95:24
**dilemma** 59:21
**dilution** 90:16
**diplomate**
   186:19
**direct** 179:15
**direction** 39:13
   42:10 124:12
**directly** 14:21
**director** 51:20
**disagree** 16:6
   95:22
**disagreeable**
   53:5
**disclosed** 75:3
**disclosure**
   97:10

**discrepancies**
   149:21,21
**discuss** 32:6
   174:9,11,18
**discussed**
   146:17 163:21
**discussing**
   170:7
**discussion**
   62:15 84:17
   87:24 89:24
**dispersion** 3:12
   3:17 9:20 10:20
   24:20 27:14
   31:4,17 32:8,13
   92:10
**dispute** 68:1
   159:16
**disputed** 93:4
**distinguish**
   121:10
**district** 1:1,2
**dive** 153:12
**divita** 2:15
**doctor** 8:21
   17:13 18:15
   26:13 27:8
   30:11 31:11,22
   43:13 44:6 47:6
   48:5 55:11
   57:12 58:5,18
   61:12 65:4,6
   67:4,9 70:21
   72:5 74:3 76:10
   78:21 79:10
   80:14 81:14

**[doctor - either]**                                                           Page 14

87:22 94:1,18
107:12 130:11
133:2,23
144:23 159:10
164:7 170:6
**document** 10:6
10:6,18 11:24
18:18 34:15
45:19 52:4
70:18 88:17
**documentation**
53:4
**documents**
44:19,24 45:20
57:2 84:4 88:13
91:4 136:5
**doing** 27:19
37:8 47:11
48:24 63:1
64:19,20 65:2
72:22 83:9,10
92:14,19 96:7
97:3 98:5 99:19
106:18 109:3,5
110:3,8 115:15
116:12,14
119:21 128:17
129:12 134:23
138:18 139:6
140:21 148:19
149:24 150:2,3
150:24 152:16
153:13 157:15
165:24 167:16
168:7 170:13
170:13 171:16

173:8,9 175:8
176:19 177:11
177:15,16,20
177:21 179:2,4
**dollar** 115:19
116:3
**double** 51:16
52:1 85:7,16
86:5 180:3
**download**
32:11
**downloading**
57:13
**doyle** 12:11
**dr** 6:4 9:17
10:16 28:9 31:2
31:15 33:15
36:4 37:6,22
39:4 40:17
44:18,23 45:9
45:12,14,19,23
54:13 55:23
56:4 59:15 60:5
61:6 63:9 66:12
75:3 87:7,12,15
105:23 122:16
123:19 136:22
144:21 145:12
156:24 157:3
158:20 165:10
183:18 184:1
**drawn** 87:14
**drenzi** 2:13
**drew** 2:12
**drimmc** 34:6
41:14

**drive** 135:2
**drop** 172:19
**dropbox** 45:7
55:7
**dropped** 147:15
172:13 173:7
**drum** 129:10
**dubour** 166:2,4
166:13,14
**duces** 42:21
43:7
**due** 5:12
**duly** 5:23
**duplicate** 48:14
**duplicated** 49:8
**dwindled** 127:5

**e**

**e** 2:1,1 3:1 4:1
5:9 8:2 32:13
87:14 186:1,1
**earl** 133:15
**earlier** 29:7
74:5 85:13
112:4 133:4
139:24 142:5
146:17 149:23
161:22 183:9
**early** 131:12
132:18 134:12
145:18 151:3
151:13,16
152:10,11
156:11 158:11
159:13,19,19
168:14 184:15

**earnest** 108:24
109:2
**easier** 80:12
152:8
**easily** 71:18
76:3 89:5
**east** 53:13
**easy** 98:19
121:10
**ebay** 46:10
129:16
**edge** 25:5 99:22
125:19
**editor** 56:16,20
**effect** 85:23
103:11
**effectiveness**
75:8
**efficiency**
76:14 77:15,18
77:22 112:6,6
**efficient** 74:16
76:23 77:2,7,10
78:15 101:3
117:21 118:19
**effort** 180:5
**eight** 66:17
119:1,1
**either** 14:9 19:1
19:4 25:22
29:18 32:13
56:7 94:17
103:1,6 122:3
168:21 169:11
177:11 178:2
180:8

| | | | |
|---|---|---|---|
| **elap** 60:7 63:7 | **especially** | 28:24 29:11,23 | 184:22 |
| 63:12 92:17 | 75:18 76:1 | 30:9 31:10,21 | **exact** 9:2 74:15 |
| 96:15 | 134:18 153:19 | 41:20,24 42:6 | 151:18 154:2 |
| **electron** 46:22 | 157:14 | 43:2,11 44:5 | 166:24 173:8 |
| **electronically** | **esq** 2:15 | 45:16 46:24 | **exactly** 113:10 |
| 42:3 | **esquire** 2:4,5,8 | 50:17 53:14 | 150:23 160:4 |
| **eleven** 80:14 | 2:11,12,20,21 | 54:12,23 55:8 | **examination** |
| **eliminate** 135:8 | **essentially** | 56:3 57:5,20 | 3:2 6:2 85:23 |
| **eliminating** | 30:22 87:16 | 58:4,17 61:20 | 86:1 |
| 69:7 | **established** | 64:24 67:3 | **examine** 85:4 |
| **elongation** | 132:7 133:9 | 69:23 75:1 | 85:17,18 |
| 27:17 | 134:1 135:13 | 77:13 80:8 | **examined** 5:24 |
| **emitting** 176:7 | 138:20,24 | 89:15 93:24 | **example** 32:5 |
| **emphasis** 3:14 | 144:6 150:18 | 94:16 95:13 | 34:24 44:7 51:3 |
| 9:22,23 31:7 | **estimate** 156:16 | 104:6 107:11 | 51:4 88:3,6,10 |
| **employment** | 156:19 | 120:23 121:14 | 88:15 94:12 |
| 166:19 | **et** 7:5,6 24:22 | 123:1,13 | 115:5 137:17 |
| **enclosed** 87:13 | 30:24 34:21 | 124:15 125:24 | 164:21 174:7 |
| **engaged** 134:5 | 42:10 46:10 | 126:8,20 | 175:23 |
| **england** 88:11 | 49:4,4 52:12 | 128:14 129:4 | **examples** 179:1 |
| **ensure** 5:14 | 60:12 61:1 73:3 | 130:3,10 | **except** 158:23 |
| **entire** 76:5 | 76:8 78:14,14 | 131:19 133:22 | 175:15 |
| 154:22 | 83:2,3 95:22 | 135:24 137:23 | **excess** 107:23 |
| **entirety** 131:3 | 106:16 107:24 | 139:23 142:4 | **excited** 62:19 |
| **entitled** 9:20 | 108:9 118:10 | 142:22 143:20 | **excluded** 16:4 |
| **environmental** | 120:1 177:2,2 | 144:13,17 | **excuse** 27:16 |
| 21:1 60:7 92:18 | **events** 158:1 | 145:3,16 | 46:17 84:10 |
| **epa** 11:2 113:2 | **everybody** 33:6 | 150:12 157:10 | 104:3 164:23 |
| **equipment** | 53:21 110:18 | 159:9 160:8,20 | 165:3 172:23 |
| 92:24 107:24 | 110:20 | 162:23 163:12 | 178:19 |
| 177:3,24 | **everyday** 117:8 | 164:6 165:21 | **executive** 2:14 |
| **eric** 105:23 | **evidence** | 166:11 167:19 | **exercise** 66:1 |
| 136:21 | 117:12 | 169:3,17 170:5 | **exhibit** 3:7,9,11 |
| **error** 70:20 | **ewald** 2:20 3:3 | 175:1 180:13 | 3:15,19,21,23 |
| **errors** 7:8 | 6:3 7:18 17:12 | 182:14,19,24 | 4:2,4,6,8,10 |
| | 26:16,22 27:3 | 183:15 184:7 | 17:7,9,14 18:19 |

**[exhibit - figure]**                                                    Page 16

20:3 22:2 26:5
26:15,15,18
27:9 29:6,9,14
29:15,19,20
30:1,4,5 31:3,8
31:14,15,19
32:19,23 33:1,1
33:3 34:10,10
39:11,24 40:1,8
40:12 41:12,21
42:1,19,23,24
43:3,9,13 47:2
55:22 56:1 57:1
57:3,10,15,18
57:21 58:2,6,15
79:22 80:11,13
94:9 144:20
145:1
**exhibits**  3:6
17:10
**exists**  39:2
**experience**
56:12 151:15
157:12
**experienced**
40:21 41:1
**experiment**
101:5 163:1,21
**experimenting**
116:19 135:6
**expert**  4:5,7,9
7:4 10:8 12:4
12:21 15:12
48:17 49:14
57:22 65:24
164:3,9 182:7

**experts**  19:3,12
25:4 35:11 48:4
49:6 56:15
59:23 90:8
121:21 124:1
181:9,9,16
**explain**  19:18
63:17 89:5
124:10
**explaining**  9:7
72:9
**exposure**  12:2
57:24
**extensive**  48:11
**extra**  8:24
56:14
**extract**  74:16
76:23 77:3
**extracting**
73:24 77:16
**extraction**
77:23

**f**

**f**  186:1
**face**  24:13
**facilitate**  34:1
**fact**  17:20
27:10 29:15,16
30:3 77:11 92:9
117:5
**facts**  84:3
**fair**  27:24 72:5
93:6 109:1,14
115:23 123:7
123:10 162:2

181:16 182:1
**fairly**  8:4 59:24
102:1 136:17
136:19
**falls**  76:8
**false**  112:3,11
**familiar**  49:16
144:23
**far**  105:14
131:6 165:4
173:16
**fastest**  116:15
116:15
**fault**  78:22
144:7 151:10
**fda**  91:1,4
98:24 99:3
103:18,20
104:9,13,20
109:19 110:6
110:19,20,20
126:21 128:1
140:10,13
141:14,20,23
142:19 143:1,7
180:11
**fda's**  81:3
143:12
**feasible**  103:19
**february**  11:24
58:14,21 59:13
79:11,17 82:7
87:11 95:18
97:17,19
102:22 104:16
105:3,5,11

106:20 108:13
126:22 141:21
143:23 144:21
**federal**  16:13
**feedback**  54:1
**feel**  23:11
118:15 138:8
183:13,17
**feels**  91:21
**felt**  87:19
**felted**  86:18
**ferrari**  168:16
168:18
**fiber**  12:2 63:21
69:10 90:24
141:4,7
**fibers**  3:17
10:20 14:2
31:17 33:16
75:11 85:5
110:11 125:13
141:15 149:16
**fibrils**  155:3
**fibrous**  8:1,1
10:13 19:6,9,15
20:1,22 21:6
25:2,3,4,11
64:5 72:16 74:2
99:21 121:8
122:1 125:18
158:23
**field**  75:22,22
154:22
**fight**  101:16
**figure**  52:22
78:9

**[figuring - four]**                                                      Page 17

| | | | |
|---|---|---|---|
| **figuring**  99:18 | 179:22 | **floating**  49:18 | 123:22 124:22 |
| **file**  28:9,11 | **findings**  137:15 | **floats**  139:11 | 126:6,18 128:7 |
| **files**  28:7 | 171:13 | **floor**  2:19 | 128:21 131:16 |
| **fill**  147:8 | **fine**  15:14 29:1 | **flotation**  52:7 | 133:11 134:9 |
| **filter**  146:13 | 149:7 | 134:23 135:1 | 136:7 137:19 |
| 149:8 | **fines**  135:6 | **fluid**  37:3 38:21 | 138:22 142:2 |
| **final**  148:12 | **finish**  89:21 | 96:11 | 142:11 143:6 |
| **finally**  47:13 | 118:23,24 | **flustered** | 143:18 144:2 |
| 73:23 101:4 | 125:5 169:10 | 183:21 | 150:7 154:11 |
| 120:20 152:15 | 169:16 | **flw**  1:5 | 156:13 157:8 |
| 153:8 | **finished**  47:10 | **focused**  119:23 | 158:16 160:1 |
| **find**  9:6 14:1 | 104:3 175:14 | 120:12 171:2,2 | 160:17 162:4 |
| 24:22 34:14 | **firecode**  63:22 | **focusing**  153:18 | 163:5 164:2 |
| 41:10 49:11,23 | **firm**  56:15 | **foia**  180:9 | 165:20 166:8 |
| 50:7 52:3 62:24 | **first**  5:22 6:9,10 | **folks**  18:7 60:10 | 167:13 168:13 |
| 64:8,15,17 | 11:6 16:16 17:6 | **follow**  47:17 | 174:17 180:1 |
| 67:20 71:19 | 17:13 21:13 | 48:5 94:2 | 182:9 |
| 90:24 92:15 | 27:8 29:19 | 143:14,19 | **formula**  38:6,7 |
| 100:1 110:2,4 | 32:21 54:24 | 151:6 152:24 | 38:11 |
| 111:1 114:11 | 66:24 92:10 | 175:21 | **forth**  57:16 |
| 114:12 115:11 | 93:17 97:15,19 | **following**  10:1 | **fortunately** |
| 116:12 117:22 | 114:22,23 | 85:2 157:20 | 56:19 178:15 |
| 117:23 129:17 | 116:18 127:9 | **follows**  6:1 | **forward**  110:21 |
| 141:6 152:8 | 145:4 159:15 | 172:15 | 125:2 |
| **finding**  18:22 | 164:22 174:3 | **foregoing**  186:4 | **found**  33:6 |
| 33:18 36:9,16 | **fit**  68:11,14 | 186:8 | 35:14 60:21,22 |
| 37:4 51:23 60:9 | **fitted**  62:9 | **forensic**  34:21 | 81:5,20 98:11 |
| 68:11 72:7 | **five**  67:14 97:18 | 42:9 | 118:20 128:18 |
| 78:12 81:1 92:6 | 108:3 112:22 | **forget**  59:17 | 128:22 135:15 |
| 109:20 110:15 | 120:14 124:2,6 | **forgot**  19:21 | 136:15 142:14 |
| 111:9 113:16 | 130:2 154:22 | 81:18 | 149:3 153:23 |
| 118:3,5 126:2 | 157:24 | **form**  50:13 | 178:2,2 |
| 128:17 141:6 | **fix**  141:10 | 62:6 65:12 77:5 | **four**  16:8 55:20 |
| 152:1 153:11 | **flexibility**  162:9 | 78:1 89:3 107:3 | 64:1,2 71:15 |
| 156:17 157:19 | **float**  52:9 89:9 | 120:7 121:5 | 75:15 81:13 |
| 170:16 171:16 | | 122:21 123:9 | 82:14 92:2,4 |

[four - going]                                                              Page 18

97:18 108:13
111:10 117:3
120:14 147:12
154:22 176:2
**fourth** 4:5
11:12 79:22
82:8 94:5 131:1
180:16,24
182:6 184:1
**fraction** 100:19
**fractionated**
85:24
**frame** 18:20
20:6 64:18
99:10
**frankly** 119:22
**free** 23:11
**front** 7:2 30:12
58:8,10 95:15
104:19 108:19
109:19 143:9
**frozen** 162:8
**full** 15:21 51:19
101:15
**fumbling** 84:10
**fundamentals**
125:10
**funding** 106:16
106:21,23
107:14,20
131:14,24
132:3
**funds** 107:23
**furnace** 48:23
**further** 35:7
72:24 86:1

186:11

**g**

**game** 172:9
**gamma** 35:10
36:9,17 39:13
42:10 154:14
156:22,24
157:6 158:13
165:8
**gammas** 165:12
**ganged** 110:20
**garbled** 29:6,22
**gee** 129:8
**generally** 7:1
**generate** 37:18
37:20
**generated**
71:13 178:1
**generating**
37:21
**genesis** 51:9
**geographic**
50:24
**geologic** 50:24
52:23
**geological**
52:23
**geologist** 159:2
**georgia** 15:19
**gerel** 2:7
**getting** 23:4,13
23:18 24:20
33:12 69:4 74:2
77:8 109:9
112:7 114:10

126:9 133:13
163:6 168:22
**giant** 11:5
**give** 13:9 22:19
27:14 30:18
38:14 47:20
51:4 102:23
103:3 147:19
176:20 177:13
177:14 180:8
182:12
**given** 41:8
137:20 138:10
171:10 186:10
**gives** 22:14
78:18 90:16
**giving** 95:10
99:16 101:2
102:17 153:20
**glass** 149:9
**go** 16:14 17:6
19:22 23:2 24:6
24:12 26:24
27:2 29:9 32:21
32:22 34:14
35:7 37:21 39:3
39:7 41:12
42:14 43:12
44:6 48:12 51:8
54:4 66:7 67:16
71:23 77:11
78:4 80:14
84:12,16,17
85:14 86:2,9,13
86:16 87:5,6
88:21 89:9,11

93:17 98:4,20
101:13 102:15
104:7 107:6
109:5 110:21
113:6 114:20
115:24 116:3
116:10 119:4
122:23 125:12
129:10,16
132:22 135:10
136:20 137:8
140:18 141:14
144:14 146:11
152:17 155:18
156:1 158:3,6
164:3,4,16,18
164:20 166:16
166:22 175:12
176:14,15
184:18,21
**goes** 18:13
30:19 41:3 78:7
84:19 85:6
86:22 134:17
139:11 161:4
161:21 174:5
176:24
**going** 8:17
22:15,19 48:24
53:8 54:8 55:20
71:14 76:22
78:15,19 81:19
82:10 84:7
93:13 114:13
115:24 116:14
117:13 118:16

**[going - heard]**                                                    Page 19

120:15 129:24
132:13 137:16
138:4 158:11
167:15,23
169:8,19
174:13 180:10
185:3
**gold** 10:12
  14:23 24:21
  39:21 66:7,8,17
  124:8,9 132:24
  155:2
**golden** 40:22
**golkow** 5:4
**gonna** 22:16,22
  24:16,17,22
  37:17 38:7,8,16
  39:3 53:24 58:5
  58:12 68:2 72:2
  73:22 75:10
  76:4,20,20
  77:17 85:1
  103:5 116:6
  117:6,17
  118:14,18
  119:2 120:2
  127:18 128:24
  129:2,2 133:19
  137:8 138:4,5
  139:7 150:11
  158:17 160:6
  164:15 174:18
  177:21
**good** 6:4,5
  51:11 69:19
  83:23 86:7 87:3

90:6 91:7
102:14 117:12
117:24 124:20
125:1 127:23
129:18,22
135:20 136:3
137:16 140:19
145:13,15
169:23 175:18
**gotten** 172:8
**grab** 98:20
**grace** 63:21
**grace's** 63:4
**graduate** 109:9
**graduates**
  106:12
**gram** 90:24
  141:15 149:16
**grants** 106:16
**gravity** 101:15
**great** 7:20 30:8
  30:10 58:11
  98:6 134:5
  145:9 151:5,19
**greater** 96:16
  114:16
**greenstone**
  12:13,18,23
  13:1
**grid** 76:5 90:22
**grind** 161:18
**grinding**
  161:23 163:2
  163:13,16,23
  165:7

**group** 102:24
  103:12,22
  104:1 105:11
  126:22 127:2
  128:2 141:10
  142:7,21 143:1
  143:15 144:12
  144:22 176:16
**guangxi** 81:5
  81:10,11,11
  120:14
**guess** 15:13
  32:17 58:23
  72:9 82:20 97:8
  142:17 152:5
  171:23 172:9
**guessing** 22:18
**gunther** 37:2
  68:24
**guys** 53:12
  56:13 120:2,11
  125:5 128:15
  159:22 172:6
  180:9
**gypsum's** 63:22

**h**

**half** 19:14
  35:18 75:16
  100:4
**hammondsville**
  52:13 135:12
**hand** 10:18
  115:17 139:3
  142:16

**handle** 178:8
**handout** 10:16
  30:18,21 41:7
**handouts** 40:17
  41:4
**hands** 49:20
**happen** 122:13
**happened** 16:6
  56:23 127:19
  158:3,4,4,4,5
**happening**
  101:17
**happy** 53:19,19
  55:4 169:11,18
  183:16
**hard** 109:2
  113:18 167:14
**harder** 23:7
**harvest** 117:21
**harvested**
  112:12 135:3
**hay** 89:7,13
**haystack** 51:24
  85:21 88:1,15
  88:18,24 89:1
**head** 151:11
**headed** 160:22
**health** 126:14
  126:16 127:5
**hear** 74:7
  135:23 170:18
**heard** 5:14
  16:19 29:7
  151:17 154:17
  166:3,17
  170:15 171:7

[hearing - identify]                                                      Page 20

**hearing**  16:5,8
  60:16 93:8,11
  108:19 186:10
**heavily**  127:18
**heavy**  4:11 49:1
  60:2,8,24 61:21
  63:11 64:14
  73:18 74:9 75:7
  76:14 81:8 83:1
  83:20 85:8 86:6
  86:19 87:17
  88:5 89:6 90:11
  90:18 91:2,7,12
  92:19,21 99:2
  100:1,5,11
  101:6,23
  103:14,20
  104:12 105:6
  105:18 109:6
  111:14 112:19
  113:8 114:1,15
  116:20 117:13
  119:5 127:1
  132:5,11,23
  133:1,5 134:3,6
  136:11,14,15
  138:23 139:8
  140:18 141:22
  143:2 145:5
  147:18 150:17
  150:21
**held**  5:7
**help**  88:4
  107:23 125:7
  135:2 147:15

**helped**  127:11
  166:4
**henderson**
  94:12,18 95:7
  130:22
**henrich**  2:14
**hesitant**  16:12
**hess**  99:17,24
  152:11 154:7
  156:6,9,14
  157:4 158:12
  159:20 160:11
  165:17 166:5
  168:2
**hess's**  166:18
**hey**  54:13
  128:15 129:24
**hid**  133:5
**high**  22:17
  23:16,23,24
  34:19 42:8
  62:11,11 78:3
  99:9 139:5
**higher**  35:4,13
  35:13 36:8 37:3
  37:9,12 42:16
  64:16 92:21
  100:7 102:11
  156:23 165:12
  165:13
**highest**  78:18
  80:23 102:17
  114:10 122:9
  154:16
**highlight**  34:19

**highlighted**
  39:10 42:8
**highlighting**
  31:11 33:23
  41:15 179:15
**hill**  2:15
**hired**  51:12
  56:15 149:1
**hiring**  90:8
**historic**  46:7
**historical**  11:22
  46:7
**history**  145:19
**hits**  89:21
**hls**  84:21
  145:19,20
  146:1,5,16
  147:17 148:15
**hobby**  139:12
**hold**  18:11 20:4
  50:21 57:13
  89:10 107:4
  111:16 182:20
  182:20,21,21
**hopefully**  34:14
**hoping**  141:9
**horrible**  90:16
**hour**  53:8 89:21
  93:14 109:3,4
  130:1 139:6
  169:9,19
**hours**  100:24
  101:8 119:2
  148:16
**house**  18:4

**huh**  167:3
**hundred**  64:1,2
  126:2 128:17
  128:22 154:22
  154:24 155:16
  156:2
**hundreds**  116:2
  116:2 132:10
  132:10 134:2
  155:8
**hynes**  16:20,21
  96:22
**hyphen**  9:19
**hypothesis**
  50:10
**hypothetically**
  175:6

**i**

**idea**  74:14
  109:21,22,23
  134:20 169:23
  184:10
**identical**  32:16
  34:11 36:12
**identification**
  17:11 31:9,20
  43:1,10 56:2
  57:4,19 58:3,16
  83:8 145:2
  147:14
**identified**  26:17
  94:5 130:18
**identify**  66:12
  78:20 98:15
  118:7 123:18

**[identify - interlaboratory]**                    Page 21

130:13 137:13
156:7 161:16
**identifying**
17:22,23 20:20
50:23 78:12
122:18 123:19
154:7 156:10
157:5 161:14
**images**  20:4,5
27:22,24 29:8
122:17 171:8
**imerys**  11:22
**immersion**
41:14
**impacts**  59:11
59:14 63:17
**important**
21:10 34:12
35:1 54:2
**importantly**
23:2 37:11
**impossible**
153:7
**impression**
142:6
**impurities**
85:22
**impurity**  85:16
85:19
**include**  178:21
**included**  82:3,7
87:19 180:16
180:24
**includes**  178:18
**including**  44:10
53:21 137:2

**incompetent**
123:17 124:3
125:22
**inconsistent**
42:18
**incorporate**
104:21
**incorporated**
92:9
**increase**  145:17
**increased**  62:8
**incredibly**
125:4,20
**index**  157:6
158:13 163:3,8
163:24 165:8
**indicated**  55:23
61:24 87:2
130:12
**indicating**
41:17
**indication**
71:24 86:4
**indice**  35:24
37:3 96:11
122:9,9 154:13
**indices**  3:13,17
9:21 10:20
22:20 23:16,23
24:10 31:6,16
32:7,12 33:4,13
33:16 34:23
35:14,21 36:8
36:16 37:10
42:15 67:1 69:5
72:3,15 78:14

83:9,11 110:8
122:15 125:15
153:21 154:2
155:22 156:21
157:13 161:20
162:1,17
163:11
**individual**
123:5
**individuals**
114:3
**infants**  129:21
**infinity**  62:10
**information**
8:2,19 30:22
47:21 49:13
109:18 121:23
127:3 141:16
180:10 183:6
**informed**  86:6
**ingram**  88:20
**inhibiting**  49:5
**initial**  44:1
85:24 108:12
131:14 148:6
160:12 174:5
**initially**  97:17
97:21 98:9,14
148:11 152:14
**inside**  142:19
**inspected**  10:17
60:11
**inspection**
42:22 43:8,18
**institute**  51:13
51:14

**institutes**  33:7
**instruct**  91:12
**instrument**
116:3
**intend**  167:9
**intended**  71:5
**intending**  58:20
**intent**  70:24
**interagency**
102:24 103:12
103:24 105:11
126:22 127:2
128:2 140:11
140:13 141:10
142:7,20 143:1
143:15 144:22
**interest**  87:20
133:18
**interested**
86:15,17
172:24 175:16
175:16 186:13
**interesting**  9:6
16:22 18:11
25:18 41:10
59:21 123:24
**interfering**
68:20
**intergrowth**
66:3
**intergrowths**
124:10
**interject**  45:5
**interlaboratory**
140:10,16

[internal - kind]                                                                    Page 22

**internal**  13:9
**internally**
   149:18
**international**
   113:2,21 127:9
**internet**  15:9
**introduce**
   176:11
**invest**  168:8
**invited**  103:2
   104:9
**invoices**  54:14
   54:16 55:6
   181:8,12 183:9
**involve**  74:9
**involved**  63:3
   85:21 106:7
   123:11 124:1
**involving**  7:9
   170:8
**iodine**  86:21
   97:23 98:12,15
   101:24 146:13
   146:18,24
   147:6,7,14
   151:23,24
**irs**  111:2,3
**iso**  8:16 10:23
   24:14 96:13
   100:5,10
   105:21 113:23
   140:6 154:21
   172:15 173:12
   173:15,21
   174:7

**issue**  17:21
   60:14 101:10
   111:22,22
   126:14,16
   127:5 141:19
**issued**  54:13,16
   54:18 92:5 95:3
   95:14,18
   130:20,22
**issues**  16:11
   103:9 114:19
   114:20 115:3
   120:11 129:7
   141:11
**issuing**  94:19
   94:21
**italian**  119:18
   120:1,13

### j

**j&j**  36:17 46:3
   46:7 73:8,11
   79:16 80:19
   87:7 90:1,13
   91:16 94:7
   119:22 120:5
   131:5 133:5,17
   134:4,15,24
   135:6,14 136:4
   145:19 165:18
   167:10,21
   170:21 171:6,7
   172:3 180:9
**j&j's**  11:22
**j3**  62:3

**j4**  111:20
**jake**  2:21
**janet**  13:22
**janine**  95:7
**jb**  13:23
**jeanie**  130:21
**jersey**  1:2 2:11
   2:15 96:21
**jesus**  61:14
**jewald**  2:20
**jkeester**  2:21
**joe**  12:10 14:24
**john**  2:20 7:16
   29:5 41:19
   64:22 74:23
   80:7 129:24
   131:17 144:16
   185:1
**johns**  15:20
   86:2,6,14,22
   110:3
**johnson**  1:6,6
   8:7,7 12:2,20
   12:20 14:11,18
   14:19,22 15:3
   15:16,17 46:11
   46:11,13,13
   51:12,12 52:6,6
   52:21,21 57:1,1
   79:3 81:4 82:23
   82:23 83:15,15
   83:22,22,24,24
   84:4,4 85:3,3
   91:9,11,11
   118:6,6 119:19
   127:7,8 130:19

   147:20,21
   161:11
**johnson's**  7:5
   11:17 14:20
   44:9 57:23 91:9
   137:21
**joined**  172:14
**journal**  9:18
**journals**  56:8
**judge**  16:3
   58:19,24 59:9
   61:8,8,16 92:4
   92:14 93:7,7
**judge's**  16:13
**judges**  181:24
**july**  12:22
**jump**  100:23
   113:18
**june**  15:11
**junior**  139:5
**jury**  88:4 89:6

### k

**k**  2:7
**keep**  47:11
   121:12 162:8
   162:11
**keeping**  91:21
**keester**  2:21
**kevin**  16:20,21
   96:22
**kidding**  61:19
   89:19
**kin**  186:12
**kind**  16:18
   19:21 61:3

**[kind - late]**                                                                          Page 23

65:17 100:16
123:23 131:10
139:13 177:15
**kinds** 76:6
139:1
**king** 2:18
**kirch** 94:13
95:18,19
130:19 147:22
**knew** 56:15
64:5 91:17
113:9,14 115:1
116:14 159:14
160:4,5
**know** 7:3 10:24
14:17 16:7,11
16:14 19:17
20:15,19 21:6
21:19 22:11
23:3,19,22
24:19 26:3 27:6
27:13,14,15
29:22,24 30:20
32:2,10 36:2,6
37:19 38:5,11
38:13,14,19
39:4,19 43:24
46:6,8,11,13,14
46:19,21 47:20
47:24 48:22,22
49:14,19 51:4,9
52:16,17 53:7
53:12,16,17
54:18 55:16
56:21 59:2,8,15
59:20,24 60:15

60:20,22 61:3,5
61:6 62:7,14
64:6 66:2,20,21
67:15 71:13
73:4 76:8,19,21
77:6,8,9,11,11
77:12 82:19
83:23,24 84:3
84:20 89:10
90:9,15,18,20
91:4,15 92:13
92:18,23 93:5,6
94:15,23 96:13
97:6,7 98:1
99:5 100:10,13
101:1 102:15
103:1,3,5,10,18
105:23 106:9
106:11 107:21
109:4,6,9,18
110:17 111:21
111:24 113:14
113:17,20
114:2 115:4,17
116:2 117:11
117:20,22
118:11,24
119:16,22,24
120:10,16,20
121:19,19,21
121:22 123:17
123:23 125:7
125:11,21
127:7,9,13,18
127:19 128:10
128:23 129:1,1

129:8,14,19
131:6 132:3,17
132:22 135:10
136:21,24
137:7 138:3,6
139:19 141:7,9
143:7,8,12
148:8 154:14
155:6,10,15
156:22 158:1,5
158:6,19,21
162:17,19,19
165:14 166:16
167:17,18
168:10,16
170:9,11
171:22 172:8
172:17 173:16
174:21 175:4,6
176:6,7,9,12,14
177:12,15,16
178:5,7,10
179:4 180:7,11
181:8,15,17,19
181:23 184:12
184:17
**knowledge** 96:8
142:19 157:13
179:9
**knowledgeable**
36:7
**known** 51:12
74:13 75:22
134:10
**knows** 133:8

**kslaw.com** 2:20
2:21

**l**

**l** 87:14
**lab** 13:11 60:21
60:22 62:1,3
63:15 64:12,13
91:12 106:10
106:15 125:3
132:21 137:24
138:1,5 139:22
172:11
**labeled** 17:8
20:4 27:9 29:14
30:2
**laboratories**
10:17 47:22
**laboratory** 47:4
60:7 62:23
92:18 173:17
**laboratory's**
44:9
**labs** 30:19 41:8
48:7,10 176:2
**lack** 97:12
152:5
**laid** 102:7
113:13
**lake** 33:9
**lanier** 88:11,24
**large** 67:18
85:23 146:20
**larger** 124:19
**late** 132:18
152:11,11

[late - lizardite]                                                    Page 24

156:8 159:19
**latest** 55:17
**law** 56:15
**law.com** 2:16
**lawyer** 59:8
**lawyer's** 45:14
**lawyers** 106:24
107:15 180:19
182:4 183:24
**lay** 145:21
146:2,7
**leanna** 2:5
**leanna.pittard**
2:6
**leave** 8:21
39:24 79:20
**leaving** 163:20
**lee** 14:9 60:21
62:15 91:12,17
181:13
**legal** 34:20 97:9
182:12,16
**leica** 92:9
**leigh** 2:4 6:20
55:1 57:14
182:21 183:2,2
183:22
**leigh.odell** 2:5
**length** 65:20
66:5,8 154:3,23
155:16
**lens** 62:10,20
62:20 92:11
**letter** 86:17
104:9,20

**level** 74:6 85:16
108:17 120:19
155:24
**levels** 65:9 71:7
71:12 72:7
153:10
**levy** 122:7
155:13
**lhg** 1:5
**liability** 1:7
**libby** 63:23
**life** 147:12
**light** 21:9
100:19 121:24
133:7
**likely** 65:8
**likes** 24:13
**lima** 2:22 5:3
**limit** 72:13 73:4
73:16 85:9
102:12 112:2,9
112:17 114:11
114:24,24
116:13 141:5,8
149:15
**limitation** 87:9
**limited** 44:11
**limits** 76:19
90:17,19,21
140:23
**linda** 15:23
**line** 73:16
146:11,11
165:5
**liquid** 4:11
34:16 35:9 36:3

49:1 60:2,9
61:1,22 63:11
64:14 73:18
74:9 75:7 76:14
81:8 83:1,20
85:8 86:7,19
87:17 88:5 89:6
90:11,18 91:2,8
91:12 92:19,21
99:2 100:2,5,11
101:6,23
103:14,21
104:12 105:7
105:18 109:6
111:14 112:19
113:9 114:1,15
116:20 117:14
119:5 127:1
132:5,12,23
133:1,6 134:3,7
134:21,22
136:12,14,15
138:23 139:8
140:18 141:22
143:2 145:5
147:18 150:17
150:21 161:18
162:7,8,11,24
163:20
**liquids** 34:5,22
41:14
**list** 4:3 11:7
45:9 79:24,24
80:19 81:15
**listed** 45:9 82:1
94:8

**listen** 53:1
**lists** 42:11
**literally** 20:17
32:16
**literature** 39:1
82:22 83:13
90:2
**litigation** 1:7
5:8 30:14 42:9
44:16 45:2,22
63:16 64:10
75:4 123:11
124:17 133:8
172:4 178:18
178:21,23
**little** 25:22,23
28:21 29:12
41:5 42:13 63:2
73:2 77:20
78:21 92:7
100:16 119:6
139:16 144:8
155:2 172:10
**lizard** 9:11
**lizardite** 3:8
9:12 16:17 17:8
17:14,16,19
18:2,14 19:5,17
20:4,12,14 22:2
22:8 24:4 25:2
25:8,17,19 26:4
26:10 27:2,11
27:24 28:1,9,11
29:6,16,20 30:2
30:5 158:24

**[llc - made]**                                                                                          Page 25

**llc** 6:13 8:3
  145:20 146:1,5
  148:15
**locate** 9:10
**log** 76:4
**logistics** 6:9
**lois** 1:17 2:23
  186:18,18
**long** 17:2,5,14
  17:20 20:15
  53:20 76:3
  100:23 110:9
  110:19,24
  117:12 118:8,9
  147:13 149:13
**longer** 132:21
**longo** 1:14 4:11
  5:9,21 6:4 8:2
  11:13 28:9
  42:21 43:6
  44:18,23 45:12
  45:19,23 54:13
  55:23 56:4
  66:12 75:3 83:4
  122:16 123:19
  145:12 150:11
**longo's** 45:9,14
  144:21 184:1
**look** 13:4 14:16
  18:7 20:16 24:6
  24:15 27:13
  28:1 30:23
  32:15 34:2 38:8
  46:6 49:21 50:6
  51:2,5 64:5
  66:20 67:16

71:23 76:4 87:5
90:22 94:23
98:4 99:18
102:3,8,9
103:13,13
115:23 118:8,9
120:13,13,14
122:10 124:9
124:12 125:14
134:16 144:23
149:1 152:21
154:19 155:3
156:9 158:5,10
160:6 161:2,3
166:9,16 175:8
175:9 176:22
177:3,3,4,23,24
177:24 178:1,3
178:17,20
180:11 181:5
**looked** 20:18
  31:24 32:1 82:8
  100:17,17
  136:16 153:13
  158:19
**looking** 19:9,9
  22:1,8 26:5,12
  27:21,23 33:14
  39:9 42:4 47:1
  49:22 51:24
  65:17,23 66:23
  67:19,23 68:22
  69:9 70:21
  71:18 75:12,24
  79:21 80:10,13
  82:20 89:4,5

90:10 91:9 93:6
98:19 101:21
112:19 114:2
117:7 146:22
155:4 157:5
159:5,10,12
160:4 164:8
173:1 175:7
178:13
**looks** 14:5
  24:23 50:4
  126:3 153:16
**losing** 102:13
**lost** 70:17
  104:14
**lot** 20:19 53:3
  62:12 83:7
  87:22 102:11
  102:11 106:6,7
  115:2 117:17
  119:18 127:20
  140:21 147:8
  151:20 158:2
  162:21 165:1
  168:8 175:23
  175:24 180:5
**love** 176:9
  180:4
**low** 37:14 72:12
  85:16
**lower** 70:14
  71:12 72:8 78:6
  78:7 89:8 100:4
  100:13 102:18
  156:22

**lowest** 122:8,8
**luck** 91:6
**lucky's** 14:24
**lunch** 53:18,21
  53:24 93:16
  94:1

## m

**m** 13:22 14:17
  15:1 94:24 95:6
  95:19,21
  130:14,18
  180:21
**m65947** 8:24
**m68483** 13:13
**m70484** 15:24
**m71046** 13:16
**m71095** 13:22
**m71109** 14:5
**m71111** 14:5
**m71166** 14:11
  15:17
**m71180** 15:18
**m71216** 15:2
**m71241** 15:5
**m714** 95:19
**m71730** 95:8,12
  130:21
**m71740** 95:20
  130:19
**machine** 186:5
**made** 7:10,11
  47:19 51:22
  58:18 65:7 73:1
  100:19 116:23
  141:4 147:10

**[made - mean]** Page 26

157:18 161:12
172:1,2
**magenta** 25:24
154:16,18
155:1 162:19
164:24
**magnitude** 72:8
124:7
**main** 36:5
41:11
**maintain** 47:7
**maintained**
47:3
**major** 34:4
**majority** 26:2,3
86:1
**make** 8:22
11:14 18:1,23
26:20 29:1 38:8
52:3 63:2 69:24
81:14 91:7 97:7
99:20 102:16
114:9 116:4
117:8 121:12
125:23 162:11
169:20 183:8
183:11,12
**makes** 122:2
155:11 159:3
**making** 166:5
**manufacturer**
167:22
**manufacturers**
110:13 119:24
134:24

**manville** 86:3,6
86:14,22 110:3
**maple** 2:10
**march** 55:24
**maria** 2:22 5:3
**marie** 13:15
**mark** 17:6,7
31:3,14 42:19
43:3 55:22
56:24 57:10,15
58:12 88:11
144:14 170:8
170:12
**marked** 17:11
18:19 20:3 27:9
30:1 31:9,20
32:19 39:11,24
40:8 43:1,10
47:2 56:2 57:4
57:19 58:3,6,16
80:10,13 145:2
**market** 14:14
126:13 127:15
128:4 133:19
**marketing** 1:7
**mas** 8:2 13:11
14:10 15:4,17
15:24 17:14,17
21:16 24:2 25:1
31:23 36:16
38:23 47:7
57:16 58:13
64:19 65:2 71:6
77:2,6 78:23
79:5 80:4 82:9
94:7 95:7 96:7

97:13,14 105:6
107:1,14,16
108:23 109:12
112:19 115:11
118:5 121:16
122:18 123:18
126:1 130:19
131:3,23
145:20 146:1,5
146:7 148:14
149:9,18,22
165:22 166:18
167:21,22
168:1 172:11
174:13 179:8
179:13 180:18
181:11 183:23
**mas's** 7:23
77:15,23 79:16
97:1 130:14
131:12 146:15
151:3
**masses** 86:19
**match** 153:2
157:14
**matched** 154:8
**matching** 34:3
160:7
**material** 10:24
50:4 86:15
101:7,10,24
102:13 146:14
**materials** 3:14
6:13 9:22 11:6
20:23 31:6 44:8
44:14 45:8,8,9

47:4,16 48:11
48:13,15,16
69:8
**math** 23:9,22
**mathematical**
34:9
**matrix** 71:20
**matt** 128:11
**matter** 5:7 23:3
186:4
**mccrone** 90:9
**mccrone's**
161:3
**mcdevitt** 2:14
**mclean** 15:1
**mdl** 1:5 4:5,9
7:5 11:20 12:15
46:18 54:14,17
57:16,23 58:7
59:19 82:9,11
94:6 97:10
119:10 120:4
171:14 180:17
180:24 182:6
183:7,14 184:2
**mean** 9:19
20:17 22:22
23:21 24:12
29:19 62:4,21
65:13 76:21
78:10 84:2
86:14 90:6 97:6
98:6 105:22
106:15 107:17
109:7 110:22
115:4 121:6,7

**[mean - minerals]**                                                Page 27

| | | | |
|---|---|---|---|
| 121:19 125:1 | **method** 3:18 | 149:23 150:1,3 | **microscope** |
| 139:2,12 | 4:11 10:21,24 | 150:4,9,11,14 | 9:18 30:17 31:4 |
| 142:18 149:2 | 31:18 49:8,15 | 154:21 170:8 | 50:2 62:9 76:11 |
| 154:14 157:15 | 51:15,17,19 | 171:9,18 | 76:16 115:19 |
| 157:17,23 | 52:2,18 60:8,13 | 179:10 | **microscopes** |
| 167:14 172:3 | 63:2,6,7,8 72:7 | **method's** 144:7 | 20:10 92:8 |
| 174:18 177:19 | 73:19,21,22,24 | **methodology** | **microscopy** |
| **meaning** 21:9 | 76:14,18,23 | 85:7 104:10 | 121:24 |
| 151:6 | 77:2,16,23 | 118:11 131:24 | **mid** 90:8 |
| **means** 15:6 | 78:15,18 83:4,5 | 136:18 150:19 | **miles** 2:3 |
| **measure** | 83:6 84:6 86:5 | **methods** 47:16 | **mill** 162:8 |
| 176:12 | 86:7,11 87:9,13 | 48:11,13,15,17 | **milligram** |
| **measured** | 87:16,17,19 | 90:21 92:16 | 110:11 |
| 34:23 122:5 | 90:3,6,11,14,16 | 124:18 137:10 | **milligrams** |
| **measurement** | 91:16 93:3 | 137:11 140:9 | 146:12 |
| 33:24 | 96:13,15 97:1 | 140:15 172:15 | **milling** 50:11 |
| **measurements** | 97:16 100:4,5 | 174:7,15 | 50:15 161:23 |
| 34:20 37:12 | 100:10,12 | **methvin** 2:3 | 163:22 165:7 |
| **measuring** 3:13 | 104:18 105:24 | **methylene** | **million** 90:23 |
| 9:21 31:5 | 106:13,24 | 101:24 | 90:23 141:8 |
| 175:24 | 107:16 108:13 | **michelle** 2:8 | 181:13,14,14 |
| **meeting** 104:13 | 108:24 109:13 | 55:1,2,5 95:19 | **mimic** 176:5 |
| 104:16 105:4 | 110:6,9,18,22 | 122:7 155:13 | **min** 156:22 |
| **memo** 87:12 | 111:1,14,16,20 | **mickey** 37:2 | **mind** 29:5 |
| 91:23 | 112:20 113:12 | 68:24 | 64:22 75:7 80:6 |
| **mention** 140:8 | 115:15 117:12 | **micrometers** | 95:10 117:10 |
| 143:2 147:3 | 117:18 118:20 | 155:16,18 | **minds** 19:19 |
| **mentioned** | 126:4 128:16 | 156:2 | **mine** 10:11 |
| 30:12 39:11 | 132:17 133:6 | **micron** 66:6 | 52:6,14 81:11 |
| 40:1 48:7 87:23 | 133:12,16,18 | 75:16 155:22 | 81:11 161:8,11 |
| 90:1,7 91:24 | 135:14,19,20 | 155:23 | 164:12 |
| 112:4 130:13 | 136:3,4 138:9 | **microns** 65:19 | **mineral** 132:14 |
| 141:23 | 139:22 140:2,5 | 66:6,9,10 68:4 | 136:13 |
| **meters** 40:23 | 142:8 143:3,11 | 75:16 76:3 | **minerals** 35:3 |
| **meth** 147:9 | 144:6 145:5,19 | 154:23,24 | 42:15 53:5 |
| | 147:6 149:22 | 155:24 | 71:21 121:11 |

**[minerals - never]**                                                            Page 28

132:6,12 139:1
139:16 156:23
**mines**  21:24
51:5,6,8,14,20
52:20,24 81:13
83:5,19 84:21
85:2 88:16
90:12 97:21
98:18 99:4
102:6 106:12
110:1 111:9,11
120:15 135:9
135:19 136:3
148:1,19
149:23 150:1,4
150:8,14
153:11 161:5
**minor**  7:11
**minus**  109:15
109:16 141:5
162:15 163:17
**minute**  93:16
93:16 169:15
169:21
**minutes**  27:7
53:10,17,18
93:10 130:2
148:13,14
184:15
**misconception**
98:14
**misidentificat...**
20:1
**misidentified**
125:12

**misidentifying**
18:2,24 19:4,6
19:15 21:11
25:1,11,17
33:11 99:21
120:21,22
121:8 122:1
**missed**  54:24
55:13 81:19
**missing**  7:20
117:23
**missouri**  15:22
**misstated**
131:17
**misstates**  120:7
**mistake**  38:9
125:22
**mistaken**  55:4
**mistakenly**
70:22
**misunderstan...**
70:13
**misusing**  33:21
**modification**
97:7
**moment**  79:21
103:19 107:6
**money**  52:21
172:20 173:7
180:18 182:3
183:18,20,23
**monitor**  62:11
**monokote**
63:21
**montana**  10:11
39:22 63:23

66:9 110:14
120:1 164:12
**montgomery**
2:4
**month**  96:22
97:2 109:16,16
**months**  119:7
**morning**  6:4,5
109:10
**morton**  86:21
**mother**  14:21
**motivate**
127:11
**motivated**
127:14
**mount**  34:16
**move**  84:23
**moved**  26:15
64:11
**moving**  10:15
115:21
**mparfitt**  2:9
**muffle**  48:23
**muted**  124:8

**n**

**n**  2:1 3:1 4:1
**name**  5:3 28:14
49:2,2 105:1
123:4,18
137:13 166:10
166:15 170:22
**name's**  28:17
166:10
**named**  28:11
29:19

**names**  28:8
94:17
**nanometer**
40:22
**nashed**  87:7
**national**  33:7
**nature**  5:12
**navstar's**
107:19
**nay**  103:6
**nearly**  126:2,12
**necessary**
85:17
**need**  11:3 29:21
64:14 69:15
97:11 118:10
118:11 125:5
140:9,15
145:12 183:11
**needed**  18:7
37:2 104:20
117:7
**needle**  85:20
88:1,15,17,23
88:24
**needles**  51:24
52:2 89:8,9,11
**needs**  96:4,4
**negative**  101:20
**negatives**
112:12
**neither**  186:11
**net**  85:23
**never**  17:20
18:5 19:23 21:9
24:24 49:12

**[never - object]**

60:14 67:5,10
75:23 87:6
88:16 90:7,10
90:13 98:17
105:18 116:6
119:20,20
133:7 147:13
148:2 150:11
165:4 177:15
178:24
**new**   1:2 2:11,15
2:19,19 59:1
60:6,6 62:20
63:7,12 69:11
71:13,16 92:17
96:15,21 176:8
184:15
**newsome**   95:4
95:5 96:8
**newsome's**
11:17
**nice**   176:8
**niosh**   113:4
**nist**   10:13 33:13
35:5,15 42:16
98:6 99:7 113:4
146:19 151:5
151:16 152:13
153:2 154:9
156:7 160:13
161:15,15
164:13
**nitrogen**
134:21,22
161:18 162:7,9
162:12,24

163:20
**nm**   40:23
**nobody's**   124:9
**non**   3:13 9:22
31:6 60:24,24
172:3
**nonasbestiform**
21:3,5
**noncontrover...**
144:5
**nonlegal**   182:2
**nonlitigation**
179:6
**normally**   62:13
92:11
**north**   127:10
**notebook**   11:5
12:7 15:4
**notebooks**   46:5
158:8
**noted**   5:16
**notice**   3:20,22
16:23 20:19
42:20,21,22
43:5,7,7,14,16
43:17,17 44:1,3
**notices**   91:3
**novel**   132:16,17
138:18 139:21
**november**
130:22
**number**   6:24
7:12 8:17 9:2
13:9,11 14:17
15:1 20:24 29:9
31:8,19 32:2

42:24 43:9 44:7
44:11 45:6,7
56:1 57:3,18
58:2,15 73:9
79:24 80:1 95:1
95:6,7,10,19
112:24 115:23
119:14,15,17
130:14 133:13
145:1
**numbers**   90:15
95:21 110:10
130:18
**nvlap**   10:18
172:12,13,23
174:4 175:9
180:8
**nw**   2:7

---

**o**

---

**o'dell**   2:4 6:20
7:15 26:14,19
28:2,6,16,22
29:4,17 30:7
41:18,22 43:23
45:4 46:15
48:18 50:12
53:9 54:3 55:3
61:7,11,15 62:5
64:21 65:11
66:11 69:14,18
74:22 77:4,24
80:5 89:2 94:14
95:9 104:2
107:2,5 120:6
121:4 122:20

123:8,21
124:21 126:5
126:17 128:6
128:20 129:23
131:15 133:10
134:8 135:21
136:6 137:18
138:21 142:1
142:10 143:5
143:17 144:1
145:11 150:6
154:10 156:12
157:7 158:15
159:7,24
160:16 162:3
163:4 164:1
165:19 166:7
167:12 168:12
168:20,24
169:14 174:16
175:13 179:24
182:8,11,17,22
183:3 184:5,16
184:24
**object**   50:13
62:6 65:12 78:1
89:3 107:3
120:7 121:5
123:9,22
124:22 126:6
126:18 128:7
128:21 131:16
133:11 134:9
136:7 137:19
138:22 142:2
142:11 143:6

**[object - organics]**                                                    Page 30

143:18 144:2
150:7 154:11
156:13 157:8
158:16 160:1
160:17 162:4
163:5 164:2
165:20 166:8
167:13 168:13
174:17 180:1
182:9
**objecting**   183:5
**objection**   45:6
45:11,12 77:5,5
122:21 184:6
**objections**   3:22
43:5 44:13,14
44:23 45:13,14
45:14,18
**objective**   62:10
62:20,20 92:11
**observed**   34:3
**obtained**
179:13
**obtaining**
179:23
**obvious**   128:23
**obviously**   38:15
56:21 59:8
124:13
**october**   10:14
65:24 70:1
86:16 164:4,9
**offered**   174:20
**offering**   32:20
50:18 171:14

**official**   63:7
**oh**   10:16 12:21
12:22 13:11,19
14:4 19:22 23:8
34:14 36:2
40:11 62:18
68:21 69:9
70:19 78:7
81:18,21 84:16
95:20 104:7
112:4 114:4
120:21 125:11
125:12 139:10
177:11
**okay**   6:8 7:14
9:3 10:6 13:3,8
16:15 20:8
24:18 26:20
27:4 29:12 30:6
31:3 33:3 38:10
40:15 42:7 44:6
46:2 49:7 54:6
55:18 56:9
67:21 69:19
70:21 71:2
72:11 73:10
76:22 77:21
84:11 85:1
86:13 89:18
93:17,19 94:1
95:2 96:3 97:5
102:16,20
108:5 109:12
111:11 114:12
115:13 116:5
123:2,5 125:6

130:11 131:7
133:2 138:7
144:18 145:4
145:24 146:5
146:21 147:24
148:3,5 149:7
149:14,20
150:13 155:19
160:21 164:20
166:3,17 169:4
170:20 171:23
172:5 174:10
176:16 181:16
184:14,17,21
**old**   20:10
115:18
**oldie**   12:21
**olympus**   62:8
**once**   51:18,18
56:12 76:11
99:23 117:11
118:12 128:19
137:3 147:10
155:24 162:13
176:21
**ones**   14:13 15:7
80:23 81:1
99:16 150:9
161:7,8 179:18
**ontario**   21:15
21:17,20,23,24
**opaque**   3:13
9:22 31:6
**open**   89:12
**openings**   90:22

**operating**   47:3
47:7,11
**opinion**   35:16
49:5 59:10
65:16 66:19
83:13,15 84:1,3
86:10 92:5
106:3 113:6
127:12 140:22
141:3,17 182:2
182:13
**opinions**   16:4
19:6,12,14
32:19 40:9
82:11 182:7
**opportunity**
43:15
**opposed**   75:8
**optical**   50:2
92:7,8
**optimum**   73:22
73:24
**oral**   42:20 43:5
43:16
**orange**   40:23
**orangish**   22:12
**order**   16:13
58:20 66:19
72:8 85:19,24
138:9 147:7
183:14
**orders**   124:6
**organic**   101:23
176:1,9
**organics**   48:24

**organization**
113:3,21
**organizations**
129:5
**origin** 97:13
**original** 11:24
12:15
**originated**
21:17,21
**osha** 113:3
**ought** 173:7
181:22
**ounce** 12:17
**outgassing**
176:1
**outlined** 184:3
**outside** 22:24
24:17 121:16
123:18
**ovarian** 58:1
**overall** 68:3
**overstated**
143:22
**overview** 7:7
**own** 90:13 91:7
106:18 136:14

**p**

**p** 2:1,1
**p.c.** 2:3,14
**p.m.** 54:11
93:20,23 185:4
**page** 3:2,6 7:6,7
7:7 8:23 22:1
33:22 34:15
39:10 40:20

41:12,19 42:1
44:8 66:14,16
69:20 70:7,8,9
81:16 84:18,20
85:14 86:13
87:5 95:15
105:22 145:4
164:15,18,20
164:21
**pages** 9:19
66:13,14 80:14
**paid** 180:18
182:4 183:7,7
183:23
**panning** 132:24
**paper** 7:1 9:17
32:11,24 33:1
33:22,23 35:12
37:8 49:10
56:17,19 63:9
82:24 127:24
134:16 138:6
138:12 140:11
140:13 141:24
165:11
**papers** 56:4,5,7
56:10 132:10
134:3 138:6
**paperwork**
147:8
**parallel** 22:8
24:11 27:16
124:11 155:15
164:23 165:3
**parameters**
38:4

**parentheses**
21:15
**parfitt** 2:8
**part** 11:1 12:7
39:9 48:6,6
135:23 146:15
149:7 150:13
150:13 166:20
166:23
**particle** 153:4
163:23
**particles** 135:2
139:9,10
149:11 154:7
**particular**
36:13 132:12
148:23
**parties** 5:10,14
186:12
**partner** 16:20
**parts** 38:14
112:15 176:8
**past** 8:5 13:6
67:13 106:4
127:19 132:15
149:24
**pat** 172:21,22
173:9 175:11
**patent** 86:8
**patented** 87:2
**patenting** 87:4
**patterns** 46:22
**paul** 99:17,24
152:11 154:7
156:6 165:17
166:5 168:2

**pause** 5:13
**pay** 107:23
**peer** 30:16
32:23 35:12,17
36:14 41:6 63:9
82:22 83:13
90:2
**pellet** 78:10
100:18,18
134:19
**pending** 183:1
183:4
**people** 34:16
91:9 93:5
110:23 123:15
128:24 129:6
131:10 132:14
140:21 165:24
172:17 174:20
180:4
**percent** 8:10,10
8:15,15 9:1
63:1 64:8,9,16
66:15 68:17
69:11,21 70:13
71:7,19 72:8
73:11 77:19,19
78:4 85:11,17
102:11 112:5,6
112:8,10
113:17 126:2
128:18,22
141:2 146:13
146:24 149:15
153:6,6 156:16
170:16

**[percentage - pointed]**                                                    Page 32

| | | | |
|---|---|---|---|
| **percentage** | **photographed** | 182:12 | 122:4,11,18 |
| 72:6 74:14 | 20:6 | **plm** 7:22 8:8 | 123:20 125:16 |
| 100:7 153:1 | **photographs** | 16:4,7,10 18:3 | 126:4,24,24 |
| 161:13 | 9:11 28:15 | 20:21 21:8 24:3 | 128:16 131:3 |
| **percentages** | **phrase** 97:13 | 25:7 27:13,20 | 131:12,23 |
| 99:8,9 110:11 | **pick** 98:7 152:6 | 32:20 36:16 | 132:17 137:4,8 |
| 152:15,22 | 155:17 184:19 | 40:9 41:8 47:5 | 137:15 138:2 |
| 153:1 | **pictures** 73:3 | 47:8 58:20 | 138:10,12 |
| **percents** | **pieces** 25:19,23 | 59:11,12,18,23 | 140:21,24 |
| 141:12 | **pigment** 152:5 | 60:8,10,13,18 | 142:8 143:2 |
| **perfectly** 90:5 | **pinch** 152:7 | 61:21 62:2,24 | 145:21 146:6 |
| **period** 65:2 | **pinkish** 164:24 | 63:11,17 64:4,7 | 146:16 148:15 |
| 120:5 152:10 | 164:24 | 64:15 65:7,8 | 150:15,24 |
| 156:11 167:6 | **pittard** 2:5 | 67:5,10 68:12 | 151:4,15 |
| **perpendicular** | **place** 149:9 | 72:7 73:5 75:8 | 157:15 158:10 |
| 23:3 24:11 | **placitella** 2:11 | 75:11,13,23 | 159:21 165:18 |
| 27:15 124:12 | **placitla** 2:10 | 76:3,16 78:12 | 167:10,23 |
| 164:22 165:4 | **plaintiff** 106:23 | 78:20 79:13,16 | 171:2 172:21 |
| **perpendiculars** | **plaintiff's** | 82:13,16 83:10 | 173:2,18 |
| 165:14 | 43:14 179:19 | 83:19 92:1,8,16 | 179:10 180:15 |
| **person** 54:2 | **plaintiffs** 2:2 | 92:24 94:7 | 181:1 183:24 |
| 128:12 133:17 | 43:4 54:17 | 96:12 97:1,4,14 | **plow** 169:11 |
| 137:13 166:4 | 107:15 180:18 | 97:16 98:4,20 | **plus** 82:19 83:3 |
| 166:13 177:6,7 | 182:4 183:24 | 99:3,17 105:6 | 109:15,16 |
| 177:10 | 184:11 | 106:22,24 | **point** 7:10 |
| **personal** 186:7 | **planning** | 107:16 108:12 | 37:18 51:8 |
| **perspective** | 171:12 | 108:24 109:13 | 53:16,17 63:24 |
| 59:9 96:6 | **plans** 173:24 | 109:24 110:2,4 | 83:23 100:1 |
| 182:16 | **plates** 25:5 | 111:8,9,17 | 106:8 108:14 |
| **ph.d.** 1:15 5:9 | 71:22 74:1 83:2 | 113:5,12,23 | 118:22 126:7 |
| 5:21 8:2 42:21 | 99:22 | 114:11,16 | 129:11 154:5 |
| 43:6 106:10 | **platy** 72:17 | 115:11,15,18 | 168:1,5,9 |
| 109:9 | 125:19 | 115:22 116:15 | 175:22 181:14 |
| **photograph** | **please** 5:13 | 117:1,4,6,17 | **pointed** 33:10 |
| 28:18 | 28:20 58:8 80:6 | 118:6,12 119:3 | 156:24 |
| | 95:11 107:7 | 119:10 121:17 | |

**points** 41:11
**pol** 27:18
**polarized**
 121:24
**polars** 27:16,17
 27:18
**polymorph**
 25:21
**polymorphs**
 17:24 18:24
 98:2
**pooley** 87:15
**poor** 112:2
 116:11
**poorer** 112:9
**populations**
 75:12,20
**portion** 106:5
**portis** 2:3
**posited** 134:5
**position** 22:9
 36:18 65:6
 86:23 143:13
**positive** 64:3
 81:7 82:18 83:6
 90:6 101:19
 110:15 111:17
 112:1 113:5
 133:14 135:15
 170:16
**positively**
 156:10
**positives** 112:3
 113:18
**possession**
 44:17

**possibility** 25:9
 50:19,21
**possible** 34:22
 106:1 136:9
 143:10,11
**possibly** 110:17
**post** 164:19
**potential** 69:7
 112:11
**pounds** 67:14
**powder** 1:6 5:7
 7:5 8:7,8 10:12
 11:18 12:3
 14:12,12,19,22
 15:3,16,17
 44:10,16 45:1
 45:21 57:23
 79:3 81:4
 119:19 127:8
 129:20 130:20
 137:22
**poye's** 60:21
 62:3
**ppm** 85:10
**practical** 33:24
 106:2,6 114:5
**practically**
 115:6
**practice** 137:16
**practices** 1:7
**precalculated**
 34:2
**preceding**
 80:18
**precisely** 13:12

**preconcentrates**
 85:22
**precursor**
 147:9
**prefer** 127:21
 129:11
**premier** 35:11
**prep** 115:15,16
 116:5,11
 117:24
**preparation**
 84:22 115:20
 118:1 139:22
**prepared** 85:2
**presence** 24:3
 47:9 63:18
 78:24 79:6,17
 85:4 111:13
 116:20 119:10
 151:14 159:21
 167:11,23
 173:22
**presentation**
 102:23 103:3
 144:22
**presented**
 142:17
**presents** 33:23
 126:13,15
**preserve** 42:22
 43:7,17
**prestigious**
 51:12
**presumably**
 115:8 161:24

**pretty** 26:1
 27:18 38:19
 51:11 77:7
 86:11 87:3
 89:20 103:8
 113:13 147:16
 149:12 154:5
 181:16 183:18
**prevailing**
 105:17
**preventing**
 134:6 179:21
 180:2
**previous** 81:16
**previously**
 30:13
**primarily**
 36:13 39:22
 110:4
**primary** 156:3
**prime** 105:15
 142:8
**prior** 63:16
 85:22
**pro** 181:19,21
**probability**
 114:10
**probably** 22:19
 37:17 38:20
 51:7 64:16
 68:21 71:4
 75:17 83:14
 87:2 89:22
 106:12 122:6
 127:12 150:21

**problem**
111:18 125:16
128:24 147:6
151:21 152:23
172:18
**procedure**
33:24 84:20
85:3,21 96:6,7
142:15 145:22
146:2,7
**procedures**
47:3,8,11
149:17
**proceedings**
186:4,9
**process**  50:24
52:9 56:5 72:22
73:7 92:12
122:4 161:23
174:6 178:3
**produce**  181:17
**produced**  32:9
32:10 44:15
45:1,21 55:1,6
131:4 181:8
**produces**  36:1
**product**  14:14
36:11 63:20
66:22 72:15
83:9 91:17
125:2 133:21
135:9 149:2
164:11
**productions**
147:9

**products**  1:6,7
10:10 12:20
36:17 49:2,3
50:9,9 80:19
94:8 117:9
127:14 129:20
165:2 173:11
173:21
**professional**
129:5
**proficiency**
60:7
**program**  60:8
63:12 168:15
172:13,14,19
**progress**  74:20
**project**  14:11
15:5,24 46:20
85:5 95:7
106:10 130:19
148:24 166:15
172:3
**projects**  15:17
**prop**  15:12
**proper**  34:16
**properly**  178:9
**property**  63:4
64:10
**proposed**  87:13
104:13,15
110:6
**proposing**
140:17
**proposition**
163:2,22

**proprietary**
86:20 87:1
**protection**  21:1
**protocol**  90:13
99:4 113:22,23
138:10 148:12
176:18
**protocols**  49:9
93:1 113:20
**proud**  179:17
**prove**  176:19
**proverbial**
85:20
**proves**  84:5
**provide**  47:15
91:20 180:10
**provided**  8:5,19
16:24 45:7 46:4
46:21 121:23
172:17 183:5,6
183:8,13
**provides**  85:7
141:15
**province**  81:12
**psc**  3:22
**public**  126:14
126:16 127:5
172:1,2
**publication**
30:16,23 35:17
36:14 41:7
**publications**
56:6
**publicly**  122:19
122:23 123:7
137:14

**publish**  118:14
118:18,19
138:19
**published**  9:16
9:17 35:12 37:8
39:1 56:18 60:3
60:5,19 63:8
74:21 82:21,23
83:12,21 84:1
90:4 110:22,23
113:22 117:15
132:11 138:9
140:2 148:21
**publishes**  33:22
**publishing**  90:1
**pulled**  125:10
**pulling**  155:6
**purchased**
14:13,20 15:7,8
15:18 162:6
**pure**  68:19
147:6,7
**purple**  164:24
**push**  169:18
**pushback**
127:21
**pushed**  59:3
**put**  7:16,21
16:2 18:12
19:20 24:24
26:1 32:5 38:4
38:19 42:3
43:13 47:23
48:11 49:19
52:11,16 55:21
57:14 60:11

**[put - recollection]**                                               Page 35

62:10 71:9
76:16 90:13
101:5 102:7
103:4 105:23
120:20 121:1,3
121:6,7 136:23
138:11 148:11
152:7 157:18
159:15 168:17
176:4,5
**putting** 91:8
126:9 129:21
133:20 158:7
174:23
**puzzling** 100:3

**q**

**qc** 166:1,5
**qr** 32:10 40:2
**qualified**
167:24
**quantifying**
78:16
**quarter** 9:16
10:2 178:7
**question** 6:10
16:16 17:2
32:18 39:5
45:23 47:6
61:23 67:8
70:12,22 71:5
76:13 97:9,9
107:12 126:10
131:7 133:24
151:8 163:20
183:1,4,17

**questions** 15:14
16:20 45:13
54:22 89:22
93:12 158:18
160:10 183:17
186:6
**quick** 89:21
147:16 169:9
169:21
**quickly** 99:18
149:12
**quid** 181:19,21
**quit** 61:18
**quite** 119:22
174:19
**quo** 181:19,21
**quote** 149:17

**r**

**r** 2:1 11:2 63:4
186:1
**ra** 22:2
**race** 168:17
**railroad** 11:23
11:23
**raise** 107:22
**raleigh** 64:12
64:13
**ralph's** 15:9
**ran** 17:21 52:11
114:22,23
149:5 162:14
**range** 22:7,10
22:24 24:17
33:5 35:20
36:12,15,20

37:14 66:23
78:6,7 111:2,3
154:15 158:22
**ranges** 18:3
33:17 154:2,3,3
161:1
**rapid** 33:1
**rapidly** 3:16
10:19 31:15
33:15
**rate** 113:10
**rates** 107:22
**rather** 53:2
**ray** 87:13
**rdr** 2:23
**read** 21:2 34:18
44:20 66:13
85:1 145:8
178:23
**reading** 66:14
66:16
**ready** 105:15
116:5 142:8
168:5
**really** 17:21
18:5 19:23
20:23 21:9,10
47:17,19,20
53:1 59:22
60:14,15,17
61:2 62:21
68:10 71:17
77:18 92:24
93:7 98:1,16
102:14 103:9
105:14 112:16

115:4 120:10
120:11 138:24
142:13 146:18
153:18 165:4
168:6 174:20
175:18,18
178:12
**realtime** 1:18
186:19
**reason** 11:4
21:8 36:5 51:11
71:17 98:17
135:16
**reasonable**
83:18
**reasons** 33:11
118:20 137:20
**rebuttal** 15:12
**rebutting** 25:14
**recall** 15:13
62:17 94:20
105:5 132:2
147:24 167:8
181:11
**receive** 106:23
**received** 14:7
31:12,23 57:22
87:7 107:14
**receiving** 48:21
**recent** 16:19
170:6
**recently** 49:17
**recipe** 74:15
**recollection**
95:23

**[recommendation - report]**                                    Page 36

**recommendat...**
103:20
**recommendat...**
103:13
**recommended**
172:18
**recommending**
141:12,14
**record** 5:2,17
13:8 16:3 27:5
29:8 43:24 54:4
54:8,9,11 66:13
93:17,19,21,23
95:2 107:6,8,10
130:6,7,9,12,15
130:17,18
169:8 170:1,2,4
183:12 184:18
184:21 185:3
**record's** 8:12
29:2 81:15
**records** 48:3
174:9 175:3
180:3,12
**recovery** 74:14
76:14 113:10
**red** 2:11 22:12
164:24
**redact** 181:9,18
**reddish** 25:24
**redirect** 60:18
93:9,10
**redo** 73:23
119:4
**reduce** 112:15

**reduced** 10:13
164:13 186:7
**reference** 25:7
58:13,18 63:15
88:1 91:15
**references**
92:16 134:17
134:21
**referred** 8:23
24:4 30:13
**referring** 48:16
65:3 70:1 73:7
73:18 88:17
90:3 92:3 94:15
163:16
**reflect** 27:5
29:8
**refractive** 3:13
3:16 9:21 10:19
22:19 23:16,23
24:10 31:6,16
32:7,12 33:4,13
33:16 34:23
35:14,21,23
36:8,16 37:3,9
38:21 42:15
67:1 69:5 72:3
72:15 78:13
83:9,11 96:11
110:7 122:8,9
122:15 125:14
153:21 154:2
154:13 155:22
156:21 157:6
157:13 158:13
161:20 162:1

162:16 163:3,8
163:11,24
165:8
**refunds** 54:19
**registered**
186:19
**regular** 90:15
117:8
**regulating**
104:11
**regulation**
113:1
**regulatory**
34:20 42:9
**reilly** 2:14
**reject** 56:19
85:24
**rejected** 56:7
56:22
**related** 44:8
56:5,10 179:14
**relates** 131:5
173:11
**relation** 107:15
183:7
**released** 84:4
**reliability**
59:12
**reliance** 4:3
11:6 57:2
**rely** 36:5,13
58:20 60:24
171:12
**relying** 15:13
31:2 40:8 82:10
82:12 157:4

182:5
**remains** 39:12
150:15
**remember** 37:5
94:19 96:20,23
157:24 166:24
169:7
**remote** 1:14 5:6
5:13
**remotely** 5:11
5:12
**remove** 52:10
52:18 149:8
**renzi** 2:12
**repeat** 107:12
135:22 148:9
151:8
**repeatedly**
34:17
**repeating** 64:22
80:6
**rephrase** 17:15
**replicate**
176:13,19
**report** 4:5,7,9
7:5,8,22 8:24
10:8 11:12,19
11:20 12:4,7,11
12:15,21 13:16
13:21 14:4,10
15:12,15,24
25:12 48:17,20
49:18 57:16,22
58:7,7,13,22
59:13 65:24
69:15 70:1

**[report - right]**                                                    Page 37

79:12,18,22,23
82:2,3,7,9
84:13,19 85:3,6
87:7 94:6 95:15
96:9 99:14
111:23 130:20
130:22 131:2
133:4 164:4,9
178:23 180:17
180:24 182:6
184:2,4
**reported**  79:11
121:18
**reporter**  1:18
2:24 5:18 53:22
54:1 144:15
169:7 186:19
186:19
**reporting**  5:13
**reports**  20:20
25:6 48:19
49:10,22 85:9
94:4,8,20 166:9
173:1 177:4
178:1,17,18,20
178:21,24
**representative**
66:21 177:17
**represents**
131:3 186:8
**request**  9:10
16:22 44:15
47:1
**required**  42:9
113:5 118:13
137:12

**requirement**
85:20
**research**  19:8
47:12 103:13
106:10,15
110:3 132:21
136:14 167:16
**resolution**  62:8
62:11,11 92:8
**resolved**  76:12
**respect**  32:20
40:4,7,9 92:1
105:3
**respected**  114:3
**response**  9:14
16:19 44:12,14
49:23 50:1
**responses**  43:4
43:14 44:7,22
**responsive**
44:19,24 45:20
**rest**  26:3
**result**  50:24
85:19 186:13
**results**  13:4,18
62:1 75:23,24
76:9 79:11,15
79:15 80:1,4,15
80:19 82:6 83:6
90:7 100:4
110:10 138:20
160:12 170:7
172:1
**retainer**  54:18
107:22

**retains**  14:6
80:15
**return**  102:18
**reversed**
117:19
**review**  43:15
43:20 57:2
**reviewed**  30:16
32:23 35:12,17
36:14 41:6 63:9
82:22 83:13
90:2 122:17
**revision**  10:21
13:17,24 14:4
**reynolds**
136:14 148:24
**rg**  7:24 8:6,9
67:14,17,24
68:2 99:12,12
99:13 152:20
153:23 154:1
159:17,23
160:3
**ri**  22:7 34:4,4
34:16,22 35:9
36:3 39:13
**ribbony**  125:15
**rico**  108:8
**rid**  48:23 52:22
53:5 135:5
**right**  9:5 10:15
11:8 13:5 16:16
17:1,4 18:17
25:10 27:21
29:3 30:11
35:11 36:4

39:23 40:12
41:19 42:19
45:17 47:1 48:1
48:17 49:9,9,10
50:2 53:13
54:21 55:22
56:21,24 57:10
57:15 61:18
69:17 70:2,4,9
70:10 74:15,21
75:4 77:7 78:4
78:13 79:8,10
79:18,20 80:16
81:14,23 87:22
88:2,6,21 93:13
97:8 98:8
102:24 105:7
105:12 106:4
108:2,2,11,15
108:22 111:1,5
111:14 113:16
116:21,22
117:2 123:19
125:7 126:4
128:17,19
129:19 130:11
137:12 138:17
140:3,16,20
143:4 144:4,11
144:11 145:7
149:10,11,18
150:1,5 151:2
157:17 159:8
160:15 161:17
161:22 166:12
168:10 172:9

**[right - screen]**                                                Page 38

| | | | |
|---|---|---|---|
| 173:20 | 46:18 48:21 | **satterley**  12:10 | **school**  51:13,20 |
| **ring**  94:17 | 73:8,11 84:21 | 15:1 170:21 | 83:5,19 84:21 |
| 151:18 | 85:18,18,24 | **save**  180:4 | 85:2 88:16 |
| **ris**  7:23 10:9 | 87:4 112:15 | **saw**  39:20,20 | 90:12 97:21 |
| 12:5 35:4,21,23 | 115:15,16,20 | 39:21 88:12 | 98:18 99:4 |
| **rj**  14:9 91:12,17 | 121:17 132:20 | 99:15,16 | 102:6 106:12 |
| 181:13 | 139:22 148:16 | 100:23 135:14 | 109:9 110:1 |
| **rmh**  2:16 | 152:6 161:14 | 136:5,13 153:8 | 111:8,11 |
| **rmr**  186:18 | 170:14 173:2 | 153:8 170:6 | 135:19 136:3 |
| **robinson**  1:17 | **samples**  8:8 | 173:10 | 139:5 148:1,18 |
| 2:23 186:18,18 | 11:23 12:13 | **saying**  15:13 | 149:22 150:1,4 |
| **robust**  73:2 | 24:2,5 42:12 | 19:15,16 29:13 | 150:8,14 |
| **rolle**  87:12 | 46:7,10,12 47:8 | 29:24 35:18 | 153:11 |
| **room**  6:15,16 | 51:23 59:19 | 39:17 79:7,8 | **schools**  173:1,2 |
| **roth**  2:10 | 62:13,24 64:2,3 | 91:10 104:9 | 173:3,5 175:16 |
| **roughly**  131:13 | 65:10 66:18 | 105:21 114:4 | **science**  16:9,10 |
| **rounds**  172:22 | 67:15 69:21 | 121:12 123:3 | 59:1,3,5 82:13 |
| 172:22 173:9 | 79:3,6,16,24 | 124:3 125:22 | 92:1 115:5 |
| **routine**  42:12 | 81:17,20,21 | 125:23 128:8 | 124:20 125:9 |
| **routinely**  63:1 | 82:16,17 98:3 | 133:5 143:16 | 129:11 139:5 |
| 64:9 | 110:5,12 | 151:10,17 | 139:20 |
| **rpm**  148:13,14 | 111:10 115:23 | 153:1 160:12 | **scientific**  75:22 |
| **rpr**  2:23 186:18 | 119:1,10,17,18 | 169:22 175:22 | 83:18 124:19 |
| **rugs**  176:6 | 119:19 133:14 | 183:5 | 132:7 134:2,6 |
| **rule**  34:21 | 135:15 138:1 | **says**  21:4,14 | 137:16 |
| **ruled**  25:8 | 159:20 160:7 | 24:14 27:22 | **scientist**  36:7 |
| **run**  20:23 | 167:10 171:6,6 | 28:9 33:22 | 51:21 82:22 |
| 177:15 | 171:7,17 173:2 | 34:18,19 37:11 | 116:4 121:16 |
| **running**  50:3 | 173:4 178:5,6,7 | 41:4 53:4 86:22 | 121:22 125:1 |
| **résumés**  177:13 | **sanchez**  14:9 | 98:18 123:19 | **scientists**  114:3 |
| | 37:5,6 59:15 | 137:1 149:4 | 121:20 147:3 |
| **s** | 128:11 129:2 | 176:16 | **scopes**  115:18 |
| **s**  2:1 186:18 | **satisfied**  73:21 | **scan**  28:20 | **screen**  6:24 |
| **sales**  1:7 | 120:19 | **schedule** | 18:12,15 43:12 |
| **sample**  12:9,9 | **satisfy**  174:14 | 178:12 | 145:13,15 |
| 15:21 34:16 | | | |

[screw - shelf]                                                        Page 39

**screw**  23:10
**scroll**  27:1
**scrutinized**
  127:18
**scrutiny**  124:18
**sdivita**  2:16
**seagrave**  14:9
  37:5 49:8
  128:12 129:3
**second**  4:9 6:14
  9:16 44:3 57:13
  58:13 96:21
  105:22 107:4
  113:6
**secret**  91:21
**section**  11:6
  12:1 21:2 47:16
  48:12,14,16,17
  66:4 84:18
  105:22 164:4
  164:14
**see**  6:24 13:18
  18:3,13,14
  20:16 22:23
  23:15,19 26:11
  31:11 33:17
  34:13 36:21,22
  41:9 42:17 44:7
  66:20 70:9,17
  72:2,18 73:16
  75:10,13,17
  76:3,20 80:14
  91:9 95:17
  98:13,19
  114:23 115:23
  116:6,7 117:11

120:2 145:12
147:2 152:3
158:8 163:14
174:6 175:5,8
177:20 178:5
183:21
**seeing**  12:22
  24:7 27:7 36:9
  37:13 38:22
  69:5 72:3,19
  78:11 102:12
  120:16 127:23
  152:12 153:2
  153:20 154:9
  156:4,7,23
  160:7 161:19
**seems**  165:15
  181:19
**seen**  21:7 23:1
  39:8 88:16,19
  127:19 133:7
  154:16 159:23
  162:21 171:8
**select**  34:15
**selected**  46:21
**selection**  41:13
**sell**  139:12
**sem**  47:5
  113:24 137:4
**send**  137:24
  138:4
**sending**  91:3
  138:3,4
**sense**  100:20
  102:17 116:4
  116:23 121:13

122:2 125:23
159:3
**sensitive**  63:3
  76:18 87:10
  91:22 100:12
  104:18 117:17
**sensitivity**
  78:18 112:9
  114:16 129:12
  145:10,18
**sent**  9:9 12:10
  12:12 14:8,21
  42:2 44:1 104:9
**sentence**  85:14
**sentences**  44:20
**separate**  86:18
  101:11 105:19
  106:1 136:9,11
  138:24 139:1
  139:15
**separating**
  132:20 134:19
**separation**  4:11
  60:3,9 61:1,22
  62:2 63:11
  64:15 73:19
  74:10 75:7 81:9
  83:2,20 85:8,12
  86:5,7,19 87:17
  88:5 89:6 91:3
  91:13 92:20
  100:2,6,11
  101:23 103:14
  103:21 104:12
  105:7,19 109:7
  111:14 112:20

113:9 114:1
116:21 127:1
132:6,23 133:1
133:6 134:3,7
136:12 138:24
139:8 140:2,5,9
140:15,19
141:22,23
143:3 145:5
150:18
**sepiolite**  159:1
**september**  8:3
  13:23 68:15
**sequence**  158:1
**series**  99:23
**serpentine**
  21:21,21,22
**services**  6:13
**session**  96:21
**set**  35:6 71:13
  79:23 178:12
**seven**  119:1
**sg**  7:24 10:10
  36:11 39:20
  50:15 65:22
  66:15 68:10,14
  70:10 71:14
  73:12,15 74:8
  99:12 101:6
  153:24 154:7
  156:9 159:23
  164:11 165:1
**share**  43:12
**shawn**  14:18,20
**shelf**  12:9 14:11
  14:23 15:16

**[shelf - sorry]**                                                          Page 40

| | | | |
|---|---|---|---|
| 81:4 147:12 | **sic** 35:4,5,24 | **sitting** 6:14 | **smallest** 75:17 |
| **shelved** 86:11 | 37:3 40:22 | 38:10 77:1 | **smell** 176:8 |
| **short** 130:1,1 | 46:13 86:20 | 112:15 114:21 | **sold** 64:12 |
| **shorthand** | 87:15 96:11 | **six** 58:1 108:6 | 129:15 |
| 186:6 | 122:9,10 | 108:10 124:2 | **solely** 110:7 |
| **shortly** 95:3 | 132:12 154:13 | **sixed** 83:14 | **solid** 112:16 |
| **shoved** 24:13 | **side** 22:13 | **size** 7:23 10:9 | **soluble** 102:2 |
| **show** 25:23,23 | 156:22 179:20 | 10:13 12:6 | **solution** 146:13 |
| 47:24 50:3 | **sides** 181:8 | 18:22,22 65:21 | 146:24 147:11 |
| 55:11 57:6 | 182:1 | 66:3,23 67:2,17 | **solve** 115:2 |
| 65:17 82:17 | **sieve** 162:15,15 | 67:24 75:19 | **solving** 114:20 |
| 91:13 105:13 | 163:17 | 98:10,10 | 120:11 |
| 127:22,22 | **signature** | 112:23 141:4 | **somebody** |
| 129:13 131:9 | 186:17 | 146:23 152:3 | 177:5 |
| 139:7 142:13 | **signed** 51:19,21 | 153:3,5 154:21 | **something's** |
| 150:20 154:20 | **significant** | 155:3,11,17 | 114:13 |
| 176:12 178:22 | 110:15 111:22 | 156:1 161:19 | **somewhat** 68:1 |
| 179:1 | 125:20 | 161:19 162:13 | **soon** 17:21 |
| **showed** 16:23 | **significantly** | 163:6,14,16,17 | 174:22 |
| 83:6 99:1,3 | 35:4,13 165:11 | 163:18 164:11 | **sooner** 127:17 |
| 100:7 136:8,10 | 165:13 | 164:13 | **sop** 175:7 |
| 149:5 | **similar** 50:7 | **sizes** 153:21 | **sops** 47:3,18 |
| **shower** 12:3,3 | 66:23 153:20 | 162:20 | 48:2,3 175:5 |
| 44:10,10 | 153:21 161:20 | **slide** 21:13 26:6 | 177:24 |
| **showing** 9:13 | 162:20 | 26:7 145:24 | **sorry** 8:12,21 |
| 20:21 52:5 | **simon** 12:13,18 | 149:9 152:8 | 13:1 28:5 29:9 |
| 78:10 82:13,24 | 12:23,23 13:1 | **slides** 144:20 | 39:7 40:5 48:5 |
| 100:4 154:1 | **simple** 38:5 | **slight** 47:12,12 | 48:9 55:2 67:7 |
| **shown** 40:16 | 101:4 | **small** 6:14 50:4 | 70:12 73:6 74:3 |
| 64:7 134:13 | **single** 75:11 | 67:17 68:8 | 74:23 79:24 |
| 171:10 | 108:4 137:13 | 98:12 99:15 | 81:24 88:8 91:5 |
| **shows** 121:24 | 155:2 | 100:14 120:17 | 94:4 95:20 |
| 132:24 163:9 | **sir** 20:7 70:7 | 156:17 | 104:14 130:16 |
| 177:17 | 88:12 | **smaller** 50:11 | 133:23 135:22 |
| **shu** 3:12,16 | **sit** 77:21 144:10 | 100:7,7 155:9 | 136:20 138:15 |
| 9:17 | | 163:14 | 140:12 151:7 |

**[sorry - stenographic]**                                                     Page 41

157:4 159:10
164:7 175:12
175:14,21
183:19
**sort** 19:11
54:20 129:8
177:9
**source** 10:11
20:13,17
**sourced** 80:21
**space** 156:15
**spalding** 2:18
**speaking** 5:14
**specific** 44:12
45:13 50:24
86:24 150:13
**specifically**
60:4 80:3 86:17
184:3
**speculating**
142:24 184:10
**speed** 52:17
**spend** 51:14
58:5 117:13
125:4 133:3
**spending** 52:21
**spent** 19:8
62:12 107:24
**spike** 8:14
68:17 69:11
70:13
**spiked** 8:7,9
66:15 70:10,16
71:6,12
**spiking** 73:10

**spin** 49:1
100:23
**spinning**
115:21
**split** 13:23
**splits** 81:6
**springs** 15:22
**spun** 101:7
**square** 155:12
**sr** 35:5
**srm** 42:16
**stack** 46:5
**stacks** 7:1
**stages** 32:8
151:3,13
**stain** 86:20
146:12,14
149:10
**stained** 149:8
**staining** 3:12
3:17 9:20 10:21
27:15 31:4,17
32:8,13 86:20
**stainless** 162:7
**standard** 3:8,10
7:24 8:14 10:14
17:8,9,16 18:14
20:5 21:16 26:7
26:12 27:10,19
27:23 29:15,16
30:2,3,5,6 33:8
33:8,14 35:5,14
47:3,7,10 52:12
65:17 66:3
71:16,22 73:1,5
73:6 74:12

92:16 98:6 99:7
151:16 152:13
152:15,19
153:24 156:5,7
160:13 161:12
161:15 162:6
164:14 175:20
**standardization**
8:16
**standardized**
59:21
**standards**
16:18 18:3,4
20:12,14 50:3
52:11 60:11
98:23,24 99:20
113:3,21
114:23 136:16
146:19 149:5
154:20 160:4
176:4
**stands** 69:21
**start** 33:14
54:15 66:23
76:22 90:9
109:12 114:14
129:10 133:13
133:19 174:22
174:23 184:14
**started** 17:22
17:22 18:21
51:10 78:23,23
79:2 88:21
97:15,17,22
98:5 99:17,19
101:21 112:19

113:16 116:18
117:4,7 120:10
135:16 153:17
153:19 154:6
158:6,7 159:4
**starting** 8:9
9:15 80:22
84:20
**starts** 108:23
109:12 134:18
**state** 44:23 60:6
63:7 91:22
162:7
**stated** 33:20
36:7,19 37:2
105:24 112:24
144:11
**statement** 35:2
35:16 36:4
45:19,24 46:1
51:22 52:17
106:4
**states** 1:1 44:12
87:8,12,18
96:16
**stating** 35:12
37:8
**status** 166:18
166:19
**stay** 40:17,18
**stayed** 114:5
**stays** 89:13
**steel** 89:8 162:7
**steering** 43:4
**stenographic**
5:17

[step - take]                                                          Page 42

step  47:23
    48:12 120:18
stephanie  2:15
steps  116:1
    174:13
sticking  101:20
stop  24:16
    92:10 98:22
    169:12 184:15
    184:18
stopped  152:17
    156:18
store  129:17
    139:13
story  97:13
    102:22
straight  101:13
straightforward
    60:1 102:6
    154:5
street  2:3,7
strike  65:15
struck  61:6
structure  7:23
    10:9 12:6
    122:11 141:6,7
    156:5 164:10
structures  8:17
    18:23 68:2
    75:13 98:10
    100:8,14,15
    120:17 156:17
struggling  91:1
stuck  19:11
    142:18

studies  182:5
    184:1
study  72:12,20
stuff  10:7 11:10
    67:18,18 68:8
    87:23 106:17
    108:1 109:3,11
    139:1,14 148:9
    162:20
su  3:12,16 9:17
    30:11 31:2,4,15
    36:4 37:22 39:4
    156:24 165:10
su's  10:16
    33:15 40:17
    158:20
subcommittee
    105:2
subject  45:11
submitting
    124:18
subparts  44:12
subpoenas
    174:24
subset  104:24
sufficiency
    92:19
suggested  19:3
    19:3 24:24 37:1
suggesting
    128:1,4
suggestion
    121:8 155:10
suite  2:7,14
suites  34:1

sup  52:16
supervision
    186:8
supplement  7:4
    7:7 10:8 11:12
    11:20 12:4
    13:15,21 14:10
    15:15 57:22
    65:23 164:3,9
supplemental
    4:5,7,9 15:24
    57:16 58:7,13
    79:22 82:9 94:5
    131:2 180:17
    180:24 182:6
    184:2
supply  174:23
support  104:10
    104:22 163:1
    163:22 171:13
supposed  37:15
    100:12 147:14
supposedly
    143:3
sure  8:22 11:9
    18:1,23 20:2
    21:19 26:20
    29:2 42:3 48:8
    65:1 69:24
    74:15 78:22
    80:9 81:15
    99:20 114:9
    130:4 138:10
    148:21 151:21
    152:23 157:18
    162:5 163:15

168:19 169:12
    169:20 170:24
    183:12
surface  101:18
    101:19,22
    135:3,4 176:7
surfactant  52:7
    135:2
surfactants
    135:7
surprising  61:3
suwanee  15:19
swear  5:18
sworn  5:12,23
system  63:24
    77:7,10

t

t  186:1,1
table  8:6,9,23
    10:3 36:1 37:18
    37:20,21 38:12
    38:20,24 39:2,8
    41:13 69:20
    70:9 158:20,20
    159:13
tables  12:2
    30:24 32:9,15
    34:2,8 40:1
    79:23 176:6
    184:3
tad  27:1
take  17:13 18:7
    23:20,20 24:15
    37:23 38:23
    53:17,19,20,20

[take - tem]                                                                    Page 43

| | | | |
|---|---|---|---|
| 53:24 59:8 | 101:7,10,19 | 145:24 172:6 | 87:14 132:19 |
| 66:22 93:15 | 104:11 105:20 | 172:10 | **techniques** |
| 94:23 98:3,20 | 106:2 109:24 | **talked** 36:7 | 86:24 |
| 115:23 116:1 | 110:2 111:13 | 70:16 83:1 | **technology** |
| 119:2 120:12 | 114:7 115:11 | 85:13 94:3 | 33:8 86:18 |
| 120:13,14 | 116:19 117:22 | 103:8 105:4 | **tecum** 42:21 |
| 130:1 139:4,7 | 118:6 121:9,17 | 124:16 132:5 | 43:7 |
| 152:6,7 169:9 | 122:1 124:5,11 | 151:15 161:21 | **tedious** 110:24 |
| 169:21 174:13 | 125:18,19 | 163:13 174:2 | 111:1 |
| 179:9 | 126:3,12 128:3 | **talking** 45:18 | **tell** 5:23 70:24 |
| **taken** 1:15 | 131:5 133:19 | 45:18 48:9 58:6 | 103:24 129:15 |
| 83:21 186:5 | 134:11,24 | 64:18 68:13 | 132:15 135:10 |
| **takes** 106:19 | 135:2 136:9,11 | 73:10 74:5,19 | 155:20 158:12 |
| 156:15 | 137:3 139:10 | 75:2 76:13 99:1 | 158:17,18 |
| **talc** 4:12 8:1 | 145:6,19 | 104:15 108:11 | 164:15 170:11 |
| 10:11,13 12:2 | 146:12,14,24 | 108:14 117:3 | 174:13 |
| 12:20 14:1,3 | 149:3,16 | 119:7 124:6 | **telling** 26:13 |
| 18:1 19:6,9,15 | 151:14 152:2 | 131:12 134:18 | 105:5 141:20 |
| 20:1,22 23:19 | 152:12 158:23 | 139:18,24 | **tem** 18:7 47:5 |
| 24:2 25:3,3,4,5 | 159:20 161:23 | 142:24 145:10 | 60:15,17 73:14 |
| 25:7,11 39:22 | 163:17 165:18 | 149:17 151:2,4 | 73:17 74:7 75:9 |
| 47:8 50:23 | 167:10,22 | 151:13 153:3 | 75:10,24 76:4 |
| 51:15,23 56:5 | 171:17 172:3 | 157:24 160:18 | 76:16 77:12 |
| 56:10,23 60:4 | 173:11,19,21 | 170:9 174:22 | 78:17 79:1,4,6 |
| 63:16,18 65:9 | 179:14 | **talks** 41:13 | 79:16 82:17 |
| 66:9 68:18,22 | **talc's** 129:14 | 145:17 | 90:14,21 91:16 |
| 68:23,24 69:6 | **talcs** 36:10 72:4 | **tamara** 11:17 | 96:14 99:3 |
| 69:10 70:14 | 140:22 | **target** 15:21 | 111:18 112:21 |
| 71:12,14,22 | **talcum** 1:6 5:7 | **te** 114:12 | 113:9,14,16,24 |
| 72:14,16,17,18 | 8:8 14:12 44:16 | **teach** 139:5 | 114:12,15,17 |
| 72:20 73:8,8,11 | 45:1,21 127:8 | **technical** | 114:23 115:16 |
| 74:1,2,17 77:16 | **talk** 56:11 | 114:20 148:8 | 115:24 116:21 |
| 78:24 79:3,5 | 60:18 97:12 | **technically** | 117:1,4,16 |
| 80:4,19 85:4 | 103:6,17 104:9 | 91:7 | 118:1,7 120:20 |
| 94:8 97:24 | 106:21 121:7 | **technique** 3:12 | 137:4,9,17,22 |
| 98:11 99:21,21 | 129:6 140:14 | 9:20 31:5 59:21 | 138:2,11,12 |

**[tem - time]**                                                                    Page 44

141:2,12
145:17 146:2
170:8,13 171:3
171:9 172:22
173:12,18
178:5 179:5
**tems** 119:4
**ten** 53:10
110:14 184:15
**tension** 135:4
**tenths** 75:15
**test** 79:11,15
80:1,15 82:6
87:13 120:9
171:24
**tested** 120:4
**testified** 6:1
59:16 117:5
142:5 179:14
183:9
**testify** 77:22
83:17 160:2
176:23
**testifying** 18:18
106:22 174:12
**testimony** 11:7
24:1 67:4,9
77:1 88:15
104:19 120:8
129:1 142:9
143:9 151:18
**testing** 44:9
46:4 47:4,8
53:2 59:12 60:8
82:10 92:19
140:16 170:7

170:12 171:5,9
176:17 180:21
**tests** 94:7
130:13,15
180:16,23
181:2
**thank** 7:21
16:15 102:20
131:21 144:18
185:1
**thanks** 13:14
**that'd** 141:2
**theoretical**
106:5
**theoretically**
106:1
**theories** 76:7
100:21
**theory** 115:6
161:22 165:6,9
**thereto** 186:6
**thick** 154:24
**thickness**
154:23 155:11
**thing** 7:13 61:3
72:2 73:14,17
75:13 97:3
129:18,22
131:8 159:1
161:17 168:11
173:8 175:4
180:7
**things** 51:3
65:19 88:20
94:2 103:5
114:4 119:21

137:2 143:22
160:19 166:17
176:6
**think** 10:1,2
11:8,15 15:6
16:10 28:7
29:13 31:24
34:12 35:1 38:2
38:19 39:19
41:10 47:21
48:10 50:5 52:5
52:13 53:7
54:18 59:3,4,14
59:16 65:21
68:6 70:5 71:8
72:23 76:1,21
77:7 80:23 81:2
81:21 86:10
87:6 89:4 93:9
99:5 101:1,2,11
102:13 105:8
108:7,9,19,20
110:6,13,20
111:7,22
112:22,24
114:19 115:14
117:6 120:2
123:12 125:1,6
127:4,6,10,13
127:23 128:9
131:17,20
133:21 134:10
142:12,13
150:8 154:15
160:22 161:3,5
163:19 166:14

167:5 169:5,19
170:22 172:2
175:14 179:18
181:12,22
**thinking** 87:4
129:19 132:4
135:7 143:8
**third** 10:2
11:20 166:13
**thirteen** 110:12
110:14
**thought** 26:9
77:9 84:15 86:6
105:17 113:7
134:12 135:20
144:9 159:18
159:22 162:14
172:6 181:15
**thousand** 108:3
115:19 116:2
155:5
**thousands**
124:1
**thousandths**
152:2 155:8
**three** 20:18
64:1,2 72:23
81:6,16,19
110:16 111:9
147:11 165:23
165:23 169:21
176:2
**thumb** 34:21
**tiles** 101:14,14
**time** 5:6 17:20
18:5,20 19:8

**[time - two]**                                                                 Page 45

| | | | |
|---|---|---|---|
| 20:6 21:7,7 | 154:17 155:9 | 153:10 | 88:21 91:5 |
| 24:14 27:8 | **tired** 168:22 | **track** 168:17 | 97:15 110:23 |
| 36:21 47:18 | **title** 26:7 27:22 | **tracking** 13:11 | 111:7 135:5 |
| 49:1 53:13 54:8 | 145:4 | **trailed** 16:18 | 139:15 148:6,9 |
| 54:11 58:5 62:3 | **titles** 177:14 | **trainees** 168:3 | 151:11,18 |
| 62:12 64:18 | **today** 6:11 | 168:4 | 152:24 |
| 65:2 73:3 81:13 | 38:10 57:22 | **training** 168:8 | **tube** 101:12 |
| 93:19,23 97:20 | 61:18 77:2,21 | 168:14 177:9 | **tunnel** 101:12 |
| 99:10,17 100:5 | 133:4 142:6 | **transcript** | **turn** 48:3 98:7 |
| 100:6,23 102:4 | 147:18,19 | 186:4,9 | **turned** 68:4 |
| 103:16,19 | 149:23 150:16 | **transcripts** | **turnover** 48:8 |
| 105:15 106:18 | **today's** 5:5 | 134:13 | **turns** 152:2 |
| 107:10,24 | **together** 38:20 | **transposed** | **tutley's** 13:23 |
| 108:8 110:9 | 60:11 71:9 | 28:8 | **tv** 132:22 |
| 111:12 114:22 | 105:24 108:8 | **transverse** 76:5 | **tweaked** 144:7 |
| 114:23 116:18 | 129:6 131:3 | **tremolite** 52:18 | **tweaking** |
| 117:4,5,13 | 136:23 138:12 | 52:19 60:9 | 150:10 |
| 118:22 120:5 | 181:24 | 63:10 64:3 85:5 | **tweezer** 149:7 |
| 120:10 125:4 | **told** 16:21 | 135:8 162:10 | **tweezers** 152:7 |
| 128:18,23 | 89:17 90:10 | **trial** 88:11 | **two** 14:22 15:15 |
| 130:6,9 133:4 | 103:18 105:10 | **trials** 179:15 | 17:23 19:14 |
| 136:13 138:6 | 125:3 126:21 | **trick** 131:7 | 20:18 23:6 |
| 142:9 144:12 | 128:15 129:9 | **tried** 99:7 | 30:11 32:14,15 |
| 145:22 146:8 | 143:22 159:18 | 135:14 137:21 | 34:1,4 35:18 |
| 148:18,20,22 | 160:10 172:9 | **true** 45:24 46:1 | 38:18 46:14 |
| 148:23 149:6 | **tomorrow** | 68:5 186:9 | 50:2 75:12,16 |
| 152:10 158:9 | 94:23 | **trump** 52:16 | 75:20 80:14 |
| 165:24 166:20 | **took** 24:6 110:9 | **truth** 5:23,23 | 81:6 97:7,18 |
| 166:23,24 | 110:19,24 | 5:24 | 109:16 110:16 |
| 167:6 168:1,5,8 | 135:13 162:6 | **try** 18:12 37:17 | 115:19,21 |
| 168:22 170:1,4 | 162:15 | 56:16 109:5 | 121:11 130:13 |
| 180:5 181:7 | **top** 22:2 26:11 | 112:20 115:11 | 130:15,18,24 |
| 185:3 | 83:2 89:12 | 131:20 138:1 | 139:2,16 |
| **times** 21:2 | 101:9,14 | **trying** 29:1 | 147:10,11 |
| 51:22 97:10 | **trace** 62:24 | 49:6 50:7 52:6 | 155:4 160:18 |
| 112:24 113:7 | 65:9 139:19 | 53:4 70:23 78:9 | 169:21 174:7 |

[type - validate]                                                        Page 46

| | | | |
|---|---|---|---|
| **type**   32:14 59:5 | 127:7 151:9,11 | 113:24 115:11 | 98:15 102:2 |
| 63:22 85:11 | 184:8,9 | 117:13 123:4 | 109:23 110:2,5 |
| 152:3 176:16 | **understanding** | 132:3,5,12,19 | 111:9,20 |
| **types**   34:4 | 16:3 21:15,23 | 135:19 136:2 | 115:15,18 |
| 50:22 72:3 | 22:6 77:15 | 137:1 138:23 | 116:20 118:6 |
| 110:4 | 151:7 171:24 | 146:15 147:18 | 118:24 119:5 |
| **typical**   36:20 | 174:4 177:10 | 148:1,10,19 | 119:24,24 |
| 67:22 | **understood** | 151:4 153:24 | 120:1,1 122:18 |
| **typically**   23:14 | 142:7 167:20 | 155:20 156:19 | 126:3,24 |
| 30:18 36:23 | **union**   10:10 | 161:15 | 128:16 129:20 |
| 39:18 177:13 | 36:11 99:11 | **used**   21:16 35:9 | 132:11,13,16 |
| **typo**   8:11,13,23 | 153:18 164:11 | 52:7 63:24 67:1 | 134:6,18,21,22 |
| **typographical** | **unique**   132:8 | 81:13 85:14,15 | 135:1 136:11 |
| 7:8 | **united**   1:1 | 86:18 87:6,24 | 136:15,22 |
| **typos**   7:12 | **university** | 88:3,6,10 98:22 | 146:7 147:5 |
| **u** | 51:13 106:11 | 98:23 104:12 | 148:22 150:17 |
| | 127:17 | 111:12 113:13 | 150:23 151:15 |
| **u.s.**   63:22 | **unnamed** | 136:4,8,16 | 152:14,19 |
| **um**   121:19 | 166:13 | 139:4 144:5 | 154:6 156:6,14 |
| 178:22 | **unscientific** | 147:13,23 | 157:9,12 |
| **unable**   68:8 | 63:13 | 148:2,24 | 160:13,14 |
| **unclear**   63:12 | **unusual**   62:23 | 158:12,19 | 161:13,14 |
| 78:21 | 76:9 | 161:9 168:19 | 170:17 171:9 |
| **uncomfortable** | **update**   147:19 | 171:21 | 171:17 |
| 168:15 | **updated**   3:22 | **uses**   107:1,16 | **usual**   50:8 |
| **under**   42:8 76:4 | 42:20 43:5,14 | **using**   3:17 | 162:19 |
| 76:11,16 77:14 | 43:15 55:16,19 | 10:20 31:17 | **usually**   53:24 |
| 86:16 174:14 | 55:24 96:1 | 37:16 48:13 | 64:17 67:14 |
| 183:14 186:7 | **uploaded**   55:13 | 49:2,9 51:15 | **v** |
| **understand** | **upper**   22:13 | 60:2,8 63:9,10 | |
| 8:22 58:24 | **use**   34:5 37:3 | 74:8,8,12 77:2 | **v**   63:22 |
| 65:18 76:10,10 | 52:1,2,16 64:14 | 77:6,9 78:8 | **vague**   121:5 |
| 86:23 88:4 | 85:14 91:12 | 79:1,3 81:8 | **valadez**   12:8 |
| 105:16 121:11 | 97:22 98:3 99:7 | 85:7 88:14 | 46:16,17 |
| 122:3,4,5,6 | 103:20 104:18 | 91:15 92:7 93:1 | **validate**   37:4 |
| 124:4 125:21 | 111:15 113:23 | 96:14,17 97:22 | |

**[validated - weeks]**

**validated** 119:3
149:14
**validates** 35:17
37:7
**validating**
92:12
**validation**
149:17
**values** 22:3,7
**variables** 38:18
**various** 100:21
110:4 149:21
179:15
**verbatim** 38:13
**verification**
85:11
**verified** 63:13
160:24
**verify** 33:4
98:20 99:8
116:16 160:23
**verifying** 78:13
81:10
**vermiculite**
63:5,16,19,23
64:2,3 65:3,7
136:23
**vermont** 51:5,6
51:8,15 52:20
81:16,20 82:1
119:17 135:9
149:3 161:11
**version** 11:11
31:12 55:12
151:17

**versus** 22:21
34:10 62:15
112:6 114:7
115:15 117:8
124:5,8 155:23
**victim** 58:1
**video** 1:14 5:6
**videoconfere...**
1:15
**videographer**
2:22 5:1,4 54:7
54:10 93:18,22
107:9 130:5,8
169:24 170:3
184:20 185:2
**videotaped**
42:20 43:6,16
**view** 32:18
154:22
**violate** 16:12,12
**visible** 52:3
**visual** 156:16
156:19
**vitae** 3:24
**voc** 176:16
**vocs** 176:1,8
**volatile** 176:1,9
**volume** 9:16,18

| w |
| --- |

**w** 63:4
**w.r.** 63:21
**waiving** 44:13
**walgreens**
15:20

**walk** 97:14
129:17
**walter** 161:3
**want** 8:22
15:14 16:2
19:13 39:23
52:1,1 53:17,20
53:23 68:20
70:24 71:11
76:18 77:10,10
78:14,17,17
79:20 81:14
84:6 89:21 91:2
97:12 101:1
113:24 118:18
123:10,17
125:2 138:11
164:18 169:9
169:10,15,20
169:20 172:10
177:2,3,4,20
178:3,5 183:8
183:12 184:15
**wanted** 18:1,23
26:20 68:19
69:2 94:2 99:20
103:3,12 114:9
130:17 168:16
**warp** 52:17
**wash** 146:14
**washington** 2:8
**wasting** 172:20
173:6
**watch** 132:23
**water** 89:10
102:2 146:14

**wavelength**
34:3 38:5
**wavelengths**
24:12 38:16
161:4
**way** 6:9 8:10,18
23:16,23,24
27:5 29:18
30:20 37:22
55:14 71:14
72:23 73:13
74:16 78:7
80:12 84:7 89:5
98:19 101:16
101:21 115:3
116:15 120:24
121:2,10 158:5
163:6
**we've** 8:19 16:9
16:11 19:23,23
20:3 22:13,24
23:5 30:2 32:1
45:7 53:7 67:12
67:13 72:3
73:15 93:13
101:22 106:17
119:17 129:24
149:20 162:19
169:8,19
178:24 183:13
184:12
**website** 173:10
**week** 97:6
**weeks** 97:18
108:13 109:17

| | | | |
|---|---|---|---|
| **weighing**  48:21 | **withdraw** | 147:15 152:9 | **worried**  7:19 |
| 48:24 | 61:23 90:4,5 | 158:2 170:23 | **worse**  102:12 |
| **weight**  72:6 | **withdrawn** | 173:3 175:24 | **worthless** |
| 141:2,12 | 40:6 50:20 | 176:20 181:17 | 111:16 |
| 149:16 | 79:14 118:4 | 183:7 184:12 | **wrap**  151:11 |
| **weirick**  12:17 | 138:15 157:2 | **worked**  67:13 | **write**  55:21 |
| 81:22 | 180:22 183:19 | 86:21,24 98:5 | 138:6 |
| **welcome**  45:12 | **witness**  5:11,19 | 109:10 144:4 | **writing**  186:7 |
| **went**  13:19,19 | 5:22 28:4,13,19 | 146:18 151:5 | **written**  22:3 |
| 31:24 36:3 | 53:11 54:5 61:9 | 151:19 | 47:18 |
| 39:19 56:12 | 61:13,17 69:16 | **working**  33:7 | **wrong**  24:12 |
| 64:4,13 65:24 | 145:14 186:10 | 56:9 63:16 | 25:15 121:9 |
| 99:6,9,23 | **wolfson**  16:4 | 71:16 97:15 | 128:16 143:16 |
| 100:17 101:22 | 61:6,8 92:4,14 | 102:3,24 | 143:21 144:3 |
| 117:6 120:11 | 93:7 | 103:12,22,24 | 153:9 |
| 149:12 169:7 | **wolfson's**  58:19 | 105:11 106:13 | **wrote**  104:20 |
| 172:14 179:22 | **won**  128:13 | 108:24 109:13 | **x** |
| **white**  139:10 | **word**  91:10 | 113:11 126:22 | |
| 140:11,13 | 123:4 152:5 | 127:2 128:2,9 | **x**  3:1 4:1 87:13 |
| 141:24 | **work**  23:21,22 | 141:10 142:7 | **xrd**  63:24 64:11 |
| **whites**  22:14 | 49:6,13 54:14 | 142:21 143:1 | 111:12,15,24 |
| **wide**  75:16,16 | 54:17 59:5,11 | 143:15 144:22 | 112:2 113:24 |
| **width**  66:6,10 | 63:15,17 65:7 | 147:12 165:6,9 | 137:4,9 |
| 122:10,11,14 | 67:23 68:8 | 166:20,22 | **y** |
| 154:3 155:21 | 74:20 75:8 | 167:6 178:9 | |
| 155:23,24 | 77:20 79:8 | **works**  134:4 | **y**  155:15 |
| **william**  1:14 | 95:24 97:14 | **worksheet** | **y'all**  127:13 |
| 5:9,21 8:2 | 102:14 103:22 | 158:10 | **yardley**  87:16 |
| 11:13 42:21 | 106:6,7,17,18 | **world**  122:17 | **yea**  103:6 |
| 43:6 | 106:22 108:12 | 127:9 133:5 | **yeah**  7:19 10:3 |
| **willing**  83:17 | 115:7 117:6,8 | 134:6 135:11 | 11:14 15:7 |
| 122:23 123:6 | 118:10 119:7 | 161:5 171:16 | 19:22 22:16 |
| 174:11 176:23 | 123:16 127:11 | **worlds**  115:16 | 26:23 27:12 |
| **windsor**  136:13 | 131:12,14,24 | **worldwide** | 28:23 32:1,3 |
| 148:24 | 132:1,3 135:11 | 87:20 133:19 | 53:12 54:15 |
| | 140:10 147:2 | | 69:20 81:18,19 |
| | | | 82:16 93:15 |

**[yeah - zoom]**                                                    Page 49

| | |
|---|---|
| 94:24 111:15 | **zeros**  9:4 71:15 |
| 123:23 124:7 | 72:23 |
| 136:1 140:17 | **zimmerman** |
| 141:1 142:23 | 15:23 81:22 |
| 151:9 153:5 | **zoom**  1:15 29:6 |
| 157:11 169:18 | 29:22 |
| 169:23 175:15 | |
| 182:12 | |

**year**  51:14
95:18 131:17
167:2,4,4,5
173:16 176:21
**yearly**  176:24
**years**  16:8
19:15 20:18
35:19 46:14
55:20 82:14
92:2,4 93:2,2,2
112:22 117:3
134:14 136:23
157:16,24
158:2
**yellow**  24:22
40:18,18,18,19
40:23 124:7,8
**yellowish**  155:2
**yellows**  41:1
**yesterday**
43:21 44:3
**york**  2:19,19
60:6,7 63:7,12
92:18 96:15

**z**

**zero**  8:24 10:3
108:3 155:15

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.