# Section 3



SG210 Standard at 0.05% Chrysotile
Talc 4 Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.595

25 μm



SG210 Standard at 0.05% Chrysotile
Talc 4 Elongation @ 630X

2.5 μm



SG210 Standard at 0.05% Chrysotile
Talc 4 Perpendicular Dispersion
R.I. <1.550

25 μm



SG210 Standard at 0.05% Chrysotile
Talc 3 Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.590

25 µm



SG210 Standard at 0.05% Chrysotile
Talc 3 Elongation @ 630X

2.5 μm



SG210 Standard at 0.05% Chrysotile
Talc 3 Perpendicular Dispersion
R.I. <1.550

25 µm



SG210 Standard at 0.05% Chrysotile
Talc 2 Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.590

25 µm



SG210 Standard at 0.05% Chrysotile
Talc 2 Elongation @ 630X

2.5 μm



SG210 Standard at 0.05% Chrysotile
Talc 2 Perpendicular Dispersion
R.I. <1.550

25 µm



SG210 Standard at 0.05% Chrysotile
Talc Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.595

25 μm

SG210 Standard at 0.05% Chrysotile
Talc in Elongation @ 630X

2.5 μm



SG210 Standard at 0.05% Chrysotile
Talc Perpendicular Dispersion
R.I. <1.550

25 µm

# Section 4



SG210 Calidria Chrysotile 0.05% Standard 4
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.570

25 µm



SG210 Calidria Chrysotile 0.05% Standard 4
Elongation @ 630X

2.5 μm



SG210 Calidria Chrysotile 0.05% Standard 4
Crossed Polars @ 630X

2.5 μm

SG210 Calidria Chrysotile 0.05% Standard 4
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 μm



SG210 Calidria Chrysotile 0.05% Standard 4
Perpendicular Dispersion
R.I. 1.559 to 1.560

25 µm



SG210 Calidria Chrysotile 0.05% Standard 3
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.571

25 μm

SG210 Calidria Chrysotile 0.05% Standard 3
Elongation @ 630X

2.5 µm



SG210 Calidria Chrysotile 0.05% Standard 3
Crossed Polars @ 630X

2.5 µm



SG210 Calidria Chrysotile 0.05% Standard 3
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 μm



SG210 Caldria Chrysotile 0.05% Standard 3
Perpendicular Dispersion
R.I. 1.559

25 μm



SG210 Calidria Chrysotile 0.05% Standard 2
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.571 / impacted by bundle thickness

25 µm



SG210 Calidria Chrysotile 0.05% Standard 2
Elongation @ 630X

2.5 μm



SG210 Calidria Chrysotile 0.05% Standard 2
Crossed Polars @ 630X

2.5 µm



SG210 Calidria Chrysotile 0.05% Standard 2
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm



SG210 Calidria Chrysotile 0.05% Standard 2
Perpendicular Dispersion
R.I. 1.555 / impacted by bundle thickness

25 μm



SG210 Calidria Chrysotile 0.05% Standard
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.571 / impacted by bundle thickness

25 µm



SG210 Calidria Chrysotile 0.05% Standard
Elongation @ 630X

2.5 μm



SG210 Calidria Chrysotile 0.05% Standard
Crossed Polars @ 630X

2.5 µm



SG210 Calidria Chrysotile 0.05% Standard
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm



SG210 Calidria Chrysotile 0.05% Standard
Perpendicular Dispersion
R.I. 1.553 to 1.560
Impacted by bundle thickness

25 µm