# Section 5



M71547-001CSM-001 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.565 to 1.567

10 µm



M71547-001CSM-001 Chrysotile
Perpendicular Dispersion
R.I. 1.554

10 µm



M71547-001CSM-001 Chrysotile
Elongation @ 400X

2.5 μm



M71547-001CSM-001 Chrysotile
Crossed Polars

2.5 µm



M71547-001CSM-001 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 μm



M71547-001CSM-002 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.567 to 1.570

10 µm



M71547-001CSM-002 Chrysotile
Perpendicular Dispersion Dispersion
R.I. 1.551 to 1.556

10 µm



M71547-001CSM-002 Chrysotile
Elongation @ 400X

2.5 µm



M71547-001CSM-002 Chrysotile
Crossed Polars

2.5 µm



M71547-001CSM-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71547-001CSM-002 Chrysotile
Elongation
Rolled to show fibrosity @ 400X

2.5 µm



M71547-001CSM-002 Chrysotile
Crossed Polars
Rolled to show fibrosity @ 400X

2.5 µm



M71547-001CSM-003 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.560 to 1.569

10 µm



M71547-001CSM-003 Chrysotile
Perpendicular Dispersion
R.I. 1.552 to 1.556

10 μm



M71547-001CSM-003 Chrysotile
Elongation @ 400X

2.5 µm



M71547-001CSM-003 Chrysotile
Crossed Polars

2.5 µm



M71547-001CSM-003 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71547-001CSM-004 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.564 to 1.570

10 µm



M71547-001CSM-004 Chrysotile
Perpendicular Dispersion
R.I. 1.552 to 1.556

10 µm



M71547-001CSM-004 Chrysotile Elongation @ 400X

2.5 µm



M71547-001CSM-004 Chrysotile
Crossed Polars

2.5 μm



M71547-001CSM-004 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71547-001CSM-005 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.566 to 1.571

10 μm



M71547-001CSM-005 Chrysotile
Perpendicular  Dispersion
R.I. 1.552 to 1.556

10 μm



M71547-001CSM-005 Chrysotile
Elongation @ 400X

2.5 µm



M71547-001CSM-005 Chrysotile
Crossed Polars

2.5 μm



M71547-001CSM-005 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71547-001CSM-006 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.567 to 1.570

10 μm



M71547-001CSM-006 Chrysotile
Perpendicular Dispersion
R.I. 1.552 to 1.555



M71547-001CSM-006 Chrysotile
Elongation @ 400X

2.5 μm



M71547-001CSM-006 Chrysotile
Crossed Polars

2.5 µm



M71547-001CSM-006 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71547-001CSM-007 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.564 to 1.572

10 µm



M71547-001CSM-007 Chrysotile
Parallel Dispersion
R.I. 1.555 to 1.558

10 µm



M71547-001CSM-007 Chrysotile
Elongation @ 400X

2.5 μm



M71547-001CSM-007 Chrysotile
Crossed Polars

2.5 μm



M71547-001 CSM-007 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm