# Section 6



M71376-001CSMP-001 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.565 to 1.568

10 µm



M71376-001CSMP-001 Chrysotile
Perpendicular Dispersion
R.I. 1.551 to 1.562

10 µm

M71376-001CSMP-001 Chrysotile Elongation @ 400X



M71376-001CSMP-001 Chrysotile
Crossed Polars

2.5 µm



M71376-001CSMP-001 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 μm



M71376-001CSMP-002 Chrysotile
Perpendicular Dispersion
R.I. 1.553 to 1.557

10 μm



M71376-001CSMP-002 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.566 to 1.568

10 µm



M71376-001CSMP-002 Chrysotile
Elongation @ 400X

2.5 µm



M71376-001CSMP-002 Chrysotile
Crossed Polars

2.5 µm



M71376-001CSMP-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71376-001CSMP-003 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.566 to 1.568

10 µm



M71376-001CSMP-003 Chrysotile
Perpendicular Dispersion
R.I. 1.551 to 1.555

10 µm



M71376-001CSMP-003 Chrysotile
Elongation @ 400X

2.5 μm



M71376-001CSMP-004 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.564 to 1.567

10 µm



M71376-001CSMP-004 Chrysotile
Perpendicular Dispersion
R.I. 1.553 to 1.558

10 µm



M71376-001CSMP-004 Chrysotile
Elongation @ 400X

2.5 µm



M71376-001CSMP-004 Chrysotile
Crossed Polars

2.5 μm



M71376-001CSMP-003 Chrysotile
Crossed Polars

2.5 μm



M71376-001CSMP-004 Chrysotile
Polaizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71376-001CSMP-003 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71537-001CSMP-001 Chrysotile on flake debris
Parallel Dispersion
R.I. 1.564 to 1.567

10 µm

Talc/Chrysotile intergrowth

Talc/Chrysotile intergrowth

M71537-001CSMP-001 Chrysotile on flake debris
Perpendicular Dispersion
R.I. 1.553 to 1.562

10 µm



M71537-001CSMP-001 Chrysotile on flake debris
Elongation @ 400X

2.5 μm



M71537-001CSMP-001 Chrysotile on flake debris
Crossed Polars

2.5 μm



M71537-001CSMP-001 Chrysotile on flake debris
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71537-001CSMP-002 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.562 to 1.568

10 μm



M71537-001CSMP-002 Chrysotile
Perpendicular Dispersion
R.I. 1.551 to 1.556

10 μm



M71537-001CSMP-002 Chrysotile
Elongation @ 400X

2.5 µm



M71537-001CSMP-002 Chrysotile
Crossed Polars

2.5 μm

M71537-001CSMP-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71537-001CSMP-003 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.564 to 1.568

10 µm



M71537-001CSMP-003 Chrysotile
Perpendicular Dispersion
R.I. 1.552 to 1.564

10 µm



M71537-001CSMP-003 Chrysotile
Elongation @ 400X

2.5 µm



M71537-001CSMP-003 Chrysotile
Crossed Polars

2.5 μm



M71537-001CSMP-003 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 µm



M71537-001CSMP-004 Chrysotile/Talc intergrowths
Perpendicular Dispersion
R.I. 1.552 to 1.559

10 µm

Talc/Chrysotile
intergrowths



M71537-001CSMP-004 Chrysotile/Talc intergrowths
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.567 to 1.572

Talc/Chrysotile
intergrowths

10 µm



M71537-001CSMP-004 Chrysotile/Talc intergrowths
Elongation @ 400X

2.5 μm



M71537-001CSMP-004 Chrysotile/Talc intergrowths
Crossed Polars

2.5 µm



M71537-001CSMP-004 Chrysotile/Talc intergrowths
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

2.5 μm