# Section 7



1866b Sieve
1.560
R.I Parallel 1.560

1866b Sieve
1.560
R.I Perpendicular 1.557



0.33 μm

1.04 μm

1866b Sieve
1.560
Elongation @ 200X

2.5 μm



1866b Sieve
1.560
Crossed Polars @ 200X



1866B Chrysotile Standard  -200 001
20+5 minute ball mill
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.562

25 μm



1866B Chrysotile Standard -200 001
20+5 minute ball mill
Perpendicular Dispersion
R.I. 1.560

25 µm





1866b Sieve
1.560
R.I Perpendicular 1.557



1866b Sieve
1.560
Crossed Polars @ 200X

1866b Sieve
1.560
R.I Parallel 1.560

25 µm

1866b Sieve
1.560
R.I Parallel 1.557

0.27 µm

2.02 µm

1866b Sieve
1.560
Elongation @ 200X

25 µm

1866b Sieve
1.560
R.I Parallel 1.559







1866b Sieve
1.560
Crossed Polars @ 200X



1866b Sieve
1.560
R.I Parallel 1.560



1866b Sieve
1.560
R.I Perpendicular 1.554



1866b Sieve
1.560
Crossed Polars @ 200X



1866b Sieve
1.560
Crossed Polars @ 200X



1866b Sieve
1.560
Elongation @ 200X

5/23/23 Chrysotile NIST 1866b
1.550
R.I. Parallel 1.562

1.54 μm

5/23/23 Chrysotile NIST 1866b
1.550
R.I. Perpndicular 1.550



5/23/23 Chrysotile NIST 1866b
1.550
Elongation @200X



5/23/23 Chrysotile NIST 1866b
1.550
Crossed Polars @200X

5/23/23  Chrysotile NIST 1866b
R.I. 1.550
Paralled R.I. 1.560

5/23/23 Chrysotile NIST 1866b
1.550
R.I Perpendicular 1.549



5/23/23 Chrysotile NIST 1866b
1.550
Elongation @200X



5/23/23 Chrysotile NIST 1866b
1.550
Crossed Polars @200X

5/24/23 Reprep
1.550
R.I. .562 Parallel

1.93 µm

5/24/23 Reprep
1.550
R.I. .552 Perpendicular

5.31 μm

5/24/23 Reprep
1.550
Elongation @200X



5/24/23 Reprep
1.550
Crossed Polars @200X



0.05 μm

4.46 μm

1866b Chrysotile
1.550
R.I parallel 1.562

5 μm









0.03 µm

0.42 µm

1866b Chrysotile
1.550
R.I Perpendicular 1.549







1866B Chrysotile Standard  002
Parallel Dispersion 1.550 R.I. @ 100X
R.I. 1.563

25 µm

