**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG)**<br>**JUDGE MICHAEL A. SHIPP**<br>**MAG. JUDGE RUKHSANAH L. SINGH** |
| **THIS DOCUMENT RELATES TO:**<br><br>**FRIDA IVETTE MARRACHE** | Civil Action No. 3:19-cv-14337 |

**NOTICE AND SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby gives notice of the death of the Plaintiff, YVIE MARRACHE, formerly known as FRIDA IVETTE MARRACHE.

An Amended Short Form Complaint to substitute parties pursuant to Case Management Order No. 9 and the Court's October 10, 2023 Order (Dkt. 28519) will be filed.

DATED: June 3, 2024                                  Respectfully Submitted,


By: /s/ Melanie Meneses Palmer
Melanie Meneses Palmer (CA # 286752)
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA  90211
Tel.: (310) 854-4444
Fax: (310) 854-0812
palmer@kiesel.law

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2024, a copy of the foregoing NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ Melanie Meneses Palmer
Melanie Meneses Palmer
California State Bar No. 286752
palmer@kiesel.law