# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**          3:16-md-02738-FLW-LHG

*This document relates to:*

*Mildred Chester, as personal representative of the Estate of Roselyn Carroll v. Johnson & Johnson, et al.*
*Case No. 3:18-cv-12750*
_____/

## NOTICE OF FILING

Notice is hereby given that an Amended Short Form Complaint with Jury Demand was filed on May 30. 2024 on behalf of the Estate of Roselyn Carroll.

Dated: June 4, 2024.

Respectfully submitted,

 /s/ Joseph H. Saunders_____
Joseph H. Saunders, Esquire
SAUNDERS & WALKER, P.A.
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33780-1637
(727) 579-4500, FAX (727) 577-9797
FBN 341746
joe@saunderslawyers.com
*Counsel for Plaintiff*

1