UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Monica McCoy v. Johnson & Johnson Company, et al.*<br><br>**Civil Case No. 3:20-cv-09600** | MDL NO. 16-md-02738-MAS-RLS |

**NOTICE OF FILING**

Pursuant to Federal Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel gives notice to this the Honorable Court of the death of the Plaintiff, Monica McCoy, who died on or about November 17, 2018.

Counsel respectfully informs this court that an Amended Complaint and supporting documentation pursuant to Case Management order 9 will be forthcoming.

Dated: June 4, 2024                              Respectfully Submitted,


                                                 /s/  Fletcher V. Trammell
                                                 Fletcher V. Trammell
                                                 SBN: 24042053
                                                 **TRAMMELL, PC**
                                                 3262 Westheimer Rd., Ste. 423
                                                 Houston, TX 77098
                                                 Tel: (800) 405-1740
                                                 Fax: (800) 532-0992
                                                 fletch@trammellpc.com

                                                 **Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operative of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

/s/  Fletcher V. Trammell
Fletcher V. Trammell
SBN: 24042053
**TRAMMELL, PC**
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com

**Counsel for Plaintiff**