# EXHIBIT 1

# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

**STATE OF ARIZONA**
**DEPARTMENT OF HEALTH SERVICES-BUREAU OF VITAL RECORDS**
**CERTIFICATE OF DEATH**

ORIGINAL STATE COPY

State File Number: 102-2022-032909

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST, SUFFIX) | MARIA, CHRISTINA, NAPOLI |
| 2. AKA'S (IF ANY) | |
| 3. DATE OF DEATH | 06/05/2022 |
| 4. SEX | FEMALE |
| 5. SOCIAL SECURITY NUMBER | [REDACTED] |
| 6. DATE OF BIRTH | [REDACTED] |
| 7. AGE | 71 YEARS |
| 8. CITY/TOWN, COUNTY AND ZIP OR LOCATION OF DEATH | SCOTTSDALE, MARICOPA, 85259 |
| 9. PLACE OF DEATH (TYPE OF PLACE OF DEATH AND FACILITY NAME/ADDRESS) | RESIDENCE - [REDACTED] |
| 10. BIRTHPLACE | BRONX, NEW YORK |
| 11. MARITAL STATUS | DIVORCED |
| 12. NAME OF SURVIVING SPOUSE PRIOR TO FIRST MARRIAGE | NOT LISTED |
| 13. DECEDENT'S USUAL RESIDENCE ADDRESS | [REDACTED] |
| 14. DECEDENT'S HISPANIC ORIGIN(S) | NO, NOT SPANISH/HISPANIC/LATINO |
| 15. DECEDENT'S RACE(S) | WHITE |
| 16. EVER IN ARMED FORCES | NO |
| 17. OCCUPATION | PROFESSOR OF SOCIAL WORK |
| 18. FATHER'S NAME | ALBERT, JOHN, NAPOLI |
| 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | MARY, DOROTHY, BUSATTI |
| 20. INFORMANT'S NAME | ERIC, MICHAEL, SHETZEN |
| 21. RELATIONSHIP | SON |
| 22. INFORMANT'S MAILING ADDRESS | 3336 TILDEN AVENUE #101, LOS ANGELES, CA, 90034 |
| 23. NAME AND ADDRESS OF FUNERAL FACILITY OR RESPONSIBLE PERSON | MESSINGER FOUNTAIN HILLS MORTUARY, 12065 N SAGUARO BOULEVARD, FOUNTAIN HILLS, AZ, 85268 |
| 24. FUNERAL DIRECTOR'S NAME OR RESPONSIBLE PERSON | ALLAN, , RUBY |
| 25. LICENSE NUMBER | FDL-001025 |
| 26. METHOD(S) OF DISPOSITION | CREMATION |
| 27. NAME AND LOCATION OF 1ST DISPOSITION FACILITY | PARADISE MEMORIAL CREMATORY, INC., SCOTTSDALE, AZ, US |
| 28. NAME AND LOCATION OF 2ND DISPOSITION FACILITY | |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| Field | Value | Approximate Interval |
|---|---|---|
| 29. A. IMMEDIATE CAUSE OF DEATH | STAGE 4 OVARIAN CANCER | YEARS |
| 31. B. DUE TO OR AS A CONSEQUENCE OF | | |
| 33. C. DUE TO OR AS A CONSEQUENCE OF | | |
| 35. D. DUE TO OR AS A CONSEQUENCE OF | | |

### CAUSE OF DEATH PART II

| Field | Value |
|---|---|
| 37. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO THE DEATH | |
| 38. INJURY? | NO |
| 39. INJURY AT WORK? | |
| 40. MANNER OF DEATH | NATURAL DEATH |
| 41. TIME OF DEATH | 03:30 |
| 42. WAS AN AUTOPSY PERFORMED? | NO |
| 43. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

### CAUSE AND MANNER CERTIFICATION

TO THE BEST OF MY KNOWLEDGE, THE INFORMATION ABOVE IS CORRECT AND THE DEATH OCCURRED DUE TO THE CAUSE(S) AND MANNER STATED.

44. NAME OF PERSON COMPLETING CAUSE OF DEATH: MELISSA, , HULSING
45. DATE CERTIFIED: 06/06/2022
46. CERTIFIER'S ADDRESS: 2020 E WOODSIDE COURT, GILBERT, AZ, 85297

Date Registered: 06/07/2022
Date Issued: 06/08/2022

VS-49 Rev. 12/2017



J3698034

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA. Revised 07/2016

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.



ARIZONA DEPARTMENT OF HEALTH SERVICES

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE