# EXHIBIT 2

Marlene Appel (005153)
MARLENE APPEL, PLLC
3003 North Central Ave. #2601
Phoenix, AZ 85012
Tele: (602) 254-6008
marleneappel@outlook.com
Attorney for Personal Representative



**COPY**

MAY **2 9** 2024

CLERK OF THE SUPERIOR COURT
M. PATTERSON
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| In the Matter of the Estate of | PB2024-001939 |
| MARIA C. NAPOLI, aka Maria Napoli  Deceased | STATEMENT OF INFORMAL PROBATE OF WILL AND APPOINTMENT OF PERSONAL REPRESENTATIVE |

**Warning:** This appointment is not effective until the Letters of Appointment have been issued by the Clerk of the Superior Court.

An application has been submitted by David Shetzen, requesting that the decedent's Will dated March 30, 2022 be admitted to probate and that he be appointed as the personal representative to administer this estate. The Probate Registrar has found compliance with ARS §14-3303 and §14-3308 and is satisfied that the Will is entitled to probate and that applicant is entitled to act as personal representative.

THEREFORE, the Will of Maria Napoli dated March 30, 2022 is admitted to informal probate and David Shetzen is appointed personal representative of this estate, to serve without bond, and letters shall issue upon his acceptance. The personal representative shall immediately notify the court in these proceedings of any change in address and shall be responsible for all costs resulting for failure to do so.

**Kiara Valdes** Digitally signed by Kiara Valdes
Date: 2024.05.29 12:09:54 -07'00'

Deputy Probate Registrar

Marlene Appel  (005153)
MARLENE APPEL, PLLC
3003 North Central #2601
Phoenix, AZ 85012
602-254-6008
marleneappel@outlook.com
Attorney for Personal Representative

**CERTIFIED COPY**

CLERK OF THE SUPERIOR COURT
FILED
M. PATTERSON, DEP

2024 MAY 29 PM 12:34

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| In the Matter of the Estate of ) | PB2024-001939 |
| ) | |
| MARIA C. NAPOLI, ) | LETTERS AND ACCEPTANCE |
| aka Maria Napoli, ) | OF PERSONAL REPRESENTATIVE |
| Deceased ) | |
| ) | |

## ISSUANCE OF LETTERS

David Shetzen is appointed Personal Representative of this estate, to serve without bond.

Dated: MAY 29 2024

JEFF FINE, CLERK

JEFF FINE
Clerk of the Superior Court

By_____
Deputy Clerk

M. Patterson
Deputy Clerk

## ACCEPTANCE

STATE OF ARIZONA  )
                  ) ss.
County of Maricopa )

I accept the duties of Personal Representative of the Estate of Maria C. Napoli, deceased, and do solemnly swear that I will perform, according to law, the duties of such fiduciary.

_____
David Shetzen

SUBSCRIBED AND SWORN TO before me this date: May 23, 2024

My Commission Expires:
March 31, 2028

_____
Notary Public



DESTINY GARCIA
Notary Public - Arizona
Maricopa County
Commission # 684837
My Commission Expires March 31, 2028

The foregoing instrument is a full, true and correct copy of the original on file in this office.
I further certify that the ~~Order~~/Statement appointing the
☒ Personal Representative   ~~Guardian~~
~~Conservator~~   ~~Special Administrator~~
was signed on  5-29-24  and that these letters have not been revoked.
Attest  MAY 29 2024  _____ 20___
JEFF FINE, Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.
By _Mary O. Pattus_____, Deputy