# EXHIBIT 1



# Talcum Powder Litigation

 **MDL Centrality**

👤 My Account ▾

◀◀ Return to Search Results

## Plaintiff Information 

### Plaintiff Profiles

| | |
|---|---|
| **Plaintiff ID:** 62008 | **Date of Birth:** |
| **Name:** SANDRA PRICKETT | **Email:** |
| **Case Number:** -CV- | **Name of first named Plaintiff on Complaint:** |
| **Jurisdiction:** MDL | **Firm Internal Case ID:** |

Request Deactivation

## Plaintiff Forms

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

**Send to Plaintiff**

**I. Plaintiff Profile Form** Submitted

**Amend Profile From**

## Documents

**Upload**

Filter: ALL

**Produce**

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 221068 | Plaintiff Profile Form | 05/16/2024 | Fox, Melissa | 05/16/2024 | |
| 191147 | PPF Declaration | 04/01/2024 | Fox, Melissa | 05/16/2024 | Request Removal Approval |
| 191145 | Medical Records - Holmes Regional Medical Center | 04/01/2024 | Fox, Melissa | 05/16/2024 | Request Removal Approval |
| 191143 | Medical Records - BRAC Analysis | 04/01/2024 | Fox, Melissa | 05/16/2024 | Request Removal Approval |
| | | | | | Request |

Paying Filing Fee | Registering Plaintiffs

If you require further assistance, contact us at **Talc@browngreer.com** or (888) 361-0741.

© 2024 BrownGreer PLC. All rights reserved.

Paying Filing Fee   |   Registering Plaintiffs

If you require further assistance, contact us at Talc@browngreer.com or (888) 361-0741.

© 2024 BrownGreer PLC. All rights reserved.