# EXHIBIT 2



# Talcum Powder Litigation



👤 My Account ▾

◀◀ Return to Search Results

## Plaintiff Information  ✏️

**Plaintiff Profiles**

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 61510 | **Date of Birth:** | |
| **Name:** | ROBERTA SMITH | **Email:** | |
| **Case Number:** | 2019 -CV- 20329 | **Name of first named Plaintiff on Complaint:** | |
| **Jurisdiction:** | MDL | **Firm Internal Case ID:** | |

Request Deactivation

## Plaintiff Forms

Click Start/Edit next to the form that you want to complete and start providing information.

You may send the plaintiff forms to the plaintiff by clicking Send to Plaintiff to generate an email with a link to access MDL Centrality. The access link is active for 14 days. You may use this function to send a Form to your client as often as necessary.

✈ Send to Plaintiff

I. Plaintiff Profile Form  **Submitted**　　　　　　　　　　　　　　　　　Amend Profile From

---

Paying Filing Fee  |  Registering Plaintiffs

If you require further assistance, contact us at **Talc@browngreer.com** or (888) 361-0741.

© 2024 BrownGreer PLC. All rights reserved.

6/4/24, 11:00 AM                                          Talc Sheet Information

## Documents

Upload

Filter: ALL

Produce

Show 10 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 221069 | Plaintiff Profile Form | 05/16/2024 | Fox, Melissa | 05/16/2024 | |
| 185796 | Medical Records - Florida Hospital GYN Oncology | 03/22/2024 | Fox, Melissa | 05/16/2024 | Request Removal Approval |
| 185793 | Medical Records - Florida Hospital | 03/22/2024 | Fox, Melissa | 05/16/2024 | Request Removal Approval |
| 185791 | HIPAA Authorization | 03/22/2024 | Fox, Melissa | 05/16/2024 | Request Removal Approval |
| 185783 | PPF Declaration | 03/22/2024 | Fox, Melissa | 05/16/2024 | Request Removal Approval |

Paying Filing Fee  |  Registering Plaintiffs

If you require further assistance, contact us at Talc@browngreer.com or (888) 361-0741.

© 2024 BrownGreer PLC. All rights reserved.