# EXHIBIT 3

| MDL 1201 | | | | | | Plai... |
|---|---|---|---|---|---|---|
| Row | Plaintiff Name | Law Firm Name | Plaintiff ID | Internal ID | Date of Birth | Registration Date |
| 3. | SMITH, ROBERTA | Milstein Jackson Fairchild & Wade, LLP | 61510 | | | 3/22/2024 |
| 4. | PRICKETT, SANDRA | Milstein Jackson Fairchild & Wade, LLP | 62008 | | | 4/1/2024 |

© 2024 BrownGreer PLC

| ntiff Submission Status Report Talcum Powder Litigation ||||| 
|---|---|---|---|---|
| Jurisdiction | MDL Case Number | Name of First Named Plaintiff on Complaint | Original PPF Date | Amended PPF Date(s) |
| MDL | 20329 | | 5/16/24 | |
| MDL | | | 5/16/24 | |

© 2024 BrownGreer PLC

| Most Recent PPF Date | Number of Documents Uploaded |
|---|---|
| 5/16/2024 | 4 |
| 5/16/2024 | 4 |

© 2024 BrownGreer PLC