Craig A. Knapp – Arizona State Bar No. 013580
knapp@krattorneys.com
KNAPP & ROBERTS, P.C.
8777 North Gainey Center Drive, Suite 165
Scottsdale, Arizona 85258
Tel: (480) 991-7677
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Estate of Maria C. Napoli, by and through Personal Representative David Shetzen; David Shetzen and Eric Shetzen, individually.<br><br>Case No. 3:20-cv-18220-FLW-LHG | MDL No. 16-2738 (MAS) (RLS)<br>Judge Michael A. Shipp<br>Mag. Judge Rukhsanah L. Singh<br><br>Civil Action No.: 3:20-cv-18220 |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, Case Management Order No. 9, and the Court's October 10, 2023 Order Governing Amendments to Complaints (ECF 167585), notice is hereby given that the Amended Short Form Complaint and Jury Demand was filed on June 4, 2024 on behalf of the Estate of Maria C. Napoli, by and through David Shetzen as Personal Representative; and David Shetzen and Eric Shetzen, individually.

The Notice and Suggestion of Death of Plaintiff Maria Christina Napoli was filed on June 4, 2024. A copy of Plaintiff Maria Christina Napoli's death certificate (redacted pursuant to Fed.R.Civ.P. 52) is attached and incorporated herein as Exhibit 1. Additionally, attached is Exhibit 2, establishing David Shetzen's authority to prosecute the action as Personal Representative of the Estate of Maria C. Napoli.

DATED: June 4, 2024									KNAPP & ROBERTS

											/s/ Craig A. Knapp