# EXHIBIT 1

# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

**STATE OF ARIZONA**
**DEPARTMENT OF HEALTH SERVICES-BUREAU OF VITAL RECORDS**
**CERTIFICATE OF DEATH**

ORIGINAL STATE COPY

State File Number: 102-2022-032909

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST, SUFFIX) | MARIA, CHRISTINA, NAPOLI |
| 2. AKA'S (IF ANY) | |
| 3. DATE OF DEATH | 06/05/2022 |
| 4. SEX | FEMALE |
| 5. SOCIAL SECURITY NUMBER | [REDACTED] |
| 6. DATE OF BIRTH | [REDACTED] |
| 7. AGE | 71 YEARS |
| 8. CITY/TOWN, COUNTY AND ZIP OR LOCATION OF DEATH | SCOTTSDALE, MARICOPA, 85259 |
| 9. PLACE OF DEATH (TYPE OF PLACE OF DEATH AND FACILITY NAME/ADDRESS) | RESIDENCE - [REDACTED] |
| 10. BIRTHPLACE | BRONX, NEW YORK |
| 11. MARITAL STATUS | DIVORCED |
| 12. NAME OF SURVIVING SPOUSE PRIOR TO FIRST MARRIAGE | NOT LISTED |
| 13. DECEDENT'S USUAL RESIDENCE ADDRESS | [REDACTED] |
| 14. DECEDENT'S HISPANIC ORIGIN(S) | NO, NOT SPANISH/HISPANIC/LATINO |
| 15. DECEDENT'S RACE(S) | WHITE |
| 16. EVER IN ARMED FORCES | NO |
| 17. OCCUPATION | PROFESSOR OF SOCIAL WORK |
| 18. FATHER'S NAME | ALBERT, JOHN, NAPOLI |
| 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | MARY, DOROTHY, BUSATTI |
| 20. INFORMANT'S NAME | ERIC, MICHAEL, SHETZEN |
| 21. RELATIONSHIP | SON |
| 22. INFORMANT'S MAILING ADDRESS | 3336 TILDEN AVENUE #101, LOS ANGELES, CA, 90034 |
| 23. NAME AND ADDRESS OF FUNERAL FACILITY OR RESPONSIBLE PERSON | MESSINGER FOUNTAIN HILLS MORTUARY, 12065 N SAGUARO BOULEVARD, FOUNTAIN HILLS, AZ, 85268 |
| 24. FUNERAL DIRECTOR'S NAME OR RESPONSIBLE PERSON | ALLAN, , RUBY |
| 25. LICENSE NUMBER | FDL-001025 |
| 26. METHOD(S) OF DISPOSITION | CREMATION |
| 27. NAME AND LOCATION OF 1ST DISPOSITION FACILITY | PARADISE MEMORIAL CREMATORY, INC., SCOTTSDALE, AZ, US |
| 28. NAME AND LOCATION OF 2ND DISPOSITION FACILITY | |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| | | Approximate Interval |
|---|---|---|
| 29. A. IMMEDIATE CAUSE OF DEATH | STAGE 4 OVARIAN CANCER | 30. YEARS |
| 31. B. DUE TO OR AS A CONSEQUENCE OF: | | 32. |
| 33. C. DUE TO OR AS A CONSEQUENCE OF: | | 34. |
| 35. D. DUE TO OR AS A CONSEQUENCE OF: | | 36. |

### CAUSE OF DEATH PART II

| Field | Value |
|---|---|
| 37. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO THE DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | / |
| 38. INJURY? | NO |
| 39. INJURY AT WORK? | |
| 40. MANNER OF DEATH | NATURAL DEATH |
| 41. TIME OF DEATH | 03:30 |
| 42. WAS AN AUTOPSY PERFORMED? | NO |
| 43. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

### CAUSE AND MANNER CERTIFICATION

TO THE BEST OF MY KNOWLEDGE, THE INFORMATION ABOVE IS CORRECT AND THE DEATH OCCURRED DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| 44. NAME OF PERSON COMPLETING CAUSE OF DEATH | MELISSA, , HULSING |
| 45. DATE CERTIFIED | 06/06/2022 |
| 46. CERTIFIER'S ADDRESS | 2020 E WOODSIDE COURT, GILBERT, AZ, 85297 |

Date Registered: 06/07/2022    Date Issued: 06/08/2022    VS-49 Rev. 12/2017



J3698034

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA. Revised 07/2016



KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.



ARIZONA DEPARTMENT OF HEALTH SERVICES

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE