**Plaintiff Submission Status Report**
**Talcum Powder Litigation**

| MDL 1201 Row | Plaintiff Name | Law Firm Name | Plaintiff ID | Name of First Named Plaintiff on Complaint | Original PPF Date | Amended PPF Date(s) | Most Recent PPF Date |
|---|---|---|---|---|---|---|---|
| 15. | BROWN, LOIS | McSweeney/Langevin LLC | 24950 | ROBERT, BROWN | 2/14/24 | | 2/14/2024 |
| 17. | MCDONALD, BEVERLY | McSweeney/Langevin LLC | 25015 | | 4/29/24 | | 4/29/2024 |
| 21. | SHEVENOCK, GEORGIANNA | McSweeney/Langevin LLC | 27550 | | 4/17/24 | | 4/17/2024 |
| 22. | PASCUCCI, BEATRICE | McSweeney/Langevin LLC | 27640 | | 4/3/24 | | 4/3/2024 |
| 25. | SCIFO, MARY | McSweeney/Langevin LLC | 27653 | | 4/8/24 | | 4/8/2024 |
| 26. | SANDEEN, LAUREN | McSweeney/Langevin LLC | 27654 | | 3/5/24 | | 3/5/2024 |
| 27. | PLAYFORD, MYTYL | McSweeney/Langevin LLC | 27655 | | 2/14/24 | | 2/14/2024 |
| 28. | SNEED, MARIA | McSweeney/Langevin LLC | 27656 | | 2/14/24 | | 2/14/2024 |
| 35. | BARROW, BETTY | McSweeney/Langevin LLC | 35188 | BARROW, BETTY | 11/28/23 | | 11/28/2023 |
| 39. | BRASKA, ELINOR | McSweeney/Langevin LLC | 60243 | FYE, DIANNA | 4/4/24 | | 4/4/2024 |
| 40. | OWENS, SHARON | McSweeney/Langevin LLC | 60351 | OWENS, SHARON | 2/28/24 | | 2/28/2024 |
| 41. | TARRIO, STEPHANIE | McSweeney/Langevin LLC | 60361 | TARRIO, DYTANIAL | 4/19/24 | | 4/19/2024 |
| 43. | MCCLINTON MATTHEWS, JULIE | McSweeney/Langevin LLC | 60436 | MCCLINTON-MATTHEWS, JULIE | 4/29/24 | | 4/29/2024 |
| 47. | VENTERS, LISA | McSweeney/Langevin LLC | 60560 | VENTERS, LISA | 4/19/24 | | 4/19/2024 |
| 48. | BECK, BETTY | McSweeney/Langevin LLC | 60631 | SLENKER, THOMAS | 4/25/24 | | 4/25/2024 |
| 51. | BERNARD, JOYCE | McSweeney/Langevin LLC | 60709 | | 4/22/24 | | 4/22/2024 |
| 54. | BURRELL, MELVA | McSweeney/Langevin LLC | 60746 | | 4/24/24 | | 4/24/2024 |

Cases from Docket 32599

| Row # | Case Name | Case No. |
|---|---|---|
| 480 | Morrison, Gerald | 3:20-cv-01641 |
| 481 | Tarrio, Dytanial | 3:20-cv-03057 |
| 482 | Matthews, Ronald | 3:20-cv-03329 |
| 483 | Burrell, Melva | 3:20-cv-14832 |
| 484 | Slenker, Thomas | 3:20-cv-15204 |
| 485 | Venters, Lisa M | 3:20-cv-18645 |
| 486 | Bernard, Nathaniel | 3:20-cv-19651 |

Cases from Docket 32601-2

| Row # | Case Name | Case No. |
|---|---|---|
| 1181 | Sneed, Maria | 3:18-cv-10303 |
| 1182 | Sandeen, Lynnea | 3:18-cv-10416 |
| 1183 | Playford, Mytyl | 3:18-cv-10506 |
| 1184 | Scifo, George | 3:18-cv-10607 |
| 1185 | Pascucci, Beatrice | 3:18-cv-10726 |
| 1186 | Brown, Robert | 3:18-cv-11413 |
| 1188 | McDonald, James | 3:18-cv-13587 |
| 1189 | Shevenock, Michael | 3:18-cv-13689 |
| 1191 | Fye, Dianna | 3:19-cv-18735 |
| 1192 | Owens, Jack | 3:19-cv-19392 |

© 2024 BrownGreer PLC