# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Jeanette Muirhead<br>Case No. 3:24-cv-03843 | Civil No. 3:16-md-2738-MAS-RLS |

## AMENDED NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on 06/07/2024 on behalf of Jeanette Muirhead, Individually and as Anticipated Personal Representative for the Estate of Bonnie Rubin, Deceased.

DATED: 06/07/2024                          Respectfully submitted,

                                                                  By: */s/ Daniel J. Thornburgh*

                                                                  Daniel J. Thornburgh
                                                                  **AYLSTOCK, WITKIN,**
                                                                  **KREIS, AND OVERHOLTZ, PLLC**
                                                                  17 East Main Street, Suite 200
                                                                  Pensacola, Florida 32502
                                                                  Telephone: 850-202-1010
                                                                  Fax: 850-916-7449
                                                                  dthornburgh@awkolaw.com

                                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on 06/07/2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

By: */s/ Daniel J. Thornburgh*

Daniel J. Thornburgh
**AYLSTOCK, WITKIN,**
**KREIS, AND OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Attorney for Plaintiff*