# Exhibit AD

```
                                                   Page 1

 1                SUPERIOR COURT OF NEW JERSEY
                  LAW DIVISION - MIDDLESEX COUNTY
 2                DOCKET NO. MID-L-003809-18AS

 3

 4
    KAYME A. CLARK and             )
 5  DUSTIN W. CLARK,               )     104 HEARING
                                   )
 6              Plaintiffs,        )     TRANSCRIPT OF
                                   )       PROCEEDINGS
 7       v.                        )
                                   )        (VOLUME I)
 8                                 )
    JOHNSON & JOHNSON, et al.,     )
 9  et al.,                        )
                                   )
10              Defendants.        )
    ------------------------------

11
12              Place: Middlesex County Courthouse
                       56 Paterson Street
13                     New Brunswick, New Jersey  08903
14
                Date:  May 29, 2024
15                     9:02 a.m.
16
17  B E F O R E:
18       HONORABLE ANA C. VISCOMI, J.S.C.
19
20
21              ANDREA F. NOCKS, CCR, CRR
                PRIORITY ONE
22              290 West Mount Pleasant Avenue
                Livingston, New Jersey  07039
23              (718) 983-1234
                E-mail:  p1steno@veritext.com
24
25
```

Page 2

```
 1   APPEARANCES:
 2   DEAN OMAR BRANHAM SHIRLEY LLP
       BY: BENJAMIN BRALY, ESQ.
 3   302 North Market Street
       Suite 300
 4   Dallas, Texas 75202
       Attorneys for Plaintiffs
 5
 6
 7
 8   KING & SPALDING
       BY: MORTON D. DUBIN II, ESQ.
 9       KEVIN HYNES, ESQ.
       1185 Avenue of the Americas
10   34th Floor
       New York, New York  10036
11   -AND-
       McCARTER & ENGLISH
12   BY: JOHN C. GARDE, ESQ.
       Four Gateway Center
13   100 Mulberry Street
       Newark, New Jersey  07102
14   Attorneys for Defendant,
       Johnson & Johnson
15
16
     ALSO PRESENT:  DERELL WILSON, ESQ.
17       EARLY, LUCARELLI,
         SWEENEY & MEISENKOTHEN
18
19
20
21
22
23
24
25
```

Page 3

```
 1                   INDEX
 2
 3   WITNESS              DIRECT    CROSS
 4
 5   WILLIAM EDWARD LONGO
 6
 7   EXAMINATION BY:
 8       MR. DUBIN         9
 9       MR. BRALY              174
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                   EXHIBITS
 2   NUMBER       DESCRIPTION          ID
 3   D-1   Chart summarizing PLM results  28
 4   D-2   ISO standards              45
 5   D-3   USP document               57
 6   D-4   9/16/2020 Chrysotile slide
 7         images                  59
 8   D-5   Determination of Refractive
 9         Indices of Asbestos Minerals
10         By Dispersion Staining:
11         How and Why, Dr. Su         65
12   D-6   Excerpt from product
13         number M70484            69
14   D-7   Dr. Sanchez' lab slide      72
15   D-8   Valadez analysis
16         MAS project M71614         80
17   D-9   Dr. Su's Affidavit          82
18   D-10  Dr. Longo's Declaration      90
19   D-11  Rapidly and Accurately
20         Determining Refractive Indices
21         Of Asbestos Fibers by Using
22         Dispersion Staining Method,
23         Dr. Su                  148
24   D-12  EPA R-93 test method        152
25   D-13  MAS report                161
```

Page 5

```
 1                   EXHIBITS
 2   NUMBER       DESCRIPTION          ID
 3   (P-1 - P-6 not marked)
 4   P-7   Dr. Longo's Prudencio
 5         Declaration             238
 6   (P-8 not marked)
 7   P-9   Hope Klayman sample
 8         March 11, 2022          219
 9   P-10  Supplemental expert report   206
10   P-11  Talc powder analysis of
11         J&J Baby Powder          225
12   (P-12 - P-15 not marked)
13   P-16  PLM Analysis             233
14   P-17  1993 EPA R-93            241
15   P-18  1973 Colorado School of
16         Mines document          184
17   (P-19 - P-21 not marked)
18   P-22  2003 Dr. Su chart         202
19   P-23  2022 Dr. Su paper         204
20   (P-24 - P-27 not marked)
21   P-28  Birefringence calculation of
22         SG-210 Calidria          247
23   P-29  1974 McCrone publication    200
24
25
```

Page 6

1    THE COURT:  Good morning, everyone.
2  My name is Judge Ana Viscomi.  We are here on
3  Wednesday, May 29, 2024 in the matter of Kayme,
4  K-a-y-m-e, Clark and Dustin Clark versus Johnson &
5  Johnson, et al., Docket Number 3809-18, to commence
6  the 104 hearings in this matter.
7    Before we do, may I have appearances,
8  please, on behalf of the plaintiffs.
9    MR. BRALY:  Benjamin Braly here for
10  the Clark family.
11    THE COURT:  Thank you.
12    On behalf of the defendants.
13    MR. GARDE:  Good morning, Your Honor.
14  If Your Honor please, John Garde of McCarter &
15  English on behalf of the Johnson & Johnson entities.
16  With me are Morton Dubin and Kevin Hynes from King &
17  Spalding.
18    THE COURT:  Thank you.
19    So, as I -- you may be seated -- as I
20  indicated, we are here to begin the 104 hearings in
21  this matter.  The first 104 hearing that's scheduled
22  today is of Dr. William Longo.
23    Now, ordinarily in 104 hearings, it
24  is ordinarily the party's witness, that party would
25  go first in direct, and then that's followed by

Page 7

1  cross.  Somehow or other, we changed that for this
2  hearing, so I just wanted to put that on the record.
3    Is there anything else that needs to
4  be placed on the record at this time before we call
5  Dr. Longo?
6    MR. BRALY:  Not for plaintiffs.
7    MR. GARDE:  Not for the defense.
8    THE COURT:  Thank you.
9    And do counsel wish to make a brief
10  statement regarding the issues that are of concern
11  in this case?
12    MR. GARDE:  Mr. Dubin.
13    MR. DUBIN:  Yes, Your Honor.  So,
14  there are two separate motions that were filed with
15  respect to Dr. Longo.  One is entitled Johnson &
16  Johnson's, defendants' memorandum of law in support
17  of their motion in limine to exclude Dr. William
18  Longo's chrysotile testing for a Rule 104 hearing,
19  and so that revolves around whether the
20  identification chrysotile in the product is accurate
21  and I think that's where we're going to be beginning
22  and spending most of our time during this 104
23  hearing.
24    The second motion is Johnson &
25  Johnson, defendants' memorandum -- well, motion in

Page 8

1  limine to exclude Dr. Longo's amphibole findings,
2  exposure opinions and tissue findings and request
3  for a Rule 104 hearing.  So, that motion embodies
4  three different issues:  the identification of
5  amphibole asbestos, the exposure opinions; in other
6  words, dose levels, and tissue findings specific to
7  the case, and so that will be addressed later and
8  probably more briefly than the chrysotile motion
9  with which we will be starting.
10    THE COURT:  Okay.  Thank you.
11    Do you wish to respond, Mr. Braly?
12    MR. BRALY:  I would.  I think by the
13  time the hearing is over, it's going to be fairly
14  clear that Dr. Longo follows regularly a sound
15  methodology in reaching the opinions that he
16  reached, and most of the complaints raised by
17  Johnson & Johnson, if not all of them, go to the
18  weight of the evidence that he's offering and not
19  the admissibility of it.  They have experts who
20  disagree with them, which I think is common for
21  these types of cases, but the methodology that he is
22  following to reach the opinions that he is reaching
23  is well established and understood and his
24  experience, training and education more than
25  accounts for his ability to provide the opinions

Page 9

1  that he does.
2    THE COURT:  Thank you.
3    So, Dr. Longo, if you'll join us in
4  the witness box and watch for any wiring on the
5  ground, please, on your way up here.
6    THE WITNESS:  Yes, Your Honor.
7    COURT OFFICER:  State your full name
8  and spell your last.
9    THE WITNESS:  William Edward Longo,
10  L-o-n-g-o, sworn.
11    THE WITNESS:  I'm already breaking
12  stuff.
13    THE COURT:  I think it was already
14  there.
15    MR. DUBIN:  Let me know when you're
16  ready.
17    THE WITNESS:  Okay.
18  DIRECT EXAMINATION BY MR. DUBIN:
19    Q.    Hi, Dr. Longo.  Good morning.  How
20  are you?
21    A.    I'm doing fine, Mr. Dubin.  How are
22  you doing this fine day?
23    Q.    Good, good.  Always fun to be in
24  court with you.
25    So, I'm going to start out by talking

3 (Pages 6 - 9)

Page 10

1 about chrysotile. As I said, I think it's going to
2 take us a good bit of time because we're going to
3 have to both sort of go through and explain the
4 process that we're all talking about, how the
5 methods work, and then talk about your application
6 and whether you followed those methods.
7        But, I thought it would be helpful to
8 have a little roadmap and I recognize you're not
9 going to agree with this first slide. Just about
10 what I'm intending to show today ultimately when we
11 get through what we have to travel through. And so,
12 I'm going to do a couple things. I'm going to be
13 showing some slides during the course of this and at
14 the end I'm going to mark a full copy of those
15 slides. Some slides I'm going to be introducing as
16 exhibits because they have images in the backup and
17 I want to make sure the images are on the record.
18 So, I'm just letting you know how I'm going to
19 proceed from an evidentiary standpoint.
20        But let's call up slide 1 and start
21 our disagreements. Okay? Oh, there it is.
22        Can you see that?
23    A.    I can see it pretty well.
24        MR. DUBIN: Your Honor, can you see
25 the slide?

Page 11

1        THE COURT: Yes. Thank you.
2        MR. DUBIN: Okay, great.
3 BY MR. DUBIN:
4    Q.    So, here's what we're going to talk
5 about: It's obviously our position that what you're
6 calling chrysotile in these products is not
7 chrysotile, that it is, as I have stated here, fake
8 chrysotile that you are finding through a method
9 called PLM, which is a microscope and PLM dispersion
10 staining.
11        The first one of these that I wrote
12 down there, we're going to talk about this a lot, is
13 that Dr. Longo always said TEM was the best method
14 to identify chrysotile in talc if it's there but
15 never uses it for Johnson & Johnson chrysotile
16 analysis and that's true, right?
17    A.    Up until today that's true.
18    Q.    Up until today. Okay.
19        And so when we talk about these --
20 we're going to talk a lot about these two different
21 types of microscopes, TEM and PLM, how the analysis
22 is done, and how PLM introduces an element of
23 subjectivity that can be manipulated.
24        But first this number 2, if you use
25 TEM to look at a particle, let's say a particle that

Page 12

1 you want to know is it talc, is it chrysotile, TEM
2 would provide you detailed chemistry and crystal
3 structure to confirm what mineral you're actually
4 looking at. That's also true, right?
5    A.    That is a true statement.
6    Q.    Okay. The next one, we'll be going
7 through this a lot, that the type of PLM analysis
8 that you're doing, which is called PLM dispersion
9 staining analysis, that process of identifying a
10 mineral starts with the analyst picking the right
11 color. In other words, they're observing a certain
12 under the microscope, they see a color and then they
13 have to pick the correct wavelength of light that
14 matches that color. That is also true, that is a
15 part of the PLM methodology right?
16    A.    Yes, sir. Mr. Dubin, so far you're
17 batting a hundred.
18    Q.    Thank you. I think we're now going
19 to get into the areas of disagreements, right?
20        One of the things that I'm going to
21 try to demonstrate today is that what we're
22 referring to as your fake chrysotile, that the
23 analysis under PLM is based on MAS picking the wrong
24 colors for the analysis to make it seem like the
25 talc is chrysotile, and you disagree with that; fair

Page 13

1 to say?
2    A.    You're right on that. I strongly
3 disagree with that.
4    Q.    And the other thing that eventually,
5 after we explain all the background that I'm going
6 to discuss with you, is the idea that MAS also used
7 a biased birefringence calculation method, and we'll
8 talk about what that means, but presumably you
9 disagree with that as well, right?
10    A.    That's another statement that is not
11 true.
12    Q.    And I'm absolutely sure that you're
13 going to disagree with me, and we'll see how the
14 evidence rolls, that what you're calling chrysotile
15 in these products is not chrysotile and we're going
16 to be discussing why we're asserting that over the
17 course of the day. Okay?
18    A.    Well, to me it's not okay that you're
19 not calling it chrysotile.
20    Q.    Okay. I get that. And we'll get
21 there.
22        All right. So normally if this was
23 in a trial setting I probably would be spending a
24 lot of time on your background and the money you
25 made and all of that kind of stuff, and I am going

4 (Pages 10 - 13)

Page 14

1 to discuss your qualifications specifically as to
2 PLM when we start to get to discussing the methods.
3 But I'm not going to spend as much time as I
4 normally would on money and things like that.
5         But fair to say that over the years,
6 your lab, MAS, has billed plaintiffs' lawyers over
7 30 million dollars for the work that it's done for
8 them, right?
9     A.    Yes, over the 35 years, that would be
10 correct.
11    Q.    Okay.  And let's just wait until
12 people are settled.  Sorry about that.
13        And we're going to start talking a
14 little bit about a timeline of what methods you've
15 used to look at talc and what you've said is talc
16 over time.  And so we have sort of one of the most
17 important benchmarks in that timeline when we look
18 at, you were hired, you started looking at Johnson &
19 Johnson talc for asbestos in about 2016, right?
20    A.    I think we received the first samples
21 in June or July 2016.
22    Q.    Okay.  And you were hired at that
23 time by three plaintiff law firms, the Kazan firm,
24 the Lanier firm and the Simon Greenstone firm,
25 right?

Page 15

1     A.    That is correct.
2     Q.    And your company, MAS, had already
3 had a long working relationship with those
4 plaintiffs' firms, right?
5     A.    That is correct.
6     Q.    They had paid you a lot of money in
7 the past before coming to you to analyze Johnson &
8 Johnson talc for asbestos, right?
9     A.    Well, that's really not fair when you
10 say "a lot of money."  The laboratory costs a lot of
11 money to run.  So yes, we have billed what would be
12 appropriate to help the lab run.
13    Q.    I mean, you know me, I've got a
14 million transcripts back here.  You have agreed,
15 when somebody asked you if these law firms were
16 looking for someone that they had paid a lot of
17 money to in the past, you said if that was the
18 criteria, let's hire an expert where we paid a lot
19 of money to in the past, I guess, that would be
20 true, right?  So they had paid you a lot of money in
21 the past?
22    A.    Sometimes I'm sarcastic too many
23 times on the record.
24    Q.    Okay.
25    A.    I doubt that was the reason

Page 16

1 seriously.
2     Q.    Well, it's of no moment 'cause we're
3 going to focus on science today, so I'm just going
4 to let it slide.
5     A.    Great.
6     Q.    So, let's then, I want to talk about
7 the work you've done at different time periods and
8 we can start by bringing up slide 2.
9     A.    That wasn't me.
10    Q.    So, I've tried to break this up and
11 we're going to talk about it in various time
12 periods.  The first time period we're going to talk
13 about is your results from 2017 to 2019.  And the
14 reason why 2019 is the stopping point of that, so we
15 understand, is that in 2019 the FDA reported finding
16 chrysotile in one bottle of Johnson & Johnson and
17 then after that you started issuing reports claiming
18 to find chrysotile in Johnson & Johnson by PLM,
19 okay, right?
20    A.    Not really okay because that had
21 nothing to do with it.  We were already -- what had
22 to do with it is because we got documents from
23 Johnson & Johnson that they had developed a test to
24 do heavy liquid density separation for chrysotile.
25    Q.    I'm asking --

Page 17

1     A.    Excuse me.  Finding it in the regular
2 way, what I call the dilution method, had nothing to
3 do with what we did.
4     Q.    Okay.  We'll break this down then to
5 make sure that we don't agree.  So we'll look at it
6 on a timeline and we'll see which parts of that you
7 actually disagree with.
8         Before we do that, let's call up
9 slide 3.  And just to make clear, what we're going
10 to be talking this morning, and probably most of the
11 day, there are two general families in which
12 asbestos can fall, the serpentine family and the
13 amphibole family, correct?
14    A.    I agree with you.
15    Q.    And there's one member of the
16 serpentine family, that's chrysotile, we're going to
17 be talking about that with respect to this motion.
18 Okay?
19    A.    Yes.
20    Q.    All right.  And also if we could call
21 up slide 4, I alluded to this already.  There are
22 different types of microscopes that you can use for
23 your analysis and two of them we're going to be
24 talking about and you're familiar with both of these
25 are TEM, transmission electron microscopy, and PLM,

5 (Pages 14 - 17)

Page 18

1 polarized light microscopy, right?
2      A.    Yes.
3      Q.    Okay. And each of these microscopes
4 have different methodologies that you would use if
5 you were trying to identify whether something is
6 really chrysotile, correct?
7      A.    That is correct.
8      Q.    And historically you have really
9 considered yourself a TEM analyst, right?
10     A.    Yes. I've done more TEM than
11 anything.
12     Q.    We'll talk a little bit about that
13 when we get to your PLM qualifications.
14           Let's go back to slide 1, and I just
15 want to put a little meat on the bones of the first
16 point and I know you said you agree with that in
17 general but I want to make sure that we have in the
18 record the details of it, and so let's go to slide
19 5.
20           Okay. So I want to walk through and
21 make sure that these are correct.
22           So, as I said, you were hired
23 sometime in 2016 to look at Johnson & Johnson,
24 right?
25     A.    Yes, sir.

Page 19

1      Q.    Okay. And for a period of years, at
2 least between approximately 2017 and 2019, you were
3 not reporting finding any chrysotile in any
4 Johnson & Johnson products, correct?
5      A.    That is correct. We weren't doing
6 any sample preparation that would allow us to find
7 chrysotile in Johnson & Johnson. It was all
8 amphiboles.
9      Q.    Right. And so that we all understand
10 what that means, at that time you were using a
11 sample preparation method referred to as heavy
12 density liquid separation or a number of different
13 ways you can refer to it. And because you were
14 using that type of sample preparation at that time,
15 it would largely exclude chrysotile from your
16 analysis, right?
17     A.    Correct.
18     Q.    Okay. And when you did that work,
19 after you had, to your satisfaction, pulled off
20 heavy density liquid separation for amphiboles, you
21 took that sample prep and you looked at it under
22 transmission electron microscopy to see what
23 minerals you could find, right?
24     A.    Correct.
25     Q.    And you gave some testimony over time

Page 20

1 about TEM versus PLM, you did that before you ever
2 started using PLM to identify chrysotile in
3 Johnson & Johnson, right?
4      A.    It's a little misleading. If I can
5 explain. Yes. PLM back in those days was just
6 designed and protocols out there were just designed
7 to find asbestos-added product, not trace amount of
8 products. But when I did the Johnson & Johnson MDL
9 project and decided to compare PLM, TEM, with and
10 without heavy liquid density, it found that PLM was
11 not worthless, as long as you did it appropriately
12 for trace amounts of asbestos in cosmetic talcs. So
13 that's where it all changed --
14     Q.    Okay.
15     A.    -- with the MDL samples.
16     Q.    Well, let's first just focus in this
17 period in the green back there what you said. One
18 of the things you said is that -- first of all, as
19 we pointed out, when you -- in that green period,
20 after you perfected your heavy density separation,
21 at least you were performing it satisfactorily in
22 your lab, you chose to use TEM, right?
23     A.    Right. But not for the reasons
24 you're saying.
25     Q.    Um-hum. Okay. But one of the things

Page 21

1 that you said is that the reason why you chose TEM
2 and not PLM is because TEM was the better analytical
3 method, right?
4      A.    That's correct. But that all changed
5 with the MDL samplings that came out in 2019, so
6 yes. Scientists do change their minds over time.
7      Q.    Fair enough. I'm just asking about
8 what you were saying back then. And you said that
9 you chose TEM because it was the better analytical
10 method, correct?
11     A.    That's correct.
12     Q.    Okay. In fact, you've gone so far as
13 to say back in that time that TEM really is the only
14 method that you can use to determine whether
15 asbestos is really in cosmetic talc?
16     A.    I recall saying something like that.
17     Q.    You said that, in fact, that it would
18 be okay to you to only use TEM analysis but it would
19 not be okay for you to only use PLM analysis because
20 of its problems. Is that correct?
21     A.    Oh, I may have said that but, of
22 course, that's been a while back and scientists do
23 learn new things. Sometimes people don't think so
24 but we actually do.
25     Q.    Okay. And when you got -- you were

6 (Pages 18 - 21)

Page 22

1 actually also asked specifically back in that time
2 about using PLM, which is your current methodology
3 for identifying chrysotile in talc, correct?
4     A.    Correct.
5     Q.    And one of the things that you
6 admitted is at least as of about 2019, it was your
7 opinion that PLM, the method we're going to be
8 talking about, was worthless to find chrysotile in
9 talc?
10     A.    Yes, I think I did say that.
11 Fortunately, it turned out I was wrong.
12     Q.    And one of the other things that is
13 you said that chrysotile -- that TEM back in this
14 green period, that chrysotile would be the -- I'm
15 sorry -- TEM would be the best method to identify
16 chrysotile in talc if it's there, right?
17     A.    I probably said that sometime around
18 there.
19     Q.    And one of the reasons that you were
20 saying that is because these two methodologies, TEM
21 and PLM, they have different abilities to resolve
22 small fibers of asbestos, right?
23     A.    Well, it's more than that, but -- I'd
24 be happy to explain but, yes, that's one of the
25 reasons.

Page 23

1     Q.    One of the reasons.  In other words,
2 it was your opinion at that time, back in this green
3 box period, that by choosing to use PLM, as opposed
4 to TEM, you were risking missing chrysotile even if
5 it was there, right?
6     A.    Well, it turns out a lot of people
7 were missing the chrysotile in cosmetic talc and a
8 number of people found it in cosmetic talc.  So,
9 without understanding what you're looking for,
10 because most people are -- associate with
11 asbestos-added products, but we now know that even
12 with amphiboles, TEM will see one side's population,
13 PLM sees another side's population, you have to use
14 both.
15     Q.    We'll talk about your current
16 opinions in a moment.
17     A.    Oh, sorry.
18     Q.    I'm still back in that time period.
19 And one of the things that you had said at that time
20 period was that you wouldn't want to be using just
21 PLM to look for chrysotile because single chrysotile
22 fibers or small bundles might be invisible to PLM,
23 right?
24     A.    You know, I don't really recall that
25 but I assume you have -- so I won't waste the

Page 24

1 court's time.
2     Q.    Okay.  But that is one of the
3 potential issues with just using PLM, right?
4     A.    Yes and no.
5     Q.    Okay.  Well, what we know is then
6 some time in late 2019 the FDA reported finding
7 trace chrysotile in one bottle of Johnson & Johnson,
8 right?
9     A.    Correct.
10     Q.    And after that time -- so we
11 understand that, we can -- let's just put up slide
12 7.
13         So, the FDA in one of these bottles
14 found .00002 percent or 0.00001, you know, percent
15 chrysotile in one bottle, right?
16     A.    Correct.
17     Q.    And that analysis was done using TEM,
18 correct?
19     A.    TEM with the dilution method, which
20 came out to be a detection limit on chrysotile
21 fibers of approximately five million.
22     Q.    All right.  Well, let's go back to
23 slide 5 for a second.  But no question, the
24 instrument that the FDA was using in that analysis
25 was TEM when it said it found chrysotile, right?

Page 25

1     A.    Well, that was AMA and, of course,
2 they were also doing PLM.
3     Q.    Right.  But PLM was negative?
4     A.    Correct.
5     Q.    Okay.  And so that lab, which was
6 doing PLM to look for all types of asbestos, didn't
7 find it, correct?
8     A.    By PLM, that is correct.
9     Q.    And so, you have had, in this period
10 for several years that you've been testifying, that
11 TEM is the best method to look for chrysotile but
12 you do not try to replicate the FDA's findings by
13 TEM looking at Johnson & Johnson, correct?
14     A.    Well, absolutely not.  They use a
15 method that had such important detection limit.  And
16 yes, if you have concentrations of asbestos in the
17 millions, you can find it by the non-dilution
18 method.  I would never use that method.
19     Q.    Okay.  Well, what I'm saying is
20 you're a TEM specialist, you've testified that TEM
21 is the best method to look for chrysotile in talc,
22 and yet, following up on the FDA findings, you do
23 not try using TEM, according to you, even once to
24 see if it worked to detect chrysotile in Johnson &
25 Johnson.  Is that correct?

Page 26

1    A.    That's correct, but no reasonable
2  scientist would try to replicate that when they know
3  those kind of detection limits. You know that
4  bottle that had all that chrysotile in it, I think
5  it added up to like 35 or 40 million chrysotile
6  structures, you don't see those concentrations too
7  long.
8    Q.    So, first of all, one of the things
9  about TEM is that it has the ability to find much,
10 much smaller percentages of asbestos if it's there
11 than PLM, right?
12   A.    Not for the cosmetic talcs. We've
13 gotten the PLM detection limit down to four zeros
14 and a one and because of the size that we're seeing.
15 Now, we're just running through the new validation
16 with that, but we have been for the last few weeks
17 using TEM on cosmetic talcs and we're finding
18 chrysotile. Now, we haven't done Johnson & Johnson,
19 so I carefully worded that slide, but we are now
20 finding it and it's working.
21   Q.    Okay. Well, I'm looking forward to
22 having a supplemental deposition of you, Dr. Longo.
23   A.    That's fine.
24   Q.    And, again, so you haven't found
25 chrysotile in Johnson & Johnson by TEM, so here we

Page 27

1  are. You have not done that for Johnson & Johnson
2  today, right?
3    A.    Not yet.
4    Q.    Okay. Well, we'll see.
5         So anyway but your -- so as I
6  understand it, you're saying to this group that
7  people in cosmetic talc land, if they were just
8  using PLM, they were using the most sensitive
9  analysis even if they weren't using TEM?
10   A.    No. That's not what I'm saying. Out
11 in cosmetic talc land, they needed to be using the
12 Colorado School of Mines heavy liquid density
13 separation and they also needed to also need to look
14 at something reasonable like the SG-210 Union
15 Carbide chrysotile that has the same characteristics
16 in what we're finding in there. So out in cosmetic
17 talc land, there's another scientist, Mark Bailey,
18 who's also using the CSM, TEM, and that's why we --
19 the first samples we analyzed were his samples, they
20 were Avon samples and I think the mine was Vermont,
21 and he found chrysotile in the three samples, as
22 well as anthophyllite, and then we analyzed those
23 three samples to verify the TEM method now that we
24 have it.
25   Q.    Look, you're going on about things

Page 28

1  that you've never spoken about in a deposition. I'm
2  happy to address them with you, but we're talking
3  about J&J, so let's both stay focused.
4         And it's still true today that even
5  though you testified multiple times that TEM would
6  be the best way to look for chrysotile, as we sit
7  here today, so that's -- you've been analyzing talc
8  since 2017 and we're now in 2023, throughout that
9  entire period of time you have not tried once to
10 verify whether there is chrysotile in Johnson &
11 Johnson by TEM, right?
12   A.    Yes and no. There's a good reason
13 why we haven't but, yes, you're correct, but, no,
14 it's not just that we wanted to ignore it. We want
15 to make sure the CSM method was optimized so that we
16 could, one, do another validation on it, and, two,
17 know what our detection limits were.
18   Q.    Okay. We'll be talking about that
19 CSM method in a minute, but I just want to finish
20 filling out our chart here, and so I'm going to mark
21 as the first exhibit CX00024. I thought this would
22 just be handy because -- thank you.
23        THE COURT: What is the marking on
24 this one, D-1?
25        MR. DUBIN: It will be D-1. We'll

Page 29

1  call that up. I'll give you my copy. We don't
2  really need to go through this in depth but...
3    BY MR. DUBIN:
4    Q.    So, we talked about the fact that the
5  FDA findings were in one bottle, but using your PLM
6  method, the one that you're identifying chrysotile
7  by, this is a chart that was, I think, put together
8  by the DOBS firm summarizing some of your PLM
9  results.
10        But using this technique that we're
11 going to talk about, your mineral identification in,
12 you essentially find chrysotile asbestos in every
13 product that you examined, right?
14   A.    That's almost true. We have a
15 negative here and there, so I would say maybe 5
16 percent are negative.
17   Q.    Five percent are negative?
18   A.    Somewhere around there.
19   Q.    'Cause we'll be going into that at
20 some point if it's really 5 percent. But in this
21 chart that was prepared for your results in the
22 Plant case by DOBS it's a hundred percent right?
23   A.    Yes.
24   Q.    Okay. And so we can go back to that
25 slide 5.

Page 30

1    In fact, based on your current
2 testing, you've also offered the opinion basically
3 that any bottle of talc that was sold in North
4 America that used a mine source that is relevant to
5 US sold talc will have asbestos in it, any bottle,
6 right?
7    A.    If you can -- yes, yes, sir.  If you
8 can get the detection limit, every mine in North
9 America had asbestos in it.
10    Q.    And so, in other words, in a case
11 let's say somebody went in and bought only three
12 bottles from a particular retailer, you would come
13 in and say, well, every one of those bottles if it's
14 a US sourced talc that it likely has asbestos in it
15 based on the way you are currently doing your
16 analysis, right?
17    A.    Well, no, not just based on the way
18 that I'm currently doing my analysis.  Based on the
19 way all the previous work has been done, mainly by
20 J&J, based on other scientists who are finding it.
21 So it's not anything to do with the analysis.  We're
22 just using standard methodology, just made it more
23 sensitive.
24    Q.    And so we're going to go next to
25 slide 8, because I'm going to start talking about

Page 31

1 that period of time now in the red box but before I
2 do that, I want to back up a little bit and talk
3 about historical testing bring your lab of cosmetic
4 talc.
5    And were this a regular proceeding,
6 we'd be going through this in more depth but perhaps
7 we can do this in a little bit of a summary fashion.
8    A.    You're going to make it less painful
9 for me.  I appreciate that.
10    Q.    A little bit.
11    So, when you were hired and started
12 to appear in cases involving J&J, one of the obvious
13 questions that was asked of you many times was,
14 well, have you ever looked at cosmetic talc before
15 you were hired in cases against Johnson & Johnson so
16 that people could compare what you concluded now
17 versus back then, and you were asked that kind of
18 question a number of times, right?
19    A.    That is correct.
20    Q.    And so, 10 times, probably 10 times
21 under oath after being hired in cases against
22 Johnson & Johnson, you swore that MAS had not tested
23 cosmetic talc before the time when it started
24 working in the Johnson & Johnson cases, right?
25    A.    That is correct.

Page 32

1    Q.    And then we started to identify or
2 find old transcripts that reflected you talking
3 about MAS having tested cosmetic talc in the past,
4 right?
5    A.    Yes, sir.
6    Q.    Okay.  Some things that you had said,
7 that you looked for asbestos in baby powder, you've
8 looked, you have not found it; that asbestos in
9 cosmetic talc was an urban legend; that unless talc
10 came from New York, Upstate New York, it was clean,
11 and the like.  There were a number of transcripts we
12 don't have to go through them all, but they're
13 reflected on this slide, right?
14    A.    Correct.  You only missed one, if you
15 want to go through them all.
16    Q.    Not doing it today.
17    But suffice it to say, so my question
18 to you is:  Back in that -- one of the things that
19 you have said is that, well, during that time, you
20 weren't using the heavy density liquid separation
21 technique for amphibole and that may be why you had
22 missed some amphibole, right?
23    A.    Yes, I probably said that.
24    Q.    Well, during that time period would
25 you have been using TEM to look for both chrysotile

Page 33

1 and amphibole?
2    A.    I wasn't involved in the analysis but
3 what I can see is they used both TEM to find out
4 whatever asbestos was there.
5    Q.    Okay.  And did they use PLM?
6    A.    Yes.
7    Q.    Okay.  So, to the extent that you
8 were looking at these cosmetic talcs back in that
9 time period by PLM, MAS was not reporting to have
10 found asbestos, right?
11    A.    Well, if you move that chart just to
12 2013, we did find asbestos.  We found tremolite, 10
13 million in one and five million in another Cashmere
14 Bouquet samples that, again, I didn't know about.
15 So, not only was I hiding the negatives, I guess, I
16 was hiding the positives, too.
17    Q.    Let me make sure because we can argue
18 about that all day long.  Let me focus the question
19 to make it a little cleaner.
20    During that time period in the blue
21 range here, to the extent MAS was using PLM, which
22 is the type of microscope we're going to be talking
23 about today, and looking at cosmetic talc under a
24 microscope, it was not claiming to see chrysotile,
25 correct?

9 (Pages 30 - 33)

Page 34

1 A. For the three reports that we have,
2 that's correct.
3 Q. Okay. And so I want to talk about
4 this idea of concentration for a second because
5 you've raised that a number of times in terms of
6 sample prep.
7 And as we said, one of the
8 explanations for your saying that you didn't see
9 amphibole by TEM back in that day was that you
10 weren't using concentration, right?
11 A. We didn't have -- that's right, we
12 didn't have a detection limit, except for those
13 two which had so much tremolite in them that you
14 wouldn't need the concentration method.
15 Q. So, slide 9, I want to talk a little
16 bit about the concentration method as it relates to
17 chrysotile. Okay?
18 A. Yes, sir.
19 Q. And so, it's a different
20 concentration technique than you -- in some respects
21 than you use for amphibole, right?
22 A. Not really different. It's the same
23 methodology that's been used for hundreds of years.
24 Q. Okay.
25 A. It just changes like what you do with

Page 35

1 heavy liquid density is you change the density of
2 the liquid you're using to correspond to what you
3 needed to either make the asbestos float or sink.
4 Q. Well, one of the things that we know
5 because if you were to say, and I think you've
6 implied this a few times, well, in the past I wasn't
7 finding chrysotile by PLM because I wasn't using a
8 concentration method, one of the things that we know
9 is that you currently claim to be able to find
10 chrysotile in these products both with and without
11 concentration, right?
12 A. Yes, sir. But to be fair it was only
13 after we got the Union Carbide, what I call
14 standards, so that the individuals knew what they
15 were looking for because they're so small, so, there
16 was a learning curve here. We're scientists. We
17 try to come up with better ways to analyze things.
18 Q. And so you're mixing topics because
19 you're now talking about whether -- what types of
20 chrysotile you should be comparing to. I'm focusing
21 on the concentration method. Okay? Okay? Can we
22 talk about that?
23 A. I apologize. I thought I was
24 answering your question on why our analysts were now
25 finding it with and without concentration method.

Page 36

1 Q. Okay.
2 A. Maybe I misunderstood what you were
3 asking.
4 Q. I just want to know what the variable
5 is that changed, okay, that changed so that now
6 you're identifying it. So, I'm exploring whether or
7 not that is the use of concentration. So, that's
8 what we're going to talk about now and, trust me,
9 we'll be talking about Calidria. Okay?
10 A. The variable that changed is that we
11 got our hands on the Calidria SG-210. That helped
12 the analyst understand what they were looking for
13 since the SG-210 has all the same characteristics of
14 what we're finding in the chrysotile. That's what
15 changed.
16 Q. Okay. Trust me, we're going to talk
17 about that.
18 When was the first time your lab ever
19 examined Calidria chrysotile?
20 A. The first time?
21 Q. Yep.
22 A. I think the first time is when we
23 looked at some Visbestos some years ago under court
24 order, and this was like in 2015 or '14, and we did
25 PLM analysis there. And if you go to your Exhibit

Page 37

1 25, you can see the PLM analysis and the size
2 ranges, the length and the width, back in 2017 or
3 '15, are identical to what we're seeing with the
4 SG-210 today and it's identical to what the size of
5 the chrysotile is that we're seeing in cosmetic
6 talc.
7 Q. And, again, we're going to talk about
8 that and I want to focus on concentration right now.
9 And so, even, for example, in 2021
10 you were already using a heavy density liquid
11 separation method for chrysotile, right?
12 A. Yes, sir.
13 Q. And you were asked and you agreed
14 that the use of that concentration method really
15 wasn't improving your ability to detect chrysotile
16 under PLM in comparison to just doing it the
17 standard way, right?
18 A. That's what we found then, yes.
19 Q. And if we look at charts of your
20 results, for example, I think this is slide 10, this
21 is just an example of some of your results, we'll
22 see that both with and without concentration you're
23 routinely reporting chrysotile in the samples for
24 Johnson & Johnson, right?
25 A. Correct.

10 (Pages 34 - 37)

Page 38

1    Q.    And when we talk about concentration,
2  if we go back to slide 5 for a second, concentration
3  is a sample method, it's not a microscope, right;
4  sample preparation method, apologies?
5    A.    Yes.  It's a sample preparation
6  method for either TEM, PLM, SEM, whatever you'd like
7  to use.
8    Q.    Right.  So, you can take the results
9  of what you get from the concentration and you can
10 use it with a variety of different microscopes,
11 right?
12    A.    Correct.
13    Q.    And so, the concentration method,
14 when you developed the concentration method for
15 amphiboles or when you had it adequately tested in
16 your lab, you chose to take what you got from that
17 concentration sample prep and look at it with TEM,
18 right?
19    A.    And PLM, both.
20    Q.    Eventually PLM, first TEM, right?
21    A.    First TEM, then PLM for the MDL
22 samples also.  We were comparing.
23    Q.    But when you got your chrysotile
24 concentration method worked out in this red period,
25 you did not take that and look at it under TEM for

Page 39

1  Johnson & Johnson, right?
2    A.    Again, I apologize.  It's a little
3  misleading.  You've got it going all the way to
4  2023.  We have just come up, working in concert with
5  another laboratory, with the heavy liquid density,
6  the amount of spin time, what we've been waiting
7  for, to do this.
8         Secondly, there is no requirement
9  anywhere that once it's positive by PLM, that you
10 have to do TEM to verify it.  Not EPA, not OSHA, not
11 NIOSH, nobody, and even FDA has come out and said if
12 it's positive by PLM, you can stop.
13    Q.    Okay.  We're going to talk about all
14 that but I asked you a fairly simple question,
15 right?
16         When you -- before when you were
17 looking for amphiboles, you took the concentration
18 and then you looked it under TEM for Johnson &
19 Johnson, you took the concentration, you only looked
20 at it by PLM, right to today?
21    A.    It's misleading how you're saying
22 that.
23         MR. DUBIN:  I'm sorry, Your Honor.
24 Can I please have the witness directed to answer my
25 question.

Page 40

1         THE COURT:  If the witness is saying
2  that it's misleading --
3         MR. DUBIN:  Okay.  Go ahead.
4         THE COURT:  -- then I'm going to let
5  him explain.
6  BY MR. DUBIN:
7    Q.    You can explain how it's misleading.
8    A.    Well, you have to understand --
9         THE COURT:  I'm sorry.
10         MR. DUBIN:  I apologize.
11    A.    -- what was in the literature, say,
12 Blount, amphiboles; what was, you know, New York,
13 heavy liquid density, amphiboles.  It was all worked
14 out.
15         When we hit the chrysotile, looked at
16 the chrysotile, the overwhelming feeling was can't
17 do it.  Even in the ISO 22262-1, it said it's
18 theoretically possible but not practical.  So, there
19 was a lot of research work that had to be done and
20 we wouldn't even have tried if we didn't come across
21 Johnson & Johnson's heavy liquid density from the
22 Colorado School of Mines.  That took a lot of
23 tweaking, so to speak.  So, the amphiboles was
24 there.  You had the Blount method already published,
25 et cetera, so it's either use, you know, 2.81 that

Page 41

1  Blount says, or the 2.65 that the ISO 22262-2 said,
2  one.  With chrysotile there was no such protocol,
3  except for Colorado School of Mines couple-page
4  protocol.
5    Q.    Okay.  Very simple question:  When
6  you had PLM, you got the concentration you looked
7  under TEM -- sorry.
8         When you were looking for amphiboles
9  you had concentration, you looked at it under TEM.
10 When you're switching to chrysotile, now you are
11 taking the concentration and only looking at it
12 under PLM for J&J, is that true or false?  I mean --
13    A.    It's both yes and no.
14    Q.    So, you do look -- so, you do, did
15 use TEM for Johnson & Johnson?
16    A.    No.  I think I already stated that we
17 have not done Johnson & Johnson.  What we have done
18 so far is Avon products.  And one of them happened
19 to be sourced from Vermont.
20    Q.    And so let's then talk a little bit
21 about the impact of the choice to use PLM verse TEM.
22 Okay?  And I want to talk a little bit about those
23 different methods.  So, if we can go to slide 11.
24         So talk a little bit about mineral
25 identification.  We're going to get into PLM a lot,

11 (Pages 38 - 41)

Page 42

1 but let's first do TEM because it's fairly quick.
2         So if we then go to slide 12, these
3 are -- the things below are not chrysotile, they're
4 amphibole. But within of the things that TEM can do
5 is if you find a particle and you want to know is it
6 talc, is it chrysotile, it can provide you detailed
7 information on chemistry and on crystal structure to
8 identify the proper mineral, correct?
9     A.    Correct.
10    Q.    Okay. In fact, you have said if you
11 use a TEM, if you choose to use a TEM, it is fairly
12 simple to tell whether or not you are, in fact,
13 looking at chrysotile as opposed to talc, right?
14    A.    Correct.
15    Q.    Okay. And now let's talk about PLM
16 and the additional dimension that adds and how it
17 can then be manipulated as we'll eventually say by
18 an analyst.
19         Before I get there, though, I want to
20 just talk a little bit about your PLM
21 qualifications. Okay? And so, slide 13.
22         Fair to say that as of 2019, which is
23 right before you started to issue reports claiming
24 to find chrysotile in Johnson & Johnson, you said
25 that you personally do not do PLM analysis?

Page 43

1     A.    That's correct.
2     Q.    And, in fact, you said that as of
3 2019 you had never analyzed a sample of talc for the
4 presence of asbestos from start to finish using PLM,
5 correct?
6     A.    Correct.
7     Q.    And at least as of 2023, when we last
8 asked you, you said you had never taken any classes
9 in the type of PLM analysis we're going to be
10 talking about which is referred to as PLM dispersion
11 staining, not a single class, right?
12    A.    No, sir.
13    Q.    So, it's correct you didn't take a
14 class, right?
15    A.    Never taken a class in PLM analysis
16 to understand how to identify asbestos in
17 asbestos-added products.
18    Q.    You are a self-taught PLM
19 analysis -- analyst, right?
20    A.    Yes, sir. I don't want to sound you
21 know, braggadocios, but I have a Ph.D. in material
22 science and engineering where you know everything
23 about every type of microscope, et cetera, and
24 typically Ph.D. levels don't take basic PLM classes.
25 I know the science really well on PLM. I could

Page 44

1 analyze those samples but it would take me all day
2 so I don't do it.
3     Q.    Okay. We'll talk more about that a
4 little bit later but...
5         And if we look at the reports in
6 which MAS has claimed to find chrysotile in
7 Johnson & Johnson, you can see the names of the
8 people who actually did the analysis, right?
9     A.    Correct.
10    Q.    And you are never listed as the
11 analyst?
12    A.    Well, the only people that is listed
13 as the analyst is the person that goes from start to
14 finish. When I sit down or there's a structure that
15 there's some debate on it and I sit down and look at
16 it and go through it, I don't put my name down for
17 one structure. That's not fair.
18    Q.    Okay. And, again, the analyst would
19 typically be somebody like a Paul Hess, right?
20    A.    Correct.
21    Q.    Okay. But you, I think you just said
22 you feel comfortable answering questions today about
23 PLM dispersion analysis and how it's done at MAS,
24 right?
25    A.    Yes, sir.

Page 45

1     Q.    Great.
2         So, let's just start talking about
3 the differences. We've already said it's a fairly
4 simple matter to identify chrysotile with TEM. I
5 want to talk a little bit about how to identify
6 minerals using PLM dispersion staining. First,
7 we're just going to walk through a bit of the
8 process before eventually we're going to start
9 looking at your images in light of what we have
10 discussed. Okay?
11        And so, if we just remind ourselves
12 first, slide 1 'cause we're going to be talking
13 about one of these topics and I think you agreed
14 with it. 3, PLM analysis starts with the analyst
15 picking the right color and I think you agreed with
16 that, right?
17    A.    I agree.
18    Q.    So, I want to start to explain how
19 this works, anybody who's sort of following along
20 from the gallery don't worry, we're going to be
21 going back in each concept multiple times. All
22 right. And we can start out a little bit looking at
23 slide 15 as an example. And I think we were going
24 to introduce as, I guess it's Defense 2, just a copy
25 of the ISO standards that will be D-2, from which

12 (Pages 42 - 45)

Page 46

1  some of this will be drawn.  Thank you.
2          MR. DUBIN:  Would Your Honor -- do
3  you want a copy?
4          THE COURT:  No, I don't need one, but
5  thank you.
6          MR. DUBIN:  No problem.
7          THE COURT:  Is D-2 a combination of
8  standards or one standard?
9          MR. DUBIN:  It should be one
10  standard, Your Honor.
11  BY MR. DUBIN:
12      Q.    So, we're going to be talking a good
13  bit about what colors you should see under a
14  microscope for chrysotile, what colors you're
15  calling things.  I don't want to get there yet.  I
16  just want to talk about the process.  Okay?
17          And so, what we're looking at here is
18  an image in parallel, and we'll talk about why
19  that's significant, of ISO reference chrysotile in
20  1.550 oil, right?
21      A.    The 1866b NIST standard from Black
22  Lake, Canada, Johns-Manville's source, yes.
23      Q.    And so, again, just to talk about the
24  process, and we'll talk more about this later, when
25  you do this type of analysis, you have to select a

Page 47

1  refractive index oil, right?
2      A.    Yes.
3      Q.    And the colors of particles can be
4  slightly different depending on which refractive
5  index oil you use, right?
6      A.    That is correct.
7      Q.    So, we're going to be talking a lot
8  about two different periods of your work but right
9  now the refractive index oil that we're going to be
10  focusing on is 1.550 and that's the oil that's used
11  for this reference image, right?
12      A.    Yes.
13      Q.    Okay.  And so, if we look at the
14  steps that happen, let's assume I'm an analyst and
15  I'm looking down the microscope and I see this
16  structure, let me first ask you:  What would you
17  say, and we'll explain what this means, what the
18  refractive index of this particle is based on
19  looking at it?
20      A.    I would say the majority of what
21  we're looking at is in the 1.556 1.557 range and
22  people always call it magenta.
23      Q.    Okay.
24      A.    For a big bundle of chrysotile like
25  this, that's not surprising.

Page 48

1      Q.    Okay.  But if we go to the next
2  step, just so you understand the process, slide
3  17 -- sorry, actually, it's slide 16 first.
4          So what the analyst will do is they
5  will observe the particle under the microscope in
6  the refractive index oil and they will determine
7  what color they say they are seeing, right?
8      A.    Correct.
9      Q.    And then the next step on a very
10  basic level, if we go to slide 17, is that that
11  particular color will be associated with a
12  wavelength of light, right?
13      A.    Yes.
14      Q.    And so, here if we take that sort of
15  magenta-y color, that would be approximately 540
16  nanometers if you're converting it into a wavelength
17  of light, right?
18      A.    Yeah, 540, 530, right around there.
19      Q.    Okay.  And we can show which it is
20  but the next thing you do, the next step, if we go
21  to slide 18, is that you take that wavelength of
22  light and considering what oil you're using and
23  temperature and things like that, you can then
24  convert it into what's known as a refractive index
25  number or RI number, right?

Page 49

1      A.    Yes.
2      Q.    Okay.  And we're going to be working
3  with those numbers a good bit today.  And there is
4  an image here of an individual, Dr. Su, and there
5  are tables and methods that are used to perform this
6  type of analysis that were developed by him, right?
7      A.    This analysis?
8      Q.    Yes, this kind of PLM dispersion
9  staining analysis.
10      A.    No.  I would give the credit to
11  Dr. Walter McCrone back in the early '70s.
12      Q.    You use the Su tables as part of your
13  analysis?
14      A.    Yes.  He gives them out when he
15  audits your lab.  So, we have them there.  The
16  analyst, especially Mr. Hess who's been doing this
17  for, I don't know, 40 years, but we always use them
18  because it's handy.
19      Q.    Do you recognize Dr. Su in this
20  courtroom?
21      A.    I'm trying to remember the last time
22  he came and audited our laboratory.
23      Q.    I mean right there.
24      A.    Right where?
25      Q.    Right there.  Can you please stand

13 (Pages 46 - 49)

Page 50

1 up, Dr. Su?
2     A.    Oh, well, there he is.  Hey, Dr. Su.
3     Q.    Do you recognize Dr. Wylie?
4     A.    Dr. Wylie, of course, well, I wasn't
5 looking very hard.  Let me see.
6          Anybody else I need?
7     Q.    Me.
8     A.    I know you.
9     Q.    And so we're going to talk a lot
10 about these numbers and we're going to talk about
11 Dr. Su's method and your reliance on it but there's
12 another part of this that I want to explain and when
13 you call something chrysotile, you focus very
14 heavily on what is known as birefringence right?
15    A.    Correct.
16    Q.    And so we're going to have some
17 witnesses talk about later how birefringence is or
18 isn't a part of this analysis but for purposes of
19 today, we're going to assume it is and I'm going to
20 focus on your opinions about birefringence.
21          And so, birefringence is, to
22 introduce the concept, and as I said, trust me I'm
23 going to do my best to do this multiple times in a
24 simple way, if we go to slide 20, there's a basic
25 formula for birefringence which is that you take the

Page 51

1 refractive index in parallel, and I'll discuss this
2 in a second, you subtract the refractive index in
3 perpendicular and that leads to the birefringence
4 value right?
5     A.    Correct.
6     Q.    And the reason why we have -- we've
7 talked about -- what we were just doing a second ago
8 is, and I guess we might as well go back to that
9 slide 18, so we're referring to these RI values,
10 those are like the values that we see here, like
11 1.556, right?
12    A.    Correct.
13    Q.    And the reason why we have two
14 different RI values in this equation and if we can
15 go back to slide 20, is because when you're looking
16 at something that is in the shape of a fiber or is
17 elongated, you measure that refractive index in two
18 different orientations, parallel and perpendicular,
19 and then that gives you the data that goes into this
20 formula, correct?
21    A.    Correct.
22    Q.    Okay.  And so, one of the things that
23 has been, and, again, you made specific colors on
24 here but I just want everybody to understand what
25 your opinion is so we can talk about it, if we go to

Page 52

1 slide 21, one of the bases of your, primary basis of
2 your opinions is that the particles that you are
3 finding and calling chrysotile are chrysotile
4 because they have what is known as a low
5 birefringence value, right?
6     A.    Correct.
7     Q.    And that is as opposed to -- now,
8 talc we're going to talk about what color talc can
9 be but sometimes talc can appear in an elongated or
10 fibrous form also, just like other fibers, right?
11    A.    That, and also if you get talc plates
12 on edge, it'll give you the same type of
13 birefringence.
14    Q.    Right.
15    A.    If it's elongated or, you know,
16 metamorphic off the chrysotile or amphiboles, one of
17 those.
18    Q.    But let's, you know, again -- so, for
19 example, if we look at the chrysotile reference, the
20 reason why I have magenta and this darker blue here
21 is that the chrysotile reference sample and we'll
22 see the perpendicular in a moment in ISO, it's sort
23 of magenta in parallel and then a dark blue in
24 perpendicular, right?
25    A.    That's what it shows.

Page 53

1     Q.    Okay.  Whereas talc, typically -- so
2 let's back up a second and understand this.  So,
3 talc typically is in a plate form, right, almost
4 like, I guess a dinner plate, right, but floppier?
5     A.    I guess.  No, it's platy and you can
6 get plates stacks up, so if it gets on its side,
7 like in PLM, then you will get --
8     Q.    Blues?
9     A.    You will get a biaxial-type
10 dispersion.  If it's just flat, no, because you've
11 got the B direction.
12    Q.    Let's assume it's flat, we've got the
13 flat plate perfectly oriented flat?
14    A.    Okay, all right, we're flat.  We're
15 all stacked up.
16    Q.    Flat.  You're looking at it just like
17 that, the typical color is going to be yellow of a
18 talc plate, right?
19    A.    Yellow, goldish color.
20    Q.    We'll talk about the goldish color.
21 But some shade, at least you can agree, of yellow,
22 right?
23    A.    Gold -- yellow gold I would call it.
24    Q.    Okay.  And then if you have a fiber,
25 let's assume it's a real talc fiber, then when

14 (Pages 50 - 53)

Page 54

1 you're putting it in perpendicular, you can start to
2 also see blues, right?
3     A.    Correct.
4     Q.    But typically brighter blues than you
5 would see from a chrysotile in perpendicular, right?
6     A.    Brighter blues, brighter yellow
7 golds.
8     Q.    And so we'll talk about what we mean
9 by low birefringence, but essentially you're looking
10 at the distance between the color in parallel and
11 the color in perpendicular on a color bar, right?
12     A.    Yes.  You're basically looking at the
13 difference that's correlated by the refractive
14 indices.
15     Q.    So, the closer the colors are
16 together, the lower the birefringence; the farther
17 the colors are apart, the higher the birefringence?
18     A.    Correct.
19     Q.    And we can just see what I mean by
20 that, let's use an example just to also look at
21 reference chrysotile in perpendicular, call up slide
22 22.
23         So this is ISO reference chrysotile
24 in a perpendicular orientation and that's the color
25 that is observed in that -- for that particle,

Page 55

1 right?
2     A.    Correct.
3     Q.    And when I mean closer together and
4 farther apart, you see how the magenta color on that
5 color bar and the dark blue color on that color bar
6 are closer together than the brighter yellow on the
7 color bar and the brighter blue on the color bar,
8 right?
9     A.    Correct.
10     Q.    And that's why we say that chrysotile
11 has a lower birefringence, right?
12     A.    That is correct.
13     Q.    Okay.  Great.
14         And now I want to start talking about
15 assessment of colors in your laboratory and I'm
16 going to start out -- and, again, you agree that we
17 just talked about this birefringence calculation but
18 the birefringence calculation itself, the accuracy
19 of it, all starts with whether you're picking the
20 right color to begin with, right?
21     A.    Correct.
22     Q.    Okay.  Great.
23         So, now we're going to break down the
24 work that you've done into two general time periods.
25 The first time period that I'm going to be talking

Page 56

1 about is predominantly when you were using a
2 microscope with a Tungsten lightbulb.  Okay?  So,
3 let's go to that Longo slide 23.
4         So, we're going to explain this in
5 quite some detail but the reason that I have a
6 lightbulb on here is that for the initial several
7 years of claiming to -- actually, how long was it?
8 Well, for the initial period we're going to talk
9 about, when you were analyzing Johnson & Johnson
10 product for talc using a method based on color, your
11 microscopes had Tungsten lightbulbs in them, right?
12     A.    Correct.  Incandescent lights, like
13 most all these Olympus were.
14     Q.    And those Tungsten lightbulbs were
15 shining what you said is a golden yellow orangish
16 light on to the particles that were being observed
17 for their color, right?
18     A.    Correct.
19     Q.    So, for an analysis based on
20 assessment of color, you were using microscopes with
21 colored lighting, correct?
22     A.    It had a yellowish to it, yes, but
23 you can compensate for it.  It didn't cause any
24 analytical problem.
25     Q.    We'll see.

Page 57

1         And so, I want to look at -- again, I
2 think what you said is that talc plates in 1.550
3 should generally be yellow, right?
4     A.    Yellowish gold, more gold than
5 yellow.
6     Q.    Okay.  We can look at just an example
7 of that, it'll be D-3, I guess.  Let's mark the USP
8 or this slide with the backup from it, however.
9     A.    Mr. Dubin, I think that's an LED
10 bulb.
11     Q.    Right, that's not yours, that's
12 your -- no, that's an LED -- that's a --
13     A.    Is it?
14     Q.    -- Tungsten.  It has those wide
15 things.  I did my best.  I almost brought a lamp
16 but, anyway, we'll mark this as D-3.
17         Do I owe anybody else a copy?
18         So, I just want to look as an example
19 of some -- a talc image that is taken in the same
20 oil from the USP or United States Pharmacopeia
21 document to see what talc should generally look like
22 and we can call up slide 25.
23         And so, here we see another reference
24 image of talc.  There's also -- there's a chrysotile
25 fiber that they've spiked into the end of the talc.

15 (Pages 54 - 57)

Page 58

1 So, first, just let's focus on the talc.
2         So, when we're talking about talc and
3 talc plates, we're talking about these more rounded
4 or sometimes squared off objects, correct?  Is
5 that's the typical appearance of talc, correct?
6     A.    Correct.
7     Q.    And so we're focusing on the yellow
8 stuff, right?
9     A.    Yellow gold.  I say that's more gold
10 than yellow.
11     Q.    Okay.  And then even though this is,
12 it looks like it's parallel, this is actually a
13 picture of chrysotile in perpendicular orientation
14 so we see that classic dark blue, right?
15     A.    Are we looking at the same thing?
16     Q.    I think so.  That's parallel.
17     A.    That's parallel.
18     Q.    Okay.  That's parallel.  The other
19 one was perpendicular, so they clipped a different
20 image.  Thanks.
21     A.    All right.  Minus one on your quiz.
22     Q.    I know, you got me.
23         So anyway, we're going to focus on
24 parallel for a little bit, about what -- let's look
25 again -- before we get there, I want to remind

Page 59

1 everybody if we go back to slide 15.
2         So, this is the chrysotile reference
3 image in parallel, right?
4     A.    Yes, sir.
5     Q.    Okay.  Now, I want to take -- start
6 taking a look at some of your images and let's -- we
7 can mark as an exhibit with the backup -- what
8 number?  So, this will be D-4.
9         So what I've tried to do is at least
10 the first time I'm using each image, I've tried to
11 copy the relevant page for you so you can look at
12 the image as it existed in your reports that goes
13 with the slide.
14         THE COURT:  Before you move on, could
15 we identify these exhibits as we go along on the
16 record?
17         D-3, for example, is that part of the
18 USP?
19         MR. DUBIN:  It is.  Sorry, yes, that
20 was part of the USP.
21         THE COURT:  And what's D-4?
22         MR. DUBIN:  D-4 is coming from his
23 report.  It's going to be an image of the alleged
24 chrysotile from an analysis report dated 9/16/2020.
25         MR. BRALY:  Mr. Dubin --

Page 60

1         (Mr. Braly and Mr. Dubin speaking to
2 each other.)
3 BY MR. DUBIN:
4     Q.    Just so we know, because I think
5 plaintiffs' counsel said he wants to use the M
6 numbers, let's say M71109, M71111.  And so the image
7 that we're going to be discussing first is, I think
8 from page 296 of that report.  Okay?
9         So, again, just to make sure that
10 we're on the same page, chrysotile parallel
11 according to the reference image, I want to look at
12 the first image of what you are calling chrysotile
13 in Johnson & Johnson.
14         And so if we can then call that up,
15 that will be slide 26.
16         Okay.  So, this is an example of what
17 you were calling chrysotile in a Johnson & Johnson
18 product, correct?
19     A.    Yes, sir, that's correct.
20     Q.    Okay.  And we can see that this
21 particle is not magenta in parallel; it's yellow,
22 right?
23     A.    Yellow gold.
24     Q.    Okay.  And in fact, I think you said
25 that during, at least during this time period,

Page 61

1 before you switched microscopes, and we'll get to
2 that, that the particles that you were identifying
3 as chrysotile in Johnson & Johnson's products were
4 typically in parallel yellow, you said maybe
5 sometimes a bit of red, and we'll talk about that
6 red color at some point.
7     A.    Yellow gold.
8     Q.    Yellow gold.
9     A.    What's on the image itself versus
10 what's on -- what's on the Elmo, it's different.
11 But most of them were in, you know, 1.565 to 1.70
12 range.
13         MR. BRALY:  I have kind of an
14 objection.  This says Chinese talc (inaudible) you
15 keep saying Johnson & Johnson product --
16         THE COURT:  I'm sorry.  You're going
17 to have to speak louder.
18         Are you objecting?  Are you objecting
19 to this exhibit?
20         MR. BRALY:  Yes.
21         THE COURT:  Why?
22         MR. BRALY:  Not to the entire
23 exhibit, just the characterization of it.  This is
24 Chinese talc, it's 11 samples.
25         MR. DUBIN:  Right, Johnson & Johnson.

16 (Pages 58 - 61)

Page 62

1        MR. BRALY:  Right, okay.
2        MR. DUBIN:  So, I don't understand.
3        MR. BRALY:  Fine.  Go ahead.
4        MR. DUBIN:  Okay.  Thank you.
5        THE COURT:  You were objecting to how
6  it was characterized, correct?
7        MR. BRALY:  That's right.
8        THE COURT:  Okay.
9        MR. DUBIN:  Okay.
10  BY MR. DUBIN:
11     Q.     They're Johnson & Johnson bottles
12  that were sourced in from Chinese talc, correct?
13     A.     These were splits of Chinese talc out
14  of the mine, if I remember correctly.
15     Q.     So, it's Guangxi, China talc, right?
16     A.     Yeah, that whole area.  One of the
17  four mines.
18     Q.     I see.
19        All right.  So, any way, this is
20  typical of your images of Johnson & Johnson of
21  alleged chrysotile asbestos, they'll be yellow in
22  parallel, right?
23     A.     Well, no, it's not typical of this
24  image 'cause it's not even close to -- the color is
25  not even close to, you know, what we got.  But

Page 63

1  yeah, you can -- what we see here is a little bit
2  more darker, I would call it a darker yellow,
3  that's -- that lighting on that almost gets that up
4  to what talc is.
5     Q.     Okay.  Well, one of the things that
6  we can -- we know is that talc in parallel typically
7  is going to be about the same color as a talc plate,
8  right, both yellow?
9     A.     No, I guess you have to wait till
10  redirect.  You'll see that it's not.
11     Q.     Well, one of the things we see on
12  this image, you see a number of rounded structures,
13  too, right?  You can see them all over the field of
14  view?
15     A.     Yes, sir.  Well, they're kind of
16  round.
17     Q.     And those are talc plates?
18     A.     I agree.
19     Q.     And there's no question that talc can
20  appear, as I said, yellow in parallel orientation,
21  correct?
22     A.     At some shade, yes.
23     Q.     And you were talking about, and you
24  did it again a moment ago, talking about how this is
25  darker gold than -- that's how you were

Page 64

1  characterizing the yellow, right?
2     A.     Yeah, you've got the yellow, the
3  darker yellow, goldish yellow.
4     Q.     But --
5     A.     A lot of people call yellow gold.
6     Q.     But to be fair, this image that
7  you're calling yellow gold was taken using a
8  microscope that had a yellow gold orange light
9  shining on the particle, right?
10     A.     Yes, it had an incandescent lightbulb
11  do that.
12     Q.     And so, again, one of the things
13  that -- if the colors are off because of this light,
14  that light is shining on every particle here, right?
15     A.     Yeah, I don't agree with the "if"
16  but, yes, all those particles are being illuminated
17  by the light source from the microscope.
18     Q.     And this idea that you have to be
19  careful when characterizing different shades of
20  yellow as part of a PLM analysis, that's something
21  that Dr. Su has written about, right?
22     A.     I believe so.
23     Q.     Okay.  And you're familiar with him
24  and you agree he's an authority in terms of mineral
25  identification through staining techniques, correct?

Page 65

1     A.     I used to.
2     Q.     Okay.  Used to.  Okay.  Well, that'll
3  be interesting.
4        And let me see, you have agreed that
5  he's a well-respected expert on PLM methods and
6  analysis, right?
7     A.     I totally agree with that.
8     Q.     And you still agree with that then?
9     A.     On regular asbestos-added products.
10  I think the finding of the small chrysotile in these
11  cosmetic talcs is a little bit different for him.
12     Q.     You would expect every lab in the
13  country to have Dr. Su's tables for PLM, right?
14     A.     Yes, if he -- if he evaluated from
15  the NVLAP, dropped them off, so he got to every lab.
16     Q.     You include Dr. Su's tables as part
17  of your reports in this case, right?
18     A.     Yes, sir, I do.
19     Q.     So, I want to look at something that
20  one of his publications says about relying on shades
21  of yellow, trying to characterize it as dark yellow,
22  light yellow and the like.  So, we'll make that D-5.
23        And so, I guess if we can just go to
24  the front page of it.
25        All right.  So, we're just going to

17 (Pages 62 - 65)

Page 66

1 have to look at the hard copy. Do you have a hard
2 copy?
3      A.     I don't have a hard copy, I don't
4 think.
5           THE COURT: I'll give the witness
6 mine.
7           THE WITNESS: All right. Thank you.
8 BY MR. DUBIN:
9      Q.     Okay. So, one of the things that he
10 wrote at page 12 of this document, just so we know
11 what we're talking about, this is Determination of
12 Refractive Indices of Asbestos Minerals by
13 Dispersion Staining: How and Why, by Dr. Su from
14 2020, and you're familiar with this, right?
15      A.     Yes, sir, I believe so.
16      Q.     And one of the things that he says in
17 here is that experience tells us that yellow is the
18 hardest CSDS color to be quantified and should be
19 avoided at all cost?
20      A.     I'm sorry. Where are you reading
21 that? What section?
22      Q.     That's page 12.
23      A.     That's why I'm not finding it on page
24 2.
25      Q.     Okay. The same yellow CSDS color

Page 67

1 could be called golden yellow, yellow, light yellow,
2 pale yellow, et cetera, by different analysts in the
3 meantime is more susceptible to color temperature of
4 light source and the type of daylight filter used
5 than other CSDS colors, right?
6      A.     That's what it states.
7      Q.     So, in this method he's saying that
8 making the kind of distinction saying, oh, well, I
9 think this is more like chrysotile because it's
10 golden yellow verse bright yellow is to be avoided
11 at all cost because of some issues with potentially
12 getting the shade correct, right?
13      A.     No, none of that is in this. In
14 fact, you're reading out of a section that says
15 choose the right oil and avoid the 1.605 mistake
16 when differentiating refractive indices of
17 tremolite, actinolite and anthophyllite.
18      Q.     But the impact of a color temperature
19 of light is not specific to any particular mineral?
20      A.     Our laboratory doesn't have any issue
21 with that. So, that's what it says here is for
22 amphiboles, not chrysotile.
23      Q.     Okay. Well, we know that color
24 temperature of light, that's influenced by using
25 something like a Tungsten lightbulb, right?

Page 68

1      A.     Yes, sir, it could. Unless you're a
2 good enough analyst to overcome that by looking at
3 standards, et cetera.
4      Q.     Well, I want to look and compare
5 'cause we've already looked at USP and I want to
6 look at -- so, that's true, right? Even if you use
7 a Tungsten microscope, you can take steps to try to
8 make sure that your image is appropriately
9 illuminated and white balanced, right?
10      A.     Correct.
11      Q.     And MAS knows how to do that, right?
12      A.     Correct.
13      Q.     We'll get to that.
14      A.     The Olympus, you had to white balance
15 them yourself. The new ones, it's pretty much run
16 by the computer system but you can tell when it's
17 white balance.
18      Q.     We'll look at that 'cause we can talk
19 about white balancing, the concept. Basically what
20 that means is, if we call up slide 27, white
21 balancing what that means is, for example, let's
22 assume on the left, I see a blue owl and I want to
23 know is this some new species of owl that happens to
24 be blue. One of the things I can say is I look in
25 the background and I see a tree that should be green

Page 69

1 and it's blueish, too, right, and that's a clue that
2 my image is off, correct?
3      A.     Or your eyes.
4      Q.     Or my eyes.
5      A.     Yes.
6      Q.     But it's clear my image is off. And
7 that's why one of the things I've asked you about
8 over time is what does the talc in your images look
9 like? The talc in that scenario is the green leaves
10 in the back and whether the talc is the correct
11 color. Okay? And I'm going to talk to you a little
12 bit about that. Okay?
13           So, for example, if we call
14 up -- let's make this the next exhibit, CX 00006,
15 it's an image we're going to look at a few times.
16 (Handing.)
17      A.     Thank you.
18      Q.     And so, what I've marked is an
19 excerpt from product number M70484, Linda Zimmerman
20 analysis of Johnson & Johnson from February 24th,
21 2020. I want to call that image up.
22           So, let's look at slide 32. These
23 are from pages 3 and 4.
24           And so, here we have an image of one
25 of your first attempts to claim there was chrysotile

Page 70

1 in Johnson & Johnson. And so that we're clear what
2 you're calling chrysotile here is that particle in
3 the middle with the bar under it, right?
4    A.    Correct.
5    Q.    And these rounded structures around
6 it that are the exact same color, those are talc
7 plates, right?
8    A.    Correct.
9    Q.    Okay. And so, for example, if talc
10 is generally brighter than that, right, in other
11 words talc in general, just a talc plate is
12 generally brighter, that's a clue for us that the
13 colors are off on the image, right?
14    A.    Well, that image is not what we have
15 here but you're saying this is brighter or --
16    Q.    I'm just saying that, so, you're
17 characterizing your particles as dark orange or what
18 are you characterizing that color of that particle
19 you're claiming is chrysotile?
20    A.    Well, I wouldn't look at that. I
21 would say that is a yellow with some gold and then
22 some of the talc plates, some of the edges, the
23 edges of the plates are disperse -- are causing a
24 dispersion at a higher, a more brighter yellow. So,
25 I don't see anything wrong with that.

Page 71

1    Q.    I just want to compare it to some
2 other images that we've seen also from Vermont talc.
3 This is Vermont talc. We'll look at another image
4 of Vermont talc from a different lab.
5    A.    You're only leaving half the story
6 out. You don't have --
7    Q.    Well --
8    A.    Excuse me. You don't have a
9 perpendicular in here, which if you were to look
10 slightly down to the left, down from the particle to
11 the left, you see a fibrous material that's got blue
12 to it. So, if you show the perpendicular, most
13 everything you see in there will stay the same
14 color. And then, of course, the chrysotile portion
15 will be the blue.
16    Q.    We're going to -- I'm sorry, we're
17 going to look at perpendicular also but you're
18 saying that that parallel is going to change blue?
19    A.    What's going to change -- when it
20 goes to perpendicular, it's going to change color.
21    Q.    Well, so does talc, right, talc also
22 changes blue in perpendicular?
23    A.    Not talc plates, fibrous talc does.
24    Q.    Okay.
25    A.    Or the edges of talc plates where

Page 72

1 you've got them stacked up or you're getting some
2 dispersion there, multiple layers, that gives you
3 more of a fibrous talc color.
4    Q.    But you're calling this chrysotile
5 fiber, right?
6    A.    A bundle. You don't see fibers.
7    Q.    So, if it's talc, it would also be in
8 a fibrous shape, right?
9    A.    If it is talc, then you look at the
10 birefringence and the birefringence for this is not
11 going to be even close to talc.
12    Q.    Let's not get ahead of ourselves.
13 First let's look at another image from a different
14 lab, from Dr. Sanchez' lab, and I'll mark this next
15 as DX-2111 -- I'm sorry, I'm sorry, D-7. Ignore the
16 other number.
17       THE COURT: We'll take a break after
18 this.
19       THE WITNESS: Thank you, Your Honor.
20 I was just going to ask.
21 BY MR. DUBIN:
22    Q.    Trust me, we're going to get to all
23 the stuff. We're just doing it piece by piece
24 first.
25       So, this slide is going to be from

Page 73

1 page 12 of the document. If we could call up slide
2 33.
3       So do you recognize this as an image
4 of Vermont talc, Johnson & Johnson Vermont talc,
5 taken by Dr. Sanchez' lab?
6    A.    No.
7    Q.    Okay.
8    A.    I don't recall seeing it but is
9 this -- okay. It's in 1.552 oil, not 1.550.
10    Q.    You can look at page 12.
11    A.    Page 12.
12    Q.    You see that the image is a lot
13 brighter first, right?
14    A.    A lot brighter?
15    Q.    The illumination, the ability to see
16 the particles.
17    A.    Than this other one?
18    Q.    Between yours and his and maybe it's
19 helpful to just put them up at the same time, slide
20 34.
21    A.    If you're suggesting we don't have
22 the brightness all the way up, you are just dead
23 wrong. I know that's part of what you all think but
24 that's just not true.
25    Q.    We're going to get to that. Why

19 (Pages 70 - 73)

Page 74

1 don't you tell me are you swearing under oath that
2 your imaging, when you do it, the illumination is a
3 hundred percent?
4      A.    No, it's a hundred percent for some
5 folks.  Some folks might turn it back to 97, 95
6 because it's too bright.  But to say that we don't
7 put enough -- that we're not imaging it correctly is
8 just dead wrong.
9      Q.    We haven't even gotten to
10 illumination yet.  We're going to do that, trust me.
11      A.    I'm sorry.  I thought you were
12 getting to it because --
13      Q.    I am.  But do you see just visually
14 that one image is much brighter and you can see more
15 of the particles in the background than the other?
16      A.    You know why that is?
17      Q.    Why?  Go ahead.
18      A.    Because we're looking at those big
19 particles.  So, you have the big particles at this
20 plain.  You want to be up here.  If you were to move
21 it down to get all the other ones, they would be
22 brighter but you have taken them out of focal range.
23      Q.    Well, another thing we see is that we
24 don't see the kind of golden yellow color that we
25 see in your images that were taken with the Tungsten

Page 75

1 lightbulb, right?
2      A.    You can't really say that unless it's
3 different here because we were using 1.550
4 refractive indices and this says 1.552, temperature
5 corrected oil.
6      Q.    We'll talk about what effect that
7 should have and whether that is an excuse when we
8 get to changing oils.  But do you at least agree
9 with me that the one that does not have the Tungsten
10 lightbulb shining on it is giving you different
11 colors?
12      A.    If that is an LED, then I would
13 expect that.  But you're also going to get a
14 different color, even though you're going to get the
15 same refractive indices, when you change the
16 refractive indices oil, I understand.
17      Q.    Right, but we'll talk about this, but
18 when you change the refractive index oil, you should
19 be pushing the color, for example, the color of the
20 parallel towards blue and towards magenta, right?
21 When you raise the refractive index oil?
22      A.    No, mostly blue.
23      Q.    Okay.  And --
24      A.    Blue in parallel direction.  If it's
25 at a certain range on the refractive indices.

Page 76

1      Q.    Changing the refractive index oil is
2 not going to make a yellow brighter, right?
3      A.    No.  Changing the -- it depends on
4 which way you're going.
5      Q.    Right.  If you're raising your
6 refractive index oil and this one is higher than
7 his, changing it to raise the refractive index oil
8 is not going to make a yellow particle brighter
9 yellow, right?
10      A.    I agree.
11      Q.    Right?  It's going to push it towards
12 the magenta or blue range, correct?
13      A.    Yes.
14      Q.    And so, if I maybe indulge one more
15 slide just because it's related to that point or if
16 not, I can break and bring it back.
17          THE COURT:  We're going to break.
18          MR. DUBIN:  Okay.  Thank you, Your
19 Honor.
20          THE COURT:  15-minute break everyone.
21 We'll be back at 10 of.  Thank you.  We're off the
22 record.
23          (Recess:  10:34 a.m. to 10:58 p.m.,
24 Eastern Standard Time.)
25          (DERELL WILSON, ESQ.,

Page 77

1 EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN APPEARING.)
2          THE COURT:  Mr. Dubin, thank you for
3 your patience.
4          MR. DUBIN:  No problem.
5          I just want to back up and show a few
6 of the slides I've already shown.  We're going to
7 discuss a lot more why this is important but I just
8 want to go back over two of them quickly.
9 BY MR. DUBIN:
10      Q.    If we go to slide 20 and I'm just
11 going to have to trust things are up there.  If we
12 go to slide 20, you'll see there's a basic
13 birefringence formula that you use, which is
14 parallel RI, perpendicular RI equals birefringence,
15 right?
16      A.    Yes, sir.  If there is a range on one
17 of the bundles, we would use that.
18      Q.    And just if we look at slide, I think
19 it was 18, we walked through this, that the analyst
20 sees a color, is supposed to pick the correct color
21 on the color chart, that results in a wavelength of
22 light and that results in a refractive index, right?
23      A.    Yes.
24      Q.    So, fundamentally, what I am talking
25 about, for example, is when we're talking about

20 (Pages 74 - 77)

Page 78

1 yellows, for example there's a different refractive
2 index associated with a golden or orangey yellow
3 than there would be with a bright yellow, right?
4      A.      Yes.
5      Q.      And similarly, when we talk about
6 blues, there's a different refractive index
7 associated with brighter blue as opposed to darker
8 blue, right?
9      A.      That is correct.
10      Q.      So, when, for example, we're talking
11 about how golden or yellow your images are in
12 parallel, that will determine which wavelength of
13 light you're picking and, therefore, which
14 refractive index number goes into your birefringence
15 calculation, right?
16      A.      Correct.
17      Q.      Okay.  So, with that in mind let me
18 go back and we'll do some examples later about why
19 it matters but I just want to return, I think it was
20 probably slide 34 last.
21          And so, what we were looking at here
22 is just an image of talc taken in Dr. Sanchez's lab
23 versus an image of Vermont talc taken in your lab
24 using PLM, right?
25      A.      Yes, sir.  The one on the right

Page 79

1 that's correct.
2      Q.      And I was remarking on the
3 difference --
4      A.      Wait a minute.  The stuff on the
5 right, report on Chinese.
6      Q.      I'm sorry.
7      A.      Not Vermont.
8      Q.      I'm sorry, there was an earlier
9 comparison.  I can't tell what's up there.  There
10 are two different comparison slides, 32 is the one
11 comparing it to Zimmerman.  Is that what you're
12 looking at now?
13      A.      That's what I'm looking at now.
14      Q.      I have just another example that I
15 put up there.  But so what I was remarking on is the
16 difference in the kind of colors of yellow that
17 you're seeing and also the illumination of the
18 image, and that's what we were discussing when we
19 left, last left off, right?
20      A.      Yes.
21      Q.      Okay.  And so, next, instead of
22 comparing the image that you're working off of with
23 these golden, golden yellows and those are the
24 images being taken with a Tungsten lightbulb shining
25 on the particles, right?

Page 80

1      A.      Right.  And just to be clear, it's a
2 white light that has a little bit of yellow shade to
3 it.  It's not a yellow lightbulb.
4      Q.      You described it as casting a yellow
5 golden orangish hue, right?
6      A.      Correct.  But I want to make it
7 clear, it is not a yellow goldish orangish hue
8 lightbulb.  It's a white lightbulb that has that
9 frequency -- I mean wavelength.
10      Q.      One of the things we're going to be
11 talking about later, but I just want to show a quick
12 image of it now, is at some point you change your
13 microscope, you change your light source, and you
14 change your refractive index oil, right?
15      A.      Not all at the same time.
16      Q.      Not all at the same time.  But by the
17 time we get to Valadez, which we're going to be
18 talking about, those have changed, right?
19      A.      Correct.
20      Q.      So, I just want to compare quickly to
21 an image of Valadez that we're going to be talking
22 about later.  So, I'll mark as the next exhibit D-8
23 from MAS project M71614.  We're going to refer to as
24 the Valadez analysis.  And I just want to look at a
25 picture once we've taken the Tungsten lightbulb out

Page 81

1 of the equation in your lab.  Okay?
2          So the image from the Valadez or post
3 Valadez is going to be from page 3 of the major
4 report.  So, let's call that up as slide 35.
5          And so, one of the things we can see
6 here is so the image on the right, you have no
7 longer using a Tungsten lightbulb, right?
8      A.      Correct.
9      Q.      And we can see, so, for example, in
10 the middle and we'll talk about that particle,
11 that's what you're calling chrysotile in the
12 Johnson & Johnson, right?
13      A.      Correct.
14      Q.      But we can see that when we've
15 removed the Tungsten lightbulb from the equation,
16 the colors, yellow colors are much brighter for the
17 talc, right?
18      A.      That would have an effect but we're
19 also using 1.560, which it takes -- brings the
20 wavelength out of the yellow gold range.
21      Q.      Well, we'll talk about that because
22 actually, as we just mentioned, we were talking
23 about this a second ago, we'll go through why,
24 changing the refractive index oil by raising it
25 should actually make the particles less bright

21 (Pages 78 - 81)

Page 82

1 yellow, not more bright yellow, right?
2     A.     Going to 1.560 will make it less
3 yellow.
4     Q.     Okay.  So, when you say, oh, it's not
5 just the absence of the Tungsten light, it's the oil
6 here that's changed, the oil should be having the
7 opposite effect.  It should be making yellows move
8 towards the orange or magenta, right?
9     A.     No.
10     Q.     We'll do that in a second because
11 we're not done yet with the work before you change
12 the bulb.
13         So, the next thing I want to talk
14 about about your older images is some criticism that
15 was made of your work by Dr. Su about the
16 illumination of your images and the impact that that
17 has on the colors that the analyst is reporting, and
18 that go into your ultimate calculation.
19         And so, I'm going to mark next as D-9
20 an affidavit that you've seen from Dr. Su about your
21 work.  This is something we can call up.
22         (Handing.)
23     A.     Thank you.
24         MR. BRALY:  Mr. Dubin.
25         MR. DUBIN:  Sorry, forgot.

Page 83

1 BY MR. DUBIN:
2     Q.     And so, if we can call that up,
3 please.
4         So, and if we can go to the next
5 page.
6         So Dr. Su, that's the same Dr. Su
7 who's in court today, back in 2022 wrote this review
8 of your analysis, this is of Gold Bond medicated
9 powder, and it's entitled Talc Misidentified as
10 Chrysotile, correct?
11     A.     That is correct.
12     Q.     And somebody gave this to you around
13 the time, back in 2022, correct?
14     A.     Yeah, I think Dr. Gunter produced it
15 in one of his reports and it made the rounds after
16 that happened.
17     Q.     And one of the things you first tried
18 to do in response was to claim that Dr. Su didn't
19 really write the report, correct?
20     A.     I didn't think he did.
21     Q.     You --
22     A.     I was obviously wrong.
23     Q.     You went so far as to accuse a
24 defense expert, Dr. Mickey Gunter, of writing the
25 report instead of Dr. Su, right?

Page 84

1     A.     I didn't -- I said I thought he
2 might.  I didn't have any -- as I said, I didn't
3 have any evidence that he did.
4     Q.     And you said while you have respect
5 for Dr. Su, without him testifying under oath to
6 explain his opinions, you didn't know what to make
7 of them, right?
8     A.     That is correct.
9     Q.     And when you said that, you knew he
10 didn't live in the United States, right?
11     A.     Of course.
12     Q.     Okay.  And at some point Dr. Su did
13 actually come to the United States to visit his
14 daughter, and while he was here he signed the report
15 and made a little video to show you to prove that he
16 did, in fact, write it, correct?
17     A.     Him and Mickey Gunter.  I think we've
18 all seen it.
19     Q.     And I think at this point you've
20 agreed you have to basis to dispute that Dr. Su, who
21 is right here any way, did write this report,
22 correct?
23     A.     I was wrong.
24     Q.     Okay.  And one of the things that you
25 said was that if you ever saw Dr. Su at a

Page 85

1 conference, you would try to go and talk to him
2 about it and understand the basis for what he had
3 said, right?
4     A.     That's correct.
5     Q.     And you were both recently at the
6 ASTM Beard Conference in Philadelphia, right?
7         MR. BRALY:  Your Honor, at this point
8 we're straying well outside of just methodology.
9 This is actually a separate issue that I didn't
10 think we were going to get into today that we should
11 probably talk about at sidebar, if we can.
12         THE COURT:  All right.  Sidebar.
13         MR. DUBIN:  I'm not going to ask the
14 final question, if that's what you're asking.
15         MR. BRALY:  All right.  If we don't
16 need to talk about it, we don't need to talk about
17 it.
18         MR. DUBIN:  I don't think so based
19 on --
20         THE COURT:  You're all speaking a
21 different language.  It's totally unclear to me.  I
22 don't how relevant it is to this 104 hearing, but
23 let's bring it back to the 104 and maybe at some
24 point in time I'll understand what we're doing.
25 BY MR. DUBIN:

22 (Pages 82 - 85)

Page 86

1     Q.    Well, you and Dr. Su were at a
2  conference and you didn't go and talk to him, right?
3     A.    I never saw Dr. Su.  I never knew he
4  was there.  So, yeah, if I saw Dr. Su, I would have
5  asked him about it.
6     Q.    And one of the things that you have
7  criticized in Dr. Su's report is the idea that he
8  manipulated your images or Photoshopped your images
9  is one of the things you've said, right?
10    A.    Yes, sir.
11    Q.    And so, I want to look at those
12 images and what he did and what his point was and
13 then we'll talk about how it applies to your work.
14 But first I just want to understand on a very basic
15 level how illumination can impact color which then
16 goes into your analysis by which you call the stuff
17 you're finding chrysotile.
18         And so, let's just start first with
19 slide 37 and I made these.  I can't see how they
20 look.  So, I just took, I went and found some
21 flowers on Amazon, if anybody likes them, you
22 can -- I think it's 14.99 for Forget-Me-Nots, and
23 blew up a little bit of the image of some of the
24 flowers that are on the Amazon site.
25         And then if we go to slide 38, I just

Page 87

1  turned down the brightness a little bit on this and
2  what we can see is that by reducing brightness on an
3  image like this, you can start to turn lighter blues
4  into darker blues and those would have, those two
5  colors would have different refractive indices,
6  right?
7     A.    Yes.
8     Q.    And you can also start yellows as it
9  gets darker turning into or even if they were bright
10 yellow, you can start seeing them turn into darker
11 orange, right, for example the center of the flower
12 on the bottom, right?
13    A.    That's correct.
14    Q.    And so, if we look at what Dr. Su was
15 saying about your imaging and its effect on color
16 and the effect on the analysis, we can go to page 6
17 or page 7 unless I have slides.  Is that visible to
18 everyone?
19         So one of the things that Dr. Su was
20 pointing out is that in his view, you did not have
21 appropriate or normal illumination of your images,
22 right?
23    A.    Well, that's -- you're right that's
24 what he stated.  He's wrong.  I don't understand how
25 he can make that decision in China when we're over

Page 88

1  in the United States never looking at the operative
2  microscope.  So, I just totally disagree what was
3  going on here.
4     Q.    Okay.  So, the failing is that he
5  doesn't have an opportunity to observe it through
6  your microscope in your view, right?
7     A.    We have never done anything but have
8  it on full brightness.
9     Q.    One of the things he did is he raised
10 the illumination and the image and now, for example,
11 and, again, these are the Gold Bond, we'll look at
12 some J&J, but now, the yellows are brighter in
13 parallel, right, and that's a typical color for talc
14 in parallel, that brighter yellow, right?
15    A.    I would agree.
16    Q.    Okay.  And the other thing that he
17 talks about on the next page, page 7, is that just
18 by raising the illumination to what he thought was
19 an appropriate level, the dark blue particle that
20 you're reporting on became a light blue particle in
21 the illuminated image, correct?
22    A.    That is correct.
23    Q.    Okay.
24    A.    You can do all kinds of stuff with
25 Photoshop.

Page 89

1     Q.    Well, again, so you're not saying
2  that anything has been changed except for brightness
3  level here, right?
4     A.    That's a lot.  You're taking evidence
5  and you're molding it into what you want to see.
6     Q.    Well, what he's pointing out is that
7  in his view, this is what in normal illumination,
8  what you should be seeing under the PLM, the
9  brighter images, right?
10    A.    Well, you keep saying "right."
11 That's his opinion but you can't -- at least I
12 always thought you can't take evidence and change it
13 and say, gee, this is what it would have looked like
14 if they did this with absolutely no evidence
15 whatsoever that that's true.
16    Q.    We're going to do the same thing with
17 some other images in a second, but before we get
18 there, let's show some evidence that it is true.
19         Okay.  So, as we pointed out, you
20 started looking at Johnson & Johnson for chrysotile
21 in about, what, 2019 or late 2019 or early 2020?
22    A.    Sometime in 2020.
23    Q.    And your first report was the
24 Zimmerman report, which we've already marked and
25 looked at, right?

Page 90

1     A.    I guess so.
2     Q.    And so, we've seen that image before
3 already.  I wonder if we can call it -- it's CX-006.
4          So we were talking about this and I
5 asked you about the illumination on this image and
6 the dark golden colors on this image, right?  You
7 recall that?
8     A.    Yes.
9     Q.    And I said there are ways that you
10 can use this type of microscope but white balance or
11 purple illuminate your image to get what should be
12 an appropriate PLM image for dispersion staining,
13 and there are ways you can do that, right?
14    A.    The illumination is controlled by
15 just a small little wheel.  These PLM analysts would
16 not want to cut all that down because it would make
17 it harder to see all the structures.
18    Q.    So --
19    A.    What you ought to show here is the
20 talc under the same conditions as this, that's
21 completely different.
22    Q.    Okay.  So, let's do that.
23          So now I'm handing up -- we'll mark
24 this as D-10 -- a declaration that you had in an
25 image that was taken in your lab at around the same

Page 91

1 time of the image we just saw, the Zimmerman image,
2 that wasn't when you were looking for chrysotile in
3 Johnson & Johnson.  That's D-10.
4          All right.  And so, what we
5 understand -- so we understand what we're about to
6 be looking at, this is an analysis that was done in
7 early 2020 around the same time as the Zimmerman
8 analysis out of your lab looking at a product with
9 RTV talc in it, right, assessing what asbestos is
10 there, right?
11    A.    That's the famous apron.  Okay.
12    Q.    That's correct, right?
13    A.    Yes.
14    Q.    Okay.  And you were using the same
15 type of analysis at least in what we're going to be
16 showing here, the PLM dispersion staining analysis,
17 to look at whether there's chrysotile there, right,
18 1.550 oil?
19    A.    No.  We were just after to show there
20 was fibrous talc.  It had nothing to do with
21 chrysotile.
22    Q.    You're doing --
23    A.    Excuse me.  This was all for fibrous
24 talc.
25    Q.    Okay.

Page 92

1     A.    There's never been -- I've never seen
2 any data that suggests it's in there but we haven't
3 looked at it using the new methods.
4     Q.    Well, you're doing the same analysis.
5 You're looking at the talc with dispersion staining
6 analysis in 1.550 refractive index oil, the same way
7 you were doing that for the Johnson & Johnson talc
8 samples, right?
9     A.    That is -- excuse me -- that is
10 correct.
11    Q.    So now I just want to look -- we can
12 put the image up verse the Zimmerman image, that
13 will be slide 39.
14          So, on the left, this is an analysis
15 of RTV and on the right this is an analysis where
16 you're claiming to find chrysotile in Johnson &
17 Johnson, right?
18    A.    That is correct.
19    Q.    And so, as we pointed out before, one
20 of the things that Dr. Su criticized was the
21 brightness of your illumination and the color of
22 your talc, right?
23    A.    No, he was criticizing not the color,
24 just that it was not -- in his mind we hadn't turned
25 up the illumination.

Page 93

1     Q.    And we can see that the
2 illumination, when you weren't trying to claim there
3 was talc in -- I'm sorry, chrysotile in Johnson &
4 Johnson, the illumination of the Vanderbilt image is
5 significantly higher than the image that you present
6 when claiming there's chrysotile in Johnson &
7 Johnson, right?
8     A.    I'm sorry, could you repeat that.
9     Q.    Sure.
10          The image, when you were just looking
11 at RTV, is significantly brighter than the image of
12 when you were trying to claim there is chrysotile in
13 Johnson & Johnson, correct?
14    A.    You're looking at a whole different
15 population of the types of talcs and stuff.  No, I'm
16 sorry, it's -- you're cherry-picking all these
17 things on different types of samples.  We do not
18 reduce the brightness.
19    Q.    So then why is one image so much
20 brighter than the other even though we can see if we
21 look at the analysis dates, they're done very close
22 in time together by the exact same analyst?
23    A.    Different mine, different properties.
24    Q.    Well, so, you're now telling me that
25 the different mine, if I put talc from one mine

24 (Pages 90 - 93)

Page 94

1 under a microscope, I put talc from another mine
2 under the microscope, that is going to turn the
3 illumination up on one of the mine sources. Is that
4 what your testimony is under oath?
5          MR. BRALY: Your Honor, I do
6 appreciate that 104 hearings lack standards of
7 evidence but this is argumentative at this point. I
8 appreciate if we can make an objection as to
9 argumentative.
10         THE COURT: I'm going to overrule
11 that objection. It is a fair question.
12         You can answer that, please,
13 Dr. Longo.
14    A.    One is an industrial talc source.
15 All the rest are the cosmetic talc sources. You've
16 got size, you've got other materials in there.
17 That's the only -- that would be the explanation on
18 this -- wait a minute.
19         When was this done? 1/9/2020. And
20 the Zimmerman was in February of 2020. I don't
21 believe we had the new scopes yet.
22    Q.    Right, same scope --
23    A.    No. It's not the same scope. This
24 one over here I believe is the new, would be the new
25 one that's much later on in the year. I'll have to

Page 95

1 research that.
2    Q.    Okay. We can see that in the
3 analysis dates on them how close they are. The
4 analysis dates were even closer than the report
5 dates.
6    A.    We'll have to take a look at that
7 because we have a different one, so, a different
8 mine.
9    Q.    Okay.
10    A.    I'm still disagreeing with you on
11 this.
12    Q.    Right. And you've taken the position
13 essentially that Dr. Su, when he has raised the
14 illumination on your images, is engaging in what you
15 call, make believe, right?
16    A.    That's his opinion. He believes it,
17 but he's wrong.
18    Q.    And the one way we could certainly
19 know that is by looking down the scope, at your
20 microscope, right?
21    A.    To know that we have it on high
22 brightness?
23    Q.    We could know whether you have
24 appropriate illumination by looking down your
25 microscope and seeing it?

Page 96

1    A.    No, I mean, I'm not going to have you
2 come in our lab and do that.
3         What we'll be able to see it is when
4 we have to chance to show not these cherry-picked
5 ones but when we are comparing the SG-210, when we
6 show a chrysotile, half chrysotile, half talc
7 structure with the same kind of conditions and
8 they're completely different.
9    Q.    Right. All right. And I just want
10 to make sure that we understand ourselves here
11 because you're aware Dr. Su has a master's degree in
12 mineralogy; did you know that?
13    A.    He's very highly qualified.
14    Q.    He studied under Dr. Bloss, who's a
15 leading figure in PLM analysis, right?
16    A.    I don't know that for a fact.
17    Q.    Did you know he did two years of post
18 doctoral research on PLM analysis?
19    A.    Yes.
20    Q.    Did you know he's performed over a
21 thousand on-site evaluations of TEM -- for TEM and
22 PLM accreditation?
23    A.    Yes, sir. I think the last time he
24 was at our lab was 2015, according to Dr. Su.
25    Q.    He has more than two dozen

Page 97

1 publications on asbestos analysis, many of which
2 focus on PLM, right?
3    A.    That's correct.
4    Q.    And you've never taken a single PLM
5 class?
6    A.    I haven't.
7    Q.    And you think that -- you think
8 you're more qualified to comment on what appropriate
9 illumination is in a PLM microscope than he is?
10    A.    I am more qualified to talk about
11 what our microscopes do, what our analysts do,
12 versus somebody that's 3,000 miles away giving an
13 opinion.
14    Q.    He's not 3,000 miles away right now,
15 right?
16    A.    Well, I guess he is closer now to the
17 microscope. So, does that make a difference, even
18 though he's not seeing anything? It's not the kind
19 of data that I would ever present.
20    Q.    So, you and I both agree then that it
21 would be better for him to actually be able to look
22 through the microscope?
23         MR. BRALY: Your Honor, there --
24    A.    No, it's not.
25         MR. BRALY: There is a fundamental --

25 (Pages 94 - 97)

Page 98

1 there is a separate motion that he is trying to
2 develop evidence for in this hearing, which is
3 inappropriate for what this is supposed to be.
4        We're no longer talking about
5 methodology. All we're talking about are cross
6 points and differences of opinions.
7        So, I object to this line of
8 questioning and would like to return to a discussion
9 about methodology.
10       MR. DUBIN: Your Honor, that's fine.
11 I won't argue, Your Honor. Whatever you said.
12       THE COURT: I'm going to sustain that
13 objection.
14 BY MR. DUBIN:
15    Q.    Okay. So, let's then -- I just want
16 to talk about the lighting again, because the
17 illuminated images that Dr. Su had worked for
18 Johnson & Johnson, I'm going to talk about lighting
19 both in the pre Valadez images and the post Valadez
20 images.
21       Let me return -- so we understand
22 again why this is important and we'll keep wrapping
23 it up multiple times. We'll go back to, was it
24 slide 21, the birefringence slide?
25       So, I think we've already mentioned

Page 99

1 that the classic colors in parallel and
2 perpendicular for talc are yellow in parallel and
3 blue in perpendicular, right?
4    A.    That is for the 1866b standard,
5 you're correct.
6    Q.    Okay.
7    A.    In 1.550.
8    Q.    I was talking about the talc, not the
9 chrysotile yet.
10   A.    Oh. In 1.550. You will have that in
11 1.560, not quite as bright but you get that.
12   Q.    And so, we made some slides of
13 images, and we'll attach all these as copies later,
14 but just to see what would happen if we raise the
15 brightness on some of your images, and we'll talk
16 about that later, but if we could go to, for
17 example, slide 41. We'll just do a series of them.
18       So, for example, on the left we have
19 your image, right, and you see a dark blue particle
20 and that would result in a specific refractive index
21 based on the analyst calling it a dark blue
22 particle, right?
23   A.    Correct.
24   Q.    But if we illuminate the image a
25 little bit more, we see a bright blue particle which

Page 100

1 is the classic color of talc in perpendicular,
2 correct?
3    A.    It would be close but is this
4 computer-generated? I mean, how are you guys doing
5 this?
6    Q.    I'll tell you how we did. We're
7 going to show how we did it with a later witness,
8 but we just took the image, put it into PowerPoint,
9 and it raised the illumination, period, no change in
10 color, just raised the illumination.
11   A.    So it is Photoshopped.
12   Q.    Correct. That's what I'm pointing
13 out to you, is you raise the illumination changing
14 it into the regular talc color.
15       And so if we do another example, for
16 example, 42, we have sort of an image on the left of
17 a darker blue particle and then when you raise the
18 illumination, you start to get the brighter yellows
19 and the brighter blues that are typical of elongated
20 talc, right?
21   A.    No. That one's not bright enough for
22 it to be talc. You needed to turn that up some
23 more.
24   Q.    Well, I mean, the color, the one that
25 you're saying is chrysotile is the one with the

Page 101

1 arrow, so that's a blue, so that's a brighter blue,
2 right?
3    A.    I can see the lightbulb over it but
4 that blue is not enough intensity that I would have
5 called that, I don't think, talc. You just need to
6 raise it up more, raise the voltage up more.
7    Q.    We'll talk about later how all of
8 that impacts your birefringence calculation that
9 you're relying on, the color of it claimed to be
10 being observed, verse what color we believe was
11 actually there.
12       But before we do that, and we get
13 into more about the calculation, I want to move to
14 your Valadez work because I think it'll help us
15 understand what we've been seeing here.
16       So, let's go back first to slide 35.
17 And so now we have images, these are both from your
18 laboratory, right?
19   A.    Yes.
20   Q.    And they're both of alleged
21 chrysotile in Johnson & Johnson talc or talc source,
22 right?
23   A.    Yes, these are chrysotile bundles.
24   Q.    Okay. And we can see that when you
25 change again on the right, now you've got an LED

26 (Pages 98 - 101)

1 light and you've got a new oil and a new microscope,
2 right?
3    A.    Correct.
4    Q.    And all of the very deep gold from
5 your old images is -- it's mostly gone, you now see
6 some more yellows, and these lighter blues, when you
7 change the microscope and light, right?
8    A.    You change the microscope, you change
9 the oil, so, you're going to get that blue effect
10 there and you have LED lights.
11    Q.    And to make sure we understand a
12 little bit about what the switch the oil does and,
13 again, you raised the oil so it went from 1.550 up
14 to 1.560, right?
15    A.    Yes.
16    Q.    And so, we'll just call up a slide
17 just to help us understand what that should do,
18 because -- let's just call up 31, just as an
19 example.
20         So this is one of your older images,
21 right?
22    A.    Yes.
23    Q.    And for this particle we're going to
24 talk more about what this does.
25         But you'll see, you write there

1 RI1556 to 1569, right?
2    A.    Correct.
3    Q.    And that's a piece of data that you
4 get after you observe the color, change it, to
5 figure out where it is on a color bar, and then
6 transfer that into a refractive index, right?
7    A.    Correct.
8    Q.    And so, we'll talk more about this
9 later, but the way -- there are two different ways
10 you deal with birefringence when you have a range,
11 one of them is just taking the average, right?
12    A.    Yes.
13    Q.    And so if we took the average here,
14 you were treating this particle for purposes of your
15 analysis as if it has a refractive index of about
16 1.562 or 1.563 or this kind of red to magenta color,
17 right? That's what your input is?
18    A.    Red to magenta color? What are you
19 talking about?
20    Q.    1.562, what would you call that?
21 What color would you call that?
22    A.    1.562?
23    Q.    Yeah.
24    A.    Getting in the oranges. You've got
25 1.569, 1.556. Did you average it? Is that 1.562?

1    Q.    It's 1.562.5, so it's either 1.562 or
2 3.
3    A.    If you average it, that's what you
4 get. 500, that's close to that, but you have to
5 take in account that, you know, it's two levels.
6 That's why when we did this one, we broke it out,
7 I'm imagining.
8    Q.    But the input for your calculation,
9 when we're trying to figure out, okay, what's the
10 birefringence value, is Dr. Longo going to say this
11 is chrysotile, the input from that is approximately
12 1.562 if we back it out of your analysis, right?
13    A.    Well, you know, slow down. We have
14 to look at the perpendicular to see what the alphas
15 were, so that we would take the high parallel,
16 subtract out the high alpha, the low, and that will
17 give the range and then average that.
18    Q.    Right.
19         The input for the parallel is based
20 on calling this particle that color that's blacked
21 in, right?
22    A.    It's -- you've got the brighter side,
23 the 1.569 as you go round it, and then you have the
24 lower side where you are getting more of the goldish
25 red. So, at 1.69, you know, we're up in the 440

1 range. So that's how we've done these in the past.
2    Q.    Your reported refractive index is the
3 number that goes into the birefringence calculation,
4 right?
5    A.    Yes. You would take the 1.569
6 subtract out the high gamma and the 1.556 and
7 subtract out the high gamma -- excuse me -- the low
8 gamma.
9    Q.    Okay. So that's what you're saying
10 you're doing now, you're --
11    A.    We've always --
12    Q.    We'll get to that.
13    A.    We've done that for a while.
14    Q.    We'll get to that in a little bit,
15 but all I want to point out is what it means to
16 change oil before we get to what you're calling your
17 particles, and that's where we're going to get you
18 calling yellow particles purple. But let's just
19 focus right now on the effect of the oil.
20         If I change the oil -- and you did
21 this in response to a criticism that Dr. Su made in
22 his affidavit, right?
23    A.    Well, a couple people. Dr. Jim Weber
24 said we ought to use 1.560. I think Sanchez said
25 the same thing. I think Segrave said the same

27 (Pages 102 - 105)

Page 106

1 thing. And Dr. Su said use 1.560 in his 2022 paper
2 if you're in the ranges, that 1.560, and he said if
3 you're doing it for legal work, it's more precise.
4 So that's why between him and Jim -- and Dr. Weber,
5 that's why we changed.
6     Q.     And so we understand, so, let's say
7 we have a particular and it's in 1.550 oil and it's
8 showing as, let's say, one of these dark golden
9 yellows, which is a lot of what you are
10 characterizing the particles as before, right, so
11 we'll start there. Okay?
12          Changing the oil to raise it should
13 push the particle color to the right, so, in other
14 words, it should push orange towards the magenta
15 towards the blue, right?
16     A.     I agree.
17     Q.     Okay.
18     A.     I thought that's what I said earlier.
19     Q.     But you should not, if you
20 change -- if you raise the oil and your color calls
21 were correct before, you shouldn't be moving in the
22 opposite direction; you should not be having a
23 particle that was orange before, you raise the oil
24 and now it moves to the left; it doesn't get
25 brighter yellow, right?

Page 107

1     A.     Using 1.560 doesn't go to the left;
2 it goes to the right.
3     Q.     Right; it goes to the right.
4     A.     Yeah.
5     Q.     But then if we look again at your
6 images, slide 35, after you change your oil, all of
7 these things that were golden, you know, the talc
8 that was golden before or orange before, it doesn't
9 move to the right, it gets brighter, the exact
10 opposite of what you would expect if your particles
11 were really golden or orange to begin with?
12     A.     Doesn't get brighter. Are we looking
13 at the same thing?
14     Q.     The yellows, you don't think those
15 are a brighter scale on the color bar of those
16 yellows than the orange that we're looking at on the
17 left?
18     A.     On the pre Valadez is on the left
19 and that's bright, you got goldens, you got
20 yellows. And then on the post we have, you know, a
21 lower -- it's not -- it's not shifting -- it's not
22 shifting to the left.
23     Q.     Let's go back to the slide we just
24 looked at before, the last one.
25          We just talked about this. So, if

Page 108

1 you have something that's gold orange here -- orange
2 here, the color when you change the refractive index
3 oil should move to the right, it should not go back
4 to the left where you have brighter yellows, right?
5     A.     It's not going back to the left and
6 you have to understand, you've got a chart here
7 that's for 1.550. You have to use a different chart
8 for the 1.560, right?
9     Q.     No, that doesn't matter for the color
10 bar itself, it doesn't matter which way the colors
11 move on the spectrum of light.
12     A.     No, I agree with that, but to
13 get -- it's not brighter.
14     Q.     Okay. So --
15     A.     You're saying the stuff on the right
16 is brighter than stuff on the left?
17     Q.     If we go to 35 again. So, you don't
18 think that the yellows that we are seeing on the
19 right are further to the left on the color spectrum
20 than the orangish colors that we're seeing in the
21 left image; you're denying that?
22     A.     I'm not denying it. It's just not
23 right.
24     Q.     Okay. Let's also now talk about,
25 we're going walk through there are four particles in

Page 109

1 Valadez that you called chrysotile and we'll walk
2 through quickly each of them and talk about what
3 color you called it for purposes of your analysis
4 and how that impacted whether you're claiming it's
5 chrysotile.
6          So as we pointed out before, just to
7 make sure we're backing up enough each time, slide
8 16, the process starts with the analyst picking the
9 correct color, right?
10     A.     Right.
11     Q.     Okay. And this particle, that's the
12 ISO reference and it is considered to be, if you
13 back out the calculation, a magenta, right?
14     A.     Right.
15     Q.     Now I want to start looking at what
16 you did when you were picking colors to call things
17 chrysotile. And so, slide 35.
18     A.     That's the slide.
19     Q.     Well, then it's got to be slide 45.
20     A.     Okay.
21     Q.     Double-sided printed it so --
22     A.     That's the same slide.
23     Q.     This is going to be the first image
24 that we're going to talk about of your alleged
25 chrysotile in the Valadez report.

28 (Pages 106 - 109)

Page 110

1    And, again, so, the key thing is what
2 does the analyst actually see here as opposed to
3 what does he report the color is.  Okay?
4    And so if we just go to the plain
5 image, I guess let's make it an exhibit next.  It's
6 already an exhibit.
7    Let's just go to the plain image
8 first, and it's PDF 3, it's something that's already
9 in evidence, which is the 2023/02/28 Valadez report.
10 What D number?
11    MR. HYNES:  Eight.
12    MR. DUBIN:  D-8, okay.
13 BY MR. DUBIN:
14    Q.    Let's put just the image itself up
15 first.  Is there a way we can Zoom on that a little
16 bit to make it easier to see?
17    Okay.  And so, when I first asked you
18 about this without using a color bar or without
19 doing anything else, you told me that you were
20 observing in this particle a brownish gold, correct?
21    A.    Correct.
22    Q.    Okay.  But then you give some data
23 here -- if we can scroll back up, we can see RIs.
24 You give some data at the bottom and there's an RI
25 number.  You see it?  You see RI 1564, right?

Page 111

1    A.    Correct.
2    Q.    And what you're able to do when you
3 give us that piece of data is we can do an analysis
4 in reverse to figure out what color your analyst was
5 calling the particle.  And so I just want to make
6 sure we understand how that works in reverse.  So
7 let's start with slide 46.  Actually, we can
8 probably go to 47.
9    Okay.  And so, for example, if you
10 just give the RI which was 1564, we can consult
11 the Su tables for the appropriate oil, and if we go
12 to 4 -- I can't see -- if we go to 48, we've done
13 this before, we can see that the color you're
14 calling this is equivalent to the wavelength of
15 light of 560, and if we go to slide 50, we can see
16 that that color, the color that you are calling this
17 particle for purposes of your analysis calling it
18 chrysotile is this deeper purple, right?
19    A.    It shows it on there but it's a
20 blend.  So that's where that should be -- should be
21 in my opinion.  There really is no purples I'm aware
22 of.  But that's where it falls.  And I stick with
23 it.
24    Q.    And you stick with it because you've
25 already admitted that if we go to, for example,

Page 112

1 slide 51 you have admitted that for purposes of your
2 analysis calling this chrysotile, you have treated
3 this particle in your analysis as if it is the
4 circle color here, 1.564, right?
5    A.    Yes.
6    Q.    Okay.  And I think we already -- you
7 already agreed with me about what color reference
8 chrysotile is on the wavelength, right, and that's a
9 color corresponding to magenta, correct?
10    A.    I haven't agreed with you --
11    Q.    Do you agree --
12    A.    -- other than it's an 1866b standard.
13 You don't get magenta when you look at other -- what
14 people say are chrysotile, such as the SG-210 or the
15 RG144 at the smaller sizes, but for asbestos-added
16 products I totally agree.
17    Q.    I'm just asking what color it is.
18 Let's do it more slowly then.  Let's go back to
19 slide 15.
20    And ISO gives refractive index values
21 for these reference samples, right?
22    A.    That's correct.
23    Q.    And do you recall what the reference
24 number is in parallel?
25    A.    I do not.

Page 113

1    Q.    I mean, we can just -- we've already
2 marked ISO but do you recall it as 1.556.
3 Otherwise, we can look back at ISO.
4    A.    Okay.
5    Q.    What?
6    A.    I said okay.
7    Q.    So, this is slide 19, we'll just call
8 it up.  It's already in.  So they're reference
9 values.  So, ISO tells you what color it thinks that
10 is, right?
11    A.    Yes, for the 1866b.
12    Q.    And so, it gives you this number
13 1.556, right, correct?
14    A.    Correct.
15    Q.    And if we look back at Longo slide
16 15, you can see that 1.556 corresponds to this
17 magenta, right?
18    A.    Yes, sort of magenta, I agree.
19    Q.    And so, just comparing the two
20 colors that you're calling this -- we can go to
21 slide 54 -- you are claiming that this particle that
22 you found in Johnson & Johnson that's on the left is
23 more purple than standard reference chrysotile,
24 right?
25    A.    No, it's not more purple.  It's just

Page 114

1 a blend of those colors. And you have to be looking
2 under the microscope also to dial it in, but it's
3 not magenta and has no relationship to these 1866bs.
4     Q. And, remember when we were talking
5 before that one of the reasons why chrysotile has a
6 low birefringence value, for example, is that purple
7 is not that far from blue on the color chart, right;
8 that's why chrysotile has a low birefringence,
9 right?
10     A. It has a low birefringence because
11 that's the way the crystal is designed.
12     Q. But if I'm looking at a yellow
13 particle and I treat it as a purple particle, then
14 I'm creating low birefringence?
15     A. No, we're not creating anything.
16     Q. Well, there's no dispute, though, for
17 example, if we look at slide 55, that when you do
18 this calculation, when you eventually do the
19 birefringence calculation that you rely on, the
20 input in one of the two numbers that you're using
21 for that calculation for this particle will be based
22 on the refractive index that's associated with that
23 dark purple, right?
24     A. That brownish color, yes.
25     Q. Okay. And so whatever result you get

Page 115

1 in your birefringence calculation, it's going to be
2 based on calling that particle purple?
3     A. We're not calling it purple. It's
4 got a tint to it and you have to -- you have to know
5 that the way these colors work on these crystals,
6 you don't get exactly what those charts ever show.
7 It's a blend, so I stick with it.
8     Q. And so, let's do some of the other
9 particles. We can just do it more quickly. We can
10 go to Longo slide 56.
11     This is your second particle or CSM
12 002 and, again, before I showed it to you on a color
13 bar, you told me that it looked brownish gold,
14 right?
15     A. Now that I'm looking close, I see
16 some purple on the outer edge.
17     Q. But you also agree that the color
18 that you're treating this for, so your refractive
19 index you're giving us is 1.565 and if we back that
20 out, the color that your analyst is calling this is
21 somewhere between that 1.564 purple and the 1.566
22 magenta, right?
23     A. No, you have to -- it's hard to see
24 it here, especially, you know, when you're
25 reproducing it. But if you go to the outer edge

Page 116

1 that we looked at, that has the purplish color in
2 it.
3     Q. Okay. And the next particle was 003.
4 And if we look at that on a color chart, that's
5 slide 57, so this is something you're calling
6 chrysotile in your Valadez report, right?
7     A. Correct.
8     Q. And you're treating this in your
9 analysis as if it is the circled color, 1.568, which
10 is magenta, right?
11     A. If you look around the outer edge,
12 that fibers there, that's what is being seen.
13     Q. Okay. But functionally you're
14 basically saying that all of these particles in
15 parallel match standard reference chrysotile?
16     A. No, I'm not saying that at all.
17     Q. You are treating them as the same
18 color or more purple?
19     A. We're treating them that what it
20 shows. Where if you're just taking the outer edge
21 or the one where it's being, you know, refracted
22 through the outer edge, then -- we started doing
23 this after Dr. Bo Li was in our lab doing our last
24 NVLAP and we were showing him this materials to look
25 at and he said we should use the very, very last,

Page 117

1 you know, the very edge, fiber bundle, fibers on
2 edge. But I'm not sitting at the microscope and
3 this has been copied a few times, so it's kind of
4 hard to debate you on it.
5     Q. Okay. So, slide 58, just so we can
6 get the last particle, this is another particle that
7 you're saying has a refractive index range of 1.565
8 to 1.568, so the circled range, again, treating this
9 particle for your analysis as if it's magenta,
10 right?
11     A. I wouldn't call it quite magenta, I'd
12 call it more purple.
13     Q. And, I know one of the things that
14 you've -- and you've mentioned it here, if we go
15 back to slide 51 for a second, one of the things
16 that you said and you tried to say is, well, sure,
17 looks yellow, but I see some coloration around the
18 edge and you said that again today, right?
19     A. Yes, sir.
20     Q. But, even if we look at just this one
21 image and we can look at a lot more if we need to,
22 there are things around this that are definitely
23 talc plates, right? You're not claiming that's all
24 chrysotile, these rounded structures, right?
25     A. No, of course not.

Page 118

1    Q.    And so, we see the same kind of red
2  edge effect because of your imaging on the talc
3  plates also, right?
4    A.    We have to get it in the same
5  orientation but some do, some don't.
6    Q.    And I asked you about that initially
7  before you started relying on the edge effects to
8  call fibers chrysotile, I asked you about these edge
9  effects and you told me that when you see them on
10  particles, you don't know whether they were just an
11  artifact or not, correct?
12    A.    When was that?
13    Q.    That was in your Eagles deposition.
14    A.    Then that must be correct.
15    Q.    Okay.  And I asked you whether these
16  red edges were an artifact and you said maybe, and
17  you would have to check if your focus was off,
18  right?
19    A.    Yes.
20    Q.    And so if we go back to 51, for
21  example, I've already got it up, if you're claiming
22  to see some sort of edge effect here that you're
23  basing your purple color on but it's an artifact,
24  then your entire analysis is wrong?
25    A.    No, this analysis is not wrong.  This

Page 119

1  is chrysotile and I would need to be looking at the
2  microscope here.  I stand by this.  It's not wrong.
3  And we'll get to that more tomorrow, I guess.
4    Q.    Well, slide 55, as you pointed out,
5  that if this edge effect that you're basing calling
6  this color, this purple, if that's just an artifact
7  of the image and not what you need to be focusing on
8  for dispersion staining, then when you do this
9  calculation, you're putting the wrong number in
10  there, it should be the number corresponding to the
11  yellow?
12    A.    That is not yellow and, you know, if
13  it's this, if it's that.  You know, chrysotile, the
14  birefringence can get as high as 0.017.  So, it is
15  not wrong.
16    Q.    Okay.  So, I'm going to move now to
17  talking about illumination in your Valadez work.
18    MR. DUBIN:  Your Honor, I don't know
19  if you prefer me to stop now and pick up after lunch
20  or go on for a little bit, I'm happy either way.
21    THE COURT:  Do you have any
22  preference, Dr. Longo?
23    THE WITNESS:  Probably might be a
24  good time to break for lunch.
25    THE COURT:  All right.

Page 120

1    THE WITNESS:  Thank you.
2    THE COURT:  Let's meet everyone back
3  here no later than five of one.  We're off the
4  record.
5    (Luncheon recess:  11:54 a.m. to
6  12:58 p.m., Eastern Standard Time.)

Page 121

1    A F T E R N O O N   S E S S I O N
2    THE COURT:  We're back on the record.
3  BY MR. DUBIN:
4    Q.    So, just to back up two slides in
5  order to make sure we're staying in flow and
6  understand where we are, if we could back up to
7  slide 51, please.
8    So, we were talking about the
9  characterization of the colors, which is the first
10  step in the analysis that drives the RI values,
11  everything that's going to go into the calculation.
12  And we were talking about whether this particle that
13  we're seeing here on screen is or is not truly
14  purple, okay, and that's one of the things we were
15  just talking about a moment ago.
16    And then if we see again slide 55, we
17  know and we're going to talk a little bit about the
18  birefringence formula and how you reached the
19  conclusion that things are chrysotile, but, for
20  example, this first input in the birefringence
21  formula, if you say that this particle is purple,
22  then the value for purple goes into that first step,
23  right?
24    A.    Well, I'm not calling it purple.  I'm
25  just calling it the color that we find in that

31 (Pages 118 - 121)

Page 122

1 range.
2     Q.    Well, you're calling it RI 1564 which
3 corresponds to the color purple, right?
4     A.    You have taken these charts that
5 they're literally going to be this type of shades
6 when you have different colors in there.  This just
7 comes from experience.  I know what you're getting
8 at, but I have a disagreement with it.
9     Q.    If we have to go back, you testified,
10 and you agree that you're treating this particle as
11 purple for your analysis, when I went through this
12 with you with the color bar, and we can go back and
13 do that again, but we know, it's a simple thing to
14 get, 1564 in this oil in your temperature in your
15 lab, that corresponds to purple.  Are you disputing
16 that?
17    A.    I'm saying that in my opinion, you
18 will get these kind of colors from that area in
19 range, from just the different mineral makeups, et
20 cetera.  So, I stick with it.  I know --
21    Q.    You stick -- I'm sorry.  I apologize.
22    A.    -- It's 1.564 and 1.560.
23    Q.    And typically on the other side
24 of the birefringence calculation for the
25 parallel -- for the perpendicular, I apologize,

Page 123

1 you're typically calling particles in this analysis,
2 you're typically calling them dark blue in
3 perpendicular, right?
4     A.    Somewhere in the dark blue, I guess
5 medium blue, some light blue.
6     Q.    And for example, this calculation
7 would be different if, in fact, what we're looking
8 at should be yellow and something that's, in fact, a
9 brighter blue, then the whole calculation is
10 different, right?
11    A.    If it's different refractive indices,
12 yes, it's going to have different birefringence.
13    Q.    Right.  Because if we go to Longo
14 slide 21, just to again to explain this again one
15 more time to make sure we're all clear, so when we
16 start talking about what your opinion is about why
17 you're looking at chrysotile, not talc, it's going
18 to come down a lot to this birefringence calculation
19 and your opinion that the particles that you're
20 seeing have a low birefringence, in other words, the
21 comparison of the parallel and perpendicular like
22 chrysotile, and they do not have a higher
23 birefringence, in other words, the yellows and blues
24 that you expect from talc, right, when we get to the
25 birefringence calculation, that's part of your

Page 124

1 opinion?
2     A.    Well, you get yellows and blues
3 especially in 1.550 for chrysotile but it's not the
4 intensity.  The whole thing of birefringence is
5 think of it as you're putting shades on a light, and
6 as you push the shutter closer and closer, you're
7 eliminating more and more light to come out.
8         So in chrysotile, you have
9 about -- you know, I'm just taking -- this much,
10 where in talc you would have this much.  So, yeah,
11 you'll get a muted yellow for chrysotile and, say,
12 you know, the 1.568, 569 range but when you compare
13 it to talc in the same conditions, you'll see it's
14 much brighter.
15    Q.    And so, again, let's assume, and for
16 a moment I won't say you, but let's say
17 hypothetically, hypothetically I'm an expert and I
18 want to turn talc into chrysotile for purposes of my
19 analysis in a lawsuit.  Okay?  Hypothetically.
20    A.    So, hypothetically you want to commit
21 fraud?
22    Q.    Correct.
23        And so, the easiest way to do it
24 would be to look at the yellow in parallel, and
25 instead of putting yellow there, I would put magenta

Page 125

1 because that would then lower my birefringence on
2 that side, right?  That would be -- I could do that.
3 And then on the other side, instead of putting light
4 blue, I could put a darker blue and that would
5 collapse the colors together so that now the
6 refractive indices that I'm reporting are no longer
7 typical of talc, they're typical of chrysotile,
8 right?
9     A.    I don't know.  You have to see how
10 good at fraud you are.
11        THE COURT:  I don't appreciate any of
12 this banter that's going on.
13        THE WITNESS:  I'm sorry, Your Honor.
14        THE COURT:  We have a serious issue,
15 both of you, before the court.  So can we get to it.
16        MR. DUBIN:  Sure, Your Honor.
17 BY MR. DUBIN:
18    Q.    And again, so I want also again -- so
19 when I was making that, the reason I am making that
20 point is, again, we looked at slide 51 and, again,
21 everyone will take a look at it and that particle on
22 that side instead of treating it as yellow, you're
23 treating it as magenta or purple actually, right?
24    A.    That's not yellow.
25    Q.    It's not yellow.  Okay.

32 (Pages 122 - 125)

Page 126

1          And then we talked a little bit about
2  the effect of illumination on color, so I want to
3  also look at that in the context of the Valadez
4  images, just to see what we can see if we illuminate
5  some of these images a little bit more.  And so,
6  let's go to slide 62.
7          So that's the images as presented.
8  You can see again, what I would say is yellow on the
9  left and blue on the right and that's the classic
10  colors in general of talc, elongated talc.  You're
11  saying it's purple and blue but if it's yellow and
12  blue, that's the classic colors for talc, right?
13      A.    Yellow and blue are classic colors
14  but it's the shade of yellow and the intensity.
15      Q.    Great.
16      A.    Not just that blue.
17      Q.    And so, for example, if we go to
18  slide 65 and we raise the illumination on this image
19  a little bit, now we have bright yellow compared to
20  bright blue, the classic appearance of elongated
21  talc in a PLM analysis, right?
22      A.    No.  It has to be more intense than
23  that.  You're going to need to add some more light.
24      Q.    Let's just do it for a couple more
25  particles.  For example, slide 66, and that's your

Page 127

1  second particle in your analysis.  Now let's put
2  some light on that in 67, and with a little more
3  illumination we have a bright yellow and a bright
4  blue, the classic colors for what you would expect
5  in a talc particle in a PLM dispersion analysis,
6  correct?
7      A.    That's getting pretty close to what
8  talc is.  I'd have to do the calculation on it, but,
9  you know, this is not its natural color.
10      Q.    Just so we do one more, 68, that's
11  your image.
12          69, that is with additional
13  illumination and we see the classic colors of talc
14  in PLM dispersion analysis, yellow in parallel, blue
15  in perpendicular, correct?
16      A.    No, I would say that is not intense
17  enough in order to get you to talc.
18      Q.    Okay.  Well, let's then go to the
19  next step in your analysis and what you do, and I'll
20  just go back to, first we're going to talk about
21  birefringence calculation.
22      A.    Sure.
23      Q.    So, slide 70, because that's central
24  to how you look at it.
25          If we go to slide 01, now I'm going

Page 128

1  to be talking about this last point here, number 5,
2  this, what I have written as biased birefringence
3  calculation method.  Okay?
4          And so, I want to talk a little bit
5  about how that calculation is done in general and
6  then how you do it under circumstances where you
7  claim to see more than one color on the particle.
8  Okay?
9      A.    Sure.
10      Q.    All right.  And so, we can go to
11  slide 20.  We've talked about this before.  This is
12  the basic formula for birefringence, so, the value,
13  the RI value based on the color observed in parallel
14  minus the RI value that you have reported in
15  perpendicular equals your birefringence value,
16  right?
17      A.    That is correct.  Right.
18      Q.    And as I said already, if we go to
19  slide 51 again, if you don't report a range, if you
20  don't report a range, then this RI value, RI 1564
21  that's printed here, that is what would go into the
22  calculation of birefringence, correct?
23      A.    Correct.
24      Q.    And so, if that color is wrong, if
25  that's not purple, then the calculation is wrong in

Page 129

1  the same way if I did a calculation nine minus four
2  and the real number should be 15 minus four, it's
3  going to give you a different value, right?
4      A.    That is correct.  You can't, you
5  know -- in this case we don't agree on what we're
6  seeing there, then yes.  If you want to add more to
7  it, you can change it.
8      Q.    What we see here, and again just to
9  make sure we understand ourselves here, that
10  color -- you're not claiming all these other
11  particles up here on the upper right, for example,
12  these rounded particles, that those are chrysotile,
13  right?
14      A.    No, they're not.  They're talc plates
15  that you can see some of the plates are radiating.
16  So, you know, in certain directions you can get
17  blue.  But no, I'm not saying that's all chrysotile.
18      Q.    Right.  And they're basically the
19  exact same color of what you're calling chrysotile
20  in parallel, right?
21      A.    No, it's different.
22      Q.    So, you're looking at this, you're
23  looking at the same picture I am and you're telling
24  me that that image of what you're calling chrysotile
25  is completely different than all the talc that's up

Page 130

1  on the upper right side -- left side, sorry?
2      A.    If you look on the upper right side,
3  you see a talc plate that has birefringence
4  running in the 1.583 to 1.58 and you see how bright
5  that is and it's in a parallel direction and it has
6  no -- nothing compared to what we're looking at
7  here.
8      Q.    What about all these talc plates on
9  the upper left?
10     A.    Well, those talc plates, again,
11  have a higher on the stack plates, and you're
12  not -- you've got some of these that are almost in
13  the parallel direction -- perpendicular, so every
14  one of those has that. And that bright yellow one
15  there demonstrates that it is talc in and some of
16  the plates are adjusted so it's -- you don't see
17  that on what we're calling chrysotile.
18     Q.    The thing is for talc, the color,
19  unless it's on edge or something like that, the
20  color in parallel should be the same color as talc
21  plates, right? It's the same refractive index in
22  general, right?
23     A.    No. I'm not explaining myself well.
24         Talc plates on edge will give you the
25  exact edge, where now going in, it will give you

Page 131

1  exactly what you see for a talc fiber. And that one
2  on the right, if you go the third one down in the
3  parallel direction, that's talc.
4      Q.    Again, all I'm saying to you, so
5  these -- chrysotile -- I'm sorry, talc plates are
6  not purple in 1.560 oil, right, or 1.550 oil?
7      A.    I didn't say it was.
8      Q.    But the particle that's got the bars
9  on it, you're calling that purple, right, but it
10  can't -- it's the same color as the talc around it
11  but that talc can't be purple as a matter of basic
12  physics. Isn't that true?
13     A.    What is true is you get these
14  wavelengths in the colors but you will get some that
15  blend and this is where -- for this particular one,
16  this is where we see as compared to everything else.
17     I'm sorry, but I'm sticking with
18  what -- that this is chrysotile and it's not
19  anything like the other little particles around
20  there that have talc plate edges that are causing
21  refraction.
22     Q.    And you're saying it's chrysotile
23  because it has a low birefringence and that's
24  because if we look at this color bar, see how far
25  over to the right 1.564 is, and it's right next to

Page 132

1  the blues, right, and so as you pointed out before,
2  it's the distance. So, if you're calling the
3  perpendicular blue and you're calling this parallel,
4  it's going to be very close together, that's a low
5  birefringence, right, correct?
6      A.    It is a low birefringence, as it
7  should be.
8      Q.    But if I treat this particle as
9  yellow and not purple, then I have created more
10  distance from the blues and my birefringence value
11  is higher, right?
12     A.    No, you're not right. If you want to
13  treat it like yellow, then treat it -- it doesn't
14  show anything like the yellow talc plates that we
15  have on edge here in the right-hand corner. That's
16  talc and that would be in the 1.583 range or so,
17  that 420.
18     Q.    I'm just asking you to agree with a
19  simple proposition: Let's assume my perpendicular
20  is blue, okay, and let's tag it, it doesn't matter,
21  where we can see 1.562, okay, blue, if I have in
22  parallel, and I'm saying I have purple in parallel,
23  there's not much distance there, that's a low
24  birefringence, right, correct?
25     A.    It's a low birefringence because of

Page 133

1  the intermixing here. Let's just take a look at the
2  1.561 810.
3         So, you have what talc looks like and
4  then we're arguing over where that should be. That
5  doesn't look yellow to me. It looks more like a
6  golden, dark goldish brown with some purple in it.
7      Q.    So, anyway, but, for example, if one
8  of these illuminate slides -- just bring up 69
9  again. If I put that on the color chart, right, so
10  perpendicular blue it's going to be -- brighter blue
11  it's over here, brighter yellow it's over here, that
12  has a very different birefringence value than if I'm
13  comparing purple to dark blue, right, correct?
14     A.    Correct, yeah, if you -- if you put
15  artificial lighting into it, you're going to change
16  the birefringence. I have no doubt about that.
17     Q.    Okay. And if you call it the color
18  that it's not truly there, you also change the
19  birefringence, correct?
20     A.    I can't tell you about it if you call
21  it something that's not there. We've analyzed that
22  correctly.
23     Q.    Again, the topic of this section is
24  your birefringence calculation, so I want to talk
25  about another thing that you do to make

34 (Pages 130 - 133)

Page 134

1 birefringence smaller, in other words, more like
2 chrysotile.
3         And so, let's look at slide 71.  This
4 is an example, just for illustration purposes, of a
5 particle that you have reported a range and we're
6 now back in the old Tungsten light ones, that you've
7 reported seeing a range of colors here, right,
8 everywhere from 1.562 to 1.569, according to the
9 little green numbers there, right?
10    A.    Correct.
11    Q.    And so, what I want to explore is in
12 these kind of circumstances how you calculate
13 birefringence because the ultimate calculation is
14 going to require one number in each box.  Okay?
15         And what you have said that you do,
16 you said you do it -- you do it multiple different
17 ways, right, over time?
18    A.    No.  I mean, when we have a range, we
19 take the highest gamma and subtract out the highest
20 alpha, and then we take the lowest gamma, which is
21 the next one, and subtract out the lowest alpha.
22 That's the way we do it and that's the way other
23 Government agencies do it.
24    Q.    We'll look at that in a second.
25         So, high alpha minus -- I'm sorry,

Page 135

1 high -- right?
2    A.    High gamma.
3    Q.    -- high gamma minus high alpha equals
4 birefringence in the way you do it, right?
5    A.    Not the way I do it.  It's not my
6 method.  The way that the Environmental Protection Agency
7 does it.  The way that Deer, Howie and Zussman, the
8 mineralogical book, does it.  It's the way that FDA
9 proposed to do it when they had that method out and
10 back in the '70s to determine the birefringence.
11 Whenever you have a range, we're doing it the way
12 others do it.
13    Q.    We're going to look at that.  I just
14 want to make sure because mathematically this will
15 probably be the same thing, at least if you're
16 dealing with a single particle.  But originally what
17 you had said is that you were using averages, right;
18 in other words, if you had a range from 1.568 up to
19 1.562, you were using averages, you were averaging
20 the two numbers to what you put in, right, and that
21 is how you've explained your methodology at times,
22 right?
23    A.    Yes.  If you average them, you'll get
24 the exact same number as if you take the highest
25 alpha and the highest gamma and so on.

Page 136

1    Q.    Right.  And other times you've said
2 that instead of averaging based on specific
3 particle, you will group a set of particles together
4 that you view as representative and then come up
5 with some average based on that, right?
6    A.    I don't know if you explained it
7 properly.
8    Q.    Okay.
9    A.    We take representative particles and
10 we get the refractive indices for all of them and
11 this is all in the same sample.  Then we do
12 birefringence for each individual one and then
13 average them up and just say here's the average
14 overall.
15    Q.    And you didn't have any specific
16 protocol about how to select the particles that were
17 going to go into that average, right?
18    A.    The protocol is, is that you look for
19 ones that are common throughout the sample.  I think
20 we've talked about this before.
21    Q.    Yeah, and I asked you, I asked you at
22 1., again the averaging method is the same result as
23 high verse high, right?
24    A.    Yes.
25    Q.    And I asked you, and you admitted

Page 137

1 that you didn't know anywhere any published
2 technique in the scientific literature that said to
3 use averages for birefringence calculation like this
4 and you admitted you didn't know anything in the
5 scientific literature that said to use averages,
6 right?
7    A.    Right, but you realize, though, it
8 doesn't change anything about the birefringence even
9 if you do the range.  So, I just did it to make it
10 easier.
11    Q.    But I'm just telling you, we'll talk
12 about what impact it can have on birefringence, but
13 you didn't know anywhere in the published scientific
14 literature that did the analysis the way that you
15 were using averages; that's what you admitted to me
16 in the Prudencio case, right?
17    A.    That's not fair.  We're
18 using -- we're using an averaging that didn't change
19 anything on how the Environmental Protection Agency
20 does the birefringence on their -- on their chart,
21 on 2.2, how any -- biaxial mineral in Deer, Howie &
22 Zussman, when they give all the different ranges of
23 refractive indices and birefringence, if you do it
24 like I just said, take the high and high and low and
25 low, you get exactly what they publish.

Page 138

1    Q.    We're going to talk about the methods
2    in one second.  I just want to make sure that we're
3    clear here, and so maybe we could pull up slide 72.
4          I asked you, you don't know of
5    anywhere of a technique that -- use of averages
6    instead of high-low, you don't know of anywhere
7    where that technique that you're using has been
8    published or put into a scientific method, right,
9    and you said, I'm not aware of any, no.
10         That was your testimony under oath,
11   correct?
12   A.    Using averages instead of high-low.
13   We don't use a high-low.
14   Q.    I know you don't.  We're going to
15   talk about that.
16   A.    That was part of your question.
17   Q.    Right, but --
18   A.    There is no publication out there
19   that shows you how to do a high-low, and shows you
20   the calculation, zero.
21   Q.    I asked you the question whether you
22   knew of anyplace where it said that you could use
23   averages instead of high-low, and I'll show you why
24   I asked you about high-low in a second, and you
25   didn't know of any place that had been put in a

Page 139

1    scientific method to use the averages, right?
2    A.    That's not what that's saying.
3    There's no method out there because it's completely
4    utterly wrong.  You're not going to have a
5    scientific method out there that has you doing
6    something that's no basis anywhere.
7    Q.    Okay.
8    A.    That wasn't a half a question there.
9    Q.    Let's look at the methods then and
10   compare it to your calculation.  And so we can do
11   this, maybe it would be a little easier to put it on
12   a slide, slide 73.
13         So you said, I'm going to use this
14   example because it's a little easier to compare with
15   others, you said the averages -- "and I think
16   mathematically that's true using averages of two
17   ranges will be the same results as using the high
18   gamma minus the high perpendicular in the range,"
19   right?  So, this accurately reflects what you do,
20   right?
21   A.    Yes, sir.
22   Q.    And so, what we're going to discuss
23   next is how it should be calculated under the
24   methods, and so that's slide 74, and I understand
25   you're going to disagree with me but then we're

Page 140

1    going to show it in the methods.
2          So you understand that we believe,
3    our experts believe and we'll show why, that the
4    proper way to calculate birefringence is not by
5    taking the high on the parallel and the high on the
6    perpendicular, but rather to do it from the high
7    gamma and then the low alpha, the low one, the one
8    on the other side of where you're picking, right,
9    and that's criticism that has been made of your
10   work, right, that this should be the way
11   birefringence is calculated, and you think that's
12   wrong?
13   A.    I understand that the experts you
14   hired have decided this and it is wrong.
15   Q.    Well, I want to look now at the
16   methods and see what they say.  So, one method that
17   you purport to use in your analysis is ISO.  In
18   other words, if we see in your reports there's going
19   to be a lot of ISO method PLM, right?
20   A.    Correct.
21   Q.    So, I want to look at what the ISO
22   says about how to calculate birefringence values.
23         So, let's just call it back up.  I
24   think I've already marked this.  It's Exhibit 2.
25   And we can going to page 13 of it.  We're going to

Page 141

1    have to go back and forth between this and the
2    slide.
3          Okay.  So, it has a definition,
4    it should be under gamma, okay, and so it
5    defines the gamma refractive index, and if we know
6    that -- that's going to be the first number in the
7    equation, it's going to be what's in parallel,
8    right, gamma?
9    A.    Correct.
10   Q.    Okay.  And that is defined as the
11   highest refractive index exhibited by a fiber,
12   right?
13   A.    Correct.
14   Q.    And so, when we want to say highest,
15   I want to make sure we understand what that term
16   means.  And so as an example, before we come back to
17   this, let's look at slide 71, which we looked at
18   before.  The highest refractive index, you see how
19   the numbers go up from 1.39 to 1.50, and then they
20   start going up as we go towards the yellow, 1.578 to
21   1,580, you see it goes up, higher numbers, right?
22   A.    As expected.
23   Q.    As expected, of course.
24         So when we're talking about the
25   highest color observed in parallel in gamma, that is

1 the furthest to the left, right, 'cause the numbers
2 go up?
3     A.    True.
4     Q.    Sure, correct.
5           And then if we talk about the other
6 side of the equation, ISO also defines what that is,
7 the alpha refractive index, so if we can go back to
8 the document, D-2, page 9, and that is defined not
9 as the highest refractive index but now the lowest
10 refractive index exhibited by a fiber, right?
11     A.    Yes, sir.  If you put those two
12 together, the gamma's always going to be the
13 highest.
14     Q.    Correct.
15     A.    The alpha is always going to be the
16 lowest.  It doesn't say anything in that definition
17 that if you have a range, you pick the highest in
18 gamma.  If you have a range of alpha, you pick the
19 lowest.  Nowhere is that ever printed and the actual
20 methodology itself in ISO has nothing to do with
21 subtracting out anything.  You use the Michel-Levy
22 charts.
23     Q.    And so, again, there are ways to
24 calculate birefringence in a particle without using
25 refractive indices; is that right?

1     A.    Well, you're using the first order,
2 second order light and you go to the Michel-Levy
3 charts it will tell you where you are on they're
4 based on the density -- excuse me, not the
5 density -- but the height of the bundle, 'cause on
6 the X axis it has a zero to 100 microns there, and
7 that width of that bundle can change where your
8 birefringence is.
9     Q.    Anyway, since that's a
10 different -- we're just going to focus on what we're
11 doing here but it's defined as the lowest refractive
12 index exhibited by a fiber, correct?
13     A.    Yes, alpha is the lowest if you have
14 biaxial.
15           But here's my point:  If this was
16 really what you say, in order to go in and do a
17 mathematical equation and take the second and the
18 highest, why doesn't the method show you anywhere
19 how to do that.  It doesn't make sense for a method
20 because methods are like a recipe, and they just go
21 into using first order, second order Michel-Levy
22 charts that has nothing to do with this.  This is
23 just a definition.
24     Q.    Let's look at what the lowest
25 refractive index exhibited by a fiber would be, so,

1 let's look at Longo slide 22, this is now
2 perpendicular.
3           And so, if I'm seeing a range,
4 let's assume, theoretically, I've got a particle
5 that has a range of refractive indices in parallel
6 from one -- that's not what this black bar is
7 intending to represent but I'm just doing it as an
8 example -- 1.553 all the way to 1.547, the lowest
9 refractive index that is exhibited by that particle
10 would be the 1.547, in other words the furthest to
11 the right, it's the lowest number refractive index,
12 correct?
13     A.    If your hypothetical is correct, that
14 would be correct.  It is the lowest one in your box.
15     Q.    And then if we go back to the method,
16 and that is D-2, I guess, it has another definition
17 and it defines birefringence as the quantitative
18 expression of the maximum difference in refractive
19 index due to double refraction, right?
20     A.    That's what it states.  You read it
21 correctly.
22     Q.    And looking at the same example we
23 just were, slide 22, it's only going to parallel
24 this but if I have a range, let's assume I have a
25 range in blue and I also have a range in yellow, the

1 maximum difference between the refractive indices
2 of the particle is going to be the one all the
3 way -- the one farthest to the left against the one
4 farthest to the right, the highest against the
5 lowest, right?
6     A.    No.  You're completely wrong on this.
7 And the reason is, all protocols, methodologies have
8 a step by step by step by step.  If that's what that
9 truly meant, then they should have a range there and
10 show you that calculation.  They don't.  Alls they
11 have is the Michel-Levy charts that has nothing to
12 do with this.  And yes, the gamma is the highest
13 refractive indices.  The alpha is the lowest.  It
14 has nothing to do with the ranges.
15     Q.    So, you're reading the word "maximum"
16 out, right, because what it's advising you to do is
17 to use averages on both of these, that's the way
18 you're supposed to do it, 'cause then you would have
19 a single number on one side, a single number on the
20 other side, and there would be no maximum or minimum
21 difference, it would just be one difference, you
22 wouldn't be having a range.  So, how does the word
23 "maximum" play into your understanding?
24     A.    Because there is a maximum no matter
25 what, because you have to go to the Michel-Levy

1 charts. And if you're taking, quote, the highest or
2 the lowest, if you take the highest and you subtract
3 the lowest out and you take chrysotile standards and
4 do that calculation, it doesn't make it chrysotile
5 anymore. I'm not talking about talc. And there's
6 nothing in the method that says to do that. You
7 can't just have a definition and then go in the
8 method where it's completely different for the
9 birefringence. And the birefringence in the ISO,
10 alls you're supposed to do is say low, medium and
11 high. You don't give it a number.
12     Q.    But the calculation is what leads you
13 to say whether it's low, medium or high?
14     A.    That's when you do the PA method,
15 yes. But they will call it low -- you look at a
16 lot of them. They'll call it low, medium or
17 high with no calculation, just looking at the
18 Michel-Levy charts and if it's a first order,
19 second order -- first order or second order from
20 the cross polars, that's where you get it.
21     Q.    Let's look at some other methods.
22 Let's just start building a slide here.
23         THE COURT: Before you go on.
24         MR. DUBIN: Of course.
25         THE COURT: What are the Michel-Levy

1 charts and what is the significance of them?
2         THE WITNESS: The Michel-Levy charts
3 is an individual, I think he was from France, who
4 came in and said first order light, under cross
5 polars, meaning you have a polar here and polar
6 here, and you usually get dark blues and blacks, et
7 cetera. You look at what they call that first
8 order. Then you go on his chart, first order, et
9 cetera, take the -- take the width of the bundle and
10 then go across and it gives you your birefringence.
11 So, it's a way -- it's a different way to determine
12 birefringence and it's the way I would say 90
13 percent of the -- 95 percent of the polarized light
14 microscopy labs do it.
15         THE COURT: Thank you.
16         THE WITNESS: They will say low
17 birefringence, we talk medium or high. Here it's
18 calculated.
19         MR. DUBIN: And so, Your Honor, I'm
20 focusing with this witness on the way he's
21 calculating it. We are going to discuss what his
22 method is, but it's not really for this witness
23 because that's not how he's doing it.
24         THE COURT: I understand that, but
25 we're using terms that --

1         MR. DUBIN: So, I -- I apologize - --
2         THE COURT: -- need to be defined for
3 the record.
4         MR. DUBIN: I understand. I just
5 wanted to make sure that you understood that we are
6 going to explain that in more depth at some future
7 time. I apologize.
8         THE COURT: I need to understand it
9 for this witness.
10         MR. DUBIN: I apologize.
11 BY MR. DUBIN:
12     Q.    All right. So, anyway, again, you
13 seem to be disputing this but let's put up Longo
14 slide 76. I'm going to start building this because
15 this is our position about what ISO does verse you
16 and I want to now move to another method and so I
17 want to talk about Dr. Su's method that I believe
18 has also been marked. Are we able to pull that up?
19         This will be the next exhibit, D-11.
20 (Handing.)
21     A.    Thank you.
22     Q.    And so, we can call that up. Can't
23 call it up, okay. So --
24         THE COURT: Indicate what this is for
25 the record.

1         MR. DUBIN: This is an article of
2 Dr. Su's, Rapidly and Accurately Determining
3 Refractive Indices of Asbestos Fibers by Using
4 Dispersion Staining Method. Okay? And we're going
5 to talk about the section at page 3.
6 BY MR. DUBIN:
7     Q.    So, this says, when you are looking
8 at the colors, a range of color is usually
9 displayed, make sure that the DS color that gives
10 the highest RI's are observed, i.e., the DS color
11 corresponding to the shortest wavelength; for
12 example, if the DS color ranges from purple to red
13 purple, choose red purple, right?
14         You see that?
15     A.    Where are you reading?
16     Q.    In section 7.
17     A.    Section 7. Where is section 7? Page
18 3?
19     Q.    Page 3.
20     A.    Section 7.
21         THE COURT: I think it's on page --
22     A.    Section 7 on page 5.
23     Q.    Sorry, page 3 of the document, page 5
24 of the PDF.
25     A.    Okay.

38 (Pages 146 - 149)

Page 150

1    Q.    It has both of them, so, I was
2 starting with the bottom -- the parallel. And so,
3 let me make sure we're looking at an image so we can
4 understand this. Let's bring up Longo slide 22.
5         So it's saying here that if you -- if
6 you see multiple colors, for example, if the color
7 ranges from purple to red purple, right, so, in
8 other words, purple is further that way to red
9 purple, you're going to -- it says choose the red
10 purple, right?
11    A.    Where does it say that?
12    Q.    In number 7.
13    A.    Oh, okay, number 7 is on page 5.
14    Q.    You'll see number 4 it also says if
15 you get a range from blue to light blue, choose
16 light blue, right?
17    A.    That's what it states.
18    Q.    So, in other words, where you're
19 having a range or you're taking the colors at the
20 ends of the range, not an average to compare under
21 this method, right?
22    A.    That's what it states.
23    Q.    Okay. And so, again, we can now look
24 at slide 77 and you mentioned EPA regulations, EPA
25 R-93, right, there's a Federal regulation about how

Page 151

1 to do PLM analysis in that context, correct?
2    A.    No. What I was pointing to is the
3 chart on 2.2 where they go into a range of gamma, a
4 range of -- of alpha and they have four chrysotile
5 structures, and if you take the high gamma and
6 subtract out the high alpha -- they also have a
7 range of what chrysotile is for birefringence, 0.004
8 to 0.017. So, if you use what you're calling the
9 Longo birefringence method, all the calculations on
10 those four chrysotile structures will be in what EPA
11 is saying the range of chrysotile is for
12 birefringence.
13         If you use the highest and the
14 lowest, I think the highest was 0.6, and the overall
15 average was 0.04, which has no basis at all for
16 chrysotile. If you go to Deer, Howie and Zussman
17 and do the exact same thing for every biaxial
18 mineral that's in there, everything from tremolite,
19 anthophyllite, vermiculite, and use what you're
20 calling the Longo's birefringence, it all works out
21 to the range of birefringence they state. If you
22 want to do an average like, I mean, Dr. Su is doing,
23 you'll get the same thing.
24    Q.    Well, the method itself has a
25 definition of birefringence, right, EPA R-93?

Page 152

1    A.    No. I don't think they have it in
2 there. I don't think they do. You wouldn't have
3 asked me that if you didn't already know.
4    Q.    Probably not.
5    A.    Some day I'll get that straight.
6    Q.    (Handing.)
7    A.    Thank you.
8         MR. BRALY: What number is this?
9         MR. DUBIN: It's Exhibit 12 and that
10 will be the EPA R-93 test method.
11 BY MR. DUBIN:
12    Q.    So, for example, so, slide, 78, and
13 let me tell you where that slide is from so you can
14 look yourself.
15    A.    Thank you.
16    Q.    It's at page, PDF page 71 of 98.
17    A.    71 to 90?
18    Q.    98, sorry, I'm sorry, it's page 71 of
19 98.
20    A.    Oh. I was going to say that's a long
21 birefringence definition.
22    Q.    Serious detail.
23         And so, they define birefringence
24 value as the numerical difference between the
25 maximum and minimum refractive indices of an

Page 153

1 anisotropic substance. So, again, maximum, minimum
2 because we're dealing with a chart, so, it would be
3 the furthest one on the left and the furthest one on
4 the right is the way you would get a maximum
5 difference, correct?
6    A.    It doesn't work that way when you are
7 doing these calculations. Here they say use the
8 Michel-Levy chart. If you want an example, we can
9 do the calculations on the EPA or any biaxial
10 crystal in Deer, Howie and Zussman, which I
11 understand is the mineralogical book.
12    Q.    I'd like you to explain it to me
13 again, so, if we go to slide 79, is if you have two
14 options, right, you could compare the highest number
15 on one side, which is going this way and the highest
16 number on that side, or you can compare the highest
17 number on this side to the lowest number on the
18 other side. Which of those is going to present the
19 maximum difference?
20    A.    Well, obviously the ISO, taking the
21 highest and the lowest, will give you the maximum
22 difference, but it's giving you a wrong answer.
23 Getting the maximum difference in something that is
24 a wrong answer and gives you a birefringence that
25 has nothing to do with the mineral you're looking at

Page 154

1  is not right.
2       Q.    I just want to just do some math to
3  make sure we're clear.  Again, if we go to slide 21.
4  And, of course, all of these calculations, in
5  addition to the method depends on getting the color
6  right first.  But to make sure we understand, your
7  opinion is that chrysotile will have a lower, in
8  other words, closer together, birefringence than
9  talc, right?
10      A.    It's almost five fold times lower.
11      Q.    So, I want to use an example just so
12 we all understand how using the maximum and minimum
13 is going to change your result versus using high and
14 high, or average, so we can look at slide 80.
15            So, I put together some heights here
16 spaced out.  We can view one as the parallel range,
17 which would be the left, and one of the -- the
18 perpendicular range on the right, parallel range on
19 the left.  And so, if we were going to do this and
20 we go to slide 81, compare the tallest person to the
21 shortest person in these ranges, the maximum
22 difference between the heights of any of these two
23 individuals, any of the two individuals in these
24 groups would be the difference between the 80-inch
25 tall and the -- inches -- and the 60-inch tall, that

Page 155

1  produces a 20-inch difference, right?
2       A.    If you want to measure people like
3  that, that's what you would get.
4       Q.    But if I take, let's say I take the
5  highest of the highest, which is what you say you
6  do, which is slide 82, now I'm comparing an 80-inch
7  tall person to a 68-inch tall person, I've reduced
8  the difference to 12 inches, right?
9       A.    Yes.
10      Q.    And similarly, when you've said you
11 would do averages sometimes, and that would be slide
12 83, if I take the averages in the range, I'm going
13 to get the same thing as high and high or 12-inch
14 difference, right?
15      A.    If you do that with people, that's
16 right.
17      Q.    And so, if, in fact, the way to do
18 birefringence is represented by slide 81, by doing
19 it in a different way, by doing averages or high to
20 high, you will naturally lower the birefringence of
21 the particle and make it more like the birefringence
22 that you say is typical of chrysotile, right?
23      A.    No.  We're doing it the right way.
24 What you're not thinking about -- think about if you
25 have a range of fibrous talc where you've got this

Page 156

1  low and this high and you do that, now it's not
2  fibrous talc anymore, if you didn't have anything
3  below 0.045, it's not talc.  I'm sorry, it's wrong.
4  It's not the way, it's not -- yeah, it's a way to
5  make it not chrysotile but it's absolutely wrong to
6  do the birefringence that way, that you're going to
7  take the lowest and the highest.
8       Q.    Okay.  I want to move on to the next
9  major topic, chrysotile, and I think it's probably
10 the last major topic on that issue and that is slide
11 84, Calidria asbestos.
12            And so, if we can return for a
13 second, I think it was slide 5, one of the things I
14 asked you about when we started out was the idea
15 that, okay, what kind of work were you doing back in
16 this green period and why were you not claiming at
17 the time to find chrysotile in Johnson & Johnson,
18 and I think what you told me was the variable was
19 that your understanding or your lab's understanding
20 of Calidria asbestos, right?
21      A.    Is that a question?
22      Q.    That's what we went over earlier.
23 I'm just trying to summarize --
24      A.    Yeah, we went over Union Carbide's
25 Calidria 2010 and the RG-144, which had very similar

Page 157

1  properties to what we were finding in cosmetic talc.
2  That was down the road here a little piece.
3       Q.    So, when would these analysis when
4  you were giving the testimony back in the day, you
5  know, about there not being asbestos in talc, when
6  was that testing that led to that testimony done?
7       A.    You mean back in 2000?
8       Q.    No.  I mean before 2016, back in the
9  day when you had been -- you originally said you
10 hadn't tested but you had tested in the past and you
11 had gotten negatives.  When would that testing have
12 been done?
13      A.    Well, the best we know is 2013, 2009
14 and -- well, we're not sure about the third one
15 because that was the Richard Hatfield one.
16      Q.    Okay.  And so, I think one of the
17 things you said is at some point your lab got to do
18 some -- look at some Calidria and remind us when
19 that was?
20      A.    2015 or 2016 or so, 2014.
21      Q.    So, my understanding is you're saying
22 that the first time your lab got an opportunity to
23 look at this Calidria stuff was after you had
24 already tested whatever products you tested that you
25 said you didn't find asbestos in, right?

Page 158

1    A.    No. I guess I'd go all the way back
2 to 2004 when we received five pounds of -- of
3 Vanderbilt's Nytal and we did testing on that but
4 that was a whole different size range. Nytal 1 or
5 Nytal A, you had lots of bundles and stuff in there
6 that were a hundred microns, 50 microns. That's the
7 first time we started testing it.
8          And then we tested Visbestos with the
9 attorneys there and I think that was 2014, 2015.
10    Q.    We'll look at the dates in a second.
11          Did MAS participate in the NVLAP
12 proficiency exam that involved testing laboratory's
13 ability to identify the mineral Calidria?
14    A.    We looked high and low to see if we
15 could find that. We could not find that analysis.
16    Q.    You can't find the analysis. Do you
17 know whether you participated?
18    A.    I don't know. That's too long ago.
19    Q.    Because that was in 2001, right?
20    A.    Yes.
21    Q.    Is that correct?
22    A.    I think that's correct. Where 35
23 percent of the labs failed, something like that.
24    Q.    So, I want to make sure we understand
25 when we use the term Calidria that we know what

Page 159

1 we're all talking about. So, slide 85.
2          So, Calidria is, actually, just -- is
3 a brand name for a particular type of chrysotile
4 asbestos, right?
5    A.    Correct. It's like amosite. Amosite
6 is not a mineral. It's the asbestos mines of South
7 Africa. So, it's just a tradename.
8    Q.    The name comes from California and
9 the New Idria serpentine deposit, right?
10    A.    That's right, good for you.
11    Q.    Been there, so...
12          And the chrysotile from that area is
13 typically considered to be a unique chrysotile
14 formation that occurs there and perhaps one mine in
15 Yugoslavia, right?
16    A.    Correct.
17    Q.    In fact, you said you've never seen,
18 I think -- the chrysotile from there is completely
19 different from chrysotile that you find in Canada,
20 Vermont, Arizona, places like that; it's a different
21 sort of morphology is what you said, right?
22    A.    If you put Calidria in like a Ziploc
23 bag, it looks like flour. If you take chrysotile
24 from Canada or 30 other places, it's almost like
25 cotton candy.

Page 160

1    Q.    As I understand it, your theory is
2 that because laboratories out there don't understand
3 what Calidria looks like, that's why they're
4 supposedly missing chrysotile in all of these talc
5 products, right?
6    A.    That's what I think. There's got to
7 be a reason that other people aren't finding it
8 except with TEM are the ones I know about.
9    Q.    And so, your theory is that this
10 unique form of chrysotile that's found in this one
11 location in California is the type of chrysotile or
12 the appearance of chrysotile that is found in talc
13 from Vermont, from Italy, from Montana, from every
14 other mine, talc mine in the United States, that
15 somehow this unique type of chrysotile structure
16 that has only been found in this one mine in
17 California has somehow jumped into talc from every
18 area in the United States and from Italy, right?
19    A.    Now you're being silly. I'm sorry.
20          No. It's not jumped in there. And
21 also, these materials have been milled. You can go
22 to the RG -- the SG-210 chrysotile without you
23 anything has an average length of 10 microns, the
24 RG-144 without us doing anything has any average
25 length of about 80 microns. So, this not formed

Page 161

1 that size. This is after it's been milled you get
2 to that size, at least -- and why is that size in
3 the chrysotile? Well, some may think that the
4 milling won't do that --
5    Q.    Okay.
6    A.    -- for chrysotile 'cause, you know,
7 it has such high tensile strength, but we're not
8 talking about your average ball mill. These are big
9 monster machines that have a lot of force. I don't
10 have another explanation why they look so similar.
11    Q.    Well, let's first just talk
12 about whether it does look similar, whether we
13 assume -- let's talk about what Calidria should
14 actually look like and whether it looks like what
15 you're claiming to find in Johnson & Johnson talcum
16 powder products. Okay?
17          And so, we're going to start out with
18 that by talking about an analysis that your lab did
19 of Calidria asbestos in a product called Visbestos,
20 which was essentially bagged of asbestos to be used
21 in the drilling mud industry, and it was Calidria,
22 right?
23    A.    Correct.
24          MR. DUBIN: And so, let's mark that
25 next, Exhibit 13.

41 (Pages 158 - 161)

Page 162

1  BY MR. DUBIN:
2      Q.    All right.  So, this is 13, and it's
3  a report from MAS signed by you about Asbestos and
4  Super Visbestos Testing and you can see it refers to
5  these as Calidria samples, right, on the front page?
6      A.    Yes.
7      Q.    Now, there aren't PLM images in here
8  but the report contained data about what the
9  refractive indices were that your laboratory was
10  reporting for Calidria using PLM analysis, the type
11  that we've been talking about, right?
12      A.    Correct.
13      Q.    And so, we can see, if we go to page
14  6, for example, as an example, you'll see that you
15  get -- there's a refractive index number on page 6
16  giving -- so, the range that you're reporting in
17  parallel verse perpendicular, you've got 1.560 and
18  1.553, right?
19      A.    That's right.
20      Q.    Okay.  And so -- and if we go to page
21  7, there's another one of those.  Your lab is
22  reporting refractive index for this Calidria, 1.560
23  to 1.553, right?
24      A.    That's right.  That's what we
25  reported.

Page 163

1      Q.    So, I want to talk about what colors
2  that would mean your analysts are saying you were
3  seeing looking at Calidria in 1.550 oil.
4          And so, first, I want to remind us
5  about what you are calling this Calidria type
6  chrysotile in Johnson & Johnson, and so let's call
7  back up slide 26.
8          So, you claim that this particle that
9  we're seeing here that you've identified in
10  Johnson & Johnson, you claim that that is chrysotile
11  similar to Calidria asbestos, right?
12      A.    Yes, sir.
13      Q.    So now let's look at the refractive
14  indices that you reported back before you were doing
15  this analysis claiming to find chrysotile for
16  Calidria and see what colors your analyst was saying
17  they were observing.  Slide 86.
18          So, in parallel, which we just looked
19  at the picture of alleged chrysotile in Johnson &
20  Johnson in parallel, your analyst was reporting that
21  when they looked at Calidria, it was magenta in
22  color, correct; that's what they were reporting the
23  refractive indices --
24      A.    1.561 -- it's close to it, yes.
25      Q.    And so, if we go back to the last

Page 164

1  slide for one second, are you calling that magenta?
2      A.    No, it's -- I can't read the ranges.
3  I still can't.
4      Q.    Well, I'm just saying looking at it,
5  are you telling me with your eyes that's magenta?
6      A.    No.  But it will have -- and you're
7  looking at one big bulk analysis versus, I don't
8  know, hundreds where Visbestos, I mean, the
9  standard, we get them everywhere from about 1.560
10  up to about 1.570.  That's our ranges that we see
11  with Calidria, as well as the others.  You're not
12  going to get the exact same refractive indices each
13  and every time.  There's a range there that we see
14  each and every time.  Sometimes you might have a
15  1.571, and sometimes you might have a 1.588 --
16  excuse me -- 558.
17      Q.    But basically what you're reporting
18  here, if we go back to slide 15, what you're
19  recording Calidria should look like in parallel,
20  that is very similar to what ISO is saying any type
21  of chrysotile should look like?
22      A.    ISO never says that.
23      Q.    It gives a refractive index value for
24  this particle in parallel, right?
25      A.    1.560 Calidria does not look like

Page 165

1  that.
2      Q.    Okay.  What color is -- are they --
3      A.    It is more of a purplish pink at
4  that -- it's not like that.  That's pretty low on
5  the spectrum.
6      Q.    Let's go back to slide 18 because it
7  has it.  We went through it.  That's 1.556.  So,
8  let's show what that looks like on the color bar.
9          So, in other words, the ISO reference
10  gives you a refractive index and it gives you 1.556
11  in the reference number corresponding to this
12  magenta color, right?  That's what ISO says this
13  particle, this reference particle, is, right?
14      A.    What we have is 1.560, which would be
15  not 540 but it would be about 5 -- about 510.
16      Q.    If you go back to slide 86, your
17  parallel is right around that classic chrysotile,
18  that's parallel to parallel, it's in this area?
19      A.    Well, what you were showing was down.
20  I'm saying it's about 505 for the 1.561.
21      Q.    We can agree that neither the ISO
22  reference difference for chrysotile nor the values
23  you reported for Calidria here in parallel are
24  yellow, right?
25      A.    No, but you'll see some tomorrow.

42 (Pages 162 - 165)

Page 166

1    Q.    Okay.  Well, let's look at the other
2 side of the equation.  And so, you gave some
3 numbers, for example, slide, I think it's 87, and
4 so, you're reporting that in perpendicular, the
5 Calidria would be a dark blue, fairly close to its
6 parallel, classic low birefringence, chrysotile,
7 right?
8    A.    Yes, sir.  But interesting enough in
9 the perpendicular, I would say 50 percent of what we
10 see is in the range what one would say was for
11 chrysotile.
12    Q.    And so, I want to talk about, because
13 a lot of the images that we've been comparing, for
14 example, the Valadez images about is it purple, is
15 it yellow, those were in a different oil, 1.560, and
16 so, I want to look at that.
17        And so, to remind ourselves what
18 you're calling chrysotile in Johnson & Johnson, in
19 1.560 oil, we can go back to slide 90, and so that's
20 an example of what you are saying in 1.560 oil is
21 chrysotile, according to you, chrysotile in
22 Johnson & Johnson and it is Calidria-type chrysotile
23 in Johnson & Johnson; that's what you are asserting,
24 correct?
25    A.    No, not quite.  It's a little -- kind

Page 167

1 of close but not quite.
2    Q.    Okay.  What's the "not quite"?
3    A.    What I'm asserting is that many of
4 the structures that we see, not only in Johnson &
5 Johnson, because everybody uses the same mines but
6 all of them have more of the type and look we see
7 and also the ranges we see with the -- the SG-210
8 range from about 1.60 up to 1.71, with an average of
9 1.56 -- excuse me, 1.565.  That's the average that
10 we find for the Calidria.  That's the average we're
11 finding for what's in Johnson & Johnson, as well as
12 the other mines.
13    Q.    Okay.  And so, I want to look at some
14 examples of Calidria in 1.560 oil to compare.  So,
15 first, I just want to look at an image from
16 Dr. Sanchez' lab that we'll be looking at later in
17 these proceedings, that we'll be looking at, when you
18 raise the refractive index oil like you did, that
19 means that things that may have been sort of
20 (inaudible) or even, particularly blue, are going to
21 move further in parallel towards the right, right?
22    A.    Correct.
23    Q.    And so, if we look at slide 91, we
24 have an image here of what Calidria is in 1.560 oil
25 and I want to start by talking to you about some of

Page 168

1 these brighter spots, right, the stuff that doesn't
2 look as purple and blue.  And I think what you've
3 agreed is that even if we're just looking at
4 Calidria, there are also sometimes other minerals
5 that can be contained in Calidria as well, right?
6    A.    According to Dr. Gunter, there's like
7 one or two.  So, it's not that many.
8    Q.    Okay.  Well, for example, brucite,
9 right?
10    A.    Brucite's one of them.
11    Q.    And you're familiar with an article
12 entitled Chemical and Physical Characteristics of
13 Amosite, Chrysotile, Crocidolite, and Non-Fibrous
14 Tremolite for Oral Ingestion Studies by the National
15 Institutes of Environmental Health Sciences?  Are
16 you familiar with that, you've cited it before?
17    A.    I have not cited it before.
18    Q.    Are you familiar --
19    A.    I'm not familiar with it.
20    Q.    Okay.  So, were you aware that
21 Dr. Wylie did a characterization of Calidria for the
22 Federal Government as part of some studies that were
23 being undertaken?
24    A.    No.
25    Q.    But anyway, I think what you've

Page 169

1 agreed is at least it's important to make sure that
2 when you're looking at a Calidria sample and you're
3 trying to match something up with the talc, that
4 you're looking at the actual Calidria; we can agree
5 that it's important that you're looking at the
6 Calidria, right?
7    A.    Well, not the Calidria that looks
8 like that.  That's just like a mass.  That's not
9 something that we typically look at.  And I don't
10 know what Calidria this is since there was a number
11 of different menu items for Calidria, so, we don't
12 see that.
13    Q.    You don't see this kind of blues and
14 purples in at a time background, this massive blue
15 and purple; you don't see that, right?
16    A.    If you're between 1.560 and 1.562,
17 you will get blue.  But we don't see this, I don't
18 know what to call it, a big mat, of very small
19 structures and particles, no, that's not what we see
20 when we look at the SG-210 by PLM.
21    Q.    Is that because your images are under
22 illuminated?
23    A.    No.
24    Q.    Okay.
25    A.    No, it's not.

Page 170

1    Q.    We'll look at that in a second.
2         So I want to first just look at an
3    example of one of the things that you're calling
4    Calidria in Calidria, okay, and just try to just
5    eyeball it, so let's go to Longo slide 92.
6         And so, here is a particle you can
7    see of what you are using as a reference for
8    Calidria, right, and so, this is now a picture no
9    longer in Johnson & Johnson but within a sample of
10   Calidria asbestos.
11        Do you see that?
12   A.    Yes.
13   Q.    Okay.  And you're focusing on this
14   particle right here, correct?
15   A.    That is correct.
16   Q.    Okay.  And so, I want to compare the
17   images for a second, slide 93.  So, we have an image
18   from your lab, an image from Dr. Sanchez' lab,
19   right?
20   A.    If you say so, yes.  It says
21   Dr. Sanchez on it.
22   Q.    And you said that you don't see stuff
23   like Dr. Sanchez's in your images, right, the big
24   mass of purples and blues, right?
25   A.    That's correct.

Page 171

1    Q.    Okay.  And so I want to try to turn
2    the illumination up a little bit on your image and
3    see what happens when we turn the lights on.  So,
4    let's go to slide 94.
5         So, now we can actually see all the
6    stuff that's the Calidria in the background that we
7    could not in the image that you included in your
8    report, right?
9    A.    Yes.  Well, sort of, but certainly it
10   doesn't look like what Dr. Sanchez had.
11   Q.    Okay.  Let's just focus, let's just
12   assume that you didn't just pick some impurity in
13   Calidria to look at instead of the mass of the
14   chrysotile that we see in the background, let's
15   focus even just in on that particle and let's look
16   at slide 95.
17        So, this is the particle that you
18   selected out of the Calidria reference on the left
19   and this is what you're calling chrysotile,
20   Calidria-type chrysotile in Johnson & Johnson on the
21   right, you're asserting that those are the same
22   mineral, right?
23   A.    I have never ever said that.  What I
24   said is it has the same characteristics.  You're
25   going to have the small size and you're going to

Page 172

1    have the ranges that we're seeing from 1.560 up to
2    about 1.570.  I've never said it's identical to it.
3    Q.    Well, you're saying they're both
4    chrysotile, right?
5    A.    Well, of course.
6    Q.    And you're saying that the reason why
7    you're able to identify this as chrysotile on the
8    right is because it looks like Calidria, right?
9    A.    It has -- we have Calidria that has
10   the same look as that.  It's always going to be a
11   range of refractive indices.  This is not like
12   chrysotile added products where you're going to have
13   those giant bundles and you can say, oh, here's the
14   color, here's the range.  This has the same size.
15   It has the same range.  I think that was 1.560 and I
16   forget what the other one was.  So, I never said it
17   was identical.
18   Q.    Well --
19   A.    You can get chrysotile from Canada
20   that's the 1866, and you'll have different
21   refractive indices but it will be in the range that
22   they like.
23   Q.    Let's turn the lights on a little bit
24   on this image, too, because this went back to
25   original illumination, slide 96, and we can see

Page 173

1    these are not -- the whole point of PLM dispersion
2    analysis, when you're looking at a mineral, is to
3    see what color it is and what mineral that matches,
4    right?  And these are different colors, right,
5    they're different colors?
6    A.    You're not going to get the exact
7    same colors.  It's a whole -- we'll show you
8    tomorrow.  There's a whole range of colors for the
9    Calidria.  There's a whole range of colors for
10   what's found in Johnson & Johnson and those colors
11   range usually -- I think the lowest we've seen in
12   gamma is 1.559 or 1.558, and the highest we've seen
13   is 1.570 or 1.571.  The average is 1.565 for the
14   Calidria, and for what we see in the different
15   talcum powder mines including Johnson & Johnson's.
16   Q.    And these bright yellows or brighter
17   yellows that you're seeing in the talc over here on
18   the right, you're not -- you're not seeing -- these
19   are not the same refractive indices, right.  These
20   are not the same refractive indices?
21   A.    Well, it's not the same type of
22   sample.  The Calidria is like out of the jar,
23   doesn't have talc in it, wasn't formed with talc.
24   Chrysotile being formed with talc is going to have
25   some of the talc characteristics.

44 (Pages 170 - 173)

Page 174

1    Q.    Okay.  Thank you.  At this point I'll
2  pass on the chrysotile issue.  I think we're going
3  to do that before we proceed to other issues.
4          THE COURT:  Why don't we take the
5  break now then.  So, see everyone --
6          THE WITNESS:  Thank you, Your Honor.
7          THE COURT:  You're welcome.  Please
8  don't hesitate to speak up if you need an earlier
9  break.
10         See everyone back at 2:30.  We're off
11  the record.
12         (Recess:  2:15 p.m. to 2:32 p.m.,
13 Eastern Standard Time.)
14         THE COURT:  Mr. Braly, whenever
15 you're ready.
16         MR. BRALY:  Thank you, Your Honor
17 CROSS-EXAMINATION BY MR. BRALY:
18   Q.    Well, good afternoon.
19   A.    Good afternoon.
20   Q.    I want to talk to you about your
21 methodology that you use to analyze chrysotile in
22 talcum products including Johnson's talcum powder.
23 Okay?
24   A.    Sure.
25   Q.    One of the first things I want to

Page 175

1  talk to you about has to do with something that came
2  up in the questioning but it had to do with
3  polarized light microscopy and transmission electron
4  microscopy being two different types of ways of
5  looking at microscopic things; fair?
6    A.    That's fair.
7    Q.    Are there relevant strengths and
8  weaknesses of these processes?
9    A.    They both have strengths and
10 weaknesses.
11   Q.    Is it a well understood and
12 standardized methodology to identify asbestos,
13 including specifically chrysotile in talc, through
14 polarized light microscopy?
15   A.    Yes.
16   Q.    I am going to attach your resume at
17 some point to this record, so I'm not going to go
18 through this a lot.  But as far as testing products
19 that contain asbestos, is it something that you've
20 done for the last 40 years?
21   A.    It is.
22   Q.    Okay.  The testing that you performed
23 on talc products, is that a more recent thing than
24 your testing that you've done on traditional
25 products intentionally, including asbestos?

Page 176

1    A.    Well, not for the industrial talcs
2  like Vanderbilt.  We've done a lot of testing on
3  those but that one -- that's really not an issue
4  because even by polarized light microscopy, you can
5  find two to three percent primarily anthophyllite,
6  and tremolite, and something along the lines of
7  about 30 million tremolite anthophyllite bundles per
8  gram of this talc.  So, that's really what I was
9  working on for a lot of years, is that part of it.
10         The cosmetic talcs was in a whole
11 different group.  You have to understand that MAS at
12 one point had laboratories in Atlanta, laboratories
13 in Raleigh, North Carolina, a laboratory in Phoenix,
14 and a laboratory in San Jose.  So, those mainly did
15 all semiconductor work than did the other.  So, we
16 had almost 100 employees, a lot of Ph.D.s with
17 social issues, it was very interesting some of the
18 Ph.D.s.
19         So, I was not involved in everything.
20 No was no way I could look at all the reports, et
21 cetera.  I was only involved with stuff that I was
22 doing, and cosmetic talc wasn't one of them where I
23 was involved in the analysis.
24   Q.    One of the things that was pointed
25 out had to do with a timeline of testing relative to

Page 177

1  cosmetic talc.
2          Do you recall that, the timeline with
3  the years?
4    A.    Yes.
5    Q.    Is there a reason why your testing of
6  talc ramped up or became, why it became more active
7  during the litigation once documents became produced
8  to the litigants?
9    A.    Because the documents themselves
10 basically -- well, they do, if you go through them,
11 all those documents, there's nothing that I've been
12 finding in these cosmetic talcs that hasn't already
13 been found by other scientists and other consultants
14 for Johnson & Johnson.
15   Q.    That's something that we'll look at,
16 at the end.  But has chrysotile been found in
17 Johnson & Johnson's products absent -- separate and
18 apart from your findings?
19   A.    Yes.
20   Q.    The methodology that you use to
21 analyze by polarized light microscopy talcs in the
22 presence of asbestos, is this a well founded and
23 well understood methodology?
24   A.    Yes, everything that we do follows
25 the ISO or the EPA protocol for analyzing something

45 (Pages 174 - 177)

Page 178

1 with polarized light microscopy.
2        And when we say "polarized light," we
3 mean, for example, that white light up there with
4 the little yellow in it, those lights, you can call
5 them wavelengths, you can call them vibrations, that
6 light is going everywhere in this room, you know,
7 every angle, everything.
8        When you polarize the light, you want
9 to take all that light and you want to put it in one
10 area where only the things go -- only the light rays
11 going in one direction. So, I'm sure everybody here
12 at some point has had polarized sunglasses, that has
13 literally a filter in the glass that only let's
14 light coming straight in. Anything that's at an
15 angle is not making it, and they always use that
16 commercial where they're looking at a pond or
17 something and you put the polarized light on, now
18 you can see the fish in it because you're taking
19 that light scatter out of it.
20        So, for a polarized light microscope
21 we have two polarizers. They call it the polarizer
22 and the analyzer. One below the stage, one above
23 the stage, and we put those in various positions
24 during the entire analysis. Sometimes we're only
25 putting one in, and if we're going to do cross

Page 179

1 polars, we put two in.
2     Q.    Okay.
3     A.    So now we've got light going this
4 way, you know. So, that's the whole thing with
5 polarized light.
6     Q.    We going to get to discuss it in a
7 little more detail in a second. But safe to say the
8 methodology that you follow to reach the point where
9 you make your opinions is a standardized
10 methodology, correct?
11     A.    Correct. It's -- the preparation of
12 the polarized light sample hasn't changed in eons.
13 You know, the refractive indices fluids, some people
14 call them oils but they're really fluids, they're
15 organic molecule, and that hasn't changed for years.
16 What has changed is the sophistication of the
17 equipment where you can get better resolution,
18 better things here and there, but we're not doing
19 anything that hasn't been done years and years and
20 years for analyzing.
21        You know, our laboratory has analyzed
22 well over, I believe now, 400,000 asbestos samples
23 using polarized light microscopy. Our analyst,
24 especially Paul Hess, he's been working for us for
25 over 30 years. He was actually trained by Walter

Page 180

1 McCrone. So, we have very good analysts and very
2 good scientists.
3        Now, what's different is when we're
4 finding a difference in the refractive indices
5 that's not normally seen for chrysotile in Canada.
6     Q.    Right.
7     A.    But that's not any of the
8 methodology. That's -- that's the crystalline
9 structure.
10     Q.    Right. We're going to get to that
11 and the significance of that.
12        But, in short, the methodology that
13 you perform to analyze talc by PLM, polarized light
14 microscopy, involves two parts. One part is the
15 concentration part and the other part is the actual
16 microscopy part; fair?
17     A.    That's fair.
18     Q.    The concentration part wasn't really
19 a part of this, but I just want to mention it so we
20 have it out there, the concentration part is the
21 part of separating out debris or things that would
22 obscure your field of view from the material that
23 you want to examine; fair?
24     A.    Correct. You want to get rid of as
25 much of the talc plates as you can because the talc

Page 181

1 plates, there's 95, 97 percent. There may be a
2 million talc plates for every hundred or so
3 amphiboles. So, you have two choices. You can
4 concentrate it where you remove most of the talc,
5 try to remove as much as you can, or you have to
6 dilute the sample so that the talc plates don't
7 stack up in the TEM sample and you can't see through
8 it. It was sort of like, you know, a transmission
9 electron microscopy uses electrons. It comes down
10 this big column, you've got an electromagnetic lens
11 that squeezes the electrons down into almost a
12 point. It goes through the sample, which is carbon
13 film that's 100 nanometers thick which would be
14 about seven or eight atoms thick, so fragile.
15        And if you've got fibers there, if
16 it's not too think, it will go through the fibers
17 and that's where you get your contrast difference.
18 If you got all these talc plates, you can't see
19 anything. So, you want to get rid of those. You
20 either dilute it, I call it the dilution method but
21 you got to dilute it like crazy where our
22 concentration method for TEM or PLM is thousands of
23 times more sensitive than if you're using the
24 dilution method.
25     Q.    The concentration method specific for

46 (Pages 178 - 181)

Page 182

1 analyzing cosmetic talc for the presence of
2 chrysotile, did this originate from a document that
3 was found in Johnson & Johnson's files?
4    A.    Yes.
5    Q.    We're going to look at that in a
6 moment, but the foundational methodology for
7 concentrating, then analyzing by PLM, polarized
8 light, for the presence of asbestos in talc,
9 originates from a 1973 Colorado School of Mines memo
10 to Johnson & Johnson, correct?
11    A.    It wasn't a memo.
12    Q.    Yeah.
13    A.    It was the finalized methodology of,
14 they called the double density separation, where
15 they would take the pellet or the amphiboles and we
16 called them the light fraction that's at the top.
17 And the director of the Colorado School of Mines
18 signed it and it was all really fancy. So, they had
19 a method for both, both chrysotile, and amphibole
20 asbestos.
21    Q.    The methodology associated with
22 evaluating by polarized light microscopy for the
23 presence of asbestos in talc is a standard
24 methodology that was actually marked as an exhibit
25 earlier.

Page 183

1          It's ISO 22262-1, correct?
2    A.    Correct.
3    Q.    And is this the methodology that you
4 utilize in evaluating the presence of asbestos in
5 talc?
6    A.    Well, we used all the behind the
7 scenes type things. You know, what we don't use is
8 their birefringence method, which is looking at the
9 Michel-Levy charts.
10    Q.    Right.
11    A.    We do it the way that you subtract it
12 out 'cause it's more precise other than stating low,
13 medium and high.
14    Q.    All right.
15    A.    'Cause medium can be this long from
16 start to finish, and low can be this long, so you
17 want to know where it sits, it's low or if it's a
18 high-low type.
19    Q.    So, I'm going to ask you about
20 birefringence in just a moment, but just so we're
21 clear about this, birefringence is a -- is a value
22 that assists you as the analyst to differentiate
23 what is asbestos and what is talc; fair?
24    A.    Fair, what is chrysotile and what is
25 talc. That's the two.

Page 184

1    Q.    Thank you.
2          This is Exhibit 18, this is the 1973
3 procedure, the Colorado School of Mines document
4 that you talked about?
5    A.    Yes, sir, because until this document
6 came along, there was the overwhelming feeling that
7 you could not use heavy liquid density separation to
8 get chrysotile out of cosmetic talc, because the
9 density of talc and the density of chrysotile is so
10 close. Chrysotile can be anywhere from 2.55 grams
11 per centimeter cubed, where talc may be 2.60 or
12 2.66, so that you've got a very fine line of getting
13 one out versus the other. And to make it even
14 harder, the surface charge between chrysotile and
15 talc are different, so it sticks to talc, too. And
16 when you're pulling those big plates down and you've
17 got chrysotile in there, it would be like being in
18 this room and all of a sudden these, these are
19 coming down because it's, you know, they're heavier
20 and they're going to go to the bottom. Well, if
21 you're standing under it, it's going to take you
22 with it. If the chrysotile in there is standing
23 under -- is under, mixed in there, those talc plates
24 will pull the chrysotile down. So, it took a lot of
25 work to work around all that.

Page 185

1    Q.    One of the initial series of
2 questions you received here was about how you had
3 done concentration looking for the presence of
4 amphibole asbestos in talc up until 2019. Was it in
5 2019 that you became familiar or aware of this 1973
6 test method?
7    A.    It's either 2019 or -- I think it was
8 2019 we ran across it. Well, I get so many
9 documents --
10    Q.    Of course.
11    A.    -- from all this. When I went
12 through it, I saw what it meant.
13    Q.    Right.
14          And what it means is that as far back
15 as 1973, there's been a methodology known to
16 Johnson & Johnson whereby talc could be separated
17 from any chrysotile inclusions and analogs, correct?
18    A.    As well as amphibole asbestos, in
19 this case, tremolite, anthophyllite. So, the
20 question you have to ask yourself, if there's no
21 asbestos in these mines, why spend a year funding a
22 really good talc -- I mean, really good mineral
23 research center to make a method to find something
24 that doesn't exist?
25    Q.    These are just the standards, ISO I

47 (Pages 182 - 185)

Page 186

1  think they actually are included, but your
2  methodology --
3      A.    It's not my methodology.
4      Q.    I'm sorry.  The methodology for
5  analyzing for the presence of chrysotile in cosmetic
6  talcum powder, does it include following ISO 22262
7  with the heavy liquid separation followed by PLM
8  analysis?
9      A.    Correct.
10     Q.    Does it include a recognition of a
11 document that we're about to look at from McCrone
12 1974 stating that the color or wavelength of
13 chrysotile will vary by region?
14     A.    Yes, I've seen that.
15     Q.    Does it include using a standard for
16 asbestos to compare what you're seeing under PLM?
17     A.    In this case, the same thing we did,
18 Calidria, chrysotile standard.  Now, these were
19 not -- somebody will ask you, is this an official
20 Government standard?
21     Q.    It's not.
22     A.    No.  No.  In a research lab or any
23 laboratory, standards are typically made in the lab,
24 organic chemistry, whatever.  And you can't buy them
25 off the shelf.  I mean, to buy a standard for

Page 187

1  chrysotile, you can only buy chrysotile, tremolite,
2  anthophyllite, grunerite, also known as amosite, et
3  cetera and that was from NIST and they don't even
4  sell it anymore.  And that's it.  Those are the
5  standards you can buy.  If you get a standard
6  saying, like, I've got a really different kind of
7  chrysotile here, maybe I'll buy Union Carbide's
8  SG-210, forget it.  We just happen to have it from a
9  previous case.
10     Q.    Is the methodology that you're
11 employing also involve calculating what's referred
12 to as birefringence in accordance with published
13 protocol?
14     A.    Yes.
15     Q.    The methodology associated with PLM
16 ISO 22262 involves analyzing the color, the
17 refractive index, the birefringence and the
18 morphology of a particle to determine what it is
19 that you have; true?
20     A.    True.
21     Q.    Can you tell us a little bit, just
22 about how color and refractive indices are related
23 and how they're analyzed?
24     A.    Well, refractive indices is always a
25 1 point something, and the definition of it is

Page 188

1  literally the speed of light going through a vacuum
2  as compared to the speed of light going through a
3  glass of water.  Because you have water in there, it
4  slows that light down.
5      Ah, the good old pencil.  This is one
6  I like to use because the light going through the
7  water is being slowed down, so you're getting
8  refractions at a different angle.  That's why that
9  pencil looks like it's been broke and on the top.
10 So, that's because the -- the refractive indices or
11 the speed of light from the top, you're going to go
12 through the glass that's going to slow it down a
13 little and the bottom with the water always changes
14 what you're looking at.
15     So, this, this water has a different
16 refractive indice than air.  If it was -- if you
17 filled this thing all the way up to the top and had
18 that pencil in there you wouldn't see any bend in it
19 because now the pencil is in the entire area where
20 the refractive indice is going to be the same,
21 whatever it is in water.
22     Q.    Okay.
23     A.    So it's a very complicated subject.
24 I told people in the past, including Mr. Dubin, that
25 TEM was a lot easier in concept than it is talking

Page 189

1  about light going through crystals and changing
2  their angles when it comes out of the crystal.
3      Now, in order to change its angle
4  when it comes out of the crystal it has to be known
5  as biaxial crystal.  So, chrysotile, talc, all
6  these, that's why you get a parallel, a parallel
7  refractive indice because that is one angle coming
8  out of the crystal, and then perpendicular is the
9  other angle coming out.
10     So when you turn it on the stage from
11 parallel to perpendicular, it's two completely
12 different rays and that's why you get the color
13 change.
14     Now, you get one that's not biaxial,
15 you can swing it around the stage and the color
16 never changes because it doesn't have two refractive
17 indices.  It's got to have two, and there's no
18 birefringence when it doesn't do anything.
19     Q.    Okay.  Different particles or
20 different crystals will have different refractive
21 indices?
22     A.    Yes.  It's a very easy method and a
23 lot has been done over the years since it's
24 developed, you know, in the '70s, to be able to
25 identify minerals, not just asbestos but any kind of

48 (Pages 186 - 189)

Page 190

1 mineral that's not opaque.
2      Q.    Fibrous talc will have different
3 refractive indices, correct?
4      A.    It will. They're much further apart.
5 So, people have asked me what's birefringence. It's
6 typically something where you're going to get a very
7 similar color that you're going to see sometimes in
8 one mineral versus another. But in order to have
9 birefringence, you've got to have two rays coming
10 out.
11          So, you know, these lights up here,
12 we'll kind of pretend that's -- and you can see the
13 kind of color it is. If you had much higher power
14 lights and you had a dimmer, you take the dimmer and
15 you move it down low, you're going to have one
16 intensity coming out of those lights. Then if I
17 raise that dimmer, I'm going to have a second
18 intensity coming out of those lights, but it's going
19 to be more intense and that's what you measure on
20 the birefringence.
21          If you don't have a biaxial crystal
22 where you are getting two angles being refracted out
23 of the crystal, you'll never have any birefringence.
24      Q.    Okay.
25      A.    Nothing to compare it to.

Page 191

1      Q.    This concept of evaluating color and
2 refractive indices, are these related in how they're
3 evaluated? Basically when you look at a particle
4 under a polarized light microscope, does the color
5 indicate attributes that relate to its refractive
6 indices?
7      A.    It does. You'll have a certain range
8 that is expected and then you'll have certain ranges
9 that were not expected.
10     Q.    Right.
11     A.    And then you have to look at it over
12 and over again. So, you're getting the wavelength.
13 Wavelengths are measured in nanometers, I believe,
14 and it's a wave, just one wave. And these waves are
15 smaller or longer. And the colors will depend on
16 that. So, it's -- then you look, and then you can
17 go to a chart and look it up and also base it on
18 your experience because you notice those charts,
19 they kind of not blend very well. If you look at an
20 electronic one, you get a blending in there because
21 it's not always just what you see, well, this is
22 where purple is. It's got to be purple.
23     Q.    Right.
24     A.    It's not. You can have a mixture in
25 there that could gives you something a little

Page 192

1 different. And that really comes with experience in
2 doing this type of work.
3      Q.    My wife took that picture. I just
4 liked it. As far as refraction, I thought that's
5 kind of -- not important.
6      A.    Ah, there you go.
7      Q.    You mentioned polarized light
8 earlier. Is this just kind of an example of the
9 polarized light or polarized light microscopy?
10     A.    Yeah, you're not getting all the
11 scatter off the water like this and now you're just
12 seeing the ones that are coming straight at you
13 literally, and it filters out the rest of the stuff
14 and that's what made it famous.
15     Q.    So, when you talk about directions of
16 light, like parallel and perpendicular, like you did
17 with Mr. Dubin, are we talking about taking a
18 sample, and this is just for demonstrative purposes
19 here, but taking a sample and shooting a beam of
20 light through it in a particular direction and then
21 rotating that same sample?
22     A.    Right, this is all in one direction
23 and when you rotate it, you are changing the angles
24 of that light coming in. It's like you're looking
25 at it in a different angle. Rainbows, you see a

Page 193

1 rainbow out there, you might see a blue and a green,
2 maybe a yellow, but somebody 30 miles away looking
3 at it at a different angle will probably maybe see
4 just only red and a little yellow. And that's from
5 the microscopic water droplets in there causing a
6 different reaction. So, it's always -- it's about
7 the angles and since this is a biaxial, when we turn
8 it perpendicular, you're getting this change in the
9 chrysotile.
10         This is the 1866 standard.
11     Q.    Yes.
12     A.    And we're using 1.40. So, we're
13 using a lower refractive indice -- excuse me, a
14 lower oil, and what we have is, as I said earlier,
15 it shifts it to the left as you go lower in the RI
16 fluid 'cause normally you're not going to have a
17 bundle this size, which was 434 microns, be yellow.
18     Q.    Sure. And I really just wanted to
19 use it to kind of illustrate the point but this
20 fluid that you're talking about, whenever you
21 analyze anything in polarized light, you have to
22 have a fluid to slow the speed of light going
23 through the sample?
24     A.    Correct.
25     Q.    Okay. So --

49 (Pages 190 - 193)

Page 194

1      A.      And you need a fluid that is in the
2  range of what you're looking for.
3      Q.      Right.
4      A.      'Cause if it's not, you'll never get
5  the right -- the right type of refraction.
6      Q.      So, parallel is called gamma
7  sometimes, and perpendicular is called alpha?
8      A.      Alpha gamma.
9      Q.      Right.
10     A.      Scientists love it.
11     Q.      So, when you were talking about
12  subtracting this value from that value and there was
13  the gamma and alpha, really what we're talking about
14  is what is measured when analyzed perpendicularly to
15  the fiber and then when it's been rotated -- I'm
16  sorry -- analyzed parallel and then when it's been
17  rotated.
18     A.      Parallel is always gamma.  It's
19  always of the highest refractive indice as compared
20  to the gamma or the perpendicular.
21     Q.      So, just again, so we're not -- we're
22  clear here, you can actually find landmarks in the
23  sample and see that the sample is the same sample,
24  it's just been rotated 90 degrees?
25     A.      Correct.

Page 195

1      Q.      Right?
2              That's essentially the same thing?
3      A.      Yes.
4      Q.      Right.
5      A.      It's the -- you can see the -- some
6  of the smaller pieces in there.  This is not in
7  talc.  This is just the 1866b standard where we
8  are looking at different refractive indice
9  oils -- excuse me, fluids, just to see how it
10  affected it and we did the same thing with talc.
11     Q.      I don't want in any way for
12  this -- this is not one of your samples of talc or
13  anything like this, just for illustration purposes.
14             This is a sample of the NIST 1886
15  chrysotile in perpendicular.  Can you tell us about
16  the significance of the different colors and the
17  different refractive indexes that are indicated
18  here?
19     A.      Well, this came up when it was
20  suggested that it had to be always magenta, you
21  know, the 1. -- you know, the 1.558 or
22  approximately, but if you look at these bundles
23  closely, you can see other colors in the chrysotile.
24  So, what I did -- what we did is we just went down
25  and said, okay, right here it's 1.538.  Right here

Page 196

1  it's 1.552, which is what it should be probably.
2  Over here it's 1.540.  So, you're not getting this
3  uniform -- uniform refractive indices and you can
4  see where it's cranked, so you are getting where the
5  bundle has been bent, and you're getting some of
6  the -- the magenta 'cause you're starting to get
7  close to your parallel.
8      Q.      Is this similar or is this how you
9  analyze those particles in the lab?
10     A.      Yes.  This is on the monitor, where
11  we'll have a lookup chart and the lookup chart is
12  not really a lookup chart.  It's -- our last auditor
13  for the NVLAP, National Voluntary Laboratory -- you
14  know, Dr. Bo Li, came in, and the National Voluntary
15  Laboratory Accreditation Program is designed for
16  labs that use school samples, both bulk, PCM, TEM,
17  and we haven't done any school samples in five,
18  seven years.
19             So, this -- this inspector
20  came -- you know, he came there and he said, you
21  know, "You're wasting your money," you know, 'cause
22  we never had anything to show him from the time we
23  used to do school samples except for stuff that was
24  -- had been looked at over and over again.  He also
25  had this program, which is like a spreadsheet.  So,

Page 197

1  you could put in the refractive indice fluid you
2  were using, you could put in the wavelength, and you
3  could put in chrysotile, and it would give you the
4  refractive indices.  We beta tested it.  He gave us
5  that program.
6      Q.      Is your analysis of chrysotile in
7  talcum powder based on you simply picking the wrong
8  color?
9      A.      No.  Not at all.  I mean, we know the
10  colors are -- has a -- now that has a higher
11  refractive indice in gamma but a lot of times in the
12  alpha or perpendicular, we're getting ones that are
13  pretty close to being in the range.  It's the gamma
14  that is -- the refractive indices are higher.
15     Q.      Before I go on we talked about ISO
16  but is using polarized light microscopy to detect
17  the presence of asbestos in material, is this a well
18  understood and well accepted methodology?
19     A.      For bulk analysis, it was one of the
20  first analysis out there for determining asbestos in
21  construction products.  So, it's been around.  I
22  think we've got our first -- our certificate from
23  the national voluntary laboratory accreditation
24  program back in, I think maybe late 1990s or early
25  2000s and it is what's done in labs.

50 (Pages 194 - 197)

Page 198

1    If you're doing polarized light
2 microscopy and you find asbestos in there, there is
3 absolutely no rule or anything that says you have to
4 go now and verify this by transmission electron
5 microscopy. Those 4,000 samples -- 400,000 bulk
6 samples we've done, maybe a few hundred made it into
7 TEM, like floor tiles, or something along that
8 nature. It has never ever -- once it's positive by
9 PLM, you're done.
10    Q.    And you're done because you have a
11 confirmed presence of asbestos in the sample?
12    A.    Correct.
13    Q.    TEM is not a necessary step
14 confirming something that you've already found to be
15 present?
16    A.    It's not required. I mean, EPA
17 doesn't require it. International Standards
18 Organization doesn't require it. National
19 Institutes of Occupational Health doesn't require
20 it. And the new -- the White Paper Working Group,
21 the working group said you don't -- it's not
22 required. If it's positive by PLM, you're done.
23    Q.    You were asked questions
24 about -- first of all, let's back up here a second.
25    What we're looking at is a sample in

Page 199

1 that orientation that was referred to as parallel or
2 gamma, right?
3    A.    Correct.
4    Q.    And what we're looking at is referred
5 to as a NIST 1886 (sic) chrysotile standard, right?
6    A.    Correct.
7    Q.    What is that?
8    A.    That's a standard that the National
9 Institutes of Standards and Technology, it's really
10 1866 B, and it is chrysotile from the, like Black
11 Lake area up in Canada, essentially where
12 Johns-Manville mined most of their chrysotile. So,
13 this is a very large bundle, and you can see it
14 takes up the whole, from one end to the other here.
15 And it's the same thing we looked at before, and you
16 can see where the little creek is that now it's
17 closer to being perpendicular than parallel, so you
18 are starting to get the blue in there.
19    Q.    So, when you were asked these
20 questions about color charts and wavelengths, were
21 they based on this NIST 1866 standard?
22    A.    The 1866 standard is something that
23 we have used many times but what we used it for
24 initially is to help train new PLM analysts because
25 for asbestos-added products, it's all pretty close.

Page 200

1    Q.    Is it a good standard for detecting
2 asbestos in talc?
3    A.    No.
4    Q.    Why?
5    A.    Because, one, it's just the size of
6 this. If you go down and see some little yellow or
7 red things, that's the size we're dealing with.
8 This is huge. So, you can't. And it has a certain
9 set of refractive indices that are lower than what
10 we're seeing in both the -- in the cosmetic talcum
11 powders -- I mean, actually, it's higher -- and in
12 what we're seeing for the Union Carbide, what I call
13 standard now.
14    Q.    Okay. Is it understood in the
15 published literature that different sources of
16 chrysotile do, in fact, have different refractive
17 indices?
18    A.    Yes.
19    Q.    This will be Exhibit 29.
20    Do you know of this publication by
21 Walter McCrone?
22    Let's take a moment here and stop.
23 Who is Walter McCrone?
24    A.    Dr. Walter McCrone probably -- if I
25 say there were two PLM analysts that did the most

Page 201

1 research, it would be Dr. Su back there on PLM, as
2 well as Walter McCrone. You know, Walter McCrone
3 was the guy who they let go analyze the Shroud of
4 Turin. He came in and said it was false, fake. I
5 don't think that went well to the people that hired
6 him.
7    So, here's one where he talks
8 about -- now, the thing is that these are mine
9 samples meaning these were not out of a container,
10 they have not been milled, et cetera, but you do get
11 a range starting from Quebec to Ontario, and if we
12 get down here, where is it, California, Coalinga.
13 We get a 5.90 and a 6.3. If we go up to California
14 Pacific Asbestos Corp. right above it, you get a
15 5.9 -- I mean a 4.80 and 4.80 is getting into
16 yellow -- I mean, 480, excuse me.
17    Q.    Thank you.
18    A.    Not 4.80.
19    Q.    Is this an indication that
20 chrysotile, depending on where it comes from,
21 will have different wavelengths from other
22 mineral -- mineralogically identical chrysotile?
23    Wait a second, that's a terrible
24 question. Let me just pull that one back.
25    A.    Okay. I was going to fix it for you.

51 (Pages 198 - 201)

Page 202

1    Q.    Thank you, but I screwed that one up.
2          Is this chart a reflection that as
3  far back as 50 years ago it was recognized that
4  chemically identical chrysotile will have different
5  refractive indices depending on where they come
6  from?
7    A.    It does.  Some will say, you know, if
8  you have some iron in the chrysotile, which you see,
9  it can change it, or there's other kinds of minerals
10 in the crystalline structure.
11         Ours got changed -- what we were
12 finding, you know, I think the lowest one here is
13 five -- is 480 for the gamma and I think that what
14 we were seeing a lot of times was in the 420, 430
15 nanometers.
16   Q.    There is a -- there is support in the
17 literature published by Walter McCrone that there's
18 a variation in wavelengths associated with different
19 types of chrysotile?
20   A.    From different mines.  And this is
21 before they had been milled, so this is like right
22 out of the ground.
23   Q.    Um-hum.
24         Dr. Su, it is actually defense
25 Exhibit 11, our Exhibit 22, published in 2003 with

Page 203

1  this chart.  Does this chart also reflect that there
2  are different wavelengths for chrysotile?
3    A.    Yes.  These would be the ranges
4  from top to bottom, the very highest to very
5  smallest.  You have seen in -- where is it?  This is
6  gamma -- you have seen for alpha some down in the,
7  at least in the EPA, I think we got one as low as
8  1.538 or so when we looked at that chart.  But what
9  we were finding is it was in kind of a small area,
10 such as, you know, from 440 down to about 500.  So,
11 it was a space up at the top there.  1.560 is, I
12 would say, you know, primarily the lowest we would
13 see, and 1.570 or 71 would be the highest.
14   Q.    Regardless of the range, there is a
15 range in the literature published by respected
16 scientists that chrysotile will have different
17 wavelengths or different refractive indices
18 depending on from where they come from?
19   A.    Right.  The chart we just saw had 480
20 and a little bit lower and that has a range of 1.563
21 at 21 degrees Centigrade and 1.561 has been said
22 that's impossible for it to be chrysotile.  Well,
23 Walter McCrone found that a 1.521 degrees, I think
24 we had a 480 wavelength and that corresponds at 21
25 degrees Centigrade, 1.563, and that's out of the

Page 204

1  range for gamma according to ISO, according to that
2  chart for determining if it's chrysotile.  And this
3  is -- these are refractive indices or wavelengths
4  that Walter McCrone has published.
5    Q.    Exhibit 23 is another paper from
6  Dr. Su.  This is one of the ones from 2022.  The
7  quote here is that, for example, there are
8  chrysotile minerals whose refractive indices are
9  significantly higher than those of the standard
10 chrysotile from the NIST SRM 1866 set.
11         I'm going to stop here for a second.
12 The NIST 1866 set, that's this guy, right?
13   A.    Correct.
14   Q.    So, Dr. McCrone -- I'm sorry, Dr. Su
15 is writing that there are chrysotiles whose
16 refractive indices are what he characterized as
17 significantly higher than the standard chrysotile?
18   A.    That's what it states here.
19   Q.    Is that what you have come to find
20 with the chrysotile that you found in cosmetic talcs
21 including Johnson & Johnson?
22   A.    Yes.  Typically the gamma is in the
23 1.558 or 1.556 range for gamma.  We're seeing in
24 some rare occasions 1.559, but it's mostly in that
25 lower range.  What we're seeing is 1.560 up to

Page 205

1  1.570.  So, it's -- it's essentially -- well, I
2  don't know the percentage higher, but it's the next
3  row.
4    Q.    But -- I'm sorry.  Are you good?
5    A.    Yes.
6    Q.    Okay.  But Dr. Su says and the next
7  sentence is, "In that case 1.555 or 1.560 instead of
8  1.550 refractive index liquid should be used to
9  determine the gamma."
10         Do you see that?
11   A.    I did.  When I read this, that's when
12 we changed.
13   Q.    Okay.  This paper was published in
14 2022?
15   A.    Mid quarter.  One of the reasons we
16 changed was this, and then we had a couple
17 scientists said that we needed to use 1.560 in order
18 to verify that it's chrysotile.
19   Q.    Okay.  So, would you -- I mean, would
20 you view this as modifying -- modifying how the
21 methodology is implemented to account for different
22 suggestions that have come to you through published
23 literature or suggestions from others?
24   A.    Well, the basic methodology doesn't
25 change.

52 (Pages 202 - 205)

Page 206

1    Q.    That's exactly right and that's what
2  I was --
3    A.    How use the microscope, how you
4  determine the refractive indices, how you turn what
5  they call the elongation, the morphology of it.  The
6  only thing changing here is the suggestion they use
7  another type of RI oil, and it makes sense 'cause if
8  you're seeing things in the 1.560 up to about 1.570,
9  you get more precise analysis with the 1.560 and,
10  you know, and I'll probably change one more time to
11  get 1.565, which will be right in the center of all
12  this.  But, Dr. Su hasn't put a table together
13  1.565, so maybe he will or I'll have to do it.
14    Q.    You have published a paper that will
15  be Exhibit 10, but looking at the refractive
16  indices of chrysotile structures associated with
17  Union Carbide's SG-210 Calidria asbestos, correct?
18    A.    Correct.
19    Q.    I want to be clear about this,
20  Calidria, and this was covered a little bit, is just
21  a tradename?
22    A.    Yeah, it's chrysotile and it's a
23  product of Union Carbide, so they had various
24  grades.  I think the SG-210 was the smallest size
25  grade, and in order to get to SG-210, of course,

Page 207

1  they had to do some milling of some sort to get it
2  to that smaller size.  Then they have other, other
3  sizes that are fairly large.
4    Q.    SG-210 chrysotile is just generally
5  thought of as being a, quote/unquote, "short fiber
6  chrysotile"?
7    A.    It depends on how you define "short."
8    Q.    Of course.
9    A.    If we compare the SG-210 which we'll
10  see the data here, the average length was 10
11  micrometers.  The RG-144 the average length was
12  about 70 or 80 micrometers, and, you know, we've
13  seen others that are even higher than that.
14    Q.    Let's be clear about this, you are
15  not suggesting that Calidria, California chrysotile
16  asbestos ended up in Johnson & Johnson's products?
17    A.    No, not at all.
18    Q.    Okay.
19    A.    It's, you know, what is the -- you've
20  got to start looking at what is happening here that
21  takes SG-210, chrysotile, put it into where you have
22  similar characteristics what we're finding in the
23  chrysotile that comes from cosmetic talcs, that have
24  been already milled in like minus 200, it's got to
25  be the size for it to do that.

Page 208

1    Q.    So, I want to look at some pictures
2  that are specific to Calidria, okay, but as we go
3  through them, I want to real clear for this first
4  set of pictures that what we're looking at is
5  asbestos.
6    A.    It is chrysotile, it's the SG-210,
7  the first set of pictures we have.
8    Q.    Is part of your analytical
9  methodology here comparing what you eventually find
10  in cosmetic talc powders to a standard, a
11  standardized known this is asbestos and this is what
12  it looks like?
13    A.    Correct, we -- like we took RG-144
14  and it has both large and small in it, and we took
15  it and we spiked talc samples, starting at I think
16  like .1, .001, all the way down, where we got to the
17  point like .00001, and how many Calidria structures
18  were in there.  Well, one.
19        So for us to be able to say at these
20  low concentrations we know that if it has -- if we
21  see a certain amount, we know it's 0.001.  We're not
22  doing a volume estimate.  That would be impossible
23  with these sorts of things.  We're validating it.
24  And now we're doing it again, the whole row with
25  1.560, and using it -- so this is RG-144 by itself.

Page 209

1    Q.    Right.
2        So, what are we seeing here?
3    A.    Well, you're seeing refractive
4  indices in 1.550.  And we have one, two, three, four
5  structures here.  This is the RG-144, so it's
6  longer.  You've got the 80 micron long ones, the 54
7  microns, and we got sort of a reddish, you know, a
8  reddish color on these that are ranging from 1.554
9  to 1.562 and that's two different colors.  Then we
10  come over here to this other one, that one is 1.564
11  to 1.574, so much higher.  And then we have one down
12  here is 22 microns.  Again, this is the RG-144 and
13  it is much bigger --
14    Q.    Right.
15    A.    -- than the SG-210.
16    Q.    What is this, the next slide?  This
17  will be part of Exhibit 10, part of that same
18  report.
19    A.    This is SG-210 Calidria and it's in a
20  0.5 percent talc sample.  And we have a refractive
21  indice there of 1.571.
22    Q.    Okay.  Is what is shown here in this
23  colored sample, is that asbestos?
24    A.    That's asbestos we're looking at.
25    Q.    Is there any doubt about that?

53 (Pages 206 - 209)

Page 210

1    A.    There's no doubt about that.
2    Q.    When we look at something that's in
3  this purple background, is this often referred to as
4  a -- what is this image referred to?
5    A.    It's known as elongation.  So, in
6  that 45-degree angle there, you should have mostly
7  blues.  This -- this is kind of a thick structure
8  here so it's -- it's giving us other colors.
9    Q.    Does the elongation allow you to
10 determine the rough morphology of the structure that
11 you're looking at?
12    A.    Not too much.  We'd like to go to the
13 next one.
14    Q.    I don't have the next one.
15    A.    Oh.  If you can, you have to look at
16 the ends.  This one looks like it is a little bit
17 flexible but on cross polars and no polars, you can
18 see the fibrous structures better.
19    Q.    Okay.  But regardless, the point of
20 this image is PLM does give the analyst an
21 opportunity to evaluate the morphology of what
22 they're looking at as well?
23    A.    Oh, sure.  You're dealing with things
24 very well so you're not going to see your usual
25 splayed ends.  But if you've got a steady hand,

Page 211

1  which I don't, you can slightly roll the cover slip
2  and cause it to spread out.
3    Q.    Okay.  This is another example of the
4  SG-210 that you looked at.
5    A.    Yeah, here we have it in 1.560 and we
6  have 1.570, which is going to get us down in the
7  1.4 -- excuse me, 1.5 -- never mind.  Like the 460
8  or the 440 wavelengths.  Then you get the yellow.
9    Q.    Okay.  This color, and this is an
10 example of asbestos that you found under the
11 polarized light microscope, correct?
12    A.    Correct.
13    Q.    What about this sample here?
14    A.    Same thing.  This is a smaller one.
15 It had a range of 1.564 to 1.570.
16    Q.    This sample was mounted in what's
17 referred to as bentonite clay.  Why was that?
18    A.    Is this the one?
19    Q.    Yeah.
20    A.    Well, we wanted to put -- bentonite
21 clay does not have talc in it.  It's not formed that
22 way and bentonite clay is pretty pure.  You may have
23 some odd things in it.  So, we wanted to put the
24 SG-210 in the bentonite clay matrix and then analyze
25 it.  Nobody could say, oh, you are misidentifying

Page 212

1  fibrous talc because we're in bentonite clay.
2    Q.    One of the things that's often said
3  about what you're finding here is that it is just
4  fibrous talc; you're aware of that, correct?
5    A.    I say?
6    Q.    You're aware that other people say
7  this, Johnson & Johnson and their advocates have
8  said that what you're finding isn't asbestos but
9  rather fibrous talc; you're aware of that, right?
10    A.    Every trial I'm in.
11    Q.    Sure.
12       Is talc an accessory mineral to
13 Calidria asbestos?
14    A.    No.  There's -- we've never seen any
15 talc in there and Mickey Gunter actually testified
16 that there was only a few things in there, and he
17 said talc was not one of them.
18    Q.    This, the samples that were taken
19 mounted in bentonite clay, I shouldn't say singular
20 sample, there were several samples that were
21 analyzed, that medium did not have any talc in it,
22 correct?
23    A.    Not bentonite clay, no, it's a
24 completely different formation I've been told by the
25 geologist.

Page 213

1    Q.    Is there any question in your mind
2  that what's represented her in the polarized light
3  is asbestos?
4    A.    It's asbestos.  It's in, you know,
5  1.550.  We're seeing, quote, the yellow, and that
6  was a yellow gold and that is not chrysotile, and
7  here I don't think anybody could argue that, quote,
8  we don't have the -- we don't have the -- we don't
9  have the intensity of the light all turned on.  I
10 mean, it's all white because it's reacting with the
11 light we have there.
12    Q.    I'm sure you can modify the color in
13 any kind of software but that's for a different
14 time.
15       You just said that is not chrysotile.
16 I --
17    A.    I said that?
18    Q.    You did say that.
19    A.    I screwed up.  That's not talc.  That
20 is chrysotile.  We put chrysotile in there into
21 something that didn't have chrysotile or talc in it.
22    Q.    These transcripts live forever, as
23 you're aware.
24    A.    As I know.
25    Q.    This is another image from the same

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

Page 214

1 bentonite clay sample. Again, what are we looking
2 at?
3      A.    We're looking at the same thing we
4 saw before. We're looking at -- we're looking at
5 Union Carbide's chrysotile SG-210, their size, and
6 this one's bigger and you can see the yellowish
7 gold. You can see the lines down it. And same
8 thing, we're seeing the same thing.
9      Q.    Is it methodologically proper to
10 compare what you find in an unknown sample with a
11 know sample of something that you previously
12 analyzed?
13      A.    Yes, if it's matching up to what
14 you're previously analyzing, where you have the
15 Union Carbide chrysotile shows us both size, and in
16 the ranges of refractive indices that we're seeing
17 with this other sample. Not that it's identical,
18 you're never going to have identical from one to the
19 other to the other. It just doesn't happen. You're
20 always going to have a PLM analyst who's going to
21 say, well, "I believe that's 1.564," you'll have
22 another one go, "I believe that's 1.566," and I go,
23 "All right. Put on boxing gloves."
24      Q.    This is just another image from the
25 same set. This is essentially the same thing that

Page 215

1 we've previously seen.
2      A.    Again, this is in 1.550, we're in
3 bentonite clay, and there is no talc in here. And
4 if you look at the one on the right, those
5 refractive indices are not even close to what you
6 would need to make the talc. I mean, the one on the
7 left. The one on the right is what's interesting.
8 When you start increasing the magnification by using
9 a copier, you're rearranging the spots on there,
10 meaning the color spots and making them go out.
11 Nothing's been done to this other than to increase
12 the size and you can see it distorts it and it gives
13 you a little bit higher refractive indice when you
14 start moving the pixels around on these digital
15 photos.
16      Q.    You mentioned Mickey Gunter a couple
17 of times. Mickey Gunter testifies for defendants in
18 these cases, including for R.T. Vanderbilt and some
19 others.
20      A.    Yes, he does. Dr. Gunter does
21 testify on behalf of defendants in this litigation.
22      Q.    Including Clubman Talc, which is a
23 cosmetic talc brand?
24      A.    Correct.
25      Q.    Did Mickey Gunter look at the same

Page 216

1 Calidria samples that you were looking at and
2 confirm what you found is accurate with what he
3 found?
4      A.    Yes. We were ordered to send the
5 RG-144 and the SG-210 to Dr. Gunter so he could
6 analyze it. And here's his sworn testimony stating
7 that the CDSD (sic) means the central stop
8 dispersion staining. Central stop is a little
9 device right in the microscope where light coming
10 straight up is blocked, centrally stopping it, and
11 because the angles are going around it, and you want
12 to keep that light out. So, whenever you see CSDS,
13 it's just central stop dispersion staining and he
14 found what we found.
15      Q.    Specifically, that chrysotile --
16      A.    They range from blueish to golden
17 yellow.
18      Q.    The refractive indices for chrysotile
19 can and do occur higher than the NIST 1886 standard
20 that is used in the -- I'm just going to say in the
21 tables?
22      A.    Yes. You don't see golden yellow in
23 the NIST standard. You see the magenta, and, again,
24 we're talking about the big bundles. So, it's not
25 the same.

Page 217

1           THE COURT: To be clear, this is
2 limited to Calidria asbestos?
3           THE WITNESS: Yes.
4           THE COURT: Okay. Just want that
5 clear on the record.
6 BY MR. BRALY:
7      Q.    Calidria asbestos is just chrysotile,
8 it's just a brand name for chrysotile?
9      A.    Yes. It's got to have something to
10 distinguish it from other people's chrysotile.
11      Q.    Right. It's not a scientific term.
12 It's a marketing term?
13      A.    No. Start with C, California, what
14 that area is called there, and I used to know it
15 pretty well, but...
16      Q.    New Idria?
17      A.    Thank you.
18      Q.    So, it's just a portmanteau of
19 California and New Idria?
20      A.    Correct.
21      Q.    It's a marketing word?
22      A.    That's it.
23      Q.    Right. But what we're looking at is
24 chrysotile?
25      A.    This is all chrysotile coming out of

55 (Pages 214 - 217)

Page 218

1 that Coalinga mine, not anything else.
2    Q.    Have you analyzed how that standard
3 of chrysotile compares to what you found in Johnson
4 & Johnson's Baby Powder?
5    A.    Yes.
6    Q.    I have -- let me stop here for a
7 second.
8        You have analyzed many, many
9 Johnson's products by polarized light and by TEM,
10 correct?
11    A.    Correct.
12    Q.    So many so, that if we were to go
13 through every single example of every single one, we
14 would be here for quite a while; fair?
15    A.    I think we're up to 177 individual
16 samples of Johnson & Johnson's Baby Powder, along
17 with Shower to Shower.
18    Q.    You have also analyzed other
19 cosmetics manufactured by other companies?
20    A.    That is correct.
21    Q.    By PLM, correct?
22    A.    Correct.
23    Q.    I just want to look at some of the
24 examples of what you found in Johnson's Baby Powder.
25        You looked at the sample from the

Page 219

1 Valadez case with Mr. Dubin for a while. I'm going
2 to show you some other photos from the Valadez thing
3 that you weren't shown and I'm going to show you
4 some of the other samples that you also weren't
5 shown. Okay?
6    A.    Okay.
7    Q.    The first one, this is from the Hope
8 Klayman sample, this is from March 11, 2022, this is
9 for identification, project number M71262. And this
10 will be Exhibit Number 9.
11        As it relates to color and wavelength
12 that you're seeing here, is this similar to what you
13 found with the California chrysotile?
14    A.    Yes. In this case it's on the little
15 bit lower end 'cause we don't have quite the yellow
16 in it. But it's 1.561 to 1.565. This is where most
17 everything fell in. The California Coalinga or
18 Calidria, as well as what we see and then you'll get
19 1.565 up to maybe 1.570. It's fairly standard
20 reproducible for the same type of refractive
21 indices.
22    Q.    And then the large, kind of
23 boulder-ish platelike objects, down in the lower
24 right, do you see those?
25    A.    I do.

Page 220

1    Q.    Those are talc, correct?
2    A.    Correct.
3    Q.    And the birefringence calculations
4 will help you determine that, correct?
5    A.    Well, these are platy talc.
6    Q.    Right. I'm sorry. You're right.
7    A.    And you have some white areas on
8 them. That's where you're past, you're getting back
9 to white light. So, the highest that your
10 wavelength would supposedly go with color is about
11 400, and then you're into white light.
12    Q.    What I was trying to get at, I
13 suppose, is the birefringence calculation in
14 combination with the color and refractive indices
15 helps you confirm methodologically what you're
16 looking at is asbestos?
17    A.    Correct. In order for that to be
18 talc right there, you would have increase the
19 intensity about tenfold.
20    Q.    We'll look at some examples of it.
21    A.    Okay.
22    Q.    You also look at the morphology and
23 while this is the elongation photo and not the cross
24 polars, did you evaluate the morphology of the
25 particles that you were looking at?

Page 221

1    A.    This is where we have some of the
2 errors in the calibration. That should be 2.5, 400X
3 I think it is, 'cause this fiber is not 20 microns
4 long. It's shorter than that, but that's all right.
5 It doesn't change anything.
6    Q.    Are you saying the measurement bar is
7 off?
8    A.    Yes.
9    Q.    Okay. But you did evaluate the
10 morphology of the particle?
11    A.    Yeah, we looked -- you know, this,
12 again, is elongation and we like to see that the
13 ends that you have some fibrils sticking out. So,
14 we look at that. And also in cross polars it shows
15 pretty well and no polars. So, you are basically
16 looking at an image with no color to it.
17    Q.    We'll be sure to change that for the
18 next presentation.
19    A.    That's all right.
20    Q.    And then you also calculated the
21 birefringence of the sample, correct?
22    A.    Correct.
23    Q.    The birefringence came back at a
24 value of .009 which is -- I mean, it's a unitless
25 number, right?

56 (Pages 218 - 221)

1    A.    Correct, it is unitless. That would
2 be on the very tip of small low.
3    Q.    Right.
4    A.    And then we have 0.014, which is
5 higher, but that is still in the low end of the
6 medium and you can find references to actually
7 higher than that in the EPA R-93 PLM method on
8 figure 2.2 on page 19.
9    Q.    So, the birefringence calculation,
10 which we're going to go through later but it
11 establishes what we're looking at is not talc but
12 asbestos?
13    A.    It's chrysotile.
14    Q.    Yes.
15         This is another sample from the same
16 report, the Hope Klayman sample, this is just a
17 different photo of the same thing -- I'm sorry, this
18 is another found -- what am I trying to say?
19    A.    Chrysotile bundle.
20    Q.    Yes, thank you. But it's from the
21 same report?
22    A.    Yeah. It's a different -- you know,
23 a different sample from the same sample.
24    Q.    Right.
25    A.    Meaning it's still sample one and

1 this would be the fourth one we found.
2    Q.    And, again, the same color, the same
3 refractive indices, or not same but the same range
4 as compared to the California chrysotile sample?
5    A.    Yeah, here we have 1.566 to 1.569.
6 So, we're on the other end of what we see.
7    Q.    It has a morphology that is
8 consistent with chrysotile?
9    A.    So we have a little thicker area here
10 on the very end. Sometimes that can be talc.
11    Q.    Okay. But we have the birefringence
12 calculation which eliminates that possibility,
13 correct?
14    A.    Well, it doesn't eliminate the
15 possibility that we have what's known as, you know,
16 the -- a inner -- inner --
17    Q.    Intergrowth?
18    A.    Intergrowth. Thank you.
19    Q.    Yeah.
20    A.    Where you have over the metamorphic
21 process that chrysotile will slowly metamorph into
22 fibrous talc, and this one has it on the very tip,
23 that you have this high yellow and makes me think
24 that quite possibly, and then we have this bright
25 blue on the blue -- on the dark blue background in

1 just that one area and then the same area here where
2 we have this real bright yellow and then a not so
3 intense yellow for the rest of it.
4    Q.    Okay.
5    A.    So, looking at this, I would say
6 there's a 95 percent chance that's an intergrowth
7 with both talc and chrysotile and you notice that
8 it's only on one area of it. We have other examples
9 that show when you have a half and half, half
10 chrysotile, half fibrous talc and what the
11 difference is in the birefringence.
12    Q.    Geologically it is possible for
13 asbestos and talc to grow together, correct?
14    A.    Well, it's not growing together.
15 They call it a metamorphic process in which over
16 many, many years, and there's a paper out by -- he
17 published it in Science, Veble (phonetic), in which
18 he did high resolution TEM where he cross-sectioned
19 it and he can show the chrysotile scrolls and then
20 it goes into talc, and sepiolite and something else
21 it was pretty good work.
22    Q.    Can you tell from this analysis, what
23 we're looking at here is predominantly chrysotile
24 with something likely talc on the very end of it?
25    A.    That's my opinion about this.

1    Q.    Right.
2         It's interesting because one of the
3 criticisms that we heard is that your lightbulb or
4 the light that you were looking at or the light that
5 you were using to analyze the stuff could not
6 differentiate between talc and chrysotile. Is that
7 true?
8    A.    Oh, that we didn't have enough high
9 intensity?
10    Q.    Right.
11    A.    Well, this is under the same
12 intensity. We don't have a light source that you
13 can just put it right on the tip of the chrysotile
14 bundle and turn it to that. That's under the same
15 conditions, the same background, same everything and
16 you can see how much more intense that is on the
17 end, and that's where the talc is.
18    Q.    Okay. Again, this is from report
19 M71643, dated October 19, 2023. This is an analysis
20 of a 2004 purchased bottle of baby powder, and this
21 will be Exhibit 11.
22         In 2004, do you understand that
23 Johnson & Johnson's Baby Powder was utilizing talc
24 source from China?
25    A.    2004?

57 (Pages 222 - 225)

Page 226

1    Q.    Yes.
2    A.    Yes.
3    Q.    Okay.  Tell us about this image with
4  respect to the color and refractive indices and what
5  you found in comparison to the asbestos standard
6  that we looked at before?
7    A.    Well, we get a refractive indice of
8  1.566 and this is in 1.560, and we have sort of a
9  dull yellow and a little gold.  So, 1.566 is a good
10 match for that.
11   Q.    Morphology consistent with asbestos
12 chrysotile?
13   A.    Yeah, at the very end you can see
14 some fibrils, and I keep saying cross polars and no
15 polars, but, again, you're dealing with -- here's
16 one that has the right 2.5, so the other one would
17 have been 25.  That's a 25-micron bar and so that
18 makes that chrysotile bundle maybe three or four
19 microns long.
20   Q.    This is from that same report,
21 16 -- 71643.  This is just another example of the
22 same thing.
23   A.    Yeah, you have some talc plates
24 sticking to it.  But the same thing.
25   Q.    Right.

Page 227

1    A.    1.566 to 1.569 and you can see that
2  it's thick in these areas.  That's why you get some
3  that's different colors there, because of how thick
4  that particular bundle was, and you can see at the
5  end of the bundle that we have some individual
6  fibrils that are kind of sticking out there.
7    Q.    Okay.  Birefringence calculation for
8  the four samples that were taken out of this report,
9  .005, .009, all the way down, are those consistent
10 with asbestos, with chrysotile?
11   A.    It's in the range, again, that the
12 EPA put out, which is .004 to 0.017.  So, you're in
13 the low range.  These are all in the low range as
14 compared to the one high range of 0.017 -- excuse
15 me -- in the one medium range but on the low side.
16   Q.    If this were talc, would you get
17 birefringence calculations as well?
18   A.    Well, it wouldn't be these
19 calculations.
20   Q.    Right.
21   A.    Because I think the lowest we've ever
22 seen in talc for a birefringence was 0.045.  So,
23 you're essentially five times higher here but
24 usually they end up in the 0.050 to 0.055 and
25 occasionally 0.060.

Page 228

1    Q.    Okay.  So, many, many, many times
2  higher than the birefringence values for chrysotile?
3    A.    Correct.
4    Q.    This is the Jeanine Henderson bottle.
5  This is report M71730 taken November 28 of last
6  year, 2023.  Again, are we finding a similarity
7  between the referenced asbestos and what is found in
8  the baby powder?
9    A.    Yes.  In here we have 1.566.  I think
10 it has little pieces of talc still on it, when
11 sometimes these come apart from the plates, so --
12   Q.    In fact, we see that here?
13   A.    Yeah, you have fibrils on the bottom,
14 but it has a thick area up at the top of this.
15   Q.    This was the same report, different
16 image or different particle.
17   A.    Yes.
18   Q.    And what is that kind of discrepancy
19 that we're seeing there on the left?
20   A.    I believe that's where you have
21 intergrowth of talc.  Sometimes we can map it out
22 and show it, sometimes we can't.
23   Q.    So, the methodology that you're using
24 can distinguish between what is asbestos or
25 chrysotile and what is talc?

Page 229

1    A.    Correct.  What we're looking at here
2  in 1.567 is that non-bright area.  And you can see
3  that it's a little thicker and sometimes you'll have
4  things that look like this.
5    Q.    Okay.  And, again, did you follow the
6  process or the methodology of calculating
7  birefringence to confirm that what you were looking
8  at was chrysotile asbestos?
9    A.    Yes.
10   Q.    This is the Valadez report that is in
11 the defense -- well, let me take that back.
12        This is part of what was not included
13 in what the defense offered as an exhibit.  This
14 image comes from the Valadez report --
15        MR. DUBIN:  I'm going to object.
16 That's not accurate.  We did discuss this.
17        THE COURT:  It is already part --
18        MR. DUBIN:  Yeah, we did discuss it.
19        THE COURT:  I think it's a different
20 image within that report.
21        MR. BRALY:  It's a different image.
22 This is what you gave me.
23        MR. DUBIN:  I don't know what you're
24 referring to.
25        MR. BRALY:  This is the Valadez.

58 (Pages 226 - 229)

Page 230

1    MR. DUBIN: This was in our slides.
2 Valadez will always be brighter. That can't be
3 Valadez.
4    MR. BRALY: You're right. I was
5 holding up Zimmerman.
6    THE COURT: Just rephrase if you're
7 going to use that one. It really doesn't make a
8 difference.
9    MR. BRALY: Yeah.
10 BY MR. BRALY:
11    Q.    Regardless, how does this compare to
12 what you had found with the asbestos staining?
13    A.    It's right in the range. Again, this
14 is a 1.568 versus a high 1.57 or 1.71. I would say
15 95 percent of what we see is between 1.560 and
16 1.569.
17    Q.    Okay. Again, we can go through the
18 rest of these but you followed the same methodology
19 for all of these, right?
20    A.    I did.
21    Q.    What I want to make clear about this
22 is when you take a sample of Johnson's Baby Powder
23 or any other cosmetics product to analyze by PLM, do
24 you follow the methodology that's been routinely
25 accepted by scientists and has actually standards

Page 231

1 associated with it?
2    A.    Yes. We're doing the same thing,
3 that same method over and over. We're in the debate
4 or argument or, you know, you may disagree on the
5 refractive indices or where those refractive
6 indices -- do they belong to chrysotile or not. And
7 our opinion is that this chrysotile that we're
8 seeing in the cosmetic talc, it does, because that's
9 what we're seeing and we get the same thing with
10 the -- with the, you know, the R -- the 210, same
11 thing, same kind of ranges. You can't show one
12 and go, well, this one's a 1.563 and over here we
13 have one that's 1.567 and they're different. How
14 can they be different? They're not different.
15 They're in this range. And you're always going to
16 have -- the analyst is going to give you what he
17 thinks that range is. But it's always in that range
18 that we're seeing.
19    Q.    Is the methodology, the process of
20 doing testing by this method reproducible?
21    A.    Yes.
22    Q.    Have you reproduced it many times?
23    A.    We have.
24    Q.    Before we go on to the section about
25 chrysotile in talc and intergrowths, because I've

Page 232

1 got some more images that I want to show you related
2 to that, you were talking about the white color
3 being -- for the Tungsten bulb being yellowish or
4 something like that.
5    A.    It's no different than that.
6    Q.    Right.
7    A.    It's incandescent. That has that in
8 there.
9    Q.    Are there different shades of white?
10    A.    You ever go to Home Depot and look at
11 the light section, there's about 50 of them in
12 there? Yes.
13    Q.    You were asked about white balancing.
14 Does your PLM analyst in the process of analyzing by
15 PLM do what's called a white balance?
16    A.    It's done all the time and you're
17 also lining up the beam in the mornings, so that
18 it's coming all the way through and you're adjusting
19 your objective -- you know, you're adjusting the
20 diaphragms to get that light in so it is just over
21 where you call -- what we have is the central stop.
22 This is really like a aperture. And you want the
23 light not to go over that -- I mean, go into that.
24 So, you do take care of that microscope, get the
25 best out of it.

Page 233

1    Q.    What I want to ask you about
2 is -- this is going to be Exhibit 16. This is
3 photographs that you've reported on showing
4 intergrowth, showing asbestos and talc occurring
5 together, correct?
6    A.    Correct.
7    Q.    And you did this, or this analysis
8 was done under exactly the same conditions at the
9 same time, right?
10    A.    Correct. There's nothing different
11 here. So, you've got starting on one end because
12 it's white, that makes it -- that's why we have a
13 greater than sign, 1.585 because that pushes it
14 outside the range that this refractive indice fluid
15 can detect. It's not can't detect but you need to
16 change the -- if you want to know exactly what that
17 is on the left side, that pure white, you can change
18 the refractive indice fluid to be more in line with
19 that.
20    And then as you get closer to the
21 other end, that's where the chrysotile is. And you
22 know, you have to pick a spot like 1.558 all the way
23 to 1.565 at the very end. So, you've got
24 intergrowth with talc in the chrysotile or the
25 chrysotile in the talc, however you want to say it.

59 (Pages 230 - 233)

Page 234

1 There's no way that I know of doing that where we're
2 only increasing -- increasing the brightness on one
3 side.
4     Q.    Visually, even when we ignore
5 birefringence calculations, visually, are you able
6 to differentiate between what is talc and what is
7 chrysotile?
8     A.    You can tell right away by looking at
9 this, in my opinion, where the talc starts and then
10 it sort of mixes with the chrysotile as it goes
11 down.
12     Q.    This is another example. I have it
13 zoomed in here. This is just a different example of
14 the same phenomenon. Is this something that you've
15 observed again and again?
16     A.    Starting all the way to 2022, we must
17 have 50 of these, both with this microscope, as well
18 as the old microscope that has the Tungsten bulb in
19 it where everything is so bright, quote/unquote, and
20 then you can pick out where that talc is because
21 that's really bright.
22     Q.    This is just an example of the
23 elongation for that sample.
24     A.    Yeah, you can see the intergrowth
25 here where it is. The blue area, that's where the

Page 235

1 chrysotile is. So, you've got it running down kind
2 of the sides and then at the end. That is -- here's
3 another one where it's just the opposite. We have
4 increasing talc content and then chrysotile and you
5 can see how bright white that very end is. That's
6 because it's in a refractive indice fluid that's not
7 quite -- can do the, that can change the lighting on
8 it.
9     Q.    This one is in that different
10 orientation; everything we've been looking at so far
11 has been in that parallel or gamma orientation, this
12 one is in the perpendicular or alpha orientation,
13 but do you see the same phenomenon here?
14     A.    Well, the refractive indice here for
15 that little area on the chrysotile bundle is 1.538.
16 And if you go back to the other one, I think it was
17 greater than -- one more --
18     Q.    I think that's it.
19     A.    Greater than 1.585, I believe, or
20 1.59. There we go.
21     No, well, this is the perpendicular.
22 It doesn't matter.
23     Q.    Right. The point here is just even
24 without doing the birefringence calculation, the
25 methodology allows you to distinguish talc in

Page 236

1 chrysotile?
2     A.    Right. You can see on the
3 chrysotile, almost just a large fiber, at the very
4 end on the upper right-hand side you can see some of
5 the fibrils of the chrysotile bundle. And then as
6 it makes its way down, you're seeing the
7 interference it's causing with the talc section that
8 mixed with the chrysotile.
9     Q.    Just more examples of the same kind
10 of phenomenon?
11     A.    Yes. Here at the top we have half of
12 it, more than half of it is talc with a refractive
13 indice greater than 1.585. And then we have the
14 chrysotile end, which is 1.564. So, it's a little
15 bit more than half and half.
16     And the perpendicular, you got around
17 1.552 -- well, the perpendicular for this we would
18 need it so I can get the exact number. So, here
19 it's greater than 1.590, meaning you're out of the
20 range of what the refractive indice fluid can do to
21 give you colors.
22     Q.    Which is why it shows it white?
23     A.    Yes.
24     Q.    You were shown this image from the
25 Zimmerman report.

Page 237

1     A.    Yes.
2     Q.    Do you recall that?
3     A.    That morphologically, I mean, it does
4 look different, appears differently than some of the
5 images that we saw from others; fair?
6     A.    That's fair. But you'll get ones
7 that look just like it.
8     Q.    Right.
9     A.    There's a range of what you'll see in
10 structures. It's not all the same.
11     Q.    You were not shown the perpendicular
12 orientation of that same structure, at least not by
13 Mr. Dubin, correct?
14     A.    Correct.
15     Q.    Or this one, which was also the
16 Zimmerman report, that it was not part of the
17 defense exhibit.
18     A.    Here you have talc on the ends of
19 these two structures, and then you have chrysotile
20 on the other side. So, this is -- this is what you
21 will see when you have talc on the structure. Now,
22 this -- the intensity of the light is no different
23 than some of the others, but what's different here
24 is we have the white light coming up from where the
25 talc section is and that's not due to increasing,

60 (Pages 234 - 237)

Page 238

1 quote, "the intensity," unquote. If you increase
2 the intensity of this, that white area would be
3 blinding compared to everything else.
4        Q.    You have faced criticism that the
5 chrysotile is really just talc for a long time,
6 correct?
7        A.    Oh, three years.
8        Q.    At least.
9        A.    At least three years.
10       Q.    Exhibit 7 is a declaration that you
11 offered in the Prudencio case where you state that
12 the difference between the refractive indices of
13 chrysotile and fibrous talc is so different that any
14 first-year PLM analyst could easily be able to
15 distinguish between the two elements.
16        Do you still agree with that?
17       A.    I still agree with it.
18       Q.    It is done by determining the
19 birefringence in chrysotile and fibrous talc, which
20 is the key optical property to differentiate the two
21 methods.
22        Do you still agree with that?
23       A.    It is. The birefringence between the
24 two, one has a fivefold increase in the
25 birefringence level than chrysotile. The fibrous

Page 239

1 talc is very high, chrysotile is very low.
2        THE COURT: Just to be clear, because
3 we're talking about methods, that last sentence go
4 back, yeah, it says, "which is the key optical
5 property to differentiate the two mineral, not the
6 two methods."
7        MR. BRALY: Thank you.
8        THE COURT: I don't want someone to
9 be confused about a method some day that might
10 review this.
11        MR. BRALY: Thank you, Your Honor.
12        THE COURT: You're welcome.
13        MR. BRALY: I know that you wanted to
14 stop at 4:15. Maybe I'm rushing just a little bit.
15        THE COURT: Got it. I mean, we're
16 coming back tomorrow, so wherever you want to end it
17 today.
18        MR. BRALY: I think I can close but
19 we'll see. I'm bad about estimating time.
20 BY MR. BRALY:
21       Q.    You further in your declaration break
22 down ranges of low, medium and high for different
23 values of birefringence?
24       A.    Correct.
25       Q.    And that's taken from Walter

Page 240

1 McCrone's book, correct?
2        A.    It's in the PLM course where it gives
3 you the actual numeric breakdown of what's low.
4        Q.    Okay.
5        A.    And what is moderate and then what is
6 high.
7        Q.    We looked at this a little bit, but
8 the average birefringences for what you found in the
9 various samples, just what we looked at, would all
10 fall into the low range; true?
11       A.    That's true.
12       Q.    Some of these, for example, I don't
13 even know if you can see it, but if you look at like
14 M71614 in the lower left-hand corner --
15       A.    Yes, sir.
16       Q.    -- you were asked questions about
17 whether or not you take the highest gamma minus the
18 highest alpha or whether you need to take the
19 highest gamma minus the lowest alpha.
20        Do you remember all of that?
21       A.    Yes.
22       Q.    Some of those are just single
23 measurements, correct?
24       A.    Correct. Some of them there is no
25 range, and if there is no range, you just use what

Page 241

1 you have. But then if you average it versus using
2 the range, you get the exact same thing. So, how's
3 that different if you're just -- if you don't have a
4 range, you just use it as it is. If you have a
5 range, you can average it and when you check it with
6 the range, you're still going to get the same
7 amount. As long as you go high to high and not high
8 to low.
9        Q.    So, this table, this chart, was in
10 defense Exhibit 12, it's our Exhibit 17, it's EPA
11 R-93 document, and this is what you were talking
12 about. It states the birefringence for chrysotile
13 will fall in a range of between 0.004 and 0.017,
14 correct?
15       A.    Correct.
16       Q.    There was a lot of discussion about
17 calculating this range by taking the highest gamma
18 value and subtracting the lowest alpha value.
19        Do you remember that?
20       A.    I have remembered it for years.
21 Well, not years.
22       Q.    The suggestion was made that what
23 you're doing is artificially lowering the
24 birefringence value of what it is you're finding;
25 true?

61 (Pages 238 - 241)

Page 242

1    A.    That's been the criticism that I've
2  done it on purpose to make the birefringence lower
3  so I can then justify it being chrysotile.
4    Q.    The contrary position would also be
5  true as well, though, that if that is not a proper
6  method, then the advocates pushing for this position
7  are artificially raising the birefringence value of
8  what you're calculating; true?
9    A.    True, and don't forget, you'll have
10  ranges with talc.
11    Q.    Right.
12    A.    If you use that method, you're
13  pushing the talc down and the chrysotile up.  So,
14  let's just do an example here.  The very first one,
15  first row is, you have your lowest gamma -- excuse
16  me, your lowest --
17    Q.    Alpha?
18    A.    -- alpha is 1.493.
19    Q.    Right.
20    A.    Your highest gamma is 1.557.
21    Q.    Right.
22    A.    So we take the highest gamma,
23  subtract out the lowest and we get a birefringence
24  of 0.064, which puts you up in the talc.
25    Q.    Right.

Page 243

1    A.    Now, these are chrysotile standards.
2  These are in the environmental EPA book and are
3  referenced.
4        Now, what has been called my way is
5  taking the highest alpha, 1.546 -- that's the
6  highest gamma.  Sorry.  1.557 minus the 1.546.
7    Q.    Right.
8    A.    .546.  0.011, that's in the range
9  where they say birefringence is.  If we do it the
10  other way, we had a 0.06.  That's not even close to
11  anything chrysotile.
12    Q.    Are you familiar with chrysotile
13  asbestos ever being reported anywhere as having a
14  birefringence value of 0.064?
15    A.    No.  That's not the only high one in
16  there.
17    Q.    No, it's not.  In fact, if we go
18  through just some of the other -- some of the other
19  examples, if you take the second line, and you took
20  the highest gamma, 1.558, and subtracted by the
21  lowest alpha, 1.532, you would end up with a value
22  of 0.024.
23    A.    I think that's 1.556.  Did you say
24  eight?
25    Q.    I'm looking at the second line.

Page 244

1    A.    Okay.  1.556 subtracting 1.532.
2    Q.    Old eyes.
3    A.    Minus 1.532.
4    Q.    0.022?
5    A.    0.024.  That, again, is not -- that
6  is out of the range, though, usually, say, for
7  chrysotile.
8    Q.    Right.  So, can you draw the
9  conclusion methodologically that the EPA R-93 is not
10  using that method because the values they're
11  reporting associated with the birefringence, if
12  calculated the way Mr. Dubin suggested, would not
13  end up with values inside the range that they've
14  reported?
15    A.    Correct.  If I now do that second,
16  line how our lab does it, even because other people
17  do it this way, we had a birefringence of 0.007.
18    Q.    Which is in the range?
19    A.    Which is in the range.  Doing the
20  other method put it up four times out of the range.
21  Is that right?  Almost 28 -- pretty close.  And this
22  is not the only place you can find this.
23    Q.    Right.
24    A.    In mineralogy books you see it.
25  There's a document put out by the FDA, when they had

Page 245

1  their method that they put out in the -- that showed
2  it was going to be done, this method, chrysotile to
3  talc, and same thing, they had chrysotile standards
4  that if you did the method as suggested by
5  Mr. Dubin, it was crazy.
6    Q.    It's not -- it doesn't make any
7  sense --
8    A.    No.
9    Q.    -- when you compare it to known
10  birefringence values for chrysotile?
11    A.    Does not.
12    Q.    Methodologically, is your
13  calculation procedure for birefringence accepted and
14  published -- I mean, published like in this EPA R-93
15  document?
16    A.    It's accepted.
17    Q.    Right.
18    A.    It's the only way, when you have
19  ranges, that you'll actually get the right number.
20  Unless you have it so close that it doesn't make
21  that much difference.
22    Q.    Right.
23    A.    But, you're staring at it right here.
24  That goes back to the point that the birefringence
25  definition that is in the ISO is just a definition.

Page 246

1 It's not -- there's nothing in there in the actual
2 protocol, and you have to have that in there if you
3 want somebody to do it. You can't just say this,
4 and not give them any examples or anything.
5      Q.      When you say it's a definition, what
6 you're saying is they don't pride a framework for
7 actually calculating birefringence?
8      A.      No. A protocol, you're supposed to
9 be able to do -- you know, you're supposed to be
10 able to follow it. It's, you know -- I'll use an
11 example. They say that it's -- in order for it to
12 be asbestiform and asbestos, the structures have to
13 have high tensile strength. That's one of the
14 criteria. Well, it's absolutely impossible to
15 measure the tensile strength on a transmission
16 electron microscope. It's absolutely impossible to
17 measure the tensile strength in a polarized light
18 microscopy. And as it turns out, tremolite
19 anthophyllite have low tensile strength.
20        It says that you should have a -- you
21 have a population to see if it's asbestos or not.
22 "Population" is not defined; not two, not five, not
23 six, whatever somebody feels like. It's not in the
24 method. If it's just not in the method, it's not
25 something you're supposed to do.

Page 247

1      Q.      So, let's move on just a little bit.
2        THE COURT: Was the second part of
3 that question answered or did I miss it? Was it
4 accepted, and I think you asked whether it was
5 published --
6        MR. BRALY: Oh, I said published
7 in --
8        THE COURT: -- in EPA R-93.
9      A.      Yeah, EPA, yes.
10      Q.      This lends support to what you're
11 saying, is what I was getting at?
12      A.      Yes.
13      Q.      Are the findings of J&J consistent
14 with the birefringence calculations that you
15 performed on the California chrysotile and, again,
16 this is from Exhibit 28; this is the birefringence
17 calculation of the SG-210 Calidria?
18      A.      Yeah, and everything you see there
19 that has a B on it, it was done in bentonite clay.
20      Q.      Okay. Are the findings of J&J, of
21 the chrysotile found in J&J by PLM using the ISO
22 22262 methodology, are they consistent with the
23 Calidria?
24      A.      They are. If you look at -- if you
25 look at the two rows, the higher, the higher

Page 248

1 refractive indices on the right side and the lower
2 refractive indices on the left side and if you go
3 through there, you'll see the majority of what we
4 have is we have an average of 1.565 to 1.569 for the
5 CSM ones, and pretty close to 1.562 to 1.570.
6 That's where everything lands. This is the
7 bentonite. So it doesn't have talc. It doesn't
8 have all this other stuff in it. You could have
9 brucite, but brucite is probably the easiest mineral
10 to identify and not get confused with it 'cause they
11 do elongation. So, if you are looking at your
12 microscope like this, you have it tilted 45 degrees,
13 it's blue, it's got blue on it. If you do that with
14 brucite, it is yellow. And you turn the brucite the
15 other way, it's blue. So, brucite has never been an
16 issue for any analyst that does this kind of work.
17        THE COURT: We're going to wrap it up
18 here today.
19        MR. BRALY: Yeah, I could get done in
20 15 minutes but --
21        THE COURT: No.
22        MR. BRALY: Okay.
23        THE COURT: Wrap that up tomorrow
24 morning.
25        MR. BRALY: Very good.

Page 249

1        THE COURT: All right. It's just
2 going to take time for everyone to leave.
3        MR. BRALY: Very good.
4        THE COURT: So, could I just see
5 counsel real quickly?
6        Thank you, Dr. Longo.
7        THE WITNESS: Thank you, Your Honor.
8        THE COURT: See you tomorrow.
9        THE WITNESS: Am I excused?
10        THE COURT: For today.
11        THE WITNESS: Yes, I'm not going
12 anywhere.
13        THE COURT: Off the record.
14        (Proceedings adjourn: 4:15 p.m.,
15 Eastern Standard Time.)
16
17
18
19
20
21
22
23
24
25

63 (Pages 246 - 249)

Page 250

1          CERTIFICATE OF OFFICER
2
3          I CERTIFY that the foregoing is a true
4    and accurate transcript of the testimony and
5    proceedings as reported stenographically by me at
6    the time, place and on the date as hereinbefore set
7    forth.
8          I DO FURTHER CERTIFY that I am neither
9    a relative nor employee nor attorney or counsel of
10   any of the parties to this action, and that I am
11   neither a relative nor employee of such attorney or
12   counsel, and that I am not financially interested in
13   the action.
14
                *Andrea Nocks CCR CRR*
15        ---------------------------------
16        ANDREA NOCKS, CCR, CRR
          Certificate No. X100157300
17        Certificate No. XR00011300
18
19
20
21
22
23
24
25

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

New Jersey Rules Governing Civil Practice

Part IV, Rule 4:14

Depositions Upon Oral Examination


4:14-5. Submission to Witness; Changes; Signing

If the officer at the taking of the deposition is a
certified shorthand reporter, the witness shall not
sign the deposition. If the officer is not a
certified shorthand reporter, then unless reading
and signing of the deposition are waived by
stipulation of the parties, the officer shall
request the deponent to appear at a stated time for
the purpose of reading and signing it. At that time
or at such later time as the officer and witness
agree upon, the deposition shall be submitted to
the witness for examination and shall be read to or
by the witness, and any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness. If the witness fails to appear at the
time stated or if the deposition is not signed by
the witness, the officer shall sign it and state on
the record the fact of the witness' failure or

refusal to sign, together with the reason, if any, given therefor; and the deposition may then be used as fully as though signed, unless on a motion to suppress under R. 4:16-4(d) the court holds that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.