# Exhibit AE

Page 251

```
 1                  SUPERIOR COURT OF NEW JERSEY
                    LAW DIVISION - MIDDLESEX COUNTY
 2                  DOCKET NO. MID-L-003809-18AS

 3

 4
     KAYME A. CLARK and             )
 5   DUSTIN W. CLARK,               )    104 HEARING
                                    )
 6              Plaintiffs,         )    TRANSCRIPT OF
                                    )     PROCEEDINGS
 7        v.                        )
                                    )     (VOLUME II)
 8                                  )
     JOHNSON & JOHNSON, et al.,     )
 9   et al.,                        )
                                    )
10              Defendants.         )
     ------------------------------

11

12                  Place: Middlesex County Courthouse
                           56 Paterson Street
13                         New Brunswick, New Jersey  08903

14
                    Date:  May 30, 2024
15                         9:01 a.m.

16

17   B E F O R E:

18        HONORABLE ANA C. VISCOMI, J.S.C.

19

20

21                  ANDREA F. NOCKS, CCR, CRR
                    PRIORITY ONE
22                  290 West Mount Pleasant Avenue
                    Livingston, New Jersey  07039
23                  (718) 983-1234
                    E-mail:  p1steno@veritext.com

24

25   JOB NO.:  6725593
```

Page 252

```
 1  A P P E A R A N C E S :
 2  DEAN OMAR BRANHAM SHIRLEY LLP
      BY:  BENJAMIN BRALY, ESQ.
 3    302 North Market Street
      Suite 300
 4    Dallas, Texas 75202
      Attorneys for Plaintiffs
 5
 6
 7
 8  KING & SPALDING
      BY:  MORTON D. DUBIN II, ESQ.
 9      KEVIN HYNES, ESQ.
      1185 Avenue of the Americas
10    34th Floor
      New York, New York  10036
11    -AND-
      McCARTER & ENGLISH
12    BY:  JOHN C. GARDE, ESQ.
      Four Gateway Center
13    100 Mulberry Street
      Newark, New Jersey  07102
14    Attorneys for Defendant,
      Johnson & Johnson
15
16
17  ALSO PRESENT:  MARK BIBRO, ESQ.
        EARLY, LUCARELLI,
18          SWEENEY & MEISENKOTHEN
19
20
21
22
23
24
25
```

Page 253

```
 1              INDEX
 2
 3  WITNESSES   DIRECT  CROSS  REDIRECT  RECROSS
 4
 5  WILLIAM EDWARD LONGO
 6
 7  EXAMINATION BY:
 8  MR. BRALY    256       342, 353
 9  MR. DUBIN        273       350
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 254

```
 1              E X H I B I T S
 2  NUMBER       DESCRIPTION          ID
 3  P-3   ISO table              345
 4
 5  P-6   Appendices to White Paper     266
 6
 7  P-20  Deer, Howie and Zussman
 8        page from textbook          257
 9
10  P-31  Decades of Evidence chart     264
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 255

```
 1              THE COURT:  Good morning, everyone.
 2  My name is Judge Ana Viscomi.  We are here with
 3  regard to the continued 104 hearing of Dr. William
 4  Longo in the matter of Kayme Clark and Dustin Clark
 5  versus Johnson & Johnson, Docket Number 3809-18.
 6              May I have appearances, please, on
 7  behalf of plaintiff.
 8              MR. BRALY:  Your Honor, on behalf of
 9  the Clark family I'm here, Benjamin Braly.
10              THE COURT:  Thank you.
11              Further on behalf of the plaintiff?
12              MR. BRALY:  Mr. Bibro is here from
13  the Early firm.
14              THE COURT:  I'm sorry.  Could you
15  state your name again, please.
16              MR. BIBRO:  Mark Bibro from the Early
17  firm.
18              THE COURT:  Thank you.
19              And for the defendants.
20              MR. GARDE:  If Your Honor please,
21  John Garde on behalf of the Johnson & Johnson
22  defendants.  With me is Mr. Morton Dubin and
23  Mr. Kevin Hynes of King & Spalding.
24              MR. DUBIN:  Good morning.
25              THE COURT:  So, we left off yesterday
```

2 (Pages 252 - 255)

Page 256

1 afternoon, although we're not doing this in the
2 normal order what I guess should be the continued
3 direct of Dr. Longo.
4        MR. BRALY: Your Honor, that's
5 correct, and I'm going to finish the chrysotile part
6 of this. We had a short e-mail exchange yesterday
7 evening, based on what you had indicated to us in
8 chambers. I'm going to go ahead and lead off with
9 the amphibole motion and just cover the methodology
10 part of that and kind of reverse what we had done
11 for the chrysotile thing.
12        THE COURT: That's much appreciated.
13        MR. BRALY: Great. And thanks to
14 Mr. Garde for the suggestion. I think it'll work.
15        THE COURT: Thank you.
16        MR. BRALY: Your Honor, may I have
17 just one moment?
18        THE COURT: Take your time.
19        MR. BRALY: Your Honor, are we
20 prepared to continue?
21        THE COURT: Yes, please, whenever
22 you're ready.
23        MR. BRALY: Fair enough.
24 CONTINUED DIRECT EXAMINATION BY MR. BRALY:
25    Q.    Dr. Longo, when we left off yesterday

Page 257

1 I was asking you about the role of birefringence
2 with respect to the calculations of chrysotile that
3 you had found in talc by PLM.
4        Do you recall us talking about that?
5    A.    I do recall that.
6    Q.    All right. Exhibit 28 is taken from
7 your chart, project M 71547 and 546, calculating the
8 birefringence in a known sample of chrysotile,
9 California Calidria chrysotile, correct?
10    A.    Correct.
11    Q.    Are the findings that you found with
12 respect to chrysotile in Johnson & Johnson's
13 consistent with the birefringence calculation
14 associated with a known sample of chrysotile
15 asbestos?
16    A.    It is.
17    Q.    Next, this is Exhibit 20, this is a
18 page out of a textbook known as Deer, Howie and
19 Zussman.
20        You're familiar with that
21 publication, correct?
22    A.    I am.
23    Q.    It is one of the publications you
24 rely on, correct?
25    A.    Yes.

Page 258

1    Q.    This is a page out of Deer, Howie and
2 Zussman calculating the birefringence associated
3 with talc; fair; fibrous talc?
4    A.    Yeah. They show it, a talc, one-talc
5 crystal. But it is for the -- if you have talc
6 plates on edge, meaning they're all stacked up or a
7 fibrous talc and what the refractive indices are and
8 that last one, sigma, is the calculation for the
9 birefringence.
10    Q.    And the birefringence for talc is on
11 the order of five times higher than it is for
12 asbestos, correct?
13    A.    Yeah, anywhere from four to five
14 times higher. It's very unique as compared to
15 chrysotile. So, chrysotile, again, would have very
16 low birefringence and the talc gives you that high
17 birefringence as we looked at yesterday, even when
18 you have a chrysotile and a talc intergrowth under
19 the same conditions of how much, you know, how much
20 power we're giving to the brightness.
21    Q.    Right.
22    A.    It still shows a significant
23 difference that you can visually see.
24    Q.    One of the criticisms that was laid
25 out in the motion filed against you was that you had

Page 259

1 calculated birefringence incorrectly and we had some
2 of that discussion yesterday.
3        Do you recall that?
4    A.    I do.
5    Q.    And the suggestion was made that you
6 have to take the absolute highest value in gamma and
7 subtract the absolute lowest value in alpha in order
8 to calculate birefringence.
9        Do you recall that suggestion?
10    A.    I do.
11    Q.    Do they do that here in Deer, Howie
12 and Zussman?
13    A.    No, you would have a much higher
14 birefringence for the talc.
15    Q.    In fact, the value that they
16 calculated for birefringence is .05, correct?
17    A.    Correct.
18    Q.    And that is exactly the difference
19 between the highest value in gamma of 1600 and the
20 highest value in alpha of 1550 correct?
21    A.    Correct.
22    Q.    It's also exactly the difference,
23 make sure I got that right -- yes -- it is exactly
24 the lowest value in gamma subtracting the lowest
25 value in alpha; 1.589 subtracting 1.539 is 0.05?

3 (Pages 256 - 259)

Page 260

1    A.    Correct.  If you used it the other
2  way, you would have a birefringence that's different
3  than what Deer, Howie and Zussman has put for the
4  talc.  In fact, every mineral in the Deer, Howie and
5  Zussman book where it's biaxial where they showed a
6  birefringence, all the calculations are done,
7  highest gamma, highest alpha, lowest gamma, lowest
8  alpha, gives you exactly what they print out.
9         So, this by far is not something that
10  is the Longo process to get lower birefringence so I
11  can call it chrysotile.  I'm doing what has been
12  published.  This is the third edition of Deer, Howie
13  and Zussman; the second edition, the first edition,
14  it's all the same way and, of course, we have EPA
15  doing it the way that we do it.
16    Q.    Again, this one, we looked at the
17  calculation previously.  This one is just reflecting
18  that the EPA recognizes the birefringence for
19  fibrous talc of .6, correct?
20    A.    .06 is probably on the higher end.
21  I've seen it as low as .045.  But it's still
22  anywhere from four to five times higher than what
23  you find for chrysotile.
24    Q.    So, if we just break this down into a
25  chart, the published EPA R-93 600, birefringence

Page 261

1  ranges for chrysotile and talc are shown there at
2  the top, correct?
3    A.    That's -- from their calculations.
4  If you go and calculate the way that we do the
5  calculation, all of them will fit in that range of
6  0.004 to 0.017, and as we discussed yesterday, if we
7  use this other method, the highest gamma to the
8  lowest alpha will put you in a range that does not
9  correlate to chrysotile at all.
10    Q.    Okay.  I apologize.  There may be
11  some slight repetition here but the methodology that
12  you applied to Johnson & Johnson is the same
13  methodology that you applied for analyzing talc
14  products for the presence of chrysotile by PLM?
15    A.    Correct.
16    Q.    Have you --
17    A.    All the different manufacturers and
18  we see the same thing.
19    Q.    Which was the next question.  Has
20  this methodology produced reproducible and
21  verifiable results?
22    A.    Yes, we see it over and over and
23  over, any time we do the calculations, it comes into
24  the range.  Even sometimes if you were to use the
25  other method, because they're so close together,

Page 262

1  that they still will come into the range.  That's on
2  occasion.
3    Q.    Are there other scientists who have
4  found chrysotile in Johnson & Johnson's Baby Powder?
5    A.    Yes.  The AMA on behalf of FDA found
6  chrysotile in a -- they call it a split sample from
7  one container, so three samples were sent to AMA,
8  three splits out of the same container, and two of
9  them had chrysotile.
10    Q.    And what's shown is the report from
11  AMA on behalf of the Government that found trace
12  levels of chrysotile in Johnson's Baby Powder?
13    A.    Yes, sir.  The percent chrysotile by
14  TEM.
15    Q.    That's right.
16    A.    Now, I don't agree with those percent
17  numbers and that's why -- because they're not
18  calculated right even though they're following the
19  protocol.  These are one of the things that the
20  FDA -- now, the White Paper from the -- all the
21  interagency scientists are not going to have
22  percentages of chrysotile by TEM.  It's all going to
23  be fiber bundles per gram because of the problem
24  associated with taking a calculation.  You're not
25  weighing anything.

Page 263

1         You take a calculation, basically
2  it's just determining the volume of the cylinder and
3  then turn it into a density, et cetera.  But this is
4  -- these really high detection limits is based on
5  finding one fiber and it's a fiber you make up.  You
6  can just use any, design any you want.  Well, that
7  means that your detection limit in this sample is
8  one fiber and there's no methodology anywhere that
9  can get you down to one fiber.  Ours is the lowest
10  that I've seen out there using the density -- the
11  concentration method, you know, our -- ours is in
12  the 4,000 to 6,000 range.
13         But in order to have appropriate
14  weight, you can't base it on one fiber.  There's
15  more than one fiber in that sample.  In this
16  particular instance, this detection limit is about
17  five million, so you would have to multiply that by
18  five million to get something even close to what's
19  really in there and I think that's why the White
20  Paper is doing -- would do away with this.
21    Q.    Right.
22         For purposes of what we're talking
23  about today, I don't really want to get to the
24  methodology of AMA --
25    A.    Okay.

4 (Pages 260 - 263)

Page 264

1    Q.    -- how that might be different.
2          The point of showing you this and
3 what I'm just asking you, is you're not the only
4 person who's found chrysotile in Johnson & Johnson's
5 Baby Powder, correct?
6    A.    Not by far.  There's been a number of
7 people including the Colorado School of Mines.  They
8 made a -- when they finished their heavy liquid
9 density separation method, they were finding
10 chrysotile, I think it was in the Argonaut Mine and
11 that's why they were developing a two-stage method,
12 one for the amphiboles on the concentration method,
13 and one for chrysotile, which they're finding
14 chrysotile.
15    Q.    You're aware that in the documents
16 Johnson & Johnson has produced in litigation, that
17 there have been multiple findings in reports of
18 chrysotile in baby powder?
19    A.    I am aware of that.
20    Q.    I want to show you something that was
21 developed in discovery with Johnson & Johnson.  This
22 is Exhibit 31.  This is referred to as the Decades
23 of Evidence Chart.  I hope you can see this clear on
24 your monitor and on this overhead.
25    A.    Well, if I lean into it, I can.

Page 265

1    Q.    I have a physical copy of it.  Would
2 you prefer that?
3    A.    No, this is fine.  I can see it.
4    Q.    All right.  I have highlighted every
5 section where there was a finding of chrysotile in a
6 sample that would correlate with Vermont or Chinese
7 talc sources.  And as you go through it, you can see
8 samples after samples after samples reporting
9 findings of chrysotile in Johnson & Johnson's Baby
10 Powder products.
11          Is this consistent with what you find
12 in your laboratory?
13    A.    We are finding chrysotile in -- from
14 the various mine sources, as well as from the
15 products themselves.  So, it is not me only finding
16 chrysotile and this is information that has been
17 well-known by Johnson & Johnson for some time, in my
18 opinion.
19    Q.    Okay.  Just tabulating up that list,
20 it was not 35 individual samples, it was 35 reports
21 that included multiple samples of chrysotile being
22 found in Vermont and Chinese-sourced Johnson &
23 Johnson products.  Is that consistent with what you
24 find in the lab?
25    A.    Yes, it is.

Page 266

1    Q.    You were asked about this and we kind
2 of talked about this, this is toward the last part
3 of this section that I need to cover with you, but
4 does the PLM analysis require a secondary step of
5 confirming by TEM?
6    A.    No, it doesn't.
7    Q.    Do you care to elaborate on that?
8    A.    All the -- most all the methodologies
9 state that once you -- once you identify it by
10 polarized light microscopy, that's where you stop.
11 There's no method out there that says once you find
12 it by PLM, now you've got to go into TEM and verify
13 it.  That's just -- it's not in EPA, it's not in
14 ISO, it's not in ASTM, and the White Paper group
15 also states once you find it by PLM, you stop.
16    Q.    Exhibit 6 is the appendices to the
17 White Paper.  Let's stop and talk about the White
18 Paper for a second.
19          The Interagency Working Group on the
20 detection of asbestos in cosmetics, can you tell us
21 what that group was, to your understanding?
22    A.    Yes.  The FDA had what they called
23 the Interagency Working Group, which were the
24 scientists from NIOSH, EPA.  I think there are a
25 number of them who were asked to put a protocol

Page 267

1 together, methodology for the detection of asbestos
2 in cosmetic talc.  This was a method that EPA wanted
3 to have done.  So, they had all these scientists
4 from around all the different agencies, from NIOSH
5 to OSHA to the Environmental Protection Agency.
6 Some scientists were just deeming -- were outside
7 the agency but experts in their area, and they put
8 together what they said was their recommendations of
9 what should be in the method.
10    Q.    Okay.  Did this involve more than 30
11 subject matter experts who worked for the better
12 part of a year to put together this document?
13    A.    It was a year and then FDA invited in
14 outside groups or anybody who wanted to come in and
15 either say it's a good idea or it's a bad idea.  And
16 I presented a -- I presented a paper there.  I
17 wasn't asked to give a paper; just if you wanted
18 one, you had to check a box and give them an
19 abstract and see if they would take it or not.  And
20 what I was showing them is how the heavy liquid
21 density separation, specifically in amphiboles, and
22 talking that we're looking now at chrysotile, should
23 be used because of the detection limits.
24    Q.    In fact, you testified to Congress
25 about specifically that issue?

5 (Pages 264 - 267)

Page 268

1    A.    That I was invited to, yes.
2    Q.    Yes.
3    A.    It was nerve-racking, and I don't
4 have a problem speaking in front of people.
5    Q.    The Interagency Working Group, did
6 they have a flowchart that discusses the propriety
7 of having to confirm by TEM a positive finding by
8 PLM?
9    A.    No. It's just optional. They say
10 you can do an optional SEM analysis. Do you need to
11 do TEM? No, it's not saying you have to do TEM at
12 all. It's not stepping you from it, but --
13    Q.    Right.
14    A.    But it's not a methodology that's
15 required if it's positive by PLM analysis.
16    Q.    And they continue in the text of it
17 and the pertinent part of this is simply the
18 underlined part, if amphiboles or chrysotile are
19 present in the sample using PLM, the analyst should
20 be able to conclude that the sample contains these
21 particles, yes, and to record the observation, no
22 further analysis may be required.
23        Do you see that?
24    A.    Correct.
25    Q.    Do you follow a proper methodology in

Page 269

1 your evaluation of chrysotile in talcum powder?
2    A.    We follow exactly the methodology
3 that -- the methodology for determining any type of
4 mineral by polarized light microscopy, specifically
5 asbestos.
6        Now, we have a debate and a little
7 disagreement on the refractive indices and where
8 they lay, but we follow the method.
9    Q.    Are the methods that you're
10 following, are they published and well-understood
11 methods?
12    A.    Yes, sir. The ISO method, the
13 22262-1, the EPA R-93-600 method all is done in the
14 same way.
15    Q.    So, the information that you're using
16 to perform your analysis, is it based on material
17 and information that are relied on by scientists
18 like yourself?
19    A.    Yes.
20    Q.    Are the results reproducible?
21    A.    They are reproducible. We actually
22 put together for the analyst what we call standards
23 where we took the SG-210, in one case the SG-144,
24 and made various concentrations in talc, starting
25 off at .01, .05, .001, .005 and on down. And then

Page 270

1 the analyst would go in and count all the structures
2 they saw. Where we get down to 0.0001 is where we
3 found nothing, and 0. -- four zeros and one, three
4 zeros and one we found one to two to three
5 structures.
6        So, when our analysts look at a
7 sample and make a determination what the weight
8 percent is, they're not looking at it as the one
9 fiber in this big field of view. They're looking at
10 what the concentration was that we found. So, if we
11 find this many structures and, you know, .005 plus
12 or minus a few, that's how we get the weight
13 percent.
14        Typically, an analyst will look at a
15 visual estimate and they'll look at it and try to
16 determine what percentage of space does that take up
17 in the field view. If it's 1 percent, if it's a
18 half percent, whatever. Because are these so small
19 and we see so little in the field of view, we had to
20 do it that way to validate it. And that validation
21 of analyzing it on the amphibole side doing the same
22 thing was how -- one of the things we had to submit
23 to the American Society -- A2LA, the American
24 Association of Laboratories, that will certify
25 certain protocols using ISO methods because for

Page 271

1 asbestos and other things, there's no set protocol.
2 You're going to do something that's different and
3 they will certify that you're doing the QC, you've
4 looked at the -- you validated, et cetera, et
5 cetera, et cetera, and they come in every year and
6 relook at what you've done to validate you.
7        So, that's why we have that
8 certification for the analysis of amphiboles
9 asbestos by both the Blount method and TEM method
10 and PLM. Blount method is a sample prep and
11 analysis by PLM. And then the ISO 2226-2 Section 16
12 method is, again, a method for preparing the
13 amphibole sample for either TEM, SEM, PLM or XRD.
14 So, we follow those and they verify that we are.
15    Q.    The last question I wanted to ask you
16 about in the PLM chrysotile section of this has to
17 do with the criticism levied about the brightness of
18 the PLM stage.
19        Can you digitally manipulate images
20 to artificially change the brightness to essentially
21 make it whatever you want to make it?
22    A.    Sure. Do you use a PowerPoint? You
23 can increase the brightness, you can decrease the
24 brightness, but it doesn't reflect actually what the
25 data is. And if you look at what we did on some of

6 (Pages 268 - 271)

Page 272

1 these where we have what's called the intergrowth
2 where you have a talc section and a chrysotile
3 section. Now, that's done under the exact same
4 conditions they're criticizing but I don't know a
5 way of just making one part of it brighter than
6 everything else. If that software exists, I've
7 never heard of it. So, you can visually see the
8 difference and it's being done in the exact same
9 brightness that I'm getting criticized for.
10     Q.    Does your laboratory maintain -- tell
11 us about the standard of brightness that you
12 maintain at the laboratory?
13     A.    No microscope has like brightness
14 one, brightness two, brightness three. It's just a
15 little wheel that you can scroll to get the
16 brightest versus the less. They're always on
17 brightest. Unless we want to do something where we
18 want to change it a little bit to get a bit of
19 contrast, say, for the nonpolar, where we're looking
20 at the sample that doesn't have any polarizers in it
21 so it's basically a regular optical microscope, and
22 sometimes -- I have one analyst who wants to reduce
23 it just a tad so we get better contrast. But the
24 analysts are always wanting to have the best
25 conditions in order to photograph this stuff.

Page 273

1          MR. DUBIN: Just to be clear, we're
2 not moving to amphibole yet. We're going to be
3 addressing that --
4          MR. BRALY: Do you want to do that?
5 Okay.
6          MR. DUBIN: Yeah.
7          MR. BRALY: All right.
8          MR. DUBIN: We're not done with
9 chrysotile yet.
10          MR. BRALY: Okay. I figured you
11 wanted to do it all at one time.
12          MR. DUBIN: No. I want to finish the
13 chrysotile motion.
14          MR. BRALY: Very good. Okay, that's
15 fine with me.
16          THE COURT: Are you finished with
17 your section?
18          MR. BRALY: Yes. I'll pass the
19 witness.
20          THE COURT: Thank you.
21 RECROSS-EXAMINATION BY MR. DUBIN:
22     Q.    I should be able to work from over
23 here just to make it a little easier.
24          So, we now heard a bit from both
25 sides and had an opportunity to spend an evening

Page 274

1 sort of thinking about these issues, and let's see
2 if we can crystallize them, and I want to address
3 some of what you talked about with counsel during
4 the examination.
5          And so, I want to start with, I think
6 something that you would agree with, right? You
7 can't just claim to follow an accepted methodology,
8 you have to actually follow it and apply it reliably
9 to the facts of the case in order to have a reliable
10 opinion, right?
11     A.    In some area, yes; however, if you
12 have a crystal that has, like chrysotile, that has a
13 little bit -- has a higher refractive indice, you
14 have to report that. And in the refractive indices
15 on, like the ISO method in 1.550 for the standard,
16 the 1866b chrysotile standard does not have the same
17 refractive indices. So, that's the area that we
18 have to report refractive indices that we're seeing.
19     Q.    My question is much simpler than
20 that. You can't just say, oh, here's a methodology,
21 PLM dispersion analysis that's in the literature,
22 therefore, my opinions are correct unless you
23 reliably follow and apply that methodology in your
24 work, right?
25     A.    With the one caveat I stated, that's

Page 275

1 correct.
2     Q.    And so, I want to call up a little
3 bit of testimony that you gave yesterday just to
4 start. This will be slide 182.
5          And you were talking a little bit
6 about Dr. McCrone, Walter McCrone and you said that
7 Dr. McCrone and then Dr. Su, who's here in the
8 courtroom, were probably the people who have done
9 the most research on the type of analysis we've been
10 discussing, PLM dispersion staining analysis, right?
11     A.    That's a true statement.
12     Q.    And Dr. McCrone has passed away,
13 correct?
14     A.    Yes, sir, he has.
15     Q.    Meaning that Dr. Su, who's in the
16 courtroom today, is the person on the planet who has
17 done the most research on PLM dispersion staining
18 analysis, the type of analysis that we're talking
19 about today, right?
20     A.    I would agree.
21     Q.    And you're aware, of course, if we
22 call up slide 183, that the person in this entire
23 world who has done the most research on this type of
24 analysis, PLM dispersion analysis, says that every
25 time you are calling something chrysotile is not

Page 276

1 actually chrysotile, right; you're aware that he has
2 offered that opinion, correct?
3     A.     I would say yes, he has offered that
4 opinion.  And he has done the most research on
5 polarized light microscopy dispersion staining, but
6 I don't believe he's done any research on the
7 chrysotile in cosmetic talcs.
8     Q.     Okay.  And not only has he said,
9 based on being the most experienced person in
10 research in this type of analysis that what you are
11 calling chrysotile is actually talc, he has said you
12 are not properly following PLM dispersion staining
13 analysis methodology, correct?
14     A.     He has stated that.
15     Q.     And, for example, we had one example
16 of that during your testimony yesterday, for
17 example, you put a table up that was from one of his
18 publications, and we can just call up slide 161
19 first.
20          And so, this is a PowerPoint actually
21 from Dr. Su but the table inside this is what you
22 were referring to yesterday when you were talking
23 about what the acceptable ranges of refractive
24 indices are for chrysotile, right?
25     A.     Correct.

Page 277

1     Q.     And not only has he -- let's just
2 look at an excerpt from his report here.  We could
3 go to slide 160.
4          And he says is, "I have created
5 and published procedures for reference tables that
6 help analysts measure RI values of the six regulated
7 asbestos minerals, including chrysotile.  MAS relies
8 upon my procedure and tables as part of its PLM
9 analysis of Johnson's Baby Powder.  However,
10 Dr. Longo completely misunderstood my reference
11 table and claimed that the RI range of my chrysotile
12 table represents the chrysotile's minimum and
13 maximum RI values.  This is not true."
14          And you're aware he said that, right?
15     A.     I am aware.
16     Q.     So, the author of the method that you
17 claim to be following is saying that you are
18 misinterpreting the method, right?
19     A.     He says we're misinterpreting the
20 method, however, if you look at some of the
21 reference chrysotile ranges, you have ranges of
22 chrysotile that are both in the area that we find
23 and also in the area that is outside what Dr. Su
24 says is appropriate.  And if you take those, such as
25 what's found in EPA, what's found in others, and if

Page 278

1 you take those and go on his chart, they do match
2 the appropriate refractive indice.  So, my
3 intuition there is he has come up with a range that
4 is not -- covers all chrysotile.
5     Q.     Okay.  But no question that you put a
6 slide up there yesterday in your examination from
7 his method, and he has told you you are wrong about
8 what this table means, and you still use it, right?
9     A.     Of course we still use it because the
10 range of what we're finding in something like
11 refractive indices, you know, there's a 1.567 in
12 EPA.  According to Dr. Su, that would be out of the
13 range and you can't use his table.  That 1.567
14 matches the refractive indices perfectly.
15          And there's another one, like we just
16 looked at, is 1.538.  According to Dr. Su, that
17 would be out of the range that you would call
18 chrysotile.  So, I can't quibble with that's what he
19 says, that's what he thinks his chart is, but it
20 doesn't cover all the chrysotile minerals that are
21 out of the typical range.
22     Q.     And we're going to be talking a
23 little bit more about your failure to verify but --
24 right -- the whole reason we're even having this
25 conversation, we're looking at is this yellow,

Page 279

1 bright yellow, is this golden yellow, is it purple,
2 the whole reason we're having this conversation at
3 all is because we're talking about PLM dispersion
4 analysis, right, which is based on color, correct?
5     A.     That is correct.
6     Q.     But if you had even once decided to
7 use TEM to verify your findings, you could look at
8 what you're calling chrysotile, you could get direct
9 information about crystal structure and chemistry
10 and know fairly simply is it chrysotile or is it
11 talc, right?
12     A.     Right.
13     Q.     Without talking about colors at all?
14     A.     Right, and we have done that.  We
15 have now taken samples that we have said is
16 chrysotile in it with the same ranges we're talking
17 about and the ranges that Dr. Su says is out of his
18 table and have verified that it has chrysotile.
19     Q.     No, what I'm saying is you could look
20 at Johnson & Johnson with a TEM, take your
21 concentration method, if you think concentration --
22 you could take the concentration, what you got, look
23 at it under a TEM analysis and find what you say is
24 chrysotile.  And if you found it with TEM and you
25 had chemistry information and crystal structure

Page 280

1 information, we wouldn't even be having to debate
2 whether you are calling particles the wrong color;
3 we would have hard data, right?
4     A.    Well, we would have hard data but
5 what you're saying is not very fair.
6         We are analyzing samples and showing
7 chrysotile in it with the same methodology, the same
8 everything we're doing and, actually, one of the
9 Avon samples is a Vermont sample.
10        So, no, have we gotten to J&J yet?
11 You're going to have to be patient for that. So, I
12 look at it as we have now verified it a number of
13 ways. We have verified it by TEM in Avon samples.
14 We have verified it using the SG-210 as a standard
15 because it has the exact same -- not the exact same
16 but the same range of refractive indices and we're
17 not the only one finding chrysotile by TEM in these
18 cosmetic talcs, as we just saw. So that's also
19 verified.
20    Q.    You say you haven't got into it yet.
21 But we looked and when you -- you started claiming
22 there was chrysotile and Johnson & Johnson finding
23 it back in 2020, right?
24    A.    With PLM, that's correct.
25    Q.    So, at minimum, even if we ignore the

Page 281

1 fact that you began this work overall in 2016,
2 you've had four years, four years to look at
3 Johnson & Johnson talc with a TEM microscope and
4 prove that what you're calling chrysotile is
5 chrysotile with chemistry information and crystal
6 structure information, at least four years, right?
7    A.    It's been four years but that's
8 absolutely unfair. We're a commercial lab. We're
9 not a research institute. Yes, if I -- if I was a
10 research institute or I was a university, I could
11 put a couple Ph.D. students on this where they would
12 be working on it full-time. We don't get funding
13 for that. So, it takes us a long time to go through
14 that. And the CSM method was not in, you know -- it
15 was not in a way from the methodology where we had
16 to work on it. Unlike the amphibole one, where it
17 had been published and there's a method for it, you
18 could go right in and start finding amphiboles. The
19 chrysotile one just had this protocol from Colorado
20 School of Mines where they're finding chrysotile by
21 PLM and did not do TEM on it. But we had to figure
22 out how to make the concentration method the most,
23 you know, efficient of extracting out the talc in
24 the chrysotile. That was not an easy thing.
25        You know, we may go days because of

Page 282

1 workload that we're not doing any work on it, we're
2 doing the best we can.
3    Q.    Let's break what you just said down
4 into two pieces.
5        First, you said we're not a research
6 institution, right, we are not a research
7 institution so why should we go and do this
8 additional work?
9    A.    No. No, you mis --
10    Q.    Let me finish my question.
11    A.    Okay. Sorry.
12    Q.    You are currently charging $50,000
13 retainers every time you are retained in a cosmetic
14 talc case, right?
15    A.    Since May first of this year, that's
16 correct.
17    Q.    And how many cosmetic talc cases
18 would you say that you're currently being retained
19 in?
20    A.    Four or five.
21    Q.    Okay. Over this entire -- let's say
22 this year?
23    A.    Maybe six or seven.
24    Q.    Currently, or how about last year,
25 how many cases?

Page 283

1    A.    Last year, I don't know. We didn't
2 start charging this retainer to help us in the
3 research last year.
4    Q.    But you're not making enough money
5 where you could afford to have somebody, instead of
6 doing one PLM analysis, switch them over and look at
7 a TEM analysis to verify; that's what you're saying?
8    A.    No, I'm not saying that. It's -- we
9 have -- we have samples that are due. Now we've
10 hired additional people and since we have now been
11 able to fund this, now we've started looking at it
12 by TEM. Now, the reason we did the TEM the way we
13 did is because another scientist by the name of Mark
14 Bailey took three Avon -- three Avon samples, used a
15 heavy liquid density separation method on it, CSM,
16 but he made some tweaks on it that we're now using,
17 and we wanted to do the first ones to verify what
18 that scientist found. So, now we have verification
19 from two different labs and, yes, we're going to
20 expand in it, and, yes, we've been hiring some
21 people now that we've got the $50,000 retainer. We
22 got two new PLM analysts and we're looking for some
23 additional people to help move this along, but
24 before we got the retainers, we didn't have the
25 money to hire people.

9 (Pages 280 - 283)

Page 284

1    Q.    Let's look at the second thing that
2  you said.  You said, well, we were still developing
3  the CSM method.  You told Congress back in 2020 that
4  you had already cracked the code on a method to
5  concentrate for chrysotile and find chrysotile,
6  right?
7    A.    That's untrue.
8    Q.    It was untrue that you cracked the
9  code?
10    A.    That I told Congress that.  I told
11  Congress that we didn't have a method yet for
12  chrysotile, it was only amphiboles.
13    Q.    We'll look at that.  But your CSM
14  method was sufficiently developed back in 2020 that
15  you were using it for PLM, right?
16    A.    Again, you're correct but you're
17  being unfair.  We were using it for PLM but we were
18  finding that we were getting less in the
19  concentration method than we were with just looking
20  at it.  We were finding that the chrysotile was
21  ending up in the pellet, which makes absolutely no
22  sense.  So, we had to solve that riddle.
23    Q.    But if you still had to solve the CSM
24  problem, if the CSM method wasn't reliable enough to
25  use for TEM, then it wouldn't have been reliable

Page 285

1  enough to use for PLM either?
2    A.    That is so wrong.  The PLM method was
3  showing it was there.  We were getting positive
4  chrysotile but we weren't getting the full amount
5  that should have been in there.  That's why we had
6  to go to -- we had to go to using the SG-210, one,
7  to figure out why is it going into pellet.  Well, it
8  took time to do that.  And you guys know in your
9  office, you know, somebody comes in and says, you
10  know, I need two more, you know, motions to strike
11  and if you don't have enough people, how do you do
12  it?
13    Q.    So, when you were back testifying,
14  when you started testifying about your PLM work
15  using this CSM concentration method, did you tell
16  juries that, "Hey, wait, I'm presenting this about
17  my concentration chrysotile stuff by PLM but you
18  shouldn't be paying attention to this because the
19  method's really not worked out?"  Is that what you
20  said about your method when you were testifying
21  about it?
22    A.    Of course not.  What I was telling
23  the juries is that we're finding chrysotile, it was
24  positive for chrysotile.  It doesn't -- it may not
25  be the right amount but it's absolutely positive for

Page 286

1  chrysotile by PLM.  That's what I was telling the
2  jury.  I wasn't telling them that we still have
3  things to do on it but before we got the TEM, I
4  wanted it to be the message that we would publish
5  and say this is what you do.  We had to solve all
6  these little issues.  They weren't little issues,
7  they were -- they were scratch head issues.
8    Q.    Okay.
9    A.    So two different things.
10    Q.    So, let's move back -- I'm sorry.
11  Are you done?
12    A.    No.
13    Q.    Okay.
14    A.    If it is positive by PLM, that means
15  there's chrysotile in it.  And what we were -- and
16  getting the exact amounts and getting the most
17  efficient extraction so that we could use it so we
18  knew in TEM that if it's there, we could detect.
19  That was the whole issue.
20    Q.    Let's go back and reorient about what
21  else you've been talking.  Let's just go to the
22  orientation slide, slide 1.  A lot of people
23  couldn't see slide 1.
24          So, we sort of talked a little bit
25  about these first two things already but, as I said,

Page 287

1  when we move from TEM which gives you just printouts
2  of data, when we start to change to a PLM dispersion
3  staining analysis, I think you actually said that
4  even people who use PLM to identify minerals in
5  practice usually don't do it this way where you have
6  to depend on color of the particle, the
7  birefringence; you said they usually use Michel-Levy
8  charts, right?
9    A.    Correct.
10    Q.    So, you selected not just a PLM
11  method, you selected one that would depend on
12  whether your analyst in your lab accurately picked
13  the right color for the analysis, right?
14    A.    That's just like every lab.
15    Q.    Okay.  And that then, if you're an
16  analyst and, again, that means that an analyst, and
17  let's just -- has the ability, and I know we
18  disagree about whether this happened, but because of
19  the method you chose, the analyst has the ability to
20  change the results by picking a different color than
21  is observed under the microscope, right?
22    A.    Any PLM analyst who wants to change
23  the colors could do that.  We don't do that.  And we
24  verified that by looking at chrysotile that was in
25  the same size range and gave the same, same ranges

10 (Pages 284 - 287)

Page 288

1  of color. So, we validated what we were looking at
2  and, you know, I'm not -- and I'm not blind from
3  the, you know, the criticism of everything here
4  because it's outside the norm.
5      Q.    Okay. And just again, so we
6  understand what we mean about why color is
7  important, why color is critical to this analysis,
8  let's go back to slide 142.
9          So, the way this analysis works is
10 you're trying to eventually get to a refractive
11 index number or two numbers actually in parallel and
12 perpendicular. And that's when you're going to do
13 your calculation based on those numbers to see what
14 the birefringence value is, right?
15     A.    Correct.
16     Q.    And what refractive index number you
17 have is driven by what color the analyst says they
18 are seeing, correct?
19     A.    Yes, sir. As we went over this
20 yesterday, I agreed with you.
21     Q.    So, if you see a particle that is
22 actually yellow, it will have a different refractive
23 index number than a particle that is purple, right?
24     A.    That is correct. If it -- if it is
25 that purple.

Page 289

1      Q.    And so, for example, we went through
2  these images, slide 51, that we were not able to see
3  yesterday but this particle, as we discussed when I
4  just showed you a plain image of it, you told me it
5  was golden brown, right?
6      A.    That's the main -- that's the main
7  color there.
8      Q.    And yet by reversing the process,
9  because you actually give -- you see in the black
10 box down there, it says "RI 1564," right?
11     A.    I do.
12     Q.    So, we were able to reverse the
13 process to go from that RI to figure out what color
14 your analyst was calling this, what color your
15 analyst said they were seeing, and that is dark
16 purple, right?
17     A.    You do have that in there but as I've
18 talked about yesterday, you don't get these really
19 nice colors. You'll get a mixture of them and it's
20 just over a process. So, that is one sample. But I
21 stick to what it is. That is chrysotile and I rely
22 on the analyst and I don't have a problem with that.
23     Q.    And this particle that you're calling
24 purple chrysotile is essentially the same color as
25 all the talc plates that we see in the upper left of

Page 290

1  the image, right?
2      A.    No. If you look at the ends, you
3  know, one point, and you've got darker material
4  there, I can see -- I'd have to be on the microscope
5  but I can see some purple there. We have a mixture.
6  So that's what they chose. You know, we can argue
7  about this all day long but if you turn it -- you
8  know, that's what we called it and I stick by it.
9      Q.    You stick by it, but slide 143, just
10 to understand how this matters again, the number
11 that goes into that calculation, so, all of the
12 number on the right, and last time I had this text
13 in purple, but, because the number that goes into
14 your birefringence calculation, the number that
15 you're subtracting the number from, that is based on
16 the analyst calling the particle purple; if it was
17 yellow, a different number would be there, right?
18     A.    Okay. Can we go back to the other
19 one?
20     Q.    Sure. 1 -- sorry, 54 -- 51, sorry.
21 1.564, that corresponds to purple. If it was, for
22 example, a yellow, then you would be in the range --
23 in the yellow ranges. You'd have numbers like
24 1.579, 1.583, depending on how bright that is, and
25 we've talking about the brightness for illumination

Page 291

1  ranges.
2      A.    So, that's not yellow at all. I
3  appreciate that's what you see.
4          Say, we go down to, and we take
5  purple -- you would have something in the range of
6  about 1.576, 1.576 and 1.561 -- that's a 5100. You
7  are still in the range of what is accepted for
8  chrysotile.
9      Q.    Okay.
10     A.    So, if I --
11     Q.    According to you.
12     A.    If I buy your evaluation here and
13 that is not the yellows that you're pointing out
14 there and I put in a .1576, I am still in the range
15 and that is not talc.
16     Q.    Um-hum.
17     A.    What you have in that right-hand
18 corner is talc. See that bright up there? Well,
19 that we're going to be down in the 420 to 410 range.
20 So, it's not talc.
21     Q.    Dr. Longo, so, let's assume -- see
22 these rounded objects. Let's on the right instead.
23 Okay? There's one little rounded blue and there's
24 some rounded objects up there. Those are talc
25 plates, right?

11 (Pages 288 - 291)

Page 292

1   A.   They're talc plates that also show
2   plates under it, so, you're going to get some yellow
3   there because you have multiple talc plates.
4   Q.   But if you're not calling the
5   particle that you're calling chrysotile yellow, then
6   you're not calling the talc plates yellow and talc
7   plates are yellow, right?
8   A.   Wrong.
9   Q.   Talc plates aren't yellow, okay.
10   A.   That's a golden color, that's not
11   yellow.  You want to see yellow, you look where the
12   talc plates are turned so the actual plates
13   themselves are given a refractive indice.  That one
14   on the right-hand side, that's yellow and that
15   yellow is around 410.  So there we're seeing what
16   talc is.  It is not talc and it's not yellow.
17   Q.   We'll add another aspect to this in a
18   second because now what you're saying is it's not
19   bright enough yellow, not bright enough yellow, it's
20   the wrong shade of yellow is what you're saying?
21   A.   It's not even yellow.  That's goldish
22   brown on the main, and then you have some of the
23   purple on the outside of it.  But, even if you were
24   to use that, that's not yellow, I'm sorry.
25   Q.   Okay.  So but let's just disagree

Page 293

1   with the fundamental principle and then we'll talk
2   about your browns versus your yellows in a second.
3   Will you agree with me that it would
4   not be reliably applying PLM dispersion analysis
5   methodology if you do not pick the accurate color
6   under the microscope?
7   A.   We've already said if you're going to
8   make up a color, it's not following the method.
9   Q.   So then let's add another aspect to
10   this because this is based on your imaging, and the
11   second thing that we talked about is the effect of
12   the illumination on your images and whether your
13   images are properly illuminated, and that's because
14   illumination can also affect what your images are
15   going to look like, right?  You said that today, you
16   said you can change the illumination, it's going to
17   change the color, right?
18   A.   It's not going to change the color as
19   much as it's going to make it brighter.  You're
20   still going to be in the same refractive indice.
21   It's going to make it brighter like that one on the
22   right.  These are the same conditions you're calling
23   that we're not using the -- that we're not using the
24   right brightness.  But here we have one that is --
25   that plates are turned and we're seeing the high

Page 294

1   brightness yellow there that will distinguish it as
2   fibrous talc or talc plates on edge.
3   Q.   Well, one of the things that the
4   gentleman over here, who is the person who has done
5   the most research on this type of method on the
6   planet, has said is that your images are
7   consistently under-illuminated, right; you're aware
8   he has said that, correct?
9   A.   Oh, yeah I'm aware of it.  You
10   brought it up a number of times.
11   Q.   Okay.  And, for example, we looked
12   yesterday at 171, Longo slide 171, and you have
13   sworn under oath that your illumination on the J&J
14   images, when you are trying to find chrysotile in
15   talc, they are as bright as your images get, right?
16   You said 100 percent, right?
17   A.   These images are all -- the
18   brightnesses are all the way up on these.
19   Q.   One image, what we have here on the
20   left, that is one of your first reports in which you
21   claimed to find chrysotile in Johnson & Johnson
22   talc, right?
23   A.   Correct.
24   Q.   And we see it's dark, all the yellows
25   are golden or very dark colors, right?

Page 295

1   A.   No, that's wrong.  If you look at
2   that image, and this was under -- it didn't have the
3   right brightness on it -- you can see a couple
4   things that I would say were talc.  If you go down
5   to the bottom of the left-hand corner, you have a
6   little small fiber there that's almost white.  Now,
7   to get almost white, to get out of the spectrum, it
8   is bright, it's as bright as you see, you know, for
9   talc.  So, and you have another one that is almost
10   in the vertical -- the vertical direction that is a
11   little bit over from the middle -- oh, can I get up
12   and point?
13   Q.   You can get up and point.
14   THE COURT:  Yes, go ahead.  Just be
15   careful.
16   THE WITNESS:  Thank you, Your Honor.
17   I'll try without the cane, but I don't want to fall
18   and see the sympathy I get or laughter.
19   A.   So, if I don't have the brightness at
20   the right spot, how did that happen?  And if we move
21   that over to its perpendicular, you're going to get
22   more than -- bright blue is bright white, and how
23   did that happen or how did that happen?
24   Q.   Trust me, we're going to explain it,
25   but why don't you just stay one second.  We're going

12 (Pages 292 - 295)

Page 296

1 to explain how you can get those with a PLM
2 microscopist, but I want to focus on another
3 particle while you're up there.
4        Can you put your finger on the
5 particle, the rounded particle that's on the -- the
6 larger one that's towards the top left?
7    A.    You mean this one here?
8    Q.    That one there.
9          That's talc, right?
10   A.    That's a talc plate, where we're
11 seeing the plates that's causing the high yellow.
12   Q.    And that is darker than what talc
13 should be in 1.550 oil, right; that is darker than
14 what you should see in a proper PLM image of talc in
15 1.550?
16   A.    You're wrong about this.
17   Q.    Okay.  Well --
18   A.    If it's darker and we're turning it
19 down, you wouldn't get this white, which is past the
20 spectrum and it's bright, bright, bright, bright,
21 bright.
22   Q.    Well, we'll be looking at images of
23 what talc should look like in 1.550 but my point
24 here also is that other analysis on the right, that
25 was when you were not focused on finding chrysotile

Page 297

1 in Johnson & Johnson; that was an analysis of
2 Vanderbilt talc, right?
3    A.    Correct.
4    Q.    And your image is much, much
5 brighter?
6    A.    I think it's only much brighter, not
7 two "muches."  I don't know how to categorize that.
8    Q.    Okay.  Well, what we know -- so
9 you've got two different images.  One where your lab
10 is claiming to find chrysotile in Johnson & Johnson,
11 one where it's looking at a different type of talc
12 with the same analyst in the same time period and
13 they look very different in terms of their
14 illumination, right?
15   A.    They look different in their
16 illuminations.  We have two separate areas, two
17 separate samples, and it is -- you can't make a
18 comparison, in my opinion, of two completely
19 separate types of samples.  I mean, I disagree with
20 you on all this.
21   Q.    One of the things that we pointed out
22 yesterday, for example, even in your later images,
23 even in your post Valadez images about -- we saw
24 examples from both, but just to remind the jury --
25        Do you want to have a seat, Doctor,

Page 298

1 is that okay?  I didn't want to make you
2 uncomfortable.
3    A.    Are you sure?
4    Q.    I'm not under oath.
5    A.    I know.
6    Q.    You know, we went through some
7 examples about this, like, for example, slide 66.
8        So, we talked about how, you know,
9 these are -- first of all, this is stuff you're
10 calling chrysotile, right?
11   A.    Correct.
12   Q.    Even though it has the classic colors
13 of talc in parallel, which is yellow, and the
14 classic color of talc in perpendicular, which is
15 blue, right?
16   A.    Right, and so does chrysotile.  And
17 other scientists have said the exact same thing --
18   Q.    Wait a second.
19   A.    -- with looking at chrysotile at
20 SG-210.
21   Q.    So, you're telling me that both talc
22 and chrysotile are yellow in parallel and blue in
23 perpendicular, that's what you're telling me?
24   A.    No.  I'm telling you that you're
25 going to have -- that's sort of a little goldish.

Page 299

1 But if that was talc, that would be bright as hell.
2 And we're seeing the exact same thing in the SG-210,
3 and other scientists have seen the exact same thing
4 in SG-210, which is chrysotile.
5    Q.    And that's why we went through this
6 illumination issue in part -- again, I'm not saying
7 I agree with you at all about the yellow and blue
8 one on chrysotile, but one of the reasons we went
9 through the idea of illumination is because when you
10 talk about how bright these yellows are or how
11 bright the blues are that you're seeing in the
12 images, that is impacted by illumination, correct?
13   A.    We have agreed on that.
14   Q.    Okay.  And so that's why we've put
15 together slide 67 that shows, you know, if you
16 increase the illumination of these kind of images so
17 you can actually see the background particles, the
18 blues and the yellows will get brighter, so the
19 illumination of your images is critical to the idea
20 of whether these are bright blues or dark blues,
21 bright yellows or dark yellows, right?
22   A.    The color of brightness is critical.
23   Q.    And despite looking at these two very
24 different images, the RTV one and the Johnson &
25 Johnson one from the same time period, you are just

13 (Pages 296 - 299)

Page 300

1 asking us and the court to take your word that you
2 have illuminated these images as much as possible,
3 right? That's based on your word, correct?
4     A.    It's based on what our methodology is
5 in the lab. We don't -- you know, plus 40 percent,
6 you know, we -- our brightness wouldn't go up that
7 and much, and I keep saying this and you're not
8 acknowledging it, these same types of -- the SG-210
9 went to another scientist, who analyzed it, and I
10 don't think he had any reason to adjust the
11 brightness other than since he's a defense expert,
12 and he said the SG-210 will give you blue and yellow
13 gold.
14     Q.    If you think you've got some
15 scientist who's going to agree with you that this is
16 chrysotile on PLM, bring them in. You could bring
17 him in, right?
18     A.    I'm not saying he's going to agree
19 with it.
20     Q.    Okay.
21     A.    But what I'm saying is the yellow,
22 the yellow blue that he's -- that we're seeing here,
23 he verified that with the SG-210, which is
24 chrysotile.
25     Q.    And I want to talk about the

Page 301

1 calculation method again just a little bit because
2 you put some stuff up about that in your
3 examination, direct examination, and this is
4 birefringence, because -- so, if we think about this
5 as a simple sort of math equation, you have two
6 numbers that go into the equation, RI parallel, RI
7 perpendicular, right?
8     A.    That is correct.
9     Q.    And then -- so if those numbers are
10 wrong, then the calculation is not correct, right?
11     A.    That is correct.
12     Q.    But you still -- what we're talking
13 about now is just even assuming all the numbers are
14 correct how you are doing the actual calculation in
15 situations where you're reporting a range of RIs;
16 that's what we're talking about now, right?
17     A.    Correct.
18     Q.    So, you were asked the following
19 question, slide 180, yesterday, and you were asked:
20 "Methodologically, is your calculation procedure for
21 birefringence accepted and published -- I mean,
22 published like in this EPA R-93 document?" And your
23 response was, "It's accepted."
24         And that's because you had already
25 admitted to me, and we went through this on the

Page 302

1 stand, that you don't know of anywhere that the
2 technique that you're using, this averaging idea or
3 the equivalent of high and high, has been published
4 and put into a scientific method, right? That's
5 slide 72. Correct?
6     A.    When did I say that?
7     Q.    Prudencio.
8     A.    No. Nobody has published it. I'm
9 not sure anybody would. But if you're going to look
10 at a publication, and I don't know one that is more
11 than Deer, Howie and Zussman, they do the exact same
12 thing I'm doing.
13     Q.    First of all, we'll talk about
14 eventually what those things that you're claiming
15 are because they are not calculations of
16 birefringence for specific particles. But let's --
17 we'll do that later. I just want to talk about what
18 the methods actually say because you put up EPA R-93
19 multiple times, and you did that again today, you
20 were talking about EPA R-93, right?
21     A.    Yes. This is a method that your
22 experts rely on and here in a chart that they put
23 out to the world this is our method, and they have a
24 range of birefringence and if you do the calculation
25 that we do, because that's the appropriate one, you

Page 303

1 get exactly in the range. If we do this high one
2 and low one, it's out of the range. What you're
3 suggesting is not right. It's not -- it doesn't
4 produce reliable data.
5     Q.    Well, you claim to be an expert on
6 this right, on how to do a birefringence
7 calculation; you claim to be an expert on it?
8     A.    I don't know if I've been -- I only
9 claim to be experts in things where the judge says
10 I'm an expert. I've been doing this for a long time
11 and I can see what EPA does. I can see what -- if
12 you want to get numerical values, this is the method
13 you use. Now, if we were to average those two
14 together, you're going to get the exact same thing
15 but then you would have two, a high one and the
16 other one, and we wouldn't be having this
17 discussion.
18     Q.    Okay. Well, you're such an expert
19 that if we can throw up slide 185, that's something
20 else that you said yesterday. I asked you, Well,
21 the method itself, EPA R-93, has a definition of
22 birefringence. And you said, No, I don't think they
23 have it in there. I don't think they do.
24         So, you didn't even know that the
25 document and the method that you were relying on has

14 (Pages 300 - 303)

Page 304

1 a definition of it, of birefringence; you didn't
2 even know that when you were forming your opinions
3 or deciding how to do this analysis. Is that right?
4      A.     I didn't see it -- I thought it was
5 going in the definition section but it doesn't
6 change anything. It doesn't change what EPA did to
7 calculate the birefringence using the high gamma,
8 high alpha, et cetera, et cetera.
9           Do I know everything in every
10 document? No, you got me there. I'll give you this
11 one.
12      Q.     Thank you.
13           Will you give me that this is the
14 definition, 'cause we looked at it yesterday, slide
15 78, the definition of birefringence in this
16 document, the document that you claim that you were
17 following is the numerical difference between the
18 maximum and minimum refractive indices of this
19 anisotropic substance, right, maximum and minimum,
20 correct?
21      A.     That's what it states, maximum and
22 minimum, but it does not address what happens if you
23 have a range. If you don't have a range or you just
24 have one alpha and one gamma, there's your maximum
25 and minimum.

Page 305

1      Q.     If you just have one and one, then we
2 wouldn't even need to have this conversation. This
3 is what's happening when you have a range?
4      A.     Right, but you understand if I take
5 the ranges we had, all the ranges, and just averaged
6 it out, it would come to the same thing.
7      Q.     Well, one of the things you said
8 yesterday about this, in slide 181, you said, well,
9 sure, that may be the definition, but you can't just
10 say this and not give examples of any, you have to
11 walk through in this EPA R-93 and explain to me what
12 am I supposed to do to get maximum and minimum,
13 right? That's one of your critiques, like, how
14 could that be the definition without them telling me
15 what to do?
16      A.     I know what the maximum and minimum
17 is. The alpha is always the minimum. The gamma is
18 always the maximum. It doesn't say in there
19 anywhere if you have a range, you have to take the
20 maximum, you have to take the highest one, and then
21 out of your other one, you take the very lowest one.
22 If you do that, you will not get what chrysotile is.
23 You've got two problems here that won't give you
24 what chrysotile is if you do that.
25      Q.     We talked about this, slide 81. This

Page 306

1 is not that complicated to figure out when a method
2 says maximum and minimum difference and there are
3 two ranges, right? The maximum difference between
4 -- in the refractive indices that you're observing.
5 Let's assume I have one group, they're in parallel,
6 they're representing one set of people. And the
7 other group, you know, group is representing people
8 in the opposite, in the perpendicular. Then I look
9 at each group and I find out, okay, well, I want to
10 get the maximum difference between what I'm
11 observing here. So the person I'm observing in this
12 group that's the tallest is X person and the person
13 I'm looking at in the other group that's the
14 smallest is Y person. That will give you the
15 maximum difference, right?
16      A.     You can make up -- you can put any
17 method together you want to prove your point but,
18 again, I'm going to go back to the basics. When EPA
19 had the ranges, everything in there, using the
20 method that EPA uses and the method we use, gives
21 you exactly what's in their chart of the ranges of
22 birefringence.
23           If you take your -- your people
24 method here and take the highest for EPA and the
25 lowest, you get a birefringence that has no

Page 307

1 relationship to chrysotile. So what you're asking
2 and suggesting here is to do an analysis that can
3 give you results that don't match the mineral.
4      Q.     Unless you're misinterpreting that
5 chart, because that chart that you keep putting up
6 here doesn't actually say how to calculate things.
7 The only place it says how to calculate things is in
8 the definition section.
9      A.     You're wrong.
10      Q.     Okay.
11      A.     Of course it doesn't say, but if you
12 calculate it yourself, which some people will do,
13 they'll be in the range. If you use the 80 --
14 80-inch and the 60-inch person range, you're out of
15 the range. It's -- it's clear. I can't -- well,
16 I'm not going to sway you. You're not going to sit
17 there and say, "Dr. Longo, you're finally right at
18 something," so.
19      Q.     We'll talk later about what those
20 charts actually are. So, let's just move on because
21 I want to talk about the next topic.
22           And so, the whole reason PLM
23 dispersion staining analysis works, in other words,
24 that you can take that and then say what the mineral
25 it is, is because minerals have certain defined

15 (Pages 304 - 307)

Page 308

1 refractive indices, certain ways they should look
2 under PLM dispersion analysis, right?
3     A.     I agree.
4     Q.     Because otherwise, if it's a
5 situation where, well, a mineral could this way one
6 time and another way another time even if it's the
7 exact same mineral, then you couldn't even use the
8 analysis because it wouldn't reliably discriminate,
9 correct?
10     A.     If it gives you out of the range of
11 birefringence or out of the range of a type, but you
12 can't look at the refractive indices, say, for the
13 1866b and say, "It all should be this." You can't
14 do that because you will have chrysotile minerals
15 now that we know that have a slightly different
16 refractive indice.
17     Q.     So then I want to talk a little bit
18 then about -- and then you focused a lot on
19 Calidria, 172.
20        And the first thing -- again, let's
21 go to 173, and we talked a little bit about this,
22 that even in Calidria, and this is an example of
23 what Calidria looks like in 1.560 oil, and it's
24 going to be important for us to keep track of what
25 oil we're talking about, but in 1.560 oil, which is

Page 309

1 the same oil that we were talking about when you
2 were looking at that particle you're calling purple,
3 this is an example of what Calidria looks like,
4 right?
5     A.     I don't know which Calidria this is.
6 You know, we see similar things but we look for an
7 actual fibril that's not in this. You showed one I
8 think --
9     Q.     We're going to look at it.
10     A.     But I don't know which Calidria this
11 is.
12     Q.     But what we're seeing is the mass of
13 this, the mass of this is blue and purple, right?
14 Here, almost predominantly blue everywhere, right?
15     A.     Yes. It's blue everywhere, which
16 puts this in about a 1.560 to 1.562, but we don't --
17 you just can't take a random Calidria because Union
18 Carbide -- well, you know this -- Union Carbide made
19 a number of different grades.
20     Q.     All out of the exact same asbestos,
21 right; the grades that Union Carbide sold, trust me,
22 national counsel for Union Carbide, the grades that
23 Union Carbide sold were the same asbestos, they may
24 just be sold in an open fiber format, a pelletized
25 format, things like that?

Page 310

1     A.     Exactly. That's my whole point. It
2 is the same chrysotile but as you mill it, you
3 getting different refractive indices as -- I guess
4 as it gets smaller and smaller. It's this exact
5 same point I've been making.
6     Q.     Do you know which Calidria was the
7 most milled?
8     A.     I don't know which is the most milled
9 because Union Carbide, I've never seen all the
10 information but the smallest one I have seen so far
11 is the SG-210.
12     Q.     Um-hum.
13        Okay. Well, anyway, one -- the point
14 of putting this up, the reason I'm putting this up
15 is because you showed a bunch of slides of things in
16 Calidria but one thing we know, we see this from the
17 bright spots, that even in Calidria, there're going
18 to be mineral impurities that are not chrysotile,
19 right?
20     A.     I know there's one or two. You may
21 have brucite and there's something else.
22     Q.     And so, you need to make sure that
23 when you're presenting an image of what chrysotile
24 in Calidria looks like, that you're actually looking
25 at the chrysotile and not one of these stray mineral

Page 311

1 impurities, right?
2     A.     We're not. These stray mineral
3 impurities -- I only see one that might be a little
4 fibrous, and that's at the top left-hand corner, and
5 it's in the elongation mode. But that does not have
6 the refractive indices that we would see.
7     Q.     We're going to come back to this.
8     A.     Okay.
9     Q.     Because I want to take a step back
10 before we get to 1.560, just talk a little bit about
11 1.550 because you focused a lot on those images.
12 But I think you can agree, when we change topics and
13 we get to 1.560, you said that's the most reliable,
14 right, that's what you said yesterday?
15     A.     It gives us the most precise.
16 Really, it follows what Dr. Su said in his published
17 paper. It's more precise. It's what you should be
18 using for litigation, et cetera, and he's pointing
19 to the types of refractive indices that we're
20 seeing. That's why he said you want to use 1.560.
21     Q.     But I just want to make one more
22 point about making sure you're looking at the actual
23 chrysotile, and then I want to talk about the
24 literature stuff that you put on the board yesterday
25 for 1.550, and then I'm going to focus on 1.560

16 (Pages 308 - 311)

Page 312

1 because I think we agree that's the easiest way to
2 tell the difference.
3        So, first I want to make sure we
4 understand that a number of slides that you are
5 presenting, for example, the images from what's 156,
6 a number of the images that you are presenting like
7 this saying that that is Calidria chrysotile in
8 Johnson & Johnson, you're not taking pictures of
9 everything in the sample; you are selecting specific
10 things to take pictures of for your images, right?
11   A.   No.  You wouldn't be taking images of
12 everything in the sample.  You'd have almost 100 of
13 them.
14   Q.   You're looking around a sample and
15 you're picking something that you're choosing to
16 focus on for purposes of taking that picture and
17 putting it in your reports, right?
18   A.   Well, we're looking for
19 representative structures to put in the report.
20   Q.   For example, in this image where you
21 were talking about this being yellow chrysotile in
22 Johnson & Johnson, this was an image where -- not in
23 Johnson & Johnson.  Let me rephrase that.
24        In this image where you were talking
25 about this as an example of Calidria, this was

Page 313

1 something where you put 0.05 percent Calidria in
2 talc, right?
3   A.   Yes, sir.
4   Q.   So, you have to know when you're
5 using that as an example if that's actually the
6 chrysotile or the talc, right?
7   A.   Correct.
8   Q.   And just so we know, 157, this is
9 another one where you're trying to say that's
10 purple, right?  You're calling that purple?
11   A.   Do you have -- this one doesn't look
12 quite like -- I can't tell on it because it's kind
13 of out of focus.
14   Q.   This is the best image we have.
15   A.   If you go around the very outside,
16 and this is what we've been doing since Dr. Li, Bo
17 Li was in our facility, you do get that purple
18 color.  We're looking at the very edge of it.  You
19 know, I don't think that's a very good copy of what
20 we have.  It's hard to reproduce these things.
21   Q.   And I want to talk again about the
22 literature sources about what Calidria chrysotile
23 should look like in 1.550, what it should really
24 look like.  And one of the things that you
25 emphasized yesterday is that there are literature

Page 314

1 sources that show that different types of chrysotile
2 can have different refractive indices; in other
3 words -- and, therefore, they will produce colors in
4 certain arrangements, right, you mentioned that
5 yesterday, correct?
6   A.   That was McCrone from the different
7 mines.
8   Q.   Correct.  And so you showed this,
9 159, and, for example, here, McCrone 1974 gives
10 ranges for what Calidria chrysotile should look
11 like, right?
12   A.   What it should look like coming out
13 of the mine, not before it's milled.
14   Q.   Okay.  So, but you're saying it's
15 before -- coming out of the mine before it's milled,
16 okay.
17        First of all, do you even know that
18 that is true, that somehow Walter McCrone, instead
19 of getting asbestos from these mines from a
20 commercial source after somebody else, the company
21 had taken it out and milled it, you're saying he,
22 himself, went in with a little mining hat and went
23 into the deposit and got it himself to skip whatever
24 process there is that the company would have done,
25 is that what you're saying?

Page 315

1   A.   I don't think I said that Dr. McCrone
2 was wearing a little helmet and went into these
3 mines but, you know, you want to tell me any group
4 out there, any distributor out there is selling
5 Rhodesia, selling Venezuela, it's -- no, these came
6 from mine samples.
7   Q.   Well, there were a lot of companies
8 selling chrysotile from Coalinga.  There was Union
9 Carbide, there was Atlas, there was the Coalinga,
10 there was Pacific -- there were a lot of other
11 companies, right, a lot of companies where you could
12 just buy it instead of, you know, going down to a
13 mine himself?
14   A.   Okay, so we have -- we're looking
15 at -- is this the Coalinga you have up here?
16   Q.   Correct.
17   A.   So, I don't see the magenta.
18   Q.   Right.
19        So, one of the things he's saying is
20 that the range -- the range he's giving, to the
21 extent you're relying on this paper, the range he's
22 giving is that Calidria should be looking just, you
23 know, in these blue ranges, right; that's consistent
24 with what we see in the Calidria samples?
25   A.   It's not -- no.  This is out of the

Page 316

1 mine. This was put up there to go that there is
2 different refractive indices for different sources.
3    Q.    And --
4    A.    Excuse me. Chrysotile always had to
5 be magenta in the parallel direction, this is not
6 magenta, but it is chrysotile. So, this would be
7 outside of what you typically see, that you're
8 saying that chrysotile, they keep showing that
9 magenta one, here it's -- here it's in a dark blue
10 one.
11    Q.    You're the one relying on this paper
12 to say, "Hey, look, there's a big range here, so
13 it's okay that I call things that are yellow
14 Calidria chrysotile," but the reference doesn't even
15 include those values for it, right?
16    A.    Wrong. I don't think I said that. I
17 think I said there is chrysotile in different
18 environments that in different mines will have
19 different refractive indices. It's not all 1866b
20 refractive indices, and these all came from mines
21 when they have not been milled yet.
22    Q.    How do you know that?
23    A.    I believe it's in the paper, but I do
24 know that.
25    Q.    Okay. Well, but you've looked at

Page 317

1 Calidria that was milled, was processed before you
2 ever came into court claiming that what you're
3 finding in Johnson & Johnson is essentially
4 equivalent to Calidria chrysotile, your own lab
5 looked at it, right?
6    A.    What are you talking about?
7    Q.    The visbestos.
8    A.    The visbestos, the gamma is 1.560.
9 We see that all the time. That's the range we find
10 and that's not -- our lab has also found it's even
11 higher. So, 1.560 puts you, starts getting you
12 towards, you know, the higher levels in the oranges,
13 et cetera, if I remember correctly.
14    Q.    Well, let's see if you remember
15 correctly.
16         We did this already, slide 162. This
17 is your analysis, your lab's analysis of Calidria
18 chrysotile, contained in a product that Union
19 Carbide sold called visbestos, and that came out in
20 bags after it's been processed. And the values that
21 you gave in your own lab for what it should look
22 like were the values that I circled here in
23 parallel, right, in other words, 1.5 -- I think
24 that's 66, I can't see it actually --
25    A.    Well, I'll help you out.

Page 318

1    Q.    1.560.
2    A.    You should have stayed with 1.566.
3 No, it's 1.560.
4    Q.    Okay, 560, okay. And so you're
5 saying, you're reporting that chrysotile, Calidria
6 chrysotile, before you got involved with this
7 Johnson & Johnson stuff, that it should be that
8 magenta-y color in parallel, not yellow, right?
9    A.    That's where you're in the orangish
10 yellow range. And 1.560 is what we have seen many
11 times with the Calidria in the chrysotile.
12    Q.    That's what you're calling the
13 yellows, right? So --
14    A.    No. That's more of -- would be more
15 of an orangish reddish color. So, you're wrong on
16 this.
17    Q.    But you see now why it's so
18 important, and, again, I know you disagree, but you
19 see now why it's so important if you're seeing a
20 yellow particle but you're calling it purple or
21 magenta, you are essentially putting it, putting it
22 in that target in the range of what you found before
23 for Calidria, but if it's not that color, then it's
24 outside of what you reported, right?
25    A.    It's not outside what's reported.

Page 319

1 And we have plenty of just Calidria examples that
2 have higher -- higher -- lower wavelengths and
3 higher refractive indices. If you look at the ones
4 that was put in bentonite clay, you get that range
5 and this 1.560 is the bottom of the range.
6    Q.    You mean your super, super, super
7 bright bentonite clay image?
8    A.    My super, super, super bright, you
9 mean with the brightness all the way up?
10    Q.    For that one, when you're not trying
11 to claim there's chrysotile in Johnson & Johnson.
12         And so let's now move to 1.5 --
13         MR. DUBIN: I'm sorry, should we take
14 a break now?
15         THE COURT: Yeah.
16         And I could also deal without the
17 sarcasm in this courtroom.
18         MR. DUBIN: I'm sorry. I apologize,
19 Your Honor.
20         THE WITNESS: I'm doing it, too, Your
21 Honor.
22         THE COURT: Yes, you both are.
23         THE WITNESS: I apologize.
24         THE COURT: It's really taking away
25 from the importance of this hearing. I don't know

18 (Pages 316 - 319)

Page 320

1 how you get away with it during trials but it's
2 inappropriate.
3         We're going to take the break now.
4 See everyone at 20 of.
5         THE WITNESS:  Thank you, Your Honor.
6         THE COURT:  Off the record.
7         (Recess:  10:25 a.m. to 10:43 a.m.,
8 Eastern Standard Time.)
9         MR. DUBIN:  Are we ready to begin?
10 Is the projector working?
11         VOICE:  Yes.
12 BY MR. DUBIN:
13     Q.    Hi, Dr. Longo.  How are you?
14     A.    I'm doing fine, sir.  How are you?
15     Q.    So, I want to now talk a little bit
16 about 1.560, both why it helps us understand this
17 issue about and helps us avoid, to some extent, this
18 characterization of yellow and why you made the
19 switch.  And then I want to look at some of your
20 Calidria images in 1.560, 'cause I think most of the
21 images that you showed, at least of Calidria alone,
22 what you said was, just looking at Calidria
23 yesterday, were 1.550, though, you showed images
24 with Calidria mixed with things in that oil.
25         So, first, let's just look at your

Page 321

1 testimony yesterday, and I think you agreed with
2 this, though I don't know if I wrote two numbers, is
3 it 178 or 163 -- 178.  And so you were talking about
4 the fact that you get a more precise analysis, and
5 it can be more reliable to look at these particles
6 in 1.560 and that was based on a suggestion by
7 Dr. Su and some others that you change your
8 refractive index oil, right?
9     A.    Yes.
10     Q.    And I just want to make sure we
11 understand, first of all, again, what that should do
12 if you're looking at chrysotile and then what it did
13 do in your images, but one thing -- let's talk about
14 first one of the reasons why that suggestion was
15 made, and I think that's from 163.  Is that the
16 yellow?  186, okay.
17         So one of the things that Dr. Su had
18 written in one of his papers is that experience
19 tells us that yellow is the hardest CSDS, that's
20 central stop dispersion staining, color to be
21 quantified and should be avoided at all costs.  In
22 other words, he was saying that you should avoid
23 trying to characterize minerals based on debating,
24 such as we have been doing, over whether something
25 is bright yellow, pale yellow, golden yellow and

Page 322

1 whatnot, because one of the things that can
2 influence that is the color temperature of light,
3 right?
4     A.    Well, it's right that it states that.
5 I think we discussed that yesterday where he
6 specifically had that in the amphibole section.
7     Q.    And we also discussed the fact that
8 before you -- most of the images that we've been
9 looking at before you switch were taken using a
10 Tungsten lightbulb, right?  We talked about that
11 yesterday, that when you were back in the original
12 and back in your 1.55 area, a lot of the images you
13 were taking were with a Tungsten lightbulb that has
14 a particular hue or color temperature, right?
15     A.    Correct.
16     Q.    And so that is -- when we get to your
17 Valadez images, when we're talking about the Valadez
18 images and after, where you're now using 1.560 oil
19 and we don't have the Tungsten lightbulb anymore, we
20 have LED, correct?
21     A.    Correct.
22     Q.    So, we've at least controlled for
23 part of the equation.  And I want to make sure I
24 understand, we understand what the raising, and I
25 know we talked about this yesterday, but what the

Page 323

1 raising of the refractive index should do to help
2 you resolve this issue about yellow and orange and
3 the like.
4         And so just for an example, I'll just
5 go back to 163 for a second, the Calidria one, so we
6 can look at the color bar.  And so, let's assume
7 you're right, and that Calidria chrysotile can
8 sometimes have a refractive index in parallel, let's
9 assume in 1.550 oil and it's in that golden-y yellow
10 number that we see there, right?  Let's say, for
11 example, a 1.566, right?
12         Let's assume that for a second.
13 Okay?
14     A.    Okay.
15     Q.    So, what he's suggesting is that by
16 raising your refractive index, the color that would
17 be demonstrated by that particle would now move
18 farther to the right, correct?
19     A.    Correct.
20     Q.    So, in other words, you could pull
21 those colors, if what you were originally looking
22 at, was really that golden and not -- and that
23 wasn't an artifact of your image, now those
24 particles would start to move and present the colors
25 that are further to the right on the range, right?

19 (Pages 320 - 323)

Page 324

1    A.    Correct.
2    Q.    Okay.  And so one of the things that
3  we showed, just from a very overview perspective,
4  and that was slide 44, is that when we look at your
5  old images, which are on the left, and we compare
6  them to your new images of what you're calling
7  chrysotile on the right, instead of becoming magenta
8  or blue in parallel, the particles are actually more
9  yellow even than when you were using 1.550, right?
10    A.    Are we looking at the same thing?
11    Q.    We are.
12    A.    That's not more yellow.
13    Q.    You don't think that the particle on
14  the right is more yellow or brighter yellow than all
15  of those particles -- the particle you're calling
16  chrysotile on the left, that golden one?
17    A.    No, it's -- it's more of a, I would
18  call it a goldish brown.  That's not -- I don't see
19  yellow there on the particle we're looking at.  I
20  see some -- little bits of yellow here and there,
21  but not on the particle we're looking at compared to
22  the other one.
23    Q.    Suffice it to say, when you move,
24  when you changed from using 1.550 to 1.560, instead
25  of the particles presenting -- that you were calling

Page 325

1  chrysotile, instead of them presenting as magenta or
2  purple, they are the color that we see, whatever
3  people say it is, on the right?
4    A.    Correct.
5    Q.    So, one of the things we also looked
6  at was your images of what you call Calidria 'cause
7  you've done some samples where you have looked at
8  Calidria on its own in 1.560 oil, right?
9    A.    I believe so.
10    Q.    And we looked at a little bit of this
11  but I want to make sure we understand it in context.
12  So, slide 92 is one of your images.  Is this lights
13  on or lights off?  Off.
14        And so, one of the things that we
15  pointed out, that this is the reference that you're
16  using for Calidria chrysotile in 1.560, right?
17    A.    Yes.
18    Q.    And one of the things that we pointed
19  out here, and we discussed this a little earlier, is
20  that you need to make sure that when you are looking
21  in the Calidria for a reference, you need to make
22  sure that you're actually looking at the Calidria
23  and not some impurity, right?
24    A.    Correct.
25    Q.    And so this is not the entire field

Page 326

1  of what was available for you to photograph, it's
2  something that you selected to take a photograph to
3  claim was representative of the Calidria in the
4  sample, right?
5    A.    Right.  When I say it's
6  representative, it's in this 1.560 to 1.569 range.
7    Q.    And one of the things that we looked
8  at again, and we've talked about the illumination on
9  your images, but we compared your image of Calidria
10  chrysotile in 1.560 to Dr. Sanchez's image, and that
11  was 93.
12        And when we're trying to figure out
13  first whether what you have selected as your
14  reference is actually the Calidria, it's at least
15  important to understand what the bulk of the
16  material there looks like in PLM, right?  You want
17  to make sure you understand, because if it's an
18  impurity, it's probably a smaller amount there, you
19  want to know what does the sample in general look
20  like, right?
21    A.    Well, yes and no.  I mean, you have
22  what Sanchez has, but on our side, what we were
23  looking for were the fibrous components and you have
24  a lot of small little fibers there, but that's
25  beyond the resolution of the microscope.  So, our

Page 327

1  field of view is higher.  That's why ours is darker
2  because we're not focusing down on all those
3  particulates, all the blue stuff.
4    Q.    And the blue stuff, that's Calidria,
5  right?  That's what we saw before, the blue stuff,
6  that's classic, classic, what Calidria should be
7  looking like, right?
8    A.    No.  We don't see that.  You've got
9  one here.  What we're looking for is the actual
10  chrysotile structures in there.
11    Q.    Okay.  And one of the first things
12  we've pointed out about your image is that the way
13  you have illuminated this image that you presented
14  as your example of Calidria, the illumination
15  obscures the fact that there's all this blue stuff
16  in the back that you're not focusing on for your
17  Calidria reference, and this is your image
18  illuminated against Dr. Sanchez's image.  And so why
19  was it so dark that the viewer wouldn't know,
20  wouldn't see that you are picking something that is
21  not representative of the sample as a whole?  Why?
22    A.    You're wrong on that.  We have it at
23  a different plane and, again, if you want to look at
24  something that's bright which would only happen if
25  you have the brightness full up, is that particle up

Page 328

1 there that is white. That's at about a 20 degree
2 angle, that's a little different than this. So
3 we're looking for the actual fibrous structures, not
4 all the particulate we have here that's blue.
5     Q.    You said you're looking for the
6 actual fibrous substance. Calidria is chrysotile,
7 right?
8     A.    Right.
9     Q.    All chrysotile is fibrous, correct?
10     A.    I guess you and I -- if you look at
11 the image, what you're seeing is a lot of small
12 particulate. You do see some fibrous material. A
13 lot of them are in the gamma direction -- excuse me,
14 the alpha direction, but you can't analyze them,
15 they're too small. So, we're looking for what we
16 can see and actually analyzing the refractive
17 indices over it.
18     I'm sorry, but you don't need to hunt
19 around in Calidria to find a fibrous Calidria;
20 Calidria chrysotile is fibrous, all of it, by
21 definition, right?
22     A.    If you actually have the fibrous
23 portion, what we're showing here is these very small
24 particulates, and there's a lot of fibers in there
25 but they're too small to analyze.

Page 329

1     Q.    What is non-fibrous chrysotile?
2     A.    Well --
3     Q.    Does it exist?
4     A.    -- non-fibrous chrysotile could be
5 lizardite, could be antigorite, one of the
6 serpentines, but that's the wrong colors for that.
7     Q.    So, in other words, all the blue
8 stuff that is fibrous, you just chose not to focus
9 on it when producing your reference image for
10 Calidria in 1.560, right?
11     A.    No. You are taking this out of
12 context. We have fibers in there that we cannot
13 identify by refractive indices because of the size
14 restriction on the polarized light microscope.
15     Q.    These were bags of asbestos, right;
16 SG-210 was a bag of asbestos?
17     A.    I'm not debating you on that. You're
18 right.
19     Q.    Wouldn't it be natural to assume that
20 the stuff that there is the most of in that bag of
21 asbestos is the asbestos itself?
22     A.    I don't know if this is the most of.
23 But if that is -- if everything we see there is
24 asbestos, then you have a lot of asbestos that would
25 be less than -- less than a micron in length.

Page 330

1 You've got a lot of particulates here, but it's out
2 of the range of what we can identify.
3     Q.    And even if we assume, let's even
4 assume that you picked something that's Calidria,
5 you didn't pick something that happens to be one of
6 the minor impurities in that bag, it still doesn't
7 look like what you're claiming is chrysotile in the
8 Johnson & Johnson talc, right?
9     A.    Well, in that one example it's
10 different, and I think, as I've tried to explain,
11 the -- the -- even chrysotile, the chrysotile from
12 Union Carbide, they're in a range of refractive
13 indices. They're not all the same. You're going to
14 have down to 1.560. We've even seen 1.559. And
15 we've seen 1.570. So, you're never going to get the
16 exact same colors every time.
17     Q.    So, you do --
18     MR. BRALY:  Your Honor, at this point
19 I've got to raise an objection. Basically all we're
20 doing right now is cross-examination. We're not
21 really discussing methodology or how -- it's just
22 difference of opinions. So, I would -- my objection
23 is that we're not focused on what this hearing is
24 actually supposed to be about. Now he's just doing
25 cross-examination.

Page 331

1     MR. DUBIN:  Your Honor, this is,
2 again, about whether he's reliably applied his
3 methodology to the facts of the case. That's a
4 classic --
5     THE COURT:  I agree. Continue, but I
6 think you've covered this area.
7     MR. DUBIN:  Right, and I only have
8 about one or two more slides on this, and then I'm
9 going to cover my last topic.
10     THE COURT:  I just mean with this
11 particular figure --
12     MR. DUBIN:  Okay. I understand.
13     THE COURT:  I think we've now covered
14 that.
15     MR. DUBIN:  I'll move on.
16 BY MR. DUBIN:
17     Q.    But, did any of your, what you call
18 chrysotile in 1.560 in Johnson & Johnson, this major
19 shade of blue that we're seeing right there in
20 parallel, do you have any of them that are that
21 color?
22     A.    This shade of blue?
23     Q.    Yeah, that color, the major color
24 that we're seeing there, are any of them that color?
25     A.    Yes.

Page 332

1    Q.    Maybe you'll show us, because we went
2 through all of the Valadez particles, right?
3    A.    Well, the Valadez particles, we've
4 done others since then and we've done others where
5 the same mines, and if you get a certain range, you
6 will have it in blue.
7    Q.    I'm curious to see that, but slide 95
8 also because I said even if you zoom in, this is the
9 unilluminated version, the next one, 96, is the
10 illuminated version, I guess we can go back to the
11 other ones just as easy, this is bright, 95, and you
12 can see that even this particle that you've picked
13 out of your Calidria reference in 1.560, it is not
14 the same color, it is not the same refractive index
15 as what you're calling chrysotile, Calidria-type
16 chrysotile in Johnson & Johnson, right? Those are
17 not the same color?
18    A.    We only looked at a couple examples.
19 You're going to have a range of colors.
20    Q.    Next short topic.
21        Now, one of the things you referenced
22 is the idea that other people have claimed to find
23 chrysotile in Johnson & Johnson including AMA,
24 right?
25    A.    Yes.

Page 333

1    Q.    And if we looked out there, there are
2 also studies of people who said there isn't
3 chrysotile in Johnson & Johnson, right?
4    A.    I agree.
5    Q.    For example, there was a study
6 conducted by NIOSH of Johnson & Johnson Vermont
7 mines where you say basically every bottle has
8 chrysotile, and they looked at that talc with TEM,
9 with PLM, and the like, and they said there was no
10 asbestos, no chrysotile, no asbestos period, right?
11    A.    That's correct.
12    Q.    And if any of the scientists involved
13 with that or any of the other stuff that you cited
14 were here, we could talk to them about their
15 methodology but we're here to talk about yours, so I
16 want to focus on that.
17        And are you aware of anyone in the
18 world who has either testified or published that you
19 can find chrysotile in essentially every single
20 bottle of talc, irrespective of mine source in the
21 United States, by PLM; anybody who's published that,
22 anybody who's offered that opinion, that in
23 essentially every bottle, you can find chrysotile by
24 PLM; anyone in the world who said that besides you?
25    A.    If they have, I haven't seen it.

Page 334

1    Q.    And so that's what we're here to talk
2 about. And so, talk a little bit about the issue of
3 verification. Okay? And whether things have been
4 tested.
5        And so, as I understood it, one of
6 the things that you said is that if you actually
7 find chrysotile by PLM, then you don't need to do it
8 by TEM, right? That was what you said, right?
9    A.    What I said was, it's not required by
10 any agency. There's no requirement for it, but we
11 are starting to do it and we are finding it.
12    Q.    Well, again, focus on what the
13 evidence actually is in this case and about
14 Johnson & Johnson, and your testing.
15        But you know, maybe you don't know,
16 but one question that may be relevant to the court
17 is whether your theory, not just has to be tested
18 but whether it can be or at any time has been
19 tested. So, I want to focus on that issue and the
20 choices that you have made.
21        And so, if we pull up, for
22 example, slide 97, you are aware that for years, a
23 variety of people have been saying that you are
24 misidentifying talc from chrysotile ranging from
25 witnesses like Dr. Sanchez, who's a defense expert,

Page 335

1 to Mr. Poye, who has appeared on the side for
2 plaintiffs in Johnson & Johnson cases, to the man
3 that you said is the person on the planet today has
4 done the most research on PLM dispersion analysis,
5 all of them have said that they think that your
6 identification is wrong, correct?
7    A.    They have.
8    Q.    And so you could, you could have for
9 years tested that proving you were right or wrong by
10 doing TEM analysis to identify the minerals that you
11 are looking at, right? That is something that you
12 could have tried at least, right?
13    A.    No. We've already discussed this and
14 I've already discussed the reason why that I wanted
15 to make sure we had -- the method was worked out
16 enough that we would have enough sensitivity by TEM.
17 Now, we have done TEM. It has been validated by
18 another independent lab, and we came up with the
19 same results. This just happened in the last couple
20 weeks. Maybe the next time you see me I can show
21 you the stuff in Johnson & Johnson.
22    Q.    Exactly.
23        And so you're telling me that
24 whoever's doing this is going to come in and agree
25 with you that there's chrysotile in every bottle of

22 (Pages 332 - 335)

Page 336

1 talc sold in the United States irrespective of mine
2 source; they're going to agree with that opinion
3 based on whatever additional work they've done. Are
4 they going to say yes to that?
5      A.    You would have to ask them. I don't
6 think when we found this method, I'm not sure we're
7 going to find chrysotile each and every time by TEM
8 because the PLM can look at much more, et cetera,
9 but we are finding it by TEM now, and another lab
10 out in California, Mark Bailey, and we also
11 validated it because I got the exact same results
12 that he got. So, now we have the method worked out,
13 so we're going to be doing it routinely.
14     Q.    Okay. Well, I look forward to seeing
15 it. But we talked about this, and one of the things
16 you said is, well, I didn't do it by TEM because I
17 didn't have the method down. And remember I asked
18 you a question earlier, I said, didn't you tell
19 Congress -- didn't you tell -- sorry, you know what,
20 it was the FDA. Maybe I asked the question the
21 wrong way when I said "Congress," so let me ask you this
22 way: Did you tell the FDA in 2020 that you had,
23 quote, "cracked the code" on how to detect
24 chrysotile in cosmetic talcum powder products? Did
25 you tell the FDA, not Congress, did you tell the FDA

Page 337

1 that?
2      A.    No, I did tell them that.
3      Q.    So, you did tell them that.
4           So, you had a method in 2020 that you
5 felt confident enough about, the chrysotile
6 separation method, in 2020, that you told the FDA
7 that you had cracked the code, and yet you still for
8 now four years have not tried once to use the method
9 that you had always said was the best method for
10 determining if there's chrysotile in talc, you
11 didn't try once to use it to verify your results
12 even in the face of all the criticism you received.
13 Is that true?
14     A.    Mr. Dubin, that is so unfair. We had
15 cracked the code because there was -- people were
16 saying out there that it's impossible to separate
17 out the two. We always were finding positive at
18 that point by polarized light microscopy, and so --
19 but the actual getting it where you're -- you're
20 getting and harvesting out as much chrysotile as
21 possible took years to figure out, based on
22 manpower, et cetera. But we've always been able to
23 find it by PLM, just not the appropriate percentage
24 of what's in there.
25     Q.    Okay. You said you cracked the code,

Page 338

1 four years later we're here debating about whether
2 something is bright yellow, golden yellow, purple,
3 because you don't have any TEM data to prove what
4 you're finding. Isn't that right?
5      A.    Well, I brought the TEM data with me
6 if you want to see it and it is at a Vermont mine.
7 So, if you want to take the label off Avon and stick
8 on Johnson & Johnson, it's the same mine, and I have
9 that data if you want to look at it.
10     Q.    And you're aware that Dr. Bailey has
11 been saying to us, when we've been trying to ask him
12 about any of this stuff, that it's cloaked under
13 some confidential privilege. And so then you bring
14 it in and you want to try to get me to cross-examine
15 you on something that I've never seen, right?
16 That's what you're trying to do?
17     A.    I'm not trying to do anything. I
18 don't know what you know or not know.
19     Q.    Okay.
20     A.    I know Mr. Bailey has been testifying
21 about it in various courtrooms. So, I don't think
22 it was a secret.
23     Q.    Anyway, another thing that you could
24 have done over the course of this four years, since
25 you claim to have cracked the code, that would allow

Page 339

1 people to evaluate in the scientific community what
2 you have said and what you claim to conclude is
3 published, right? Publication is another method to
4 help test the reliability of your methodology and
5 your results, right?
6      A.    I agree.
7      Q.    And you claim at this point to find
8 chrysotile in essentially every bottle of talc that
9 came from any mine source, no matter what geological
10 formation in the United States, right?
11     A.    Every mine source after we knew what
12 we were looking for, we were finding it repeatedly,
13 just like every time we analyzed anything by TEM out
14 of a mine, we find these other accessory minerals
15 every time, find mica, find aluminum silicates.
16 It's not like tremolite where you have to have this
17 additional -- this additional calcite material in
18 the mix, so you don't find that as much, but all
19 these talc mines have basic ingredients of
20 chrysotile. And it's, like, don't shoot the
21 messenger. I'm just telling you we're seeing it
22 every time.
23     Q.    And you're not a medical doctor but
24 you agree, I think we can all agree, that asbestos
25 in talc would be a potential health concern, right?

23 (Pages 336 - 339)

Page 340

1    A.    Yes, sir, I would agree with that.
2    Q.    And so, you would think that if you
3 discovered this method, this solid reliable method,
4 that allowed people to know, to test and to find out
5 that there was chrysotile in basically every bottle
6 of talc on the shelves that was coming from a US
7 talc source, you would think that you would want to
8 make sure that people knew about it in the
9 literature, had an opportunity to learn the method
10 themselves, and had an opportunity to do that kind
11 of work themselves to protect the public, right?
12    A.    Right, but Johnson & Johnson and
13 others beat me to it. I had just gotten the rest of
14 my exemplars from the rest of the world from the
15 four mines that you have, the only two I was missing
16 was from India, and starting through the analysis
17 and in my plan was is to give those two health
18 officials, et cetera. I mean, when you withdrew --
19 when you took it off the market in the United States
20 and took it off the market in North America, you
21 can't -- you know, you can't find a talc sample on a
22 grocery store anywhere now in the United States and
23 everybody's taken it off the market.
24    Q.    Do you know how many talc-based or
25 containing products, for example, makeups and things

Page 341

1 like that are on the market today? Do you know how
2 many?
3    A.    Not that many.
4    Q.    Okay.
5    A.    If you're dealing with makeup that
6 gets pressed on, you know, I don't have an opinion
7 you get any exposure there. If you're dealing with
8 a bottle of baby powder and you're sprinkling it on
9 an infant or you're sprinkling it on your body or
10 anywhere like that, yeah, that's an issue, but
11 putting on makeup, it's hard for me to, especially
12 the packed ones, but I looked the other day, I
13 couldn't find any.
14    Q.    So, if this judge is seeing cases in
15 the future about things like pressed products or
16 ones that aren't really loose powders, those cases
17 are junk according to you, right? We shouldn't be
18 concerned whether there's asbestos in there?
19    MR. BRALY: Objection, Your Honor.
20 Are we seriously going to have an answer to this
21 question?
22    THE COURT: Don't answer that
23 question.
24    MR. DUBIN: Okay.
25    THE COURT: It's a motion for another

Page 342

1 day.
2    MR. DUBIN: Okay.
3 BY MR. DUBIN:
4    Q.    Well, all I'm saying is that when I
5 asked you in February of 2021 why you hadn't
6 published, if you had this great method, you said
7 there was no good reason other than getting around
8 to it, right?
9    A.    That's correct.
10    Q.    And we're here today, June of 2024,
11 and you still have not published any paper relating
12 to what you believe is the proper identification of
13 chrysotile in cosmetic talc. Is that true?
14    A.    That's correct. That's still true.
15    Q.    Still true. Okay.
16    MR. DUBIN: And with that, that's the
17 end of my chrysotile section.
18    THE COURT: Thank you.
19    THE WITNESS: Thank you, Mr. Dubin.
20    MR. DUBIN: Thank you.
21 REDIRECT EXAMINATION BY MR. BRALY:
22    Q.    Dr. Longo, I have a couple things
23 that I want to talk to you about.
24    The -- you were shown questions from
25 Dr. Su and said that Dr. Su is, quote/unquote, the

Page 343

1 method that you were following, that's how the
2 questions were couched.
3    Do you recall that?
4    A.    Yes, sir. It was the reason we
5 switched over to 1.560.
6    Q.    Right.
7    That's why you made that change?
8    A.    Correct.
9    Q.    The PLM analysis is done through the
10 ISO method?
11    A.    Yeah, the PLM analysis is very
12 straightforward. We've been doing that, not a lot
13 of researchers have been doing it, is focusing in on
14 chrysotile and amphiboles in cosmetic talc. So,
15 we're using the methodology that everybody uses.
16    Q.    Right.
17    A.    You can debate if it's the right
18 refractive indices or not or what color it is or
19 not, but the methodology that we're using has been
20 well established. Then you come down to what color
21 is it.
22    Q.    Is it well established in the
23 published literature including in tables published
24 by Dr. Su that chrysotile has multiple ranges of
25 refractive index values?

24 (Pages 340 - 343)

Page 344

1    A.    Yes.  When I was talking about
2 Dr. Su's chart where it is said I was out of the
3 range and I was misusing them, there is a range in
4 the -- in the EPA for reference chrysotile that was
5 1.567.  1.567 would be in the ranges that I've been
6 told I'm misusing the chart.  They have another one
7 in there for --
8    THE COURT:  I'm sorry, did you say
9 misusing the chart or using the chart?
10    THE WITNESS:  That I'm using the
11 chart but I'm misusing the information out of it,
12 because it wasn't designed to go the full range of
13 chrysotile, it's mathematical.
14    But the areas that I'm saying I'm
15 misusing in the 1.560 to 1.569, there's a reference
16 out of a chrysotile in the EPA that's 1.567.
17 According to Dr. Su, that would be misusing his
18 chart.
19    Q.    I want to show you one slide here
20 real quick.
21    So, the photograph on the left is the
22 slide that you were shown by Mr. Dubin, and you see
23 the color bar at the bottom has the colors
24 associated with different wavelengths?
25    MR. DUBIN:  I'm sorry.  Objection.

Page 345

1 That's the wrong thing.  It's 1.551 verse --
2    MR. BRALY:  It's your picture.
3    MR. DUBIN:  No, no, the thing you're
4 matching it with, it doesn't apply.
5    MR. BRALY:  I know.
6    MR. DUBIN:  Okay.
7 BY MR. BRALY:
8    Q.    So, the table on the left is the
9 photo from Mr. Dubin that's got the wavelengths on
10 the bottom, right?
11    A.    Correct.
12    Q.    And wavelengths and the color
13 associated with wavelengths, those are just what
14 they are, wavelengths, and the colors line up, but
15 those dotted lines that seem to indicate the range
16 of where chrysotile should fall, those dotted lines
17 come from the ISO table, correct?
18    A.    The ISO 1.550 table.
19    Q.    Right.
20    And so, that's the table from
21 Exhibit 3 that's shown on the right, which is the
22 ISO central stop dispersion staining color for
23 chrysotile in 1.550 fluid?
24    A.    Correct.
25    Q.    Right?

Page 346

1    A.    You'll have different colors in
2 1.560.  You're going to have the same refractive
3 indices, but where the colors hit are going to be
4 different.
5    Q.    Right.
6    And so when he shows you this chart
7 for 1.560 fluid that retains these vertical dotted
8 lines indicating that that's the range where
9 chrysotile should come in from, that's taken from a
10 different chart using different refractive index
11 oil, isn't it?
12    A.    It is.  I didn't catch that.
13    Q.    The comparisons that you made in PLM
14 were made against a known quantity of chrysotile,
15 correct?
16    A.    Correct.
17    Q.    The ranges of birefringence, again
18 you were asked about this, this calculation method,
19 if you have a singular value for gamma and for
20 alpha, then you have maximums and minimums, correct?
21    A.    Correct, that's -- when they say take
22 the minimum and you take the maximum, that's what
23 they're talking about.  They're talking about the
24 two refractive indices, one's much lower than the
25 other, and that's -- that in my mind is what they're

Page 347

1 trying to say there.
2    Q.    And, for example, I showed you this
3 slide in the examination that we just did, but this
4 is just a listing of the different birefringence
5 calculations that you did in various reports that we
6 looked at, right?
7    A.    Correct.
8    Q.    But like the one in the box, so the
9 M71643 report, for your birefringence calculation
10 there, a bunch of those had no averages of any kind,
11 correct?
12    A.    Correct.  That's why you see that it
13 falls right in line, where we took the two and
14 averaged them.
15    Q.    Right.
16    A.    If we hadn't averaged them, we would
17 have gotten the exact same.
18    Q.    Right.
19    So, this calculation method that is
20 being urged upon you with -- methodologically
21 misclassified, what you were finding is something
22 with a birefringence much, much, potentially much
23 higher than what is actually being observed?
24    A.    Correct.  If you -- that's the whole
25 thing, if you spread the distance out, you're going

25 (Pages 344 - 347)

Page 348

1 to get a much higher one. If you want to look
2 what's in the range of what chrysotile is, it's
3 going to be this. If you do the same thing with
4 talc, if you change how you're doing it, instead of
5 1.50, 1.60, you're going to be 1.70 or 1.80. So,
6 you're getting into something that's different.
7    Q.    I understand the discussion with
8 Mr. Dubin relative to you could have or you should
9 have or you possibly might have been able to do TEM
10 analysis but methodologically do you have to?
11    A.    No. It's not required in any method
12 that you have to verify anything you find, any
13 asbestos you find positive, by PLM. It's not a
14 requirement, it's not -- it's not required in order
15 to say you have asbestos.
16    Q.    Have you found chrysotile by TEM in
17 talc samples?
18    A.    I have.
19    Q.    Has Johnson & Johnson found
20 chrysotile in Johnson & Johnson's Baby Powder?
21    A.    Yes.
22    Q.    We looked at over 35 different
23 examples outside of your lab that reported
24 chrysotile in Vermont and Chinese sourced baby
25 powder.

Page 349

1    A.    I know. It's nothing I'm saying
2 that's not already been known by Johnson & Johnson.
3         MR. BRALY: I think I'm good here.
4 So, I can either move on or...
5         MR. DUBIN: Just 10 seconds. I want
6 to make sure that the slide issue he raised is
7 clarified for the record, if that's okay.
8         THE COURT: Fine. And then you'll
9 have -- I just have one question.
10        MR. BRALY: Yes.
11        THE COURT: You just indicated that
12 there's one EPA range for chrysotile that you used
13 that Dr. Su said is not chrysotile, is outside of
14 the range.
15        THE WITNESS: Well --
16        THE COURT: Did I get that correct?
17        THE WITNESS: -- he didn't really say
18 it was outside the range. What he said was I'm
19 misusing the charts, that that's not -- was designed
20 for getting in those areas, that should be used for
21 that, because it was just a mathematical
22 calculation. So, I was just giving examples of,
23 like, the EPA 1.567 is in that range where Dr. Su is
24 misusing it. And they also have one there that is
25 1.538 for the gamma -- excuse me -- for the alpha

Page 350

1 that was in the range he said where I was misusing
2 it.
3         THE COURT: And the EPA ranges, are
4 they found within R-93?
5         THE WITNESS: Yes, that chart which
6 also gives the birefringence.
7         THE COURT: Okay. Thank you.
8 You had a follow-up.
9         MR. DUBIN: Just one small thing just
10 to clarify, Your Honor.
11        THE COURT: Sure.
12 FURTHER RECROSS-EXAMINATION BY MR. DUBIN:
13    Q.    I just want to make sure because
14 there was some implication that we were taking data
15 from different things that didn't have the right
16 oil. So, if we could just pull up slide 51 to make
17 sure we understand that.
18        So the color bar on the bottom,
19 right, that has the ranges indicated, that is taken
20 from ISO, right?
21    A.    Yes.
22    Q.    And ISO doesn't have a comparable
23 color bar for 1.560, right?
24    A.    Correct.
25    Q.    Okay. And we went through all of

Page 351

1 this before. The reason why we took the ISO color
2 bar is because we didn't want any dispute about what
3 color corresponds to certain nanometers of light,
4 right?
5    A.    Well, I didn't know what your
6 reasoning was.
7    Q.    Okay. Not for the black dotted line
8 or the white dotted line, just so we know what color
9 matches with what nanometer of light, right? And
10 that's accurate because that's just light, right?
11    A.    That's accurate. What would be
12 different is -- you know, 560 is never going to
13 change. Where it lands on the refractive indices
14 changes because it's changing the color.
15    Q.    So, for the refractive indices
16 numbers, the ones above that, we went through that
17 and what we did is we backed out from the Su tables
18 at your temperature of lab 1.560 so that we could
19 have the right refractive index numbers up there
20 that correspond to the correct wavelength of light
21 so that we could have this discussion with you that
22 I did in Eagles and to some extent in Lanzo, right?
23    A.    I guess so.
24    Q.    And so we go to slide 51. I just
25 want to make sure there's not a dispute that you

26 (Pages 348 - 351)

Page 352

1  have agreed that the wavelength of light
2  corresponding to the refractive index on this slide
3  and what you have classified the particle as is the
4  purple that I've circled, right?
5      A.    Well, now that you're using the other
6  chart, in order for me to say that, I would really
7  need to sit down with a 1.565 and go through it all.
8      Q.    Okay. So, you're saying you'd need
9  to do another analysis in another oil to figure this
10 out now?
11     A.    No. I would like to just go, okay,
12 where does 1. -- in this oil, what it is, just to
13 verify it. That's all.
14     Q.    We already went through your
15 testimony, you already admitted to this in your last
16 thing, but I asked you flat out, you're calling this
17 purple about a million times and you agreed with
18 that, right?
19     A.    I'm not sure I agreed with you a
20 million times, but.
21     Q.    Okay. But you agree with that,
22 right, 'cause I have your testimony from the Eagles
23 case?
24     A.    Yes, and you can see purple in there
25 mixed in with the others, so...

Page 353

1      Q.    Okay. Thank you.
2      A.    Thank you.
3          THE COURT: Mr. Braly, anything
4  further on this follow-up?
5  FURTHER REDIRECT EXAMINATION BY MR. BRALY:
6      Q.    The only point I was trying to make,
7  the dotted lines indicate that this is a primary
8  range to find chrysotile, and those dotted lines
9  came from a table taken from a different medium.
10 That was the extent of what I was trying to say.
11 And you understood that, right?
12     A.    Yes.
13         MR. BRALY: Okay, thank you.
14         THE COURT: Okay.
15         MR. BRALY: Are we going to move
16 directly onto the --
17         THE COURT: It's only 11:30.
18         MR. BRALY: Yeah, I can. My concern
19 is a little bit twofold. I don't know that I have a
20 tremendous amount to cover with him, just to go
21 through the methodology of the amphibole stuff. My
22 concern is the stopping time today at 2:30. I think
23 it would be patently unfair to get started on this
24 and then --
25         THE COURT: Can I speak to counsel in

Page 354

1  chambers while we take a break?
2          (Recess: 11:26 a.m. to 11:42 a.m.,
3  Eastern Standard Time.)
4          THE COURT: So, we're back on the
5  record.
6          Given that the court needs to end
7  early today and we will not be able to complete the
8  entirety of Dr. Longo's testimony for today, we will
9  adjourn today's proceeding, continue Dr. Longo's
10 hearing on another day.
11         For those of you that have been
12 attending, we'll be here next week on Wednesday. Is
13 it Dr. Brody -- no, Dr. Compton. For anyone who
14 wishes to attend, it will be a similar type setup.
15         So counsel, you wish to place
16 something on the record now?
17         MR. BRALY: For the plaintiffs, we
18 have an agreement to resolve the exhibits from this
19 and come up with some kind of master list of
20 exhibits for the plaintiffs and defense.
21         THE COURT: Okay.
22         MR. BRALY: And I think we can
23 accomplish that.
24         Mr. Garde, I don't know if you have
25 anything else.

Page 355

1          MR. GARDE: No. Did you put on the
2  record --
3          THE COURT: No, no.
4          MR. BRALY: I'm going to -- I was
5  going to send a written summation on that.
6          THE COURT: Okay. Any questions from
7  counsel?
8          MR. DUBIN: No, Your Honor.
9          THE COURT: So, you'll let me know of
10 a continued date. And for those of you that have
11 been here, I'm going to try -- we're going to try
12 for the completion of Dr. Longo's deposition --
13 excuse me -- 104 hearing, to have it by Zoom, but I
14 can't make it available on open Zoom for everyone,
15 just because of issues of overburdening the Zoom
16 court. So, but we'll let you know when it is
17 scheduled, so if you wish to order a transcript of
18 that, you can.
19         All right. So, we've completed for
20 today. Thank you, everyone, and see you next week.
21         (Proceedings adjourn: 11:44 a.m.,
22 Eastern Standard Time.)
23
24
25

27 (Pages 352 - 355)

Page 356

1             CERTIFICATE OF OFFICER

2

3           I CERTIFY that the foregoing is a true

4   and accurate transcript of the testimony and

5   proceedings as reported stenographically by me at

6   the time, place and on the date as hereinbefore set

7   forth.

8           I DO FURTHER CERTIFY that I am neither

9   a relative nor employee nor attorney or counsel of

10   any of the parties to this action, and that I am

11   neither a relative nor employee of such attorney or

12   counsel, and that I am not financially interested in

13   the action.

14

              *Andrea Nocks CCR CRR*

15       --------------------------------

16       ANDREA NOCKS, CCR, CRR
         Certificate No. X100157300
17       Certificate No. XR00011300

18

19

20

21

22

23

24

25

New Jersey Rules Governing Civil Practice

Part IV, Rule 4:14

Depositions Upon Oral Examination


4:14-5. Submission to Witness; Changes; Signing

If the officer at the taking of the deposition is a
certified shorthand reporter, the witness shall not
sign the deposition. If the officer is not a
certified shorthand reporter, then unless reading
and signing of the deposition are waived by
stipulation of the parties, the officer shall
request the deponent to appear at a stated time for
the purpose of reading and signing it. At that time
or at such later time as the officer and witness
agree upon, the deposition shall be submitted to
the witness for examination and shall be read to or
by the witness, and any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness. If the witness fails to appear at the
time stated or if the deposition is not signed by
the witness, the officer shall sign it and state on
the record the fact of the witness' failure or

refusal to sign, together with the reason, if any,
given therefor; and the deposition may then be used
as fully as though signed, unless on a motion to
suppress under R. 4:16-4(d) the court holds that
the reasons given for the refusal to sign require
rejection of the deposition in whole or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.