# Exhibit AF

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF ALAMEDA**

| | |
|---|---|
| ANTHONY HERNANDEZ VALADEZ, | ) Case No. 22CV012759 |
| Plaintiff, | ) |
| vs. | ) |
| JOHNSON & JOHNSON; ALBERTSONS COMPANIES, INC., individually, and as successor-in-interest, parent, alter ego and equitable trustee LUCKY STORES, INC.; LUCKY STORES, INC.; SAFEWAY INC.; SAVE MART SUPERMARKETS, individually, and as successor-in-interest, parent, alter ego and equitable trustee of LUCKY STORES, INC.; TARGET CORPORATION; WALMART INC.; and FIRST DOE through ONE-HUNDREDTH DOE, | ) |
| Defendants. | ) (Pages 1-114) |

REMOTE VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

DR. WILLIAM LONGO

Friday, March 3, 2023

Reported by: John Fahrenwald,  CA CSR 14369, RPR

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

2 (Pages 2 to 5)

## Page 2

1    SUPERIOR COURT OF THE STATE OF CALIFORNIA
2        COUNTY OF ALAMEDA
3
     ANTHONY HERNANDEZ VALADEZ,    )  Case No. 22CV012759
4                    )
             Plaintiff,   )
5                    )
     vs.              )
6                    )
     JOHNSON & JOHNSON; ALBERTSONS   )
7    COMPANIES, INC., individually, and  )
     as successor-in-interest, parent,  )
8    alter ego and equitable trustee   )
     LUCKY STORES, INC.; LUCKY STORES,  )
9    INC.; SAFEWAY INC.; SAVE MART    )
     SUPERMARKETS, individually, and  )
10   as successor-in-interest, parent,  )
     alter ego and equitable trustee of  )
11   LUCKY STORES, INC.; TARGET     )
     CORPORATION; WALMART INC.; and   )
12   FIRST DOE through ONE-HUNDREDTH DOE, )
                    )
13           Defendants.    )
     _____)
14
15
16
17      Remote Videotaped Videoconference Deposition of
18   deponent DR. WILLIAM LONGO, taken on behalf of the
19   defendants, commencing at 10:43 a.m., Eastern Standard
20   Time, Friday, March 3, 2023, before Reporter John
21   Fahrenwald, Certified Shorthand Reporter for the State of
22   California, CSR No. 14369, RPR.
23
24
25

## Page 3

1    APPEARANCES:
2
3    FOR THE PLAINTIFF:
4      BY: IAN WILFRED ALIDO RIVAMONTE, ESQ.
         Kazan, McClain, Satterley & Greenwood
5        55 Harrison Street, Suite 400
         Oakland, CA 94607-3858
6        Phone: 510-302-1000
         Fax: 510-835-4913
7        irivamonte@kazanlaw.com
8
9    FOR THE DEFENDANTS:  JOHNSON & JOHNSON
10     BY:  MORTON D. DUBIN, II, ESQ.
         King & Spalding LLP
11       1185 Avenue of the Americas, Floor 34
         New York, NY 10036
12       Phone: 212-790-5343
         mdubin@kslaw.com
13
14
15   FOR THE DEFENDANTS:  ALBERTSONS COMPANIES, INC., SAFEWAY INC.,
                LUCKY STORES, LLC, SAVE MART SUPERMARKETS,
16              LLC, TARGET CORPORATION and WALMART INC.
17     BY:  MITCHELL R. CHARCHALIS, ESQ.
         Barnes & Thornburg, LLP
18       390 Madison Avenue, Floor 12
         New York, NY 10017-2509
19       Phone: 310-284-3768
         Fax: 646-746-2001
20       mcharchalis@btlaw.com
21
22
23   ALSO PRESENT:  Michael Saito, videographer
24
25

## Page 4

1                INDEX
2
3    DEPONENT                PAGE
4    DR. WILLIAM LONGO
       Examination by MR. DUBIN            6
5      Examination by MR. CHARCHALIS       96
6
7
8
9    EXHIBITS                 PAGE
10   No.  1  Deposition notice            6
11   No.  2  MASSG210 Calidria documents      7
12   No.  3  Su affidavit              17
13   No.  4  Slides                  22
14   No.  5  Valadez report             74
15   No.  6  Chinese Johnson & Johnson report   74
16   No.  7  Gunter supplemental report      74
17   No.  8  Dr. Su's staining article       74
18   No.  9  Photo                  82
19   No. 10  Photo                  82
20   No. 11  Witness declaration         84
21   No. 12  Chart                  113
22
23
24
25

## Page 5

1                SUWANEE, GEORGIA
2                 MARCH 3, 2023
3                10:43 A.M., EST
4
8:35:38AM  5      VIDEOGRAPHER:  We are now recording and on the
6    record.  My name is Michael Saito.  I'm a legal video
7    specialist for iDepo Reporters.
8        Our business address is 898 North Pacific Coast
9    Highway, Suite 475, El Segundo, California, 90245.
8:43:18AM 10       I'm not related to any party in this action,
11   nor am I financially interested in the outcome in any way.
12       Today is March 3rd, 2023, and the time is
13   7:43 a.m., Pacific Time.
14       This is the deposition of Dr. William Longo in the
8:43:36AM 15  matter of Anthony Hernandez Valadez, plaintiff,
16   versus Johnson & Johnson, et al, defendants, in the Superior
17   Court of the State of California, County of Alameda.  And
18   the Case No. is 22CV012759.
19       This deposition is being taken via videoconference
8:43:59AM 20  on behalf of the defendant.  The court reporter is John
21   Fahrenwald of iDepo Reporters.
22       Counsel will state their appearances.
23       MR. DUBIN:  Well, my name is Morton Dubin from
24   King & Spalding.  I represent the Johnson & Johnson-related
8:44:13AM 25  defendants in this case.

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

3 (Pages 6 to 9)

---

Page 6

8:44:17AM 1    MR. RIVAMONTE:  Good morning.  Ian Rivamonte of
2    Kazan, McClain, Satterley & Greenwood for the plaintiff.
3        MR. CHARCHALIS:  Mitchell Charchalis for
4    defendants:  Albertsons Companies, Inc., Safeway Inc., Lucky
8:44:28AM 5    Stores, LLC, Save Mart Supermarkets, LLC, Target Corporation
6    and Walmart Inc.
7        BY MR. DUBIN:  Okay.  So I'm going to mark
8    Exhibit 1, the notice of deposition today, if we can just
9    please pull that up, Mr. --
8:44:51AM 10        THE WITNESS:  Did we finish with the swearing in?
11        MR. DUBIN:  Oh, sorry.  Did we not do that?
12        THE WITNESS:  I'd let you go ahead, but. . .
13        MR. DUBIN:  Oh, sorry.  So let's swear in the
14    witness.  I apologize.  I thought we had done that.
8:45:00AM 15        VIDEOGRAPHER:  Mr. Court Reporter, can you please
16    administer the oath?
17
18            DR. WILLIAM LONGO,
19    called as a witness herein, having been first duly sworn,
8:45:08AM 20            was examined and testified as follows:
21
22            EXAMINATION
23    BY MR. DUBIN:
24    Q.  Now let's start with Exhibit 1.
8:45:17AM 25        (Exhibit No. 1 was marked for identification.)

---

Page 7

8:45:20AM 1    Q.  (BY MR. DUBIN:)  I'm showing you the notice of your
2    deposition today that came with a set of requests for
3    production of documents.
4        Have you seen that before?
8:45:27AM 5    A.  Yes.
6    Q.  Okay.  And we received -- I can't remember if it
7    was yesterday or the day before -- a variety of reports,
8    including some reports specific to this case as well as some
9    reports that related to your Chrysotile Standards.
8:45:49AM 10        Are -- you're aware of that?
11    A.  I am.
12    Q.  Okay.  And I'll mark as the next exhibit something
13    I received this morning.  That will be Exhibit 2.  And it
14    contains a series of images.  It's entitled MASSG210
8:46:13AM 15    Calidria documents.
16        (Exhibit No. 2 was marked for identification.)
17    Q.  (BY MR. DUBIN:)  These are also from your
18    laboratory; is that correct?
19    A.  Yes.
8:46:22AM 20    Q.  Do you have any understanding of why these
21    references were not included in the initial production that
22    we received or . . .
23    A.  I just forgot about them.
24    Q.  Okay.  And these references are in 1560 oil?
8:46:47AM 25    A.  Yes.

---

Page 8

8:46:48AM 1    Q.  And that's the oil that you used for purposes of
2    your analysis in the Valadez report for Johnson & Johnson?
3    A.  Yes.
4    Q.  Okay.  And we'll come back to this later, but I
8:47:00AM 5    just want to make sure I understand what this is.  It says:
6    SG210 Calidria chrysotile 0.05 percent.
7        Does that mean that this is a spiked talc sample?
8    A.  It is.
9    Q.  Okay.  What talc was used for purposes of the
8:47:18AM 10    spike?
11    A.  Johnson's Baby Powder sample 13 that I purchased
12    back in 2017.  The same one we've been using for all of
13    them.
14    Q.  So a Chinese-sourced sample?
8:47:33AM 15    A.  Yes.
16    Q.  And just so the record is clear, when we say
17    "spiked," it means that you intentionally added some known
18    amount of SG210 Calidria chrysotile to the baby powder for
19    purposes of the analysis.  Correct?
8:47:53AM 20    A.  That is correct.
21    Q.  Do you have any references for SG210 Calidria
22    chrysotile or any other type of Calidria chrysotile in 1560
23    oil that do not have talc?
24    A.  I don't think so.
25    Q.  Okay.  Well, if you want to confirm that at any

---

Page 9

8:48:20AM 1    break, just let me know and we can come back to that.  But
2    if you do have them, we would request production.
3        So we'll come back to that in a little bit.
4        Let's cover a little bit of basics about where we
8:48:38AM 5    are with your current opinions.
6        As I understand it, at this point, you are
7    testifying that you hold the view to a reasonable degree of
8    scientific certainty that everyone container of cosmetic
9    talcum powder sourced from Italy or U.S. mines contains
8:49:00AM 10    asbestos; is that right?
11        MR. RIVAMONTE:  Vague and overbroad.
12        (BY MR. DUBIN:)  You can respond.
13    A.  Sort of.
14    Q.  Okay.  I believe you testified in -- you were
8:49:16AM 15    asked in your deposition in the Graf case whether it was
16    your opinion that every container of cosmetic talcum powder
17    sourced from Italy or U.S. mines contains asbestos, and your
18    answer was "Yes."
19        Has that changed?
8:49:32AM 20    A.  It's not changed, but there was an explanation
21    along with that.
22    Q.  Okay.  Go ahead and give me your explanation.
23    A.  It's that if you could analyze enough of the
24    material and get the detection limit much lower, it would be
8:49:49AM 25    my opinion that you would find asbestos.  I think what I've

---

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

4 (Pages 10 to 13)

## Page 10

8:49:53AM 1   said, within a reasonable degree of scientific certainty, is

2   that every mine in the world that has talc in it is going to

3   have asbestos in it.

4      Q.   And, again, I'm just asking because your answer to

8:50:07AM 5   the question:  Is it your opinion that every container of

6   cosmetic talcum powder sourced from Italy or the U.S. mines

7   contains asbestos?

8      Your answer, under oath, in Graf was "Yes."

9      Is that still your testimony?

8:50:20AM 10      A.   It is still my testimony if you can reduce the --

11   increase the detection limit to degree necessary, you will

12   find asbestos in every container of talc.

13      Q.   Okay.  And is it still true that you cannot name

14   any peer-reviewed study that has ever agreed with your view

8:50:40AM 15   that all cosmetic talcum powder in the United States and

16   Italy contains asbestos?

17      A.   That is true.  That's no peer-reviewed paper out

18   there that I'm aware of.

19      And I'm not aware of anybody out there who has

8:50:53AM 20   analyzed more containers of cosmetic talc from different

21   mine sources than MAS.

22      Q.   And is it -- is it still the case that using your

23   current methodology, you are finding what you are calling

24   chrysotile in a hundred percent of the bottles of cosmetic

8:51:12AM 25   talc that you were analyzing?

## Page 11

8:51:17AM 1      A.   First off, it is not my method.  It is the

2   Colorado School of Mines' method on behalf of Johnson &

3   Johnson who then buried that method for -- until they

4   produced it.  So I want to get that straight.

8:51:31AM 5      Second is, we're finding it -- we had a recent one

6   where there's two samples did not have it in it.  But we're

7   finding it in a high percentage of the samples.

8      And for me, that's expected.

9      MR. DUBIN:  Okay.  Move to strike the

8:51:45AM 10   nonresponsive portion of the answer.

11      Q.   (BY MR. DUBIN:) Dr. Longo, are you also finding

12   chrysotile routinely without using heavy density liquid

13   separation?

14      A.   No, we quit doing that some time ago.  It really

8:52:01AM 15   didn't make any sense.

16      And we're now finalizing the protocol for the

17   heavy liquid density, so we're only doing heavy liquid

18   density probably for the last year or so.

19      Q.   Okay.  Other than those two bottles that you

8:52:17AM 20   reference -- and I'll ask you about them in a second -- are

21   you finding what you are claiming to be chrysotile in every

22   container of cosmetic talc that you are analyzing?

23      A.   Well, as I just stated, we had a recent project

24   where two of them were non-detects.

8:52:35AM 25      Q.   Right.  And as I asked you:  Other than those two

## Page 12

8:52:36AM 1   non-detects, are you finding chrysotile, a hundred percent

2   of the time in cosmetic talc bottles?

3      A.   Yeah.  Eliminating the two non-detects and the

4   non-detects before, we are finding it regularly.

8:52:49AM 5      Q.   Okay.  What were you analyzing with the two

6   non-detects?

7      A.   I don't recall.  It wasn't Johnson & Johnson.

8      Q.   Okay.  We're going to request production of any

9   report that you prepared regarding those, those samples.

8:53:09AM 10      Is it -- are you as I understand it, are you now

11   offering the opinion that even using one bottle of

12   cosmetic talc results in exposure that is significantly

13   above background?

8:53:30AM 14      MR. RIVAMONTE:  Vague and overbroad.

15      THE WITNESS:  Yes, and no.

16      Q.   (BY MR. DUBIN:) Okay.  Go ahead and explain.

17      A.   Yes.  If there has been -- if we find a

18   significant amount of material in that that or it's -- it's

19   one of the types of cosmetic talcs that we've done lot of

8:53:46AM 20   testing on where we have a high percentage, that its getting

21   exposed with one container would be significantly above

22   background in my opinion.

23      Now, it may be minimus compared to everything else

24   and it may not have any affect on anything else, but you

8:54:05AM 25   can't take away the fact that this product has asbestos

## Page 13

8:54:08AM 1   fibers in it.  And technically there is no background of

2   asbestos, so it would be significant.  Over background.

3      Q.   In that answer, how are you defining

4   "significant"?

8:54:22AM 5      A.   Significant is -- it was 0.00005.  But I looked at

6   another ATSDR document -- and I think I referenced it

7   there -- and have changed that, I think, to four zeros and a

8   1.

9      Q.   Which ATSDR document?

8:54:51AM 10      A.   Excuse me.  As a measuring stick so that you can

11   have something to compare it to.

12      Q.   And when you're making that comparison, is that

13   number, the four zeros and a five or four zeros and a one,

14   is that an exposure assumed to continue throughout

8:55:09AM 15   somebody's life?

16      A.   Well, no.  I'm not -- the exposure along

17   somebody's life would depend on any air samples that were

18   taken by that person.  You know, you just can't say, here's

19   an exposure.  I'm just using it as a measuring stick so that

8:55:29AM 20   I can compare one to the other, but I'm not making

21   any assumptions that this is what's -- this is what this

22   person's exposure is for their life.

23      Like what does that mean?  Like when they're in

24   bed sleeping?  And it just sounds silly to me.

8:55:45AM 25      Q.   That's what I'm asking you.  Is that background

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

5 (Pages 14 to 17)

| Page 14 |
| --- |

8:55:47AM 1 number that you're talking about, is that yardstick, a
2 number that is representing ambient or background exposure
3 during the course of the person's life? Is that what it is
4 intending to represent?

8:55:59AM 5 A. No. It's intended to represent is, if you're
6 going to make up -- not make up a number -- but if you're
7 going to use an artificial background, this would be one
8 that ATSDR published in, I think, 2000 or 2001, something
9 like that.

8:56:16AM 10 Q. Well, we've talked about background before. So
11 I'm going to move on to some more specific stuff.
12 Now, as I understand it, you switched PLM machines
13 and microscopes and a camera at some point since your older
14 Johnson & Johnson reports?

8:56:38AM 15 A. Yes.
16 Q. Okay. And when did you do that?
17 A. About two years ago.
18 Q. Okay.
19 A. Or so.

8:56:45AM 20 Q. Is the analysis that you did of the bottle in this
21 case, the Valadez case, the only bottle that -- sorry -- the
22 only time you've used the new PLM microscope and camera to
23 analyze Johnson & Johnson?

24 A. I believe so because we really haven't
8:57:07AM 25 been analyzing Johnson & Johnson for a while. I can't think

| Page 15 |
| --- |

8:57:10AM 1 of any Johnson & Johnsons that may have been analyzed with
2 these new scopes.
3 Q. Okay. And as we -- we'll discuss, you've changed
4 from a 1550 oil to a 1560 oil. Correct?

8:57:27AM 5 A. Yes.
6 Q. And why did you make that change?
7 A. Well, we had been criticized, I think, by
8 Dr. Sanchez, by Segrave that we should be going through a
9 higher refractive indices fluid to validate what we're
10 doing.
11 And then Dr. Su's published paper came out in The
12 Microscope and that was a recommendation in that paper that
13 we -- well, he had like a litigation and whatever and said
14 that if you should pick the refractive indices fluids for
8:58:12AM 15 the alpha and gamma for where you're ending up in; meaning,
16 you know, if your gamma is ending up in the 1.560 to 1.567,
17 which we're seeing a lot of, get a refractive indices fluid
18 that's specifically in that area. So the 1.560 covers that.
19 Q. And what is the effect on the colors that you are
8:58:41AM 20 viewing if you change from a 1550 oil to a 1560 oil? And
21 I'm not asking about specific to your analyses here. I'm
22 asking as a general matter, what will you expect to see
23 happen to the colors?
24 A. It changes the colors. I didn't know what I was
8:59:08AM 25 expecting to see, but it changed the colors from this

| Page 16 |
| --- |

8:59:11AM 1 yellow-gold in the gamma direction, to more of a -- I would
2 call it a reddish-gold, brownish-gold-type color. So it's
3 essentially eliminates the yellow.

4 Q. Right. Well, we can talk about it. In other
8:59:29AM 5 words, so it will push the colors that you're seeing -- for
6 example, shift them away from brighter yellows. It will
7 shift it more towards the magentas or the blues as a matter
8 of optical properties. Right?

9 A. I didn't say that.
8:59:46AM 10 Q. Okay.
11 A. We're already in the blues most of the time on the
12 alpha direction, if you look at most of our stuff. Alpha
13 direction was typically in the blues.
14 And it shifted it from a dull yellowish-gold color
9:00:04AM 15 to more of a reddish-gold, but not down to magenta.
16 Q. Okay. I'm not asking you about what you're
17 finding. We're going to do that.
18 What I'm asking you about is the effect of
19 changing the oil.
9:00:18AM 20 (Simultaneous speaking.)
21 A. But your question seemed to suggest that it was
22 pushing it down in the magenta and blues and it was already
23 in the blues.
24 And, no, it's not pushing it all the way down to
9:00:32AM 25 the magenta. That's 1866b large bundles.

| Page 17 |
| --- |

9:00:36AM 1 That's not going to happen with this.
2 Q. We'll talk. Maybe we can do this while we're
3 looking at something to make it easier. And let me -- I
4 want to look at some slides. We can use them to talk about
9:00:55AM 5 some of these issues.
6 But before we get there, I want to ask you a
7 little bit about the Su affidavit. I've know you've been
8 asked about this a bunch. It will be Exhibit 3. Let me
9 pull that up.
9:01:09AM 10 (Exhibit No. 3 was marked for identification.)
11 Q. (BY MR. DUBIN): As a general matter with a camera,
12 when you take an image of something, an image may or may not
13 match what your eye is seeing. Correct?
14 A. Correct.
9:01:36AM 15 Q. Okay. And with respect to your older work for
16 Johnson & Johnson, is it your view that the images that you
17 have provided and have shown to juries match what the
18 analyst would see under the microscope?
19 A. You have to define "match." You mean like
9:02:05AM 20 identical?
21 Q. Well, as close as possible.
22 A. The images we take are probably pretty close.
23 Some of them may match, some of them may be slightly off.
24 Q. Okay.
9:02:23AM 25 A. It just depends on -- but usually what people are

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

6 (Pages 18 to 21)

| Page 18 | Page 20 |
|---|---|

**Page 18**

9:02:27AM 1   looking at is a color copy of a copier machine.  Those
2   probably don't match.
3       But what I've seen is the intensity of the
4   photographs.  And what we're seeing on the screen, when I
9:02:38AM 5   say "intensity," the brightness is typically what you see
6   through the microscope.  The colors might be slightly off,
7   but not enough to, in my opinion, change anything that much.
8   Q.  How about with --
9       MR. RIVAMONTE:  Excuse me.  I'm sorry.
9:02:56AM 10  Mr. Dubin -- Mr. Dubin, can I please have a -- can you email
11  me a copy of this Appendix B -- or Exhibit 3, I'm sorry --
12  Exhibit 3 that you're showing to the witness right now?
13      MR. DUBIN:  Yeah.  Mike, can you email that to
14  him?
9:03:12AM 15      MR. RIVAMONTE:  Thank you.
16      MR. DUBIN:  No problem.
17  Q.  (BY MR. DUBIN:) So how about -- Dr. Longo, how
18  about with the new microscope, is there any difference to
19  you in terms of how faithfully it reproduces what the
9:03:22AM 20  analyst is actually seeing through the microscope?
21  A.  Well, same thing.  That one gets pretty close
22  because you can adjust the -- adjust the color lighting in
23  lining up the apertures to get pretty close to where what
24  you're looking in the microscope is exactly what you're
9:03:48AM 25  seeing on the monitor.  So it's better than the old system.

**Page 19**

9:03:51AM 1   Q.  Okay.  And so if we go forward -- I just want to
2   ask you a question about these images on page 6 and 7.
3       So one of these, as I understand it, is the
4   original illumination and one is with added illumination
9:04:13AM 5   from a photo-editing program.  Right?
6   A.  I mean, that's what I'm assuming.  You have -- did
7   some sort of Photoshop.
8   Q.  Okay.  On the bottom image, you can obviously see
9   a lot more particles than you can on the top.  Right?
9:04:33AM 10  A.  Correct.
11  Q.  Would those particles have been visible under the
12  microscope as the analyst saw it, or would they have been
13  obscured like they are in Image A?
14  A.  Well, see, I don't know what's happened here.  The
9:04:49AM 15  images that I believe we have under the top one, you see a
16  lot more than what you're seeing there.  I don't know what
17  he did.  I guess he's Photoshopping the bottom one, but
18  since he won't give a deposition, there's really no way to
19  tell exactly what sort of tomfoolery he was doing messing
9:05:09AM 20  around with the photographs.
21  Q.  I'm asking, though, which of these appears to be
22  more like what you would see under your microscope if you
23  were looking at a PLM sample of talc in your laboratory?
24  Number A or B?
9:05:24AM 25  A.  Both.

**Page 20**

9:05:26AM 1   Q.  Well, they can't both look more like.  Right?
2       Which one looks more like what you would see under
3   the microscope, analyzing talc in your laboratory?
4   A.  It just depends on --
9:05:40AM 5   Q.  Sorry, what?
6   A.  It just depends on the sample, what we're seeing
7   because the conditions of the microscope, for brightness,
8   never changes.  So I don't know what Dr. Su did here.  You
9   know, we can absolutely know that, for the bottom sample,
9:05:58AM 10  for the bottom picture, he did Photoshop.  And he may have
11  done Photoshop on the top one to reduce the brightness.  I
12  just don't know.
13  Q.  So you think maybe A is reduced from your image?
14  Reduced brightness?
9:06:16AM 15  A.  It does not look like the image that I believe --
16  you know, I haven't looked at it in a long time, but I don't
17  know what he did.  And then I'd have some opinions here, other
18  than I didn't know you were allowed to Photoshop photographs
19      So, you know, get Dr. Su to give a deposition and
9:06:35AM 20  say what he did and then I'd have some opinions here, other
21  than I didn't know you were allowed to Photoshop photographs
22  that you would put in a report and say, even though I wasn't
23  there when this sample was analyzed, I was over in China,
24  here's what I think it should have like if they turned the
9:06:55AM 25  brightness up.  It's just silly.

**Page 21**

9:06:57AM 1   Q.  Well, what I'm asking you is:  You've seen talc
2   samples under the PLM microscope.  Correct?
3   A.  I've seen them under a PLM microscope, but you're
4   asking me to give opinions on what something looks like in
9:07:11AM 5   ours versus here in something that's been Photoshopped and
6   no idea what Dr. Su did.
7       I just can't do that, and I won't.
8   Q.  You can't tell me which of these images looks more
9   like what you would see under a PLM microscope if you were
9:07:26AM 10  analyzing talc in your laboratory?  You can't tell me that?
11  A.  I've already told you once, and you didn't like
12  the answer.  I said:  We see both.  We see ones that are
13  like the top one, and we'll see ones like the bottom one.
14      What we don't see is anything that comes close to
9:07:42AM 15  the yellow that he has on the bottom where, you know, he
16  jerked up the brightness on his Photoshopping device.
17  Q.  Okay.  Let's go to page 8 of this.  So this is, I
18  think, what we were referring to before.  It says:  In this
19  case, the rule of thumb to bring the yellow CSDS color to
9:08:14AM 20  purple or magenta or blue range by using a merging liquid
21  with a great RI such a 1560 or 1570.
22      And that's what we were referring to earlier about
23  changing the oil to try to address the issue of chrysotile
24  identification.  Correct?
9:08:37AM 25  A.  Yes.  I've changed the oil to show that even in

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

7 (Pages 22 to 25)

| Page 22 | Page 24 |
|---|---|

**Page 22**

9:08:41AM 1   1.560, we get the exact same -- pretty much the exact same
2   refractive indices, except the colors are different or the
3   gamma.
4        Q.  Right.  But so I have some slides that we could
9:08:58AM 5   call up, and we'll try to walk through those a little bit to
6   discuss what we're referencing.
7        So let's call those up, and we can mark them as
8   Exhibit 4, I guess.
9        (Exhibit No. 4 was marked for identification.)
8:49:12AM 10       Q.  (BY MR. DUBIN:) And you can send a copy if you
11   want to -- well, actually, I'm going to do them one at a
12   time, so not yet.  Let's just call Exhibit 4 -- and
13   eventually I'll mark them all as Exhibit 4.  Let's pull them
14   up, Mike.
9:09:35AM 15       MR. RIVAMONTE:  Mr. Dubin, if you are --
16       MR. DUBIN:  I'll send you a hard copy of them
17   eventually, but I'm only going to ask him about the ones
18   that are on the screen.
19       Q.  (BY MR. DUBIN:) All right.  So just some basics.
9:09:47AM 20   I know we all know this, but just so we have it on the
21   record here, what are we looking at here, Dr. Longo?
22       A.  You're looking at what it says right at the
23   bottom, central stop dispersion staining colors for
24   chrysotile in 1.550 RI liquid.
9:10:07AM 25       Q.  Okay.  And so this is 1550, that's what you were

**Page 23**

9:10:10AM 1   using before, but so just so we understand the process that
2   we're all -- we're going to be going through, you have
3   certain wavelengths of light and they correspond to various
4   colors and that's how we can start to talk a little bit
9:10:25AM 5   about what mineral's being identified.  Right?
6       A.  Per a particular type of RI fluid.  For a
7   particular type of RI fluid for a particular type of
8   mineral.
9       Q.  Okay.  And alpha is perpendicular and gamma is
9:10:45AM 10   parallel?
11       A.  Yes, sir.
12       Q.  Okay.  Great.  And I know we've -- if we go to the
13   next slide, I know you've testified about this repeatedly so
14   we won't go through it much.
9:10:59AM 15       Go to Slide 2.  This is the ISO reference
16   chrysotile showing what predominant color there?
17       A.  Oh, this -- you know -- oh, it's got to be
18   magenta.  That's the predominant color.
19       But you also can see smaller structures there,
9:11:29AM 20   like if you go to the -- a little bit off-center, down to
21   the bottom of that bundle, guess what?  You see almost a
22   yellow-looking chrysotile.  It's the size of the chrysotile
23   bundles that affect the colors.  So -- and you can see some
24   yellow streaks through that bundle.  So either it can't ever
9:11:53AM 25   do that, or, most -- the people who are on this magenta/blue

**Page 24**

9:11:58AM 1   kick are wrong.
2       Q.  I'm asking a different question.  That magenta
3   color, the predominant color, where would you characterize
4   that in terms of the wavelength?
9:12:14AM 5       A.  I would characterize that between about 520 to
6   550, 560, somewhere in there.
7       Q.  550 or 560, okay.  We'll come back to that --
8       A.  In the yellow ones, I would characterize around
9   the -- the smaller yellow ones are characteristic of what
9:12:40AM 10   we're seeing for the chrysotile in the cosmetic talc as well
11   as the SG210, not -- with 1.550 it's around the 1.561 to
12   1.570.
13       Q.  Let's go two more in.  Actually, we probably don't
14   need to do these.
9:13:17AM 15       We can go to Slide 7.
16       Again, just for purposes of making sure that we
17   have the record clear, one of the things that you've said is
18   that you're identification of chrysotile is based on the
19   birefringence values.
9:13:39AM 20       A.  Yes, sir.
21       Q.  Okay.  And just so we know, in general chrysotile
22   has a lower birefringence; meaning, the colors are closer
23   together.  And talc has a higher birefringence; meaning,
24   generally the colors parallel verses perpendicular are
9:13:50AM 25   farther apart.

**Page 25**

9:13:51AM 1       Is that fair?
2       A.  That's fair.
3       Q.  Now, if we look at how this works, if you
4   go to Slide 8 -- okay.
9:14:07AM 5       As your yellow in parallel gets darker, assuming
6   that the other value remains the same -- the perpendicular
7   value remains the same -- you're going to lower your
8   birefringence.  Correct?
9:14:37AM 9       A.  As it gets darker -- well, that's -- you know,
10   darker, lighter, et cetera, that's in the eye of the
11   beholder.
12       But as you bring the -- the perpendicular in
13   parallel, refractive indices closer together, the
14   birefringence is reduced.
9:15:00AM 15       As you increase the distance between the two, the
16   birefringence increases, that's -- and it would only do that
17   with minerals that have double refraction.
18       Q.  Okay.  But, again, if the perpendicular stays the
19   same, if I start moving in the direction of this arrow on my
9:15:33AM 20   parallel, I will be lowering the birefringence?
21       A.  I just said it.
22       Q.  Is that correct?  I'm trying to put it simpler.
23       A.  We will I'd like to keep it more -- you know, you
24   simply can go all over the place.  So I've answered the
9:15:49AM 25   question.

DR. WILLIAM LONGO,   on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

8 (Pages 26 to 29)

## Page 26

9:15:49AM 1    Q.  Can you tell me if you see anything inaccurate
2    about what this says here?
3        A.  You know, a shade of yellow impacts one side of
4    the birefringence.
9:16:02AM 5        But typically, as one starts impacting, it's not
6    just a gamma but alpha because you're getting double
7    diffraction.  So I answered the question.
8    Q.  Okay, Dr. Longo.
9        And the next slide, we've talked about this
9:16:20AM 10    before.  You're familiar that in Dr. Su's publications, he
11    says that yellow is the hardest CSDS color to be quantified
12    and should be avoided at all costs.  Right?
13        A.  Yes, sir.  I've seen that.
14        But of course you left the part out about he only
9:16:41AM 15    said that for amphiboles.
16    Q.  Okay.  And the next slide.
17        And you've testified and acknowledged recently
18    that Dr. Su's statement about that is not limited
19    to amphiboles?
9:16:59AM 20        That's correct.  Right?
21        A.  When was this one?
22    Q.  Maybe a week or so ago.
23        A.  Oh, that's from his report that either he wrote or
24    Mickey Gunter.  So I can't really put much stock on that,
9:17:19AM 25    but it was never in any of his handouts.  And I don't think

## Page 27

9:17:24AM 1    it's in his new published paper, either.  Not new.  It's
2    last year.
3        MR. RIVAMONTE:  Mr. Dubin, which deposition is
4    this from?
9:17:38AM 5        MR. DUBIN:  We can send you the full deposition.
6        It's the Davis deposition.  The cite's at the
7    bottom.
8        MR. RIVAMONTE:  Thank you.
9        THE WITNESS:  So I still don't agree with the
9:17:49AM 10    yellow portion of that.  You can easily determine with
11    yellow.
12        But, again, because if you have the yellow -- the
13    yellow-gold with chrysotile, the birefringence on the
14    fibrous talc is so much different.
9:18:12AM 15    Q.  (BY MR. DUBIN:)  Okay.  So can we go back to
16    Slide A for a second?  Maybe we can use this to discuss
17    1.560 verses 1.550.
18        So if I switch from a 1.550 to a 1.560 oil, what
19    will that do -- let's assume something would otherwise be a
9:18:41AM 20    bright yellow, maybe like around 440, which direction will
21    it push the color in parallel?  Which direction?
22        A.  It pushes the color.
23        MR. RIVAMONTE:  Objection.  Hypothetical.
24        THE WITNESS:  It pushes the color to longer
9:19:03AM 25    wavelengths.  So typically when in 1.560, we're seeing

## Page 28

9:19:09AM 1    things in the -- for the gamma, you know, the 480, the
2    5.4 -- between 460 and 500.
3        For the alpha, we're seeing a little bit -- not
4    lower than the 680 -- sometimes.  And a little bit pushes it
9:19:30AM 5    to the 560.  And it also has reduced the birefringence we're
6    seeing.
7        We've not seen -- I don't think I can think of one
8    for seeing anything that gets up to that low end to
9    moderate.  It's all -- it's all in the low now.
9:19:49AM 10        So it's a better refractive indices fluid for this
11    type of analysis for these small bundles of chrysotile.
12    Q.  Just so we can try to make sure that it's
13    understandable, when you go with the 1.560 instead of 155,
14    [sic] the colors will be moving in the direction of that
9:20:09AM 15    arrow.  Correct?
16        MR. RIVAMONTE:  Asked and answered.
17        THE WITNESS:  Like I've already said, I don't know
18    how many times now, it's reduced -- it's moving out of the
19    yellow-gold more into a reddish, goldish-brown color.  So it
9:20:26AM 20    is moving towards the higher -- the higher wavelengths.
21    However, you're using the 1.560 chart, you're getting
22    the exact same refractive indices.
23    Q.  I'm just try to make -- take small bites to make
24    it simple, and that is that it's moving in the direction of
9:20:49AM 25    the arrow.

## Page 29

9:20:50AM 1        A.  I've already answered this.
2        MR. RIVAMONTE:  Asked and answered.
3    Q.  (BY MR. DUBIN:)  Yeah.  You don't seem to be able
4    to answer a simple question, though, is the problem.
9:20:58AM 5        It's moving in the direction of the arrow, yes or
6    no?  Can you not answer that question?
7        A.  I've already answered it.  If there's a simple
8    explanation or a simple answer, I'd give it.
9        But, you know, I've got whatever this -- then, you
9:21:11AM 10    know, this -- you have to live with this.  And so I'd prefer
11    to put it in a more of a little bit of scientific term, a
12    scientific answer on what's going on.
13    Q.  Okay.  Can you tell me anything that is inaccurate
14    with the statement that by moving from 155 to 160 you are
9:21:31AM 15    moving colors in the direction of that arrow?  What is wrong
16    about that statement, if anything?
17        MR. RIVAMONTE:  Asked and answered.
18    Argumentative.
19        THE WITNESS:  I'm not answering it anymore.
8:49:12AM 20    Q.  (BY MR. DUBIN:)  Okay.  Now, let's move next --
21    we'll come back to that.  Let's go to Slide 12.
22        So this is an image from one of your older
23    chrysotile reports for Johnson & Johnson.  I want to talk a
24    little bit about white balancing.  What is white balancing?
9:22:10AM 25        A.  White balancing is -- make sure the whites are in

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

9 (Pages 30 to 33)

---

Page 30

9:22:13AM 1   range -- not so much in a range -- to help the colors.
2        Q.  Okay.
3        A.  So I don't know the whole definition of it
4   anymore.
9:22:24AM 5        Q.  Okay.
6        A.  But it seems to be the new -- I should look it up
7   to get it exactly because it seems to be the new question
8   for depositions.
9        Q.  If images aren't appropriately white balanced,
9:22:39AM 10  they can either appear too yellow or they can appear too
11  blue.  Correct?
12       A.  I don't know.  I don't know how correct -- you
13  know, this is an older one than this is a -- you have more
14  yellows in this because you're using a tungsten lightbulb in
9:23:03AM 15  the microscopes and the new ones are LED, so you don't have
16  any white balance problems.
17       And this wasn't really ever a problem because the
18  conditions of these for chrysotile and the fibrous talc were
19  the same.  So it's not changing anything here when you're
9:23:21AM 20  comparing the apples to apples versus comparing apples to
21  oranges.
22       Q.  So my understanding now is that you're saying that
23  these images appear more yellow because of tungsten lighting
24  that was used in them in the older microscope?
9:23:38AM 25       A.  Yeah, it's like a yellow light -- not a yellow

---

Page 31

9:23:41AM 1   light, but it has yellow in it.  And I think all our
2   photographs, going back to the last, you know, 30 years were
3   using those type of microscopes.
4        Q.  Do you know whether the camera that you were using
9:23:56AM 5   at that time, whether it had a feature that would allow you
6   to white balance to compensate for that tungsten lighting?
7        A.  Not to the degree it completely removes it.
8   Because when you compare these to the LED photographs, you
9   don't have the yellow like this.
9:24:18AM 10       Q.  Okay.  And when we're looking at this, for
11  example, let's look at the parallel.  You have a structure
12  that you've identified here as chrysotile.  Right?
13       A.  Correct.
14       Q.  Okay.  And then what are these larger, rounder
9:24:37AM 15  structures?
16       A.  Platy talc.
17       Q.  Okay.  And platy talc, because it's not in an
18  elongated form, however you move it, it's going to retain
19  the same refractive index?  In other words it will always --
9:24:59AM 20  it will stay the same color, by and large?
21       A.  Yes.
22       Q.  And so if we look at the next slide -- so one of
23  the things you can do, will you agree with me, to see
24  whether or not something is appropriately white balanced is
9:25:25AM 25  to look at something in the image that you know -- where you

---

Page 32

9:25:31AM 1   know what color it should be.  Right?
2        A.  I guess.  I mean, we're typically not taking
3   pictures of owls, so I don't really have an opinion about
4   your -- here one way or the other.
9:25:48AM 5        Q.  Let me just make sure we get the point.  So on the
6   left here, you've got an owl that's slightly blue.  Right?
7        And on the right --
8        A.  Well, slightly blue.  You've got like a blue tint
9   to the -- to the -- to the leaves.  You got a blue tint to
9:26:07AM 10  the wood they've got the owl standing on.  So you've white
11  balanced it and you've taken this picture.  I just don't
12  recall what was done with the older Olympus with that camera
13  on it.  It may well have been white balanced.  I'd just have
14  to check on that.
9:26:26AM 15       Q.  Well, the point is, you know, if I wanted to know:
16  Am I looking at a picture of a real blue owl, one thing I
17  could do is I could look and see, oh, wait am I also getting
18  a tint on the leaves which I know should be green.  Right?
19       A.  If you're looking at white owl and that's what
9:26:45AM 20  shows up, I guess you're correct.
21       Q.  So if we go to the next slide -- so these are some
22  PLM images in the same refractive index oil from Mr. Poye
23  and Dr. Sanchez's lab.  And you can see that there's a
24  substantially different color than your old image of
9:27:19AM 25  Johnson & Johnson.  Right?

---

Page 33

9:27:31AM 1        A.  They're substantially different from each other.
2        Q.  The talc is much brighter in both these images.
3   Right?
4        A.  No.  I mean, one is kind of grayish, and the other
9:27:45AM 5   one's got some yellow for the talc and more whitish.  So I
6   don't -- you know, it's not the pictures we took, so I
7   really don't have an opinion one way or the other on these.
8        You can get Dr. Sanchez and Mr. Poye come in and
9   testify about what are the conditions here?  Oh, that's
9:28:05AM 10  right Mr. Poye is not a PLM person.  I guess Dr. Sanchez can
11  fill in what you're looking for.
12       Q.  Well, why don't you tell me.  If you look at
13  talc -- just talk about talc plates -- under a PLM
14  microscope in your laboratory, what do they look like?
9:28:26AM 15       A.  I can't compare mine to these.  These are not
16  photographs -- I don't think I've seen before, so I really
17  don't have an opinion, one way or the others, on these.
18       Q.  I'm not asking about these images.  I'm asking
19  you:  When you look at talc under your PLM microscope, what
9:28:48AM 20  does it look like?
21       MR. RIVAMONTE:  Vague and overbroad.
22       Q.  (BY MR. DUBIN:) To your eye.  Forget images now.
23       What does it look like to your eye?
24       A.  Well, here's the SG210 in talc, it looks like
9:29:01AM 25  this.  At times.  Other times it can look more -- where you

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

10 (Pages 34 to 37)

| Page 34 | Page 36 |
|---|---|

**Page 34**

9:29:05AM 1   have an overloaded, it can look like that. Here's another
2   one. So just depends on the sample, what the loading is and
3   how many particles you have.
4      Q. I'm asking you, what kind of color is the talc if
9:29:24AM 5   you look at it in your microscope with your naked eye?
6      A. Here's what it looks like -- my naked eye, here's
7   what it looks like right now. This looks -- the 1.560.
8      In the 1.550, you got more yellows.
9      If you have a heavily-loaded, you might see more
9:29:47AM 10   like what's on the right, depending on what fluid you're
11   using.
12      If it's less loaded, I don't know if I've ever
13   seen it -- just talc look like that in Sanchez's PLM. So,
14   can't really compare it.
9:30:07AM 15      Q. Let's go to the next slide, 15.
16      It does not -- just looking at Slide 15, your old
17   report for Johnson & Johnson, it does not look like that.
18   Correct?
19      A. Well, I wouldn't expect it to look like that or
9:30:28AM 20   not look like that. You know, samples are different.
21      Q. Well, these are the images you gave before. This
22   is not the color -- the talc plates, that is not the color
23   that you would see looking through the microscope, a PLM, at
24   talc in this oil. That's not what it would look like.
9:30:47AM 25   Correct?

**Page 35**

9:30:48AM 1      A. That's what it has looked like, yes.
2      Q. Okay. So you're telling me that with your naked
3   eye, that's the color of talc in your -- under your PLM
4   machine.
9:31:04AM 5      A. Our PLM microscope now, no. The yellows are much
6   subdued as with yellows -- the yellow-golds in the
7   chrysotile.
8      But it doesn't change anything about the
9   identification of chrysotile. This is all interesting
9:31:22AM 10   cross.
11      But if you look on the left-hand side, you have
12   1.550 -- excuse me, the right-hand side, 1.550 to 1.560 --
13   you've got extension at 1.550.
14      And then for the gamma, you know, 67 to 70, you
9:31:45AM 15   got the refractive indices. I don't think what you
16   understand is those real white areas, that's either fibrous
17   talc or platy talc on edge. And because you have the white,
18   you're way above -- way down in the 400-nanometer range
19   because it's all white light in the same way. So you can
9:32:07AM 20   easily compare it to show that it is not -- what we've
21   analyzed there is not fibrous talc that has the refractive
22   indices on it.
23      Q. On the left-hand image, you can see that the
24   structure you've identified as chrysotile is pretty much the
9:32:31AM 25   same color at the platy talc. Right?

**Page 36**

9:32:36AM 1      A. Yes and no.
2      Q. Okay. What's the "no," since the yes is obvious
3   in the picture?
4      A. The "no" is that when we do these analysis, you're
9:32:47AM 5   looking at literally the Becke line around the outer ridge
6   of the structure. And the other edge of the structure in
7   the gamma is more in the reds. You don't look at the
8   overall yellow going across it.
9      And same thing on the other side.
9:33:05AM 10      So --
11      Q. Okay.
12      A. You're -- you're miss -- you're not understanding
13   on how the analysis is done. You don't look at that overall
14   color. You go around the outer edge.
9:33:22AM 15      Q. Okay. Do you see the outer edges of the talc
16   plates also having what you're referring to as red?
17      A. You're looking at a platy structure. It's not --
18   and you only got one refractive indice [sic] on a flat
19   platy. So we're not -- I don't think -- our criticism is,
9:33:44AM 20   is we've been misidentifying fibrous talc not that we're
21   identifying chrysotile. We're misidentifying platy talc.
22   So -- but the reds around the outer are a little bit
23   different than we have on there, and it's not fibrous.
24      What you need to be comparing it to is those big
9:34:06AM 25   white areas there. That's what happens to fibrous -- to

**Page 37**

9:34:08AM 1   talc. A lot of times in the 1.550, it's out of the
2   spectrum. You can't even get a refractive indice. [sic]
3   All's you could say is, it's greater than 1.580 or 90 and
4   it's less than 1.535.
9:34:27AM 5      Q. One thing we know about the idea -- looking at
6   talc, one of the reasons that you're saying talc has a high
7   birefringence value is because one of the colors that it
8   shows is bright yellow. Right? That's a factor in why it
9   would have a high birefringence value. Correct?
9:34:48AM 10      A. Yes.
11      That's only one of the factors.
12      Q. Okay. But like the leaves in the picture with the
13   owl, your platy talc is not showing that color. Right?
14      A. The platy talc is not fibrous and the platy talc
9:35:08AM 15   is not -- from straight up, it does not have two refractive
16   indices. So -- and it literally disappears when you put it
17   in elongation. So you're trying to -- trying to -- apples
18   and oranges. You know, I'll reject the argument here.
19      Q. Okay.
9:35:29AM 20      A. What you need to compare it to is those big white
21   areas that are on -- that are in the parallel and
22   perpendicular direction in the left and right. That's what
23   happens with platy talc -- excuse me, the fibrous talc or
24   talc plates on edge. We're not comparing what we're
9:35:47AM 25   analyzing to a piece of platy talc. It doesn't make any

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

11 (Pages 38 to 41)

## Page 38

9:35:51AM 1  sense.

2    Q.  Talc in parallel will be the same color as a talc

3  plait.  Correct?

4    A.  That makes no sense.

9:36:07AM 5    MR. RIVAMONTE:  Overbroad.

6    THE WITNESS:  I don't understand the question.

7    Q.  (BY MR. DUBIN:) You don't understand the question?

8  Well, what would be -- how would you compare the color of

9  talc in parallel -- elongated talc in parallel and the color

9:36:22AM 10  of talc plates?

11    A.  They're completely different.

12    Q.  They're completely different colors?

13    A.  Again, I point you back to the white areas.  Or I

14  point you to a lot of examples where we have, you know,

9:36:41AM 15  intergrowth between a fibrous elongated talc on one side and

16  chrysotile on the other side.  They're completely different.

17  And we don't even look at that.  They're not -- these big

18  plates -- those plate aren't fibrous.

19    You want to take the colors of what we're seeing

9:36:59AM 20  there and then say, well it's the same color.

21    Then if you look over in elongation, are you

22  seeing -- I mean in gamma, look how different that color is.

23    Q.  And --

24    A.  We've got the dark blue to extinction.  Talc

9:37:20AM 25  doesn't do that.

## Page 39

9:37:20AM 1    Q.  We can talk about perpendicular in a second.  In

2  parallel -- you're selling me that in parallel, talc plates

3  and an elongated talc piece will not be the same color?

4    MR. RIVAMONTE:  Misstates testimony.

8:49:12AM 5    Q.  (BY MR. DUBIN:) Are they the same or not the same?

6    A.  Well, which ones do you want to point to?

7    Q.  I'm looking at one in parallel.

8    A.  I'm looking at a whole range of colors, but I'm

9  not seeing anything that meets the criteria for a fibrous

9:37:58AM 10  bundle.

11    Q.  I'm not --

12    A.  So it's -- we're arguing -- we're debating over

13  this color when it has no useful ending to it other than a

14  talking point on your hat.

15    Now I've answered the question.  We need to move

9:38:11AM 16  on.

17    Q.  Can you tell me what the refractive index of a

18  talc plate is?

19    MR. RIVAMONTE:  Vague and overbroad.

9:38:28AM 20    THE WITNESS:  I would say the majority of them

21  there, you know, are down in the 1. -- 1.5 -- maybe 1.55 --

22  1.558 or something like that.  I don't know.  I'd have to

23  go -- I'd need to be looking in the microscope and look at

24  the chart.

9:39:01AM 25    What I do know is platy talc is not fibrous, so

## Page 40

9:39:06AM 1  it's not in the equation.  And what I do know, if I look

2  over in the alpha, we don't see any blues.  And if I look at

3  what is in perpendicular on that big structure up in the

4  left-hand corner, where I say, this is a -- this is a

9:39:30AM 5  talc -- talc plates on edge right there or this is fibrous

6  talc, and that's now -- in the left-hand side, that's in the

7  alpha direction, and you can't see such a blue on the end.

8  It's real bright.

9    And then on the right-hand side, now it's in the

9:39:45AM 10  parallel direction and you still got the white.  That's out

11  of the range of all the refractive indices.  I mean, you're

12  looking at greater than 1.590.

13    And on the other side, you're looking, less than

14  1.535.

9:40:05AM 15    Q.  All right.  Let's see if we can -- we'll come back

16  to this issue in a second.  Let's go to the next.  Let's go

17  to Slide 16.

18    Typical guidance on how this birefringence value

19  should be calculated if we take the highest parallel,

9:40:31AM 20  meaning the brightest color, and the lowest perpendicular.

21  Correct?  That's how birefringence in the published

22  literature is calculated.  Correct?

23    A.  No.  And no.

24    Q.  Okay.

9:40:55AM 25    A.  Not calculated at all.  If you actually to

## Page 41

9:40:58AM 1  published literature -- and I don't know what published

2  literature you're talking about -- but the ISO method has

3  you look at a -- the Michel-Levy charts.

4    You're right.  You want to go to the lowest

9:41:15AM 5  matching wavelength and the highest, but you're not

6  calculating anything.  You're just making a general

7  guesstimate.

8    If you go to Deer, Howie and Zussman and you look

9  at all their mineral data, every one of them will have a

9:41:32AM 10  range and will have a calculated birefringence just like we

11  do it.

12    If you go to the R93 in Table 2.2 and look at the

13  references for chrysotile and look at the references for

14  fibrous talc, you will see that they calculate the

9:41:51AM 15  birefringence just week we have been doing.

16    But to look at the Michel-Levy charts and make a

17  guesstimate on what the birefringence is, is not

18  calculation, and it's not accurate for the way we're doing.

19    Q.  So let me ask you about this testimony then.  Go

9:42:08AM 20  to Slide 18.

21    This is from the Prudencio trial.  I asked you:

22  But I want to make crystal clear there's no question you're

23  using averages instead of high/low.  Right?  High and low.

24    ANSWER:  "We do use an average, yes, as I've

9:42:29AM 25  stated."

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

12 (Pages 42 to 45)

Page 42

9:42:30AM 1    QUESTION: "In terms of that technique, you do not
2    know of anywhere where the technique that you're using has
3    been published or put into a scientific method.  Right?"
4    ANSWER: "I'm not aware of any, no.
9:42:42AM 5    Is that still correct?
6    A.  No, it's not correct.  I know maybe there's
7    scientists out there that never look anything up and you
8    know, you were accusing me of fraudulently making the
9    refractive indices closer together in front of the jury.
9:43:00AM 10    And that it -- and of course you were completely
11    wrong.  And I went and looked it up.  I went and found that
12    Deer, Howie, and Zussman; and every one of their 3 or 4
13    volumes does that.
14    The EPA R93 has a table and shows the
9:43:21AM 15    birefringence being calculated for chrysotile from .007 to
16    .017.
17    And then fibrous talc they have a birefringence
18    calculated as .060; and for cellulose that have it at 0.050.
19    As a scientist when I get something like that and
9:43:48AM 20    I go, that doesn't sound right, and I went and look -- and I
21    go look it up.  So I'm not stuck in the past without going
22    and seeing if you were right or wrong.  You were wrong.
23    Q.  Let's go to the next slide, 19.  I want to talk
24    about -- a couple -- this image.  This is from the old
9:44:12AM 25    before we go on to some of the newer work.

Page 43

9:44:15AM 1    So what color are you saying that you are
2    observing in this image?
3    A.  Well, if you go around the edge, you're going all
4    the way from almost that extinction on the right-hand side.
9:44:34AM 5    You know, and I'm at it from here -- and then you're going
6    down to 1.569 around the edges on the yellow side.  So
7    that's the range.
8    Q.  And so when you -- ultimately when you use
9    averages here, you're treating this particle as if the color
9:44:52AM 10    is this orange around here.  Right?  Like this 480?
11    A.  Well, we have 1.569.  And, you know, that's going
12    to be around 440.
13    And we have 1.556 which is pretty close to the
14    extinction line.
9:45:23AM 15    Around 540.
16    Q.  But -- so by being -- by using averages, you're
17    treating the particle as if it's somewhere in the middle in
18    there.  Right?  For purposes of your calculations?
19    A.  Well, if you take an average of that and you take
9:45:42AM 20    the average of the parallel -- of the perpendicular and
21    calculate the birefringence, it can give you, you know --
22    and I'm hypothetically saying 0.010.
23    Or if you subtract out the gamma -- excuse me --
24    the alpha from the gamma and subtract out for -- it ranges.
9:46:01AM 25    Then you average that, you get the exact same thing.

Page 44

9:46:08AM 1    And this is exactly how Deer, Howie and Zussman
2    presents data to all the mineralogists who look at that.
3    That's one of the premier books on crystalline structure,
4    information.
9:46:25AM 5    And I don't know how many they have in there.
6    Q.  Okay.  But you are treating this image, this
7    structure that you're looking at right here, as if it was
8    the color around that line, around the 480 line.  Right?
9    MR. RIVAMONTE:  Asked and answered.
9:46:48AM 10    THE WITNESS:  I didn't say 480.
11    Q.  (BY MR. DUBIN:) Let's see if we can do this
12    more -- we'll do this with your new report.
13    A.  What I said was, we go 1.569.  That's at the 440
14    line is what I said.
9:47:02AM 15    And then for the 1.569 -- excuse me, the 1.556 --
16    you know, you're down around the 520 line -- no, I'm sorry.
17    1.556 is between your 540 and 560 line.
18    Q.  Well, we'll do this math instead with some of your
19    newer images.
9:47:34AM 20    Let's go to the --
21    THE WITNESS:  Before you ask your next question,
22    unless you're going to move onto something else, we've been
23    going for a little bit over an hour.  I'd like to take a
24    10-minute break.
9:47:46AM 25    MR. DUBIN:  We can take a 10-minute break.

Page 45

9:47:46AM 1    VIDEOGRAPHER:  The time is 8:47, Pacific Time.
2    We're off the record, and this marks the end of Media I.
3    (Off the record at 11:47 a.m., and record resumes
4    at 12:05 p.m., EST)
10:05:47AM 5    VIDEOGRAPHER:  The time is 9:05 a.m., Pacific
6    Time, and we're back on the record.  This marks the
7    beginning of Media II.
8    Q.  (BY MR. DUBIN:) Mike, can you please pull the
9    slides back up?  So let's to 23.
10:06:21AM 10    Sorry.  Let's go to 22.
11    I want to come back to this change in oils.
12    When it says here:  Bring the yellow CSDS color to
13    purple or magenta or blue range, what do you understand that
14    to mean?
10:06:50AM 15    A.  I understand that to be that it's rule of thumb,
16    he says, to get the purple or magenta or blue range using
17    1.560 or 1.570 of normal intensity of illumination.
18    So what he's suggesting is, is that you can bring
19    it into that range by using 1.560, but it doesn't get there
10:07:18AM 20    unless you have -- unless you're using the chrysotile from
21    Canada.  That's not what he says in his published paper.
22    Q.  Okay.  So unless you used the chrysotile from
23    Canada, you're saying you won't be able to push the parallel
24    of the chrysotile to blue.
10:07:44AM 25    A.  In one point -- well, the -- yeah.  We didn't have

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

13 (Pages 46 to 49)

## Page 46

10:07:48AM 1  to push it to blue range.  It was already in the blue range,
2  and with 1.560 it's still in the blue range.
3       But you're not going to get it to magenta with
4  this type of chrysotile, with either the chrysotile we're
10:08:05AM 5  finding in the cosmetic talc or the SG210.  That doesn't get
6  pushed to magenta either.
7       And lastly, his affidavit, I didn't think it was
8  an affidavit -- I don't think -- where he swore to anything.
9  I think it's just a report.  Maybe you call it an affidavit,
10:08:25AM 10  but I thought you had to say that you're saying this under
11  oath.
12       But in his published paper from last year, he
13  acknowledges that chrysotile from different sources will
14  have a higher refractive indice [sic] than what is found the
10:08:45AM 15  1866b standard.
16    Q.  You said you were already getting blues from what
17  you're calling chrysotile, but in parallel, you were
18  typically getting yellows.  Right?
19    A.  Yellow-gold, yes, sir, that is correct.  That's
10:09:05AM 20  what we were getting.
21    Q.  And so the point that he is saying here is to
22  increase the -- from instead of using a 155 to use somewhere
23  in 1560 to 1570, until you turn those yellows into the blue
24  range or purple or magenta.  Right?
10:09:28AM 25    A.  Well, the yellow is only -- the yellow-gold is

## Page 47

10:09:32AM 1  only seen in the gamma discretion.  You don't see the -- I
2  would say, nine times out of ten, it's in some blue range
3  already for the alpha.
4       But what I'm curious about is we have this
10:09:46AM 5  affidavit, but then we have his peer-reviewed published
6  paper that doesn't say this.  It says the opposite.
7    Q.  Okay.  All I'm asking you, again, is the idea
8  would be to change the oil to move that parallel from yellow
9  into being in the blue range.  Right?  To help you
10:10:13AM 10  distinguish where the, you know, where that's really falling
11  for the particle?
12    A.  I mean, you read it correctly.  But it's not --
13  it's not what I put in his published paper.  So how am I
14  supposed to answer that, other than:  You read it correctly?
10:10:35AM 15    Q.  What are you saying --
16    A.  It's not right.  It's not -- at least when he puts
17  it out to his peers, other than to his roommate in college,
18  it's not what he says in the published paper.  So I don't
19  know what you want me to say here.
10:10:51AM 20    Q.  Let me make sure I understand.  What are you
21  saying is in his published paper that is inconsistent with
22  this?
23    A.  He doesn't say anything like this.  He says to use
24  1.560 to have it in the range of the refractive indices that
10:11:07AM 25  you're seeing.  But he says in his published paper that

## Page 48

10:11:13AM 1  there are other sources of chrysotile that give you higher
2  refractive indices in the gamma range than what the 1866b
3  is.  And he says, use 1.560 for the gamma range because it's
4  more in tune with the refractive indices you're seeing.
10:11:34AM 5       And that's what we did.
6    Q.  Okay.  And the point being that if you use a --
7  the oil that is more in tune with your -- what you are
8  reporting as your refractive indices, then you would start
9  to observe blue.
10:11:55AM 10    A.  You're not going to -- I mean, again, you read it
11  correctly.  But that's not what he's saying in that paper,
12  which is a paper that says to use these ranges.
13       And the only thing he said about changing the
14  1.560 is that, as a rule of thumb -- this is a different
10:12:23AM 15  rule of thumb now, is to have the fluid that you're using in
16  the ranges you're seeing.
17       The now for the gamma -- excuse me -- for the
18  alpha we're already seeing the blues and that's -- and the
19  1.550 works fine there.
10:12:44AM 20       The 1.560 -- also when he has a 1.560 chart that
21  he specifically says, use these charts for quick evaluation
22  for rapid identification of the types of asbestos you're
23  analyzing.
24    Q.  Now let's go to the next slide.  So here we're
10:13:18AM 25  looking at an image from one of your older reports.  Now

## Page 49

10:13:25AM 1  this is identifying talc, but then let me look -- let's look
2  at the next slide, and then we can compare them.
3    A.  So we got 1.595.
4    Q.  Okay.  So this --
10:13:37AM 5    A.  Well, that's -- that's saying 1.560.  So you'll
6  get --
7    Q.  Right.
8    A.  -- these colors.
9    Q.  Okay.  Now, I just want to -- this is a
10:13:45AM 10  representative image from your analysis of this more recent
11  bottle.  And now we're in 1560.  Right?
12    A.  Correct.
13    Q.  Okay.  Next slide.
14       So if 1560 pushes colors towards the orange, away
10:14:16AM 15  from the brighter yellows, I assume it relates to what you
16  said before.  Why is it that your new images are brighter
17  than your old images?
18    A.  Well, you realize that the one on the left-hand
19  side, we're looking at tale?
10:14:37AM 20       The one on the right-hand side, we're looking at
21  chrysotile.
22    Q.  Okay.  Why is it brighter?
23       First of all, this is not the background here.
24  This is a bottle of Johnson & Johnson.  Right?  That you're
10:14:54AM 25  analyzing.

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

14 (Pages 50 to 53)

---

Page 50

10:14:55AM  1    A.  Is that the one we just did?
2    Q.  This is -- yeah, from the Valadez report.  That's
3    a Valadez, Johnson & Johnson.
4    A.  You're using a completely different microscope.
10:15:06AM  5    Q.  Okay.
6    A.  -- with an LED lighting.  That is the bright white
7    area.  And this is the old microscope.  They're going to
8    look different.
9    Q.  Okay.  So does the one on the right look more true
10:15:19AM  10   to what the eye would see under the microscope than the one
11   on the left?
12   A.  The one on the left is what the eye would see.
13   The one on the right is what the eye would see on your
14   brightness level.  You know, you're looking at a
10:15:44AM  15   state-of-art LED different objective -- different dispersion
16   staining-type lens.  It's the infinity-type, so you can't
17   really compare them.  If you're trying to compare them as
18   the exact same color, you can't do that.  Or the
19   brightness --
10:16:05AM  20       But anyway we have -- and, you know, I guess we'll get to
21   it.  I've produced samples where we have half chrysotile and
22   half fibrous talc with the same microscope on the left-hand
23   side and you're getting similar types of brightness, but you
24   can clearly see -- same background, but you can clearly see
10:16:33AM  25   how the talc -- fibrous talc side is way brighter than

---

Page 51

10:16:39AM  1    different refractive indices than you see on the chrysotile
2    side.  So what you're trying to compare makes no sense.
3    Q.  We'll talk more about these images in a second.
4    So we're looking here at a structure that you've identified
10:16:56AM  5    as chrysotile.  Right?  With the arrows.
6    A.  Yes.
7    Q.  Okay.  And then these more rounded structures
8    around it, are those talc plates?
9    A.  Well, you have talc plates, and you have something
10:17:17AM  10   else in there.  Maybe aluminum silicates or some silica, but
11   the -- other, the blues.
12       And then you have talc particles in there.
13   Q.  Okay.  So let me make sure I understand.  The
14   blues, you think, are -- some material is neither talc
10:17:39AM  15   nor asbestos.  Right?
16   A.  Well, some of them may be asbestos.  It's just too
17   small to -- for us to resolve, especially the ones that are
18   in the perpendicular directions, blue.
19       And then you have some particulates that are, you
10:18:01AM  20   know -- fragments of something.  I don't know what it is.
21   We don't analyze and try to determine everything that's in
22   these samples.  Could be silica, or it could be something
23   else.  I don't know.
24   Q.  You can get blue on a -- even on a talc plate
10:18:17AM  25   depending on how it's oriented.  Right?

---

Page 52

10:18:21AM  1    A.  Not on a talc plate, no, because it doesn't
2    change.  Talc plate only -- you're going into the B
3    directions, which is the top flat direction.  And no matter
4    which way you turn it, you're going to pretty much get
5    similar stuff.
10:18:40AM  6    Q.  Have you seen the video of Dr. Sanchez flipping a
7    talc plate?
8    A.  Flipping it how?
9        The answer is, no, I haven't seen it.
10:18:50AM  10   Q.  Yeah, okay.
11       But anyway, so, for example, if we look at some of
12   these yellow -- like if I travel with my eye up from the
13   particle you have identified as chrysotile up towards my
14   left and up, there's like a -- you know, is that talc, that
10:19:12AM  15   yellow piece?
16   A.  Don't know.
17   Q.  Okay.
18   A.  Could be.  Probably.
19   Q.  Okay.  How does that structure that you've
10:19:26AM  20   identified as chrysotile look any different than -- in that
21   orientation, look any different than those talc plates?
22   A.  Looks completely different to me.  It doesn't have
23   the morphology.  You know, you have to understand, this is
24   Step 1 out of 5 steps of different orientation, elongation,
10:19:54AM  25   cross polars, no polars.

---

Page 53

10:19:57AM  1        No decision is made that that a chrysotile bundle
2    until we get through the whole thing.  We can't just pick
3    one photograph and say, how's it different from here?  How's
4    it different from here.  You know, if we go -- look through
10:20:12AM  5    all the photographs, which would be how you probably
6    identify chrysotile, you can start -- you can see all
7    the difference with that.
8        But you're just asking, how is that different?
9    You know, I can't -- let me see here.
10:20:34AM  10       Let me get that.  What's that number?
11   Q.  Page 33.
12   A.  If you go to the parallel direction and look at
13   those same particles, you can see a big difference.  If you
14   go to elongation, most of those -- that's a 630.  Under
10:21:21AM  15   elongation, talc plates pretty much disappear.
16       Then if you go to cross-polars you can see the
17   fibrous structure.
18       So it's -- if I can look through this and see
19   how -- it is chrysotile versus a talc plate.
10:21:56AM  20   Q.  Explain to me how you think that's chrysotile and
21   not talc.
22   A.  If you go to the next photograph in the
23   perpendicular direction, you can see the striations through
24   it.  It's almost purplish-blue.  It's just about at its
10:22:21AM  25   extinction limit, and there's -- I can see that out of a lot

---

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

15 (Pages 54 to 57)

## Page 54

10:22:24AM 1 of these other ones which are too small to really resolve.

2 Then and I go to the elongation photograph, I can

3 see that there's a talc plate. I can see that it has

4 fibrous structure. And if I go to cross-polars, I can see

10:22:46AM 5 the fibrous nature of it.

6 So it's chrysotile. It's not a talc plate. We're

7 not misidentifying -- we're not misidentifying this as

8 fibrous talc, and we're not misidentifying talc plates for

9 chrysotile.

10:23:03AM 10 Q. What in the images in the elongation would be

11 different that we're seeing here versus what you're calling

12 fibrous talc? What are we seeing here that we could not see

13 with what you're calling fibrous talc?

14 A. Well, again, we're not just -- first, I thought we

10:23:28AM 15 were comparing them to talc plates.

16 Q. Okay. I'm just asking --

17 A. Well, if we go back to the dispersion staining,

18 the -- the refractive indices is 1.564. In the -- in the

19 parallel, it is 1.561 in the perpendicular. The reason it's

10:23:55AM 20 not fibrous talc because you got a refractive indice of

21 0.003, where the fibrous talc is going to have a refractive

22 indice that is completely different.

23 For example, if you go over to the right slightly,

24 there's a white spot there. I don't know what that is. And

10:24:24AM 25 if I were to go a couple -- maybe 5 millimeters to the right

## Page 55

10:24:29AM 1 and straight up, you see a very yellow-looking structure.

2 And I can see structures in that.

3 And then if I go to the parallel, I can see this

4 brightish -- bright white and a bright blue. That's fibrous

10:24:49AM 5 talc.

6 And tell me, if you can absolutely see the

7 difference there.

8 Q. Okay. Talc in perpendicular can also be blue.

9 Right?

10:25:11AM 10 A. Fibrous talc in the perpendicular can be blue.

11 But if you compare -- if you go to the

12 perpendicular photograph, which would be the next one where

13 I said, that's talc. And look at it in the perpendicular --

14 it's not quite on perpendicular -- it's bright -- light,

10:25:31AM 15 bright blue to white. So that white puts it less than

16 1.535.

17 Q. So what is the structure to the right of the one

18 that you've identified, the larger blocky structure with

19 blue on the side? What is that? Looks like it's mostly

10:25:53AM 20 in perpendicular.

21 A. I just have to get oriented here, so give me a

22 second.

23 MR. RIVAMONTE: Mr. Dubin, I just want to clarify.

24 The image that we're currently looking at now is page 32 of

10:26:44AM 25 Dr. Longo's report, the parallel dispersion?

## Page 56

10:26:49AM 1 MR. DUBIN: On the right, yeah.

2 MR. RIVAMONTE: Okay. Yeah.

3 MR. DUBIN: I'm not sure if it has page numbers or

4 we just counted pages.

10:27:07AM 5 MR. RIVAMONTE: I'm just looking at the PDF,

6 whatever the PDF says. It's page 32.

7 Q. (BY MR. DUBIN:) Sorry, Doctor, I wasn't sure if

8 you were in the middle of --

9 A. Yeah, I heard it. I'm just looking at it. It's

10:27:20AM 10 hard to say, what is that? What is that?

11 I mean I'd have to be looking in the microscope at

12 it to tell you what that is. It's not something I

13 identified. So I don't know what's wrong with it, but I'd

14 have to be looking in the PLM scope to make a guess.

10:27:37AM 15 Q. Based on morphology, does that to appear to be a

16 talc plate?

17 A. Again, I'd have to be looking in the microscope to

18 make any decision on what that might be.

19 Q. And is that generally true? In order to properly

10:27:54AM 20 judge what colors were observed on here, you would have to

21 be at the microscope and actually look at the slide?

22 A. It's not so much the colors. It's the focus.

23 It's -- you know, I would look at elongation, at lower

24 magnification. So got kind of an oddball structure to it to

10:28:22AM 25 be chrysotile. I don't -- doesn't really have substantially

## Page 57

10:28:34AM 1 parallel sides.

2 So I can't really tell you anything else than

3 what's in the middle there because we have parallel sides.

4 I see the striations, you know, all the way through it. It

10:28:51AM 5 has the appropriate refractive indices. So it's --

6 I would have to do more to that other particle in

7 order to say, that's chrysotile. I don't see the striations

8 through it like I do the other one. It's -- I can't tell

9 you without doing more work.

10:29:14AM 10 Q. Do you still have the PLM slides for this

11 analysis?

12 A. We still do.

13 Q. Okay. I'm going to request that you preserve

14 those and we're going to request an opportunity to review

10:29:27AM 15 them, so we can -- we'll follow up about that, but I am

16 requesting that you not dispose of them.

17 The -- let's go -- so what in this oil, in 1560,

18 what should you be seeing for chrysotile for the kind of

19 chrysotile that you say is in cosmetic talc? What should

10:29:50AM 20 you be seeing, colors?

21 A. What you're seeing right there.

22 Q. Okay.

23 A. So a range, looks like everything. But we're

24 seeing the same sort of refractive indices. This one is

10:30:04AM 25 1.564. I would say 90 of what we find for chrysotile in

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

16 (Pages 58 to 61)

---

Page 58

10:30:11AM  1   cosmetic talc is in the 1.560 to the 1.569 range.
2       And if you were to average it out, it's about
3   1.566 or so.  That what's we see, the primary in elongation.
4       Q.  Not generally bright yellow.  Right?
10:30:31AM  5       A.  Not at 1.560.
6       And it wouldn't call it bright.  I would just call
7   it a yellowish-gold.
8       Q.  Okay.  And with respect to what all these blue
9   things are, the percentage of chrysotile that you say you
10:30:46AM 10  identified in these products is down around .003 to
11  .006 percent.  Right?
12      A.  Well, what we saw here was 0.002 to 0.004.  When
13  it was weight corrected, I think it was like .000 -- let
14  me just look at the report.  I don't want to put something
10:31:20AM 15  on the record that's not . . . Okay.  It's 0.0003 to
16  0.0006 percent.
17      Q.  At those percentages, is it fair to say that in
18  this field, most of the material is not going to be
19  chrysotile?
10:32:06AM 20      A.  I think we have found something to agree on,
21  Mr. Dubin.
22      Q.  Okay.  So talk to me for a second about your
23  Calidria reference SU210 in 1560.  But first, let me just
24  ask you:  Was --
10:32:39AM 25      Well, actually, I'll get to that later.  Let's

Page 59

10:32:42AM  1   just do this first.
2       So I've got an image here.  If we go to the next
3   from what I've received in morning.  And -- so we understand
4   again, this is what you're using as your reference from
10:33:06AM  5   Calidria chrysotile in 1560 oil, the same oil that you're
6   using for the Valadez bottles.  Right?
7       A.  Oh, you're pulling it up.  Okay.  I couldn't
8   figure out -- where did that come from?
9       Q.  Yeah, page 21.
10:33:26AM 10      A.  Yes, that's what we're using.
11      Q.  And so this is structure, in this Calidria
12  reference, that you've identified as being chrysotile.
13  Correct?
14      A.  Yes, sir.  It is chrysotile.
10:33:39AM 15      Q.  Okay.  So, as we point out, there's also talc in
16  this reference sample.  Right?
17      A.  Yes.
18      Q.  Okay.  Is that bright yellow?
19      A.  No.  I would say that's sort of a goldish-brown --
10:33:54AM 20  a goldish area.  It's not bright yellow at all.
21      Q.  Okay.  Is this the color that you are -- is this
22  color in your view in parallel inconsistent with talc?
23      A.  Oh, totally.
24      Q.  Is it the same color that you're seeing on the
10:34:19AM 25  talc plates?

Page 60

10:34:21AM  1       A.  Oh, the talc plates?
2       Q.  Yeah.  Are you seeing that same yellow on the talc
3   plates?
4       A.  I don't think that's the same color.
10:34:29AM  5       Q.  You don't think that that yellow is the same color
6   that you're seeing in the talc plates near it?
7       A.  I'm sorry.  Could you repeat that?
8       Q.  You don't think that yellow is the same color as
9   the talc plates that you're seeing in this image?
10:34:43AM 10      A.  No.  I don't.
11      Q.  In fact, it's brighter looking than some of the
12  talc plates?
13      A.  I would say it's a different shade.
14      Q.  Okay.  Well, let's see what shade you did call it.
10:34:56AM 15  So you give a value of 1570.  Right?
16      A.  That's right.
17      Q.  Okay.  And we can go forward one slide, and we'll
18  come back.
19      So the way we do this -- I mean, your lab is at
10:35:18AM 20  what temperature?  About 22, you said?
21      A.  21 degrees centigrade.
22      Q.  21.  Okay.  So we would look 1570, 21 degrees,
23  1560 oil, and it gives us a value of 500.  Right?
24      A.  Yes.  That's -- I guess, that's the old Su tables,
10:35:48AM 25  but 1.570 ought to be about 500.

Page 61

10:35:52AM  1       Q.  Okay.  Now let's go back one slide, back to 26.
2   And so 500, the color that we should be observing is the one
3   underneath the 500.  Right?
4       A.  It should be close to that.
10:36:07AM  5       Q.  Are you honestly telling me that when you look at
6   this image, that structure is that magenta color underneath
7   500?
8       A.  Well, no.
9       MR. RIVAMONTE:  Argumentative.
10:36:22AM 10      THE WITNESS:  I'm not saying that.  That magenta
11  color under 500 -- ours is more in the 1.572 -- you know, if
12  these are -- if he's correct.  I got to go back to my
13  tables, and we're using the tables he has in his
14  publication.  And I'd be looking at -- let me take look at
10:36:49AM 15  that.
16      Oh, I'm looking at the chrysotile.  No wonder.
17  Need to be looking at the talc that we analyzed.  Where is
18  that?  You're looking at the standard.  No wonder.  There it
19  is.
10:38:57AM 20      No, we have sort of that at the 500 mark.  Again,
21  I'd have to be under the microscope to look at it, but the
22  outer edge, I think that was averaged.  But I think that's
23  what you're using is from one of his older Su tables maybe.
24  But I don't have a problem with -- the whole thing is not
10:39:27AM 25  looking this magenta -- redder-ish [sic] purple.

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

17 (Pages 62 to 65)

---

### Page 62

10:39:30AM
1    But on the outer edge, on the top of the structure
2    it has where the Becke line is.  So I'm not concerned with
3    that.
4        Q.  Can you see anything -- again, see this little
10:39:39AM  5    particle, this yellow particle, the talc plate in between
6    these blue structures to the right of what you've mark off?
7    See those talc plates?
8        A.  I do.
9        Q.  Is there some difference that you're -- you're
10:39:57AM  10    seeing there that causes you to call this magenta and --
11        A.  No, I'm not saying the whole thing is magenta.
12    What we're doing now is we're averaging them.  It's hard to
13    see where you haven't blown it up.
14        But on the top edge, we have a little bit
10:40:19AM  15    different color there.  So I'd have to go and look at -- and
16    see if this was averaged out on it.  Because at least on my
17    photograph, I can see on that top edge where the Becke line
18    is.
19        Q.  Okay.  Let's go forward to more slides.
10:40:42AM  20    To that one, yeah.
21        So again, what we've -- we've already talking
22    about this.  Let's go one more.  Okay.
23        What color are you seeing here in this structure
24    that you've identified as chrysotile?
10:41:12AM  25        A.  Is this the new one?

---

### Page 63

10:41:15AM
1        Q.  Yep.  That's the same structure we were looking at
2    before.
3        A.  I'm going to --
4        Q.  Sure.
10:41:22AM  5        A.  -- look at my photograph.
6        Q.  Look at your photograph.
7        A.  It looks like almost a purple around the Becke
8    lines.
9        Q.  Okay.  So first, let me make sure I'm
10:41:57AM  10    understanding.  The structures above it, so, say, for
11    example, to the left of the top of the arrows, that's a talc
12    plate.  Right?
13        A.  Yep.
14        Q.  Okay.  And so you're telling me that the structure
10:42:12AM  15    that we're looking at here, you would characterize that as
16    purple, the one that you're calling chrysotile?
17        A.  I'm not talking about the structure.  I'm talking
18    about the very outside of the bundle where you're supposed
19    to be determining you're refractive indices.
10:42:32AM  20        I'm not talking about the whole structure.  I'm
21    talking about where you make the call on this as -- as
22    discussed in Dr. Su's published paper.
23        Q.  Okay.  Just so we're clear here, the 1564 is the
24    refractive indices that you give for this.  And so 1564,
10:42:59AM  25    that's structure should be purple.  Right?

---

### Page 64

10:43:05AM
1        A.  Purple, purplish-red.
2        Q.  Okay?
3        A.  That's what I'm seeing on the outer edge, not the
4    whole structure.
10:43:13AM  5        Q.  Okay.  So is it -- you're understanding then that
6    this chrysotile, it's going to be all yellow -- and it's
7    going to be yellow and then some faint line of purple on the
8    outside or something like that?  That's what you're seeing
9    here?
10:43:38AM  10        A.  What are you -- I'm not sure what you're talking
11    about.  I see no yellow on that chrysotile structure.  What
12    I'm looking at is the outer edge of the bundle.
13        Q.  Uh-huh.  Okay.  So let's keep going.  But you're
14    treating this -- for purposes of your birefringence
10:44:00AM  15    calculation, you're treating this -- the number that goes
16    into your calculation is associated with purple?
17        A.  Now, that's what it looks like to me, sitting
18    here.  Again, you know, I'd have to be sitting at the PLM
19    scope, but I can see a reddish-purple around the edge, what
10:44:22AM  20    I'm looking at right now.
21        Q.  You can't see -- because, again -- because of the
22    illumination, you can't see that also -- a little bit of an
23    edge around the talc plate up there?
24        A.  What I see around that talc plate is reds and
10:44:38AM  25    yellows.

---

### Page 65

10:44:39AM
1        Q.  Okay.  So you would characterize the talc plate as
2    red and yellow, red on the outside?
3        A.  Looking at the bottom of it, it's sort of a darker
4    red.  And then you also see areas that are yellow, and then
10:44:54AM  5    you have some areas on the very backside.
6        Q.  So talc -- sorry.
7        A.  I don't see any structures inside that talc plate.
8        Q.  But you're saying --
9        (Simultaneous speaking.)
10:45:11AM  10        A.  -- different color, a different -- different
11    colors than what we're looking at, at the chrysotile bundle.
12        Q.  But you're saying a talc plate can also have that
13    sort of reddish outside in those images.  Right?
14        A.  Well, what I'm saying is, it's different than what
10:45:29AM  15    you're pointing to.
16        Q.  But it can have like what you're seeing as a
17    reddish outline in these images, the talc plate?
18        A.  Well, what is see is yellow, a little bit of red
19    area, I see a little bit of blue area, and then I see in the
10:45:47AM  20    very front -- well, that's in the parallel -- perpin- --
21        Then I see a little bit of red, but I don't see
22    the shade of the reddish-purple that I see around the
23    chrysotile one.  Again, I'm not looking through the
24    microscope, but trying to answer your question.
10:46:03AM  25        Q.  Yeah.  So let's go ahead a little bit.  We can

---

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

18 (Pages 66 to 69)

Page 66

10:46:06AM 1    skip to the -- let's to 30 for a second.
2        The next one.
3        So the number you're assigning to that structure
4    that we looked at before in parallel is actually even more
10:46:32AM 5    dark purple than the ISO reference chrysotiles. Right?
6        A.  Well, you've got all kinds of colors there.
7    You've got bright yellow, you've got some blues in there,
8    you've got some magenta.  And of course, we're in 1.550,
9    here.  I don't believe this is 1.560, so you can't compare
10:47:07AM 10   the two.
11       Q.  I know, but just in terms of the visual color
12   where it goes on the wavelength.  On the wavelength, you're
13   saying that that structure in Johnson & Johnson is are more
14   purple than this?
10:47:23AM 15       A.  That's not purple.
16       Q.  Okay.  Well, you're saying it's farther towards
17   the purple range than this.  Correct?
18       A.  Well, you can't compare the colors.  This is in
19   1.550.  We're looking at 1.560.
10:47:40AM 20       Q.  What I'm asking you is:  The colors are associated
21   with wavelengths.  Right?  In both circumstances.  Right?
22       A.  They're associated with wavelengths, but the 1.560
23   changes that wavelength even though you will get the same
24   refractive indices because you have to look at a 1.560.  I'm
10:48:05AM 25   not -- you can't -- you can't look at this in 1.560 and then

Page 67

10:48:11AM 1    try to compare -- 1.550 and try to compare to 1.560.
2        Q.  I'm just talking about the color, the color
3    itself.  Right?  The color of this is -- you're saying
4    visually whatever oil it's in, that the structure we just
10:48:31AM 5    looked at from the Johnson & Johnson is further towards
6    purple than this.  Right?
7        MR. RIVAMONTE:  Asked and answered.
8        THE WITNESS:  You can't compare the two.
9        And, yes, it's a darker reddish-purple than, you
10:48:52AM 10   know, this magenta color eliminating the bright yellow
11   colors and ignoring the size of structure under that, that
12   is probably closer is -- is more closer to the size ranges
13   we're seeing.
14       So, yeah.  You just can't compare the two.  I told
10:49:12AM 15   you my opinion about it and what was around the edge, and
16   I'm not looking in a microscope.  I can't answer it anymore
17   and help you out here.
18       Q.  Just so we're clear what I'm asking about, I'm
19   comparing the color of this to -- go back a couple of
10:49:28AM 20   slides, please -- and this.  These are the two ones I was
21   asking you about.  Right?
22       A.  That's so misleading, Mr. Dubin.
23       Q.  Well --
24       A.  You're talking about the whole structure.  I'm
10:49:42AM 25   talking about right around the Becke line of a structure

Page 68

10:49:46AM 1    that is maybe 1 thousandths of a size of what we're looking
2    at over there and looking at it in a completely different
3    refractive indice [sic] fluid.  So, yeah.  You can do what
4    you want here, but I'm not agreeing -- I'm not saying you
10:50:02AM 5    can compare the two at all.  It's not the structure that
6    we're dealing with here.
7        Q.  Okay.  Let's go to Slide 33.  And so here you're
8    reporting this and including it in your calculations as
9    1568.  Right?  So magenta.  Right?
10:50:45AM 10       A.  We're saying the 1.568 due to what's around the
11   outer edge of that bundle.
12       Q.  For purposes of your calculation that you're using
13   this to determine this being chrysotile, you're treating
14   this as magenta.  Right?
10:51:02AM 15       A.  I'm treating it somewhere -- you can't really do
16   it like that.  I'm treating it somewhere in there, and I
17   need to check out --
18       I need to check the table you're using.
19       But I can see here, looking at it on the outer
10:51:17AM 20   edge, it's pretty -- pretty close between the two.  They're
21   1.572 to 1.573 to the 1.569 to the 1. -- the 1.567 to 1.568
22   verses the 1.69.  [sic]
23       You're only -- you got a few-thousandths of a
24   refractive indice here.  You know, looking at a very small
10:51:46AM 25   structure and I'm just on the outer edge.

Page 69

10:51:47AM 1        So you are trying to compare to the 1866b standard
2    in huge bundle.  You just can't do that.
3        Q.  I thought you told me before you saw a little red
4    sometimes on the outside of talc plate.  So how is that
10:52:03AM 5    any different than what you're seeing here?
6        A.  It's completely different.  I didn't say it was
7    the same thing.  And I don't see any talc plates in this one
8    that even comes close.
9        Q.  Why are the talc plates so dark here?  Why can't I
10:52:22AM 10   see the other talc structures, as well as this one?
11       A.  It's a different area of the sample.
12       Q.  What causes things to be obscured like that?
13       MR. RIVAMONTE:  Misstates testimony.  Vague and
14   overbroad.
10:52:52AM 15       THE WITNESS:  You're just seeing a more -- you're
16   seeing more of a concentrated area on the sample.  If I look
17   at individual structures of talc plates versus -- it's less
18   concentrated of talc particles.
19       Q.  (BY MR. DUBIN:) I don't understand.  How is -- but
10:53:09AM 20   then why can't I see the talc particles that are on here
21   clearly.  Why can't I see --
22       For example, why are the ones, down and to the
23   left, so dark?
24       A.  If I look through -- if I look through the one
10:53:31AM 25   that you say is so much better and I look through this one,

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

19 (Pages 70 to 73)

| Page 70 | Page 72 |
|---|---|

**Page 70**

10:53:36AM  1   I can find some of the top plates are just like that.

2   And also I can find a lot of top plates that are

3   not -- are just like the others.  You're looking -- you're

4   looking down through a glass slide onto a sample that is

10:53:50AM  5   basically just particulates -- in with the -- in with the

6   fluid, you're going to have different heights.

7   And the only thing that they're focusing in on to

8   make sure that it's absolutely in focus is the structure

9   we're looking at.  You know, you're point of view -- even --

10:54:15AM  10   and we're also using a -- using the --

11   The central stop objective lens is also one of

12   these infinity lenses, which gives you a broader -- where

13   you're going to see more structure.  And this could be up

14   and you can have other particles down on the glass slide.

10:54:35AM  15   This is common in polarized light microscopy where, if this

16   was somewhere else and I wanted to not focus on what's

17   important but focus on one of these other particles like

18   over here, you know, there's more of these particle that are

19   in the same plain view with the central stop lens -- that's

10:54:56AM  20   the infinity type.  This is common.

21   Q.  Okay.  Have you reviewed -- received or reviewed

22   Dr. Gunter's supplemental report about the optical

23   properties of Calidria 210 and 144 chrysotile, as compared

24   to Gold Bond elongated talc?

10:55:24AM  25   A.  Yes.

**Page 71**

10:55:25AM  1   Well, I don't know if I reviewed the report.  I

2   reviewed his deposition where he said it was yellow-gold.

3   Q.  Well, I just want to make sure you --

4   Let me look at one image from that.  We'll make it

10:55:39AM   the next exhibit in order.

6   (Exhibit 7 was subsequently marked for

7   identification.)

8   Q.  (BY MR. DUBIN:)  So this is -- trying to exemplify

9   this 155 versus -- he is using 1565 instead of 1560, just so

10:56:00AM  10   we make sure we understand the concept here.

11   So you can see that the top image is in 1552, and

12   then the bottom image is in 1565.

13   And the point is that if you -- when you raise the

14   refractive indices of the oil, now you will see chrysotile

10:56:26AM  15   as blue in parallel.  Right?  Is that a correct summary of

16   this?

17   A.  Correct.

18   MR. RIVAMONTE:  Vague and overbroad.

19   Q.  (BY MR. DUBIN:)  I'm sorry, what?  "Correct"?

10:56:41AM  20   A.  So it's initially in what?  1.552?

21   Q.  Right.

22   A.  And now it's 1.565, okay.

23   Q.  And --

24   A.  The point is what?

10:56:54AM  25   Q.  The chrysotile has turned to be blue in parallel?

**Page 72**

10:57:01AM  1   A.  Yes.

2   Q.  Okay.  When you analyzed -- when you've analyzed

3   Johnson & Johnson product in the 1560 liquid, did you see

4   any chrysotile structures that -- any structures that you're

10:57:26AM  5   calling chrysotile that were blue in parallel?

6   A.  No.

7   Of course that's 1.565, not 1.560.

8   Q.  Have you done -- how did you decide to pick 1560

9   if Dr. Su's statement was that you should pick something

10:57:57AM  10   between -- in the range of 1560 to 1570?  How did you decide

11   on 1560?

12   A.  Because the 1.560 is in the range that we're

13   seeing.

14   Two, what I noticed here, he hasn't given us any

10:58:21AM  15   refractive indices because there's no chart for 1.565.

16   So we picked 1.560 because that's what Su said to

17   do in his published paper, that we should use 1.550, slash,

18   1.560 in his chart -- his wavelength charts -- where

19   refractive indices stops at 1.560.

10:58:48AM  20   MR. DUBIN:  Okay.

21   All right.  We can take down the slide set.

22   So I'm going to change topics now and hopefully

23   speed along a little bit.

24   But I don't know whether you want to take another

10:59:03AM  25   break, whether you need anything to eat, or something like

**Page 73**

10:59:06AM  1   that.

2   THE WITNESS:  Yeah.  It's about 1:00.  I do need

3   lunch.

4   MR. DUBIN:  Okay.  Let's go off the --

10:59:09AM  5   (Simultaneous speaking.)

6   THE WITNESS:  -- go till 5:00 p.m. today.  I don't

7   know if you're going to need all that time or not.

8   MR. DUBIN:  Let's go off the record, and we can

9   discuss how long to take for lunch.

10:59:19AM  10   VIDEOGRAPHER:  The time is 9:59 a.m., Pacific

11   Time, and we're off the record.

12   This marks the end of Media II.

13   (Off the record at 12:59 p.m., and record resumes

14   at 1:49 p.m., EST)

11:49:04AM  15   VIDEOGRAPHER:  The time is 10:49 a.m., Pacific

16   Time, and we're back on the record.  This marks the

17   beginning of Media III.

18   MR. DUBIN:  Before I do anything else, I just want

19   to clean up the exhibits.

11:49:18AM  20   So Exhibit 1 will be the notice.

21   Exhibit 2 will be the Calidria SG210 references in

22   1560 oil.

23   Exhibit 3 is the Su affidavit.

24   Exhibit 4 will be the slides that I displayed.

11:49:33AM  25   Exhibit 5 will be the Valadez report.

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

20 (Pages 74 to 77)

---

Page 74

10:55:45AM 1     (Exhibit No. 5 was marked for identification.)

2     MR. DUBIN:  Exhibit 6 will be the older Chinese

3 Johnson & Johnson -- Chinese-sourced Johnson & Johnson

4 report that I displayed some images from.

10:55:45AM 5     (Exhibit No. 6 was marked for identification.)

6     MR. DUBIN:  Exhibit 7 will be the Gunter

7 supplemental report that I displayed a page from.

8     (Exhibit No. 7 was marked for identification.)

9     MR. DUBIN:  Exhibit 8 will be Dr. Su's article

11:49:59AM 10 determining asbestos refraction indices by dispersion

11 staining.

12     (Exhibit No. 8 was marked for identification.)

13     Q.  (BY MR. DUBIN:)  And so I want to go to the report

14 in this case, which I guess I've just said is Exhibit 5, and

11:50:17AM 15 ask you a little bit about that.

16     MR. DUBIN:  If we could call that up, Mike?

17     First, if we could page through to the bench

18 sheet.

19     Q.  (BY MR. DUBIN:)  So ultimately when you're under

11:50:50AM 20 here, optical data for asbestos identification, there's an

21 alpha and a gamma value 650 and 510.

22     What does that represent?

23     A.  That represents the range of the -- on the alpha

24 on the -- on the high side to the -- I mean, you know, it

11:51:17AM 25 gives the outside range between the two of the -- I think it

---

Page 75

11:51:20AM 1 was either four or five representative structures -- yeah,

2 four representative structures.  So we give it a range of

3 the alpha and gamma.  And if you look down -- so for alpha,

4 that's -- that's the highest wavelength.

11:51:46AM 5     And for the gamma, that would be the lowest

6 wavelength -- or the shortest wavelength, not the lowest.

7     Q.  So, for example, 510 in parallel would be a shade

8 of magenta?

9     A.  510?

11:52:24AM 10     Q.  Yeah.

11     A.  1.568.  I think we've already gone over that.  But

12 that is, which one?  1.568, 1.568, 1.568, 1.568.

13     Yeah, 1.568.  You know, I can see a kind of

14 reddish color around the outside, but we spent some time

11:52:59AM 15 talking about that.

16     Q.  Right.  I'm just trying -- confirming the color.

17     And 650 in a perpendicular would be a blue?

18     A.  Let's see where one is.  650, I just need to find

19 it.

11:54:14AM 20     Yes, it's blue.

21     Q.  Is 650 in perpendicular also consistent with talc

22 fiber?

23     A.  650 in perpendicular?

24     No.  It would be a -- it would be -- the

11:54:41AM 25 wavelength would be higher than that.

---

Page 76

11:54:45AM 1     Q.  What would you expect --

2     A.  A bright blue.  Around 7, 750 or so.

3     Q.  Okay.  And what would you expect for the parallel

4 for talc?

11:55:12AM 5     A.  Well, if you go to the very last pages of the

6 report, this fibrous talc has a sample.  And we're seeing

7 parallel ranges from greater than 1.595 to greater than

8 1.600.  I think those are the highest.

9     And on the flip side, we have less than 1.550 for

11:55:45AM 10 the alpha.  So it was less than 1.550.

11     Q.  Okay.  Can we then go a little bit further to the

12 image after it?

13     And now one of the things we were discussing and I

14 want to make sure that I understand, we have Becke lines.  Can

11:56:13AM 15 you explain to me what a Becke line is?

16     A.  The Becke line is the interface, essentially,

17 between the fluid and the bundle.

18     Q.  Mm-hmm.

19     A.  And it's not so much a Becke line in that it is

11:56:24AM 20 the -- I just call it that because the Becke line, if you

21 change the focus either moves out away from the particle or

22 moves in or is right on it.  So I've been calling it a Becke

23 line, but it's really the very first dispersion through the

24 crystal on the outside that doesn't have to go through all

11:56:49AM 25 the rest of the crystal to see the color.

---

Page 77

11:56:52AM 1     Q.  Because when we were discussing these images and

2 you were talking about Becke lines, you can't observe Becke

3 lines on these types of images.  Correct?

4     A.  I mean, that's correct.

11:57:05AM 5     I was just using it as an example of where you

6 look, but no these are not technically Becke lines.  That

7 was poor choice of words on my part.

8     Q.  Okay.  So some of the images that you have in this

9 report are the type of images -- whether it's in the correct

11:57:29AM 10 orientation or not -- are the type images in which you could

11 try to observe a Becke line.  Right?

12     A.  No.  It's not a Becke line because a Becke line is

13 not in the structure as this is.  This is the first outer

14 edge of the bundle that is causing a dispersion of light.

11:57:49AM 15     Q.  So I'm not talking about this image.  I'm saying

16 there are other images.

17     Let's scroll down through the report a little bit.

18 Maybe there's a better example.

19     So I don't know whether you this is even in the

11:58:22AM 20 correct view to observe a Becke line or not.  But how do

21 these kind of images relate to Becke lines?

22     A.  Well, the only really way to tell is from the

23 focal plane where it's in focus.  You're either -- out of

24 focus or in one direction or out of focus in another

11:58:47AM 25 direction and if it's a true Becke line, it will move.  It

---

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

21 (Pages 78 to 81)

Page 78

11:58:52AM 1  will move into the structure, or it will move out of the
2  structure.
3         Or it will stay at a particular -- and you will
4  know if you got the right refractive indice fluid for a
11:59:03AM 5  matching.  So you have to -- it's a way to look at unknowns.
6         You know, you put 1.550, zero in and it moves
7  away, I believe that is -- means -- and I always forget --
8  it's either too high or too low to -- and what you're
9  looking for is a fluid that you don't get movement.
11:59:29AM 10     Q.  Okay.  And just for --
11        A.  So it matches what the wavelength -- what the
12  matching wavelength.
13        Q.  Just for reference, we're looking at
14  M71614-001CSM-002.
11:59:46AM 15        So are there any images in here where we can
16  determine the colors that we're seeing in the Becke line and
17  translate those into wavelengths of light?  Or do we not
18  have images to be able to do that?
19        A.  You know, maybe.  You don't really have the image
12:00:06PM 20  there.  But the one that's parallel -- I don't know if you
21  could really do that or not.  We don't do Becke line work
22  here, so it's not something I do all the time or would do.
23        I wouldn't use Becke lines to identify a
24  particulate that's unknown.  I would start off with SEM or
12:00:30PM 25  something.

Page 79

12:00:31PM 1     Q.  Okay.  So you wouldn't be able to tell me, for
2  example, if this were a Becke line, what wavelength of light
3  that -- what color -- what wavelength of light that's
4  associated with?
12:00:45PM 5     A.  No.  In order for me to do that, I would have to
6  be sitting at the microscope, in focus, out of focus, and
7  look at that.
8        So, no, that's not something I can just do from
9  looking at this picture.  At least I can't.
12:00:59PM 10    Q.  So then for purposes of understanding your
11  testimony when you were talking about Becke lines before,
12  you just mean the edge of the image and the dispersion
13  standing?
14        A.  Correct.  I should have been more careful about
12:01:17PM 15  how I was phrasing.
16        Q.  Okay.  And in -- when we were talking earlier
17  about the tungsten lighting that was on the old microscope,
18  is it fair to say that in all of the old depositions where
19  we've talked about your chrysotile findings in Johnson &
12:01:38PM 20  Johnson, when you were speaking about the images depicting
21  gold colors or orange colors, that was with a microscope
22  that was using tungsten lighting that was adding yellow to
23  the image?
24        A.  Yeah, could be.
12:01:59PM 25        But the interesting thing is the refractive

Page 80

12:02:03PM 1  indices we were finding during that time period are just
2  about dead-on to the same ones we're finding now with 1.550
3  with the new microscopes and also the 1.560.
4        So it wasn't adding it to the point that caused
12:02:23PM 5  any misidentification.  In also the fibrous talc because
6  clearly the birefringence refractive indices were spread
7  much further apart.  So it didn't affect any of the
8  analysis.
9        But it that yellowish color that I've been told
12:02:43PM 10  comes from the tungsten filament, and which you don't have
11  with the LEDs.
12        Q.  Well, again, a lot of other things go into the
13  refractive index -- a lot of other things go into that
14  birefringence calculation and the refractive index, in other
12:02:59PM 15  words, what color you're calling and the like.  Right?
16        Forget it.  I think we both know.  Let's move on.
17        So let me back up for a second.
18        What, if anything, do you know about the bottle --
19  the source of the bottle that you tested in -- for the
20  Valadez case?
21        It's not a bottle that he's actually used.
22        Is that fair to say?
23        A.  No.  It's not at all.  I'm just getting to the
24  chain of custody so I can tell you exactly.
12:03:40PM 25        There's a correspondence that came along with the

Page 81

12:03:42PM 1  bottle.
2        Q.  Okay.
3        A.  It's in Section II -- in Section II, that -- from
4  Joseph Satterley.  And he said he purchased this Johnson
12:03:58PM 5  baby powder bottle on September 20th, 2022 near
6  Mr. Valadez's home in Merced.  Am I saying that correctly?
7  California.
8        And then I have a receipt from the Marriott
9  Courtyard from their market sundries department, I guess.
12:04:23PM 10        And it was $3.19.
11        So that's what I know about it.  It was an off-- I
12  guess because of the packaging, it must have been a -- must
13  have been a typical Marriott or one of these -- where you
14  pull it off.
12:04:50PM 15        And I also know that the sample was sealed;
16  meaning, when you take the top off there was a Johnson &
17  Johnson seal over where the holes are.
18        MR. DUBIN:  Mike, can we pull up the two images,
19  the photographs of the bottles that the plaintiff's mother
12:05:16PM 20  provided?  We'll mark those as the next two exhibits in
21  order.
22        So this will be Exhibit 9, and the other one will
23  be Exhibit 10.  Can we just pull the other one also, so we
24  can look at them in quick succession.  Let's mark the other
12:05:50PM 25  one, Mike?

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

22 (Pages 82 to 85)

## Page 82

12:06:03PM 1      Mike, are you there?  I see your mouse.

2      (Exhibit No. 9 was marked for identification.)

3      (Exhibit No. 10 was marked for identification.)

4    Q.  (BY MR. DUBIN:) While he's pulling that other one

12:06:15PM 5 up, I guess we can talk about this one.

6      Do you see a bottle of Johnson's Baby Powder in

7 the back there?

8    **A.  I do.**

9    Q.  You've looked at a lot of Johnson & Johnson

12:06:40PM 10 bottles by now.  Correct?

11    **A.  I guess I have.**

12    Q.  From looking at this, do you have any idea what

13 period of time this bottle is from?  If it's helpful, I have

14 your declaration with the bottle images if you want me to

12:07:15PM 15 call that up.

16    **A.  It is pretty close to the -- there's a 1978 one, I**

17 **think.  I'm looking for the one that -- there we go --**

18 **pretty close to a 1978.  It doesn't have the pink stripe**

19 **across the top.  And if I'm looking at the photographs from**

12:07:47PM 20 **a 1978 -- and let me just keep going forward.  Let's see if**

21 **we have some others.**

22    **Also, matches ones from the -- these are all NDL**

23 **ones.  Pretty good matches with, you know, 1984.**

24    **And just to keep looking -- I'm still looking.  I**

12:09:27PM 25 **don't have pictures of anything past the 4 and the 5.  It**

## Page 83

12:09:33PM 1 **looks like in that genre what I see here because of the**

2 **straight shoulders and no pink across the top.**

3    Q.  It look like what genre?  I'm sorry.

4    **A.  Mid '80s, into the '90s.  And I don't have a 2000.**

12:09:51PM 5 **I don't have about '95 on, but it matches everything going**

6 **up to about -- at least the pictures I have -- 1995.**

7    Q.  And then --

8    **A.  Let me see something else here.  Hold on.  I would**

9 **say some time in the 90s, early 2000s.  I don't have**

12:11:44PM 10 **examplars from that, the '98, '97, '99.**

11    Q.  How about let's look at the next exhibit,

12 Exhibit 10.  It's harder to see this, I guess.

13    **A.  That's in the -- because of that rounded**

14 **shoulder -- again, it's hard for me to see.  I'm just**

12:12:08PM 15 **looking at the top, the way it rounds off.**

16    **I would say that is sometime in the 2014s, 2015s.**

17 **At least according -- you know, I'm looking at some of**

18 **the client samples on how that rounded shoulder is, at the**

19 **top.**

12:12:26PM 20    **And does look like -- I just wish I could see that**

21 **top better.  Let me see if I've got a picture I could see**

22 **that's not blown up like that.**

23    Q.  Okay.

24    **A.  Now just because of the rounded shoulders, I would**

12:13:19PM 25 **say that's a newer bottle than the last one.**

## Page 84

12:13:22PM 1    Q.  I'll just mark as the next exhibit, the

2 declaration that you have prepared that has a number of

3 images of bottles just so it's attached here.

4    (Exhibit No. 11 was marked for identification.)

8:49:12AM 5    Q.  (BY MR. DUBIN:) But we don't have to talk about it

6 further right now.

7    Okay.  The Calidria reference -- the other

8 Calidria reference materials that you provided, I assume you

9 have electronic copies of those images.  I think we got

12:13:58PM 10 scanned copies.  But do you have electronic copies?

11    **A.  Yes.**

12    Q.  Okay.  So we'll request those and follow up about

13 it.  I see -- try to -- I assume that you still have not

14 identified any chrysotile in any Johnson & Johnson products

12:14:26PM 15 by transmission electron microscopy; is that correct?

16    **A.  (No audible response.)**

17    Q.  And you did transmission electron microscopy also

18 with respect to the Valadez bottle that you received.

19 Right?

12:14:46PM 20    **A.  Yes.**

21    Q.  And did you do both with and without heavy density

22 liquid separation or just with?

23    **A.  Just with for amphiboles, 2.85.**

24    Q.  Okay.  And, you know, one of the things I think

12:15:07PM 25 you've already mentioned is that number of defense experts,

## Page 85

12:15:11PM 1 such as Dr. Gunter or Dr. Sanchez, have questioned your

2 identification of chrysotile.

3    Why haven't you tried to identify chrysotile by

4 TEM in response to that to prove that your identification is

12:15:31PM 5 correct?

6    **A.  It is correct.  I mean, the first thing is,**

7 **there's no requirement to do TEM.**

8    **We have validated a few samples by SEM we're still**

9 **working on to maximize the -- the harvest of the chrysotile.**

12:15:54PM 10    **And it's come to my conclusion that the defense**

11 **experts are in fact misidentifying chrysotile for fibrous**

12 **talc, especially Mickey Gunter.**

13    Q.  Could you take one of the particles that you've

14 identified as chrysotile from the PLM slide, crush it up,

12:16:23PM 15 put it on a TEM grid, and verify what mineral it is?

16    MR. RIVAMONTE:  Improper hypothetical.

17    THE WITNESS:  Because we're dealing with such

18 small structures the answer is no.  We'll get there,

19 Mr. Dubin, we're just taking it -- you understand we're not

12:16:40PM 20 in a research lab.

21    Q.  I --

22    **A.  We don't -- hold on.  I don't get grants that we**

23 **can do this full-time.  You know, it took the Colorado**

24 **School of Mines -- a big university, it was full-time --**

12:16:53PM 25 **took them a year to work out their heavy -- their double**

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

23 (Pages 86 to 89)

Page 86

12:16:58PM 1   density heavy liquid separation.  So we have validated by
2   SEM, the PLM.
3           And Sanchez and Gunter are just wrong, especially
4   Gunter since he misidentified Caldiria 210 in 1.550 that was
12:17:19PM 5   suspended in a matrix of bentonite clay.  He called it
6   fibrous talc.
7           And he also said that if he showed me a thousand
8   of these, it would be the same answer.
9       Q.  Again, so I want to make sure I understand your
12:17:36PM 10  statement.  So if you identify the particle on PLM, you can
11  take this particle off with tweezers.  Right?
12      A.  You cannot remove a particle that small.
13          I know R.J. Lee has this technique of doing it to
14  put it on an SEM stub.
12:18:00PM 15          So if you're dealing at a microscopic level, to
16  pull it out -- the coverslip off -- extract it with a very
17  thin tungsten needle and then put it on -- they put it on an
18  SEM stub and they dropped some alcohol of it or acetone to
19  remove the fluid.
12:18:23PM 20          But what they do that with, is -- are a much
21  larger particles than what we're dealing with here.
22      Q.  Okay.  Well, what size particle do you think it
23  would need to be in order for you to do that?
24      A.  Oh, about the size range I've seen for amphiboles,
12:18:41PM 25  50 microns, 100 microns.

Page 87

12:18:46PM 1       Q.  Okay.
2       A.  These are averaging about 10 microns in length and
3   about 2 microns wide.
4       Q.  Can you -- you also have an exposure report here
12:19:04PM 5   for Mr. Valadez?
6       A.  Oh, yeah.
7       Q.  So I believe there's a total weight of talc you
8   have determined that was applied to them.
9       A.  Well, yes.  But there's also a caveat in there
12:19:29PM 10  that when you get the report in the timeframe that it was
11  supposed to be, you know, given to you guys, the mother had
12  not been deposed yet.
13          And so when I did the calculations, I made some
14  assumptions, such as, you know, typically potty-training is
12:19:54PM 15  two and a half years.  The boys are three.  So I used two
16  and a half years as the timeframe that Evan was in
17  diapers -- not Evan, excuse me -- Anthony, jeez.
18          When I talked to Ian this morning because she was
19  just deposed yesterday, and she testified that it was 1.5
12:20:18PM 20  years.
21          And so that's one year too long.
22          And I also made the assumption that when Anthony
23  was bathed, he was bathed once day.  I understand she
24  testified to two times a day.  So --
12:20:33PM 25          And I put all that in the report, that I -- that I

Page 88

12:20:45PM 1   reserve the right if I have to go back and change the -- do
2   the calculations over if the testimony was not the same as
3   my assumptions.
4       Q.  Do you have any calculations, as we're sitting
12:20:58PM 5   here today?
6       A.  No, I only talked to Ian this morning with about
7   30 minutes to go before the deposition.  So it won't take
8   long.
9       Q.  Okay.  Switching gears a little bit.  You are
12:21:19PM 10  aware that Johnson & Johnson, part of its testing program
11  since the 1970s has included TEM work.  Correct?
12      A.  I have -- I am aware of that.
13      Q.  And I know now you've been involved in cases that
14  have included a number of other manufacturers of
12:21:47PM 15  talc-containing products.  Correct?
16      A.  Correct.
17      Q.  As you sit here today, are you aware of any other
18  company besides Johnson & Johnson -- that had TEM testing as
19  part of its regular testing program?
12:22:12PM 20      A.  Pfizer did a lot of their own testing.  Cyprus did
21  a lot of their own testing until they were no longer
22  involved.
23          To the extent that Johnson & Johnson tested all
24  the way and still testing, I'm not aware of any other
12:22:35PM 25  companies did it to that degree.

Page 89

12:22:41PM 1           But it was to actually find out if asbestos is
2   present, all that TEM testing that was done in all the
3   non-detects was clearly a waste of money.
4       Q.  And Amorous was a talc -- a seller of raw talc?
12:23:04PM 5       A.  It was.
6       Q.  Okay.  And Pfizer, was that in connection with
7   Pfizer products or a sale of talc?
8       A.  Both Cyprus and Pfizer were selling talc, as well
9   as using it in sales in some products.
12:23:21PM 10      Q.  How about product manufacturers?  Is there any
11  product manufacturers other Johnson & Johnson that you know
12  who had TEM as part of their routine testing?
13      A.  I don't know any other manufacturer that did the
14  amount of TEM work that Johnson & Johnson did.  That, to me,
12:23:42PM 15  was a methodology designed specifically not to find
16  asbestos.  Since Johnson & Johnson absolutely knew that they
17  had a method developed that was too sensitive for their
18  detection limits and went with the typical dilution
19  method --
12:24:03PM 20          So one the hand, no.  I don't know any other
21  companies maybe did many analysis.  I know either, it's
22  Cyprus or Pfizer -- maybe Cyprus analyzed over 2,000 samples
23  by TEM from Montana and Italy.
24          I think the got those right.
12:24:23PM 25          So maybe -- and they were finding asbestos.  They

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

24 (Pages 90 to 93)

| Page 90 | Page 92 |
|---|---|

**Page 90**

12:24:26PM  1   have done more -- I don't know how many that Johnson &
2   Johnson has done, but I don't think it's north of 2,000 or
3   even close to 2,000.
4   MR. DUBIN:  Okay.  Let me take -- let's take a
12:24:39PM  5   10-minute break.  I'm going to review my notes and see if
6   I've got anything I need to do.
7   THE WITNESS:  Okay, great.  Thank you.
8   VIDEOGRAPHER:  The time is 11:24 a.m., Pacific
9   Time, and we're off the record.
12:24:52PM  10   This marks the end of Media III.
11   (Off the record at 2:24 p.m., and record resumes
12   at 2:38 p.m., EST)
13   VIDEOGRAPHER:  The time is 1:18 a.m., Pacific
14   Time, and we're back on the record.
12:38:55PM  15   This marks the beginning of Media IV.
16   THE WITNESS:  Mr. Dubin?
17   MR. DUBIN:  Yep.
18   THE WITNESS:  I went through and did the --
19   recalculated based on the mother's deposition and it's only
12:39:10PM  20   11 pounds more than the 2019.  So 240 pounds.
21   Q.  (BY MR. DUBIN:)  Was MAS NAV ever accredited for
22   asbestos testing in 2001?
23   A.  In 2001?
24   Q.  Yeah.
12:39:26PM  25   A.  I believe so.

**Page 91**

12:39:30PM  1   Q.  Do you -- are you aware of whether that
2   accreditation involved participating in bulk proficiency
3   testing?
4   A.  Ever since we became a member, we were, yes.
12:39:42PM  5   Q.  Does MAS have records related to those
6   accreditations?
7   A.  All the way back then?  I don't know how far it
8   goes.
9   I thought when you guys did your foyer and got all
12:39:55PM  10   the records that you got everything you needed.
11   Q.  Okay.  Do you recall if any of this bulk
12   proficiency tested involved Calidria?
13   A.  I've seen that, and I've never checked to see if
14   we were part of that or not.
12:40:13PM  15   Q.  All right.  We'll request any materials that you
16   have about that.  We'll follow up with a request for it.
17   And on that subject, we've been talking a lot
18   about SG210 or RG144 and that those are different grades of
19   what's called -- sometimes called Calidria asbestos.
12:40:35PM  20   Correct?
21   A.  Correct.
22   Q.  And that was a trade name for asbestos sold by a
23   company called Union Carbide.  Right?
24   A.  Correct.
12:40:46PM  25   Q.  And it was mined from the New Idria Serpentine

**Page 92**

12:40:54PM  1   deposits in California.  Correct?
2   A.  Correct.
3   Q.  And it's a unique geologic -- that mine is unique
4   geological feature, in other words what's called short fiber
12:41:10PM  5   chrysotile asbestos.  Right?
6   A.  Yes.
7   Q.  And there are certain -- without getting into it,
8   there are certain geological features that are believed to
9   have resulted in that asbestos type, including obviously
12:41:27PM  10   there's a lot of tectonic activity in that region.
11   Is that right?
12   A.  I don't know what the geological features are that
13   caused the formation of the Calidria or the Coalinga
14   chrysotile versus, say, Canada.
12:41:47PM  15   Q.  That's fine.
16   A.  It definitely has a different characteristic, if
17   you're not looking at it in a product.  It literally looks
18   like talcum powder.
19   Q.  Right.  I mean, in fact I think that the people
12:42:00PM  20   who discovered that deposit originally thought it was a talc
21   deposit.  Right?
22   A.  That, I don't know.
23   Q.  My question is:  When you say that the chrysotile
24   in cosmetic talcum powder is similar to the Calidria
12:42:22PM  25   chrysotile, is that at all related to geological conditions,

**Page 93**

12:42:26PM  1   or are you saying only that it's the milling process that
2   makes that occur?
3   A.  When I say, it's relative, it's related to -- I'm
4   talking about the refractive indices.
12:42:40PM  5   Q.  Right.
6   A.  The refractive indices are very close in 1.550 to
7   what we're finding in the amount of 1.560, the same thing.
8   And the Calidria, morphologically, is very different than
9   Canadian chrysotile, but the chemistry is not that
12:43:03PM  10   different.  So I'm trying to determine what gives it a
11   completely different set of refractive indices much higher
12   in the gamma direction in 1.550 than Canadian or Black Lake
13   chrysotile.  And the only difference is the size.
14   Q.  Right.  Well, for example, do you have any reason
12:43:26PM  15   to believe that the unique geological features that produced
16   Calidria asbestos in California exist also in all the talc
17   mines in which you're finding chrysotile?
18   A.  I doubt that if you're going to have tectonic
19   movement.
12:43:50PM  20   The one thing that makes it all the same is
21   that -- is the size.  It's been milled.  You know, you don't
22   find really long -- you don't find this long bundles.  And
23   we -- you know, we're seeing things on the order of
24   10-microns in length on average.
12:44:19PM  25   And then same is -- now the 144 is of a much

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

25 (Pages 94 to 97)

| Page 94 | Page 96 |
|---|---|

**Page 94**

12:44:24PM 1     bigger size. You have to look around for the smaller stuff.

2         But the 210, they're all showing up about the same

3     length that you're seeing in cosmetic talcs.

4     Q. So, again, just trying to figure out. You're not

12:44:40PM 5     saying that the unique geological features that produce

6     Caldiria exist in these talc mines, you're just saying that

7     the milling process turns into a similar size; is that

8     correct? Or is there something else to it?

9     A. No. My hypothesis is that the only real

12:44:59PM 10     difference that something that would be the same across the

11     board, is the size of the 210 that's obviously been milled

12     compared the 144.

13         You know, the 144, I think the average length

14     for -- hold on -- I'll tell you what the average length is

12:45:21PM 15     for the 144 if we're looking for the small stuff.

16         That's not it.

17         The average bundle size for the RG144 is for --

18     you know, again, not a big population -- 1, 2, 3, 4, 5, 6,

19     7, 8 with 74 microns.

12:45:58PM 20         The SG210, average length was -- you know, 15

21     measurements was 10.5.

22         The average length of the chrysotile in the

23     Gold Bond is 10.5. So what is causing the difference? It

24     can't be geological. If you look at the EDS spectras, it

12:46:28PM 25     has about the same chemistry. There's nothing weird in

**Page 95**

12:46:32PM 1     there. And of course the diffraction patterns are the same.

2         But the only one factor is, it's been milled.

3     Q. And when -- when did you do the SG210 in 1560?

4     When did you do that? When was that?

12:46:59PM 5     A. That was back in -- according to the -- it looks

6     like it was some time in this January.

7     Q. Okay. And --

8     A. Started the 1560 before that, but then we now have

9     to go back through looking at all the standards so that we

12:47:16PM 10     have a robust -- but we do have analysis of the SG210 in two

11     different matrices, bentonite and calcium carbonate, which

12     eliminates the talc.

13     Q. And those are in 1550?

14     A. Those are all in 1550.

15     I want to go back now and do it in 1560.

12:47:40PM 16     Q. Okay. And in terms of SG210 or Caldiria, how

17     different is that, if at all, from Canadian shorts, like

18     grade 7?

19     A. Canadian shorts, grade 7 is still a lot of big

12:48:04PM 20     stuff. And you're going to get -- you get the same thing.

21     It's big stuff.

22         The chrysotile needs -- and it's almost impossible

23     to sieve. So, you know, future work. Maybe -- maybe take

24     7m and liquid nitrogen freeze it and mill it. Have it pass

12:48:30PM 25     through a 200-mesh grid, and then see what it does.

**Page 96**

12:48:35PM 1     Q. Do you intend to do any work analyzing talc or

2     Calidria at 1565 or 1570?

3     A. No. You know, we'll think about 1565 where we're

4     actually using refractive indice [sic] fluid versus a

12:48:59PM 5     heating stage.

6     MR. DUBIN: Those are my questions for today.

7     I'll pass so that we can get you done.

8     Thanks, Dr. Longo.

9     THE WITNESS: Oh, thank you, Mr. Dubin.

12:49:10PM 10     Always a pleasure to see you.

11     MR. CHARCHALIS: And, Dr. Longo, are you fine if I

12     just get into it, or do you need a quick two minutes?

13     THE WITNESS: No, go ahead.

14     MR. CHARCHALIS: All right. Thank you.

12:49:21PM 15

16         EXAMINATION

17     BY MR. CHARCHALIS:

18     Q. So, as you know, I represent the retailers in this

19     litigation so you know what my questions will be focused on.

12:49:28PM 20     A. You know what my answers are going to be. I can

21     adopt all the other answers about that and skip it.

22     Q. In your calculations specific for this case, none

23     of your exposure calculations -- well, withdrawn.

24         In your calculations for this case, none of them

12:49:46PM 25     were specific to the retailers. Correct?

**Page 97**

12:49:48PM 1     A. Correct.

2     Q. And after you obtained some additional information

3     from Mr. Rivamonte this morning regarding the mother's

4     deposition, you don't intend to perform any calculations

12:50:02PM 5     specific to the retailers. Correct?

6     A. That is correct. I am not.

7     Q. And I'm just going to -- as a brief

8     hypothetical -- represent to you that in her dep testimony

9     yesterday, Mr. Valadez's mother stated that she was unable

12:50:21PM 10     to estimate how many containers of Johnson's Baby Powder she

11     purchased from any individual retailer on average in a year.

12     She was unable to estimate which retailer she purchased the

13     most of the product from.

14         And so based upon those, assuming that is

12:50:44PM 15     correct -- that I'm representing her testimony correctly to

16     you -- you will not be performing any calculation specific

17     to the retailers. Correct?

18     A. I will not try to assign any amount of containers

19     to any particular retailer.

12:50:59PM 20     Q. Okay.

21     MR. RIVAMONTE: Just a belated objection.

22     Objection to the extent it misstates testimony. And

23     improper hypothetical.

24     MR. CHARCHALIS: That's fine. And any other

12:51:11PM 25     objections, I'll stipulate if it's brought up throughout the

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

26 (Pages 98 to 101)

## Page 98

12:51:11PM  1  case, that if it's belated, it's timely.

2  Q.  (BY MR. CHARCHALIS:)  Okay.  So I have here -- let

3  me share my screen.  I'll do this as quick as possible --

4  from one of your --

12:51:32PM  5  Do you see a document that says:  Mass chart of

6  J & J, at the top?  September 16th, 2021.

7  A.  Yes.

8  Q.  Is that -- I went through the documents you

9  produced.  To me, this appeared to be the most recent one.

12:51:50PM  10  Is this the most recent chart?

11  A.  It is.  It was updated September 16th, 2021.

12  And this container that I analyzed, is probably

13  the first Johnson & Johnson container that we've analyzed in

14  a couple years.  I mean, ever since bankruptcy.

12:52:09PM  15  Q.  And so that's leading to my next question.  The

16  only container that would not be in this chart is the one

17  you recently tested, that you have opened thus far in this

18  case.  Correct?

19  A.  Correct.

12:52:23PM  20  MR. CHARCHALIS:  Could we go off the record for

21  one second?

22  VIDEOGRAPHER:  Okay.  The time is 11:52 a.m.

23  Pacific Time, and we're off the record.

24  This marks the end of Media IV.

12:53:22PM  25  (Off the record at 2:52 p.m., and record resumes

## Page 99

12:53:22PM  1  at 2:53 p.m., EST)

2  VIDEOGRAPHER:  Time is 11:53 a.m., Pacific Time,

3  and we are back on the record.

4  This marks the beginning of Media V.

12:53:44PM  5  MR. CHARCHALIS:  All right.  Thank you for that.

6  Q.  (BY MR. CHARCHALIS:)  So turning to what is --

7  going down, you see 18 here?

8  Sorry, not that one.

9  A.  18.  I have my own, so I can follow along.

12:54:01PM  10  Q.  You have your own?  All right.  So I'm on -- I'm

11  in the table titled, Table II, Containers from outside J & J

12  archive post and at Container 18.

13  Are you there?

14  A.  I am.

12:54:22PM  15  Q.  Okay.  So for source there, it says:  Retailer

16  CVS, Rite Aid and Albertsons and from the client, Linda

17  Zimmerman.

18  That information that is from CVS, Rite Aid or

19  Albertsons, that was from another attorney.  Correct?

12:54:44PM  20  A.  Well, yes.  It was from her deposition.

21  Q.  Okay.  And so --

22  A.  This is where I bought them at.

23  Q.  And this is -- and I believe and we've talked

24  about it before, so I'm not going to try -- I'm going to try

12:54:54PM  25  and not belabor it, but I just want to make sure I'm

## Page 100

12:54:57PM  1  correct.

2  Was this one of the sections that she input the --

3  the attorney input the information into the chart for you?

4  A.  Yes.  I asked her to do that so I wouldn't have to

12:55:09PM  5  go back and look through all the depositions.

6  Q.  And so you didn't review the deposition to

7  determine whether it was CVS, Rite Aid or Albertsons?

8  A.  No.  She didn't know where they came from.

9  Q.  Okay.

12:55:22PM  10  A.  No, I did read the depositions because I was in

11  all those cases.

12  But things like MAS, you know:  Retailer, Publix,

13  that's where I bought it.  So anything that says "MAS," is I

14  filled it.

12:55:40PM  15  Q.  Okay.  And so for this one, the plaintiff who

16  provided the container did not know if it was from --

17  actually from Albertsons, they just said it could have been

18  from CVS, Rite Aid or Albertsons.  Correct?

19  A.  Right.  It's this is where she purchased her

12:55:57PM  20  containers.

21  And I just put them in there.  But I don't have

22  any opinions about any of the retailers.  You know,

23  knowledge of who knew what, when; should they have worn it,

24  that's not my area.  It doesn't matter what retailer it

12:56:09PM  25  comes from, to me, I'm just analyzing the product.

## Page 101

12:56:11PM  1  Q.  And I appreciate that.  That will help expedite

2  things.  But I have to ask a few more followups on these.

3  So just to be clear, there's no container that you

4  purchased from Albertsons.  Correct?

12:56:28PM  5  A.  Correct.  We don't have an Albertsons here.

6  Q.  And are there any containers where you identify

7  the source as only Albertsons, that you tested?

8  A.  Not that I'm aware of.

9  Q.  Okay.  I'll represent that this is --

12:56:44PM  10  A.  Possibly in here, but I don't think there is one

11  from Albertsons.

12  Q.  Okay.  I'll represent I reviewed the chart and

13  this 18 in Table II was the only one that references

14  Albertsons, I believe.  It's my understanding that the

12:57:00PM  15  plaintiff testified, the CVS, Rite Aid or Albertsons.  So we

16  can move on from Albertsons.

17  So now next going to 26 in this table.  So 26 --

18  are you there?

19  A.  Yeah.

12:57:22PM  20  Q.  So this is Container ID M71211-001.  And these

21  were from Holly Johnson, the source.  And I'm going to --

22  A.  You still at the top of II?

23  Q.  I believe I am let me just doublecheck.

24  A.  Well, I mean, here's Table I.

12:57:40PM  25  Q.  Yep.  Table II.

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

27 (Pages 102 to 105)

---

### Page 102

12:57:41PM

1    A.  Table II.  I just must have been in the wrong
2  place, which -- surprising to me.  Okay, I've got it.
3    Q.  Okay.  So the sources in 26 and 27 is off the
4  shelf from client Holly Johnson, and it says:  Retailer,

12:58:01PM
5  Walmart.com.  Do you see that?
6    A.  Retailer No. 20?
7    Q.  26 and 27?
8    A.  Oh, 26.  Yes, it says Walmart.
9    Q.  Walmart.com.  Correct?

12:58:12PM
10    A.  Correct.
11    Q.  Okay.  And so I'm correct that Ms. Holly Johnson
12  purchased this offline.  She didn't actually get this from
13  the shelf in a Walmart.  Correct?
14    A.  That is correct.

12:58:27PM
15    Q.  And isn't it correct that this was from a
16  third-party seller that was selling products using the
17  Walmart website?
18    Is that correct?

12:58:40PM
19    A.  That, I don't know unless that's in the chain of
20  custody.
21    Q.  Okay.  So if the receipts indicate that, you would
22  have no reason to dispute it, if any of the documents
23  indicate that?
24    A.  That's correct.  I have no reason to dispute it.

12:58:50PM
25    Q.  Okay.  But you would agree that these containers

---

### Page 103

12:58:53PM
1  were not purchased from within a physical Walmart store.
2  Correct?
3    A.  I would agree.
4    Q.  Okay.  And now, going down to 32 and 33.  So

12:59:04PM
5  that's M71211-007 and -008.  These are, again, Holly
6  Johnson.  It says off the shelf, but you would agree that
7  those are not off the physical shelf in a Walmart.  Correct?
8    A.  Oh, I would agree.  It wasn't intended to say off
9  the -- out of a physical shelf that somebody bought it.

12:59:28PM
10    It's just sort of a -- that it was purchased from
11  a retailer off-the-shelf-type thing.
12    Q.  And, again, you have -- if this was sold by a
13  third party seller shipped directly to Ms. Johnson by that
14  third party, it would never have been in the possession of

12:59:51PM
15  Walmart.  Correct?
16    A.  I'm not sure what that means.
17    MR. DUBIN:  Objection -- the law.
18    THE WITNESS:  If this came off the internet, it
19  wouldn't have been in a Walmart store.

1:00:08PM
20    MR. RIVAMONTE:  Objection.  Misstates California
21  law.
22    (Simultaneous speaking.)
23    THE WITNESS:  -- do you want to come pick it up at
24  the store?  Or do you want to have delivered?

1:00:20PM
25    So I don't have enough information to say which

---

### Page 104

1:00:22PM
1  that is, but it wasn't really matter to me.
2    I think, well, obviously, it matters to you more.
3    Q.  (BY MR. CHARCHALIS:)  Okay.  And so do you recall
4  reviewing the -- well, withdrawn.

1:00:37PM
5    You would have no reason to dispute any of the
6  records --
7    MR. RIVAMONTE:  I'm sorry, Mr. Charchalis, I have
8  to respond really quick to your response to my objection.
9    Just for the record, I want to refer

1:00:49PM
10  Mr. Charchalis to Bolger vs. Amazon.com, where a court of
11  appeals held that a website can be held liable under certain
12  products liability, even though it's a third-party seller.
13    That's why I'm stating:  Objection, misstates
14  California law.

1:01:06PM
15    MR. CHARCHALIS:  And, again, I haven't stated
16  anything about the law.  I asked if it was in their physical
17  possession.  I did not ask anything about legal chain of
18  distribution or potential liability.
19    But thank you.

1:01:16PM
20    THE WITNESS:  I was just going to say that.  Not.
21    Q.  (BY MR. CHARCHALIS:)  So you would have no reason
22  to dispute if the records from the Holly Johnson matter, in
23  the chain of custody, indicate that these documents were
24  purchased from a third-party seller.  Correct?

1:01:37PM
25    A.  If there's documents that show that, I don't see

---

### Page 105

1:01:40PM
1  why I would have -- if there's actually documents that show
2  that, I don't see any reason why I would dispute that.
3    Q.  Okay.  I'll move along.  Thank you.
4    25, it says off-the-shelf retailer Target.  And it

1:02:01PM
5  was sent by Humphrey, Farrington & McClain.
6    Do you know who purchased it off the shelf in
7  Target?
8    A.  Yes.  Steve Craig from Humphrey, Farrington &
9  McClain.  They're not involved in talcum powder, and

1:02:20PM
10  sometime back then I was talking -- we were talking because
11  I work on other stuff for him.  He's a plaintiff's attorney.
12    He said:  Yeah, I think my wife just bought a big
13  container.
14    I said -- I asked him, said:  Would you mind

1:02:28PM
15  sending it to me?  Has it been opened up?  So . . .
16    Q.  So this purchase had no relation to any
17  litigation?
18    A.  Nothing to do -- this law firm does not do any
19  cosmetic talc litigation.

1:02:53PM
20    Q.  Were there any other individuals that you asked,
21  outside of the scope of litigation, to send you containers
22  of baby powder that you became aware they purchased?
23    A.  Yes.
24    Q.  And who?

1:03:08PM
25    A.  Nothing to do with this case.  There's not been

---

DR. WILLIAM LONGO,   on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

28 (Pages 106 to 109)

## Page 106

1:03:16PM 1   any analysis I'm relying on.  This was a home purchase from
2   different areas around the world, and MAS is paying for the
3   analysis.
4       Q.  Well, that wasn't done on any consulting basis.
1:03:31PM 5   Correct?  Litigation --
6       A.  No.  It's my own curiosity of the containers
7   bought in different countries.
8       Q.  Okay.  And so the containers bought in different
9   countries that you're testing on your own for your own
1:03:49PM 10   curiosity, have you concluded the testing of any of those
11   containers?
12       A.  No, of course not.  They've been sitting here for
13   a while.
14       Q.  You haven't done testing on any of those
1:04:01PM 15   containers that you've collected?
16       A.  Well, I can't say I have or I haven't.  I haven't
17   issued any reports on them.  It's not in the context of
18   litigation at all.
19       And until I'm done with them all and put a report
1:04:19PM 20   together, I can't really -- I -- it's confidential to
21   us, so I'd prefer not to talk about it.
22       Q.  What is the basis for it being confidential to
23   you, if it's not in the context of any litigation?
24       A.  Well, it's for our own research.
1:04:35PM 25       MR. RIVAMONTE:  Objection.  Argumentative.

## Page 107

1:04:39PM 1       THE WITNESS:  It's not ready to be talked about or
2   start getting subpoenas about it.  And I can't even confirm
3   or deny we've tested any of them yet.
4       Q.  (BY MR. CHARCHALIS) And how would confirming or
1:04:51PM 5   denying whether you've tested any of it disclose any
6   confidential results or information?
7       MR. RIVAMONTE:  Objection.  Argumentative.
8       Counsel, Dr. Longo is not relying on any of those
9   tests, if any were conducted, for the purposes of this case.
1:05:08PM 10   So this line of questioning is argumentative and harassing.
11       THE WITNESS:  I mean, I'm not attorney so I'm just
12   saying it's not anything I am relying on in any of the
13   litigation of any cosmetic talcs.  I can neither confirm or
14   testimony that we've tested them.  I prefer not to talk
1:05:32PM 15   about it.
16       Q.  (BY MR. CHARCHALIS) I understand you may prefer
17   not to talk about it, but if you're conducting testing on a
18   product that is the same product, which is Johnson's Baby
19   Powder that's at issue in this litigation and it's not
1:05:46PM 20   subject to any consulting privilege, which some of the other
21   testing is whether or not you are comfortable testifying
22   about it, doesn't mean that we can't ask you questions about
23   it so --
24       THE WITNESS:  I understand your position, you
1:06:00PM 25   understand my position.  You will have to go to a judge.

## Page 108

1:06:03PM 1       Q.  (BY MR. CHARCHALIS)  okay.  And that's fine.  I
2   just want to make clear -- I'm just going to ask one more
3   time, then I'm going to move on.
4       So even though it's my position that that
1:06:12PM 5   investigation is not confidential under any California law,
6   it is your position that you will not be disclosing that,
7   any information about whether you've conducted any testing
8   yet on those containers?
9       A.  That's correct.
1:06:28PM 10       MR. RIVAMONTE:  And I raise the same objections as
11   before.
12       MR. DUBIN:  That's fine.
13       Q.  (BY MR. CHARCHALIS) And are any of those
14   containers sourced from Vermont, to your knowledge, that you
1:06:40PM 15   have?
16       A.  I prefer not to answer that also.  I can neither
17   confirm or deny it was sourced from Vermont.
18       Q.  Okay --
19       A.  And the one time I thought I answered a -- the
1:06:53PM 20   question about some confidential material, then it was ruled
21   that up opened the door.
22       So, you know, I don't have counsel here to advise
23   me what I should or should not say.
24       Q.  Okay.  And that's fine.  I'm just going to ask a
1:07:16PM 25   couple more questions just so the record's there, and then

## Page 109

1:07:17PM 1   I'm going to move on.
2       And so you won't, at this time, testify or provide
3   information as to whether any of those containers that you
4   have in your possession -- what retailers they're
1:07:29PM 5   potentially from.  Correct?
6       MR. RIVAMONTE:  Same objection as before.
7       THE WITNESS:  I have no idea what retailers they
8   came from.
9       MR. CHARCHALIS:  And I'll give you a running
1:07:40PM 10   objection on this line of the questions.
11       Q.  (BY MR. CHARCHALIS:) And you won't confirm where
12   any of those containers that you received are sourced from.
13   Correct?
14       Because I only asked you about Vermont, but you
1:07:52PM 15   won't, in general, about where any --
16       A.  I will give you one information.  None of them
17   have been sourced from this country.
18       Q.  And you won't state whether any of them were
19   sourced from China, one way or the other?
1:08:15PM 20       A.  Do you have retailers in China that you represent?
21       Q.  Well, you've testified -- talc.
22       I'm saying that talc was sourced from, not the
23   product was purchased in China.  The talc in the Johnson's
24   Baby Powder.
1:08:29PM 25       A.  I think we're talking about --

DR. WILLIAM LONGO,   on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

29 (Pages 110 to 113)

## Page 110

1:08:31PM  1     MR. RIVAMONTE:  Same objections as before.

2     THE WITNESS:  Yes.

3     It's a can't either confirm or deny that.  We've

4  turn over almost a hundred analysis [sic] of Chinese talc.

1:08:43PM  5     Q.  (BY MR. CHARCHALIS:)  That's fine.  I'm going to

6  move on now.  Thank you for bearing with me on that.

7     **A.  No problem.**

8     Q.  So this container of talc from Target that this

9  friend of yours sent to you, that's the only container that

1:08:58PM  10  was allegedly purchased from Target, correct, that you've

11  tested?

12     **A.  Yeah, I think so.  If there was any other ones, it**

13  **would have been I purchased from Target, but I don't think I**

14  **did.**

1:09:10PM  15     Q.  Sorry.  I don't think I heard the end of what you

16  said.  What was that?

17     **A.  It must be the only one.**

18     Q.  Okay.

19     **A.  I was looking for MAS's.  I don't think MAS bought**

1:09:24PM  20  **any from Target.**

21     Q.  And now going down to 36 and 37, that says:

22  Kazan, off-the-shelf.

23     Is that a member of the Kazan law firm that

24  purchased that and shipped it to you?  Or was it one of

1:09:40PM  25  Kazan's clients in a litigation that purchased it and sent

## Page 111

1:09:45PM  1  it to you?

2     **A.  I believe it was one of the attorneys.  You would**

3  **have to look at the chain of custody.**

4     Q.  Okay.  Thank you.  Almost through this.

1:10:06PM  5     On this one, do you see a Table III?

6  No. 1, it says:  Usually Walmart.

7     So that indicates that there is the potential that

8  it was not purchased from Walmart.  Correct?

9     **A.  Correct.**

1:10:23PM  10     Q.  Okay.  Since preparing this, you have obtained no

11  additional information that would indicate that that was

12  definitively from Walmart.  Correct?

13     **A.  I have not received any information along these**

14  **lines.  That was client sample.  So I don't know any more**

1:10:45PM  15  **details than what's written there.**

16     Q.  And now this one's here in II -- I'm sorry.  I'll

17  go down to III where it says:  Dollar General or Fred's

18  Dollar or Walmart, you would agree that that means it was

19  not definitively from Walmart; it could have been from any

1:11:03PM  20  of those three stores.  Correct?

21     **A.  Correct?**

22     Q.  And you don't have any information indicating

23  whether it was more likely Walmart than those other two

24  stores?

1:11:18PM  25     **A.  I do not.**

## Page 112

1:11:18PM  1     Q.  In this Container No. 2, just to be clear, there

2  as no asbestos identified in it, correct, where the retailer

3  was Walmart?

4     **A.  That's correct.**

1:11:30PM  5     Q.  And after reviewing this, I did not see any

6  containers that were allegedly sourced from Safeway.

7     Is that your understanding as well?

8     **A.  Yes, sir.**

9     Q.  All right.  Thank you.

1:11:50PM  10     MR. CHARCHALIS:  And I'm sorry, Mr. Court

11  Reporter -- or Ian, you may know -- what exhibit are we up

12  to?

13     MR. DUBIN:  I think we were -- the next exhibit is

1:12:49PM  14  11.

15     MR. CHARCHALIS:  Okay.  So I'll mark just the

16  chart here, to the completion of it, as Exhibit 11.

17     And I will provide that to you, Mr. Court

18  Reporter.

19     (Clarification by the court reporter.)

1:12:49PM  20     MR. CHARCHALIS:  All right.  At the end of the

21  deposition, we can just clarify -- you know, confirm what we

22  have, and just put a clarification on the record.  We don't

23  need to take up Dr. Longo's time doing that.

24     Q.  (BY MR. CHARCHALIS:)  And you won't be providing

1:12:53PM  25  any testimony about the chain of distribution for any of the

## Page 113

1:12:56PM  1  retailers.  Correct?

2     **A.  That is correct.  I will not.**

3     Q.  And you don't have any information about -- well,

4  actually withdrawn.

1:13:05PM  5     MR. CHARCHALIS:  Let me just check my notes.  I

6  may be complete.  All right.  That's it for me.

7     Thank you very much for your time, Dr. Longo.

8     THE WITNESS:  Thank you.

9     Anybody else?

1:13:31PM  10     MR. DUBIN:  No, I guess that's it.

11     THE WITNESS:  Wow.  It would be the first J & J

12  deposition I ever been in that didn't go three days.

13     MR. DUBIN:  That's what happens, when I take them.

14     THE WITNESS:  Oh, you have a question?

1:13:42PM  15     MR. DUBIN:  No.

16     THE WITNESS:  Okay.  Got it.

17     (Exhibit No. 12 was marked for identification.)

18     VIDEOGRAPHER:  The time is 12:14 p.m., Pacific

19  Time, and we're off the record.

1:14:04PM  20     This marks the end of Media V.

21  (Deposition concludes at 3:14 p.m., Eastern Standard Time.)

22     (Signature waived.)

23     --0o0--

24

25

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Page 114

1           C E R T I F I C A T E

2

3           I, the undersigned, a Certified Shorthand Reporter

4      of the State of California, do hereby certify:

5           That the foregoing proceedings were taken before

6      me via videoconferencing at the time and place herein set

7      forth; that any witnesses in the foregoing proceedings,

8      prior to testifying, were duly sworn; that a verbatim record

9      of the proceedings was made by me using machine shorthand

10     which was thereafter transcribed under my direction; that

11     the foregoing transcript is a true record of the testimony

12     given.

13          Further, that if the foregoing pertains to the

14     original transcript of a deposition in a Federal Case,

15     before completion of the proceedings, review of the

16     transcript was [ ] was not [ ] requested.

17          I further certify I am neither financially

18     interested in the action nor a relative or employee of any

19     attorney or party to this action.

20          IN WITNESS WHEREOF, I have this date subscribed my

21     name.

22          Dated:  March 6, 2023.

23

24          JOHN FAHRENWALD

25          CA CSR 14369

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

**A**

**a.m** 2:19 5:3,13
45:3,5 73:10
73:15 90:8,13
98:22 99:2
**able** 29:3 45:23
78:18 79:1
**absolutely** 20:9
55:6 70:8
89:16
**accreditation**
91:2
**accreditations**
91:6
**accredited**
90:21
**accurate** 41:18
**accusing** 42:8
**acetone** 86:18
**acknowledged**
26:17
**acknowledges**
46:13
**action** 5:10
114:18,19
**activity** 92:10
**added** 8:17 19:4
**adding** 79:22
80:4
**additional** 97:2
111:11
**address** 5:8
21:23
**adjust** 18:22,22
**administer** 6:16
**adopt** 96:21
**advise** 108:22
**affect** 12:24
23:23 80:7
**affidavit** 4:12
17:7 46:7,8,9
47:5 73:23
**ago** 11:14 14:17
26:22
**agree** 27:9 31:23
58:20 102:25

103:3,6,8
111:18
**agreed** 10:14
**agreeing** 68:4
**ahead** 6:12 9:22
12:16 65:25
96:13
**Aid** 99:16,18
100:7,18
101:15
**air** 13:17
**al** 5:16
**Alameda** 1:2 2:2
5:17
**Albertsons** 1:6
2:6 3:15 6:4
99:16,19 100:7
100:17,18
101:4,5,7,11
101:14,15,16
**alcohol** 86:18
**ALIDO** 3:4
**All's** 37:3
**allegedly** 110:10
112:6
**allow** 31:5
**allowed** 20:21
**alpha** 15:15
16:12,12 23:9
26:6 28:3 40:2
40:7 43:24
47:3 48:18
74:21,23 75:3
75:3 76:10
**alter** 1:8,10 2:8
2:10
**aluminum** 51:10
**Amazon.com**
104:10
**ambient** 14:2
**Americas** 3:11
**Amorous** 89:4
**amount** 8:18
12:18 89:14
93:7 97:18
**amphiboles**
26:15,19 84:23

86:24
**analyses** 15:21
**analysis** 8:2,19
14:20 28:11
36:4,13 49:10
57:11 80:8
89:21 95:10
106:1,3 110:4
**analyst** 17:18
18:20 19:12
**analyze** 9:23
14:23 51:21
**analyzed** 10:20
15:1 20:23
35:21 61:17
72:2,2 89:22
98:12,13
**analyzing** 10:25
11:22 12:5
14:25 20:3
21:10 37:25
48:23 49:25
96:1 100:25
**answer** 9:18
10:4,8 11:10
13:3 21:12
29:4,6,8,12
41:24 42:4
47:14 52:9
65:24 67:16
85:18 86:8
108:16
**answered** 25:24
26:7 28:16
29:1,2,7,17
39:15 44:9
67:7 108:19
**answering** 29:19
**answers** 96:20
96:21
**Anthony** 1:3 2:3
5:15 87:17,22
**anybody** 10:19
113:9
**anymore** 29:19
30:4 67:16
**anyway** 52:11

**apart** 24:25 80:7
**apertures** 18:23
**apologize** 6:14
**appeals** 104:11
**appear** 30:10,10
30:23 56:15
**appearances** 3:1
5:22
**appeared** 98:9
**appears** 19:21
**Appendix** 18:11
**apples** 30:20,20
30:20 37:17
**applied** 87:8
**appreciate**
101:1
**appropriate**
57:5
**appropriately**
30:9 31:24
**archive** 99:12
**area** 15:18 50:7
59:20 65:19,19
69:11,16
100:24
**areas** 35:16
36:25 37:21
38:13 65:4,5
106:2
**arguing** 39:12
**argument** 37:18
**argumentative**
29:18 61:9
107:7,10
**Argumentive**
106:25
**arrow** 25:19
28:15,25 29:5
29:15
**arrows** 51:5
63:11
**article** 4:17 74:9
**artificial** 14:7
**asbestos** 9:10,17
9:25 10:3,7,12
10:16 12:25
13:2 48:22

51:15,16 74:10
74:20 89:1,16
89:25 90:22
91:19,22 92:5
92:9 93:16
112:2
**asked** 9:15
11:25 17:8
28:16 29:2,17
41:21 44:9
67:7 100:4
104:16 105:14
105:20 109:14
**asking** 10:4
13:25 15:21,22
16:16,18 19:21
21:1,4 24:2
33:18,18 34:4
47:7 53:8
54:16 66:20
67:18,21
**assign** 97:18
**assigning** 66:3
**associated** 64:16
66:20,22 79:4
**assume** 27:19
49:15 84:8,13
**assumed** 13:14
**assuming** 19:6
25:5 97:14
**assumption**
87:22
**assumptions**
13:21 87:14
88:3
**ATSDR** 13:6,9
14:8
**attached** 84:3
**attorney** 99:19
100:3 105:11
107:11 114:19
**attorneys** 111:2
**audible** 84:16
**Avenue** 3:11,18
**average** 41:24
43:19,20,25
58:2 93:24

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

94:13,14,17,20
94:22 97:11
**averaged** 61:22
62:16
**averages** 41:23
43:9,16
**averaging** 62:12
87:2
**avoided** 26:12
**aware** 7:10
10:18,19 42:4
88:10,12,17,24
91:1 101:8
105:22

**B**

**B** 18:11 19:24
52:2
**baby** 8:11,18
81:5 82:6
97:10 105:22
107:18 109:24
**back** 8:4,12 9:1
9:3 24:7 27:15
29:21 31:2
38:13 40:15
45:6,9,11
54:17 60:18
61:1,1,12
67:19 73:16
80:17 82:7
88:1 90:14
91:7 95:5,9,15
99:3 100:5
105:10
**background**
12:13,22 13:1
13:2,25 14:2,7
14:10 49:23
50:24
**backside** 65:5
**balance** 30:16
31:6
**balanced** 30:9
31:24 32:11,13
**balancing** 29:24
29:24,25

**bankruptcy**
98:14
**Barnes** 3:17
**based** 24:18
56:15 90:19
97:14
**basically** 70:5
**basics** 9:4 22:19
**basis** 106:4,22
**bathed** 87:23,23
**bearing** 110:6
**Becke** 36:5 62:2
62:17 63:7
67:25 76:14,15
76:16,19,20,22
77:2,2,6,11,12
77:12,20,21,25
78:16,21,23
79:2,11
**bed** 13:24
**beginning** 45:7
73:17 90:15
99:4
**behalf** 2:18 5:20
11:2
**beholder** 25:11
**belabor** 99:25
**belated** 97:21
98:1
**believe** 9:14
14:24 19:15
20:15 66:9
78:7 87:7
90:25 93:15
99:23 101:14
101:23 111:2
**believed** 92:8
**bench** 74:17
**bentonite** 86:5
95:11
**better** 18:25
28:10 69:25
77:18 83:21
**big** 36:24 37:20
38:17 40:3
53:13 85:24
94:18 95:19,21

105:12
**bigger** 94:1
**birefringence**
24:19,22,23
25:8,14,16,20
26:4 27:13
28:5 37:7,9
40:18,21 41:10
41:15,17 42:15
42:17 43:21
64:14 80:6,14
**bit** 9:3,4 17:7
22:5 23:4,20
28:3,4 29:11
29:24 36:22
44:23 62:14
64:22 65:18,19
65:21,25 72:23
74:15 76:11
77:17 88:9
**bites** 28:23
**Black** 93:12
**blocky** 55:18
**blown** 62:13
83:22
**blue** 21:20 30:11
32:6,8,8,9,16
38:24 40:7
45:13,16,24
46:1,1,2,23
47:2,9 48:9
51:18,24 55:4
55:8,10,15,19
58:8 62:6
65:19 71:15,25
72:5 75:17,20
76:2
**blues** 16:7,11,13
16:22,23 40:2
46:16 48:18
51:11,14 66:7
**board** 94:11
**Bolger** 104:10
**Bond** 70:24
94:23
**books** 44:3
**bottle** 12:11

14:20,21 49:11
49:24 80:18,19
80:21 81:1,5
82:6,13,14
83:25 84:18
**bottles** 10:24
11:19 12:2
59:6 81:19
82:10 84:3
**bottom** 19:8,17
20:9,10 21:13
21:15 22:23
23:21 27:7
65:3 71:12
**bought** 99:22
100:13 103:9
105:12 106:7,8
110:19
**boys** 87:15
**break** 9:1 44:24
44:25 72:25
90:5
**brief** 97:7
**bright** 27:20
37:8 40:8 50:6
55:4,4,14,15
58:4,6 59:18
59:20 66:7
67:10 76:2
**brighter** 16:6
33:2 49:15,16
49:22 50:25
60:11
**brightest** 40:20
**brightish** 55:4
**brightness** 18:5
20:7,11,14,25
21:16 50:14,19
50:23
**bring** 21:19
25:12 45:12,18
**broader** 70:12
**brought** 97:25
**brownish-gol...**
16:2
**bulk** 91:2,11
**bunch** 17:8

**bundle** 23:21,24
39:10 53:1
63:18 64:12
65:11 68:11
69:2 76:17
77:14 94:17
**bundles** 16:25
23:23 28:11
93:22
**buried** 11:3
**business** 5:8

**C**

**C** 114:1,1
**CA** 1:24 3:5
114:25
**calcium** 95:11
**calculate** 41:14
43:21
**calculated** 40:19
40:22,25 41:10
42:15,18
**calculating** 41:6
**calculation**
41:18 64:15,16
68:12 80:14
97:16
**calculations**
43:18 68:8
87:13 88:2,4
96:22,23,24
97:4
**Calidria** 4:11
7:15 8:6,18,21
8:22 58:23
59:5,11 70:23
73:21 84:7,8
86:4 91:12,19
92:13,24 93:8
93:16 94:6
95:16 96:2
**California** 1:1
2:1,22 5:9,17
81:7 92:1
93:16 103:20
104:14 108:5
114:4

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

**call** 16:2 22:5,7
  22:12 46:9
  58:6,6 60:14
  62:10 63:21
  74:16 76:20
  82:15
**called** 6:19 86:5
  91:19,19,23
  92:4
**calling** 10:23
  46:17 54:11,13
  63:16 72:5
  76:22 80:15
**camera** 14:13,22
  17:11 31:4
  32:12
**Canada** 45:21
  45:23 92:14
**Canadian** 93:9
  93:12 95:17,19
**Carbide** 91:23
**carbonate** 95:11
**careful** 79:14
**case** 1:3 2:3 5:18
  5:25 7:8 9:15
  10:22 14:21,21
  21:19 74:14
  80:20 96:22,24
  98:1,18 105:25
  107:9 114:14
**cases** 88:13
  100:11
**caused** 80:4
  92:13
**causes** 62:10
  69:12
**causing** 77:14
  94:23
**caveat** 87:9
**cellulose** 42:18
**centigrade**
  60:21
**central** 22:23
  70:11,19
**certain** 23:3
  92:7,8 104:11
**certainty** 9:8

  10:1
**Certified** 2:21
  114:3
**certify** 114:4,17
**cetera** 25:10
**chain** 80:24
  102:19 104:17
  104:23 111:3
  112:25
**change** 15:6,20
  18:7 35:8
  45:11 47:8
  52:2 72:22
  76:21 88:1
**changed** 9:19,20
  13:7 15:3,25
  21:25
**changes** 15:24
  20:8 66:23
**changing** 16:19
  21:23 30:19
  48:13
**characteristic**
  24:9 92:16
**characterize**
  24:3,5,8 63:15
  65:1
**Charchalis** 3:17
  4:5 6:3,3 96:11
  96:14,17 97:24
  98:2,20 99:5,6
  104:3,7,10,15
  104:21 107:4
  107:16 108:1
  108:13 109:9
  109:11 110:5
  112:10,15,20
  112:24 113:5
**chart** 4:21 28:21
  39:24 48:20
  72:15,18 98:5
  98:10,16 100:3
  101:12 112:16
**charts** 41:3,16
  48:21 72:18
**check** 32:14
  68:17,18 113:5

**checked** 91:13
**chemistry** 93:9
  94:25
**China** 20:23
  109:19,20,23
**Chinese** 4:15
  74:2 110:4
**Chinese-sourc...**
  8:14 74:3
**choice** 77:7
**chrysotile** 7:9
  8:6,18,22,22
  10:24 11:12,21
  12:1 21:23
  22:24 23:16,22
  23:22 24:10,18
  24:21 27:13
  28:11 29:23
  30:18 31:12
  35:7,9,24
  36:21 38:16
  41:13 42:15
  45:20,22,24
  46:4,4,13,17
  48:1 49:21
  50:21 51:1,5
  52:13,20 53:1
  53:6,19,20
  54:6,9 56:25
  57:7,18,19,25
  58:9,19 59:5
  59:12,14 61:16
  62:24 63:16
  64:6,11 65:11
  65:23 68:13
  70:23 71:14,25
  72:4,5 79:19
  84:14 85:2,3,9
  85:11,14 92:5
  92:14,23,25
  93:9,13,17
  94:22 95:22
**chrysotiles** 66:5
**circumstances**
  66:21
**cite's** 27:6
**claiming** 11:21

**clarification**
  112:19,22
**clarify** 55:23
  112:21
**clay** 86:5
**clean** 73:19
**clear** 8:16 24:17
  41:22 63:23
  67:18 101:3
  108:2 112:1
**clearly** 50:24,24
  69:21 80:6
  89:3
**client** 83:18
  99:16 102:4
  111:14
**clients** 110:25
**close** 17:21,22
  18:21,23 21:14
  43:13 61:4
  68:20 69:8
  82:16,18 90:3
  93:6
**closer** 24:22
  25:13 42:9
  67:12,12
**Coalinga** 92:13
**Coast** 5:8
**collected** 106:15
**college** 47:17
**color** 16:2,14
  18:1,22 21:19
  23:16,18 24:3
  24:3 26:11
  27:21,22,24
  28:19 31:20
  32:1,24 34:4
  34:22,22 35:3
  35:25 36:14
  37:13 38:2,8,9
  38:20,22 39:3
  39:13 40:20
  43:1,9 44:8
  45:12 50:18
  59:21,22,24
  60:4,5,8 61:2,6
  61:11 62:15,23

  65:10 66:11
  67:2,2,3,10,19
  75:14,16 76:25
  79:3 80:9,15
**Colorado** 11:2
  85:23
**colors** 15:19,23
  15:24,25 16:5
  18:6 22:2,23
  23:4,23 24:22
  24:24 28:14
  29:15 30:1
  37:7 38:12,19
  39:8 49:8,14
  56:20,22 57:20
  65:11 66:6,18
  66:20 67:11
  78:16 79:21,21
**come** 8:4 9:1,3
  24:7 29:21
  33:8 40:15
  45:11 59:8
  60:18 85:10
  103:23
**comes** 21:14
  69:8 80:10
  100:25
**comfortable**
  107:21
**commencing**
  2:19
**common** 70:15
  70:20
**companies** 1:7
  2:7 3:15 6:4
  88:25 89:21
**company** 88:18
  91:23
**compare** 13:11
  13:20 31:8
  33:15 34:14
  35:20 37:20
  38:8 49:2
  50:17,17 51:2
  55:11 66:9,18
  67:1,1,8,14
  68:5 69:1

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

compared 12:23
70:23 94:12
comparing
30:20,20 36:24
37:24 54:15
67:19
comparison
13:12
compensate
31:6
complete 113:6
completely 31:7
38:11,12,16
42:10 50:4
52:22 54:22
68:2 69:6
93:11
completion
112:16 114:15
concentrated
69:16,18
concept 71:10
concerned 62:2
concluded
106:10
concludes
113:21
conclusion
85:10
conditions 20:7
30:18 33:9
92:25
conducted 107:9
108:7
conducting
107:17
confidential
106:20,22
107:6 108:5,20
confirm 8:25
107:2,13
108:17 109:11
110:3 112:21
confirming
75:16 107:4
connection 89:6
consistent 75:21

consulting 106:4
107:20
container 9:8,16
10:5,12 11:22
12:21 98:12,13
98:16 99:12
100:16 101:3
101:20 105:13
110:8,9 112:1
containers
10:20 97:10,18
99:11 100:20
101:6 102:25
105:21 106:6,8
106:11,15
108:8,14 109:3
109:12 112:6
contains 7:14
9:9,17 10:7,16
context 106:17
106:23
continue 13:14
copier 18:1
copies 84:9,10
84:10
copy 18:1,11
22:10,16
corner 40:4
Corporation
1:11 2:11 3:16
6:5
correct 7:18
8:19,20 15:4
17:13,14 19:10
21:2,24 25:8
25:22 26:20
28:15 30:11,12
31:13 32:20
34:18,25 37:9
38:3 40:21,22
42:5,6 46:19
49:12 59:13
61:12 66:17
71:15,17,19
77:3,4,9,20
79:14 82:10
84:15 85:5,6

88:11,15,16
91:20,21,24
92:1,2 94:8
96:25 97:1,5,6
97:15,17 98:18
98:19 99:19
100:1,18 101:4
101:5 102:9,10
102:11,13,14
102:15,18,24
103:2,7,15
104:24 106:5
108:9 109:5,13
110:10 111:8,9
111:12,20,21
112:2,4 113:1
113:2
corrected 58:13
correctly 47:12
47:14 48:11
81:6 97:15
correspond 23:3
correspondence
80:25
cosmetic 9:8,16
10:6,15,20,24
11:22 12:2,12
12:19 24:10
46:5 57:19
58:1 92:24
94:3 105:19
107:13
costs 26:12
counsel 5:22
107:8 108:22
counted 56:4
countries 106:7
106:9
country 109:17
County 1:2 2:2
5:17
couple 42:24
54:25 67:19
98:14 108:25
course 14:3
26:14 42:10
66:8 72:7 95:1

106:12
court 1:1 2:1
5:17,20 6:15
104:10 112:10
112:17,19
Courtyard 81:9
cover 9:4
covers 15:18
coverslip 86:16
Craig 105:8
criteria 39:9
criticism 36:19
criticized 15:7
cross 35:10
52:25
cross-polars
53:16 54:4
crush 85:14
crystal 41:22
76:24,25
crystalline 44:3
CSDS 21:19
26:11 45:12
CSR 1:24 2:22
114:25
curiosity 106:6
106:10
curious 47:4
current 9:5
10:23
currently 55:24
custody 80:24
102:20 104:23
111:3
CVS 99:16,18
100:7,18
101:15
Cyprus 88:20
89:8,22,22

**D**

D 3:10
dark 38:24 66:5
69:9,23
darker 25:5,9
25:10 65:3
67:9

data 41:9 44:2
74:20
date 114:20
Dated 114:22
Davis 27:6
day 7:7 87:23,24
days 113:12
dead-on 80:2
dealing 68:6
85:17 86:15,21
debating 39:12
decide 72:8,10
decision 53:1
56:18
declaration 4:20
82:14 84:2
Deer 41:8 42:12
44:1
defendant 5:20
defendants 1:13
2:13,19 3:9,15
5:16,25 6:4
defense 84:25
85:10
define 17:19
defining 13:3
definitely 92:16
definition 30:3
definitively
111:12,19
degree 9:7 10:1
10:11 31:7
88:25
degrees 60:21
60:22
delivered
103:24
density 11:12,17
11:18 84:21
86:1
deny 107:3
108:17 110:3
denying 107:5
dep 97:8
department
81:9
depend 13:17

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

depending
  34:10 51:25
depends 17:25
  20:4,6 34:2
depicting 79:20
deponent 2:18
  4:3
deposed 87:12
  87:19
deposit 92:20,21
deposition 1:18
  2:17 4:10 5:14
  5:19 6:8 7:2
  9:15 19:18
  20:19 27:3,5,6
  71:2 88:7
  90:19 97:4
  99:20 100:6
  112:21 113:12
  113:21 114:14
depositions 30:8
  79:18 100:5,10
deposits 92:1
designed 89:15
details 111:15
detection 9:24
  10:11 89:18
determine 27:10
  51:21 68:13
  78:16 93:10
  100:7
determined 87:8
determining
  63:19 74:10
developed 89:17
device 21:16
diapers 87:17
difference 18:18
  53:7,13 55:7
  62:9 93:13
  94:10,23
different 10:20
  22:2 24:2
  27:14 32:24
  33:1 34:20
  36:23 38:11,12
  38:16,22 46:13

48:14 50:4,8
50:15,15 51:1
52:20,21,22,24
53:3,4,8 54:11
54:22 60:13
62:15 65:10,10
65:10,14 68:2
69:5,6,11 70:6
91:18 92:16
93:8,10,11
95:11,17 106:2
106:7,8
diffraction 26:7
  95:1
dilution 89:18
direction 16:1
  16:12,13 25:19
  27:20,21 28:14
  28:24 29:5,15
  37:22 40:7,10
  52:3 53:12,23
  77:24,25 93:12
  114:10
directions 51:18
  52:3
directly 103:13
disappear 53:15
disappears
  37:16
disclose 107:5
disclosing 108:6
discovered
  92:20
discretion 47:1
discuss 15:3
  22:6 27:16
  73:9
discussed 63:22
discussing 76:13
  77:1
dispersion 22:23
  50:15 54:17
  55:25 74:10
  76:23 77:14
  79:12
displayed 73:24
  74:4,7

dispose 57:16
dispute 102:22
  102:24 104:5
  104:22 105:2
distance 25:15
distinguish
  47:10
distribution
  104:18 112:25
Doctor 56:7
document 13:6
  13:9 98:5
documents 4:11
  7:3,15 98:8
  102:22 104:23
  104:25 105:1
DOE 1:12,12
  2:12,12
doing 11:14,17
  15:10 19:19
  41:15,18 57:9
  62:12 86:13
  112:23
Dollar 111:17
  111:18
door 108:21
double 25:17
  26:6 85:25
doublecheck
  101:23
doubt 93:18
Dr 1:19 2:18 4:4
  4:17 5:14 6:18
  11:11 15:8,11
  18:17 20:8,19
  21:6 22:21
  26:8,10,18
  32:23 33:8,10
  52:6 55:25
  63:22 70:22
  72:9 74:9 85:1
  85:1 96:8,11
  107:8 112:23
  113:7
dropped 86:18
Dubin 3:10 4:4
  5:23,23 6:7,11

6:13,23 7:1,17
9:12 11:9,11
12:16 17:11
18:10,10,13,16
18:17 22:10,15
22:16,19 27:3
27:5,15 29:3
29:20 33:22
38:7 39:5
44:11,25 45:8
55:23 56:1,3,7
58:21 67:22
69:19 71:8,19
72:20 73:4,8
73:18 74:2,6,9
74:13,16,19
81:18 82:4
84:5 85:19
90:4,16,17,21
96:6,9 103:17
108:12 112:13
113:10,13,15
due 68:10
dull 16:14
duly 6:19 114:8

E

E 114:1,1
earlier 21:22
  79:16
early 83:9
easier 17:3
easily 27:10
  35:20
Eastern 2:19
  113:21
eat 72:25
edge 35:17 36:6
  36:14 37:24
  40:5 43:3
  61:22 62:1,14
  62:17 64:3,12
  64:19,23 67:15
  68:11,20,25
  77:14 79:12
edges 36:15 43:6
EDS 94:24

effect 15:19
  16:18
ego 1:8,10 2:8
  2:10
either 23:24
  26:23 27:1
  30:10 35:16
  46:4,6 75:1
  76:21 77:23
  78:8 89:21
  110:3
El 5:9
electron 84:15
  84:17
electronic 84:9
  84:10
eliminates 16:3
  95:12
eliminating 12:3
  67:10
elongated 31:18
  38:9,15 39:3
  70:24
elongation
  37:17 38:21
  52:24 53:14,15
  54:2,10 56:23
  58:3
email 18:10,13
employee
  114:18
entitled 7:14
EPA 42:14
equation 40:1
equitable 1:8,10
  2:8,10
especially 51:17
  85:12 86:3
ESQ 3:4,10,17
essentially 16:3
  76:16
EST 5:3 45:4
  73:14 90:12
  99:1
estimate 97:10
  97:12
et 5:16 25:10

DR. WILLIAM LONGO,   on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

evaluation
   48:21
Evan 87:16,17
eventually 22:13
   22:17
exact 22:1,1
   28:22 43:25
   50:18
exactly 18:24
   19:19 30:7
   44:1 80:24
Examination
   4:4,5 6:22
   96:16
examined 6:20
examplars
   83:10
example 16:6
   31:11 52:11
   54:23 63:11
   69:22 75:7
   77:5,18 79:2
   93:14
examples 38:14
excuse 13:10
   18:9 35:12
   37:23 43:23
   44:15 48:17
   87:17
exemplify 71:8
exhibit 6:8,24
   6:25 7:12,13
   7:16 17:8,10
   18:11,12 22:8
   22:9,12,13
   71:5,6 73:20
   73:21,23,24,25
   74:1,2,5,6,8,9
   74:12,14 81:22
   81:23 82:2,3
   83:11,12 84:1
   84:4 112:11,13
   112:16 113:17
exhibits 4:9
   73:19 81:20
exist 93:16 94:6
expect 15:22

34:19 76:1,3
expected 11:8
expecting 15:25
expedite 101:1
experts 84:25
   85:11
explain 12:16
   53:20 76:15
explanation
   9:20,22 29:8
exposed 12:21
exposure 12:12
   13:14,16,19,22
   14:2 87:4
   96:23
extension 35:13
extent 88:23
   97:22
extinction 38:24
   43:4,14 53:25
extract 86:16
eye 17:13 25:10
   33:22,23 34:5
   34:6 35:3
   50:10,12,13
   52:12

F
F 114:1
fact 12:25 60:11
   85:11 92:19
factor 37:8 95:2
factors 37:11
Fahrenwald
   1:24 2:21 5:21
   114:24
faint 64:7
fair 25:1,2 58:17
   79:18 80:22
faithfully 18:19
falling 47:10
familiar 26:10
far 91:7 98:17
Farrington
   105:5,8
farther 24:25
   66:16

Fax 3:6,19
feature 31:5
   92:4
features 92:8,12
   93:15 94:5
Federal 114:14
few-thousandt...
   68:23
fiber 75:22 92:4
fibers 13:1
fibrous 27:14
   30:18 35:16,21
   36:20,23,25
   37:14,23 38:15
   38:18 39:9,25
   40:5 41:14
   42:17 50:22,25
   53:17 54:4,5,8
   54:12,13,20,21
   55:4,10 76:6
   80:5 85:11
   86:6
field 58:18
figure 59:8 94:4
filament 80:10
fill 33:11
filled 100:14
finalizing 11:16
financially 5:11
   114:17
find 9:25 10:12
   12:17 57:25
   70:1,2 75:18
   89:1,15 93:22
   93:22
finding 10:23
   11:5,7,11,21
   12:1,4 16:17
   46:5 80:1,2
   89:25 93:7,17
findings 79:19
fine 48:19 92:15
   96:11 97:24
   108:1,12,24
   110:5
finish 6:10
firm 105:18

110:23
first 1:12 2:12
   6:19 11:1
   49:23 54:14
   58:23 59:1
   63:9 74:17
   76:23 77:13
   85:6 98:13
   113:11
five 13:13 75:1
flat 36:18 52:3
flip 76:9
flipping 52:6,8
Floor 3:11,18
fluid 15:9,17
   23:7 28:10
   34:10 48:15
   68:3 70:6
   76:17 78:4,9
   86:19 96:4
fluids 15:14
focal 77:23
focus 56:22 70:8
   70:16,17 76:21
   77:23,24,24
   79:6,6
focused 96:19
focusing 70:7
follow 57:15
   84:12 91:16
   99:9
follows 6:20
followups 101:2
foregoing 114:5
   114:7,11,13
forget 33:22
   78:7 80:16
forgot 7:23
form 31:18
formation 92:13
forth 114:7
forward 19:1
   60:17 62:19
   82:20
found 42:11
   46:14 58:20
four 13:7,13,13

75:1,2
foyer 91:9
fragments 51:20
fraudulently
   42:8
Fred's 111:17
freeze 95:24
Friday 1:20 2:20
friend 110:9
front 42:9 65:20
full 27:5
full-time 85:23
   85:24
further 67:5
   76:11 80:7
   84:6 114:13,17
future 95:23

G
gamma 15:15,16
   16:1 22:3 23:9
   26:6 28:1
   35:14 36:7
   38:22 43:23,24
   47:1 48:2,3,17
   74:21 75:3,5
   93:12
gears 88:9
general 15:22
   17:11 24:21
   41:6 109:15
   111:17
generally 24:24
   56:19 58:4
genre 83:1,3
geologic 92:3
geological 92:4
   92:8,12,25
   93:15 94:5,24
GEORGIA 5:1
getting 12:20
   26:6 28:21
   32:17 46:16,18
   46:20 50:23
   80:23 92:7
   107:2
give 9:22 19:18

DR. WILLIAM LONGO,   on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

20:19 21:4
29:8 43:21
48:1 55:21
60:15 63:24
75:2 109:9,16
**given** 72:14
87:11 114:12
**gives** 60:23
70:12 74:25
93:10
**glass** 70:4,14
**go** 6:12 9:22
12:16 19:1
21:17 23:12,14
23:15,20 24:13
24:15 25:4,24
27:15 28:13
29:21 32:21
34:15 36:14
39:23 40:16,16
41:4,8,12,19
42:20,21,23,25
43:3 44:13,20
45:10 48:24
53:4,12,14,16
53:22 54:2,4
54:17,23,25
55:3,11 57:17
59:2 60:17
61:1,12 62:15
62:19,22 65:25
67:19 68:7
73:4,6,8 74:13
76:5,11,24
80:12,13 82:17
88:1,7 95:9,15
96:13 98:20
100:5 107:25
111:17 113:12
**goes** 64:15 66:12
91:8
**going** 6:7 10:2
12:8 14:6,7,11
15:8 16:17
17:1 22:11,17
23:2,2 25:7
29:12 31:2,18

36:8 42:21
43:3,5,11
44:22,23 46:3
48:10 50:7
52:2,4 54:21
57:13,14 58:18
63:3 64:6,7,13
70:6,13 72:22
73:7 82:20
83:5 90:5
93:18 95:20
96:20 97:7
99:7,24,24
101:17,21
103:4 104:20
108:2,3,24
109:1 110:5,21
**gold** 70:24 79:21
94:23
**goldish** 59:20
**goldish-brown**
28:19 59:19
**good** 6:1 82:23
**grade** 95:18,19
**grades** 91:18
**Graf** 9:15 10:8
**grants** 85:22
**grayish** 33:4
**great** 21:21
23:12 90:7
**greater** 37:3
40:12 76:7,7
**green** 32:18
**Greenwood** 3:4
6:2
**grid** 85:15 95:25
**guess** 19:17 22:8
23:21 32:2,20
33:10 50:20
56:14 60:24
74:14 81:9,12
82:5,11 83:12
113:10
**guesstimate**
41:7,17
**guidance** 40:18
**Gunter** 4:16

26:24 74:6
85:1,12 86:3,4
**Gunter's** 70:22
**guys** 87:11 91:9

**H**
**half** 50:21,22
87:15,16
**hand** 89:20
**handouts** 26:25
**happen** 15:23
17:1
**happened** 19:14
**happens** 36:25
37:23 113:13
**harassing**
107:10
**hard** 20:17
22:16 56:10
62:12 83:14
**harder** 83:12
**hardest** 26:11
**Harrison** 3:5
**harvest** 85:9
**hat** 39:14
**heard** 56:9
110:15
**heating** 96:5
**heavily-loaded**
34:9
**heavy** 11:12,17
11:17 84:21
85:25 86:1
**heights** 70:6
**held** 104:11,11
**help** 30:1 47:9
67:17 101:1
**helpful** 82:13
**Hernandez** 1:3
2:3 5:15
**high** 11:7 12:20
37:6,9 41:23
74:24 78:8
**high/low** 41:23
**higher** 15:9
24:23 28:20,20
46:14 48:1

75:25 93:11
**highest** 40:19
41:5 75:4 76:8
**Highway** 5:9
**hold** 9:7 83:8
85:22 94:14
**holes** 81:17
**Holly** 101:21
102:4,11 103:5
104:22
**home** 81:6 106:1
**honestly** 61:5
**hopefully** 72:22
**hour** 44:23
**how's** 53:3,3
**Howie** 41:8
42:12 44:1
**huge** 69:2
**Humphrey**
105:5,8
**hundred** 10:24
12:1 110:4
**hypothesis** 94:9
**hypothetical**
27:23 85:16
97:8,23
**hypothetically**
43:22

**I**
**Ian** 3:4 6:1
87:18 88:6
112:11
**ID** 101:20
**idea** 21:6 37:5
47:7 82:12
109:7
**identical** 17:20
**identification**
6:25 7:16
17:10 21:24
22:9 24:18
35:9 48:22
71:7 74:1,5,8
74:12,20 82:2
82:3 84:4 85:2
85:4 113:17

**identified** 23:5
31:12 35:24
51:4 52:13,20
55:18 56:13
58:10 59:12
62:24 84:14
85:14 112:2
**identify** 53:6
78:23 85:3
86:10 101:6
**identifying**
36:21 49:1
**iDepo** 5:7,21
**Idria** 91:25
**ignoring** 67:11
**II** 3:10 45:7
73:12 81:3,3
99:11 101:13
101:22,25
102:1 111:16
**III** 73:17 90:10
111:5,17
**illumination**
19:4,4 45:17
64:22
**image** 17:12,12
19:8,13 20:13
20:15 29:22
31:25 32:24
35:23 42:24
43:2 44:6
48:25 49:10
55:24 59:2
60:9 61:6 71:4
71:11,12 76:12
77:15 78:19
79:12,23
**images** 7:14
17:16,22 19:2
19:15 21:8
30:9,23 32:22
33:2,18,22
34:21 44:19
49:16,17 51:3
54:10 65:13,17
74:4 77:1,3,8,9
77:10,16,21

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Page 122

78:15,18 79:20
81:18 82:14
84:3,9
**impacting** 26:5
**impacts** 26:3
**important** 70:17
**impossible**
95:22
**improper** 85:16
97:23
**inaccurate** 26:1
29:13
**included** 7:21
88:11,14
**including** 7:8
68:8 92:9
**inconsistent**
47:21 59:22
**increase** 10:11
25:15 46:22
**increases** 25:16
**index** 4:1 31:19
32:22 39:17
80:13,14
**indicate** 102:21
102:23 104:23
111:11
**indicates** 111:7
**indicating**
111:22
**indice** 36:18
37:2 46:14
54:20,22 68:3
68:24 78:4
96:4
**indices** 15:9,14
15:17 22:2
25:13 28:10,22
35:15,22 37:16
40:11 42:9
47:24 48:2,4,8
51:1 54:18
57:5,24 63:19
63:24 66:24
71:14 72:15,19
74:10 80:1,6
93:4,6,11

**individual** 69:17
97:11
**individually** 1:7
1:9 2:7,9
**individuals**
105:20
**infinity** 70:12,20
**infinity-type**
50:16
**information**
44:4 97:2
99:18 100:3
103:25 107:6
108:7 109:3,16
111:11,13,22
113:3
**initial** 7:21
**initially** 71:20
**input** 100:2,3
**inside** 65:7
**intend** 96:1 97:4
**intended** 14:5
103:8
**intending** 14:4
**intensity** 18:3,5
45:17
**intentionally**
8:17
**interested** 5:11
114:18
**interesting** 35:9
79:25
**interface** 76:16
**intergrowth**
38:15
**internet** 103:18
**investigation**
108:5
**involved** 88:13
88:22 91:2,12
105:9
**irivamonte@...**
3:7
**ISO** 23:15 41:2
66:5
**issue** 21:23
40:16 107:19

**issued** 106:17
**issues** 17:5
**Italy** 9:9,17 10:6
10:16 89:23
**IV** 90:15 98:24

## J

**J** 98:6,6 99:11
99:11 113:11
113:11
**January** 95:6
**jeez** 87:17
**jerked** 21:16
**John** 1:24 2:20
5:20 114:24
**Johnson** 1:6,6
2:6,6 3:9,9
4:15,15 5:16
5:16,24 8:2,2
11:2,3 12:7,7
14:14,14,23,23
14:25,25 15:1
17:16,16 29:23
29:23 32:25,25
34:17,17 49:24
49:24 50:3,3
66:13,13 67:5
67:5 72:3,3
74:3,3,3,3
79:19,20 81:4
81:16,17 82:9
82:9 84:14,14
88:10,10,18,18
88:23,23 89:11
89:11,14,14,16
89:16 90:1,2
98:13,13
101:21 102:4
102:11 103:6
103:13 104:22
**Johnson's** 8:11
82:6 97:10
107:18 109:23
**Johnson-related**
5:24
**Johnsons** 15:1
**Joseph** 81:4

**judge** 56:20
107:25
**juries** 17:17
**jury** 42:9

## K

**Kazan** 3:4 6:2
110:22,23
**Kazan's** 110:25
**keep** 25:23
64:13 82:20,24
**kick** 24:1
**kind** 33:4 34:4
56:24 57:18
75:13 77:21
**kinds** 66:6
**King** 3:10 5:24
**knew** 89:16
100:23
**know** 9:1 13:18
15:16,24 17:7
19:14,16 20:8
20:9,9,12,16
20:17,19,21
21:15 22:20,20
23:12,13,17
24:21 25:9,23
26:3 28:1,17
29:9,10 30:3
30:12,12,13
31:2,4,25 32:1
32:15,15,18
33:6 34:12,20
35:14 37:5,18
38:14 39:21,22
39:25 40:1
41:1 42:2,6,8
43:5,11,21
44:5,16 47:10
47:19 50:14,20
51:20,20,23
52:14,16,23
53:4,9 54:24
56:13,23 57:4
61:11 64:18
66:11 67:10
68:24 70:9,18

71:1 72:24
73:7 74:24
75:13 77:19
78:4,6,19,20
80:16,18 81:11
81:15 82:23
83:17 84:24
85:23 86:13
87:11,14 88:13
89:11,13,20,21
90:1 91:7
92:12,22 93:21
93:23 94:13,18
94:20 95:23
96:3,18,19,20
100:8,12,16,22
102:19 105:6
108:22 111:14
112:11,21
**knowledge**
100:23 108:14
**known** 8:17

## L

**lab** 32:23 60:19
85:20
**laboratory** 7:18
19:23 20:3
21:10 33:14
**Lake** 93:12
**large** 16:25
31:20
**larger** 31:14
55:18 86:21
**lastly** 46:7
**law** 103:17,21
104:14,16
105:18 108:5
110:23
**leading** 98:15
**leaves** 32:9,18
37:12
**LED** 30:15 31:8
50:6,15
**LEDs** 80:11
**Lee** 86:13
**left** 26:14 32:6

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

37:22 50:11,12
52:14 63:11
69:23
**left-hand** 35:11
35:23 40:4,6
49:18 50:22
**legal** 5:6 104:17
**length** 87:2
93:24 94:3,13
94:14,20,22
**lens** 50:16 70:11
70:19
**lenses** 70:12
**let's** 6:13,24 9:4
21:17 22:7,12
22:13 24:13
27:19 29:20,21
31:11 34:15
40:15,16,16
42:23 44:11,20
45:9,10 48:24
49:1 57:17
58:25 60:14
61:1 62:19,22
64:13 65:25
66:1 68:7 73:4
73:8 75:18
77:17 80:16
81:24 82:20
83:11 90:4
**level** 50:14
86:15
**liability** 104:12
104:18
**liable** 104:11
**life** 13:15,17,22
14:3
**light** 23:3 30:25
31:1 35:19
55:14 70:15
77:14 78:17
79:2,3
**lightbulb** 30:14
**lighter** 25:10
**lighting** 18:22
30:23 31:6
50:6 79:17,22

**limit** 9:24 10:11
53:25
**limited** 26:18
**limits** 89:18
**Linda** 99:16
**line** 36:5 43:14
44:8,8,14,16
44:17 62:2,17
64:7 67:25
76:15,16,19,20
76:23 77:11,12
77:12,20,25
78:16,21 79:2
107:10 109:10
**lines** 63:8 76:14
77:2,3,6,21
78:23 79:11
111:14
**lining** 18:23
**liquid** 11:12,17
11:17 21:20
22:24 72:3
84:22 86:1
95:24
**literally** 36:5
37:16 92:17
**literature** 40:22
41:1,2
**litigation** 15:13
96:19 105:17
105:19,21
106:5,18,23
107:13,19
110:25
**little** 9:3,4 17:7
22:5 23:4,20
28:3,4 29:11
29:24 36:22
44:23 62:4,14
64:22 65:18,19
65:21,25 69:3
72:23 74:15
76:11 77:17
88:9
**live** 29:10
**LLC** 3:15,16 6:5
6:5

**LLP** 3:10,17
**loaded** 34:12
**loading** 34:2
**long** 20:16 73:9
87:21 88:8
93:22,22
**longer** 27:24
88:21
**Longo** 1:19 2:18
4:4 5:14 6:18
11:11 18:17
22:21 26:8
96:8,11 107:8
113:7
**Longo's** 55:25
112:23
**look** 16:12 17:4
20:1,15 25:3
30:6 31:11,22
31:25 32:17
33:12,14,19,20
33:23,25 34:1
34:5,13,17,19
34:20,24 35:11
36:7,13 38:17
38:21,22 39:23
40:1,2 41:3,8
41:12,13,16
42:7,20,21
44:2 49:1,1
50:8,9 52:11
52:20,21 53:4
53:12,18 55:13
56:21,23 58:14
60:22 61:5,14
61:21 62:15
63:5,6 66:24
66:25 69:16,24
69:24,25 71:4
75:3 77:6 78:5
79:7 81:24
83:3,11,20
94:1,24 100:5
111:3
**looked** 13:5
20:16 35:1
42:11 66:4

67:5 82:9
**looking** 17:3
18:1,24 19:23
22:21,22 31:10
32:16,19 33:11
34:16,23 36:5
36:17 37:5
39:7,8,23
40:12,13 44:7
48:25 49:19,20
50:14 51:4
55:24 56:5,9
56:11,14,17
60:11 61:14,16
61:17,18,25
63:1,15 64:12
64:20 65:3,11
65:23 66:19
67:16 68:1,2
68:19,24 70:3
70:4,9 78:9,13
79:9 82:12,17
82:19,24,24
83:15,17 92:17
94:15 95:9
110:19
**looks** 20:2 21:4
21:8 33:24
34:6,7,7 52:22
55:19 57:23
63:7 64:17
83:1 92:17
95:5
**lot** 12:19 15:17
19:9,16 37:1
38:14 53:25
70:2 80:12,13
82:9 88:20,21
91:17 92:10
95:19
**low** 28:8,9 41:23
78:8
**lower** 9:24 24:22
25:7 28:4
56:23
**lowering** 25:20
**lowest** 40:20

41:4 75:5,6
**Lucky** 1:8,8,11
2:8,8,11 3:15
6:4
**lunch** 73:3,9

───────

**M**

**M71211-001**
101:20
**M71211-007**
103:5
**M71614-001C...**
78:14
**machine** 18:1
35:4 114:9
**machines** 14:12
**Madison** 3:18
**magenta** 16:15
16:22,25 21:20
23:18 24:2
45:13,16 46:3
46:6,24 61:6
61:10,25 62:10
62:11 66:8
67:10 68:9,14
75:8
**magenta/blue**
23:25
**magentas** 16:7
**magnification**
56:24
**majority** 39:20
**making** 13:12
13:20 24:16
41:6 42:8
**manufacturer**
89:13
**manufacturers**
88:14 89:10,11
**March** 1:20 2:20
5:2,12 114:22
**mark** 6:7 7:12
22:7,13 61:20
62:6 81:20,24
84:1 112:15
**marked** 6:25
7:16 17:10

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Page 124

22:9 71:6 74:1
74:5,8,12 82:2
82:3 84:4
113:17
**market** 81:9
**marks** 45:2,6
73:12,16 90:10
90:15 98:24
99:4 113:20
**Marriott** 81:8
81:13
**Mart** 1:9 2:9
3:15 6:5
**MAS** 10:21
90:21 91:5
100:12,13
106:2 110:19
**MAS's** 110:19
**Mass** 98:5
**MASSG210**
4:11 7:14
**match** 17:13,17
17:19,23 18:2
**matches** 78:11
82:22,23 83:5
**matching** 41:5
78:5,12
**material** 9:24
12:18 51:14
58:18 108:20
**materials** 84:8
91:15
**math** 44:18
**matrices** 95:11
**matrix** 86:5
**matter** 5:15
15:22 16:7
17:11 52:3
100:24 104:1
104:22
**matters** 104:2
**maximize** 85:9
**McClain** 3:4 6:2
105:5,9
**mcharchalis...**
3:20
**mdubin@ksla...**

3:12
**mean** 8:7 13:23
17:19 19:6
32:2 33:4
38:22 40:11
45:14 47:12
48:10 56:11
60:19 74:24
77:4 79:12
85:6 92:19
98:14 101:24
107:11,22
**meaning** 15:15
24:22,23 40:20
81:16
**means** 8:17 78:7
103:16 111:18
**measurements**
94:21
**measuring**
13:10,19
**Media** 45:2,7
73:12,17 90:10
90:15 98:24
99:4 113:20
**meets** 39:9
**member** 91:4
110:23
**mentioned**
84:25
**Merced** 81:6
**merging** 21:20
**messing** 19:19
**method** 11:1,2,3
41:2 42:3
89:17,19
**methodology**
10:23 89:15
**Michael** 3:23
5:6
**Michel-Levy**
41:3,16
**Mickey** 26:24
85:12
**microns** 86:25
86:25 87:2,3
94:19

**microscope**
14:22 15:12
17:18 18:6,18
18:20,24 19:12
19:22 20:3,7
21:2,3,9 30:24
33:14,19 34:5
34:23 35:5
39:23 50:4,7
50:10,22 56:11
56:17,21 61:21
65:24 67:16
79:6,17,21
**microscopes**
14:13 30:15
31:3 80:3
**microscopic**
86:15
**microscopy**
70:15 84:15,17
**Mid** 83:4
**middle** 43:17
56:8 57:3
**Mike** 18:13
22:14 45:8
74:16 81:18,25
82:1
**mill** 95:24
**milled** 93:21
94:11 95:2
**millimeters**
54:25
**milling** 93:1
94:7
**mind** 105:14
**mine** 10:2,21
33:15 92:3
**mined** 91:25
**mineral** 23:8
41:9 85:15
**mineral's** 23:5
**mineralogists**
44:2
**minerals** 25:17
**mines** 9:9,17
10:6 85:24
93:17 94:6

**Mines'** 11:2
**minimus** 12:23
**minutes** 88:7
96:12
**misidentificati...**
80:5
**misidentified**
86:4
**misidentifying**
36:20,21 54:7
54:7,8 85:11
**misleading**
67:22
**misstates** 39:4
69:13 97:22
103:20 104:13
**Mitchell** 3:17
6:3
**Mm-hmm** 76:18
**moderate** 28:9
**money** 89:3
**monitor** 18:25
**Montana** 89:23
**morning** 6:1
7:13 59:3
87:18 88:6
97:3
**morphologica...**
93:8
**morphology**
52:23 56:15
**Morton** 3:10
5:23
**mother** 81:19
87:11 97:9
**mother's** 90:19
97:3
**mouse** 82:1
**move** 11:9 14:11
29:20 31:18
39:15 44:22
47:8 77:25
78:1,1 80:16
101:16 105:3
108:3 109:1
110:6
**movement** 78:9

93:19
**moves** 76:21,22
78:6
**moving** 25:19
28:14,18,20,24
29:5,14,15

**N**

**naked** 34:5,6
35:2
**name** 5:6,23
10:13 91:22
114:21
**nature** 54:5
**NAV** 90:21
**NDL** 82:22
**near** 60:6 81:5
**necessary** 10:11
**need** 24:14
36:24 37:20
39:15,23 61:17
68:17,18 72:25
73:2,7 75:18
86:23 90:6
96:12 112:23
**needed** 91:10
**needle** 86:17
**needs** 95:22
**neither** 51:14
107:13 108:16
114:17
**never** 20:8 26:25
42:7 91:13
103:14
**new** 3:11,18
14:22 15:2
18:18 27:1,1
30:6,7,15
44:12 49:16
62:25 80:3
91:25
**newer** 42:25
44:19 83:25
**nine** 47:2
**nitrogen** 95:24
**non-detects**
11:24 12:1,3,4

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

12:6 89:3
**nonresponsive**
11:10
**normal** 45:17
**north** 5:8 90:2
**notes** 90:5 113:5
**notice** 4:10 6:8
7:1 73:20
**noticed** 72:14
**number** 13:13
14:1,2,6 19:24
53:10 64:15
66:3 84:2,25
88:14
**numbers** 56:3
**NY** 3:11,18

**O**

**Oakland** 3:5
**oath** 6:16 10:8
46:11
**objection** 27:23
97:21,22
103:17,20
104:8,13
106:25 107:7
109:6,10
**objections** 97:25
108:10 110:1
**objective** 50:15
70:11
**obscured** 19:13
69:12
**observe** 48:9
77:2,11,20
**observed** 56:20
**observing** 43:2
61:2
**obtained** 97:2
111:10
**obvious** 36:2
**obviously** 19:8
92:9 94:11
104:2
**occur** 93:2
**oddball** 56:24
**off--** 81:11

**off-center** 23:20
**off-the-shelf**
105:4 110:22
**off-the-shelf-t...**
103:11
**offering** 12:11
**offline** 102:12
**oh** 6:11,13 23:17
23:17 26:23
32:17 33:9
59:7,23 60:1
61:16 86:24
87:6 96:9
102:8 103:8
113:14
**oil** 7:24 8:1,23
15:4,4,20,20
16:19 21:23,25
27:18 32:22
34:24 47:8
48:7 57:17
59:5,5 60:23
67:4 71:14
73:22
**oils** 45:11
**okay** 6:7 7:6,12
7:24 8:4,9,25
9:14,22 10:13
11:9,19 12:5,8
12:16 14:16,18
15:3 16:10,16
17:15,24 19:1
19:8 21:17
22:25 23:9,12
24:7,21 25:3,4
25:18 26:8,16
27:15 29:13,20
30:2,5 31:10
31:14,17 35:2
36:2,11,15
37:12,19 40:24
44:6 45:22
47:7 48:6 49:4
49:9,13,22
50:5,9 51:7,13
52:10,17,19
54:16 55:8

56:2 57:13,22
58:8,15,22
59:7,15,18,21
60:14,17,22
61:1 62:19,22
63:9,14,23
64:2,5,13 65:1
66:16 68:7
70:21 71:22
72:2,20 73:4
76:3,11 77:8
78:10 79:1,16
81:2 83:23
84:7,12,24
86:22 87:1
88:9 89:6 90:4
90:7 91:11
95:7,16 97:20
98:2,22 99:15
99:21 100:9,15
101:9,12 102:2
102:3,11,21,25
103:4 104:3
105:3 106:8
108:1,18,24
110:18 111:4
111:10 112:15
113:16
**old** 18:25 32:24
34:16 42:24
49:17 50:7
60:24 79:17,18
**older** 14:13
17:15 29:22
30:13,24 32:12
48:25 61:23
74:2
**Olympus** 32:12
**once** 21:11
87:23
**one's** 33:5
111:16
**ONE-HUND...**
1:12 2:12
**ones** 21:12,13
22:17 24:8,9
30:15 39:6

51:17 54:1
67:20 69:22
80:2 82:22,23
110:12
**opened** 98:17
105:15 108:21
**opinion** 9:16,25
10:5 12:11,22
18:7 32:3 33:7
33:17 67:15
**opinions** 9:5
20:20 21:4
100:22
**opportunity**
57:14
**opposite** 47:6
**optical** 16:8
70:22 74:20
**orange** 43:10
49:14 79:21
**oranges** 30:21
37:18
**order** 56:19 57:7
71:5 79:5
81:21 86:23
93:23
**orientation**
52:21,24 77:10
**oriented** 51:25
55:21
**original** 19:4
114:14
**originally** 92:20
**ought** 60:25
**outcome** 5:11
**outer** 36:5,14,15
36:22 61:22
62:1 64:3,12
68:11,19,25
77:13
**outline** 65:17
**outside** 63:18
64:8 65:2,13
69:4 74:25
75:14 76:24
99:11 105:21
**overall** 36:8,13

**overbroad** 9:11
12:14 33:21
38:5 39:19
69:14 71:18
**overloaded** 34:1
**owl** 32:6,10,16
32:19 37:13
**owls** 32:3

**P**

**p.m** 45:4 73:6,13
73:14 90:11,12
98:25 99:1
113:18,21
**Pacific** 5:8,13
45:1,5 73:10
73:15 90:8,13
98:23 99:2
113:18
**packaging** 81:12
**page** 4:3,9 19:2
21:17 53:11
55:24 56:3,6
59:9 74:7,17
**pages** 1:11 56:4
76:5
**paper** 10:17
15:11,12 27:1
45:21 46:12
47:6,13,18,21
47:25 48:11,12
63:22 72:17
**parallel** 23:10
24:24 25:5,13
25:20 27:21
31:11 37:21
38:2,9,9 39:2,2
39:7 40:10,19
43:20 45:23
46:17 47:8
53:12 54:19
55:3,25 57:1,3
59:22 65:20
66:4 71:15,25
72:5 75:7 76:3
76:7 78:20
**parent** 1:7,10

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

2:7,10
**part** 26:14 77:7
88:10,19 89:12
91:14
**participating**
91:2
**particle** 43:9,17
47:11 52:13
57:6 62:5,5
70:18 76:21
86:10,11,12,22
**particles** 19:9,11
34:3 51:12
53:13 69:18,20
70:14,17 85:13
86:21
**particular** 23:6
23:7,7 78:3
97:19
**particulate**
78:24
**particulates**
51:19 70:5
**party** 5:10
103:13,14
114:19
**pass** 95:24 96:7
**patterns** 95:1
**paying** 106:2
**PDF** 56:5,6
**peer-reviewed**
10:14,17 47:5
**peers** 47:17
**people** 17:25
23:25 92:19
**percent** 8:6
10:24 12:1
58:11,16
**percentage** 11:7
12:20 58:9
**percentages**
58:17
**perform** 97:4
**performing**
97:16
**period** 80:1
82:13

**perpendicular**
23:9 24:24
25:6,12,18
37:22 39:1
40:3,20 43:20
51:18 53:23
54:19 55:8,10
55:12,13,14,20
75:17,21,23
**perpin-** 65:20
**person** 13:18
33:10
**person's** 13:22
14:3
**pertains** 114:13
**Pfizer** 88:20
89:6,7,8,22
**Phone** 3:6,12,19
**Photo** 4:18,19
**photo-editing**
19:5
**photograph**
53:3,22 54:2
55:12 62:17
63:5,6
**photographs**
18:4 19:20
20:18,21 31:2
31:8 33:16
53:5 81:19
82:19
**Photoshop** 19:7
20:10,11,21
**Photoshopped**
20:18 21:5
**Photoshopping**
19:17 21:16
**phrasing** 79:15
**physical** 103:1,7
103:9 104:16
**pick** 15:14 53:2
72:8,9 103:23
**picked** 72:16
**picture** 20:10
32:11,16 36:3
37:12 79:9
83:21

**pictures** 32:3
33:6 82:25
83:6
**piece** 37:25 39:3
52:15
**pink** 82:18 83:2
**place** 25:24
102:2 114:6
**plain** 70:19
**plaintiff** 1:4 2:4
3:3 5:15 6:2
100:15 101:15
**plaintiff's** 81:19
105:11
**plait** 38:3
**plane** 77:23
**plate** 38:18
39:18 51:24
52:1,2,7 53:19
54:3,6 56:16
62:5 63:12
64:23,24 65:1
65:7,12,17
69:4
**plates** 33:13
34:22 36:16
37:24 38:10,18
39:2 40:5 51:8
51:9 52:21
53:15 54:8,15
59:25 60:1,3,6
60:9,12 62:7
69:7,9,17 70:1
70:2
**platy** 31:16,17
35:17,25 36:17
36:19,21 37:13
37:14,14,23,25
39:25
**please** 6:9,15
18:10 45:8
67:20
**pleasure** 96:10
**PLM** 14:12,22
19:23 21:2,3,9
32:22 33:10,13
33:19 34:13,23

35:3,5 56:14
57:10 64:18
85:14 86:2,10
**point** 9:6 14:13
32:5,15 38:13
38:14 39:6,14
45:25 46:21
48:6 59:15
70:9 71:13,24
80:4
**pointing** 65:15
**polarized** 70:15
**polars** 52:25,25
**poor** 77:7
**population**
94:18
**portion** 11:10
27:10
**position** 107:24
107:25 108:4,6
**possession**
103:14 104:17
109:4
**possible** 17:21
98:3
**Possibly** 101:10
**post** 99:12
**potential** 104:18
111:7
**potentially**
109:5
**potty-training**
87:14
**pounds** 90:20,20
**powder** 8:11,18
9:9,16 10:6,15
81:5 82:6
92:18,24 97:10
105:9,22
107:19 109:24
**Poye** 32:22 33:8
33:10
**predominant**
23:16,18 24:3
**prefer** 29:10
106:21 107:14
107:16 108:16

**premier** 44:3
**prepared** 12:9
84:2
**preparing**
111:10
**present** 3:23
89:2
**presents** 44:2
**preserve** 57:13
**pretty** 17:22
18:21,23 22:1
35:24 43:13
52:4 53:15
68:20,20 82:16
82:18,23
**primary** 58:3
**prior** 114:8
**privilege** 107:20
**probably** 11:18
17:22 18:2
24:13 52:18
53:5 67:12
98:12
**problem** 18:16
29:4 30:17
61:24 110:7
**problems** 30:16
**proceedings**
114:5,7,9,15
**process** 23:1
93:1 94:7
**produce** 94:5
**produced** 11:4
50:21 93:15
98:9
**product** 12:25
72:3 89:10,11
92:17 97:13
100:25 107:18
107:18 109:23
**production** 7:3
7:21 9:2 12:8
**products** 58:10
84:14 88:15
89:7,9 102:16
104:12
**proficiency** 91:2

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

91:12
**program** 19:5
88:10,19
**project** 11:23
**properly** 56:19
**properties** 16:8
70:23
**protocol** 11:16
**prove** 85:4
**provide** 109:2
112:17
**provided** 17:17
81:20 84:8
100:16
**providing**
112:24
**Prudencio** 41:21
**publication**
61:14
**publications**
26:10
**published** 14:8
15:11 27:1
40:21 41:1,1
42:3 45:21
46:12 47:5,13
47:18,21,25
63:22 72:17
**Publix** 100:12
**pull** 6:9 17:9
22:13 45:8
81:14,18,23
86:16
**pulling** 59:7
82:4
**purchase** 105:16
106:1
**purchased** 8:11
81:4 97:11,12
100:19 101:4
102:12 103:1
103:10 104:24
105:6,22
109:23 110:10
110:13,24,25
111:8
**purple** 21:20

45:13,16 46:24
61:25 63:7,16
63:25 64:1,7
64:16 66:5,14
66:15,17 67:6
**purplish-blue**
53:24
**purplish-red**
64:1
**purposes** 8:1,9
8:19 24:16
43:18 64:14
68:12 79:10
107:9
**push** 16:5 27:21
45:23 46:1
**pushed** 46:6
**pushes** 27:22,24
28:4 49:14
**pushing** 16:22
16:24
**put** 20:22 25:22
26:24 29:11
37:16 42:3
47:13 58:14
78:6 85:15
86:14,17,17
87:25 100:21
106:19 112:22
**puts** 47:16 55:15

_____
**Q**
**quantified** 26:11
**question** 10:5
16:21 19:2
24:2 25:25
26:7 29:4,6
30:7 38:6,7
39:15 41:22
42:1 44:21
65:24 92:23
98:15 108:20
113:14
**questioned** 85:1
**questioning**
107:10
**questions** 96:6

96:19 107:22
108:25 109:10
**quick** 48:21
81:24 96:12
98:3 104:8
**quit** 11:14
**quite** 55:14

_____
**R**
**R** 3:17 114:1
**R.J** 86:13
**R93** 41:12 42:14
**raise** 71:13
108:10
**range** 21:20
30:1,1 35:18
39:8 40:11
41:10 43:7
45:13,16,19
46:1,1,2,24
47:2,9,24 48:2
48:3 57:23
58:1 66:17
72:10,12 74:23
74:25 75:2
86:24
**ranges** 43:24
48:12,16 67:12
76:7
**rapid** 48:22
**raw** 89:4
**read** 47:12,14
48:10 100:10
**ready** 107:1
**real** 32:16 35:16
40:8 94:9
**realize** 49:18
**really** 11:14
14:24 19:18
26:24 30:17
32:3 33:7,16
34:14 47:10
50:17 54:1
56:25 57:2
68:15 76:23
77:22 78:19,21
93:22 104:1,8

106:20
**reason** 54:19
93:14 102:22
102:24 104:5
104:21 105:2
**reasonable** 9:7
10:1
**reasons** 37:6
**recalculated**
90:19
**recall** 12:7 32:12
91:11 104:3
**receipt** 81:8
**receipts** 102:21
**received** 7:6,13
7:22 59:3
70:21 84:18
109:12 111:13
**recommendat...**
15:12
**record** 5:6 8:16
22:21 24:17
45:2,3,3,6
58:15 73:8,11
73:13,13,16
90:9,11,11,14
98:20,23,25,25
99:3 104:9
112:22 113:19
114:8,11
**record's** 108:25
**recording** 5:5
**records** 91:5,10
104:6,22
**red** 36:16 65:2,2
65:4,18,21
69:3
**redder-ish**
61:25
**reddish** 28:19
65:13,17 75:14
**reddish-gold**
16:2,15
**reddish-purple**
64:19 65:22
67:9
**reds** 36:7,22

64:24
**reduce** 10:10
20:11
**reduced** 20:13
20:14 25:14
28:5,18
**refer** 104:9
**reference** 11:20
23:15 58:23
59:4,12,16
66:5 78:13
84:7,8
**referenced** 13:6
**references** 7:21
7:24 8:21
41:13,13 73:21
101:13
**referencing** 22:6
**referring** 21:18
21:22 36:16
**refraction** 25:17
74:10
**refractive** 15:9
15:14,17 22:2
25:13 28:10,22
31:19 32:22
35:15,21 36:18
37:2,15 39:17
40:11 42:9
46:14 47:24
48:2,4,8 51:1
54:18,20,21
57:5,24 63:19
63:24 66:24
68:3,24 71:14
72:15,19 78:4
79:25 80:6,13
80:14 93:4,6
93:11 96:4
**regarding** 12:9
97:3
**region** 92:10
**regular** 88:19
**regularly** 12:4
**reject** 37:18
**relate** 77:21
**related** 5:10 7:9

DR. WILLIAM LONGO,   on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

91:5 92:25
93:3
**relates** 49:15
**relation** 105:16
**relative** 93:3
114:18
**relying** 106:1
107:8,12
**remains** 25:6,7
**remember** 7:6
**Remote** 1:18
2:17
**remove** 86:12,19
**removes** 31:7
**repeat** 60:7
**repeatedly**
23:13
**report** 4:14,15
4:16 8:2 12:9
20:22 26:23
34:17 44:12
46:9 50:2
55:25 58:14
70:22 71:1
73:25 74:4,7
74:13 76:6
77:9,17 87:4
87:10,25
106:19
**Reported** 1:24
**reporter** 2:20,21
5:20 6:15
112:11,18,19
114:3
**Reporters** 5:7
5:21
**reporting** 48:8
68:8
**reports** 7:7,8,9
14:14 29:23
48:25 106:17
**represent** 5:24
14:4,5 74:22
96:18 97:8
101:9,12
109:20
**representative**

49:10 75:1,2
**representing**
14:2 97:15
**represents**
74:23
**reproduces**
18:19
**request** 9:2 12:8
57:13,14 84:12
91:15,16
**requested**
114:16
**requesting**
57:16
**requests** 7:2
**requirement**
85:7
**research** 85:20
106:24
**reserve** 88:1
**resolve** 51:17
54:1
**respect** 17:15
58:8 84:18
**respond** 9:12
104:8
**response** 84:16
85:4 104:8
**rest** 76:25
**resulted** 92:9
**results** 12:12
107:6
**resumes** 45:3
73:13 90:11
98:25
**retailer** 97:11,12
97:19 99:15
100:12,24
102:4,6 103:11
105:4 112:2
**retailers** 96:18
96:25 97:5,17
100:22 109:4,7
109:20 113:1
**retain** 31:18
**review** 57:14
90:5 100:6

114:15
**reviewed** 70:21
70:21 71:1,2
101:12
**reviewing** 104:4
112:5
**RG144** 91:18
94:17
**RI** 21:21 22:24
23:7
**ridge** 36:5
**right** 9:10 11:25
16:4,8 18:12
19:5,9 20:1
22:4,19,22
23:5,6 26:12
26:20 31:12
32:1,6,7,18,25
33:3,10 34:7
34:10 35:25
37:8,13,22
40:5,15 41:4
41:23 42:3,20
42:22 43:10,18
44:7,8 46:18
46:24 47:9,16
49:7,11,24
50:9,13 51:5
51:15,25 54:23
54:25 55:9,17
56:1 57:21
58:4,11 59:6
59:16 60:15,16
60:23 61:3
62:6 63:12,25
64:20 65:13
66:5,21,21
67:3,6,21,25
68:9,9,14
71:15,21 72:21
75:16 76:22
77:11 78:4
80:15 84:6,19
86:11 88:1
89:24 91:15,23
92:5,11,19,21
93:5,14 96:14

99:5,10 100:19
112:9,20 113:6
**right-hand**
35:12 40:9
43:4 49:20
**Rite** 99:16,18
100:7,18
101:15
**Rivamonte** 3:4
6:1,1 9:11
12:14 18:9,15
22:15 27:3,8
27:23 28:16
29:2,17 33:21
38:5 39:4,19
44:9 55:23
56:2,5 61:9
67:7 69:13
71:18 85:16
97:3,21 103:20
104:7 106:25
107:7 108:10
109:6 110:1
**robust** 95:10
**roommate** 47:17
**rounded** 51:7
83:13,18,24
**rounder** 31:14
**rounds** 83:15
**routine** 89:12
**routinely** 11:12
**RPR** 1:24 2:22
**rule** 21:19 45:15
48:14,15
**ruled** 108:20
**running** 109:9

_____
**S**
**Safeway** 1:9 2:9
3:15 6:4 112:6
**Saito** 3:23 5:6
**sale** 89:7
**sales** 89:9
**sample** 8:7,11
8:14 19:23
20:6,9,23 34:2
59:16 69:11,16

70:4 76:6
81:15 111:14
**samples** 11:6,7
12:9 13:17
21:2 34:20
50:21 51:22
83:18 85:8
89:22
**Sanchez** 15:8
33:8,10 52:6
85:1 86:3
**Sanchez's** 32:23
34:13
**Satterley** 3:4 6:2
81:4
**Save** 1:9 2:9
3:15 6:5
**saw** 19:12 58:12
69:3
**saying** 30:22
37:6 43:1,22
45:23 46:10,21
47:15,21 48:11
49:5 61:10
62:11 65:8,12
65:14 66:13,16
67:3 68:4,10
77:15 81:6
93:1 94:5,6
107:12 109:22
**says** 8:5 21:18
22:22 26:2,11
45:12,16,21
47:6,18,23,25
48:3,12,21
56:6 98:5
99:15 100:13
102:4,8 103:6
105:4 110:21
111:6,17
**scanned** 84:10
**School** 11:2
85:24
**scientific** 9:8
10:1 29:11,12
42:3
**scientist** 42:19

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Page 129

scientists 42:7
scope 56:14
   64:19 105:21
scopes 15:2
screen 18:4
   22:18 98:3
scroll 77:17
seal 81:17
sealed 81:15
second 11:5,20
   27:16 39:1
   40:16 51:3
   55:22 58:22
   66:1 80:17
   98:21
Section 81:3,3
sections 100:2
see 15:22,25
   17:18 18:5
   19:8,14,15,22
   20:2 21:9,12
   21:12,13,14
   23:19,21,23
   26:1 31:23
   32:17,23 34:9
   34:23 35:23
   36:15 40:2,7
   40:15 41:14
   44:11 47:1
   50:10,12,13,24
   50:24 51:1
   53:6,9,13,16
   53:18,23,25
   54:3,3,4,12
   55:1,2,3,6 57:4
   57:7 58:3
   60:14 62:4,4,7
   62:13,16,17
   64:11,19,21,22
   64:24 65:4,7
   65:18,19,19,21
   65:21,22 68:19
   69:7,10,20,21
   70:13 71:11,14
   72:3 75:13,18
   76:25 82:1,6
   82:20 83:1,8

83:12,14,20,21
83:21 84:13
90:5 91:13
95:25 96:10
98:5 99:7
102:5 104:25
105:2 111:5
112:5
seeing 15:17
   16:5 17:13
   18:4,20,25
   19:16 20:6
   24:10 27:25
   28:3,6,8 38:19
   38:22 39:9
   42:22 47:25
   48:4,16,18
   54:11,12 57:18
   57:20,21,24
   59:24 60:2,6,9
   62:10,23 64:3
   64:8 65:16
   67:13 69:5,15
   69:16 72:13
   76:6 78:16
   93:23 94:3
seen 7:4 18:3
   21:1,3 26:13
   28:7 33:16
   34:13 47:1
   52:6,9 86:24
   91:13
Segrave 15:8
Segundo 5:9
seller 89:4
   102:16 103:13
   104:12,24
selling 39:2 89:8
   102:16
SEM 78:24 85:8
   86:2,14,18
send 22:10,16
   27:5 105:21
sending 105:15
sense 11:15 38:1
   38:4 51:2
sensitive 89:17

sent 105:5 110:9
   110:25
separation
   11:13 84:22
   86:1
September 81:5
   98:6,11
series 7:14
Serpentine
   91:25
set 7:2 72:21
   93:11 114:6
SG210 8:6,18,21
   24:11 33:24
   46:5 73:21
   91:18 94:20
   95:3,10,16
shade 26:3
   60:13,14 65:22
   75:7
share 98:3
sheet 74:18
shelf 102:4,13
   103:6,7,9
   105:6
shift 16:6,7
shifted 16:14
shipped 103:13
   110:24
short 92:4
shortest 75:6
shorthand 2:21
   114:3,9
shorts 95:17,19
shoulder 83:14
   83:18
shoulders 83:2
   83:24
show 21:25
   35:20 104:25
   105:1
showed 86:7
showing 7:1
   18:12 23:16
   37:13 94:2
shown 17:17
shows 32:20

37:8 42:14
sic 28:14 36:18
   37:2 46:14
   61:25 68:3,22
   96:4 110:4
side 26:3 35:11
   35:12 36:9
   38:15,16 40:6
   40:9,13 43:4,6
   49:19,20 50:23
   50:25 51:2
   55:19 74:24
   76:9
sides 57:1,3
sieve 95:23
Signature
   113:22
significant
   12:18 13:2,4,5
significantly
   12:12,21
silica 51:10,22
silicates 51:10
silly 13:24 20:25
similar 50:23
   52:5 92:24
   94:7
simple 28:24
   29:4,7,8
simpler 25:22
simply 25:24
Simultaneous
   16:20 65:9
   73:5 103:22
sir 23:11 24:20
   26:13 46:19
   59:14 112:8
sit 20:17 88:17
sitting 64:17,18
   79:6 88:4
   106:12
size 23:22 67:11
   67:12 68:1
   86:22,24 93:13
   93:21 94:1,7
   94:11,17
skip 66:1 96:21

slash 72:17
sleeping 13:24
slide 23:13,15
   24:15 25:4
   26:9,16 27:16
   29:21 31:22
   32:21 34:15,16
   40:17 41:20
   42:23 48:24
   49:2,13 56:21
   60:17 61:1
   68:7 70:4,14
   72:21 85:14
slides 4:13 17:4
   22:4 45:9
   57:10 62:19
   67:20 73:24
slightly 17:23
   18:6 32:6,8
   54:23
small 28:11,23
   51:17 54:1
   68:24 85:18
   86:12 94:15
smaller 23:19
   24:9 94:1
sold 91:22
   103:12
somebody 103:9
somebody's
   13:15,17
sorry 6:11,13
   14:21 18:9,11
   20:5 44:16
   45:10 56:7
   60:7 65:6
   71:19 83:3
   99:8 104:7
   110:15 111:16
   112:10
sort 9:13 19:7
   19:19 57:24
   59:19 61:20
   65:3,13 103:10
sound 42:20
sounds 13:24
source 80:19

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

99:15 101:7,21
**sourced** 9:9,17
  10:6 108:14,17
  109:12,17,19
  109:22 112:6
**sources** 10:21
  46:13 48:1
  102:3
**Spalding** 3:10
  5:24
**speaking** 16:20
  65:9 73:5
  79:20 103:22
**specialist** 5:7
**specific** 7:8
  14:11 15:21
  96:22,25 97:5
  97:16
**specifically**
  15:18 48:21
  89:15
**spectras** 94:24
**spectrum** 37:2
**speed** 72:23
**spent** 75:14
**spike** 8:10
**spiked** 8:7,17
**spot** 54:24
**spread** 80:6
**stage** 96:5
**staining** 4:17
  22:23 54:17
  74:11
**staining-type**
  50:16
**standard** 2:19
  46:15 61:18
  69:1 113:21
**standards** 7:9
  95:9
**standing** 32:10
  79:13
**start** 6:24 23:4
  25:19 48:8
  53:6 78:24
  107:2
**Started** 95:8

**starts** 26:5
**state** 1:1 2:1,21
  5:17,22 109:18
  114:4
**state-of-art**
  50:15
**stated** 11:23
  41:25 97:9
  104:15
**statement** 26:18
  29:14,16 72:9
  86:10
**States** 10:15
**stating** 104:13
**stay** 31:20 78:3
**stays** 25:18
**Step** 52:24
**steps** 52:24
**Steve** 105:8
**stick** 13:10,19
**stipulate** 97:25
**stock** 26:24
**stop** 22:23 70:11
  70:19
**stops** 72:19
**store** 103:1,19
  103:24
**stores** 1:8,8,11
  2:8,8,11 3:15
  6:5 111:20,24
**straight** 11:4
  37:15 55:1
  83:2
**streaks** 23:24
**Street** 3:5
**striations** 53:23
  57:4,7
**strike** 11:9
**stripe** 82:18
**structure** 31:11
  35:24 36:6,6
  36:17 40:3
  44:3,7 51:4
  52:19 53:17
  54:4 55:1,17
  55:18 56:24
  59:11 61:6

62:1,23 63:1
  63:14,17,20,25
  64:4,11 66:3
  66:13 67:4,11
  67:24,25 68:5
  68:25 70:8,13
  77:13 78:1,2
**structures** 23:19
  31:15 51:7
  55:2 62:6
  63:10 65:7
  69:10,17 72:4
  72:4 75:1,2
  85:18
**stub** 86:14,18
**stuck** 42:21
**study** 10:14
**stuff** 14:11
  16:12 52:5
  94:1,15 95:20
  95:21 105:11
**Su** 4:12 17:7
  20:8,19 21:6
  60:24 61:23
  72:16 73:23
**Su's** 4:17 15:11
  26:10,18 63:22
  72:9 74:9
**SU210** 58:23
**subdued** 35:6
**subject** 91:17
  107:20
**subpoenas**
  107:2
**subscribed**
  114:20
**subsequently**
  71:6
**substantially**
  32:24 33:1
  56:25
**subtract** 43:23
  43:24
**succession** 81:24
**successor-in-i...**
  1:7,10 2:7,10
**suggest** 16:21

**suggesting**
  45:18
**Suite** 3:5 5:9
**summary** 71:15
**sundries** 81:9
**Superior** 1:1 2:1
  5:16
**Supermarkets**
  1:9 2:9 3:15
  6:5
**supplemental**
  4:16 70:22
  74:7
**supposed** 47:14
  63:18 87:11
**sure** 8:5 24:16
  28:12 29:25
  32:5 47:20
  51:13 56:3,7
  63:4,9 64:10
  70:8 71:3,10
  76:14 86:9
  99:25 103:16
**surprising** 102:2
**suspended** 86:5
**SUWANEE** 5:1
**swear** 6:13
**swearing** 6:10
**switch** 27:18
**switched** 14:12
**Switching** 88:9
**swore** 46:8
**sworn** 6:19
  114:8
**system** 18:25

———————————
**T**

**T** 114:1,1
**table** 41:12
  42:14 68:18
  99:11,11
  101:13,17,24
  101:25 102:1
  111:5
**tables** 60:24
  61:13,13,23
**take** 12:25 17:12

17:22 28:23
  38:19 40:19
  43:19,19 44:23
  44:25 61:14
  72:21,24 73:9
  81:16 85:13
  86:11 88:7
  90:4,4 95:23
  112:23 113:13
**taken** 2:18 5:19
  13:18 32:11
  114:5
**talc** 8:7,9,23
  10:2,12,20,25
  11:22 12:2,12
  19:23 20:3
  21:1,10 24:10
  24:23 27:14
  30:18 31:16,17
  33:2,5,13,13
  33:19,24 34:4
  34:13,22,24
  35:3,17,17,21
  35:25 36:15,20
  36:21 37:1,6,6
  37:13,14,14,23
  37:23,24,25
  38:2,2,9,9,10
  38:15,24 39:2
  39:3,18,25
  40:5,5,6 41:14
  42:17 46:5
  49:1,19 50:22
  50:25,25 51:8
  51:9,12,14,24
  52:1,2,7,14,21
  53:15,19,21
  54:3,6,8,8,12
  54:13,15,20,21
  55:5,8,10,13
  56:16 57:19
  58:1 59:15,22
  59:25 60:1,2,6
  60:9,12 61:17
  62:5,7 63:11
  64:23,24 65:1
  65:6,7,12,17

DR. WILLIAM LONGO,   on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

69:4,7,9,10,17
69:18,20 70:24
75:21 76:4,6
80:5 85:12
86:6 87:7 89:4
89:4,7,8 92:20
93:16 94:6
95:12 96:1
105:19 109:21
109:22,23
110:4,8
**talc-containing**
88:15
**talcs** 12:19 94:3
107:13
**talcum** 9:9,16
10:6,15 92:18
92:24 105:9
**talk** 16:4 17:2,4
23:4 29:23
33:13 39:1
42:23 51:3
58:22 82:5
84:5 106:21
107:14,17
**talked** 14:10
26:9 79:19
87:18 88:6
99:23 107:1
**talking** 14:1
39:14 41:2
62:21 63:17,17
63:20,21 64:10
67:2,24,25
75:15 77:2,15
79:11,16 91:17
93:4 105:10,10
109:25
**Target** 1:11 2:11
3:16 6:5 105:4
105:7 110:8,10
110:13,20
**technically** 13:1
77:6
**technique** 42:1,2
86:13
**tectonic** 92:10

93:18
**tell** 19:19 21:8
21:10 26:1
29:13 33:12
39:17 55:6
56:12 57:2,8
77:22 79:1
80:24 94:14
**telling** 35:2 61:5
63:14
**TEM** 85:4,7,15
88:11,18 89:2
89:12,14,23
**temperature**
60:20
**ten** 47:2
**term** 29:11
**terms** 18:19
24:4 42:1
66:11 95:16
**tested** 80:19
88:23 91:12
98:17 101:7
107:3,5,14
110:11
**testified** 6:20
9:14 23:13
26:17 87:19,24
101:15 109:21
**testify** 33:9
109:2
**testifying** 9:7
107:21 114:8
**testimony** 10:9
10:10 20:18
39:4 41:19
69:13 79:11
88:2 97:8,15
97:22 107:14
112:25 114:11
**testing** 12:20
88:10,18,19,20
88:21,24 89:2
89:12 90:22
91:3 106:9,10
106:14 107:17
107:21 108:7

**tests** 107:9
**thank** 18:15
27:8 90:7 96:9
96:14 99:5
104:19 105:3
110:6 111:4
112:9 113:7,8
**Thanks** 96:8
**thin** 86:17
**thing** 18:21
32:16 36:9
37:5 43:25
48:13 53:2
61:24 62:11
69:7 70:7
79:25 85:6
93:7,20 95:20
103:11
**things** 24:17
28:1 31:23
58:9 69:12
76:13 80:12,13
84:24 93:23
100:12 101:2
**think** 8:24 9:25
13:6,7 14:8,25
15:7 20:13,24
21:18 26:25
28:7,7 31:1
33:16 35:15
36:19 46:7,8,9
51:14 53:20
58:13,20 60:4
60:5,8 61:22
61:22 74:25
75:11 76:8
80:16 82:17
84:9,24 86:22
89:24 90:2
92:19 94:13
96:3 101:10
104:2 105:12
109:25 110:12
110:13,15,19
112:13
**third** 103:13,14
**third-party**

102:16 104:12
104:24
**Thornburg** 3:17
**thought** 6:14
46:10 54:14
69:3 91:9
92:20 108:19
**thousand** 86:7
**thousandths**
68:1
**three** 87:15
111:20 113:12
**thumb** 21:19
45:15 48:14,15
**till** 73:6
**time** 2:20 5:12
5:13 11:14
12:2 14:22
16:11 20:16
22:12 31:5
45:1,1,5,6 73:7
73:10,11,15,16
75:14 78:22
80:1 82:13
83:9 90:8,9,13
90:14 95:6
98:22,23 99:2
99:2 108:3,19
109:2 112:23
113:7,18,19,21
114:6
**timeframe**
87:10,16
**timely** 98:1
**times** 28:18
33:25,25 37:1
47:2 87:24
**tint** 32:8,9,18
**titled** 99:11
**today** 5:12 6:8
7:2 73:6 88:5
88:17 96:6
**told** 21:11 67:14
69:3 80:9
**tomfoolery**
19:19
**top** 19:9,15

20:11 21:13
52:3 62:1,14
62:17 63:11
70:1,2 71:11
81:16 82:19
83:2,15,19,21
98:6 101:22
**topics** 72:22
**total** 87:7
**totally** 59:23
**trade** 91:22
**transcribed**
114:10
**transcript**
114:11,14,16
**translate** 78:17
**transmission**
84:15,17
**travel** 52:12
**treating** 43:9,17
44:6 64:14,15
68:13,15,16
**trial** 41:21
**tried** 85:3
**true** 10:13,17
50:9 56:19
77:25 114:11
**trustee** 1:8,10
2:8,10
**try** 21:23 22:5
28:12,23 51:21
67:1,1 77:11
84:13 97:18
99:24,24
**trying** 25:22
37:17,17 50:17
51:2 65:24
69:1 71:8
75:16 93:10
94:4
**tune** 48:4,7
**tungsten** 30:14
30:23 31:6
79:17,22 80:10
86:17
**turn** 46:23 52:4
110:4

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

**turned** 20:24
  71:25
**turning** 99:6
**turns** 94:7
**tweezers** 86:11
**two** 11:6,19,24
  11:25 12:3,5
  14:17 24:13
  25:15 37:15
  66:10 67:8,14
  67:20 68:5,20
  72:14 74:25
  81:18,20 87:15
  87:15,24 95:10
  96:12 111:23
**type** 8:22 23:6,7
  23:7 28:11
  31:3 46:4
  70:20 77:9,10
  92:9
**types** 12:19
  48:22 50:23
  77:3
**typical** 40:18
  81:13 89:18
**typically** 16:13
  18:5 26:5
  27:25 32:2
  46:18 87:14

**U**

**U.S** 9:9,17 10:6
**Uh-huh** 64:13
**ultimately** 43:8
  74:19
**unable** 97:9,12
**underneath**
  61:3,6
**undersigned**
  114:3
**understand** 8:5
  9:6 12:10
  14:12 19:3
  23:1 35:16
  38:6,7 45:13
  45:15 47:20
  51:13 52:23

59:3 69:19
  71:10 76:14
  85:19 86:9
  87:23 107:16
  107:24,25
**understandable**
  28:13
**understanding**
  7:20 30:22
  36:12 63:10
  64:5 79:10
  101:14 112:7
**Union** 91:23
**unique** 92:3,3
  93:15 94:5
**United** 10:15
**university** 85:24
**unknown** 78:24
**unknowns** 78:5
**updated** 98:11
**use** 14:7 17:4
  27:16 41:24
  43:8 46:22
  47:23 48:3,6
  48:12,21 72:17
  78:23
**useful** 39:13
**usually** 17:25
  111:6

**V**

**V** 99:4 113:20
**Vague** 9:11
  12:14 33:21
  39:19 69:13
  71:18
**Valadez** 1:3 2:3
  4:14 5:15 8:2
  14:21 50:2,3
  59:6 73:25
  80:20 84:18
  87:5
**Valadez's** 81:6
  97:9
**validate** 15:9
**validated** 85:8
  86:1

**value** 25:6,7
  37:7,9 40:18
  60:15,23 74:21
**values** 24:19
**variety** 7:7
**various** 23:3
**verbatim** 114:8
**verify** 85:15
**Vermont** 108:14
  108:17 109:14
**verses** 24:24
  27:17 68:22
**versus** 5:16 21:5
  30:20 53:19
  54:11 69:17
  71:9 92:14
  96:4
**video** 5:6 52:6
**videoconference**
  1:18 2:17 5:19
**videoconfer...**
  114:6
**videographer**
  3:23 5:5 6:15
  45:1,5 73:10
  73:15 90:8,13
  98:22 99:2
  113:18
**Videotaped** 1:18
  2:17
**view** 9:7 10:14
  17:16 59:22
  70:9,19 77:20
**viewing** 15:20
**visible** 19:11
**visual** 66:11
**visually** 67:4
**volumes** 42:13
**vs** 1:5 2:5
  104:10

**W**

**wait** 32:17
**waived** 113:22
**walk** 22:5
**Walmart** 1:11
  2:11 3:16 6:6

102:8,13,17
  103:1,7,15,19
  111:6,8,12,18
  111:19,23
  112:3
**Walmart.com**
  102:5,9
**want** 8:5,25 11:4
  17:4,6 19:1
  22:11 29:23
  38:19 39:6
  41:4,22 42:23
  45:11 47:19
  49:9 55:23
  58:14 68:4
  71:3 72:24
  73:18 74:13
  76:14 82:14
  86:9 95:15
  99:25 103:23
  103:24 104:9
  108:2
**wanted** 32:15
  70:16
**wasn't** 12:7
  20:22 30:17
  56:7 80:4
  103:8 104:1
  106:4
**waste** 89:3
**wavelength** 24:4
  41:5 66:12,12
  66:23 72:18
  75:4,6,6,25
  78:11,12 79:2
  79:3
**wavelengths**
  23:3 27:25
  28:20 66:21,22
  78:17
**way** 5:11 16:24
  19:18 32:4
  33:7,17 35:18
  35:18,19 41:18
  43:4 50:25
  52:4 57:4
  60:19 77:22

78:5 83:15
  88:24 91:7
  109:19
**we'll** 8:4 9:3
  15:3 17:2
  21:13 22:5
  24:7 29:21
  40:15 44:12,18
  50:20 51:3
  57:15 60:17
  71:4 81:20
  84:12 85:18
  91:15,16 96:3
**we're** 11:5,6,16
  11:17 12:8
  15:9,17 16:11
  16:17 17:2
  18:4 20:6 22:6
  23:2,2 24:10
  27:25 28:3,5
  31:10 32:2
  36:19,20,21
  37:24,24 38:19
  39:12,12 41:18
  45:2,6 46:4
  48:18,24 49:11
  49:19,20 51:4
  54:6,7,8,11,14
  55:24 57:14,23
  59:10 61:13
  62:12,12 63:15
  63:23 65:11
  66:8,19 67:13
  67:18 68:1,6
  68:10 70:9,10
  72:12 73:11,16
  76:6 78:13,16
  80:2 85:8,17
  85:19,19 86:21
  88:4 90:9,14
  93:7,23 94:15
  96:3 98:23
  109:25 113:19
**we've** 8:12 12:19
  14:10 23:12
  26:9 28:7
  35:20 36:20

DR. WILLIAM LONGO,  on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

38:24 44:22
62:21,21 75:11
79:19 91:17
98:13 99:23
107:3,14 110:3
**website** 102:17
104:11
**week** 26:22
41:15
**weight** 58:13
87:7
**weird** 94:25
**went** 42:11,11
42:20 89:18
90:18 98:8
**WHEREOF**
114:20
**white** 29:24,24
29:25 30:9,16
31:6,24 32:10
32:13,19 35:16
35:17,19 36:25
37:20 38:13
40:10 50:6
54:24 55:4,15
55:15
**whites** 29:25
**whitish** 33:5
**wide** 87:3
**wife** 105:12
**WILFRED** 3:4
**William** 1:19
2:18 4:4 5:14
6:18
**wish** 83:20
**withdrawn**
96:23 104:4
113:4
**witness** 4:20
6:10,12,14,19
12:15 18:12
27:9,24 28:17
29:19 38:6
39:20 44:10,21
61:10 67:8
69:15 73:2,6
85:17 90:7,16

90:18 96:9,13
103:18,23
104:20 107:1
107:11,24
109:7 110:2
113:8,11,14,16
114:20
**witnesses** 114:7
**wonder** 61:16
61:18
**wood** 32:10
**words** 16:5
31:19 77:7
80:15 92:4
**work** 17:15
42:25 57:9
78:21 85:25
88:11 89:14
95:23 96:1
105:11
**working** 85:9
**works** 25:3
48:19
**world** 10:2
106:2
**worn** 100:23
**wouldn't** 34:19
58:6 78:23
79:1 100:4
103:19
**Wow** 113:11
**written** 111:15
**wrong** 24:1
29:15 42:11,22
42:22 56:13
86:3 102:1
**wrote** 26:23

───────────
**X**
───────────

───────────
**Y**
───────────
**yardstick** 14:1
**yeah** 12:3 18:13
29:3 30:25
45:25 50:2
52:10 56:1,2,9
59:9 60:2

62:20 65:25
67:14 68:3
73:2 75:1,10
75:13 79:24
87:6 90:24
101:19 105:12
110:12
**year** 11:18 27:2
46:12 85:25
87:21 97:11
**years** 14:17 31:2
87:15,16,20
98:14
**yellow** 16:3
21:15,19 23:24
24:8,9 25:5
26:3,11 27:10
27:11,12,20
30:10,23,25,25
31:1,9 33:5
36:8 37:8 43:6
45:12 46:25
47:8 52:12,15
58:4 59:18,20
60:2,5,8 62:5
64:6,7,11 65:2
65:4,18 66:7
67:10 79:22
**yellow-gold** 16:1
27:13 28:19
46:19,25 71:2
**yellow-golds**
35:6
**yellow-looking**
23:22 55:1
**yellowish** 80:9
**yellowish-gold**
16:14 58:7
**yellows** 16:6
30:14 34:8
35:5,6 46:18
46:23 49:15
64:25
**Yep** 63:1,13
90:17 101:25
**yesterday** 7:7
87:19 97:9

**York** 3:11,18

───────────
**Z**
───────────
**zero** 78:6
**zeros** 13:7,13,13
**Zimmerman**
99:17
**Zussman** 41:8
42:12 44:1

───────────
**0**
───────────
**0.00005** 13:5
**0.0003** 58:15
**0.0006** 58:16
**0.002** 58:12
**0.003** 54:21
**0.004** 58:12
**0.010** 43:22
**0.05** 8:6
**0.050** 42:18
**000** 58:13
**003** 58:10
**006** 58:11
**007** 42:15
**008** 103:5
**017** 42:16
**060** 42:18
**0o0--** 113:23

───────────
**1**
───────────
**1** 4:10 6:8,24,25
13:8 39:21
52:24 68:1,21
73:20 94:18
111:6
**1-114** 1:11
**1.5** 39:21 87:19
**1.535** 37:4 40:14
55:16
**1.55** 39:21
**1.550** 22:24
24:11 27:17,18
34:8 35:12,12
35:13 37:1
48:19 66:8,19
67:1 72:17
76:9,10 78:6

80:2 86:4 93:6
93:12
**1.552** 71:20
**1.556** 43:13
44:15,17
**1.558** 39:22
**1.560** 15:16,18
22:1 27:17,18
27:25 28:13,21
34:7 35:12
45:17,19 46:2
47:24 48:3,14
48:20,20 49:5
58:1,5 66:9,19
66:22,24,25
67:1 72:7,12
72:16,18,19
80:3 93:7
**1.561** 24:11
54:19
**1.564** 54:18
57:25
**1.565** 71:22 72:7
72:15
**1.566** 58:3
**1.567** 15:16
68:21
**1.568** 68:10,21
75:11,12,12,12
75:12,13
**1.569** 43:6,11
44:13,15 58:1
68:21
**1.570** 24:12
45:17 60:25
**1.572** 61:11
68:21
**1.573** 68:21
**1.580** 37:3
**1.590** 40:12
**1.595** 49:3 76:7
**1.600** 76:8
**1.69** 68:22
**1:00** 73:2
**1:18** 90:13
**1:49** 73:14
**10** 4:19 81:23

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Page 134

82:3 83:12
87:2
**10-microns**
93:24
**10-minute** 44:24
44:25 90:5
**10.5** 94:21,23
**10:43** 2:19 5:3
**10:49** 73:15
**100** 86:25
**10017-2509** 3:18
**10036** 3:11
**11** 4:20 84:4
90:20 112:14
112:16
**11:24** 90:8
**11:47** 45:3
**11:52** 98:22
**11:53** 99:2
**113** 4:21
**1185** 3:11
**12** 3:18 4:21
29:21 113:17
**12:05** 45:4
**12:14** 113:18
**12:59** 73:13
**13** 8:11
**14369** 1:24 2:22
114:25
**144** 70:23 93:25
94:12,13,15
**15** 34:15,16
94:20
**155** 28:13 29:14
46:22 71:9
**1550** 15:4,20
22:25 95:13,14
**1552** 71:11
**1560** 7:24 8:22
15:4,20 21:21
46:23 49:11,14
57:17 58:23
59:5 60:23
71:9 72:3,8,10
72:11 73:22
95:3,8,15
**1564** 63:23,24

**1565** 71:9,12
96:2,3
**1568** 68:9
**1570** 21:21
46:23 60:15,22
72:10 96:2
**16** 40:17
**160** 29:14
**16th** 98:6,11
**17** 4:12
**18** 41:20 99:7,9
99:12 101:13
**1866b** 16:25
46:15 48:2
69:1
**19** 42:23
**1970s** 88:11
**1978** 82:16,18
82:20
**1984** 82:23
**1995** 83:6

___

**2**

**2** 4:11 7:13,16
23:15 73:21
87:3 94:18
112:1
**2,000** 89:22 90:2
90:3
**2.2** 41:12
**2.85** 84:23
**2:24** 90:11
**2:38** 90:12
**2:52** 98:25
**2:53** 99:1
**20** 102:6
**200-mesh** 95:25
**2000** 14:8 83:4
**2000s** 83:9
**2001** 14:8 90:22
90:23
**2014s** 83:16
**2015s** 83:16
**2017** 8:12
**2019** 90:20
**2021** 98:6,11
**2022** 81:5

**2023** 1:20 2:20
5:2,12 114:22
**20th** 81:5
**21** 59:9 60:21,22
60:22
**210** 70:23 86:4
94:2,11
**212-790-5343**
3:12
**22** 4:13 45:10
60:20
**22CV012759**
1:3 2:3 5:18
**23** 45:9
**240** 90:20
**25** 105:4
**26** 61:1 101:17
101:17 102:3,7
102:8
**27** 102:3,7

___

**3**

**3** 1:20 2:20 4:12
5:2 17:8,10
18:11,12 42:12
73:23 94:18
**3.19** 81:10
**3:14** 113:21
**30** 31:2 66:1
88:7
**310-284-3768**
3:19
**32** 55:24 56:6
103:4
**33** 53:11 68:7
103:4
**34** 3:11
**36** 110:21
**37** 110:21
**390** 3:18
**3rd** 5:12

___

**4**

**4** 4:13 22:8,9,12
22:13 42:12
73:24 82:25
94:18

**400** 3:5
**400-nanometer**
35:18
**440** 27:20 43:12
44:13
**460** 28:2
**475** 5:9
**480** 28:1 43:10
44:8,10

___

**5**

**5** 4:14 52:24
54:25 73:25
74:1,14 82:25
94:18
**5.4** 28:2
**5:00** 73:6
**50** 86:25
**500** 28:2 60:23
60:25 61:2,3,7
61:11,20
**510** 74:21 75:7,9
**510-302-1000**
3:6
**510-835-4913**
3:6
**520** 24:5 44:16
**540** 43:15 44:17
**55** 3:5
**550** 24:6,7
**560** 24:6,7 28:5
44:17

___

**6**

**6** 4:4,10,15 19:2
74:2,5 94:18
114:22
**630** 53:14
**646-746-2001**
3:19
**650** 74:21 75:17
75:18,21,23
**67** 35:14
**680** 28:4

___

**7**

**7** 4:11,16 19:2

24:15 71:6
74:6,8 76:2
94:19 95:18,19
**7:43** 5:13
**70** 35:14
**74** 4:14,15,16,17
94:19
**750** 76:2
**7m** 95:24

___

**8**

**8** 4:17 21:17
25:4 74:9,12
94:19
**8:47** 45:1
**80s** 83:4
**82** 4:18,19
**84** 4:20
**898** 5:8

___

**9**

**9** 4:18 81:22
82:2
**9:05** 45:5
**9:59** 73:10
**90** 37:3 57:25
**90245** 5:9
**90s** 83:4,9
**94607-3858** 3:5
**95** 83:5
**96** 4:5
**97** 83:10
**98** 83:10
**99** 83:10