# Exhibit AH

## Page 1

```
            SUPERIOR COURT OF THE STATE OF CALIFORNIA
                 FOR THE COUNTY OF LOS ANGELES

TINA HERFORD and DOUGLAS    )
HERFORD,                    )
                            )
     Plaintiffs,    ) CASE NO:
                    ) JCCP 4674/BC646315
VS.                 )
                    )
AT&T CORP., a subsidiary    )
of AT&T, INC., and its      )
subsidiary PACIFIC BELL     )
TELEPHONE COMPANY; et al.,  )
                    )
     Defendants.    )

          ---------------------------------
              ORAL TELEPHONIC DEPOSITION OF
                 STEVEN P. COMPTON, Ph.D.
                    SEPTEMBER 14, 2017
                       VOLUME II

          ---------------------------------

     ORAL TELEPHONIC DEPOSITION OF STEVEN P.
COMPTON, Ph.D., produced as a witness at the instance of
the DEFENDANT IMERYS TALC AMERICA and CYPRUS AMAX, and
duly sworn, was taken in the above-styled and numbered
cause on September 14, 2017, from 10:16 a.m. to
5:11 p.m., before Melissa Stokes, CSR in and for the
State of Texas, reported by machine shorthand, at the
law offices of Simon, Greenstone, Panatier, Bartlett,
3232 McKinney Avenue, Suite 610, Dallas, Texas 75204,
and the provisions stated on the record or attached
hereto.
```

## Page 2

```
 1              APPEARANCES
 2  ATTORNEYS FOR THE PLAINTIFFS:
 3      Mr. Chris J. Panatier
        Mr. Samuel I. Iola
 4      SIMON, GREENSTONE, PANATIER & BARTLETT, P.C.
        3232 McKinney Avenue
 5      Suite 610
        Dallas, Texas 75204
 6      Tel: (214) 276-7680
        Fax: (214) 276-7699
 7
    ATTORNEYS FOR THE DEFENDANT JOHNSON & JOHNSON:
 8
        Mr. Jonathan R. Cooper (via telephone)
 9      TUCKER ELLIS, LLP
        950 Main Avenue
10      Suite 1100
        Cleveland, Ohio 44113
11      Tel: (216) 696-4981
        Fax: (216) 592-5009
12        -- and --
        Ms. Christine A. Lozier (via telephone)
13      DRINKER, BIDDLE & REATH, LLP
        600 Campus Drive
14      Florham Park, New Jersey 07932
        Tel: (973) 549-7019
15      Fax: (973) 360-9831
16  ATTORNEYS FOR THE DEFENDANTS IMERYS TALC AMERICA and
    CYPRUS AMAX:
17
        Mr. Todd B. Benoff (via telephone)
18      ALSTON & BIRD
        333 South Hope Street
19      16th Floor
        Los Angeles, California 90071
20      Tel: (213) 576-1012
        Fax: (213) 576-1100
21        -- and --
        Mr. Paul Smyth
22      RAWLE & HENDERSON, LLP (via telephone)
        Lake Center Executive Park
23      401 Route 73
        Suite 200
24      Marlton, New Jersey 08053
        Tel: (856) 797-8929
25      Fax: (215) 563-2583
```

## Page 3

```
 1              A P P E A R A N C E S (Continued)
 2  ATTORNEY FOR THE DEFENDANT SHULTON, INC.:
 3      Ms. Lucy Savorgnan (via telephone)
        COSMICH, SIMMONS & BROWN, PLLC
 4      One Eastover Center
        100 Vision Drive
 5      Suite 200
        Jackson, Mississippi 39225
 6      Tel: (601) 863-2100
        Fax: (601) 863-0078
 7
    ATTORNEY FOR WHITTAKER, CLARK & DANIELS, INC.:
 8
        Ms. Jillian E. Madison (via telephone)
 9      HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
        40 Paterson Street
10      New Brunswick, New Jersey 08903
        Tel: (732) 545-4717
11      Fax: (732) 545-4579
12
13              * * * * *
```

## Page 4

```
 1              I N D E X
 2                                          PAGE
 3  Appearances......................     2
 4  Stipulations.....................   178
 5  STEVEN P. COMPTON, Ph.D.
 6    Examination by Mr. Todd B. Benoff............   5
      Examination by Mr. Jonathan R. Cooper......... 152
 7
    Signature and Changes............................ 181
 8
    Reporter's Certificate........................... 182
 9
              E X H I B I T S
10
    NUMBER      DESCRIPTION                    PAGE
11
    Exhibit 1   Letter from Mr. Ferry to
12              Mr. Hogan dated 09/18/72.........  178
13  Exhibit 2   Dr. Compton's report dated 08/01/17.  178
14  Exhibit 3   USGS Science for a Changing World,
                Mineralogy and Morphology of
15              Amphiboles Observed in Soils and
                Rocks in El Dorado Hills,
16              California.......................  178
17  Exhibit 4   Dr. Longo's report dated 08/02/17...  178
18  Exhibit 5   Dr. Webber's report dated 09/01/17..  178
19  Exhibit 6   Dr. Compton's Selected References
                and Reliance Materials............  178
20
    Exhibit 7   Dr. Compton's testimony list........  178
21
    Exhibit 8   Dr. Compton's curriculum vitae......  178
22
    Exhibit 9   Declaration of Steven Compton, Ph.D.  178
23
    Exhibit 10  ISO 10312.........................  178
24
    Exhibit 11  Report of Official Travel dated
25              02/17/59..........................  178
```

Page 97

1    Q. What part of ISO 10312 -- well, strike that.
2        What did your lab do under ISO 10312 to
3    check spacings for enstatite?
4    A. We have standard asbestos reference materials
5    as well as some standards for a variety of different
6    interference minerals, but I don't recall if enstatite
7    is one of them or not.
8    Q. Would it be fair to say that as you sit here
9    today you can't identify anything your lab actually did
10   to check spacings for enstatite?
11   A. Not beyond the procedures that were used in the
12   method and for the reference standards that we have
13   generally.
14   Q. And with respect to ISO 10312, you don't even
15   know if enstatite was checked for, correct?
16   A. Not beyond identification of the minerals based
17   on their chemistry and diffraction patterns.
18   Q. And again, you don't know what the chemistry to
19   diffraction pattern for enstatite are, correct?
20   A. Not from memory. But this method is designed
21   to identify and classify fibers to different asbestos
22   mineralogies based on their chemistry and diffraction
23   pattern analysis, which is what we did.
24   Q. You just don't know if enstatite was part of
25   the reference materials that you used for ISO 10312,

Page 98

1    correct?
2    A. From memory, I don't recall specifically what
3    overlap enstatite may or may not have in common with
4    anthophyllite.
5    Q. Is there anything in your report or reliance
6    materials that would let you answer that question?
7    A. Not specific to enstatite.
8    Q. Well, let's turn to Millette's paper. That's
9    the one that relies on Dr. Su's spacing tables, correct?
10   A. Correct.
11   Q. Do Dr. Su's spacing tables have enstatite?
12   A. Not that I can recall.
13   Q. Would you expect to find enstatite in Italian
14   talc?
15   A. I don't recall.
16   Q. You don't recall if you expect to find it or
17   not, or --
18   A. That's correct.
19   Q. -- you don't know?
20   A. It's not something that I can recall from
21   memory. If it's something that's addressed in some of
22   the reliance materials, then those documents would speak
23   for themselves.
24   Q. Okay. Well, is there anything in your report
25   in the reliance materials that would let you answer that

Page 99

1    question?
2    A. I don't recall.
3    Q. And can you point us to anything in your
4    reliance materials that would indicate whether you would
5    expect to find enstatite in Italian talc?
6        I'm sorry, sir, I think the answer may have
7    been cut out. What did you say?
8    A. No, I haven't answered.
9    Q. Oh, okay.
10   A. The only thing that comes to mind would be the
11   report of Mr. Segrave's analysis, and I don't recall him
12   identifying enstatite.
13   Q. There's nothing else in your reliance materials
14   that would indicate to you whether you would expect to
15   find enstatite in Italian talc or not?
16   A. Nothing that I can recall from memory.
17   Q. Or that you can find in your reliance materials
18   as you sit here today, fair?
19   A. It's not something I've looked into
20   specifically for enstatite.
21   Q. Did your lab use PLM or XRD in its analysis?
22   A. No.
23   Q. Why not?
24   A. Because TEM is the most sensitive method and
25   best suited for this question.

Page 100

1    Q. Are you a trained PLM microscopist?
2    A. Yes.
3    Q. Have you ever identified amphibole in talc
4    samples using TLM?
5    A. I don't believe I personally have attempted to
6    one way or the other. My lab has.
7    Q. And when you say your lab, are you talking
8    about the analysts who worked on this project, or a
9    different group of people?
10   A. I'm referring to the analysts at MVA.
11   Q. The ones that worked on this project specific
12   to this case?
13   A. No. We didn't do PLM, so the analysts at MVA
14   would not have worked on this project, the ones that do
15   PLM.
16   Q. My question is: Have the analysts who
17   supported your report ever identified amphibole in talc
18   samples using PLM?
19   A. I don't know. They were asked to do TEM, so
20   that's their background as far as I'm aware.
21   Q. Does your report analyze any samples from any
22   talc mines in Vermont?
23   A. Not that I'm aware of.
24   Q. From any talc mines in China?
25   A. The setup samples did include a sample from

25 (Pages 97 to 100)

Page 181

1  I have read the foregoing deposition transcript
2  and by signing hereafter, approve same.
3
4  Dated: _____
5
6
7
8
9  _____
         (Signature of Deponent)
10
11
12
...
25

Page 182

1  COUNTY OF DALLAS  )
2  STATE OF TEXAS    )
3
4         REPORTER'S CERTIFICATE
5      I, Melissa Stokes, Certified Shorthand
6  Reporter in and for the State of Texas, hereby certify
7  that this transcript is a true record of the testimony
8  given.
9      I further certify that I am neither attorney
10 nor counsel for, related to, nor employed by any of the
11 parties to the action in which this testimony was taken.
12 Further, I am not a relative or employee of any attorney
13 of record in this cause, nor do I have a financial
14 interest in the action.
15      Subscribed and sworn to on this the 21st day
16 of September, 2017.
17
18
19
20    _____
         MELISSA STOKES
21       Certified Shorthand Reporter
         In and for the State of Texas
22
23
   Certificate No.  8333
24 Expiration Date:  12/31/18
25