# Exhibit AI



Deposition of:
# Steven Compton , Ph.D.

*February 28, 2020*

In the Matter of:

# Zimmerman, Linda Vs. Autozone Inc., Et Al.

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Steven Compton, Ph.D.  February 28, 2020
Zimmerman, Linda Vs. Autozone Inc., Et Al.

Page 18

1  Q   No, I mean, and I get -- and your
2  response is a fair one, but I'm just here trying
3  to get the opinions that you're going to offer at
4  trial, and I guess the threshold is that you,
5  before I asked the question, you were not aware
6  that such a report by Dr. Gordon existed; right?
7     A   Specific to this case I don't recall
8  one way or the other. I know that it's commonly
9  often something that is done, and when I'm asked
10 about them, it's more in the line of whether or
11 not the types of fibers that were discovered in a
12 tissue digestion are consistent with the types of
13 fibers that can be found in talc.
14        So if I were asked any questions like
15 that, I would expect to receive information about
16 the report that you're talking about in some form
17 of a hypothetical.
18    Q   And how do you go about -- let's say
19 I give you a hypothetical about what the tissue
20 digestion showed, how would you go about
21 analyzing the question you just posed?
22        MS. SIMON: Objection. Vague.
23 Speculation.
24        THE WITNESS: I guess what I have in
25 my mind isn't so much of an analysis, it's just a

Page 19

1  question of given a list of mineral types, are
2  these mineral types that you have found in talc.
3  BY MR. EWALD:
4     Q   Okay. So, for example, let's say the
5  tissue digestion shows amosite. Is that the type
6  of mineral that has been found in cosmetic talc?
7     A   It depends on what source you're
8  talking about. Most commonly the minerals that
9  are associated with talc include chrysotile and
10 tremolite, actinolite, anthophyllite, although
11 amosite is more generally known as part of the
12 cummingtonite-grunerite series of minerals.
13        It is something that I've seen in
14 particular in one sample of rock from the Italian
15 mine, and then Dr. Sanchez from RJ Lee Group has
16 reported findings of cummingtonite in a number of
17 different talc samples.
18    Q   What about crocidolite?
19    A   Crocidolite, so that's an asbestos
20 mineral under the general name of riebeckite.
21 Nothing that I can think of from memory, but it
22 should be understood that all of these minerals
23 are related to each other in the sense that
24 they're amphibole magnesium silicates,
25 particularly calcic for some of them.

Page 20

1  Q   Just to be clear, though, you're
2  not -- as you sit here today, you're not aware of
3  any data supporting the notion that there has
4  been crocidolite found in Johnson & Johnson
5  cosmetic talc source?
6     A   Well, the difference between amosite
7  and crocidolite is typically attributed to the
8  presence of sodium, so as long as that can't be
9  explained then, no, I mean, I can't think of any.
10    Q   Okay. Let's talk a little bit about
11 the MAS specific, case-specific report. You have
12 reviewed that report?
13    A   I have.
14    Q   And what are your or how does that
15 report inform your opinions in this case?
16    A   Well, to the extent that these are
17 finished products that come from or that can be
18 tied directly to Linda Zimmerman, that's
19 important to know.
20        I don't expect that I'll be asked a
21 lot of questions about the details of the report.
22 It's my understanding that there were two
23 different samples from a couple of different
24 vintages, but...
25    Q   Are you finished, Doctor? I don't

Page 21

1  want to cut you off.
2     A   I think I'm finished, yes.
3     Q   Okay. Have you reviewed the
4  entirety of the report?
5     A   I think the report that I received
6  was about 100 pages long, so if that's the
7  entirety of the report, then, yes.
8     Q   Well, and that sounds about right. I
9  guess what I was getting at too is have you, for
10 example, reviewed the various PLM images that
11 were contained in the report?
12    A   It's something that I would look at,
13 yes.
14    Q   And having reviewed the hundred and
15 so pages of MAS's Zimmerman analysis dated
16 February 24, 2020, do you agree with MAS's
17 conclusions that chrysotile was found in both
18 bottles?
19    A   I didn't see anything in there that
20 would cause me to disagree.
21    Q   Well, having reviewed the report, do
22 you affirmatively agree with MAS that chrysotile
23 is present in the two samples that were analyzed?
24    A   I think the question that you're
25 asking me would require me to analyze the sample

6 (Pages 18 - 21)

Case 3:16-md-02738-MAS-RLS    Document 32808-9    Filed 06/11/24    Page 4 of 5
PageID: 186737

Steven Compton, Ph.D.                                                  February 28, 2020
Zimmerman, Linda Vs. Autozone Inc., Et Al.

Page 22

1  itself. I don't know that looking at the data
2  alone can allow me to independently verify
3  another lab's findings, but I can tell you
4  whether or not I did see any issues with it and
5  in this case, I didn't see any issues.
6      Q    So in reviewing the PLM images
7  included within the MAS report, you do agree that
8  what Dr. Longo finding is chrysotile?
9          MS. SIMON: Asked and answered.
10         THE WITNESS: Without looking at the
11 sample myself, I can't independently verify the
12 results, if that's what you're asking. I need to
13 look at the sample. But after reviewing the
14 report, I don't see any issues with what they're
15 calling chrysotile based on the method that they
16 used.
17 BY MR. EWALD:
18     Q    And what is your understanding of the
19 method that they used?
20     A    Well, in general, polarized light
21 microscopy, but it's an application of the ISO
22 22262-1 method with heavy liquid separation and
23 iodine staining.
24     Q    Have you talked to Dr. Longo about
25 his testing reflected in the February 24, 2020,

Page 23

1  report for this case?
2      A    Not these specific samples, no.
3      Q    Have you talked to Dr. Longo about
4  his heavy liquid separation technique for
5  chrysotile?
6      A    It's something I've seen him present
7  on.
8      Q    Apart from what you've seen
9  presentation wise with Dr. Longo, have you had an
10 individual conversation with Dr. Longo about his
11 heavy liquid separation for chrysotile technique?
12     A    Not that I can think of.
13     Q    Remind me how much experience do you
14 have with PLM?
15         MS. SIMON: Objection. Vague.
16         THE WITNESS: Aside from on-the-job
17 training, I've also taken a class that was
18 provided by McCrone Research Institute on applied
19 polarized light microscopy that was in 2010.
20 BY MR. EWALD:
21     Q    And when you talk about on-the-job
22 training, do you consider yourself a capable PLM
23 analyst?
24     A    Capable of interpreting results. I'm
25 not in the lab every day on a PLM.

Page 24

1      Q    Well, how often are you in the lab on
2  a PLM?
3          MS. SIMON: Speculation.
4          THE WITNESS: It varies depending on
5  what kind of work we're doing.
6  BY MR. EWALD:
7      Q    I appreciate that answer, but can you
8  give me any kind of estimate about, let's just
9  say, in a given year how many days where you
10 spend at least some time working with PLM?
11         MS. SIMON: Asked and answered.
12 Speculation.
13         THE WITNESS: I would say I'm in that
14 lab about once a week.
15 BY MR. EWALD:
16     Q    Do you know what the refractive index
17 of chrysotile and parallel and perpendicular
18 distinction is?
19     A    We have tables for that information.
20 It's not that something that I have committed to
21 memory, though.
22     Q    Okay. And what tables? Is there a
23 particular one that you rely on?
24     A    Well, the tables that come to mind
25 are either in the EPA R-93 method or information

Page 25

1  that's been reported by Deer, Howie, and Zussman.
2      Q    Dr. Compton, are you going to be
3  offering any plaintiff-specific exposure opinions
4  in this case?
5      A    Opinions that I believe would relate
6  exclusively to Ms. Zimmerman as opposed to other
7  people who may have used talc in the past?
8      Q    Yes.
9      A    Not that I can think of.
10     Q    And just to put a little bit of a
11 finer point on it, I know that you sometimes
12 testify as to general expected exposure from
13 cosmetic talc in talking about, in particular,
14 the Gordon, Millette 2014 study. Does that sound
15 right?
16     A    Yes, that's something of an estimate.
17     Q    But you are not intending to offer
18 any opinions in this case that are specific to
19 Ms. Zimmerman's use of Johnson's baby powder and
20 Johnson's talc products in general?
21     A    In my Declaration I discuss some of
22 that fiber release testing that was done, so I
23 wouldn't anticipate providing any opinions
24 outside of what I discussed in that document.
25     Q    Okay. Thank you. That's helpful. I

Steven Compton, Ph.D.                                               February 28, 2020
Zimmerman, Linda Vs. Autozone Inc., Et Al.

Page 102

                CERTIFICATE
STATE OF GEORGIA:
  COUNTY OF COBB:

    I hereby certify that the foregoing deposition was taken down, as stated in the caption, and the colloquies, questions and answers were reduced to typewriting under my direction; that the transcript is a true and correct record of the evidence given upon said proceeding.
        That the witness's right to read and sign the deposition was reserved;
        I further certify that I am not a relative or employee or attorney of any party, nor am I financially interested in the outcome of this action.
        I have no relationship of interest in this matter which would disqualify me from maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.
        I have no direct contract with any party in this action and my compensation is based solely on the terms of my subcontractor agreement.
        Nothing in the arrangements made for this proceeding impacts my absolute commitment to serve all parties as an impartial officer of the court.
        This 3rd day of March, 2020.

        *[signature: Shannon E. Jordan]*

        SHANNON E. JORDAN, RPR, CCR-B-2126

Page 103

To: Steven P. Compton, Ph.D.
Re: Signature of Deponent
Date Errata Due back at our offices: 4/3/20

Greetings:
This deposition has been requested for read and sign by the deponent. It is the deponent's responsibility to review the transcript, noting any changes or corrections on the attached PDF Errata. The deponent may fill out the Errata electronically or print and fill out manually.

Once the Errata is signed by the deponent and notarized, please mail it to the offices of Veritext(below).

When the signed Errata is returned to us, we will seal and forward to the taking attorney to file with the original transcript. We will also send copies of the Errata to all ordering parties.
If the signed Errata is not returned within the time above, the original transcript may be filed with the court without the signature of the deponent.

Please send completed Errata to:
Veritext Production Facility
20 Mansell Court, Suite 300
Roswell, GA 30076
(770) 343-9696

Page 104

ERRATA for ASSIGNMENT #
I, the undersigned, do hereby certify that I have read the transcript of my testimony, and that

____There are no changes noted.

____The following changes are noted:

Pursuant to Rule 30(7)(e) of the Federal Rules of Civil Procedure and/or OCGA 9-11-30(e), any changes in form or substance which you desire to make to your testimony shall be entered upon the deposition with a statement of the reasons given for making them. To assist you in making any such corrections, please use the form below. If additional pages are necessary, please furnish same and attach.

Page No.____Line No.____Change to_____
_____
Reason for change_____
Page No.____Line No.____Change to_____
_____
Reason for change_____
Page No.____Line No.____Change to_____
_____
Reason for change_____
Page No.____Line No.____Change to_____
_____
Reason for change_____
Page No.____Line No.____Change to_____
_____
Reason for change_____

Page 105

Page No.____Line No.____Change to_____
_____
Reason for change_____
Page No.____Line No.____Change to_____
_____
Reason for change_____
Page No.____Line No.____Change to_____
_____
Reason for change_____
Page No.____Line No.____Change to_____
_____
Reason for change_____
Page No.____Line No.____Change to_____
_____
Reason for change_____
Page No.____Line No.____Change to_____
_____
Reason for change_____

            _____
            DEPONENT'S SIGNATURE
Sworn to and subscribed before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires:_____