# Exhibit AJ

```
                                                              Page 1

 1                   CAUSE NO. 2017-86022-ASB
 2    BEFORE THE ASBESTOS MDL PRE-TRIAL JUDGE
 3    CRISTINA LOPEZ and      § IN THE DISTRICT COURT
      CARLOS LOPEZ            §
 4                            § 11th JUDICIAL DISTRICT
                              §
 5                            §
      VS.                     §
 6                            §
      BRENNTAG NORTH           § HARRIS COUNTY, TEXAS
 7    AMERICA, INC, ET AL.    §
      ------------------------------------------
 8
 9                   Transferred from:
               CAUSE NO. 17-12-14-67-ZCV
10
      CRISTINA LOPEZ and      § IN THE DISTRICT COURT
11    CARLOS LOPEZ            §
                              § 365th JUDICIAL DISTRICT
12                            §
                              §
13    VS.                     §
                              §
14    BRENNTAG NORTH           § ZAVALA COUNTY, TEXAS
      AMERICA, INC, ET AL.    §
15    ------------------------------------------
16
17                   DEPOSITION OF
              STEPHEN PATRICK COMPTON, Ph.D.
18                  Volume 1 of 2
                    May 7, 2020
19
      --------------------------------------------------------
20
21       ORAL DEPOSITION OF STEPHEN PATRICK COMPTON, Ph.D.,
22    produced as a witness at the instance of Defendants
23    and duly sworn, was taken in the above-styled and
24    numbered cause on May 7, 2020, from 10:07 a.m. to
25    1:50 p.m., before GRETCHEN A. MILTON, CSR, in and
```

Page 106

1  information about.
2      Q.  But this document says that these
3  recommendations do not represent proposed
4  changes to any regulations of the U.S.
5  government.  So, at least on the face of
6  this document, these are not proposed
7  regulatory changes; right?
8          MS. KAGAN:  Objection, form.
9      A.  What it's saying is that these
10 aren't any final opinions that are being
11 proposed as changes.  But the intent of
12 the document is to investigate changes to
13 regulations.  Absolutely.
14     Q.  All right.  So, we're towards the
15 end of what I was planning to do.  The
16 next two things I'm going to do is I'm
17 just going to show you a couple of
18 transcripts where you've testified before,
19 and just ask a few follow-up questions
20 about those.  And I only have a few of
21 these, and then we should be about ready
22 to wrap up.
23         So, the first one, can you
24 look at, can you open up at what I have
25 labeled as FF, which is your Zimmerman

Page 107

1  deposition from February 28, 2020.  And
2  please let me know when you have that.
3          MR. BUSH:  And I will identify
4      this as Exhibit 15.
5          (The copy of the deposition
6      transcript of Stephen Compton, Ph.D.,
7      In the Matter of Linda Zimmerman vs.
8      Autozone Inc., et al., dated February
9      28, 2020, was hereby marked as Compton
10     Exhibit 15 for identification, as of
11     this date.)
12     A.  Okay.  I'm with you.
13     Q.  All right.  Can you turn to
14 page 22, please.
15         MS. KAGAN:  Do you mean the
16     small, actual testimony, page 22?
17         MR. BUSH:  Yes.  Sorry.  I meant
18     to say small page 22 of the actual
19     transcript.  It's page 8 of the PDF.
20     Q.  All right.  And I don't really
21 want to read the whole thing because we
22 can all see it.  But starting at line 6,
23 you were asked about reviewing PLM images
24 from an MAS report, and whether you agreed
25 that, with Dr. Longo's finding, is

Page 108

1  chrysotile.
2          And the beginning of your answer
3  says:  "Without looking at the sample
4  myself, I can't independently verify the
5  results, if that's what you're asking."
6          And I wanted to ask you:  Why did
7  do you need to look at the sample yourself
8  to independently verify the results?
9      A.  In analyzing a sample, the PLM
10 analyst needs to investigate a number of
11 different criteria for any given set of
12 particles that they're looking at.  Those
13 criteria, those parameters, aren't
14 something that can always be represented
15 by a single photograph.  So, you either
16 have to rely on the fact that the work is
17 being completed by an accredited
18 laboratory, by someone who has been
19 trained and understands the methodology
20 and the principles behind how that
21 analysis is performed, or you would need
22 to analyze it yourself.
23     Q.  And what are the criteria that
24 you would need to see through the
25 microscope, as opposed to what's reported

Page 109

1  in the images, and the count sheets, and
2  the other backup data?
3      A.  Generally, these are the, the
4  parameters that are described in asbestos
5  testing methods using PLM.  Things like
6  dispersion staining colors, signs of
7  elongation.  Indices of refraction.
8  Observing the Becke lines.  That's
9  B-E-C-K-E.  The things that you would need
10 to look through the microscope and
11 actually interact with a particle, not
12 something you can necessarily see via a
13 single static image.
14     Q.  And do you think that the same
15 holds true for a TEM analysis?
16     A.  Not necessarily.  With a TEM
17 analysis, you can take snapshots of
18 certain criteria, because there are
19 essentially three criteria that you
20 utilize when you do TEM.
21         There is morphology, the size and
22 shape of a given particle, which can be
23 captured through an image of the particle.
24 Although there are some situations where
25 the contrast of an image may not as good

| Page 142 | Page 144 |
|---|---|
| 1  Lopez, Cristina Et Al v. Brenntag North America Inc Et Al<br>2  Patrick Stephen Compton , Phd Job No. 4091535<br>3        E R R A T A  S H E E T<br>4  PAGE_____ LINE_____ CHANGE_____<br>5  _____<br>6  REASON_____<br>7  PAGE_____ LINE_____ CHANGE_____<br>8  _____<br>9  REASON_____<br>10 PAGE_____ LINE_____ CHANGE_____<br>11 _____<br>12 REASON_____<br>13 PAGE_____ LINE_____ CHANGE_____<br>14 _____<br>15 REASON_____<br>16 PAGE_____ LINE_____ CHANGE_____<br>17 _____<br>18 REASON_____<br>19 PAGE_____ LINE_____ CHANGE_____<br>20 _____<br>21 REASON_____<br>22<br>23 _____   _____<br>24 Patrick Stephen Compton , Phd              Date<br>25 | 1     I,  GRETCHEN A. MILTON, a Notary Public for and<br>2  within the State of New York, do hereby certify:<br>3     That the witness whose testimony as herein set<br>4  forth, was duly sworn by me; and that the within<br>5  transcript is a true record of the testimony given by<br>6  said witness.<br>7     I further certify that I am not related to any of<br>8  the parties to this action by blood or marriage, and<br>9  that I am in no way interested in the outcome of this<br>10 matter.<br>11    IN WITNESS WHEREOF, I have hereunto set my hand<br>12 this 13th day of May, 2020.<br>13<br>14<br>15        GRETCHEN A. MILTON<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 |

| Page 143 | Page 145 |
|---|---|
| 1  Lopez, Cristina Et Al v. Brenntag North America Inc Et Al<br>2  Patrick Stephen Compton , Phd 4091535<br>3        ACKNOWLEDGEMENT OF DEPONENT<br>4     I, Patrick Stephen Compton , Phd, do hereby declare that I<br>5  have read the foregoing transcript, I have made any<br>6  corrections, additions, or changes I deemed necessary as<br>7  noted above to be appended hereto, and that the same is<br>8  a true, correct and complete transcript of the testimony<br>9  given by me.<br>10<br>11 _____   _____<br>12 Patrick Stephen Compton , Phd              Date<br>13 *If notary is required<br>14        SUBSCRIBED AND SWORN TO BEFORE ME THIS<br>15        _____ DAY OF _____, 20___.<br>16<br>17<br>18        _____<br>19        NOTARY PUBLIC<br>20<br>21<br>22<br>23<br>24<br>25 | 1  lkagan@sgpblaw.com<br>2           May 13, 2020<br>3  RE: Lopez, Cristina Et Al v. Brenntag North America Inc Et Al<br>4  DEPOSITION OF: Patrick Stephen Compton, Ph.d. - 4091535<br>5     The above-referenced witness transcript is<br>6  available for read and sign.<br>7     Within the applicable timeframe, the witness<br>8  should read the testimony to verify its accuracy. If<br>9  there are any changes, the witness should note those<br>10 on the attached Errata Sheet.<br>11    The witness should sign and notarize the<br>12 attached Errata pages and return to Veritext at<br>13 errata-tx@veritext.com.<br>14    According to applicable rules or agreements, if<br>15 the witness fails to do so within the time allotted,<br>16 a certified copy of the transcript may be used as if<br>17 signed.<br>18           Yours,<br>19           Veritext Legal Solutions<br>20<br>21<br>22<br>23<br>24<br>25 |