# Exhibit AK

| Longo Testimony | Referenced Particle |
|---|---|
| **Mot. Ex. L, Longo (*Valadez*) Dep. at 55:17 – 56:14**<br><br>Q. So what is the structure to the right of the one that you've identified, the larger blocky structure with blue on the side? What is that it? Looks like it's mostly in perpendicular.<br>A. I just have to get oriented here, so give me a second.<br>MR. RIVAMONTE: Mr. Dubin, I just want to clarify. The image that we're currently looking at now is page 32 of Dr. Longo's report, the parallel dispersion?<br>MR. DUBIN: On the right, yeah.<br>MR. RIVAMONTE: Okay. Yeah.<br>MR. DUBIN: I'm not sure if it has page numbers or we just counted pages.<br>MR. RIVAMONTE: I'm just looking at the PDF, whatever the PDF says. It's page 32.<br>Q. (BY MR. DUBIN:) Sorry, Doctor, I wasn't sure if you were in the middle of --<br>A. Yeah, I heard it. I'm just looking at it. It's hard to say, what is that? What is that?<br>***I mean I'd have to be looking in the microscope at it to tell you what that is.*** It's not something we identified. So I don't know what's wrong with it, but ***I'd have to be looking in the PLM scope to make a guess.*** | 1.550 Vs. 1.560 RI<br><br><br><br><br>25 Longo's 9/16/2020 Report on Project M71109-M71111 at 636 Longo Valadez Report at 33<br><br>*See* Mot. Ex. X at 25. |



**Mot. Ex. L, Longo (*Valadez*) Dep. at 56:15-18**

Q. Based on morphology, does that to appear to be a talc plate?

***A. Again, I'd have to be looking in the microscope to make any decision on what that might be.***

*See* Mot. Ex. X at 25.

**Mot. Ex. L, Longo (*Valadez*) Dep. at 61:5-62:3**

Q. Are you honestly telling me that when you look at this image, that structure is that magenta color underneath 500?

A. Well, no.

MR. RIVAMONTE: Argumentative.

THE WITNESS: I'm not saying that. That magenta color under 500 -- ours is more in the 1.572 -- you know, if these are -- if he's correct. I got to go back to his tables, and we're using the tables he has in his publication. And I'd be looking at -- let me take look at that.

Oh, I'm looking at the chrysotile. No wonder. Need to be looking at the talc that we analyzed. Where is that? You're looking at the standard. No wonder. There it is.

No, we have sort of that at the 500 mark. ***Again, I'd have to be under the microscope to look at it***, but the outer edge, I think that was averaged. But I think that's what you're using is from one of his older Su tables maybe. But I don't have a problem with -- the whole thing is not looking this magenta -- redder-ish [sic] purple.

But on the outer edge, on the top of the structure it has where the Becke line is. So I'm not concerned with that.

Calidiria References In 1.560

SG210 Calidria Chrysotile 0.05% Standard 4
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.570

1.572 – 1.573
1.569 – 1.570
1.567 – 1.568
1.565-1.566
1.563-1.564
1.562-1.563
1.559-1.560

Matching Wavelength, nm

Calidiria Reference Document At Page 21

*See* Mot. Ex. X at 26.

**Mot. Ex. L, Longo (*Valadez*) Dep. at 64:13-20**

Q. Uh-huh. Okay. So let's keep going. But you're treating this -- for purposes of your birefringence calculation, you're treating this -- the number that goes into your calculation is associated with purple?

A. Now, that's what it looks like to me, sitting here. ***Again, you know, I'd have to be sitting at the PLM scope,*** but I can see a reddish-purple around the edge, what I'm looking at right now.

## Dr. Longo's Chrysotile: What Color Is This?

M71614-001CSM-001 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.564

1.588 – 1.589
1.572 – 1.573
1.569 – 1.570
1.567 – 1.568
1.565-1.566
1.563-1.564
1.562-1.563
1.559-1.560

Matching Wavelength, nm

Longo Valadez Report at

*See* Mot. Ex. X at 29.



**Mot. Ex. L, Longo (*Valadez*) Dep. at 67:2-17**

Q. I'm just talking about the color, the color itself. Right? The color of this is -- you're saying visually whatever oil it's in, that the structure we just looked at from the Johnson & Johnson is further towards purple than this. Right?

MR. RIVAMONTE: Asked and answered.

THE WITNESS: You can't compare the two.

And, yes, it's a darker reddish-purple than, you know, this magenta color eliminating the bright yellow colors and ignoring the size of structure under that, that is probably closer -- is more closer to the size ranges we're seeing.

So, yeah. You just can't compare the two. I told you my opinion about it and what was around the edge, and ***I'm not looking in a microscope.*** I can't answer it anymore and help you out here.

*See* Mot. Ex. X at 31.

**Mot. Ex. L, Longo (*Valadez*) Dep. at 78:13-79:9**

Q. Just for reference, we're looking at M71614-001CSM-002.

So are there any images in here where we can determine the colors that we're seeing in the Becke line and translate those into wavelengths of light? Or do we not have images to be able to do that?

A. You know, maybe. You don't really have the image there. But the one that's parallel -- I don't know if you could really do that or not. We don't do Becke line work here, so it's not something I do all the time or would do.

I wouldn't use Becke lines to identify a particulate that's unknown. I would start off with SEM or something.

Q. Okay. So you wouldn't be able to tell me, for example, if this were a Becke line, what wavelength of light that -- what color -- what wavelength of light that's associated with?

**A. *No. In order for me to do that, I would have to be sitting at the microscope, in focus, out of focus, and look at that.***

So, no, that's not something I can just do from looking at this picture. At least I can't.

M71614-001CSM-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 630X
2.5 µm

*See* Mot. Ex. K at 40.

**Mot. Ex. L, Longo (*Valadez*) Dep. at 39:17-40:14**

Q. Can you tell me what the refractive index of a talc plate is?

MR. RIVAMONTE: Vague and overbroad.

THE WITNESS: I would say the majority of them there, you know, are down in the 1. -- 1.5 -- maybe 1.55 -- 1.558 or something like that. ***I don't know. I'd have to go -- I'd need to be looking in the microscope*** and look at the chart.

What I do know is platy talc is not fibrous, so it's not in the equation. And what I do know, if I look over in the alpha, we don't see any blues. And if I look at what is in perpendicular on that big structure up in the left-hand corner, where I say, this is a -- this is a talc -- talc plates on edge right there or this is fibrous talc, and that's now -- in the left-hand side, that's in the alpha direction, and you can't see such a blue on the end. It's real bright.

And then on the right-hand side, now it's in the parallel direction and you still got the white. That's out of the range of all the refractive indices. I mean, you're looking at greater than 1.590.

And on the other side, you're looking, less than 1.535.

*See* Mot. Ex. X at 15.