# Exhibit AN

```
                                                    Page 155

 1              SUPERIOR COURT OF NEW JERSEY
                LAW DIVISION - MIDDLESEX COUNTY
 2              DOCKET NO. MID-L-003809-18AS
 3
 4
     KAYME A. CLARK and                  VIRTUAL
 5   DUSTIN W. CLARK,                    DEPOSITION UPON
                                         ORAL EXAMINATION
 6             Plaintiffs,                   OF
                                         WILLIAM E. LONGO
 7        v.                                 Ph.D.
                                         (VOLUME II)
 8   JOHNSON & JOHNSON, et al.,
 9             Defendants.
     ------------------------------
10
11
12
13             TRANSCRIPT of the stenographic notes
14   of ANDREA F. NOCKS, a Certified Court Reporter and
15   Certified Realtime Court Reporter of the State of
16   New Jersey, Certificate No. XI01573, taken virtually
17   on April 2, 2024, commencing at 11:18 a.m., Eastern
18   Standard Time.
19
20
21
22
23
24
25   Job No. 6625014
```

| | Page 156 |
|---|---|
| 1 | A P P E A R A N C E S: |
| 2 | DEAN OMAR BRANHAM SHIRLEY LLP |
| | BY: BENJAMIN D. BRALY, ESQ. |
| 3 | 302 North Market Street |
| | Suite 300 |
| 4 | Dallas, Texas 75202 |
| | Attorneys for Plaintiffs |
| 8 | KING & SPALDING LLP |
| | BY: KEVIN HYNES, ESQ. |
| 9 | 1185 Avenue of the Americas |
| | 34th Floor |
| 10 | New York, New York 10036 |
| | -AND- |
| 11 | McCARTER & ENGLISH, LLP |
| | BY: JOHN GARDE, ESQ. |
| 12 | Four Gateway Center |
| | 100 Mulberry Street |
| 13 | Newark, New Jersey 07102 |
| | Attorneys for Defendant, |
| 14 | Johnson & Johnson |

| | Page 157 |
|---|---|
| 1 | INDEX |
| 2 | PAGE |
| 3 | WITNESS: |
| 4 | WILLIAM E. LONGO, Ph.D. |
| 6 | EXAMINATION BY: |
| 7 | MR. HYNES            160 |
| 8 | MR. BRALY            240 |

| | Page 158 |
|---|---|
| 1 | E X H I B I T S |
| 2 | NUMBER    DESCRIPTION    IDENTIFICATION |
| 3 | 1D   March 29, 2024 letter       160 |
| 4 | 1E   April 1, 2024 e-mail        160 |
| 5 | 2C   Updated testimony list      160 |
| 6 | 2D   Case-specific invoices |
| 7 |      (To be produced) |
| 8 | 10H  15-page set of M65947 |
| 9 |      PLM-count sheets           160 |
| 10 | 11A  January 25, 2021 |
| 11 |      M71211 report              171 |
| 12 | 11B  March 23, 2021 report      198 |
| 13 | 12A  Project M71614, the Valadez |
| 14 |      container, February 28, 2023   198 |
| 15 | 12B  October 19th, 2023 |
| 16 |      M71643 report              198 |
| 17 | 12C  Project M71730, |
| 18 |      November 28, 2023, |
| 19 |      Henderson report           198 |
| 20 | 12D  Project M71740, |
| 21 |      February 15, 2024 |
| 22 |      Kirch report               198 |
| 23 | 13A  February 24, 2020 |
| 24 |      Zimmerman report           198 |

| | Page 159 |
|---|---|
| 1 | E X H I B I T S   C O N T'D |
| 2 | NUMBER    DESCRIPTION    IDENTIFICATION |
| 3 | 13B  April 6, 2020 M71046 |
| 4 |      Colley report              198 |
| 5 | 13C  Project M71262, |
| 6 |      March 11, 2022 |
| 7 |      Klayman report             199 |
| 9 | 8B   Chart |
| 10 |      (marked 3/22/2024)         241 |
| 11 | (Exhibits e-mailed to p1steno@veritext.com) |
| 14 | REQUEST FOR PRODUCTION |
| 16 | PAGE NO. 172...Worksheets that were generated in |
| 17 | connection with project M71211 |
| 18 | PAGE NO. 195...Antigorite images by PLM 1.550 |
| 19 | refractive index oil, parallel and perpendicular |
| 20 | orientation |
| 21 | PAGE NO. 196...Lizardite images in 1.550 refractive |
| 22 | index oil, parallel and perpendicular orientation |
| 23 | PAGE NO. 237...Chrysotile in talc PLM-count sheets |
| 24 | for reports that were marked as exhibits |

2 (Pages 156 - 159)

LONGO, Ph.D. - DIRECT

Page 240

1 understand what you're telling us.
2  CROSS-EXAMINATION BY MR. BRALY:
3     Q.   Bill, I just wanted to cover just a
4 couple of things with you for a minute if we can.
5          As a part of what was disclosed in
6 this case that included your affidavit from the
7 Tippin case, your affidavit from the declaration
8 that you signed from September 25 of 2023, and
9 several other charts, declarations and statements
10 that I'm not going to ask you about in any kind of
11 detail, but I do want to make it clear that you've
12 tested many different products originating from
13 mine-sourced locations that are consistent with the
14 years of the mine sources associated with Johnson &
15 Johnson's products for particular years.
16         Is that fair?
17         MR. HYNES:  Object to form; leading.
18 BY MR. BRALY:
19    Q.   I'm sorry, Bill.  Will you just
20 repeat your answer?
21    A.   That is correct.  That's true.
22    Q.   Okay.  And I just want to make it
23 clear on the record that that was also part of what
24 was disclosed, as part of the foundation and
25 reliance on what you may be asked about at trial,

Page 241

1 relevant to how you know that certain vintages and
2 years of Johnson & Johnson products contain
3 asbestos, in addition to your direct observation of
4 Johnson & Johnson specific products; fair?
5         MR. HYNES:  Objection.
6    A.   Well, it's fair.  I mean, they're
7 documentation.
8         For example, the Hammondsville mine
9 and the Argonaut mine, they developed a pilot plant
10 to figure out if they could remove the asbestos
11 using different surfactants, and, you know, they
12 spiked the sample and then they compared it to the
13 others.  And the surfactants somewhat worked for the
14 tremolite, anthophyllite, chrysotile, but couldn't
15 remove it all; it would reduce the concentration.
16         Now, if there's actually no asbestos
17 in any of these mines, why would J&J be spending all
18 that money to try to remove something that didn't
19 exist?
20         MR. HYNES:  Move to strike the
21 nonresponsive portion.
22 BY MR. BRALY:
23    Q.   For example, and I could show this if
24 you don't recall it, but there was a chart that was
25 produced that's referred to as the -- it's from

Page 242

1 February 24 of 2023.
2    A.   You mean this one?
3    Q.   No, not that one.  I'll just put it
4 on the screen.
5    A.   Okay.
6    Q.   Whatever the next exhibit is.  This
7 was a chart that was used in the plant in South
8 Carolina.
9    A.   Okay.
10   Q.   This was part of the material that
11 was produced for your reliance materials and --
12   A.   I know those charts, I mean,
13 obviously.
14   Q.   So, for example, the section that
15 says "talc from China" here at the bottom, and it
16 lists out various sources of testing, including
17 testing, for example, in this first entry of
18 Chanel's products.
19   A.   Correct.
20   Q.   That's all I'm getting across to you.
21   A.   Okay.
22   Q.   Is that some of the knowledge that
23 you have about your certainty of the presence of
24 asbestos in certain Johnson & Johnson products does
25 come from testing of other manufacturers' products

Page 243

1 using the same source material; fair?
2    A.   Fair.
3         MR. HYNES:  Object to form.
4 BY MR. BRALY:
5    Q.   Okay.  That's all I wanted to
6 establish.  I'll hold on to the rest of the
7 questions till I have you at trial.  Thank you,
8 Dr. Longo.
9    A.   Thank you.
10        THE WITNESS:  And, Kevin, I
11 appreciate your professionalism, meaning you don't
12 take this personally, I don't either, and you're
13 not, you know, trying to mimic, or hopefully nobody
14 does, somebody like Robert Thackston, who can be
15 very personal and aggressive.  So I appreciate your
16 professionalism.
17        MR. HYNES:  I think we're ready to go
18 off the record.  And thanks again for your time
19 today, Dr. Longo.
20        THE WITNESS:  Thanks, guys.
21        (Deposition adjourns:  2:09 p.m.,
22 Eastern Standard Time.)
23
24
25

23 (Pages 240 - 243)

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

|  |  |
|---|---|
| Page 244<br>1           CERTIFICATE OF OFFICER<br>2<br>3       I CERTIFY that the foregoing is a true<br>4  and accurate transcript of the testimony and<br>5  proceedings as reported stenographically by me at<br>6  the time, place and on the date as hereinbefore set<br>7  forth.<br>8       I DO FURTHER CERTIFY that I am neither<br>9  a relative nor employee nor attorney or counsel of<br>10 any of the parties to this action, and that I am<br>11 neither a relative nor employee of such attorney or<br>12 counsel, and that I am not financially interested in<br>13 the action.<br>14<br>15     *Andrea Nocks CCR CRR*<br>       --------------------------------<br>16      ANDREA NOCKS, CCR, CRR<br>       Certificate No. X100157300<br>17     Certificate No. XR00011300<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 |  |