# Exhibit AR

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| LINDA ZIMMERMAN, AN INDIVIDUAL, | ) ) ) | **CERTIFIED ORIGINAL** |
| PLAINTIFF, | ) ) | CASE NO. BC720153 |
| VS. | ) ) | |
| AUTOZONE INC., ET AL., | ) ) | VOLUME II |
| DEFENDANTS. | ) ) | |
| _____ | ) | |

VIDEOTAPED DEPOSITION OF WILLIAM LONGO, PH.D.

MAY 12, 2020

SUWANEE, GEORGIA

JOB NO. 300655
REPORTED BY KRISTIN VARGAS, CSR NO. 11908, RPR

**Page 221**

```
 1      SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2            FOR THE COUNTY OF LOS ANGELES
 3
 4
 5   LINDA ZIMMERMAN, AN          )
     INDIVIDUAL,                  )
 6                                )
              PLAINTIFF,          )  CASE NO. BC720153
 7                                )
         VS.                      )
 8                                )
     AUTOZONE INC., ET AL.,       )
 9                                )
              DEFENDANTS.         )
10   _____)
11
12
13   DEPOSITION OF WILLIAM LONGO, PH.D., THE WITNESS, TAKEN
14   REMOTELY ON BEHALF OF THE DEFENDANTS, AT SUWANEE, GEORGIA,
15   ON TUESDAY, MAY 12, 2020, AT 7:11 A.M., BEFORE KRISTIN
16   VARGAS, CSR NO. 11908, RPR.
```

**Page 222**

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR PLAINTIFFS:
 4       SIMON GREENSTONE PANATIER
         BY:  CHRIS J. PANATIER, ATTORNEY AT LAW
 5            JENNIFER MONTEMAYOR, ATTORNEY AT LAW
         1201 ELM STREET
 6       SUITE 3400
         DALLAS, TEXAS 75270
 7       (214)276-7680
         CPANATIER@SGPTRIAL.COM
 8
 9   FOR DEFENDANTS JOHNSON & JOHNSON AND JOHNSON & JOHNSON
10   CONSUMER INC.:
11       KING & SPALDING
         BY:  MATTHEW K. ASHBY, ATTORNEY AT LAW
12       101 SECOND STREET
         SUITE 2300
13       SAN FRANCISCO, CALIFORNIA 94105
         (415)318-1271
14       MASHBY@KSLAW.COM
15
16   FOR DEFENDANT CHANEL, INC.:
17       MANNING GROSS + MASSENBURG, LLP
         BY:  CHRISTOPHER O. MASSENBURG, ATTORNEY AT LAW
18       365 CANAL STREET
         SUITE 3000
19       NEW ORLEANS, LOUISIANA 70130-6539
         (504)535-2880
20       CMASSENBURG@MGMLAW.COM
```

**Page 223**

```
 1   APPEARANCES, CONTINUED:
 2
 3   FOR DEFENDANT WHITTAKER, CLARK & DANIEL:
 4       BERKES CRANE ROBINSON & SEAL LLP
         BY:  VIIU SPANGLER KHARE, ATTORNEY AT LAW
 5       515 SOUTH FIGUEROA STREET
         SUITE 1500
 6       LOS ANGELES, CALIFORNIA 90071
         (213)955-1150
 7       VSPANGLERKHARE@BCRSLAW.COM
 8
 9   FOR DEFENDANT REVLON INC., BRISTOL-MYERS SQUIBB COMPANY; AND
10   MACY'S INC.:
11       HAWKINS, PARNELL & YOUNG LLP
         BY:  EDWARD ULLOA, ATTORNEY AT LAW
12       445 SOUTH FIGUEROA STREET
         SUITE 3200
13       LOS ANGELES, CALIFORNIA 90071
         (213)486-8000
14       EULLOA@HPYLAW.COM
15
16   ALSO PRESENT:
17       LISA GOUCHER
```

**Page 224**

```
 1                         INDEX
 2
 3   WITNESS
 4   WILLIAM LONGO, PH.D.
 5
 6   EXAMINATION                                         PAGE
 7   BY MR. ASHBY                                        226
```

**Page 365**

```
 1  seeing by ISO.
 2      Q    So -- but this particular -- so ISO -- we're
 3  talking about is 22262-1; right?
 4      A    Correct.
 5      Q    And that's a method that's been around for
 6  eight years probably; right?
 7      A    Correct.
 8      Q    But before that, there were plenty of other
 9  PLM methods that could have -- that were used to
10  identify chrysotile like R93, for example; right?
11      A    That is correct.
12      Q    Okay.  There's nothing particularly special
13  about 22262-1 that would help an analyst identify
14  chrysotile by light microscope that the analyst didn't
15  have available prior to 22262-1; right?
16      A    You know, I can't talk about other analysts.
17  Most of the PLM analysts out there are used to just
18  looking at asbestos added products.
19           Would a regular PLM analyst who only spends 15
20  minutes to 20 minutes on a sample find the chrysotile or
21  not in this particular sample?  I can't say.  I can't
22  say if another PLM analyst out there has the PLM setup
23  that we have with the improved 20x objective lens, the
24  high resolution monitor.
25           Used to now seeing what the chrysotile -- how
```

**Page 366**

```
 1  it presents itself in these types of samples would they
 2  find this or not?  Would it -- you can't say they would
 3  or not.  So I can't speak for what goes on out there.
 4           And yes, as we get more into the chrysotile
 5  portion of these cosmetic talcs, we are seeing if you
 6  recognize the refractive indices variation, the size of
 7  these chrysotile bundles that you are seeing in the
 8  milled talc, that's not something that a standard PLM
 9  lab using a 22262-1 going back would maybe understand or
10  have the experience and the ability to correctly
11  determine what is present in these samples.  You can't
12  make a generalized statement like you just did.
13      Q    Right.  But to be fair, you have made
14  generalized statements in the past that PLM would be
15  unable to find chrysotile in cosmetic talc; right?
16      A    I have stated that.  The R93 method, if you
17  are looking at it in a normal way that you would just do
18  regular commercial samples, I still have that opinion.
19  But that's not our lab.
20           Our lab is now experienced seeing the
21  chrysotile and how it presents itself.  So I don't think
22  the ISO PLM method at a standard lab would be a good
23  method to check cosmetic talc.
24           I do believe that, if you -- with the proper
25  training -- that for a better characterization of these
```

**Page 367**

```
 1  cosmetic talcs because we have done this as a comparison
 2  just using ISO PLM method versus the Blount method with
 3  heavy liquid density, the Blount method is more
 4  sensitive.
 5           But it also takes in the experience of the
 6  analyst and the PLM setup.  I'm not aware of any other
 7  labs that have a PLM setup like ours.
 8      Q    Understood.  But when you made the comments at
 9  trial that PLM would be unable to find chrysotile in
10  cosmetic talc because PLM's scope can't resolve the
11  chrysotile, you were talking about technology you had at
12  your lab at a time when ISO 22262 had already been
13  promulgated as a standard; correct?
14      A    Well, you are going to have to show me when I
15  made that statement because I remember being crossed on
16  that statement for a while now and have said I did make
17  those statements, but now that we have increased the
18  resolution of what we are using that we are starting to
19  see asbestos at least on the amphibole side.
20           So I have stated that I believe that with
21  enough experience all -- both the ISO Blount and TEM.
22           And, you know, and Mr. Ashby, I'm a scientist.
23  If something develops that goes against what I have
24  previously said, I'm okay with that because as a
25  scientist we shouldn't get locked into one statement
```

**Page 368**

```
 1  based on the information we have at the time and then
 2  never change that.
 3           So the ISO method is not the most efficient
 4  method.  Certainly the Blount PLM as well as the CSM
 5  method is more sensitive.  But you can find it at times
 6  in the ISO method when you don't see it in the Blount
 7  method.  That's rare.  But it's like finding the needle
 8  in the haystack.  You can run into it.
 9           So you will have to show me when I made that
10  statement in the testimony.  I believe you are correct.
11  But I believe it would have been before we gained the
12  information that we have now with improved
13  instrumentation and experience of the analysts
14  understanding what the chrysotile looks like in these
15  talc samples, these cosmetic talc samples from China.
16      Q    All right.  Okay.  So let's try to unpack that
17  a bit.
18           The -- the -- you have already told me that
19  the chrysotile that's being found in these Chinese
20  samples is short and thin chrysotile such that you are
21  using or at least looking into using Calidria as a
22  reference sample for the Chinese talc asbestos
23  contamination; is that right?
24      A    Well, it's not really contamination.  It's an
25  accessory memo.
```

**Page 373**

1  Q  Okay. That's all I was getting at.
2  A  Okay.
3  Q  So -- okay. Would you agree with me that the
4  PLM -- one of the disadvantages to it is as the fibers
5  get shorter and the bundles get thinner, the PLM has a
6  difficulty in resolving those thinner, shorter fibers?
7  A  I would agree.
8  Q  Okay. And in the past, I have heard you say
9  that the PLM cannot resolve chrysotile under a certain
10  width, but I do not remember that you stated. Do you
11  have anything like that in mind?
12  A  I would have to look at what I have stated. I
13  know the methods call for .2 to .5 microns. It cannot
14  resolve that.
15      I think you have to have in the range of
16  approximately the width of the bundle. You are never
17  going to see an individual chrysotile fiber by PLM.
18      I believe the width of the bundle would be
19  something on the order of 2 to maybe 5 micrometers to be
20  able to get the dispersion staining. You may see it.
21  But to get the dispersion staining, you need to identify
22  it as where the problem is.
23  Q  Okay. So if the chrysotile that is being
24  identified in the Chinese talc samples is more similar
25  to a Calidria type of chrysotile, would you agree with

**Page 374**

1  me that PLM then is going to have trouble resolving
2  chrysotile in that Chinese talc without your heavy
3  liquid separation at very low concentrations?
4  A  At very low concentrations, that would be
5  correct. You would have to define what very low
6  concentrations are. At a concentration of what was
7  found in Titley, it does not have a problem using our
8  system.
9  Q  What do you mean by your system?
10  A  Well, we have an enhanced objective lens that
11  gives you better resolution to discriminate between the
12  fibers and it gives better resolution on the dispersion
13  staining. And we have the high definition monitor that
14  allows you to increase the size and be able to adjust
15  your focus a little bit easier.
16      On a regular PLM setup with a PLM analyst
17  that's not experienced in looking at this, he may never
18  find it. Maybe at the concentration we found, but I
19  don't know.
20  Q  So would you agree that at least for Coalinga
21  type chrysotile, the PLM procedure is not reliable for
22  confirming chrysotile asbestos in a sample, whether it's
23  a bulk building product or even something like a talc
24  without doing your heavy liquid separation technique?
25  A  No, I won't agree with that. If you're

**Page 375**

1  looking at a building construction product and just
2  take, for example, where (inaudible) was using, I think,
3  1.5 percent grade 2010 Calidria, you can see that by PLM
4  because you have the high concentration in there.
5      Now, if they have problems seeing it, they
6  might have to -- you know, if it's a lab that's not very
7  good and they actually do a concentration
8  method -- i.e., acid dissolution which would remove the
9  majority of the material in a joint compound product,
10  that gives better ability to see it because you are
11  seeing a lot.
12  Q  Uh-huh.
13  A  Now, using the standard in cosmetic talc, the
14  heavy liquid separation certainly increases it and
15  here's a sample where the concentration was very high.
16  Not unlike the sample that AMA found the chrysotile in
17  and it's off-the-shelf Johnson & Johnson where their
18  detection limit was anywhere from 8 million to
19  10 million. At 8 million in the sample they found 4
20  fibers in, that's -- you know, it's 32 million
21  chrysotile fibers per gram. But they run across a
22  sample that had a very high concentration of chrysotile
23  in it.
24      We happened to run across a sample that had a
25  very high concentration by weight percent in the sample.

**Page 376**

1  I don't see it as something that we should ignore.
2  Q  Okay. One point, though. I think you will
3  agree. When you cited the AMA results, that's a TEM
4  analysis; right?
5  A  I agree.
6  Q  Okay. Right now we're talking about PLM
7  analysis and whether or not PLM is appropriate or could
8  find these very small, thin fibers of chrysotile; okay,
9  just to put more at you.
10  A  Well, my opinion is it is appropriate.
11  Q  Okay.
12  A  We are seeing it in a number of samples. We
13  happen to have one that has a very high concentration
14  where the PLM by the ISO method detected it. And let's
15  go back to the TEM method. How many samples has AMA
16  analyzed for FDA especially in the 2010? Was it 50? A
17  lot of those were Chinese talc source. How many did he
18  find with chrysotile in it? Zero.
19      Now he has one that had a very high
20  concentration. So it's not that you can ignore it
21  because it was TEM versus PLM.
22  Q  Uh-huh. Uh-huh. Are you aware that 22262-2
23  talks about resolving PLM or resolving Coalinga fiber by
24  PLM?
25  A  I don't recall. I mean, I don't think I

**Page 393**

```
1   asbestos fibers per 100 grid openings are shown in
2   Table 1."
3           So maybe you are right that Table 1, it's one
4   of these.  I don't believe it's the .1 percent.
5       Q   Right.  So, in any event, this is what this
6   author is saying what they found was a tremolite
7   asbestos fiber typically found by TEM after doing
8   milling down to 325 mesh; right?
9       A   One of those three samples.
10      Q   All right.  So if that's right, then we could
11  go and look at the TEM photomicrographs that you have of
12  tremolite and compare them to this to see if they look
13  similar; right?
14      A   Many of the single fibers would look similar.
15  But let's see what the aspect ratio of that is.
16          I'm really guesstimating that that may be, you
17  know, 15 or 20 microns long.  And it looks like about a
18  tenth of a micron wide or maybe 15 to 20.  So that would
19  be somewhere in the 150 to 200 aspect ratio.
20      Q   All right.
21      A   So that would be under No. 2.
22      Q   All right.  So what do you want to do?  I
23  don't have any more on that thing.
24      A   Yeah, I think I would like to wrap it up.
25  It's 15 after 5:00.  I'm very tired.  Just you guys have
```

**Page 394**

```
1   to get another day.
2           MR. PANATIER:  Yeah, okay.  Hey, so let's just
3   conclude this volume for today; and just as we did on
4   the first volume, we'll find another date to make
5   Dr. Longo available to continue the deposition.
6           MR. ASHBY:  Okay.
7           MR. PANATIER:  All right.  Thanks, guys.
8
9
10          (Whereupon, the deposition
11           was concluded at 2:14 P.M.)
12                      ***
```

**Page 395**

```
1   STATE OF CALIFORNIA    )
                           )   ss.
2   COUNTY OF LOS ANGELES  )
3
4           I certify under penalty of perjury under
5   the laws of the State of California that the foregoing is
6   true and correct.
7
8   Executed at _____ on _____.
9            (Place)                  (Date)
10
11                         _____
12                         WILLIAM LONGO, PH.D.
```

**Page 396**

```
1   STATE OF CALIFORNIA    )
                           )   ss.
2   COUNTY OF LOS ANGELES  )
3
4       I, Kristin Vargas, Certified Shorthand Reporter,
5   Certificate No. 11908 do hereby certify:
6       That prior to being examined, the witness named in the
7   foregoing deposition was by me duly sworn to testify to the
8   truth, the whole truth, and nothing but the truth;
9       That said deposition was taken down by me in shorthand
10  at the time and place therein named and thereafter reduced
11  to typewriting under my direction, and the same is a true,
12  correct, and complete transcript of said proceedings;
13      That if the foregoing pertains to the original
14  transcript of a deposition in a Federal Case, before
15  completion of the proceedings, review of the transcript
16  { } was { } was not required.
17      I further certify that I am not interested in the event
18  of the action.
19
20      Witness my hand this __15th____ day of ___MAY,____
21  2020.
22                   _KVargas_____
23                   KRISTIN VARGAS
                     Certified Shorthand Reporter
24                   for the State of California
25
```