# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |

*THIS DOCUMENT RELATES TO ALL CASES*

## NOTICE OF INTENT TO SERVE THIRD PARTY SUBPOENA

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 45(a)(4), Plaintiffs, by and through the Plaintiffs' Steering Committee, submit this Notice of Intent to Serve Third Party Subpoena on non-party Analysis Group LLC on June 11, 2024, or as soon thereafter as reasonably practicable.

Dated: June 11, 2024

Respectfully submitted,

*s/ Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel: 202-335-2600
mparfitt@ashcraftlaw.com

*/s/ P. Leigh O'Dell*
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN PORTIS & MILES, P.C.
218 Commerce St.
Montgomery, AL 36104
Tel: 334-269-2343
leigh.odell@beasleyallen.com

*Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of June 2024, a copy of the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*s/ Michelle A. Parfitt*
Michelle A. Parfitt