# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>------------------------------<br><br>*This relates to all cases in Exhibit A* | MDL No. 3:16-md-02738<br><br>ORDER TO SHOW CAUSE WHY CASES ON THE ATTACHED EXHIBIT A SHOULD NOT BE DISMISSED WITH PREJUDICE |

**THIS MATTER**, having been brought before the Court by Defendants Johnson & Johnson and LLT Management LLC, f/k/a LTL Management LLC, ("Defendants"), for entry of an Order to Show Cause requiring Plaintiffs listed in the attached **Exhibit A** to show cause why their case should not be dismissed with prejudice; and for good cause shown;

IT IS on this 11th day of June, 2024

**ORDERED** as follows:

1. Plaintiffs listed on the attached **Exhibit A** shall show cause, within twenty-one (21) days from the date of this Order, why their case should not be dismissed with prejudice for their failure to serve Defendants (via MDL Centrality) with a Plaintiff Profile Form (PPF); and

2. Defendants shall have seven (7) days to respond to any filing by Plaintiffs opposing dismissal of their case with prejudice; and

3. Plaintiffs who fail to show cause within twenty-one (21) days of this Order why their case should not be dismissed with prejudice shall have their case dismissed with prejudice immediately; and

4. After the expiration of thirty-five (35) days from the date of this Order, Defendants shall file an Order to dismiss with prejudice cases subject to this Order to Show Cause which the Court has not expressly found demonstrated good cause for their failure to file a PPF.

_____
Hon. Rukhsanah L. Singh
U.S. Magistrate Judge

# EXHIBIT A

# May 1, 2024, Cases Subject of Order to Show Cause

| Row # | Case Name | Plaintiff Firm(s) | Docket Number | |
|---|---|---|---|---|
| 1 | Flowe, Sherry | Ashcraft & Gerel | 3:17-cv-10963 | |
| 2 | Burns, Margaret | Ashcraft & Gerel | 3:17-cv-11259 | |
| 3 | Gaspard, Ethel | Ashcraft & Gerel | 3:17-cv-11274 | |
| 4 | Scott, Shilinda | Ashcraft & Gerel | 3:17-cv-11283 | |
| 5 | Lumas, Tanashiska | Barrett Law Group, P.A. | 3:16-cv-06694 | |
| 6 | Smith, Viola | Barrett Law Group, P.A. | 3:17-cv-07021 | |
| 7 | Rico, Amy M. | Baum, Hedlund, Aristei & Goldman, P.C. | 3:17-cv-11342 | |
| 8 | Rappold, Allan | Becnel Law Firm, LLC | 3:17-cv-04596 | |
| 9 | Clark, Patricia | Burns Charest LLP // Burns Charest LLP | 3:17-cv-05696 | |
| 10 | McDeavitt, Cynthia | Burns Charest LLP // Burns Charest LLP | 3:17-cv-07283 | |
| ~~11~~ | ~~Dawson, Scott~~ | ~~Burns Charest LLP // Burns Charest LLP // The Pate Law Firm~~ | ~~3:16-cv-08749~~ | RLS |
| 12 | Smith, Deanna | Cates Mahoney, LLC | 3:17-cv-10747 | |
| 13 | Collins, Thomas Michael | Conley Griggs Partin LLP | 3:17-cv-13253 | |
| 14 | Natera, Erica R | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-13546 | |
| 15 | Fowler, Karol | Fox and Farley | 3:17-cv-08148 | |
| 16 | Sanders, Margarette | Girardi & Keese | 3:17-cv-12505 | |
| 17 | Blank, Angel Lucille | Girardi & Keese | 3:17-cv-13795 | |
| 18 | Bueno, Alicia | Girardi & Keese | 3:17-cv-12500 | |
| 19 | Webb, Karyl | Goldenberg Law, PLLC | 3:17-cv-07681 | |
| 20 | Davis, Shawn | Goldenberg Law, PLLC | 3:17-cv-10175 | |
| 21 | Boos, Helen | Goldenberg Law, PLLC | 3:17-cv-11143 | |
| 22 | Bentley, Cathleen | Goldenberg Law, PLLC | 3:17-cv-11156 | |
| ~~23~~ | ~~Jackson, Thomas~~ | ~~Golomb Spirt Grunfeld PC~~ | ~~3:17-cv-10654~~ | RLS |
| 24 | White, Sheena | Hart McLaughlin & Eldridge | 3:17-cv-11322 | |
| 25 | Seymour, Yokita | Hart McLaughlin & Eldridge | 3:17-cv-11329 | |
| 26 | Hollifield, Sophie | Hart McLaughlin & Eldridge | 3:17-cv-11333 | |
| 27 | Culley, Lisa | Hart McLaughlin & Eldridge | 3:17-cv-11337 | |
| 28 | Benford, Ashley W. | Hart McLaughlin & Eldridge | 3:17-cv-11339 | |
| 29 | Jackson, Paula | Law Office of Eusi H. Phillips // Law Office of Marion D. Floyd | 3:16-cv-07488 | |
| 30 | Matthews, Lauren | Law Office of John D. Sileo, LLC | 3:16-cv-07490 | |
| 31 | Brown, Bertha | Lenze Kamerrer Moss, PLC | 3:17-cv-04340 | |
| 32 | Hunt, Sylvia | Massimo & Pawetta, P.C. | 3:17-cv-08070 | |
| 33 | Smith, Deborah | McGrath Law Firm PA | 3:17-cv-02382 | |
| 34 | Allen, Theresa | Milberg Coleman Bryson Phillips Grossman, LLC | 3:17-cv-12473 | |
| 35 | Collins, Nettie | Morris Bart, LLC | 3:17-cv-03919 | |
| 36 | Chanthapanya, Davahn | Motley Rice, LLC | 3:17-cv-05853 | |
| 37 | Arenz, Dana | Motley Rice, LLC | 3:17-cv-06074 | |
| 38 | Austin, Sheronda | Motley Rice, LLC | 3:17-cv-10615 | |
| 39 | Hunsaker, Pamela | Motley Rice, LLC | 3:17-cv-12059 | |
| 40 | Douglas, Maureen S. | Motley Rice, LLC | 3:17-cv-12296 | |
| 41 | Luna, Jessica Nicole | Motley Rice, LLC | 3:17-cv-12324 | |

1

| Row # | Case Name | Plaintiff Firm(s) | Docket Number |
|---|---|---|---|
| 42 | Mancini, Eleanor | Napoli Shkolnik, PLLC | 3:17-cv-12662 |
| 43 | Gadfield, Robert | Napoli Shkolnik, PLLC | 3:17-cv-12704 |
| 44 | Doyle, Renee | Napoli Shkolnik, PLLC | 3:17-cv-12715 |
| 45 | Fierro, James | Napoli Shkolnik, PLLC | 3:17-cv-12716 |
| 46 | Christian, Patricia | Napoli Shkolnik, PLLC | 3:17-cv-12719 |
| 47 | Brigman, Barbara | Poulin, Willey, Anastopoulo, LLC // Steckler Gresham Cochran | 3:17-cv-08135 |
| 48 | Ikemoto, Joan Lee | Poulin, Willey, Anastopoulo, LLC // Steckler Gresham Cochran | 3:17-cv-08141 |
| 49 | Johanson, Roberta | Pro Se | 3:16-cv-07427 |
| 50 | Smoller, Lorraine | Pro Se | 3:16-cv-07427 |
| 51 | Ford, Teresa | Ross Feller Casey, LLP | 3:17-cv-02370 |
| 52 | Dalton, Connie | Ross Feller Casey, LLP | 3:17-cv-09074 |
| 53 | Sherlock, Tina | Sangisetty Law Firm, LLC | 3:17-cv-02751 |
| 54 | Eidson, Carol | Sangisetty Law Firm, LLC | 3:17-cv-02753 |
| 55 | Bullock, Cardell | Simmons Hanly Conroy | 3:17-cv-05779 |
| 56 | Rosensteel, Crystal M | Simmons Hanly Conroy | 3:17-cv-05781 |
| 57 | Brown, Sharon | Simmons Hanly Conroy | 3:17-cv-11231 |
| 58 | Mojica, Kristin | Steckler Gresham Cochran | 3:17-cv-08455 |
| 59 | Tolliver, Paul | Steve Merritt Law | 3:17-cv-02976 |
| 60 | Isaacs, Victor | Summers & Johnson, P.C. | 3:17-cv-11676 |
| 61 | Bustos, Arthur L. | The Alarid Law Firm, P.C. | 3:17-cv-08290 |
| 62 | Pringle, Maryladene | The Simon Law Firm, PC | 3:17-cv-06766 |
| 63 | Demelia, Maylou | The Simon Law Firm, PC | 3:17-cv-10971 |
| 64 | Smith, Cassie | The Simon Law Firm, PC | 3:17-cv-11212 |