Alex C. Davis
ALEX DAVIS LAW OFFICE PSC
445 Baxter Avenue, Ste. 275
Louisville, KY 40204
(502) 882-6000
*Attorney for Plaintiff Maria Gara*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Hannah M. Thompson v. Johnson & Johnson, Inc. et al.<br>3:24-cv-6845 | Civil No. 3:16-md-2738-MAS-RLS |

### **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 7, 2024 on behalf of Plaintiff Hannah M. Thompson.

ALEX DAVIS LAW OFFICE PSC

*/s/ Alex C. Davis*
Alex C. Davis
445 Baxter Avenue, Ste. 275
Louisville, KY 40204
(502) 882-6000 Telephone
(502) 587-2007 Facsimile
alex@acdavislaw.com
*Attorney for Plaintiff Maria Gara*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                */s/ Alex C. Davis*
                                                Alex C. Davis