# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** <br> **JUDGE FREDA L. WOLFSON** <br> **MAG. JUDGE LOIS H. GOODMAN** |
| **MICHELE EMOND**, <br>                    Plaintiff, <br> v. <br> JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | Civil Action No: 24-cv-7021 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on June 14, 2024.

Dated: June 14, 2024            Respectfully submitted:

_/s/ Michael Goetz_
_____
MICHAEL GOETZ, ESQUIRE
Florida Bar No. 963984
Morgan & Morgan
Complex Litigation Group
One Tampa City Center, 7th Floor
201 N. Franklin Street
Tampa, Florida 33602
Telephone (813) 223-5505
Facsimile (813) 223-5402
E-Mail: MGoetz@forthepeople.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system June 14, 2024.

                                            /s/ Michael Goetz
                                            Attorney for Plaintiff