UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br>LYNWOOD FOX, individually and on behalf of SARAH FOX, Deceased,<br><br>Civil Action No.: 3:18-cv-02134 | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>NOTICE OF FILING |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 – Filing Short Form Complaints [Dkt. 148] and the Court's October 10, 2023, Order Governing Amendments to Complaints [Dkt. 28519] that the Amended Short Form Complaint with Jury Demand was filed on June 17, 2024, for Plaintiff Lynwood Fox, individually and on behalf of Sarah Fox, deceased.

Dated: June 17, 2024                    Respectfully submitted,

/s/ *Warren T. Burns*

Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
Brandi R. Hamilton (MS #105116)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130

1

T: 504.799.2845  
F: 504.881.1765  
E: aklevorn@burnscharest.com  
   knelson@burnscharest.com  
   bhamilton@burnscharest.com

**AND**

Warren T. Burns (TX #24053119)  
Daniel H. Charest (TX #24057803)  
Spencer M. Cox (TX #24097540)  
**BURNS CHAREST LLP**  
900 Jackson Street, Suite 500  
Dallas, Texas 75202  
T: 469.904.4550  
F: 469.444.5002  
E: wburns@burnscharest.com  
   dcharest@burnscharest.com  
   scox@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: June 17, 2024 /s/ *Warren T. Burns*

Warren T. Burns (TX #24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com