UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (FLW) (LHG) |
| This document relates to: CAROL WADE AS ADMINSTRATOR OF THE ESTATE OF JOYCE A. WADE  3:24-cv-7062 | |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on June 17, 2024 on behalf of Carol Wade as Administrator of the Estate of Joyce A Wade.

Dated: June 17, 2024                    Respectfully submitted,

*/s/ Joelys Hernandez*
Joelys Hernandez, Esq.
NS PR LAW SERVICES LLC
1302 Ave. Ponce De Leon
Santurce, PR 00907
T: (212) 397-1000
F: (646) 927-1676
joelyshernandez@nsprlaw.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  June 17, 2024

      */s/ Joelys Hernandez*
      Joelys Hernandez, Esq.
      NS PR LAW SERVICES LLC
      1302 Ave. Ponce De Leon
      Santurce, PR 00907
      T: (212) 397-1000
      F: (646) 927-1676
      joelyshernandez@nsprlaw.com