# EXHIBIT 5

| | |
|---|---|
| **From:** | JMurdica |
| **To:** | Liz.Achtemeier@BeasleyAllen.com; Brittany Scott; Ted Meadows; Leigh O"Dell |
| **Subject:** | FW: [EXTERNAL] Re: [EXT] date for 3rd bankruptcy -JNJ / LTL |
| **Attachments:** | image001.png |
| | image002.png |
| | image004.png |
| | image007.png |

All:

We write, first, to advise Beasley Allen that Ms. ██████ reached out to us without solicitation. (*See* the email chain below.) Second, please be advised that, in her correspondence, Ms. ██████ apprised us that Beasley Allen has represented to her (and presumably other claimants) that Johnson & Johnson is not willing to settle her talc claims, which is of course false and directly contrary to the terms of the solicitation Johnson & Johnson announced on May 1, 2024. Beasley Allen's representation to Ms. ██████ also is false with respect to the state of affairs during the pendency of both LTL bankruptcies. As Beasley Allen is well aware—having participated in the settlement discussions and received the offers—Johnson & Johnson made repeated offers to settle Ms. ██████ (and all other) talc claims during those cases. It is now evident that Beasley Allen is making both false affirmative representations and material omissions with respect to the settlements that were offered and available to its clients. Ironically, as a claimant alleging ***clear cell cancer***, Ms. ██████ also seems unaware that Beasley Allen has advocated that her claim should be deemed worthless as a "non-qualifying" cancer. Beasley Allen therefore is either knowingly deceiving Ms. ██████ (and like situated claimants)—or the courts, the press and public to which it is making contrary assertions.

As with its conduct that is currently being adjudicated before the New Jersey courts presiding over the talc MDL and MCL, Beasley Allen's instant misrepresentations raise serious ethical issues. While we are evaluating the appropriate steps to address, please be advised that **we hereby formally demand** that Beasley Allen (i) cease and desist its false and misleading representations regarding the proposed plan of reorganization that Johnson & Johnson announced, and (ii) provide corrective disclosures to claimants like Ms. ██████ to whom it has made such misrepresentations. Please confirm your acceptance of and compliance with this demand.

Jim

**James Murdica** | Partner
Barnes & Thornburg LLP
One North Wacker Drive Suite 4400, Chicago, IL 60606
Direct: (312) 214-4869 | Mobile: (215) 341-6996

Visit our Subscription Center to sign up for legal insights and events.

**From:** ██████████████████████████████
**Sent:** Wednesday, May 15, 2024 10:44 AM
**To:** Murdica, James <JMurdica@btlaw.com>

**Cc:** Liz Achtemeier <Liz.Achtemeier@beasleyallen.com>; jkim8@its.jnj.com; gmgordon@jonesday.com; brendan.pierson@thomsonreuters.com; Brittany Scott <Brittany.Scott@beasleyallen.com>; Ted Meadows <Ted.Meadows@beasleyallen.com>; Leigh O'Dell <Leigh.ODell@beasleyallen.com>
**Subject:** [EXTERNAL] Re: [EXT] date for 3rd bankruptcy -JNJ / LTL

**Caution: This email originated from outside the Firm.**

One of two emails back

regarding news cycles - mass media and independent journalism

1)

Reuters - immaterial.

You will also have to attack anyone who sees the world clearly - and doesnt make a living trying to cover their tracks while gutting women like a fish.

https://www.bloomberg.com/features/2016-baby-powder-cancer-lawsuits/

https://www.usatoday.com/story/news/nation/2021/07/27/talc-based-baby-powder-marketed-black-women-j-j-lawsuit-claims/5391526001/

https://cnnpressroom.blogs.cnn.com/2023/05/01/the-whole-story-with-anderson-cooper-investigates-claims-brought-against-johnson-johnson-in-shaken-baby-powder-on-trial-with-cnns-pamela-brown/

https://www.youtube.com/watch?v=wUQDjFiHldg

https://www.reuters.com/investigates/special-report/bankruptcy-tactics-two-step/

I am following all the news including https://www.law.com/njlawjournal/2024/02/20/beasley-allens-andy-birchfield-faces-evidentiary-hearing-on-disqualification/

Additionally, I attended all the court dates last year - which address phishing schemes

I have asked Brittnay to keep me up to date on if BA is even able to represent me her response was

"

a. Hearings are still ongoing, but we are confident the court will find that this is just another baseless attack by J&J."

also I inquired about this - where is my settlement

the answer was "

    a. Johnson & Johnson is not willing to settle your case at this time, despite the information and records we have.  Settlement requires agreement of all of the parties.  We continue to pursue settlement with Johnson & Johnson.  However, to date, J&J has been unwilling to settle."

I find this to be mentally abusive and have shared this many times - including my mental health professional (s) who were only contacted during the  fake bankruptcy process - because this is disgusting that adults act like this

I have seen all the billing/ requests for payments go through genova - and it further mentally abuses me.

I dont care that this is in an email - we belong in a mediation room and I have said that since 2016. My expectations are high only because the evidence is irrefutable

United States is better than this - or at least I am

I have

On Tue, May 14, 2024 at 6:53 PM Murdica, James <JMurdica@btlaw.com> wrote:

> It appears from the disclosure that Beasley Allen again is seeking to enter into a surreptitious relationship to thwart a bankruptcy resolution—and Reuters is again preparing to act as plaintiffs counsel's mouthpiece—by publishing misleading and deceptive advertising, which raises a panoply of issues that may fall within the crime/fraud exception to the attorney-client privileged. We ask that Beasley Allen explain the nature of the relationship and communication with Reuters (and a self-proclaimed media "influencer") that it asserts gives rise to its privilege assertion.
> Also, we've added back the original recipients that you deleted, and ask Brendan Pierson and ▇▇▇▇▇▇ confirm that they are in a privileged attorney-client relationship with Beasley Allen.
>
> Jim
>
> **James Murdica** | Partner
> Barnes & Thornburg LLP
> One North Wacker Drive Suite 4400, Chicago, IL 60606
> Direct: (312) 214-4869 | Mobile: (215) 341-6996
>
>    



Visit our Subscription Center to sign up for legal insights and events.

**From:** Liz Achtemeier <Liz.Achtemeier@BeasleyAllen.com>
**Sent:** Tuesday, May 14, 2024 1:54 PM
**To:** jkim8@its.jnj.com; gmgordon@jonesday.com; Murdica, James
<JMurdica@btlaw.com>
**Cc:** Brittany Scott <Brittany.Scott@BeasleyAllen.com>; Ted Meadows
<Ted.Meadows@BeasleyAllen.com>; Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXTERNAL] RE: [EXT] date for 3rd bankruptcy -JNJ / LTL

**Caution: This email originated from outside the Firm.**

Counsel,

Please disregard the below attorney-client communication.

Thank you,



**Elizabeth Achtemeier**
Principal
800.898.2034

Liz.Achtemeier@BeasleyAllen.com
BeasleyAllen.com | My bio
**Learn more about our ongoing litigation.**



CONFIDENTIALITY & PRIVILEGE NOTICE

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Tuesday, May 14, 2024 11:43 AM
**To:** Brittany Scott <Brittany.Scott@BeasleyAllen.com>; jkim8@its.jnj.com;
gmgordon@jonesday.com; jmurdica@btlaw.com
**Cc:** brendan.pierson@thomsonreuters.com
**Subject:** [EXT] date for 3rd bankruptcy -JNJ / LTL

**[EXTERNAL]**

Brit,

Got your email yesterday with the update.

Please do me a favor and let me know the exact date they plan to issue paperwork for the
3rd bankruptcy

or John, or Greg or James, you can tell me directly.  You can text as well 215-853-7846

Thanks,
D

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.