# EXHIBIT 9

**Table C-1.**
**U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Period Ending December 31, 2023**

| Circuit and District | Total | | | U.S. Cases | | | Private Cases | | |
|---|---|---|---|---|---|---|---|---|---|
| | Filed | Terminated | Pending | Filed | Terminated | Pending | Filed | Terminated | Pending |
| **Total** | 360,793 | 296,612 | 656,689 | 46,793 | 46,496 | 39,903 | 314,000 | 250,116 | 616,786 |
| **DC** | 3,898 | 3,461 | 4,969 | 2,504 | 2,264 | 3,019 | 1,394 | 1,197 | 1,950 |
| **1st** | 5,820 | 6,032 | 9,241 | 1,065 | 1,176 | 957 | 4,755 | 4,856 | 8,284 |
| ME | 467 | 456 | 409 | 128 | 137 | 95 | 339 | 319 | 314 |
| MA | 3,596 | 2,784 | 3,994 | 449 | 450 | 406 | 3,147 | 2,334 | 3,588 |
| NH | 544 | 1,316 | 3,103 | 212 | 178 | 127 | 332 | 1,138 | 2,976 |
| RI | 540 | 549 | 641 | 113 | 109 | 94 | 427 | 440 | 547 |
| PR | 673 | 927 | 1,094 | 163 | 302 | 235 | 510 | 625 | 859 |
| **2nd** | 27,888 | 25,586 | 30,689 | 6,520 | 6,328 | 5,028 | 21,368 | 19,258 | 25,661 |
| CT | 1,757 | 1,838 | 1,814 | 401 | 380 | 323 | 1,356 | 1,458 | 1,491 |
| NY,N | 1,868 | 1,725 | 1,869 | 540 | 469 | 446 | 1,328 | 1,256 | 1,423 |
| NY,E | 9,638 | 8,276 | 10,296 | 2,812 | 2,823 | 1,587 | 6,826 | 5,453 | 8,709 |
| NY,S | 11,676 | 11,004 | 13,318 | 1,130 | 1,157 | 1,142 | 10,546 | 9,847 | 12,176 |
| NY,W | 2,161 | 2,223 | 2,863 | 992 | 1,114 | 1,196 | 1,169 | 1,109 | 1,667 |
| VT | 788 | 520 | 529 | 645 | 385 | 334 | 143 | 135 | 195 |
| **3rd** | 39,197 | 22,799 | 93,158 | 3,189 | 3,250 | 2,503 | 36,008 | 19,549 | 90,655 |
| DE | 1,519 | 1,398 | 2,034 | 67 | 57 | 87 | 1,452 | 1,341 | 1,947 |
| NJ | 24,688 | 8,791 | 78,298 | 1,363 | 1,295 | 898 | 23,325 | 7,496 | 77,400 |
| PA,E | 7,402 | 7,455 | 6,880 | 771 | 869 | 657 | 6,631 | 6,586 | 6,223 |
| PA,M | 2,234 | 2,316 | 2,451 | 651 | 729 | 472 | 1,583 | 1,587 | 1,979 |
| PA,W | 3,237 | 2,719 | 3,070 | 321 | 280 | 292 | 2,916 | 2,439 | 2,778 |
| VI | 117 | 120 | 425 | 16 | 20 | 97 | 101 | 100 | 328 |
| **4th** | 22,757 | 17,849 | 25,698 | 6,095 | 4,762 | 5,771 | 16,662 | 13,087 | 19,927 |
| MD | 3,687 | 4,152 | 3,726 | 990 | 1,038 | 832 | 2,697 | 3,114 | 2,894 |
| NC,E | 3,322 | 1,847 | 3,240 | 2,044 | 654 | 2,048 | 1,278 | 1,193 | 1,192 |
| NC,M | 1,141 | 1,156 | 983 | 368 | 415 | 295 | 773 | 741 | 688 |
| NC,W | 1,456 | 1,312 | 1,088 | 385 | 386 | 213 | 1,071 | 926 | 875 |
| SC | 6,727 | 3,305 | 10,339 | 500 | 555 | 595 | 6,227 | 2,750 | 9,744 |
| VA,E | 3,511 | 3,292 | 2,687 | 767 | 668 | 603 | 2,744 | 2,624 | 2,084 |

| | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| VA,W | 1,263 | 1,162 | 1,168 | 193 | 249 | 204 | 1,070 | 913 | 964 |
| WV,N | 803 | 877 | 458 | 467 | 552 | 133 | 336 | 325 | 325 |
| WV,S[1] | 847 | 746 | 2,009 | 381 | 245 | 848 | 466 | 501 | 1,161 |
| **5th** | **34,862** | **34,624** | **44,700** | **3,593** | **3,722** | **3,074** | **31,269** | **30,902** | **41,626** |
| LA,E | 6,979 | 6,839 | 17,500 | 146 | 149 | 142 | 6,833 | 6,690 | 17,358 |
| LA,M | 1,733 | 1,225 | 1,807 | 56 | 57 | 83 | 1,677 | 1,168 | 1,724 |
| LA,W | 1,879 | 4,575 | 4,029 | 255 | 189 | 373 | 1,624 | 4,386 | 3,656 |
| MS,N | 910 | 917 | 584 | 391 | 414 | 118 | 519 | 503 | 466 |
| MS,S | 3,677 | 1,480 | 3,568 | 142 | 165 | 164 | 3,535 | 1,315 | 3,404 |
| TX,N | 5,279 | 5,553 | 3,890 | 975 | 1,089 | 583 | 4,304 | 4,464 | 3,307 |
| TX,E | 3,301 | 3,106 | 3,498 | 310 | 355 | 401 | 2,991 | 2,751 | 3,097 |
| TX,S | 6,476 | 6,238 | 5,850 | 778 | 778 | 667 | 5,698 | 5,460 | 5,183 |
| TX,W | 4,628 | 4,691 | 3,974 | 540 | 526 | 543 | 4,088 | 4,165 | 3,431 |
| **6th** | **18,929** | **15,785** | **41,021** | **2,656** | **2,826** | **2,609** | **16,273** | **12,959** | **38,412** |
| KY,E | 1,078 | 1,113 | 980 | 354 | 369 | 270 | 724 | 744 | 710 |
| KY,W | 1,190 | 1,286 | 1,295 | 195 | 180 | 188 | 995 | 1,106 | 1,107 |
| MI,E | 3,320 | 3,225 | 3,745 | 424 | 428 | 421 | 2,896 | 2,797 | 3,324 |
| MI,W | 1,651 | 1,519 | 1,276 | 220 | 209 | 139 | 1,431 | 1,310 | 1,137 |
| OH,N | 2,531 | 2,739 | 5,439 | 582 | 675 | 495 | 1,949 | 2,064 | 4,944 |
| OH,S | 5,450 | 2,452 | 24,198 | 450 | 492 | 504 | 5,000 | 1,960 | 23,694 |
| TN,E | 1,002 | 988 | 1,066 | 155 | 157 | 191 | 847 | 831 | 875 |
| TN,M | 1,609 | 1,424 | 1,517 | 127 | 140 | 153 | 1,482 | 1,284 | 1,364 |
| TN,W | 1,098 | 1,039 | 1,505 | 149 | 176 | 248 | 949 | 863 | 1,257 |
| **7th** | **31,329** | **19,587** | **42,559** | **3,044** | **3,288** | **2,807** | **28,285** | **16,299** | **39,752** |
| IL,N | 17,548 | 8,243 | 19,174 | 1,363 | 1,422 | 1,398 | 16,185 | 6,821 | 17,776 |
| IL,C | 1,410 | 1,487 | 1,578 | 177 | 238 | 204 | 1,233 | 1,249 | 1,374 |
| IL,S | 4,078 | 1,638 | 6,532 | 216 | 248 | 214 | 3,862 | 1,390 | 6,318 |
| IN,N | 2,235 | 2,190 | 1,973 | 420 | 444 | 283 | 1,815 | 1,746 | 1,690 |
| IN,S | 3,457 | 3,443 | 10,841 | 489 | 489 | 408 | 2,968 | 2,954 | 10,433 |
| WI,E | 1,669 | 1,627 | 1,619 | 215 | 257 | 162 | 1,454 | 1,370 | 1,457 |
| WI,W | 932 | 959 | 842 | 164 | 190 | 138 | 768 | 769 | 704 |
| **8th** | **12,861** | **11,924** | **16,222** | **2,491** | **2,423** | **2,023** | **10,370** | **9,501** | **14,199** |
| AR,E | 1,750 | 2,062 | 1,583 | 299 | 373 | 235 | 1,451 | 1,689 | 1,348 |
| AR,W | 834 | 863 | 651 | 186 | 253 | 154 | 648 | 610 | 497 |
| IA,N | 404 | 412 | 352 | 123 | 136 | 77 | 281 | 276 | 275 |
| IA,S | 647 | 612 | 510 | 151 | 142 | 143 | 496 | 470 | 367 |
| MN | 3,901 | 3,017 | 8,453 | 610 | 558 | 397 | 3,291 | 2,459 | 8,056 |
| MO,E | 2,005 | 1,785 | 1,720 | 336 | 267 | 327 | 1,669 | 1,518 | 1,393 |
| MO,W | 1,891 | 1,957 | 1,430 | 472 | 394 | 392 | 1,419 | 1,563 | 1,038 |

|       |        |         |         |         |        |        |       |         |         |         |
|-------|--------|---------|---------|---------|--------|--------|-------|---------|---------|---------|
| NE    |        | 820     | 649     | 790     | 178    | 159    | 112   | 642     | 490     | 678     |
| ND    |        | 247     | 239     | 296     | 75     | 61     | 104   | 172     | 178     | 192     |
| SD    |        | 362     | 328     | 437     | 61     | 80     | 82    | 301     | 248     | 355     |
|       | **9th**| **44,477** | **44,001** | **46,478** | **9,771** | **9,927** | **7,276** | **34,706** | **34,074** | **39,202** |
| AK    |        | 342     | 319     | 393     | 93     | 76     | 131   | 249     | 243     | 262     |
| AZ    |        | 4,023   | 3,771   | 3,115   | 845    | 919    | 636   | 3,178   | 2,852   | 2,479   |
| CA,N  |        | 6,521   | 6,499   | 13,154  | 1,136  | 890    | 884   | 5,385   | 5,609   | 12,270  |
| CA,E  |        | 4,684   | 4,604   | 5,897   | 876    | 964    | 967   | 3,808   | 3,640   | 4,930   |
| CA,C  |        | 15,767  | 15,540  | 10,610  | 3,977  | 3,863  | 2,169 | 11,790  | 11,677  | 8,441   |
| CA,S  |        | 2,491   | 2,680   | 2,071   | 482    | 471    | 393   | 2,009   | 2,209   | 1,678   |
| HI    |        | 660     | 569     | 568     | 143    | 156    | 96    | 517     | 413     | 472     |
| ID    |        | 603     | 586     | 698     | 93     | 113    | 120   | 510     | 473     | 578     |
| MT    |        | 589     | 581     | 671     | 91     | 106    | 123   | 498     | 475     | 548     |
| NV    |        | 2,792   | 2,690   | 3,538   | 273    | 309    | 359   | 2,519   | 2,381   | 3,179   |
| OR    |        | 1,989   | 2,051   | 2,329   | 416    | 585    | 488   | 1,573   | 1,466   | 1,841   |
| WA,E  |        | 819     | 934     | 650     | 393    | 511    | 283   | 426     | 423     | 367     |
| WA,W  |        | 3,152   | 3,126   | 2,446   | 946    | 961    | 612   | 2,206   | 2,165   | 1,834   |
| GU    |        | 27      | 28      | 287     | 6      | 1      | 12    | 21      | 27      | 275     |
| NMI   |        | 18      | 23      | 51      | 1      | 2      | 3     | 17      | 21      | 48      |
|       | **10th**| **9,564** | **9,545** | **9,313** | **1,701** | **1,892** | **1,560** | **7,863** | **7,653** | **7,753** |
| CO    |        | 3,468   | 3,401   | 3,077   | 398    | 403    | 400   | 3,070   | 2,998   | 2,677   |
| KS    |        | 1,248   | 1,280   | 895     | 220    | 300    | 151   | 1,028   | 980     | 744     |
| NM    |        | 1,174   | 1,164   | 1,230   | 268    | 255    | 247   | 906     | 909     | 983     |
| OK,N  |        | 576     | 612     | 641     | 142    | 174    | 139   | 434     | 438     | 502     |
| OK,E  |        | 448     | 474     | 485     | 158    | 202    | 163   | 290     | 272     | 322     |
| OK,W  |        | 1,225   | 1,149   | 1,111   | 238    | 259    | 168   | 987     | 890     | 943     |
| UT    |        | 1,174   | 1,206   | 1,449   | 241    | 273    | 237   | 933     | 933     | 1,212   |
| WY    |        | 251     | 259     | 425     | 36     | 26     | 55    | 215     | 233     | 370     |
|       | **11th**| **109,211** | **85,419** | **292,641** | **4,164** | **4,638** | **3,276** | **105,047** | **80,781** | **289,365** |
| AL,N  |        | 1,855   | 1,808   | 2,077   | 301    | 329    | 350   | 1,554   | 1,479   | 1,727   |
| AL,M  |        | 810     | 974     | 895     | 110    | 151    | 162   | 700     | 823     | 733     |
| AL,S  |        | 492     | 511     | 521     | 69     | 60     | 82    | 423     | 451     | 439     |
| FL,N  |        | 66,210  | 41,510  | 272,446 | 118    | 115    | 127   | 66,092  | 41,395  | 272,319 |
| FL,M  |        | 9,216   | 9,136   | 6,523   | 1,497  | 1,770  | 1,171 | 7,719   | 7,366   | 5,352   |
| FL,S  |        | 21,409  | 21,439  | 3,833   | 881    | 954    | 470   | 20,528  | 20,485  | 3,363   |
| GA,N  |        | 6,955   | 7,718   | 4,554   | 809    | 824    | 600   | 6,146   | 6,894   | 3,954   |
| GA,M  |        | 1,247   | 1,258   | 995     | 191    | 210    | 162   | 1,056   | 1,048   | 833     |
| GA,S  |        | 1,017   | 1,065   | 797     | 188    | 225    | 152   | 829     | 840     | 645     |

NOTE: The number of pending cases in this report includes cases that have been transferred under a Multidistrict Litigation (MDL) order. Large numbers of civil cases may be temporarily assigned by the Judicial Panel on Multidistrict Litigation to a district judge for pretrial management.  As MDL cases vary greatly among districts, it is advisable to check with the relevant district court before drawing statistical conclusions about the number of pending cases for that district.
[1] The higher number of pending cases reported for the Southern District of West Virginia is the result of reconciliation efforts conducted for pretrial management for the three-month period ending June 30, 2018.