# EXHIBIT 13

## Page 1

```
             UNITED STATES BANKRUPTCY COURT
                  DISTRICT OF NEW JERSEY

In Re:  Chapter 11        )
                          ) Case No. 21-30589
LTL MANAGEMENT, LLC,      ) (MBK)
                          )
           Debtor.        )




             VIDEO RECORDED EXAMINATION OF
                      JAMES MURDICA
             _____
                       TAKEN ON

                SUNDAY, APRIL 16, 2023





CERTIFIED STENOGRAPHER:
  JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
  CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
  CCR-WA (No. 21007264), CSR-CA (No. 14420),
  REALTIME SYSTEMS ADMINISTRATOR
  JOB NO.: 893549
```

## Page 2

         VIDEO RECORDED EXAMINATION of
JAMES MURDICA, taken before JESSICA R. WAACK,
Registered Professional Reporter, Registered
Merit Reporter, Certified Realtime Reporter,
Registered Diplomate Reporter, California
Certified Realtime Reporter, New Jersey
Certified Court Reporter (License No.
30XI008238700); Texas Certified Shorthand
Reporter (License No. 11958); Washington
State Certified Court Reporter (License No.
21007264); California Certified Shorthand
Reporter (License No. 14420); New York
Association Certified Reporter, New York
Realtime Court Reporter and Notary Public of
Washington, D.C. and the States of New York,
Pennsylvania, Delaware, Maryland and
Virginia, at Skadden, Arps, Slate, Meagher &
Flom, LLP,  One Manhattan West, New York, New
York, on Sunday, April 16, 2023, commencing
at 1:26 p.m. and concluding at 6:32 p.m.

## Page 3

         A P P E A R A N C E S

FOR OFFICIAL COMMITTEE OF TALC CLAIMANTS I:
   BROWN RUDNICK LLP
   BY:  MICHAEL WINOGRAD, ESQ.
   BY:  JENNIFER SCHEIN, ESQ.
   BY:  DAVID J. MOLTON, ESQ. (Remote)
   BY:  JEFF JONAS, ESQ. (Remote)
   BY:  ERIC R. GOODMAN, ESQ. (Remote)
   7 Times Square
   New York, New York  10036
   PHONE:  212-209-4917
   EMAIL:  Mwinograd@brownrudnick.com

ON BEHALF OF THE DEBTOR LTL AND WITNESS:
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   BY:  ALLISON M. BROWN, ESQ.
   One Manhattan West
   New York, New York  10001-8602
   PHONE:  212-735-3222
   EMAIL:  Allison.brown@skadden.com

## Page 4

         A P P E A R A N C E S

REMOTELY ON BEHALF OF JOHNSON & JOHNSON:
   WHITE & CASE LLP
   BY:  JOSHUA WEEDMAN, ESQ.
   BY:  KRISTIN SCHULTZ, ESQ.
   BY:  MATT LINDER, ESQ.
   BY:  GREG STARNER, ESQ. (In person)
   1221 Avenue of the Americas
   New York, New York  10020-1095
   PHONE:  212-819-8963
   EMAIL:  Jweedman@whitecase.com

ON BEHALF OF VARIOUS TALC CLAIMANTS:
   LEVY KONIGSBERG
   BY:  MOSHE MAIMAN, ESQ.
   BY:  JERRY BLOCK, ESQ. (Remote)
   605 3rd Avenue, 33rd Floor
   New York, New York  10158
   PHONE:  800-315-3806

Page 5

 1         A P P E A R A N C E S
 2
 3  REMOTELY ON BEHALF OF ALISHIA LANDRUM, A
 4  MEMBER OF THE TCC:
 5      BEASLEY ALLEN
 6      BY:  ANDY BIRCHFIELD, ESQ.
 7      BY:  TED MEADOWS, ESQ.
 8      BY:  LEIGH O'DELL, ESQ.
 9      Overlook II
10      2839 Paces Ferry Road SE, Suite 400
11      Atlanta, Georgia  30339
12      PHONE:  404-751-1162
13
14  REMOTELY ON BEHALF OF THE AD HOC COMMITTEE
15  OF STATES ATTORNEYS GENERAL:
16      WOMBLE BOND DICKINSON (US) LLP
17      BY:  ERICKA F. JOHNSON, ESQ.
18      BY:  LISA TANCREDI, ESQ.
19      1313 North Market Street, Suite 1200,
20      Wilmington, Delaware  19801
21      PHONE:  302252-4337
22      EMAIL:  Ericka.johnson@wbd-us.com
23
24
25

Page 6

 1         A P P E A R A N C E S
 2
 3  REMOTELY ON BEHALF OF VARIOUS TALC
 4  CLAIMANTS:
 5      PACHULSKI STANG ZIEHL & JONES
 6      BY:  LAURA DAVIS JONES, ESQ.
 7      BY:  COLIN R. ROBINSON, ESQ.
 8      780 3rd Avenue, Suite 34
 9      New York, New York  10017
10      PHONE:  212-561-7700
11
12  REMOTELY ON BEHALF OF VARIOUS TALC
13  CLAIMANTS:
14      SLATER, SLATER SCHULMAN, LLP
15      BY:  JONATHAN SCHULMAN, ESQ.
16      488 Madison Avenue, 20th Floor
17      New York, New York  10022
18      PHONE:  800-251-6990
19
20
21
22
23
24
25

Page 7

 1         A P P E A R A N C E S
 2
 3  REMOTELY ON BEHALF OF TONYA WHETSEL/TCC
 4  MEMBER:
 5      KARST & VON OISTE
 6      BY:  ERIK P. KARST, ESQ.
 7      BY:  DOUGLAS D. VON OISTE, ESQ.
 8      576 5th Avenue
 9      New York, New York  10036
10      PHONE:  212-764-3900
11
12  REMOTELY ON BEHALF OF VARIOUS TALC
13  CLAIMANTS:
14      PULASKI KHERKHER, PLLC
15      BY:  ADAM PULASKI, ESQ.
16      2925 Richmond Avenue, Suite 1725
17      Houston, Texas  77098
18      PHONE:  800-223-3784
19
20  REMOTELY ON BEHALF TCC:
21      GOLOMB SPIRT GRUNFELD, P.C.
22      BY:  RICHARD GOLOMB, ESQ.
23      1835 Market Street, Suite 2900
24      Philadelphia, Pennsylvania  19103
25      PHONE:  215-278-4449

Page 8

 1         A P P E A R A N C E S
 2
 3  REMOTELY ON BEHALF OF THE OFFICE OF THE
 4  UNITED STATES TRUSTEE:
 5      BY:  LINDA RICHENDERFER, ESQ.
 6      BY:  LAUREN BIELSKIE, ESQ.
 7      One Newark Center, Suite 2100
 8      Newark, New Jersey  07102
 9      linda.richenderfer@usdoj.gov
10
11  REMOTELY ON BEHALF OF VARIOUS TALC
12  CLAIMANTS:
13      ASHCRAFT & GEREL, LLP
14      BY:  MICHELLE PARFITT, ESQ.
15      BY:  JAMES GREEN, ESQ.
16      120 East Baltimore Street, Suite 1802
17      Baltimore, Maryland  21202
18      PHONE: 410-346-3983
19
20
21
22
23
24
25

Case 3:16-md-02738-MAS-RLS   Document 32827-14   Filed 06/17/24   Page 4 of 8
PageID: 187383

LTL Management LLC Bankruptcy                                                    James Murdica
                                                                                April 16, 2023

|  | Page 9 |
|---|---|
| 1 | A P P E A R A N C E S |
| 3 | REMOTELY ON BEHALF OF VARIOUS TALC |
| 4 | CLAIMANTS: |
| 5 | PLACITELLA & ROTH |
| 6 | BY: CHRIS PLACITELLA, ESQ. |
| 7 | BY: JUSTIN PLACITELLA, ESQ. |
| 8 | 127 Maple Avenue |
| 9 | Red Bank, New Jersey 07701 |
| 11 | REMOTELY AS LOCAL COUNSEL FOR THE AD HOC |
| 12 | COMMITTEE OF CERTAIN TALC CLAIMANTS: |
| 13 | GENOVA BURNS |
| 14 | BY: DANIEL STOLZ, ESQ. |
| 15 | 494 Broad Street |
| 16 | Newark, New Jersey 07102 |
| 17 | PHONE: 973-533-0777 |
| 19 | REMOTELY ON BEHALF OF KATHERINE TOLLEFSON |
| 20 | AND MESOTHELIOMA PLAINTIFFS: |
| 21 | MAUNE RAICHLE HARTLEY FRENCH & MUDD |
| 22 | BY: CLAYTON THOMPSON, ESQ. |
| 23 | 659 Eagle Rock Avenue, Suite 28 |
| 24 | West Orange, New Jersey 07052 |
| 25 | PHONE: 800-888-9531 |

|  | Page 10 |
|---|---|
| 1 | A P P E A R A N C E S |
| 3 | REMOTELY ON BEHALF OF BCBSMA: |
| 4 | HILL HILL CARTER |
| 5 | BY: ELIZABETH CARTER, ESQ. |
| 6 | 425 South Perry Street |
| 7 | Montgomery, Alabama 36104 |
| 8 | PHONE: 334-834-7600 |
| 10 | REMOTELY ON BEHALF OF SUE KRESSE/TCC |
| 11 | MEMBER: |
| 12 | MOTLEY RICE LLC |
| 13 | BY: JOHN BADEN, ESQ. |
| 14 | 28 Bridgeside Boulevard |
| 15 | Mount Pleasant, South Carolina 29464 |
| 16 | PHONE: 843-216-9000 |
| 18 | REMOTELY AS CO-COUNSEL FOR THE AD HOC |
| 19 | COMMITTEE OF CERTAIN TALC CLAIMANTS: |
| 20 | OTTERBOURG P.C. |
| 21 | BY: RICHARD HADDAD, ESQ. |
| 22 | BY: MELANIE L. CYGANOWSKI, ESQ |
| 23 | 230 Park Avenue |
| 24 | New York, New York 10169-0075 |
| 25 | PHONE: 212-661-9100 |

|  | Page 11 |
|---|---|
| 1 | A P P E A R A N C E S |
| 3 | REMOTELY AS CO-COUNSEL FOR THE AD HOC |
| 4 | COMMITTEE OF CERTAIN TALC CLAIMANTS: |
| 5 | MASSEY & GAIL LLP |
| 6 | BY: RACHEL S. MORSE, ESQ. |
| 7 | 50 East Washington Street, Suite 400 |
| 8 | Chicago, Illinois 60602 |
| 9 | PHONE: 312-283-1590 |
| 11 | REMOTELY ON BEHALF OF VARIOUS TALC |
| 12 | CLAIMANTS: |
| 13 | WATTS GUERRA LLC |
| 14 | BY: MIKAL WATTS, ESQ. |
| 15 | 4 Dominion Drive |
| 16 | Building 3, Suite 100 |
| 17 | San Antonio, Texas 78257 |
| 18 | PHONE: 210-447-0500 |

|  | Page 12 |
|---|---|
| 1 | A P P E A R A N C E S |
| 3 | REMOTELY ON BEHALF OF VARIOUS TALC |
| 4 | CLAIMANTS: |
| 5 | ONDERLAW |
| 6 | BY: JAMES G. ONDER, ESQ. |
| 7 | 110 East Lockwood Avenue |
| 8 | Webster Groves, Missouri 63119 |
| 9 | PHONE: 314-408-6197 |
| 11 | REMOTELY ON BEHALF OF COMMITTEE MEMBER AND |
| 12 | TALK CLAIMANTS: |
| 13 | LAW OFFICES OF MITCHELL J. MALZBERG |
| 14 | BY: MITCHELL J. MALZBERG, ESQ. |
| 15 | 6 East Main Street, Suite 7 |
| 16 | Clinton, New Jersey 08809 |
| 17 | PHONE: 908-323-2958 |
| 19 | REMOTELY ON BEHALF OF VARIOUS TALC |
| 20 | CLAIMANTS: |
| 21 | BUSCH WEITZ & LUXENBERG |
| 22 | BY: LISA NATHANSON, ESQ. |
| 23 | 700 Broadway |
| 24 | New York, New York 10003 |
| 25 | PHONE: 212-558-5500. |

## Page 13

```
 1              A P P E A R A N C E S
 2
 3   REMOTELY FOR THE DEBTOR:
 4        JONES DAY
 5        BY:  DAVID TORBORG, ESQ.
 6        51 Louisiana Avenue NW
 7        Washington, DC  20001
 8        PHONE:  202-879-3939
 9
10   FOR MESOTHELIOMA CREDITORS:
11        KAZAN, McCLAIN, SATTERLEY & GREENWOOD
12        BY:  JOSEPH SATTERLEY, ESQ.
13        BY:  STEVEN KAZAN, ESQ. (Remotely)
14        55 Harrison Street, Suite 400
15        Oakland, California 95607
16        PHONE:  510-302-1000
17
18   REMOTELY ON BEHALF OF VARIOUS TALK
19   CLAIMANTS:
20        LEVIN PAPANTONIO RAFFERTY
21        BY:  CHRIS TISI, ESQ.
22        316 South Baylen Street
23        Pensacola, Florida  32502
24        PHONE:  850-435-7000
25
```

## Page 14

```
 1              A P P E A R A N C E S
 2
 3   APPEARING REMOTELY ON BEHALF OF TORT
 4   CLAIMANTS AND THE STATE OF NEW MEXICO:
 5        NACHAWATI LAW GROUP
 6        BY:  MAJED NACHAWATI, ESQ.
 7        5489 Blair Road
 8        Dallas, Texas  75231
 9        PHONE:  866-705-7584
10
11           A L S O   P R E S E N T
12
13   COREY STERN
14   CAROL SLOCUM
15   MIKE BERKIN
16   MORTON BRANZBURG
17   KENNETH ROSEN
18   JUAN TORRES, Zoom operator
19   LARRY MOSKOWITZ, videographer
20
21
22              --o0o--
23
24
25
```

## Page 15

```
 1                INDEX TO EXAMINATION
 2               WITNESS:  JAMES MURDICA
 3
 4           EXAMINATION                 PAGE
 5   BY MR. WINOGRAD                      18
 6   BY MR. MAIMAN                       139
 7   BY MR. SATTERLEY                    214
 8   BY MS. RICHENDERFER                 263
 9   BY MR. PLACITELLA                   279
10   BY MR. THOMPSON                     296
11
12              INDEXED PAGES
13                                       PAGE
14   JAMES MURDICA, sworn                 18
15   REPORTER CERTIFICATE                306
16   INSTRUCTIONS TO WITNESS             307
17   DECLARATION UNDER PENALTY OF PERJURY 308
18   ERRATA SHEET                        309
19
20            INFORMATION REQUESTED
21                  None
22
23
24
25
```

## Page 16

```
 1              INDEX TO EXHIBITS
 2           WITNESS:  JAMES MURDICA
 3             Sunday, April 16, 2023
 4   MARKED          DESCRIPTION           PAGE
 5   Exhibit 1  Voluntary Petition for
 6              Non-Individuals Filing for
 7              Bankruptcy                    31
 8   Exhibit 2  Voluntary Petition for
 9              Non-Individuals Filing for
10              Bankruptcy                    33
11   Exhibit 3  Term Sheet                    64
12   Exhibit 4  Plan Support Agreement        88
13   Exhibit 5  Plan Support Agreement        91
14   Exhibit 6  Reuters article              180
15   Exhibit 7  Testimony transcript dated
16              April 11, 2023               199
17
18        ** All exhibits were attached to the
19           original transcript **
20
21                --o0o--
22
23
24
25
```

Page 17

1              ******
2           PROCEEDINGS
3       April 16, 2023, 1:26 p.m.
4         New York, New York
5              ******
6           THE VIDEOGRAPHER:  Good
7   afternoon.  We are on the record.
8           My name is Larry Moskowitz, and
9   I'm a videographer retained by Lexitas.
10          Today's date is April 16, 2023,
11  and the time is 1:27 p.m.
12          This deposition is being held at
13  Skadden Arps, One Manhattan West,
14  New York, New York, in the matter of
15  LTL Management LLC Bankruptcy.
16          The deponent is Jim Murdica.
17          All counsel appearances will be
18  noted on the stenographic record.
19          The court reporter is Jessie
20  Waack, and she will now swear in the
21  witness.
22  ///
23  ///
24  ///
25  ///

Page 18

1              *****
2       JAMES MURDICA, sworn
3   on oath and/or affirmed, called as a
4   witness herein, was examined and testified
5           as follows:
6              *****
7           EXAMINATION
8   BY MR. WINOGRAD:
9       Q.  Good afternoon, Mr. Murdica.
10      A.  Good afternoon.
11      Q.  My name is Mike Winograd from
12  Brown Rudnick.  We are proposed counsel to
13  the official committee in the new
14  bankruptcy.
15          Can you just state your name for
16  the record, please.
17      A.  Jim Murdica.
18      Q.  And have you been deposed before?
19      A.  I have.
20      Q.  I just want to go through, about
21  how many times?
22      A.  Once.
23      Q.  And in what case was that?
24      A.  It involved a discovery dispute.
25      Q.  What was the case?

Page 19

1       A.  I don't remember.
2       Q.  I just want to go through a few
3   ground rules.
4           You're testifying under oath?  Do
5   you realize that?
6       A.  Yes.
7       Q.  Please give verbal answers, no
8   nods.  If you don't understand a question,
9   please ask me.  I'll ask.  I want to make
10  sure we are clear about the questions.
11          If you need a break, please let
12  me know.
13          Is there any reason -- are you
14  okay with all those?
15      A.  Yes.
16      Q.  And is there any reason that you
17  can't give complete and truthful testimony
18  today?
19      A.  No.
20      Q.  What did you do for -- to prepare
21  for today's deposition?
22          MS. BROWN:  I'll just caution
23      you, Jim, obviously don't reveal any
24      conversations with counsel.
25          THE WITNESS:  I spoke with

Page 20

1       Ms. Brown for about an hour.  And I got
2       down here, had a smoothie, and now I'm
3       sitting in front of you.
4   BY MR. WINOGRAD:
5       Q.  When did you speak with
6   Ms. Brown, without going into the
7   substance?
8       A.  Just now.
9       Q.  Today?
10      A.  Yeah.
11      Q.  And are you aware that there were
12  other depositions in this case that have
13  taken place already?
14      A.  I am.
15      Q.  And did you listen to any of
16  those?
17      A.  I did.
18      Q.  Which ones?
19      A.  All of them.
20      Q.  So you listened to Mr. Haas?
21      A.  I did.
22      Q.  And Mr. Kim?
23      A.  Yes.
24      Q.  Mr. Pulaski?
25      A.  Yes.

Page 233

1   A.  Not intentionally.
2       MS. BROWN:  Objection.  Vague.
3   BY MR. SATTERLEY:
4   Q.  But regardless, other than the
5   Zoom meetings where you got some oral
6   feedback, there's not any written changes
7   to the term sheet that we can look at to
8   see any sort of negotiations, right?
9   A.  Well, you can ask Mr. Watts
10  tomorrow what he remembers asking me to
11  change.
12  Q.  I understand I can do that.  I
13  probably will do that.
14      But my question to you is, are
15  you aware of any --
16  A.  I already answered it.
17  Q.  Okay.  You're not aware of any
18  written changes --
19  A.  Not --
20  Q.  -- right?  Okay --
21  A.  I'm not.
22  Q.  -- super.
23      Now, let me just ask you on
24  December the 28th of 2022, the debtor filed
25  a motion asking for several folks' funding

Page 234

1   agreements, litigation funding agreements.
2       You're familiar with that,
3   correct?
4   A.  Yes.
5   Q.  Did you, with any of these
6   attorneys that have signed the -- a PSA,
7   did you at any point in time ask for them
8   to provide you litigation funding
9   information?
10  A.  Other than the motion that you're
11  referring to, no.
12  Q.  And the motion that was filed way
13  back in December had -- and specifically
14  had in that motion that Mr. Onder had 9,640
15  claims and Fears Nachawati had 3500 claims,
16  at any point in time, did you ask
17  Mr. Fond -- Onder or the Fears Nachawati
18  firm anything about their litigation
19  funding?
20  A.  I didn't need to, because as
21  you've seen, their clients are in support.
22  The concern that I had personally was that
23  I believed that the Beasley firm is not
24  able to say yes to any deal, because
25  they're way too deep in debt from funding.

Page 235

1   I don't have that concern with
2   Mr. Onder or Mr. Nachawati, which is why
3   they're in support of the plan.  Clearly
4   they don't have that problem.
5   Q.  Have you and Mr. Onder talked
6   about Fortress Financial lending?
7   A.  I know that Fortress is a company
8   that has interest in talc litigation.  Who
9   they're behind, I don't know.  And you
10  should ask the members of your committee.
11      MR. SATTERLEY:  Move to strike.
12  BY MR. SATTERLEY:
13  Q.  First of all, Mr. Onder is not a
14  member of the committee, so let me just --
15  A.  I'm talking about the members of
16  your committee that have funding --
17  Q.  Counsel --
18      (Simultaneous unreportable
19      crosstalk occurs among parties.)
20      (Stenographer requests one
21      speaker at a time.)
22      MR. MAIMAN:  He's got his
23      speeches that he wants to give.
24  BY MR. SATTERLEY:
25  Q.  Mr. Murdica, my question was, did

Page 236

1   you and Mr. Onder talk about Fortress
2   Financial's role in funding his cases?
3   A.  No.
4   Q.  Did you, before you put in Archer
5   as the -- as the lien resolution and
6   administrator of this -- on this term
7   sheet, did you research Archer's role with
8   Fortress Financial?
9       MS. BROWN:  Objection.  Don't
10      answer.
11      MR. SATTERLEY:  Don't answer
12      under what basis?
13      MS. BROWN:  Under the basis that
14      it would implicate his work as a
15      litigation attorney in this case.
16  BY MR. SATTERLEY:
17  Q.  Do you know Fortress Financial's
18  relationship to Archer?
19  A.  I do.
20  Q.  And what is that relationship?
21  A.  That's -- I don't think that's
22  relevant to this or mine to tell.  Archer
23  is in there as a placeholder for a lien
24  resolution company, because they do a good
25  job.

Page 305

1    MR. MAIMAN:  We disagree and I
2  would just note that in the -- as
3  expressed by the U.S. Trustee, there
4  were no harassing questions.  We
5  understand --
6    (Simultaneous unreportable
7    crosstalk occurs among parties.)
8    MR. THOMPSON:  Just I don't know
9  if this got noted.  But I join on
10 behalf of Maune Raichle all the
11 statements made Mr. Maiman and
12 Mr. Satterley and by Mr. Winograd.
13   MS. BROWN:  Okay.  We're off the
14 record.
15   THE VIDEOGRAPHER:  We are going
16 off the record.
17   The time is 6:32 p.m.
18   (Time noted: 6:32 p.m.)

Page 306

1         REPORTER CERTIFICATE
2    I, the undersigned, do hereby certify:
3    That JAMES MURDICA was by me duly sworn
4  in the within-entitled cause; that said
5  deposition was taken at the time and place
6  herein named; and that the deposition is a
7  true record of the witness's testimony as
8  reported by me, a disinterested person, and
9  was thereafter transcribed.
10   I further certify that I am not
11 interested in the outcome of the said
12 action, nor connected with, nor related to
13 any of the parties in said action, nor to
14 their respective counsel.
15   IN WITNESS WHEREOF, I have hereunto set
16 my hand this 17th day of April, 2023.
17 Signature: __Requested__Waived_X_Not Requested
18
19
20 _____
21        JESSICA R. WAACK
         Registered Diplomate Reporter
22       Certified Realtime Reporter
     California Certified Realtime Reporter
23     New York Realtime Court Reporter
       New York Association Court Reporter
24     Notary Public, State of New York
   CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
25  CCR-WA (No. 21007264), CSR-CA (No. 14420)

Page 307

1         INSTRUCTIONS TO WITNESS
2
3    Please read your deposition over
4  carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8    After doing so, please sign the
9  errata sheet and date it.
10   You are signing same subject to
11 the changes you have noted on the errata
12 sheet, which will be attached to your
13 deposition.
14   It is imperative that you return
15 the original errata sheet to the deposing
16 attorney within thirty (30) days of
17 receipt of the deposition transcript by
18 you.  If you fail to do so, the deposition
19 transcript may be deemed to be accurate
20 and may be used in court.

Page 308

1  DECLARATION UNDER PENALTY OF PERJURY
2  IN RE LTL BANKRUPTCY
3  Date of Deposition:  April 16, 2023
4
5
6    I, JAMES MURDICA, hereby certify
7  under penalty of perjury under the laws of
8  the State of _____ that the
9  foregoing is true and correct.
10
11   Executed this____ day of     , 2023,
12 at _____.
13
14
15      _____
16             JAMES MURDICA
17
18 SUBSCRIBED AND SWORN BEFORE ME
19 THIS __ DAY OF _____, 20
20 _____
            NOTARY PUBLIC
21
22 MY COMMISSION EXPIRES:_____