# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Shannon S. Burton v. Johnson & Johnson, et al*<br><br>Civil Action No.: 3:24-cv-04402-MAS-RLS | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on March 29, 2024, on behalf of the plaintiff(s), Shannon S. Burton.

Dated: June 17, 2024

                                                  Respectfully Submitted by,

                                                  **MOTLEY RICE LLC**

                                                  /s/ Carmen S. Scott
                                                  Carmen S. Scott
                                                  cscott@motleyrice.com
                                                  28 Bridgeside Blvd.
                                                  Mt. Pleasant, SC 29464
                                                  (843) 216-9160
                                                  (843) 216-9450 (Facsimile)

                                                  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott