# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>3:24-cv-7087 | **MDL NO. 2738 (MAS) (RLS)** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on June 18, 2024 on behalf of Inita Knox.

Dated:  June 18, 2024                      Respectfully submitted,

                                                             **NS PR LAW SERVICES LLC**

                                                             */s/ Christopher LoPalo*
                                                             Christopher LoPalo, Esq.
                                                             1302 Ave. Ponce De Leon
                                                             Santurce, PR 00907
                                                             Telephone: (212) 397-1000
                                                             Facsimile: (646) 927-1676
                                                             clopalo@nsprlaw.com

                                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  June 18, 2024

                                            */s/ Christopher LoPalo*
                                            Christopher LoPalo, Esq.
                                            NS PR LAW SERVICES LLC
                                            1302 Ave. Ponce De Leon
                                            Santurce, PR 00907
                                            Telephone: (212) 397-1000
                                            Facsimile: (646) 927-1676
                                            clopalo@nsprlaw.com

                                            *Attorneys for Plaintiff*