IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Susan Herrington v. Johnson & Johnson, et al.*<br><br>Case No.: 3:24-cv-07092 | Civil No. 3:16-md-2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 18, 2024 on behalf of Plaintiff Susan Herrington.

Respectfully:

*/s/ Tara K. King*
Tara K. King
MO Bar No. 69171
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80203
303-376-6360 Telephone
888-875-2889 Facsimile
TKing@wagstafflawfirm.com

Dated: June 18, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        */s/ Tara K. King*
                                        Wagstaff Law Firm