# EXHIBIT A



OFFICE 877.542.4646
FAX 612.454.2678
2116 2nd Avenue South
Minneapolis / MN / 55404
www.WeStrikeBack.com

June 5, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton NJ 08608

      Re:    *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation* – MDL 2738

**<u>This correspondence relates to cases attached as "Exhibit A."</u>**

Your Honor:

    On Monday, June 3, 2024, the Johnson & Johnson Defendants submitted two letters [Dkt. Nos. 32599 and 32601] addressing cases on their attached Exhibits A [Dkt. Nos. 32599 and 32601-02]. In the first letter [Dkt. 32599] defense counsel states an Order to Show Cause will be filed on July 1, 2024 should any cases attached as Exhibit A continue to fail to produce a Plaintiff Profile Form ("PPF"). In the second letter [Dkt. 32601] defense counsel asks why cases included as Exhibit A should not be dismissed with prejudice for an alleged failure to serve a PPF pursuant to the process set up in the Case Management Order ("CMO"), dated February 13, 2024 [Dkt. 29032]. These letters do not reflect accurate information.

    Counsel for Defendants Johnson & Johnson identified the cases identified in Plaintiffs' Exhibit A, filed by undersigned counsel, as not having complied with the Court's order. Cases attached as Exhibit A are in compliance and undersigned counsel has submitted PPFs for each case, contrary to assertions of Defendants. Plaintiffs' cases should not be dismissed, because the attached cases are in compliance with the Court's order. Plaintiffs are prejudiced by Defendants' inaccurate reports to the contrary.

Accordingly, Plaintiffs seek entry of an Order that (1) directs Johnson & Johnson to correct the Record in the docket, so as to avoid further prejudice to each Plaintiff; (2) instructs Johnson & Johnson to directly coordinate with Brown Greer for the purpose of updating and/or verifying J&J's own access to the MDL Centrality records; including complete and full content; (3) instructs J&J to meet and confer with the undersigned counsel if J&J contends the attached claims are not contained within the portal; and whatever further relief the court deems just and appropriate.

Thank you for your consideration of these matters.

Dated: June 5, 2024  Respectfully submitted,

*/s/ Rhett A. McSweeney*

Rhett A. McSweeney
2116 Second Avenue South
Minneapolis MN 55404
(612) 746-4646
ram@westrikeback.com
filing@westrikeback.com

## Plaintiff Submission Status Report
## Talcum Powder Litigation

| MDL 1201 Row | Plaintiff Name | Law Firm Name | Plaintiff ID | Name of First Named Plaintiff on Complaint | Original PPF Date | Amended PPF Date(s) | Most Recent PPF Date |
|---|---|---|---|---|---|---|---|
| 15. | BROWN, LOIS | McSweeney/Langevin LLC | 24950 | ROBERT, BROWN | 2/14/24 | | 2/14/2024 |
| 17. | MCDONALD, BEVERLY | McSweeney/Langevin LLC | 25015 | | 4/29/24 | | 4/29/2024 |
| 21. | SHEVENOCK, GEORGIANNA | McSweeney/Langevin LLC | 27550 | | 4/17/24 | | 4/17/2024 |
| 22. | PASCUCCI, BEATRICE | McSweeney/Langevin LLC | 27640 | | 4/3/24 | | 4/3/2024 |
| 25. | SCIFO, MARY | McSweeney/Langevin LLC | 27653 | | 4/8/24 | | 4/8/2024 |
| 26. | SANDEEN, LAUREN | McSweeney/Langevin LLC | 27654 | | 3/5/24 | | 3/5/2024 |
| 27. | PLAYFORD, MYTYL | McSweeney/Langevin LLC | 27655 | | 2/14/24 | | 2/14/2024 |
| 28. | SNEED, MARIA | McSweeney/Langevin LLC | 27656 | | 2/14/24 | | 2/14/2024 |
| 35. | BARROW, BETTY | McSweeney/Langevin LLC | 35188 | BARROW, BETTY | 11/28/23 | | 11/28/2023 |
| 39. | BRASKA, ELINOR | McSweeney/Langevin LLC | 60243 | FYE, DIANNA | 4/4/24 | | 4/4/2024 |
| 40. | OWENS, SHARON | McSweeney/Langevin LLC | 60351 | OWENS, SHARON | 2/28/24 | | 2/28/2024 |
| 41. | TARRIO, STEPHANIE | McSweeney/Langevin LLC | 60361 | TARRIO, DYTANIAL | 4/19/24 | | 4/19/2024 |
| 43. | MCCLINTON MATTHEWS, JULIE | McSweeney/Langevin LLC | 60436 | MCCLINTON-MATTHEWS, JULIE | 4/29/24 | | 4/29/2024 |
| 47. | VENTERS, LISA | McSweeney/Langevin LLC | 60560 | VENTERS, LISA | 4/19/24 | | 4/19/2024 |
| 48. | BECK, BETTY | McSweeney/Langevin LLC | 60631 | SLENKER, THOMAS | 4/25/24 | | 4/25/2024 |
| 51. | BERNARD, JOYCE | McSweeney/Langevin LLC | 60709 | | 4/22/24 | | 4/22/2024 |
| 54. | BURRELL, MELVA | McSweeney/Langevin LLC | 60746 | | 4/24/24 | | 4/24/2024 |

Cases from Docket 32599

| Row # | Case Name | Case No. |
|---|---|---|
| 480 | Morrison, Gerald | 3:20-cv-01641 |
| 481 | Tarrio, Dytanial | 3:20-cv-03057 |
| 482 | Matthews, Ronald | 3:20-cv-03329 |
| 483 | Burrell, Melva | 3:20-cv-14832 |
| 484 | Slenker, Thomas | 3:20-cv-15204 |
| 485 | Venters, Lisa M | 3:20-cv-18645 |
| 486 | Bernard, Nathaniel | 3:20-cv-19651 |

Cases from Docket 32601-2

| Row # | Case Name | Case No. |
|---|---|---|
| 1181 | Sneed, Maria | 3:18-cv-10303 |
| 1182 | Sandeen, Lynnea | 3:18-cv-10416 |
| 1183 | Playford, Mytyl | 3:18-cv-10506 |
| 1184 | Scifo, George | 3:18-cv-10607 |
| 1185 | Pascucci, Beatrice | 3:18-cv-10726 |
| 1186 | Brown, Robert | 3:18-cv-11413 |
| 1188 | McDonald, James | 3:18-cv-13587 |
| 1189 | Shevenock, Michael | 3:18-cv-13689 |
| 1191 | Fye, Dianna | 3:19-cv-18735 |
| 1192 | Owens, Jack | 3:19-cv-19392 |