Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Docket No. 3:16-md-2738-FLW-LHG

_____

IN RE:

JOHNSON & JOHNSON TALCUM          HESS MOTION AND
POWDER PRODUCTS MARKETING,        INSPECTION MOTION
SALES PRACTICES AND PRODUCTS      VIA REMOTE ZOOM
LIABILITY LITIGATION              VIDEOCONFERENCE

_____

              *     *     *     *

            WEDNESDAY, JUNE 12, 2024

              *     *     *     *


BEFORE:  SPECIAL MASTER JOEL SCHNEIDER, USMJ, RETIRED
         jschneider@mmwr.com
         856-488-7797



       MASTROIANNI & FORMAROLI, INC.

   Certified Court Reporting & Videoconferencing

             P.O. BOX 368

     Haddon Heights, New Jersey 08035

           856-546-1100

Electronically signed by Theresa Kugler (001-297-027-4278)                     cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 2

1

2

3

4

5

6                        Transcript of proceedings in the

7    above matter taken stenographically by

8    Theresa Mastroianni Kugler, Certified Court Reporter,

9    license number 30X100085700, Notary Public of the

10   State of New Jersey and the Commonwealth of

11   Pennsylvania, VIA ZOOM REMOTE VIDEOCONFERENCE,

12   commencing at 10:01 AM.

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 3

```
 1
      A P P E A R A N C E S:
 2

 3
            ASHCRAFT & GEREL, LLP
 4          BY:  MICHELLE A. PARFITT, ESQUIRE
            1825 K STREET, NW
 5          WASHINGTON, DC  2006
            800-674-9725
 6          202-759-7648
            mparfitt@ashcraftlaw.com
 7          ATTORNEYS FOR THE PLAINTIFFS

 8

 9          BEASLEY ALLEN LAW FIRM
            BY:  LEIGH O'DELL, ESQUIRE
10          218 COMMERCE STREET
            P.O. BOX 4160
11          MONTGOMERY, ALABAMA  36104
            800-898-2034
12          FAX - 334-954-7555
            leigh.odell@beasleyallen.com
13          ATTORNEYS FOR THE PLAINTIFFS

14

15          BURNS, CHAREST, LLP
            BY:  NATALIE EARLES, ESQUIRE
16          365 CANAL STREET
            SUITE 1170
17          NEW ORLEANS, LOUISIANA  70130
            504-799-2845
18          FAX - 504-881-1765
            nearles@burnscharest.com
19          ATTORNEYS FOR THE PLAINTIFFS

20

21

22

23

24

25
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 4

```
 1
 2          FAEGRE, DRINKER, BIDDLE & REATH, LLP
            BY:  SUSAN M. SHARKO, ESQUIRE
 3          600 CAMPUS
            FLORHAM PARK, NEW JERSEY  07932
 4          DIRECT - 973-549-7350
            FAX - 973-360-9831
 5          susan.sharko@faegredrinker.com
            ATTORNEYS FOR THE DEFENDANT,
 6          JOHNSON & JOHNSON and JOHNSON & JOHNSON
            CONSUMER COMPANIES, INC.,
 7          now known as JOHNSON & JOHNSON CONSUMER, INC.
 8
 9          KING & SPALDING, LLP
            BY:  MATTHEW BUSH, ESQUIRE
10             - and -
            BY:  KRISTEN FOURNIER, ESQUIRE
11          1185 AVENUE OF THE AMERICAS
            34TH FLOOR
12          NEW YORK, NEW YORK  10036
            212-790-5356
13          mbush@kslaw.com
            ATTORNEYS FOR THE DEFENDANTS
14
15
16
17
    A L S O   P R E S E N T:
18
19
            MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
20          BY:  CLARISSA LINTNER, ESQUIRE
            1735 MARKET STREET
21          21st FLOOR
            PHILADELPHIA, PENNSYLVANIA  19103-7505
22          215-772-7411
            FAX - 215-772-7620
23          rgoodman@mmwr.com
24
            Laura Seggerman
25
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 5

```
 1                   SPECIAL MASTER SCHNEIDER:  Good

 2    morning, everybody.  This is Judge Schneider, the

 3    Special Master in the Talc MDL.  We're here for oral

 4    argument on two motions.  I'll call them the Hess

 5    motion and the Inspection Motion.

 6                   As I noted in my email, we'll hear oral

 7    argument on the Hess motion first, and then we'll go

 8    to the Inspection Motion.

 9                   I don't expect to rule today, but you

10    will receive prompt decisions after today's argument.

11                   So what we usually do is enter the

12    appearances for the attorneys who are expected to

13    talk.  Anyone else who wants to enter their

14    appearance, that's fine.  And if someone who doesn't

15    announce their name is going to talk, just please

16    identify yourself for the record.

17                   So why don't we start for the

18    Plaintiffs on the Hess motion.

19                   MS. O'DELL:  Good morning, your Honor.

20    Leigh O'Dell from Beasley Allen on behalf of the

21    Plaintiffs' Steering Committee.

22                   MS. PARFITT:  Good morning, your Honor.

23    Michelle Parfitt, also on behalf of the Plaintiffs'

24    Steering Committee.  I don't anticipate speaking

25    today.
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 6

1                    MR. BUSH:  Good morning, your Honor.

2     Matthew Bush on behalf of the Defendants.  And with

3     me is Kristen Fournier, also from King & Spalding.

4                    MS. SHARKO:  Susan Sharko from Faegre

5     Drinker and I don't anticipate speaking today.

6                    SPECIAL MASTER SCHNEIDER:  We've been

7     at this a number of times and you know how I like to

8     proceed.

9                    I've read all the papers.  I think I

10    understand the issues.  If you'll indulge me, I have

11    a few questions and then we'll hear any argument

12    counsel wants to make.  You won't be cut short by my

13    questions.

14                    Let me start by directing this to

15    Mr. Bush.

16                    With regard to Mr. Hess, what is it

17    that you expect to hear from Mr. Hess that you don't

18    already know or can or could have gotten from Dr.

19    Longo?

20                    MR. BUSH:  Yeah, I think the questions,

21    your Honor, are the questions that Dr. Longo is

22    deflecting by saying he needs to be looking down the

23    microscope, which at least in the vast if not the

24    overwhelming majority of times he's not doing.  So

25    some of the questions are, you know, how are you

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 7

 1    calling this yellow purple?  When you're looking down

 2    the microscope, are you really seeing purple there?

 3                    What's the basis for looking only at

 4    the particles?

 5                    Have you ever done that in your 40

 6    years of experience doing PLMs?

 7                    You know, is the coloring around the

 8    edges just an artifact of the imaging or is that what

 9    you're actually seeing down the microscope?  Dr.

10    Longo said he didn't know if it was artifact or not.

11                    So there is lots of questions like

12    that.  And we had asked -- I want to answer your

13    question, not divert to argument, but we had asked

14    Dr. Longo, you know, is this entire analysis wrong,

15    the way you're doing it?  And he said, well, if you

16    look down the microscope, then I stand by my results.

17    And that's not what Dr. Longo is doing.  That's Mr.

18    Hess' job to be looking down the microscope.

19                    So there are lots and lots of questions

20    that we'd like to ask him that we're at an impasse on

21    in part, and I don't want to get into the Inspection

22    Motion, but in part because Dr. Longo is not the one

23    who is really doing the work.

24                    SPECIAL MASTER SCHNEIDER:  Mr. Bush,

25    one of the things that the Plaintiffs pointed out,

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 8

1    and I read the two-volume transcript of Dr. Longo in

2    this case.  Plaintiffs have pointed out that, at

3    least to my recollection and you can correct me if

4    I'm wrong, that there wasn't one question that was

5    asked where Dr. Longo was unable to answer.  So why

6    is it that you say that he deflected answers?

7              MR. BUSH:  See, I don't think that's

8    right, your Honor.  You know, we don't ask him the

9    same questions over and over again once he's already

10   answered them.  In fact, I think he says in the

11   beginning of his MDL report, I've been asked about

12   this stuff a whole bunch of times.

13             So Dr. Longo, for example, in the

14   Valadez deposition, and we can talk about why that

15   Valadez testing is very much a part of the MDL, in

16   the hearing in Clark just about ten days ago, which

17   was going to be very similar to the hearing that is

18   going to happen before this Court because it's about

19   the reliability of the opinion, he may not say the

20   words "I don't know," but what he's saying is to

21   answer your question, I would have to be looking down

22   the microscope.  But since Dr. Longo is the one who

23   is not looking down the microscope, that's the

24   equivalent of saying I don't know.

25             One of the questions, and I just said

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 9

 1    it, was:  If you're doing it this way, doesn't it

 2    make your entire analysis wrong?  And Dr. Longo said:

 3    I'd have to be looking down the microscope.

 4             So that, to me, is the equivalent of

 5    saying I don't know because he's not even the one

 6    looking down the microscope.  So he's not the one

 7    doing the work.  So it's critical for us to hear it

 8    from the horse's mouth, the person who is really

 9    looking at these particles and the one who really has

10    the expertise doing the PLM work.

11             SPECIAL MASTER SCHNEIDER:  Well, let me

12    follow up a little bit.  And, Leigh, we'll certainly

13    hear from you on this issue.

14             While I'm trying to get back my train

15    of thought, Leigh, I know what the Plaintiffs'

16    position is, but one of the things that Defendants

17    pointed out in the supplemental brief was the

18    citations to the Clark hearing.  I assume that was a

19    state court hearing akin to a Daubert-type hearing.

20    Doesn't that put the nail in the coffin that Dr.

21    Longo himself is unable to answer relevant questions

22    and that we have to get that information from Mr.

23    Hess?

24             MS. O'DELL:  Your Honor, I don't think

25    so.  I mean when you look at the whole colloquy of

June 12, 2024

Page 10

 1    the examination of a particular photomicrograph and

 2    let me just set the stage for ten years in this

 3    litigation, maybe a little less than that, I may

 4    overstate there, but a long time in this litigation

 5    and certainly on the PLM work, what has been relied

 6    on are the photomicrographs and the specific

 7    structures being captured.  That's what Dr. Longo is

 8    opining on.  And he's providing answers to those

 9    questions about the photomicrograph, but a great

10    example of where this discussion goes and where Dr.

11    Longo has said, I would need to look at the

12    microscope, often times is not necessarily the actual

13    image that he's opining on, but it could be something

14    that's adjacent.  Something that's in the photo, but

15    not necessarily.

16              And I'll give you an example.  This was

17    actually from the reply in the Inspection Motion.

18    It's Exhibit L.  And there was a long examination

19    where Dr. Longo answered all matter of questions

20    about the photomicrograph and it gets down to one

21    particular portion.  And he says, I need to be

22    looking at the microscope, and I'm reading from

23    page -- it's Exhibit L on page 56 of the deposition,

24    lines 11 through 14.  And he says this is not

25    something we identified.  He says:  I mean I have to

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 11

1    be looking in the microscope to tell you what that

2    is.  It's not something we identified.

3              So you have all these questions going

4    to specific photomicrographs and Dr. Longo is

5    answering questions.  And then it gets out to this

6    sort of extrapolated point and he says at this point

7    I need to look at the microscope.

8              In some instances he's saying this is a

9    PDF and it's been copied several times, I can't see

10   that clearly.  Or it's on Zoom and the resolution is

11   not something he feels is sufficient.  So what we saw

12   in the MDL deposition is that he answered every

13   question.  He is opining on specific

14   photomicrographs.  He has laid out his methodology in

15   detail, not only in his MDL or supplemental report,

16   but also each of the underlying reports that he's

17   relying on and that he's been examined on.  And so

18   this effort to now go to Paul Hess, Paul Hess is

19   going to be looking at the photomicrographs.  He's

20   not going to be at a microscope, and I know we're

21   going to talk about inspection, but for these samples

22   and what he was identifying there, he is not going to

23   be looking at the microscope there.  So what they're

24   trying to do is just undermine the opinion that Dr.

25   Longo has given based on the materials.

June 12, 2024

Page 12

 1                    And, Judge, I don't want to go too far,

 2    but there are some underlying things I want to get

 3    to, but I want to also just answer your question and

 4    I realize I probably didn't do that succinctly, but

 5    I'm trying to give you the information that would be

 6    helpful.

 7                    SPECIAL MASTER SCHNEIDER:  You'll have

 8    every opportunity in the world to make every argument

 9    you make after we get through these questions.

10                    MS. O'DELL:  Okay.

11                    SPECIAL MASTER SCHNEIDER:  Mr. Bush,

12    let me get back to you because I want to be clear

13    that I'm clear on this.  What tests are you intending

14    to question Mr. Hess about?

15                    MR. BUSH:  We would only be asking Mr.

16    Hess about the tests that he ran.  So there is a

17    whole set of tests that Dr. Longo has done that were

18    part of the first round of MDL reports using TEM,

19    transmission electron microscopy, that Paul Hess

20    isn't a part of it because he's the PLM person at

21    MAS.  And we wouldn't be asking him about this at

22    all.  We would be asking him about the PLM tests that

23    he's a part of, and particularly this new chrysotile

24    PLM method.  That's really what we're narrowing it

25    down to.  It's the questions about the new PLM method

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 13

 1   that's claiming to find chrysotile in one hundred

 2   percent or nearly one hundred percent of samples

 3   being tested.  And he's the analyst on the worksheet

 4   for every single one of those tests that are at

 5   issue.

 6                SPECIAL MASTER SCHNEIDER:  How is that

 7   PLM test different than the PLM test that Judge

 8   Wolfson addressed in her Daubert decision?

 9                MR. BUSH:  Yeah, I think it does suffer

10   from a lot of the same flaws as what Judge Wolfson

11   addressed, but it is different for a lot of different

12   reasons.

13                He's using a new methodology that he

14   says is not ready to be peer-reviewed.  Part of that

15   methodology is using a different oil, so the oil

16   changes the color.  He's using a different kind of

17   light bulb now in his microscope which is affecting

18   the color and color is all that this is about.  He's

19   now saying that he's looking at the edges of the

20   particles instead of looking at the color that sort

21   of the entire particle is.  And there is a new prep

22   method.  So it's very different.  And the biggest

23   difference is there is this core dispute about what

24   is the color of these particles and what are you

25   seeing that wasn't a dispute the last time in the

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 14

1    PLM.  So I do think it has a lot of the same problems

2    about reproducibility.  The ability to get the weight

3    percentages just by eyeballing it.  All those things,

4    I think, have problems, but we have a new dispute and

5    it's a totally new method.

6              And just to put a fine point on it, he

7    had never found chrysotile before in all of the PLM

8    tests he did in the first round.  And now he's

9    claiming to find chrysotile in a hundred percent of

10   the tests that he's doing.  So it's clearly very

11   different because he's getting very different

12   results.

13             SPECIAL MASTER SCHNEIDER:  I don't know

14   if you have it in front of you, but what I have in

15   front of me is the appendices in the two expert

16   reports -- appendices and exhibits of the two expert

17   reports of Dr. Wiley and Dr. Su.  Dr. Wiley is

18   Appendix 5 and Dr. Su is Exhibit B.

19             Do you happen to have that there Mr.

20   Bush?

21             MR. BUSH:  I can get it, your Honor.

22   There is a bunch of exhibits here, but if there is

23   something specific you want to ask me about, I bet I

24   can answer, but I can try to pull it up as you're

25   asking.

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 15

 1                SPECIAL MASTER SCHNEIDER:  Here is my

 2    question.

 3                My understanding, and I hope I'm

 4    correct, is that these are the test results that Dr.

 5    Longo is going to rely upon to opine that asbestos

 6    was found in Johnson & Johnson's Baby Powder.

 7                Am I right about that?

 8                MR. BUSH:  I'm not sure I know when you

 9    say these tests you're referring to the ones that Dr.

10    Wiley and Dr. Su are opining on?

11                SPECIAL MASTER SCHNEIDER:  Well, I'm

12    referring to the tests that are listed in Appendix 5

13    of Dr. Wiley's report, which appears to be the same

14    list as Exhibit B in Dr. Su's report.

15                MR. BUSH:  Okay.  Your Honor, it's just

16    going to take me a minute to pull up those particular

17    appendices.  I'm sure I can get you an answer to

18    that.

19                SPECIAL MASTER SCHNEIDER:  Let's see if

20    we can pull those up, because I think it's an

21    important issue.

22                MR. BUSH:  No, I'm happy to.

23                MS. O'DELL:  I'll just say, your Honor,

24    I had them printed out here, it is the same list in

25    each expert's report.  I have not reconciled that

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 16

1    list with Dr. Longo's testing that the Plaintiff

2    Steering Committee disclosed, but it is actually the

3    same list of tests for each of those experts.

4              SPECIAL MASTER SCHNEIDER:  See one of

5    my questions regarding the lists is which of the test

6    results on these lists are the new PLM methodology

7    that J&J wants to question Hess about?

8              MR. BUSH:  So I am looking at -- let me

9    make sure I have it.  I have Dr. Wiley's report up.

10   It's just --

11             SPECIAL MASTER SCHNEIDER:  Appendix 5.

12             MR. BUSH:  Okay.  I'm looking at it.

13             So I guess I would say I would agree

14   with Leigh.  I haven't gone myself and matched these

15   up to the tables at the end of Dr. Longo's report,

16   which is Exhibit B to the PSC's brief.  But I believe

17   all of these -- what these should be -- for Dr.

18   Wiley, Dr. Wiley's report, the report you're looking

19   at, is only about Dr. Longo's new chrysotile testing.

20   That's the entirety of this report.

21             She did have another report that was

22   issued in the first round of briefing about his last

23   testing, I think that's all still in play, but what

24   you have in front of you is a hundred percent about

25   his new chrysotile method.  So all of these should be

June 12, 2024

Page 17

1    his new chrysotile testing and all of them should be

2    testing that is part of the MDL and reflected on

3    tables one through seven at the end of Dr. Longo's

4    report.

5              I haven't matched it up myself

6    personally and you know it has -- you got to match up

7    these M numbers, and we can do that for you, your

8    Honor, but all of this should be the same or at

9    minimum there should be a substantial overlap in

10   those.

11             SPECIAL MASTER SCHNEIDER:  So the

12   inclusive dates of these test results are February

13   24, 2020 to February 15, 2024, a four-year time

14   period, right?

15             MR. BUSH:  I would say yes, your Honor,

16   other than with the friendly amendment, I hope that

17   Dr. Longo at the MDL had said I'll actually have a

18   couple new tests that I'm relying on, so I'm not sure

19   that end date is fixed, but yes, your Honor, it's a

20   roughly four-year period that he's been doing these

21   tests.

22             SPECIAL MASTER SCHNEIDER:  Okay.  So

23   you want to ask Hess about these tests that were

24   conducted over a four-year time period?

25             MR. BUSH:  Yes, your Honor.  That's

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 18

1    right.  I mean the methodology has been a moving

2    target and has been changing over the course of that

3    time frame.  So what was happening earlier on and how

4    it's different from what's happening now is very

5    relevant.  And I think that we can -- I think we can

6    make it easier, your Honor, and we can narrow it to

7    the tests that are listed in the table of Dr. Longo's

8    report.

9              If you want something, you know, a hard

10   line as to what we're going to test about and not

11   test about, there are tables at the end of Dr.

12   Longo's report in this MDL and it's all the tests

13   that he's relying on.  And there are some of them --

14   most of them in those tables that you can see if

15   they're chrysotile tests or not.  There is a column

16   for if he found chrysotile or not or if it was N/A

17   for not testing it that way.  But we would want to

18   question Mr. Hess about the testing that's reflected

19   in those tables.

20              But I will say, your Honor, I don't

21   think the plan would be to go test by test by test by

22   test for all of these.  As you've seen in the

23   examples we've given, we tend to use representative

24   examples of this.  So this is what the test was

25   looking like in this time frame when you had this

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 19

 1    light bulb on the microscope and it made it look all

 2    orange.  Okay.  Well, now let's jump ahead two years

 3    and now you have a new light bulb, right, Mr. Hess

 4    and now, you know, let's look at these tests that

 5    look a totally different color.  So I don't think

 6    it's going to be the giant sprawling thing where we

 7    have to go through four years worth of testing.  The

 8    time frame is important and different time periods

 9    are important and they may have to go back four

10    years, but it wouldn't be test after test after test

11    after test after test, you know, trying to -- it's

12    not a memory test.  It's about the methodology that

13    he's using and how it's evolved and changed over

14    time.

15                SPECIAL MASTER SCHNEIDER:  Mr. Bush,

16    the tests in Dr. Longo's expert report is that the

17    fourth report, fourth supplemental report?

18                MR. BUSH:  That's correct, your Honor.

19                SPECIAL MASTER SCHNEIDER:  Help me, do

20    you happen to have a citation to where in that report

21    I can find the list of test results that he's going

22    to rely upon so we can correspond them to Appendix 5?

23                MR. BUSH:  Yes, your Honor.

24    Unfortunately, the tables at the end don't have page

25    numbers, so he has the body of his report and then

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 20

1    the page numbers run out.  And so it's tables one

2    through seven.  I can also pull that up and show you

3    where exactly it is and what I am referring to.

4                SPECIAL MASTER SCHNEIDER:  Yeah, if you

5    can do that, I think that would be --

6                MR. BUSH:  If I may share my screen,

7    your Honor.

8                MS. O'DELL:  Your Honor, may I just

9    clarify what you're asking just to make sure I might

10   be a little bit more informed to talk about what Dr.

11   Longo's is relying on with Mr. Bush?

12               SPECIAL MASTER SCHNEIDER:  Okay.  I

13   mean that's a fair question or clarification.

14               The doctor had listed the J&J test

15   results that identified asbestos.  I think based upon

16   what I've heard so far, a fair assumption is that

17   these are the test results under the new PLM

18   methodology.  The question I had is Mr. Bush had said

19   they want to question Dr. Longo about the tests he's

20   going to rely upon if he gets to testify at trial.  I

21   don't know if it's the same list that's in Appendix 5

22   or there is a different list.  And that's what I'm

23   trying to get clarification of.

24               MS. O'DELL:  Understood.

25               Let me start with what Dr. Longo is

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 21

1    going to rely on.  If Matt is correct, starting at

2    Table One at the end of Dr. Longo's fourth

3    supplemental report, he has seven tables and he lists

4    the tests that he's going to rely on for this portion

5    of his opinion.

6              For example, and thanks for putting

7    that up, Matt.  If you can make it maybe a bit

8    bigger.

9              Thank you.

10             So if you'll go back to the left, Matt,

11   where it has the sample number.  This is the sample

12   number and it corresponds with samples that are in

13   the reports that the Plaintiff Steering Committee

14   disclosed.

15             Matt, if you can just isolate so if you

16   look at number one, it says M66514-001.  That's the

17   top one.  There.

18             That doesn't appear to be on this

19   appendices with Dr. Wiley and Dr. Su.  We haven't

20   deposed them.  We don't know why that's the case, but

21   that is a sample that's not on there.

22             If you look down further --

23             MR. BUSH:  If I can just answer that.

24   I'm sorry to interrupt.

25             This column on the very right which

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 22

1    says chrysotile percentage is the percentage of

2    chrysotile that Dr. Longo is finding.

3                    Their sample, I actually know this case

4    from before he started doing this methodology, this

5    is an N/A because he never tested that sample for

6    chrysotile.

7                    And so on this column when you see a

8    percentage of chrysotile found, that means he's done

9    the test for that corresponding sample.  So that's

10   the reason why the first one is not on Dr. Wiley's

11   report, but these other ones likely should be.

12                   MS. O'DELL:  And so Dr. Longo's list,

13   the explanation, I don't disagree with the

14   explanation that Matt's given, doesn't line up

15   perfectly with Dr. Wiley and Dr. Su's appendices

16   because ostensively they're only commenting on

17   certain samples.

18                   And so, you know, if you want us to

19   reconcile, I'm happy to work with Matt to do that so

20   you can have -- I think it would be helpful to take

21   Dr. Longo's listing and isolate the particular tests,

22   but there are some underlying things, your Honor,

23   that I need to speak to, but I don't want to get

24   ahead of your questions.

25                   SPECIAL MASTER SCHNEIDER:  Let's finish

June 12, 2024

Page 23

1    this train of thought because I think it's important.

2               So on this table two, the first sample

3    is 66507.  And let me just see -- yeah.  So --

4               MS. O'DELL:  That sample, your Honor,

5    just to anticipate your question.

6               SPECIAL MASTER SCHNEIDER:  66509 is --

7    see, I don't see that on the list --

8               MS. O'DELL:  Correct.

9               SPECIAL MASTER SCHNEIDER:  -- but

10   yet --

11              MR. BUSH:  So, your Honor, 66507 is

12   part of the 3-23-2021 on Dr. Wiley's list.  It's the

13   one with all of them combined, the second one is

14   66507-001.

15              SPECIAL MASTER SCHNEIDER:  But how

16   about 66509?

17              MR. BUSH:  Let's see.  That's two over

18   in the same one.

19              SPECIAL MASTER SCHNEIDER:  Oh, there it

20   is.

21              MS. O'DELL:  That's correct.

22              MR. BUSH:  Your Honor, as you can see,

23   there is like -- you know, I assume we attempted to

24   try to, you know, have our experts look at the same

25   reports that Dr. Longo is relying on.  As you can

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 24

1    see, it can be a somewhat difficult process, but

2    these should have a substantial overlap, if not

3    entirely match up.

4                SPECIAL MASTER SCHNEIDER:  Yeah.  So I

5    mean correct me if I'm wrong, but I think a fairer

6    assumption would be that Dr. Wiley and Dr. Su looked

7    at the Dr. Longo test results where Dr. Longo

8    purports to identify chrysotile asbestos.

9                MR. BUSH:  That's absolutely right,

10   your Honor.  I mean that's the list that's the title

11   of Appendix 5 is list of MAS reports identifying

12   chrysotile in Johnson & Johnson talcum powder

13   products.  I think it's supposed to be a complete

14   list and that's what -- I think we've covered that.

15   That is exactly what it's supposed to be reflecting

16   there.

17               SPECIAL MASTER SCHNEIDER:  Okay.

18               Leigh, you know, I don't want to cut

19   you short.  Why don't we hear from you.

20               MS. O'DELL:  Thank you, your Honor.

21               I just want to go back to a couple of

22   things that have been said.  And, Matt, not to

23   suggest anything untoward, but you said that's a

24   complete list.  Dr. Su and Dr. Wiley list all the

25   samples that they have -- they planned to comment on

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 25

 1    Dr. Longo's testings, but his list of sample results

 2    that he's relying on in his table is more extensive

 3    than their list.  I think I just need to point that

 4    out.

 5                    SPECIAL MASTER SCHNEIDER:  It looks

 6    like, Leigh, do you surmise that what Dr. Wiley and

 7    Dr. Su did was just to analyze the test results under

 8    the new PLM methodology?

 9                    MS. O'DELL:  For chrysotile.  I believe

10    that to be true.

11                    SPECIAL MASTER SCHNEIDER:  Did both of

12    those experts prepare other expert reports in this

13    case?

14                    MS. O'DELL:  Not in the MDL for this

15    type of testing.

16                    Let me just amend that.

17                    Dr. Wiley, as Matt pointed out earlier,

18    in 2019 issued a report related to Dr. Longo's

19    amphibole asbestos testing that used transmission

20    electron microscope, TEM, plus PLM.  And that was,

21    you know, a different testing only looking for

22    amphibole asbestos, so that would be like actinolite,

23    anthophyllite, you know, those were the primary

24    findings in those reports.

25                    And one of the methods you've seen Dr.

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 26

```
 1   Longo describe is the heavy density liquid separation
 2   method.  And that method is different if you're
 3   looking for amphibole asbestos versus chrysotile
 4   asbestos, which is a serpentine mineral.  And so I
 5   just want to make that distinction clear, your Honor,
 6   because when he was, in 2018, doing his testing, he
 7   was looking for amphibole.  That heavy liquid
 8   separation process was different because minerals
 9   have different weight.  And so Dr. Wiley had a report
10   for that.  And then following this interim period
11   when Dr. Longo began to turn his attention to testing
12   for chrysotile, that heavy liquid density separation
13   process was different.  Also based on Colorado School
14   of Mines methodology as well as others, but that was
15   different.  And so, therefore, it allowed him to
16   separate the talc from the chrysotile and isolate
17   that.  And that's what he's been looking at with PLM.
18   And I understand and appreciate that that's what Dr.
19   Su and Dr. Wiley and to some degree Dr. Sanchez are
20   criticizing Dr. Longo in their expert reports.
21              But when you look at each of these test
22   results and they arise under specific cases, some of
23   them were the testing of bottles for specific
24   Plaintiffs from mesothelioma cases, some ovarian
25   case, one ovarian case, and then he also tested
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 27

1    samples that were produced in the MDL under the

2    sample-sharing protocol.  Some Chinese samples, with

3    two from Imerys, I believe, was the number and

4    several from Johnson & Johnson.

5              And I think that you know when you look

6    at his testing, and we provided -- I'm sorry I had to

7    send you those boxes, but we provided you all the

8    materials that he produced for his reports.  And what

9    you see is that in the report it outlines his

10   methodology.  That is not Mr. Hess' methodology.  Dr.

11   Longo decides the methodology in terms of sample

12   preparation on heavy liquid density separation.  He's

13   the one who's prescribed the process for how the

14   samples are going to be tested.  Certainly Mr. Hess

15   is the technician that did a lot of the day-to-day

16   PLM work.

17             You know, where there was a question,

18   they discussed it.  And Dr. Longo has testified to

19   that.  But what comes from Mr. Hess' work are

20   photomicrographs where he is documenting what he's

21   opining on in the count sheets.  And it's that

22   information, plus the other methodology that Dr.

23   Longo is employing, that he ultimately relies on to

24   reach his opinions and opines in those cases.  And so

25   it's him that's opining on the particular

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 28

1    photomicrograph and how he sees it.  And so --

2                   SPECIAL MASTER SCHNEIDER:  I'm sorry,

3    Leigh.  Go ahead.

4                   MS. O'DELL:  Excuse me, Judge, and

5    interrupt any time, but he has been examined

6    extensively on these tests in deposition and he has

7    answered question after question after question on

8    these photomicrographs.

9                   Mr. Hess is not going to have anything

10   more than the same photomicrographs in front of him

11   in answering these questions.  They're just trying to

12   glean from Mr. Hess information that they can obtain

13   from Dr. Longo.  And for whatever reason, they felt

14   they didn't get the answers that they wanted and now

15   they want to depose Mr. Hess.  And we feel like

16   clearly, under Rule 26, that that's protected.

17                  SPECIAL MASTER SCHNEIDER:  In all the

18   other numerous depositions and trials dealing with

19   the issue of whether asbestos is present in talc or

20   cosmetic talc, were the experts just relying on the

21   photomicrographs?

22                  MS. O'DELL:  Yes, your Honor.  And that

23   underlying data.

24                  There has not been an instance I'm

25   aware of where a technician from any lab has been

Electronically signed by Theresa Kugler (001-297-027-4278)                cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 29

 1    deposed, whether that -- certainly not from Dr.

 2    Longo's lab, Analytical Services, not from R.J. Lee's

 3    lab, which is Matt Sanchez's lab, or any of the

 4    others.  And it's been the person that has been the

 5    testifying expert that's testified to that data.

 6                SPECIAL MASTER SCHNEIDER:  What weight,

 7    if any, Leigh, should be given to what appears to be

 8    the only two prior decisions that ruled on whether

 9    Hess can be deposed?

10                Obviously I know they're not

11    controlling, but is there anything to distinguish

12    those cases from this case?

13                MS. O'DELL:  I think to me the

14    distinguishing factor is the breadth and the scope of

15    inquiring of Dr. Longo.  Those were individual cases.

16    And I don't know -- there are so many cases here,

17    Judge, I can't -- I don't know, I'm not saying I

18    would know every underlying fact of a mesothelioma

19    case that arose in another jurisdiction.  I don't.

20    But what I do know here is for these cases, excuse

21    me, these results, Dr. Longo has testified it's over

22    23 days, just for these results.  And whether it's

23    been at a deposition or at trial, he's been

24    cross-examined extensively.  I don't -- that was not

25    the underlying facts in those cases.  They were

 1  individual cases with one deposition of Dr. Longo

 2  where he has been examined ad nauseum.  And I think

 3  it's important to note here that, for example, if you

 4  look at the list that we attached of the reports,

 5  Exhibit B, to our -- it's docket 32684.  And, you

 6  know, one of the test results that Dr. Longo relies

 7  on was testing that was done in Curon (ph) Wineries

 8  case.  He was deposed in that case, he testified at

 9  trial in that case and now they had the opportunity

10  to examine him again in the MDL deposition over two

11  days about those particular results.  And there are

12  numerous other examples of just that.

13            And I think that that is one thing that

14  distinguishes here, they've had ample opportunity to

15  glean all the information necessary to cross-examine

16  Dr. Longo at trial, to understand what his opinions

17  are, and certainly their experts have issued

18  extensive reports with myriad criticisms and there is

19  nothing that they can get from Mr. Hess that they

20  haven't already gotten from Dr. Longo.

21            SPECIAL MASTER SCHNEIDER:  Can I go

22  back to an issue that was touched on?

23            Did J&J get split samples or the word

24  that was used in the briefs, aliquots, if I'm

25  pronouncing it right, of all the samples that Dr.

June 12, 2024

Page 31

 1    Wiley and Dr. Su analyzed in their expert reports?

 2                MS. O'DELL:  I can say, your Honor, for

 3    the MDL samples, the ones that were historical J&J

 4    samples, yes.  Those samples were held at a neutral

 5    lab and those are available to Johnson & Johnson.

 6                In one of the briefs, and I don't

 7    remember at the moment which one, I made the comment

 8    for the Plaintiff Steering Committee, I happened to

 9    write it about their ability to test these samples,

10    they certainly had that, and they did that in

11    Zimmerman.  Zimmerman is a case where that expert

12    report has been disclosed as one of the bases for Dr.

13    Longo's opinions.  And Dr. Sanchez tested some of

14    that talc in issued opinions on why he felt it did

15    not contain asbestos and that Dr. Longo was

16    incorrect.  So that's always available to them.

17                I am not aware of an instance, and I'm

18    sure Matt can correct me, but I am not aware of an

19    instance where there was no remaining material for

20    Johnson & Johnson to test.

21                SPECIAL MASTER SCHNEIDER:  Is that with

22    regard to the MDL samples?

23                MS. O'DELL:  That's a hundred percent

24    true for the MDL samples.

25                As to the individual Plaintiffs'

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 32

 1    samples, I don't have all the details, but my working

 2    understanding is that there is material available for

 3    everyone.  I know for the -- Ms. Newsome, for

 4    example, in the MDL, there is certainly material

 5    available for them to test of her bottle.

 6                   SPECIAL MASTER SCHNEIDER:  Do you know

 7    in the two cases that were cited where Dr. Hess'

 8    deposition was permitted to go forward, if, in fact,

 9    he's been deposed yet?

10                   MS. O'DELL:  I do not believe he's been

11    deposed, sir.

12                   SPECIAL MASTER SCHNEIDER:  Not yet?

13                   Mr. Bush, do you have any comments on

14    what Ms. O'Dell had to say?

15                   MR. BUSH:  Yeah, I have a few comments

16    and then some thoughts of my own.

17                   I want to make clear some of the

18    differences first between what was happening in the

19    first round of MDL reports and the second round.

20                   Before this new chrysotile testing, the

21    core part of Dr. Longo's opinion and testing was

22    about TEM.  So there was a question you had, your

23    Honor, about, well, weren't they all relying on the

24    photomicrographs in the tests.  Well, in the past,

25    the core testing was TEM and TEM gives you a lot more

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 33

1    objective information.  Yes, it gives you a

2    photomicrograph that's black and white, and that's

3    one thing it gives you, but it also gives you --

4    there is two other components of the analysis called

5    PBX and SAED, but basically one of them tells you

6    what proportions of different chemicals there are and

7    different elements, I should say, in the samples.  So

8    it's 10 times as much calcium as there is sodium and

9    things like that.  So you can see the chemical makeup

10   of a particle.  And that's help you identify the

11   mineral type.

12              It also let's you see how the atoms are

13   spaced and the angles between the atoms, and the

14   experts can use known patterns and overlay that on

15   what you see and that determines whether a particle

16   is tremolite or not tremolite or what the mineral

17   type is.

18              So before all this testing, there was a

19   lot more objective information.  We had disagreements

20   about it, there are still things that we have to say

21   about it, but it was very, very different.  Even

22   throw the PLM analysis in the case was very very

23   different from what's going on now where it's all

24   about these gradations of color and there is such a

25   dispute about the difference -- you know, about what

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 34

1   these colors are.

2              You had asked about what weight to give

3   the prior decisions about Mr. Hess and I think you

4   should give them a lot of weight.  I don't think

5   there is any way to distinguish what happened in the

6   last two times Mr. Hess was ordered to have a

7   deposition and this time.  It's the same methodology

8   and the same work that Dr. Longo is relying on.  And

9   both of those courts recognize that it's Mr. Hess who

10  is the one who is really doing all the work.  And I

11  thought the Gref order, the Federal District Court

12  order, said it very clearly.

13             I think there was a question about

14  well, what about his extensive depositions that he's

15  had.  And part of the reason he's been -- Dr. Longo's

16  been deposed about this extensively is because his

17  methodology keeps changing over time.  So he says

18  iodine is the key to all this.  And then two

19  depositions later he says I'm not using iodine

20  anymore.  And then he's saying he's relying on

21  different shades of yellow and then it turns out he's

22  using a yellow-orange microscope.  So then he's using

23  a different oil.  So it's not like we've just sat and

24  asked him the same things over and over again over 20

25  depositions.  This is a thing that's constantly in

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 35

1    flux.

2              And the real crux of this all, your

3    Honor, is that throughout this all, Mr. Hess is the

4    one who's doing all the work and making the critical

5    decisions.  Mr. Hess is the one looking down the

6    microscope.  Mr. Hess is the one determining what

7    color the particle is, which is the key step here.

8    Mr. Hess is the one that's assigning our I value,

9    which is how you determine the mineral type from the

10   color.  Mr. Hess is the one saying which imaging to

11   produce that's representative.  Mr. Hess is the one

12   setting the illumination level and our experts think

13   that they're setting it too low.  Mr. Hess is even

14   the one who came up with this idea of using this

15   unique kind of chrysotile as a reference standard

16   instead of the existing reference standard, which Dr.

17   Longo said is the key to unlocking all the analysis.

18              And I think where Dr. Longo's analysis

19   and the argument falls apart here is Dr. Longo is

20   testifying over and over again that you have to look

21   live down the microscope to identify particles.  But

22   except on rare occasions, Dr. Longo is not the one

23   who is looking down the microscope.  So Dr. Longo

24   really doesn't have a basis to give these opinions

25   for himself.  Everything is stemming from Hess.  Hess

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 36

1    is the one reaching the conclusions and they're just

2    being fed into this report for Dr. Longo to parrot.

3    He can't reach an independent assessment of these

4    because he says so himself when we asked isn't your

5    entire analysis wrong, he says, well, I have to be

6    sitting at the microscope.  But he's not sitting at

7    the microscope.  Mr. Hess is.  So where does this

8    come from?  You know, I would say it comes from whole

9    cloth because he's relying on something he hasn't

10   looked at, but it's not whole cloth.  It's coming

11   from Mr. Hess.

12              And so we want a deposition of Mr. Hess

13   for the same reasons the last two courts granted a

14   deposition of Mr. Hess, because we want to hear from

15   the person who actually did the work, who is actually

16   reaching the conclusions that are calling this

17   chrysotile why he's doing this.  And they're answers

18   that Dr. Longo is not able to give himself because

19   he's not the one looking down the microscope.

20              SPECIAL MASTER SCHNEIDER:  Let me ask

21   you this question, Mr. Bush.

22              It appears that J&J has engaged at

23   least two world class experts, Dr. Wiley and Dr. Su,

24   to opine on Dr. Longo's tests.  I read those reports

25   and I can't speak to who is right and who is wrong,

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 37

1    and that's not an issue I'm going to weigh in on,

2    that's for the trial judge.  But it was a

3    comprehensive analysis.  They were able to completely

4    critique Dr. Longo's opinions.  They reached their

5    conclusions and I didn't see one mention in those

6    reports that somehow the body of work that they were

7    given to review was incomplete or that they needed to

8    hear from Mr. Hess to evaluate Dr. Longo's opinions.

9              Given that the experts appear to have

10   been able to fully evaluate Dr. Longo's work product

11   and to submit extensive expert reports, why then is

12   Hess' deposition necessary?

13             MR. BUSH:  Yes, your Honor, because we

14   certainly have a lot of criticisms of Dr. Longo's

15   method and his reports and expressed in Dr. Su and

16   Dr. Wiley's reports.  But Dr. Longo's response to

17   those is to say trust me, you just have to look down

18   the microscope.  And he's not the one who's doing

19   that.

20             And so this isn't just for Daubert.

21   It's important for the Rule 702 hearing, but it's

22   also important for a jury later on essentially.  If

23   our experts say, well, here are all our criticisms

24   and Dr. Longo says, well, trust me, you just have to

25   look down the microscope, then that puts us at an

Page 38

1    impasse.  And the one who actually looked down the

2    microscope who did the work is Mr. Hess.  And so

3    yeah, we're able to have criticisms of what he's done

4    based on the information that we have, but the core

5    person -- I mean usually in litigation you are

6    entitled to a deposition of the person, of the expert

7    who's reaching the adverse opinions.  And the person

8    who is really reaching the adverse opinions here is

9    Mr. Hess.  And so that's why we want a deposition of

10   him.  And Dr. Wiley and Dr. Su's report, we think

11   they're really good obviously, but a deposition of

12   Mr. Hess is going to be crucial because he's the one

13   who's actually doing the work looking down the

14   microscope.  He's the one who's saying there is

15   chrysotile in a hundred percent of the samples.  And

16   that's just feeding into Dr. Longo's report who is

17   expressing it in front of the jury.  So all the

18   substance of the work here is being done by Mr. Hess.

19              SPECIAL MASTER SCHNEIDER:  Didn't Mr.

20   Hess do the testing and the PLM microscopic analysis

21   for all the PLM testing that Dr. Longo previously

22   relied upon under the old method and also the TEM

23   tests?

24              MR. BUSH:  He did not do the TEM tests

25   last time.  Those are the TEM analysis -- the TEM

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 39

 1    analysts did the TEM tests last time.  He did do the
 2    PLM work last time, but there wasn't the same dispute
 3    about what exactly is happening in these photos, what
 4    are the different colors here.  It's the totally new
 5    methodology that's the reason we need to depose Mr.
 6    Hess.  And I think what that shows is actually we're
 7    not just willy-nilly going around and asking to
 8    depose every single analyst there.  We didn't ask to
 9    depose the TEM analysts.  We didn't ask to depose Mr.
10    Hess the first time around when there wasn't a real
11    need to.  But now we're really locked in a dispute
12    about there are these colors that you're calling
13    yellow, that they're yellow and you're calling them
14    purple, and Dr. Longo is saying yeah, you just got to
15    look down the microscope, which is the thing that Mr.
16    Hess did.
17              So we're at a point where it's really
18    important to depose Mr. Hess where it wasn't before.
19    And I think what that shows is we're being selective
20    and we're doing it where it's important.  And the way
21    this testing and litigation has developed, it's come
22    to a head that this is all about what you see when
23    you look down the microscope.  It's how Dr. Longo is
24    defining his methods, that the critical moment that
25    you can tell whether something is asbestos or not or

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 40

1    talc or not is the moment you're looking down the

2    microscope.  And Dr. Longo is not the one who did

3    that.  Mr. Hess is.  So we want a deposition of Mr.

4    Hess to talk about what he did and the analysis that

5    he did.

6                SPECIAL MASTER SCHNEIDER:  Leigh, all

7    my questions have been raised and answered.

8                You're the moving party.  I want to

9    hear from you first.  I want to turn the floor over

10   to you to say anything you want to say.  We'll hear

11   from Mr. Bush in response and you'll have the last

12   word because it's your motion.

13               MS. O'DELL:  Thank you, your Honor.

14               What I would say in response to what

15   Matt has just said is in the first round of testing

16   in the MDL, analysts did work for TEM and PLM and

17   that work was relied on by Dr. Longo and Dr. Rigler

18   in rendering their opinions.  That method of relying

19   on analysts is true for Dr. Sanchez in the R.J. Lee

20   lab.  He does not do the day-to-day testing.  He

21   doesn't live near the lab.  He lives in Utah.  The

22   lab is back east, and I think it's Pennsylvania.  And

23   the analysts do the testing and he relies on their

24   work and their data and renders opinions.  That is

25   the generally accepted method in this industry.  And

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 41

1    that's what Dr. Longo has done here.

2              For two-and-a-half years they have

3    opined -- J&J's experts have opined on Dr. Longo's

4    results without, you know, seeking the deposition of

5    Mr. Hess or, frankly, seeking to inspect the lab.

6    And they have had full opportunity to criticize and

7    critique his opinions.  And so both of these efforts

8    to -- wanting to depose Dr. Hess, and I know we're

9    going to get into the other motion soon, but they are

10   efforts to undermine Dr. Longo's opinions.  I dare

11   say harass Dr. Longo and they're not appropriate

12   under the rule.

13             What he's relying on has been

14   disclosed.  He has been -- it's been very clear and I

15   want to go to one particular thing Matt has said a

16   number of times, the methodology continues to change.

17   And methodology is an issue for the 702 Motion, it's

18   not for today.  But I think it is important just to

19   make the record clear that in each of his underlying

20   reports, he describes the methodologies he has used

21   for that testing.  And it is disclosed in detail and

22   his results are disclosed and he's been deposed on

23   them.  So this idea that somehow if you tweak

24   something for later test is inappropriate, that's not

25   true.  And because as long as you disclose what

June 12, 2024

Page 42

1    you're doing, he has done that.

2                   And then lastly, I would just reiterate

3    that there is protection under Rule 26(b)(4)(D) for

4    underlying employees of an expert's lab or other

5    institution to protect them from discovery

6    depositions because it just disrupts and it is an

7    undue burden for Dr. Longo's lab, for Dr. Longo, and

8    certainly for Mr. Hess.  And so for these reasons,

9    your Honor, we think that the motion for protective

10   order should be granted.

11                  SPECIAL MASTER SCHNEIDER:  Matt, last

12   word.

13                  MR. BUSH:  Thank you, your Honor.

14                  Here is the last word.  I just want

15   to -- if I may share my screen again quickly.  I

16   think this may come up in the next argument too.  But

17   I just want to sort of put a fine point on what is

18   happening here.

19                  This is from the Clark hearing, so it's

20   a Rule 104 hearing which is like a Rule 702 hearing,

21   but in state court.

22                  So this was only ten days ago and this

23   is a particle, this one that I circled, that Dr.

24   Longo is calling chrysotile.  And the way he's

25   calling this chrysotile is because he's saying that

Electronically signed by Theresa Kugler (001-297-027-4278)                     cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 43

 1    he's treating this as purple.  And the reason he's

 2    treating this yellow particle as purple is because

 3    they're claiming to see some sort of purple around

 4    the edges.  All these other particles around it that

 5    look similar are talc, indisputably talc.

 6                    And so we asked them, well -- and you

 7    can see even in this, and we put images that you see

 8    the same sort of edge effect that Dr. Longo said he's

 9    not sure if it's actually part of the particle or

10    just an artifact of the imaging being produced.

11                    And so we asked him, well, if you're

12    claiming to see some sort of edge effect here and

13    you're basing your purple color on that just effect,

14    but it's an artifact, meaning it's not really there,

15    it's just part of the imaging, then isn't your entire

16    analysis wrong?  And he says, this is his answer, no

17    this analysis is not wrong.  This is chrysotile and I

18    would need to be looking at the microscope here.  I

19    stand by this and it's not wrong.  But he's not

20    standing by it, he's standing by what Mr. Hess saw

21    down the microscope because Dr. Longo is not looking

22    down the microscope.  Mr. Hess is.

23                    And so I think -- and Leigh mentioned

24    Rule 26(d)4d and we discussed this extensively in the

25    briefing, so I don't want to get into it, but to say

Electronically signed by Theresa Kugler (001-297-027-4278)                                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 44

1    that exceptional circumstance don't apply when the

2    work of the assistant is just fed in and forms the

3    substance of the testifying expert report.

4              And I think the Gref opinion makes this

5    really clear that whether you say that the

6    exceptional circumstances standard doesn't apply or

7    whether you say it's met here, it leads to the same

8    place when a testifying expert is relying so heavily

9    on the substance and the opinions of the

10   non-testifying expert.

11             And what the Gref court said is whether

12   the Court considers Mr. Hess a consulting expert

13   employed only for trial purposes, a non-testifying

14   consultant who's work was reviewed by a testifying

15   expert, or simply a fact witness, exceptional

16   circumstances exist to allow his deposition and the

17   subpoena imposes no undue burden on him.

18             It's the exact same methodology in

19   testing there that's at issue here and the burden now

20   is even less because we're happy to coordinate with

21   the Defendants' in that case who we know and so we

22   can do this deposition once at one time rather than

23   having multiple depositions.

24             So if this deposition is happening in

25   that Gref case, we can coordinate to make sure that

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 45

 1    Mr. Hess doesn't have to do this twice over.  So we

 2    think this Court should rely on the fact that Mr.

 3    Hess' deposition has been ordered now twice and it

 4    imposes now there is even a lower burden on him for a

 5    deposition because it's going to be happening anyway

 6    and we're not a Defendant on that case, so we're not

 7    entitled to ask questions there.  So we can order

 8    these at the same time to lower the burden.  And I

 9    think these courts are recognizing that Mr. Hess is

10    the one who's really doing the work and that's why we

11    believe we're entitled to a deposition.

12               SPECIAL MASTER SCHNEIDER:  All right.

13    Leigh, it's your motion, you have the last word.

14               MS. O'DELL:  Your Honor, I would just

15    take you back to the Clark hearing.  And you saw an

16    excerpt from the Clark hearing in the PowerPoint that

17    Matt put up.  And in the Inspection Motion they go

18    through some other quotes, and I would just direct

19    you to the whole discussion.  They point out -- it

20    was page 119 that Matt pointed out, but it goes back

21    further to page 110 and others where they have had a

22    thorough examination of the photomicrograph.  He has

23    commented on the color, magenta versus yellow.  He

24    says this has no relationship to the 1866Bs.  So he

25    says I -- he is talking about what he is opining on

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 46

 1    based on the color, which is the refracted indices

 2    and it leads him to the decision about whether it's

 3    chrysotile or not.

 4            But there are certain points in that

 5    colloquy where he gets down to a specific question,

 6    he just says I can't go there, I need to see that.

 7    That's not saying I refuse to answer.  That's not

 8    saying I'm relying totally on Mr. Hess and, you know,

 9    essentially I'm parroting what is coming to me.

10    That's him describing what he's relying on and how he

11    reaches his result.

12            And for these reasons, and I won't

13    belabor it, Judge, we feel like a deposition is not

14    appropriate.  And whether it's coordinated with

15    another Defendant or not, I can't to speak to that,

16    I'm not in communication with other Defendants, but

17    we feel like just the rule itself should not be that

18    these underlying technicians are subject to

19    depositions or all of them are going to be deposed.

20    I mean whether it's any other testing experts who

21    have underlying technicians, which they all do,

22    because of the time that it takes, the extensive time

23    it takes to examine these samples under the

24    microscope, you know, two to six hours.  And that's

25    not even including the sample preparation.

June 12, 2024

Page 47

1              And so we believe it's not warranted

2    and we urge the Court to grant our motion.

3              Thank you.

4              SPECIAL MASTER SCHNEIDER:  Thank you,

5    Counsel.

6              The record is closed on the Hess

7    motion.

8              Like I said, I'm going to take it under

9    advisement, but you will get a prompt decision.

10              We're going to turn to the Inspection

11   Motion, but can I suggest we just take a ten-minute

12   break, stretch our legs, come back and then we'll get

13   to that motion.

14              Is that okay, Theresa?

15              (Court reporter responds.)

16              Okay.  So why don't we come back in ten

17   minutes and then we'll have oral argument on the

18   Inspection Motion.

19              (Recess is taken.)

20              SPECIAL MASTER SCHNEIDER:  Okay.  This

21   is now argument on the Inspection Motion.

22              Matt, if you'll indulge me, I have

23   certain questions.

24              MR. BUSH:  That's what I was expecting,

25   your Honor.

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 48

```
 1                    SPECIAL MASTER SCHNEIDER:  So let me
 2    cut to the chase, Matt.
 3                    I'm sure you had an army of attorneys
 4    looking for case law to support the unprecedented
 5    request made in Defendant's motion.  And what I saw
 6    was that you cited three cases.
 7                    One case, there was the second
 8    inspection because there was a sanction resulting
 9    from the first inspection.
10                    The second case was a criminal case
11    that had absolutely nothing to do with the federal
12    rules of civil procedure.
13                    And the third case was a routine
14    inspection of a manufacturing process.
15                    What legal support is there for the
16    unprecedented relief that you're asking for in this
17    case?
18                    MR. BUSH:  Yes, your Honor.  I mean I
19    think you -- well, first of all, we may not have as
20    large an army as you may imagine in your head, but I
21    think -- I would, as you might imagine, not
22    characterize the relief we're asking for as so
23    unprecedented.
24                    SPECIAL MASTER SCHNEIDER:  Let me ask
25    you something, Matt.  I don't mean to interrupt, but
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 49

 1    if it wasn't unprecedented, why can't you cite a case

 2    where the relief was granted?

 3                MR. BUSH:  Well, what I want to point

 4    you to, your Honor, is where this happened -- I agree

 5    this is a rare situation and we are in a unique

 6    position that's driven in part by Dr. Longo's unique

 7    methodology.

 8                But I want to turn your attention to is

 9    we have a footnote, footnote five, of our reply brief

10    where we cite a lot of examples where an expert was

11    permitted to observe another expert's work.  It often

12    happens in testing.  The most common situation,

13    although not all of them are like this, is

14    destructive testing.  So you want to take whatever it

15    is, I think one of them was a ladder that someone

16    claimed that they fell on.  One was a car that was in

17    a car accident that they wanted to do sort of a cash

18    test on.  That's the most common situation.  And what

19    usually happens, the most common situation that

20    happens is the party proposes in advance to do

21    destructive testing and then part of that almost

22    invariably is to have both experts be there at the

23    same time because of the whole concept that once you

24    do it once, you're not going to be able to recreate

25    it.

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 50

 1                    This is a slightly different situation

 2    because Dr. Longo did all that testing, not in the

 3    context of the MDL, and then incorporated it into his

 4    report here.  So it's certainly not -- while I

 5    certainly agree that most of the time each expert is

 6    allowed to do their own work sort of on their own

 7    without someone looking over their shoulder, it's not

 8    too uncommon when the testing requires it to have the

 9    experts do something together where they're both

10    looking at the same thing at the same time.

11                    SPECIAL MASTER SCHNEIDER:  I don't mean

12    to interrupt, Counsel, but we heard just a few

13    minutes ago that with regard to the MDL samples, that

14    your clients have -- I'll call it a split sample.

15    The fancy word that you used in the briefs was

16    aliquot, if I'm pronouncing it right.  So there is no

17    destructive testing here.  You have what the

18    Plaintiffs tested.  So your client if it so chooses,

19    can do the exact same tests that Dr. Longo did.

20    There is no destructive testing in this case.

21                    MR. BUSH:  I just want to make one

22    clarification.  I'm not sure -- and then get to the

23    core of your question.  Just a small clarification is

24    that for the MDL samples, Dr. Longo has not tested

25    any of those samples that were split pursuant to this

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 51

1    MDL using this new PLM method.

2              There was a whole process many years

3    ago of getting all these samples from the J&J archive

4    and splitting them, I think they were split in person

5    at a neutral lab, and not one of those has been

6    testified for the new PLM -- using the new PLM

7    method.

8              SPECIAL MASTER SCHNEIDER:  Hold on.

9    Let's straighten this out.

10              You said TEM.  We're talking about the

11   new PLM method.  The non-MDL samples, are you saying

12   that your clients didn't get split samples of those?

13   They don't have the opportunity to test?

14              MR. BUSH:  Your Honor, that's not what

15   I'm saying.  And as we pointed out in our brief and

16   Leigh said, you know, some of these samples we have

17   tested.  I just know in the course of the state court

18   litigation sometimes things move very quickly because

19   they're preference cases, you know, people who --

20   where the litigation has to move very fast and so

21   sometimes -- you know, there are times when there is

22   not enough time to test the sample split or maybe a

23   case resolved in the middle of it and that sample is

24   never tested.

25              But my point is not -- I just wanted to

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 52

1    make the clarification about the MDL samples because

2    that -- those are certainly the easiest to test in a

3    way that everybody has access to.  Every time

4    something new is tested, we have to go through a

5    whole process of splitting it.  I just wanted to make

6    that small clarification, but I really want to answer

7    your main question, how is this really destructive

8    testing?  And it's a combination of two things.

9              We can test other talc from the same

10   sample, potentially, and look at that, but what we

11   can't evaluate is the particular talc or the

12   particular particle that Dr. Longo and Mr. Hess are

13   looking at and calling them chrysotile.

14             So we can have other particles from the

15   same container, but what happens is they put the

16   samples on a slide, the slides they look at and then

17   they degrade and they're discarded.  And so the

18   very -- the exact particles that they're saying are

19   chrysotile, we do not have an opportunity to test.

20             SPECIAL MASTER SCHNEIDER:  Mr. Bush,

21   Mr. Bush, everyday, every single day split samples

22   are taken and destructive tests are done.  So I

23   remember way back when, when I was on the bench, we

24   had a case where a roof collapsed and there was a

25   question about whether a metal piece was defective or

Electronically signed by Theresa Kugler (001-297-027-4278)                cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 53

```
 1    not.  So each side got a piece of that metal and they
 2    were able to test it.  Okay?  Each side did their own
 3    tests and came to the same conclusion.  And it
 4    destroyed the metal.  Right?  But that's not a
 5    destructive test if each side can test the same exact
 6    thing.
 7                  MR. BUSH:  Your honor --
 8                  SPECIAL MASTER SCHNEIDER:  A routine
 9    case like that, that's about as routine as you get.
10    It happens hundreds, probably thousands of times a
11    year.  If the Court permitted the inspection in this
12    asbestos case, then if a defense expert wants to
13    cross-examine a plaintiffs' expert about whether they
14    determined a nail was defective, even though they had
15    a sample of that nail, you're saying they should be
16    permitted to observe that?
17                  MR. BUSH:  No, your Honor.  I'm saying
18    it's the combination of two things.  It's the fact
19    that we can't look at the exact particle that he's
20    calling chrysotile, and the fact that he's saying the
21    only moment that you can determine whether this is
22    asbestos or not is those very moments I'm looking
23    down the microscope.
24                  So I don't know the example of the
25    metal that you're referring to, so I don't want to
```

Page 54

1    sort of misrepresent what of happened there and it's

2    tough for me to come up with an analogy.  But if one

3    of the experts had said, oh, trust me, the only way

4    you can determine if the metal was defective is if

5    you're staring on my, you know, testing facility and

6    you're looking at it then, because the records that I

7    create for you aren't enough.  That's a different

8    scenario.

9               And so we can't look at the particles

10   that Dr. Longo is looking at because they've long

11   since been discarded despite our efforts to obtain

12   those slides, and the fact that Dr. Longo is saying

13   there is a fleeting moment when you can determine

14   whether these particles are asbestos or not.  That

15   fleeting moment is when I or really Mr. Hess is

16   looking down at the microscope.  And that's how Dr.

17   Longo is defining his methodology, that's how he's

18   responding to questions.  So if he's going to say the

19   time where you can determine whether a particle is

20   asbestos or not asbestos is just looking live down

21   the microscope, then that's why we want an

22   opportunity to look live down the microscope at the

23   same time.  And so this is a very unique situation

24   where Dr. Longo is saying there is this sort of

25   transitory time where this test can be done in a way

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 55

1    that can be independently verified.  And I think

2    that's different from most of the split sample cases

3    that may be out there.  So I don't think that this is

4    a huge slippery slope to having it happen in all

5    cases.

6              There is really unique testimony here

7    and really unique indicia that there is something

8    going on here and that's why, you know, particles

9    that are yellow are being called purple.  There is a

10   lot of uniqueness about this case that I don't think

11   creates a slippery slope down to a lot of other

12   cases.

13             SPECIAL MASTER SCHNEIDER:  So let me

14   quote from your client's briefs.

15             The briefs argue that it's critical to

16   the defense of the case to have this inspection and

17   the, quote/unquote, only way to gauge the accuracy of

18   Longo's conclusions is to have this inspection.

19             How does that square with the fact that

20   these world class experts have submitted the

21   comprehensive expert reports taking Longo's tests and

22   methodology to task?  If these tests are so critical

23   and the only way to defend the case, wouldn't you

24   expect the experts to say we need X, Y, Z information

25   in order to do our work?  They haven't done that.

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 56

1    Instead, they produced pretty -- I really can't speak

2    to whether they're right or wrong, but it appeared to

3    me, at least, that the experts produced pretty

4    comprehensive reports and never said a word, not one

5    word, that they needed to have this inspection to

6    complete their analysis.

7                  How do I weigh that in evaluating

8    whether to grant this motion?

9                  MR. BUSH:  You weigh that because it's

10   important for the Daubert motion, but it's also -- I

11   think it's the same answer I gave in the last

12   hearing, which is it's important for the Daubert, but

13   it's also important for any jury trial.

14                  We make these -- we cross-examined Dr.

15   Longo's on these topics and he has responses.  I mean

16   if you were going to say those, you know, those

17   reports are so good, you know, like it's so clear

18   Longo can just get excluded and we can all be done

19   with that, then sure, that would be one thing.  But

20   we don't know where this is going.  The defense is

21   always going to have criticisms that they think are

22   strong of the expert, but Dr. Longo's response is to

23   basically say, trust me, when you look down the

24   microscope, then you can tell whether it's asbestos

25   or not.  And, for example, one of Dr. Su's criticisms

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 57

1    is that the illumination is wrong.  And one thing he

2    does is he takes the images that Dr. Longo has

3    produced and turns the illumination up digitally

4    using a computer to show the differences.  And what

5    Dr. Longo says is, you know, basically that's

6    hocus-pocus.  He shouldn't be photo-shopping my

7    imaging.  I mean he even says, you know, Dr. Su is in

8    China, how can he be doing this so far away from the

9    microscope?  That's literary what he said at the

10    Clark hearing only ten days ago.

11                    And so the fact that our experts have

12    criticisms of Dr. Longo, are able to criticize Dr.

13    Longo based on what he's produced, doesn't mean that

14    that's the end-all-be-all, particularly when the way

15    Dr. Longo's responding to those criticisms is saying

16    trust me, you just have to look down the microscope

17    in this moment.

18                    And that's what we don't have the

19    opportunity to do.

20                    SPECIAL MASTER SCHNEIDER:  Matt, I

21    didn't use the words critical to the defense.  I

22    didn't use the words the only way to gauge the

23    accuracy of Longo's conclusions is to have this

24    inspection.  Are the Defendants' standing on that

25    argument, that's still their argument?

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 58

```
 1                  MR. BUSH:  Absolutely, your Honor.

 2                  Dr. Longo, the way he's defending his

 3     results, puts a total impasse on further questioning.

 4                  We say, isn't this particle yellow, how

 5     are you calling it purple.

 6                  And he says, well, I need to look down

 7     the microscope.  And he says I'm relying on the

 8     edges.

 9                  And we say, well, aren't there edges

10     around all these particles, even the one you're

11     calling talc?

12                  And he says, well, I don't know if it's

13     an artifact or not, I need to look down the

14     microscope.

15                  What I just said is, you know, isn't

16     your entire analysis wrong if you're relying on these

17     artifacts.  Oh, just trust me, I stand by it when

18     you're looking down the microscope.

19                  There is no follow-up question to ask

20     to that.  If he's just saying trust me, when you look

21     down the microscope, I can tell you that that's

22     chrysotile and that's not talc.  That's his

23     testimony.  That's what he's defining the methodology

24     as, and that just puts everything at an impasse.

25                  If we're cross-examining Dr. Longo in
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 59

 1   front of a jury, it's just stuck there.  We can't go

 2   further and say -- because he's saying, you know,

 3   just if you look down it -- when I look down it, you

 4   would be seeing something different.  So it is

 5   critical.

 6            We have other criticisms that we think

 7   are good, but this is where, over the course of this

 8   changing methodology, different oils, iodines or not,

 9   different types of oils, different light bulbs, they

10   keep moving and removing and part of it is in

11   response to our criticisms, Dr. Longo will change

12   something in our view because what he was doing

13   before wasn't supportable.  It's narrowed and

14   narrowed and it's gotten to the testing where he just

15   says, trust me you have to look down the microscope.

16   And there is nowhere to go from there.  So it is

17   critical in the defense of the case to be able to

18   look down the microscope like he's doing.

19            If he's saying when you look down the

20   microscope, you don't see yellow, you see purple,

21   then we want to be able to do that too and see if

22   that's really true.

23            SPECIAL MASTER SCHNEIDER:  So let me

24   ask you a few more questions and then we'll get to

25   Leigh.

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 60

1              There is a document request in the
2    notice of inspection.  It hasn't been raised in the
3    briefs.  Do I take it that that's not an issue with
4    this motion?
5              MR. BUSH:  I agree -- this is the Longo
6    notice of deposition.  Yes, your Honor.  There is no
7    document request that is -- that's at issue in this
8    motion.
9              SPECIAL MASTER SCHNEIDER:  All right.
10             So I have the notice of inspection in
11   front of me.  It appears that the first two requests
12   are not, you know, looking over the shoulder, so to
13   speak, of Longo, but you just want your experts and
14   probably counsel to just walk through the lab, right?
15             MR. BUSH:  Your Honor, sorry, I didn't
16   know where this was going.  Let me try to maybe
17   narrow this down.
18             And maybe we could have made this
19   clearer, but at the end of our motion, we have the
20   three requests that we're really relying on.
21             I can -- let me pull it up because I
22   have it in front of me.
23             So I know their initial requests were
24   broad and we're trying to narrow the dispute.  And we
25   narrowed it to three requests that we think we really

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 61

 1    need.  And so those are on page 15 of our motion.

 2              So we wanted --

 3              SPECIAL MASTER SCHNEIDER:  Let me take

 4    a look.  I have --

 5              MR. BUSH:  Yeah, sure.

 6              The conclusion lists the three requests

 7    that we're standing on.

 8              SPECIAL MASTER SCHNEIDER:  Okay.  Let's

 9    talk about those.

10              MR. BUSH:  Yep.

11              SPECIAL MASTER SCHNEIDER:  You want to

12    look at the PLM microscopes, right?

13              MR. BUSH:  Yes, that's correct.

14              SPECIAL MASTER SCHNEIDER:  How do we

15    know those are the same microscopes that were used

16    for the tests at issue?

17              MR. BUSH:  I don't think there is

18    any -- I mean I know the light bulb in one has

19    changed, but I don't think there is any evidence that

20    a PLM microscope has been discarded or destroyed over

21    the course of this time.

22              We want to see -- I mean I don't know

23    what else we can ask for other than to see the

24    microscopes that are still there.

25              SPECIAL MASTER SCHNEIDER:  I'm not

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 62

1    asking for speculation.

2                    You want to look at the PLM microscopes

3    that are there.  What if those PLM microscopes aren't

4    in the same condition or were changed from when the

5    tests at issue were done?

6                    MR. BUSH:  Your Honor, my understanding

7    is that the PLM microscopes that are at PLM are the

8    ones that Dr. Longo and Mr. Hess have relied on for

9    their reports.

10                   SPECIAL MASTER SCHNEIDER:  I'm not

11    asking for your understanding.  I'm asking for

12    evidence.

13                   Is there evidence that the PLM

14    microscopes that are currently at the lab are in the

15    same exact condition as they were when the tests at

16    issue were taken?  That's what I want to know.  I

17    don't want to know your understanding.

18                   MR. BUSH:  I think the evidence is he's

19    using these PLM microscopes over the course of all

20    this time.  I don't know why I should be -- the

21    burden should be on me to speculate that something

22    has changed.

23                   Dr. Longo has a lab, yeah, he uses

24    these microscopes, the microscopes are there.  There

25    is certainly no evidence that something has changed

Electronically signed by Theresa Kugler (001-297-027-4278)                          cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 63

1    or been destroyed.

2                 The way this works is he has a set of

3    microscopes.  He says, I have the best PLM setup in

4    the world.  So those are the microscopes, at his lab,

5    are the ones that he's using for this report.  So I

6    don't think there is any reason to think that

7    anything has been changed or in a different condition

8    or discarded.  And if they are in a different

9    condition, if something happened to them like that

10   would affect the testing, then that's even more

11   reason for -- that's even more reason for the

12   inspection.

13                But the key reason we want to look at

14   the microscopes is because of this issue -- the main

15   issue of the light bulb changing.  We want to

16   understand what exactly are the microscopes being

17   used and how is that potentially affecting the

18   lighting which affects the color which is the key to

19   this analysis.

20                SPECIAL MASTER SCHNEIDER:  I have to

21   respectfully disagree with you that the condition of

22   microscopes is not an issue here.  In my view, the

23   burden, if you want the inspection, the burden is on

24   the moving party.

25                If the conditions that you want to

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 64

1    inspect are not the same as the conditions that

2    existed when the tests were conducted, in my view,

3    the inspection is irrelevant.  So it's not the burden

4    of Longo or MAS to show that there was a change.  The

5    burden is on the moving party to show that the

6    conditions are the same.

7                You want to walk into his lab and look

8    at his microscopes without telling me that it's the

9    same microscope in the same condition as the tests

10   that were done that are at issue in this case.

11               MR. BUSH:  Your Honor, I just think --

12   first of all, if something had changed, I don't know

13   how we're expected to have evidence of that.

14   Certainly the plaintiff didn't submit evidence that

15   something has changed.

16               SPECIAL MASTER SCHNEIDER:  Didn't you

17   depose Longo?

18               MR. BUSH:  We've deposed Longo, your

19   Honor, and I can look through his transcript and we

20   can find where he said exactly what microscope he

21   uses, but the microscopes that are in his lab are the

22   ones that he's using.  That's the microscopes that

23   are at issue here.

24               He's saying I got this great lab, we

25   looked at our PLM microscope, and you can see that

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 65

1   this is asbestos.  It's the microscopes that he's

2   relying on for the testing.  It's the same one.

3                  SPECIAL MASTER SCHNEIDER:  Okay.  So

4   let's get to number two.

5                  MR. BUSH:  Sure.

6                  SPECIAL MASTER SCHNEIDER:  Number two

7   is you asked for the methodology for preparing the

8   materials.

9                  So tell me exactly what you want to

10  happen.

11                 MR. BUSH:  What we want to happen is

12  for an expert to watch sample preparation and

13  analysis of the samples.  So there would be a sample

14  preparation stage where we observed so we can watch

15  the analysis from start to finish.  And then the key

16  component of what we're requesting is for our experts

17  to be able to look down the microscope and look at

18  the particle that Dr. Longo or Mr. Hess is saying is

19  chrysotile.  If they look the down the microscope and

20  say we found chrysotile, our experts look at the same

21  thing so they can see the same particle at the same

22  time at this moment that Dr. Longo has said it's so

23  critical.  And that's the key component of what we're

24  requesting.

25                 SPECIAL MASTER SCHNEIDER:  Okay.  Let's

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 66

1    just focus on number two because I think you develop

2    this in number three.

3                    MR. BUSH:  Yes.

4                    SPECIAL MASTER SCHNEIDER:  Who does the

5    preparation?  Is it Mr. Hess?

6                    MR. BUSH:  Mr. Hess does the

7    prescription from start -- yes, he does the

8    preparation and through the analysis, so he's doing

9    it from start to finish.

10                   SPECIAL MASTER SCHNEIDER:  So is what

11   you want to happen is Mr. Hess takes some material to

12   test and he does whatever he does.  And while there,

13   your experts and your counsel and someone with a

14   videotape or camera takes a picture and video of what

15   he's doing, is that what you want for both?

16                   MR. BUSH:  Yeah.  We want a -- in short

17   answer, yes, your Honor.  We would to be able to

18   watch the method from start to finish, including the

19   videotape.  And that includes the preparation time.

20                   SPECIAL MASTER SCHNEIDER:  So what

21   materials do you want to be prepped?

22                   MR. BUSH:  A sample of talc to be

23   tested just like Dr. Longo does in his methodology.

24                   SPECIAL MASTER SCHNEIDER:  What sample

25   of talc?  Any sample of talc?

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 67

1              MR. BUSH:  It could be any sample of

2      talc.  We have all these MDL samples that we've been

3      talking about that we have split samples on.  I'm

4      sure we can come to an arrangement with the Plaintiff

5      about picking one.

6              But yeah, he's claiming to find

7      chrysotile in a hundred percent of samples.  We

8      submitted a chart, it was as of February of 2023, 125

9      chrysotile tests, 125 positives.  He's finding it a

10     hundred percent of the time or nearly one hundred

11     percent of the time.  And so let's just test the

12     sample.  We should probably do it with an MDL sample

13     that we spent so much time splitting on that he

14     hasn't tested so far.  We can go buy one off the

15     shelf, too.

16             SPECIAL MASTER SCHNEIDER:  All right.

17     So let me ask you this question, and I was very

18     careful to take down verbatim what you said earlier

19     today in the oral argument.

20             You said, the methodology keeps

21     changing and it's a moving target.  You said the

22     methodology is constantly in flux and the methodology

23     keeps changing.

24             So what are you asking, Mr. Bush?  Are

25     you asking Mr. Hess to do the current methodology

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 68

 1    that the lab uses or are you asking Mr. Hess to

 2    repeat the methodology for each of the tests that are

 3    at issue in Dr. Longo's reports which are going to be

 4    numerous?

 5                    MR. BUSH:  Just the current

 6    methodology.  What they think is the latest, greatest

 7    best way to test chrysotile for asbestos.

 8                    SPECIAL MASTER SCHNEIDER:  Okay.  So

 9    let's just assume for the sake of argument that what

10    you argued is true, that the methodology is changing.

11                    So then wouldn't it be true that the

12    current methodology is different than, say, the

13    methodology that occurred in the 2020 test?

14                    MR. BUSH:  It would be true, your

15    Honor, but that -- it would be different, but we want

16    it and what Dr. Longo and Mr. Hess say is what they

17    think right now is the best way to test chrysotile

18    for asbestos.  It has changed over time.  In their

19    view it's been improving over time.  And so we want

20    what we have now as what they think is the way to

21    test talc for the presence of chrysotile.

22                    SPECIAL MASTER SCHNEIDER:  So just so I

23    understand it, I don't want there to be any

24    misunderstanding, you're asking to observe and

25    videotape and photograph a methodology that's

Page 69

1    currently used that in all likelihood was not used on
2    the samples that are at issue in this case?
3                      MR. BUSH:  No.  That's not right, your
4    Honor.  It's the latest samples that are at issue,
5    we're going to have the latest iteration of the
6    methodology.
7                      So yes, there is things that happened
8    in the past that we think made it even worse, but we
9    don't need to test the methodology that he's saying
10   isn't right anymore.  We want to test the methodology
11   that he's currently saying is the right one that he's
12   using for the current iteration of samples.  So I'll
13   say whatever the last two were.
14                      There are slight changes, but the core
15   of methodology is the same.  What we don't want to
16   happen is for someone to later say, oh, well, you
17   didn't do this the right way.  We want the sample as
18   he is currently saying is the best way to do it.  And
19   the fact that the methodology is in flux I don't
20   think is a reason to not do the inspection.  It's a
21   reason why we want to be there and see them doing the
22   methodology the way they say is the best way to do it
23   right now.
24                      SPECIAL MASTER SCHNEIDER:  I guess what
25   I'm having trouble with is this, Mr. Bush:  You're

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 70
1    asking to observe a methodology that was not used on
2    the tests that are at issue in this case so that you
3    can give an opinion on the methodology that wasn't
4    used?
5            MR. BUSH:  That's just not right, your
6    Honor.  The key is using the methodology, the most
7    recent set of samples is the methodology -- the most
8    repeat set of testing on those samples is the
9    methodology he's using.
10           Yes, in the past it used to be
11   different, but there is a methodology now and it's
12   the methodology that he's been testing.  And the core
13   of it is the same, which is I'm going to look at
14   these particles, I'm going to look at the edges, I'm
15   go to say something is purple there and I'm going to
16   do a calculation based off of that.  This is the
17   methodology that he's -- what we want to see is the
18   methodology that he's relying on for the MDL testing.
19           SPECIAL MASTER SCHNEIDER:  I guess what
20   I'm having trouble with is really grasping this
21   argument.  Because in addition to what you stated at
22   oral argument earlier today, quoting from your brief
23   it says as follows, quote:  Dr. Longo's methodology
24   cannot be replicated because it is constantly in
25   flux, close quote.  Your brief at page 12.

Page 71

1                   So you're asking about a methodology
2    that wasn't used on the samples that he's going to
3    testify, right?
4                   MR. BUSH:  No, your Honor.  I have the
5    same answer, which is the methodology has changed
6    over time.  We don't want there to be a situation
7    where we do something and he says, oh, that was
8    something old and I've done something different now.
9    He has a methodology that he's relying on and that's
10   what he's relying on for this testing.
11                  The samples that -- the images that
12   I've shown and that we have for the Valadez report,
13   that's just methodology right now.
14                  Yes, it changed in the past, but this
15   is the methodology that he's using for his report in
16   this MDL right now.  And so we want to use the method
17   that he's using now on the samples.
18                  He even said at his deposition, oh,
19   I've done two more tests since my last report.  He's
20   doing tests with the methodology right now.  We don't
21   need him to put an old light bulb and use iodine that
22   he's not using anymore.  We want the current
23   methodology that he's using on these samples.  This
24   is the way he's saying, you must use this methodology
25   to test talc for the presence of chrysotile.  He's

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 72

```
 1   doing it on samples all the time and he's doing it on
 2   samples for this MDL.  We want an observation of that
 3   current methodology.
 4             SPECIAL MASTER SCHNEIDER:  Okay.  We'll
 5   move on from this.  But I'm not making up this
 6   language, this was the language -- hold on -- in
 7   Defendant's brief.
 8             Quote/unquote, the methodology cannot
 9   be replicated.
10             And as I understand your argument, as
11   of the moment, as of the moment, I don't know what's
12   going to happen in the future, the current
13   methodology is not at issue with regard to any of the
14   test results that he's going to testify to.  Right?
15   Because didn't you say that Dr. Longo did not test
16   any of the MDL samples?
17             MR. BUSH:  Yes, your Honor.  I think
18   maybe this is the confusion.
19             So what Dr. Longo did is instead of
20   testing the MDL samples, he tested over the course of
21   state court litigation many, many samples.  And what
22   he said is, it's because I've given you all those
23   reports already, instead of giving you all those
24   reports and methodologies again, I'm just
25   incorporating all that testing that I've done into my
```

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 73

1    report.   And that includes the most recent testing

2    with the current methodology.   With the methodology

3    at issue in the MDL is the most -- it includes the

4    most recent set of testing, including testing he said

5    at his deposition he had just completed.   And that's

6    the methodology that we want to observe.

7                    Yes, one of the problems is a

8    difficulty in replicating it because it keeps

9    changing, but what Dr. Longo is saying is that he can

10   do the methodology and the key -- I would agree that

11   part of the issue is that he's making these other --

12   these slight changes and tweaks and says it's not

13   ready for publication.   But the key lack of

14   replication is the fact that Dr. Longo is saying I

15   need to view it in the microscope and that is

16   the moment -- the fleeting moment that I see what the

17   particle really is.   That is the core of why it's

18   incapable to be replicated by other people.   There

19   are other things that make it even more difficult,

20   like how it changes over time, but the core lack of

21   replication issue is Dr. Longo testifying that you

22   need to look in the microscope live in order to be

23   able to see the particle.

24                    SPECIAL MASTER SCHNEIDER:   Okay.

25                    The third item listed on page 15 of the

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 74

 1   brief is you want to observe MAS's methodology for

 2   analyzing the materials, is that right?

 3              MR. BUSH:  Yeah.

 4              When I was describing it before, your

 5   Honor, I agree I had combined two and three.  So

 6   there is the prep method and there is the analytical

 7   component we are looking down the microscope.

 8              And so two is -- and we want to watch

 9   the sample, the analysis, from start to finish.  So

10   two would be the start of it and three would be the

11   finish of it.

12              Three is when you're looking down the

13   microscope.  And what we want is our expert to be

14   able to look down the microscope at the particles

15   that Dr. Longo or Mr. Hess are claiming are

16   chrysotile so they can see it with their own eyes

17   down Dr. Longo's own microscope.  Because he's saying

18   if you have this great lab like mine and you look

19   down the microscope in those moments, you can see it.

20              So three is the looking down the

21   microscope part.  And two is the prep method part.

22              SPECIAL MASTER SCHNEIDER:  And so if --

23   let's assume it's Mr. Hess doing the microscopic

24   analysis.  If he's sitting down at the microscope and

25   looking through it and does whatever he does and says

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 75

1    in my belief this is asbestos, you're going to

2    photograph that, videotape that, and then what do you

3    want?  Do you want him to get up from his seat, if

4    he's sitting down, and have your expert sit down and

5    look at the same thing?

6                    MR. BUSH:  That's essentially correct,

7    your Honor.

8                    So what Mr. Hess does is he picks

9    representative samples of what he sees and then he

10   takes images of those particles.  So Mr. Hess can

11   choose his representative particle just like he

12   normally does.  And then, yeah, it would be our turn

13   for our expert to go and look at that particle

14   himself, which Dr. Longo says is a critical component

15   of the analysis.

16                   SPECIAL MASTER SCHNEIDER:  So during

17   this process, would you anticipate that there would

18   be a back-and-forth discussion between your expert

19   and Mr. Hess?

20                   MR. BUSH:  No, your Honor.  There is

21   not going to be any discussion.  They don't have to

22   have a debate or a conversation or an argument about

23   what the particle is.  Their expert can go look at it

24   and then when he identifies this representative

25   particle, just like he normally does, then our expert

Electronically signed by Theresa Kugler (001-297-027-4278)                                   cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 76

 1    would just look at it and make his own observation.

 2    Because for just the reasons I've said, that's the

 3    moment Dr. Longo says that's what you have to do,

 4    look live at the particle.  So we want our expert to

 5    do that.  They don't need to have a whole discussion

 6    about it.  They don't need to talk about it at all.

 7                    SPECIAL MASTER SCHNEIDER:  And then

 8    what would happen?

 9                    Would a photo or photomicrograph be

10    taken of the slides for recordkeeping purposes?

11                    MR. BUSH:  I mean that's the typical

12    process that MAS uses that there would be

13    photomicrographs.

14                    Obviously, if there is, you know, what

15    Dr. Longo has said, the photomicrographs aren't

16    enough, but at least that's, you know, the best way

17    we have to record what we're seeing.  So we have

18    looking live down the microscope, which is what Dr.

19    Longo says is necessary, and the best photograph we

20    can take of what the expert is seeing.

21                    SPECIAL MASTER SCHNEIDER:  And would

22    you anticipate that your expert would take that

23    photograph, put it into a report and rely upon it at

24    trial to rebut Dr. Longo's conclusion or Mr. Hess'

25    conclusion?

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 77

1                         MR. BUSH:  I think the photograph would

2      certainly be part of it, but the key rebuttal here

3      wouldn't be the photograph component, it would be the

4      looking-down-the-microscope component.

5                         We have photographs.  I think to me

6      it's just logical if we're going to do this process

7      that -- and the process normally involves taking the

8      photomicrograph -- to have it so we have that record.

9      But the key rebuttal would be, I looked down this

10     microscope and I looked down at this particle and

11     this is what I saw.

12                        SPECIAL MASTER SCHNEIDER:  And how long

13     would you take -- how long would you anticipate this

14     process would take between starting, getting the

15     sample ready for analysis until the analysis is

16     completed?

17                        MR. BUSH:  Yeah, you know, Dr. Longo

18     has given all different times for how long this

19     takes.  I want to make clear, we said this in our

20     brief, you know, right now it's been in the

21     centrifuge for 72 hours.  No one needs to observe --

22     we don't expect people to stay awake for 72 hours

23     staring at a centrifuge spin.  So that's not --

24     that's a passive component that we don't need to look

25     at.

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 78

         1                        What Dr. Longo has testified in the

         2     past is that it can take two to six hours to do one

         3     of these tests.  He says analysts that are good can

         4     also do it in a shorter amount of time.  So exactly

         5     how long it would take is difficult to anticipate,

         6     but I imagine that this is not going to be like a

         7     24-hour experience.  This can largely get done in a

         8     day or maybe two -- maybe there is a prep session

         9     day, they put it in the microscope, they put it in

        10     the centrifuge, I mean, and then there is a day where

        11     we look down the microscope and it would probably be

        12     a relatively short amount of time.  Like, you know,

        13     he says the whole process takes two to six hours,

        14     then we're looking at, you know, one to three hours

        15     for those components.

        16                        SPECIAL MASTER SCHNEIDER:  So there

        17     would be one component for the sampling preparation

        18     and one component for the actual test?

        19                        MR. BUSH:  I think if you're going to

        20     say he needs to put it in a centrifuge for 72 hours

        21     and that's the way it sort of practically has to

        22     happen, but the key -- the sample prep is sort of if

        23     we're going to be there and see it, we want to see it

        24     from start to finish.  But the key moment and the key

        25     thing we need to see is less the preparation time,

June 12, 2024

Page 79

 1    although I think it's important, it's more the

 2    looking live down the microscope.  And that's the

 3    time that we really need to see it.  And that's not

 4    over a day, that's a few hours to a half a day at the

 5    very longest.

 6              So this isn't some giant burden on MAS.

 7    And what we put in our reply brief, I mean Dr. Longo

 8    has taunted us, oh, just come to our lab.  And he

 9    said that at a deposition.  If he's going to taunt us

10    that way about coming to the lab and looking at the

11    particle at the same time, then we want to take him

12    up on that.

13              SPECIAL MASTER SCHNEIDER:  And who is

14    it from the Defendants who's going to come and do

15    this observation and photograph and video?

16              MR. BUSH:  I'm not sure.  Dr. Sanchez,

17    I imagine, our expert is the one, I imagine, who is

18    going to be looking at it.  I'm not sure we've gotten

19    to the exact level of detail of precisely, you know,

20    who would be there.  But that's my -- I would say

21    that Dr. Sanchez would be the main person involved,

22    the one who's looking down the microscope.  It would

23    be him, our expert.

24              SPECIAL MASTER SCHNEIDER:  Is Dr.

25    Sanchez a third expert who's going to critique Dr.

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 80

 1    Longo's work?

 2              MR. BUSH:  Yes, your Honor.  He's

 3    disclosed in this MDL.  And I believe his deposition

 4    is coming up in short order.

 5              SPECIAL MASTER SCHNEIDER:  What is he

 6    an expert in?

 7              MR. BUSH:  He is also a microscopist,

 8    so he does -- he's a microscopy expert who has tested

 9    a lot -- he's another microscopy expert.

10              SPECIAL MASTER SCHNEIDER:  Has he

11    produced a report critiquing Dr. Longo's work?

12              MR. BUSH:  He has, your Honor, in this

13    MDL.

14              SPECIAL MASTER SCHNEIDER:  Along the

15    lines of Dr. Wiley and Dr. Su?

16              MR. BUSH:  I would say, you know, they

17    have different -- it wouldn't be exactly the same,

18    but yes, along the lines of Dr. Wiley and Dr. Su.

19    Yes.  That's right.  He certainly has his own

20    critique of Dr. Longo in a similar vein.

21              SPECIAL MASTER SCHNEIDER:  Does he say

22    anything about the fact that it's critical to the

23    defense of the case to do this inspection or the only

24    way to defend the case is to do this inspection?

25              MR. BUSH:  He doesn't say that in the

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 81

1    report, your Honor, but that's the legal -- that's

2    what's happening from the legal perspective, from

3    when Dr. Longo shut down questioning during

4    cross-examination by saying you have to look live

5    down the microscope.  This is our way to rebut that

6    testimony.

7                    SPECIAL MASTER SCHNEIDER:  Mr. Bush,

8    we've been at this a while.  I think it's time that I

9    give Ms. O'Dell a chance to respond.

10                    MR. BUSH:  I appreciate that, your

11   Honor.  I understand.

12                    MS. O'DELL:  Thank you, your Honor.

13                    There is a lot to respond to actually,

14   but let me just start with the law, which the Court

15   started with.

16                    There is just no precedent to allow the

17   invasive nature of this inspection.  And I think the

18   Tear case that we cited to your Honor makes clear

19   that Rule 34 does not authorize Defendants' experts

20   to observe Plaintiffs' experts as they do their work

21   to assess -- that case, it was a real estate case,

22   Container Nation.

23                    And so what is being proposed is not

24   normal Rule 34 inspect for property.  This is coming

25   into MAS labs, it is observing the work of Dr. Longo

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 82

 1    and Mr. Hess and others, it is having them reproduce
 2    or do work that they would not be doing otherwise.
 3    Because they have Dr. Longo's opinions in the MDL, he
 4    has all that he's going to be opining on right now.
 5    And so there is just absolutely no precedent to allow
 6    this.
 7              And it would be intrusive, it would
 8    really paralyze Dr. Longo's lab.  He has a large
 9    commercial lab and it does a lot of other things,
10    which we've listed in our brief.  And it would
11    require a tremendous disruption in order for this to
12    take place.
13              There are samples from other cases, not
14    just talc cases, but other cases that these analysts
15    are working on.  There are other materials.  It would
16    be incredibly expensive and obtrusive.  The nature of
17    the burden really can't be overstated.
18              But, your Honor, you got to sort of
19    factually some of the heart of this.
20              Number one, is there is talc that
21    remains and can be tested by Johnson & Johnson's
22    experts, if they so choose.  And in many instances,
23    they have not elected to do so.  And so that's their
24    choice.  They are not, under the law, allowed to
25    compel Dr. Longo to do testing and them watch them

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 83

 1    test when they can do that testing on their own.

 2                  You heard about the samples, and I just

 3    want to correct something.  You know, there were

 4    Chinese historical samples that are part of Dr.

 5    Longo's fourth supplemental report, so MDL samples.

 6    Both Imerys and J&J.  And so they have opportunity to

 7    do this themselves.

 8                  You heard this discussion from Matt

 9    about methodology.  What we want is to observe the

10    latest methodology.  Again, what I said before is in

11    each individual report he described the methodology

12    he employed.  It has been adjusted over time as he's

13    learned more and they have had more experience.

14                  But the most recent reports, and I

15    would say one that hasn't been mentioned at all,

16    we've only heard about the Valadez case, but there

17    are numerous other cases, not the least of which is

18    Ms. Newsome's case, which is an MDL plaintiff,

19    bottles that she retained were tested and chrysotile

20    asbestos was located.  There is a methodology

21    described in that report including not only what they

22    did from a mechanical standpoint, but the microscope

23    that was used, all the things that were a part of

24    that methodology.  Dr. Longo was not asked one

25    question about that report at all.  He was asked

Electronically signed by Theresa Kugler (001-297-027-4278)                         cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 84

1  about his general methodology.  And if they want to

2  replicate that, they can do that.

3            As you pointed out, Dr. Su and Dr.

4  Wiley in particular -- Dr. Sanchez comments less on

5  the PLM work than the others, theirs is more

6  detailed, but they are well-recognized experts and

7  they can get a sample of Johnson's Baby Powder and

8  they could replicate Dr. Longo's methodology, if they

9  chose to.  But they have not.  And so there is no

10  reason to compel this of Dr. Longo.

11            Further, in terms of what would happen

12  at some inspection if this burden were put on Dr.

13  Longo, would get down to a photomicrograph, which

14  they already have in spades in every report.  And

15  they are commenting on those now and they have never

16  expressed in their expert reports, Dr. Wiley and Dr.

17  Su, that they need more.  And in Dr. Sanchez's case,

18  he has testified in nearly all, if not all, the

19  recent mesothelioma trials, and he has testified

20  fully and never once expressed having inadequate

21  information in order to provide his opinions.

22            And in the case of Zimmerman, and I

23  want to correct something that was in error in the

24  Plaintiffs' brief, it said there hadn't been testing

25  in some of the cases.  Well, Zimmerman is a case

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 85
1    where there was testing by Dr. Sanchez that had not

2    been disclosed in the MDL, so we weren't aware of

3    that.  But he tested the samples himself and he said

4    I didn't find any asbestos.  That is really talc.

5    And what Dr. Longo is identifying is misidentified.

6    So they are fully capable of defending this case as

7    they've done in other cases in recent years and

8    certainly without -- without having an inspection.

9    And that's been two-and-a-half years where this has

10   never been requested.

11            And I will say, not only is there no

12   other case where this has been allowed in any

13   reported case, but there is no evidence that it's

14   ever been allowed in this type of litigation,

15   asbestos litigation, for decades.  I mean this is the

16   most obstructive, invasive request I think that has

17   been made certainly in the talc litigation and I

18   would suggest others.

19            And let's get down to it, you know,

20   Judge, this is really -- this is, you know, in the

21   last round of testing, the debate was is it

22   asbestiform or not asbestiform, looking at

23   photomicrographs and images of fibers.  And so that

24   was from TEM.  Now the debate has become the color

25   and it is whether it's yellow or magenta,

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 86

1    essentially.  And that is going to be a matter of

2    debate and the defense has everything they need to

3    cross-examine Dr. Longo and also put forward their

4    own experts' opinions.  And having them look down the

5    microscope and over the shoulder of Mr. Hess or Dr.

6    Longo for hours, because it's two to six hours per

7    sample and it's over the microscope, so what does

8    that mean?  Mr. Hess is going to look for his two to

9    six hours and whomever the defense proposes for two

10   to six hours?  And that is an untenable -- it's an

11   absolutely untenable approach to this.

12             And so, your Honor, let me just speak

13   to a couple more things that were put forward in the

14   defense's reply.

15             Number one, there were some comments

16   about Steve Compton and Dr. Compton giving testimony

17   in other cases.  And he was referred to as a

18   Plaintiffs' expert.  He is not an expert in this MDL.

19   I'm sure he's been an expert in other mesothelioma

20   cases.  I don't know him.  I don't know his

21   methodology.  We don't know his methodology.  We have

22   no information about that.  He's not a part of this

23   case.  And so, you know, it really is irrelevant to

24   the proceedings.

25             Number two, I would say, your Honor,

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 87

     1    this is -- I believe you hit the nail on the head,
     2    but I want to make it clear for the record.  This is
     3    not destructive testing.  That new argument raised in
     4    the reply was inappropriate.  This is not destructive
     5    testing and any suggestion that it was, I think, as
     6    the Court notes, is incorrect.
     7               And further, your Honor, when you think
     8    about all of this, this is really early Daubert.
     9    This is really an early Daubert motion to debate the
    10    methodology of Dr. Longo.  And there will be plenty
    11    of time for that at the appropriate time after the
    12    briefing is done.  And so I think it's misplaced in
    13    that sense.
    14               And the other thing, your Honor, and
    15    I'm thinking about, you know, what's been said and
    16    the methodology that Dr. Longo uses.  And
    17    particularly, I just want to go back.  There has been
    18    an emphasis on Valadez and that's just one of the
    19    reports, one of the many reports.  And that was in --
    20    I believe it was February 2023 that that was -- that
    21    that report was issued.
    22               Let me check myself to make sure that's
    23    right.  That's right.
    24               And one of the things we put in our
    25    papers was information about Dr. Longo's very

June 12, 2024

Page 88

 1    detailed response to the Defendant's criticisms of

 2    his methodology in Valadez.  And we put it in our

 3    submission as -- let me turn to it, if I can, your

 4    Honor.  Give me just a moment.

 5                Exhibit H of our opposition in which he

 6    responds to some of the criticisms that are still

 7    being made in great detail.  And he continues to

 8    outline his methodology and to outline exactly what

 9    he's doing, including documentation with

10    photomicrographs.  And that's what's required under

11    the rules in terms of describing your methodology.

12                It can be replicated if the Defendants

13    chose.  And they have not done that.  And so,

14    therefore, for all these reasons and for the fact

15    that there is absolutely no legal precedent for this,

16    we urge the Court to deny the motion.

17                SPECIAL MASTER SCHNEIDER:  Leigh,

18    before I turn it over to Matt for the last word, I

19    just want to make sure that you have every

20    opportunity to make whatever argument you want

21    because this is going to be your last word.  So is

22    there anything else you want to add?  Because I'm

23    going to turn it over in a moment to Matt for his

24    last word.

25                MS. O'DELL:  Your Honor, thank you for

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 89

1  that.

2            If you give me a moment just to look at

3  my notes and if there is something else that I have

4  overlooked, give me an opportunity to do that, I

5  would appreciate it.

6            Your Honor, the only thing I could have

7  expounded on a little bit more, if I could, sort of a

8  parenthetical here.  I said it wasn't destructive

9  testing, it's not.  There is more material to test.

10  But there have been some suggestions that somehow the

11  slides have been destroyed and somehow that's

12  untoward, that Dr. Longo's methodology in not

13  retaining those slides was improper.  And I do think

14  I want to go back to that quickly and just make clear

15  that this is part of the PLM method that those slides

16  use a particular oil in their creation.  And it's

17  called an IR fluid.  And there is a lot of that

18  description in the reports.

19            And over the course of time after that

20  slide is examined, within two weeks or so, that fluid

21  begins to evaporate and crystalize and, therefore,

22  the slide is not appropriate for examination anymore.

23  That's true for any PLM analyst, not just Dr. Longo.

24  And so any suggestion that there has been somehow

25  improper action there I think is -- would not be

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 90

1    true.  Their experts will be asked about that as

2    well, but I understand that to be generally accepted,

3    you know, in PLM testing.

4              And I think I would just conclude again

5    by saying there is absolutely no legal precedent for

6    this and, you know, we strongly object to this type

7    of inspection.

8              SPECIAL MASTER SCHNEIDER:  Thank you,

9    Leigh.

10             Matt, I'm going to turn the floor over

11   to you for the last word for whatever you want to

12   say.

13             MR. BUSH:  Thank you, your Honor.

14             I just sort of want to sum up and put a

15   fine point on what we're talking about.

16             So the image on the left is sort of the

17   larger sample.  All those yellow particles are talc

18   particles.  And what Dr. Longo and Mr. Hess are doing

19   is they're picking out that one and saying that

20   yellow particle is actually chrysotile, even though

21   all the other yellow ones are talc.

22             Talc is supposed to look yellow under

23   these kinds of analysis and chrysotile is supposed to

24   look purple.  And what Dr. Longo and Hess are saying

25   is that the particle that I blew up is the color

Electronically signed by Theresa Kugler (001-297-027-4278)                cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 91

1    purple on the bottom there that's associated with 560

2    nanometers.

3                 So what Dr. Sanchez is saying is, I see

4    that as yellow.  When I do my own testing, what I see

5    is yellow.  That's talc.  But what Dr. Longo is

6    saying is no, no, no, when you look live down my

7    microscope, I can tell -- that means is when there is

8    purple there.  And it's the moment that you're

9    looking live down the microscope that you can tell

10   that that's purple.

11                And this isn't cherry picking or just

12   some quote.  This isn't some ancillary issue.  He

13   didn't say it just once.  He has repeatedly defended

14   his testing by saying the way you can differentiate

15   talc from asbestos is to look live down the

16   microscope.  And that's the only way to independently

17   verify his results.

18                I know we talked about this a little in

19   the last motion, but in the Valadez deposition he was

20   asked, for example, is a particle talc or asbestos.

21   And he said he couldn't answer without looking down

22   the microscope.  And in the example I've given a

23   bunch of times already he said, well, doesn't all

24   what you're doing make your entire analysis wrong?

25   And he's saying you need to look down the microscope.

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 92

 1              So Dr. Longo is saying if you look down

 2    the microscope that's live, that's the way you can

 3    make these determinations and that's the way you can

 4    independently verify my results.

 5              And the reason you, Dr. Sanchez, and

 6    all these other people aren't seeing it is because

 7    they're not looking live down the microscope.  He's

 8    saying that that is the fleeting moment, like I said,

 9    that you can differentiate talc from asbestos.  It's

10    the way he's defining his methodology and there is no

11    other way to do that, to take him up on that -- on

12    that -- on that testimony, that the only way that you

13    can really see this if you were looking live down the

14    microscope, is to go and look down the microscope at

15    the same time as him, as I said, as he basically

16    taunted us to do in a deposition before.

17              And so this is -- this is really

18    critical to the defense because it's critical to the

19    way Dr. Longo is justifying all of his results.  His

20    entire analysis that he testifies in the Clark case

21    is by saying look live down the microscope.  And that

22    makes this case very, very unique and it makes it

23    different from a lot of the other cases where you

24    have an ability to do split testing in a different

25    way.

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 93

1                    It's momentarily live down the

2      microscope is how he's justifying his entire report.

3                    And so the last thing I'll say is there

4      is no evidence of a burden on MAS.  I mean as we said

5      in the briefs, I certainly recognize an inspection

6      inherently has some burdens that are not associated

7      with, say, a document request, but there is no

8      evidence that this would be some undue burden or

9      would shut down the lab.  This is something that's

10     totally capable of doing and it is critical to the

11     way that Dr. Longo is defining how he's identifying

12     chrysotile in these talc samples, which is something

13     that goes to the heart of the cases in this MDL.

14                    So that's my last word on this motion.

15                    SPECIAL MASTER SCHNEIDER:  Thank you,

16     Counsel.

17                    The record is closed on the Inspection

18     Motion.

19                    Like I said, I'm going to take the

20     motion under advisement, but you will get a prompt

21     decision.

22                    I think someone said at the start this

23     morning that there might be some either associates or

24     summer clerks or interns observing what went on

25     today.  As far as I'm concerned, it was a great

Electronically signed by Theresa Kugler (001-297-027-4278)                    cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

June 12, 2024

Page 94

1    learning experience for those people.  They saw some

2    terrific lawyers argue some very, very difficult

3    issues.  The briefs were superb, as usual and as

4    expected.  And it's just a pleasure for me to deal

5    with professionals, no matter how the ultimate

6    resolution turns out.

7                Theresa, thank you very much.  I'm sure

8    you will continue your career record of not making

9    one mistake in a transcript, so that's always

10   appreciated.

11               Thank you, everybody.  We're adjourned.

12               (Hearing Adjourned)

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Theresa Kugler (001-297-027-4278)                     cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

Page 95

1                    C E R T I F I C A T E

2

3          I, Theresa Mastroianni Kugler, a Notary Public

4    and Certified Court Reporter of the State of New

5    Jersey, do hereby certify that the foregoing is a

6    true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth.

9

10         I DO FURTHER CERTIFY that I am neither a

11   relative nor employee nor attorney nor counsel of any

12   of the parties to this action, and that I am neither

13   a relative nor employee of such attorney or counsel,

14   and that I am not financially interested in the

15   action.

16

17

18

19   _____
     Theresa Mastroianni Kugler,
20   Certified Court Reporter
     Certificate No. XIO857
21   Notary Public, State of New Jersey
     Commission Expires July 11, 2026
22   Commission No. 2410394
     Date:  June 17, 2024
23

24

25

Electronically signed by Theresa Kugler (001-297-027-4278)                cb0ee5fb-da42-4ef7-b213-e7cfe625f8de

**A**

**ability** 14:2 31:9
  92:24
**able** 36:18 37:3
  37:10 38:3
  49:24 53:2
  57:12 59:17,21
  65:17 66:17
  73:23 74:14
**absolutely** 24:9
  48:11 58:1
  82:5 86:11
  88:15 90:5
**accepted** 40:25
  90:2
**access** 52:3
**accident** 49:17
**accuracy** 55:17
  57:23
**accurate** 95:6
**actinolite** 25:22
**action** 89:25
  95:12,15
**actual** 10:12
  78:18
**ad** 30:2
**add** 88:22
**addition** 70:21
**addressed** 13:8
  13:11
**adjacent** 10:14
**adjourned** 94:11
  94:12
**adjusted** 83:12
**advance** 49:20
**adverse** 38:7,8
**advisement** 47:9
  93:20
**affect** 63:10
**ago** 8:16 42:22
  50:13 51:3
  57:10
**agree** 16:13 49:4
  50:5 60:5
  73:10 74:5
**ahead** 19:2

22:24 28:3
**akin** 9:19
**ALABAMA**
  3:11
**aliquot** 50:16
**aliquots** 30:24
**Allen** 3:9 5:20
**allow** 44:16
  81:16 82:5
**allowed** 26:15
  50:6 82:24
  85:12,14
**amend** 25:16
**amendment**
  17:16
**AMERICAS**
  4:11
**amount** 78:4,12
**amphibole**
  25:19,22 26:3
  26:7
**ample** 30:14
**analogy** 54:2
**analysis** 7:14 9:2
  33:4,22 35:17
  35:18 36:5
  37:3 38:20,25
  40:4 43:16,17
  56:6 58:16
  63:19 65:13,15
  66:8 74:9,24
  75:15 77:15,15
  90:23 91:24
  92:20
**analyst** 13:3
  39:8 89:23
**analysts** 39:1,9
  40:16,19,23
  78:3 82:14
**analytical** 29:2
  74:6
**analyze** 25:7
**analyzed** 31:1
**analyzing** 74:2
**ancillary** 91:12
**angles** 33:13

**announce** 5:15
**answer** 7:12 8:5
  8:21 9:21 12:3
  14:24 15:17
  21:23 43:16
  46:7 52:6
  56:11 66:17
  71:5 91:21
**answered** 8:10
  10:19 11:12
  28:7 40:7
**answering** 11:5
  28:11
**answers** 8:6
  10:8 28:14
  36:17
**anthophyllite**
  25:23
**anticipate** 5:24
  6:5 23:5 75:17
  76:22 77:13
  78:5
**anymore** 34:20
  69:10 71:22
  89:22
**anyway** 45:5
**apart** 35:19
**appear** 21:18
  37:9
**appearance** 5:14
**appearances**
  5:12
**appeared** 56:2
**appears** 15:13
  29:7 36:22
  60:11
**appendices**
  14:15,16 15:17
  21:19 22:15
**Appendix** 14:18
  15:12 16:11
  19:22 20:21
  24:11
**apply** 44:1,6
**appreciate**
  26:18 81:10

89:5
**appreciated**
  94:10
**approach** 86:11
**appropriate**
  41:11 46:14
  87:11 89:22
**archive** 51:3
**argue** 55:15
  94:2
**argued** 68:10
**argument** 5:4,7
  5:10 6:11 7:13
  12:8 35:19
  42:16 47:17,21
  57:25,25 67:19
  68:9 70:21,22
  72:10 75:22
  87:3 88:20
**army** 48:3,20
**arose** 29:19
**arrangement**
  67:4
**artifact** 7:8,10
  43:10,14 58:13
**artifacts** 58:17
**asbestiform**
  85:22,22
**asbestos** 15:5
  20:15 24:8
  25:19,22 26:3
  26:4 28:19
  31:15 39:25
  53:12,22 54:14
  54:20,20 56:24
  65:1 68:7,18
  75:1 83:20
  85:4,15 91:15
  91:20 92:9
**ASHCRAFT**
  3:3
**asked** 7:12,13
  8:5,11 34:2,24
  36:4 43:6,11
  65:7 83:24,25
  90:1 91:20

**asking** 12:15,21
  12:22 14:25
  20:9 39:7
  48:16,22 62:1
  62:11,11 67:24
  67:25 68:1,24
  70:1 71:1
**assess** 81:21
**assessment** 36:3
**assigning** 35:8
**assistant** 44:2
**associated** 91:1
  93:6
**associates** 93:23
**assume** 9:18
  23:23 68:9
  74:23
**assumption**
  20:16 24:6
**atoms** 33:12,13
**attached** 30:4
**attempted** 23:23
**attention** 26:11
  49:8
**attorney** 95:11
  95:13
**attorneys** 3:7,13
  3:19 4:5,13
  5:12 48:3
**authorize** 81:19
**available** 31:5
  31:16 32:2,5
**AVENUE** 4:11
**awake** 77:22
**aware** 28:25
  31:17,18 85:2

**B**

**B** 14:18 15:14
  16:16 30:5
**Baby** 15:6 84:7
**back** 9:14 12:12
  19:9 21:10
  24:21 30:22
  40:22 45:15,20
  47:12,16 52:23

87:17 89:14
**back-and-forth**
75:18
**based** 11:25
20:15 26:13
38:4 46:1
57:13 70:16
**bases** 31:12
**basically** 33:5
56:23 57:5
92:15
**basing** 43:13
**basis** 7:3 35:24
**Beasley** 3:9 5:20
**began** 26:11
**beginning** 8:11
**begins** 89:21
**behalf** 5:20,23
6:2
**belabor** 46:13
**belief** 75:1
**believe** 16:16
25:9 27:3
32:10 45:11
47:1 80:3 87:1
87:20
**bench** 52:23
**best** 63:3 68:7
68:17 69:18,22
76:16,19
**bet** 14:23
**BIDDLE** 4:2
**bigger** 21:8
**biggest** 13:22
**bit** 9:12 20:10
21:7 89:7
**black** 33:2
**blew** 90:25
**body** 19:25 37:6
**bottle** 32:5
**bottles** 26:23
83:19
**bottom** 91:1
**BOX** 1:20 3:10
**boxes** 27:7
**breadth** 29:14

**break** 47:12
**brief** 9:17 16:16
49:9 51:15
70:22,25 72:7
74:1 77:20
79:7 82:10
84:24
**briefing** 16:22
43:25 87:12
**briefs** 30:24
31:6 50:15
55:14,15 60:3
93:5 94:3
**broad** 60:24
**bulb** 13:17 19:1
19:3 61:18
63:15 71:21
**bulbs** 59:9
**bunch** 8:12
14:22 91:23
**burden** 42:7
44:17,19 45:4
45:8 62:21
63:23,23 64:3
64:5 79:6
82:17 84:12
93:4,8
**burdens** 93:6
**BURNS** 3:15
**Bush** 4:9 6:1,2
6:15,20 7:24
8:7 12:11,15
13:9 14:20,21
15:8,15,22
16:8,12 17:15
17:25 19:15,18
19:23 20:6,11
20:18 21:23
23:11,17,22
24:9 32:13,15
36:21 37:13
38:24 40:11
42:13 47:24
48:18 49:3
50:21 51:14
52:20,21 53:7

53:17 56:9
58:1 60:5,15
61:5,10,13,17
62:6,18 64:11
64:18 65:5,11
66:3,6,16,22
67:1,24 68:5
68:14 69:3,25
70:5 71:4
72:17 74:3
75:6,20 76:11
77:1,17 78:19
79:16 80:2,7
80:12,16,25
81:7,10 90:13
**buy** 67:14

---

## C

**C** 3:1 95:1,1
**calcium** 33:8
**calculation**
70:16
**call** 5:4 50:14
**called** 33:4 55:9
89:17
**calling** 7:1 36:16
39:12,13 42:24
42:25 52:13
53:20 58:5,11
**camera** 66:14
**CAMPUS** 4:3
**CANAL** 3:16
**capable** 85:6
93:10
**captured** 10:7
**car** 49:16,17
**career** 94:8
**careful** 67:18
**case** 8:2 21:20
22:3 25:13
26:25,25 29:12
29:19 30:8,8,9
31:11 33:22
44:21,25 45:6
48:4,7,10,10
48:13,17 49:1

50:20 51:23
52:24 53:9,12
55:10,16,23
59:17 64:10
69:2 70:2
80:23,24 81:18
81:21,21 83:16
83:18 84:17,22
84:25 85:6,12
85:13 86:23
92:20,22
**cases** 26:22,24
27:24 29:12,15
29:16,20,25
30:1 32:7 48:6
51:19 55:2,5
55:12 82:13,14
82:14 83:17
84:25 85:7
86:17,20 92:23
93:13
**cash** 49:17
**centrifuge** 77:21
77:23 78:10,20
**certain** 22:17
46:4 47:23
**certainly** 9:12
10:5 27:14
29:1 30:17
31:10 32:4
37:14 42:8
50:4,5 52:2
62:25 64:14
77:2 80:19
85:8,17 93:5
**Certificate**
95:20
**Certified** 1:19
2:8 95:4,20
**certify** 95:5,10
**chance** 81:9
**change** 41:16
59:11 64:4
**changed** 19:13
61:19 62:4,22
62:25 63:7

64:12,15 68:18
71:5,14
**changes** 13:16
69:14 73:12,20
**changing** 18:2
34:17 59:8
63:15 67:21,23
68:10 73:9
**characterize**
48:22
**CHAREST** 3:15
**chart** 67:8
**chase** 48:2
**check** 87:22
**chemical** 33:9
**chemicals** 33:6
**cherry** 91:11
**China** 57:8
**Chinese** 27:2
83:4
**choice** 82:24
**choose** 75:11
82:22
**chooses** 50:18
**chose** 84:9 88:13
**chrysotile** 12:23
13:1 14:7,9
16:19,25 17:1
18:15,16 22:1
22:2,6,8 24:8
24:12 25:9
26:3,12,16
32:20 35:15
36:17 38:15
42:24,25 43:17
46:3 52:13,19
53:20 58:22
65:19,20 67:7
67:9 68:7,17
68:21 71:25
74:16 83:19
90:20,23 93:12
**circled** 42:23
**circumstance**
44:1
**circumstances**

44:6,16
**citation** 19:20
**citations** 9:18
**cite** 49:1,10
**cited** 32:7 48:6
  81:18
**civil** 1:2 48:12
**claimed** 49:16
**claiming** 13:1
  14:9 43:3,12
  67:6 74:15
**clarification**
  20:13,23 50:22
  50:23 52:1,6
**clarify** 20:9
**CLARISSA**
  4:20
**Clark** 8:16 9:18
  42:19 45:15,16
  57:10 92:20
**class** 36:23
  55:20
**clear** 12:12,13
  26:5 32:17
  41:14,19 44:5
  56:17 77:19
  81:18 87:2
  89:14
**clearer** 60:19
**clearly** 11:10
  14:10 28:16
  34:12
**clerks** 93:24
**client** 50:18
**client's** 55:14
**clients** 50:14
  51:12
**close** 70:25
**closed** 47:6
  93:17
**cloth** 36:9,10
**coffin** 9:20
**collapsed** 52:24
**colloquy** 9:25
  46:5
**color** 13:16,18

13:18,20,24
  19:5 33:24
  35:7,10 43:13
  45:23 46:1
  63:18 85:24
  90:25
**Colorado** 26:13
**coloring** 7:7
**colors** 34:1 39:4
  39:12
**column** 18:15
  21:25 22:7
**combination**
  52:8 53:18
**combined** 23:13
  74:5
**come** 36:8 39:21
  42:16 47:12,16
  54:2 67:4 79:8
  79:14
**comes** 27:19
  36:8
**coming** 36:10
  46:9 79:10
  80:4 81:24
**commencing**
  2:12
**comment** 24:25
  31:7
**commented**
  45:23
**commenting**
  22:16 84:15
**comments** 32:13
  32:15 84:4
  86:15
**COMMERCE**
  3:10
**commercial**
  82:9
**Commission**
  95:21,22
**Committee** 5:21
  5:24 16:2
  21:13 31:8
**common** 49:12

49:18,19
**Commonwealth**
  2:10
**communication**
  46:16
**COMPANIES**
  4:6
**compel** 82:25
  84:10
**complete** 24:13
  24:24 56:6
**completed** 73:5
  77:16
**completely** 37:3
**component**
  65:16,23 74:7
  75:14 77:3,4
  77:24 78:17,18
**components**
  33:4 78:15
**comprehensive**
  37:3 55:21
  56:4
**Compton** 86:16
  86:16
**computer** 57:4
**concept** 49:23
**concerned** 93:25
**conclude** 90:4
**conclusion** 53:3
  61:6 76:24,25
**conclusions** 36:1
  36:16 37:5
  55:18 57:23
**condition** 62:4
  62:15 63:7,9
  63:21 64:9
**conditions** 63:25
  64:1,6
**conducted** 17:24
  64:2
**confusion** 72:18
**considers** 44:12
**constantly** 34:25
  67:22 70:24
**consultant** 44:14

**consulting** 44:12
**CONSUMER**
  4:6,7
**contain** 31:15
**container** 52:15
  81:22
**context** 50:3
**continue** 94:8
**continues** 41:16
  88:7
**controlling**
  29:11
**conversation**
  75:22
**coordinate**
  44:20,25
**coordinated**
  46:14
**copied** 11:9
**core** 13:23 32:21
  32:25 38:4
  50:23 69:14
  70:12 73:17,20
**correct** 8:3 15:4
  19:18 21:1
  23:8,21 24:5
  31:18 61:13
  75:6 83:3
  84:23
**correspond**
  19:22
**corresponding**
  22:9
**corresponds**
  21:12
**cosmetic** 28:20
**counsel** 6:12
  47:5 50:12
  60:14 66:13
  93:16 95:11,13
**count** 27:21
**couple** 17:18
  24:21 86:13
**course** 18:2
  51:17 59:7
  61:21 62:19

72:20 89:19
**court** 1:1,19 2:8
  8:18 9:19
  34:11 42:21
  44:11,12 45:2
  47:2,15 51:17
  53:11 72:21
  81:14 87:6
  88:16 95:4,20
**courts** 34:9
  36:13 45:9
**covered** 24:14
**create** 54:7
**creates** 55:11
**creation** 89:16
**criminal** 48:10
**critical** 9:7 35:4
  39:24 55:15,22
  57:21 59:5,17
  65:23 75:14
  80:22 92:18,18
  93:10
**criticisms** 30:18
  37:14,23 38:3
  56:21,25 57:12
  57:15 59:6,11
  88:1,6
**criticize** 41:6
  57:12
**criticizing** 26:20
**critique** 37:4
  41:7 79:25
  80:20
**critiquing** 80:11
**cross-examina...**
  81:4
**cross-examine**
  30:15 53:13
  86:3
**cross-examined**
  29:24 56:14
**cross-examini...**
  58:25
**crucial** 38:12
**crux** 35:2
**crystalize** 89:21

Curon 30:7
current 67:25
  68:5,12 69:12
  71:22 72:3,12
  73:2
currently 62:14
  69:1,11,18
cut 6:12 24:18
  48:2

              D
dare 41:10
data 28:23 29:5
  40:24
date 17:19 95:8
  95:22
dates 17:12
Daubert 13:8
  37:20 56:10,12
  87:8,9
Daubert-type
  9:19
day 52:21 78:8,9
  78:10 79:4,4
day-to-day
  27:15 40:20
days 8:16 29:22
  30:11 42:22
  57:10
DC 3:5
deal 94:4
dealing 28:18
debate 75:22
  85:21,24 86:2
  87:9
decades 85:15
decides 27:11
decision 13:8
  46:2 47:9
  93:21
decisions 5:10
  29:8 34:3 35:5
defective 52:25
  53:14 54:4
defend 55:23
  80:24

Defendant 4:5
  45:6 46:15
Defendant's
  48:5 72:7 88:1
Defendants 4:13
  6:2 9:16 46:16
  79:14 88:12
Defendants'
  44:21 57:24
  81:19
defended 91:13
defending 58:2
  85:6
defense 53:12
  55:16 56:20
  57:21 59:17
  80:23 86:2,9
  92:18
defense's 86:14
defining 39:24
  54:17 58:23
  92:10 93:11
deflected 8:6
deflecting 6:22
degrade 52:17
degree 26:19
density 26:1,12
  27:12
deny 88:16
depose 28:15
  39:5,8,9,9,18
  41:8 64:17
deposed 21:20
  29:1,9 30:8
  32:9,11 34:16
  41:22 46:19
  64:18
deposition 8:14
  10:23 11:12
  28:6 29:23
  30:1,10 32:8
  34:7 36:12,14
  37:12 38:6,9
  38:11 40:3
  41:4 44:16,22
  44:24 45:3,5

45:11 46:13
  60:6 71:18
  73:5 79:9 80:3
  91:19 92:16
depositions
  28:18 34:14,19
  34:25 42:6
  44:23 46:19
describe 26:1
described 83:11
  83:21
describes 41:20
describing 46:10
  74:4 88:11
description
  89:18
despite 54:11
destroyed 53:4
  61:20 63:1
  89:11
destructive
  49:14,21 50:17
  50:20 52:7,22
  53:5 87:3,4
  89:8
detail 11:15
  41:21 79:19
  88:7
detailed 84:6
  88:1
details 32:1
determinations
  92:3
determine 35:9
  53:21 54:4,13
  54:19
determined
  53:14
determines
  33:15
determining
  35:6
develop 66:1
developed 39:21
difference 13:23
  33:25

differences
  32:18 57:4
different 13:7
  13:11,11,15,16
  13:22 14:11,11
  18:4 19:5,8
  20:22 25:21
  26:2,8,9,13,15
  33:6,7,21,23
  34:21,23 39:4
  50:1 54:7 55:2
  59:4,8,9,9 63:7
  63:8 68:12,15
  70:11 71:8
  77:18 80:17
  92:23,24
differentiate
  91:14 92:9
difficult 24:1
  73:19 78:5
  94:2
difficulty 73:8
digitally 57:3
direct 4:4 45:18
directing 6:14
disagree 22:13
  63:21
disagreements
  33:19
discarded 52:17
  54:11 61:20
  63:8
disclose 41:25
disclosed 16:2
  21:14 31:12
  41:14,21,22
  80:3 85:2
discovery 42:5
discussed 27:18
  43:24
discussion 10:10
  45:19 75:18,21
  76:5 83:8
dispute 13:23,25
  14:4 33:25
  39:2,11 60:24

disruption
  82:11
disrupts 42:6
distinction 26:5
distinguish
  29:11 34:5
distinguishes
  30:14
distinguishing
  29:14
District 1:1,1
  34:11
divert 7:13
docket 1:2 30:5
doctor 20:14
document 60:1
  60:7 93:7
documentation
  88:9
documenting
  27:20
doing 6:24 7:6
  7:15,17,23 9:1
  9:7,10 14:10
  17:20 22:4
  26:6 34:10
  35:4 36:17
  37:18 38:13
  39:20 42:1
  45:10 57:8
  59:12,18 66:8
  66:15 69:21
  71:20 72:1,1
  74:23 82:2
  88:9 90:18
  91:24 93:10
Dr 6:18,21 7:9
  7:14,17,22 8:1
  8:5,13,22 9:2
  9:20 10:7,10
  10:19 11:4,24
  12:17 14:17,17
  14:17,18 15:4
  15:9,10,13,14
  16:1,9,15,17
  16:18,19 17:3

17:17 18:7,11
19:16 20:10,19
20:25 21:2,19
21:19 22:2,10
22:12,15,15,21
23:12,25 24:6
24:6,7,7,24,24
25:1,6,7,17,18
25:25 26:9,11
26:18,19,19,20
27:10,18,22
28:13 29:1,15
29:21 30:1,6
30:16,20,25
31:1,12,13,15
32:7,21 34:8
34:15 35:16,18
35:19,22,23
36:2,18,23,23
36:24 37:4,8
37:10,14,15,16
37:16,24 38:10
38:10,16,21
39:14,23 40:2
40:17,17,19
41:1,3,8,10,11
42:7,7,23 43:8
43:21 49:6
50:2,19,24
52:12 54:10,12
54:16,24 56:14
56:22,25 57:2
57:5,7,12,12
57:15 58:2,25
59:11 62:8,23
65:18,22 66:23
68:3,16 70:23
72:15,19 73:9
73:14,21 74:15
74:17 75:14
76:3,15,18,24
77:17 78:1
79:7,16,21,24
79:25 80:11,15
80:15,18,18,20
81:3,25 82:3,8

82:25 83:4,24
84:3,3,4,8,10
84:12,16,16,17
85:1,5 86:3,5
86:16 87:10,16
87:25 89:12,23
90:18,24 91:3
91:5 92:1,5,19
93:11
**Drinker** 4:2 6:5
**driven** 49:6

___

**E**
**E** 3:1,1 4:17,17
95:1,1
**EARLES** 3:15
**earlier** 18:3
25:17 67:18
70:22
**early** 87:8,9
**estate** 18:6
**easiest** 52:2
**east** 40:22
**edge** 43:8,12
**edges** 7:8 13:19
43:4 58:8,9
70:14
**effect** 43:8,12,13
**effort** 11:18
**efforts** 41:7,10
54:11
**either** 93:23
**elected** 82:23
**electron** 12:19
25:20
**elements** 33:7
**email** 5:6
**emphasis** 87:18
**employed** 44:13
83:12
**employee** 95:11
95:13
**employees** 42:4
**employing** 27:23
**end-all-be-all**
57:14

**engaged** 36:22
**enter** 5:11,13
**entire** 7:14 9:2
13:21 36:5
43:15 58:16
91:24 92:20
93:2
**entirely** 24:3
**entirety** 16:20
**entitled** 38:6
45:7,11
**equivalent** 8:24
9:4
**error** 84:23
**ESQUIRE** 3:4,9
3:15 4:2,9,10
4:20
**essentially** 37:22
46:9 75:6 86:1
**estate** 81:21
**evaluate** 37:8,10
52:11
**evaluating** 56:7
**evaporate** 89:21
**everybody** 5:2
52:3 94:11
**everyday** 52:21
**evidence** 61:19
62:12,13,18,25
64:13,14 85:13
93:4,8
**evolved** 19:13
**exact** 44:18
50:19 52:18
53:5,19 62:15
79:19
**exactly** 20:3
24:15 39:3
63:16 64:20
65:9 78:4
80:17 88:8
**examination**
10:1,18 45:22
89:22
**examine** 30:10
46:23

**examined** 11:17
28:5 30:2
89:20
**example** 8:13
10:10,16 21:6
30:3 32:4
53:24 56:25
91:20,22
**examples** 18:23
18:24 30:12
49:10
**exceptional** 44:1
44:6,15
**excerpt** 45:16
**excluded** 56:18
**excuse** 28:4
29:20
**Exhibit** 10:18,23
14:18 15:14
16:16 30:5
88:5
**exhibits** 14:16
14:22
**exist** 44:16
**existed** 64:2
**existing** 35:16
**expect** 5:9 6:17
55:24 77:22
**expected** 5:12
64:13 94:4
**expecting** 47:24
**expensive** 82:16
**experience** 7:6
78:7 83:13
94:1
**expert** 14:15,16
19:16 25:12
26:20 29:5
31:1,11 37:11
38:6 44:3,8,10
44:12,15 49:10
50:5 53:12,13
55:21 56:22
65:12 74:13
75:4,13,18,23
75:25 76:4,20

76:22 79:17,23
79:25 80:6,8,9
84:16 86:18,18
86:19
**expert's** 15:25
42:4 49:11
**expertise** 9:10
**experts** 16:3
23:24 25:12
28:20 30:17
33:14 35:12
36:23 37:9,23
41:3 46:20
49:22 50:9
54:3 55:20,24
56:3 57:11
60:13 65:16,20
66:13 81:19,20
82:22 84:6
90:1
**experts'** 86:4
**Expires** 95:21
**explanation**
22:13,14
**expounded** 89:7
**expressed** 37:15
84:16,20
**expressing**
38:17
**extensive** 25:2
30:18 34:14
37:11 46:22
**extensively** 28:6
29:24 34:16
43:24
**extrapolated**
11:6
**eyeballing** 14:3
**eyes** 74:16

___

**F**
**F** 95:1
**facility** 54:5
**fact** 8:10 29:18
32:8 44:15
45:2 53:18,20

54:12 55:19
57:11 69:19
73:14 80:22
88:14
**factor** 29:14
**facts** 29:25
**factually** 82:19
**Faegre** 4:2 6:4
**fair** 20:13,16
**fairer** 24:5
**falls** 35:19
**fancy** 50:15
**far** 12:1 20:16
57:8 67:14
93:25
**fast** 51:20
**FAX** 3:12,18 4:4
4:22
**February** 17:12
17:13 67:8
87:20
**fed** 36:2 44:2
**federal** 34:11
48:11
**feeding** 38:16
**feel** 28:15 46:13
46:17
**feels** 11:11
**fell** 49:16
**felt** 28:13 31:14
**fibers** 85:23
**financially**
95:14
**find** 13:1 14:9
19:21 64:20
67:6 85:4
**finding** 22:2
67:9
**findings** 25:24
**fine** 5:14 14:6
42:17 90:15
**finish** 22:25
65:15 66:9,18
74:9,11 78:24
**FIRM** 3:9
**first** 5:7 12:18

14:8 16:22
22:10 23:2
32:18,19 39:10
40:9,15 48:9
48:19 60:11
64:12
**five** 49:9
**fixed** 17:19
**flaws** 13:10
**fleeting** 54:13,15
73:16 92:8
**floor** 4:11,21
40:9 90:10
**FLORHAM** 4:3
**fluid** 89:17,20
**flux** 35:1 67:22
69:19 70:25
**focus** 66:1
**follow** 9:12
**follow-up** 58:19
**following** 26:10
**follows** 70:23
**footnote** 49:9,9
**foregoing** 95:5
**FORMAROLI**
1:18
**forms** 44:2
**forth** 95:8
**forward** 32:8
86:3,13
**found** 14:7 15:6
18:16 22:8
65:20
**four** 19:7,9
**four-year** 17:13
17:20,24
**Fournier** 4:10
6:3
**fourth** 19:17,17
21:2 83:5
**frame** 18:3,25
19:8
**frankly** 41:5
**friendly** 17:16
**front** 14:14,15
16:24 28:10

38:17 59:1
60:11,22
**full** 41:6
**fully** 37:10
84:20 85:6
**further** 21:22
45:21 58:3
59:2 84:11
87:7 95:10
**future** 72:12

### G

**gauge** 55:17
57:22
**general** 84:1
**generally** 40:25
90:2
**GEREL** 3:3
**getting** 14:11
51:3 77:14
**giant** 19:6 79:6
**give** 10:16 12:5
34:2,4 35:24
36:18 70:3
81:9 88:4 89:2
89:4
**given** 11:25
18:23 22:14
29:7 37:7,9
72:22 77:18
91:22
**gives** 32:25 33:1
33:3,3
**giving** 72:23
86:16
**glean** 28:12
30:15
**go** 5:7 11:18
12:1 18:21
19:7,9 21:10
24:21 28:3
30:21 32:8
41:15 45:17
46:6 52:4 59:1
59:16 67:14
70:15 75:13,23

87:17 89:14
92:14
**goes** 10:10 45:20
93:13
**going** 5:15 8:17
8:18 11:3,19
11:20,21,22
15:5,16 18:10
19:6,21 20:20
21:1,4 27:14
28:9 33:23
37:1 38:12
39:7 41:9 45:5
46:19 47:8,10
49:24 54:18
55:8 56:16,20
56:21 60:16
68:3 69:5
70:13,14,15
71:2 72:12,14
75:1,21 77:6
78:6,19,23
79:9,14,18,25
82:4 86:1,8
88:21,23 90:10
93:19
**good** 5:1,19,22
6:1 38:11
56:17 59:7
78:3
**gotten** 6:18
30:20 59:14
79:18
**gradations**
33:24
**grant** 47:2 56:8
**granted** 36:13
42:10 49:2
**grasping** 70:20
**great** 10:9 64:24
74:18 88:7
93:25
**greatest** 68:6
**Gref** 34:11 44:4
44:11,25
**guess** 16:13

69:24 70:19

### H

**H** 88:5
**Haddon** 1:21
**half** 79:4
**happen** 8:18
14:19 19:20
55:4 65:10,11
66:11 69:16
72:12 76:8
78:22 84:11
**happened** 31:8
34:5 49:4 54:1
63:9 69:7
**happening** 18:3
18:4 32:18
39:3 42:18
44:24 45:5
81:2
**happens** 49:12
49:19,20 52:15
53:10
**happy** 15:22
22:19 44:20
**harass** 41:11
**hard** 18:9
**head** 39:22
48:20 87:1
**hear** 5:6 6:11,17
9:7,13 24:19
36:14 37:8
40:9,10
**heard** 20:16
50:12 83:2,8
83:16
**hearing** 8:16,17
9:18,19,19
37:21 42:19,20
42:20 45:15,16
56:12 57:10
94:12
**heart** 82:19
93:13
**heavily** 44:8
**heavy** 26:1,7,12

27:12
**Heights** 1:21
**held** 31:4
**help** 19:19 33:10
**helpful** 12:6
  22:20
**hereinbefore**
  95:8
**Hess** 1:5 5:4,7
  5:18 6:16,17
  9:23 11:18,18
  12:14,16,19
  16:7 17:23
  18:18 19:3
  27:14 28:9,12
  28:15 29:9
  30:19 34:3,6,9
  35:3,5,6,8,10
  35:11,13,25,25
  36:7,11,12,14
  37:8 38:2,9,12
  38:18,20 39:6
  39:10,16,18
  40:3,4 41:5,8
  42:8 43:20,22
  44:12 45:1,9
  46:8 47:6
  52:12 54:15
  62:8 65:18
  66:5,6,11
  67:25 68:1,16
  74:15,23 75:8
  75:10,19 82:1
  86:5,8 90:18
  90:24
**Hess'** 7:18 27:10
  27:19 32:7
  37:12 45:3
  76:24
**historical** 31:3
  83:4
**hit** 87:1
**hocus-pocus**
  57:6
**hold** 51:8 72:6
**honor** 5:19,22

6:1,21 8:8 9:24
  14:21 15:15,23
  17:8,15,19,25
  18:6,20 19:18
  19:23 20:7,8
  22:22 23:4,11
  23:22 24:10,20
  26:5 28:22
  31:2 32:23
  35:3 37:13
  40:13 42:9,13
  45:14 47:25
  48:18 49:4
  51:14 53:7,17
  58:1 60:6,15
  62:6 64:11,19
  66:17 68:15
  69:4 70:6 71:4
  72:17 74:5
  75:7,20 80:2
  80:12 81:1,11
  81:12,18 82:18
  86:12,25 87:7
  87:14 88:4,25
  89:6 90:13
**hope** 15:3 17:16
**horse's** 9:8
**hours** 46:24
  77:21,22 78:2
  78:13,14,20
  79:4 86:6,6,9
  86:10
**huge** 55:4
**hundred** 13:1,2
  14:9 16:24
  31:23 38:15
  67:7,10,10
**hundreds** 53:10

_____

**I**

**idea** 35:14 41:23
**identified** 10:25
  11:2 20:15
**identifies** 75:24
**identify** 5:16
  24:8 33:10

35:21
**identifying**
  11:22 24:11
  85:5 93:11
**illumination**
  35:12 57:1,3
**image** 10:13
  90:16
**images** 43:7
  57:2 71:11
  75:10 85:23
**imagine** 48:20
  48:21 78:6
  79:17,17
**imaging** 7:8
  35:10 43:10,15
  57:7
**Imerys** 27:3
  83:6
**impasse** 7:20
  38:1 58:3,24
**important** 15:21
  19:8,9 23:1
  30:3 37:21,22
  39:18,20 41:18
  56:10,12,13
  79:1
**imposes** 44:17
  45:4
**improper** 89:13
  89:25
**improving** 68:19
**inadequate**
  84:20
**inappropriate**
  41:24 87:4
**incapable** 73:18
**includes** 66:19
  73:1,3
**including** 46:25
  66:18 73:4
  83:21 88:9
**inclusive** 17:12
**incomplete** 37:7
**incorporated**
  50:3

**incorporating**
  72:25
**incorrect** 31:16
  87:6
**incredibly** 82:16
**independent**
  36:3
**independently**
  55:1 91:16
  92:4
**indices** 46:1
**indicia** 55:7
**indisputably**
  43:5
**individual** 29:15
  30:1 31:25
  83:11
**indulge** 6:10
  47:22
**industry** 40:25
**information**
  9:22 12:5
  27:22 28:12
  30:15 33:1,19
  38:4 55:24
  84:21 86:22
  87:25
**informed** 20:10
**inherently** 93:6
**initial** 60:23
**inquiring** 29:15
**inspect** 41:5
  64:1 81:24
**inspection** 1:5
  5:5,8 7:21
  10:17 11:21
  45:17 47:10,18
  47:21 48:8,9
  48:14 53:11
  55:16,18 56:5
  57:24 60:2,10
  63:12,23 64:3
  69:20 80:23,24
  81:17 84:12
  85:8 90:7 93:5
  93:17

**instance** 28:24
  31:17,19
**instances** 11:8
  82:22
**institution** 42:5
**intending** 12:13
**interested** 95:14
**interim** 26:10
**interns** 93:24
**interrupt** 21:24
  28:5 48:25
  50:12
**intrusive** 82:7
**invariably** 49:22
**invasive** 81:17
  85:16
**involved** 79:21
**involves** 77:7
**iodine** 34:18,19
  71:21
**iodines** 59:8
**IR** 89:17
**irrelevant** 64:3
  86:23
**isolate** 21:15
  22:21 26:16
**issue** 9:13 13:5
  15:21 28:19
  30:22 37:1
  41:17 44:19
  60:3,7 61:16
  62:5,16 63:14
  63:15,22 64:10
  64:23 68:3
  69:2,4 70:2
  72:13 73:3,11
  73:21 91:12
**issued** 16:22
  25:18 30:17
  31:14 87:21
**issues** 6:10 94:3
**item** 73:25
**iteration** 69:5,12

_____

**J**

**J&J** 16:7 20:14

30:23 31:3
36:22 51:3
83:6
**J&J's** 41:3
**Jersey** 1:1,21
2:10 4:3 95:5
95:21
**job** 7:18
**JOEL** 1:14
**Johnson** 1:5,5
4:6,6,6,6,7,7
15:6 24:12,12
27:4,4 31:5,5
31:20,20 82:21
**Johnson's** 15:6
82:21 84:7
**jschneider@...**
1:15
**judge** 5:2 12:1
13:7,10 28:4
29:17 37:2
46:13 85:20
**July** 95:21
**jump** 19:2
**June** 1:11 95:22
**jurisdiction**
29:19
**jury** 37:22 38:17
56:13 59:1
**justifying** 92:19
93:2

**K**

**K** 3:4
**keep** 59:10
**keeps** 34:17
67:20,23 73:8
**key** 34:18 35:7
35:17 63:13,18
65:15,23 70:6
73:10,13 77:2
77:9 78:22,24
78:24
**kind** 13:16
35:15
**kinds** 90:23

**King** 4:9 6:3
**know** 6:7,18,25
7:7,10,14 8:8
8:20,24 9:5,15
11:20 14:13
15:8 17:6 18:9
19:4,11 20:21
21:20 22:3,18
23:23,24 24:18
25:21,23 27:5
27:17 29:10,16
29:17,18,20
30:6 32:3,6
33:25 36:8
41:4,8 44:21
46:8,24 51:16
51:17,19,21
53:24 54:5
55:8 56:16,17
56:20 57:5,7
58:12,15 59:2
60:12,16,23
61:15,18,22
62:16,17,20
64:12 72:11
76:14,16 77:17
77:20 78:12,14
79:19 80:16
83:3 85:19,20
86:20,20,21,23
87:15 90:3,6
91:18
**known** 4:7 33:14
**Kristen** 4:10 6:3
**Kugler** 2:8 95:3
95:19

**L**

**L** 4:17 10:18,23
**lab** 28:25 29:2,3
29:3 31:5
40:20,21,22
41:5 42:4,7
51:5 60:14
62:14,23 63:4
64:7,21,24

68:1 74:18
79:8,10 82:8,9
93:9
**labs** 81:25
**lack** 73:13,20
**ladder** 49:15
**laid** 11:14
**language** 72:6,6
**large** 48:20 82:8
**largely** 78:7
**larger** 90:17
**lastly** 42:2
**latest** 68:6 69:4
69:5 83:10
**Laura** 4:24
**law** 3:9 48:4
81:14 82:24
**lawyers** 94:2
**leads** 44:7 46:2
**learned** 83:13
**learning** 94:1
**Lee** 40:19
**Lee's** 29:2
**left** 21:10 90:16
**legal** 48:15 81:1
81:2 88:15
90:5
**legs** 47:12
**Leigh** 3:9 5:20
9:12,15 16:14
24:18 25:6
28:3 29:7 40:6
43:23 45:13
51:16 59:25
88:17 90:9
**leigh.odell@b...**
3:12
**let's** 15:19 19:2
19:4 22:25
23:17 33:12
51:9 61:8 65:4
65:25 67:11
68:9 74:23
85:19
**level** 35:12
79:19

**LIABILITY** 1:6
**license** 2:9
**light** 13:17 19:1
19:3 59:9
61:18 63:15
71:21
**lighting** 63:18
**likelihood** 69:1
**line** 18:10 22:14
**lines** 10:24
80:15,18
**LINTNER** 4:20
**liquid** 26:1,7,12
27:12
**list** 15:14,24
16:1,3 19:21
20:21,22 22:12
23:7,12 24:10
24:11,14,24,24
25:1,3 30:4
**listed** 15:12 18:7
20:14 73:25
82:10
**listing** 22:21
**lists** 16:5,6 21:3
61:6
**literary** 57:9
**litigation** 1:6
10:3,4 38:5
39:21 51:18,20
72:21 85:14,15
85:17
**little** 9:12 10:3
20:10 89:7
91:18
**live** 35:21 40:21
54:20,22 73:22
76:4,18 79:2
81:4 91:6,9,15
92:2,7,13,21
93:1
**lives** 40:21
**LLP** 3:3,15 4:2
4:9,19
**located** 83:20
**locked** 39:11

**logical** 77:6
**long** 10:4,18
41:25 54:10
77:12,13,18
78:5
**longest** 79:5
**Longo** 6:19,21
7:10,14,17,22
8:1,5,13,22 9:2
9:21 10:7,11
10:19 11:4,25
12:17 15:5
17:17 20:19,25
22:2 23:25
24:7,7 26:1,11
26:20 27:11,18
27:23 28:13
29:15,21 30:1
30:6,16,20
31:15 34:8
35:17,19,22,23
36:2,18 37:24
38:21 39:14,23
40:2,17 41:1
41:11 42:7,24
43:8,21 50:2
50:19,24 52:12
54:10,12,17,24
56:18 57:2,5
57:12,13 58:2
58:25 59:11
60:5,13 62:8
62:23 64:4,17
64:18 65:18,22
66:23 68:16
72:15,19 73:9
73:14,21 74:15
75:14 76:3,15
76:19 77:17
78:1 79:7
80:20 81:3,25
82:25 83:24
84:10,13 85:5
86:3,6 87:10
87:16 89:23
90:18,24 91:5

92:1,19 93:11
**Longo's** 16:1,15
16:19 17:3
18:7,12 19:16
20:11 21:2
22:12,21 25:1
25:18 29:2
31:13 32:21
34:15 35:18
36:24 37:4,8
37:10,14,16
38:16 41:3,10
42:7 49:6
55:18,21 56:15
56:22 57:15,23
68:3 70:23
74:17 76:24
80:1,11 82:3,8
83:5 84:8
87:25 89:12
**look** 7:16 9:25
10:11 11:7
19:1,4,5 21:16
21:22 23:24
26:21 27:5
30:4 35:20
37:17,25 39:15
39:23 43:5
52:10,16 53:19
54:9,22 56:23
57:16 58:6,13
58:20 59:3,3
59:15,18,19
61:4,12 62:2
63:13 64:7,19
65:17,17,19,20
70:13,14 73:22
74:14,18 75:5
75:13,23 76:1
76:4 77:24
78:11 81:4
86:4,8 89:2
90:22,24 91:6
91:15,25 92:1
92:14,21
**looked** 24:6

36:10 38:1
64:25 77:9,10
**looking** 6:22 7:1
7:3,18 8:21,23
9:3,6,9 10:22
11:1,19,23
13:19,20 16:8
16:12,18 18:25
25:21 26:3,7
26:17 35:5,23
36:19 38:13
40:1 43:18,21
48:4 50:7,10
52:13 53:22
54:6,10,16,20
58:18 60:12
74:7,12,20,25
76:18 78:14
79:2,10,18,22
85:22 91:9,21
92:7,13
**looking-down...**
77:4
**looks** 25:5
**lot** 13:10,11 14:1
27:15 32:25
33:19 34:4
37:14 49:10
55:10,11 80:9
81:13 82:9
89:17 92:23
**lots** 7:11,19,19
**LOUISIANA**
3:17
**low** 35:13
**lower** 45:4,8

————————
**M**
**M** 4:2 17:7
**M66514-001**
21:16
**magenta** 45:23
85:25
**main** 52:7 63:14
79:21
**majority** 6:24

**makeup** 33:9
**making** 35:4
72:5 73:11
94:8
**manufacturing**
48:14
**MARKET** 4:20
**MARKETING**
1:5
**MAS** 12:21
24:11 64:4
76:12 79:6
81:25 93:4
**MAS's** 74:1
**Master** 1:14 5:1
5:3 6:6 7:24
9:11 12:7,11
13:6 14:13
15:1,11,19
16:4,11 17:11
17:22 19:15,19
20:4,12 22:25
23:6,9,15,19
24:4,17 25:5
25:11 28:2,17
29:6 30:21
31:21 32:6,12
36:20 38:19
40:6 42:11
45:12 47:4,20
48:1,24 50:11
51:8 52:20
53:8 55:13
57:20 59:23
60:9 61:3,8,11
61:14,25 62:10
63:20 64:16
65:3,6,25 66:4
66:10,20,24
67:16 68:8,22
69:24 70:19
72:4 73:24
74:22 75:16
76:7,21 77:12
78:16 79:13,24
80:5,10,14,21

81:7 88:17
90:8 93:15
**Mastroianni**
1:18 2:8 95:3
95:19
**match** 17:6 24:3
**matched** 16:14
17:5
**material** 31:19
32:2,4 66:11
89:9
**materials** 11:25
27:8 65:8
66:21 74:2
82:15
**Matt** 21:1,7,10
21:15 22:19
24:22 25:17
29:3 31:18
40:15 41:15
42:11 45:17,20
47:22 48:2,25
57:20 83:8
88:18,23 90:10
**Matt's** 22:14
**matter** 2:7 10:19
86:1 94:5
**Matthew** 4:9 6:2
**mbush@ksla...**
4:13
**McCRACKEN**
4:19
**MDL** 5:3 8:11
8:15 11:12,15
12:18 17:2,17
18:12 25:14
27:1 30:10
31:3,22,24
32:4,19 40:16
50:3,13,24
51:1 52:1 67:2
67:12 70:18
71:16 72:2,16
72:20 73:3
80:3,13 82:3
83:5,18 85:2

86:18 93:13
**mean** 9:25 10:25
18:1 20:13
24:5,10 38:5
46:20 48:18,25
50:11 56:15
57:7,13 61:18
61:22 76:11
78:10 79:7
85:15 86:8
93:4
**meaning** 43:14
**means** 22:8 91:7
**mechanical**
83:22
**memory** 19:12
**mention** 37:5
**mentioned**
43:23 83:15
**mesothelioma**
26:24 29:18
84:19 86:19
**met** 44:7
**metal** 52:25 53:1
53:4,25 54:4
**method** 12:24
12:25 13:22
14:5 16:25
26:2,2 37:15
38:22 40:18,25
51:1,7,11
66:18 71:16
74:6,21 89:15
**methodologies**
41:20 72:24
**methodology**
11:14 13:13,15
16:6 18:1
19:12 20:18
22:4 25:8
26:14 27:10,10
27:11,22 34:7
34:17 39:5
41:16,17 44:18
49:7 54:17
55:22 58:23

59:8 65:7
66:23 67:20,22
67:22,25 68:2
68:6,10,12,13
68:25 69:6,9
69:10,15,19,22
70:1,3,6,7,9,11
70:12,17,18,23
71:1,5,9,13,15
71:20,23,24
72:3,8,13 73:2
73:2,6,10 74:1
83:9,10,11,20
83:24 84:1,8
86:21,21 87:10
87:16 88:2,8
88:11 89:12
92:10
**methods** 25:25
39:24
**Michelle** 3:4
5:23
**microscope** 6:23
7:2,9,16,18
8:22,23 9:3,6
10:12,22 11:1
11:7,20,23
13:17 19:1
25:20 34:22
35:6,21,23
36:6,7,19
37:18,25 38:2
38:14 39:15,23
40:2 43:18,21
43:22 46:24
53:23 54:16,21
54:22 56:24
57:9,16 58:7
58:14,18,21
59:15,18,20
61:20 64:9,20
64:25 65:17,19
73:15,22 74:7
74:13,14,17,19
74:21,24 76:18
77:10 78:9,11

79:2,22 81:5
83:22 86:5,7
91:7,9,16,22
91:25 92:2,7
92:14,14,21
93:2
**microscopes**
61:12,15,24
62:2,3,7,14,19
62:24,24 63:3
63:4,14,16,22
64:8,21,22
65:1
**microscopic**
38:20 74:23
**microscopist**
80:7
**microscopy**
12:19 80:8,9
**middle** 51:23
**mine** 74:18
**mineral** 26:4
33:11,16 35:9
**minerals** 26:8
**Mines** 26:14
**minimum** 17:9
**minute** 15:16
**minutes** 47:17
50:13
**misidentified**
85:5
**misplaced** 87:12
**misrepresent**
54:1
**mistake** 94:9
**misunderstan...**
68:24
**moment** 31:7
39:24 40:1
53:21 54:13,15
57:17 65:22
72:11,11 73:16
73:16 76:3
78:24 88:4,23
89:2 91:8 92:8
**momentarily**

93:1
**moments** 53:22
74:19
**MONTGOM...**
3:11 4:19
**morning** 5:2,19
5:22 6:1 93:23
**motion** 1:5,5 5:5
5:5,7,8,18 7:22
10:17 40:12
41:9,17 42:9
45:13,17 47:2
47:7,11,13,18
47:21 48:5
56:8,10 60:4,8
60:19 61:1
87:9 88:16
91:19 93:14,18
93:20
**motions** 5:4
**mouth** 9:8
**move** 51:18,20
72:5
**moving** 18:1
40:8 59:10
63:24 64:5
67:21
**mparfitt@ash...**
3:6
**multiple** 44:23
**myriad** 30:18

**N**

**N** 3:1 4:17
**N/A** 18:16 22:5
**nail** 9:20 53:14
53:15 87:1
**name** 5:15
**nanometers**
91:2
**narrow** 18:6
60:17,24
**narrowed** 59:13
59:14 60:25
**narrowing**
12:24

**NATALIE** 3:15
**Nation** 81:22
**nature** 81:17
82:16
**nauseam** 30:2
**near** 40:21
**nearles@burn...**
3:18
**nearly** 13:2
67:10 84:18
**necessarily**
10:12,15
**necessary** 30:15
37:12 76:19
**need** 10:11,21
11:7 22:23
25:3 39:5,11
43:18 46:6
55:24 58:6,13
61:1 69:9
71:21 73:15,22
76:5,6 77:24
78:25 79:3
84:17 86:2
91:25
**needed** 37:7
56:5
**needs** 6:22 77:21
78:20
**neither** 95:10,12
**neutral** 31:4
51:5
**never** 14:7 22:5
51:24 56:4
84:15,20 85:10
**new** 1:1,21 2:10
3:17 4:3,12,12
12:23,25 13:13
13:21 14:4,5
16:6,19,25
17:1,18 19:3
20:17 25:8
32:20 39:4
51:1,6,6,11
52:4 87:3 95:4
95:21

**Newsome** 32:3
**Newsome's**
83:18
**non-MDL** 51:11
**non-testifying**
44:10,13
**normal** 81:24
**normally** 75:12
75:25 77:7
**Notary** 2:9 95:3
95:21
**note** 30:3
**noted** 5:6
**notes** 87:6 89:3
**notice** 60:2,6,10
**number** 2:9 6:7
21:11,12,16
27:3 41:16
65:4,6 66:1,2
82:20 86:15,25
**numbers** 17:7
19:25 20:1
**numerous** 28:18
30:12 68:4
83:17
**NW** 3:4

**O**

**O** 4:17
**O'Dell** 3:9 5:19
5:20 9:24
12:10 15:23
20:8,24 22:12
23:4,8,21
24:20 25:9,14
28:4,22 29:13
31:2,23 32:10
32:14 40:13
45:14 81:9,12
88:25
**object** 90:6
**objective** 33:1
33:19
**observation**
72:2 76:1
79:15

observe 49:11
  53:16 68:24
  70:1 73:6 74:1
  77:21 81:20
  83:9
observed 65:14
observing 81:25
  93:24
obstructive
  85:16
obtain 28:12
  54:11
obtrusive 82:16
obviously 29:10
  38:11 76:14
occasions 35:22
occurred 68:13
oh 23:19 54:3
  58:17 69:16
  71:7,18 79:8
oil 13:15,15
  34:23 89:16
oils 59:8,9
okay 12:10
  15:15 16:12
  17:22 19:2
  20:12 24:17
  47:14,16,20
  53:2 61:8 65:3
  65:25 68:8
  72:4 73:24
old 38:22 71:8
  71:21
once 8:9 44:22
  49:23,24 84:20
  91:13
ones 15:9 22:11
  31:3 62:8 63:5
  64:22 90:21
opine 15:5 36:24
opined 41:3,3
opines 27:24
opining 10:8,13
  11:13 15:10
  27:21,25 45:25
  82:4

opinion 8:19
  11:24 21:5
  32:21 44:4
  70:3
opinions 27:24
  30:16 31:13,14
  35:24 37:4,8
  38:7,8 40:18
  40:24 41:7,10
  44:9 82:3
  84:21 86:4
opportunity
  12:8 30:9,14
  41:6 51:13
  52:19 54:22
  57:19 83:6
  88:20 89:4
opposition 88:5
oral 5:3,6 47:17
  67:19 70:22
orange 19:2
order 34:11,12
  42:10 45:7
  55:25 73:22
  80:4 82:11
  84:21
ordered 34:6
  45:3
ORLEANS 3:17
ostensively
  22:16
outline 88:8,8
outlines 27:9
ovarian 26:24
  26:25
overlap 17:9
  24:2
overlay 33:14
overlooked 89:4
overstate 10:4
overstated 82:17
overwhelming
  6:24
_____
        P
_____
P 3:1,1 4:17

P.O 1:20 3:10
page 10:23,23
  19:24 20:1
  45:20,21 61:1
  70:25 73:25
papers 6:9 87:25
paralyze 82:8
parenthetical
  89:8
Parfitt 3:4 5:22
  5:23
PARK 4:3
parrot 36:2
parroting 46:9
part 7:21,22
  8:15 12:18,20
  12:23 13:14
  17:2 23:12
  32:21 34:15
  43:9,15 49:6
  49:21 59:10
  73:11 74:21,21
  77:2 83:4,23
  86:22 89:15
particle 13:21
  33:10,15 35:7
  42:23 43:2,9
  52:12 53:19
  54:19 58:4
  65:18,21 73:17
  73:23 75:11,13
  75:23,25 76:4
  77:10 79:11
  90:20,25 91:20
particles 7:4 9:9
  13:20,24 35:21
  43:4 52:14,18
  54:9,14 55:8
  58:10 70:14
  74:14 75:10
  90:17,18
particular 10:1
  10:21 15:16
  22:21 27:25
  30:11 41:15
  52:11,12 84:4

89:16
particularly
  12:23 57:14
  87:17
parties 95:12
party 40:8 49:20
  63:24 64:5
passive 77:24
patterns 33:14
Paul 11:18,18
  12:19
PBX 33:5
PDF 11:9
peer-reviewed
  13:14
Pennsylvania
  2:11 4:21
  40:22
people 51:19
  73:18 77:22
  92:6 94:1
percent 13:2,2
  14:9 16:24
  31:23 38:15
  67:7,10,11
percentage 22:1
  22:1,8
percentages
  14:3
perfectly 22:15
period 17:14,20
  17:24 26:10
periods 19:8
permitted 32:8
  49:11 53:11,16
person 9:8 12:20
  29:4 36:15
  38:5,6,7 51:4
  79:21
personally 17:6
perspective 81:2
ph 30:7
PHILADELP...
  4:21
photo 10:14
  76:9

photo-shopping
  57:6
photograph
  68:25 75:2
  76:19,23 77:1
  77:3 79:15
photographs
  77:5
photomicrogr...
  10:1,9,20 28:1
  33:2 45:22
  76:9 77:8
  84:13
photomicrogr...
  10:6 11:4,14
  11:19 27:20
  28:8,10,21
  32:24 76:13,15
  85:23 88:10
photos 39:3
picking 67:5
  90:19 91:11
picks 75:8
picture 66:14
piece 52:25 53:1
place 44:8 82:12
  95:8
plaintiff 16:1
  21:13 31:8
  64:14 67:4
  83:18
Plaintiffs 3:7,13
  3:19 5:18 7:25
  8:2 26:24
  50:18
plaintiffs' 5:21
  5:23 9:15
  31:25 53:13
  81:20 84:24
  86:18
plan 18:21
planned 24:25
play 16:23
please 5:15
pleasure 94:4
plenty 87:10

**PLM** 9:10 10:5
  12:20,22,24,25
  13:7,7 14:1,7
  16:6 20:17
  25:8,20 26:17
  27:16 33:22
  38:20,21 39:2
  40:16 51:1,6,6
  51:11 61:12,20
  62:2,3,7,7,13
  62:19 63:3
  64:25 84:5
  89:15,23 90:3
**PLMs** 7:6
**plus** 25:20 27:22
**point** 11:6,6
  14:6 25:3
  39:17 42:17
  45:19 49:3
  51:25 90:15
**pointed** 7:25 8:2
  9:17 25:17
  45:20 51:15
  84:3
**points** 46:4
**portion** 10:21
  21:4
**position** 9:16
  49:6
**positives** 67:9
**potentially**
  52:10 63:17
**powder** 1:5 15:6
  24:12 84:7
**PowerPoint**
  45:16
**practically**
  78:21
**PRACTICES**
  1:6
**precedent** 81:16
  82:5 88:15
  90:5
**precisely** 79:19
**preference**
  51:19

**prep** 13:21 74:6
  74:21 78:8,22
**preparation**
  27:12 46:25
  65:12,14 66:5
  66:8,19 78:17
  78:25
**prepare** 25:12
**preparing** 65:7
**prepped** 66:21
**prescribed**
  27:13
**prescription**
  66:7
**presence** 68:21
  71:25
**present** 28:19
**pretty** 56:1,3
**previously** 38:21
**primary** 25:23
**printed** 15:24
**prior** 29:8 34:3
**probably** 12:4
  53:10 60:14
  67:12 78:11
**problems** 14:1,4
  73:7
**procedure** 48:12
**proceed** 6:8
**proceedings** 2:6
  86:24
**process** 24:1
  26:8,13 27:13
  48:14 51:2
  52:5 75:17
  76:12 77:6,7
  77:14 78:13
**produce** 35:11
**produced** 27:1,8
  43:10 56:1,3
  57:3,13 80:11
**product** 37:10
**products** 1:5,6
  24:13
**professionals**
  94:5

**prompt** 5:10
  47:9 93:20
**pronouncing**
  30:25 50:16
**property** 81:24
**proportions**
  33:6
**proposed** 81:23
**proposes** 49:20
  86:9
**protect** 42:5
**protected** 28:16
**protection** 42:3
**protective** 42:9
**protocol** 27:2
**provide** 84:21
**provided** 27:6,7
**providing** 10:8
**PSC's** 16:16
**Public** 2:9 95:3
  95:21
**publication**
  73:13
**pull** 14:24 15:16
  15:20 20:2
  60:21
**purple** 7:1,2
  39:14 43:1,2,3
  43:13 55:9
  58:5 59:20
  70:15 90:24
  91:1,8,10
**purports** 24:8
**purposes** 44:13
  76:10
**pursuant** 50:25
**put** 9:20 14:6
  42:17 43:7
  45:17 52:15
  71:21 76:23
  78:9,9,20 79:7
  84:12 86:3,13
  87:24 88:2
  90:14
**puts** 37:25 58:3
  58:24

**putting** 21:6

**Q**

**question** 7:13
  8:4,21 11:13
  12:3,14 15:2
  16:7 18:18
  20:13,18,19
  23:5 27:17
  28:7,7,7 32:22
  34:13 36:21
  46:5 50:23
  52:7,25 58:19
  67:17 83:25
**questioning**
  58:3 81:3
**questions** 6:11
  6:13,20,21,25
  7:11,19 8:9,25
  9:21 10:9,19
  11:3,5 12:9,25
  16:5 22:24
  28:11 40:7
  45:7 47:23
  54:18 59:24
**quickly** 42:15
  51:18 89:14
**quote** 55:14
  70:23,25 91:12
**quote/unquote**
  55:17 72:8
**quotes** 45:18
**quoting** 70:22

**R**

**R** 3:1 4:17 95:1
**R.J** 29:2 40:19
**raised** 40:7 60:2
  87:3
**ran** 12:16
**rare** 35:22 49:5
**reach** 27:24 36:3
**reached** 37:4
**reaches** 46:11
**reaching** 36:1
  36:16 38:7,8

**read** 6:9 8:1
  36:24
**reading** 10:22
**ready** 13:14
  73:13 77:15
**real** 35:2 39:10
  81:21
**realize** 12:4
**really** 7:2,23 9:8
  9:9 12:24
  34:10 35:24
  38:8,11 39:11
  39:17 43:14
  44:5 45:10
  52:6,7 54:15
  55:6,7 56:1
  59:22 60:20,25
  70:20 73:17
  79:3 82:8,17
  85:4,20 86:23
  87:8,9 92:13
  92:17
**reason** 22:10
  28:13 34:15
  39:5 43:1 63:6
  63:11,11,13
  69:20,21 84:10
  92:5
**reasons** 13:12
  36:13 42:8
  46:12 76:2
  88:14
**REATH** 4:2
**rebut** 76:24 81:5
**rebuttal** 77:2,9
**receive** 5:10
**Recess** 47:19
**recognize** 34:9
  93:5
**recognizing** 45:9
**recollection** 8:3
**reconcile** 22:19
**reconciled** 15:25
**record** 5:16
  41:19 47:6
  76:17 77:8

87:2 93:17
94:8
**recordkeeping**
76:10
**records** 54:6
**recreate** 49:24
**reference** 35:15
35:16
**referred** 86:17
**referring** 15:9
15:12 20:3
53:25
**reflected** 17:2
18:18
**reflecting** 24:15
**refracted** 46:1
**refuse** 46:7
**regard** 6:16
31:22 50:13
72:13
**regarding** 16:5
**reiterate** 42:2
**related** 25:18
**relationship**
45:24
**relative** 95:11
95:13
**relatively** 78:12
**relevant** 9:21
18:5
**reliability** 8:19
**relied** 10:5
38:22 40:17
62:8
**relief** 48:16,22
49:2
**relies** 27:23 30:6
40:23
**rely** 15:5 19:22
20:20 21:1,4
45:2 76:23
**relying** 11:17
17:18 18:13
20:11 23:25
25:2 28:20
32:23 34:8,20

36:9 40:18
41:13 44:8
46:8,10 58:7
58:16 60:20
65:2 70:18
71:9,10
**remaining** 31:19
**remains** 82:21
**remember** 31:7
52:23
**REMOTE** 1:6
2:11
**removing** 59:10
**rendering** 40:18
**renders** 40:24
**repeat** 68:2 70:8
**repeatedly**
91:13
**replicate** 84:2,8
**replicated** 70:24
72:9 73:18
88:12
**replicating** 73:8
**replication**
73:14,21
**reply** 10:17 49:9
79:7 86:14
87:4
**report** 8:11
11:15 15:13,14
15:25 16:9,15
16:18,18,20,21
17:4 18:8,12
19:16,17,17,20
19:25 21:3
22:11 25:18
26:9 27:9
31:12 36:2
38:10,16 44:3
50:4 63:5
71:12,15,19
73:1 76:23
80:11 81:1
83:5,11,21,25
84:14 87:21
93:2

**reported** 85:13
**reporter** 2:8
47:15 95:4,20
**Reporting** 1:19
**reports** 11:16
12:18 14:16,17
21:13 23:25
24:11 25:12,24
26:20 27:8
30:4,18 31:1
32:19 36:24
37:6,11,15,16
41:20 55:21
56:4,17 62:9
68:3 72:23,24
83:14 84:16
87:19,19 89:18
**representative**
18:23 35:11
75:9,11,24
**reproduce** 82:1
**reproducibility**
14:2
**request** 48:5
60:1,7 85:16
93:7
**requested** 85:10
**requesting**
65:16,24
**requests** 60:11
60:20,23,25
61:6
**require** 82:11
**required** 88:10
**requires** 50:8
**resolution** 11:10
94:6
**resolved** 51:23
**respectfully**
63:21
**respond** 81:9,13
**responding**
54:18 57:15
**responds** 47:15
88:6
**response** 37:16

40:11,14 56:22
59:11 88:1
**responses** 56:15
**result** 46:11
**resulting** 48:8
**results** 7:16
14:12 15:4
16:6 17:12
19:21 20:15,17
24:7 25:1,7
26:22 29:21,22
30:6,11 41:4
41:22 58:3
72:14 91:17
92:4,19
**retained** 83:19
**retaining** 89:13
**RETIRED** 1:14
**review** 37:7
**reviewed** 44:14
**rgoodman@m...**
4:23
**RHOADS** 4:19
**right** 8:8 15:7
17:14 18:1
19:3 21:25
24:9 30:25
36:25 45:12
50:16 53:4
56:2 60:9,14
61:12 67:16
68:17 69:3,10
69:11,17,23
70:5 71:3,13
74:2 77:20
80:19 82:4
87:23,23
**Rigler** 40:17
**roof** 52:24
**roughly** 17:20
**round** 12:18
14:8 16:22
32:19,19 40:15
85:21
**routine** 48:13

53:8,9
**rule** 5:9 28:16
37:21 41:12
42:3,20,20
43:24 46:17
81:19,24
**ruled** 29:8
**rules** 48:12
88:11
**run** 20:1

**S**

**S** 3:1 4:17,17
**SAED** 33:5
**sake** 68:9
**SALES** 1:6
**sample** 21:11,11
21:21 22:3,5,9
23:2,4 25:1
27:11 46:25
50:14 51:22,23
52:10 53:15
55:2 65:12,13
66:22,24,25
67:1,12,12
69:17 74:9
77:15 78:22
84:7 86:7
90:17
**sample-sharing**
27:2
**samples** 11:21
13:2 21:12
22:17 24:25
27:1,2,14
30:23,25 31:3
31:4,4,9,22,24
32:1 33:7
38:15 46:23
50:13,24,25
51:3,11,12,16
52:1,16,21
65:13 67:2,3,7
69:2,4,12 70:7
70:8 71:2,11
71:17,23 72:1

72:2,16,20,21
75:9 82:13
83:2,4,5 85:3
93:12
sampling 78:17
Sanchez 26:19
31:13 40:19
79:16,21,25
84:4 85:1 91:3
92:5
Sanchez's 29:3
84:17
sanction 48:8
sat 34:23
saw 11:11 43:20
45:15 48:5
77:11 94:1
saying 6:22 8:20
8:24 9:5 11:8
13:19 29:17
34:20 35:10
38:14 39:14
42:25 46:7,8
51:11,15 52:18
53:15,17,20
54:12,24 57:15
58:20 59:2,19
64:24 65:18
69:9,11,18
71:24 73:9,14
74:17 81:4
90:5,19,24
91:3,6,14,25
92:1,8,21
says 8:10 10:21
10:24,25 11:6
13:14 21:16
22:1 34:17,19
36:4,5 37:24
43:16 45:24,25
46:6 57:5,7
58:6,7,12
59:15 63:3
70:23 71:7
73:12 74:25
75:14 76:3,19

78:3,13
scenario 54:8
Schneider 1:14
5:1,2 6:6 7:24
9:11 12:7,11
13:6 14:13
15:1,11,19
16:4,11 17:11
17:22 19:15,19
20:4,12 22:25
23:6,9,15,19
24:4,17 25:5
25:11 28:2,17
29:6 30:21
31:21 32:6,12
36:20 38:19
40:6 42:11
45:12 47:4,20
48:1,24 50:11
51:8 52:20
53:8 55:13
57:20 59:23
60:9 61:3,8,11
61:14,25 62:10
63:20 64:16
65:3,6,25 66:4
66:10,20,24
67:16 68:8,22
69:24 70:19
72:4 73:24
74:22 75:16
76:7,21 77:12
78:16 79:13,24
80:5,10,14,21
81:7 88:17
90:8 93:15
School 26:13
scope 29:14
screen 20:6
42:15
seat 75:3
second 23:13
32:19 48:7,10
see 8:7 11:9
15:19 16:4
18:14 22:7

23:3,7,7,17,22
24:1 27:9 33:9
33:12,15 37:5
39:22 43:3,7,7
43:12 46:6
59:20,20,21
61:22,23 64:25
65:21 69:21
70:17 73:16,23
74:16,19 78:23
78:23,25 79:3
91:3,4 92:13
seeing 7:2,9
13:25 59:4
76:17,20 92:6
seeking 41:4,5
seen 18:22 25:25
sees 28:1 75:9
Seggerman 4:24
selective 39:19
send 27:7
sense 87:13
separate 26:16
separation 26:1
26:8,12 27:12
serpentine 26:4
Services 29:2
session 78:8
set 10:2 12:17
63:2 70:7,8
73:4 95:8
setting 35:12,13
setup 63:3
seven 17:3 20:2
21:3
shades 34:21
share 20:6 42:15
Sharko 4:2 6:4,4
sheets 27:21
shelf 67:15
short 6:12 24:19
66:16 78:12
80:4
shorter 78:4
shoulder 50:7
60:12 86:5

show 20:2 57:4
64:4,5
shown 71:12
shows 39:6,19
shut 81:3 93:9
side 53:1,2,5
similar 8:17
43:5 80:20
simply 44:15
single 13:4 39:8
52:21
sir 32:11
sit 75:4
sitting 36:6,6
74:24 75:4
situation 49:5
49:12,18,19
50:1 54:23
71:6
six 46:24 78:2,13
86:6,9,10
slide 52:16
89:20,22
slides 52:16
54:12 76:10
89:11,13,15
slight 69:14
73:12
slightly 50:1
slippery 55:4,11
slope 55:4,11
small 50:23 52:6
sodium 33:8
somewhat 24:1
soon 41:9
sorry 21:24 27:6
28:2 60:15
sort 11:6 13:20
42:17 43:3,8
43:12 49:17
50:6 54:1,24
78:21,22 82:18
89:7 90:14,16
spaced 33:13
spades 84:14
Spalding 4:9 6:3

speak 22:23
36:25 46:15
56:1 60:13
86:12
speaking 5:24
6:5
Special 1:14 5:1
5:3 6:6 7:24
9:11 12:7,11
13:6 14:13
15:1,11,19
16:4,11 17:11
17:22 19:15,19
20:4,12 22:25
23:6,9,15,19
24:4,17 25:5
25:11 28:2,17
29:6 30:21
31:21 32:6,12
36:20 38:19
40:6 42:11
45:12 47:4,20
48:1,24 50:11
51:8 52:20
53:8 55:13
57:20 59:23
60:9 61:3,8,11
61:14,25 62:10
63:20 64:16
65:3,6,25 66:4
66:10,20,24
67:16 68:8,22
69:24 70:19
72:4 73:24
74:22 75:16
76:7,21 77:12
78:16 79:13,24
80:5,10,14,21
81:7 88:17
90:8 93:15
specific 10:6
11:4,13 14:23
26:22,23 46:5
speculate 62:21
speculation 62:1
spent 67:13

spin 77:23
split 30:23 50:14
  50:25 51:4,12
  51:22 52:21
  55:2 67:3
  92:24
splitting 51:4
  52:5 67:13
sprawling 19:6
square 55:19
stage 10:2 65:14
stand 7:16 43:19
  58:17
standard 35:15
  35:16 44:6
standing 43:20
  43:20 57:24
  61:7
standpoint
  83:22
staring 54:5
  77:23
start 5:17 6:14
  20:25 65:15
  66:7,9,18 74:9
  74:10 78:24
  81:14 93:22
started 22:4
  81:15
starting 21:1
  77:14
state 2:10 9:19
  42:21 51:17
  72:21 95:4,21
stated 70:21
STATES 1:1
stay 77:22
Steering 5:21,24
  16:2 21:13
  31:8
stemming 35:25
stenographica...
  2:7 95:7
step 35:7
Steve 86:16
straighten 51:9

STREET 3:4,10
  3:16 4:20
stretch 47:12
strong 56:22
strongly 90:6
structures 10:7
stuck 59:1
stuff 8:12
Su 14:17,18
  15:10 21:19
  24:6,24 25:7
  26:19 31:1
  36:23 37:15
  57:7 80:15,18
  84:3,17
Su's 15:14 22:15
  38:10 56:25
subject 46:18
submission 88:3
submit 37:11
  64:14
submitted 55:20
  67:8
subpoena 44:17
substance 38:18
  44:3,9
substantial 17:9
  24:2
succinctly 12:4
suffer 13:9
sufficient 11:11
suggest 24:23
  47:11 85:18
suggestion 87:5
  89:24
suggestions
  89:10
SUITE 3:16
sum 90:14
summer 93:24
superb 94:3
supplemental
  9:17 11:15
  19:17 21:3
  83:5
support 48:4,15

supportable
  59:13
supposed 24:13
  24:15 90:22,23
sure 15:8,17
  16:9 17:18
  20:9 31:18
  43:9 44:25
  48:3 50:22
  56:19 61:5
  65:5 67:4
  79:16,18 86:19
  87:22 88:19
  94:7
surmise 25:6
Susan 4:2 6:4
susan.sharko...
  4:5

                T
T 4:17 95:1,1
table 18:7 21:2
  23:2 25:2
tables 16:15
  17:3 18:11,14
  18:19 19:24
  20:1 21:3
take 15:16 22:20
  45:15 47:8,11
  49:14 60:3
  61:3 67:18
  76:20,22 77:13
  77:14 78:2,5
  79:11 82:12
  92:11 93:19
taken 2:7 47:19
  52:22 62:16
  76:10 95:7
takes 46:22,23
  57:2 66:11,14
  75:10 77:19
  78:13
talc 5:3 26:16
  28:19,20 31:14
  40:1 43:5,5
  52:9,11 58:11

58:22 66:22,25
  66:25 67:2
  68:21 71:25
  82:14,20 85:4
  85:17 90:17,21
  90:22 91:5,15
  91:20 92:9
  93:12
talcum 1:5
  24:12
talk 5:13,15 8:14
  11:21 20:10
  40:4 61:9 76:6
talked 91:18
talking 45:25
  51:10 67:3
  90:15
target 18:2
  67:21
task 55:22
taunt 79:9
taunted 79:8
  92:16
Tear 81:18
technician 27:15
  28:25
technicians
  46:18,21
tell 11:1 39:25
  56:24 58:21
  65:9 91:7,9
telling 64:8
tells 33:5
TEM 12:18
  25:20 32:22,25
  32:25 38:22,24
  38:25,25 39:1
  39:9 40:16
  51:10 85:24
ten 8:16 10:2
  42:22 47:16
  57:10
ten-minute
  47:11
tend 18:23
terms 27:11

84:11 88:11
terrific 94:2
test 13:7,7 15:4
  16:5 17:12
  18:10,11,21,21
  18:21,22,24
  19:10,10,10,11
  19:11,12,21
  20:14,17 22:9
  24:7 25:7
  26:21 30:6
  31:9,20 32:5
  41:24 49:18
  51:13,22 52:2
  52:9,19 53:2,5
  53:5 54:25
  66:12 67:11
  68:7,13,17,21
  69:9,10 71:25
  72:14,15 78:18
  83:1 89:9
tested 13:3 22:5
  26:25 27:14
  31:13 50:18,24
  51:17,24 52:4
  66:23 67:14
  72:20 80:8
  82:21 83:19
  85:3
testified 27:18
  29:5,21 30:8
  51:6 78:1
  84:18,19
testifies 92:20
testify 20:20
  71:3 72:14
testifying 29:5
  35:20 44:3,8
  44:14 73:21
testimony 55:6
  58:23 81:6
  86:16 92:12
  95:6
testing 8:15 16:1
  16:19,23 17:1
  17:2 18:17,18

19:7 25:15,19
25:21 26:6,11
26:23 27:6
30:7 32:20,21
32:25 33:18
38:20,21 39:21
40:15,20,23
41:21 44:19
46:20 49:12,14
49:21 50:2,8
50:17,20 52:8
54:5 59:14
63:10 65:2
70:8,12,18
71:10 72:20,25
73:1,4,4 82:25
83:1 84:24
85:1,21 87:3,5
89:9 90:3 91:4
91:14 92:24
**testings** 25:1
**tests** 12:13,16,17
12:22 13:4
14:8,10 15:9
15:12 16:3
17:18,21,23
18:7,12,15
19:4,16 20:19
21:4 22:21
28:6 32:24
36:24 38:23,24
39:1 50:19
52:22 53:3
55:21,22 61:16
62:5,15 64:2,9
67:9 68:2 70:2
71:19,20 78:3
**thank** 21:9
24:20 40:13
42:13 47:3,4
81:12 88:25
90:8,13 93:15
94:7,11
**thanks** 21:6
**theirs** 84:5
**Theresa** 2:8

47:14 94:7
95:3,19
**thing** 19:6 30:13
33:3 34:25
39:15 41:15
50:10 53:6
56:19 57:1
65:21 75:5
78:25 87:14
89:6 93:3
**things** 7:25 9:16
12:2 14:3
22:22 24:22
33:9,20 34:24
51:18 52:8
53:18 69:7
73:19 82:9
83:23 86:13
87:24
**think** 6:9,20 8:7
8:10 9:24 13:9
14:1,4 15:20
16:23 18:5,5
18:21 19:5
20:5,15 22:20
23:1 24:5,13
24:14 25:3
27:5 29:13
30:2,13 34:3,4
34:13 35:12,18
38:10 39:6,19
40:22 41:18
42:9,16 43:23
44:4 45:2,9
48:19,21 49:15
51:4 55:1,3,10
56:11,21 59:6
60:25 61:17,19
62:18 63:6,6
64:11 66:1
68:6,17,20
69:8,20 72:17
77:1,5 78:19
79:1 81:8,17
85:16 87:5,7
87:12 89:13,25

90:4 93:22
**thinking** 87:15
**third** 48:13
73:25 79:25
**thorough** 45:22
**thought** 9:15
23:1 34:11
**thoughts** 32:16
**thousands** 53:10
**three** 48:6 60:20
60:25 61:6
66:2 74:5,10
74:12,20 78:14
**throw** 33:22
**time** 10:4 13:25
17:13,24 18:3
18:25 19:8,8
19:14 28:5
34:7,17 38:25
39:1,2,10
44:22 45:8
46:22,22 49:23
50:5,10 51:22
52:3 54:19,23
54:25 61:21
62:20 65:22
66:19 67:10,11
67:13 68:18,19
71:6 72:1
73:20 78:4,12
78:25 79:3,11
81:8 83:12
87:11,11 89:19
92:15 95:7
**times** 6:7,24
8:12 10:12
11:9 33:8 34:6
41:16 51:21
53:10 77:18
91:23
**title** 24:10
**today** 5:9,25 6:5
41:18 67:19
70:22 93:25
**today's** 5:10
**top** 21:17

**topics** 56:15
**total** 58:3
**totally** 14:5 19:5
39:4 46:8
93:10
**touched** 30:22
**tough** 54:2
**train** 9:14 23:1
**transcript** 2:6
8:1 64:19 94:9
95:6
**transitory** 54:25
**transmission**
12:19 25:19
**treating** 43:1,2
**tremendous**
82:11
**tremolite** 33:16
33:16
**trial** 20:20 29:23
30:9,16 37:2
44:13 56:13
76:24
**trials** 28:18
84:19
**trouble** 69:25
70:20
**true** 25:10 31:24
40:19 41:25
59:22 68:10,11
68:14 89:23
90:1 95:6
**trust** 37:17,24
54:3 56:23
57:16 58:17,20
59:15
**try** 14:24 23:24
60:16
**trying** 9:14
11:24 12:5
19:11 20:23
28:11 60:24
**turn** 26:11 40:9
47:10 49:8
75:12 88:3,18
88:23 90:10

**turns** 34:21 57:3
94:6
**tweak** 41:23
**tweaks** 73:12
**twice** 45:1,3
**two** 5:4 14:15,16
19:2 23:2,17
27:3 29:8
30:10 32:7
33:4 34:6,18
36:13,23 46:24
52:8 53:18
60:11 65:4,6
66:1 69:13
71:19 74:5,8
74:10,21 78:2
78:8,13 86:6,8
86:9,25 89:20
**two-and-a-half**
41:2 85:9
**two-volume** 8:1
**type** 25:15 33:11
33:17 35:9
85:14 90:6
**types** 59:9
**typical** 76:11

**U**
**ultimate** 94:5
**ultimately** 27:23
**unable** 8:5 9:21
**uncommon** 50:8
**underlying**
11:16 12:2
22:22 28:23
29:18,25 41:19
42:4 46:18,21
**undermine**
11:24 41:10
**understand** 6:10
26:18 30:16
63:16 68:23
72:10 81:11
90:2
**understanding**
15:3 32:2 62:6

62:11,17
**Understood**
20:24
**undue** 42:7
44:17 93:8
**Unfortunately**
19:24
**unique** 35:15
49:5,6 54:23
55:6,7 92:22
**uniqueness**
55:10
**UNITED** 1:1
**unlocking** 35:17
**unprecedented**
48:4,16,23
49:1
**untenable** 86:10
86:11
**untoward** 24:23
89:12
**urge** 47:2 88:16
**use** 18:23 33:14
57:21,22 71:16
71:21,24 89:16
**uses** 62:23 64:21
68:1 76:12
87:16
**USMJ** 1:14
**usual** 94:3
**usually** 5:11
38:5 49:19
**Utah** 40:21

---

**V**

**Valadez** 8:14,15
71:12 83:16
87:18 88:2
91:19
**value** 35:8
**vast** 6:23
**vein** 80:20
**verbatim** 67:18
**verified** 55:1
**verify** 91:17
92:4

**versus** 26:3
45:23
**video** 66:14
79:15
**VIDEOCONF...**
1:6 2:11
**Videoconfere...**
1:19
**videotape** 66:14
66:19 68:25
75:2
**view** 59:12
63:22 64:2
68:19 73:15

---

**W**

**walk** 60:14 64:7
**WALKER** 4:19
**want** 7:12,21
12:1,2,3,12
14:23 17:23
18:9,17 20:19
22:18,23 24:18
24:21 26:5
28:15 32:17
36:12,14 38:9
40:3,8,9,10
41:15 42:14,17
43:25 49:3,8
49:14 50:21
52:6 53:25
54:21 59:21
60:13 61:11,22
62:2,16,17
63:13,15,23,25
64:7 65:9,11
66:11,15,16,21
68:15,19,23
69:10,15,17,21
70:17 71:6,16
71:22 72:2
73:6 74:1,8,13
75:3,3 76:4
77:19 78:23
79:11 83:3,9
84:1,23 87:2

87:17 88:19,20
88:22 89:14
90:11,14
**wanted** 28:14
49:17 51:25
52:5 61:2
**wanting** 41:8
**wants** 5:13 6:12
16:7 53:12
**warranted** 47:1
**WASHINGT...**
3:5
**wasn't** 8:4 13:25
39:2,10,18
49:1 59:13
70:3 71:2 89:8
**watch** 65:12,14
66:18 74:8
82:25
**way** 7:15 9:1
18:17 34:5
39:20 42:24
52:3,23 54:3
54:25 55:17,23
57:14,22 58:2
63:2 68:7,17
68:20 69:17,18
69:22,22 71:24
76:16 78:21
79:10 80:24
81:5 91:14,16
92:2,3,10,11
92:12,19,25
93:11
**we'll** 5:6,7 6:11
9:12 40:10
47:12,17 59:24
72:4
**we're** 5:3 7:20
11:20 12:24
18:10 38:3
39:6,11,17,19
39:20 41:8
44:20 45:6,6
45:11 47:10
48:22 51:10

58:25 60:20,24
61:7 64:13
65:16,23 69:5
76:17 77:6
78:14,23 90:15
94:11
**we've** 6:6 18:23
24:14 34:23
64:18 67:2
79:18 81:8
82:10 83:16
**WEDNESDAY**
1:11
**weeks** 89:20
**weigh** 37:1 56:7
56:9
**weight** 14:2 26:9
29:6 34:2,4
**well-recognized**
84:6
**went** 93:24
**weren't** 32:23
85:2
**white** 33:2
**Wiley** 14:17,17
15:10 16:18
21:19 22:15
24:6,24 25:6
25:17 26:9,19
31:1 36:23
38:10 80:15,18
84:4,16
**Wiley's** 15:13
16:9,18 22:10
23:12 37:16
**willy-nilly** 39:7
**Wineries** 30:7
**witness** 44:15
**Wolfson** 13:8,10
**word** 30:23
40:12 42:12,14
45:13 50:15
56:4,5 88:18
88:21,24 90:11
93:14
**words** 8:20

57:21,22
**work** 7:23 9:7
9:10 10:5
22:19 27:16,19
34:8,10 35:4
36:15 37:6,10
38:2,13,18
39:2 40:16,17
40:24 44:2,14
45:10 49:11
50:6 55:25
80:1,11 81:20
81:25 82:2
84:5
**working** 32:1
82:15
**works** 63:2
**worksheet** 13:3
**world** 12:8
36:23 55:20
63:4
**worse** 69:8
**worth** 19:7
**wouldn't** 12:21
19:10 55:23
68:11 77:3
80:17
**write** 31:9
**wrong** 7:14 8:4
9:2 24:5 36:5
36:25 43:16,17
43:19 56:2
57:1 58:16
91:24

---

**X**

**X** 55:24
**XIO857** 95:20

---

**Y**

**Y** 55:24
**yeah** 6:20 13:9
20:4 23:3 24:4
32:15 38:3
39:14 61:5
62:23 66:16

67:6 74:3
75:12 77:17
**year** 53:11
**years** 7:6 10:2
19:2,7,10 41:2
51:2 85:7,9
**yellow** 7:1 34:21
39:13,13 43:2
45:23 55:9
58:4 59:20
85:25 90:17,20
90:21,22 91:4
91:5
**yellow-orange**
34:22
**Yep** 61:10
**YORK** 4:12,12

**Z**

**Z** 55:24
**Zimmerman**
31:11,11 84:22
84:25
**Zoom** 1:6 2:11
11:10

**0**

**07932** 4:3
**08035** 1:21

**1**

**10** 33:8
**10:01** 2:12
**10036** 4:12
**104** 42:20
**11** 10:24 95:21
**110** 45:21
**1170** 3:16
**1185** 4:11
**119** 45:20
**12** 1:11 70:25
**125** 67:8,9
**14** 10:24
**15** 17:13 61:1
73:25
**17** 95:22
**1735** 4:20

**1825** 3:4
**1866Bs** 45:24
**19103-7505** 4:21

**2**

**20** 34:24
**2006** 3:5
**2018** 26:6
**2019** 25:18
**202-759-7648**
3:6
**2020** 17:13
68:13
**2023** 67:8 87:20
**2024** 1:11 17:13
95:22
**2026** 95:21
**212-790-5356**
4:12
**215-772-7411**
4:22
**215-772-7620**
4:22
**218** 3:10
**21st** 4:21
**23** 29:22
**24** 17:13
**24-hour** 78:7
**2410394** 95:22
**26** 28:16
**26(b)(4)(D)** 42:3
**26(d)4d** 43:24

**3**

**3-23-2021** 23:12
**3:16-md-2738...**
1:2
**30X100085700**
2:9
**32684** 30:5
**334-954-7555**
3:12
**34** 81:19,24
**34TH** 4:11
**36104** 3:11
**365** 3:16

**368** 1:20

**4**

**40** 7:5
**4160** 3:10

**5**

**5** 14:18 15:12
16:11 19:22
20:21 24:11
**504-799-2845**
3:17
**504-881-1765**
3:18
**56** 10:23
**560** 91:1

**6**

**600** 4:3
**66507** 23:3,11
**66507-001** 23:14
**66509** 23:6,16

**7**

**70130** 3:17
**702** 37:21 41:17
42:20
**72** 77:21,22
78:20

**8**

**800-674-9725**
3:5
**800-898-2034**
3:11
**856-488-7797**
1:15
**856-546-1100**
1:22

**9**

**973-360-9831**
4:4
**973-549-7350**
4:4