# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| This document relates to: 3:24-cv-7198 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 that the Short Form Complaint and Jury Demand has been filed on June 24, 2024 on behalf of Mary Dietrich and Travis Dietrich.

Dated:  June 24, 2024                    Respectfully submitted,

                                         **NS PR LAW SERVICES LLC**

                                         */s/ Christopher LoPalo*
                                         Christopher LoPalo, Esq.
                                         1302 Ave. Ponce De Leon
                                         Santurce, PR 00907
                                         Telephone: (212) 397-1000
                                         Facsimile: (646) 927-1676
                                         clopalo@nsprlaw.com

                                         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  June 24, 2024

                */s/ Christopher LoPalo*
                Christopher LoPalo, Esq.
                NS PR LAW SERVICES LLC
                1302 Ave. Ponce De Leon
                Santurce, PR 00907
                Telephone: (212) 397-1000
                Facsimile: (646) 927-1676
                clopalo@nsprlaw.com

                *Attorneys for Plaintiff*