Jeffrey M. Pollock
Michael W. Sabo
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
(609) 844-3038
JMPollock@foxrothschild.com
MSabo@foxrothschild.com
*Attorneys for Andy Birchfield and Beasley Allen*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738 (MAS)/(RLS) <br><br> MLD Case No. 2738 <br><br> [FILED ELECTRONICALLY] <br><br> **CERTIFICATE OF SERVICE** |

     I hereby certify that on June 24, 2024, a true and correct copy of the Reply Brief in Support of the Motion, Declaration of Jeffrey M. Pollock, Esq., with exhibits, and this certificate of service was filed electronically with the Court. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                          Respectfully submitted,

                                        By: */s/Jeffrey M. Pollock*

                                            Jeffrey M. Pollock
                                            FOX ROTHSCHILD LLP
                                            Email:  jmpollock@foxrothschild.com