SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE MICHAEL A. SHIPP |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE RUKHSANAH SINGH |
| *Sara Jax v. Johnson & Johnson, et al* Case No. 3:24-cv-07237 | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed on June 25, 2024 on behalf of Plaintiff Sara Jax.

Dated: June 25, 2024                              Respectfully Submitted,

                                                */s/ John J. Foley*
                                                John J. Foley
                                                **SIMMONS HANLY CONROY**
                                                One Court Street
                                                Alton, IL 62002
                                                Telephone:  618.259.2222
                                                Facsimile:   618.259.2251
                                                jfoley@simmonsfirm.com

                                                ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 25th day of June, 2024 to all parties of interest.

/s/ John J. Foley
John J. Foley