# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN: RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2738 (FLW) (LHG)** <br> **JUDGE MICHAEL A. SHIPP** <br> **MAG. JUDGE RUKHSANAH L. SINGH** |
| **THIS DOCMENT RELATES TO:** <br> Elizabeth Gorman | Civil Action No.: 3:24-cv-07329 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on June 27, 2024 on behalf of Plaintiff, Elizabeth Gorman.

Dated: <u>June 27, 2024</u>

                                                    Respectfully submitted by,

                                                  **ANAPOL WEISS**

                                                  <u>*/s/ Emily B. Ashe*</u>
                                                  Emily B. Ashe, Esquire
                                                  Counsel for Plaintiff
                                                  One Logan Square
                                                  130 N. 18th Street; Ste. 1600
                                                  Philadelphia, PA 19103
                                                  Telephone 215-735-1130
                                                  Facsimile: 215-875-7730
                                                  E-mail: eashe@anapolweiss.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2024 a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            */s/ Emily B. Ashe*
                                            Emily B. Ashe, Esquire
                                            Counsel for Plaintiff
                                            One Logan Square
                                            130 N. 18th Street; Ste. 1600
                                            Philadelphia, PA 19103
                                            Telephone 215-735-1130
                                            Facsimile: 215-875-7730
                                            E-mail: eashe@anapolweiss.com