

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

*Via ECF*

July 1, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

> Re:  *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Magistrate Judge Singh:

The Johnson & Johnson Defendants submit the enclosed Order to Show Cause why cases listed on the attached **Exhibit A** should not be dismissed with prejudice for their failure to serve a Plaintiff Profile Form ("PPF") pursuant to the process set up in the Case Management Order dated February 13, 2024 (ECF 29032).

As Your Honor is aware, this Court originally ordered all Plaintiffs to submit Plaintiff Profile Forms on MDL-Centrality by dates certain in the Amended Plaintiff's Profile Form Order (ECF 27291).  Pursuant to that Order, the cases listed on the enclosed **Exhibit A** were required to submit PPFs by April 15, 2024.  However, these Plaintiffs failed to file their PPFs by that deadline and to date have not provided Defendants with a PPF.

Counsel for these Plaintiffs have received notice on MDL-Centrality (if registered) and via e-mail (whether registered or not) informing them that they had failed to serve a PPF. *Pro se* Plaintiffs were sent notice via regular mail and certified mail, return receipt requested.  The Plaintiffs were then listed in a filing on May 1, 2024 (ECF 32127) noting their failure to provide a PPF to Defendants and that their continued failure to do so would potentially result in dismissal of their matter.  These Plaintiffs were listed again on the June 3, 2024 (ECF 32599) filing.

The Plaintiffs listed in **Exhibit A** still have not complied with the Court Orders requiring service of a PPF. The Court's February 13, 2024, Order is clear- Plaintiffs who continue to fail to provide a PPF, after being listed in a PPF Report to the Court over a period of 60 days, shall be subject to an Order to Show Cause why their case should not be dismissed with prejudice. The proposed form of Order submitted herewith was previously approved by lead counsel for the Plaintiffs.

The Court should not hesitate to order the noted Plaintiffs to show cause why their case should not be dismissed with prejudice. In the event a Plaintiff fails to show cause, and her case is dismissed with prejudice, Fed. R. Civ. P. 60(b) provides an avenue of relief should the circumstances surrounding the failure to provide a PPF justify reversal of the dismissal. There is simply no reason to permit Plaintiffs any additional time to serve PPFs in light of the safety net provided by Rule 60.

Accordingly, Defendants respectfully request Your Honor enter the attached Order to Show Cause and dismiss any matter, with prejudice, which fails to show cause why their case should not be dismissed for their continued and blatant failure to serve a PPF.

Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

*Attorneys for Defendants*
*Johnson & Johnson and LLT Management, LLC*

SMS/scg
Encl: (1)
cc: Leigh O'Dell, Esq. (via email)
    Michelle Parfitt, Esq. (via email)
    All counsel of record (via ECF)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>-------------------------------<br><br>*This relates to all cases in Exhibit A* | MDL No. 3:16-md-02738<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY CASES ON THE ATTACHED EXHIBIT A SHOULD NOT BE DISMISSED WITH PREJUDICE** |

**THIS MATTER**, having been brought before the Court by Defendants Johnson & Johnson and LLT Management LLC, f/k/a LTL Management LLC, ("Defendants"), for entry of an Order to Show Cause requiring Plaintiffs listed in the attached **Exhibit A** to show cause why their case should not be dismissed with prejudice; and for good cause shown;

IT IS on this _____ day of _____, 2024

**ORDERED** as follows:

1. Plaintiffs listed on the attached **Exhibit A** shall show cause, within twenty-one (21) days from the date of this Order, why their case should not be dismissed with prejudice for their failure to serve Defendants (via MDL Centrality) with a Plaintiff Profile Form (PPF); and

2. Defendants shall have seven (7) days to respond to any filing by Plaintiffs opposing dismissal of their case with prejudice; and

3. Plaintiffs who fail to show cause within twenty-one (21) days of this Order why their case should not be dismissed with prejudice shall have their case dismissed with prejudice immediately; and

4. After the expiration of thirty-five (35) days from the date of this Order, Defendants shall file an Order to dismiss with prejudice cases subject to this Order to Show Cause which the Court has not expressly found demonstrated good cause for their failure to file a PPF.

_____
Hon. Rukhsanah L. Singh
U.S. Magistrate Judge

# EXHIBIT A

# July 1, 2024, Cases Subject of Order to Show Cause

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 1 | Edwards, Latasha | Andrus Wagstaff, P.C. | 3:20-cv-14184 |
| 2 | Olson, Vanessa | Andrus Wagstaff, P.C. | 3:20-cv-14188 |
| 3 | Bowers, Harold | Andrus Wagstaff, P.C. | 3:20-cv-14545 |
| 4 | Long, Anne | Andrus Wagstaff, P.C. | 3:20-cv-14547 |
| 5 | Cormier, Randall | Andrus Wagstaff, P.C. | 3:20-cv-14567 |
| 6 | Lee, Jill | Andrus Wagstaff, P.C. | 3:20-cv-14669 |
| 7 | Hubbard, Glenn | Andrus Wagstaff, P.C. | 3:20-cv-18842 |
| 8 | Christian, Dana | Andrus Wagstaff, P.C. | 3:20-cv-18847 |
| 9 | Daniel, Susan | Andrus Wagstaff, P.C. | 3:20-cv-18876 |
| 10 | Gilbert, Roberta | Ashcraft & Gerel | 3:20-cv-14156 |
| 11 | Rumbaugh, Deborah | Ashcraft & Gerel, LLP | 3:20-cv-00609 |
| 12 | Farr, Carolyn | Ashcraft & Gerel, LLP | 3:20-cv-00869 |
| 13 | Winnett, Denyse | Ashcraft & Gerel, LLP | 3:20-cv-02446 |
| 14 | Stockton, June | Ashcraft & Gerel, LLP | 3:20-cv-03274 |
| 15 | White, Hoke DeLeon | Ashcraft & Gerel, LLP | 3:20-cv-11584 |
| 16 | Leighton, Tammy D | Ashcraft & Gerel, LLP | 3:20-cv-20454 |
| 17 | Smarra, Rosemary | Balzarini & Watson | 3:20-cv-14485 |
| 18 | Tuinstra, Judi Marie | Baum, Hedlund, Aristei & Goldman, P.C. | 3:20-cv-05892 |
| 19 | Carroll, Stephen J | Baum, Hedlund, Aristei & Goldman, P.C. | 3:20-cv-06190 |
| 20 | Barreto De Hiller, Lydee Jeanette | Baum, Hedlund, Aristei & Goldman, P.C. | 3:20-cv-16811 |
| 21 | Christensen, Leanne Jane | Baum, Hedlund, Aristei & Goldman, P.C. | 3:20-cv-19659 |
| 22 | Mills, Rosemarie | Belluck & Fox, LLP | 3:20-cv-00016 |
| 23 | Gullotti, Sandra | Belluck & Fox, LLP | 3:20-cv-02517 |
| 24 | Vanburen, Elizabeth Ann | Belluck & Fox, LLP | 3:20-cv-20049 |
| 25 | Cohn, Amy | Bernstein Liebhard LLP | 3:20-cv-15234 |
| 26 | Trevino, Magdalena | Blizzard & Nabers, LLP | 3:20-cv-08072 |
| 27 | Petrucci, Carmella | Burns Charest LLP | 3:20-cv-17298 |
| 28 | Apointe-Ramos | Carazo Quetglas Law Offices | 3:20-cv-20362 |
| 29 | Cordero-Maldonado, Gloria | Carazo Quetglas Law Offices | 3:20-cv-20368 |
| 30 | Cruz-Guzman, Carmen | Carazo Quetglas Law Offices | 3:20-cv-20385 |
| 31 | Ortiz, Zulma | Carazo Quetglas Law Offices | 3:20-cv-20391 |
| 32 | Cancel-ayala, Norma | Carazo Quetglas Law Offices | 3:20-cv-20402 |
| 33 | Cardona-Acevedo, Aidee | Carazo Quetglas Law Offices | 3:20-cv-20407 |
| 34 | Tamburello, Joanne B. | Cellino Law LLP | 3:20-cv-00023 |
| 35 | Allback, Claire | Cellino Law LLP | 3:20-cv-00024 |

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 36 | Leonardi, Karen | Cellino Law LLP | 3:20-cv-00026 |
| 37 | Baran, Emilia H | Cellino Law LLP | 3:20-cv-00072 |
| 38 | Kye, Sherron | Cellino Law LLP | 3:20-cv-00073 |
| 39 | Wagner, Barbara J | Cellino Law LLP | 3:20-cv-00084 |
| 40 | Khalid, Shaista | Cellino Law LLP | 3:20-cv-00085 |
| 41 | Skoutelas, Vasiliki | Cellino Law LLP | 3:20-cv-00087 |
| 42 | Smoudianis, Christine | Cellino Law LLP | 3:20-cv-00092 |
| 43 | Gonzalez, Anne S | Cellino Law LLP | 3:20-cv-00094 |
| 44 | Bartasi, Marc | Cellino Law LLP | 3:20-cv-00095 |
| 45 | Nelson, Mireya | Cellino Law LLP | 3:20-cv-00118 |
| 46 | Farmer-Jordan, Shirley | Cellino Law LLP | 3:20-cv-00172 |
| 47 | Wilson, Joyce M | Cellino Law LLP | 3:20-cv-00185 |
| 48 | Letke, Frank | Cellino Law LLP | 3:20-cv-00244 |
| 49 | Bridgewater, Dow Lee | Cellino Law LLP | 3:20-cv-00245 |
| 50 | Montanez, Ronaldo | Cellino Law LLP | 3:20-cv-00290 |
| 51 | Darr, Guy W | Cellino Law LLP | 3:20-cv-00294 |
| 52 | Davis, Arthur | Cellino Law LLP | 3:20-cv-00326 |
| 53 | Pattit, Ronald C | Cellino Law LLP | 3:20-cv-00667 |
| 54 | Palmer, Harvey | Cellino Law LLP | 3:20-cv-00708 |
| 55 | DeTorre, Robert P | Cellino Law LLP | 3:20-cv-00740 |
| 56 | Hamilton, Patricia D | Cellino Law LLP | 3:20-cv-00804 |
| 57 | Barnstorf, Paul T | Cellino Law LLP | 3:20-cv-01702 |
| 58 | Kolesar, Gail K | Cellino Law LLP | 3:20-cv-01704 |
| 59 | Malanoski, Rosemarie | Cellino Law LLP | 3:20-cv-01753 |
| 60 | Wood, Jayne | Cellino Law LLP | 3:20-cv-02077 |
| 61 | Sweat, Esthmon | Cellino Law LLP | 3:20-cv-02269 |
| 62 | Peay, Tiffany | Cellino Law LLP | 3:20-cv-02281 |
| 63 | Meirowitz, Clifford | Cellino Law LLP | 3:20-cv-02293 |
| 64 | Norton, John | Cellino Law LLP | 3:20-cv-02310 |
| 65 | Francis, Michael A | Cellino Law LLP | 3:20-cv-02312 |
| 66 | Arnold, Kathryn | Cellino Law LLP | 3:20-cv-02711 |
| 67 | Foster, Thomas | Cellino Law LLP | 3:20-cv-02762 |
| 68 | Rodriguez, Kathleen L. | Cellino Law LLP | 3:20-cv-03150 |
| 69 | Holmes, George A | Cellino Law LLP | 3:20-cv-05712 |
| 70 | Amendola, Rachelle | Cellino Law LLP | 3:20-cv-05717 |
| 71 | Severino, Jeremiah D | Cellino Law LLP | 3:20-cv-05723 |
| 72 | Romani, Vivian | Cellino Law LLP | 3:20-cv-05761 |
| 73 | Mkrtchyan, Edvard | Cellino Law LLP | 3:20-cv-05768 |
| 74 | Biber, Sr., John C | Cellino Law LLP | 3:20-cv-05951 |
| 75 | Cooper, William D | Cellino Law LLP | 3:20-cv-06375 |

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 76 | Drzymala, Wayne R | Cellino Law LLP | 3:20-cv-07603 |
| 77 | Drzymala, Wayne R | Cellino Law LLP | 3:20-cv-07606 |
| 78 | Brundidge, Mary L | Cellino Law LLP | 3:20-cv-07607 |
| 79 | Majcher, Christie L | Cellino Law LLP | 3:20-cv-07609 |
| 80 | Vera, Elizabeth | Cellino Law LLP | 3:20-cv-08237 |
| 81 | Buffamonti, Michael D | Cellino Law LLP | 3:20-cv-08394 |
| 82 | Magnanti, James | Cellino Law LLP | 3:20-cv-08711 |
| 83 | Filicetti, Karen M | Cellino Law LLP | 3:20-cv-09525 |
| 84 | Loveland, Nancy | Cellino Law LLP | 3:20-cv-09527 |
| 85 | Zuranski, Karen | Cellino Law LLP | 3:20-cv-11171 |
| 86 | Mazgaj, Joan | Cellino Law LLP | 3:20-cv-11173 |
| 87 | LaBarbera, Philip | Cellino Law LLP | 3:20-cv-12390 |
| 88 | Nayshlos, Irina | Cellino Law LLP | 3:20-cv-12391 |
| 89 | Kissoon, Mohabir | Cellino Law LLP | 3:20-cv-12393 |
| 90 | Cutlip, Terra | Cellino Law LLP | 3:20-cv-13069 |
| 91 | Suarez, Paul | Cellino Law LLP | 3:20-cv-13112 |
| 92 | Hulsenberg, Tara A | Cellino Law LLP // The Barnes Firm, P.C. | 3:20-cv-00096 |
| 93 | Van Ord, Ronald L | Cellino Law LLP // The Barnes Firm, P.C. | 3:20-cv-04241 |
| 94 | Singleton, Mary | Cohen & Malad, LLP | 3:20-cv-09040 |
| 95 | Mortz, Suzette | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08076 |
| 96 | Perkins, Joyce | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08083 |
| 97 | Helton, Frances | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08507 |
| 98 | Raines-Drew, Justine | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08508 |
| 99 | Conover, Susan | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08510 |
| 100 | Davis, Joanna | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08511 |
| 101 | Simmons, Latisha | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08643 |
| 102 | Creech, Dorothy | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08647 |
| 103 | Peace, Maggie | Davis, Bethune & Jones, L.L.C. | 3:20-cv-08653 |
| 104 | Fagot, Desrie | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09249 |
| 105 | Grenzow, Debra S | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09251 |
| 106 | Hughes, Margaret | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09254 |
| 107 | Martin, Joann G | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09255 |
| 108 | Rivera, Juanita | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09257 |
| 109 | Uitenham, Tina | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09259 |
| 110 | Purnell, Lakeyah | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09261 |
| 111 | Medrano, Nicole | Davis, Bethune & Jones, L.L.C. | 3:20-cv-09263 |
| 112 | Robinson-Miodovski, Mollie | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10022 |
| 113 | Vollaire, Vanessa | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10139 |

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 114 | Owens, Andrea | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10145 |
| 115 | Page, Nichelle | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10147 |
| 116 | Moreno, Silvia | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10149 |
| 117 | Ray, Sabrina | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10153 |
| 118 | Castaneda, Raydel | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10155 |
| 119 | Carrillo, Maria V | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10277 |
| 120 | Avdeyeva, Yelena | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10280 |
| 121 | Knox, Debra | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10575 |
| 122 | White, Dana | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10578 |
| 123 | Rumple, Regina | Davis, Bethune & Jones, L.L.C. | 3:20-cv-10993 |
| 124 | Warring, Mary J | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11402 |
| 125 | Briggs-Harlow, Darlene A | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11404 |
| 126 | Flynn, Susan | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11411 |
| 127 | Dagh-Goodman, Debra | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11415 |
| 128 | Batista, Monica J | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11416 |
| 129 | Butt, Dolores | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11648 |
| 130 | Perry, Sandra | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11658 |
| 131 | Mack, Linshasa A | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11897 |
| 132 | Sweeten, Melissa J | Davis, Bethune & Jones, L.L.C. | 3:20-cv-11901 |
| 133 | Barsh, Eleanor | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12169 |
| 134 | Carbonneau, Carol A | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12174 |
| 135 | DaVazier, Donna | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12175 |
| 136 | Gaffney, Aleen | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12178 |
| 137 | Hanson, Sherry | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12372 |
| 138 | Hare, Kristine | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12374 |
| 139 | Iniguez, Johanna | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12375 |
| 140 | Melby, Melissa | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12378 |
| 141 | Mendoza, Bridget | Davis, Bethune & Jones, L.L.C. | 3:20-cv-12379 |
| 142 | Godich, Teresa L | Davis, Bethune & Jones, L.L.C. | 3:20-cv-13613 |
| 143 | Rucker, Tiffany P | Davis, Bethune & Jones, L.L.C. | 3:20-cv-13614 |
| 144 | Latham, Betty N | Davis, Bethune & Jones, L.L.C. | 3:20-cv-13617 |
| 145 | Spradlin, Teresa G | Davis, Bethune & Jones, L.L.C. | 3:20-cv-13620 |
| 146 | Van Ryder, Carmen A | Davis, Bethune & Jones, L.L.C. | 3:20-cv-13622 |
| 147 | Radford, Connie | Davis, Bethune & Jones, L.L.C. | 3:20-cv-13625 |
| 148 | Favre, Paula | Davis, Bethune & Jones, L.L.C. | 3:20-cv-13630 |
| 149 | Bensch, Carol | Davis, Bethune & Jones, L.L.C. | 3:20-cv-13634 |
| 150 | Hughes, Chastity | Davis, Bethune & Jones, L.L.C. | 3:20-cv-14022 |
| 151 | Skelton, Jennifer | Davis, Bethune & Jones, L.L.C. | 3:20-cv-14024 |
| 152 | Menefee, Nashernedra | Davis, Bethune & Jones, L.L.C. | 3:20-cv-14029 |
| 153 | Reyes, Zuleyka | Davis, Bethune & Jones, L.L.C. | 3:20-cv-14568 |

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 154 | Heinkel, Barbara | Davis, Bethune & Jones, L.L.C. | 3:20-cv-14572 |
| 155 | Page, David | Davis, Bethune & Jones, L.L.C. | 3:20-cv-14579 |
| 156 | Shelley, Altavia F | Davis, Bethune & Jones, L.L.C. | 3:20-cv-14585 |
| 157 | Bergman, Selma J | Davis, Bethune & Jones, L.L.C. | 3:20-cv-15362 |
| 158 | Cruz, Olga | Davis, Bethune & Jones, L.L.C. | 3:20-cv-15363 |
| 159 | Sweitzer-Simental, Tammy | Davis, Bethune & Jones, L.L.C. | 3:20-cv-15364 |
| 160 | Carter, Connie | Davis, Bethune & Jones, L.L.C. | 3:20-cv-15366 |
| 161 | Shannon, Summer | Davis, Bethune & Jones, L.L.C. | 3:20-cv-15367 |
| 162 | Roney, Madeline | Davis, Bethune & Jones, L.L.C. | 3:20-cv-15369 |
| 163 | Gallup, Regina | Davis, Bethune & Jones, L.L.C. | 3:20-cv-15370 |
| 164 | Hernandez, Diana | Davis, Bethune & Jones, L.L.C. | 3:20-cv-18300 |
| 165 | Simone, Deborah | Davis, Bethune & Jones, L.L.C. | 3:20-cv-18308 |
| 166 | Johnson, Joyce | Davis, Bethune & Jones, L.L.C. | 3:20-cv-18310 |
| 167 | Hernandez, Diana | Davis, Bethune & Jones, L.L.C. | 3:20-cv-18312 |
| 168 | Bracken, Carla | Davis, Bethune & Jones, L.L.C. | 3:20-cv-20248 |
| 169 | Lara, Sarah | Diamond Law | 3:20-cv-06835 |
| 170 | Blanche, Katona | Driscoll Firm, P.C. | 3:20-cv-01337 |
| 171 | Majko, Kaley | Driscoll Firm, P.C. | 3:20-cv-01341 |
| 172 | Naranjo, Evangely Nieves | Driscoll Firm, P.C. | 3:20-cv-01342 |
| 173 | Toney, Heather | Driscoll Firm, P.C. | 3:20-cv-01343 |
| 174 | Wilhoite, Leigh Ann | Driscoll Firm, P.C. | 3:20-cv-01344 |
| 175 | Yuhas, Anna | Driscoll Firm, P.C. | 3:20-cv-01345 |
| 176 | Skiles, David | Driscoll Firm, P.C. | 3:20-cv-01391 |
| 177 | Usher, Wanda | Driscoll Firm, P.C. | 3:20-cv-02615 |
| 178 | Roberts, Zaida | Driscoll Firm, P.C. | 3:20-cv-03169 |
| 179 | Stewart, Yolanda | Driscoll Firm, P.C. | 3:20-cv-06167 |
| 180 | Juarez, April | Driscoll Firm, P.C. | 3:20-cv-06229 |
| 181 | Goldstein, Barbara | Driscoll Firm, P.C. | 3:20-cv-06230 |
| 182 | Jensen, Cheryl | Driscoll Firm, P.C. | 3:20-cv-06231 |
| 183 | Jones, Denise | Driscoll Firm, P.C. | 3:20-cv-06232 |
| 184 | Meadows, Judy | Driscoll Firm, P.C. | 3:20-cv-06233 |
| 185 | Marlow, Audrey | Driscoll Firm, P.C. | 3:20-cv-06234 |
| 186 | Seibles, Brittainy | Driscoll Firm, P.C. | 3:20-cv-06247 |
| 187 | Peace, Maggie | Driscoll Firm, P.C. | 3:20-cv-06412 |
| 188 | Byrd, Patricia | Driscoll Firm, P.C. | 3:20-cv-06420 |
| 189 | Embry, Christina | Driscoll Firm, P.C. | 3:20-cv-06428 |
| 190 | Myrick, Rhonda | Driscoll Firm, P.C. | 3:20-cv-06541 |
| 191 | Peace, Tammy | Driscoll Firm, P.C. | 3:20-cv-06542 |
| 192 | Oxendine, Elaine | Driscoll Firm, P.C. | 3:20-cv-06543 |
| 193 | Hines, Earlitha | Driscoll Firm, P.C. | 3:20-cv-06740 |

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 194 | Flores, Veronica | Driscoll Firm, P.C. | 3:20-cv-07537 |
| 195 | Hinrichs, Gayle | Driscoll Firm, P.C. | 3:20-cv-07611 |
| 196 | Johnson, Martha | Driscoll Firm, P.C. | 3:20-cv-07614 |
| 197 | Johnson, Lillie | Driscoll Firm, P.C. | 3:20-cv-07615 |
| 198 | Brock, Clarissa | Driscoll Firm, P.C. | 3:20-cv-07620 |
| 199 | Smith, Barbara I | Driscoll Firm, P.C. | 3:20-cv-07622 |
| 200 | Chambers, Jasmine | Driscoll Firm, P.C. | 3:20-cv-08972 |
| 201 | Dodge, Mary | Driscoll Firm, P.C. | 3:20-cv-09726 |
| 202 | Yeager, Kelli | Driscoll Firm, P.C. | 3:20-cv-09731 |
| 203 | Gordy, Ilda Moralez | Driscoll Firm, P.C. | 3:20-cv-12086 |
| 204 | McDonald, Robin | Driscoll Firm, P.C. | 3:20-cv-12164 |
| 205 | Moore, Katy | Driscoll Firm, P.C. | 3:20-cv-12165 |
| 206 | Vasquez, Norma | Driscoll Firm, P.C. | 3:20-cv-12457 |
| 207 | Fryrear, Tammy | Driscoll Firm, P.C. | 3:20-cv-12536 |
| 208 | Boyle, Misti | Driscoll Firm, P.C. | 3:20-cv-12663 |
| 209 | Garcia, Guadalupe | Driscoll Firm, P.C. | 3:20-cv-12667 |
| 210 | McGuire, Charlotte | Driscoll Firm, P.C. | 3:20-cv-12935 |
| 211 | Pikula, Teri | Driscoll Firm, P.C. | 3:20-cv-13522 |
| 212 | Fernandez, Nicole | Driscoll Firm, P.C. | 3:20-cv-13600 |
| 213 | Esparza, Melissa | Driscoll Firm, P.C. | 3:20-cv-13607 |
| 214 | Assenti, Denise | Driscoll Firm, P.C. | 3:20-cv-13666 |
| 215 | Klein, Kathleen | Driscoll Firm, P.C. | 3:20-cv-13686 |
| 216 | Montez, Eva | Driscoll Firm, P.C. | 3:20-cv-13689 |
| 217 | Rivera, Sandra | Driscoll Firm, P.C. | 3:20-cv-14199 |
| 218 | Patterson, Rickey | Driscoll Firm, P.C. | 3:20-cv-14207 |
| 219 | Judy, Shawn | Driscoll Firm, P.C. | 3:20-cv-14216 |
| 220 | Gardner, Annie | Driscoll Firm, P.C. | 3:20-cv-14223 |
| 221 | Cobb, Mary Jane | Driscoll Firm, P.C. | 3:20-cv-14258 |
| 222 | Watson, Melisa | Driscoll Firm, P.C. | 3:20-cv-14259 |
| 223 | Arambula, Kelsey | Driscoll Firm, P.C. | 3:20-cv-14261 |
| 224 | Santee, Donald | Driscoll Firm, P.C. | 3:20-cv-14267 |
| 225 | Stovall, Kyra | Driscoll Firm, P.C. | 3:20-cv-14273 |
| 226 | Sandoval, Kathie Jo | Driscoll Firm, P.C. | 3:20-cv-15215 |
| 227 | Simmons, Terica | Driscoll Firm, P.C. | 3:20-cv-15220 |
| 228 | Windsor, Carol | Driscoll Firm, P.C. | 3:20-cv-15244 |
| 229 | Johnson, Kellian | Driscoll Firm, P.C. | 3:20-cv-16780 |
| 230 | Ferrer, Giavonna | Driscoll Firm, P.C. | 3:20-cv-17082 |
| 231 | Davis, Brad | Driscoll Firm, P.C. | 3:20-cv-17200 |
| 232 | Clarke, Anthony | Driscoll Firm, P.C. | 3:20-cv-18707 |
| 233 | Copper, Dianne | Driscoll Firm, P.C. | 3:20-cv-18711 |

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 234 | Blevins, Lora | Driscoll Firm, P.C. | 3:20-cv-20422 |
| 235 | Bush, Tresha | Driscoll Firm, P.C. | 3:20-cv-20427 |
| 236 | Harris, Chandra | Driscoll Firm, P.C. | 3:20-cv-20429 |
| 237 | Hunt, Lynette | Driscoll Firm, P.C. | 3:20-cv-20431 |
| 238 | Lewis, Brittany | Driscoll Firm, P.C. | 3:20-cv-20432 |
| 239 | Marchese, Linda | Driscoll Firm, P.C. | 3:20-cv-20440 |
| 240 | Nichols, Lasonia | Driscoll Firm, P.C. | 3:20-cv-20447 |
| 241 | Bertanza, Carol | Driscoll Firm, P.C. | 3:20-cv-20448 |
| 242 | Hoffman, Janell | Driscoll Firm, P.C. | 3:20-cv-20518 |
| 243 | Halvorson, June | Driscoll Firm, P.C. | 3:20-cv-20521 |
| 244 | Berry, Michelle | Driscoll Firm, P.C. | 3:20-cv-20548 |
| 245 | Brady, JoAnn | Driscoll Firm, P.C. | 3:20-cv-20551 |
| 246 | Dyer, Nellie | Driscoll Firm, P.C. | 3:20-cv-20556 |
| 247 | Elswick, Rhonda | Feldman & Pinto | 3:20-cv-05539 |
| 248 | Myers, Halina S | Feldman & Pinto | 3:20-cv-06561 |
| 249 | Wilson, Loretta Anderson | Frazer PLC | 3:20-cv-18464 |
| 250 | Rubido, Oscar | Girardi & Keese | 3:20-cv-13437 |
| 251 | Zanghi, Frances | Goldstein Greco PC | 3:20-cv-00090 |
| 252 | Worsley, Charlotte | Goldstein Greco PC | 3:20-cv-08190 |
| 253 | Shelton, Patricia | Heninger Garrison Davis, LLC | 3:20-cv-06554 |
| 254 | Devargas, Casandra | Holland Law // Mueller Law // Gori Julian & Associates, P.C. | 3:20-cv-00911 |
| 255 | Reed, Dena | Johnson Becker, PLLC | 3:20-cv-17473 |
| 256 | Loo-Lew, Carolyn | Kiesel Law, LLP // LAW OFFICE OF HAYTHAM FARAJ // Martinian & Associates, Inc. | 3:20-cv-00584 |
| 257 | Culver, Barbara A | Kline & Specter, P.C. | 3:20-cv-00384 |
| 258 | Barner, Jessica | Kline & Specter, P.C. | 3:20-cv-06022 |
| 259 | Kerins, Bernadette M | Kline & Specter, P.C. | 3:20-cv-06154 |
| 260 | Krawczyk, Sheryl | Kline & Specter, P.C. | 3:20-cv-07488 |
| 261 | Bollinger, Rebecca | Kline & Specter, P.C. | 3:20-cv-07572 |
| 262 | Robinson, Felicia | Kline & Specter, P.C. | 3:20-cv-08523 |
| 263 | Gonzalez-Sed, Olga M | Kline & Specter, P.C. | 3:20-cv-10063 |
| 264 | Quitter, Patricia A | Kline & Specter, P.C. | 3:20-cv-10361 |
| 265 | Trainor, Taylor N | Kline & Specter, P.C. | 3:20-cv-10417 |
| 266 | Cassel Jr., Joseph T | Kline & Specter, P.C. | 3:20-cv-10442 |
| 267 | O'Laughlin, Linda A | Kline & Specter, P.C. | 3:20-cv-12498 |
| 268 | Kinsey, Sue R | Kline & Specter, P.C. | 3:20-cv-12500 |
| 269 | Chen, James Choi | Kline & Specter, P.C. | 3:20-cv-14652 |
| 270 | Grimstad, Tamara | Kline & Specter, P.C. | 3:20-cv-14684 |

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 271 | Boyle, Patricia Ann | Kline & Specter, P.C. | 3:20-cv-14704 |
| 272 | Bratten, Krystal | Kline & Specter, P.C. | 3:20-cv-14968 |
| 273 | Ahner, Patricia D | Kline & Specter, P.C. | 3:20-cv-15115 |
| 274 | Kelly, Laurie J | Kline & Specter, P.C. | 3:20-cv-15192 |
| 275 | Schuman, Donna C | Kline & Specter, P.C. | 3:20-cv-16433 |
| 276 | Dodge, Susan Kingree | Kline & Specter, P.C. | 3:20-cv-18176 |
| 277 | Napoli, Maria Christina | Knapp & Roberts, P.C. | 3:20-cv-18220 |
| 278 | Sorensen-Bauman, Alice | Larsen Advocates, PC | 3:20-cv-15265 |
| 279 | Plaisance, Marcy Lachney | Law Office of John D. Sileo, LLC | 3:20-cv-10115 |
| 280 | Acker, Ester | Law Offices of Donald G. Norris | 3:20-cv-06836 |
| 281 | Williams, Veronica | Law Offices of Donald G. Norris | 3:20-cv-09993 |
| 282 | Decker Jr., Darryll W | Law Offices of Donald G. Norris | 3:20-cv-09997 |
| 283 | Paluso, Joseph Thomas | Law Offices of Donald G. Norris | 3:20-cv-09998 |
| 284 | Wingfield, Mary | Law Offices of Donald G. Norris | 3:20-cv-10003 |
| 285 | Bunch, Bobby | Law Offices of Donald G. Norris | 3:20-cv-10005 |
| 286 | Davis, Joy D | Law Offices of Donald G. Norris | 3:20-cv-10168 |
| 287 | Jones, Rolene | Law Offices of Donald G. Norris | 3:20-cv-10282 |
| 288 | Johnson, Robert | Law Offices of Donald G. Norris | 3:20-cv-10288 |
| 289 | Jones, Anthony J | Law Offices of Donald G. Norris | 3:20-cv-10332 |
| 290 | Brooks, Ramona | Law Offices of Theida Salazar | 3:20-cv-10348 |
| 291 | Blackmon, Carolyn | Lenze Lawyers, PLC | 3:20-cv-00473 |
| 292 | Williamson, Brandy | Lenze Lawyers, PLC | 3:20-cv-14834 |
| 293 | Higgins, John | Levin Simes Abrams LLP | 3:20-cv-06512 |
| 294 | Beasley, Patricia Ann | Linville Law Group | 3:20-cv-07469 |
| 295 | Salgado, Carmela | Mary Alexander & Associates, P.C. | 3:20-cv-17795 |
| 296 | Morrison, Gerald | McSweeney/Langevin, LLC | 3:20-cv-01641 |
| 297 | Janzen, Tom | Meshbesher & Spence, Ltd. | 3:20-cv-15191 |
| 298 | St. Pierre, Marielle | Morrell Law Firm, PLLC | 3:20-cv-08662 |
| 299 | Bolger, Dennis | Phillies Worthington and Allen | 3:20-cv-12389 |
| 300 | Daly, Sianead | Phillips & Paolicelli, LLP | 3:20-cv-09084 |
| 301 | Bocko, Donna | Potts Law Firm | 3:20-cv-01322 |
| 302 | Zirbel, Dianne | Potts Law Firm | 3:20-cv-01326 |
| 303 | Hatfield, Teresa | Potts Law Firm | 3:20-cv-18736 |
| 304 | Bush, Margaret | Pribanic & Pribanic, LLC | 3:20-cv-03407 |
| 305 | Lunardini, Gary | Pribanic & Pribanic, LLC | 3:20-cv-05545 |
| 306 | Fagan, Philip R., Jr. | Pribanic & Pribanic, LLC | 3:20-cv-06283 |
| 307 | Bell, Barbara | Pribanic & Pribanic, LLC | 3:20-cv-12791 |
| 308 | Worrall, James | Pro se | 3:20-cv-01152 |

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 309 | Williams, Kirk et al | Pro se | 3:20-cv-20423 |
| 310 | Orah, Debra | Provost Umphrey Law Firm | 3:20-cv-01732 |
| 311 | Lasneski, Dale | Provost Umphrey Law Firm | 3:20-cv-12679 |
| 312 | Ehrenborg, Jeannette | Rappaport, Glass, Levine & Zullo | 3:20-cv-05857 |
| 313 | Thompson, Helen | Rappaport, Glass, Levine & Zullo | 3:20-cv-05863 |
| 314 | Ortolano, Nance | Reich & Binstock, LLP | 3:20-cv-03016 |
| 315 | White, Marsha | Reich & Binstock, LLP | 3:20-cv-03018 |
| 316 | Edlund, Judy | Reich & Binstock, LLP | 3:20-cv-03034 |
| 317 | Lester, Deborah | Reich & Binstock, LLP | 3:20-cv-03037 |
| 318 | Overton, Toni | Reich & Binstock, LLP | 3:20-cv-03038 |
| 319 | Madaj-Berger, Judith | Reich & Binstock, LLP | 3:20-cv-03040 |
| 320 | Derbyshire, Aimee | Reich & Binstock, LLP | 3:20-cv-03042 |
| 321 | Ouellette, Maria | Reich & Binstock, LLP | 3:20-cv-03043 |
| 322 | Bolstad, Deborah | Reich & Binstock, LLP | 3:20-cv-05667 |
| 323 | Hatterman, Pat | Reich & Binstock, LLP | 3:20-cv-05669 |
| 324 | Smith, Sandra | Reich & Binstock, LLP | 3:20-cv-05671 |
| 325 | Batchelor, Brenda | Reich & Binstock, LLP | 3:20-cv-05672 |
| 326 | Johnson, Lydia | Reich & Binstock, LLP | 3:20-cv-05674 |
| 327 | Holder, Rosetta | Reich & Binstock, LLP | 3:20-cv-05677 |
| 328 | Bailey, Hilda | Reich & Binstock, LLP | 3:20-cv-05681 |
| 329 | Ebrahimi, Patricia | Reich & Binstock, LLP | 3:20-cv-05685 |
| 330 | Pickett, Janice | Reich & Binstock, LLP | 3:20-cv-05688 |
| 331 | Eaton, Nancy May | Ross Law Offices, P.C. | 3:20-cv-00499 |
| 332 | Karahalis, Paula | Ross Law Offices, P.C. | 3:20-cv-04994 |
| 333 | Kelley, Bruce Lewin | Ross Law Offices, P.C. | 3:20-cv-05737 |
| 334 | Parker, Jami | Sanders Phillips Grossman, LLC | 3:20-cv-03684 |
| 335 | Duran, III, Hector D | Shaw Cowart, LLP | 3:20-cv-01471 |
| 336 | Ferguson, Thomas J | Sill Law Group, PLLC | 3:20-cv-11783 |
| 337 | Dotson, Maria | Simmons Hanly Conroy | 3:20-cv-10755 |
| 338 | Keefover, Betty | Slater, Slater, Schulman, LLP | 3:20-cv-09333 |
| 339 | Jones, Shannon | Slater, Slater, Schulman, LLP | 3:20-cv-12138 |
| 340 | McElmurray, Krystal R | Slater, Slater, Schulman, LLP | 3:20-cv-13724 |
| 341 | Flores, Anamaria | Slater, Slater, Schulman, LLP | 3:20-cv-15529 |
| 342 | Keller, Melanie | Slater, Slater, Schulman, LLP | 3:20-cv-16158 |
| 343 | Woods, Ruby | Sweet & Associates | 3:20-cv-07935 |
| 344 | Hicks, Ruby | Sweet & Associates | 3:20-cv-07954 |
| 345 | Hamilton, Marian | Sweet & Associates | 3:20-cv-07956 |
| 346 | Dent, Maria | Sweet & Associates | 3:20-cv-07965 |

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 347 | Dent, Annie | Sweet & Associates | 3:20-cv-08013 |
| 348 | Hardy, Evelyn | Sweet & Associates | 3:20-cv-08031 |
| 349 | Anyanw, Cathryn | Sweet & Associates | 3:20-cv-08048 |
| 350 | Barnett, Glenda | The Benton Law FIrm, PLLC | 3:20-cv-12845 |
| 351 | Merry, Wanda | The Benton Law FIrm, PLLC | 3:20-cv-13052 |
| 352 | Gandy, Elvin | The Benton Law FIrm, PLLC | 3:20-cv-13469 |
| 353 | Maples, Reinesha | The Benton Law FIrm, PLLC | 3:20-cv-14388 |
| 354 | Hauser, Kenneth | The Benton Law FIrm, PLLC | 3:20-cv-15028 |
| 355 | Rousseau, Deborah | The Benton Law FIrm, PLLC | 3:20-cv-15059 |
| 356 | Green, Joseph | The Benton Law FIrm, PLLC | 3:20-cv-15074 |
| 357 | Mendez, Shirley | The Benton Law FIrm, PLLC | 3:20-cv-15647 |
| 358 | Singleton-Gaboian, Linda | The Benton Law FIrm, PLLC | 3:20-cv-15911 |
| 359 | San Nicolas, Diana | The Benton Law FIrm, PLLC | 3:20-cv-16446 |
| 360 | Ratliff, Robyn | The Benton Law FIrm, PLLC | 3:20-cv-18391 |
| 361 | Mata, Elvia | The Benton Law FIrm, PLLC | 3:20-cv-18584 |
| 362 | Wyatt, Carla | The Cuffie Law Firm | 3:20-cv-20718 |
| 363 | Rios, Dwayne | The Diaz Law Firm, PLLC | 3:20-cv-06183 |
| 364 | Stephens, Krissandra | The Driscoll Firm, LLC | 3:20-cv-03324 |
| 365 | Green, Jennifer | The Driscoll Firm, LLC | 3:20-cv-05386 |
| 366 | Perez, Mary | The Driscoll Firm, LLC | 3:20-cv-05393 |
| 367 | Witter, Deborah | The Driscoll Firm, LLC | 3:20-cv-05395 |
| 368 | Segui, Alyssa | The Driscoll Firm, LLC | 3:20-cv-05400 |
| 369 | Simmons | The Driscoll Firm, LLC | 3:20-cv-14264 |
| 370 | Hudson-Givens, Lydia | The Dunken Law Firm | 3:20-cv-09017 |
| 371 | Richardson, Lucy | The Ferraro Law Firm, P.A. | 3:20-cv-00047 |
| 372 | Musseau, Catherine | The Ferraro Law Firm, P.A. | 3:20-cv-14752 |
| 373 | Loomis, Jennie | The Freeman Law Firm | 3:20-cv-14538 |
| 374 | Meyers, Lucille | The Freeman Law Firm | 3:20-cv-14603 |
| 375 | Getty, Deena | The Segal Law Firm | 3:20-cv-12727 |
| 376 | Shull, Kimeri | The Segal Law Firm | 3:20-cv-14963 |
| 377 | Crockett-Turner, Sharon | The Segal Law Firm | 3:20-cv-15576 |
| 378 | Oberg, Deborah A | The Segal Law Firm | 3:20-cv-15915 |
| 379 | Smith, Tarnasha | The Segal Law Firm | 3:20-cv-16263 |
| 380 | Payton, Kenneth | The Segal Law Firm | 3:20-cv-16355 |
| 381 | Swope, James W | The Segal Law Firm | 3:20-cv-16408 |
| 382 | Brown, Shirlene D | The Segal Law Firm | 3:20-cv-17022 |
| 383 | Williams, Shavonne | The Segal Law Firm | 3:20-cv-17041 |
| 384 | Daniels, Frederica | The Segal Law Firm | 3:20-cv-17060 |
| 385 | Farrar, Patricia E | The Segal Law Firm | 3:20-cv-17067 |
| 386 | Brown, Kimberly D | The Segal Law Firm | 3:20-cv-18362 |

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 387 | Dawson, Pamela | The Segal Law Firm | 3:20-cv-18396 |
| 388 | Butler, Laura | The Segal Law Firm | 3:20-cv-18507 |
| 389 | Bogard, Teresa | The Segal Law Firm | 3:20-cv-18620 |
| 390 | White, Erica | The Segal Law Firm | 3:20-cv-18673 |
| 391 | Jeffries, Joan | The Segal Law Firm | 3:20-cv-19169 |
| 392 | Bader, Dawn | The Segal Law Firm | 3:20-cv-19544 |
| 393 | Jordan, LaKisha | The Segal Law Firm | 3:20-cv-19615 |
| 394 | Person, Tranetta | The Segal Law Firm | 3:20-cv-20218 |
| 395 | Mapp, Virginia B | The Segal Law Firm | 3:20-cv-20224 |
| 396 | Sasala, Shannon | The Segal Law Firm | 3:20-cv-20244 |
| 397 | Hayes, Roxanne | The Whitehead Law Firm, LLC | 3:20-cv-10125 |
| 398 | Price, Forest A | The Whitehead Law Firm, LLC | 3:20-cv-13188 |
| 399 | Whitehead, John | Thornton Law Firm LLP | 3:20-cv-02633 |
| 400 | Osborne, Janice | TorHoerman Law LLC | 3:20-cv-20245 |
| 401 | Carnley, Steve | Wexler Wallace LLP | 3:20-cv-09665 |