# Exhibit D

Page 1

```
             SUPERIOR COURT OF NEW JERSEY
             LAW DIVISION: MIDDLESEX COUNTY
             DOCKET NO. MID-2912-17AS
             APPELLATE DOCKET NO._____

RICARDO RIMONDI AND PILAR RIMONDI,    )
                                      )
                                      )
              Plaintiffs,             )
                                      ) TRANSCRIPT
    v.                                ) OF
                                      ) TRIAL
BASF CATALYSTS LLC, et al.,           )
                                      )
              Defendants.             )
_____       )
                                      )

             Place:  Middlesex County Courthouse
                     56 Paterson Street
                     New Brunswick, New Jersey  08903
             Date:  Tuesday, March 5, 2019
                    (Volume 1 of 2)
                    (Pages 1 - 200)
BEFORE:
   HON. ANA C. VISCOMI, J.S.C. and JURY

TRANSCRIPT ORDERED BY:
   ALLISON BROWN, ESQ.
   WEIL, GOTSHAL & MANGES LLP


                ANDREA F. NOCKS, CCR, CRR
                PRIORITY ONE
                290 West Mount Pleasant Avenue
                Livingston, New Jersey  07039
                (718) 983-1234
                E-mail:  p1steno@veritext.com
Job No. NJ3249822
```

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

```
 1   APPEARANCES:
 2      MARK A. LINDER, ESQ.
        JOSEPH N. COTILLETTA, ESQ.
 3      LEYDYLUZ SYMPHORIEN-RESTREPO, ESQ.
        MONICA COOPER, ESQ.
 4      THE LANIER FIRM
        Attorneys for Plaintiffs
 5
 6      ALLISON BROWN, ESQ.
        WEIL, GOTSHAL & MANGES LLP
 7      -and-
        MORTON DONALD DUBIN, II, ESQ.
 8      KEVIN HYNES, ESQ.
        ORRICK, HERRINGTON & SUTCLIFFE LLP
 9      Attorneys for Defendants,
        Johnson & Johnson, and
10      Johnson & Johnson Consumer, Inc.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 140

1      Q    But now, for example, you've done some PLM
2  work without concentration on Johnson & Johnson
3  products, right?
4  A    That is correct.
5      Q    So no bias in that against finding
6  chrysotile, right?
7  A    Yes, sir.  There is some.
8      Q    Okay.  Because there may be a thin fiber?
9  A    Yes, sir.  It's harder to see chrysotile by PLM at
10 these concentrations.
11     Q    But certainly you no longer have the issue of
12 heavy density separation, right?
13 A    That is correct.
14     Q    And you still didn't find chrysotile, right?
15 A    No.  We haven't seen it.
16     Q    And with respect to TEM work, you said there
17 are some limitations for looking at, for chrysotile,
18 with PLM; you could, if you wanted to, do TEM work
19 without concentration to see if there's any chrysotile
20 that you can find in any Johnson & Johnson products,
21 right?
22 A    Within the limitations of the detection limit,
23 that's correct.
24     Q    And you have simply chosen not to do that
25 analysis?

Page 141

```
 1   A    That's correct.  Not yet.
 2        Q    So to be clear, when we see documents,
 3   plaintiffs have presented documents that chrysotile is
 4   in Johnson & Johnson, you, the expert, as the expert
 5   coming to testify for them, have not done TEM work
 6   without concentration in order to check whether
 7   chrysotile is really in this product, right?
 8   A    That is correct.
 9        Q    So let's now talk about amphiboles.  And if
10   we go to slide 7, I blocked those out a little bit.
11             So now I've separated out the amphibole types
12   from the -- chrysotile is a serpentine mineral, right?
13   A    That is correct.
14        Q    And amphibole, the word amphibole does not
15   mean asbestos, correct?
16   A    Does not.
17        Q    And you'll see here that for some of the
18   amphiboles, the amphibole asbestos types are listed on
19   the left.  For some of the amphiboles there are special
20   names when the amphibole occurs in its asbestos-form,
21   correct?
22   A    Correct.
23        Q    So like riebeckite is the non-asbestos
24   version of crocidolite, just as an example?
25   A    That is correct.
```

Page 200

1              CERTIFICATION
2
3         I, ANDREA F. NOCKS, C.S.R., License Number
4    30XI00157300, an Certified Court Reporter in and for the
5    State of New Jersey, do hereby certify the foregoing to
6    be prepared in full compliance with the current
7    Transcript Format for Judicial Proceedings and is a true
8    and accurate non-compressed transcript to the
9    Best of my knowledge and ability.
10
11   *Andrea Nocks CCR CRR*
12   ANDREA F. NOCKS                         March 5, 2019
13   CERTIFIED COURT REPORTER                DATE
14   MIDDLESEX COUNTY COURTHOUSE