# Exhibit E

*Certified Copy*

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

TRACEY YVETTE YOUNG, et al.,  )
                              )
              Plaintiffs,     )
                              )  Case No.
        vs.                   )
                              )  1522-CC09728-02
JOHNSON & JOHNSON; JOHNSON &  )
JOHNSON CONSUMER COMPANIES,   )
INC.; and IMERYS TALC         )
AMERICA, INC., f/k/a          )
LUZENAC AMERICA, INC.,        )
                              )
              Defendants.     )
_____)

VIDEO-RECORDED DEPOSITION OF

WILLIAM E. LONGO, PhD

January 25, 2019

9:24 a.m.

11555 Medlock Bridge Road
Suite 100
Johns Creek, Georgia

Debra R. Luther, RMR, CRR, CCR-B-881

*Atlanta Reporters, Inc.*
Georgia Certified Court Reporters
866-344-0459

1   or is it MAS generally?  I can't remember.
2             MR. CIRSCH:  Object to form.
3             THE WITNESS:  I don't know.  I'd have to
4       look at the affidavit.
5        Q.    (By Mr. Ewald)  Separate from the
6   affidavit, do you have an estimate about how many
7   products you have personally tested for the presence
8   of asbestos over your career?
9        A.    That I've personally tested?
10       Q.    Personally tested.
11       A.    Over my career?
12       Q.    Yes.
13       A.    Thousands.
14       Q.    And how many of those occasions involved
15  you analyzing the sample using PLM?
16       A.    Not any, that I'm aware of.  Those would
17  all be TEM analysis.
18       Q.    Have you ever personally analyzed a sample
19  for the presence of asbestos using PLM?
20       A.    From start to finish?  No.
21       Q.    What training, if any, do you have with
22  respect to using PLM to analyze samples for the
23  presence of asbestos?
24       A.    I mean, besides understanding the
25  procedure that's used and why you do the different --

1  how you gather the information for their refractive
2  indices, the elongation, the dispersion staining, the
3  procedure that's used and periodically will be asked
4  by one of the analysts to take a look at this, what
5  do you think, but I don't routinely -- I don't do PLM
6  analysis.
7       Q.    How did you obtain the knowledge that you
8  do have with respect to PLM?
9       A.    Well, over the years as a materials
10 scientist, optical microscopy is one of the
11 techniques that I have used to look at and identify
12 things of interest, and as a PhD in materials science
13 and as somebody who has used optical microscopes
14 routinely and polarized light for looking at, I
15 understand the principles of how it's done.  I guess
16 that's what PhDs do.
17      Q.    For the PLM testing for this January 2019
18 report, do you have an understanding of what the
19 analyst did to differentiate between
20 tremolite/actinolite on one hand and anthophyllite on
21 the other?
22      A.    The refractive indices, the extinction
23 angle, which anthophyllite will go extinct parallel,
24 depending on where the fibers are perpendicular,
25 where tremolite/actinolite is oblique, and under

127

C E R T I F I C A T E

STATE OF GEORGIA:

COUNTY OF GWINNETT:

    I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 126 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

    This, the 26th day of January 2019.

_____
DEBRA R. LUTHER, B-881
Georgia Certified Court Reporter