# Exhibit L

Case 3:16-md-02738-MAS-RLS   Document 32872-14   Filed 07/01/24   Page 2 of 11 PageID: 188478

DR. WILLIAM LONGO, on 03/03/2023                                            Page 1
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Page 1

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                       COUNTY OF ALAMEDA

 3
     ANTHONY HERNANDEZ VALADEZ,         ) Case No. 22CV012759
 4                                      )
                    Plaintiff,          )
 5                                      )
     vs.                                )   Certified Transcript
 6                                      )
     JOHNSON & JOHNSON; ALBERTSONS      )
 7   COMPANIES, INC., individually, and )
     as successor-in-interest, parent,  )
 8   alter ego and equitable trustee    )
     LUCKY STORES, INC.; LUCKY STORES,  )
 9   INC.; SAFEWAY INC.; SAVE MART      )
     SUPERMARKETS, individually, and    )
10   as successor-in-interest, parent,  )
     alter ego and equitable trustee of )
11   LUCKY STORES, INC.; TARGET         ) (Pages 1-114)
     CORPORATION; WALMART INC.; and     )
12   FIRST DOE through ONE-HUNDREDTH DOE,)
                                        )
13                  Defendants.         )
     _____)
14

15

16

17

18    REMOTE VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

19                    DR. WILLIAM LONGO

20                  Friday, March 3, 2023

21

22

23

24
        Reported by: John Fahrenwald, CA CSR 14369, RPR
25      _____
```

Case 3:16-md-02738-MAS-RLS    Document 32872-14    Filed 07/01/24    Page 3 of 11 PageID: 188479

DR. WILLIAM LONGO, on 03/03/2023                                                                Pages 2–5
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

## Page 2

```
 1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                  COUNTY OF ALAMEDA
 3
   ANTHONY HERNANDEZ VALADEZ,       ) Case No. 22CV012759
 4                                  )
                 Plaintiff,         )
 5                                  )
   vs.                              )
 6                                  )
   JOHNSON & JOHNSON; ALBERTSONS    )
 7 COMPANIES, INC., individually, and )
   as successor-in-interest, parent,  )
 8 alter ego and equitable trustee   )
   LUCKY STORES, INC.; LUCKY STORES, )
 9 INC.; SAFEWAY INC.; SAVE MART     )
   SUPERMARKETS, individually, and   )
10 as successor-in-interest, parent, )
   alter ego and equitable trustee of)
11 LUCKY STORES, INC.; TARGET        )
   CORPORATION; WALMART INC.; and    )
12 FIRST DOE through ONE-HUNDREDTH DOE,)
                                    )
13               Defendants.        )
   _____)
14
15
16
17        Remote Videotaped Videoconference Deposition of
18 deponent DR. WILLIAM LONGO, taken on behalf of the
19 defendants, commencing at 10:43 a.m., Eastern Standard
20 Time, Friday, March 3, 2023, before Reporter John
21 Fahrenwald, Certified Shorthand Reporter for the State of
22 California, CSR No. 14369, RPR.
23
24
25
```

## Page 3

```
 1 APPEARANCES:
 2
 3 FOR THE PLAINTIFF:
 4     BY:  IAN WILFRED ALIDO RIVAMONTE, ESQ.
            Kazan, McClain, Satterley & Greenwood
 5          55 Harrison Street, Suite 400
            Oakland, CA 94607-3858
 6          Phone: 510-302-1000
            Fax: 510-835-4913
 7          irivamonte@kazanlaw.com
 8
 9 FOR THE DEFENDANTS:  JOHNSON & JOHNSON
10     BY:  MORTON D. DUBIN, II, ESQ.
            King & Spalding LLP
11          1185 Avenue of the Americas, Floor 34
            New York, NY 10036
12          Phone: 212-790-5343
            mdubin@kslaw.com
13
14
15 FOR THE DEFENDANTS:  ALBERTSONS COMPANIES, INC., SAFEWAY INC.,
                        LUCKY STORES, LLC, SAVE MART SUPERMARKETS,
16                      LLC, TARGET CORPORATION and WALMART INC.
17     BY:  MITCHELL R. CHARCHALIS, ESQ.
            Barnes & Thornburg, LLP
18          390 Madison Avenue, Floor 12
            New York, NY 10017-2509
19          Phone: 310-284-3768
            Fax: 646-746-2001
20          mcharchalis@btlaw.com
21
22
23 ALSO PRESENT:  Michael Saito, videographer
24
25
```

## Page 4

```
 1                          INDEX
 2
 3 DEPONENT                                             PAGE
 4 DR. WILLIAM LONGO
      Examination by MR. DUBIN                           6
 5    Examination by MR. CHARCHALIS                     96
 6
 7
 8
 9 EXHIBITS                                             PAGE
10 No.  1  Deposition notice                             6
11 No.  2  MASSG210 Calidria documents                   7
12 No.  3  Su affidavit                                 17
13 No.  4  Slides                                       22
14 No.  5  Valadez report                               74
15 No.  6  Chinese Johnson & Johnson report             74
16 No.  7  Gunter supplemental report                   74
17 No.  8  Dr. Su's staining article                    74
18 No.  9  Photo                                        82
19 No. 10  Photo                                        82
20 No. 11  Witness declaration                          84
21 No. 12  Chart                                       113
22
23
24
25
```

## Page 5

```
 1                  SUWANEE, GEORGIA
 2                  MARCH 3, 2023
 3                  10:43 A.M., EST
 4
 5        VIDEOGRAPHER:  We are now recording and on the
 6 record.  My name is Michael Saito.  I'm a legal video
 7 specialist for iDepo Reporters.
 8        Our business address is 898 North Pacific Coast
 9 Highway, Suite 475, El Segundo, California, 90245.
10        I'm not related to any party in this action,
11 nor am I financially interested in the outcome in any way.
12        Today is March 3rd, 2023, and the time is
13 7:43 a.m., Pacific Time.
14        This is the deposition of Dr. William Longo in the
15 matter of Anthony Hernandez Valadez, plaintiff,
16 versus Johnson & Johnson, et al, defendants, in the Superior
17 Court of the State of California, County of Alameda.  And
18 the Case No. is 22CV012759.
19        This deposition is being taken via videoconference
20 on behalf of the defendant.  The court reporter is John
21 Fahrenwald of iDepo Reporters.
22        Counsel will state their appearances.
23        MR. DUBIN:  Well, my name is Morton Dubin from
24 King & Spalding.  I represent the Johnson & Johnson-related
25 defendants in this case.
```

Case 3:16-md-02738-MAS-RLS    Document 32872-14    Filed 07/01/24    Page 4 of 11
PageID: 188480

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.
Pages 14–17

Page 14

1  number that you're talking about, is that yardstick, a
2  number that is representing ambient or background exposure
3  during the course of the person's life?  Is that what it is
4  intending to represent?
5      A.  No.  It's intended to represent is, if you're
6  going to make up -- not make up a number -- but if you're
7  going to use an artificial background, this would be one
8  that ATSDR published in, I think, 2000 or 2001, something
9  like that.
10      Q.  Well, we've talked about background before.  So
11  I'm going to move on to some more specific stuff.
12          Now, as I understand it, you switched PLM machines
13  and microscopes and a camera at some point since your older
14  Johnson & Johnson reports?
15      A.  Yes.
16      Q.  Okay.  And when did you do that?
17      A.  About two years ago.
18      Q.  Okay.
19      A.  Or so.
20      Q.  Is the analysis that you did of the bottle in this
21  case, the Valadez case, the only bottle that -- sorry -- the
22  only time you've used the new PLM microscope and camera to
23  analyze Johnson & Johnson?
24      A.  I believe so because we really haven't
25  been analyzing Johnson & Johnson for a while.  I can't think

Page 15

1  of any Johnson & Johnsons that may have been analyzed with
2  these new scopes.
3      Q.  Okay.  And as we -- we'll discuss, you've changed
4  from a 1550 oil to a 1560 oil.  Correct?
5      A.  Yes.
6      Q.  And why did you make that change?
7      A.  Well, we had been criticized, I think, by
8  Dr. Sanchez, by Segrave that we should be going through a
9  higher refractive indices fluid to validate what we're
10  doing.
11          And then Dr. Su's published paper came out in The
12  Microscope and that was a recommendation in that paper that
13  we -- well, he had like a litigation and whatever and said
14  that if you should pick the refractive indices fluids for
15  the alpha and gamma for where you're ending up in; meaning,
16  you know, if your gamma is ending up in the 1.560 to 1.567,
17  which we're seeing a lot of, get a refractive indices fluid
18  that's specifically in that area.  So the 1.560 covers that.
19      Q.  And what is the effect on the colors that you are
20  viewing if you change from a 1550 oil to a 1560 oil?  And
21  I'm not asking about specific to your analyses here.  I'm
22  asking as a general matter, what will you expect to see
23  happen to the colors?
24      A.  It changes the colors.  I didn't know what I was
25  expecting to see, but it changed the colors from this

Page 16

1  yellow-gold in the gamma direction, to more of a -- I would
2  call it a reddish-gold, brownish-gold-type color.  So it's
3  essentially eliminates the yellow.
4      Q.  Right.  Well, we can talk about it.  In other
5  words, so it will push the colors that you're seeing -- for
6  example, shift them away from brighter yellows.  It will
7  shift it more towards the magentas or the blues as a matter
8  of optical properties.  Right?
9      A.  I didn't say that.
10      Q.  Okay.
11      A.  We're already in the blues most of the time on the
12  alpha direction, if you look at most of our stuff.  Alpha
13  direction was typically in the blues.
14          And it shifted it from a dull yellowish-gold color
15  to more of a reddish-gold, but not down to magenta.
16      Q.  Okay.  I'm not asking you about what you're
17  finding.  We're going to do that.
18          What I'm asking you about is the effect of
19  changing the oil.
20          (Simultaneous speaking.)
21      A.  But your question seemed to suggest that it was
22  pushing it down in the magenta and blues and it was already
23  in the blues.
24          And, no, it's not pushing it all the way down to
25  the magenta.  That's 1866b large bundles.

Page 17

1  That's not going to happen with this.
2      Q.  We'll talk.  Maybe we can do this while we're
3  looking at something to make it easier.  And let me -- I
4  want to look at some slides.  We can use them to talk about
5  some of these issues.
6          But before we get there, I want to ask you a
7  little bit about the Su affidavit.  I've know you've been
8  asked about this a bunch.  It will be Exhibit 3.  Let me
9  pull that up.
10          (Exhibit No. 3 was marked for identification.)
11      Q.  (BY MR. DUBIN:) As a general matter with a camera,
12  when you take an image of something, an image may or may not
13  match what your eye is seeing.  Correct?
14      A.  Correct.
15      Q.  Okay.  And with respect to your older work for
16  Johnson & Johnson, is it your view that the images that you
17  have provided and have shown to juries match what the
18  analyst would see under the microscope?
19      A.  You have to define "match."  You mean like
20  identical?
21      Q.  Well, as close as possible.
22      A.  The images we take are probably pretty close.
23  Some of them may match, some of them may be slightly off.
24      Q.  Okay.
25      A.  It just depends on -- but usually what people are

Case 3:16-md-02738-MAS-RLS   Document 32872-14   Filed 07/01/24   Page 5 of 11
PageID: 188481

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.
Pages 30–33

Page 30

1  range -- not so much in a range -- to help the colors.
2  Q. Okay.
3  A. So I don't know the whole definition of it
4  anymore.
5  Q. Okay.
6  A. But it seems to be the new -- I should look it up
7  to get it exactly because it seems to be the new question
8  for depositions.
9  Q. If images aren't appropriately white balanced,
10  they can either appear too yellow or they can appear too
11  blue. Correct?
12  A. I don't know. I don't know how correct -- you
13  know, this is an older one than this is a -- you have more
14  yellows in this because you're using a tungsten lightbulb in
15  the microscopes and the new ones are LED, so you don't have
16  any white balance problems.
17     And this wasn't really ever a problem because the
18  conditions of these for chrysotile and the fibrous talc were
19  the same. So it's not changing anything here when you're
20  comparing the apples to apples versus comparing apples to
21  oranges.
22  Q. So my understanding now is that you're saying that
23  these images appear more yellow because of tungsten lighting
24  that was used in them in the older microscope?
25  A. Yeah, it's like a yellow light -- not a yellow

Page 31

1  light, but it has yellow in it. And I think all our
2  photographs, going back to the last, you know, 30 years were
3  using those type of microscopes.
4  Q. Do you know whether the camera that you were using
5  at that time, whether it had a feature that would allow you
6  to white balance to compensate for that tungsten lighting?
7  A. Not to the degree it completely removes it.
8  Because when you compare these to the LED photographs, you
9  don't have the yellow like this.
10  Q. Okay. And when we're looking at this, for
11  example, let's look at the parallel. You have a structure
12  that you've identified here as chrysotile. Right?
13  A. Correct.
14  Q. Okay. And then what are these larger, rounder
15  structures?
16  A. Platy talc.
17  Q. Okay. And platy talc, because it's not in an
18  elongated form, however you move it, it's going to retain
19  the same refractive index? In other words it will always --
20  it will stay the same color, by and large?
21  A. Yes.
22  Q. And so if we look at the next slide -- so one of
23  the things you can do, will you agree with me, to see
24  whether or not something is appropriately white balanced is
25  to look at something in the image that you know -- where you

Page 32

1  know what color it should be. Right?
2  A. I guess. I mean, we're typically not taking
3  pictures of owls, so I don't really have an opinion about
4  your -- here one way or the other.
5  Q. Let me just make sure we get the point. So on the
6  left here, you've got an owl that's slightly blue. Right?
7     And on the right --
8  A. Well, slightly blue. You've got like a blue tint
9  to the -- to the -- to the leaves. You got a blue tint to
10  the wood they've got the owl standing on. So you've white
11  balanced it and you've taken this picture. I just don't
12  recall what was done with the older Olympus with that camera
13  on it. It may well have been white balanced. I'd just have
14  to check on that.
15  Q. Well, the point is, you know, if I wanted to know:
16  Am I looking at a picture of a real blue owl, one thing I
17  could do is I could look and see, oh, wait am I also getting
18  a tint on the leaves which I know should be green. Right?
19  A. If you're looking at white owl and that's what
20  shows up, I guess you're correct.
21  Q. So if we go to the next slide -- so these are some
22  PLM images in the same refractive index oil from Mr. Poye
23  and Dr. Sanchez's lab. And you can see that they're a
24  substantially different color than your old image of
25  Johnson & Johnson. Right?

Page 33

1  A. They're substantially different from each other.
2  Q. The talc is much brighter in both these images.
3  Right?
4  A. No. I mean, one is kind of grayish, and the other
5  one's got some yellow for the talc and more whitish. So I
6  don't -- you know, it's not the pictures we took, so I
7  really don't have an opinion one way or the other on these.
8     You can get Dr. Sanchez and Mr. Poye come in and
9  testify about what are the conditions here? Oh, that's
10  right Mr. Poye is not a PLM person. I guess Dr. Sanchez can
11  fill in what you're looking for.
12  Q. Well, why don't you tell me. If you look at
13  talc -- just talk about talc plates -- under a PLM
14  microscope in your laboratory, what do they look like?
15  A. I can't compare mine to these. These are not
16  photographs -- I don't think I've seen before, so I really
17  don't have an opinion, one way or the others, on these.
18  Q. I'm not asking about these images. I'm asking
19  you: When you look at talc under your PLM microscope, what
20  does it look like?
21     MR. RIVAMONTE: Vague and overbroad.
22  Q. (BY MR. DUBIN:) To your eye. Forget images now.
23     What does it look like to your eye?
24  A. Well, here's the SG210 in talc, it looks like
25  this. At times. Other times it can look more -- where you

Case 3:16-md-02738-MAS-RLS  Document 32872-14  Filed 07/01/24  Page 6 of 11
PageID: 188482

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.
Pages 38–41

### Page 38

1 sense.
2 Q. Talc in parallel will be the same color as a talc
3 plait. Correct?
4 A. That makes no sense.
5     MR. RIVAMONTE: Overbroad.
6     THE WITNESS: I don't understand the question.
7 Q. (BY MR. DUBIN:) You don't understand the question?
8 Well, what would be -- how would you compare the color of
9 talc in parallel -- elongated talc in parallel and the color
10 of talc plates?
11 A. They're completely different.
12 Q. They're completely different colors?
13 A. Again, I point you back to the white areas. Or I
14 point you to a lot of examples where we have, you know,
15 intergrowth between a fibrous elongated talc on one side and
16 chrysotile on the other side. They're completely different.
17 And we don't even look at that. They're not -- these big
18 plates -- those plate aren't fibrous.
19     You want to take the colors of what we're seeing
20 there and then say, well it's the same color.
21     Then if you look over in elongation, are you
22 seeing -- I mean in gamma, look how different that color is.
23 Q. And --
24 A. We've got the dark blue to extinction. Talc
25 doesn't do that.

### Page 39

1 Q. We can talk about perpendicular in a second. In
2 parallel -- you're selling me that in parallel, talc plates
3 and an elongated talc piece will not be the same color?
4     MR. RIVAMONTE: Misstates testimony.
5 Q. (BY MR. DUBIN:) Are they the same or not the same?
6 A. Well, which ones do you want to point to?
7 Q. I'm looking at one in parallel.
8 A. I'm looking at a whole range of colors, but I'm
9 not seeing anything that meets the criteria for a fibrous
10 bundle.
11 Q. I'm not --
12 A. So it's -- we're arguing -- we're debating over
13 this color when it has no useful ending to it other than a
14 talking point on your hat.
15     Now I've answered the question. We need to move
16 on.
17 Q. Can you tell me what the refractive index of a
18 talc plate is?
19     MR. RIVAMONTE: Vague and overbroad.
20     THE WITNESS: I would say the majority of them
21 there, you know, are down in the 1. -- 1.5 -- maybe 1.55 --
22 1.558 or something like that. I don't know. I'd have to
23 go -- I'd need to be looking in the microscope and look at
24 the chart.
25     What I do know is platy talc is not fibrous, so

### Page 40

1 it's not in the equation. And what I do know, if I look
2 over in the alpha, we don't see any blues. And if I look at
3 what is in perpendicular on that big structure up in the
4 left-hand corner, where I say, this is a -- this is a
5 talc -- talc plates on edge right there or this is fibrous
6 talc, and that's now -- in the left-hand side, that's in the
7 alpha direction, and you can't see such a blue on the end.
8 It's real bright.
9     And then on the right-hand side, now it's in the
10 parallel direction and you still got the white. That's out
11 of the range of all the refractive indices. I mean, you're
12 looking at greater than 1.590.
13     And on the other side, you're looking, less than
14 1.535.
15 Q. All right. Let's see if we can -- we'll come back
16 to this issue in a second. Let's go to the next. Let's go
17 to Slide 16.
18     Typical guidance on how this birefringence value
19 should be calculated if we take the highest parallel,
20 meaning the brightest color, and the lowest perpendicular.
21 Correct? That's how birefringence in the published
22 literature is calculated. Correct?
23 A. No. And no.
24 Q. Okay.
25 A. Not calculated at all. If you actually to

### Page 41

1 published literature -- and I don't know what published
2 literature you're talking about -- but the ISO method has
3 you look at a -- the Michel-Levy charts.
4     You're right. You want to go to the lowest
5 matching wavelength and the highest, but you're not
6 calculating anything. You're just making a general
7 guesstimate.
8     If you go to Deer, Howie and Zussman and you look
9 at all their mineral data, every one of them will have a
10 range and will have a calculated birefringence just like we
11 do it.
12     If you go to the R93 in Table 2.2 and look at the
13 references for chrysotile and look at the references for
14 fibrous talc, you will see that they calculate the
15 birefringence just week we have been doing.
16     But to look at the Michel-Levy charts and make a
17 guesstimate on what the birefringence is, is not
18 calculation, and it's not accurate for the way we're doing.
19 Q. So let me ask you about this testimony then. Go
20 to Slide 18.
21     This is from the Prudencio trial. I asked you:
22 But I want to make crystal clear there's no question you're
23 using averages instead of high/low. Right? High and low.
24     ANSWER: "We do use an average, yes, as I've
25 stated."

Case 3:16-md-02738-MAS-RLS  Document 32872-14  Filed 07/01/24  Page 7 of 11 PageID: 188483

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Pages 54–57

Page 54

1  of these other ones which are too small to really resolve.
2  Then and I go to the elongation photograph, I can
3  see that there's a talc plate. I can see that it has
4  fibrous structure. And if I go to cross-polars, I can see
5  the fibrous nature of it.
6  So it's chrysotile. It's not a talc plate. We're
7  not misidentifying -- we're not misidentifying this as
8  fibrous talc, and we're not misidentifying talc plates for
9  chrysotile.
10  Q.  What in the images in the elongation would be
11  different that we're seeing here versus what you're calling
12  fibrous talc? What are we seeing here that we could not see
13  with what you're calling fibrous talc?
14  A.  Well, again, we're not just -- first, I thought we
15  were comparing them to talc plates.
16  Q.  Okay. I'm just asking --
17  A.  Well, if we go back to the dispersion staining,
18  the -- the refractive indices is 1.564. In the -- in the
19  parallel, it is 1.561 in the perpendicular. The reason it's
20  not fibrous talc because you got a refractive indice of
21  0.003, where the fibrous talc is going to have a refractive
22  indice that is completely different.
23  For example, if you go over to the right slightly,
24  there's a white spot there. I don't know what that is. And
25  if I were to go a couple -- maybe 5 millimeters to the right

Page 55

1  and straight up, you see a very yellow-looking structure.
2  And I can see structures in that.
3  And then if I go to the parallel, I can see this
4  brightish -- bright white and a bright blue. That's fibrous
5  talc.
6  And tell me, if you can absolutely see the
7  difference there.
8  Q.  Okay. Talc in perpendicular can also be blue.
9  Right?
10  A.  Fibrous talc in the perpendicular can be blue.
11  But if you compare -- if you go to the
12  perpendicular photograph, which would be the next one where
13  I said, that's talc. And look at it in the perpendicular --
14  it's not quite on perpendicular -- it's bright -- light,
15  bright blue to white. So that white puts it less than
16  1.535.
17  Q.  So what is the structure to the right of the one
18  that you've identified, the larger blocky structure with
19  blue on the side? What is that it? Looks like it's mostly
20  in perpendicular.
21  A.  I just have to get oriented here, so give me a
22  second.
23  MR. RIVAMONTE: Mr. Dubin, I just want to clarify.
24  The image that we're currently looking at now is page 32 of
25  Dr. Longo's report, the parallel dispersion?

Page 56

1  MR. DUBIN: On the right, yeah.
2  MR. RIVAMONTE: Okay. Yeah.
3  MR. DUBIN: I'm not sure if it has page numbers or
4  we just counted pages.
5  MR. RIVAMONTE: I'm just looking at the PDF,
6  whatever the PDF says. It's page 32.
7  Q.  (BY MR. DUBIN:) Sorry, Doctor, I wasn't sure if
8  you were in the middle of --
9  A.  Yeah, I heard it. I'm just looking at it. It's
10  hard to say, what is that? What is that?
11  I mean I'd have to be looking in the microscope at
12  it to tell you what that is. It's not something we
13  identified. So I don't know what's wrong with it, but I'd
14  have to be looking in the PLM scope to make a guess.
15  Q.  Based on morphology, does that to appear to be a
16  talc plate?
17  A.  Again, I'd have to be looking in the microscope to
18  make any decision on what that might be.
19  Q.  And is that generally true? In order to properly
20  judge what colors were observed on here, you would have to
21  be at the microscope and actually look at the slide?
22  A.  It's not so much the colors. It's the focus.
23  It's -- you know, I would look at elongation, at lower
24  magnification. So got kind of an oddball structure to it to
25  be chrysotile. I don't -- doesn't really have substantially

Page 57

1  parallel sides.
2  So I can't really tell you anything else than
3  what's in the middle there because we have parallel sides.
4  I see the striations, you know, all the way through it. It
5  has the appropriate refractive indices. So it's --
6  I would have to do more to that other particle in
7  order to say, that's chrysotile. I don't see the striations
8  through it like I do the other one. It's -- I can't tell
9  you without doing more work.
10  Q.  Do you still have the PLM slides for this
11  analysis?
12  A.  We still do.
13  Q.  Okay. I'm going to request that you preserve
14  those and we're going to request an opportunity to review
15  them, so we can -- we'll follow up about that, but I am
16  requesting that you not dispose of them.
17  The -- let's go -- so what in this oil, in 1560,
18  what should you be seeing for chrysotile for the kind of
19  chrysotile that you say is in cosmetic talc? What should
20  you be seeing, colors?
21  A.  What you're seeing right there.
22  Q.  Okay.
23  A.  So a range, looks like everything. But we're
24  seeing the same sort of refractive indices. This one is
25  1.564. I would say 90 of what we find for chrysotile in

Case 3:16-md-02738-MAS-RLS    Document 32872-14    Filed 07/01/24    Page 8 of 11
PageID: 188484

DR. WILLIAM LONGO, on 03/03/2023                                          Pages 58–61
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Page 58

1  cosmetic talc is in the 1.560 to the 1.569 range.
2         And if you were to average it out, it's about
3  1.566 or so. That what's we see, the primary in elongation.
4     Q.  Not generally bright yellow. Right?
5     A.  Not at 1.560.
6         And it wouldn't call it bright. I would just call
7  it a yellowish-gold.
8     Q.  Okay. And with respect to what all these blue
9  things are, the percentage of chrysotile that you say you
10 identified in these products is down around .003 to
11 .006 percent. Right?
12    A.  Well, what we saw here was 0.002 to 0.004. When
13 it was weight corrected, I think it was like .000 -- let
14 me just look at the report. I don't want to put something
15 on the record that's not . . . Okay.  0.0003 to
16 0.0006 percent.
17    Q.  At those percentages, is it fair to say that in
18 this field, most of the material is not going to be
19 chrysotile?
20    A.  I think we have found something to agree on,
21 Mr. Dubin.
22    Q.  Okay. So talk to me for a second about your
23 Calidria reference SU210 in 1560. But first, let me just
24 ask you: Was --
25        Well, actually, I'll get to that later. Let's

Page 59

1  just do this first.
2         So I've got an image here. If we go to the next
3  from what I've received in morning. And -- so we understand
4  again, this is what you're using as your reference from
5  Calidria chrysotile in 1560 oil, the same oil that you're
6  using for the Valadez bottles. Right?
7     A.  Oh, you're pulling it up. Okay. I couldn't
8  figure out -- where did that come from?
9     Q.  Yeah, page 21.
10    A.  Yes, that's what we're using.
11    Q.  And so this is structure, in this Calidria
12 reference, that you've identified as being chrysotile.
13 Correct?
14    A.  Yes, sir. It is chrysotile.
15    Q.  Okay. So, as we point out, there's also talc in
16 this reference sample. Right?
17    A.  Yes.
18    Q.  Okay. Is that bright yellow?
19    A.  No. I would say that's sort of a goldish-brown --
20 a goldish area. It's not bright yellow at all.
21    Q.  Okay. Is this the color that you are -- is this
22 color in your view in parallel inconsistent with talc?
23    A.  Oh, totally.
24    Q.  Is it the same color that you're seeing on the
25 talc plates?

Page 60

1     A.  Oh, the talc plates?
2     Q.  Yeah. Are you seeing that same yellow on the talc
3  plates?
4     A.  I don't think that's the same color.
5     Q.  You don't think that that yellow is the same color
6  that you're seeing in the talc plates near it?
7     A.  I'm sorry. Could you repeat that?
8     Q.  You don't think that yellow is the same color as
9  the talc plates that you're seeing in this image?
10    A.  No. I don't.
11    Q.  In fact, it's brighter looking than some of the
12 talc plates?
13    A.  I would say it's a different shade.
14    Q.  Okay. Well, let's see what shade you did call it.
15 So you give a value of 1570. Right?
16    A.  That's right.
17    Q.  Okay. And we can go forward one slide, and we'll
18 come back.
19        So the way we do this -- I mean, your lab is at
20 what temperature? About 22, you said?
21    A.  21 degrees centigrade.
22    Q.  21. Okay. So we would look 1570, 21 degrees,
23 1560 oil, and it gives us a value of 500. Right?
24    A.  Yes. That's -- I guess, that's the old Su tables,
25 but 1.570 ought to be about 500.

Page 61

1     Q.  Okay. Now let's go back one slide, back to 26.
2  And so 500, the color that we should be observing is the one
3  underneath the 500. Right?
4     A.  It should be close to that.
5     Q.  Are you honestly telling me that when you look at
6  this image, that structure is that magenta color underneath
7  500?
8     A.  Well, no.
9         MR. RIVAMONTE:  Argumentative.
10        THE WITNESS:  I'm not saying that. That magenta
11 color under 500 -- ours is more in the 1.572 -- you know, if
12 these are -- if he's correct. I got to go back to his
13 tables, and we're using the tables he has in his
14 publication. And I'd be looking at -- let me take look at
15 that.
16        Oh, I'm looking at the chrysotile. No wonder.
17 Need to be looking at the talc that we analyzed. Where is
18 that? You're looking at the standard. No wonder. There it
19 is.
20        No, we have sort of that at the 500 mark. Again,
21 I'd have to be under the microscope to look at it, but the
22 outer edge, I think that was averaged. But I think that's
23 what you're using is from one of his older Su tables maybe.
24 But I don't have a problem with -- the whole thing is not
25 looking this magenta -- redder-ish [sic] purple.

Case 3:16-md-02738-MAS-RLS  Document 32872-14  Filed 07/01/24  Page 9 of 11 PageID: 188485

DR. WILLIAM LONGO, on 03/03/2023
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Pages 62–65

Page 62

1  But on the outer edge, on the top of the structure
2  it has where the Becke line is. So I'm not concerned with
3  that.
4      Q. Can you see anything -- again, see this little
5  particle, this yellow particle, the talc plate in between
6  these blue structures to the right of what you've mark off?
7  See those talc plates?
8      A. I do.
9      Q. Is there some difference that you're -- you're
10 seeing there that causes you to call this magenta and --
11     A. No, I'm not saying the whole thing is magenta.
12 What we're doing now is we're averaging them. It's hard to
13 see where you haven't blown it up.
14          But on the top edge, we have a little bit
15 different color there. So I'd have to go and look at -- and
16 see if this was averaged out on it. Because at least on my
17 photograph, I can see on that top edge where the Becke line
18 is.
19     Q. Okay. Let's go forward to more slides.
20          To that one, yeah.
21          So again, what we've -- we've already talking
22 about this. Let's go one more. Okay.
23          What color are you seeing here in this structure
24 that you've identified as chrysotile?
25     A. Is this the new one?

Page 63

1      Q. Yep. That's the same structure we were looking at
2  before.
3      A. I'm going to --
4      Q. Sure.
5      A. -- look at my photograph.
6      Q. Look at your photograph.
7      A. It looks like almost a purple around the Becke
8  lines.
9      Q. Okay. So first, let me make sure I'm
10 understanding. The structures above it, so, say, for
11 example, to the left of the top of the arrows, that's a talc
12 plate. Right?
13     A. Yep.
14     Q. Okay. And so you're telling me that the structure
15 that we're looking at here, you would characterize that as
16 purple, the one that you're calling chrysotile?
17     A. I'm not talking about the structure. I'm talking
18 about the very outside of the bundle where you're supposed
19 to be determining you're refractive indices.
20          I'm not talking about the whole structure. I'm
21 talking about where you make the call on this as -- as
22 discussed in Dr. Su's published paper.
23     Q. Okay. Just so we're clear here, the 1564 is the
24 refractive indices that you give for this. And so 1564,
25 that's structure should be purple. Right?

Page 64

1      A. Purple, purplish-red.
2      Q. Okay?
3      A. That's what I'm seeing on the outer edge, not the
4  whole structure.
5      Q. Okay. So is it -- you're understanding then that
6  this chrysotile, it's going to be all yellow -- and it's
7  going to be yellow and then some faint line of purple on the
8  outside or something like that? That's what you're seeing
9  here?
10     A. What are you -- I'm not sure what you're talking
11 about. I see no yellow on that chrysotile structure. What
12 I'm looking at is the outer edge of the bundle.
13     Q. Uh-huh. Okay. So let's keep going. But you're
14 treating this -- for purposes of your birefringence
15 calculation, you're treating this -- the number that goes
16 into your calculation is associated with purple?
17     A. Now, that's what it looks like to me, sitting
18 here. Again, you know, I'd have to be sitting at the PLM
19 scope, but I can see a reddish-purple around the edge, what
20 I'm looking at right now.
21     Q. You can't see -- because, again -- because of the
22 illumination, you can't see that also -- a little bit of an
23 edge around the talc plate up there?
24     A. What I see around that talc plate is reds and
25 yellows.

Page 65

1      Q. Okay. So you would characterize the talc plate as
2  red and yellow, red on the outside?
3      A. Looking at the bottom of it, it's sort of a darker
4  red. And then you also see areas that are yellow, and then
5  you have some areas on the very backside.
6      Q. So talc -- sorry.
7      A. I don't see any structures inside that talc plate.
8      Q. But you're saying --
9          (Simultaneous speaking.)
10     A. -- different color, a different -- different
11 colors than what we're looking at, at the chrysotile bundle.
12     Q. But you're saying a talc plate can also have that
13 sort of reddish outside in those images. Right?
14     A. Well, what I'm saying is, it's different than what
15 you're pointing to.
16     Q. But it can have like what you're seeing as a
17 reddish outline in these images, the talc plate?
18     A. Well, what is see is yellow, a little bit of red
19 area, I see a little bit of blue area, and then I see in the
20 very front -- well, that's in the parallel -- perpin- --
21         Then I see a little bit of red, but I don't see
22 the shade of the reddish-purple that I see around the
23 chrysotile one. Again, I'm not looking through the
24 microscope, but trying to answer your question.
25     Q. Yeah. So let's go ahead a little bit. We can

Case 3:16-md-02738-MAS-RLS    Document 32872-14    Filed 07/01/24    Page 10 of 11
PageID: 188486

DR. WILLIAM LONGO, on 03/03/2023    Pages 66–69
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.

Page 66

1  skip to the -- let's to 30 for a second.
2      The next one.
3      So the number you're assigning to that structure
4  that we looked at before in parallel is actually even more
5  dark purple than the ISO reference chrysotiles.  Right?
6    A.  Well, you've got all kinds of colors there.
7  You've got bright yellow, you've got some blues in there,
8  you've got some magenta.  And of course, we're in 1.550,
9  here.  I don't believe this is 1.560, so you can't compare
10 the two.
11   Q.  I know, but just in terms of the visual color
12 where it goes on the wavelength.  On the wavelength, you're
13 saying that that structure in Johnson & Johnson is are more
14 purple than this?
15   A.  That's not purple.
16   Q.  Okay.  Well, you're saying it's farther towards
17 the purple range than this.  Correct?
18   A.  Well, you can't compare the colors.  This is in
19 1.550.  We're looking at 1.560.
20   Q.  What I'm asking you is:  The colors are associated
21 with wavelengths.  Right?  In both circumstances.  Right?
22   A.  They're associated with wavelengths, but the 1.560
23 changes that wavelength even though you will get the same
24 refractive indices because you have to look at a 1.560.  I'm
25 not -- you can't -- you can't look at this in 1.560 and then

Page 67

1  try to compare -- 1.550 and try to compare to 1.560.
2    Q.  I'm just talking about the color, the color
3  itself.  Right?  The color of this is -- you're saying
4  visually whatever oil it's in, that the structure we just
5  looked at from the Johnson & Johnson is further towards
6  purple than this.  Right?
7      MR. RIVAMONTE:  Asked and answered.
8      THE WITNESS:  You can't compare the two.
9      And, yes, it's a darker reddish-purple than, you
10 know, this magenta color eliminating the bright yellow
11 colors and ignoring the size of structure under that, that
12 is probably closer -- is more closer to the size ranges
13 we're seeing.
14     So, yeah.  You just can't compare the two.  I told
15 you my opinion about it and what was around the edge, and
16 I'm not looking in a microscope.  I can't answer it anymore
17 and help you out here.
18   Q.  Just so we're clear what I'm asking about, I'm
19 comparing the color of this to -- go back a couple of
20 slides, please -- and this.  These are the two ones I was
21 asking you about.  Right?
22   A.  That's so misleading, Mr. Dubin.
23   Q.  Well --
24   A.  You're talking about the whole structure.  I'm
25 talking about right around the Becke line of a structure

Page 68

1  that is maybe 1 thousandths of a size of what we're looking
2  at over there and looking at it in a completely different
3  refractive indice [sic] fluid.  So, yeah.  You can do what
4  you want here, but I'm not agreeing -- I'm not saying you
5  can compare the two at all.  It's not the structure that
6  we're dealing with here.
7    Q.  Okay.  Let's go to Slide 33.  And so here you're
8  reporting this and including it in your calculations as
9  1568.  Right?  So magenta.  Right?
10   A.  We're saying the 1.568 due to what's around the
11 outer edge of that bundle.
12   Q.  For purposes of your calculation that you're using
13 this to determine this being chrysotile, you're treating
14 this as magenta.  Right?
15   A.  I'm treating it somewhere -- you can't really do
16 it like that.  I'm treating it somewhere in there, and I
17 need to check out --
18     I need to check the table you're using.
19     But I can see here, looking at it on the outer
20 edge, it's pretty -- pretty close between the two.  They're
21 1.572 to 1.573 to the 1.569 to the 1. -- the 1.567 to 1.568
22 verses the 1.69.  [sic]
23     You're only -- you got a few-thousandths of a
24 refractive indice here.  You know, looking at a very small
25 structure and I'm just on the outer edge.

Page 69

1      So you are trying to compare to the 1866b standard
2  in huge bundle.  You just can't do that.
3    Q.  I thought you told me before you saw a little red
4  sometimes on the outside of talc plate.  So how is that
5  any different than what you're seeing here?
6    A.  It's completely different.  I didn't say it was
7  the same thing.  And I don't see any talc plates in this one
8  that even comes close.
9    Q.  Why are the talc plates so dark here?  Why can't I
10 see the other talc structures, as well as this one?
11   A.  It's a different area of the sample.
12   Q.  What causes things to be obscured like that?
13     MR. RIVAMONTE:  Misstates testimony.  Vague and
14 overbroad.
15     THE WITNESS:  You're just seeing a more -- you're
16 seeing more of a concentrated area on the sample.  If I look
17 at individual structures of talc plates versus -- it's less
18 concentrated of talc particles.
19   Q.  (BY MR. DUBIN:)  I don't understand.  How is -- but
20 then why can't I see the talc particles that are on here
21 clearly.  Why can't I see --
22     For example, why are the ones, down and to the
23 left, so dark?
24   A.  If I look through -- if I look through the one
25 that you say is so much better and I look through this one,

Case 3:16-md-02738-MAS-RLS    Document 32872-14    Filed 07/01/24    Page 11 of 11
PageID: 188487

DR. WILLIAM LONGO, on 03/03/2023  
ANTHONY HERNANDEZ VALADEZ vs JOHNSON & JOHNSON, et al.                    Pages 78–81

Page 78

1  will move into the structure, or it will move out of the
2  structure.
3      Or it will stay at a particular -- and you will
4  know if you got the right refractive indice fluid for a
5  matching. So you have to -- it's a way to look at unknowns.
6      You know, you put 1.550, zero in and it moves
7  away, I believe that is -- means -- and I always forget --
8  it's either too high or too low to -- and what you're
9  looking for is a fluid that you don't get movement.
10  Q. Okay. And just for --
11  A. So it matches what the wavelength -- what the
12  matching wavelength.
13  Q. Just for reference, we're looking at
14  M71614-001CSM-002.
15      So are there any images in here where we can
16  determine the colors that we're seeing in the Becke line and
17  translate those into wavelengths of light? Or do we not
18  have images to be able to do that?
19  A. You know, maybe. You don't really have the image
20  there. But the one that's parallel -- I don't know if you
21  could really do that or not. We don't do Becke line work
22  here, so it's not something I do all the time or would do.
23      I wouldn't use Becke lines to identify a
24  particulate that's unknown. I would start off with SEM or
25  something.

Page 79

1  Q. Okay. So you wouldn't be able to tell me, for
2  example, if this were a Becke line, what wavelength of light
3  that -- what color -- what wavelength of light that's
4  associated with?
5  A. No. In order for me to do that, I would have to
6  be sitting at the microscope, in focus, out of focus, and
7  look at that.
8      So, no, that's not something I can just do from
9  looking at this picture. At least I can't.
10  Q. So then for purposes of understanding your
11  testimony when you were talking about Becke lines before,
12  you just mean the edge of the image and the dispersion
13  standing?
14  A. Correct. I should have been more careful about
15  how I was phrasing.
16  Q. Okay. And in -- when we were talking earlier
17  about the tungsten lighting that was on the old microscope,
18  is it fair to say that in all of the old depositions where
19  we've talked about your chrysotile findings in Johnson &
20  Johnson, when you were speaking about the images depicting
21  gold colors or orange colors, that was with a microscope
22  that was using tungsten lighting that was adding yellow to
23  the image?
24  A. Yeah, could be.
25      But the interesting thing is the refractive

Page 80

1  indices we were finding during that time period are just
2  about dead-on to the same ones we're finding now with 1.550
3  with the new microscopes and also the 1.560.
4      So it wasn't adding it to the point that caused
5  any misidentification. In also the fibrous talc because
6  clearly the birefringence refractive indices were spread
7  much further apart. So it didn't affect any of the
8  analysis.
9      But it that yellowish color that I've been told
10  comes from the tungsten filament, and which you don't have
11  with the LEDs.
12  Q. Well, again, a lot of other things go into the
13  refractive index -- a lot of other things go into that
14  birefringence calculation and the refractive index, in other
15  words, what color you're calling and the like. Right?
16      Forget it. I think we both know. Let's move on.
17      So let me back up for a second.
18      What, if anything, do you know about the bottle --
19  the source of the bottle that you tested in -- for the
20  Valadez case?
21      It's not a bottle that he's actually used.
22      Is that fair to say?
23  A. No. It's not at all. I'm just getting to the
24  chain of custody so I can tell you exactly.
25      There's a correspondence that came along with the

Page 81

1  bottle.
2  Q. Okay.
3  A. It's in Section II -- in Section II, that -- from
4  Joseph Satterley. And he said he purchased this Johnson
5  baby powder bottle on September 20th, 2022 near
6  Mr. Valadez's home in Merced. Am I saying that correctly?
7  California.
8      And then I have a receipt from the Marriott
9  Courtyard from their market sundries department, I guess.
10      And it was $3.19.
11      So that's what I know about it. It was an off-- I
12  guess because of the packaging, it must have been a -- must
13  have been a typical Marriott or one of these -- where you
14  pull it off.
15      And I also know that the sample was sealed;
16  meaning, when you take the top off there was a Johnson &
17  Johnson seal over where the holes are.
18      MR. DUBIN: Mike, can we pull up the two images,
19  the photographs of the bottles that the plaintiff's mother
20  provided? We'll mark those as the next two exhibits in
21  order.
22      So this will be Exhibit 9, and the other one will
23  be Exhibit 10. Can we just pull the other one also, so we
24  can look at them in quick succession. Let's mark the other
25  one, Mike?