# Exhibit P

Page 155

```
                    SUPERIOR COURT OF NEW JERSEY
                    LAW DIVISION - MIDDLESEX COUNTY
                    DOCKET NO. MID-L-003809-18AS


   KAYME A. CLARK and                    VIRTUAL
   DUSTIN W. CLARK,                      DEPOSITION UPON
                                         ORAL EXAMINATION
              Plaintiffs,                   OF
                                         WILLIAM E. LONGO
       v.                                   Ph.D.
                                          (VOLUME II)
   JOHNSON & JOHNSON, et al.,
              Defendants.
   ---------------------------------



            TRANSCRIPT of the stenographic notes
   of ANDREA F. NOCKS, a Certified Court Reporter and
   Certified Realtime Court Reporter of the State of
   New Jersey, Certificate No. XI01573, taken virtually
   on April 2, 2024, commencing at 11:18 a.m., Eastern
   Standard Time.






   Job No. 6625014
```

1  A. Correct.
2  Q. And then one thing your lab
3  mentioned -- or you mentioned back in this report in
4  February 2020, that you were still working on the
5  heavy liquid density for chrysotile asbestos and by
6  TEM.
7       And it's still true that your lab has
8  not analyzed the Johnson & Johnson Baby Powder
9  sample and reported results of chrysotile by TEM
10 using that method to date, right?
11 A. Correct.
12 Q. Okay. Then we go to Colley, which
13 I've marked. It's an April 6, 2020, report. M71046
14 is another --
15 A. I'm sorry. M71046?
16 Q. Right.
17 A. '46. What is that, 20- -- 2020?
18 Q. Yes, sir.
19 A. Okay. Thank you.
20 Q. You're welcome.
21     And I guess I should mention just
22 briefly, if we go back to the Zimmerman report that
23 was on a container, one of the containers in that
24 report was dated from 1994, right?
25 A. Correct.

                                                              Page 244

1                      CERTIFICATE OF OFFICER

2

3              I CERTIFY that the foregoing is a true
4    and accurate transcript of the testimony and
5    proceedings as reported stenographically by me at
6    the time, place and on the date as hereinbefore set
7    forth.
8              I DO FURTHER CERTIFY that I am neither
9    a relative nor employee nor attorney or counsel of
10   any of the parties to this action, and that I am
11   neither a relative nor employee of such attorney or
12   counsel, and that I am not financially interested in
13   the action.
14                  *Andrea Nocks CCR CRR* (signature)

15                  ---------------------------------
16                  ANDREA NOCKS, CCR, CRR
                    Certificate No. X100157300
17                  Certificate No. XR00011300