# Exhibit Q

```
                                                                  1

 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                      COUNTY OF ALAMEDA

 3              HON. RICHARD SEABOLT, JUDGE

 4

 5    ANTHONY HERNANDEZ VALADEZ,

 6           Plaintiff,

 7        vs.                              Case No. 22CV012759

 8    JOHNSON & JOHNSON, et al.,

 9           Defendants.
      _____/
10

11

12

13

14

15        Reporter's Transcript of Remote Proceedings

16                Wednesday, March 15, 2023

17

18

19

20

21

22

23        Reported By:  Sheila Pham, CSR No. 13293

24

25
```

1    jury can't hear from.
2            Dr. Longo testified that he photographs -- he
3    photographs and produces the photographs of all of the
4    slides.  I don't know if these slides still exist.
5            And by the way, at no point in time -- they do
6    degrade quickly over time.  I don't know how quickly off
7    the top of my head.  But at no point in time in the six
8    years of litigation has J&J ever sought this relief in
9    any other case, and they've had more than, you know,
10   cross-examination of Dr. Longo.
11           So this is a new request for the first time in
12   this case that I've never heard of before, and I don't
13   know the specifics.  I just got a response about an hour
14   before our hearing started, a detailed response.  And so
15   I haven't had a chance to talk to Dr. Longo and to have
16   further meet and confer on this issue.
17           With regards to the samples, this is a sample
18   -- they claimed to take the product off the market, the
19   talc product, during COVID, May of 2020.  Well, in the
20   fall of 2022, we found near Mr. Valadez's house at the
21   hotel where his deposition was, actually, this filled
22   Johnson & Johnson product.  Not only was it filled, it
23   was wrapped in plastic in a box, Johnson & Johnson.  So
24   two and a half years after they claimed to quit making
25   this product, it's on the marketplace.

```
                                                                66

1                    REPORTER'S CERTIFICATION

2

3          I, Sheila Pham, a Certified Shorthand Reporter, do

4    hereby certify:

5          That the foregoing proceedings were taken before me

6    at the time and place therein set forth, that the

7    proceedings were reported stenographically by me and

8    were thereafter transcribed under my direction and

9    supervision, and that the foregoing pages contain a

10   full, true and accurate record of all proceedings and

11   testimony to the best of my skill and ability.

12         In witness whereof, I have subscribed my name.

13

14

15   Dated:   3/20/2023

16

17

18
                         [signature: Sheila Pham]
19

20                       Sheila Pham

                         CSR No. 13293

21

22

23

24

25
```