# Exhibit S

```
                                                                    1

 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                     COUNTY OF ALAMEDA

 3              HON. RICHARD SEABOLT, JUDGE

 4

 5   ANTHONY HERNANDEZ VALADEZ,

 6        Plaintiff,

 7      vs.                                 Case No. 22CV012759

 8   JOHNSON & JOHNSON, et al.,

 9        Defendants.
     _____/
10

11

12

13

14

15         Reporter's Transcript of Remote Proceedings

16                 Thursday, March 23, 2023

17

18

19

20

21

22

23         Reported By:  Sheila Pham, CSR No. 13293

24

25
```

Aiken Welch, A Veritext Company
510-451-1580

```
                                                                55
 1    forthcoming.
 2              MR. SATTERLEY:  May I respond, Your Honor?
 3              THE COURT:  Of course.
 4              MR. SATTERLEY:  First of all, Counsel is not
 5    being candid with the Court.  These PLM slides that
 6    they're referring to relates to one bottle of a 2022
 7    sample we got in Merced, California, the city where
 8    Mr. Valadez lives.  And he never used the bottle.
 9              The point of the bottle is, they claim to have
10    taken this product off the marketplace in 2020, and two
11    years later -- over two years later, it's still in the
12    marketplace.  So this is relating to one bottle.  So
13    worst-case scenario, you would only be excluding that
14    one bottle.
15              But I was wrong when I wrote no slides remain.
16    The slides remain, but they're deteriorated.  And they
17    know this because their experts will tell them the oil
18    that's on the slides doesn't last.  It deteriorates very
19    rapidly.  So the slides are still there, but you can't
20    do anything with them because the technology doesn't
21    allow you to do anything once the slide deteriorates.
22              Now, they didn't tell you -- I mean, they were
23    candid with the Court -- the sample in question, we
24    followed -- they've sent us the protocol to have this
25    sample split, videotaped, and shipped to their
```

```
                                                                    65

 1                    REPORTER'S CERTIFICATION

 2

 3        I, Sheila Pham, a Certified Shorthand Reporter, do

 4   hereby certify:

 5        That the foregoing proceedings were taken before me

 6   at the time and place therein set forth, that the

 7   proceedings were reported stenographically by me and

 8   were thereafter transcribed under my direction and

 9   supervision, and that the foregoing pages contain a

10   full, true and accurate record of all proceedings and

11   testimony to the best of my skill and ability.

12        In witness whereof, I have subscribed my name.

13

14

15   Dated: 3/28/2023

16

17

18                        _____
19
20                             Sheila Pham
                               CSR No. 13293
21

22

23

24

25
```