# Exhibit V

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

_____

MDL No. 16-2738(FLW)(LHG)

IN RE:  JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS

MARKETING, SALES PRACTICES,

AND PRODUCTS LIABILITY LITIGATION

_____

        The remote video deposition of WILLIAM LONGO,

        Ph.D., taken via Zoom videoconference on

        May 2, 2024, commencing at approximately

        11:20 a.m., before Lois Anne Robinson,

        Certified Realtime Reporter.

```
                                                              Page 2

 1                    A P P E A R A N C E S
 2     COUNSEL FOR PLAINTIFFS:
 3              BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
                218 Commerce Street
 4              Montgomery, Alabama  36103
                BY:   Leigh O'Dell, Esquire
 5                    Leigh.odell@beasleyallen.com
                      Leanna Pittard, Esquire
 6                    Leanna.pittard@beasleyallen.com
 7              ASHCRAFT & GEREL
                1825 K Street NW, Suite 700
 8              Washington, DC  20006
                BY:   Michelle A. Parfitt, Esquire
 9                    Mparfitt@ashcraftlaw.com
10              COHEN, PLACITLA & ROTH
                127 Maple Avenue
11              Red Bank, New Jersey  07701
                BY:   Christopher Placitella, Esquire
12                    Cplacitella@cprlaw.com
                      Drew Renzi, Esquire
13                    Drenzi@cprlaw.com
14              REILLY, McDEVITT & HENRICH, P.C.
                3 Executive Campus, Suite 310
15              Cherry Hill, New Jersey  08002
                BY:   Stephanie DiVita, Esq.
16                    Sdivita@rmh-law.com
17     FOR THE DEFENDANT:
18              KING & SPALDING
                1185 Avenue of the Americas
19              34th Floor
                New York, New York  10036
20              BY:   John Ewald, Esquire
                      Jewald@kslaw.com
21                    Jake Keester, Esquire
                      Jkeester@kslaw.com
22
       VIDEOGRAPHER:   Maria Lima
23
                Lois Anne Robinson, RPR, RDR, CRR
24              Court Reporter
```

```
                                                            Page 3
 1                          I N D E X
 2    EXAMINATION                                            PAGE
 3    By Mr. Ewald                                            6
 4
 5                          * * * * * *
 6    EXHIBITS                                               PAGE
 7    Exhibit 1                                               17
 8       Lizardite Standard
 9    Exhibit 2                                               17
10       Antigorite Standard
11    Exhibit 3                                               31
12       Shu-Chun Su - "The Dispersion Staining Technique and Its
13       Application to Measuring Refractive Indices of Non-Opaque
14       Materials, with Emphasis on Asbestos Analysis"
15    Exhibit 4                                               31
16       Shu-Chun Su - "Rapidly and Accurately Determining Refractive
17       Indices of Asbestos Fibers by Using Dispersion Staining
18       Method"
19    Exhibit 5                                               42
20       Notice of Deposition
21    Exhibit 6                                               43
22       PSC Objections to Updated Notice of Deposition
23    Exhibit 7                                               56
24       Curriculum vitae
```

1                       I N D E X - (continued)

2       Exhibit 8                                              57

3         Reliance list

4       Exhibit 9                                              57

5         Fourth Supplemental MDL expert report - 4/29/24

6       Exhibit 10                                             58

7         Supplemental expert report - 5/2/24

8       Exhibit 11                                             58

9         MDL second supplemental expert report - 2/1/19

10      Exhibit 12                                            145

11        2/4/20 - Longo - "The Heavy Liquid Separation Method for the

12        Analysis of Cosmetic Talc to Detect Amphibole and Chrysotile

13        Asbestos"

Page 47

1  Q        All right.  Looking at request 31 in
2  what we marked as Exhibit 6, it asks for all
3  standard operating procedures (SOPs) maintained
4  by your laboratory for testing bulk materials for
5  asbestos by PLM, TEM, and SEM.
6           And, Doctor, my question to you is:
7  Does MAS maintain any standard operating
8  procedures for the testing of talc samples by PLM
9  for the presence of chrysotile?
10 A        No.  We haven't finished the standard
11 operating procedures because we keep doing
12 research and changing slight -- slight
13 conditions, so -- until we finally have.
14          But what I may -- but what we do
15 provide, in every analysis we do have chrysotile
16 has materials and methods section that anybody
17 can follow, and it doesn't really have --
18          If we had written SOPs for every time
19 we made a change, it wouldn't really change
20 any -- it -- you know, it really wouldn't give
21 any additional information.  That's why I think
22 we're one of the few laboratories, when they do
23 an analysis, they actually put in every step they
24 do.  And for any changes, then we, you know, show

Page 118

1    preparation is everything for a TEM analysis.
2    Q          Well, if you are correct, the
3    finding --
4               Withdrawn.
5               If MAS is correctly finding chrysotile
6    in Johnson & Johnson talc using PLM, then you
7    should be able to identify that on TEM if you
8    look long enough.  Correct?
9    A          If -- if you look long enough,
10   et cetera.  That -- it doesn't work.  You need,
11   you know, you need to have the methodology down.
12   And, again, once you say it's there by PLM,
13   you're not required to do anything else.  We are
14   gonna do something else so I can publish it.
15   Q          Why do you feel like --
16              Well, what else are you going to do?
17   A          Well, we'll get to where --
18              If I'm gonna publish this, I want to
19   publish and say this is the best, most efficient
20   method we found, and these are the reasons why.
21   Q          And what do you have to do before you
22   get to that point in time?
23   A          Well, I've got to finish up these --
24   I've got to finish up using the 1.560.  You know,

1  there's eight -- seven or eight samples there.
2  Each of those are gonna take hours so that I have
3  validated the concentrations by PLM.  Then we
4  have to go back and redo the TEMs because we're
5  using 1.560.  And we may adjust the heavy liquid
6  density a little bit more, and that's it.  But
7  that's -- you're talking months of work.
8  Q        Have --
9           Am I correct that you have not analyzed
10 any of the MDL samples by PLM for the presence of
11 chrysotile?
12 A        That's correct.  We have not.
13 Q        Why not?
14 A        Number one, we weren't asked to do it.
15          Number 2, we analyzed -- we have
16 analyzed some -- you know, we have analyzed a
17 number of samples from Vermont.  We've analyzed a
18 lot of samples from Italian, but not just -- not
19 just Johnson Baby Powder samples.
20          So we never -- we never did it because
21 we were doing it on a bunch of other things.
22 And, you know, quite frankly, J&J was in
23 bankruptcy, so we focused in on other
24 manufacturers that were using, you know, using

Page 122

1  we are misidentifying fibrous talc for
2  chrysotile.  It makes absolutely no sense.
3  Either they don't understand birefringence or
4  they don't understand the PLM process or they
5  don't understand how birefringence is measured,
6  and they probably don't understand about the
7  Michelle Levy charts where you do a -- you
8  compare your lowest -- your lowest refractive
9  indice [sic] to your highest refractive indice
10 [sic] and then you look at the -- the width of
11 the structure, PLM, and the width will cause a
12 difference in your birefringence.  And a
13 difference in birefringence can only happen if
14 the width is causing a difference in the
15 refractive indices.
16 Q        Dr. Longo, are you aware of anyone in
17 the world that has reviewed your images and data
18 from MAS identifying chrysotile by using PLM and
19 publicly agree with it?
20 MS. O'DELL:
21          Objection to the form.
22 A        Yes and no.  Yes, they have agreed,
23 but, no, they're not willing to go publicly with
24 it.  So...

```
                                                    Page 123
 1   MR. EWALD:
 2   Q         Okay.  Who agrees?
 3   A         I'm not saying.  I -- I gave them my
 4   word that I would not use their name.
 5   Q         Okay.  So we have one individual who
 6   you say agrees with you but isn't willing to
 7   actually publicly agree with you.  Fair?
 8   MS. O'DELL:
 9             Object to the form.
10   A         It's fair that they -- they don't want
11   to be involved in the litigation.  But I don't
12   think that has anything to do with anything.
13   MR. EWALD:
14   Q         Well, you just said -- you've just been
15   criticizing the people that have commented on
16   your work as basically how can they be so
17   incompetent.  I want to know if there's anyone
18   that you can identify by name outside of MAS that
19   says yes, Dr. Longo is right in identifying
20   chrysotile through PLM.  Anybody?
21   MS. O'DELL:
22             Object to the form.
23   A         You know how -- yeah.  It's kind of
24   interesting you say that.  It's like there's
```

Page 130

1  hour.  Why don't we take a short, short break,
2  about five minutes?
3  MR. EWALD:
4              Sure.  Let's do it.
5  VIDEOGRAPHER:
6              Off record.  The time is 3:12.
7                   (OFF THE RECORD.)
8  VIDEOGRAPHER:
9              Back on record.  Time is 3:24.
10 MR. EWALD:
11 Q       Okay.  Doctor, right before we got back
12 on the record, you indicated that you did
13 identify the two tests that I had mentioned by
14 MAS's M number.  Can you briefly just say on the
15 record which two tests those are?
16 A       I'm sorry?
17 Q       I wanted you to say on the record the
18 two M numbers that you identified off the record.
19 A       MAS project M71740, the Kirch Johnson
20 Baby Powder container and report issued on
21 2-15-2024, and then we have M71730, the Jeanie
22 Henderson container and report issued in November
23 28 in 2023.
24 Q       And if we combine those two analyses

```
                                                   Page 131
 1   with the analyses contained in your fourth
 2   supplemental report, April 29th, 2024, that
 3   together represents the entirety of the MAS PLM
 4   chrysotile analyses that have been produced as it
 5   relates to J&J talc?
 6   A          As far as I know, yes.
 7   Q          Okay.  It's not a trick question.  It's
 8   the same thing I have.
 9   A          No, there's no others.  One will show
10   up, and then people aren't too kind.
11   Q          Well, let's circle back.  When we were
12   talking about the early days of MAS's work on PLM
13   and chrysotile circa roughly December 2020, who,
14   if anyone, was funding that initial work?
15   MS. O'DELL:
16              Object to the form.
17              John, I think you misstated the year.
18   You said 2020.
19   MR. EWALD:
20              I think I did, too.  Let's try again.
21   Thank you.
22   Q          In -- in or around December of 2019,
23   when MAS was beginning its PLM chrysotile
24   methodology work, who, if anyone, was funding
```

Page 186

C E R T I F I C A T E

    I do hereby certify that the above and foregoing transcript of proceedings in the matter aforementioned was taken down by me in machine shorthand, and the questions and answers thereto were reduced to writing under my personal supervision, and that the foregoing represents a true and correct transcript of the proceedings given by said witness upon said hearing.

    I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

/s:// Lois Anne Robinson
LOIS ANNE ROBINSON, RPR, RMR
REGISTERED DIPLOMATE REPORTER
CERTIFIED REALTIME REPORTER