# Exhibit Y

```
                                                              5092

 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                    COUNTY OF ALAMEDA
 3            BEFORE THE HONORABLE STEPHEN KAUS
 4                      DEPARTMENT 19
 5                   VIA ZOOM CONFERENCE
 6                        ---O0O---
 7  CHRISTINA G. PRUDENCIO,
 8       Plaintiff,
 9  vs.                               No. RG20061303
10  JOHNSON & JOHNSON, et
    al.,
11
         Defendants.
12  _____/
13
             REPORTER'S TRANSCRIPT OF PROCEEDINGS
14
             (Trial - William E. Longo, Ph.D.;
15
                       Nancy Musco)
16
               Wednesday, July 7, 2021
17
                      Full Session
18
19
20
21    Taken before EARLY K. LANGLEY, B.A., RMR, RSA
                    CSR No. 3537
22
23
    VOLUME 33
24
25  PAGES 5092 - 5277
```

5133

1 shades of yellow there. But it's a plate. We would
2 never call that chrysotile. And if you go to
3 elongation, most of those plates will disappear versus
4 the particle, the chrysotile bundle, which will not.
5 It's -- you can't make that comparison. That's --      09:14:00
6 that's not appropriate.
7     Q. Okay. Well, we'll come back to this image in a
8 second.
9         But I want to talk since you -- you just
10 mentioned this idea of different shades of yellow.     09:14:10
11        Now, there's a Dr. Su, who I think we've
12 already heard about because he wrote one of the methods
13 for PLM analysis that you demonstrated in your direct
14 examination; right?
15    A. Yes, sir. The -- the 2020 document that he --    09:14:34
16 that he wrote.
17    Q. You also showed the 2003 as part of your method
18 for dispersion staining; right?
19    A. Yes.
20    Q. And to be clear, he is a very well-respected    09:14:49
21 scientist; right?
22    A. Yes, sir.
23    Q. Basically every lab in the country that does
24 that -- this kind of work has Su's tables for PLM?
25    A. Yes, sir. Well, if they're accredited -- I      09:15:08

5134

1 can't say every lab. But any lab that's doing PLM
2 commercial work probably has these Su tables, 4A and 4B
3 for chrysotile, and then the other tables for
4 grunerite, anthophyllite, tremolite, actinolite for PLM
5 as well as zone axis patterns -- not patterns, but the    09:15:35
6 zone axes -- the number of zone axes you can have for
7 each of the minerals.
8     Q. And he's somebody you think of as an authority
9 in terms of mineral identification through staining
10 techniques; correct?                                   09:15:54
11    A. Yes, sir.
12    Q. So I want to look -- we're going to look at
13 both his 2003 and the 2020 papers entitled
14 "Determination of refractive indices of asbestos
15 minerals by dispersion staining: Why and how."        09:16:08
16       And so the first part of this that -- I guess
17 actually, let's look at this first.
18       So in parallel -- he discusses what chrysotile
19 should look like in parallel orientation, and here he
20 has a section entitled "How the magenta CSDS color of   09:16:40
21 chrysotile in 1.550 HD oil is formed," and there's that
22 Y symbol, which is gamma, which lets us know we're
23 talking about parallel; right?
24    A. Yes, sir.
25    Q. And so he explains in this why chrysotile looks  09:17:00

5135

1 magenta, and part of this is just understanding the way
2 light works, right, that white light is actually
3 composed of many different colors?
4     A. Correct. I apologize. You showed the 2003.
5 Is this in the 2003 method?                            09:17:25
6     Q. This is the 2020.
7     A. Oh, I apologize. Because you showed the 2003.
8 I was confused.
9     Q. No. I only had one document on here, but I
10 will talk to you about 2003 in a bit.                  09:17:37
11    A. Okay. I apologize.
12    Q. No problem.
13        But white light is composed of different
14 wave -- different colors; right?
15    A. Yes, sir. It's the prim- -- white light has     09:17:49
16 the primary colors in it, and going through the prism
17 causes what's known as dispersion, and then coming out
18 of the prism, because of the angle, separates them out
19 to what you see.
20    Q. Right. And what you see is impacted by what     09:18:07
21 light hits your eye; right?
22    A. Well, the angle that you see it impacts it. It
23 doesn't impact the (Zoom audio interference.) --
24 impacts what you're seeing. In this case, you're not
25 using a polarizer (Zoom audio interference.) --        09:18:26

5136

1         THE COURT: Dr. Longo, I think you need to
2 start that answer again. It broke up somewhat. You
3 started with "The angle you see it impacts it. It
4 doesn't impact the" -- and then it broke up.
5         THE WITNESS: It doesn't impact your field of   09:18:44
6 view or what angle you're looking at it because the
7 white light coming in is not going through a polarized
8 lens initially.
9         Unless they're suggesting that the -- what --
10 there's a slit here, and if you -- and if that's a    09:19:04
11 polarized lens, if you were to look at it at different
12 angles, you would see different colors.
13 BY MR. DUBIN:
14    Q. Okay. Well, they have maybe a diagram about
15 this as it relates to magenta.                        09:19:23
16       So it says:
17          "In the specific case of chrysotile,
18       parallel 1.550 oil combination, because F blue
19       and C red are non-matching wavelengths, they
20       are not blocked by the central stop and        09:19:49
21       recombined after passing through the CSDS
22       objective lens to form a magenta CSDS color
23       which reaches the eye of the analyst."
24       Do you see that?
25    A. I do.                                           09:20:03

```
                                                        5277
 1  STATE OF CALIFORNIA    )
 2                         )  ss.
 3  COUNTY OF ALAMEDA      )
 4
 5       I, EARLY K. LANGLEY, do hereby certify:
 6     That foregoing proceedings were held in the
 7  above-entitled action at the time and place therein
 8  specified;
 9     That said proceedings were taken before me at said
10  time and place, and was taken down in shorthand by me,
11  a Certified Shorthand Reporter of the State of
12  California, and was thereafter transcribed into
13  typewriting, and that the foregoing transcript
14  constitutes a full, true and correct report of said
15  proceedings that took place;
16     IN WITNESS WHEREOF, I have hereunder subscribed my
17  hand on July 8, 2021.
18
19
20
21
22     _____
           EARLY K. LANGLEY, CSR No. 3537
23           State of California
24
25
```