# Exhibit AE

```
                                                          Page 251

 1                   SUPERIOR COURT OF NEW JERSEY
                     LAW DIVISION - MIDDLESEX COUNTY
 2                   DOCKET NO. MID-L-003809-18AS
 3
 4
     KAYME A. CLARK and              )
 5   DUSTIN W. CLARK,                )   104 HEARING
                                     )
 6             Plaintiffs,           )   TRANSCRIPT OF
                                     )    PROCEEDINGS
 7        v.                         )
                                     )    (VOLUME II)
 8                                   )
     JOHNSON & JOHNSON, et al.,      )
 9   et al.,                         )
                                     )
10             Defendants.           )
     --------------------------------
11
12             Place: Middlesex County Courthouse
                      56 Paterson Street
13                    New Brunswick, New Jersey  08903
14
               Date:  May 30, 2024
15                    9:01 a.m.
16
17   B E F O R E:
18        HONORABLE ANA C. VISCOMI, J.S.C.
19
20
21             ANDREA F. NOCKS, CCR, CRR
               PRIORITY ONE
22             290 West Mount Pleasant Avenue
               Livingston, New Jersey  07039
23             (718) 983-1234
               E-mail:  p1steno@veritext.com
24
25   JOB NO.:  6725593
```

Page 252

```
 1  A P P E A R A N C E S:
 2  DEAN OMAR BRANHAM SHIRLEY LLP
    BY:  BENJAMIN BRALY, ESQ.
 3  302 North Market Street
    Suite 300
 4  Dallas, Texas 75202
    Attorneys for Plaintiffs
 5
 6
 7
 8  KING & SPALDING
    BY:  MORTON D. DUBIN II, ESQ.
 9     KEVIN HYNES, ESQ.
    1185 Avenue of the Americas
10  34th Floor
    New York, New York  10036
11  -AND-
    McCARTER & ENGLISH
12  BY:  JOHN C. GARDE, ESQ.
    Four Gateway Center
13  100 Mulberry Street
    Newark, New Jersey  07102
14  Attorneys for Defendant,
    Johnson & Johnson
15
16
17  ALSO PRESENT:  MARK BIBRO, ESQ.
         EARLY, LUCARELLI,
18         SWEENEY & MEISENKOTHEN
19
20
21
22
23
24
25
```

Page 254

```
 1            E X H I B I T S
 2  NUMBER      DESCRIPTION           ID
 3  P-3   ISO table                  345
 4
 5  P-6   Appendices to White Paper   266
 6
 7  P-20  Deer, Howie and Zussman
 8         page from textbook         257
 9
10  P-31  Decades of Evidence chart   264
```

Page 253

```
 1            INDEX
 2
 3  WITNESSES   DIRECT  CROSS  REDIRECT  RECROSS
 4
 5  WILLIAM EDWARD LONGO
 6
 7  EXAMINATION BY:
 8  MR. BRALY    256          342, 353
 9  MR. DUBIN           273          350
```

Page 255

 1        THE COURT:  Good morning, everyone.
 2  My name is Judge Ana Viscomi.  We are here with
 3  regard to the continued 104 hearing of Dr. William
 4  Longo in the matter of Kayme Clark and Dustin Clark
 5  versus Johnson & Johnson, Docket Number 3809-18.
 6        May I have appearances, please, on
 7  behalf of plaintiff.
 8        MR. BRALY:  Your Honor, on behalf of
 9  the Clark family I'm here, Benjamin Braly.
10        THE COURT:  Thank you.
11        Further on behalf of the plaintiff?
12        MR. BRALY:  Mr. Bibro is here from
13  the Early firm.
14        THE COURT:  I'm sorry.  Could you
15  state your name again, please.
16        MR. BIBRO:  Mark Bibro from the Early
17  firm.
18        THE COURT:  Thank you.
19        And for the defendants.
20        MR. GARDE:  If Your Honor please,
21  John Garde on behalf of the Johnson & Johnson
22  defendants.  With me is Mr. Morton Dubin and
23  Mr. Kevin Hynes of King & Spalding.
24        MR. DUBIN:  Good morning.
25        THE COURT:  So, we left off yesterday

2 (Pages 252 - 255)

Page 288
1  of color. So, we validated what we were looking at
2  and, you know, I'm not -- and I'm not blind from
3  the, you know, the criticism of everything here
4  because it's outside the norm.
5      Q.    Okay. And just again, so we
6  understand what we mean about why color is
7  important, why color is critical to this analysis,
8  let's go back to slide 142.
9          So, the way this analysis works is
10 you're trying to eventually get to a refractive
11 index number or two numbers actually in parallel and
12 perpendicular. And that's when you're going to do
13 your calculation based on those numbers to see what
14 the birefringence value is, right?
15     A.    Correct.
16     Q.    And what refractive index number you
17 have is driven by what color the analyst says they
18 are seeing, correct?
19     A.    Yes, sir. As we went over this
20 yesterday, I agreed with you.
21     Q.    So, if you see a particle that is
22 actually yellow, it will have a different refractive
23 index number than a particle that is purple, right?
24     A.    That is correct. If it -- if it is
25 that purple.

Page 289
1      Q.    And so, for example, we went through
2  these images, slide 51, that we were not able to see
3  yesterday but this particle, as we discussed when I
4  just showed you a plain image of it, you told me it
5  was golden brown, right?
6      A.    That's the main -- that's the main
7  color there.
8      Q.    And yet by reversing the process,
9  because you actually give -- you see in the black
10 box down there, it says "RI 1564," right?
11     A.    I do.
12     Q.    So, we were able to reverse the
13 process to go from that RI to figure out what color
14 your analyst was calling this, what color your
15 analyst said they were seeing, and that is dark
16 purple, right?
17     A.    You do have that in there but as I've
18 talked about yesterday, you don't get these really
19 nice colors. You'll get a mixture of them and it's
20 just over a process. So, that is one sample. But I
21 stick to what it is. That is chrysotile and I rely
22 on the analyst and I don't have a problem with that.
23     Q.    And this particle that you're calling
24 purple chrysotile is essentially the same color as
25 all the talc plates that we see in the upper left of

Page 290
1  the image, right?
2      A.    No. If you look at the ends, you
3  know, one point, and you've got darker material
4  there, I can see -- I'd have to be on the microscope
5  but I can see some purple there. We have a mixture.
6  So that's what they chose. You know, we can argue
7  about this all day long but if you turn it -- you
8  know, that's what we called it and I stick by it.
9      Q.    You stick by it, but slide 143, just
10 to understand how this matters again, the number
11 that goes into that calculation, so, all of the
12 number on the right, and last time I had this text
13 in purple, but, because the number that goes into
14 your birefringence calculation, the number that
15 you're subtracting the number from, that is based on
16 the analyst calling the particle purple; if it was
17 yellow, a different number would be there, right?
18     A.    Okay. Can we go back to the other
19 one?
20     Q.    Sure. 1 -- sorry, 54 -- 51, sorry.
21 1.564, that corresponds to purple. If it was, for
22 example, a yellow, then you would be in the range --
23 in the yellow ranges. You'd have numbers like
24 1.579, 1.583, depending on how bright that is, and
25 we've talking about the brightness for illumination

Page 291
1  ranges.
2      A.    So, that's not yellow at all. I
3  appreciate that's what you see.
4          Say, we go down to, and we take
5  purple -- you would have something in the range of
6  about 1.576, 1.576 and 1.561 -- that's a 5100. You
7  are still in the range of what is accepted for
8  chrysotile.
9      Q.    Okay.
10     A.    So, if I --
11     Q.    According to you.
12     A.    If I buy your evaluation here and
13 that is not the yellows that you're pointing out
14 there and I put in a .1576, I am still in the range
15 and that is not talc.
16     Q.    Um-hum.
17     A.    What you have in that right-hand
18 corner is talc. See that bright up there? Well,
19 that we're going to be down in the 420 to 410 range.
20 So, it's not talc.
21     Q.    Dr. Longo, so, let's assume -- see
22 these rounded objects. Let's on the right instead.
23 Okay? There's one little rounded blue and there's
24 some rounded objects up there. Those are talc
25 plates, right?

Page 356

1  CERTIFICATE OF OFFICER
2
3        I CERTIFY that the foregoing is a true
4  and accurate transcript of the testimony and
5  proceedings as reported stenographically by me at
6  the time, place and on the date as hereinbefore set
7  forth.
8        I DO FURTHER CERTIFY that I am neither
9  a relative nor employee nor attorney or counsel of
10 any of the parties to this action, and that I am
11 neither a relative nor employee of such attorney or
12 counsel, and that I am not financially interested in
13 the action.
14
        *Andrea Nocks CCR CRR*
15 --------------------------------
16      ANDREA NOCKS, CCR, CRR
         Certificate No. X100157300
17       Certificate No. XR00011300
18
19
20
21
22
23
24
25