# Exhibit AH

Case 3:16-md-02738-MAS-RLS   Document 32872-36   Filed 07/01/24   Page 2 of 6 PageID: 188912
William Longo, Ph.D. - May 30, 2023

Page 1

```
              COMMONWEALTH OF MASSACHUSETTS

   MIDDLESEX, SS.                    SUPERIOR COURT
                                     DEPARTMENT OF THE
                                     TRIAL COURT
   _____
   BRYCE ZUNDEL and DIANE ZUNDEL,)
                                 )
           Plaintiffs,           ) CIVIL ACTION NO.:
                                 )
      vs.                        ) 22-2145
                                 )
   AMERILURE, INC., et al.,      )
                                 )
           Defendants.           )
```

- - -

Deposition of WILLIAM E. LONGO, PH.D., taken on behalf of the Defendants, pursuant to Notice, in accordance with the Massachusetts Rules of Civil Procedure, before Louise Griffith, Certified Court Reporter, at 6470 East Johns Crossing, Suite 160, Johns Creek, Georgia, on the 30th day of May, 2023, commencing at the hour of 11:19 a.m.

Page 2

```
 1            INDEX TO EXAMINATIONS
 2   WILLIAM E. LONGO, PH.D.              Page
 3   Examination by MR. CAHALANE            5
     Examination by MR. GIUNTA            278
 4   Examination by MR. MCCARTHY          288
 5            DEFENDANTS' EXHIBITS
 6   Exhibit    Description              Page
 7   D-1    Notice                          6
     D-2    Objections and Responses to     6
 8          Request for Documents
     D-3    MAS Project M71604 Talcum Powder 10
 9          Analysis
     D-4    Lymol Medical Corp's Responses to 11
10          Plaintiffs' Second Set of
11          Supplemental Interrogatories and
            Third Set of Supplemental
12          Requests for Production of
            Documents and Tangible Things
13   D-5    NIOSH XRD 9000                 12
     D-6    Bryce Zundel Depo Notes        12
14   D-7    MAS Chart of J&J Testing       13
     D-8    Binder with Compilation of     13
15          Documents
     D-9    Large Binder with Compilation of 16
16          Documents
     D-10   Compilation of J&J Worldwide Talc 18
17          Documents
     D-11   USP-NF Document                55
18   D-12   Method for the Determination of 104
            Asbestos in Bulk Building
19          Materials
     D-13   Plaintiffs' Answers to        237
20          Defendants' Revised Standard
            Interrogatories
21   D-14   Invoices                      242
     D-15   Plaintiffs' Expert Witness List 251
22          and Designations
     D-16   Dr. Longo CV                  269
23   D-17   M71604 Chrysotile PLM Recovery - 278
            CSM
24
25
```

Page 3

```
 1   APPEARANCES OF COUNSEL:
 2   ON BEHALF OF THE PLAINTIFFS:
 3       DARRON E. BERQUIST, ESQ.
         The Lanier Law Firm, PLLC
 4       126 East 56th Street
         6th Floor
 5       New York, NY  10022
 6   ON BEHALF OF THE DEFENDANT LYMOL MEDICAL
     CORP.:
 7
         MICHAEL J. CAHALANE, ESQ.
 8       Cetrulo, LLP
         Two Seaport Lane
 9       10th Floor
         Boston, MA  02210
10
     ON BEHALF OF THE DEFENDANT UNITED MINERALS
11   AND PROPERTIES, INC. d/b/a CIMBAR PERFORMANCE
     MINERALS:
12
         ERIN M. CARPENTER, ESQ. (via Zoom)
13       Husch Blackwell, LLP
         355 South Grand Avenue
14       Suite 2850
         Los Angeles, CA  90071
15
     ON BEHALF OF THE DEFENDANT BOSTON MEDICAL
16   PRODUCTS:
17       DANIEL P. MCCARTHY, ESQ. (via Zoom)
         MG+M The Law Firm
18       125 High Street
         Oliver Street Tower, 6th Floor
19       Boston, MA  02110
20   ON BEHALF OF THE DEFENDANT SCIARRA LABS:
21       MICHAEL GIUNTA, ESQ. (via Zoom)
         Freeman Mathis & Gary, LLP
22       60 State Street
         Suite 600
23       Boston, MA  02109-1800
24
25
```

Page 4

```
 1   Also present:
 2       Zach Thetford, Lexitas Monitor (via Zoom)
 3                     - - -
 4       (Whereupon, disclosure as required by the
 5   Georgia Board of Court Reporting was made by the
 6   court reporter, a written copy of which is
 7   attached hereto.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1             WILLIAM E. LONGO, PH.D.,
 2   having been first duly sworn, was examined and testified
 3   as follows:
 4                  EXAMINATION
 5   BY MR. CAHALANE:
 6       Q   Good morning, Dr. Longo.
 7       A   Good morning, sir.
 8       Q   My name is Michael Cahalane.  I'm at
 9   Cetrulo, LLP in Boston.
10           And do you understand that you're here to
11   testify about the Bryce Zundel matter?
12       A   I am.
13           (Whereupon, a discussion was held off the
14   record.)
15       Q   (BY MR. CAHALANE) So you understand, sir,
16   that you're here to testify about the Bryce Zundel
17   case, right?
18       A   Yes, sir.
19       Q   And you've testified in over 3500
20   depositions in asbestos matters, right?
21       A   Probably.
22       Q   So you've -- we can probably dispense with
23   the usual instructions, right?
24       A   Correct.
25       Q   The one thing I'll ask is that if you don't
```

Page 74

1  But if they don't -- if they're not trained or if
2  they don't have the Calidria standard to understand
3  what the refractive indices look like for these types
4  of structures, no, they wouldn't be able to do it.
5       It's -- you know, it's -- if, if somebody
6  just was driving a regular automobile around and then
7  they were, "come over here, we want you to go on this
8  NASCAR race, see how you do," well, if he's trained,
9  unless they know what they're looking for -- because
10 the, the PLM schools out there haven't changed much
11 in 50 years. It's all about asbestos-added products.
12 You know, it's showing chrysotile. A big 'ol
13 chrysotile bundle says you've got to have magenta.
14 And that's not what happens here.
15      And now it's been recognized that's not
16 what happens here and recently published by Dr. Su
17 who states specifically that there is other
18 chrysotile minerals that will have different
19 refractive indices than the 1866b chrysotile standard
20 where gamma is significantly higher. That's been
21 peer reviewed and published. And that's exactly what
22 I've been saying for the last I don't know how many
23 years on the attacks of our protocol.
24    Q   Well, how many years has it been you've
25 been saying that?

Page 75

1     A   Well, I think we have now been doing this
2  for two years when -- it took us a while to get the
3  method down.
4     Q   So it's 2023 now, so around 2021?
5     A   Correct.
6     Q   Mid 2021, that's when you started getting
7  it down?
8     A   That's when I think we started providing,
9  you know, analysis.
10    Q   Okay.
11    A   But without having Calidria standards,
12 which we got to after we first started, we -- the,
13 the PLM analyst would not have known what to look
14 for.
15    Q   The -- and we just talked about this, but
16 if you turn to page 9 real quick, I just want to
17 clarify something.
18      I know that the refractive index fluid you
19 used is actually 1.56, right?
20    A   Correct.
21    Q   So if you look on Table 3, just a few lines
22 down it says, RI fluid 1.650.
23      That's a typo, right?
24    A   No. It is 1.560.
25    Q   Okay. So the copy that I'm looking at --

Page 76

1     A   Oh. The header up there?
2     Q   Yeah.
3     A   God dang it. That's wrong.
4     Q   Okay.
5     A   That's a typo.
6     Q   That makes, that makes my life easier.
7  Okay.
8     A   Jeez.
9     Q   So that should say --
10    A   1.560.
11    Q   Got it.
12    A   You would think I would catch that.
13    Q   And your report also indicates that the
14 refractive index fluid typically used for testing
15 chrysotile is 1.55, right?
16    A   Correct.
17    Q   And that's what ISO 22262-1 requires?
18    A   That's what they state for, for chrysotile.
19    Q   And that's what EPA requires, right?
20    A   That's what they state for chrysotile, but
21 that's for -- in chrysotile-added products, then it
22 works fine.
23    Q   Okay.
24    A   For this, because the refractive indices
25 are -- and the gamma are typically on average 1.566,

Page 77

1  you want to use an RI fluid that is in the range of
2  what gamma is. It's more accurate.
3     Q   And you just mentioned Dr. Su in the
4  context of explaining why you used 1.56, right?
5     A   Well, it was both him and that was a
6  recommendation from Dr. Webber when we were talking
7  about this about a year ago.
8     Q   And you used -- and your report references
9  Dr. Su in explaining why you used 1.56, right?
10    A   Correct.
11    Q   And you also used Dr. Su's conversion
12 table, correct?
13    A   The conversion tables that he provided with
14 the paper. And in that publication he says that the
15 conversion tables are an easy and fast way to make
16 identification. Now, those conversion tables are
17 identical to the ones that he put out in 2000, in
18 1996, in 2010. And it's very puzzling to me. On the
19 one hand, his report criticizes me using his lookup
20 tables that --
21    Q   You just beat me to the punch, so go ahead.
22    A   This is not the first time I've been asked
23 this.
24    Q   Okay.
25    A   And then the second hand, he says in his

William Longo, Ph.D. - May 30, 2023

Page 78

1   published paper that these tables are provided for an
2   easy and fast way to look up the refractive indices
3   with the wave lengths.  And if you, and if you look
4   at that as 1.550 table for both gamma and alpha and
5   then look at what he published, he had an, you know,
6   UR code where you could then download them all.  And
7   I lined them up and they were identical.  That only
8   leads to one conclusion.
9       Q   What's that?
10      A   He never wrote that report.  And I don't
11  have any evidence, but I think Micky Gunter wrote it.
12  Cause I'm curious why he would have a publication
13  that goes against most everything he said in there
14  and he didn't sign the report.
15      Q   So Micky Gunter has also criticized your
16  finding of chrysotile in cosmetic talc, right?
17      A   He has.
18      Q   As has Dr. Su?
19      A   I'm not sure Dr. Su really has now.  I'm
20  not convinced he even wrote that report.
21      Q   So you're, you're suggesting that he hasn't
22  criticized you because you don't think he's the
23  author of the report?
24      A   Correct.
25      Q   And --

Page 79

1       A   Why would he, why would he put a report out
2   after he had a publication submitted to the, it's
3   called The Microscope Journal, that has the same
4   tables.  It says, here's what you use.  It says that
5   you're going to have higher -- you're going to have a
6   higher gamma.  I mean, I'm puzzled by it.  And, you
7   know, he, he won't be giving a deposition, so I guess
8   we'll never know for sure.
9       Q   So just so I understand, Dr. Su -- Dr. Su's
10  criticism is that you've misinterpreted his
11  conversion tables, right?
12      A   Correct.
13      Q   Okay.  And he said that your lighting makes
14  the fibers look brighter essentially, right?
15      A   No.  He said that -- he said we didn't have
16  brightness full on --
17      Q   Okay.
18      A   -- which is an interesting thing to say
19  since he's never been in the lab except one time, you
20  know, 20 years ago.  How do you make a -- how do you
21  say that?  Oh, you didn't have the brightness full
22  on.  Cause I just know.
23      Q   But his point is that if the brightness is
24  not full on, the fibers will appear brighter; is that
25  right?

Page 80

1       A   If they're not full on, they won't appear
2   brighter.  See, he took my photographs and he
3   photoshopped them and said this is what it should
4   look like.  And then if you look at Micky Gunter's
5   stuff, it looks very similar.  I mean, he took the
6   photograph and he said, if he had brightness full on,
7   this is what it would look like.
8           I can just imagine coming here with
9   evidence like that and saying, if this is what the
10  PLM lab had done in its full brightness -- full
11  brightness is -- the brightness on these microscopes
12  are always full on.  You don't have -- there's no
13  reason to have lower brightness.  And if you look
14  at -- we have examples of where we have, we have a
15  chrysotile bundle that's an inner growth with talc.
16  And it's -- and so you have a perpendicular
17  refractive index and, you know, half of it looks like
18  it's ten times brighter.
19          So, you know, if we're, if we're doing
20  that, how did we get the one side brighter?  So it's
21  always on full brightness.  So he's wrong about that
22  if it's him and not --
23      Q   Why do you think Dr. Su has it out for you?
24      A   Huh?
25      Q   Why do you think Dr. Su has it out for you?

Page 81

1           MR. BERQUIST:  Objection to form.
2           THE WITNESS:  I don't think he has it out
3   for me.  I don't think he wrote the report.
4       Q   (BY MR. CAHALANE)  Okay.  Do other labs that
5   you're aware of use refractive index fluid of 1.56 for
6   chrysotile?
7       A   I don't know.
8       Q   Okay.
9       A   But it's in Dr. Su's, it's in Dr. Su's
10  publication that if we want a more precise.  And then
11  he also states this is what you would do if your
12  refractor -- if the -- you want a refractive indices
13  fluid in the range of what you're finding.  And we're
14  finding the gammas are always in the 1.561, 1.561 to
15  1.569.  The average is 1.566.  So scientifically, it
16  makes perfect sense.
17      Q   But does he specifically recommend using
18  1.56 for chrysotile?
19      A   Yeah.
20      Q   Okay.  And has that publication been peer
21  reviewed?
22      A   Yes.  That's -- Dr. McCrone started that
23  publication.
24      Q   You touched on this earlier.
25          MR. BERQUIST:  Michael, just whenever you

```
                                                Page 294
 1              CERTIFICATE
 2
 3    STATE OF GEORGIA:
 4    COUNTY OF DEKALB:
 5         I hereby certify that the foregoing
 6    transcript was taken down as stated in the
 7    caption, that the witness was first duly sworn,
 8    and the questions and answers thereto were
 9    reduced to typewriting under my direction; that
10    the foregoing pages 1 through 291 represent a
11    true, correct, and complete transcript of the
12    evidence given upon said hearing, and I further
13    certify that I am not of kin or counsel to the
14    parties in the case; am not in the regular
15    employ of counsel for any of said parties; nor
16    am I in anywise interested in the result of said
17    case.  The witness did reserve the right to read
18    and sign the transcript.
19         This, the 8th day of June, 2023.
20
21
22
23         _____
              LOUISE GRIFFITH, CCR-B-2121
24            Certified Court Reporter
25
```

```
                                                Page 295
 1         COURT REPORTER DISCLOSURE
 2
 3      Pursuant to Article 10.B of the Rules and
      Regulations of the Board of Court Reporting of the
 4    Judicial Council of Georgia, I make the following
      disclosure:
 5
        I am a Georgia Certified Court Reporter.  I am here
 6    as a representative of Regency-Brentano, Inc.
 7      I am not disqualified for a relationship of
      interest under the provisions of O.C.G.A. §9-11-28 ©.
 8
        Regency-Brentano, Inc. was contacted by the offices
 9    of Lexitas Philadelphia to provide court reporting
      services for this deposition.
10
        Regency-Brentano, Inc. will not be taking this
11    deposition under any contract that is prohibited by
      O.C.G.A. §15-14-37 (a) and (b).
12
        Regency-Brentano, Inc. has no exclusive contract to
13    provide reporting services with any party to the case,
      any counsel in the case, or any reporter or reporting
14    agency from whom a referral might have been made to
      cover this deposition.
15
        Regency-Brentano, Inc. will charge its usual and
16    customary rates to all parties in the case, and a
      financial discount will not be given to any party to
17    this litigation.
18
19
20
21
         _____
22         Louise Griffith, CCR-B-2121
23
24
25
```