# Exhibit AI

```
                                                              Page 1

 1           SUPREME COURT OF THE STATE OF NEW YORK
                       COUNTY OF NEW YORK
 2                  INDEX NO. 190199/2020

 3

      MARGARET CARDILLO and RONALD CARDILLO,
 4

                   Plaintiffs,
 5    vs.

 6    AMERICAN INTERNATIONAL INDUSTRIES,
      Individually and as
 7    successor-in-interest for the
      CLUBMAN BRAND, and to THE NESLEMUR
 8    COMPANY and PINAUD COMPANY, et al.,

 9                 Defendants.
10    _____/

11

12

13    REMOTE VIDEOTAPED DEPOSITION OF WILLIAM E. LONGO, PhD
14                      Pages 1 - 190

15

                     Friday, September 1, 2023
16                  11:35 a.m. - 5:01 p.m. EDT

17

18

19    REPORTED BY: Beverly Bourlier James, RPR, CRR, FPR

20

21

22

23

24

25    Job Number: 6082963
```

### Page 2

```
 1  APPEARANCES:
 2    JAMES KRAMER, ESQUIRE
         jkramer@simmonsfirm.com
 3       Simmons Hanly Conroy
         112 Madison Avenue, 7th Floor
 4       New York, New York 10016-7416
         on behalf of Plaintiffs
 5
       ROBERT THACKSTON, ESQUIRE
 6       robert.thackston@lathropgpm.com
         Lathrop GPM LLP
 7       2101 Cedar Springs Road, Suite 1400
         Dallas, Texas 75201
 8    -and-
       ALFRED SARGENTE, ESQUIRE
 9       asargente@hpylaw.com
         Hawkins Parnell & Young LLP
10       275 Madison Avenue, 10th Floor
         New York, New York 10016
11       on behalf of American International Industries
12     DAVID RUTKOWSKI, ESQUIRE
         drutkowski@goldbergsegalla.com
13       Goldberg Segalla LLP
         1037 Raymond Boulevard, Suite 1010
14       Newark, New Jersey 07102-5423
         on behalf of Shulton, Inc.
15
       JIM MONTANO, ESQUIRE
16       jim.montano@wilsonelser.com
         Wilson Elser Moskowitz Edelman & Dicker LLP
17       7 Giralda Farms
         Madison, New Jersey 07940
18       on behalf of of Bristol Myers Squibb
19     KEVIN HYNES, ESQUIRE
         khynes@kslaw.com
20       King & Spalding LLP
         1185 Avenue of the Americas, 34th Floor
21       New York, New York 10036
         on behalf of Estée Lauder, Inc.
22
23
24
25
```

### Page 3

```
 1    KEVIN C. McCAFFREY, ESQUIRE
         kevin.mccaffrey@clydeco.us
 2       Clyde & Co US, LLP
         The Chrysler Building
 3       405 Lexington Avenue, 16th Floor
         New York, New York 10174
 4       on behalf of Kolmar and Neslemur
 5     STEPHEN NOVAKIDIS, ESQUIRE
         snovakidis@foleymansfield.com
 6       Foley & Mansfield
         86 Chambers Street, Suite 202
 7       New York, New York 10007
         on behalf of Avon Products, Inc.
 8
       VIRGINIA SQUITIERI, ESQUIRE
 9       vsquitieri@grsm.com
         Gordon Rees Scully Mansukhani LLP
10       One Battery Park Plaza, 28th Floor
         New York, New York 10004
11       on behalf of Colgate-Palmolive Company as a
         successor in interest to The Mennen Company
12
       ERIK DiMARCO, ESQUIRE
13       edimarco@grsm.com
         Gordon Rees Scully Mansukhani LLP
14       One Battery Park Plaza, 28th Floor
         New York, New York 10004
15       on behalf of Colgate-Palmolive Company (for
         Cashmere Bouquet)
16
17  ALSO PRESENT:
18    Alexa Pastor, videographer
19    TAYLOR HAMILTON, Technical Litagation Analyst
         Lathrop GPM LLP
20
21
22
23
24
25
```

### Page 4

```
 1                   E X A M I N A T I O N
 2                                                    Page
 3   EXAMINATION ..................... 7
       BY MR. THACKSTON
 4
 5                        E X H I B I T S
 6   Exhibit 1..... Notice of Taking Deposition....... 15
     Exhibit 2..... Objections to Notice of Taking ... 16
 7                  Deposition
     Exhibit 3..... Colorado School of Mines and ..... 21
 8                  Johnson & Johnson documents
     Exhibit 4..... Margaret Cardillo Exposure ....... 48
 9                  Summary
     Exhibit 5..... Updated Margaret Cardillo ........ 49
10                  Exposure Summary
     Exhibit 6..... February 27th, 2023 affidavit..... 74
11   Exhibit 7..... Hauser declaration................ 82
     Exhibit 8..... July 22, 2023 email............... 88
12   Exhibit 9..... MAS Project M71600 report......... 92
     Exhibit 10.... Johns Manville internal .......... 115
13                  correspondence September 9, 1976
     Exhibit 11.... Longo deposition Zundel case...... 123
14   Exhibit 12.... video............................ 131
     Exhibit 13.... Su report and notarization........ 132
15   Exhibit 14.... invoices.......................... 145
     Exhibit 15.... Cardillo case report.............. 151
16   Exhibit 16.... MVA report Montana talc retains... 176
17
18
19
20
21
22
23
24
25
```

### Page 5

```
 1
 2                      STIPULATIONS
 3           IT IS HEREBY STIPULATED AND AGREED by
 4   and between the attorneys for the respective parties
 5   hereto that filing, sealing and certification of the
 6   within Examination Before Trial be waived; that all
 7   objections, except as to form, are reserved to the
 8   time of trial.
 9           IT IS FURTHER STIPULATED AND AGREED that
10   the transcript may be signed before any Notary Public
11   with the same force and effect as if signed before a
12   Clerk or Judge of the Court.
13           IT IS FURTHER STIPULATED AND AGREED that
14   the within examination may be utilized for all
15   purposes as provided by the CPLR.
16           IT IS FURTHER STIPULATED AND AGREED that
17   all rights provided to all parties by the CPLR shall
18   not be deemed waived and the appropriate sections of
19   the CPLR shall be controlling with resect thereto.
20           IT IS FURTHER STIPULATED AND AGREED by
21   and between the attorneys for the respective parties
22   hereto that a copy of the Examination shall be
23   furnished, without charge, to the attorney
24   representing the witness testifying herein.
25                          oOo
```

Page 130

1 correct?
2     MR. KRAMER: Objection, mischaracterizes,
3   compound, argumentative.
4     THE WITNESS: That's not what I said. I
5   think he has. I'm not accusing him that he did do
6   it.
7 BY MR. THACKSTON:
8   Q.   Well, I think Mickey Gunter wrote it,
9 that's what he said under oath, right?
10  A.   Correct, I think, but I have no evidence.
11  Q.   You just throw out things like that and
12 say, well, let's just see if somebody can disprove
13 it, I'm just going to say I think Mickey Gunter wrote
14 the report, right?
15    MR. KRAMER: Objection, argumentative,
16   asked and answered.
17    THE WITNESS: Not what I said,
18   Mr. Thackston. I said I think he wrote the
19   report.
20 BY MR. THACKSTON:
21  Q.   Would you know Dr. Su if he walked in your
22 office right now?
23  A.   Maybe.
24  Q.   Do you know what he looks like?
25  A.   You want me to describe his body type?

Page 131

1   Q.   No, I just want to know have you ever met
2 him.
3   A.   I may have met him in the past because he
4 has audited our lab. I'm sure I have.
5   Q.   Would you know him if you saw him?
6     MR. KRAMER: Asked and answered.
7     THE WITNESS: Maybe.
8 BY MR. THACKSTON:
9   Q.   Do you know who that gentleman on the left
10 is?
11  A.   What I recall Gunter looking like.
12    MR. THACKSTON: I'll mark as number 12 and
13   I'll ask the court reporter to take down the words
14   in the video.
15    (Exhibit 12, video, was marked for
16 Identification.)
17 BY MR. THACKSTON:
18  Q.   Do you know who that is on the right?
19  A.   I think that may be Dr. Su.
20  Q.   I'd ask you to listen to the videotape.
21    (Video played.)
22    MR. GUNTER: And my colleague here is?
23    DR. SU: I'm Shu-Chun Su and I'm here
24   visiting from China here to the states to visit my
25   daughter and I -- this is today August the 28,

Page 132

1  2023, and Mickey and I came to this place and I
2  signed this report and because I was the author of
3  this review report about MAS labs identification
4  report.
5     So I'm the author of this report and I
6  signed it to prove it is ours also.
7     MR. GUNTER: Okay, thank you."
8    (Video ends.)
9     MR. KRAMER: Don't answer any questions.
10 Let me object to the use of this video.
11 Again, Dr. Su is, as I understand, outside the
12 subpoena power of the United States or of this
13 Court presently. He's not an expert witness in
14 this case. He hasn't been put up for deposition.
15 I can't see exactly what he's actually even
16 holding in his hand that he's referring to that he
17 wrote.
18    So, obviously, we will take up any issues
19 of admissibility for use of this at trial at the
20 appropriate time.
21    MR. THACKSTON: I'll mark as Exhibit
22 Number 13 the notarized report from Dr. Su that
23 he's referring to in the videotape.
24    (Exhibit 13, Su report and notarization,
25 was marked for Identification.)

Page 133

1 BY MR. THACKSTON:
2   Q.   Dr. Longo, first of all, did you hear the
3 conversation between the two gentlemen on the
4 videotape?
5   A.   Yes, sir.
6   Q.   Do you have any reason to doubt that that's
7 Dr. Su?
8   A.   I have no reason to doubt it.
9   Q.   And if Dr. Su notarized a copy of the
10 report, do you have any reason to doubt that that's
11 an authentic notarization of Dr. Su given when he was
12 in Washington, DC to visit his daughter last week?
13    MR. KRAMER: Objection. There's no notary
14   in video, there's no indication that a notary is
15   even there.
16    So answer to the extent you can,
17   Dr. Longo.
18    THE WITNESS: If that's the actual report,
19   then I have no reason to dispute it, if, in fact,
20   that is the report.
21    MR. THACKSTON: And we'll make number 13
22   the affidavit that's been notarized in connection
23   with the report.
24 BY MR. THACKSTON:
25  Q.   Okay. So would you consider criticism made

Page 186

1  Q.  And to your knowledge, has anyone seen the
2  second round of testing that you did for the Kasen
3  firm other than the Kasen firm?
4  A.  I don't know of anybody else.
5  Q.  Do you know whether they have agreed with
6  the Simmons firm that they can use the second round
7  of testing that you did for the Kasen firm?
8  A.  Oh, the second round, you mean the second
9  14 samples?
10 Q.  Right.
11 A.  Yeah.  I don't know.  It's up to them to
12 figure it out.
13 Q.  Okay.  And to cover all the tests you've
14 ever done on Clubman, the only kind of contamination
15 you think exists is the short chrysotile in the
16 0.0002 range?
17     MR. KRAMER:  Form.
18     THE WITNESS:  I don't know -- you know,
19   our amphibole so far, amphibole asbestos have been
20   non-detect.  So all I can say is we haven't seen
21   any yet in our detection limit.
22 BY MR. THACKSTON:
23 Q.  And what you've found is what you believe
24 is the SG-210 compatible chrysotile at the level I
25 just stated?

Page 187

1  A.  Well, it's not so much compatible, it's
2  almost a match for the characteristics, the
3  dispersion staining, the -- which is the main thing,
4  the birefringence calculations are about the same.
5  Q.  Did I get the percentage right, 000 and a
6  digit of a percentage?
7  A.  That's our -- that's about our detection
8  limit.
9  Q.  Okay.  I understand you have to go at 5.  I
10 have no more questions.  I thank you for your time
11 and happy birthday.
12 A.  Thank you.
13     THE VIDEOGRAPHER:  The time is 5:01 p.m.
14   and this concludes today's deposition.
15     (The deposition was concluded at
16 approximately 5:01 p.m.)

Page 188

1  CERTIFICATE OF OATH
2
3
4    I, the undersigned authority, certify that
5  WILLIAM E. LONGO, PhD gave remote testimony on
6  September 1, 2023 and was sworn under penalties of
7  perjury.
8
9    WITNESS my hand and official seal this 5th
10 day of September, 2023.
11
12
13    _____
14    BEVERLY BOURLIER JAMES
       My Commission #GG355486
15     Expires September 9, 2023

Page 189

1  REPORTER'S CERTIFICATE
2
3
4    I, BEVERLY BOURLIER JAMES, Registered
5  Professional Reporter, certify that I was authorized
6  to and did stenographically report the foregoing
7  remote deposition of WILLIAM E. LONGO, PhD; and that
8  a review of the transcript was not requested; and
9  that the transcript is a true and complete record of
10 my stenographic notes.
11    I further certify that I am not a relative,
12 employee, attorney, or counsel of any of the parties,
13 nor am I a relative or employee of any of the
14 parties' attorney or counsel connected with the
15 action, nor am I financially interested in the
16 action.
17    Dated this 5th day of September, 2023.
18
19   _____
20   BEVERLY BOURLIER JAMES
     Registered Professional Reporter
21   Certified Realtime Reporter
     Florida Professional Reporter
22   Georgia Certified Reporter