# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3:16-md-02738 (MAS) (LHG)** |
| This Document Relates to:<br>*Seiley et al. v. Johnson & Johnson et al*<br>Case No. 3:23-cv-13856 | |

## NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 3, Case Management Order No. 9, and the Court's October 10, 2023 Order Governing Amendments to Complaints (ECF 28519), notice is hereby given that an Amended Short Form Complaint and Jury Demand was filed on July 3, 2024, on behalf of the Estate of Joan C. Seiley, by and through her surviving child, Jessica Gomez.

The Notice of Death of Plaintiff Joan C. Seiley was filed on July 3, 2024. Pursuant to California Code of Civil Procedure § 377.60, as decedent's surviving child, Jessica Gomez has the authority to prosecute the wrongful death and survival actions.

Dated: July 3, 2024                    Respectfully submitted,

                                                **LIEFF CABRASER HEIMANN & BERNSTEIN**

                                       By: /s/
                                           Wendy R. Fleishman (NY Bar No. 2500429)
                                           Lieff Cabraser Heimann & Bernstein LLP
                                           250 Hudson Street, 8th Floor
                                           New York, NY 10013
                                           wfleishman@lchb.com

**Certificate of Service**

I hereby certify that on July 3, 2024 a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

/s/ Wendy Fleishman
Wendy R. Fleishman