# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Janet Benjamin, individually and on behalf of the estate of Lenis Nunley, Deceased<br><br>Case No. 3:24-cv-07458 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 1, 2024 on behalf of Plaintiff Janet Benjamin, individually and on behalf of the estate of Lenis Nunley.

DATED: July 8, 2024.                     Respectfully submitted,

                                                     By: /s/ Daniel J. Thornburgh
                                                     Daniel J. Thornburgh
                                                     **AYLSTOCK, WITKIN,**
                                                     **KREIS, AND OVERHOLTZ, PLLC**
                                                     17 East Main Street, Suite 200
                                                     Pensacola, Florida 32502
                                                     Telephone: 850-202-1010
                                                     Fax: 850-916-7449
                                                     dthornburgh@awkolaw.com

                                                     *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      Respectfully submitted,

      By: /s/ Daniel J. Thornburgh
      Daniel J. Thornburgh
      **AYLSTOCK, WITKIN,**
      **KREIS, AND OVERHOLTZ, PLLC**
      17 East Main Street, Suite 200
      Pensacola, Florida 32502
      Telephone: 850-202-1010
      Fax: 850-916-7449
      dthornburgh@awkolaw.com

      *Attorney for Plaintiff*