# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Nathaniel Harris, individually, and as Special Administrator of the Estate of Linda Harris<br><br>      Plaintiffs,<br>v.<br><br>Johnson & Johnson, et al.<br>      Defendants. | **MDL No. 16-2738 (MAS) (RLS)**<br><br><br>Civil Action No. 3:24-cv-7634 |

## NOTICE OF FILING

  Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint and Jury Demand was filed on July 9, 2024, on behalf of the Plaintiff (s) listed in the above captioned matter.

                  Respectfully Submitted By,

                  */s/ Kyle Phillip Ludwig*
                  Kyle P. Ludwig, Ark. Bar # 2012089
                  MO Bar # 70548
                  **Ludwig Law Firm, PLC**
                  1217 W. 3rd St.
                  Little Rock, AR 72201
                  Telephone: 501-868-7500
                  Facsimile: 501-868-7501
                  Email: kyle@ludwiglawfirm.com

                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that July 9, 2024, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                        /s/ *Kyle P. Ludwig*
                                        Kyle P. Ludwig