# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-MD-2738-MAS-RLS |
| This document relates to: *Glenn R. Brown, Individually and as Proposed Personal Representative of the Estate of Julie A. Brown v. Johnson & Johnson, et al.,* Civil Action No.: 3:24-cv-7636 | JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed on July 9, 2024 on behalf of Plaintiff Glenn R. Brown, Individually and as Proposed Personal Representative of the Estate of Julie A. Brown.

Dated: July 9, 2024

Respectfully submitted,

/s/ *Roopal P. Luhana*
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Phone: 888-480-1123
Fax: 888-499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff Glenn R. Brown*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on July 9, 2024, which shall send notification of such filing to all CM/ECF participants.

/s/ *Roopal P. Luhana*
Roopal P. Luhana, Esq.