UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>HOLLY D. ANDSERSON, Individually<br><br>Case No. 3:54-cv-07357-MAS-RLS | Civil No. 3:16-md-2738-MAS-RLS |

**NOTICE OF FILING SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on June 28, 2024, on behalf of Plaintiff Holly D. Anderson.

Dated: July 9, 2024           Respectfully Submitted by

/s/ Stephanie B. Sherman
Stephanie B. Sherman, Esq.
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Ste. 1750
Los Angeles, CA 90025
Tel 310-207-3233 | Fax 310-820-7444
ssherman@wisnerbaum.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on July 9, 2024.

*/s/ Stephanie B. Sherman*
