# REILLY, MCDEVITT & HENRICH, P.C.

ATTORNEYS AT LAW
SUITE 310
3 EXECUTIVE CAMPUS
CHERRY HILL, NJ  08002

(856) 317-7180
FAX: (856) 317-7188
www.rjm-law.com

**PHILADELPHIA OFFICE**
WIDENER BUILDING
SUITE 410
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
(215) 972-5200
FAX: (215) 972-0405

**DELAWARE OFFICE**
1013 CENTRE ROAD
SUITE 210
WILMINGTON, DE 19805
(302) 777-1700
FAX: (302) 777-1705

Suzanne I. Turpin
Member of Pa & NJ Bars
sturpin@rmh-law.com

July 9, 2024

**VIA E-FILE**
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & US Courthouse
402 E. State Street
Trenton, NJ 08608

> RE: IN RE:   JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
> Case No.: 3:16-md-02738-MAS-RLS

Dear Honorable Judge Singh:

We represent the interests of Personal Care Products Counsel ("PCPC") in the above captioned litigation. Although we duly filed substitutions of counsel substituting our appearance for prior counsel when we assumed the representation of PCPC, more recent filings are still being forwarded to prior counsel based on their identification in Case Management Order No. 3.

Please find attached a Proposed Amended CMO No. 3. which we submit after a meet and confer with all counsel. If the Order meets with the Court's approval, we respectfully request the Court grant the Order. Thank you in advance for your time on this matter. Should you have any questions, please contact the undersigned.

Respectfully submitted,

**REILLY, MCDEVITT & HENRICH, P.C.**

By: ___*/s/ Suzanne I. Turpin*___
    Suzanne I. Turpin

SIT/jmk
Enc.