IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION : : : : : : : | Civil Action No. 3:16-md-2738-FLW-LHG<br><br>MDL No. 2738 |

**AMENDMENT TO CASE MANAGEMENT ORDER NO. 3 WITH REGARD TO PCPC SERVICE OF PROCESS**
**(Filing of Short Form Complaints)**

**Due to the change of counsel for Personal Care Products Council ("PCPC") and** with the consent of all counsel: Case Management Order no. 3 ("CMO 3") is amended to substitute

Suzanne I. Turpin, Esquire
**sturpin@rmh-law.com**

and/or

Gino Mecoli, Esquire
**.gmecoli@rmh-law.com**

To replace:
Thomas T Locke, Esquire
Tlocke@seyfarth.com

All other portions of CMO 3 including the following language will remain in tact:

**Personal Care Products Council ("PCPC")** agrees to waive formal service of process in cases directly filed in the District of New Jersey pursuant to the Direct Filing Order; PCPC does not waive any defenses available to it by accepting alternative service;

service shall be deemed perfected upon PCPC when Plaintiffs provide Notice of filing of the Short Form Complaint along with the Short Form Complaint by email to PCPC's counsel; and

1

that in such instances, Plaintiff shall not need to serve the original complaint that was pending in this multidistrict litigation. The Short Form Complaint shall replace the original complaint that was pending in this multidistrict litigation.

This the 10th day of July, 2024.

_____
U.S.D.J.
Rukhsanah L. Singh, USMJ