IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS, MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 3:16-md-2738-FLW-LHG** <br> **Judge Freda L. Wolfson** <br> **Magistrate Judge Lois H. Goodman** |
| **THIS DOCUMENT RELATES TO:** <br> *ROSEMARY SMARRA* <br> Case No. 3:20-cv-14485-FLW-LHG | **MDL 2738** |

<u>NOTICE OF FILING OF AMENDED SHORT FORM COMPLAINT</u>

Notice is hereby given pursuant to Case Management Order No. 3 - Filing of Short Form Complaints- and the Court's October 10, 2023 Order Governing Amendedments to Complaints, that the Amended Short Form Complaint with Jury Demand was filed on July 10, 2024, for Plaintiff Clement Anthony Smarra, on behalf of the Estate of Rosemary Smarra, deceased.

Dated: July 10, 2024

Respectfully Submitted,

/s/ Laura E. Balzarini
Laura E. Balzarini
Balzarini & Watson
310 Grant Street
Suite 3303
Pittsburgh, PA 15219
(412) 471-1200
lbal@comcast.net

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2024, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

Dated: July 10, 2024

By:

/s/ Laura E. Balzarini
Laura E. Balzarini
Balzarini & Watson
310 Grant Street
Suite 3303
Pittsburgh, PA 15219
(412) 471-1200
lbal@comcast.net

*Counsel for Plaintiff*