UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br>FLOSSIA LYNN LINDQUIST, individually and on behalf of IRMA SMITH, Deceased,<br><br>Civil Action No.: 3:18-cv-00250 | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>NOTICE OF FILING |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 – Filing Short Form Complaints [Dkt. 148] and the Court's October 10, 2023, Order Governing Amendments to Complaints [Dkt. 28519] that the Amended Short Form Complaint with Jury Demand was filed on July 11, 2024, for Plaintiff Flossia Lynn Lindquist, individually and on behalf of Irma Smith, deceased.

| | |
|---|---|
| Dated: July 11, 2024 | Respectfully submitted,<br><br>/s/ *Warren T. Burns*<br><br>Korey A. Nelson (LA #30002)<br>Amanda K. Klevorn (LA #35193)<br>Brandi R. Hamilton (MS #105116)<br>**BURNS CHAREST LLP** |

1

365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: aklevorn@burnscharest.com
 knelson@burnscharest.com
 bhamilton@burnscharest.com

**AND**

Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)
Spencer M. Cox (TX #24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com
 dcharest@burnscharest.com
 scox@burnscharest.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: July 11, 2024　　　　　　　　　/s/ *Warren T. Burns*

　　　　　　　　　　　　　　　　　　Warren T. Burns (TX #24053119)
　　　　　　　　　　　　　　　　　　**BURNS CHAREST LLP**
　　　　　　　　　　　　　　　　　　900 Jackson Street, Suite 500
　　　　　　　　　　　　　　　　　　Dallas, Texas 75202
　　　　　　　　　　　　　　　　　　T: 469.904.4550
　　　　　　　　　　　　　　　　　　F: 469.444.5002
　　　　　　　　　　　　　　　　　　E: wburns@burnscharest.com