# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Dianna C. Kent, Individually and As Surviving Spouse and Next of Kin of Douglas C. Kent v. Johnson & Johnson, et al.; Case No: 3:17-cv-01547 | MDL No. 2738 (FLW) (LHG)<br><br>Transferred Action |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 – Filing of Short Form Complaints [Doc. No. 148] and Court the Court's October 10, 2023, Order Governing Amendments to Complaints [Doc. No. 28519] that the Amended Short Form Complaint and Jury Demand was filed in the individual case on July 11, 2024 on behalf of Plaintiff Dianna C. Kent, Individually and as Surviving Spouse and Next of Kin of Plaintiff Douglas Kent.

Dated: 07/11/2024

Respectfully Submitted by,

s/ Melissa S. Hedrick
Melissa S. Hedrick
630 N.E. 63rd St.
Oklahoma City, OK 73105
(405) 361-7844
(405) 254-5132 (Fax)
melissa.s.hedrick@gmail.com
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Melissa S. Hedrick
Melissa S. Hedrick
630 N.E. 63rd St.
Oklahoma City, OK 73105
(405) 361-7844
(405) 254-5132 (Fax)
melissa.s.hedrick@gmail.com

Counsel for Plaintiffs
