

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

**Faegre Drinker Biddle & Reath** LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

July 11, 2024

Honorable Rukhsanah L. Singh, U.S. M.J
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   Johnson & Johnson Talcum Power Products, Marketing, Sales Practices and Products liability Litigation
>        Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

   The Plaintiffs have identified 25 case specific and general experts.   If the defense filed a R. 702 motion for each expert, we would be entitled to 1,000 pages.   However, we propose to group the experts and challenges by topic into a smaller number of motions as we did the last time around.   We request a total of 450 pages for those briefs.   The Plaintiffs consent to this request.

   Thank you for your consideration of this matter.

Respectfully submitted,

Susan M. Sharko

SMS

CC:   Michelle A. Parfitt, Esq.
         Leigh O'Dell, Esq.

DMS_US.365070512.1
DOCID:  DOCPROPERTY DOCXDOCID DMS=IManage Format=<<LIB>>.<<NUM>>.<<VER>>