# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Monica Mixon v. Johnson & Johnson, et al.<br>Civil No. 3:24-cv-07717 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 11, 2024 on behalf of Plaintiff, Monica Mixon.


DATED: July 11, 2024                           BISNAR|CHASE LLP

                                               By:    */s/ Michael K. Teiman*
                                                         BRIAN D. CHASE
                                                         MICHAEL K. TEIMAN
                                                         *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                              BISNAR|CHASE LLP

By:    */s/ Michael K. Teiman*
         BRIAN D. CHASE
         MICHAEL K. TEIMAN