SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE MICHAEL A. SHIPP |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE RUKHSANAH SINGH |
| *Sandra Roberts, as Executrix of the Estate of Deirdre Duddy v. Johnson & Johnson, et al* *Case No. 3:18-cv-01281* | |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 - Filing of Short Form Complaints [DKT. 148] and the Court's October 10, 2023, Order Governing Amendments to Complaints [Dkt. 28519] that the Amended Short Form Complaint with Jury Demand was filed on July 12, 2024 for Plaintiff Sandra Roberts, as Executrix of the Estate of Deidre Duddy, deceased.

Dated: July 12, 2024

Respectfully Submitted,

/s/ John J. Foley
John J. Foley
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone:  618.259.2222
Facsimile:   618.259.2251
jfoley@simmonsfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 12th day of July, 2024 to all parties of interest.

*/s/ John J. Foley*
John J. Foley