IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Lasandra Lazenberry, Individually and O/B/O Bettie Daka (deceased) v. Johnson & Johnson, et al.; 3:20-cv-09791-MAS-RLS | Civil Action No. 3:16-md-2738<br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints, Doc. No. 148) and the Court's October 10, 2023, Order Governing Amendments to Complaints (Doc. No. 28519), a First Amended Short Form Complaint and Jury Demand was filed on July 12, 2024, on behalf of Lasandra Lazenberry, individually and on behalf of Bettie Daka (deceased).

Dated:  July 12, 2024

Respectfully submitted,

By:  */s/ Holly Werkema*
Holly Werkema
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel.: (214) 521-3605
Fax: (214) 523-6600
Email: hwerkema@baronbudd.com

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this 12th day of July 2024, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Holly Werkema*
Holly Werkema