**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3:16-md-02738-MAS-RLS**<br><br>**JUDGE MICHAEL A. SHIPP**<br>**MAG. JUDGE RUKHSANAH L. SINGH** |
| **THIS DOCUMENT RELATES TO:**<br><br>CAROLINE LOO-LEW,<br><br>   Plaintiff,<br><br>  v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>   Defendants. | Civil Action No. 3:20-cv-00584-MAS-RLS |

<u>**NOTICE OF INABILITY TO SUBSTITUTE**</u>

In accordance with Case Management Order No. 9-Status of Deceased Plaintiffs, Counsel for

Plaintiff in the above-referenced action hereby gives notice of the inability to substitute a proper party

within the timeline outlined by the CMO.

Upon information and belief, Plaintiff Caroline Loo-Lew ("Plaintiff"), died on or about May

8, 2021. Counsel for Plaintiff is unable to substitute a proper party in this action, because (select one

option below):

| | |
|---|---|
| | **Category One** |
| | Probate petition has been filed, but no order appointing a personal representative has been entered. |

|  | **Name of petitioner:** | |
|---|---|---|
|  | **Court, Case Number, and Date filed** | |
|  | **Remand state:** | |
|  | | |
|  | **Category Two** | |
|  | Probate counsel has been retained, but a probate petition has not yet been filed. | |
|  | **Name of petitioner:** | |
|  | **Date probate counsel retained:** | |
|  | **Remand state:** | |
|  | **If it is anticipated that the probate petition will not be filed prior to September 28, 2024, please provide non-privileged information in explanation:** | |
|  | | |
| X | **Category Three** | |
|  | Next of kin has not yet been identified or retained, and probate is required to substitute parties. | |
|  | **Remand state:** | New York |
|  | Counsel represents that good faith efforts have been undertaken, continuing into calendar year 2024, to identify and retain next of kin for purposes of substitution of parties and provide the following non-privileged information in explanation: Counsel has conducted investigatory searches for the Decedent's next of kin, and has obtained contact information for the Decedent's surviving spouse, including six different phone numbers, an email address, and last known address. Despite continued and repeated efforts to contact the surviving spouse, by phone, email, and US mail, Counsel has yet to receive a response. | |

| | | |
|---|---|---|
| | **Category Four** | |
| | Next of kin has not yet been identified or retained, probate is not required to substitute parties. | |
| | **Remand state:** | |
| | Counsel represents that good faith efforts have been undertaken, continuing into calendar year 2024, to identify and retain next of kin and provide the following non-privileged information in explanation: | |
| | **Cite case law and/or statute(s) that permit substitution without probate:** | |

DATED: July 12, 2024                          Respectfully submitted by,


By:   /s/ Melanie Meneses Palmer
         Melanie Meneses Palmer (CA # 286752)
         **KIESEL LAW LLP**
         8648 Wilshire Boulevard
         Beverly Hills, CA  90211
         Tel.: (310) 854-4444
         Fax: (310) 854-0812
         palmer@kiesel.law


         Haytham Faraj (CA # 291416)
         (ARDC # 6286135)
         **LAW OFFICES OF HAYTHAM FARAJ**
         1935 W. Belmont Ave.
         Chicago, IL 60657
         (312) 635-0800
         haytham@farajlaw.com

3

Tigran Martinian (CA # 247638)
Arash H. Zabetian (CA # 291403)
**MARTINIAN & ASSOCIATES, INC.**
2801 Cahuenga Blvd. West
Los Angeles, CA 90068
(323) 850-1900
tm@martinianlaw.com
arash@zabetianlaw.com

*Counsel For Plaintiff*