## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Sue Reed,<br><br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson, et al.<br><br>Defendants. | **MDL No. 2738 (MAS) (RLS)**<br><br>**Chief Judge Michael A. Shipp**<br><br>**Magistrate Rukhsanah L. Sigh**<br><br>Case No. 3:24-cv-03043 |

### NOTICE OF FILING

Notice is hereby given pursuant to the court's May 15, 2024 Case Management Order No. 9 regarding notices of inability to substitute party plaintiff was filed on July 12, 2024, on behalf of Plaintiff.

Dated: July 12, 2024

Respectfully submitted,

/s/ *Tara K. King*
Tara K. King
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80226
Tel.: (303) 376-6360
Fax: (888) 875-2889
Tking@wagstafflawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12, 2024, this document was filed and electronically served by way of CM/ECF filing system. Notice of this filing will be served on all parties of record by operation of this ECF system and parties may access the filing through the ECF system.

    /s/ *Tara K. King*
Tara K. King
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80226
Tel.: (303) 376-6360
Fax: (888) 875-2889
Tking@wagstafflawfirm.com