UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Patricia C. Weber, et al v. Johnson & Johnson, et al.<br><br>Case No. 3:17-cv-12636 | **MDL No. 16-2738**<br><br>**Chief Judge Michael A. Shipp**<br><br>**Magistrate Rukhsanah L. Sigh** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 re Filing of Short Form Complaints that the Second Amended Short Form Complaint and Jury Demand, the Motion to Substitute Party Plaintiff, and Suggestion of Death was filed on July 12, 2024, on behalf of CONNIE WEBER-BRITT, Individually and as Personal Representative of the Estate of Patricia C. Weber, deceased.

Dated: July 12, 2024

Respectfully submitted,

/s/ *Tara K. King*
Tara K. King
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80226
Tel.: (303) 376-6360
Fax: (888) 875-2889
TKing@wagstafflawfirm.com

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 12, 2024, this document was filed and electronically served by way of CM/ECF filing system. Notice of this filing will be served on all parties of record by operation of this ECF system and parties may access the filing through the ECF system.

/s/ *Tara K. King*
Tara K. King