

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

faegredrinker.com

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

July 11, 2024

Honorable Rukhsanah L. Singh, U.S. M.J
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Johnson & Johnson Talcum Power Products, Marketing, Sales Practices and Products liability Litigation
Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

The Plaintiffs have identified 25 case specific and general experts. If the defense filed a R. 702 motion for each expert, we would be entitled to 1,000 pages. However, we propose to group the experts and challenges by topic into a smaller number of motions as we did the last time around. We request a total of 450 pages for those briefs. The Plaintiffs consent to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

Susan M. Sharko

SMS

CC: Michelle A. Parfitt, Esq.
Leigh O'Dell, Esq.

DMS_US.365070512.1
DOCID: DOCPROPERTY DOCXDOCID DMS=IManage Format=<<LIB>>.<<NUM>>.<<VER>>

*The above request is hereby GRANTED.*

So Ordered this 12th day of July, 2024

Hon. Rukhsanah L. Singh, U.S.M.J.