UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCOM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Civil No. 3:16- 2738 (MAS)(RLS) |

**This Document Relates to:**
**Michelle & Michael Paolercio**

**Case No. 3:24-7757**

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on July 15, 2024 on behalf of Plaintiffs, Michelle Paolercio and Michael Paolercio.

DATES: July 15, 2024        Respectfully Submitted

                               LaBovick Law Group
                               5220 Hood Road, 2nd Floor
                               Palm Beach Gardens, FL 33418
                               (561) 625-8400 - Telephone
                               (561) 370-6411 – Facsimile

By:_____
         Jodi C. Page, Esq.
         Florida Bar Number: 174629
         *Email: Jpage@LaBovick.com*
         *Pdaddario@LaBovick.com*
         *PiLit@LaBovick.com*

Attorney For Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on July 15, 2024, a copy of the forgoing Notice of Filing was filed via the Court's CM/EFS electronic filing system. Notice of Filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                              Respectfully Submitted

                              LaBovick Law Group
                              5220 Hood Road, 2nd Floor
                              Palm Beach Gardens, FL  33418
                              (561) 625-8400 - Telephone
                              (561) 370-6411 – Facsimile

By:_____
     Jodi C. Page, Esq.
     Florida Bar Number: 174629
     *Email: Jpage@LaBovick.com*
     *Pdaddario@LaBovick.com*
     *PiLit@LaBovick.com*