# EXHIBIT A

| Plainitff Name | Docket No. |
|---|---|
| Andersen, Charlotte | 3:17-cv-09434 |
| Anderson, Barbara | 3:18-cv-04364 |
| Anderson, Latosha | 3:17-cv-04308 |
| Armstrong, Shirley | 3:18-cv-04365 |
| Avey, Kathleen | 3:18-cv-16355 |
| Aveyard, Georgianna | 3:19-cv-14369 |
| Bass, Paula | 3:19-cv-00915 |
| Beckrest, Karen | 3:18-cv-02086 |
| Biscotto, Mia | 3:18-cv-14790 |
| Braman, Elizabeth | 3:18-cv-07661 |
| Caligiuri, Nancy | 3:19-cv-15521 |
| Chatfield, Candida | 3:19-cv-08630 |
| Chavez, Marian | 3:17-cv-13352 |
| Clark, Laura Judy | 3:19-cv-08055 |
| Cocco, Patricia | 3:20-cv-09533 |
| Coy, Denise | 3:18-cv-08645 |
| Crisp-Silva, Chandra L. | 3:17-cv-12229 |
| Curry, Saundra | 3:17-cv-04307 |
| Dalton, Connie | 3:17-cv-09074 |
| Davella, Theresa | 3:20-cv-13904 |
| Dazey, Kelly | 3:17-cv-07723 |
| DeCastris, Joanne | 3:18-cv-10493 |
| Dee, Helen | 3:17-cv-05049 |
| Deprez, Claudia | 3:18-cv-01091 |
| Donnelly, Camille | 3:19-cv-08949 |
| Douglas, Patricia | 3:17-cv-05346 |
| Doyle, Christine | 3:20-cv-07770 |
| Duarte, Heather | 3:17-cv-07724 |
| Dulaney, Judy | 3:17-cv-09053 |
| Edwards, Darlene | 3:17-cv-07048 |
| Elliott, Mary Jane | 3:18-cv-08290 |
| Evans, Brenda | 3:18-cv-11870 |
| Farra, Donna | 3:21-cv-00856 |
| Fingerhut, Susan | 3:17-cv-09076 |
| Fogle, Carol | 3:19-cv-00685 |

| | |
|---|---|
| Fox, Yvette | 3:19-cv-00918 |
| Frank, Julie | 3:19-cv-21190 |
| Garrett, Juanita | 3:18-cv-09096 |
| Geraldino, Flor | 3:18-cv-14668 |
| Gibbs, Kimberly | 3:17-cv-04706 |
| Gifford, Pamela | 3:18-cv-00416 |
| Goode, Diana | 3:17-cv-13198 |
| Goodrich, Ruby | 3:20-cv-18925 |
| Grah, Karen | 3:18-cv-03380 |
| Graley, Kathy | 3:18-cv-11492 |
| Greaves, SherryLee | 3:17-cv-04461 |
| Guinn, Selena | 3:17-cv-04679 |
| Guy, Karen | 3:18-cv-16343 |
| Haugh, Carol | 3:23-cv-6327 |
| Heller, Sandra | 3:17-cv-09436 |
| Homer, Janiece | 3:19-cv-08057 |
| Hubbert, Deborah | 3:19-cv-17764 |
| Hudson, Debora | 3:19-cv-03602 |
| Hunter, Kimberly | 3:18-cv-00418 |
| Ibold, Regine | 3:19-cv-07316 |
| Ivasiecko, Venissa | 3:17-cv-13071 |
| Jenkins, Kellie | 3:18-cv-11454 |
| Johnsen, Sophie | 3:17-cv-04492 |
| Johnson, Mary | 3:18-cv-09020 |
| Johnson, Patricia | 3:19-cv-17749 |
| Johnston, Jessie | 3:17-cv-10200 |
| Jones, Clara | 3:17-cv-04490 |
| Jones, Erin | 3:19-cv-17750 |
| Kerr, Kelly | 3:18-cv-08749 |
| Kerwin, Patricia | 3:18-cv-02739 |
| Kirk, Deborah | 3:21-cv-12053 |
| Kokoszka, Michelle | 3:19-cv-08058 |
| Kuchinski, Robin | 3:19-cv-18890 |
| Lasseter, Betty | 3:18-cv-08007 |
| Lawing, Barbara | 3:18-cv-14667 |
| Leo, Jennifer | 3:17-cv-07798 |

| | |
|---|---|
| Lewis, Jeanette | 3:19-cv-18891 |
| Luboff, Sheila | 3:18-cv-00135 |
| Lucci, Doreen | 3:20-cv-13065 |
| Mann, Linda | 3:18-cv-12028 |
| Mansfield, Stephanie | 3:17-cv-05114 |
| Marinace, Jessica | 3:18-cv-11882 |
| Martin, Joe Ann | 3:17-cv-13320 |
| Martin, Wanda | 3:18-cv-00146 |
| Mayson, Gladys | 3:18-cv-03476 |
| McAlexander, Alice E. | 3:17-cv-05342 |
| McGibboney, Brenda | 3:19-cv-15370 |
| McIntyre, Daretha | 3:19-cv-18009 |
| Miller, Denise | 3:17-cv-04902 |
| Milliken, Maureen Broderick | 3:16-cv-06693 |
| Mirchandani, Rajini | 3:18-cv-04366 |
| Moore, Linda | 3:19-cv-06564 |
| Morar, Stephanie | 3:19-cv-00686 |
| Mucci, Kim | 3:18-cv-10494 |
| Newton, Barbara | 3:18-cv-12748 |
| Ney, Mary | 3:18-cv-04572 |
| Norton, Rebecca | 3:17-cv-04300 |
| Ogle, Lisa | 3:18-cv-09094 |
| O'Malley, Bonnie | 3:19-cv-10017 |
| Orovet, Pamela | 3:19-cv-06559 |
| Packer, Victoria | 3:18-cv-00802 |
| Palnick, Irene | 3:19-cv-17918 |
| Parton, Gloria | 3:17-cv-02174 |
| Pearson, Deborah | 3:18-cv-08289 |
| Perkins, Michelle | 3:17-cv-02371 |
| Perry, Lori | 3:21-cv-13728 |
| Petty, Nancy | 3:19-cv-09376 |
| Piper, Linda | 3:18-cv-08490 |
| Plemons, Dorothy G. | 3:17-cv-13235 |
| Preble, Stacy | 3:19-cv-14200 |
| Putz, Christine | 3:17-cv-11697 |
| Ridenour, Dorotha | 3:18-cv-04367 |

| | |
|---|---|
| Rinehart, Vickie | 3:18-cv-11455 |
| Rivera, Martha | 3:18-cv-10491 |
| Robinson, Ozella | 3:17-cv-02370 |
| Rocco, Arlyn | 3:18-cv-02735 |
| Romero, Jackie | 3:19-cv-07392 |
| Rosser, Brenda | 3:17-cv-13072 |
| Rossow, Cheryl | 3:18-cv-11998 |
| Russell, Pamela | 3:17-cv-13317 |
| Russo, Georgianna | 3:17-cv-09055 |
| Saari, Pamela | 3:18-cv-01500 |
| Sandoval, Maria | 3:16-cv-08961 |
| Saunders, Wilma | 3:17-cv-04164 |
| Schirmer, Esther Jean | 3:16-cv-08967 |
| Shensky, Karen | 3:20-cv-12748 |
| Shotter, Diane | 3:18-cv-00915 |
| Shrock, Cheree | 3:18-cv-12756 |
| Siegel, Elaine | 3:19-cv-06579 |
| Simeone, Donna | 3:17-cv-05872 |
| Simoneti, Styliani | 3:18-cv-00805 |
| Sisko, Tina | 3:17-cv-01643 |
| Sital, Emily | 3:18-cv-09703 |
| Slingerland, Makiko | 3:17-cv-05137 |
| Sloan, Veronica | 3:18-cv-11873 |
| Smith, Gloria | 3:18-cv-11999 |
| Smith, Phyllis | 3:18-cv-05556 |
| Southcott, Bonnie Jean | 3:19-cv-06792 |
| Stafford, Nancy Jean | 3:17-cv-05620 |
| Standing, Barbara | 3:18-cv-10497 |
| Stevens, Margaret | 3:19-cv-15730 |
| Stevens, Ulla | 3:18-cv-00801 |
| Stillwaggon, Christina | 3:17-cv-05307 |
| Stinnett, Clara | 3:17-cv-12937 |
| Strong, Julianne | 3:19-cv-17746 |
| Taylor, Gwendolyn | 3:17-cv-13197 |
| Taylor, Laura | 3:19-cv-07413 |
| Thomas, Dianne | 3:17-cv-06608 |

| | |
|---|---|
| Trignani, Carole | 3:19-cv-15671 |
| Tucker-Walters, Andra | 3:17-cv-07863 |
| Tyler, Christy L. | 3:18-cv-03365 |
| Tyler, Minnie | 3:17-cv-03182 |
| Waters, Elizabeth | 3:18-cv-12821 |
| Watts, Laura | 3:18-cv-01502 |
| Welch, Tonya | 3:17-cv-03139 |
| Whitcome, Jessica | 3:20-cv-13616 |
| White, Nina | 3:17-cv-10197 |
| Williams, Ida | 3:16-cv-09101 |
| Wittig, Evelyn | 3:18-cv-05693 |
| Wohlers, Jeanne | 3:17-cv-05453 |
| Zabelle, Sandra | 3:20-cv-14047 |