UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-2738-MAS-RLS |
| *This Document Relates to All Cases Identified in the List Attached Hereto as Exhibit "A"* | JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearances of Michelle A. Parfitt and Patrick Lyons of Ashcraft & Gerel, LLP on behalf of the Plaintiffs identified in the list attached hereto as Exhibit "A".

Respectfully submitted,

*/s/ Michelle A. Parfitt*
Michelle A. Parfitt
Patrick Lyons
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel: 202-335-2600
mparfitt@ashcraftlaw.com
plyons@ashcraftlaw.com

*Attorney for Plaintiffs*

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly withdraw the appearance of the law firm of Ross Feller Casey, LLP, including Brian J. McCormick, Jr., Mark A. Hoffman and Scott Berger, on behalf of the Plaintiffs identified in the list attached

hereto as Exhibit "A".

Respectfully submitted,

/s/ *Brian J. McCormick, Jr.*
Brian J. McCormick, Jr.
ROSS FELLER CASEY, LLP
One Liberty Place
1650 Market Street, 34th Floor
Philadelphia, PA 19103
brian.mccormick@rossfellercasey.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Respectfully submitted,

/s/ *Brian J. McCormick, Jr.*
BRIAN J. MCCORMICK, JR.
ROSS FELLER CASEY, LLP