IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 16-2738 (MAS) (RLS) |
| This document relates to: | ) ) | Civil Action No. 3:24-cv-07790-MAS-RLS |
| Jennings L. Eleazer, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| Johnson & Johnson, *et al.* | ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 – Filing Short Form Complaints that the Short Form Complaint with Jury Demand was filed on July 16, 2024, for Plaintiff Jennings L. Eleazer.

Date: July 16, 2024

Respectfully submitted by,

s/ *James L. Ward, Jr.*
James L. Ward, Jr. (D.S.C. Bar No. 6956)
**McGOWAN, HOOD, FELDER & PHILLIPS, LLC**
10 Shem Drive, Suite 300
Mount Pleasant, SC 29464
(843) 388-7202
jward@mcgowanhood.com

**Counsel for Plaintiff**

1