# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| THIS DOCUMENT RELATES TO: TYANN TEEPLES, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | Case No. 3:24-cv-07740-MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on July 12, 2024, on behalf of Plaintiff TYANN TEEPLES.

1

Dated: July 16, 2024               Respectfully Submitted,


                                   By:  /s/ *Mark P. Robinson, Jr.*
                                        Mark P. Robinson, Jr.
                                        19 Corporate Plaza Drive
                                        Newport Beach, CA 92660
                                        949-720-1288 Phone
                                        949-720-1292 Facsimile
                                        mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that July 16, 2024, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                            /s/ *Mark P. Robinson Jr.*
                                            MARK P. ROBINSON, JR.