# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738 (MAS) (RLS) |
| THIS DOCUMENT RELATES TO: LORETTA JANEA BRUNER, Plaintiff, v. JOHNSON & JOHNSON, et al., Defendants. | Case No. 3:24-cv-07814-MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on July 16, 2024, on behalf of Plaintiff LORETTA JANEA BRUNER.

1

2

Dated: July 16, 2024					Respectfully Submitted,


							By:   /s/ *Mark P. Robinson, Jr.*
								Mark P. Robinson, Jr.
								19 Corporate Plaza Drive
								Newport Beach, CA 92660
								949-720-1288 Phone
								949-720-1292 Facsimile
								mrobinson@robinsonfirm.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that July 16, 2024, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                /s/ *Mark P. Robinson Jr.*
                MARK P. ROBINSON, JR.