## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Vallerie Belizeard,<br><br>    Plaintiff,<br><br>v.<br><br>Johnson & Johnson, et al.<br><br>    Defendants. | **MDL No. 2738 (MAS) (RLS)**<br><br>**Chief Judge Michael A. Shipp**<br><br>**Magistrate Rukhsanah L. Sigh**<br><br>Case No. 3:21-cv-04595 |

### NOTICE OF FILING

  Notice is hereby given pursuant to the Court's May 15, 2024, Case Management Order No. 9 re Filing of Short Form Complaints that the Notice of Inability to Substitute was filed on July 16, 2024, on behalf of Plaintiff. Please note Counsel for Plaintiff originally filed the Notice of Filing on July 12, 2024 (Doc ID #7 in member docket) but shortly thereafter learned that there was a clerical error in filing the accompanying Notice of Inability to Substitute. As such, Plaintiff hereby notices that the Notice of Inability to Substitute was properly filed on July 16, 2024.

Dated: July 16, 2024

                     Respectfully submitted,

                     /s/ *Tara K. King*
                     Tara K. King
                     WAGSTAFF LAW FIRM
                     940 N. Lincoln Street
                     Denver, CO 80226
                     Tel.: (303) 376-6360
                     Fax: (888) 875-2889
                     Tking@wagstafflawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2024, this document was filed and electronically served by way of CM/ECF filing system. Notice of this filing will be served on all parties of record by operation of this ECF system and parties may access the filing through the ECF system.

/s/ *Tara K. King*
Tara K. King
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80226
Tel.: (303) 376-6360
Fax: (888) 875-2889
TKing@wagstafflawfirm.com