

faegredrinker.com

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

*Via ECF*

July 17, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

> Re:   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Magistrate Judge Singh:

The Johnson & Johnson Defendants submit the enclosed Order to dismiss with prejudice cases listed on the attached **Exhibit A** for their failure to show good cause in response to the Court's Order to Show Cause entered on June 11, 2024 (ECF 32811) regarding Plaintiffs' failure to serve a Plaintiff Profile Form ("PPF").

As Your Honor is aware, this Court originally ordered all Plaintiffs to submit PPFs on MDL-Centrality by dates certain in the Amended Plaintiff's Profile Form Order (ECF 27291).  Pursuant to that Order, the cases listed on the enclosed **Exhibit A** (2016/2017 cases) were required to submit PPFs by October 16, 2023.  However, these Plaintiffs failed to file their PPFs by that deadline and to date have not provided Defendants with a PPF.

Counsel for these Plaintiffs have received notice on MDL-Centrality (if registered) and via e-mail (whether registered or not) informing them that they had failed to serve a PPF. *Pro se* Plaintiffs (there are two) were sent notice via regular mail and certified mail, return receipt requested.  Pursuant to the Court's Order on adjudication of cases which fail to serve PPFs (ECF 29032), these Plaintiffs were thereafter listed in a filing on March 1, 2024 (ECF 29168) further notifying them of their failure to provide a PPF to Defendants by the above noted deadline. These same Plaintiffs were then listed in a filing on April 1, 2024 (ECF 30612), again noting their failure to provide a PPF to Defendants and that their continued failure to do so would

potentially result in dismissal of their matter.

As a result of their failure to provide Defendants with a PPF as required by the Court's Order, on June 11, 2024, the Plaintiffs enumerated in **Exhibit A** were subject to an Order to Show Cause why their case should not be dismissed with prejudice for their discovery violation (ECF 32811). None of the Plaintiffs in the attached list have demonstrated good cause as to why their case should not be dismissed with prejudice. These Plaintiffs continue to disregard the Orders of the Court despite multiple notices. They have been given ample time and numerous opportunities to correct their discovery violations, yet they have consistently failed to do so. A dismissal with prejudice is appropriate given these circumstances.

Before submitting this request, we again verified that the outstanding discovery has still not be served.

Accordingly, Defendants respectfully request Your Honor enter the attached Order and dismiss the cases listed in **Exhibit A** with prejudice.

Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

SMS/scg

Encl: (1)

Cc: Leigh O'Dell (via email)
     Michelle Parfitt (via email)
     All counsel of record (via ECF)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>-------------------------------<br><br>*This relates to all cases in Exhibit A* | MDL No. 3:16-md-02738<br><br>**[PROPOSED] ORDER TO DISMISS CASES LISTED ON EXHIBIT A SUBJECT TO PLAINTIFF PROFILE FORM ORDER TO SHOW CAUSE** |

**THIS MATTER**, having been brought before the Court by Defendants Johnson & Johnson and LLT Management LLC, f/k/a LTL Management LLC, ("Defendants"), for entry of an order dismissing with prejudice cases listed in the attached **Exhibit A** for their failure to show good cause as to why their case should not be dismissed with prejudice in response to the Order to Show Cause entered on June 11, 2024 (ECF 32811); and for good cause shown;

**IT IS** on this _____ day of _____, 2024, **ORDERED** that:

The cases listed on the attached **Exhibit A** are hereby dismissed with prejudice for Plaintiffs' failure to show good cause why their case should not be dismissed with prejudice in response to the Order to Show Cause entered by the Court on June 11, 2024 (ECF 32811) regarding Plaintiffs' PPF deficiency.

_____
Hon. Rukhsanah L. Singh
U.S. Magistrate Judge

# EXHIBIT A

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 1 | Flowe, Sherry | Ashcraft & Gerel | 3:17-cv-10963 |
| 2 | Burns, Margaret | Ashcraft & Gerel | 3:17-cv-11259 |
| 3 | Gaspard, Ethel | Ashcraft & Gerel | 3:17-cv-11274 |
| 4 | Scott, Shilinda | Ashcraft & Gerel | 3:17-cv-11283 |
| 5 | Lumas, Tanashiska | Barrett Law Group, P.A. | 3:16-cv-06694 |
| 6 | Smith, Viola | Barrett Law Group, P.A. | 3:17-cv-07021 |
| 7 | Rico, Amy M. | Baum, Hedlund, Aristei & Goldman, P.C. | 3:17-cv-11342 |
| 8 | Rappold, Allan | Becnel Law Firm, LLC | 3:17-cv-04596 |
| 9 | Clark, Patricia | Burns Charest LLP // Burns Charest LLP | 3:17-cv-05696 |
| 10 | McDeavitt, Cynthia | Burns Charest LLP // Burns Charest LLP | 3:17-cv-07283 |
| 11 | Smith, Deanna | Cates Mahoney, LLC | 3:17-cv-10747 |
| 12 | Collins, Thomas Michael | Conley Griggs Partin LLP | 3:17-cv-13253 |
| 13 | Natera, Erica R | Eichen, Crutchlow, Zaslow & McElroy, LLP | 3:17-cv-13546 |
| 14 | Fowler, Karol | Fox and Farley | 3:17-cv-08148 |
| 15 | Bueno, Alicia | Girardi & Keese | 3:17-cv-12500 |
| 16 | Sanders, Margarette | Girardi & Keese | 3:17-cv-12505 |
| 17 | Blank, Angel Lucille | Girardi & Keese | 3:17-cv-13795 |
| 18 | Webb,Karyl | Goldenberg Law, PLLC | 3:17-cv-07681 |
| 19 | Davis, Shawn | Goldenberg Law, PLLC | 3:17-cv-10175 |
| 20 | Boos, Helen | Goldenberg Law, PLLC | 3:17-cv-11143 |
| 21 | Bentley, Cathleen | Goldenberg Law, PLLC | 3:17-cv-11156 |
| 22 | White, Sheena | Hart McLaughlin & Eldridge | 3:17-cv-11322 |
| 23 | Seymour, Yokita | Hart McLaughlin & Eldridge | 3:17-cv-11329 |
| 24 | Hollifield, Sophie | Hart McLaughlin & Eldridge | 3:17-cv-11333 |
| 25 | Culley, Lisa | Hart McLaughlin & Eldridge | 3:17-cv-11337 |
| 26 | Benford, Ashley W. | Hart McLaughlin & Eldridge | 3:17-cv-11339 |
| 27 | Jackson, Paula | Law Office of Eusi H. Phillips // Law Office of Marion D. Floyd | 3:16-cv-07488 |
| 28 | Brown, Bertha | Lenze Kamerrer Moss, PLC | 3:17-cv-04340 |
| 29 | Hunt, Sylvia | Massimo & Panetta, P.C. | 3:17-cv-08070 |
| 30 | Smith, Deborah | McGrath Law Firm PA | 3:17-cv-02382 |
| 31 | Collins, Nettie | Morris Bart, LLC | 3:17-cv-03919 |
| 32 | Chanthapanya, Davahn | Motley Rice, LLC | 3:17-cv-05853 |
| 33 | Arenz, Dana | Motley Rice, LLC | 3:17-cv-06074 |
| 34 | Austin, Sheronda | Motley Rice, LLC | 3:17-cv-10615 |
| 35 | Hunsaker, Pamela | Motley Rice, LLC | 3:17-cv-12059 |
| 36 | Douglas, Maureen S. | Motley Rice, LLC | 3:17-cv-12296 |
| 37 | Luna, Jessica Nicole | Motley Rice, LLC | 3:17-cv-12324 |
| 38 | Brigman, Barbara | Poulin, Willey, Anastopoulo, LLC // Steckler Gresham Cochran | 3:17-cv-08135 |
| 39 | Ikemoto, Joan Lee | Poulin, Willey, Anastopoulo, LLC // Steckler Gresham Cochran | 3:17-cv-08141 |
| 40 | Johanson, Roberta | Pro Se | 3:16-cv-07427 |
| 41 | Smoller, Arthur | Pro Se | 3:16-cv-07427 |
| 42 | Ford, Teresa | Ross Feller Casey, LLP | 3:17-cv-02370 |
| 43 | Dalton, Connie | Ross Feller Casey, LLP | 3:17-cv-09074 |

| Row # | Case Name | Plaintiff Firm(s) | Current Cause # |
|---|---|---|---|
| 44 | Sherlock, Tina | Sangisetty Law Firm, LLC | 3:17-cv-02751 |
| 45 | Eidson, Carol | Sangisetty Law Firm, LLC | 3:17-cv-02753 |
| 46 | Bullock, Cardell | Simmons Hanly Conroy | 3:17-cv-05779 |
| 47 | Rosensteel, Crystal M | Simmons Hanly Conroy | 3:17-cv-05781 |
| 48 | Brown, Sharon | Simmons Hanly Conroy | 3:17-cv-11231 |
| 49 | Mojica, Kristin | Steckler Gresham Cochran | 3:17-cv-08455 |
| 50 | Tolliver, Paul | Steve Merritt Law | 3:17-cv-02976 |
| 51 | Isaacs, Victor | Summers & Johnson, P.C. | 3:17-cv-11676 |
| 52 | Bustos, Arthur L. | The Alarid Law Firm, P.C. | 3:17-cv-08290 |
| 53 | Pringle, Maryladene | The Simon Law Firm, PC | 3:17-cv-06766 |
| 54 | Demelia, Maylou | The Simon Law Firm, PC | 3:17-cv-10971 |
| 55 | Smith, Cassie | The Simon Law Firm, PC | 3:17-cv-11212 |