## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE TALC-BASED POWDER
PRODUCTS LITIGATION

-----------------------------------------------

- - - - - - - - - - - - - - - - - - - - - - - - - - -

MDL No. 3:16-md-02738

ORDER GRANTING
DEFENDANTS' MOTION TO
FILE BRIEF UNDER SEAL

**THIS MATTER** being opened to the Court on short notice by Faegre Drinker Biddle & Reath LLP, attorneys for Defendants Johnson & Johnson and Johnson and LLT Management, LLC, f/k/a LTL Management, LLC, for an Order permitting Defendants to file under seal an unredacted post plenary hearing Brief regarding disqualification of Andy Birchfield and Beasley Allen, and the court having considered the papers submitted in support of the motion, and for good cause having been shown; *and having considered L. Civ. R. 5.3;*

**IT IS** this _19th_ day of _July_____, 2024

**ORDERED** that Defendants' Motion to File Brief Under Seal is hereby GRANTED; and it is

**FURTHER ORDERED** that Defendants shall file under seal an unredacted copy of their post plenary hearing Brief regarding disqualification of Andy Birchfield and Beasley Allen.

_____

Honorable Rukhsanah L. Singh, U.S.M.J

The Clerk of Court is hereby directed to TERMINATE the Motion pending at Docket Entry No. 32208.