# EXHIBIT 4

## PSC Claims By Disease

| Plaintiff Counsel | Total Case # | Total Pltf # | Total Non-OC Allegation Pltf # |
|---|---|---|---|
| Ashcraft & Gerel | 2262 | 2262 | 7 |
| Baron & Budd, P.C. | 126 | 126 | 4 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 5193 | 5193 | 96 |
| Burns Charest LLP | 419 | 419 | 10 |
| Cohen & Malad, LLP | 98 | 98 | 1 |
| Cohen, Placitella & Roth, P.C. | 15 | 15 | 0 |
| Golomb Spirt Grunfeld PC | 106 | 106 | 19 |
| Levin Sedran & Berman | 4 | 4 | 0 |
| Levin, Papantonio, Thomas, Mitchell Rafferty & Proctor, P.A. | 221 | 221 | 14 |
| Lundy, Lundy, Soileau & South, LLP | 69 | 69 | 10 |
| Milberg Coleman Bryson Phillips Grossman, PLLC | 205 | 205 | 24 |
| Morris Bart, LLC | 260 | 260 | 1 |
| Motley Rice, LLC | 580 | 580 | 24 |
| Napoli Shkolnik PLLC | 465 | 465 | 7 |
| Whitehead Law Firm LLC | 2 | 2 | 0 |
| Wilentz, Goldman, & Spitzer, P.A. | 4 | 4 | 0 |