# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

**NOTICE OF DEFENDANTS JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC'S NOTICE OF OBJECTIONS TO SPECIAL MASTER ORDER NO. 25 (ADDRESSING THREE MOTIONS TO QUASH AND/OR FOR PROTECTIVE ORDER) (ECF NO. 32926)**

**PLEASE TAKE NOTICE** that on August 19, 2024, the undersigned counsel will bring Defendants Johnson & Johnson and LLT Management, LLC's ("Defendants") Objections to the July 9, 2024 Special Master Order No. 25 (Addressing Three Motions to Quash and/or for Protective Order) (ECF No. 32926) before this Court. For the reasons explained in the Objection filed herewith, Defendants will ask for an order (1) vacating Special Master Order No. 25 (ECF No. 32926), and (2) denying the Plaintiff Steering Committee's, Beasley Allen's, and the Smith Law Firm's motions to quash and/or for protective order (ECF Nos. 32445, 32483, 32603).

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon the Objection submitted herewith, the Declaration of

1

Matthew L. Bush, Esq., together with exhibits, and any reply submissions made hereafter; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE THAT** oral argument is requested.

Dated: July 21, 2024                                  Respectfully submitted,

*/s/ Kristen R. Fournier*
Kristen R. Fournier
**KING & SPALDING LLP**
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100
kfournier@kslaw.com

Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson & Johnson and LLT Management, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2024, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kristen R. Fournier*
Kristen R. Fournier
