# EXHIBIT 9

| | |
|---|---|
| **From:** | ███████ |
| **To:** | JMurdica |
| **Subject:** | [EXTERNAL] ███ |
| **Date:** | Wednesday, May 15, 2024 8:48:46 AM |

**Caution: This email originated from outside the Firm.**

I will respond to your other email

Please make an offer so I can get on with my life.