# EXHIBIT 10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation

MDL Docket No. 2738

## DECLARATION OF DAVID MEISELS

I, David Meisels, declare as follows:

1. I submit this declaration in connection with the subpoena served on FIG LLC by Johnson and Johnson and LLT Management LLC in connection with the above-referenced matter.

2. I am a Managing Director and Head of Litigation for Fortress Investment Group LLC ("Fortress"). The facts stated herein are true based on my personal knowledge or information and belief.

3. Neither Fortress nor any Fortress managed fund has provided any financing to the Beasley Allen law firm (Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.).

4. Certain Fortress managed funds previously invested in a loan to Smith Law Firm, PLLC, the law firm in which Allen Smith is a partner. However, those funds fully exited that investment over three years ago, and in the period since that exit, neither Fortress nor any Fortress managed fund has provided any financing to Smith Law Firm, PLLC. Upon information and belief, Ellington Management

Group (or affiliates) participated in a transaction with the Smith Law Firm, PLLC, which resulted in the repayment of the loan that certain Fortress funds previously invested in.

5. The amount of the loan to Smith Law Firm, PLLC, that certain Fortress managed funds previously invested in was $24,000,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to my personal knowledge.

Executed on May 20, 2024 in New York, New York.

*David M. Meisels*
_____
David Meisels