# EXHIBIT 11

Page 1

```
 1              UNITED STATES BANKRUPTCY COURT
 2                 DISTRICT OF NEW JERSEY
 3
 4   In Re:  Chapter 11        )
                               )  Case No. 21-30589
 5   LTL MANAGEMENT, LLC,      )  (MBK)
                               )
 6          Debtor.            )
 7
 8
 9
10
11
12
13           VIDEO RECORDED EXAMINATION OF
14                   JAMES MURDICA
15           _____
16                       TAKEN ON
17
              SUNDAY, APRIL 16, 2023
18
19
20
21
22
     CERTIFIED STENOGRAPHER:
23    JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
       CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24     CCR-WA (No. 21007264), CSR-CA (No. 14420),
       REALTIME SYSTEMS ADMINISTRATOR
25    JOB NO.:  893549
```

Page 2

```
 1
 2
 3           VIDEO RECORDED EXAMINATION of
 4   JAMES MURDICA, taken before JESSICA R. WAACK,
 5   Registered Professional Reporter, Registered
 6   Merit Reporter, Certified Realtime Reporter,
 7   Registered Diplomate Reporter, California
 8   Certified Realtime Reporter, New Jersey
 9   Certified Court Reporter (License No.
10   30XI008238700); Texas Certified Shorthand
11   Reporter (License No. 11958); Washington
12   State Certified Court Reporter (License No.
13   21007264); California Certified Shorthand
14   Reporter (License No. 14420); New York
15   Association Certified Reporter, New York
16   Realtime Court Reporter and Notary Public of
17   Washington, D.C. and the States of New York,
18   Pennsylvania, Delaware, Maryland and
19   Virginia, at Skadden, Arps, Slate, Meagher &
20   Flom, LLP,  One Manhattan West, New York, New
21   York, on Sunday, April 16, 2023, commencing
22   at 1:26 p.m. and concluding at 6:32 p.m.
23
24
25
```

Page 3

```
 1                A P P E A R A N C E S
 2
 3   FOR OFFICIAL COMMITTEE OF TALC CLAIMANTS I:
 4      BROWN RUDNICK LLP
 5      BY:  MICHAEL WINOGRAD, ESQ.
 6      BY:  JENNIFER SCHEIN, ESQ.
 7      BY:  DAVID J. MOLTON, ESQ. (Remote)
 8      BY:  JEFF JONAS, ESQ. (Remote)
 9      BY:  ERIC R. GOODMAN, ESQ. (Remote)
10      7 Times Square
11      New York, New York  10036
12      PHONE:  212-209-4917
13      EMAIL:  Mwinograd@brownrudnick.com
14
15   ON BEHALF OF THE DEBTOR LTL AND WITNESS:
16      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
17      BY:  ALLISON M. BROWN, ESQ.
18      One Manhattan West
19      New York, New York  10001-8602
20      PHONE:  212-735-3222
21      EMAIL:  Allison.brown@skadden.com
22
23
24
25
```

Page 4

```
 1                A P P E A R A N C E S
 2
 3   REMOTELY ON BEHALF OF JOHNSON & JOHNSON:
 4      WHITE & CASE LLP
 5      BY:  JOSHUA WEEDMAN, ESQ.
 6      BY:  KRISTIN SCHULTZ, ESQ.
 7      BY:  MATT LINDER, ESQ.
 8      BY:  GREG STARNER, ESQ. (In person)
 9      1221 Avenue of the Americas
10      New York, New York  10020-1095
11      PHONE:  212-819-8963
12      EMAIL:  Jweedman@whitecase.com
13
14   ON BEHALF OF VARIOUS TALC CLAIMANTS:
15      LEVY KONIGSBERG
16      BY:  MOSHE MAIMAN, ESQ.
17      BY:  JERRY BLOCK, ESQ. (Remote)
18      605 3rd Avenue, 33rd Floor
19      New York, New York  10158
20      PHONE:  800-315-3806
21
22
23
24
25
```

Page 5

```
 1         A P P E A R A N C E S
 2
 3  REMOTELY ON BEHALF OF ALISHIA LANDRUM, A
 4  MEMBER OF THE TCC:
 5      BEASLEY ALLEN
 6      BY:  ANDY BIRCHFIELD, ESQ.
 7      BY:  TED MEADOWS, ESQ.
 8      BY:  LEIGH O'DELL, ESQ.
 9      Overlook II
10      2839 Paces Ferry Road SE, Suite 400
11      Atlanta, Georgia  30339
12      PHONE:  404-751-1162
13
14  REMOTELY ON BEHALF OF THE AD HOC COMMITTEE
15  OF STATES ATTORNEYS GENERAL:
16      WOMBLE BOND DICKINSON (US) LLP
17      BY:  ERICKA F. JOHNSON, ESQ.
18      BY:  LISA TANCREDI, ESQ.
19      1313 North Market Street, Suite 1200,
20      Wilmington, Delaware  19801
21      PHONE:  302252-4337
22      EMAIL:  Ericka.johnson@wbd-us.com
23
24
25
```

Page 6

```
 1         A P P E A R A N C E S
 2
 3  REMOTELY ON BEHALF OF VARIOUS TALC
 4  CLAIMANTS:
 5      PACHULSKI STANG ZIEHL & JONES
 6      BY:  LAURA DAVIS JONES, ESQ.
 7      BY:  COLIN R. ROBINSON, ESQ.
 8      780 3rd Avenue, Suite 34
 9      New York, New York  10017
10      PHONE:  212-561-7700
11
12  REMOTELY ON BEHALF OF VARIOUS TALC
13  CLAIMANTS:
14      SLATER, SLATER SCHULMAN, LLP
15      BY:  JONATHAN SCHULMAN, ESQ.
16      488 Madison Avenue, 20th Floor
17      New York, New York  10022
18      PHONE:  800-251-6990
19
20
21
22
23
24
25
```

Page 7

```
 1         A P P E A R A N C E S
 2
 3  REMOTELY ON BEHALF OF TONYA WHETSEL/TCC
 4  MEMBER:
 5      KARST & VON OISTE
 6      BY:  ERIK P. KARST, ESQ.
 7      BY:  DOUGLAS D. VON OISTE, ESQ.
 8      576 5th Avenue
 9      New York, New York  10036
10      PHONE:  212-764-3900
11
12  REMOTELY ON BEHALF OF VARIOUS TALC
13  CLAIMANTS:
14      PULASKI KHERKHER, PLLC
15      BY:  ADAM PULASKI, ESQ.
16      2925 Richmond Avenue, Suite 1725
17      Houston, Texas  77098
18      PHONE:  800-223-3784
19
20  REMOTELY ON BEHALF TCC:
21      GOLOMB SPIRT GRUNFELD, P.C.
22      BY:  RICHARD GOLOMB, ESQ.
23      1835 Market Street, Suite 2900
24      Philadelphia, Pennsylvania  19103
25      PHONE:  215-278-4449
```

Page 8

```
 1         A P P E A R A N C E S
 2
 3  REMOTELY ON BEHALF OF THE OFFICE OF THE
 4  UNITED STATES TRUSTEE:
 5      BY:  LINDA RICHENDERFER, ESQ.
 6      BY:  LAUREN BIELSKIE, ESQ.
 7      One Newark Center, Suite 2100
 8      Newark, New Jersey  07102
 9      linda.richenderfer@usdoj.gov
10
11  REMOTELY ON BEHALF OF VARIOUS TALC
12  CLAIMANTS:
13      ASHCRAFT & GEREL, LLP
14      BY:  MICHELLE PARFITT, ESQ.
15      BY:  JAMES GREEN, ESQ.
16      120 East Baltimore Street, Suite 1802
17      Baltimore, Maryland  21202
18      PHONE: 410-346-3983
19
20
21
22
23
24
25
```

## Page 9

```
              A P P E A R A N C E S

 3  REMOTELY ON BEHALF OF VARIOUS TALC
 4  CLAIMANTS:
 5      PLACITELLA & ROTH
 6      BY:  CHRIS PLACITELLA, ESQ.
 7      BY:  JUSTIN PLACITELLA, ESQ.
 8      127 Maple Avenue
 9      Red Bank, New Jersey  07701
10
11  REMOTELY AS LOCAL COUNSEL FOR THE AD HOC
12  COMMITTEE OF CERTAIN TALC CLAIMANTS:
13      GENOVA BURNS
14      BY:  DANIEL STOLZ, ESQ.
15      494 Broad Street
16      Newark, New Jersey  07102
17      PHONE:  973-533-0777
18
19  REMOTELY ON BEHALF OF KATHERINE TOLLEFSON
20  AND MESOTHELIOMA PLAINTIFFS:
21      MAUNE RAICHLE HARTLEY FRENCH & MUDD
22      BY:  CLAYTON THOMPSON, ESQ.
23      659 Eagle Rock Avenue, Suite 28
24      West Orange, New Jersey  07052
25      PHONE:  800-888-9531
```

## Page 10

```
              A P P E A R A N C E S

 3  REMOTELY ON BEHALF OF BCBSMA:
 4      HILL HILL CARTER
 5      BY:  ELIZABETH CARTER, ESQ.
 6      425 South Perry Street
 7      Montgomery, Alabama  36104
 8      PHONE:  334-834-7600
 9
10  REMOTELY ON BEHALF OF SUE KRESSE/TCC
11  MEMBER:
12      MOTLEY RICE LLC
13      BY:  JOHN BADEN, ESQ.
14      28 Bridgeside Boulevard
15      Mount Pleasant, South Carolina  29464
16      PHONE:  843-216-9000
17
18  REMOTELY AS CO-COUNSEL FOR THE AD HOC
19  COMMITTEE OF CERTAIN TALC CLAIMANTS:
20      OTTERBOURG P.C.
21      BY:  RICHARD HADDAD, ESQ.
22      BY:  MELANIE L. CYGANOWSKI, ESQ
23      230 Park Avenue
24      New York, New York  10169-0075
25      PHONE:  212-661-9100
```

## Page 11

```
              A P P E A R A N C E S

 3  REMOTELY AS CO-COUNSEL FOR THE AD HOC
 4  COMMITTEE OF CERTAIN TALC CLAIMANTS:
 5      MASSEY & GAIL LLP
 6      BY:  RACHEL S. MORSE, ESQ.
 7      50 East Washington Street, Suite 400
 8      Chicago, Illinois  60602
 9      PHONE:  312-283-1590
10
11  REMOTELY ON BEHALF OF VARIOUS TALC
12  CLAIMANTS:
13      WATTS GUERRA LLC
14      BY:  MIKAL WATTS, ESQ.
15      4 Dominion Drive
16      Building 3, Suite 100
17      San Antonio, Texas  78257
18      PHONE:  210-447-0500
```

## Page 12

```
              A P P E A R A N C E S

 3  REMOTELY ON BEHALF OF VARIOUS TALC
 4  CLAIMANTS:
 5      ONDERLAW
 6      BY:  JAMES G. ONDER, ESQ.
 7      110 East Lockwood Avenue
 8      Webster Groves, Missouri  63119
 9      PHONE:  314-408-6197
10
11  REMOTELY ON BEHALF OF COMMITTEE MEMBER AND
12  TALK CLAIMANTS:
13      LAW OFFICES OF MITCHELL J. MALZBERG
14      BY:  MITCHELL J. MALZBERG, ESQ.
15      6 East Main Street, Suite 7
16      Clinton, New Jersey 08809
17      PHONE:  908-323-2958
18
19  REMOTELY ON BEHALF OF VARIOUS TALC
20  CLAIMANTS:
21      BUSCH WEITZ & LUXENBERG
22      BY:  LISA NATHANSON, ESQ.
23      700 Broadway
24      New York, New York  10003
25      PHONE:  212-558-5500.
```

Page 13

```
 1         A P P E A R A N C E S
 2
 3  REMOTELY FOR THE DEBTOR:
 4      JONES DAY
 5      BY:  DAVID TORBORG, ESQ.
 6      51 Louisiana Avenue NW
 7      Washington, DC  20001
 8      PHONE:  202-879-3939
 9
10  FOR MESOTHELIOMA CREDITORS:
11      KAZAN, MCCLAIN, SATTERLEY & GREENWOOD
12      BY:  JOSEPH SATTERLEY, ESQ.
13      BY:  STEVEN KAZAN, ESQ. (Remotely)
14      55 Harrison Street, Suite 400
15      Oakland, California 95607
16      PHONE:  510-302-1000
17
18  REMOTELY ON BEHALF OF VARIOUS TALK
19  CLAIMANTS:
20      LEVIN PAPANTONIO RAFFERTY
21      BY:  CHRIS TISI, ESQ.
22      316 South Baylen Street
23      Pensacola, Florida  32502
24      PHONE:  850-435-7000
25
```

Page 14

```
 1         A P P E A R A N C E S
 2
 3  APPEARING REMOTELY ON BEHALF OF TORT
 4  CLAIMANTS AND THE STATE OF NEW MEXICO:
 5      NACHAWATI LAW GROUP
 6      BY:  MAJED NACHAWATI, ESQ.
 7      5489 Blair Road
 8      Dallas, Texas  75231
 9      PHONE:  866-705-7584
10
11        A L S O   P R E S E N T
12
13  COREY STERN
14  CAROL SLOCUM
15  MIKE BERKIN
16  MORTON BRANZBURG
17  KENNETH ROSEN
18  JUAN TORRES, Zoom operator
19  LARRY MOSKOWITZ, videographer
20
21
22            --o0o--
23
24
25
```

Page 15

```
 1             INDEX TO EXAMINATION
 2             WITNESS:  JAMES MURDICA
 3
 4             EXAMINATION              PAGE
 5  BY MR. WINOGRAD                      18
 6  BY MR. MAIMAN                       139
 7  BY MR. SATTERLEY                    214
 8  BY MS. RICHENDERFER                 263
 9  BY MR. PLACITELLA                   279
10  BY MR. THOMPSON                     296
11
12             INDEXED PAGES
13                                     PAGE
14  JAMES MURDICA, sworn                 18
15  REPORTER CERTIFICATE                306
16  INSTRUCTIONS TO WITNESS             307
17  DECLARATION UNDER PENALTY OF PERJURY 308
18  ERRATA SHEET                        309
19
20            INFORMATION REQUESTED
21                  None
22
23
24
25
```

Page 16

```
 1              INDEX TO EXHIBITS
 2              WITNESS:  JAMES MURDICA
 3              Sunday, April 16, 2023
 4  MARKED          DESCRIPTION             PAGE
 5  Exhibit 1  Voluntary Petition for
 6             Non-Individuals Filing for
 7             Bankruptcy                     31
 8  Exhibit 2  Voluntary Petition for
 9             Non-Individuals Filing for
10             Bankruptcy                     33
11  Exhibit 3  Term Sheet                     64
12  Exhibit 4  Plan Support Agreement         88
13  Exhibit 5  Plan Support Agreement         91
14  Exhibit 6  Reuters article               180
15  Exhibit 7  Testimony transcript dated
16             April 11, 2023                199
17
18      ** All exhibits were attached to the
19         original transcript **
20
21               --o0o--
22
23
24
25
```

Page 17

******
PROCEEDINGS
April 16, 2023, 1:26 p.m.
New York, New York
******

THE VIDEOGRAPHER: Good afternoon. We are on the record.

My name is Larry Moskowitz, and I'm a videographer retained by Lexitas.

Today's date is April 16, 2023, and the time is 1:27 p.m.

This deposition is being held at Skadden Arps, One Manhattan West, New York, New York, in the matter of LTL Management LLC Bankruptcy.

The deponent is Jim Murdica.

All counsel appearances will be noted on the stenographic record.

The court reporter is Jessie Waack, and she will now swear in the witness.

///
///
///
///

Page 18

*****
JAMES MURDICA, sworn on oath and/or affirmed, called as a witness herein, was examined and testified as follows:
*****

EXAMINATION
BY MR. WINOGRAD:

Q. Good afternoon, Mr. Murdica.
A. Good afternoon.
Q. My name is Mike Winograd from Brown Rudnick. We are proposed counsel to the official committee in the new bankruptcy.
Can you just state your name for the record, please.
A. Jim Murdica.
Q. And have you been deposed before?
A. I have.
Q. I just want to go through, about how many times?
A. Once.
Q. And in what case was that?
A. It involved a discovery dispute.
Q. What was the case?

Page 19

A. I don't remember.
Q. I just want to go through a few ground rules.
You're testifying under oath? Do you realize that?
A. Yes.
Q. Please give verbal answers, no nods. If you don't understand a question, please ask me. I'll ask. I want to make sure we are clear about the questions.
If you need a break, please let me know.
Is there any reason -- are you okay with all those?
A. Yes.
Q. And is there any reason that you can't give complete and truthful testimony today?
A. No.
Q. What did you do for -- to prepare for today's deposition?
MS. BROWN: I'll just caution you, Jim, obviously don't reveal any conversations with counsel.
THE WITNESS: I spoke with

Page 20

Ms. Brown for about an hour. And I got down here, had a smoothie, and now I'm sitting in front of you.
BY MR. WINOGRAD:
Q. When did you speak with Ms. Brown, without going into the substance?
A. Just now.
Q. Today?
A. Yeah.
Q. And are you aware that there were other depositions in this case that have taken place already?
A. I am.
Q. And did you listen to any of those?
A. I did.
Q. Which ones?
A. All of them.
Q. So you listened to Mr. Haas?
A. I did.
Q. And Mr. Kim?
A. Yes.
Q. Mr. Pulaski?
A. Yes.

Page 233

1  A. Not intentionally.
2     MS. BROWN: Objection. Vague.
3  BY MR. SATTERLEY:
4  Q. But regardless, other than the
5  Zoom meetings where you got some oral
6  feedback, there's not any written changes
7  to the term sheet that we can look at to
8  see any sort of negotiations, right?
9  A. Well, you can ask Mr. Watts
10 tomorrow what he remembers asking me to
11 change.
12 Q. I understand I can do that. I
13 probably will do that.
14    But my question to you is, are
15 you aware of any --
16 A. I already answered it.
17 Q. Okay. You're not aware of any
18 written changes --
19 A. Not --
20 Q. -- right? Okay --
21 A. I'm not.
22 Q. -- super.
23    Now, let me just ask you on
24 December the 28th of 2022, the debtor filed
25 a motion asking for several folks' funding

Page 234

1  agreements, litigation funding agreements.
2     You're familiar with that,
3  correct?
4  A. Yes.
5  Q. Did you, with any of these
6  attorneys that have signed the -- a PSA,
7  did you at any point in time ask for them
8  to provide you litigation funding
9  information?
10 A. Other than the motion that you're
11 referring to, no.
12 Q. And the motion that was filed way
13 back in December had -- and specifically
14 had in that motion that Mr. Onder had 9,640
15 claims and Fears Nachawati had 3500 claims,
16 at any point in time, did you ask
17 Mr. Fond -- Onder or the Fears Nachawati
18 firm anything about their litigation
19 funding?
20 A. I didn't need to, because as
21 you've seen, their clients are in support.
22 The concern that I had personally was that
23 I believed that the Beasley firm is not
24 able to say yes to any deal, because
25 they're way too deep in debt from funding.

Page 235

1  I don't have that concern with
2  Mr. Onder or Mr. Nachawati, which is why
3  they're in support of the plan. Clearly
4  they don't have that problem.
5  Q. Have you and Mr. Onder talked
6  about Fortress Financial lending?
7  A. I know that Fortress is a company
8  that has interest in talc litigation. Who
9  they're behind, I don't know. And you
10 should ask the members of your committee.
11    MR. SATTERLEY: Move to strike.
12 BY MR. SATTERLEY:
13 Q. First of all, Mr. Onder is not a
14 member of the committee, so let me just --
15 A. I'm talking about the members of
16 your committee that have funding --
17 Q. Counsel --
18    (Simultaneous unreportable
19    crosstalk occurs among parties.)
20    (Stenographer requests one
21    speaker at a time.)
22    MR. MAIMAN: He's got his
23    speeches that he wants to give.
24 BY MR. SATTERLEY:
25 Q. Mr. Murdica, my question was, did

Page 236

1  you and Mr. Onder talk about Fortress
2  Financial's role in funding his cases?
3  A. No.
4  Q. Did you, before you put in Archer
5  as the -- as the lien resolution and
6  administrator of this -- on this term
7  sheet, did you research Archer's role with
8  Fortress Financial?
9     MS. BROWN: Objection. Don't
10    answer.
11    MR. SATTERLEY: Don't answer
12    under what basis?
13    MS. BROWN: Under the basis that
14    it would implicate his work as a
15    litigation attorney in this case.
16 BY MR. SATTERLEY:
17 Q. Do you know Fortress Financial's
18 relationship to Archer?
19 A. I do.
20 Q. And what is that relationship?
21 A. That's -- I don't think that's
22 relevant to this or mine to tell. Archer
23 is in there as a placeholder for a lien
24 resolution company, because they do a good
25 job.

Page 305

1        MR. MAIMAN:  We disagree and I
2    would just note that in the -- as
3    expressed by the U.S. Trustee, there
4    were no harassing questions.  We
5    understand --
6        (Simultaneous unreportable
7        crosstalk occurs among parties.)
8        MR. THOMPSON:  Just I don't know
9    if this got noted.  But I join on
10   behalf of Maune Raichle all the
11   statements made Mr. Maiman and
12   Mr. Satterley and by Mr. Winograd.
13       MS. BROWN:  Okay.  We're off the
14   record.
15       THE VIDEOGRAPHER:  We are going
16   off the record.
17       The time is 6:32 p.m.
18       (Time noted: 6:32 p.m.)
19
20
21
22
23
24
25

Page 306

1           REPORTER CERTIFICATE
2    I, the undersigned, do hereby certify:
3    That JAMES MURDICA was by me duly sworn
4    in the within-entitled cause; that said
5    deposition was taken at the time and place
6    herein named; and that the deposition is a
7    true record of the witness's testimony as
8    reported by me, a disinterested person, and
9    was thereafter transcribed.
10   I further certify that I am not
11   interested in the outcome of the said
12   action, nor connected with, nor related to
13   any of the parties in said action, nor to
14   their respective counsel.
15   IN WITNESS WHEREOF, I have hereunto set
16   my hand this 17th day of April, 2023.
17   Signature: __Requested__Waived_X_Not Requested
18
19
20   _____
21           JESSICA R. WAACK
            Registered Diplomate Reporter
22          Certified Realtime Reporter
       California Certified Realtime Reporter
23        New York Realtime Court Reporter
         New York Association Court Reporter
24        Notary Public, State of New York
     CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
25   CCR-WA (No. 21007264), CSR-CA (No. 14420)

Page 307

1           INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over
4    carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8        After doing so, please sign the
9    errata sheet and date it.
10       You are signing same subject to
11   the changes you have noted on the errata
12   sheet, which will be attached to your
13   deposition.
14       It is imperative that you return
15   the original errata sheet to the deposing
16   attorney within thirty (30) days of
17   receipt of the deposition transcript by
18   you.  If you fail to do so, the deposition
19   transcript may be deemed to be accurate
20   and may be used in court.
21
22
23
24
25

Page 308

1    DECLARATION UNDER PENALTY OF PERJURY
2    IN RE LTL BANKRUPTCY
3    Date of Deposition:  April 16, 2023
4
5
6        I, JAMES MURDICA, hereby certify
7    under penalty of perjury under the laws of
8    the State of _____ that the
9    foregoing is true and correct.
10
11       Executed this____ day of     , 2023,
12   at _____.
13
14
15       _____
16              JAMES MURDICA
17
18   SUBSCRIBED AND SWORN BEFORE ME
19   THIS __ DAY OF _____, 20
20   _____
              NOTARY PUBLIC
21
22   MY COMMISSION EXPIRES:_____
23
24
25