# EXHIBIT 14

**Table C-1.**
**U.S. District Courts—Civil Cases Commenced, Terminated, and Pending**
**During the 12-Month Period Ending December 31, 2023**

| Circuit and District | Total | | | U.S. Cases | | | Private Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Filed | Terminated | Pending | Filed | Terminated | Pending | Filed | Terminated | Pending | |
| **Total** | **360,793** | **296,612** | **656,689** | **46,793** | **46,496** | **39,903** | **314,000** | **250,116** | | **616,786** |
| **DC** | **3,898** | **3,461** | **4,969** | **2,504** | **2,264** | **3,019** | **1,394** | **1,197** | | **1,950** |
| **1st** | **5,820** | **6,032** | **9,241** | **1,065** | **1,176** | **957** | **4,755** | **4,856** | | **8,284** |
| ME | 467 | 456 | 409 | 128 | 137 | 95 | 339 | 319 | | 314 |
| MA | 3,596 | 2,784 | 3,994 | 449 | 450 | 406 | 3,147 | 2,334 | | 3,588 |
| NH | 544 | 1,316 | 3,103 | 212 | 178 | 127 | 332 | 1,138 | | 2,976 |
| RI | 540 | 549 | 641 | 113 | 109 | 94 | 427 | 440 | | 547 |
| PR | 673 | 927 | 1,094 | 163 | 302 | 235 | 510 | 625 | | 859 |
| **2nd** | **27,888** | **25,586** | **30,689** | **6,520** | **6,328** | **5,028** | **21,368** | **19,258** | | **25,661** |
| CT | 1,757 | 1,838 | 1,814 | 401 | 380 | 323 | 1,356 | 1,458 | | 1,491 |
| NY,N | 1,868 | 1,725 | 1,869 | 540 | 469 | 446 | 1,328 | 1,256 | | 1,423 |
| NY,E | 9,638 | 8,276 | 10,296 | 2,812 | 2,823 | 1,587 | 6,826 | 5,453 | | 8,709 |
| NY,S | 11,676 | 11,004 | 13,318 | 1,130 | 1,157 | 1,142 | 10,546 | 9,847 | | 12,176 |
| NY,W | 2,161 | 2,223 | 2,863 | 992 | 1,114 | 1,196 | 1,169 | 1,109 | | 1,667 |
| VT | 788 | 520 | 529 | 645 | 385 | 334 | 143 | 135 | | 195 |
| **3rd** | **39,197** | **22,799** | **93,158** | **3,189** | **3,250** | **2,503** | **36,008** | **19,549** | | **90,655** |
| DE | 1,519 | 1,398 | 2,034 | 67 | 57 | 87 | 1,452 | 1,341 | | 1,947 |
| NJ | 24,688 | 8,791 | 78,298 | 1,363 | 1,295 | 898 | 23,325 | 7,496 | | 77,400 |
| PA,E | 7,402 | 7,455 | 6,880 | 771 | 869 | 657 | 6,631 | 6,586 | | 6,223 |
| PA,M | 2,234 | 2,316 | 2,451 | 651 | 729 | 472 | 1,583 | 1,587 | | 1,979 |
| PA,W | 3,237 | 2,719 | 3,070 | 321 | 280 | 292 | 2,916 | 2,439 | | 2,778 |
| VI | 117 | 120 | 425 | 16 | 20 | 97 | 101 | 100 | | 328 |
| **4th** | **22,757** | **17,849** | **25,698** | **6,095** | **4,762** | **5,771** | **16,662** | **13,087** | | **19,927** |
| MD | 3,687 | 4,152 | 3,726 | 990 | 1,038 | 832 | 2,697 | 3,114 | | 2,894 |
| NC,E | 3,322 | 1,847 | 3,240 | 2,044 | 654 | 2,048 | 1,278 | 1,193 | | 1,192 |
| NC,M | 1,141 | 1,156 | 983 | 368 | 415 | 295 | 773 | 741 | | 688 |
| NC,W | 1,456 | 1,312 | 1,088 | 385 | 386 | 213 | 1,071 | 926 | | 875 |
| SC | 6,727 | 3,305 | 10,339 | 500 | 555 | 595 | 6,227 | 2,750 | | 9,744 |
| VA,E | 3,511 | 3,292 | 2,687 | 767 | 668 | 603 | 2,744 | 2,624 | | 2,084 |

| | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| VA,W | 1,263 | 1,162 | 1,168 | 193 | 249 | 204 | 1,070 | 913 | 964 |
| WV,N | 803 | 877 | 458 | 467 | 552 | 133 | 336 | 325 | 325 |
| WV,S¹ | 847 | 746 | 2,009 | 381 | 245 | 848 | 466 | 501 | 1,161 |
| **5th** | **34,862** | **34,624** | **44,700** | **3,593** | **3,722** | **3,074** | **31,269** | **30,902** | **41,626** |
| LA,E | 6,979 | 6,839 | 17,500 | 146 | 149 | 142 | 6,833 | 6,690 | 17,358 |
| LA,M | 1,733 | 1,225 | 1,807 | 56 | 57 | 83 | 1,677 | 1,168 | 1,724 |
| LA,W | 1,879 | 4,575 | 4,029 | 255 | 189 | 373 | 1,624 | 4,386 | 3,656 |
| MS,N | 910 | 917 | 584 | 391 | 414 | 118 | 519 | 503 | 466 |
| MS,S | 3,677 | 1,480 | 3,568 | 142 | 165 | 164 | 3,535 | 1,315 | 3,404 |
| TX,N | 5,279 | 5,553 | 3,890 | 975 | 1,089 | 583 | 4,304 | 4,464 | 3,307 |
| TX,E | 3,301 | 3,106 | 3,498 | 310 | 355 | 401 | 2,991 | 2,751 | 3,097 |
| TX,S | 6,476 | 6,238 | 5,850 | 778 | 778 | 667 | 5,698 | 5,460 | 5,183 |
| TX,W | 4,628 | 4,691 | 3,974 | 540 | 526 | 543 | 4,088 | 4,165 | 3,431 |
| **6th** | **18,929** | **15,785** | **41,021** | **2,656** | **2,826** | **2,609** | **16,273** | **12,959** | **38,412** |
| KY,E | 1,078 | 1,113 | 980 | 354 | 369 | 270 | 724 | 744 | 710 |
| KY,W | 1,190 | 1,286 | 1,295 | 195 | 180 | 188 | 995 | 1,106 | 1,107 |
| MI,E | 3,320 | 3,225 | 3,745 | 424 | 428 | 421 | 2,896 | 2,797 | 3,324 |
| MI,W | 1,651 | 1,519 | 1,276 | 220 | 209 | 139 | 1,431 | 1,310 | 1,137 |
| OH,N | 2,531 | 2,739 | 5,439 | 582 | 675 | 495 | 1,949 | 2,064 | 4,944 |
| OH,S | 5,450 | 2,452 | 24,198 | 450 | 492 | 504 | 5,000 | 1,960 | 23,694 |
| TN,E | 1,002 | 988 | 1,066 | 155 | 157 | 191 | 847 | 831 | 875 |
| TN,M | 1,609 | 1,424 | 1,517 | 127 | 140 | 153 | 1,482 | 1,284 | 1,364 |
| TN,W | 1,098 | 1,039 | 1,505 | 149 | 176 | 248 | 949 | 863 | 1,257 |
| **7th** | **31,329** | **19,587** | **42,559** | **3,044** | **3,288** | **2,807** | **28,285** | **16,299** | **39,752** |
| IL,N | 17,548 | 8,243 | 19,174 | 1,363 | 1,422 | 1,398 | 16,185 | 6,821 | 17,776 |
| IL,C | 1,410 | 1,487 | 1,578 | 177 | 238 | 204 | 1,233 | 1,249 | 1,374 |
| IL,S | 4,078 | 1,638 | 6,532 | 216 | 248 | 214 | 3,862 | 1,390 | 6,318 |
| IN,N | 2,235 | 2,190 | 1,973 | 420 | 444 | 283 | 1,815 | 1,746 | 1,690 |
| IN,S | 3,457 | 3,443 | 10,841 | 489 | 489 | 408 | 2,968 | 2,954 | 10,433 |
| WI,E | 1,669 | 1,627 | 1,619 | 215 | 257 | 162 | 1,454 | 1,370 | 1,457 |
| WI,W | 932 | 959 | 842 | 164 | 190 | 138 | 768 | 769 | 704 |
| **8th** | **12,861** | **11,924** | **16,222** | **2,491** | **2,423** | **2,023** | **10,370** | **9,501** | **14,199** |
| AR,E | 1,750 | 2,062 | 1,583 | 299 | 373 | 235 | 1,451 | 1,689 | 1,348 |
| AR,W | 834 | 863 | 651 | 186 | 253 | 154 | 648 | 610 | 497 |
| IA,N | 404 | 412 | 352 | 123 | 136 | 77 | 281 | 276 | 275 |
| IA,S | 647 | 612 | 510 | 151 | 142 | 143 | 496 | 470 | 367 |
| MN | 3,901 | 3,017 | 8,453 | 610 | 558 | 397 | 3,291 | 2,459 | 8,056 |
| MO,E | 2,005 | 1,785 | 1,720 | 336 | 267 | 327 | 1,669 | 1,518 | 1,393 |
| MO,W | 1,891 | 1,957 | 1,430 | 472 | 394 | 392 | 1,419 | 1,563 | 1,038 |

| | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| NE | 820 | 649 | 790 | 178 | 159 | 112 | 642 | 490 | 678 |
| ND | 247 | 239 | 296 | 75 | 61 | 104 | 172 | 178 | 192 |
| SD | 362 | 328 | 437 | 61 | 80 | 82 | 301 | 248 | 355 |
| **9th** | **44,477** | **44,001** | **46,478** | **9,771** | **9,927** | **7,276** | **34,706** | **34,074** | **39,202** |
| AK | 342 | 319 | 393 | 93 | 76 | 131 | 249 | 243 | 262 |
| AZ | 4,023 | 3,771 | 3,115 | 845 | 919 | 636 | 3,178 | 2,852 | 2,479 |
| CA,N | 6,521 | 6,499 | 13,154 | 1,136 | 890 | 884 | 5,385 | 5,609 | 12,270 |
| CA,E | 4,684 | 4,604 | 5,897 | 876 | 964 | 967 | 3,808 | 3,640 | 4,930 |
| CA,C | 15,767 | 15,540 | 10,610 | 3,977 | 3,863 | 2,169 | 11,790 | 11,677 | 8,441 |
| CA,S | 2,491 | 2,680 | 2,071 | 482 | 471 | 393 | 2,009 | 2,209 | 1,678 |
| HI | 660 | 569 | 568 | 143 | 156 | 96 | 517 | 413 | 472 |
| ID | 603 | 586 | 698 | 93 | 113 | 120 | 510 | 473 | 578 |
| MT | 589 | 581 | 671 | 91 | 106 | 123 | 498 | 475 | 548 |
| NV | 2,792 | 2,690 | 3,538 | 273 | 309 | 359 | 2,519 | 2,381 | 3,179 |
| OR | 1,989 | 2,051 | 2,329 | 416 | 585 | 488 | 1,573 | 1,466 | 1,841 |
| WA,E | 819 | 934 | 650 | 393 | 511 | 283 | 426 | 423 | 367 |
| WA,W | 3,152 | 3,126 | 2,446 | 946 | 961 | 612 | 2,206 | 2,165 | 1,834 |
| GU | 27 | 28 | 287 | 6 | 1 | 12 | 21 | 27 | 275 |
| NMI | 18 | 23 | 51 | 1 | 2 | 3 | 17 | 21 | 48 |
| **10th** | **9,564** | **9,545** | **9,313** | **1,701** | **1,892** | **1,560** | **7,863** | **7,653** | **7,753** |
| CO | 3,468 | 3,401 | 3,077 | 398 | 403 | 400 | 3,070 | 2,998 | 2,677 |
| KS | 1,248 | 1,280 | 895 | 220 | 300 | 151 | 1,028 | 980 | 744 |
| NM | 1,174 | 1,164 | 1,230 | 268 | 255 | 247 | 906 | 909 | 983 |
| OK,N | 576 | 612 | 641 | 142 | 174 | 139 | 434 | 438 | 502 |
| OK,E | 448 | 474 | 485 | 158 | 202 | 163 | 290 | 272 | 322 |
| OK,W | 1,225 | 1,149 | 1,111 | 238 | 259 | 168 | 987 | 890 | 943 |
| UT | 1,174 | 1,206 | 1,449 | 241 | 273 | 237 | 933 | 933 | 1,212 |
| WY | 251 | 259 | 425 | 36 | 26 | 55 | 215 | 233 | 370 |
| **11th** | **109,211** | **85,419** | **292,641** | **4,164** | **4,638** | **3,276** | **105,047** | **80,781** | **289,365** |
| AL,N | 1,855 | 1,808 | 2,077 | 301 | 329 | 350 | 1,554 | 1,479 | 1,727 |
| AL,M | 810 | 974 | 895 | 110 | 151 | 162 | 700 | 823 | 733 |
| AL,S | 492 | 511 | 521 | 69 | 60 | 82 | 423 | 451 | 439 |
| FL,N | 66,210 | 41,510 | 272,446 | 118 | 115 | 127 | 66,092 | 41,395 | 272,319 |
| FL,M | 9,216 | 9,136 | 6,523 | 1,497 | 1,770 | 1,171 | 7,719 | 7,366 | 5,352 |
| FL,S | 21,409 | 21,439 | 3,833 | 881 | 954 | 470 | 20,528 | 20,485 | 3,363 |
| GA,N | 6,955 | 7,718 | 4,554 | 809 | 824 | 600 | 6,146 | 6,894 | 3,954 |
| GA,M | 1,247 | 1,258 | 995 | 191 | 210 | 162 | 1,056 | 1,048 | 833 |
| GA,S | 1,017 | 1,065 | 797 | 188 | 225 | 152 | 829 | 840 | 645 |

NOTE: The number of pending cases in this report includes cases that have been transferred under a Multidistrict Litigation (MDL) order. Large numbers of civil cases may be temporarily assigned by the Judicial Panel on Multidistrict Litigation to a district judge for pretrial management.  As MDL cases vary greatly among districts, it is advisable to check with the relevant district court before drawing statistical conclusions about the number of pending cases for that district.

[1] The higher number of pending cases reported for the Southern District of West Virginia is the result of reconciliation efforts conducted for pretrial management for the three-month period ending June 30, 2018.