# EXHIBIT 17

Subscribe     Past Issues                                                                                     Translate ▼     RSS

View this email in your browser



# Biggest Law Firms in America Stand Firm Against J&J Bankruptcy Scam

*An Open Letter to the Legal Community*

It has been our goal to keep you well-informed about J&J's continuing effort to destroy the rights of your existing Talc clients and the thousands of Talc victims who will suffer and die in years to come. This fight is about talc cancer victims, but it is even bigger. To evade its responsibility, J&J attacks the very fabric of our civil justice system designed to ensure accountability. J&J attacks courts, judges, juries, scientists, trial lawyers, and even cancer victims. The stakes could not be higher. Neutrality in this matter is not a reasonable option.

What we are expected to do every day requires more than just courtroom fights; it involves us recognizing the need to stand firm when the overwhelming evidence shows us that an entirely corrupt corporation like J&J is trouncing on our civil justice system.

Below is a list of law firms that understand the importance of this fight against J&J's third bankruptcy attempt. They understand that their voice matters in once and for all establishing that a corporation worth nearly 400 BILLION dollars is not entitled to kill thousands of people and then seek the protection of a bankruptcy court.

We will keep you informed as this list continues to grow. In addition, we will also begin to keep you informed about the list of law firms that have caved in from J&Js illusory promise of quick profits over the best interest of all J&J terminal cancer victims.

We stand united and ready to discuss a non -bankruptcy solution to this horrendous history created by J&J. We are committed to stand firm until we get there.

### Firms Standing for Justice and Against J&J:

- Baron & Budd
- Motley Rice
- Hanley Conroy
- Peter G. Angelos
- Levin Sedran & Berman

- Ashcraft & Gerel
- Beasley Allen
- Levin, Papantonio
- Alker & Rather
- Amir Shenaq
- Anapol Weiss
- Barnes Law Group
- Burns Charest
- Champ Lyons, III
- Cohen Hirsch
- Diamond Law
- DiCello Levitt
- Eisenberg, Rothweiler, Winkler, Eisenberg
- Ferrer Peroit
- Gainsburgh Benjamin
- Goldstein Greco
- Golomb Legal
- Goza & Honnold
- Grant & Eisenhofer
- Hair Shunnarah Trial Attorneys
- Hausfeld
- Geoffrey B. Gompers & Associates
- Lundy, Lundy, Soileau & South
- McGowan Hood
- Meneo Law Group
- Meyers & Flowers
- Morelli Law Firm,
- Nix Patterson
- Osbourne & Francis Law Firm
- Pendley, Baudin & Coffin
- Pribanic & Pribanic
- Robinson Calcagnie
- Ross Feller Casey
- Satlz, Mongeluzzi, Barrett & Bendesky
- Smith Law Firm
- Summers & Johnson
- Sutton Law Firm
- The Driscoll Firm
- The Entrekin Law Firm
- The Miller Firm
- The Simon Law Firm
- TorHoerman Law
- Wagner Reese
- Wagstaff & Cartmell
- Wilentz, Goldman & Spitzer

**Mike Papantonio**

*Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey*

**Andy Birchfield**

*Beasley Allen Law Firm*
[andy.birchfield@beasleyallen.com](andy.birchfield@beasleyallen.com)

Subscribe    Past Issues                                                                 Translate    RSS



Copyright © 2024 Mass Torts Made Perfect, All rights reserved.

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.