# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

### [PROPOSED] ORDER GRANTING DEFENDANTS JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 25 (ADDRESSING THREE MOTIONS TO QUASH AND/OR FOR PROTECTIVE ORDER) (ECF NO. 32926)

**THIS MATTER** having been opened to the Court by Defendants Johnson & Johnson and LLT Management, LLC ("Defendants") for entry of an Order (1) vacating the July 9, 2024 Special Master Order No. 25 (Addressing Three Motions to Quash and/or for Protective Order) (ECF No. 32926), and (2) denying the Plaintiff Steering Committee's, Beasley Allen's, and the Smith Law Firm's motions to quash and/or for protective order (ECF Nos. 32445, 32483, 32603), and the Court having considered the submissions of the parties, and for good cause shown;

**IT IS** on this _____, day of _____, 2024, **ORDERED** as follows:

1

1. The Special Master's July 9, 2024 Special Master Order No. 25 (Addressing Three Motions to Quash and/or for Protective Order) (ECF No. 32926) is hereby **VACATED**.

2. The Plaintiff Steering Committee's, Beasley Allen's, and the Smith Law Firm's motions to quash and/or for protective order (ECF Nos. 32445, 32483, 32603) are hereby **DENIED**.

Hon. _____