**beasley allen LAW FIRM**

Montgomery
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Atlanta
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com



ASHCRAFT & GEREL, LLP

P. Leigh O'Dell
leigh.odell@beasleyallen.com

Michelle A. Parfitt
mparfitt@ashcraftlaw.com

July 20, 2024

**VIA ECF**
Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
            Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

    In preparation for the Rule 702 Motions to be filed on July 23, 2024, Plaintiffs have grouped many of the experts and arguments by topic into a lesser number of motions. Plaintiffs request permission for a total number of 450 briefing pages. This request is consented to by the Defendants and mirrors the request by Defendants filed on July 11, 2024.

    Thank you for your courtesies in this regard.

    Respectfully submitted,

    *s/ P. Leigh O'Dell*     *s/ Michelle A. Parfitt*
    P. Leigh O'Dell     Michelle A. Parfitt

    Plaintiffs' Co-Lead Counsel

cc:   Susan Sharko, Esq. (via email)
      All Counsel (via ECF)

So Ordered this 22d day of July, 2024

Hon. Rukhsanah L. Singh, U.S.M.J.