# EXHIBIT B

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF NEW JERSEY
 3
    _____
 4
 5              MDL No. 16-2738(FLW)(LHG)
 6  IN RE:  JOHNSON & JOHNSON
    TALCUM POWDER PRODUCTS
 7  MARKETING, SALES PRACTICES,
    AND PRODUCTS LIABILITY LITIGATION
 8
    _____
 9
10
11
12
13
14           The remote video deposition of WILLIAM LONGO,
15           Ph.D., taken via Zoom videoconference on
16           May 2, 2024, commencing at approximately
17           11:20 a.m., before Lois Anne Robinson,
18           Certified Realtime Reporter.
19
20
21
22
23
24
```

```
                                              Page 46                                                 Page 48
 1  A      That is a true statement.                    1  it right there.
 2  Q      Okay.                                        2         So we consider SOPs confidential and
 3  A      Now, we have a chart of all our J&J          3  company records.  We don't turn over SOPs, and
 4  testing that has been provided to defendants.  If   4  not too many experts do.
 5  I were to stack up the notebooks that -- you        5  Q      Sorry, Doctor.  I didn't follow -- I
 6  know, just -- just taking a look at the -- all      6  got the last part.  But the part before that, you
 7  the historic -- the J&J historical samples, where   7  mentioned you're one of the few labs, something
 8  we have 19- -- you know, 1960, 1970, 1980, 1990,    8  about turnover?  I wasn't sure what you were
 9  2000s up to 2002 or 2003, and, before that, it      9  talking about.  Sorry.
10  was maybe 50-some samples from eBay, et cetera.   10  A      I think we're one of the few labs that
11  And then after, you know, Johnson & Johnson, the  11  put a very extensive materials and methods
12  only additional samples we did -- because, you    12  section in just to go through each step of what
13  know, Johnson & Johnson was in bankrupt [sic] for 13  we do.  And using those materials/methods
14  two years -- was the -- you know, the Alphadet -- 14  section, anybody could duplicate the analysis.
15  MS. O'DELL:                                        15  Q      And when you say materials and methods
16         Valadez?                                    16  section, you're referring to the materials and
17  A      -- Valadez -- excuse me -- was a            17  methods section in your expert report; right?
18  sample, and a couple more for the -- for the MDL, 18  MS. O'DELL:
19  for some of the containers for the -- you know,   19         Reports.
20  for this project.  There's nothing else.  We      20  A      In every report we have.  From
21  provided all the -- you know, all the selected    21  receiving the sample to weighing it out, to --
22  area electron diffraction patterns, all the ADXA. 22  you know, through the -- out of the -- you know,
23  There's nothing else.                             23  through the muffle furnace to get rid of the
24  MR. EWALD:                                        24  organics, to weighing it, then going and doing

                                              Page 47                                                 Page 49
 1  Q      All right.  Looking at request 31 in         1  the heavy liquid spin time on the centrifuge, the
 2  what we marked as Exhibit 6, it asks for all        2  name -- name and -- on what products we're using
 3  standard operating procedures (SOPs) maintained    3  so they can buy the same products, the same
 4  by your laboratory for testing bulk materials for  4  centrifuge, if they'd like, et cetera, et cetera.
 5  asbestos by PLM, TEM, and SEM.                     5         So it's not inhibiting, in my opinion,
 6         And, Doctor, my question to you is:         6  any other experts from trying to do this work.
 7  Does MAS maintain any standard operating           7  And it must -- it must be okay, because
 8  procedures for the testing of talc samples by PLM  8  Alan Seagrave has duplicated this method for
 9  for the presence of chrysotile?                    9  using right out -- protocols right out of our
10  A      No.  We haven't finished the standard     10  paper, right out of our reports.
11  operating procedures because we keep doing       11         Now, he didn't find chrysotile, and --
12  research and changing slight -- slight           12  but he never complained that there wasn't enough
13  conditions, so -- until we finally have.         13  information for him to do this work, and that's
14         But what I may -- but what we do          14  a -- you know, that's a defense expert that
15  provide, in every analysis we do have chrysotile 15  actually did the CSM method.
16  has materials and methods section that anybody   16  Q      And I apologize.  I'm not familiar with
17  can follow, and it doesn't really have --        17  that.  How -- how recently was that?
18         If we had written SOPs for every time     18  A      I have a report of his floating around,
19  we made a change, it wouldn't really change      19  a couple of them.  I don't know if I can put my
20  any -- it -- you know, it really wouldn't give   20  hands on them or not.  But if my client asks me,
21  any additional information.  That's why I think  21  I will certainly look for it.
22  we're one of the few laboratories, when they do  22  Q      And in looking at those reports where
23  an analysis, they actually put in every step they 23 he didn't find chrysotile, what is your response
24  do.  And for any changes, then we, you know, show 24 to his conclusions?
```

| Page 146 | Page 148 |
|---|---|
| 1 about the MAS LLC HLS analysis for amphibole<br>2 asbestos by TEM, and you lay out your procedure<br>3 for that. Correct?<br>4 A    Correct.<br>5 Q    Okay. And then we have MAS LLC HLS<br>6 analysis for chrysotile asbestos by PLM, and you<br>7 lay out the procedure that MAS was using for this<br>8 at the time. Correct?<br>9 A    Correct.<br>10 Q    What aspect --<br>11    Well, I'll just go line by line.<br>12    Stain 200 milligrams of cosmetic talc<br>13 with betadine, 2 percent iodine solution, filter<br>14 stain talc material and wash in alcohol/Di-water.<br>15    Do you still use that as part of MAS's<br>16 HLS analysis for chrysotile asbestos by PLM?<br>17 A    No. As I discussed earlier in this<br>18 deposition, that the iodine worked really well<br>19 for the 1866b NIST chrysotile standards because<br>20 of the very large bundles that were in there.<br>21 Q    Okay.<br>22 A    But when we got to looking for it for<br>23 the size of the bundles of chrysotile that was in<br>24 the cosmetic talc, the 2 percent iodine solution | 1 Colorado School of Mines, did they use 2.72?<br>2 A    No. They never used 2.72.<br>3 Q    Okay.<br>4 A    They said less than 2.65.<br>5 Q    Okay.<br>6 A    But our initial trying everything, that<br>7 was being -- that gave the most. And it was<br>8 said -- you know, we had -- we had some technical<br>9 difficulties trying to repeat their stuff.<br>10    But, no, they didn't use 2.72<br>11 initially. Well, it's not what they put in their<br>12 final protocol.<br>13 Q    Centrifuge at 500 rpm for 5 minutes,<br>14 then 1800 rpm for 5 minutes, is that still MAS<br>15 LLC HLS analysis for chrysotile asbestos by PLM?<br>16 A    ==For this sample, we did it for 72 hours==<br>17 ==at 21 degrees Celsius without breaking.==<br>18 Q    And at the time Colorado School of<br>19 Mines was doing analysis in 1974, did they use<br>20 the same centrifuge time?<br>21 A    I'm not sure they published in there<br>22 what centrifuge time they were using.<br>23    This particular centrifuge time was<br>24 used by Reynolds in the -- the Windsor project, |
| Page 147 | Page 149 |
| 1 did not absorb enough to it so it gave it any<br>2 ability to see it. So it just didn't work. And<br>3 I won't mention that -- other scientists who came<br>4 to the same conclusion.<br>5    And we were using betadine, but the<br>6 method called for pure iodine. The problem with<br>7 pure iodine, one, in order to get it, you have to<br>8 fill out a lot of paperwork for the DEA because<br>9 it's a precursor in meth productions.<br>10    And, two, once you made up the<br>11 solution, it only had about a two- -- a three- or<br>12 four-day shelf life. And we weren't working on<br>13 it all day long. And, again, we never used the<br>14 iodine for identification. It was just supposed<br>15 to help, and it didn't work. So we dropped that<br>16 pretty quick after this.<br>17 Q    And the 2.72g/cc HLS, is that the same<br>18 that you use today for the heavy liquid?<br>19 A    Today -- I'll just give you an update<br>20 on the very last one we did for Johnson &<br>21 Johnson. And this one --<br>22    And this was the Kirch on 2-15-2024.<br>23 We used 2 .65.<br>24 Q    Okay. And do you recall in the 1974 | 1 where they hired him to look for amphiboles in<br>2 their product -- I mean in the -- in the -- in<br>3 their Vermont talc. And he found actinolite, and<br>4 he says he believes the other was anthophyllite.<br>5 He ran standards, and he showed that it was in<br>6 there. So I borrowed their centrifuge time.<br>7 Q    Okay. The part about fine tweezer,<br>8 remove stained chrysotile bundles from filter and<br>9 place on glass slide, MAS doesn't do that<br>10 anymore -- right? -- because they don't stain the<br>11 particles. Right?<br>12 A    That went pretty quickly. That<br>13 didn't -- that didn't last long.<br>14 Q    Okay. And when you say "have validated<br>15 detection limit of approximately 0.0001 percent<br>16 by weight fibers per gram of talc," you're<br>17 talking about, quote, validation procedures that<br>18 were done internally by MAS; right?<br>19 A    Correct.<br>20 Q    Okay. And yet we've gone through the<br>21 various discrepancies, some of the discrepancies<br>22 between the MAS method and the Colorado School of<br>23 Mines method, but you, earlier today and in the<br>24 past have called this, what you were doing, just |

38 (Pages 146 - 149)

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

Case 3:16-cv-02738-MAS-RLS Document 160-12 Filed 06/03/22 Page 101 of 17 PageID: 10055

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.