# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS<br><br>MDL No. 16-2738 (MAS) (RLS)<br><br>Motion Day: TBD<br><br>**NOTICE OF MOTION TO COMPEL DEPOSITION TESTIMONY OF PAUL HESS AND FOR SANCTIONS**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that on a date to be determined by the parties and the Court, the undersigned counsel, pursuant to Federal Rules of Civil Procedure 16, 30, and 37 will bring Defendants Johnson & Johnson and LLT Management LLC ("Defendants")'s Motion to Compel Deposition Testimony of Paul Hess and Appropriate Sanctions:

Defendants request that oral argument be held in connection with this motion.

Dated: July 22, 2024

Respectfully submitted,

*/s/ Kristen R. Fournier*
Kristen R. Fournier

**KING & SPALDING LLP**
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100
kfournier@kslaw.com

Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
susan.sharko@faegredrinker.com

*Attorneys for Defendants Johnson & Johnson and LLT Management, LLC*

2