

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**  M70484 - 001ISO          **Analyst** Paul Hess          **Date** 6/17/2019

**ClientName** Simon Greenstone Panatier Bartlett          **ClientSpl** SGP 487779

**Location**

**Type_Mat**  Johnson & Johnson Baby Powder 15oz

**Gross Visual**  Off-white powder          **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**          **EST. VOL. %**

NO ASBESTOS OBSERVED

Chrysotile.............................

Amosite.................................

Crocidolite...........................

Tremolite/Actinolite..............

Anthophyllite.......................

**OTHER FIBROUS COMPONENTS**

Talc -B/Y DS in 1.55          \*\*\*

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  X = Materials detected. \*\*\* Abundant Fibrous Talc observed.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**  M70484 - 001BL          **Analyst** Paul Hess          **Date** 6/19/2019

**ClientName** Simon Greenstone Panatier Bartlett          **ClientSpl** SGP 487779

**Location**

**Type_Mat**  Johnson & Johnson Baby Powder 15oz

**Gross Visual**  Off-white debris on slide          **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**          **EST. VOL. %**

NO ASBESTOS OBSERVED

**Chrysotile**.............................
**Amosite**................................
**Crocidolite**...........................
**Tremolite/Actinolite**..............
**Anthophyllite**.......................

**OTHER FIBROUS COMPONENTS**

Talc -B/Y DS in 1.55          ***

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |

**Binder Description**

**Comments**  X = Materials detected. *** Modereate amount of Fibrous Talc observed.

The method detection limit is 1% unless otherwise stated.

**MAS, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**   M70484 - 001HLM         **Analyst** Paul Hess              **Date**  2/21/2020

**ClientName** Simon Greenstone Panatier Bartlett      **ClientSpl** SGP 487779

**Location**

**Type_Mat**   Johnson & Johnson Baby Powder 15oz

**Gross Visual**   White debris on filter          **% of Sample**  100

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | wavy | | |
| **Pleochroism** | none | | |
| **Refract Index** | 1.570/1.561 | | |
| **Sign^** | positive | | |
| **Extinction** | parallel | | |
| **Birefringence** | low | | |
| **Melt** | no | | |
| **Fiber Name** | Chrysotile | | |

## ASBESTOS MINERALS                    EST. VOL. %

| | |
|---|---|
| **Chrysotile**............................. | 0.01 to 0.10 |
| **Amosite**................................. | |
| **Crocidolite**............................ | |
| **Tremolite/Actinolite**.............. | |
| **Anthophyllite**........................ | |

### OTHER FIBROUS COMPONENTS

| | |
|---|---|
| Talc -B/Y DS in 1.55 | *** |
| | |
| | |
| | |
| | |

### NON FIBROUS COMPONENTS

| | |
|---|---|
| Opaques | X |
| Talc | X |
| Mineral grains | X |
| | |

**Binder Description**

**Comments**   Chrysotile asbestos observed. X = Materials detected. *** Modereate amount of Fibrous Talc observed.

The method detection limit is 1% unless otherwise stated.

Talc

78.5µm

Chrysotile in Talc Flake

M70484-001HLM-001 Chrysotile in Talc Flake
Parallel Dispersion 1.550 R.I. @ 100X
Talc interference with Dispersion colors

M70484-001HLM-001 Chrysotile in Talc Flake
Perpendicular Dispersion
Talc interference with dispersion colors



M70484-001HLM-001 Chrysotile in Talc Flake
Elongation @ 400X

M70484-001HLM-001 Chrysotile in Talc Flake
Crossed Polars



M70484-001HLM-001 Chrysotile in Talc Flake
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

33.3µm

M70484-001HLM-002 Chrysotile Parallel Dispersion 1.550 R.I. @ 100X



M70484-001HLM-002 Chrysotile
Perpendicular Dispersion



M70484-001HLM-002 Chrysotile Elongation @ 400X





M70484-001HLM-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X



M70484-001HLM-003 Chrysotile - Talc Parallel Dispersion 1.550 R.I. @ 100X

Talc

Chrysotile

M70484-001HLM-003 Chrysotile-Talc
Perpendicular Dispersion



Indications of very fine fibers

M70484-001HLM-003 Chrysotile - Talc Elongation @ 400X



M70484-001HLM-003 Chrysotile - Talc Crossed Polars



M70484-001HLM-003 Chrysotile - Talc
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

71.9µm

M70484-001HLM-004 Chrysotile
Parallel Dispersion 1.550 R.I. @ 100X

M70484-001HLM-004 Chrysotile
Perpendicular Dispersion

M70484-001HLM-004 Chrysotile Elongation @ 400X



M70484-001HLM-004 Chrysotile Crossed Polars



M70484-001HLM-004 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X



Transitional

62.2µm

Parallel Dispersion 1.550 R.I. @ 100X

M70484-001HLM-005 Chrysotile

Transitional

M70484-001HLM-005 Chrysotile
Perpendicular Dispersion

M70484-001HLM-005 Chrysotile Elongation @ 400X

M70484-001HLM-005 Chrysotile Crossed Polars



M70484-001HLM-005 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.550 R.I. @ 400X

57.0μm

M70484-001HLM-006 Chrysotile
Parallel Dispersion
1.550 R.I. @ 100X