## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71614-000 | | Grid Box # | | 8860 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | | G. O. Area |
| Date of Analysis | 2/28/2023 | | G. O. in microns – | | 108 | 108 | | 11664 |
| Initial Weight(g) | N/A | | | | 108 | 108 | | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | **Average** | | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 1% | **G.O.s Counted** | | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E9-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| | | | | | |
|---|---|---|---|---|---|
| Project/ Sample No. | M71614-000 | Grid Box # | 8860 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 2/28/2023 | G. O. in microns – | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E10-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project/ Sample No. | M71614-000 | | Grid Box # | 8860 | No. of Grids Counted | 2 | |
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area | |
| Date of Analysis | 2/28/2023 | | G. O. in microns − | 108 | 108 | 11664 | |
| Initial Weight(g) | N/A | | | 108 | 108 | 11664 | |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 | |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 | |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 | |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

|  | | |
|---|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation | |
| N/A | N/A | g |
| Percent of Orig. Post Separation | N/A | (%) |

|  | | |
|---|---|---|
| Wt. Of Sample Analyzed | N/A | g |
| Filter size | 1297 | mm² |
| Number of Structures Counted | 0 | Str. |
| Structures per Gram of Sample | N/A | Str./g |

|  | | |
|---|---|---|
| Detection Limit | N/A | Str./g |
| Analytical Sensitivity | N/A | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71614-000 | | Grid Box # | 8860 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G.O. Area |
| Date of Analysis | 2/28/2023 | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | E9-B1 | | | | | No fibrous talc observed | |
| | | | | | | | |

# Section 5













2916-ETC W/O 513602 $5.49

M71614-001















# Section 6

M71614-001CSM TALC
Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.595

25 µm



M71614-001CSM TALC
Perpendicular Dispersion
R.I. <1.550

25 µm

M71614-001CSM TALC
Elongation @ 630X

2.5 µm



M71614-001ISONY TALC
Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.600

25 µm



M71614-001ISONY TALC2
Perpendicular Dispersion
R.I. <1.550

25 µm



M71614-001|SONY TALC
Elongation @ 630X

2.5 μm



M71614-001ISONY TALC2
Parallel Dispersion 1.560 R.I. @ 100X
R.I. >1.595

25 µm



M71614-001ISONY TALC2
Perpendicular Dispersion
R.I. <1.550

25 µm

