# Exhibit G

**MAS Is Treating The Particle As MORE PURPLE Than ISO Reference Sample**

ISO

MAS

ISO Reference Chrysotile

M71614-001CSM-001 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.564

EXHIBIT 17  7-10-2024  exhibitsticker.com