# Exhibit H

# Dr. Longo's Chrysotile: What Color is this?



Pg 37
2/28/2023
M71614 Report

21°C

1.560