# Exhibit I





M69652-003ISO-002 Calidria Chrysotile Elongation @ 630X

2.5 µm

M69652-003ISO-002 Calidria Chrysotile Crossed Polars @ 630X

2.5 μm

M69652-003ISO-002 Calidria Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 μm