# Exhibit K

Case 3:16-md-02738-MAS-RLS   Document 32993-19   Filed 07/22/24   Page 2 of 7 PageID: 190704

DR. WILLIAM LONGO, on 04/21/2021                                                    Page 1
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

```
 1        SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR

 2                    THE COUNTY OF ALAMEDA

 3

 4   CHRISTINA G. PRUDENCIO,      )
                                  )
 5              Plaintiff,        )
                                  )
 6      vs.                       ) Case No.
                                  ) RG20061303
 7   JOHNSON & JOHNSON; JOHNSON   )
     & JOHNSON CONSUMER, INC.     )
 8   (Sued individually and as    )
     successor-in-interest to     )
 9   JOHNSON & JOHNSON CONSUMER   )
     COMPANIES, INC.), et al.,    )
10                                )
                Defendants.       )
11   _____) (Pages 1 - 228)

12

13

14              DEPOSITION OF EXPERT WITNESS

15                   DR. WILLIAM LONGO

16                WEDNESDAY, APRIL 21, 2021

17

18

19

20

21

22

23

24     Reported by:  KAREN C. WATERS, REGISTERED

25     PROFESSIONAL REPORTER
```

[Certified Transcript]

Case 3:16-md-02738-MAS-RLS    Document 32993-19    Filed 07/22/24    Page 3 of 7 PageID: 190705

DR. WILLIAM LONGO, on 04/21/2021                                                Page 2
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

```
 1        SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR

 2                    THE COUNTY OF ALAMEDA

 3

 4     CHRISTINA G. PRUDENCIO,        )
                                      )
 5              Plaintiff,            )
                                      )
 6        vs.                         ) Case No.
                                      ) RG20061303
 7     JOHNSON & JOHNSON; JOHNSON     )
       & JOHNSON CONSUMER, INC.       )
 8     (Sued individually and as      )
       successor-in-interest to       )
 9     JOHNSON & JOHNSON CONSUMER     )
       COMPANIES, INC.), et al.,      )
10                                    )
                Defendants.           )
11     _____)

12

13

14

15

16

17

18

19

20

21        DEPOSITION OF DR. WILLIAM LONGO, taken on

22     behalf of Defendants, remotely via

23     videoconference, commencing at 9:05 a.m. (PST),

24     Wednesday, April 21, 2021, before Karen C.

25     Waters, Registered Professional Reporter.
```

Case 3:16-md-02738-MAS-RLS   Document 32993-19   Filed 07/22/24   Page 4 of 7 PageID: 190706

DR. WILLIAM LONGO, on 04/21/2021  
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

Page 3

```
 1    APPEARANCES: (Via videoconference):

 2

 3    For Plaintiff:

 4       KAZAN, MCCLAIN, SATTERLEY & GREENWOOD
         BY: IAN A. RIVAMONTE, ESQ.
 5       Jack London Market,
         55 Harrison Street
 6       Suite 400
         Oakland, California  94607
 7       (510) 302-1000
         irivamonte@kazanlaw.com
 8

 9    For Defendants LONGS DRUG STORES CALIFORNIA,
      L.L.C., on behalf of LONGS DRUG STORES
10    CALIFORNIA, INC. (Erroneously sued as LONGS DRUG
      STORES CALIFORNIA, L.L.C., individually and as
11    successor-in-interest, parent, alter ego, and
      equitable trustee of LONGS DRUG STORES
12    CALIFORNIA, INC.); SAFEWAY INC.; LUCKY STORES,
      INC.; and ALBERTSONS COMPANIES, INC.:
13
         BARNES & THORNBURG LLP
14       BY: MITCHELL R. CHARCHALIS, ESQ.
         2029 Century Park East
15       Suite 300
         Los Angeles, California  90067
16       (310) 284-3768
         mcharchalis@btlaw.com
17

18    For Defendants JOHNSON & JOHNSON and JOHNSON &
      JOHNSON CONSUMER INC.:
19
         KING & SPALDING LLP
20       BY: KEVIN HYNES, ESQ.
         1185 Avenue of the Americas
21       34th Floor
         New York, New York  10036
22       (212) 790-5349
         khynes@kslaw.com
23

24

25
```

Case 3:16-md-02738-MAS-RLS   Document 32993-19   Filed 07/22/24   Page 5 of 7 PageID: 190707

DR. WILLIAM LONGO, on 04/21/2021                                           Page 4
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

```
 1     APPEARANCE (Via videoconference) (continued):

 2

 3     For Defendant PERRIGO COMPANY OF TENNESSEE:

 4        GOODELL, DEVRIES, LEECH & DANN, LLP
          BY: JEFFREY J. HINES, ESQ.
 5        One South Street
          20th Floor
 6        Baltimore, Maryland  21202
          (410) 783-4041
 7        jjh@gdldlaw.com

 8


 9     For Defendant VI-HON, INC.:

10        REED SMITH LLP
          BY: SHANA E. RUSSO, ESQ.
11        506 Carnegie Center
          Suite 300
12        Princeton, New Jersey  08540-7839
          (609) 987-0050
13        srusso@reedsmith.com

14


15     Also Present:

16        Bret Hampton, the videographer.

17

18

19

20

21

22

23

24

25
```

Case 3:16-md-02738-MAS-RLS    Document 32993-19    Filed 07/22/24    Page 6 of 7 PageID: 190708

DR. WILLIAM LONGO, on 04/21/2021                                           Page 26
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

```
 1    ISO PLM method.  Sample preparation for the
 2    heavy liquid density is not the ISO method, but
 3    that's what I -- what we had been calling the
 4    CSM method.
 5         Q.   Okay.
 6         A.   So it's two different things.  There's
 7    sample prep, but then there's the analysis to
 8    determine if chrysotile is present.
 9         Q.   Right.  So that analysis follows the ISO
10    22262-1 methodology?
11         A.   Yes.
12         Q.   And Paul Hess, he was the individual who
13    performed all of the PLM analyses as part of
14    this report that was marked as 3F as well as the
15    part that was marked as 3G?
16         A.   Yes.
17         Q.   Okay.  And I guess as part of this
18    report, 3F, Mr. Hess identified what he
19    identified as chrysotile at levels varying
20    from -- without the liquid separation
21    technique -- levels from .006 to .009 area
22    percent weight, correct?
23         A.   I believe that's correct.  I know you're
24    just reading it off the results, but I always
25    feel silly if I agree and then it's not.  That
```

Case 3:16-md-02738-MAS-RLS    Document 32993-19    Filed 07/22/24    Page 7 of 7 PageID: 190709

DR. WILLIAM LONGO, on 04/21/2021                                        Page 228
CHRISTINA G. PRUDENCIO vs. JOHNSON & JOHNSON, et al.

1     die.)

2                    REPORTER'S CERTIFICATE

3          I, KAREN WATERS, Registered Professional

4     Reporter, do hereby certify that previous to the

5     commencement of the examination, the said

6     DR. WILLIAM LONGO, was duly sworn by me to

7     testify to the truth in relation to the matters

8     in controversy between the parties hereto; that

9     the said deposition was taken in machine

10    shorthand by me at the time and place aforesaid

11    and was thereafter reduced to typewritten form;

12    that the foregoing is a true transcript of the

13    questions asked, testimony given, and

14    proceedings had.

15         I further certify that I am not employed

16    by, related to, nor of counsel for any of the

17    parties herein, nor otherwise interested in the

18    outcome of this litigation.

19         IN WITNESS WHEREOF, I have affixed my

20    Signature this April 27, 2021.

21

22                    _____
                              Karen Waters

23    _____ Reading and Signing was requested.

24    __x__ Reading and Signing was waived.

25    _____ Reading and Signing is not required.