UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS<br><br>MDL No. 16-2738 (MAS) (RLS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DEPOSITION TESTIMONY OF PAUL HESS AND FOR SANCTIONS** |

**THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management LLC ("Defendants") for an order granting Defendants' Motion to Compel Deposition Testimony of Paul Hess and For Sanctions; and the Court having considered the moving papers; and for good cause shown;

**IT IS** on this _____ day of _____, 2024 hereby

**ORDERED** that Defendants' motion to compel is GRANTED. It is further hereby **ORDERED** that:

1. A deposition of Mr. Hess shall take place within one week of the date of this order.

2. Defendants' reasonable attorney's fees and expenses incurred in

preparing for and taking the deposition of Mr. Hess are awarded to Defendants.

3. Plaintiffs shall not be permitted to rely on any testing where Mr. Hess served as the analyst.

_____

HON. JOEL SCHNEIDER, SPECIAL MASTER