# **CERTIFICATE OF SERVICE**

    I, Michelle A. Parfitt, hereby certify that I caused a copy of the foregoing Plaintiffs' Steering Committee's Brief Regarding the Rule 702 Standard to be filed electronically via the court's electronic filing system the 23rd day of July 2024. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:      July 23, 2024                    */s/ Michelle A. Parfitt*
                                                                                 Michelle A. Parfitt