KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036
Tel: (212) 556-2100
*Attorneys for Defendants Johnson & Johnson and LLT Management LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | Civil Action No. 3:16-md-2738-MAS-RLS<br><br>MDL No. 2738<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears on behalf of defendants Johnson & Johnson and LLT Management LLC..

KING & SPALDING LLP

Attorneys for Defendants Johnson & Johnson and LLT Management LLC

By:   */s/ Matthew L. Bush*
      Matthew L. Bush

Dated:  July 23, 2024

## CERTIFICATION OF SERVICE

I hereby certify that on July 23, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

*/s/ Matthew L. Bush*
King & Spalding LLP
Matthew L. Bush
1185 Avenue of the Americas
34th Floor
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
Email: mbush@kslaw.com