Exhibit 6

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY


----------------------------x

IN RE JOHNSON & JOHNSON        ) MDL No.

TALCUM POWDER PRODUCTS         ) 16-2738 (FLW)(LHG)

MARKETING SALES PRACTICES,     )

AND PRODUCTS LIABILITY         )

LITIGATION                     )

                               )

THIS DOCUMENT RELATES TO       )

ALL CASES                      )

----------------------------x


VIDEOTAPED DEPOSITION OF

LAURA WEBB, Ph.D.

BURLINGTON, VERMONT

FRIDAY, MARCH 29, 2019

9:28 A.M.


Reported by: Leslie A. Todd

Laura Webb, Ph.D.

Page 2

1     Deposition of LAURA WEBB, Ph.D., held at the:
2
3
4         HOTEL VERMONT
5         41 Cherry Street
6         Burlington, Vermont 05401
7         (802) 651-0080
8
9
10
11
12
13
14        Pursuant to notice, before Leslie Anne Todd,
15    Court Reporter and Notary Public, who officiated
16    in administering the oath to the witness.
17
18
19
20
21
22
23
24
25

Page 4

1     APPEARANCES (Continued):
2
3     ON BEHALF OF THE JOHNSON & JOHNSON DEFENDANTS:
4         JACK N. FROST, JR., ESQUIRE
5         KATHERINE McBETH, ESQUIRE
6         DRINKER BIDDLE & REATH LLP
7         One Logan Square
8         Suite 2000
9         Philadelphia, Pennsylvania 19103-6996
10        (215) 988-2706
11
12        ALEX V. CHACHKES, ESQUIRE
13        ORRICK, HERRINGTON & SUTCLIFFE LLP
14        51 West 52nd Street
15        New York, New York 10019-6142
16        (212) 506-3748
17
18    ON BEHALF OF THE PCPC:
19        JAMES R. BILLINGS-KANG, ESQUIRE
20        SEYFARTH SHAW LLP
21        975 F Street, N.W.
22        Washington, D.C. 20004-1454
23        (202) 463-2400
24
25

Page 3

1              A P P E A R A N C E S
2
3     FOR THE PLAINTIFFS:
4         WARREN BURNS, ESQUIRE
5         MARTIN D. BARRIE, J.D., Ph.D
6         AMANDA KLEVORN, ESQUIRE
7         BURNS CHAREST LLP
8         900 Jackson Street
9         Suite 500
10        Dallas, Texas 75202
11        (469) 904-4550
12
13        LEIGH O'DELL, ESQUIRE
14        JENNIFER K. EMMEL, ESQUIRE (Telephonically)
15        BEASLEY, ALLEN, CROW, METHVIN,
16         PORTIS & MILES, P.C.
17        218 Commerce Street
18        Montgomery, Alabama 36104
19        (334) 269-2343
20
21        STEVE FARIES, ESQUIRE
22        MUELLER LAW, LLC
23        404 West 7th Street
24        Austin, Texas 78701
25        (832) 293-7368

Page 5

1     APPEARANCES (Continued):
2
3     ON BEHALF OF PHARMATECH INDUSTRIES (PTI):
4         MICHAEL ANDERTON, ESQUIRE
5         TUCKER ELLIS, LLP
6         950 Main Avenue, Suite 1100
7         Cleveland, Ohio 44113-7213
8         (216) 696-4835
9
10    ALSO PRESENT:
11        DAVID LANE, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 to 5)

Laura Webb, Ph.D.

## Page 6

1        C O N T E N T S
2    EXAMINATION OF LAURA WEBB, Ph.D.       PAGE
3      By Mr. Burns              13, 241
4      By Mr. Frost              238
5
6
7
8
9              E X H I B I T S
10        (Attached to transcript)
11   WEBB DEPOSITION EXHIBITS          PAGE
12   No. 1   Expert Report of Laura Webb, PhD
13          for General Causation Daubert
14          Hearing              15
15   No. 2   Notice of Oral and Videotaped
16          Deposition of Laura Webb, PhD, and
17          Duces Tecum          15
18   No. 3   Defendants' Response to Plaintiffs'
19          Document Requests Contained in Notice
20          of Oral and Videotaped Deposition of
21          Laura Webb, Ph.D. and Duces Tecum   15
22   No. 4A   Map entitled "Preliminary Bedrock
23          Geologic Map of the Andover
24          Quadrangle, Windsor County, Vermont,
25          by Nicholas M. Ratcliffe, 1996   53

## Page 7

1          E X H I B I T S (Continued)
2          (Attached to transcript)
3    WEBB DEPOSITION EXHIBITS          PAGE
4    No. 4B   Map entitled "Structural Data,
5          Preliminary Bedrock Geologic Map
6          of the Andover Quadrangle, Windsor
7          County, Vermont," by Nicholas M.
8          Ratcliffe, 1996          53
9    No. 4C   Map entitled "Cross Sections,
10          Preliminary Bedrock Geologic Map
11          of the Andover Quadrangle, Windsor
12          County, Vermont," by Nicholas M.
13          Ratcliffe, 1996          53
14   No. 5A   Map entitled "Digital Bedrock
15          Geologic Map of the Andover
16          Quadrangle, Vermont," by N.M.
17          Ratcliffe, 1996          55
18   No. 5B   Map entitled "Digital Bedrock
19          Geologic Map of the Andover
20          Quadrangle, Vermont," by N.M.
21          Ratcliffe, 1996          55
22   No. 6   Map entitled "Bedrock Geologic
23          Map of the Cavendish Quadrangle,
24          Windsor County, Vermont," by
25          Nicholas M. Ratcliffe, 2000   62

## Page 8

1          E X H I B I T S (Continued)
2          (Attached to transcript)
3    WEBB DEPOSITION EXHIBITS          PAGE
4    No. 7   Map entitled "Bedrock Geologic
5          Map of the Chester Quadrangle,
6          Windsor County, Vermont," by
7          Nicholas M. Ratcliffe, 2000   69
8    No. 8A   Map entitled "Bedrock Geologic
9          Map of the Saxtons River 7.5' x
10          15' Quadrangle, Windham and
11          Windsor Counties, Vermont," by
12          Nicholas M. Ratcliffe and Thomas R.
13          Armstrong, 2001          71
14   No. 8B   Map entitled "Bedrock Geologic
15          Map of the Saxtons River 7.5' x
16          15' Quadrangle, Windham and
17          Windsor Counties, Vermont," by
18          Nicholas M. Ratcliffe and Thomas R.
19          Armstrong, 2001          71
20   No. 9   Excerpt of book entitled "A Talc
21          Quarry Near Chester, Vermont," by
22          Peter Zodac              72
23   No. 10   Laura Webb bio from the
24          University of Vermont system   108
25

## Page 9

1          E X H I B I T S (Continued)
2          (Attached to transcript)
3    WEBB DEPOSITION EXHIBITS          PAGE
4    No. 11   Document written in Chinese   169
5    No. 12   Interoffice Correspondence dated
6          March 25, 1992, subject: Cyprus
7          Ore Reserves - Arsenic & Tremolite   200
8    No. 13   Interoffice Correspondence dated
9          May 21, 1992, subject "Hamm Mine
10          Core Drilling"          210
11   No. 14   Various documents, Bates IMERYS
12          436951 to 436971          212
13   No. 15   Box of documents produced for
14          deposition              224
15   No. 15A   Spreadsheet              224
16   No. 15B   Document entitled "References
17          Cited in the Database (asbestos_
18          sites.xls)              224
19   No. 15C   Document entitled "Discussion on the
20          Genesis of Longsheng Talc Mine in
21          Guangxi Province"          228
22   No. 16   U.S. Department of the Interior
23          document entitled "The Phase
24          Relationship of Talc and
25          Amphiboles in a Fibrous Talc Sample" 236

Laura Webb, Ph.D.

Page 10

1          E X H I B I T S (Continued)
2           (Attached to transcript)
3    WEBB DEPOSITION EXHIBITS           PAGE
4    No. 17   Document entitled "Mineral Resource
5             Provinces of Vermont," by Charles
6             A. Ratte, February 1982      238
7    No. 18   Plaintiffs' Demonstrative 1;
8             and Plaintiffs' Demonstrative 2,
9             "Dr. Laura Webb: Activities
10            Supporting Opinions"         131
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 11

1              P R O C E E D I N G S
2              ------------------
3          THE VIDEOGRAPHER:  We're now on the
4    record.  My name is David Lane, videographer for
5    Golkow Litigation Services.  Today's date is
6    March 29th, 2019.  Our time is 9:28 a.m.
7          This deposition is taking place in
8    Burlington, Vermont, in the matter of Talcum
9    Powder Litigation MDL.
10         Our deponent today is Laura Webb, Ph.D.
11         Counsel will be noted on the
12   stenographic record.
13         Our court reporter today is Leslie Todd,
14   who will now swear in the witness.
15            LAURA WEBB, Ph.D.,
16         and having been first duly sworn,
17       was examined and testified as follows:
18         THE VIDEOGRAPHER:  You can begin.
19         MR. BURNS:  You want appearances on the
20   record or --
21         THE VIDEOGRAPHER:  You can just begin.
22         MR. BURNS:  Okay.  Thank you.
23         Dr. Webb, before we get started -- and,
24   Mr. Frost, this is directed to all -- we're going
25   to lodge an objection on the record related to the

Page 12

1    provision of new materials considered with respect
2    to Dr. Webb's report.
3          By our count, we're looking at, between
4    last night and this morning, a total of 14 new
5    maps, approximately four new articles, and one new
6    analysis of the Pooley Vermont samples, and --
7    that were not previously disclosed and which we
8    have not had a chance to consider.
9          As a result, we're going to hold the
10   deposition open until such further time as we've
11   either reached an accommodation or the court has
12   figured it out.
13         MR. FROST:  Well, we obviously object to
14   that.  We also object to the characterization of
15   what additional materials were provided on the --
16   the reliance list.  We think it is significantly
17   smaller than that.
18         We also object to the
19   characterization of the Pooley data as, one, being
20   new, and, two, being an analysis.  I'm sure you
21   will ask your questions about that today.  We'll
22   figure it out.
23         So, you know, your objection is noted,
24   and so is ours.
25         MR. BURNS:  All right.

Page 13

1              DIRECT EXAMINATION
2    BY MR. BURNS:
3       Q   Good morning, Dr. Webb.  My name is
4    Warren Burns.  Again, we met right before the
5    deposition.  I represent the plaintiffs in the
6    MDL.  I'm from Dallas, Texas, and I will be
7    questioning you today.
8          Dr. Webb, have you ever been deposed
9    before?
10      A   I have not.
11      Q   Okay.  A couple of simple rules for the
12   road then.  If you need a break, I'm more than
13   willing to let you take one at any time.  I only
14   ask that if a question is pending, we get that out
15   of the way, get the answer on the record, and then
16   you're more than welcome to go.  So just let us
17   know if that's the case.
18         If at any time I am unclear, which
19   certainly will happen probably multiple times over
20   the course of this day, please let me know.  I'm
21   happy to clarify anything I say.
22         You are obviously an expert in many
23   things, and the -- of which I am less familiar.
24   So if I am unclear, please let me know, and we
25   will try to get on through it.

Laura Webb, Ph.D.

Page 14

1          What did you do to prepare for your
2  deposition?
3          A   Well, I met with counsel.  I reviewed
4  the reports, including my own.  I reviewed the
5  body of literature that I've been looking at.
6          Q   Okay.  Now, when did you meet with
7  counsel?
8          A   Multiple times.
9          Q   Do you recall the dates?
10         A   I -- well, yesterday and last Friday as
11 well.
12         Q   Were those meetings here in Burlington,
13 Vermont?
14         A   They were.
15         Q   How many lawyers were present?
16         A   Yesterday, two, and last Friday, three.
17         Q   Do you recall any other meetings?
18         A   Yes, there were prior meetings.  I just
19 don't remember the dates offhand.
20         Q   Okay.  Approximately how many prior
21 meetings would you say?
22         A   Two to three.
23         Q   Okay.  Now, during the course of your
24 preparation for this deposition, were you shown
25 any documents that refreshed your recollection?

Page 15

1          A   I was not shown any documents.
2          Q   Now, Dr. Webb, I'm going to mark this as
3  Plaintiffs' Demonstrative No. 1.  It's nothing too
4  serious, just a little roadmap for us as we go
5  through the day today.
6          I intend to cover approximately four
7  issues with you as we go through today, and we'll
8  check them off as we get through them all.
9          The first is your response to the notice
10 of deposition and subpoena that you received prior
11 to the deposition.
12         The second involves your qualifications
13 which underpin your testimony and report.  I want
14 to make sure I spell that right.
15         The third involves your preparation to
16 render your opinions.
17         And the fourth is your report and
18 opinions.
19         So I want to start with actually the
20 subpoena.  I'm going to hand you a few documents
21 that we have premarked.  First will be Exhibit 1,
22 your report, or what I believe is your report.
23         (Webb Exhibit Nos. 1 through 3
24             were premarked for
25             identification.)

Page 16

1  BY MR. BURNS:
2          Q   Exhibit 2 is the -- Exhibit 2 is the
3  Notice of Oral and Videotaped Deposition of Laura
4  Webb, Ph.D. and Duces Tecum.
5          And Exhibit 3 is Defendants' Response to
6  Plaintiffs' Document Request contained in Notice
7  of Oral and Videotaped Deposition of Laura Webb,
8  Ph.D. and Duces Tecum.
9          There you go, Dr. Webb.
10         A   (Peruses document.)
11         Q   Ready, Dr. Webb?
12         A   Yes.
13         Q   Okay, great.
14         So let's start with Exhibit 2.  This is
15 the Notice of Oral and Videotaped Deposition of
16 Laura Webb, Ph.D. and Duces Tecum.  It's dated
17 March 14th, 2019.
18         Do you recognize this document?
19         A   I do not, no.
20         Q   You don't recall seeing it before?
21         A   (Witness shakes head.)
22         Q   But you are appearing today to give
23 testimony with respect to a report you previously
24 issued; is that correct?
25         A   That's correct.

Page 17

1          Q   And is that report reflected in
2  Exhibit 1, Expert Report of Laura Webb, Ph.D., for
3  General Causation Daubert Hearing?
4          A   That appears to be the very report, yes.
5          Q   Okay.  Thank you.
6          Now, I would like you to look at
7  Exhibit 3, Dr. Webb.  That's Defendants' Response
8  to Plaintiffs' Document Request contained in
9  Notice of Oral and Videotaped Deposition of Laura
10 Webb, Ph.D. and Duces Tecum.
11         Do you see that?
12         A   Yes.
13         Q   Okay.  Are you familiar with this
14 document?
15         A   No, I'm not.
16         Q   Okay.  You don't recall seeing it
17 before?
18         A   No.  I saw the notice of deposition, but
19 I have not seen this.
20         Q   Okay.  Before coming to the deposition
21 today, did you search your files for any relevant
22 documents?
23         A   Before -- sorry.  What time frame are we
24 talking about?
25         Q   Well, let me ask a different question

Laura Webb, Ph.D.

Page 18

```
1   then.
2         Prior to your deposition today, were you
3   informed that plaintiffs were seeking documents
4   from you at the time of this deposition?
5      A   I knew there -- I mean, I know there are
6   documents requested in the notice of deposition,
7   and counsel is responsible or, you know, responded
8   to those.  But that's --
9      Q   I see.  But did you -- were you
10  personally informed that you needed to look for
11  documents that were responsive to your requests
12  from the plaintiffs prior to your deposition?
13     A   I -- I provided everything that is in my
14  reliance, but in terms of in the last few days
15  being charged with searching my -- my records, no.
16     Q   That's right.  And we're really talking
17  about that period between March 14th of this year,
18  2019, and the present.
19        So you don't recall being asked to
20  search for additional documents during that
21  period?
22     A   I was asked to make sure that my
23  reliance list was complete.
24     Q   Okay.  And do you recall when you were
25  so instructed?
```

Page 19

```
1      A   Oh, I believe we talked about that last
2   Friday.
3      Q   Now, again, staying with Exhibit No. 3,
4   Dr. Webb, the first -- let's see -- the first 19
5   pages contains quite a bit of legal -- legal
6   mumbo-jumbo that you're probably not too
7   interested in that we may or may not fight about
8   down the road with your lawyers.
9         But after that, the next page is titled
10  Expert Report of Laura Webb, Ph.D. for General
11  Causation Daubert Hearing, Supplemental List of
12  Materials Reviewed.
13        Do you see that?
14     A   Yes.
15     Q   Okay.  Is this a document you prepared?
16     A   It is.  I provided that list.
17     Q   Okay.  And you provided it to counsel?
18     A   Yes.
19     Q   Okay.  Do you recall when you prepared
20  this list?
21     A   On Monday.
22     Q   Okay.  That would be Monday, March 15th?
23     A   This past Monday, the 20 -- whatever.
24  Yeah.
25     Q   Maybe 16th.
```

Page 20

```
1      A   Excuse me.
2         MS. O'DELL:  The 26th -- 25th.
3         MR. BURNS:  It's the 25th.  Okay.
4         Oh, you're right.  It's the 30th -- or
5   29th today.  I apologize.
6   BY MR. BURNS:
7      Q   Okay.  So you prepared this document on
8   Monday, March 25th, and the document contains 11
9   supplemental materials that you reviewed; is that
10  right?
11     A   Yes.
12     Q   Okay.  And the first five appear to be
13  maps; is that right?
14     A   Yes.
15     Q   Okay.
16     A   Or maps and reports in some cases, yes.
17     Q   Okay.  Can you tell me which ones also
18  represent reports?
19     A   Number 1, 3, and I believe number 5.
20  Number 4, I'm not sure about.
21     Q   And just so I understand, because
22  there's a little bit of confusion on our side,
23  when you listed these materials, and 1, 3 and 5
24  contain reports --
25     A   Mm-hmm.
```

Page 21

```
1      Q   -- is there any way we can figure that
2   out from the -- from the -- from your citation?
3   The citation appears to contain the title of the
4   maps, but does that correspond to the articles as
5   well?
6      A   I mean, these are USGS report --
7   reports, open file reports.  In some cases they're
8   maps in a numbered series.  So the general
9   citations don't necessarily, yes, reveal that.
10     Q   Okay.  Now, the next item is "Zodac, P.,
11  1940, A Talc Quarry Near Chester, Vermont."
12        Is that an article that you reviewed?
13     A   Yes.
14     Q   And item 7, Deposition of Ann G. Wylie.
15  Is that a deposition transcript?
16     A   Yes.
17     Q   And next one is Expert Report of Ann G.
18  Wylie.  Did you have access to the entire report?
19     A   I did.
20     Q   And the supporting materials?
21     A   Can you define "supporting materials"?
22     Q   Yeah, the documents that would have been
23  cited as the list of materials reviewed or relied
24  on.
25     A   I only read the expert report, so I
```

Laura Webb, Ph.D.

Page 22

1  didn't -- there may have been some common
2  materials cited, but I did not dig into those, so
3  to speak.
4      Q   Okay.  The next one is Deposition of
5  Mary Poulton, and that's a deposition transcript?
6      A   Yes.
7      Q   Next is Expert Report of Mary Poulton.
8  Did you read the entire report?
9      A   I -- I read good portions of it.  I
10  think there were some areas that I skimmed.
11      Q   Did you have access to the whole report?
12      A   I did, yes.
13      Q   And did you review the materials
14  reviewed or relied upon?
15      A   No.
16      Q   Next one is expert report of Darby Dyar.
17  Did you have access to the full report?
18      A   I did, yes.
19      Q   And did you review that full report?
20      A   Again, portions -- some portions
21  I read in more detail than others, but I did see
22  the full report.
23      Q   And did you review the materials
24  reviewed or relied upon?
25      A   No.

Page 23

1      Q   Okay.  In Exhibit 3, Dr. Webb, if you go
2  down, if you go to the end of the exhibit, there
3  appear to be five maps or graphical
4  representations that are part of these materials.
5      A   Yes.
6      Q   Okay.  This may be a little difficult,
7  but if we could stay with your supplemental list
8  of materials reviewed.  Can you tell me how these
9  maps correspond, if at all, to those supplemental
10  materials?
11      A   Well, the -- the geologic map --
12      Q   Now, we're looking there at the map that
13  says "Google Earth Image, U.S. Geographical
14  Survey"?
15      A   Yes.  So there are basically two map
16  backdrops.  There's the one that is much more
17  complicated looking, and that is the Vermont State
18  Bedrock map by Ratcliffe, et al., 2011.
19      Q   Is that the first map in the material?
20      A   Yes.  And then the second one is the
21  metamorphism tile from Doll, et al., 1961.
22      Q   And if I can just pause you there.
23      You said the first map was from
24  Ratcliffe, and what was the date on that?
25      A   2011.

Page 24

1      Q   2011.  Okay.  Now, that isn't listed in
2  your supplement materials, is it?
3      A   No.  It's cited in my report.
4      Q   Okay.  And now, if you wouldn't mind
5  proceeding to that second map.
6      A   Yes.
7      Q   Okay.  And how does this correspond, if
8  at all, to your supplemental materials?
9      A   It does not.
10      Q   Okay.
11      A   I mean, I will make -- so the link
12  between the supplemental materials and these maps
13  are the -- the pushpins that mark the locations of
14  certain mines or geologic bodies, for example.  So
15  when I first put this together, this is a Google
16  Earth compilation.  In terms of locating these
17  bodies, in some cases on this Ratcliffe, et al.,
18  2011 map, I also compared with maps, these more
19  detailed quadrangle maps.
20      Q   Okay.  And when you refer to the more
21  detailed quadrangle maps, you're referring to
22  those that are listed in your supplemental
23  materials?
24      A   Yeah.  So it was in providing this that
25  I recalled I had looked at these many months ago

Page 25

1  when I was determining locations, and that's
2  why -- I haven't looked at them recently.  This is
3  why they were added as a supplement.
4      Q   I see.  Okay.  So the second map we were
5  looking in -- looking at, another Google Earth
6  map, is this map cited in your report as well?
7      A   Yes, it is.  It's Doll, et al., 1961.
8      Q   Now, let's turn to the third map.  A lot
9  going on in this one.
10      A   Yes.  This is a -- I zoomed in on the
11  Chester dome area.  So it's the same background
12  map as the first one.
13      I'm sorry, I cut you off there.
14      Q   No, that's fine.
15      Okay.  So the third map is a zoomed-in
16  version of the first map focusing on the Chester
17  dome.
18      A   That's correct.
19      Q   Is that right?
20      A   Yes.
21      Q   And that is Ratcliffe, 2011?
22      A   Yes.
23      Q   Now, the fourth map, what are we looking
24  at here?
25      A   That's the zoomed-in version of the

Laura Webb, Ph.D.

Page 26

1    Doll, 1961 map. So my -- yeah, generally I was
2    trying to show the detail that you can't see in
3    the first two.
4        Q    Okay. And how do you -- is it D-A-L-L?
5        A    I'm sorry?
6        Q    Is Doll D-A-L-L?
7        A    D-O-L-L.
8        Q    D-O-L-L. Okay.
9            All right. And that leaves us with I
10   believe one map. The fifth map, what is -- what
11   are we looking at here?
12       A    That's zoomed in further at the northern
13   end of the Chester dome.
14       Q    From the 2011?
15       A    2000 -- Ratcliffe, 2011, yes. Sorry,
16   Ratcliffe, et al.
17       Q    Okay. And this is the northern end of
18   the Chester dome?
19       A    Yes.
20       Q    Okay. Let's start with -- I guess
21   really the Ratcliffe map that's reflected in maps
22   1, 3, I think, and 5; is that right?
23       A    Yes.
24       Q    Okay. When did you prepare this map?
25       A    Well, I began compiling this information

Page 27

1    really when I was first retained by Shook Hardy &
2    Bacon.
3        Q    And was that in 2017?
4        A    That's correct.
5        Q    When you say you began compiling this
6    information, what do you mean?
7        A    I mean by determining the exact
8    locations of -- of different geologic bodies on
9    this backdrop of the -- the bedrock map of Vermont
10   and the metamorphism tile.
11       Q    Can you give us an example in this first
12   map, the Ratcliffe, 2011 -- Ratcliffe, et al.,
13   2011, of the type of specific information you were
14   trying to show on this map?
15       A    Yeah. So, again, for example, the
16   Ludlow area mines, I was trying to determine the
17   exact location of -- of those mines with regard to
18   the geology.
19       Q    Okay. And can you tell me where those
20   are reflected on this map? I see, on your
21   pushpins; is that right?
22       A    Yes, yes.
23       Q    Okay.
24       A    So you see there's -- maybe two-thirds
25   down the page almost, the Hammondsville quarry,

Page 28

1    the northern end of the Chester dome. Then --
2    sorry, so again some things didn't show up well at
3    this -- at this area. So Argonaut would be near
4    the Rainbow and Frostbite mines, and then Hamm
5    mine is further down.
6        Q    And these pushpins carry over then to
7    your zoomed versions?
8        A    They do, yes.
9        Q    Okay. And if you look at that map
10   number 3, Argonaut mine, for example, there's
11   pushpins somewhere sort of in the upper middle of
12   the page; is that right?
13       A    Yes.
14       Q    What was your purpose in compiling this
15   information and creating this map?
16       A    Well, it's critical to understand the
17   location of the mines with respect to the
18   distribution of -- of geologic units, and in
19   particular -- of particular interest is also the
20   metamorphic grades of these rocks, which is why
21   the Doll map is -- is used. Because the geology
22   is actually very complex. There's -- I mean,
23   three collisional orogenies that -- that give rise
24   to the overall structure of -- of geologic units
25   here.

Page 29

1            And so there are pretty dramatic changes
2    and grades of metamorphism over short distances,
3    and I had to understand exactly where the mines
4    were with regard to the metamorphic histories
5    recorded by the rock units.
6        Q    So how would you manipulate these maps
7    to assist you in -- in coming to that
8    understanding?
9        A    I wouldn't manipulate them. I would
10   just refer to them.
11       Q    Okay. And perhaps that's the wrong
12   term, but I assume you mean -- you're probably not
13   looking at map number 1, but you're looking and
14   trying to zoom in at times on maps 3 and 5 to get
15   a better sense of the surrounding geology. Is
16   that fair or --
17       A    As a geologist, I'm always moving in and
18   out of scales, from thinking about the whole state
19   of Vermont scale to, again, the micron scale and
20   samples. So, yes, moving in and out of zoom
21   ranges is part and parcel.
22       Q    Sure. Is it important then in addition
23   to having sort of general maps or larger scale
24   maps to have those much more finite and detailed
25   maps of particular regions or areas?

8 (Pages 26 to 29)

Laura Webb, Ph.D.

Page 30

1    MR. FROST:  Objection to form.
2    THE WITNESS:  Yes, I found I was
3 referring to those in detail because some
4 bodies -- the level of detail shown in maps is a
5 function of the scale of the map itself.  So the
6 1:24,000 quadrangle maps show some finer scale
7 details than the Ratcliffe map, but this was the
8 best map available, the most up to date, and the
9 best one for the -- the compilation of the data.
10 BY MR. BURNS:
11    Q    And when you refer to the compilation of
12 the data, do you mean plotting these multiple
13 points, multiple mine sites on a single map?
14    A    I mean, that's part of it again.  It's,
15 again, understanding the -- the system, the
16 geologic system, the distribution of the rocks and
17 the rock types and those geologic structures such
18 as faults.
19    Q    But if you were wanting to look at a
20 particular -- a particular mine site -- for
21 example, let's say the Argonaut mine or the
22 Johnson mine -- you wouldn't want to start -- stop
23 at map number 1 or even map number 3 or 5.
24    Would you want to get as much detail as
25 possible and as much of the minute scale as

Page 31

1 possible when you were considering the geology of
2 the area?
3    MR. FROST:  Objection to form.
4    THE WITNESS:  Yeah, well, I mean it
5 depends on where the outstanding questions are,
6 where you're driven to, in that sense.
7 BY MR. BURNS:
8    Q    Okay.  Well, if the question --
9 outstanding questions were, as they are in this
10 case, say, proximity of a talc deposit to
11 potential asbestos, amphibole or other materials,
12 would you want that higher scale, more minute
13 scale?
14    MR. FROST:  Objection to form.
15    THE WITNESS:  Again, I mean, you know,
16 what I'm driven to search for is a product of what
17 I'm -- I'm finding, and so -- and also what --
18 what actually exists.
19 BY MR. BURNS:
20    Q    Well, and maybe I can be clearer, and I
21 apologize if I'm not.
22    ==But as a scientist of your experience,==
23 ==and clearly you have published a lot and have==
24 ==significant length of time in this field, but if==
25 ==you were looking at, say, the Argonaut mine and==

Page 32

1 ==ultimately wanted to opine on whether there was a==
2 ==potential for asbestos contamination in talc==
3 ==deposits in that mine, is it fair to say that you==
4 ==would want to drill down on the most finite or==
5 ==specific information, including maps on the==
6 ==Argonaut mine, before you made that opinion?==
7    MR. FROST:  Objection to form.
8    ==THE WITNESS:  I mean, maps are part of==
9 ==it, but I was really looking at a much broader==
10 ==range of petrological information.==
11 BY MR. BURNS:
12    ==Q    So is the answer then that you would not==
13 ==want that fine level of detail?==
14    MR. FROST:  Objection to form.
15    ==THE WITNESS:  I mean, the answer is it==
16 ==depends.  I mean, we're kind of -- I think I would==
17 ==need more specific -- more specific questions in==
18 ==order to give you a more specific answer.  Sorry.==
19 BY MR. BURNS:
20    ==Q    Well, for example, if there was a==
21 ==geologic map of the Argonaut mine available, would==
22 ==you want to see that?==
23    ==A    I guess, yeah, if there was good data==
24 ==and -- and context there.==  But I actually, you
25 know, felt that I had the information I -- I

Page 33

1 needed based on the -- the resources that I looked
2 at to have what I think is a very good
3 understanding of the -- the petrology.
4    ==Q    As a scientist, is it fair to say that==
5 ==more information is better than less information?==
6    ==MR. FROST:  Objection to form.==
7    ==THE WITNESS:  It depends.  It depends on==
8 ==the quality of the information.==
9 BY MR. BURNS:
10    ==Q    Assuming that the quality is good, is it==
11 ==fair to make that assumption?==
12    ==MR. FROST:  Objection to form.==
13    ==THE WITNESS:  I guess, yeah, we -- yeah,==
14 ==information is good if there's -- if you're able==
15 ==to evaluate the -- the real data and the -- the==
16 ==methodology.==
17 BY MR. BURNS:
18    Q    Would it be important for you to
19 actually review data or maps that were prepared
20 by, for instance, a company actually operating the
21 mine and having day-to-day experience with the
22 extraction of minerals?
23    MR. FROST:  Objection to form.
24    THE WITNESS:  It depends what's -- you
25 know, what's shown on those maps, I suppose, in

9 (Pages 30 to 33)

Laura Webb, Ph.D.

Page 34

1    terms of detail.
2    BY MR. BURNS:
3        Q    I'm sorry.  Did you --
4        A    Yeah, I mean, I was going to say,
5    again -- I mean, I really feel like I arrived
6    at -- with -- at a place where I had the
7    information I needed to basically meet -- meet my
8    charge.
9            Because, again, I mean, what you see in
10   the rocks is -- is not -- is not random.  What we
11   see is very specifically controlled by the bolt
12   composition of the rocks, the pressure and
13   temperature conditions under which they were
14   metamorphosed, the fluids that were present,
15   and -- so I really -- you know, a good deal of my
16   effort was really trying to understand, again, the
17   petrologic systems of -- of these rocks -- sorry,
18   these mines -- in detail.
19           And so, you know, that information
20   was -- was pretty clear from what I was able to
21   review in the literature.
22       Q    Well, and just to be clear here, you're
23   speaking, I take it, of your opinion generally as
24   to the propensity for some of these formations to
25   result in asbestos contamination of talc; is that

Page 35

1    right?
2        A    Yes.
3            MR. FROST:  Objection to form.
4    BY MR. BURNS:
5        Q    And that is a general opinion, not a
6    specific opinion.  Is that right?
7            MR. FROST:  Objection.
8            THE WITNESS:  That's pretty specific to
9    these -- to these mines.
10   BY MR. BURNS:
11       Q    Well, so, for instance, did you use maps
12   1, 3 and 5 to reach the opinion that there was no
13   asbestos contamination in the talc that was mined
14   in what I will refer to as the J&J mines?  I think
15   you may use that term in your report as well.
16       A    Yeah.  Well, this was a starting point.
17       Q    Yeah.  What do you mean by "a starting
18   point"?
19       A    In other words, I had to know where the
20   mines were with respect to the geology of Vermont,
21   with respect to the structure.  That is, again,
22   the result of multiple orogenic events that
23   basically have folded and stretched these rock
24   units that have a major impact, again, on the
25   distribution of different metamorphic grades.

Page 36

1            And really it's about sort of the --
2    understanding the location of these is what helped
3    me basically place these rocks in the context of
4    the -- the evolution of this region.
5            So again, yes, this was a starting point
6    for, again, sort of other literature searches
7    and -- and determining the -- the types of other
8    information I needed to compile.
9        Q    But just so I'm clear at this early
10   stage in the deposition as to your opinion, is it
11   your opinion that there is no asbestos
12   contamination in the J&J mines in Vermont?
13       A    I see no --
14           MR. FROST:  Objection to form.
15           THE WITNESS:  I see no evidence to
16   support the claim that there is asbestos in these
17   mines.
18   BY MR. BURNS:
19       Q    Among the materials that you've
20   reviewed?
21           MR. FROST:  Objection.
22           THE WITNESS:  Well, I mean, my opinion
23   is my opinion, which is based on the review of --
24   of multiple papers, maps, and reports, and so, you
25   know, I didn't really adopt something that was

Page 37

1    stated in the literature.  I -- I synthesized all
2    that information to arrive at the opinions I
3    presented in this report.
4    BY MR. BURNS:
5        Q    No, and -- and we'll get back to that,
6    and I didn't mean to insinuate otherwise, Doctor.
7            My point was really simply that your
8    opinion is based on the materials you've listed in
9    your report; is that right?
10           MR. FROST:  Objection to form.
11           THE WITNESS:  Yes, I've provided the
12   reliance, and that is what I reviewed to arrive at
13   my opinions, yes.
14   BY MR. BURNS:
15       Q    Okay.  And so if it's not listed in the
16   materials that you relied on, then it's safe to
17   assume that it is not something that you utilized
18   to reach your opinion.
19       A    I'm sorry, I couldn't hear --
20       Q    Certainly.
21       A    -- the last part of your question.
22       Q    Yeah, no problem.  I -- I'll restate it.
23           So if -- if a material is not listed in
24   the materials upon which you relied in your report
25   or the supplemental listing that your counsel

10 (Pages 34 to 37)

Laura Webb, Ph.D.

Page 38

1    provided last night, then it's safe to assume that
2    you didn't rely on missing material to reach your
3    opinions.
4        MR. FROST: Objection to form.
5        THE WITNESS: I'm not sure what you mean
6    by relying on missing material. So --
7    BY MR. BURNS:
8        Q   I'll switch it around. Is there
9    anything besides those materials that you have
10   listed in your report or in the supplemental list
11   that we received last night on which you've relied
12   in reaching your opinions?
13       A   No. To the best of my knowledge, I've
14   given you a complete list. Beyond, again, sort of
15   the -- my general experience and educational
16   background. Certainly that plays in.
17       Q   Sure. So you began compiling the maps
18   that are reflected in 1, 3 and 5 in Exhibit 3 as
19   far back as 2017.
20           When -- when had you completed the
21   compilation of information that's reflected in
22   these maps 1, 3 and 5?
23       A   Is this the first one?
24           I'm sorry, I'm just looking in detail at
25   what's listed --

Page 39

1        Q   No problem.
2        A   -- on here and trying to think if there
3    was anything added in the last year, but I would
4    say this has -- this has existed for a year or so.
5    The exact dates I don't remember.
6        Q   And that's true of the zoomed-in
7    portions as well?
8        A   Again, this is from a Google Earth
9    database, so you zoom in and zoom out in real
10   time. So...
11       Q   The compilation of material doesn't
12   change.
13       A   Right, that's correct.
14       Q   Okay. Now, how did you establish the
15   location of the pushpins on the maps?
16       A   Oh, there were a variety of methods. In
17   some cases locations were taken from the published
18   literature. And that could come in a variety of
19   ways, from actual GPS coordinates listed to
20   descriptions.
21           So, for example, the Newfane mine is
22   something that was basically a -- a description in
23   a paper that then I conferred with the detailed
24   quadrangle map to find the location, and then
25   added the pushpin to this larger scale map.

Page 40

1            Others, I -- I confirmed by -- you know,
2    I did some actual just general web searches. And
3    so, for example, I think some of the -- the mine
4    locations are based on having seen town meeting
5    documents where they talked about wastewater
6    permits and gave the actual road that the map was
7    located on. So it was kind of a variety of ways.
8        Q   I see. Were there any other sources
9    that you used to create those pinpoints that you
10   can recall?
11       A   No. I mean, nothing noteworthy. Again,
12   I mean, based on, you know, literature references
13   and then trying to confirm the most precise
14   location, like I said, with some of those permits
15   that I saw.
16       Q   Okay.
17       A   So...
18       Q   Now, throughout the day we're probably
19   going to use the term "J&J mines" just for ease of
20   reference in Vermont and elsewhere, and, you know,
21   between China and Italy, I can easily distinguish
22   those.
23           But what's your understanding of the J&J
24   mines in Vermont that were used to source talc for
25   Johnson & Johnson Baby Powder or Shower to Shower

Page 41

1    products?
2            MR. FROST: Well, I will just lodge a
3    general objection to referring to the mines as
4    "J&J mines." If it's fine with you, we can call
5    it a standing objection so I don't have to object
6    every time you say it.
7            MR. BURNS: That's fine, yeah.
8            And just to cover your concern, I'm not
9    imputing in any way that they were owned by J&J or
10   controlled.
11           MR. FROST: Okay.
12           MR. BURNS: That's a different issue.
13   BY MR. BURNS:
14       Q   But really the source for baby powder
15   used in -- or talc used in baby powder or
16   shower -- Shower to Shower products. Sorry.
17       A   Yes.
18           MS. O'DELL: Excuse me. You aren't
19   saying they weren't -- aren't presently, but they
20   could be known to produce.
21           MR. BURNS: Right. Right. Fair enough.
22           MR. FROST: Yep, that's fine. Just, you
23   know, I'll lodge my general objection, but I --
24           MR. BURNS: Understood.
25           MR. FROST: -- for ease of reference,

11  (Pages 38 to 41)

Laura Webb, Ph.D.

Page 42

1    that's -- that's fine, pending my objection.
2          THE WITNESS: So my understanding is
3    that the talc for talcum powders came from the
4    Hammondsville, Argonaut and Hamm mines.
5    BY MR. BURNS:
6          Q   And that's a complete list?
7          A   As far as I --
8          Q   That you understood --
9          A   Yeah, for -- for Vermont, yes.
10         Q   Now, you've included in your maps
11   pushpins for several other mines in the area. Why
12   did you do that?
13         A   So, for example, the Frostbite mine, I
14   refer to a study by Robinson -- I believe that's
15   the name -- Robinson, et al., 2006. So they
16   looked at the Frostbite mine.
17         The Grafton mine was in the Sanford,
18   1982, paper that I cite. Newfane as well.
19         So in some cases, you know, these are
20   mines where there were detailed studies done that
21   are relevant to what I was trying to accomplish
22   in -- in terms of my understanding of the
23   petrology.
24         Q   Okay. Now, can you -- I'm looking at
25   map number 1 and do not see the Argonaut mine

Page 43

1    referenced there. Is that a function of the
2    scale?
3          A   It is. And that's why part of the
4    motivation for blowing up certain regions for
5    detail, yeah, because those names would have
6    overlapped in the first, yes.
7          Q   I see. It is reflected in number 3.
8          A   Yes.
9          Q   The third map.
10         A   Yes.
11         Q   Now, how -- now, Ratcliffe, 2011, was
12   cited in your original report. How, if at all,
13   did these maps 1, 3 and 5 inform your opinions in
14   your report?
15         A   Well, again, it's the understanding of
16   where the mines are located relevant to the
17   geologic structure of the Chester dome, which
18   relates directly to the grades of metamorphism of
19   the rocks that are exposed on the surface around
20   the dome.
21         And so, again, this was kind of a
22   starting point in terms of location and units and
23   structure that then feeds into the petrological
24   analysis as a function of -- of metamorphic grade
25   and history.

Page 44

1          Q   Now, you've referenced the Chester dome,
2    which appears kind of on the right-hand side of
3    the -- of many of these maps.
4          What is the significance of the Chester
5    dome?
6          A   So, again, that's the main geologic
7    structure. I mean, I think it shows up probably
8    perhaps best on the Doll, et al., 1961, map here
9    in terms of that elongate north-south blob.
10         But again, this is a dome that has a --
11   a sordid tectonic past. So the structure of the
12   dome is, again, the result of the tectonic Acadian
13   and the Alleghanian orogenies, and the -- the
14   metamorphism that's recorded by these rocks around
15   the dome is -- is -- basically it's dominated by
16   the -- the Acadian orogeny, and this is the time
17   at which the talc forms, during that tectonic
18   event.
19         But subsequently, the rocks have been
20   folded, so you have actually the deepest -- so the
21   rocks in the core of the dome record the highest
22   pressures and the highest temperatures, upper
23   amphibolite up to granulite facies. So that has a
24   direct control on the types of minerals that you
25   would see, for example, in the Grafton and the

Page 45

1    Chester Carlton quarries.
2          And as you move, in this case, west or
3    north, you move to lower grades of metamorphism.
4    So, you know, the Hammondsville quarry is at a
5    lower metamorphic grade relative to the Grafton or
6    Chester Carlton quarries. The Argonaut and
7    Newfane mines, they're again sort of pre- --
8    virtually similar to the Hammondsville.
9          So, again, you know, basically you've
10   got this high temperature, higher pressure suite
11   of rocks in the core of the dome and lower grade
12   rocks mantling it.
13         Q   And when you refer to lower grades of
14   metamorphism, can you explain that?
15         A   So, for example, in my report, I think
16   it's Figure 6, I've got a diagram with pressure
17   and temperature and different -- what geologists
18   call metamorphic facies. These are regions and
19   pressure temperature space where we expect rocks
20   of similar bulk composition to show similar
21   metamorphic assemblages as a function of those PT
22   conditions.
23         And so while rocks, say, at Grafton were
24   metamorphosed around 700 or 750 degrees C,
25   Hammondsville, Argonaut -- sorry, centigrade --

Laura Webb, Ph.D.

Page 46

1  Hammondsville and the Argonaut, Hamm, Newfane,
2  those were all at what we would say Greenschist
3  facies conditions, which is roughly in the range
4  of 550 to -- or -- well, to lower amphibolite, so
5  550 to 575 degrees C.
6      Q  Okay.  To shorthand that, and tell me if
7  I'm right or wrong -- and I appreciate your
8  answer -- compared to the Chester dome then, would
9  you say that the rocks in the J&J mines were
10  formed in lower temperatures and lower pressure?
11     A  Yes, compared to the core of the Chester
12  dome.  So the center of that -- that elongate
13  body, lower temperatures of metamorphism and --
14  and still relatively high pressures but lower
15  pressures as well.
16     Q  And I heard you use the term "TP."  Is
17  that temperature and pressure?
18     A  PT, yeah.
19     Q  Or PT, pressure and temperature.
20     A  Yes, that's correct.
21     Q  Okay.  And it is PT, not TP?
22     A  Maybe we say PT because TP sounds too
23  much like toilet paper.
24     Q  That's a fair point.
25     A  But, you know, they're just

Page 47

1  abbreviations, shorthand, yeah.
2      Q  Let's look at the Doll maps then, 2 and
3  4.
4         Well, actually, just briefly before I
5  leave the Ratcliffe, 2011, these were produced
6  last night.  Have these -- has the -- have the --
7  let me strike that.
8         Do the inclusion of these maps in your
9  supplemental materials provided last night
10  indicate in any way that they have altered or
11  changed the opinions in your report?
12     MR. FROST:  Objection to form.
13     THE WITNESS:  No.  Again, these were
14  created prior to the submission of my report, and
15  in fact -- I mean, basically these -- there's a
16  version of this map as a figure in my report that
17  shows locations.  So...
18  BY MR. BURNS:
19     Q  And is that true of the Doll maps as
20  well?
21     A  Yeah, nothing has changed with respect
22  to the Doll maps.  I -- I refer to the Doll maps
23  and the isograds, which again relates to the --
24  isograd means, on a map, a contour of equal grade
25  of metamorphism.  So I refer to -- I speak about

Page 48

1  that in the report, and I refer to Doll, et al.,
2  1961, as well as Karabinos, 2010.
3      Q  Now, the Doll maps here, tell me about
4  your process for preparing these maps.  How did
5  you do it?
6      A  Well, the Doll map preexisted me, my
7  birth, by ten years, but -- excuse me -- basically
8  by, you know, georeferencing the -- the map.  So
9  you can line up the boundary of the state of
10  Vermont in the map with the boundary of the state
11  of Vermont that you see in -- in Google Earth.
12  And similar to the -- the bedrock map of Vermont.
13  So I basically had different layers on the Google
14  Earth map backdrop.
15     Q  And what was your purpose for doing that
16  with the Doll maps?
17     A  Well, it's, again, the same thing in
18  terms of seeing where the mines plot relative to
19  grades of metamorphism that are presented in -- in
20  this map.
21        I mean, I guess I would say that --
22  yeah, I mean, the purpose for choosing this map,
23  again, because it showed the -- the whole state.
24  The areas around the Chester dome have been
25  refined slightly by Karabinos, et al., 2010.

Page 49

1      Q  Now, when did you prepare this map or
2  this overlay?
3      A  As I said, I mean, I've had it for at
4  least a year on my computer.  So -- again, this
5  was really the starting point of my -- my work on
6  this issue.
7      Q  Okay.  Now, map 4 is a zoom of map
8  number 2, correct, showing more clearly the
9  Chester dome?
10     A  Yes.
11     Q  And it also shows the Argonaut, Hamm,
12  and Hammondsville mines; is that right?
13     A  Yes.
14     Q  Okay.  Among others.
15     A  Yeah.
16     Q  Okay.  I'll drop that pen about 20 times
17  today, so don't worry.
18     MR. BURNS:  All right.  How about we
19  take a short break, and when we come back, we'll
20  go through the other maps we got this morning.
21     MR. FROST:  Okay.
22     THE VIDEOGRAPHER:  Going off -- going
23  off the record at 10:27.
24     (Recess.)
25     THE VIDEOGRAPHER:  We're back on the

13 (Pages 46 to 49)

Laura Webb, Ph.D.

Page 50

```
 1   record at 10:46 a.m.
 2   BY MR. BURNS:
 3        Q   Welcome back, Dr. Webb.
 4            I'd ask you to turn to your list of
 5   supplemental materials in Exhibit 3 again. It's
 6   about 20 pages deep.
 7        A   Okay.
 8        Q   All right. And before we get there, I
 9   was discussing with your counsel, and I understand
10   that the maps we had been discussing, the five
11   maps in Exhibit 3, those were contained in your
12   files; is that right?
13        A   Yeah. I guess I'm confused by the
14   terminology --
15        Q   That's fine.
16        A   -- of -- so --
17        Q   I understood that. I just want to make
18   it clear and hopefully --
19        A   Yeah.
20        Q   -- save us some time. Those were maps
21   that you had developed and created, and -- and
22   presumably were saved on your computer; is that
23   fair?
24        A   Yes. Yes.
25        Q   Okay. And you provided those after
```

Page 51

```
 1   being requested to search your files by counsel?
 2        A   Yes. I think I understand the wording
 3   now, yeah.
 4        Q   All right. Going back to that
 5   supplemental list of materials reviewed, I want to
 6   go through in detail each of the first five
 7   entries. Starting with Ratcliffe, N.M.,
 8   parentheses, 1996, Preliminary Bedrock Geologic
 9   Map of the Andover quadrangle, Windsor County,
10   Vermont, U.S. Geological Survey open file report,
11   parentheses, No. 96-32, scale 1:24,000.
12            Now, in addition to identifying what
13   will end up being a series of maps, this entry
14   also reflects an article; is that right?
15        A   Yes, there was a written report that
16   accompanied this.
17        Q   Okay. And when did you review this
18   report?
19        A   Again, probably around a year ago or so.
20   I -- again, I added these to -- to the reliance
21   list in response to having generated the files
22   that we were looking at, the -- the Google Earth
23   images. So I recalled that I had a folder of maps
24   that -- that were used when I was generating the
25   pushpins, et cetera, on that -- on that. So it
```

Page 52

```
 1   was a long time ago.
 2        Q   Now, did you -- did you read the actual
 3   report?
 4        A   I went through sections of it.
 5        Q   Okay. Do you recall when you did that?
 6        A   It -- again, it would have been at the
 7   time that I was putting together that Google Earth
 8   project. So...
 9        Q   Okay. Can you describe for the Court
10   how, if at all, your review of this 1996 Ratcliffe
11   article informed your opinions that you're
12   offering in this case.
13        A   Oh, like I said, basically the primary
14   purpose -- or one of the primary purposes for
15   looking at these was, again, to aid my ability to
16   put those pushpins in the map. But especially
17   when there were -- I did look through the map
18   indexes, the descriptions of units, and also if
19   there were written reports, I looked through those
20   to see if there were incidences of reported
21   asbestos and, you know.
22        Q   Do you recall anything specific about
23   this 1996 article that informed your opinions?
24        A   No.
25        Q   Now, Dr. Webb, we are going to hand
```

Page 53

```
 1   you -- and this may be a little bulky, I
 2   apologize -- Exhibits 4A, B and C.
 3            MR. FROST: I was going to say is there
 4   a better way -- a better place to put these?
 5   Probably not.
 6            MR. BURNS: We can put them back after
 7   she identifies them.
 8            MR. FROST: Yeah, I was going to say --
 9   I just want to make sure we have enough room to
10   even, like, plop them down here. Move my stuff
11   over.
12            (Webb Exhibit Nos. 4A, 4B and 4C
13            were marked for identification.)
14   BY MR. BURNS:
15        Q   All right. Thank you.
16            So Exhibits 4A, B and C, do those
17   correspond to U.S. Geological Survey maps that are
18   associated with the Ratcliffe '96 report?
19        A   Yes, these are three plates as part of
20   that report.
21        Q   I see. And I think I understand based
22   on your testimony, but can you tell us again how,
23   if at all, you utilized these maps in reaching
24   your opinions or in your work?
25        A   Yeah, so again -- well, I would just say
```

Laura Webb, Ph.D.

Page 54

1  with respect to this map, I think I used -- this
2  preliminary bedrock geologic map of the Andover
3  quadrangle had the written report associated with
4  it.
5      And then the number 2 on that reliance
6  list is the digital bedrock map, so that actually
7  had the colored map.  So I think I -- I referred
8  to the color version of the map because the
9  details jump out better at you, and then -- and
10  then looked at that in comparison to the -- the
11  written report.
12      I mean, I'll be honest again, it's been
13  a while since I've looked at these, so I kind of
14  have to lay them down next to each other to figure
15  out their spatial relationships in terms of, you
16  know -- again, they would basically add up to what
17  we see in that Ratcliffe, et al., bedrock map.
18      Q   And that was maps 1, 3 and 5 of the
19  supplemental materials?
20      A   Yes.
21      Q   Okay.  Thank you.
22      And so did you obtain these maps at
23  about the same time you obtained the Ratcliffe
24  1996 report?
25      A   These are -- yes.  I mean, these maps

Page 55

1  are part of -- if you go to the USGS site for
2  that -- that report, you have access to the -- the
3  written report and these plates all together.
4      Q   I see.  And so you obtained them at the
5  same time?
6      A   Yes.
7      Q   Okay.
8      MR. BURNS:  Why don't we hand her
9  Exhibit No. 2, and then we'll take them all away.
10  Or, sorry, Exhibit No. 5A and B, if I remember
11  correctly.
12      (Webb Exhibit No. 5A and 5B were
13      marked for identification.)
14      THE WITNESS:  Okay.
15  BY MR. BURNS:
16      Q   And, Dr. Webb, do these maps correspond
17  to the second entry on your supplemental list of
18  materials, Ratcliffe, N.M., 1996, digital bedrock
19  geologic map of the Andover quadrangle, Vermont?
20      A   Yes, they do.
21      Q   And were these the maps you were just
22  referencing and using the colored versions?
23      A   Yes.
24      Q   Okay.  And when did you obtain these
25  maps?

Page 56

1      A   It would be about the same time
2  basically.
3      Q   And --
4      MR. FROST:  Excuse me.
5      MR. BURNS:  Bless you.
6  BY MR. BURNS:
7      Q   Can you tell us whether these maps in
8  any way impacted your opinions that you rendered
9  in this case?
10      A   Well -- again, I mean, using them for
11  finding locations, so it was -- it was a starting
12  point.  I would say also in terms of the review of
13  the -- the map unit descriptions and -- and the
14  reports, the -- the lack of any report of -- of
15  asbestos in -- in them, yes, was, in part,
16  contributed to my opinion.
17      Q   When -- when you said "the lack of any
18  report of asbestos in them," were you referring to
19  the elements on the map?
20      A   I mean in total, in terms of seeing
21  if -- if there's reference to -- yes, asbestos of
22  any type in terms of the description of the units
23  in the -- the map area, but also in terms of -- of
24  the descriptions in -- in the written report.
25      Q   Now, Dr. Webb, just so I'm not

Page 57

1  testifying for you, when you were referring to
2  that area on the right-hand side of the map,
3  what -- what is represented there?
4      Sorry, the right-hand side.
5      A   Oh, sorry.  This is the description of
6  map units.  So for each different colored map unit
7  on here, there is a -- an age assignment, as it's
8  understood, and a basic description of the rock
9  type.
10      Q   Okay.  When you say "a basic description
11  of the rock type," what do you mean?
12      A   So right up at the top, it says, you
13  know, for example, a map unit that's sort of
14  purple, it says "DG," which stands for Devonian
15  dikes, and the description is by type, "muscovite,
16  granite."  So short descriptions of both minerals
17  and/or rock names that are standard.
18      Q   Within that unit?
19      A   Within that unit and within, yeah, the
20  map area.
21      Q   Within the map.  Okay.
22      And you said there was an age identifier
23  as well?
24      A   Yes.
25      Q   Okay.  How are those age identifiers and

Laura Webb, Ph.D.

Page 58

1    the rock or mineral identifiers developed?  Who
2    does that?
3        A   It's the result of over a hundred years
4    of work of geologists out in this region, so --
5    and USGS scientists, Vermont state geologists,
6    academics who are -- and students who are involved
7    in -- in mapping.  So it's -- it's really a body
8    of information that is refined over decades and
9    decades of observation and analysis.
10       Q   I see.  Now, when you said you would
11   look at the map units to -- and I'm not trying to
12   put words in your mouth, but --
13       A   Mm-hmm.
14       Q   -- you said you would look to the map
15   units to determine whether asbestos was
16   identified.  Is that right?
17       A   Yeah.  I mean, I was interested to see
18   if it was mentioned anywhere, and then I would
19   follow that -- that lead, but --
20       Q   And what type or what designated map
21   units would you be looking for to determine
22   whether asbestos was identified?
23       A   Well, it could be anything if it were
24   there, but, I mean, of -- you know, of specific
25   focus in this area of Vermont, of course, it's

Page 59

1    the -- it's the ultramafic units.
2        Q   Okay.  And who are those?
3        A   What kind of -- sorry, what kind of
4    information do you mean or are looking for?
5        Q   Ultramafic units, what do you mean by
6    that term?
7        A   Uh, right.  So these are rocks that are
8    basically derived from Earth's mantle.  They're
9    very rich in magnesium typically.
10       Q   And what are the -- can you give us some
11   examples of those asbestos-bearing rocks?
12           MR. FROST:  Objection to form.
13           THE WITNESS:  I can give you an example
14   of the ultramafic rocks --
15   BY MR. BURNS:
16       Q   Yes.
17       A   -- that we were interested in about that
18   question.
19           But -- so, for example, here it says,
20   "Ordovician to late Proterozoic ultramafic rocks.
21   Map units OZU and OZT, serpentinite and talc, and
22   also talc schist."
23       Q   And those are the types of ultramafic
24   units that might contain asbestos?
25           MR. FROST:  Objection to form.

Page 60

1            THE WITNESS:  They're the ultramafic
2    units that are -- that are the protoliths for
3    the -- the talc, ores in this case.
4    BY MR. BURNS:
5        Q   How would they -- what's the association
6    with asbestos in that context?
7        A   Well, where asbestos is documented in
8    Vermont, it's associated with some ultramafic rock
9    units.  More typically, I mean, the serpentinite
10   and talc and talc schist here, these are basically
11   the serpentinite formed during the tectonic
12   orogeny, the talc during the Acadian orogeny.
13           The ultramafic rocks predated that.  And
14   where the ultramafic rocks are larger bodies that
15   haven't been fully metamorphosed and
16   recrystallized during these subsequent orogenic
17   events, those are the rocks that -- that are
18   reported to occasionally have those asbestos
19   veins.
20       Q   Okay.  Now, when you use the term
21   "asbestos," how would you define that term?
22       A   I'm using that to refer to the six
23   regulated minerals:  So chrysotile, the
24   asbestiform varieties of anthophyllite,
25   actinolite, tremolite, grunerite and riebeckite.

Page 61

1        Q   And you did say tremolite, right?
2        A   Yes.
3        Q   Okay.  Have you reached any opinions in
4    your report with respect to whether chrysotile
5    asbestos may be found in the J&J mines?
6        A   I have not seen any indications of that.
7    And again, the chrysotile that is reported in --
8    in Vermont, it formed during the tectonic orogeny,
9    generally at relatively low grades of metamorphism
10   in conjunction with like fracturing and fluid
11   infiltration of the rocks.
12           So, if it were present in the J&J mines,
13   as we're referring to them, those units underwent
14   very extreme metamorphism, deformation and
15   recrystallization during the Acadian orogeny.
16           So, again, I haven't seen any chrysotile
17   reported in -- in the area in that general belt of
18   ultramafic rocks that we're concerned with, and if
19   it had been present, I wouldn't expect it to
20   survive the -- the Acadian metamorphic event.
21       Q   And when you -- just to be clear, when
22   you say you haven't seen any indication of the
23   chrysotile, I assume you're referring to -- you
24   are referring to in the list of materials you've
25   reported in your report; is that correct?

Page 62

1    MR. FROST:  Objection to form.
2    THE WITNESS:  Yeah, I -- yeah.  So, I
3 mean, I -- in the documents reviewed.  In the
4 studies that I -- I looked at, no.
5 BY MR. BURNS:
6    Q    All right.  I think we can take these
7 away.
8    A    Thank you.
9    Q    Now, I'm going to hand you a few
10 documents under Exhibit 6.
11    (Webb Exhibit No. 6 was marked for
12    identification.)
13 BY MR. BURNS:
14    Q    Oh, just one document under Exhibit 6.
15    A    Okay.
16    Q    All right.  Now, exhibit -- does
17 Exhibit 6 correspond to the third entry in your
18 supplemental list of materials, Ratcliffe, N.M.,
19 2000, bedrock geologic map of the Cavendish
20 quadrangle, Windsor County, Vermont?
21    A    It does, yes.
22    Q    Okay.  And was there a report associated
23 with this map?
24    A    Not that I -- that I can recall, no.
25    Q    And when did you obtain this map?

Page 63

1    A    Again, it would have been at the same
2 time as the others, a year ago or so.
3    Q    Okay.  And to what purpose did you put
4 the data reflected in this map?
5    A    I'm sorry.  Can you --
6    Q    To what purpose did you put the data
7 reflected in this map or this map itself?  What
8 did you do with it?
9    A    Well, so this is -- I can recognize this
10 right away.  This is the northern end of the
11 Chester dome, and so there are these small units,
12 OZU -- I think it says OZU.  So this is the
13 Hammondsville mine, and it's basically at the
14 northern end of this map.
15    And so, again, an important aspect of --
16 of this and the detailed position of that
17 ultramafic body or the talc ores that are
18 associated with it, is its position relative to
19 this fault that outlines the -- the Chester dome.
20    Q    Again, what is a fault?
21    A    So a fault is a geologic structure
22 across which there is displacement, and that
23 displacement could range from -- I mean, we have
24 microfaults, so it could be millimeters or
25 centimeters of offset, and in some cases, you have

Page 64

1 kilometers of -- of offset, like the San Andreas
2 Fault, up to 300 kilometers there.
3    Here, there's a normal shear zone -- and
4 I'll just explain that in a second -- a normal
5 shear zone that bounds the -- the Chester dome,
6 and it's a -- it's a high -- what we would call
7 high strain, meaning if you started out with a --
8 something like a ball, it would be stretched
9 into -- it could be a big, flat pancake or it
10 could be a long cigar shape, or it depends on the
11 nature of the deformation.
12    But basically the shear zone that
13 outlines the Chester dome is the -- is part of
14 what's responsible for the -- the major
15 differences in the temperatures -- the higher
16 temperatures that are recorded in the core of the
17 dome relative to the units that flank it.
18    So, the Hammondsville unit would have
19 been up here, and the core of the dome would have
20 been up here, and after the faulting, basically
21 they would be juxtaposed, and there would be a
22 strong temperature and deformation gradient across
23 that boundary.
24    Q    And the last term you used "in
25 gradient"?

Page 65

1    A    A temperature --
2    Q    Or gradient?
3    A    A temperature and -- temperature,
4 pressure, and deformation gradient.
5    Q    And when you say that, what do you mean?
6    A    Well, I mean that over a short distance,
7 you could walk across rocks that record very
8 different temperature and pressure conditions
9 of -- of metamorphism.  In terms of the
10 deformation gradient, that would be going from
11 rocks that -- I mean, everything is deformed here,
12 but that are less deformed into rocks, that are
13 more intensely deformed and stretched, and then
14 back out into a lower strain or less deformation.
15    Q    I see.  Now, are fissures commonly
16 associated with fault lines?
17    A    They can be, but it depends on, again,
18 the pressure, temperature, conditions.  So this is
19 really -- I mean, this -- this fault zone, the
20 temperature gradient across it, again, is kind
21 of in the range from, say, 700 degree C to, say,
22 550 degrees C.  And at those temperatures -- and
23 it also depends on the details of the mineralogy,
24 but in general that's hot enough where minerals
25 are deforming by slip along the crystallographic

Laura Webb, Ph.D.

Page 66

1    planes. So we refer to that as ductile
2    deformation.
3         So when you have deformation occurring
4    under these higher temperature conditions, we tend
5    to not have voids or fissures opening up. That's
6    much more common in low temperature deformation
7    environments where the rocks are deforming
8    brittlely.
9         Q.  Okay. Do you know whether in fact there
10   are fissures associated with this fault line
11   around the Chester dome?
12        MR. FROST: Objection to form.
13        THE WITNESS: I have not seen really any
14   descriptions of such features. Again -- and in my
15   experience, I've actually worked in the shear zone
16   some, so my observation of rocks in the shear zone
17   is that it's more a continuum of ductile
18   deformation. We haven't -- haven't seen, yeah,
19   fractures opening up, filling with other minerals,
20   et cetera.
21   BY MR. BURNS:
22        Q.  How would you identify a fracture or --
23   are fracture and fissure synonymous?
24        A.  Yeah, I mean, we don't really use the
25   word "fissure" in geology so much, or at least not

Page 67

1    in my lexicon. But I think, you know, it's pretty
2    similar. I mean, a fracture -- and, again,
3    there's different types of fractures. There are
4    fractures that the rocks just pull apart. There
5    are fractures where there's some, like, little bit
6    of slip along them, and actually there's a slip
7    this way or slip this way, so there's mode 1, 2
8    and 3 of fractures, yeah.
9         Q.  Okay. So how would you identify, in the
10   field, a fracture?
11        A.  Uh, well, it's -- usually you would see
12   some -- a feature that crosscuts structural fabric
13   in the rock. So these rocks out here are highly
14   foliated, means that -- what that means is that
15   basically during the deformation, there are planar
16   elements that form. It could be defined by
17   compositional banding. It could be defined by the
18   preferred orientation of minerals are in the -- in
19   the talc. Often that's the -- all the talc plates
20   would be aligned in that foliation plane. And so
21   there would be some truncation of that -- that
22   fabric.
23        And it depends on when the fracture
24   forms. If it formed very recently, it might just
25   be an -- an open space, but if there are fluids

Page 68

1    that have moved through there, you might have
2    crystallization of minerals.
3         Q.  And would that be what you were
4    referring to a few minutes ago when you said --
5    referred to sort of minerals filling in the
6    fracture?
7         MR. FROST: Objection to form.
8         THE WITNESS: Yeah, I mean -- yeah.
9    BY MR. BURNS:
10        Q.  As a general principle, when you have
11   lower pressure and lower temperature, are the odds
12   greater that you would have or could have an
13   influx of water or liquids?
14        MR. FROST: Objection to form.
15        THE WITNESS: I mean, fluids will
16   preferentially follow pathways, such as faults and
17   fractures potentially, yeah. But, again, it
18   depends on a lot of variables. Yeah.
19   BY MR. BURNS:
20        Q.  Okay. I think that moves number 3.
21        And just so I'm sure, was there anything
22   in particular about Exhibit 6 there that impacted
23   or informed your opinions?
24        A.  Well, again, it's the finding the
25   location of the Hammondsville mine with regard to

Page 69

1    the details of the map.
2         Q.  Okay.
3         A.  And moving from there.
4         Q.  Thank you.
5         I'm now going to hand you Exhibit No. 7,
6    and take No. 6.
7         (Webb Exhibit No. 7 was marked for
8         identification.)
9         THE WITNESS: It would help if I had
10   north up. (Peruses document.)
11   BY MR. BURNS:
12        Q.  Ready?
13        A.  Oh. Yes, sorry.
14        Q.  No, no problem.
15        A.  I can look at it all day.
16        Q.  So does -- Dr. Webb, does Exhibit No. 7
17   correspond to the fourth item on your supplemental
18   list of materials, Ratcliffe, 2000, bedrock
19   geologic map of the Chester quadrangle, Windsor
20   County, Vermont?
21        A.  Yes.
22        Q.  And was there an associated report?
23        A.  I -- I don't recall offhand on this one.
24        Q.  With respect to this map, what was
25   your -- when did you obtain it?

18 (Pages 66 to 69)

Laura Webb, Ph.D.

Page 70

1      A    Again, it would have been at the same
2   time.
3      Q    And what was your purpose in obtaining
4   it?
5      A    Oh, again, just -- I mean, I was just
6   sort of gathering the quadrangle maps for the
7   region in general.  This one, I do not believe we
8   see any of the -- the different talc mines, but I
9   think this is the southern -- sorry, the more
10  southern half of the -- the Chester dome.
11     Q    I see.  So none of the J&J talc mines
12  are represented on that map?
13     A    No.  I don't believe so, but I'd have
14  to -- can I confer with my report map for a
15  moment?  Oh, this is not the colored one.
16         MR. FROST:  Do you want a color -- I'm
17  just showing her a color copy of the same page.
18         THE WITNESS:  Yeah, so this is -- yes,
19  this is the southern half of the Chester dome,
20  and, no, none of the mines are located in the map
21  area here.
22  BY MR. BURNS:
23     Q    Okay.  All right.  Let's go to Exhibit
24  No. 8.
25         And this is going to be 8A and B.

Page 71

1         (Webb Exhibit No. 8A and 8B were
2          marked for identification.)
3   BY MR. BURNS:
4      Q    Dr. Webb, do Exhibits 8A and B relate to
5   the fifth entry on your supplemental list of
6   materials, Ratcliffe and Armstrong, 2001, bedrock
7   geologic map of the Saxtons River in Windham and
8   Windsor Counties, Vermont?
9      A    Yes.
10     Q    Okay.  And was there an associated
11  report?
12     A    Again, I don't remember specifically
13  for -- for this one.  I'd have to look at the
14  website or my files.
15     Q    And did you obtain these maps at roughly
16  the same time as you obtained the preceding maps?
17     A    Yes.
18     Q    And were these maps again generally used
19  to plot the location of the mines and -- and your
20  inquiry into them?
21     A    Yeah.  Again, this -- this one is sort
22  of the southwestern end of the -- the Chester
23  dome.  So I recognize this -- this lobe.  None of
24  the mines are in this specific map area.
25     Q    Okay.  All right.  We can take that map

Page 72

1   from you.
2         MR. BURNS:  Can we mark that as
3   Exhibit 9.
4         MR. FROST:  This is what, Zodac?
5         MR. BURNS:  Yeah.
6         (Webb Exhibit No. 9 was marked for
7          identification.)
8   BY MR. BURNS:
9      Q    Dr. Webb, I've handed you Exhibit 9,
10  which I believe corresponds to number 6 on your
11  supplemental list, Zodac, P., 1940, a talc quarry
12  near Chester, Vermont; is that correct?
13     A    That's correct.
14     Q    And it's published in Rocks & Minerals;
15  is that right?
16     A    Yes.
17     Q    How, if at all, did this article inform
18  your opinions?
19     A    I looked at this after I had written my
20  report, so it's -- it's not reflected in my
21  report.
22     Q    Did it change your opinions at all?
23     A    No.
24     Q    Have any impact?
25     A    No.

Page 73

1      Q    When did you first read this?
2      A    Three weeks ago or so.
3      Q    So early March?
4      A    Yes.  That's about right.
5      Q    Okay.  Did you -- did you find this
6   article yourself or was it provided to you?
7      A    I found it myself.
8      Q    Okay.  And why were you looking for it?
9      A    Because I was reviewing the literature,
10  again just in general preparation, and I came
11  across this article cited in -- I believe it was
12  Van Gosen, 2004, and I just thought I should -- I
13  realized I hadn't seen it and I thought I should
14  look.
15     Q    And when you say you were reviewing the
16  literature, the literature with respect to what?
17     A    I mean just the things that are -- I've
18  cited in my report or was in the reliance list, but
19  just -- there's so much information that I -- to
20  keep nimble, just to kind of constantly trying to
21  review and -- and remember.
22     Q    When you were reviewing the literature,
23  did you come across any studies or reports or
24  articles that were contrary to your opinions
25  expressed in your report?

19  (Pages 70 to 73)

Laura Webb, Ph.D.

Page 74

1    A   No, not really. I mean, I -- I -- as I
2  said, I spent some time looking in -- in detail --
3  well, a wide variety of literature, and for
4  example, that included Van Gosen, et al., 2004,
5  and -- and the 2006 articles that I cited in -- in
6  my report. Some of those are summary articles,
7  and so I really tried to go in and look at the
8  primary literature, not to rely on -- on someone's
9  summary.
10         But, you know, the Van Gosen, 2006,
11  seemed relevant to follow up on the details of the
12  citations, because in there -- in that report he
13  published a map of asbestos localities in Vermont.
14    Q   Now, you mentioned primary literature.
15  What do you mean by that?
16    A   I mean that I -- so, for example, the
17  Van Gosen, 2006, map and digital supplements, what
18  Van Gosen put on the map in terms of the
19  localities where asbestos was presumably reported
20  were not his first order observations. He had a
21  citation list of the -- the people who made -- you
22  know, presumably said that there was asbestos
23  there. And -- and so I -- you know, I drilled
24  down into that literature to try and see what
25  information was in those articles, if I could

Page 75

1  verify basically the locations that he had shown
2  on his map and understand their relationship to
3  the -- the talc mines.
4    Q   Were you able to verify those locations?
5    A   Well, I was able to look at the
6  literature that he cited, but in some cases,
7  the -- the articles that he cited as reporting
8  asbestos actually cited another article, and when
9  I went to follow that trail, there was nothing in
10  there in terms of a detailed locality. So I
11  actually found that there were several dead ends.
12    Q   Did that cause you to discount
13  Van Gosen?
14    A   Well, I mean, yeah, it gives me pause
15  if -- because obviously there are big implications
16  when you publish a map and say there's asbestos
17  here, here, here and here, that if I couldn't
18  verify the -- you know, the citations that were
19  the basis of -- of that map, that -- that's, yeah,
20  an issue, I think.
21    Q   Now, when you say "big implications,"
22  what do you mean?
23    A   Well, property values for people. I
24  mean, obviously if -- I know that's been an issue
25  up around Mount Belvidere, et cetera, but, you

Page 76

1  know, also the health implications for the people
2  locally. So, I mean, you know, that -- it's the
3  kind of thing that I think you want to be pretty
4  certain about if you make that claim.
5    Q   Do you know whether Van Gosen was --
6  felt pretty certain about it?
7    A   I have no idea. I mean, I imagine, if
8  he put that out there, but I don't know.
9    Q   Were you ever provided details about the
10  years in which the J&J mines were in operation?
11       MR. FROST: Objection to form.
12       THE WITNESS: I mean, I think I have a
13  general sense from the sum of what I've read,
14  which includes, you know, testimony in
15  depositions, but -- I have an idea, but it -- you
16  know, it wasn't -- the exact years weren't really
17  critical for what I was doing.
18  BY MR. BURNS:
19    Q   Were you ever informed that J&J sourced
20  talc from the Johnson mine?
21    A   No.
22       MR. FROST: Objection to form,
23  belatedly.
24       THE WITNESS: I mean, not for cosmetic
25  purposes.

Page 77

1  BY MR. BURNS:
2    Q   Were you provided any information
3  whatsoever on the Johnson mine?
4       MR. FROST: Objection to form.
5       THE WITNESS: No.
6       Well, I will say that -- actually
7  correct one thing, in the sense that I saw a
8  reference to it in the plaintiffs' reports and a
9  citation for a Seymour thesis. So I did ask -- I
10  wasn't able to access that thesis, so I asked
11  counsel to provide that, if possible.
12  BY MR. BURNS:
13    Q   And were you provided it?
14    A   Yes.
15    Q   Did you review it?
16    A   I had a look at it. But, you know, the
17  Johnson mine is so far up north and in a different
18  portion of the belt that -- it didn't really
19  factor into my opinion.
20       And even though it makes reference I
21  think to the Hammondsville mine, I -- I wasn't --
22  I don't know. A master's thesis isn't -- that
23  makes peripheral reference isn't what I'm going to
24  consider as like the key piece of information that
25  my report would hinge on.

20  (Pages 74 to 77)

Laura Webb, Ph.D.

Page 78

1    Q   Is it your opinion then that the areas
2  of the Johnson mine and the Hammondsville mine are
3  geologically distinct then?
4    A   Yes.
5    Q   Now, in your supplemental materials that
6  were provided last night, right before the maps in
7  Exhibit 3, there is a spreadsheet for the Pooley
8  report in Vermont.
9    A   Yes.
10    Q   And can you tell me what's reflected
11  here?
12    A   So when I reviewed the Pooley report, I
13  created this table to basically write notes about
14  his descriptions of the mineralogy, whether the
15  mineral was a major or minor component of the rock
16  or an accessory mineral, and -- and the different
17  textures that were either described or present in
18  the photomicrographs.
19    Q   So these are your notes on the Pooley
20  report?
21    A   Yes.
22        MR. FROST:  Objection to form.
23        THE WITNESS:  I mean, it was a way -- a
24  way to sort of organize the -- the data, yeah.
25  BY MR. BURNS:

Page 79

1    Q   When did you make these notes?
2    A   Oh, I'd say in January probably.
3    Q   And that's 2019?
4    A   Yes.  Yeah.
5    Q   Okay.
6    A   Well, actually, I'll take that back.
7  The Pooley report would have been sometime earlier
8  for Vermont, but the -- the Italian -- there was a
9  table for the Italian.
10    Q   So you have another table for the
11  Italian mine?
12    A   It's the same form, yeah.  Basically,
13  yeah.
14        MR. BURNS:  Jack, if you can find that.
15        MR. FROST:  We'll take a look, and we'll
16  figure out if it's in there or not.
17        THE WITNESS:  Yeah, it would have been a
18  second tab in the Excel file, I think.
19        MR. FROST:  Yeah, we'll take a look.
20  We'll get back to you after a break.
21        MR. BURNS:  Sure.
22  BY MR. BURNS:
23    Q   What use did you put to this table?  How
24  did you use it, if at all?
25    A   Well, sometimes -- I mean, I -- as I'm

Page 80

1  reading something, I make notes like this to just
2  sort of help process the -- the information.
3  So -- and it gave me a quick way to refer -- if I
4  wanted to refer back to his report to check on
5  something, this gave me sort of a quick way to
6  navigate to, say, a particular sample, et cetera.
7    Q   Did you try to be as thorough as
8  possible in -- in recording the information from
9  his report?
10        MR. FROST:  Objection to form.
11        THE WITNESS:  Yeah, I mean I -- I
12  worked -- as I read the results or the
13  descriptions of a particular sample, I -- I made
14  these notes.  So -- I certainly wouldn't be
15  motivated to have it be inaccurate, but --
16  BY MR. BURNS:
17    Q   Okay.  And your recollection of the
18  Italian spreadsheet or form, can you talk about
19  that a little bit.  Were you doing the same thing?
20    A   It's the same thing in terms of
21  headings across the top would relate to the
22  samples that he had petrographic descriptions for.
23  And then the -- sorry, and then in the first
24  column would be the -- the list of the different
25  minerals that were mentioned.  And so it would be

Page 81

1  the same format with the major, minor, accessory,
2  and any notes related to the -- the textures
3  observed.
4    Q   Now, you prepared this before your
5  original report?
6    A   Yeah, the -- the Pooley report from
7  Vermont is actually the -- the first document I
8  ever saw, and it was prior to when I was retained.
9  So this -- it would -- yeah, the first time I saw
10  this report would be back in probably May of 2017.
11  I think I made the table during that summer,
12  but...
13    Q   Okay.  And with respect to the Italian
14  report?
15    A   Again, I think -- I think I saw that --
16  that prior to this litigation, but that table I
17  created -- I rereviewed the report, I think, as I
18  said, in January and created that table at that
19  time.
20    Q   And that's the Italian table, just to be
21  clear?
22    A   Yes.
23    Q   So the Pooley report for Vermont, you
24  reviewed sometime summer of 2017?
25    A   Yes.

Laura Webb, Ph.D.

Page 82

```
 1      Q   And created this table?
 2      A   (The witness nods.)
 3      Q   Now, preceding that, there are graphical
 4   representations that look pretty similar to some
 5   of the things in your report.
 6          Can you tell us what the two preceding
 7   pages encompass?
 8      A   Yeah, so there's -- yeah.  It's
 9   basically this was an early version of the -- the
10   table that shows up in -- in my report.  There's
11   some places where I just had some other notes that
12   I -- that I jotted down.
13          So -- yeah, it's a bigger spreadsheet,
14   so it shows this -- it would be continuous in my
15   Excel file, but it shows up on multiple pages
16   here.
17      Q   I see.  So --
18      A   So page 1 would be the first column that
19   would line up with page 2, and --
20      Q   Okay.  So the first column would be --
21      A   The mineral name.
22      Q   -- mineral and talc, and then the second
23   column would be formula.  Correct?
24      A   Correct, yes.
25      Q   Okay.  And what is the next page then?
```

Page 83

```
 1      A   That would be the final column.  So just
 2   for quick reference, if I had -- I often had the
 3   mineral table up when I was reading stuff to --
 4   just to be able to refer to quickly, and also so
 5   then I pasted in a picture -- again, this is I
 6   think the same image that's ultimately produced
 7   in -- in my report about the -- the amphibole
 8   structure.
 9          There is a column on, yeah, the
10   Fe sites, so the M2, M4, M -- or whatever number,
11   all refer to specific lattice sites, and you can
12   see them in the image that adjoins that.
13      Q   Mm-hmm.
14      A   But the question being where -- where
15   does iron live in the mineral lattice in -- in
16   different amphiboles.
17      Q   I see.
18      A   "Live" not being a great word for that,
19   but where does it reside typically.
20      Q   Flipping past the maps, there are a
21   couple of retention letters, one by Tucker Ellis,
22   one by Shook Hardy & Bacon; is that right?
23      A   Yes.
24      Q   And you were retained by Tucker Ellis in
25   October of 2018?
```

Page 84

```
 1      A   Yes.
 2      Q   And was that for purposes of the MDL?
 3      A   That was prior to being brought into
 4   this.
 5      Q   Prior to being brought into this case?
 6      A   Yes.
 7      Q   I see.  Were you retained generally or
 8   was it for a specific litigation?
 9      A   I was retained generally.  My
10   understanding is there was sort of a -- a
11   reorganization, and I have no idea how this works,
12   but -- of who deals with --
13          MR. FROST:  I was going to say, I'd
14   instruct you not to talk about what any of the
15   lawyers --
16          THE WITNESS:  Oh, okay.
17          MR. FROST:  -- have told you about, you
18   know, but --
19          THE WITNESS:  I was asked to sign a new
20   retainer in October because of something that, I
21   don't know, was reorganized in the structure of
22   things, and so I signed a new retainer with
23   Tucker & Ellis.
24   BY MR. BURNS:
25      Q   So Tucker Ellis replaces the Shook Hardy
```

Page 85

```
 1   retainer.
 2      A   It does, yes.
 3      Q   And the Shook Hardy retainer, which was
 4   signed back in June of 2017, was that for a
 5   particular piece of litigation or generally?
 6      A   No, that was just general consulting.
 7      Q   Okay.  And your fee there was $250 an
 8   hour; is that right?
 9      A   Yes.
10      Q   And with respect to the Tucker Ellis
11   retention, it increased to $458 an hour; is that
12   right?
13      A   Yes.
14      Q   And why is that?
15      A   Well, the -- for one, I had a -- I think
16   a better understanding of -- there was more
17   expertise on this topic at the time of the
18   re-signing, plus it was looking forward to -- I
19   mean, looking ahead to work like this.  And so in
20   my, you know, prior work, I was -- well, there's a
21   different level of intensity and commitment and
22   inconvenience now, and so the price went up.
23      Q   I'm sure that everyone on both sides of
24   this table can relate.
25          Now, following that are I think invoices
```

22  (Pages 82 to 85)

Laura Webb, Ph.D.

Page 86

1  that you sent to Tucker Ellis; is that correct?
2  Three of them?
3      A   Sorry, following that, is that -- yes.
4      Q   And the details of those invoices are
5  redacted; is that right?
6      A   Apparent- -- yes.
7      Q   Okay.  Do you recall whether the
8  redacted portions -- I'm not going to ask you what
9  they say -- but do you recall whether they
10  reflected communications with your counsel?
11     A   There was some of that in there.
12     Q   Okay.  Was there other
13  noncommunication-related detail around your work?
14         MR. FROST:  Objection to form.
15         THE WITNESS:  Noncommunication-related,
16  you said?
17  BY MR. BURNS:
18     Q   Yes.
19     A   Yes.
20         MR. BURNS:  And we would ask, Mr. Frost,
21  that y'all review those redactions to determine
22  whether there are any pieces that can be produced.
23         MR. FROST:  I'll take it under
24  advisement.
25  BY MR. BURNS:

Page 87

1      Q   Okay.  Well, I'll put this back up
2  because we've hit something of a milestone,
3  Dr. Webb, and I think we've largely exhausted most
4  of the portions of the subpoena.  So we can check
5  that off, and we'll go to your qualifications.
6         MR. BURNS:  Given where we're at, it
7  might make sense to take a break.
8         MR. FROST:  I was going to say we can
9  take a break now.  I don't know what your plan is
10  for lunch.  I don't know how long the
11  qualifications is going to take.  You know, I
12  would say if it's going to take a half hour, you
13  might want to do that, and then break for lunch.
14  If you think it's going take a little longer, we
15  can, you know --
16         MR. BURNS:  Yeah, it might.
17         MR. FROST:  -- take a really short break
18  now, and then maybe break for lunch at 1:00.
19         MR. BURNS:  Yeah, that's fine.  Why
20  don't we take --
21         MR. FROST:  Maybe you may want to take a
22  short break, and then --
23         MR. BURNS:  Sure.
24         MR. FROST:  -- we'll make it through
25  this area.

Page 88

1          THE VIDEOGRAPHER:  Going off the record
2  at 11:41 a.m.
3          (Recess.)
4          THE VIDEOGRAPHER:  We are back on the
5  record at 11:58 a.m.
6  BY MR. BURNS:
7      Q   Welcome back, Dr. Webb.
8          So, Dr. Webb, we're going to start going
9  through your qualifications, your background and
10  experience.  It's the next step on our journey.
11         In the supplemental materials you --
12  your counsel provided last night, there is a CV or
13  resume on -- let's see -- it's right past the
14  supplemental list.
15     A   Okay.
16     Q   Now, is this your current CV?
17     A   I believe so.  I haven't checked what's
18  in here, but I did send them an -- an updated CV
19  that was included.
20     Q   Okay.  Now, I take it you graduated high
21  school in 1990?
22     A   1989.
23     Q   Oh, '89.  All right.  Well, we're only a
24  year apart.  But you got your Bachelor of Science
25  in geology at UCLA; is that right?

Page 89

1      A   Yes.
2      Q   And from there you went to Stanford?
3      A   Correct.
4      Q   And in 1999, you received your Ph.D.
5  doctoral degree in geological and environmental
6  sciences; is that right?
7      A   That's correct.
8      Q   Now, did you have a specific area of
9  emphasis in your doctoral work?
10     A   Well, there were two main projects
11  thematically, but they basically involved
12  development of the same areas of expertise, and
13  that is petrology and, more specifically,
14  metamorphic petrology being a focus of my work:
15  The study of rock structures or rock deformation
16  and its relationship to metamorphism; and then
17  also the radio-- excuse me -- the radiometric
18  dating of minerals to then understand the -- the
19  timing of metamorphism and deformation.
20     Q   All right.  Can you describe what
21  radiometric dating of minerals involves.
22     A   Yeah.  So for many elements, there are
23  different isotopes, which differ in the number of
24  neutrons in the atom.  Some of these are
25  radioactive, so in particular, my -- the technique

23 (Pages 86 to 89)

Laura Webb, Ph.D.

Page 90

1    we do in my laboratory is -- is fundamentally
2    based on the decay of potassium 40 -- that's the
3    isotope number -- to argon 40.
4            And so -- but we do a variation on that
5    that I can describe if you want.  But basically,
6    we analyze the -- the isotope ratios of the
7    radioactive parent and the daughter product to
8    determine an absolute age.
9        Q    And by "absolute age," what do you mean?
10       A    That would be, say, to say -- calculate
11   an age of like 544 million years rather than
12   generally referring back to the Cambrian or
13   something like that.  So...
14       Q    I see.  So in layman's terms, if I could
15   hand you a rock, theoretically you could take it
16   back to your laboratory and date it through that
17   process?
18       A    Yeah, as long as -- in my case, as long
19   as there are potassium-bearing minerals.
20       Q    I see.  And do those attend certain
21   types of rocks?
22       A    Yes.  It's all a function of the bulk
23   composition of -- of the rock.  But, yeah,
24   certain -- certain rocks you can -- are pretty
25   much guaranteed you can find these potassium-

Page 91

1    bearing minerals in, yeah.
2        Q    I see.  Are there certain rocks that are
3    on the other end of that equation where you can
4    assume that you don't have those potassium-bearing
5    mineral -- minerals?
6        A    Yes.
7        Q    What types of rocks are those?  Do you
8    have some examples?
9        A    Well, so rocks that don't have
10   significant potassium in them, like the ultramafic
11   rocks, for example, or a quartzite or a marble
12   or -- I mean, sometimes we can do a whole rock
13   analysis.  But, yeah, I mean, the -- the --
14   generally the mineral -- mineralogy is a function
15   of the bulk composition among the other variables
16   of metamorphism.
17       Q    I see.  So with respect to talc then,
18   it's fair to assume that you're not ordinarily
19   using rocks containing talc mineral -- minerals in
20   your dating process.  Is that fair?
21       A    Well, there -- there may be the
22   possibility of that, but -- again, it just depends
23   on the bulk composition of the -- of the rock and
24   the -- and the history.
25            But, you know, pure -- like these talc

Page 92

1    ores of pure talc and magnesites, they would not
2    be the ideal targets for that.
3        Q    I see.  During your doctoral work at
4    Stanford, did you perform any studies or -- or let
5    me leave it there.
6            Did you perform any studies that
7    involved talc as a mineral?
8        A    There was talc present in -- in some
9    rocks, yes.
10       Q    But did you -- were you focused on the
11   talc itself or focused on some other aspect of the
12   rock?
13       A    Well, I was focused on -- I mean, again,
14   the same basic principles, understanding the
15   mineralogy and the textures in different rocks,
16   the relationship of that as deformation, and then,
17   again, based on the -- the thematic problems I was
18   working on, you know, finding other targets for --
19   for dating.  So it wasn't basically focused on --
20   on talc itself, but...
21       Q    Did you do any work that was
22   specifically focused on asbestos?
23       A    No.
24       Q    Now, your doctoral dissertation was in
25   exhumation of high and ultra high pressure rocks

Page 93

1    in the Qinling-Dabie --
2        A    Qinling, yeah.
3        Q    -- Qinling-Dabie -- is it Dabie or --
4        A    Dobby (phonetic).
5        Q    Dobby (phonetic).
6            -- Qinling-Dabie orogen?
7        A    Yes.
8        Q    Eastern China and --
9        A    The Yagan-Onch Hayrhan metamorphic core
10   complex.
11       Q    All right.  And we are going to have to
12   spell this --
13            MR. FROST:  I was going to say, we'll
14   get you a list.
15   BY MR. BURNS:
16       Q    Can you describe generally what this
17   dissertation was about?
18       A    Yeah.  So those -- those are actually
19   two projects in that -- that title.  So the
20   "Exhumation of high and ultra high pressure rocks
21   in the Qinling-Dabie Orogen," so there we had
22   basically a continental collision that occurred at
23   the end of the Permian, early Triassic, and you
24   had the leading edge of the continental margin
25   went down a subduction zone, down to mantle

24 (Pages 90 to 93)

Laura Webb, Ph.D.

Page 94

1    depths, like 90, 100 or more kilometers depth, and
2    somehow those rocks came back to the surface.  And
3    so in some of those rocks, little bits of carbon
4    turned into microdiamonds and quartz turned into
5    coesite, a high-pressure polymorph, as a function
6    of having reached those high pressures, and
7    somehow they were brought back to the surface.
8        And so when I was in my Ph.D., this was
9    early after the first reports of these ultra high
10   pressure rocks at the surface, so we went to the
11   Qinling-Dabie Orogen, which was one of the largest
12   orogenic belts where this was recorded, to try and
13   again document the different metamorphic
14   assemblages, their relationship to different
15   fabrics that would form during deformation, during
16   exhumation, and also to try and date the timing of
17   when did the rocks first reach those depths and
18   how, and how fast did they come back to the
19   surface.
20       So it's really an integrative piece of
21   metamorphic petrology, structural geology, and
22   again the radiometric dating.
23       Q   Did you figure out how they came back
24   up?
25       A   Yeah.

Page 95

1        Q   How was it?
2        A   Plates reorganize and the subduction
3    zone got reactivated as a normal fault system.
4    And so basically, because South China started
5    moving, relative to today's geographic coordinates
6    started moving south again, it basically pulled
7    that continental margin out of the subduction
8    zone.
9        Q   Okay.  Now, when you mentioned going to
10   the Qinling-Dabie Orogen, did you physically visit
11   the site?
12       A   Yes.
13       Q   And what did you do while you were on
14   site?
15       A   We found outcrops where we observed the
16   metamorphic -- again, metamorphic rock types, and
17   really there, in particular, documenting the
18   structures and taking sample -- oriented samples
19   to then bring back and make thin sections, and
20   look at the petrography and also choose select
21   samples for dating.
22       Q   So once you brought those samples back
23   and did the thin sections, you were able to look
24   at the structure of the -- of the rock.  Is that
25   fair?

Page 96

1        A   Yeah.  Well, that -- in the thin
2    section, look at the microstructure and integrate
3    that back into the outcrop and regional scale.
4        Q   And you were also able to date the
5    rocks; is that right?
6        A   Yes.
7        Q   Okay.  Now, after you received your
8    Ph.D., it looks like you went to the University of
9    Geneva in Switzerland; is that right?
10       A   That's correct, yes.
11       Q   And what did you do there?
12       A   I -- well, I worked in the -- the
13   argon -- so this is the same type of lab that I
14   have here at UVM, but the argon laboratory, and --
15   pardon me.
16       Q   That's okay.
17       A   There I was working with igneous
18   petrologists, and so we were dating some samples
19   from the -- the Andes.
20       Q   And from there you went to Syracuse
21   University; is that right?
22       A   That's correct.
23       Q   And you, it looks like, worked in both
24   the noble gas isotropic research as a research
25   laboratory manager and as an assistant professor?

Page 97

1        A   Yes.
2        Q   Okay.  And what was the focus of your
3    work while you were at Syracuse?
4        A   Well, when I first arrived, the lab was
5    an empty room, so I actually helped build and
6    commission the laboratory.  And then we turned our
7    attention to different projects.  A big focus of
8    my research there was on Papua, New Guinea.
9        Q   And the rocks in Papua -- Papua, New
10   Guinea?
11       A   Yes.
12       Q   I see.  What exactly is a noble gas
13   isotopic research?
14       A   So argon, neon, helium, they're all
15   noble gases.  They have filled outer electron
16   shells, so they don't bond with other elements.
17       Q   I see.  Just like kings, they don't play
18   well with others, right?
19       A   Yeah, they don't need anybody else.
20       Q   And from Syracuse, you went to the
21   University of Vermont; is that right?
22       A   Yes.
23       Q   Okay.  And that was in 2009?
24       A   I started here in the fall of 2008.
25       Q   Okay.  And you are still at the

25 (Pages 94 to 97)

Laura Webb, Ph.D.

Page 98

1    University of Vermont; is that right?
2        A    That's correct.
3        Q    And are you an associate professor
4    today?
5        A    I am, yes.
6        Q    Has there been any particular focus to
7    your work here at -- in Vermont?
8        A    Again, general themes of integrating
9    metamorphic petrology and structural geology
10   and -- and age dating.  I've worked in Papua, New
11   Guinea, I've worked in Mongolia, and I've been
12   working a lot in -- in Vermont.
13       Q    When did your work in Vermont begin?
14       A    Pretty much upon my arrival.
15       Q    Mm-hmm.  And what has been your focus
16   there?  Is there a particular area, geographic or
17   otherwise?
18       A    It varies.  I mean, I guess the Chester
19   dome area is the farthest south, and then I've
20   worked in the Tillotson Peak complex, so that's
21   a -- in the northern part.  I mean, generally kind
22   of in the Green Mountains generally, but also in
23   the Lake Champlain basin.
24       Q    And what have you been trying to do in
25   the Green Mountains?  Is there an overarching

Page 99

1    theme to your work there?
2        A    Well, it -- it depends.  Again, there's
3    a very complex geologic and tectonic history.  You
4    know, we have these very beautiful, detailed
5    geologic maps, but there's a lot of room for
6    refinement in some of the ages of events, and
7    particularly looking at the -- the reactivation of
8    structures that formed earlier in the history.  So
9    you might have a fault that's formed during the
10   tectonic orogeny that a hundred million laters --
11   million years later, another continental block
12   comes and then slams into North America, and that
13   fault moves again.
14          But, again, being able to look at the
15   microstructure and choose targets for dating to
16   resolve those different events.
17       Q    Now, you mentioned you had worked out at
18   the Chester dome.  What have you -- what has been
19   your experience out there?
20       A    I have a master's student currently
21   working on the -- the eastern margin of the -- the
22   dome, and also the southern portions, which
23   technically some people call the Athens dome.  But
24   we're basically trying to refine the timing of the
25   formation of that shear zone, the one I described

Page 100

1    that resulted in vertical thinning and the
2    juxtaposition of the rocks at different
3    metamorphic grades.
4        Q    Are there differences between the
5    eastern margin and the western margin?
6        A    We've looked at some over there.  Our --
7    the -- I mean, this is the beginning of that sort
8    of investigation.  But the reason I mentioned the
9    eastern margin specifically is because there,
10   there happen to be roads that cross good exposures
11   of rock types where you can do a sampling transect
12   from the core through the attenuated mantle unit.
13   So it's more about the opportunity -- the sampling
14   opportunities there.
15       Q    Roads have been cut through that?
16       A    Right.  You might -- well, it's not very
17   green here now, but -- the -- the foliage poses
18   some challenges at times, yeah.
19       Q    And what have you done on the
20   southern -- on the Athens dome region or that
21   southern region?
22       A    Again, just in particular, some very
23   good outcrops there that allow for some more
24   detailed study.
25       Q    Have you reached any conclusions or

Page 101

1    dating?
2        A    No, this is -- we're in -- in progress
3    right now.
4        Q    I see.  And we've used the term "dome" a
5    lot.  Can you describe for the record what a dome
6    is?
7        A    Yeah.  So, again, it relates to folding
8    of the rocks.  So, you know, there are layers
9    of -- of rocks, say, and tectonic forces cause
10   folding.  And so the Chester dome is -- well,
11   again, there's multiple events that have done
12   this.  There was first sort of intense north-south
13   stretching, and then the Acadian orogeny resulted
14   in this sort of east-west folding.  So that's
15   partly how -- why we have this long north-south
16   structure.  So...
17       Q    Now, on the second page of your CV,
18   there's an area for Technical Expertise.
19       A    Mm-hmm.
20       Q    The first entry there refers to
21   Nu Noblesse, MAP 216 and Micromass 5400 noble gas
22   mass spectrometers for argon 40 and argon 39
23   thermochronology.
24          And again, are those tests or processes
25   to date rock?

26 (Pages 98 to 101)

Laura Webb, Ph.D.

Page 102

1    A   Yes.
2    Q   And I take it those are specific tests
3  you would -- and those are the processes you
4  enlisted, right?
5    A   I'm sorry?
6    Q   Are those specific testing devices or
7  testing processes, rather, that you would use?
8    A   Yeah.  These are magnetic sector, mass
9  spectrometers, so that's -- yeah, how we're doing
10  the isotopic analyses.
11    Q   Okay.  Next one is Balzers Prisma
12  QME 200, and that's another mass spectrometer?
13    A   Yes, that's a quadrupole mass
14  spectrometer, so -- as opposed to taking up one of
15  these large tables, it's more of a football-shaped
16  item, but that is used, yes, specifically for that
17  uranium-thorium-helium dating technique.
18    Q   Okay.  Next is design, construction and
19  maintenance of ultra-high vacuum extraction lines.
20    A   Yes.
21    Q   What does that involve?
22    A   That's the front end to my mass
23  spectrometer.  So there's actually argon in the
24  air we're breathing right now, and so we have
25  to -- we've built this stainless steel line that

Page 103

1  is -- inside that envelope, stainless steel
2  envelope, pressures are about 13 orders of
3  magnitude lower than the pressure we're enjoying
4  today, because we have to get all that background
5  argon out of the system in order to be able to
6  measure precisely what comes out of our samples.
7    Q   Then you list management of radioactive
8  materials and isotopic inventories.  Is that
9  primarily argon?
10    A   Yes.  In order to get to this argon 40,
11  39, from that potassium-argon technique, we
12  actually have to irradiate our samples with fast
13  neutrons and a reactor.
14    Q   I see.  Is that done under controlled
15  conditions of --
16    A   Yeah, I mean, I'm not involved with
17  the -- the nuclear reactor.  That's a service
18  that's provided to us, yeah.
19    Q   Yep.  Other analytical experience, you
20  have electron microprobe analyses.  What does that
21  involve?
22    A   So basically that's a scanning electron
23  microscope that has WDS protectors that are
24  higher -- generally higher precision detectors
25  than the EDS or EDAX.

Page 104

1    Q   And what are those used for?
2    A   For detailed elemental analyses.  So you
3  might want to look at the chemical zoning in
4  minerals.  You might want to measure absolute
5  concentrations of different elements, because we
6  can then use that information to do
7  thermobarometry to determine the -- again, the
8  pressures and temperatures of -- of the formation
9  of a mineral that that records.
10    Q   Okay.  The next one is secondary
11  ionization mass spectrometry.
12    A   Yes.
13    Q   What does that involve?
14    A   So that's a different type of mass
15  spectrometer where you basically ablate a sample
16  with an ion beam.  That ion beam basically drills
17  a hole and ionizes material.
18       So this is in situ work.  So you might
19  be making a 10 micron spot within a zircon grain,
20  and then -- then those ionized atoms -- or they're
21  ions at that point -- are analyzed, say, for
22  uranium-lead isotopes.
23       So it can be used for, again,
24  radiometric dating or I've also used it for a
25  technique related to the -- titanium concentration

Page 105

1  in quartz.  Again, a thermometer or barometer-type
2  technique.
3    Q   Have you ever used a scanning electron
4  microscope to identify particular minerals?
5    A   Yes.
6    Q   What type of minerals?
7    A   I mean, it depends on what's -- what's
8  on the menu in your rock, but -- well, the
9  amphophiles, garnet, muscovite, biotite.  Yeah, I
10  mean --
11    Q   Okay.  Next one, laser ablation
12  inductively coupled mass spectrometry.
13    A   Yes.
14    Q   That's a mouthful.
15    A   Yeah.  So that one you -- again, it's a
16  mass spectrometer, a magnetic sector mass
17  spectrometer, but in this case the -- the
18  liberation of atoms from the sample is done
19  generally with an excimer laser, so that's in the
20  UV range of the spectrum.  So very short
21  wavelength, high energy laser that, again, can
22  drill a spot into -- a 10, 15, 20 micron spot into
23  a mineral grain so you can actually date different
24  zones in minerals.  So that -- that's used for
25  uranium-lead dating of zircon, for example.

27 (Pages 102 to 105)

Laura Webb, Ph.D.

Page 106

1    Q   And the last one, just to make sure we
2    get them all, cathodoluminescence imaging?
3        A   Yeah.  So that's again using a scanning
4    electron microscope, but a cathodoluminescence
5    detector basically -- well, you can see different
6    things.  Again, that was part what I used for the
7    titanium and quartz.  So if you were looking at
8    quartz with that technique, zones in the mineral
9    that had higher titanium concentrations would show
10   up brighter, for example.  So you could identify
11   zoning, and then identify -- use those maps of
12   zones to target where you would drill into either
13   with the ion beam or subsequent analyses.
14           THE REPORTER:  Subsequent what?
15           THE WITNESS:  Analyses, yeah.
16   BY MR. BURNS:
17       Q   And the next entry in your CV in
18   consulting experience.  And you list from 2007 to
19   present the work you've done for law firms for
20   J&J; is that right?
21       A   Yes.
22           MR. FROST:  Objection to form.  It's
23   2017.
24           MR. BURNS:  Yeah, 2000 -- I said '7.
25   BY MR. BURNS:

Page 107

1        Q   2017 to the present, right?
2        A   Yes.
3        Q   Okay.  I almost snuck that one past your
4    counsel, but I failed.
5            Have you done any other consulting
6    experience for -- in litigation?
7        A   No.
8        Q   Okay.  Have you done any other
9    consulting experience for industry?
10       A   No.  Not consulting, no.
11       Q   Okay.  Do you consider yourself a
12   mineralogist?
13       A   I certainly use mineralogy, so, I mean,
14   there's kind of a spectrum of expertise out there.
15   So I would describe myself as a -- as a
16   petrologist rather than a mineralogist, but I
17   certainly do have some expertise in mineralogy.
18       Q   What's -- what's the difference between
19   those two?
20       A   Well, most typically, if someone
21   describes themselves as a mineralogist, then --
22   for example, the faculty member in our department,
23   he is an expert in the structures of apatite
24   crystals, and so is looking to determine, yeah,
25   the mineral structure where different elements

Page 108

1    are -- are sited, how they're bonded.
2        Q   Mm-hmm.  And how would you contrast that
3    with a petrologist?
4        A   I'm generally looking at rock systems.
5    So rather than -- I mean, I certainly use
6    mineralogy in order to determine what minerals I'm
7    looking at, but then what I'm interested in, after
8    the mineral ID, is understanding the relationships
9    between different minerals.  Because you might
10   have different assemblages in a rock that, again,
11   record different parts of that rock's history.
12           So, yeah, using mineralogy and mineral
13   structures, and again, I also get into the
14   structural geology side, but it's -- it's really
15   trying to understand the -- the formation and the
16   evolution of rocks, but what they record in terms
17   of geologic and tectonic processes.
18       Q   I hand you what we'll mark as
19   Exhibit 10, Dr. Webb.
20           (Webb Exhibit No. 10 was marked
21           for identification.)
22           MR. FROST:  Thank you.
23   BY MR. BURNS:
24       Q   Now, is this your bio on the University
25   of Vermont system?

Page 109

1        A   It looks like it, yes.
2        Q   Okay.  And similar to what we've been
3    discussing, on the back page it lists your areas
4    of expertise and a researcher in tectonics and
5    thermochronology, correct?
6        A   Yes.
7        Q   All right.  And under "Teaching
8    Research," there are a couple of things I wanted
9    to understand a little more fully.
10           First, in the first sentence it says:
11   "I am a field-based geologist."
12           What is a field-based geologist?
13       A   Well, in that -- in many cases I'm
14   actually out in the field making structural
15   measurements, collecting oriented samples.  That
16   kind of depends on the nature of -- of the
17   question that I'm trying to address, but it means
18   that I have a skill set that allows me to do that
19   as needed.
20       Q   And what is that skill set?
21       A   Well, the ability to recognize different
22   rock types in the field, the ability to recognize
23   and document structures, to make the appropriate
24   measurements.  For example, the orientation of
25   foliations, or we also have lineations.  Minerals

28 (Pages 106 to 109)

Laura Webb, Ph.D.

Page 110

1    can be elongated or pebbles can be stretched, for
2    example.  All this relates again to the structural
3    evolution of -- of the rocks.
4         Q    All right.  Now, in the next paragraph
5    it says you teach courses in geochronology,
6    petrology, microstructural analysis and tectonics.
7              And then, "In the classroom and in
8    practice, my students and I integrate analytical
9    data with observations at microscopic to
10   continental scales to try and understand how rocks
11   and regions evolve in space and time, and the
12   tectonic processes that shape them."
13             Did I read that correctly?
14        A    Yes.
15        Q    Okay.  Now, when you refer to
16   "integrating analytical data with observations,"
17   what -- what are you referring to there?
18        A    Well, it -- it depends on, again, the --
19   the specific study at hand, but again, I -- in my
20   work, let's say if I want to date a mineral and
21   we -- the mass spectrometer spews out some
22   information that we calculate an age from, that
23   age is only as good as my ability to interpret
24   what it means.
25             So that means that I have to understand

Page 111

1    the context of the mineral I dated in the rock.  I
2    have to understand the context of that rock in an
3    outcrop.  I need to understand the context of that
4    outcrop in the -- sort of the map scale.
5              And so we're integrating the -- the
6    isotopic data.  We're integrating the observations
7    of the minerals and the mineral assemblages, and
8    their relationship to deformation, coupled with
9    field measurements.
10             Again, it depends on the study what --
11   what all is at play, but also, you know,
12   integrating with the existing literature out
13   there, which generally drives the nature of the
14   question.
15        Q    Right.  And I'm going to assume your
16   field-based skill set assists in that process by
17   allowing you to observe the minerals, rocks in
18   question in the area in which they occur, and
19   juxtaposed against other formations or other rocks
20   or minerals, right?
21        MR. FROST:  Objection to form.
22        THE WITNESS:  Yeah, in part.  But
23   again -- yeah, I'm sorry, I think I lost the
24   thread there.  It was a long one.
25   BY MR. BURNS:

Page 112

1         Q    No, fair enough.  And really I'm just
2    saying that you described a pretty unique, I
3    think, field-based skill set, one that maybe I
4    wish I had.  I would love to be able to look at a
5    hillside and -- and take an instant view of the
6    rocks there and how they fit into the structure.
7              But what I was getting at is those
8    field-based skills allow you to put the rock or
9    mineral you're examining into that context, the
10   context that's found in the field; is that right?
11        A    Yes.  I mean, it's also a skill set that
12   allows me to work with others.  So a lot of the
13   analyses done in my lab are people who have
14   brought samples to us, and so in those cases, I'm
15   generating ages for them, but need to be heavily
16   involved in helping them interpret it.
17             So that field-based skill set also
18   allows me to ask them the appropriate questions to
19   get at that interpretation or give them advice in
20   advance about sampling strategies they might want
21   to employ.
22        Q    Okay.  In your professional career, have
23   you ever conducted any research on -- aside from
24   the litigation context, on talc as a mineral?
25        A    Not specifically focused on it, no.

Page 113

1         Q    And same question with respect to
2    asbestos.
3         A    No.
4         Q    Okay.  How does a petrologist differ
5    from a geologist?
6         A    Well, there are geologists who are
7    entirely focused on the fossil record or they
8    might be really an expert in a certain kind of
9    structural geology.  So geology is more broad
10   about, you know, the study of the earth and -- and
11   rocks, whereas petrology, again, is really looking
12   at the mineral assemblages and the mineral
13   textures to get at how did that rock initially
14   form and what are the processes that's altered it
15   since its formation.
16        Q    So you're not a professional geologist,
17   I would assume.
18        A    How do you define "professional
19   geologist"?
20        Q    Or a geologist generally.
21        A    Oh, I'm definitely a geologist.
22        Q    Okay.  So the greater subsumes the
23   lesser or the smaller.
24        A    Petrology is a specific -- more specific
25   area of geology.

29 (Pages 110 to 113)

Laura Webb, Ph.D.

Page 114

1      Q   Of geology.  Okay.  Bad question.  I
2  appreciate it.
3      A   Well, I -- yeah.
4      Q   Have you ever published any peer-
5  reviewed articles on asbestiform amphophiles in
6  talc?
7      A   No.
8      Q   Have you ever presented on that topic in
9  any capacity?
10     A   No.
11     Q   Have you ever published any peer-
12 reviewed articles on the methodological approaches
13 for the identification of asbestiform amphiboles
14 in talc?
15     A   No.
16     Q   Have you ever presented on that topic?
17     A   No.
18     Q   Have you ever -- in the context of -- in
19 the journal context, have you ever served as a
20 reviewer?
21     A   Yes.
22     Q   Okay.  Have you ever reviewed any
23 articles or other materials on any issues
24 involving asbestos in talc?
25     A   Not asbestos specifically.  I mean,

Page 115

1  there's been talc in rocks in papers that I've
2  reviewed, but --
3      Q   Okay.  Specifically about the talc or --
4      A   No.  I mean, you know, again, that's
5  part of an assemblage that's being interpreted in
6  the context of the assemblage, et cetera.
7      Q   Have you conducted any work with
8  graduate students on any issues involving asbestos
9  in talc?
10     A   No.
11     Q   Are you aware of any student thesis or
12 dissertations on any issue involving asbestos in
13 talc?
14         MR. FROST:  Objection to form.
15         THE WITNESS:  Am I --
16 BY MR. BURNS:
17     Q   Aware.
18     A   Aware?
19     Q   Mm-hmm, generally.
20     A   Yes.
21     Q   Okay.  And what's your general
22 awareness?
23     A   Well, I know -- I mean, some of the
24 papers I've cited have come out are first authored
25 by students who worked with Mickey Gunter, for

Page 116

1  example.  I'm also aware of the Kerrigan thesis
2  that looked at experiments in which they were
3  seeing if they could grow asbestiform talc.  So,
4  yeah.
5      Q   Putting aside the litigation context,
6  have you ever participated in any discussions or
7  fora or conferences involving those topics
8  relating to asbestos in talc?
9      A   No, not specific to them, no.
10     Q   Have -- have you personally ever
11 identified any asbestiform amphibole materials in
12 a talc sample?
13     A   No.
14     Q   Have you ever examined any talc samples
15 for that purpose?
16     A   No, not for that purpose, no.
17     Q   Have you ever examined any talc samples
18 generally?
19     A   Yes.
20     Q   For what purpose?
21     A   General petrology.  I mean, if we're
22 talking about rocks with talc in them, then we've
23 seen some of that in the rocks from China and
24 Papua, New Guinea, I think, but also in the
25 petrology collection for teaching, putting

Page 117

1  together labs, et cetera.
2      Q   Okay.  Do you plan to offer any opinions
3  in this case regarding the appropriate technique
4  for examining cosmetic talc for the presence of
5  asbestos?
6      A   No.
7      Q   Does your department possess a
8  transmission electron microscope?
9      A   The department does not.  There's one in
10 the medical school.
11     Q   What about -- same question for a
12 scanning electron microscope.
13     A   There's one in the -- the medical
14 school, and there's a new one coming this spring.
15 I'm a co-PI on an NSF grant that was funded to
16 allow UVM to purchase an SE/SEM instrument.
17     Q   You said co-PI.  What is a PI?
18     A   Co-principal investigator.  So there was
19 a lead PI out of the physics department, and then
20 I'm one of, say, five PIs on the grant.
21     Q   I see.  Have you ever been involved in
22 research or work designed to investigate the
23 presence of asbestos materials in any geologic
24 formation?
25     A   Not specifically for that purpose, no.

30 (Pages 114 to 117)

Laura Webb, Ph.D.

---

Page 118

1          MR. BURNS:  I think we're at a lunch
2    stopping point.
3          MR. FROST:  Yeah, 12:45, sounds about
4    right.
5          MR. BURNS:  All right.  Great.
6          THE VIDEOGRAPHER:  Going off the record
7    at 12:41.
8          (Lunch recess.)
9          THE VIDEOGRAPHER:  We're back on the
10   record at 2:00 p.m.
11   BY MR. BURNS:
12      Q    Good afternoon, Dr. Webb.
13          Dr. Webb, we are painfully close to
14   checking off the qualifications box on this --
15   this little sketch I made.
16          Just one general question that I was
17   hoping you could describe for us.  When you go out
18   into the field to collect samples, what process do
19   you generally do when you go out there?  What are
20   you looking for?  Can you describe that generally?
21      A    Yeah, I mean, it depends on what's known
22   and documented for the region already.  So that --
23   you usually build off of the existing knowledge
24   base.  But -- so usually we're looking for fresh
25   outcrops with 3D exposure so that you can actually

---

Page 119

1    see something, rather than just a moss-covered
2    rock surface, for example.
3          Again, to make observations about the --
4    the rock types, any observations that can made --
5    be made about the mineralogy in detail, but it
6    depends on the size of the minerals in -- in the
7    rocks.  Again, looking to make observations and
8    document structural orientations, again about the
9    planar or linear elements that might be present in
10   a rock as a function of its deformation history.
11          So, I mean, those are -- are generally
12   the -- the sort of categories of -- of
13   observations, yeah.
14      Q    Now, when you take the specimen, how do
15   you physically do that?  Are you chipping off a
16   specimen?  Are you picking it up off the ground?
17   I guess it really depends.
18      A    I don't usually rely on things that are
19   on the ground, because you can't.  I've left
20   plenty of rocks places where they didn't originate
21   from.
22          So -- so usually it's a hammer and
23   chisel, and most often I'm working with oriented
24   samples.  So we would measure a feature and mark
25   it in the field, and that way we can reorient it

---

Page 120

1    in the lab and, say, make -- cut the rock relative
2    to a specific orientations.
3      Q    And by orientations, are you referring
4    to sort of how it was oriented in the ground
5    before you took it so that you know where north,
6    south, you know, up, down is?
7      A    Uh, yeah, it depends.  I mean, you know,
8    so if -- if this is a rock and these pages are a
9    planar fabric in the rock, the foliation will
10   often cut perpendicular to the foliation so that
11   you see the --
12      Q    The layers.
13      A    -- the layering rather than just looking
14   at one plane in the rock.  If there is a
15   lineation, that usually relates to the
16   deformations, so the transport direction of one
17   piece of rock relative to a lower piece.  And
18   often we'll -- if that's present, we'll cut
19   perpend -- sorry, parallel to that, because
20   that's how we would observe the rotation of
21   minerals that might tell us the way the fault was
22   moving.  Or --
23      Q    Okay.  Thank you.
24          Now, you mentioned you would look for
25   fresh outcrops or 3D exposure.  What do -- what do

---

Page 121

1    you mean by 3D exposure?
2      A    Well, again, it's this idea that in
3    order to make these -- what we would call
4    kinematic observations relate -- how things are
5    rotating, you need a rock exposure that allows you
6    to look at an exposure that's perpendicular to the
7    foliation and parallel to the lineation.
8          In other words, you could -- if
9    something was rolling like that (demonstrative),
10   you could --
11      Q    Yeah.
12      A    -- you could see that as opposed to it
13   coming down the barrel at you.  So that 3D aspect
14   is important for getting those certain
15   perspectives at times.
16      Q    What type of sites do you look at or
17   look for to find that, you know, fresh outcrops or
18   3D exposure?  You had mentioned a road before.
19      A    Yeah, so road cuts are -- are often our
20   best window into the rocks, or perhaps in rivers.
21   You know, yeah, I've certainly been in quarries
22   before, et cetera, but --
23      Q    Mines?
24      A    If they're aboveground, I mean, yeah.
25   I've never been in an underground mine.

---

31 (Pages 118 to 121)

Laura Webb, Ph.D.

Page 122

1    Q    Okay.  Now, once you take the actual
2    sample, I assume that you are taking it back to
3    the lab to perform certain tests or examinations
4    upon it.  Right?
5        A    Yes.  Usually we take it back to the --
6    to the department, and there is a rock-cutting
7    facility, so we'll cut those oriented chips out of
8    the rock to send away to have thin sections made,
9    petrographic thin sections.
10       Q    And then what do you do with the
11   petrographic thin sections?
12       A    I look at them under a petrographic
13   microscope, polarized light microscope, to make
14   mineral identification, to observe the textural
15   relationships between minerals.  That, again,
16   might relate to relative ages or metamorphic
17   reactions that might be frozen or captured in a
18   sample, and also the microstructural observations
19   about, say, shear sense.  As I said, the vorticity
20   or the rotation of -- of minerals that might tell
21   us about the type of faulting or deformation that
22   was occurring.  And then in the case of the
23   geochronology, selecting appropriate rocks to
24   target for dating.
25       Q    And that's really been the focus of your

Page 123

1    particular research is ultimately getting to that
2    last point, the dating of those rocks, right?
3        A    Not exclusively, no.
4        Q    How not exclusively?
5        A    Because I've had some projects where
6    there's been no geochronology, and it's been more
7    about the petrology, again understanding the
8    temperature and pressure conditions.  So, again,
9    it just depends on what's known already and what
10   the new questions are.
11       Q    I see.  And I take it during those steps
12   of the micro-- -- pardon me.
13       During those steps in the lab, you are
14   carefully recording each of these observations; is
15   that right?
16       A    Yeah.  I mean, again, it depends on what
17   the -- the nature of the project is.  But, yes, we
18   make a record of the -- the mineralogy, the
19   structures, et cetera, yeah.
20       Q    How do you make a record of where the
21   rock was sourced?
22       A    Generally, we take GPS coordinates
23   associated with the sampling locations.
24       Q    Well, I think we can safely cross
25   qualifications off our list.

Page 124

1        And that will take us to the efforts you
2    made in preparing to give your opinions in this
3    case.  And I'm going to get to those specific
4    opinions a little bit later, hopefully not too
5    much later, recognizing it is the afternoon.
6        What was your charge in this case?  What
7    were you asked to do?
8        A    I was asked to study and -- and provide
9    an explanation of the petrological processes that
10   are associated with the high purity talc deposits.
11   So, again, you know, these pressure, temperature,
12   bulk composition type questions.
13       Of course, a specific question I was
14   asked to address is what is the relationship or
15   not of -- of asbestos to -- to the talc deposits
16   at issue.  Yeah.
17       Oh, as well, and part of that charge, of
18   course, was to read and respond to the -- the
19   reports of Drs. Cook and Krekeler.  And also if
20   there was information that I had or was able to
21   synthesize on -- on, again, sort of at the mineral
22   structure scale.  The differences, for example, in
23   the chemical resistance or the -- of, say,
24   asbestiform amphiboles versus non-asbestiform
25   amphiboles.

Page 125

1        Q    Mm-hmm.  Can you describe in general
2    terms the methodology you employed in reaching and
3    rendering your opinions in this case?
4        A    Yeah.  So, I mean, I -- I really used
5    the same approach that I would approach any aspect
6    of my science, whether it's writing a paper or a
7    peer review.  But, again, to try and do an
8    extensive search of the peer-reviewed literature,
9    and also -- I mean, in that search I found also
10   USGS reports, as we've discussed earlier today.
11   And really to look in -- in detail, and, again, I
12   mentioned that I tried to really dig into the
13   primary citations, who were the first people to
14   look at these rocks, what did -- you know, what
15   did they see, and try and confirm things that
16   had -- were then included in -- in later summary
17   type papers that I also saw.
18       But, again, what I'm really concerned is
19   as a petrologist is the system of rocks, and so,
20   you know, not only was my interest related to
21   anything written about the talc bodies themselves
22   but also the surrounding rocks.  Because in order
23   to understand the history that the -- the talc
24   ores experienced, you have to dig into rocks
25   around them of different bulk compositions.

Laura Webb, Ph.D.

Page 126

1    Different rocks have the potential to record
2    different aspects, in part because they might have
3    a different strength or they might have minerals
4    that are more stable over a broader range of
5    pressure and temperature conditions.
6         So this was all part and parcel in terms
7    of trying to understand, as I was describing,
8    the -- the structure of -- of the dome in the case
9    of Vermont, you know, how differences between the
10   core and those mantling units where the -- the
11   talc mines are -- are located, the details of the
12   pressure, temperature, deformation histories.
13        So, again, I wasn't only just looking at
14   the talc ores, I was also looking at the reports
15   of asbestos in Vermont and really trying to
16   understand the petrology of those systems. Again,
17   relative timing, pressure, temperature, conditions
18   of formations, differences maybe that in fluid
19   chemistry that might impact how metamorphic
20   processes play out.
21        So, again, my synthesis was a range of
22   scales from sort of, you know, all of Vermont and
23   its cumulative tectonic history to, you know,
24   reading works that described observations made in
25   petrologic thin sections, you know, again, down at

Page 127

1    the micron scale.
2         Q  Okay. Well, one of the things that
3    surprise me a bit in reading your report, just to
4    be frank, is that the methodology you just -- just
5    described and employed in this case differs from
6    some of the science you have conducted before as a
7    field-based geologist in that you did not
8    apparently go out to, for instance, the Vermont
9    sites and take samples, and bring those samples
10   back to your -- to your laboratory to determine
11   whether asbestos may be contained in the
12   underlying rock, what that relationship might be
13   to the talc.
14        Is that a fair description of what you
15   did in this case?
16        MR. FROST: Objection to form.
17        THE WITNESS: I mean, I think the
18   description of what I did is what I just outlined
19   in the prior question. I mean, it's true I did
20   not sample the -- the talc -- rocks from the talc
21   mines, but again, I mean, as I've been describing,
22   when I go out into the field, those objectives
23   are -- are really driven by what I understand from
24   the -- in this -- like in the case of Vermont, the
25   decades of work of geologists and petrologists

Page 128

1    before me.
2         So if there -- if I feel like there is a
3    big gap in that information, that would drive that
4    need to go out into the field to collect samples,
5    and I just didn't arrive at that position in this
6    case.
7    BY MR. BURNS:
8         Q  Well, let me -- let me focus on the
9    Argonaut mine for a moment. Are you aware of any
10   peer-reviewed work or any other reports relating
11   to samples taken in the Argonaut mine relative to
12   talc and asbestos?
13        A  The Argonaut mine. Well, other than, I
14   think it's, the Buzon thesis where there were some
15   samples that were analyzed by, I think it's,
16   Marian Buzon during her Ph.D., I haven't seen
17   anything in -- in the published literature about
18   the samples from that mine except for her work, I
19   believe.
20        Q  So, for example, you spoke about gaps in
21   the record. Why is that not a gap in the record
22   you would be interested in?
23        A  Well, again --
24        MR. FROST: Objection to form.
25        THE WITNESS: Again, I mean, basically

Page 129

1    the Vermont talc mines that we're interested in
2    are in a pretty specific zone around mantling that
3    Chester dome, and so bracketing that history
4    are -- is work done -- I mean, really the most
5    detailed study out there is that Sanford 1982
6    paper, and Sanford sampled from, I think, three
7    different locations in Vermont and also in
8    Massachusetts. But in his study, he had samples
9    from the Newfane mine and the Grafton mine, which
10   basically bracket in PT space the -- the Argonaut,
11   Hamm and Hammondsville mines, and so I was able to
12   look at pretty gory detail in his -- in his paper.
13        I was able also to compare that with
14   the -- the Pooley study, who sampled different
15   rock types around the mine, which, again, was of
16   interest to me because I like to work with rock
17   systems. And he had detailed petrographic data
18   and descriptions in there, again photomicrographs,
19   the kind of -- the kind of data that I regularly
20   work with.
21        And basically -- and also there was the
22   Robinson -- or, sorry, the Robinson study from the
23   Frostbite mine. And so, I mean, I feel like these
24   rock bodies are -- are pretty tightly bracketed by
25   these studies, and -- and I felt like I saw the

Laura Webb, Ph.D.

Page 130

```
 1   information I needed in those works.
 2   BY MR. BURNS:
 3        Q   So we're sitting here today in
 4   Burlington, Vermont.  How far approximately is the
 5   Argonaut mine from here?
 6        A   Oh, I guess two-and-a-half hours or so.
 7        Q   Driving by car?
 8        A   Yeah, driving.
 9        Q   Okay.  And you realize that the -- the
10   allegations in this case center in part on the
11   plaintiffs' allegations that asbestos was a
12   constituent mineral in the rocks that were mined
13   at the Argonaut mine.  Is that correct?
14        MR. FROST:  Objection to form.
15        THE WITNESS:  I'm sorry, can you repeat
16   the --
17   BY MR. BURNS:
18        Q   Sure.  Just asking you, you realize that
19   the allegations in this case center in part on
20   claims that asbestos was a constituent of the
21   material that was mined at Argonaut.
22        A   Yeah.
23        Q   Okay.  Did you ever ask to go to the
24   Argonaut mine?
25        A   No.
```

Page 131

```
 1        Q   Were you ever told that you couldn't go
 2   to the Argonaut mine?
 3        A   No.
 4        Q   And is that true of the other two J&J
 5   mines in Vermont?
 6        MR. FROST:  Objection to form.
 7        THE WITNESS:  Yeah, I mean Hammondsville
 8   is -- is underwater.  It's a pond.  So -- and I'm
 9   not sure about the Hamm.  I think, you know,
10   underground mining wouldn't -- or shafts wouldn't
11   be able.
12        But, yeah, no, I didn't ask to go.  I
13   wasn't told that I should go or couldn't go.  I
14   was left to use my professional opinion about how
15   that played out.
16   BY MR. BURNS:
17        Q   I'm going to put up on the screen what
18   I've marked as Plaintiffs' Demonstrative No. 2.  I
19   will give you and your counsel a copy of it,
20   though, just so you can follow along.
21        (Webb Exhibit No. 18 was
22             subsequently marked for
23             identification.)
24   BY MR. BURNS:
25        Q   I think I have a pretty good
```

Page 132

```
 1   understanding, although you should correct me if I
 2   don't, about this methodology you just described.
 3   But I want to make sure that we capture and
 4   exclude some -- some areas that I don't think fit
 5   into it.
 6        MR. BURNS:  Oh, did I -- yeah, those are
 7   two pages.  Here.
 8   BY MR. BURNS:
 9        Q   So I'm just going to ask you some
10   questions, and I will -- I'll mark this so I can
11   remember the answers.
12        So, Dr. Webb, have you ever worked in a
13   talc mine?
14        A   No.
15        Q   Have you ever designed any talc mine
16   operations?
17        A   No.
18        Q   Have you ever consulted on any talc mine
19   operations?
20        A   No.
21        Q   Have you ever designed any drill core
22   sampling protocols for talc mines?
23        A   No.
24        Q   Have you ever designed a blast hole
25   sampling protocol for a talc mine?
```

Page 133

```
 1        A   No.
 2        Q   Have you ever designed an open pit
 3   mining operation?
 4        A   No.
 5        Q   Ever designed an underground mining
 6   operation?
 7        A   No.
 8        Q   Have you ever supervised or consulted on
 9   the ongoing operation of a mine?
10        A   No.
11        Q   And I think I -- I think you've answered
12   this, but have you ever visited any of the J&J
13   talc mines in Vermont?
14        A   No.
15        Q   Is that also true of China and Italy?
16        A   That's correct.
17        Q   Have you ever conducted any field
18   observations at any talc mines?
19        A   No.
20        Q   Have you ever conducted any field
21   observations at any of the J&J talc mines?
22        A   No.
23        Q   Have you ever inspected any talc mines?
24        A   No.
25        Q   Or any J&J talc mines?
```

34 (Pages 130 to 133)

Laura Webb, Ph.D.

Page 134

1   A   No.
2   Q   Have you ever reviewed any petrographic
3   maps from J&J talc mines?
4   A   What do you mean by "petrographic maps"?
5   Q   Well, similar to some of the maps that
6   you included in your report but specific to in
7   Vermont, Italy or Chinese mines?
8   A   I mean, do you mean geologic maps?
9   Because "petrographic" generally means
10  observations made through a petrographic
11  microscope.  So petrographic maps to me would mean
12  a map of a thin section.
13  Q   I see.  So that doesn't make a whole
14  hell of a lot of sense.
15  A   No.
16  Q   All right.  Fair enough.  Well, I tell
17  you what, we will scratch that one.
18      Have you ever reviewed any geologic
19  map -- maps from a talc mine?
20  A   Yes.
21  Q   And what mine was that?
22  A   There was -- in the Robinson, et al.,
23  2006, report from the Frostbite mine.
24  Q   Mm-hmm.  Okay.  How about any geologic
25  maps from J&J talc mines?

Page 135

1   A   No.
2   Q   Did you ask whether any were available?
3   A   I didn't ask, no.
4   Q   Okay.  Ever review any mine planning
5   maps from a talc mine?
6   A   No.
7   Q   Have you ever reviewed drill cores taken
8   from a talc mine?
9   A   No.
10  Q   Have you ever seen the drill cores taken
11  from any of the J&J mines at issue here?
12  A   No.
13  Q   Have you ever reviewed any mine planning
14  maps from the J&J talc mines?
15  A   No.
16  Q   Ever analyzed any thin sections from
17  cores removed from a talc mine?
18  A   No.
19  Q   Same question with respect to J&J talc
20  mines.
21  A   Yeah, no.
22  Q   Have you ever seen the results of any
23  analysis of thin sections from cores removed from
24  a talc mine?
25  A   From cores, no.

Page 136

1   Q   Same question with respect to J&J talc
2   mines.
3   A   Yes, that's --
4   Q   Same answer?
5   A   Yeah, yeah.
6   Q   Have you ever inspected any core logs
7   from a talc mine?
8   A   No.
9   Q   Ever inspected any core logs from the
10  J&J talc mines?
11  A   No.
12  Q   Ever asked for any samples of J&J talc
13  from the --
14  A   No.
15  Q   -- products in question?
16  A   No.
17  Q   I'm sorry.  And that answer was "no"?
18  A   Yes.  Never asked for.
19  Q   Okay.  Have you ever taken any samples
20  or rock specimens from a talc mine?
21  A   No.
22  Q   Or from the J&J mines in question?
23  A   No.
24  Q   Have you ever conducted any XRD on any
25  J&J talc?

Page 137

1   A   No.
2   Q   What about PLM?  We just talked about
3   PLM a few minutes ago.  Have you ever done that on
4   any J&J talc?
5   A   No, personally I have not conducted
6   those studies.
7   Q   Are you aware of any outside this
8   litigation?
9   A   Sorry, then we're on -- specifically on
10  J&J talc?
11  Q   Yes.
12  A   And this is the bodies that are being
13  mined for the cosmetic talc?
14  Q   Yes.
15  A   No.
16  Q   Have you ever conducted any scanning
17  electron microscopy on any talc?
18  A   I've seen it, yeah.
19  Q   Seen it, but have you conducted it
20  yourself?
21  A   Well, yes.  I mean, again, not on the
22  talc ores that we're -- we're discussing, but I've
23  seen talc in rocks on the SEM while I've been --
24  Q   So in other rocks.
25  A   Yes.

Laura Webb, Ph.D.

Page 138

1    Q    But not with respect to any J&J talc.
2    A    No.
3    Q    Have you ever conducted any transmission
4  electron microscopy on any talc samples?
5    A    No.
6    Q    And that would be true of J&J talc
7  samples?
8    A    That's correct.
9    Q    Have you ever seen test results from
10  samples taken from the J&J talc mines?
11    A    Test -- what kind of test results?
12    Q    Test results with respect to asbestos or
13  other contaminants.
14    A    No.
15    Q    Have you ever designed or supervised a
16  beneficiation process for talc ore?
17    A    No.
18    Q    Have you ever published on talc deposits
19  used to source J&J talc in Italy, Vermont or
20  China?
21    A    No.
22    Q    And I think you answered this earlier,
23  you've never published on asbestiform amphiboles
24  in talc, have you?
25    A    No.

Page 139

1    Q    And is that also true of asbestiform
2  serpentines?
3    A    No -- I mean, you're correct, and the
4  answer is no.
5    Q    Have you ever published on
6  methodological approaches to differentiate
7  asbestiform amphiboles and non-amphibole minerals
8  in talc?
9    A    No.
10    Q    And have you ever personally identified
11  any asbestiform amphiboles in talc?
12    A    No.
13    Q    All right.  Thank you, Doctor.
14        (Counsel conferring.)
15  BY MR. BURNS:
16    Q    Now, recalling our discussion on your
17  supplemental list earlier today, I noted that you
18  had read the deposition and expert report of Ann
19  Wylie.
20        Have you ever discussed this case or
21  your findings with Dr. Wylie?
22    A    No.
23    Q    Have you ever spoken to Dr. Wylie
24  before?
25    A    Last summer, once I spoke to her on the

Page 140

1  phone, I think.
2    Q    Okay.  And what was that about?
3    A    I was curious where I could access some
4  of her data on some of the -- the studies she's
5  compiled or done, so the WebLink distributions,
6  et cetera.
7    Q    Anything else in that conversation?
8    A    No.
9    Q    And was that the only conversation
10  you've had with her?
11    A    That's the only time I've spoken with
12  Ann Wylie.
13    Q    And was that in the context of
14  discussions about asbestos, the conversation you
15  had with her?
16    A    Yeah, so the -- I was looking for the --
17  the data from both known -- you know, like the --
18  the standards -- known asbestos versus known
19  cleavage fragments.
20    Q    Did Dr. Wylie inform you that she was
21  serving as an expert witness in this litigation?
22        MR. FROST:  Objection to form.
23        THE WITNESS:  It was prior to this, so
24  neither of us knew.
25  BY MR. BURNS:

Page 141

1    Q    And you haven't spoken to her since your
2  reports came out?
3    A    No.
4    Q    All right.  I also noticed you had read
5  the deposition and expert report of Mary Poulton,
6  Dr. Mary Poulton.
7    A    Yes.
8    Q    Have you ever spoken to Dr. Poulton
9  about asbestos in talc?
10    A    No.
11    Q    Any conversations with her whatsoever?
12    A    I've never met her or talked to her,
13  yeah.
14    Q    And you also reviewed the expert report
15  of Dr. Darby Dyar; is that right?
16    A    That's correct, yeah.
17    Q    And have you spoken with Dr. Dyar?
18    A    I met her in October of 2018, I believe,
19  because she was invited to come give a seminar in
20  our department.
21    Q    What was the seminar of?
22    A    It was related to her work on Mars, that
23  program.
24    Q    Did you discuss anything with respect to
25  asbestos or talc?

Laura Webb, Ph.D.

Page 142

1    A   Not in great detail.  I mean, I -- I
2  took her to lunch, and we were having a
3  conversation about the general paths of our -- our
4  careers, and so we understood that we were both
5  working with J&J lawyers.  But, again, that was
6  prior to this case, and we didn't go into any
7  details.
8    Q   Any specific conversation about asbestos
9  and the talc in J&J mines?
10    A   No.
11    Q   And going back to your conversation with
12  Dr. Wylie, why were you interested in the data you
13  were asking her about?
14    A   Because -- well -- yeah, so I was just
15  doing general consulting, meaning I was doing some
16  research to bolster my understanding of the topic,
17  and, you know, occasionally I was asked to respond
18  to a document or a paper.  And so I had seen some
19  of Dr. Longo's reports, and so there was an
20  analysis that -- in one of his reports that
21  related to the size distributions of -- of
22  structures he was measuring with -- with the TEM.
23  And so I was curious about that topic and wanted
24  to explore it further on my own.
25    Q   And who provided you those reports?

Page 143

1    A   Those would have come from Jonathan
2  Cooper.
3    Q   And who's Mr. Cooper?
4    A   He's with Tucker & Ellis.
5    Q   So after receiving that data, what did
6  you do?
7    A   I -- I basically -- I mean, with Ann's
8  data or ultimately with the online datasets that
9  they've published, I was able to bring that into
10  Excel, and so I was exploring different methods of
11  plotting the data, aspect ratio versus width or
12  width versus lengths or, you know, the variety of
13  ways, log, normal, just -- not -- excuse me.
14  Pardon me.  So, yes, it was sort of an exploration
15  in plotting methods to see what seemed to be most
16  meaningful.
17    Q   And what do you mean by "most
18  meaningful"?
19    A   Well, I mean, in particular, looking at
20  Ann's data, cleavage fragments versus known
21  documented asbestos, seeing if there was a
22  plotting method where you could see a clear
23  distinction in populations.
24    Q   I see.
25    A   I mean, not in a single particle, but,

Page 144

1  again, looking at a data -- a large dataset, what
2  were the --
3    Q   Okay.  And did you reach any
4  conclusions?
5    MR. FROST:  I was going to say --
6    THE WITNESS:  Yeah, this is --
7    MR. FROST:  -- I'm going to caution you
8  to the extent that -- we're now reaching into
9  consultancy, which has nothing to do with her work
10  here.
11    I'm just going to caution her, you know,
12  obviously any communications you've had with
13  lawyers during the consultancy and any work
14  product that you created during the consultancy,
15  I'm going to instruct you not to answer on that.
16  But if it's something that you drew yourself, you
17  know, sort of separately from what you were
18  working with the lawyers on, you know, that you
19  can answer.
20    THE WITNESS:  Pardon me.  I have an
21  eyelash attacking my eyeball.
22  BY MR. BURNS:
23    Q   That's okay.  Do you need to take a
24  break or --
25    A   I'll be fine.

Page 145

1    Yeah, I -- honestly, I haven't reviewed
2  that in preparation for this.  It's not part of
3  the opinions I'm -- or I offered in my report.  So
4  I'd rather not comment on that without having
5  refreshed my memory of those graphs.
6    MS. O'DELL:  If the data has been
7  provided to Dr. Webb, we would request on the
8  record that the data from Dr. Wylie be provided to
9  us.  I will formalize that request after the
10  deposition, but I think we're entitled to it if
11  she has reviewed it.
12    MR. FROST:  Again, I think she just said
13  she didn't consider it as any part of this
14  opinion, so I actually -- I will lodge an
15  objection to that.  And moreover, I think she
16  testified that she had a link to online data
17  sources that she looked at.
18    So to the extent that you are
19  insinuating she was provided data by Ann Wylie, I
20  think that is other than what the record reflects
21  here.
22    MS. O'DELL:  I think the record is quite
23  clear, and regardless of that, it was not
24  disclosed --
25    MR. FROST:  And --

37 (Pages 142 to 145)

Laura Webb, Ph.D.

Page 146

1            MS. O'DELL:  And if it's available
2    publicly, that's one thing, but we have to know
3    that she's been provided that data.  And so we
4    would request that it be --
5            MR. FROST:  And I guess I'm just failing
6    to understand why we would have to produce you
7    data that has obviously nothing to do with this
8    engagement.  You can send a letter, but, you know,
9    obviously we object to it.
10           MS. O'DELL:  We will let the court
11   decide about that.
12           MR. FROST:  That's fine.
13           But again, I think she's made it very
14   clear this has absolutely nothing to do with what
15   she's been engaged to do.
16           MS. O'DELL:  Please don't coach the
17   witness.
18           MR. FROST:  Please don't what?
19           THE REPORTER:  I couldn't hear you.
20           MS. O'DELL:  Please don't coach the
21   witness.
22           MR. FROST:  I'm not coaching at all.
23   I'm responding to your statement on the record.
24   BY MR. BURNS:
25       Q   What was -- what was the form of the

Page 147

1    Longo reports that you had at the time?
2            MR. FROST:  Objection to form.
3            THE WITNESS:  The form of the Longo -- I
4    mean, they were PDF documents that kind of
5    mimicked the format of -- of this.  So...
6    BY MR. BURNS:
7        Q   And this was the summer of 2018?
8        A   I would have to -- that's a -- I mean,
9    my best guess for the general time frame, but I
10   don't remember details.
11       Q   And do you recall whether they were
12   taken from litigation or --
13       A   Oh, they were -- yeah.  I mean, they
14   were expert reports, so...
15       Q   Okay.  Do you know Dr. Brooke Mossman?
16       A   I've met her once, yeah, or twice now.
17   I ran into her in the parking lot.  So...
18       Q   Have you had any conversations with her
19   about this case?
20       A   No.
21       Q   Have you had any conversations with her
22   about asbestos in talc?
23       A   No, not specifically.
24       Q   Do you know a Dr. Shukla, I think in her
25   department?

Page 148

1        A   I'm familiar with the name, but I've
2    never met or talked or communicated with her.
3        Q   You mentioned Mickey Gunter earlier?
4        A   Yes.
5        Q   Is that right?
6            What is your relationship with Mickey
7    Gunter?
8        A   Well, shortly after I came to UVM, he
9    had a -- a Marsh Fellowship, I think is what they
10   call it, but it's basically an honorary visiting
11   professorship.  So he's -- it might have been
12   2009, around that time, that he was in our
13   department maybe for a couple of weeks at a time
14   throughout the -- the year.  So that's when I met
15   him.
16       Q   I see.  And have you continued a
17   friendship or professional relationship with him
18   since?
19       A   I haven't talked to him since that March
20   Fellowship, so not in eight years or something
21   like that or -- yeah.
22       Q   Have you communicated with him by e-mail
23   or any other means?
24       A   No.
25       Q   No.  Dr. Webb, I think we can mark off

Page 149

1    preparation.
2        A   Very good.
3        Q   One left.
4            MR. BURNS:  Should we take a short
5    break?
6            THE WITNESS:  Yeah.  Fill my water
7    glass.
8            THE VIDEOGRAPHER:  Going off the record
9    at 2:42 p.m.
10           (Recess.)
11           THE VIDEOGRAPHER:  We're back on the
12   record at 3:10 p.m.
13   BY MR. BURNS:
14       Q   Welcome back, Dr. Webb.
15           Dr. Webb, were you aware that -- that
16   Dr. Mickey Gunter serves as an expert witness for
17   J&J?
18       A   I am aware of that, yes.
19       Q   How did you become aware of it?
20       A   I mean, I knew in general of his
21   involvement as an expert witness from when he
22   visited UVM long ago, but -- I suppose like the
23   details of his working for J&J came out sometime
24   during the consulting.  I mean, seeing documents,
25   et cetera.

38 (Pages 146 to 149)

Laura Webb, Ph.D.

Page 150

1      Q   All right.  Dr. Webb, at long last we've
2  made it to the report section.
3          MR. BURNS:  Are you okay?
4          MR. FROST:  Yeah.  I just kicked the
5  table pretty hard.
6          MR. BURNS:  That's no fun.
7  BY MR. BURNS:
8      Q   So I'd like to direct you to, I believe,
9  Exhibit 1.  And is this a true and correct copy of
10 your expert report?
11     A   It appears so, yes.
12     Q   All right.  And did you prepare this
13 report yourself?
14     A   I did, yes.
15     Q   Did you write every word of it?
16     A   I did, yes.
17     Q   Now, one of the terms that appears
18 throughout your report -- and we'll get to the
19 certain instances of it, but we've also -- I've
20 also heard you mention it today -- is you've
21 emphasized, I believe you call it, high purity
22 talc or cosmetic grade talc deposits.
23     A   (The witness nods.)
24     Q   Can you explain what you mean when
25 you're using that term?

Page 151

1      A   Well, I -- I guess I'm making the
2  distinction between a rock that has talc in it or
3  a rock that may have abundant talc in it versus
4  something that is talc rich enough that it would
5  be of interest for the mining companies.
6      Q   And is that really the trigger whether
7  it's -- whether industrial use -- it's capable of
8  industrial use or extraction?
9          MR. FROST:  Objection to form.
10 BY MR. BURNS:
11     Q   I don't want to put words in your mouth.
12     A   Yeah.
13     Q   I'm just really trying to tease out what
14 you mean by that.
15     A   Well, I mean, I think there are
16 definitions for "cosmetic grade talc," and I know
17 that it reflects -- maybe after a beneficiation,
18 the purity levels that are -- you're able to
19 attain coupled with some other geochemical
20 requirements and in the absence of asbestos.
21         But I think, you know, one of the
22 distinctions I'm trying to make is a rock that has
23 talc in it versus something that has undergone
24 such extreme degrees of metasomatism that we
25 arrive at the deposits that we have in Vermont and

Page 152

1  Italy and China.
2      Q   Mm-hmm.  Would it be fair to say then
3  that that high purity grade of talc deposit is one
4  that is, for lack of a better term, pure enough to
5  attract the interest of industrial or cosmetic
6  purposes?
7          MR. FROST:  Objection to form.
8          THE WITNESS:  Yeah, I mean, they
9  wouldn't be interested in something that wasn't
10 rich in talc and, yeah, relatively high purity.
11 BY MR. BURNS:
12     Q   So let's say you had a deposit where for
13 every pound of talc you extracted, there was
14 another pound of waste.  Would that fall into that
15 category for you?
16         MR. FROST:  Objection to form.
17         THE WITNESS:  Yeah, I don't know.  I
18 mean, that kind of gets beyond my area of -- of
19 expertise and distinction, I think.  Because,
20 yeah, I'm not an expert in the mining process,
21 and --
22         That eyelash came back.  Sorry.
23 BY MR. BURNS:
24     Q   Sure.  Oh, no.
25         I guess another way to look at it -- and

Page 153

1  really, again, I'm just trying to understand --
2  but for this purpose, the only mines you were
3  looking at were in your view high purity deposits
4  because they were used as mines for the talc
5  industry.  Is that fair?
6          MR. FROST:  Objection to form.
7          THE WITNESS:  Well, I mean, they're --
8  so obviously it boils down to my opinion about the
9  mines that were used for the talc that was used in
10 talcum powders, and -- but I was actually looking
11 at a larger body of literature to kind of
12 understand the systems and -- and sort of bracket
13 again these conditions where these rocks formed.
14 BY MR. BURNS:
15     Q   Just to be sure that I don't miss it
16 if there is a distinction, the J&J talc mines --
17 what we've been referring to as the J&J talc mines
18 are all in view -- in your view, high purity
19 deposits; is that right?
20     A   Well, yes.  Deposits from which cosmetic
21 grade talc can be derived.
22     Q   Okay.  And so we've talked about those
23 three mines in Vermont.  We've also mentioned some
24 other mines around there, the Johnson mine,
25 Rainbow mine.  Would you consider those high

39 (Pages 150 to 153)

Laura Webb, Ph.D.

Page 154

1    purity talc deposits as well?
2        MR. FROST: Objection to form.
3        THE WITNESS: Yeah. I mean, there may
4    be zones of -- you know, so even the Newfane mine
5    has high purity talc zone in it, but the Newfane
6    mine, that zone is so thin, I think it wasn't
7    economically viable. So it could include mines
8    from which there is no active or was no active
9    mining based on the economic viability of it.
10   BY MR. BURNS:
11       Q   Okay. So I would like you to turn to
12   page 1 of your report, which contains the
13   executive summary.
14       A   Okay.
15       Q   So as its title indicates, I take it
16   this section summarizes your opinions that you are
17   prepared to testify to in this litigation.
18       A   Yes. An overview of them, yes.
19       Q   Okay. I'd like to start with
20   subparagraph A in Section 1.0 of the executive
21   summary.
22       So subparagraph A begins with the
23   statement: "Plaintiffs' experts' reports fail to
24   appropriately synthesize key data and observations
25   available in the peer-reviewed scientific

Page 155

1    literature that are pertinent to understanding the
2    issues in this litigation."
3        Did I read that correctly?
4        A   Yes.
5        Q   Okay. What -- first of all, what
6    plaintiffs' experts' reports are you referencing
7    there? Is it Dr. Cook and Dr. Krekeler?
8        A   Correct.
9        Q   Okay. Any others?
10       A   No.
11       Q   Okay. It's not Dr. Longo?
12       A   No.
13       Q   Do you have any opinions with respect to
14   Dr. Longo's work?
15       A   Not that I'm offering in this report or
16   today.
17       Q   Have you -- do you intend to offer
18   opinions with respect to Dr. Longo in the future?
19       MR. FROST: Objection to form.
20       THE WITNESS: I mean, I think it depends
21   on the questions that are -- are asked. But that
22   really wasn't my charge to respond to his report,
23   and so, yes, I did read it, but --
24   BY MR. BURNS:
25       Q   Do you have any criticism of Dr. Longo's

Page 156

1    report today?
2        MR. FROST: Objection to form. Outside
3    of the scope of this witness's opinions.
4        THE WITNESS: Can -- can I answer or --
5        MR. FROST: Yes.
6        THE WITNESS: Sorry.
7        MR. FROST: Unless I specifically
8    instruct you not to answer, you can answer.
9        THE WITNESS: Okay. I mean, yeah, my
10   experience -- for example, anthophyllite and talc
11   have very similar geochemistry -- or, sorry,
12   chemistries that, in general, EDS is not
13   sufficient to distinguish the two. And -- and he
14   never provided quantitative data based on the EDS
15   analyses, and so, you know, there are -- are
16   issues there that I -- I take issue with.
17       I would also say that I'm not an expert
18   in SAED, so I'm not going to go down that road at
19   all.
20       Some things that are shown in the TEM
21   images look much more like cleavage fragments to
22   me than asbestos fibrils or bundles, but -- but I
23   guess -- so it's my general reaction to the use of
24   the EDS data, and -- yeah, and the -- and the
25   assertion that some of these amphiboles that

Page 157

1    presumably are identified in there based on the
2    other analyses are -- are asbestos.
3    BY MR. BURNS:
4        Q   Okay. Anything else?
5        A   No.
6        Q   All right. You next say that Dr. Cook
7    and Dr. Krekeler, the plaintiffs' experts you
8    refer to, failed to appropriately synthesize key
9    data.
10       What data did you have -- do you have in
11   mind there?
12       A   Well, I mean, the -- the details of the
13   geology of Vermont, the details of the
14   metamorphism recorded by the rocks in the region
15   of -- of interest, they basically present broad
16   generalizations from some of these papers that
17   present generalizations, and, you know, try to
18   make analogies between rocks in the southern
19   Appalachians, and I think the mines in Vermont are
20   a very different beast than the ultramafic bodies
21   that are -- are elsewhere throughout the orogen.
22       Q   Okay. What about Italy and China?
23       A   Yeah, so with China, I didn't see them
24   zeroing in on the -- the Guangxi mines that I think
25   actually used. There -- I know Krekeler, I think

Laura Webb, Ph.D.

Page 158

1    specifically more than Cook, at least what I
2    remember offhand, is that, you know, a lot of his
3    discussion included mines that were thousands of
4    kilometers away off in the Shandong Peninsula that
5    were totally irrelevant.
6              So, again, it's the lack of detail
7    related to petrological evolution in the immediate
8    vicinity of -- of the mines from which the talc
9    was derived.
10       Q    And you next question the observations
11   available in the peer-reviewed scientific
12   literature that are pertinent to understanding the
13   issues in this litigation.
14             Is your use of data and observations
15   there somewhat synonymous, or are you drawing a
16   distinction?
17       A    I mean, there -- yeah.  I guess it's
18   redundant in a sense.
19       Q    Not criticizing.
20       A    Yeah.
21       Q    Okay.  Just trying to understand whether
22   there is a unique distinction there.
23             You reviewed, and I can't remember the
24   precise number, quite a few articles and reports
25   with respect to the geology of Vermont.  Is that

Page 159

1    fair?
2        A    Yes.
3        Q    Okay.  Do any of those reports stand out
4    to you as particularly sound in terms of their
5    methodology, their primary sourcing, et cetera?
6        MR. FROST:  Objection to form.
7        THE WITNESS:  Particularly sound?  Well,
8    certainly, as I mentioned before, the Sanford 1982
9    article really is the -- the piece of literature
10   out there that looked into the systems in which
11   talc is forming in -- in these rocks.  You know,
12   it's really, again, kind of putting together the
13   body of data.
14             But I will say Chidester comes up.
15   There -- there are a number of -- of articles that
16   make this same statement, and this is what I think
17   is key, is that -- again, there's a polyphase
18   tectonic history.  So we've got three big orogenic
19   events that kind of build up the geology in
20   Vermont and influence it.
21             And the people who have looked at those
22   rocks -- so Chidester said it, Sanford said it --
23   those are the two that really come to mind -- is
24   that when they look at the relationship between
25   where asbestos is formed and where the talc is

Page 160

1    forming, they see information that is very
2    clearcut that they are not part of the same event.
3    And that is, that the asbestos forms during
4    late -- presumably in the tectonic orogeny when
5    these rocks are at low temperatures, low
6    pressures, they're -- these ultramafic bodies,
7    which were, you know, basically the rock collage
8    when it was kind of assembled at that time for a
9    large part, especially the bodies where the
10   asbestos is documented.
11             So in the late stages of the tectonic
12   orogeny about 450 million years ago, that's when
13   these ultramafic rocks are forming brittle
14   fractures.  Water rich fluids are interacting with
15   them.  Serpentinization is occurring.  And that is
16   when the chrysotile asbestos forms.  And the few
17   instances that are documented of tremolite
18   asbestos are also part of that same event.
19             Now, the talc, as I said before, forms
20   during the Acadian orogeny, so that's 80, 90
21   million years later, under very different
22   conditions.  And I would also say that the rocks
23   from which the -- the cosmetic talc is derived in
24   Vermont is in a different geologic belt than the
25   asbestos-bearing rocks.

Page 161

1              But in any case, if -- you know, so
2    the -- the Acadian orogeny event where the talc is
3    forming is at much higher temperature conditions.
4    The rocks are deforming ductilely.  There's this
5    intense metasomatism that's going on, and that is
6    the diffusion of chemical elements across these
7    rock boundaries that is basically changing the
8    composition of the ultramafic rock to something
9    that's much closer to the talc composition.
10             That's why I have those weird triangle
11   diagrams in my report to demonstrate that.  Sorry,
12   they're not weird to me, but I know they're odd to
13   others, a non-petrologist.  I'll clarify that.
14             And so we really have, again, a
15   different set of conditions.  The fluids are water
16   and carbon dioxide rich in the Acadian orogeny.
17   And, again, there's no asbestos as far as I've
18   been able to determine that are recorded in those
19   rocks in any clearcut fashion, but, say, had
20   chrysotile been present in the ultramafic bodies
21   from which the talc formed, it would have been
22   erased by that -- that metamorphic process.
23             So this is why I say I don't see any
24   documentation of it, nor were the conditions
25   appropriate.  Because, again, where it's been

41 (Pages 158 to 161)

Laura Webb, Ph.D.

Page 162

```
 1      documented, it's -- asbestos is forming under --
 2      in different places in space and time and under
 3      different conditions than the -- than the talc
 4      forms.
 5      BY MR. BURNS:
 6          Q   Okay.  So just to be clear, it's your
 7      opinion that you've not seen any evidence of
 8      asbestos in the J&J talc mines that we have been
 9      discussing, right?
10          A   That's correct.
11          Q   Okay.  Is it your opinion that there is
12      no evidence of asbestos in those J&J talc mines?
13              MR. FROST:  Objection to form.
14              THE WITNESS:  It's not been
15      demonstrated to -- no evidence has been
16      demonstrated to me in the -- in the literature or
17      the reports that I've reviewed.
18      BY MR. BURNS:
19          Q   Okay.  Let me ask you a follow-on
20      question then.
21              Is it your professional opinion that it
22      is impossible for asbestos to exist in the talc
23      sourced from the J&J talc mines?
24              MR. FROST:  Objection to form.
25              THE WITNESS:  It's extremely unlikely.
```

Page 163

```
 1      BY MR. BURNS:
 2          Q   But not impossible?
 3              MR. FROST:  Objection to form.
 4              THE WITNESS:  Geologists don't like
 5      using the word "impossible," but I would be
 6      extremely surprised.
 7      BY MR. BURNS:
 8          Q   Can you in your professional opinion
 9      imagine circumstances where the chrysotile or
10      tremolite asbestos made its way into talc deposits
11      and was not erased by that process you were
12      describing?
13              MR. FROST:  Objection to form.
14              THE WITNESS:  Not in the local geology.
15      BY MR. BURNS:
16          Q   Not in Vermont.
17          A   Not -- yeah.
18          Q   How about -- and, again, focusing on
19      Vermont here.  We'll get back to China and Italy.
20              So focusing on Vermont, have you seen
21      evidence of fibrous talc in the talc that was
22      sourced from the J&J mines?
23              MR. FROST:  Objection to form.
24              THE WITNESS:  I've seen evidence of
25      fibrous talc recorded in the thin section
```

Page 164

```
 1      descriptions.  Again, I wasn't looking at the
 2      finished products.  So I don't want to offer
 3      opinions on those, but --
 4      BY MR. BURNS:
 5          Q   You mean you haven't actually seen the
 6      thin sections.  You're -- you've read descriptions
 7      of them in the findings.  Is that what you're
 8      saying?
 9              MR. FROST:  Objection to form.
10              THE WITNESS:  In the literature and
11      reports that I reviewed, that's what I'm
12      summarizing, yes.
13      BY MR. BURNS:
14          Q   Do you have any opinion as to the -- as
15      to whether the appearance of fibrous talc would be
16      common in the talc sourced from the J&J mines?
17              MR. FROST:  Objection to form.
18              THE WITNESS:  It could be present.
19      BY MR. BURNS:
20          Q   In sub -- in substantial quantities?
21              MR. FROST:  Objection to form.
22              THE WITNESS:  I have no -- I mean, I
23      think they are principally -- my understanding is
24      they are principally looking for platy talc, but,
25      you know, so in rock bodies dominated by that, you
```

Page 165

```
 1      can't rule out the -- local presence of a
 2      fibrous talc.
 3      BY MR. BURNS:
 4          Q   So it could be present.
 5          A   Yes.  I mean, we know it forms from
 6      often -- I mean, a fibrous morphology again is the
 7      result of the way the metamorphic reaction
 8      proceeded, so those reactions are documented in
 9      these rocks.  So, yes.
10          Q   Let's focus on China for a moment and
11      the Guangxi mines.  What is your -- is your
12      opinion the same with respect to those mines as it
13      is with the Vermont J&J mines?
14          A   Yeah.  I mean, they formed in a
15      different bulk composition and a different system,
16      but at similar metamorphic grades and with similar
17      principles at play.  And once again, I never saw
18      anything in the literature related to the local
19      geology around those mines to support an assertion
20      of the presence of asbestos.
21          Q   Did you see anything in the literature
22      related to the local geology of those mines?
23          A   Yes.
24          Q   What was that?
25          A   Well, so -- I mean, I cite the papers
```

Laura Webb, Ph.D.

Page 166

1    that I -- I looked at. But basically that region
2    is -- is described in some detail in studies of --
3    and people who were again looking at the tectonic
4    evolution of the rocks, but -- say Yao, et al.,
5    2016, which is where the map figure is derived,
6    the Guangxi mine plots within that -- that mapped
7    area, and the formation of talc in those units is
8    described in the literature.
9           Lee, 1979, actually documents that in
10   detail and explores the -- the metamorphic
11   reactions involved in generating the -- the talc.
12          So, yes, there is -- there are
13   descriptions of the local geology in -- of the
14   units that are bracketing the talc bodies and from
15   which the talc was derived or formed.
16      Q   But none of those are specific to the
17   Guangxi mine; is that right?
18          MR. FROST: Objection to form.
19          THE WITNESS: Oh, well, I mean it is
20   specific to them. This is the area that the --
21   the mines are located. It relates to the units
22   that are documented in the -- the IMS documents
23   that describe the mines. So...
24   BY MR. BURNS:
25      Q   I guess I -- maybe I did not phrase that

Page 167

1    quite the way I should have.
2           But, again, those descriptions are on a
3    regional level, right? They're not specific to
4    any particular mine or samples from that mine,
5    correct?
6           MR. FROST: Objection to form.
7           THE WITNESS: They're specific to the
8    local geology around those mines.
9    BY MR. BURNS:
10      Q   Is the local geology similar to the
11   geology found here in Vermont?
12      A   I mean, it's a -- it's a different --
13   it's a different continent. It's got a different
14   history. In this case you have dolomitic marbles
15   that were juxtaposed next to mafic igneous rocks
16   that underwent a tectonic episode 400-something
17   million years ago, where there was ductile
18   deformation associated with the faults that are
19   shown on -- on the map. And you had silica rich
20   fluids present during metamorphism. And so,
21   again, it's a case of metasomatism, a case of
22   chemical exchange.
23          So some elements of the process are the
24   same or similar, but the -- the details of the
25   geology and the rock types are -- are quite

Page 168

1    different when you're talking about the -- the
2    genesis of the talc itself.
3       Q   What was the nature of the underlying
4    rock? Was it ultramafic or chloritic?
5           MR. FROST: Objection to form. Where?
6    BY MR. BURNS:
7       Q   In China.
8       A   Yeah. So, again, dolomitic marbles
9    juxtaposed next to these mafic igneous rocks that
10   underwent greenschist facies metamorphism. So,
11   again, that's in that range of, say, 500 -- around
12   500 degrees C.
13          So, yeah, in some of the mafic units, I
14   mean, there -- yeah, there's -- there's chlorite
15   present locally. They -- they don't describe the
16   same blackwall zones, and that's again because the
17   rock types are different. So...
18      Q   And what is a blackwall zone?
19      A   It refers -- well, so in -- in Vermont,
20   it refers to the -- the zone that's right at the
21   contact of the ultramafic rocks and the country
22   rock, and so there are chlorite and actinolite
23   rich domains. In some cases, also biotite, which
24   would truly give it the black color. But they
25   would be very dark rocks in comparison to the talc

Page 169

1    rich rocks that they're juxtaposed with.
2       Q   I'll hand you what we'll mark as
3    Exhibit 11.
4           MR. BURNS: I think we got these from
5    your materials. Is that where they came from?
6           MR. FROST: Yeah.
7           MS. O'DELL: Yeah.
8           MR. FROST: Yep, that's fine. I know
9    what this is.
10          MR. BURNS: Okay.
11          (Webb Exhibit No. 11 was marked
12          for identification.)
13   BY MR. BURNS:
14      Q   Is that the document, Exhibit 14, that
15   you relied on for your opinions with respect to
16   China?
17      A   It's one of the documents.
18      Q   Okay. Now, that is in Chinese. Do you
19   read Chinese?
20      A   I know a few characters.
21      Q   Okay. Is there an English translation
22   that you relied on or --
23      A   I asked counsel if -- if that service
24   would be available for this document, and it was
25   provided.

43 (Pages 166 to 169)

Laura Webb, Ph.D.

Page 170

1    However, even prior to that, though, I
2   was able to correlate the -- the map unit names
3   that are not in -- in Chinese, and so able to
4   deduce -- I don't have it. I'd have to refer to
5   the series of documents to point out, but, you
6   know, the geologic layer in the map that was
7   associated with the -- the talc formation.
8        And there are also some chemical
9   reactions that are written in English characters,
10  and so I can read -- read those. But -- but, yes,
11  the details of -- that are hidden in the Chinese
12  characters, I relied on the translation for that.
13       MR. BURNS: And, Mr. Frost, can you
14  provide that?
15       MR. FROST: I'm sure I can find it. It
16  might even be in the box.
17       MS. O'DELL: Do you know how we would
18  identify it? Is it --
19       MR. FROST: It would say "Lee." I mean,
20  I think I could find it in electronic form, and
21  I'll e-mail it to you.
22       MS. O'DELL: Okay.
23       MR. BURNS: Thank you.
24       MR. FROST: That might be the easiest
25  way to dig it out.

Page 171

1        MS. O'DELL: Eric, can you do the
2   translation?
3        MR. FROST: He might be able to. Alex.
4        MS. O'DELL: Alex.
5   BY MR. BURNS:
6        Q   You said that was one of the documents.
7   What was the -- what were the others?
8        A   Yao, et al. Zhao, et al. Yao, et al.,
9   2016. Zhao, et al., 2018.
10       MS. O'DELL: Do you mind spelling those,
11  please?
12       THE WITNESS: Yao, Y-A-O, et al. And
13  Zhao, Z-H-A-O.
14       MS. O'DELL: Thank you.
15  BY MR. BURNS:
16       Q   What about the peer-reviewed literature
17  allowed you to reach the same conclusions with
18  respect to Italy?
19       A   Well, so in Italy, there's actually more
20  direct description of the, I'm going to say,
21  Fontane, and it's probably pronounced differently
22  in Italy. I'm better with the Chinese
23  pronunciations than the Italian.
24       So there are a number of publications,
25  albeit it a small number, but that do describe

Page 172

1   these deposits directly. There the talc formed
2   early in the history of -- of the rocks. Because,
3   again, I mean, the -- this -- this region has,
4   again, a very complicated history represented by
5   hundreds of millions of years, and, you know,
6   they're in the Alps today, but that is a Cenozoic
7   collision orogenic event that built up those
8   mountains.
9        But the -- the people, again, who
10  studied the minerals present, their textural
11  relationships relative to one another, the
12  different structural elements and their relative
13  age relationships, all demonstrate -- I mean, it's
14  pretty much a consensus out there that the talc
15  formed in this pre-carboniferous basement. So,
16  you know, the constraint in the literature is
17  around 355 million years or -- or prior.
18       And the mineral assemblages, again, not
19  the talc specifically but in the rocks, the system
20  of rocks in which the talc is embedded record
21  evidence for metamorphism at up to like 575
22  degrees C or so, 600 degrees C, during an older
23  orogenic event. And then talc being very stable,
24  unless you achieve temperatures much higher
25  than -- I mean, close to 700 degrees or higher,

Page 173

1   that talc basically went for a ride down a
2   subduction zone and came back up.
3        So that's why I'm familiar with the area
4   generally, because it's another case of one of
5   these ultra high pressure terrains like I studied
6   for my Ph.D.
7        But, again, it's a mesomat- -- well,
8   there's kind of two theories out there in terms of
9   either the talc formed from a sepiolite horizon,
10  which has a chemical formula very similar to talc.
11  So that transformation would be just a function of
12  sepiolite having gotten hot enough to react to
13  form talc.
14       But the relationship between -- of the
15  talc bodies basically being at this interface of,
16  again, carbonate rocks and mafic gneisses suggest
17  to me, rather, that it was again a case of
18  metasomatism, a chemical exchange across rock
19  boundaries during high temperature metamorphism
20  that allowed the transformation of volumes of rock
21  to basically move towards that talc composition.
22       So, again, it's the integration of what
23  people have seen in terms of mineral assemblages,
24  textural relationships, relative age
25  relationships, et cetera, that led me to my

44 (Pages 170 to 173)

Laura Webb, Ph.D.

Page 174

1  opinion.
2      Q   And what are your principal sources for
3  your Italian theories -- or, sorry, opinions?
4          MR. FROST:  Objection to form.
5          THE WITNESS:  So could -- those papers
6  that I cite here, Cadoppi, et al., 2016; Sandrone,
7  et al., 1990; Sandrone and Zucchetti, 1988.
8  There's Del Greco and Pelizza, 1984.
9  BY MR. BURNS:
10     Q   Are there any that are not cited in your
11 report?
12     A   I don't believe so.  I mean, if they
13 are, they would be in the reliance, but I think
14 this is the key body of the papers.
15     Q   Oh, Exhibit 14, that Chinese document,
16 how were you able to locate it or find it?
17     A   I don't remember whether it was with
18 GeoRef or using Google Scholar, but I -- you know,
19 searching again the scientific literature, and --
20 specifically for -- so this is why I asked for
21 the -- the Imerys China mine documents was -- I
22 used those to get the formation names at the mines
23 of interest, and then I searched the literature
24 for those formation names.
25         The -- the Imerys documents also had

Page 175

1  coordinates of the mines in some cases, and so I
2  used those geographic coordinates to, for example,
3  determine that I was looking at the same geology
4  that's shown in this map figure.
5      Q   Okay.
6      A   Or, rather, that the geology shown in
7  that map figure described in those articles was
8  relevant to the mines.
9      Q   So turning to subparagraph C on the
10 first page of your report, you say:  "There is no
11 well-founded, scientifically sound evidence in the
12 peer-reviewed scientific literature for an
13 association of amphibole asbestos with the talc
14 deposits of concern."
15         So I think we've run through the
16 literature you consider well-founded.
17         Is there literature out there in the
18 peer-reviewed scientific literature that you don't
19 consider well-founded or scientifically sound that
20 supports the association of amphibole asbestos
21 with the talc deposits of concern?
22     A   I've never seen anything in the
23 published peer-reviewed literature that implies
24 specifically that there is asbestos in these --
25 these talc mines.

Page 176

1          You know, part of, I guess, what I'm
2  responded to are summary papers like Van Gosen,
3  et al., 2004, that at kind of a surficial level,
4  if you read that paper, you would come away with
5  the impression that it was highly probable.
6          But, again, when you dive into the
7  details of the geology and you really start to
8  understand how these very unique bodies formed,
9  there's just -- there's just nothing that would
10 lead you to that association.
11     Q   What about Doll?  Anything in Doll that
12 you consider not scientifically sound or --
13     A   The Doll, 1961?
14     Q   I think that's the right year.
15         MR. BURNS:  Do you have that handy?
16         MS. O'DELL:  It may be '65.
17         THE WITNESS:  I'm not sure I cited that
18 or --
19 BY MR. BURNS:
20     Q   It's in your materials.  Let's take a
21 look.  '61.
22         MS. O'DELL:  '61.
23         MR. BURNS:  '61.
24         THE WITNESS:  I mean -- sorry.
25 BY MR. BURNS:

Page 177

1      Q   Go ahead.
2      A   Is that the -- so is that the question,
3  Doll 1961?
4      Q   Yeah, that's the question.  I think it's
5  '61.  Mm-hmm.
6      A   Doll 1961 is a published bedrock map of
7  Vermont.
8      Q   Mm-hmm.
9      A   So it is the version that existed prior
10 to the update, which is Ratcliffe, et al., 9 -- or
11 2011.
12         So, yeah, some things have changed.
13 There's been some new -- new mapping, some new age
14 data that's come out, so, you know, things have
15 shifted, but that was the state of knowledge at
16 that time.
17     Q   Mm-hmm.
18         MR. BURNS:  What's that?
19         Leigh, I think you said it was 20.
20         MS. O'DELL:  20.
21         MR. BURNS:  Yeah.
22         (Counsel conferring.)
23 BY MR. BURNS:
24     Q   Oh, I see.  I thought it was the
25 statement of the geologist at the time.

45 (Pages 174 to 177)

Laura Webb, Ph.D.

Page 178

1    We're referring to bedrock geology of
2 the Woodstock quadrangle in Vermont by Chang, Ern
3 and Thompson. Are you familiar with that?
4    A  Was that 1965 or thereabouts? I know I
5 made reference to one Chang article.
6    Q  Judging by the font, 1965, you're right.
7    A  Sorry. I'd just like to find that in my
8 report.
9    Q  Sure.
10    MR. FROST: Did you say it was Chang,
11 C-H-A-N-G?
12    MR. BURNS: Yeah.
13    THE WITNESS: Right, I think this -- my
14 citation to it relates to the Five Corners mine.
15 BY MR. BURNS:
16    Q  Okay.
17    A  On page 21.
18    Q  More broadly, is this an article that
19 you considered to be well-founded? Sound --
20 scientifically sound?
21    A  Well, it's -- I wouldn't say I would
22 venture an opinion on the entire body of that
23 document. I -- again, I looked at that
24 specifically with respect to Van Gosen's 2006
25 citation. Or maybe he -- no, I forget. Did he

Page 179

1 actually even cite that and I came across it
2 myself?
3    Okay. So I found a reference to
4 chrysotile in the Five Corners mine in that --
5 that document. But Van Gosen actually did not
6 include that one.
7    I mean, I don't -- I don't take issue,
8 you know, with --
9    Q  Okay.
10    A  -- chrysotile at the Five Corners mine.
11    Q  Any other criticisms of that article you
12 recall?
13    A  Not that I think are -- no.
14    Q  Let's turn to page 13.
15    And I'm looking at Figure 7. I believe
16 this is chemographic diagrams for the -- oh,
17 geez -- calcium oxide, silicon oxide, magnesium
18 oxide -- chemical system for calcareous and
19 ultramafic rocks modified from Winter, 2001.
20    Is that correct?
21    A  Yes.
22    Q  Okay. How was it modified?
23    A  Well -- I think I added color. I also I
24 think added the position of actinolite, which
25 would plot similarly to tremolite in this system,

Page 180

1 if there were enough iron for actinolite to form.
2    I also, you know, basically then took a
3 subset of that figure to -- for just a smaller
4 demonstrative and a smaller version of the
5 chemographic diagram in the upper left.
6    Q  Mm-hmm. Okay.
7    A  But, otherwise, it's -- it's pretty --
8 pretty similar.
9    Q  Is this diagram -- and forgive me for
10 being confused on it -- but would this diagram be
11 accurate for the J&J mines in Vermont?
12    A  Actually, it would, because those
13 ultramafic bodies are extremely magnesium rich.
14 And so -- yeah, I mean, that ultramafic bulk
15 composition, based on the data that have been
16 published for a larger and more unaltered body in
17 Ludlow and Dover, would -- would plot where
18 that -- that purple triangle is.
19    THE REPORTER: That what? I'm sorry.
20    THE WITNESS: Sorry. Where the purple
21 triangle is in the diagram.
22 BY MR. BURNS:
23    Q  Did you plot this for Italy or China?
24    A  I did not.
25    Q  Would it differ?

Page 181

1    A  Yeah, I mean, those again would be a
2 little bit more -- the general principle I'm
3 trying to -- to show here holds in the sense that
4 in order to make a talc ore, you have to have sort
5 of extreme metasomatic events to change the bulk
6 composition of the rock to something that is very
7 close to -- to talc.
8    So in principle, it fits, but in terms
9 of that, of that system, because it's limestones
10 and marbles juxtaposed next to schist, and then
11 mafic, but not ultramafic, the -- the chemical
12 components you would need to consider would be
13 slightly different.
14    Q  How would it change the plotting? What
15 would be the effect?
16    MR. FROST: Objection to form.
17    THE WITNESS: Yeah, well, you would
18 probably need to combine some chemical components.
19 Again, this is -- this is assuming that, you know,
20 you've got these three components that are shown
21 at the apices of the triangle are dominating the
22 system.
23    So, depending on what those chemical
24 components would be, you would have different
25 minerals and minerals plotting in different

46 (Pages 178 to 181)

Laura Webb, Ph.D.

Page 182

```
1    positions in that diagram compared to what they
2    are here.
3    BY MR. BURNS:
4        Q   And do you have sufficient data for
5    Italy or China to plot something similar?
6        A   No.  And -- I mean, I could find that,
7    but again this -- the purpose of this was really
8    to try and illustrate the point that while you can
9    have talc in carbonate or ultramafic rocks, with a
10   variety of minerals in your sort of general
11   metamorphic rocks, it takes a special process to
12   make a talc ore.
13       So, you know, I didn't engage in an
14   analysis with this beyond that.  It was meant more
15   to -- try and illustrate a key concept.
16       Q   Let's go back --
17       MS. O'DELL:  Jack, would you please
18   provide White, 2001.
19       MR. FROST:  If I have it.
20       MS. O'DELL:  It's not --
21       THE WITNESS:  It's a textbook.
22       MR. FROST:  Oh, is that what it is?
23       THE WITNESS:  It's a geology textbook.
24       MR. FROST:  Yes.  I don't have it, but
25   I'll see if we can do anything during a break.
```

Page 183

```
1        MS. O'DELL:  That would be -- that would
2    be good.
3        MR. FROST:  Yeah, no promises, though.
4    I can't guarantee I can get it.
5        MS. O'DELL:  Well, I mean if she is
6    relying on it, and it's something she has based a
7    figure in her report, then we requested those
8    materials.  So I understand the issue, but if you
9    could work on it.
10       MR. FROST:  As I said, I'll see -- I'll
11   see if we can --
12       MR. BURNS:  And I think you're referring
13   to Winter, right?
14       THE WITNESS:  Yes, Winter.
15       MR. FROST:  I was going to say --
16       MS. O'DELL:  Excuse me.  Excuse me.
17   Winter.
18       MR. FROST:  Winter, I've got a better
19   shot of finding, so at least I know what that is.
20   But I don't know if I can get it, but I'll see
21   what we can do during a break.
22       MR. BURNS:  Winter is coming.
23       MR. FROST:  That's right.  Hopefully
24   not.  Spring and summer are coming.
25       MR. BURNS:  Thought I'd throw it out.
```

Page 184

```
1        MR. FROST:  I'm done with winter.
2        MR. BURNS:  That was for the "Game of
3    Thrones" fans in the audience.
4    BY MR. BURNS:
5        Q   Going back to page 1 of your report.
6        In that subparagraph C, you say based on
7    your "reviews of the geology associated with the
8    applicable mines, and the pressure and temperature
9    histories recorded by the rocks, any amphibole
10   found in Johnson's Baby Powder and Shower to
11   Shower derived from the Fontane, southern Vermont,
12   and Guangxi talc mines would likely be incidental
13   actinolite or tremolite cleavage fragments from
14   non-asbestiform amphiboles, most likely derived
15   from the margins (blackwall zones) of the talc
16   deposits."
17       Is that correct?
18       A   Yes.
19       Q   Okay.  What do you mean by "incidental
20   actinolite"?
21       A   Well, that principally, except right
22   along the -- the margins of the blackwall, you
23   wouldn't expect actinolite to be present in the
24   main body of talc ore, because the bulk
25   composition isn't really appropriate for that.
```

Page 185

```
1        And tremolite, also you wouldn't expect
2    in great volumes in the talc itself, and that's
3    because calcium is an essential element in these
4    minerals.
5        And again, the chemistry that's reported
6    for the -- the Ludlow and Dover bodies, which are
7    our best proxy for the ultramafic protoliths, the
8    mantle rocks that we started with, really low
9    calcium levels, so -- whereas the metasedimentary
10   and metavolcanic wall rocks are -- are more
11   calcium rich, more iron rich.  And so, you know,
12   that's where the blackwall -- the actinolite in
13   part -- by definition is part of the blackwall,
14   these actinolite zones.
15       So, I guess "incidental" would mean that
16   some accidental incorporation of -- of the
17   blackwall.
18       Q   Meaning that the mining encompassed part
19   or all of that -- of one piece of the blackwall.
20       A   Yeah.  I mean, I don't -- again, I don't
21   know.  Basically, it's like I can't come up with a
22   petrologic argument to say those should be present
23   in any abundance in the -- the talc that was the
24   desired mining product.  So it's most likely
25   coming from the margins.  But...
```

Laura Webb, Ph.D.

Page 186

1      Q   Okay.  Is actinolite a regulated form of
2   asbestos?
3          MR. FROST:  Objection to form.
4          THE WITNESS:  Asbestiform actinolite is
5   one of the regulated minerals, yes.
6   BY MR. BURNS:
7      Q   And you mentioned specifically tremolite
8   cleavage fragments; is that correct?
9      A   Well, actinolite or tremolite cleavage
10  fragments.
11     Q   Okay.  So both -- both modified --
12     A   Yeah, meaning that this actinolite, the
13  tremolite is not -- asbestiform did not grow in
14  that primary growth habit, and rather, could be
15  ablated or acicular or prismatic tremolite that --
16  I guess then if it's -- somehow in the talc
17  undergoes, you know, the beneficiation process,
18  so crushing and grinding and breakdown into
19  cleavage fragments.
20     Q   So is it your testimony then that there
21  would be no asbestiform actinolite or tremolite in
22  the talc?
23     A   That's -- yes, that's my testimony.
24     Q   Okay.  Let's turn to page 11.  And to
25  Figure 6.

Page 187

1          So Figure 6 is a "Pressure-temperature
2   diagram modified from Winter (2001), showing in
3   gray the general boundaries of the different
4   metamorphic facies (for example, greenschist
5   facies) that represent conditions under which
6   certain combinations of minerals (i.e.,
7   equilibrium assemblages) are stable as a function
8   of a rock's bulk composition."
9          Is that right?
10     A   Yes.
11     Q   How was this modified from Winter?
12     A   I added in -- I believe the reaction
13  curve for chrysotile and lizardite maximum
14  stability, and that was taken from Evans, 2004.
15     Q   And that was the tremolite?
16     A   That was the chrysotile --
17     Q   Chrysotile.  Sorry.
18     A   -- and lizardite maximum stability, the
19  brown dashed curve at around 300 degrees C.
20     Q   So Evans, 2004?
21     A   Yes.
22     Q   Okay.
23     A   And then I also added the -- the green
24  roughly oval-shaped region that was meant to
25  encompass the -- the general range of pressure and

Page 188

1   temperature conditions under which the talc ores
2   formed.
3      Q   In all of the Fontane, southern Vermont
4   and Guangxi talc ores; is that right?
5      A   Yeah.  In general, there's some overlap
6   there.  Guangxi would be more firmly in the
7   greenschist boundary; Vermont would be more in the
8   epidote-amphibolite facies, with the Fontane as
9   well.
10     Q   Okay.  So there's a note in your
11  description of Figure 6 that:  "Conditions
12  favoring asbestos formation are generally
13  associated with low-temperature and/or
14  low-pressure conditions," and then you describe
15  the zeolite, prehnite, prehnite-pumpellyite --
16     A   Yeah, prehnite-pumpellyite.
17     Q   Pumpellyite.  Thank you.
18         -- and hornfels facies, right?
19     A   Yes.
20     Q   Okay.  And just so we are all on the
21  same page and we can look at the same thing for a
22  second, I'm going to circle each of those areas.
23         See if I get them all correctly.  I've
24  tried to circle here the areas where conditions
25  favor asbestos formation.  Did I capture them all?

Page 189

1      A   Yeah.  I mean, in terms of low
2   temperature, that could extend up to the -- the
3   blueschist facies.
4      Q   Mm-hmm.
5      A   I mean, the key thing is there, again,
6   low-temperature deformation tends to be more
7   brittle and -- and allow the -- the ability for
8   fractures to open, which is one of the -- the most
9   common site for asbestos to -- to form.
10     Q   Okay.  Now, is it --
11         MR. FROST:  Just a -- I'm just going to
12  object to some of the circles.  It seems different
13  than what's listed at the bottom of Figure 6.
14         MR. BURNS:  And if it is, let me know.
15         THE WITNESS:  The hornfels, I was just
16  speaking generally to the -- the high temperature,
17  low -- low pressure.  So...
18  BY MR. BURNS:
19     Q   So would it include the albite-epidote-
20  hornfels, which looks to be low pressure,
21  relatively low temperature or --
22     A   Yeah.  I don't have an issue with what
23  you circled.  I mean --
24         MR. FROST:  I just wanted the record to
25  be clear.

48 (Pages 186 to 189)

Laura Webb, Ph.D.

Page 190

1          MR. BURNS: Mr. Frost -- Mr. Frost does,
2    but --
3          MR. FROST: But I just wanted to make
4    sure the record was clear.
5          MR. BURNS: All right. Fair enough.
6    BY MR. BURNS:
7      Q   So you mention -- mentioned fractures.
8    And I believe you said that fractures are one of
9    the conditions where asbestos can form. Is that
10   correct, or something along those lines?
11     A   Yes, most -- most commonly as those
12   cross fibers or slip fibers.
13     Q   Mm-hmm. So, speaking generally and
14   recognizing -- well, strike that.
15         Not having your background and
16   expertise, I have some general questions about
17   this.
18         So it appears from this figure that the
19   talc in the Fontane and Vermont and Guangxi ores,
20   in your view, based on its -- based on I guess
21   that regional petrology and circumstances there,
22   would have formed at about, what, 500 degrees
23   Celsius and 0.6 GPA pressure; is that right?
24     A   That's a good ballpark.
25     Q   Okay. And the conditions for the

Page 191

1    creation of asbestos sort of surround that area,
2    but obviously at different pressures and different
3    temperatures.
4          Would minor variations in temperature or
5    in pressure, had they occurred, could those have
6    resulted in asbestos materials coming into the
7    same ores?
8      A   I don't --
9          MR. FROST: Object to form.
10         THE WITNESS: I don't believe so.
11   BY MR. BURNS:
12     Q   And why?
13     A   Well, again, when you're at the low
14   temperature end and rocks are -- would deform
15   brittlely, again that's generally when fractures
16   could open. And because of the primary growth
17   habit of asbestiform fibers, they're basically
18   growing into -- into void spaces. So that's a
19   precondition, coupled with fluids that are
20   saturated and the chemical components from which
21   the asbestiform minerals would grow.
22         When you look at the -- when I say -- or
23   generally the hornfels conditions here, yeah, you
24   have higher temperatures, but you also have very
25   low pressures. And so rock strength increases

Page 192

1    with depth because of the weight of the overlying
2    column of rocks, and so if you're at low
3    pressures, the rocks are a bit -- a bit weaker,
4    but you don't have that pressure that basically
5    fights against voids opening.
6          So the rocks either have to be low
7    temperature and brittle because of that or shallow
8    in the earth's crust to basically not have enough
9    weight down on you to -- to keep voids from
10   opening.
11         You know, whereas the -- the conditions
12   of metamorphism for the formation of talc, much
13   higher temperatures and, you know, 20 kilometers
14   deep. That's pretty deep in the continental
15   crust. And we know from people who have studied
16   the -- again, the structures that these were
17   undergoing ductile deformation at the time.
18         So it's just those geologic conditions
19   aren't -- that's why I say they aren't favorable,
20   aren't -- aren't amenable.
21     Q   At the same time, right? Is that the
22   issue?
23         MR. FROST: Objection.
24   BY MR. BURNS:
25     Q   It would be difficult to have the same

Page 193

1    conditions exist at the same time for the creation
2    of both the asbestos materials and the talc ores.
3    Is that right?
4          MR. FROST: Object to the form.
5          THE WITNESS: Yeah, I mean, I would say
6    that, yes, at the time the talc was forming, the
7    conditions were not appropriate.
8    BY MR. BURNS:
9      Q   Okay. Now -- but I believe we've
10   described circumstances where -- I'm thinking of
11   Italy where you said the talc may have formed
12   earlier in the continent's subduction zone, but
13   have survived the subduction.
14         Is it possible that -- are there
15   circumstances where asbestos could form at a later
16   time and under favorable circumstances where the
17   talc would remain solid, because it's a stable
18   mineral, but a fracture, for example, could lead
19   to the incorporation of asbestiform materials?
20         MR. FROST: Objection to form.
21         THE WITNESS: Well, I mean, I suppose we
22   could devise a hypothetical situation where the
23   conditions were all ripe for this to happen, but
24   there's no evidence that that's the case.
25         As I said, all asbestos in Vermont,

Laura Webb, Ph.D.

Page 194

1    everybody has written about it, there's no
2    disagreement that that occurred, you know, 80
3    million years prior to the formation of the talc,
4    give or take a few million years.
5         And the conditions that postdated the
6    formation of the Italian talc in the Fontane mine
7    were way up here (indicating).  So, I mean, maybe
8    similar in temperature, but much, much higher --
9    higher pressures.  Yeah, they're back at the --
10   the surface today, but, you know, I think --
11   again, when asbestos forms, it's -- it's regional
12   conditions that allow that to occur, and so we'd
13   have other -- I would expect to see that
14   documented throughout the -- the geology.  And I
15   just -- you know, I don't see any evidence for it.
16   BY MR. BURNS:
17        Q   Turning to the Vermont example where the
18   asbestos formed before the talc, are fractures
19   again a potential explanation for migration of the
20   asbestos --
21        MR. FROST:  Objection to form.
22   BY MR. BURNS:
23        Q   -- subsequently?
24        A   I've never heard of migration of
25   asbestos, so I don't know --

Page 195

1        Q   Well, I didn't really mean migration.  I
2    mean the filling in of those -- those fractures
3    with the asbestiform materials.
4        A   I mean, dominantly in Vermont where
5    asbestos is documented, it's says cross and slip
6    fibers.
7        Q   And what do you mean by that?
8        A   That basically as these fractures were
9    opening, they're apparently, you know, filled with
10   fluid at the same time that became saturated in
11   the chemical component, so the chrysotile chemical
12   formula basically, that those minerals or, you
13   know, fibrils nucleated on walls of -- of the
14   fractures, and depending on whether they opened
15   like that or like that (demonstrating), in this
16   case they appear to continue to grow as the
17   fracture continues to open.  So it's -- the
18   nucleate on either side and -- or there are some
19   veins where things nucleate in the middle
20   initially, and then grow outward as well.
21        But in any case, the fibrils would be
22   growing as the fracture is opening.  So cross
23   fibers would be perpendicular to the fracture
24   walls.  Slip fibers would be one of those
25   fractures where there's, you know, some offset

Page 196

1    along that, and that's when you would get the
2    fibrils basically at an angle to the -- to the
3    fracture walls connecting on either side.
4        Q   Okay.  And you say that is the most
5    common means by which the asbestos occurs in
6    Vermont?
7        A   (The witness nods.)
8        Q   But not with respect to the J&J mines.
9        MR. FROST:  Objection to form.
10       THE WITNESS:  I'm -- I don't know what
11   you mean by that.  Sorry.
12   BY MR. BURNS:
13       Q   Well, meaning because you haven't seen
14   any evidence of asbestos in the J&J mines, what
15   you're describing there would not be true of those
16   mines?
17       A   Yeah.
18       MR. FROST:  Objection to form again.
19   BY MR. BURNS:
20       Q   Given the geologic -- given the
21   geology -- the local geology of the J&J mines,
22   would that process have been possible?
23       A   I mean, again, we could devise a
24   hypothetical situation that might satisfy those
25   conditions, but I --

Page 197

1        Q   I realize you haven't seen it, but
2    would -- would it be possible?
3        MR. FROST:  Objection to form.
4    Inappropriate hypothetical.
5        THE WITNESS:  Yeah, I'm sorry, I don't
6    know how to -- you know, lots of things are
7    possible, but many things don't happen.  So I
8    can't -- I don't -- I can't comfortably answer
9    that without having all of the variables sort of
10   outlined for me and --
11   BY MR. BURNS:
12       Q   Well, I certainly understand that, but
13   really I -- we're talking about a pretty small set
14   of variables, the ones you described as relatively
15   common in Vermont in terms of the formation of
16   asbestos materials.
17        And what I'm saying is, given the
18   regional geology that's present in the J&J mines,
19   is it possible -- not probable, not, you know,
20   highly possible -- but is it possible that that
21   process of the creation of asbestos may -- may
22   have occurred in a similar fashion in those J&J
23   mines?
24       MR. FROST:  Same objection to form and
25   inappropriate hypothetical.

Golkow Litigation Services - 877.370.DEPS

Laura Webb, Ph.D.

## Page 198

1    THE WITNESS:  Yeah, like I said, we
2    could devise a -- a scheme presumably in which
3    that could occur, but it's -- while it might be
4    possible in some parallel universe, I -- I just --
5    it's not probable, and I just don't see any
6    evidence for it having occurred here.
7    BY MR. BURNS:
8        Q    Well, what would constitute evidence for
9    you in that context?
10       MR. FROST:  Objection to form.
11       THE WITNESS:  Well, I would imagine that
12   in that belt of rocks, people would record
13   fractures filling with asbestos, more generally,
14   in the literature.  Because, again, people have
15   been looking at these rocks for over a hundred
16   years.  People are certainly interested in
17   concerned about asbestos.
18       So, had -- you know, it would be
19   documented in some of these, you know, Vermont
20   state reports, the USGS reports in the
21   peer-reviewed literature around the Chester dome,
22   and it's just -- it's not in anybody's data and
23   observations in the -- in the field.
24   BY MR. BURNS:
25       Q    Well, what if it -- and this -- just

## Page 199

1    throwing this out there, what if -- what if it was
2    documented in a core log or observations by the
3    mining company at, say, the Argonaut mine, would
4    you consider that evidence?
5        MR. FROST:  Objection.
6    BY MR. BURNS:
7        Q    That would at least merit additional
8    testing?
9        MR. FROST:  Objection to form.
10       THE WITNESS:  Well, I mean, you know, if
11   you've got evidence where people have -- I mean,
12   where I can understand the methodology that was
13   used and see the data and observations -- I don't
14   want to take some random person who I don't know
15   their qualifications or what they're describing.
16   You know, so I'd be happy to -- if you've got
17   something you want me to look at that -- that
18   presents that, to consider it, sure.
19   BY MR. BURNS:
20       Q    Okay.  But you weren't presented any
21   such evidence when you were doing your report.
22       MR. FROST:  Objection to form.
23   BY MR. BURNS:
24       Q    Correct?
25       MR. FROST:  Supposes there's evidence.

## Page 200

1    THE WITNESS:  Yeah, and I did not find
2    any, because, again, the vast majority of what I
3    looked at was my own research.
4        MR. BURNS:  Okay.
5        THE WITNESS:  Can I take a quick break?
6        MR. BURNS:  Oh, of course, sure.
7        THE WITNESS:  I've been drinking a lot
8    of water and tea and --
9        MR. FROST:  Yeah, I was going to say,
10   actually, I could use the restroom.
11       THE VIDEOGRAPHER:  Going off the record
12   at 4:26.
13       (Recess.)
14       THE VIDEOGRAPHER:  We're back on the
15   record at 4:57 p.m.
16   BY MR. BURNS:
17       Q    Welcome back, Dr. Webb.
18       So, Dr. Webb, we were talking about when
19   last we left off, evidence -- evidence for
20   asbestos in talc in the J&J mines in Vermont,
21   specifically.
22       MR. BURNS:  Let's go ahead and mark
23   this, Amanda.
24       (Webb Exhibit No. 12 was marked
25       for identification.)

## Page 201

1    BY MR. BURNS:
2        Q    All right.  I'm going to hand you what
3    we've marked as Exhibit 12.
4        And just let me know when you are ready,
5    if you want to take a second to look it over.
6    A    Okay.  (Peruses document.)
7        Okay.
8        Q    All right.  Dr. Webb, have you seen
9    this -- well, let me start.
10       Exhibit No. 12 is a document bearing the
11   Bates labels IMERYS 219720-722.  It appears to be
12   dated March 25th, 1992.  Title appears to be
13   "Cyprus Ore Reserves - Arsenic & Tremolite."
14       Did I pronounce that -- or did I read
15   that correctly?
16   A    "Cyprus Ore Reserves - Arsenic &
17   Tremolite," yes.
18   Q    Okay.  Great.
19       Have you seen this document before?
20   A    I have not.
21   Q    Okay.  This -- and have you had a chance
22   to read it?
23   A    I did, yes.
24   Q    Okay.  And is it fair to say that this
25   document contains some discussion about the

Laura Webb, Ph.D.

Page 202

1    presence of asbestos materials in talc deposits in
2    Vermont?
3         A    It mentions fibrous amphiboles.
4         Q    Including tremolite; is that right?
5         A    Yes.
6         Q    Okay.  Is this the type of evidence that
7    would give you some concern if you had been
8    presented it when conducting your analysis?
9         A    Not really, because fibrous is a -- a
10   general term for maybe an elongate or long aspect
11   ratio, but it's imprecise, and so it doesn't
12   necessarily indicate asbestos.
13        Q    Fibrous tremolite?
14        A    Yes.
15        Q    It doesn't indicate asbestos to you?
16        A    No.
17        Q    Okay.  Why is that?
18        A    Again, because "fibrous" is used by
19   different people in different ways, and I've seen
20   many instances in the literature where it's used
21   for -- synonymously with like acicular.  I mean,
22   I've used the terms "fibrous" in my work when I'm
23   talking about working with fault zones and -- and
24   quartz fibers, for example.  But, again, it's
25   because they're crystals with long aspect ratios,

Page 203

1    and it's -- it's not synonymous, not -- you can't
2    take this to -- to indicate asbestiform tremolite.
3         Q    Have you -- what would you -- what else
4    would you need to take it to mean asbestiform
5    tremolite?
6         A    Well, some detailed description about
7    the habit of the minerals that is consistent with
8    the definition of "asbestiform."
9         Q    Well, so I'll direct you on page 2 to
10   the fourth paragraph down.
11             It says:  "Cyprus claims that there are
12   no fibres in their cosmetic talc products, and
13   they work rigorously to ensure this.  However, a
14   recent paper published by Rutgers University
15   worker, Alice Blount, suggests the presence of
16   fibre in several cosmetic talcs, some of which
17   might have been from Cyprus West Windsor material,
18   which is a source of great concern to Cyprus
19   management, and potentially to their principal
20   customer, Johnson & Johnson."
21             Why would Cyprus be concerned about
22   fibrous asbestiform materials, including
23   references to fibrous tremolite, if it were not
24   asbestos?
25             MR. FROST:  Objection to form.

Page 204

1             THE WITNESS:  Well, again, I mean, it's
2    the use of the -- fiber's an imprecise term.  I
3    mean, obviously they don't want asbestos in -- in
4    their product, so -- but, again, I don't -- I
5    don't see anything here that -- that indicates
6    this term is -- is really -- equates to
7    asbestiform.  So...
8    BY MR. BURNS:
9         Q    Well, the next paragraph down says:
10   "Vermont talcs are derived from altered serpentine
11   - a natural host for asbestiform minerals.  There
12   is certainly visible tremolite and actinolite in
13   specific zones of the Vermont deposits - fibrous
14   tremolite was identified by the writer in
15   exposures and cores at the East Argonaut and Black
16   Bear mines.  Cyprus staff report past tremolite
17   from the Hammondsville and Clifton deposits."
18             Did I read that correctly?
19        A    Sorry.  Where was --
20        Q    That's the fifth paragraph down, page 2.
21        A    Yeah.  So, I mean, you know, in general,
22   tremolite, I'm not concerned about that.
23   Tremolite means to me -- again, without -- unless
24   it's really described in detail, that's consistent
25   with the asbestiform habit, which again is a

Page 205

1    primary growth habit.
2             You know, I'm not shocked that there's
3    tremolite here.  I'm not shocked that there's
4    maybe acicular tremolite or, you know, tremolite
5    that someone might describe, depending on how they
6    used the term "fiber," as -- as fibrous.  But I
7    can't -- I can't take anything in here and say,
8    This leads me to believe that there's actually
9    asbestos that's been identified.
10        Q    Is asbestiform tremolite a regulated
11   form of asbestos?
12        A    Asbestiform tremolite is a regulated
13   form, yes.
14        Q    Are you able to discern from the
15   terminology used in this memo -- are you -- strike
16   that.
17             Are you able to exclude the possibility
18   that the tremolite referenced in this memo is
19   indeed asbestiform tremolite?
20             MR. FROST:  Objection to form, calls for
21   speculation.
22             THE WITNESS:  Well, again, I mean,
23   asbestos is so rare, and, again, takes these
24   special conditions that --
25             I'm sorry, I lost the -- the question.

52 (Pages 202 to 205)

Laura Webb, Ph.D.

Page 206

BY MR. BURNS:

Q   No problem.  I simply asked, can you exclude the possibility that this is asbestiform tremolite that's referenced in the memo?

A   Based on everything I have learned and reviewed and understand, yeah, I -- I just can't -- I can't read this and say that this convinces me of anything.  I'd, again, need to see field photographs of what this worker saw or photomicrographs, the -- again, a real distinct description that is consistent with the asbestiform habit.  And fibers, fibrous, just -- it could mean anything.  It could mean a number of things.

Q   So it's fair to say that reading this, you would need to see more?

A   Yes.

Q   Okay.  Now, there's a reference in the sixth paragraph down.  It says: "Tremolite in these deposits is encountered in the contact zones between the talc and the surrounding schist; in 'grey talcs' in the vicinity of the contacts; and associated with the chlorite/amphibole waste zones within the talc ores that are locally termed 'cinders.'"

Page 207

Do you see that?

A   Yes.

Q   Are you familiar with the term "cinders"?

A   I've heard it.  I mean, it's not a term that I throw around, but...

Q   What is your understanding of what it describes in -- in layman's terms?

A   Like I said, I've heard it, but it's not something I use, and so it's not something I feel prepared to define for you.

Q   Have you ever investigated cinders in your -- in your work?

A   No.

Q   When -- were you to investigate -- strike that.

Were you to examine a sample of tremolite to determine whether it was asbestiform, what would you do?

MR. FROST:  Objection to form.  Outside of the scope of her expertise.

THE WITNESS:  Well, I mean, I think it would start with the recognition of -- of fibrils, bundles of fibrils, and, I mean, you could recognize that in an outcrop if -- if you saw

Page 208

that.  If you've seen, I mean, asbestos in a hand sample, which hopefully you've never held in your hands, I know, but we've got drawers in the rock collection at UVM -- I mean, asbestos is pretty apparent when you see it in -- in person at the macroscopic scale.

BY MR. BURNS:

Q   Okay.

A   Yeah.

Q   And in the microscopic scale, what are you looking for?  Is there a certain aspect ratio of the fibers that you're trying to determine?

MR. FROST:  Same objection.  Beyond the scope of her report and her expertise.

THE WITNESS:  Yeah, I mean, there's no one specific aspect ratio.  Again, you would -- if it were -- if it were broken down and you were looking at a loose pile of this -- well, again, in bulk, I think it would be clear because you would have long fibrils and bundles, and there would probably be some that might be curved and they might be quite long.

In -- under the microscope, I mean, you would be looking for the same thing, long -- long aspect ratios, but, again, nothing specific

Page 209

because it might vary in -- in the population you're looking at.

BY MR. BURNS:

Q   Would a 5-to-1 ratio suffice?

MR. FROST:  Same objection.

THE WITNESS:  No.

BY MR. BURNS:

Q   No?

A   (Witness shakes head.)

Q   Are you aware that that's the ratio specified by the National Institute of Occupational Safety and Health?

MR. FROST:  Objection to form. Misstates document.

THE WITNESS:  I -- I know that there are 5-to-1 and 3-to-1, depending on the -- my -- the source of the -- the counting criteria, that there are small-aspect-ratio cutoffs for like that. But, again, you know, that's in cases -- those ratios were developed for cases when there's abatement of known asbestos at hand.

So, you know, I would say that I regularly run into minerals that would meet that criteria, 3-to-1 or 5-to-1, and they're -- you know, they can be quite -- well, not that large,

Laura Webb, Ph.D.

Page 210

1  but, you know -- so, again, scale matters as well.
2       But, yeah, I don't think that's a -- an
3  accurate cutoff or criterion for -- for issues
4  outside of abatement.
5       MR. BURNS:  Let's mark this one, Amanda.
6  BY MR. BURNS:
7       Q    We'll mark this as Exhibit No. 13,
8  Dr. Webb.
9       (Webb Exhibit No. 13 was marked
10      for identification.)
11      THE WITNESS:  (Peruses document.)
12      Okay.
13 BY MR. BURNS:
14      Q    All right, Dr. Webb.  Exhibit 13 is a
15 document with Bates label IMERYS 28 -- 238270
16 through 238277, and it's titled "Interoffice
17 Correspondence," "Subject:  Hamm Mine Core
18 Drilling."
19           The second paragraph, Dr. Webb, contains
20 the following sentence:  "Fibrous amphiboles
21 (actinolite) were observed only within chloritized
22 mafic dikes, extending, in places, a couple of
23 inches into the contacting talc ore."
24           Did I read that correctly?
25      A    Yes.

Page 211

1       Q    Is this the type of statement that would
2  cause you to want to seek more information?
3       A    Not necessarily, because, again, fibrous
4  amphiboles, in general, 99 percent of the time
5  will not necessarily refer to asbestiform
6  actinolite, and -- I mean, I've seen images where,
7  yeah, most of these amphiboles in the region have
8  these long aspect ratios, but, again, they do not
9  meet the criterion of -- of the asbestiform habit.
10      Q    And what criterion are you speaking of
11 in that context?
12      A    Again, well, primary growth habit of
13 fibrils in -- generally in bundles that have long
14 aspect ratios but high flexibility, relatively
15 defect-free surfaces which impact or -- are part
16 of what leads to their chemical resistance.
17           So, again, without photomicrographs or
18 photos that really give the details of what is
19 meant by fibrous, there's no way to extrapolate
20 from this the presence of asbestos.
21      Q    But given the potential risk and the --
22 and the fact that you can't exclude the
23 possibility of asbestos, wouldn't you want to seek
24 additional information?
25      MR. FROST:  Objection to form.

Page 212

1       THE WITNESS:  No, because, I mean, up
2  and down Vermont, near talc, away from talc,
3  people describe a lot of fibrous amphiboles, and,
4  you know, virtually in all cases they refer to --
5  this term is used for an acicular habit that is
6  distinctly different from asbestiform.
7            So, I mean, nothing I read here is
8  surprising to me.  It -- it doesn't raise the
9  questions that, you know -- again, in the absence
10 of detailed descriptions, there's --
11 BY MR. BURNS:
12      Q    And that's even though up and down
13 Vermont, the presence of confirmed asbestos has
14 occurred?
15      MR. FROST:  Objection to form.
16      THE WITNESS:  Virtually all of that is
17 chrysotile, and not amphiboles, and, yeah, there's
18 a lot of amphibole in -- in the Green Mountains,
19 and so -- I mean, long aspect ratio amphiboles
20 are -- are garden variety amphiboles in our state.
21      MR. BURNS:  Let's mark this one -- 14?
22      (Webb Exhibit No. 14 was marked
23      for identification.)
24      THE WITNESS:  Does anybody have a
25 magnifying glass handy?  Shall I do --

Page 213

1  BY MR. BURNS:
2       Q    And just to help you out, I'm going to
3  point you to -- you're welcome to look at the
4  whole thing -- I'm going to focus on the back side
5  of page 2.
6       A    So, yeah, the page where I asked for --
7       Q    The page where you needed a magnifying
8  glass.
9       A    I do have reading glasses in my --
10      Q    Well, let's see, do we have a clean copy
11 here?  I can probably blow it up a little bit
12 here.
13      MR. FROST:  You can take this one.  It's
14 clean.
15      MR. BURNS:  All right.
16      MR. FROST:  Is that -- can you see that
17 better, Laura?
18      MR. BURNS:  Not yet.
19      MR. FROST:  He's going to try to zoom in
20 on it.
21      THE WITNESS:  I mean, actually, can I
22 get my glasses, and --
23      MR. BURNS:  Sure, absolutely.
24      THE VIDEOGRAPHER:  Going off the record
25 at 5:22 p.m.

54 (Pages 210 to 213)

Laura Webb, Ph.D.

Page 214

1      (Pause.)
2      THE VIDEOGRAPHER: We're back on the
3  record at 5:24 p.m.
4  BY MR. BURNS:
5      Q   Okay, Dr. Webb, you have Exhibit 14 in
6  your hand, which bears Bates label IMERYS 436951
7  through IMERYS 436971.
8      Just one question about Exhibit 13, the
9  preceding exhibit, just a quick question.  Had you
10  seen that exhibit before?
11      A   No.
12      Q   Okay.  So same question with respect to
13  Exhibit 14 to start, is this a document you've
14  seen before?
15      A   No.
16      Q   Okay.  Let's focus on the fourth page in
17  the documents, IMERYS 436954.
18      A   Sorry, is the first -- is this page 1?
19      Q   Yes.
20      A   Oh, okay.  So it's the back of the
21  second sheet.  Yeah, okay.
22      Q   That's right.
23      A   I'm making sure it's what I actually
24  looked at.
25      Q   No problem.  And I've put it up on the

Page 215

1  ELMO, just so we can have a little bit better view
2  of it.  I don't know if that's better for you
3  or --
4      A   I'll look at where you're pointing at,
5  and then I'll confer with this too.
6      Q   Okay.  These appear to be and are titled
7  "Ore Characterization Summary Sheets."  Do you
8  agree with that?
9      A   What was the first word you said,
10  "before"?
11      Q   "Ore Characterization Summary Sheets."
12      A   Yes, this says "Ore Characterization
13  Summary Sheets," yes.
14      Q   Okay.  And there appear to be two of
15  these summary sheets side by side dated September
16  '92, specifying ore types and associated
17  materials.
18      A   Yes.
19      Q   And you see in both the presence of
20  actinolite and serpentine is indicated.
21      A   Yeah.
22      Q   Okay.  And they are also -- the
23  actinolite and -- the actinolite is noted as a
24  detrimental mineral below each notation; is that
25  right?

Page 216

1      A   Yes.
2      Q   Would these notations cause you to want
3  to inquire more as to the nature of these test
4  findings or core samples and the constituency of
5  the minerals?
6      MR. FROST: Objection to form.
7      THE WITNESS: Yeah, I mean, again, the
8  presence of actinolite around the ore bodies is,
9  you know, not a shocker whatsoever.  I mean, so it
10  doesn't surprise me.
11      You know, in terms of "detrimental
12  minerals," I don't know what they mean.  Obviously
13  these are things that they don't necessarily
14  want in the -- I mean, I don't want to rub
15  actinolite on my face, asbestiform or
16  non-asbestiform, but --
17  BY MR. BURNS:
18      Q   Are those questions you would want to
19  ask the author?
20      MR. FROST: Objection to form.
21      THE WITNESS: No, again, because I
22  wouldn't be surprised about the -- the presence of
23  actinolite generally that -- you know, I'd see
24  this and move on, and again try and find -- well,
25  like in the materials that I looked at, some --

Page 217

1  some indication, some description that would
2  equate this actinolite to asbestiform actinolite.
3  BY MR. BURNS:
4      Q   Well, if you were blindfolded and the
5  person who obtained and tested the sample told you
6  that it contained actinolite, would you want to
7  rub that on your face?
8      MR. FROST: Objection to form.
9      THE WITNESS: It would hurt.  I mean, it
10  would be gritty.
11  BY MR. BURNS:
12      Q   If it was asbestiform, it may be even
13  worse.
14      MR. FROST: Objection to form.
15      THE WITNESS: Well, yeah -- but, yeah, I
16  mean, again, you know, actinolite is no surprise.
17  I talk about actinolite in my -- in my report.  In
18  the absence of clearcut asbestiform habit --
19  BY MR. BURNS:
20      Q   You're just not interested in knowing
21  more?
22      MR. FROST: Objection to form.
23      THE WITNESS: I mean, well -- yeah, I
24  mean, I -- I feel like I'm not surprised to see
25  actinolite show up occasionally in the tests, and

Laura Webb, Ph.D.

Page 218

1    that is not a surprise.  It's known.  I don't know
2    what else to say.  It's --
3    BY MR. BURNS:
4         Q    Have you drawn any -- are you prepared
5    to offer any opinions with respect to the presence
6    or absence of arsenic in the talc in the J&J
7    mines?
8         A    I mean, I -- I'm familiar with some of
9    the -- the literature.  It wasn't something that I
10   focused or, you know --
11        Q    Or you were asked to do.
12        A    -- or opined about in my report.  So, I
13   know some things, but I didn't prepare in depth on
14   that topic for this deposition.
15        Q    Nor have you offered an opinion on it?
16        A    No.
17        Q    Do you plan to offer an opinion on it?
18            MR. FROST:  Objection to form.
19            THE WITNESS:  Not really, but I guess it
20   depends on what you ask me, the nature of the
21   questions, if there are further questions on that.
22   BY MR. BURNS:
23        Q    What about any other heavy metals in the
24   J&J talc --
25            MR. FROST:  Objection.

Page 219

1    BY MR. BURNS:
2         Q    -- are you going to offer any opinion on
3    those?
4             MR. FROST:  Objection to form.  Assumes
5    there's any metals in the J&J talc.
6             THE WITNESS:  Again, I -- I have some
7    general knowledge, but it's not literature that I
8    reviewed or summarized for here.  So I don't feel
9    prepared to -- as we sit here today, to opine on
10   that.
11   BY MR. BURNS:
12        Q    And just so I can close that loop, any
13   opinion as to the presence or absence of nickel?
14            MR. FROST:  Same objections.
15            THE WITNESS:  I mean, I would say
16   presence, yes.  At what levels is where the devil
17   in the details is, so -- and I can't quote you
18   parts per million or parts per billion here,
19   but --
20   BY MR. BURNS:
21        Q    Same question with respect to cobalt?
22        A    Same answer.
23        Q    Chromium?
24        A    Similar answer, yeah, and, again, I'm --
25        Q    But you're not prepared to offer an

Page 220

1    opinion as to the presence or absence of any of
2    those minerals?
3         A    Well, again, they're -- they're trace
4    elements that I know have been documented, but,
5    you know, again, I don't have it in my head
6    what -- what those concentrations are or the
7    details of the distribution.  So I'm not -- I'm
8    not ready today to -- to comment on that for you.
9         Q    And you haven't been asked to.
10        A    No, I have not been asked to, no.
11        Q    Okay.  If you'd go back to Exhibit 1,
12   your report, Dr. Webb.
13            And I realize the level of detail on
14   page 17 in -- in Figure 9 makes this difficult.
15            First of all, did the mineral codes or
16   rock codes vary across maps, or can they vary?
17            MR. FROST:  Objection to form.
18            THE WITNESS:  Each of the different
19   colored or patterned units here is a different --
20   is a different rock unit.  So, yes, there's a
21   distribution of different rock types here in
22   this --
23   BY MR. BURNS:
24        Q    Well, by that I mean -- let's see, this
25   map was taken from --

Page 221

1         A    It's Ratcliffe, et al., 2011.
2         Q    2011.  Okay.  Which was a GS -- USGS
3    map, right?
4         A    (The witness nods.)
5         Q    And have you cited or described any
6    non-USGS maps in your report?
7         A    Well, I mean -- well, Karabinos -- not a
8    specific map -- well, actually, there are -- in
9    Karabinos, et al., 2010, I talk about the
10   isograds.  Again, the -- the lines that you would
11   draw on the map that delineate boundaries between
12   rocks that have experienced the same pressure
13   temperature conditions during a metamorphic event.
14        Q    Okay.  And what I'm really getting at
15   are -- is not necessarily the separation into
16   different codes, but the codes themselves that are
17   used for rocks that are relevant to your analysis.
18   Can those vary across maps, meaning between the
19   USGS maps and the other map you just described?
20        A    Oh, they might.
21            MR. FROST:  Objection to form.
22   BY MR. BURNS:
23        Q    Do you recall offhand the specific rock
24   codes that you viewed as relevant to your analysis
25   in this particular case?

56 (Pages 218 to 221)

Laura Webb, Ph.D.

Page 222

1    A   I believe the -- I'd have to look at
2  the -- the map -- the map index to really confirm,
3  but I believe that the ultramafics here are the
4  CZU, and that, in general -- I mean, the -- the
5  country rocks that host those bodies are -- that's
6  the Mooretown information, but the -- O something.
7  I -- yeah, sorry, I don't have the code memorized.
8    Q   Okay.  Are you familiar with any reports
9  of mass fibers, mass asbestos fibers in Vermont
10 talc deposits?
11   A   No.
12   Q   Are mass fibers relatively rare?
13   A   Yes.
14   Q   Where do they typically occur?
15   A   Well, I know they've been documented at
16 Belvidere Mountain.  And also out in California
17 in -- I'm not going to be able to remember the
18 name of the -- of the body.  But it's, yeah, in
19 limited instances and much rarer occurrences than
20 the cross and slip fiber occurrences.
21   Q   Okay.
22       MR. BURNS:  We have a couple of
23 documents that we had pulled out that we need to
24 figure out what to do with.  You want to mark
25 these individually or wait till we mark the --

Page 223

1        MS. O'DELL:  Let's mark them
2  individually.
3        MR. BURNS:  Okay.  That may make --
4  let's go off the record for a second.
5        THE VIDEOGRAPHER:  Going off the record
6  at 5:35 p.m.
7        (Recess.)
8        THE VIDEOGRAPHER:  We're back on the
9  record at 5:43 p.m.
10 BY MR. BURNS:
11   Q   Hello again, Dr. Webb.
12       MR. BURNS:  So, first of all, a bit of
13 colloquy between counsel here.  Defense counsel
14 was kind enough this morning to bring in two
15 boxes, which I believe were identical, of
16 documents that defense counsel had put together
17 that constitute what they believe to be, I think,
18 the vast majority of your reliance materials with
19 maybe the exception of Winter.
20       MR. FROST:  I think that's the only one
21 we found was missing thus far.
22       MR. BURNS:  Thus far.  So we have agreed
23 to simply mark one of the boxes as Exhibit 15,
24 with the stipulation that the box and its
25 materials were gathered and prepared by counsel

Page 224

1  and not by Dr. Webb, although they hopefully
2  approximate her reliance materials.
3        MR. FROST:  Yep, that's fair, and
4  that -- that's a fair statement of the agreement
5  we reached.
6        MR. BURNS:  All right.  Great.  Thanks,
7  Mr. Frost.
8  BY MR. BURNS:
9    Q   So we will mark that box Exhibit 15.
10 There are a couple of documents, Dr. Webb, that
11 we're just trying to figure out what they are,
12 frankly, and we'll mark those as 15A and 15B.
13       (Webb Exhibit Nos. 15, 15A and 15B
14       were marked for identification.)
15 BY MR. BURNS:
16   Q   And I'll hand you 15A first.
17       There's 15B.  B as in boy.
18   A   I would want to confirm this, but my
19 first impression is, is that this is from the
20 spreadsheet that is part of Van Gosen 2006.
21   Q   And that's referring to Exhibit 15A, is
22 it not?
23   A   Yes.  15A, yes.
24       So I believe, you know, if you go to the
25 site, the USGS site from which you can download

Page 225

1  the map that I talked about that plots presumable
2  asbestos localities in Vermont, there are some
3  supporting documents, and in those, yeah, was this
4  list -- I mean, it was for all of New England, but
5  this is the sheet that's specific to Vermont, and
6  it gives the latitude, longitude.  And then this
7  is the list of references that I said that I tried
8  to dig into on my own to confirm those
9  occurrences.
10   Q   Okay.  So just to be clear, 15A is not a
11 document that you believe you prepared; is that
12 right?
13   A   Oh, yeah.  No, I didn't prepare this.  I
14 think we could go and download the Excel file off
15 the USGS website, and this is what would be in
16 that.
17   Q   I see.
18       MR. BURNS:  And you can let us know with
19 an errata, I would assume, if that's not -- not
20 the case.
21       MR. FROST:  Yeah, we'll confirm that.
22       MR. BURNS:  Okay.
23       THE WITNESS:  And I'm not sure, because
24 when I went into the references, I went into the
25 list that was specific to Vermont that's shown

Laura Webb, Ph.D.

Page 226

1    here in 15A.
2         My guess is that this is the -- the list
3    of references that accompanied the -- the map more
4    directly.  So this would include -- again, this
5    particular report was asbestos in New England or
6    the northeastern United States, so he had these
7    spreadsheets specific to each state.  And then I
8    think this is the -- a compilation of all these
9    for -- for all of the sites that -- but, again,
10   I -- we'd have to -- we should be able to download
11   this from that same website, the USGS site.
12   BY MR. BURNS:
13        Q   Thank you, Dr. Webb.
14            MR. BURNS:  And I guess we'll just
15   confirm that.
16            MR. FROST:  Yes.  Same thing, if we
17   confirm something different, we'll mark it in the
18   errata sheet.
19            MR. BURNS:  Okay.  Thank you.
20        So do we have a standalone one like
21   this?
22            MS. O'DELL:  No, that's all we have.
23            MR. BURNS:  Okay.  Let's make sure we've
24   got -- this one is marked, so we probably want to
25   make sure that there's a clean version in the

Page 227

1    actual Exhibit 15 box.
2            MR. FROST:  What document is this,
3    Leigh?
4            MR. BURNS:  This is the English
5    translation.
6            MR. FROST:  Yes, that's definitely not
7    in the box.
8            MR. BURNS:  Oh, it's not?
9            MS. O'DELL:  I found it in the box.
10           MR. FROST:  Oh, you did find it in the
11   box?  Oh, okay.
12           MS. O'DELL:  It was a few tabs after --
13           MR. FROST:  I see.  You had -- yeah, I
14   did it too, Laura.  Let's see if we can find a
15   clean copy.
16           MR. BURNS:  Thank you.
17           MR. FROST:  You don't happen to know the
18   number, do you?
19           MR. BURNS:  Leigh.
20           (A discussion was held off the record.)
21           THE VIDEOGRAPHER:  Going off the record
22   at 5:48 p.m.
23           (A discussion was held off the record.)
24           THE VIDEOGRAPHER:  Back on the record at
25   5:50 p.m.

Page 228

1            (Webb Exhibit No. 15C was marked
2            for identification.)
3    BY MR. BURNS:
4        Q   Okay.  Dr. Webb, we have handed you
5    Exhibit 15C, C as in Charlie.
6            Is this the English translation of the
7    Chinese article that we were looking at earlier?
8        A   I believe so, yes.
9        Q   Okay.  Now, in looking through this --
10   and this was an article on which you relied in
11   rendering your opinions with respect to the
12   Chinese mines; is that right?
13       A   I did, yes.
14       Q   Okay.  Now, in terms of the orogen of
15   the talc in those mines, is it fair to say that
16   the -- that the orogen of the talc was in part
17   tremolite existing in the region?
18       A   I'm sorry, I don't -- I don't understand
19   the question.
20       Q   Sure.
21           Let me just turn you to page -- well,
22   there's a page -- let's see.
23       A   I'll work with you.
24       Q   Four pages before the end.
25       A   Okay.  So this one with the --

Page 229

1        Q   That's it, I think.
2            And perhaps I wasn't precise enough or
3    didn't use the right terminology, but if we walk
4    through this page, I think you'll see where I'm
5    going.
6            So the article refers to the mother rock
7    that is directly related to mineralization is
8    dolomite marble.  Do you see that?
9        A   Yes.
10       Q   And by "mother rock," that would be the
11   rock that was changed ultimately to talc?
12       A   Yeah, so in my report that's the
13   protolith.
14       Q   Okay.  The protolith.
15           Now, it goes on to say:  "This formation
16   contains 19 percent magnesium oxide in this zone,
17   so the requirement for generating the talc ore
18   deposit cannot be completely satisfied, and
19   magnesium oxide must be absorbed from the external
20   surrounding rock to supplement, and the
21   surrounding rock that satisfies this formation
22   condition is spilite."  Is that right?
23       A   Yes.
24       Q   It goes on to say:  "In this zone, the
25   content of MGO in spilite is 8.14 percent on

Laura Webb, Ph.D.

Page 230

```
 1    average.  Through rock-mineral determination and
 2    analysis, magnesium oxide is mainly concentrated
 3    in the tremolite, the content" -- parentheses,
 4    "the content of tremolite in spilite is 30 to
 5    35 percent."
 6         Is that correct?
 7         A   Yes.
 8         Q   Okay.  So in this case, would the
 9    tremolite existing in the spilite also be
10    considered a protolith to the talc?
11         A   Well, it's part of the metasomatic
12    process.  So what he describes here is, again,
13    that there is diffusion of chemicals, of elements
14    across the rock boundaries.  And what he said is
15    that basically if you look at the mass balance,
16    you can't just form the talc that's present solely
17    by the chemistry of the -- the dolomite alone.  So
18    that there was diffusion of magnesium across the
19    rock boundary from the -- the spilite into the
20    dolomite.
21         So, no, I mean, the protolith is still
22    the -- the carbonate rock, but the magnesium
23    that's ultimately in the talc, some percentage of
24    that diffused from the -- the spilite.
25         Q   Which the source of that magnesium was
```

Page 231

```
 1    the tremolite in the spilite, correct?
 2         A   Yeah, that was the -- the
 3    magnesium-bearing mineral in the spilite, yes.
 4         Q   Okay.  And the tremolite -- content of
 5    the tremolite and spilite was 30 to 35 percent,
 6    correct?
 7         A   Yes, that's what it says.
 8         Q   Is it possible that -- excuse me -- is
 9    it possible that tremolite was not fully
10    assimilated into the resulting talc such that
11    tremolite remains in the talc ore?
12         MR. FROST:  Objection to form, misstates
13    document.
14         THE WITNESS:  Such that tremolite --
15    what was the last part?
16    BY MR. BURNS:
17         Q   Remains in the talc ore.
18         A   I think you mean remains in the spilite?
19         Q   Well, what I'm getting at is some
20    percentage of the magnesium would have come from
21    the -- from the talc or from the tremolite -- let
22    me strike that.
23         Some percentage of the magnesium oxide
24    would have come from the tremolite in the spilite,
25    correct?
```

Page 232

```
 1         A   Yes.
 2         Q   And that magnesium -- would that
 3    magnesium oxide have been contributed from the
 4    tremolite to form the -- to form the talc by --
 5    actually, strike that.
 6         Why don't I just ask you this question:
 7    How would the tremolite contribute that magnesium
 8    oxide to the formation of the talc ore?
 9         A   There would be, I mean, a metamorphic
10    reaction.  So -- and, actually, I think he
11    describes this in here.  I'd have to again kind of
12    look at this in -- in more detail, but -- but
13    basically the tremolite is -- is reacting -- well,
14    undergoing a chemical reaction where the magnesium
15    is liberated, and so then you're going to have
16    residual silicon dioxide and also calcium, and
17    some of that calcium I believe is contributing to
18    the formation of -- of carbonate, of calcite in
19    this case.
20         So the tremolite that does break down is
21    no longer there.  The magnesium went into the
22    talc, in the talc ore, and the residual calcium
23    and silica probably formed quartz and calcite.
24         Q   Okay.  Is it possible that the remaining
25    tremolite could have been interspersed with the
```

Page 233

```
 1    talc ore?
 2         A   Yeah, I don't -- I don't think so.  It
 3    seems that they describe -- the boundaries are
 4    still pretty -- pretty clear.  So -- but again,
 5    you know, I wouldn't be surprised if there was a
 6    little bit of tremolite maybe in with the -- the
 7    talc, but that doesn't mean anything in -- you
 8    know.
 9         Q   Without further question.
10         A   Yeah, I mean, you know, my -- the
11    default would always be that it's prismatic
12    tremolite or, again, maybe acicular tremolite or
13    ablated tremolite, but this is not a recipe for
14    making tremolite asbestos.
15         Q   Why would that always be the default?
16         A   Because asbestos is so rare.  I mean,
17    I've seen tremolite in a lot of rocks, but I've
18    never seen tremolite asbestos in -- again, in my
19    own studies, and that -- you know, and most people
20    haven't.  You know, there's basically -- what are
21    the statistics I quoted in my report?  That of the
22    amphiboles present in rocks in the continental
23    crust, less than 1 percent by volume, I think, are
24    asbestiform.
25         And so, you know, it really takes
```

59 (Pages 230 to 233)

Laura Webb, Ph.D.

Page 234

```
 1    special conditions, a special situation to create
 2    that, and what is described here is not --
 3        Q   What percent --
 4        A   -- anything that leads me to believe
 5    that this resulted in tremolite asbestos.
 6        Q   What percentage of the crust do
 7    amphiboles make up?
 8        A   They're the fifth most common mineral
 9    generally in the continental crust, and, I mean,
10    it depends on where you are.  I think, you know,
11    it's maybe -- let me check because I wrote
12    something about this.  I don't want to misspeak.
13        So in the coterminous United States by
14    area, 6 to -- 6 to 10 percent of the rock types
15    exposed at the surface are amphibole bearing.
16        Q   And so 1 percent of that 6 to 10 percent
17    would be asbestiform?
18        A   Or less than 1 percent by volume of --
19    of all amphiboles, yes.
20        Q   That would still be a pretty significant
21    volume of rock, though, would it not?
22        MR. FROST:  Objection to form.
23        THE WITNESS:  Yeah, but it -- again, it
24    takes special conditions.  So where asbestos is
25    formed, it's well documented by multiple
```

Page 235

```
 1    instances, and it -- you know, it's rare.  I --
 2    just, you know, I wouldn't -- I would never expect
 3    if someone says tremolite or actinolite that they
 4    mean actinolite or tremolite asbestos unless
 5    it's -- that is specified in -- in those words,
 6    asbestiform.
 7        MR. BURNS:  Can we just go off the
 8    record for a minute?
 9        THE VIDEOGRAPHER:  Going off the record
10    at 6:00 p.m.
11        (Recess.)
12        THE VIDEOGRAPHER:  We're back on the
13    record at 6:07 p.m.
14    BY MR. BURNS:
15        Q   Dr. Webb, I believe you testified that
16    you had reviewed Drs. Cook and Krekeler's reports;
17    is that correct?
18        A   Yes.
19        Q   Okay.  Now, did you review all of the
20    reliance materials that were listed in those
21    reports?
22        A   Well, for -- particularly for the
23    petrology related piece that I was specifically
24    interested in, I did look up some of their
25    citations.  I wouldn't say all of them necessarily
```

Page 236

```
 1    or I was familiar with many, but --
 2        Q   Did you look up Robert Virta, 1985,
 3    Bureau of Mines?
 4        A   I have seen that.
 5        Q   Okay.  Do you recall reading it?
 6        A   Yeah.  Can -- actually, can we see the
 7    exact citation, because I just want to --
 8        Q   I think we could mark it.  Right?
 9        (Webb Exhibit No. 16 was marked
10        for identification.)
11        MR. FROST:  Are we on 17?
12        MS. KLEVORN:  16.
13        MR. BURNS:  16, yep.
14        MR. FROST:  That's right, because you
15    marked everything as A, B or C, right?
16        Thank you.
17        THE WITNESS:  Uh, I -- I believe I have
18    seen this, but, again, it really wasn't of -- of
19    interest because it's from New York.  So it didn't
20    pertain to the petrology of -- of the
21    mines of interest.
22    BY MR. BURNS:
23        Q   Do you recall there being references to
24    talc mines within this document?
25        A   I really have to read it again, because,
```

Page 237

```
 1    again, I didn't -- I didn't review it in
 2    preparation for today.  I -- I don't believe it
 3    was on my reliance either.
 4        Q   Okay.  So this had -- you don't recall
 5    this report having any impact on your opinions.
 6    Is that correct?
 7        A   Yeah, I mean -- again, I mean, the
 8    samples are specific to the Gouverneur mine in New
 9    York state.  So -- no, it didn't -- it didn't feed
10    into my -- the opinions I presented in my report.
11        Q   Okay.  What about Charles Ratte, 1982?
12        A   Yes, I've seen that.  The state
13    geologist report?
14        Q   Right, the state geologist of Vermont,
15    correct?
16        A   Yes.
17        Q   Did you review that report before --
18        A   I --
19        Q   I'm sorry, go ahead.
20        A   No.
21        Q   Did you review that report prior to
22    rendering your opinions?
23        A   Yes.
24        Q   And did it impact your opinions at all?
25        MR. BURNS:  Let's go ahead and mark it.
```

60 (Pages 234 to 237)

Laura Webb, Ph.D.

Page 238

```
1              THE WITNESS:  I don't think it was a --
2    a key player.  I think I saw some things in there
3    that seemed inconsistent with other data, and --
4    but, again, the details I don't have in my head.
5              (Webb Exhibit No. 17 was marked
6              for identification.)
7    BY MR. BURNS:
8        Q   Is that the report you reviewed?
9        A   Yes.  I recognize this, yeah.
10       Q   And we've marked that as Exhibit 17.
11   Okay.
12             MR. BURNS:  All right.  We have no
13   further questions.
14             MR. FROST:  Okay.
15                  CROSS-EXAMINATION
16   BY MR. FROST:
17       Q   So, Laura, I apologize.  Sitting next to
18   you is just going to make this, you know, a little
19   more awkward, but I'm going to ask you a couple of
20   questions now.
21             MR. FROST:  Do you have Demonstrative 2,
22   as you used it and marked it?
23             THE WITNESS:  I do.
24   BY MR. FROST:
25       Q   You have -- you have Exhibit 2, I think.
```

Page 239

```
1        A   Oh, sorry.
2        Q   It's Demonstrative 2.
3        A   It shows you what I know about --
4        Q   I'm going to hand you what was
5    previously marked as Plaintiffs' Demonstrative 2.
6             MR. BURNS:  Yeah, so we want to enter
7    that into the record.
8             MR. FROST:  That's fine.  We can mark
9    that -- maybe we could mark it as Plaintiffs'
10   Demonstrative 2 --
11             MR. BURNS:  Yeah.  So all I was getting
12   at, if you're going to mark a version, we
13   should --
14             MR. FROST:  I'm not going to touch it.
15             MR. BURNS:  Okay.
16             MR. FROST:  No, I'm not going to mark it
17   up.  I just wanted to give it to her.
18             MR. BURNS:  Go ahead.
19   BY MR. FROST:
20       Q   Do you remember this document from
21   earlier today?
22       A   I do, yes.
23       Q   Okay.  Does this demonstrative
24   accurately reflect your qualifications, knowledge,
25   training and experience to render an opinion in
```

Page 240

```
1    this case?
2        A   No, it doesn't.
3        Q   What is the best and most complete
4    statement of your opinions with the context
5    necessary to understand them?
6        A   Well, that would be my expert report.
7        Q   And that's the document that was marked
8    as Exhibit 1 today?
9        A   I believe so.
10       Q   And what is the best, most complete
11   summary of your qualifications, knowledge,
12   training and experience to render an opinion in
13   this case?
14       A   Well, that would be my curriculum vitae.
15       Q   And do you recall going through and
16   answering many of the questions -- or I guess all
17   the questions that are in Demonstrative 2; is that
18   correct?
19       A   Sorry, in this document?
20       Q   Yeah, you remember going through these?
21       A   Yeah.  Yes.
22       Q   Do any of these questions and your
23   answers to them affect your -- affect your ability
24   to render an opinion here?
25       A   No.
```

Page 241

```
1        Q   Okay.  I'm going to reach over if you
2    don't mind.
3              Here, sorry.
4              Well, I will just show you my copies for
5    purposes of what we're doing here.  Okay.
6              All right.  Do you recall being shown
7    earlier today various documents marked as
8    Exhibit 12, Exhibit 13, and Exhibit 14?
9        A   Yes.
10       Q   Do you have those there?
11       A   Yes.
12       Q   Okay.  Are any of these documents the
13   type of documents that a petrologist would
14   consider in undertaking a review of the geology
15   and petrology of the geological formation?
16       A   No.
17             MR. FROST:  That's all the questions we
18   have.
19             MR. BURNS:  Okay.  Just a couple
20   follow-up.
21                  REDIRECT EXAMINATION
22   BY MR. BURNS:
23       Q   One, just so it's clear, why don't we
24   mark as Exhibit 18 the --
25       A   The demonstrative?
```

61 (Pages 238 to 241)

Laura Webb, Ph.D.

Page 242

```
 1        Q   -- what I was calling Plaintiffs'
 2   Demonstrative 2, just so it's in the record.
 3        A   It's now buried in the stratigraphy
 4   pile.
 5        MR. FROST:  There it is.
 6        (Webb Exhibit No. 18 was marked
 7        for identification.)
 8   BY MR. BURNS:
 9        Q   All right.  You can put that over there.
10        And finally, Dr. Webb, thank you for
11   your time today.  I did want to mark off that we
12   did cover your report and opinions on Plaintiffs'
13   Demo 1.
14        MR. BURNS:  All right.  Thank you very
15   much.
16        MR. FROST:  Great.  Thank you, Warren.
17   Thank you, Leigh and Amanda.
18        THE VIDEOGRAPHER:  This ends today's
19   deposition.
20        We're going off the record at 6:14 p.m.
21        (Whereupon, the deposition of
22        LAURA WEBB, Ph.D. was concluded
23        at 6:14 p.m.)
24
25
```

Page 243

```
 1   CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2        The undersigned Certified Shorthand Reporter
 3   does hereby certify:
 4        That the foregoing proceeding was taken before
 5   me at the time and place therein set forth, at
 6   which time the witness was duly sworn; That the
 7   testimony of the witness and all objections made
 8   at the time of the examination were recorded
 9   stenographically by me and were thereafter
10   transcribed, said transcript being a true and
11   correct copy of my shorthand notes thereof; That
12   the dismantling of the original transcript will
13   void the reporter's certificate.
14        In witness thereof, I have subscribed my name
15   this date:  March 30, 2019.
16
17        _____
18        LESLIE A. TODD, CSR, RPR
19        Certificate No. 5129
20
21   (The foregoing certification of
22   this transcript does not apply to any
23   reproduction of the same by any means,
24   unless under the direct control and/or
25   supervision of the certifying reporter.)
```

Page 244

```
 1        INSTRUCTIONS TO WITNESS
 2        Please read your deposition over carefully and
 3   make any necessary corrections. You should state
 4   the reason in the appropriate space on the errata
 5   sheet for any corrections that are made.
 6   After doing so, please sign the errata sheet
 7   and date it.
 8        You are signing same subject to the changes
 9   you have noted on the errata sheet, which will be
10   attached to your deposition.  It is imperative
11   that you return the original errata sheet to the
12   deposing attorney within thirty (30) days of
13   receipt of the deposition transcript by you. If
14   you fail to do so, the deposition transcript may
15   be deemed to be accurate and may be used in court.
16
17
18
19
20
21
22
23
24
25
```

Page 245

```
 1        - - - - - -
 2          E R R A T A
 3        - - - - - -
 4   PAGE LINE CHANGE
 5        _____
 6   REASON: _____
 7        _____
 8   REASON: _____
 9        _____
10   REASON: _____
11        _____
12   REASON: _____
13        _____
14   REASON: _____
15        _____
16   REASON: _____
17        _____
18   REASON: _____
19        _____
20   REASON: _____
21        _____
22   REASON: _____
23        _____
24   REASON: _____
25
```

Laura Webb, Ph.D.

```
                                          Page 246
 1              ACKNOWLEDGMENT OF DEPONENT
 2         I,_____, do hereby
 3    certify that I have read the foregoing pages, and
 4    that the same is a correct transcription of the
 5    answers given by me to the questions therein
 6    propounded, except for the corrections or changes
 7    in form or substance, if any, noted in the
 8    attached Errata Sheet.
 9
10    _____
11    LAURA WEBB, Ph.D.          DATE
12
13
14    Subscribed and sworn to
15    before me this
16    _____ day of_____,20____.
17    My commission expires:_____
18    _____
19    Notary Public
20
21
22
23
24
25
```

Golkow Litigation Services - 877.370.DEPS

Laura Webb, Ph.D.

Page 247

## A

**a.m** 1:19 11:6
50:1 88:2,5
**abatement**
209:21 210:4
**abbreviations**
47:1
**ability** 52:15
109:21,22
110:23 189:7
240:23
**ablate** 104:15
**ablated** 186:15
233:13
**ablation** 105:11
**able** 33:14 34:20
75:4,5 77:10
83:4 95:23
96:4 99:14
103:5 112:4
124:20 129:11
129:13 131:11
143:9 151:18
161:18 170:2,3
171:3 174:16
205:14,17
222:17 226:10
**aboveground**
121:24
**absence** 151:20
212:9 217:18
218:6 219:13
220:1
**absolute** 90:8,9
104:4
**absolutely**
146:14 213:23
**absorbed**
229:19
**abundance**
185:23
**abundant** 151:3
**academics** 58:6
**Acadian** 44:12
44:16 60:12
61:15,20

101:13 160:20
161:2,16
**access** 21:18
22:11,17 55:2
77:10 140:3
**accessory** 78:16
81:1
**accidental**
185:16
**accommodation**
12:11
**accompanied**
51:16 226:3
**accomplish**
42:21
**accurate** 180:11
210:3 244:15
**accurately**
239:24
**achieve** 172:24
**acicular** 186:15
202:21 205:4
212:5 233:12
**ACKNOWLE...**
246:1
**actinolite** 60:25
168:22 179:24
180:1 184:13
184:20,23
185:12,14
186:1,4,9,12
186:21 204:12
210:21 211:6
215:20,23,23
216:8,15,23
217:2,2,6,16
217:17,25
235:3,4
**active** 154:8,8
**Activities** 10:9
**actual** 39:19
40:2,6 52:2
122:1 227:1
**add** 54:16
**added** 25:3 39:3
39:25 51:20
179:23,24

187:12,23
**addition** 29:22
51:12
**additional** 12:15
18:20 199:7
211:24
**address** 109:17
124:14
**adjoins** 83:12
**administering**
2:16
**adopt** 36:25
**advance** 112:20
**advice** 112:19
**advisement**
86:24
**affect** 240:23,23
**afternoon**
118:12 124:5
**age** 57:7,22,25
90:8,9,11
98:10 110:22
110:23 172:13
173:24 177:13
**ages** 99:6 112:15
122:16
**ago** 24:25 51:19
52:1 63:2 68:4
73:2 137:3
149:22 160:12
167:17
**agree** 215:8
**agreed** 223:22
**agreement**
224:4
**ahead** 85:19
177:1 200:22
237:19,25
239:18
**aid** 52:15
**air** 102:24
**al** 23:18,21
24:17 25:7
26:16 27:12
42:15 44:8
48:1,25 54:17
74:4 134:22

166:4 171:8,8
171:8,9,12
174:6,7 176:3
177:10 221:1,9
**Alabama** 3:18
**albeit** 171:25
**albite-epidote-**
189:19
**Alex** 4:12 171:3
171:4
**Alice** 203:15
**aligned** 67:20
**allegations**
130:10,11,19
**Alleghanian**
44:13
**ALLEN** 3:15
**allow** 100:23
112:8 117:16
189:7 194:12
**allowed** 171:17
173:20
**allowing** 111:17
**allows** 109:18
112:12,18
121:5
**Alps** 172:6
**altered** 47:10
113:14 204:10
**Amanda** 3:6
200:23 210:5
242:17
**amenable**
192:20
**America** 99:12
**amphibole**
31:11 83:7
116:11 175:13
175:20 184:9
212:18 234:15
**amphiboles** 9:25
83:16 114:13
124:24,25
138:23 139:7
139:11 156:25
184:14 202:3
210:20 211:4,7

212:3,17,19,20
233:22 234:7
234:19
**amphibolite**
44:23 46:4
**amphophiles**
105:9 114:5
**analogies**
157:18
**analyses** 102:10
103:20 104:2
106:13,15
112:13 156:15
157:2
**analysis** 12:6,20
43:24 58:9
91:13 110:6
135:23 142:20
182:14 202:8
221:17,24
230:2
**analytical**
103:19 110:8
110:16
**analyze** 90:6
**analyzed** 104:21
128:15 135:16
**and/or** 57:17
188:13 243:24
**ANDERTON**
5:4
**Andes** 96:19
**Andover** 6:23
7:6,11,15,19
51:9 54:2
55:19
**Andreas** 64:1
**angle** 196:2
**Ann** 21:14,17
139:18 140:12
145:19
**Ann's** 143:7,20
**Anne** 2:14
**answer** 13:15
32:12,15,18
46:8 136:4,17
139:4 144:15

Laura Webb, Ph.D.

144:19 156:4,8
156:8 197:8
219:22,24
**answered**
133:11 138:22
**answering**
240:16
**answers** 132:11
240:23 246:5
**anthophyllite**
60:24 156:10
**anybody** 97:19
212:24
**anybody's**
198:22
**apart** 67:4 88:24
**apatite** 107:23
**apices** 181:21
**apologize** 20:5
31:21 53:2
238:17
**Appalachians**
157:19
**apparent** 208:5
**Apparent-** 86:6
**apparently**
127:8 195:9
**appear** 20:12
23:3 195:16
215:6,14
**appearance**
164:15
**appearances** 4:1
5:1 11:19
**appearing** 16:22
**appears** 17:4
21:3 44:2
150:11,17
190:18 201:11
201:12
**applicable** 184:8
**apply** 243:22
**appreciate** 46:7
114:2
**approach** 125:5
125:5
**approaches**

114:12 139:6
**appropriate**
109:23 112:18
117:3 122:23
161:25 184:25
193:7 244:4
**appropriately**
154:24 157:8
**approximate**
224:2
**approximately**
12:5 14:20
15:6 130:4
**area** 25:11 27:16
28:3 31:2
42:11 56:23
57:2,20 58:25
61:17 70:21
71:24 87:25
89:8 98:16,19
101:18 111:18
113:25 152:18
166:7,20 173:3
191:1 234:14
**areas** 22:10
29:25 48:24
78:1 89:12
109:3 132:4
188:22,24
**argon** 90:3
96:13,14 97:14
101:22,22
102:23 103:5,9
103:10
**Argonaut** 28:3
28:10 30:21
31:25 32:6,21
42:4,25 45:6
45:25 46:1
49:11 128:9,11
128:13 129:10
130:5,13,21,24
131:2 199:3
204:15
**argument**
185:22
**Armstrong** 8:13

8:19 71:6
**arrival** 98:14
**arrive** 37:2,12
128:5 151:25
**arrived** 34:5
97:4
**arsenic** 9:7
201:13,16
218:6
**article** 21:12
51:14 52:11,23
72:17 73:6,11
75:8 159:9
178:5,18
179:11 228:7
228:10 229:6
**articles** 12:5
21:4 73:24
74:5,6,25 75:7
114:5,12,23
158:24 159:15
175:7
**asbestiform**
60:24 114:5,13
116:3,11
124:24 138:23
139:1,7,11
186:4,13,21
191:17,21
193:19 195:3
203:2,4,8,22
204:7,11,25
205:10,12,19
206:3,12
207:18 211:5,9
212:6 216:15
217:2,12,18
233:24 234:17
235:6
**asbestos** 9:17
31:11 32:2
34:25 35:13
36:11,16 52:21
56:15,18,21
58:15,22 59:24
60:6,7,18,21
61:5 74:13,19

74:22 75:8,16
92:22 113:2
114:24,25
115:8,12 116:8
117:5,23
124:15 126:15
127:11 128:12
130:11,20
138:12 140:14
140:18 141:9
141:25 142:8
143:21 147:22
151:20 156:22
157:2 159:25
160:3,10,16,18
161:17 162:1,8
162:12,22
163:10 165:20
175:13,20,24
186:2 188:12
188:25 189:9
190:9 191:1,6
193:2,15,25
194:11,18,20
194:25 195:5
196:5,14
197:16,21
198:13,17
200:20 202:1
202:12,15
203:24 204:3
205:9,11,23
208:1,4 209:21
211:20,23
212:13 222:9
225:2 226:5
233:14,16,18
234:5,24 235:4
**asbestos-beari...**
59:11 160:25
**aside** 112:23
116:5
**asked** 18:19,22
77:10 84:19
124:7,8,14
136:12,18
142:17 155:21

169:23 174:20
206:2 213:6
218:11 220:9
220:10
**asking** 130:18
142:13
**aspect** 63:15
92:11 121:13
125:5 143:11
202:10,25
208:11,16,25
211:8,14
212:19
**aspects** 126:2
**assemblage**
115:5,6
**assemblages**
45:21 94:14
108:10 111:7
113:12 172:18
173:23 187:7
**assembled** 160:8
**assertion** 156:25
165:19
**assignment** 57:7
**assimilated**
231:10
**assist** 29:7
**assistant** 96:25
**assists** 111:16
**associate** 98:3
**associated** 53:18
54:3 60:8
62:22 63:18
65:16 66:10
69:22 71:10
123:23 124:10
167:18 170:7
184:7 188:13
206:23 215:16
**association** 60:5
175:13,20
176:10
**assume** 29:12
37:17 38:1
61:23 91:4,18
111:15 113:17

Laura Webb, Ph.D.

122:2 225:19
**Assumes** 219:4
**assuming** 33:10
  181:19
**assumption**
  33:11
**Athens** 99:23
  100:20
**atom** 89:24
**atoms** 104:20
  105:18
**attached** 6:10
  7:2 8:2 9:2
  10:2 244:10
  246:8
**attacking**
  144:21
**attain** 151:19
**attend** 90:20
**attention** 97:7
**attenuated**
  100:12
**attorney** 244:12
**attract** 152:5
**audience** 184:3
**Austin** 3:24
**author** 216:19
**authored** 115:24
**available** 30:8
  32:21 135:2
  146:1 154:25
  158:11 169:24
**Avenue** 5:6
**average** 230:1
**aware** 115:11,17
  115:18 116:1
  128:9 137:7
  149:15,18,19
  209:10
**awareness**
  115:22
**awkward**
  238:19

___

**B**

**B** 6:9 7:1 8:1 9:1
  10:1 53:2,16

55:10 70:25
71:4 224:17
236:15
**baby** 40:25
  41:14,15
  184:10
**Bachelor** 88:24
**back** 37:5 38:19
  49:19,25 50:3
  51:4 53:6
  65:14 79:6,20
  80:4 81:10
  85:4 87:1 88:4
  88:7 90:12,16
  94:2,7,18,23
  95:19,22 96:3
  109:3 118:9
  122:2,5 127:10
  142:11 149:11
  149:14 152:22
  163:19 173:2
  182:16 184:5
  194:9 200:14
  200:17 213:4
  214:2,20
  220:11 223:8
  227:24 235:12
**backdrop** 27:9
  48:14
**backdrops**
  23:16
**background**
  25:11 38:16
  88:9 103:4
  190:15
**Bacon** 27:2
  83:22
**Bad** 114:1
**balance** 230:15
**ball** 64:8
**ballpark** 190:24
**Balzers** 102:11
**banding** 67:17
**barometer-type**
  105:1
**barrel** 121:13
**BARRIE** 3:5

**base** 118:24
**based** 33:1
  36:23 37:8
  40:4,12 53:21
  90:2 92:17
  154:9 156:14
  157:1 180:15
  183:6 184:6
  190:20,20
  206:5
**basement**
  172:15
**basic** 57:8,10
  92:14
**basically** 23:15
  34:7 35:23
  36:3 39:22
  44:15 45:9
  47:15 48:7,13
  52:13 54:16
  56:2 59:8
  60:10 63:13
  64:12,20 67:15
  75:1 78:13
  79:12 82:9
  89:11 90:5
  92:19 93:22
  95:4,6 99:24
  103:22 104:15
  104:16 106:5
  128:25 129:10
  129:21 143:7
  148:10 157:15
  160:7 161:7
  166:1 173:1,15
  173:21 180:2
  185:21 191:17
  192:4,8 195:8
  195:12 196:2
  230:15 232:13
  233:20
**basin** 98:23
**basis** 75:19
**Bates** 9:11
  201:11 210:15
  214:6
**beam** 104:16,16

106:13
**Bear** 204:16
**bearing** 91:1
  201:10 234:15
**bears** 214:6
**BEASLEY** 3:15
**beast** 157:20
**beautiful** 99:4
**bedrock** 6:22
  7:5,10,14,18
  7:22 8:4,8,14
  23:18 27:9
  48:12 51:8
  54:2,6,17
  55:18 62:19
  69:18 71:6
  177:6 178:1
**began** 26:25
  27:5 38:17
**beginning** 100:7
**begins** 154:22
**BEHALF** 4:3,18
  5:3
**belatedly** 76:23
**believe** 15:22
  19:1 20:19
  26:10 42:14
  70:7,13 72:10
  73:11 88:17
  128:19 141:18
  150:8,21
  174:12 179:15
  187:12 190:8
  191:10 193:9
  205:8 222:1,3
  223:15,17
  224:24 225:11
  228:8 232:17
  234:4 235:15
  236:17 237:2
  240:9
**belt** 61:17 77:18
  160:24 198:12
**belts** 94:12
**Belvidere** 75:25
  222:16
**beneficiation**

138:16 151:17
  186:17
**best** 30:8,9
  38:13 44:8
  121:20 147:9
  185:7 240:3,10
**better** 29:15
  33:5 53:4,4
  54:9 85:16
  152:4 171:22
  183:18 213:17
  215:1,2
**beyond** 38:14
  152:18 182:14
  208:13
**BIDDLE** 4:6
**big** 64:9 75:15
  75:21 97:7
  128:3 159:18
**bigger** 82:13
**BILLINGS-K...**
  4:19
**billion** 219:18
**bio** 8:23 108:24
**biotite** 105:9
  168:23
**birth** 48:7
**bit** 19:5 20:22
  67:5 80:19
  124:4 127:3
  181:2 192:3,3
  213:11 215:1
  223:12 233:6
**bits** 94:3
**black** 168:24
  204:15
**blackwall**
  168:16,18
  184:15,22
  185:12,13,17
  185:19
**blast** 132:24
**Bless** 56:5
**blindfolded**
  217:4
**blob** 44:9
**block** 99:11

Case 3:16-md-02738-MAS-RLS    Document 32996-10    Filed 07/23/24    Page 68 of 104
PageID: 191212
Laura Webb, Ph.D.

Page 250

**Blount** 203:15
**blow** 213:11
**blowing** 43:4
**blueschist** 189:3
**bodies** 24:14,17
 27:8 30:4
 60:14 125:21
 129:24 137:12
 157:20 160:6,9
 161:20 164:25
 166:14 173:15
 176:8 180:13
 185:6 216:8
 222:5
**body** 14:5 46:13
 58:7 63:17
 153:11 159:13
 174:14 178:22
 180:16 184:24
 222:18
**boils** 153:8
**bolster** 142:16
**bolt** 34:11
**bond** 97:16
**bonded** 108:1
**book** 8:20
**bottom** 189:13
**boundaries**
 161:7 173:19
 187:3 221:11
 230:14 233:3
**boundary** 48:9
 48:10 64:23
 188:7 230:19
**bounds** 64:5
**box** 9:13 118:14
 170:16 223:24
 224:9 227:1,7
 227:9,11
**boxes** 223:15,23
**boy** 224:17
**bracket** 129:10
 153:12
**bracketed**
 129:24
**bracketing**
 129:3 166:14

**break** 13:12
 49:19 79:20
 87:7,9,13,17
 87:18,22
 144:24 149:5
 182:25 183:21
 200:5 232:20
**breakdown**
 186:18
**breathing**
 102:24
**briefly** 47:4
**brighter** 106:10
**bring** 95:19
 127:9 143:9
 223:14
**brittle** 160:13
 189:7 192:7
**brittlely** 66:8
 191:15
**broad** 113:9
 157:15
**broader** 32:9
 126:4
**broadly** 178:18
**broken** 208:17
**Brooke** 147:15
**brought** 84:3,5
 94:7 95:22
 112:14
**brown** 187:19
**build** 97:5
 118:23 159:19
**built** 102:25
 172:7
**bulk** 45:20
 90:22 91:15,23
 124:12 125:25
 165:15 180:14
 181:5 184:24
 187:8 208:19
**bulky** 53:1
**bundles** 156:22
 207:24 208:20
 211:13
**Bureau** 236:3
**buried** 242:3

**Burlington** 1:17
 2:6 11:8 14:12
 130:4
**Burns** 3:4,7 6:3
 11:19,22 12:25
 13:2,4 16:1
 20:3,6 30:10
 31:7,19 32:11
 32:19 33:9,17
 34:2 35:4,10
 36:18 37:4,14
 38:7 41:7,12
 41:13,21,24
 42:5 47:18
 49:18 50:2
 53:6,14 55:8
 55:15 56:5,6
 59:15 60:4
 62:5,13 66:21
 68:9,19 69:11
 70:22 71:3
 72:2,5,8 76:18
 77:1,12 78:25
 79:14,21,22
 80:16 84:24
 86:17,20,25
 87:6,16,19,23
 88:6 93:15
 106:16,24,25
 108:23 111:25
 115:16 118:1,5
 118:11 128:7
 130:2,17
 131:16,24
 132:6,8 139:15
 140:25 144:22
 146:24 147:6
 149:4,13 150:3
 150:6,7 151:10
 152:11,23
 153:14 154:10
 155:24 157:3
 162:5,18 163:1
 163:7,15 164:4
 164:13,19
 165:3 166:24
 167:9 168:6

 169:4,10,13
 170:13,23
 171:5,15 174:9
 176:15,19,23
 176:25 177:18
 177:21,23
 178:12,15
 180:22 182:3
 183:12,22,25
 184:2,4 186:6
 189:14,18
 190:1,5,6
 191:11 192:24
 193:8 194:16
 194:22 196:12
 196:19 197:11
 198:7,24 199:6
 199:19,23
 200:4,6,16,22
 201:1 204:8
 206:1 208:7
 209:3,7 210:5
 210:6,13
 212:11,21
 213:1,15,18,23
 214:4 216:17
 217:3,11,19
 218:3,22 219:1
 219:11,20
 220:23 221:22
 222:22 223:3
 223:10,12,22
 224:6,8,15
 225:18,22
 226:12,14,19
 226:23 227:4,8
 227:16,19
 228:3 231:16
 235:7,14
 236:13,22
 237:25 238:7
 238:12 239:6
 239:11,15,18
 241:19,22
 242:8,14
**Buzon** 128:14
 128:16

**C**
**C** 3:1 6:1 11:1
 45:24 46:5
 53:2,16 65:21
 65:22 168:12
 172:22,22
 175:9 184:6
 187:19 228:5
 236:15
**C-H-A-N-G**
 178:11
**Cadoppi** 174:6
**calcareous**
 179:18
**calcite** 232:18
 232:23
**calcium** 179:17
 185:3,9,11
 232:16,17,22
**calculate** 90:10
 110:22
**California**
 222:16
**call** 41:4 45:18
 64:6 99:23
 121:3 148:10
 150:21
**calling** 242:1
**calls** 205:20
**Cambrian** 90:12
**capable** 151:7
**capacity** 114:9
**capture** 132:3
 188:25
**captured** 122:17
**car** 130:7
**carbon** 94:3
 161:16
**carbonate**
 173:16 182:9
 230:22 232:18
**career** 112:22
**careers** 142:4
**carefully** 123:14
 244:2
**Carlton** 45:1,6

Laura Webb, Ph.D.

Page 251

carry 28:6
case 13:17 31:10
  45:2 52:12
  56:9 60:3 84:5
  90:18 105:17
  117:3 122:22
  124:3,6 125:3
  126:8 127:5,15
  127:24 128:6
  130:10,19
  139:20 142:6
  147:19 161:1
  167:14,21,21
  173:4,17
  193:24 195:16
  195:21 221:25
  225:20 230:8
  232:19 240:1
  240:13
cases 1:12 20:16
  21:7 24:17
  39:17 42:19
  63:25 75:6
  109:13 112:14
  168:23 175:1
  209:19,20
  212:4
categories
  119:12
category 152:15
cathodolumin...
  106:2,4
Causation 6:13
  17:3 19:11
cause 75:12
  101:9 211:2
  216:2
caution 144:7,11
Cavendish 7:23
  62:19
Celsius 190:23
Cenozoic 172:6
center 46:12
  130:10,19
centigrade
  45:25
centimeters

63:25
certain 24:14
  43:4 76:4,6
  90:20,24,24
  91:2 113:8
  121:14 122:3
  150:19 187:6
  208:11
certainly 13:19
  37:20 38:16
  80:14 107:13
  107:17 108:5
  121:21 159:8
  197:12 198:16
  204:12
certificate 243:1
  243:13,19
certification
  243:21
Certified 243:1
  243:2
certify 243:3
  246:3
certifying
  243:25
cetera 51:25
  66:20 75:25
  80:6 115:6
  117:1 121:22
  123:19 140:6
  149:25 159:5
  173:25
CHACHKES
  4:12
challenges
  100:18
Champlain
  98:23
chance 12:8
  201:21
Chang 178:2,5
  178:10
change 39:12
  72:22 181:5,14
  245:4
changed 47:11
  47:21 177:12

229:11
changes 29:1
  244:8 246:6
changing 161:7
characterizati...
  12:14,19 215:7
  215:11,12
characters
  169:20 170:9
  170:12
CHAREST 3:7
charge 34:8
  124:6,17
  155:22
charged 18:15
Charles 10:5
  237:11
Charlie 228:5
check 15:8 80:4
  87:4 234:11
checked 88:17
checking 118:14
chemical 104:3
  124:23 161:6
  167:22 170:8
  173:10,18
  179:18 181:11
  181:18,23
  191:20 195:11
  195:11 211:16
  232:14
chemicals
  230:13
chemistries
  156:12
chemistry
  126:19 185:5
  230:17
chemographic
  179:16 180:5
Cherry 2:5
Chester 8:5,21
  21:11 25:11,16
  26:13,18 28:1
  43:17 44:1,4
  45:1,6 46:8,11
  48:24 49:9

63:11,19 64:5
  64:13 66:11
  69:19 70:10,19
  71:22 72:12
  98:18 99:18
  101:10 129:3
  198:21
Chidester
  159:14,22
China 40:21
  93:8 95:4
  116:23 133:15
  138:20 152:1
  157:22,23
  163:19 165:10
  168:7 169:16
  174:21 180:23
  182:5
Chinese 9:4
  134:7 169:18
  169:19 170:3
  170:11 171:22
  174:15 228:7
  228:12
chipping 119:15
chips 122:7
chisel 119:23
chlorite 168:14
  168:22
chlorite/amph...
  206:23
chloritic 168:4
chloritized
  210:21
choose 95:20
  99:15
choosing 48:22
Chromium
  219:23
chrysotile 60:23
  61:4,7,16,23
  160:16 161:20
  163:9 179:4,10
  187:13,16,17
  195:11 212:17
cigar 64:10
cinders 207:4,12

cinders.' 206:25
circle 188:22,24
circled 189:23
circles 189:12
circumstances
  163:9 190:20
  193:10,15,16
citation 21:2,3
  74:21 77:9
  178:14,25
  236:7
citations 21:9
  74:12 75:18
  125:13 235:25
cite 42:18
  165:25 174:6
  179:1
cited 9:17 21:23
  22:2 24:3 25:6
  43:12 73:11,18
  74:5 75:6,7,8
  115:24 174:10
  176:17 221:5
claim 36:16 76:4
claims 130:20
  203:11
clarify 13:21
  161:13
classroom 110:7
clean 213:10,14
  226:25 227:15
clear 34:20,22
  36:9 50:18
  61:21 81:21
  143:22 145:23
  146:14 162:6
  189:25 190:4
  208:19 225:10
  233:4 241:23
clearcut 160:2
  161:19 217:18
clearer 31:20
clearly 31:23
  49:8
cleavage 140:19
  143:20 156:21
  184:13 186:8,9

Case 3:16-md-02738-MAS-RLS   Document 32996-10   Filed 07/23/24   Page 70 of 104
PageID: 191214
Laura Webb, Ph.D.

Page 252

| | | | | |
|---|---|---|---|---|
| 186:19 | comes 99:12 | completed 38:20 | conditions 34:13 | consider 12:8 |
| Cleveland 5:7 | 103:6 159:14 | completely | 45:22 46:3 | 77:24 107:11 |
| Clifton 204:17 | comfortably | 229:18 | 65:8,18 66:4 | 145:13 153:25 |
| close 118:13 | 197:8 | complex 28:22 | 103:15 123:8 | 175:16,19 |
| 172:25 181:7 | coming 17:20 | 93:10 98:20 | 126:5,17 | 176:12 181:12 |
| 219:12 | 29:7 117:14 | 99:3 | 153:13 160:22 | 199:4,18 |
| closer 161:9 | 121:13 183:22 | complicated | 161:3,15,24 | 241:14 |
| co-PI 117:15,17 | 183:24 185:25 | 23:17 172:4 | 162:3 187:5 | considered 12:1 |
| Co-principal | 191:6 | component | 188:1,11,14,24 | 178:19 230:10 |
| 117:18 | comment 145:4 | 78:15 195:11 | 190:9,25 | considering |
| coach 146:16,20 | 220:8 | components | 191:23 192:11 | 31:1 |
| coaching 146:22 | Commerce 3:17 | 181:12,18,20 | 192:18 193:1,7 | consistent 203:7 |
| cobalt 219:21 | commission | 181:24 191:20 | 193:23 194:5 | 204:24 206:11 |
| code 222:7 | 97:6 246:17 | composition | 194:12 196:25 | constantly 73:20 |
| codes 220:15,16 | commitment | 34:12 45:20 | 205:24 221:13 | constituency |
| 221:16,16,24 | 85:21 | 90:23 91:15,23 | 234:1,24 | 216:4 |
| coesite 94:5 | common 22:1 | 124:12 161:8,9 | conducted | constituent |
| collage 160:7 | 66:6 164:16 | 165:15 173:21 | 112:23 115:7 | 130:12,20 |
| collect 118:18 | 189:9 196:5 | 180:15 181:6 | 127:6 133:17 | constitute 198:8 |
| 128:4 | 197:15 234:8 | 184:25 187:8 | 133:20 136:24 | 223:17 |
| collecting | commonly | compositional | 137:5,16,19 | constraint |
| 109:15 | 65:15 190:11 | 67:17 | 138:3 | 172:16 |
| collection | communicated | compositions | conducting | construction |
| 116:25 208:4 | 148:2,22 | 125:25 | 202:8 | 102:18 |
| collision 93:22 | communicatio... | computer 49:4 | confer 70:14 | consultancy |
| 172:7 | 86:10 144:12 | 50:22 | 215:5 | 144:9,13,14 |
| collisional 28:23 | companies | concentrated | conferences | consulted |
| colloquy 223:13 | 151:5 | 230:2 | 116:7 | 132:18 133:8 |
| color 54:8 70:16 | company 33:20 | concentration | conferred 39:23 | consulting 85:6 |
| 70:17 168:24 | 199:3 | 104:25 | conferring | 106:18 107:5,9 |
| 179:23 | compare 129:13 | concentrations | 139:14 177:22 | 107:10 142:15 |
| colored 54:7 | compared 24:18 | 104:5 106:9 | confirm 40:13 | 149:24 |
| 55:22 57:6 | 46:8,11 182:1 | 220:6 | 125:15 222:2 | contact 168:21 |
| 70:15 220:19 | comparison | concept 182:15 | 224:18 225:8 | 206:20 |
| column 80:24 | 54:10 168:25 | concern 41:8 | 225:21 226:15 | contacting |
| 82:18,20,23 | compilation | 175:14,21 | 226:17 | 210:23 |
| 83:1,9 192:2 | 24:16 30:9,11 | 202:7 203:18 | confirmed 40:1 | contacts 206:22 |
| combinations | 38:21 39:11 | concerned 61:18 | 212:13 | contain 20:24 |
| 187:6 | 226:8 | 125:18 198:17 | confused 50:13 | 21:3 59:24 |
| combine 181:18 | compile 36:8 | 203:21 204:22 | 180:10 | contained 6:19 |
| come 39:18 | compiled 140:5 | concluded | confusion 20:22 | 16:6 17:8 |
| 49:19 73:23 | compiling 26:25 | 242:22 | conjunction | 50:11 127:11 |
| 94:18 115:24 | 27:5 28:14 | conclusions | 61:10 | 217:6 |
| 141:19 143:1 | 38:17 | 100:25 144:4 | connecting | containing |
| 159:23 176:4 | complete 18:23 | 171:17 | 196:3 | 91:19 |
| 177:14 185:21 | 38:14 42:6 | condition | consensus | contains 19:5 |
| 231:20,24 | 240:3,10 | 229:22 | 172:14 | 20:8 154:12 |

Laura Webb, Ph.D.

Page 253

201:25 210:19
229:16
**contaminants**
138:13
**contamination**
32:2 34:25
35:13 36:12
**content** 229:25
230:3,4 231:4
**context** 32:24
36:3 60:6
111:1,2,3
112:9,10,24
114:18,19
115:6 116:5
140:13 198:9
211:11 240:4
**continent**
167:13
**continent's**
193:12
**continental**
93:22,24 95:7
99:11 110:10
192:14 233:22
234:9
**continue** 195:16
**continued** 4:1
5:1 7:1 8:1 9:1
10:1 148:16
**continues**
195:17
**continuous**
82:14
**continuum**
66:17
**contour** 47:24
**contrary** 73:24
**contrast** 108:2
**contribute**
232:7
**contributed**
56:16 232:3
**contributing**
232:17
**control** 44:24
243:24

**controlled** 34:11
41:10 103:14
**conversation**
140:7,9,14
142:3,8,11
**conversations**
141:11 147:18
147:21
**convinces** 206:8
**Cook** 124:19
155:7 157:6
158:1 235:16
**Cooper** 143:2,3
**coordinates**
39:19 95:5
123:22 175:1,2
**copies** 241:4
**copy** 70:17
131:19 150:9
213:10 227:15
243:11
**core** 9:10 44:21
45:11 46:11
64:16,19 93:9
100:12 126:10
132:21 136:6,9
199:2 210:17
216:4
**cores** 135:7,10
135:17,23,25
204:15
**Corners** 178:14
179:4,10
**correct** 16:24,25
25:18 27:4
39:13 46:20
49:8 61:25
72:12,13 77:7
82:23,24 86:1
89:3,7 96:10
96:22 98:2
109:5 130:13
132:1 133:16
138:8 139:3
141:16 150:9
155:8 162:10
167:5 179:20

184:17 186:8
190:10 199:24
230:6 231:1,6
231:25 235:17
237:6,15
240:18 243:11
246:4
**corrections**
244:3,5 246:6
**correctly** 55:11
110:13 155:3
188:23 201:15
204:18 210:24
**correlate** 170:2
**correspond** 21:4
23:9 24:7
53:17 55:16
62:17 69:17
**Corresponden...**
9:5,8 210:17
**corresponds**
72:10
**cosmetic** 76:24
117:4 137:13
150:22 151:16
152:5 153:20
160:23 203:12
203:16
**coterminous**
234:13
**counsel** 11:11
14:3,7 18:7
19:17 37:25
50:9 51:1
77:11 86:10
88:12 107:4
131:19 139:14
169:23 177:22
223:13,13,16
223:25
**count** 12:3
**Counties** 8:11
8:17 71:8
**counting** 209:17
**country** 168:21
222:5
**County** 6:24 7:7

7:12,24 8:6
51:9 62:20
69:20
**couple** 13:11
83:21 109:8
148:13 210:22
222:22 224:10
238:19 241:19
**coupled** 105:12
111:8 151:19
191:19
**course** 13:20
14:23 58:25
124:13,18
200:6
**courses** 110:5
**court** 1:1 2:15
11:13 12:11
52:9 146:10
244:15
**cover** 15:6 41:8
242:12
**create** 40:9
234:1
**created** 47:14
50:21 78:13
81:17,18 82:1
144:14
**creating** 28:15
**creation** 191:1
193:1 197:21
**criteria** 209:17
209:24
**criterion** 210:3
211:9,10
**critical** 28:16
76:17
**criticism** 155:25
**criticisms**
179:11
**criticizing**
158:19
**cross** 7:9 100:10
123:24 190:12
195:5,22
222:20
**CROSS-EXA...**

238:15
**crosscuts** 67:12
**CROW** 3:15
**crushing** 186:18
**crust** 192:8,15
233:23 234:6,9
**crystallization**
68:2
**crystallograp...**
65:25
**crystals** 107:24
202:25
**CSR** 243:18
**cumulative**
126:23
**curious** 140:3
142:23
**current** 88:16
**currently** 99:20
**curriculum**
240:14
**curve** 187:13,19
**curved** 208:21
**customer**
203:20
**cut** 25:13 100:15
120:1,10,18
122:7
**cutoff** 210:3
**cutoffs** 209:18
**cuts** 121:19
**CV** 88:12,16,18
101:17 106:17
**Cyprus** 9:6
201:13,16
203:11,17,18
203:21 204:16
**CZU** 222:4

**D**

**D** 3:5 11:1
**D-A-L-L** 26:4,6
**D-O-L-L** 26:7,8
**D.C** 4:22
**Dabie** 93:3
**Dallas** 3:10 13:6
**Darby** 22:16

Laura Webb, Ph.D.

Page 254

141:15
**dark** 168:25
**dashed** 187:19
**data** 7:4 12:19
  30:9,12 32:23
  33:15,19 63:4
  63:6 78:24
  110:9,16 111:6
  129:17,19
  140:4,17
  142:12 143:5,8
  143:11,20
  144:1 145:6,8
  145:16,19
  146:3,7 154:24
  156:14,24
  157:9,10
  158:14 159:13
  177:14 180:15
  182:4 198:22
  199:13 238:3
**database** 9:17
  39:9
**dataset** 144:1
**datasets** 143:8
**date** 11:5 23:24
  30:8 90:16
  94:16 96:4
  101:25 105:23
  110:20 243:15
  244:7 246:11
**dated** 9:5,8
  16:16 111:1
  201:12 215:15
**dates** 14:9,19
  39:5
**dating** 89:18,21
  91:20 92:19
  94:22 95:21
  96:18 98:10
  99:15 101:1
  102:17 104:24
  105:25 122:24
  123:2
**Daubert** 6:13
  17:3 19:11
**daughter** 90:7

**David** 5:11 11:4
**day** 13:20 15:5
  40:18 69:15
  246:16
**day-to-day**
  33:21
**days** 18:14
  244:12
**dead** 75:11
**deal** 34:15
**deals** 84:12
**decades** 58:8,9
  127:25
**decay** 90:2
**decide** 146:11
**deduce** 146:4
**deemed** 244:15
**deep** 50:6
  192:14,14
**deepest** 44:20
**default** 233:11
  233:15
**defect-free**
  211:15
**DEFENDANTS**
  4:3
**Defendants'**
  6:18 16:5 17:7
**defense** 223:13
  223:16
**define** 21:21
  60:21 113:18
  207:11
**defined** 67:16,17
**definitely**
  113:21 227:6
**definition**
  185:13 203:8
**definitions**
  151:16
**deform** 191:14
**deformation**
  61:14 64:11,22
  65:4,10,14
  66:2,3,6,18
  67:15 89:15,19
  92:16 94:15

111:8 119:10
122:21 126:12
167:18 189:6
192:17
**deformations**
  120:16
**deformed** 65:11
  65:12,13
**deforming**
  65:25 66:7
  161:4
**degree** 65:21
  89:5
**degrees** 45:24
  46:5 65:22
  151:24 168:12
  172:22,22,25
  187:19 190:22
**Del** 174:8
**delineate** 221:11
**Demo** 242:13
**demonstrate**
  161:11 172:13
**demonstrated**
  162:15,16
**demonstrating**
  195:15
**demonstrative**
  10:7,8 15:3
  121:9 131:18
  180:4 238:21
  239:2,5,10,23
  240:17 241:25
  242:2
**department**
  9:22 107:22
  117:7,9,19
  122:6 141:20
  147:25 148:13
**depending**
  181:23 195:14
  205:5 209:16
**depends** 31:5
  32:16 33:7,7
  33:24 64:10
  65:17,23 67:23
  68:18 91:22

99:2 105:7
109:16 110:18
111:10 118:21
119:6,17 120:7
123:9,16
155:20 218:20
234:10
**deponent** 11:10
  246:1
**deposed** 13:8
**deposing** 244:12
**deposit** 31:10
  152:3,12
  229:18
**deposition** 1:15
  2:1 6:11,16,20
  7:3 8:3 9:3,14
  10:3 11:7
  12:10 13:5
  14:2,24 15:10
  15:11 16:3,7
  16:15 17:9,18
  17:20 18:2,4,6
  18:12 21:14,15
  22:4,5 36:10
  139:18 141:5
  145:10 218:14
  242:19,21
  244:2,10,13,14
**depositions**
  76:15
**deposits** 32:3
  124:10,15
  138:18 150:22
  151:25 153:3
  153:19,20
  154:1 163:10
  172:1 175:14
  175:21 184:16
  202:1 204:13
  204:17 206:20
  222:10
**depth** 94:1
  192:1 218:13
**depths** 94:1,17
**derived** 59:8
  153:21 158:9

160:23 166:5
166:15 184:11
184:14 204:10
**describe** 52:9
  89:20 90:5
  93:16 101:5
  107:15 118:17
  118:20 125:1
  166:23 168:15
  171:25 188:14
  205:5 212:3
  233:3
**described** 78:17
  99:25 112:2
  126:24 127:5
  132:2 166:2,8
  175:7 193:10
  197:14 204:24
  221:5,19 234:2
**describes**
  107:21 207:8
  230:12 232:11
**describing**
  126:7 127:21
  163:12 196:15
  199:15
**description**
  39:22 56:22
  57:5,8,10,15
  127:14,18
  171:20 188:11
  203:6 206:11
  217:1
**descriptions**
  39:20 52:18
  56:13,24 57:16
  66:14 78:14
  80:13,22
  129:18 164:1,6
  166:13 167:2
  212:10
**design** 102:18
**designated**
  58:20
**designed** 117:22
  132:15,21,24
  133:2,5 138:15

Laura Webb, Ph.D.

desired 185:24
detail 22:21 26:2
  30:3,4,24
  32:13 34:1,18
  38:24 43:5
  51:6 74:2
  86:13 119:5
  125:11 129:12
  142:1 158:6
  166:2,10
  204:24 220:13
  232:12
detailed 24:19
  24:21 29:24
  39:23 42:20
  63:16 75:10
  99:4 100:24
  104:2 129:5,17
  203:6 212:10
details 30:7 54:9
  65:23 69:1
  74:11 76:9
  86:4 126:11
  142:7 147:10
  149:23 157:12
  157:13 167:24
  170:11 176:7
  211:18 219:17
  220:7 238:4
detector 106:5
detectors 103:24
determination
  230:1
determine 27:16
  58:15,21 86:21
  90:8 104:7
  107:24 108:6
  127:10 161:18
  175:3 207:18
  208:12
determining
  25:1 27:7 36:7
detrimental
  215:24 216:11
developed 50:21
  58:1 209:20
development

89:12
devices 102:6
devil 219:16
devise 193:22
  196:23 198:2
Devonian 57:14
DG 57:14
diagram 45:16
  180:5,9,10,21
  182:1 187:2
diagrams
  161:11 179:16
differ 89:23
  113:4 180:25
difference
  107:18
differences
  64:15 100:4
  124:22 126:9
  126:18
different 17:25
  27:8 35:25
  41:12 45:17
  48:13 57:6
  65:8 67:3 70:8
  77:17 78:16
  80:24 83:16
  85:21 89:23
  92:15 94:13,14
  97:7 99:16
  100:2 104:5,14
  105:23 106:5
  107:25 108:9
  108:10,11
  109:21 125:25
  126:1,2,3
  129:7,14
  143:10 157:20
  160:21,24
  161:15 162:2,3
  165:15,15
  167:12,13,13
  168:1,17
  172:12 181:13
  181:24,25
  187:3 189:12
  191:2,2 202:19

202:19 212:6
  220:18,19,20
  220:21 221:16
  226:17
differentiate
  139:6
differently
  171:21
differs 127:5
difficult 23:6
  192:25 220:14
diffused 230:24
diffusion 161:6
  230:13,18
dig 22:2 125:12
  125:24 170:25
  225:8
digital 7:14,18
  54:6 55:18
  74:17
dikes 57:15
  210:22
dioxide 161:16
  232:16
direct 13:1
  44:24 150:8
  171:20 203:9
  243:24
directed 11:24
direction 120:16
directly 43:18
  172:1 226:4
  229:7 236:20
disagreement
  194:2
discern 205:14
disclosed 12:7
  145:24
discount 75:12
discuss 141:24
discussed
  125:10 139:20
discussing 50:9
  50:10 109:3
  137:22 162:9
discussion 9:19
  139:16 158:3

201:25 227:20
  227:23
discussions
  116:6 140:14
dismantling
  243:12
displacement
  63:22,23
dissertation
  92:24 93:17
dissertations
  115:12
distance 65:6
distances 29:2
distinct 78:3
  206:10
distinction
  143:23 151:2
  152:19 153:16
  158:16,22
distinctions
  151:22
distinctly 212:6
distinguish
  40:21 156:13
distribution
  28:18 30:16
  35:25 220:7,21
distributions
  140:5 142:21
DISTRICT 1:1
  1:2
dive 176:6
Dobby 93:4,5
Doctor 37:6
  139:13
doctoral 89:5,9
  92:3,24
document 1:11
  6:19 9:4,16,19
  9:23 10:4 16:6
  16:10,18 17:8
  17:14 19:15
  20:7,8 62:14
  69:10 81:7
  94:13 109:23
  119:8 142:18

169:14,24
  174:15 178:23
  179:5 201:6,10
  201:19,25
  209:14 210:11
  210:15 214:13
  225:11 227:2
  231:13 236:24
  239:20 240:7
  240:19
documentation
  161:24
documented
  60:7 118:22
  143:21 160:10
  160:17 162:1
  165:8 166:22
  194:14 195:5
  198:19 199:2
  220:4 222:15
  234:25
documenting
  95:17
documents 9:11
  9:13 14:25
  15:1,20 17:22
  18:3,6,11,20
  21:22 40:5
  62:3,10 147:4
  149:24 166:9
  166:22 169:17
  170:5 171:6
  174:21,25
  214:17 222:23
  223:16 224:10
  225:3 241:7,12
  241:13
doing 48:15
  76:17 80:19
  102:9 142:15
  142:15 199:21
  241:5 244:6
Doll 23:21 25:7
  26:1,6 28:21
  44:8 47:2,19
  47:22,22 48:1
  48:3,6,16

Laura Webb, Ph.D.

176:11,11,13
177:3,6
**dolomite** 229:8
230:17,20
**dolomitic**
167:14 168:8
**domains** 168:23
**dome** 25:11,17
26:13,18 28:1
43:17,20 44:1
44:5,10,12,15
44:21 45:11
46:8,12 48:24
49:9 63:11,19
64:5,13,17,19
66:11 70:10,19
71:23 98:19
99:18,22,23
100:20 101:4,5
101:10 126:8
129:3 198:21
**dominantly**
195:4
**dominated**
44:15 164:25
**dominating**
181:21
**Dover** 180:17
185:6
**download**
224:25 225:14
226:10
**Dr** 10:9 11:23
12:2 13:3,8
15:2 16:9,11
17:7 19:4 23:1
50:3 52:25
55:16 56:25
69:16 71:4
72:9 87:3 88:7
88:8 108:19
118:12,13
132:12 139:21
139:23 140:20
141:6,8,15,17
142:12,19
145:7,8 147:15

147:24 148:25
149:14,15,16
150:1 155:7,7
155:11,14,18
155:25 157:6,7
200:17,18
201:8 210:8,14
210:19 214:5
220:12 223:11
224:1,10
226:13 228:4
235:15 242:10
**dramatic** 29:1
**draw** 221:11
**drawers** 208:3
**drawing** 158:15
**drawn** 218:4
**drew** 144:16
**drill** 32:4 105:22
106:12 132:21
135:7,10
**drilled** 74:23
**Drilling** 9:10
210:18
**drills** 104:16
**DRINKER** 4:6
**drinking** 200:7
**drive** 128:3
**driven** 31:6,16
127:23
**drives** 111:13
**driving** 130:7,8
**drop** 49:16
**Drs** 124:19
235:16
**Duces** 6:17,21
16:4,8,16
17:10
**ductile** 66:1,17
167:17 192:17
**ductilely** 161:4
**duly** 11:16 243:6
**Dyar** 22:16
141:15,17

---
**E**
---
**E** 3:1,1 6:1,9 7:1

8:1 9:1 10:1
11:1,1 245:2
**e-mail** 148:22
170:21
**earlier** 79:7 99:8
125:10 138:22
139:17 148:3
193:12 228:7
239:21 241:7
**early** 36:9 73:3
82:9 93:23
94:9 172:2
**earth** 23:13
24:16 25:5
39:8 48:11,14
51:22 52:7
113:10
**earth's** 59:8
192:8
**ease** 40:19 41:25
**easiest** 170:24
**easily** 40:21
**East** 204:15
**east-west** 101:14
**eastern** 93:8
99:21 100:5,9
**economic** 154:9
**economically**
154:7
**EDAX** 103:25
**edge** 93:24
**EDS** 103:25
156:12,14,24
**educational**
38:15
**effect** 181:15
**effort** 34:16
**efforts** 124:1
**eight** 148:20
**either** 12:11
78:17 106:12
173:9 192:6
195:18 196:3
237:3
**electron** 97:15
103:20,22
105:3 106:4

117:8,12
137:17 138:4
**electronic**
170:20
**element** 185:3
**elemental** 104:2
**elements** 56:19
67:16 89:22
97:16 104:5
107:25 119:9
161:6 167:23
172:12 220:4
230:13
**Ellis** 5:5 83:21
83:24 84:23,25
85:10 86:1
143:4
**ELMO** 215:1
**elongate** 44:9
46:12 202:10
**elongated** 110:1
**embedded**
172:20
**EMMEL** 3:14
**emphasis** 89:9
**emphasized**
150:21
**employ** 112:21
**employed** 125:2
127:5
**empty** 97:5
**encompass** 82:7
187:25
**encompassed**
185:18
**encountered**
206:20
**ends** 75:11
242:18
**energy** 105:21
**engage** 182:13
**engaged** 146:15
**engagement**
146:8
**England** 225:4
226:5
**English** 169:21

170:9 227:4
228:6
**enjoying** 103:3
**enlisted** 102:4
**ensure** 203:13
**enter** 239:6
**entire** 21:18
22:8 178:22
**entirely** 113:7
**entitled** 6:22 7:4
7:9,14,18,22
8:4,8,14,20
9:16,19,23
10:4 145:10
**entries** 51:7
**entry** 51:13
55:17 62:17
71:5 101:20
106:17
**envelope** 103:1
103:2
**environmental**
89:5
**environments**
66:7
**epidote-amph...**
188:8
**episode** 167:16
**equal** 47:24
**equate** 217:2
**equates** 204:6
**equation** 91:3
**equilibrium**
187:7
**erased** 161:22
163:11
**Eric** 171:1
**Ern** 178:2
**errata** 225:19
226:18 244:4,6
244:9,11 246:8
**especially** 52:16
160:9
**ESQUIRE** 3:4,6
3:13,14,21 4:4
4:5,12,19 5:4
**essential** 185:3

Case 3:16-md-02738-MAS-RLS    Document 32996-10    Filed 07/23/24    Page 75 of 104
PageID: 191219
Laura Webb, Ph.D.

Page 257

establish 39:14
et 23:18,21
  24:17 25:7
  26:16 27:12
  42:15 44:8
  48:1,25 51:25
  54:17 66:20
  74:4 75:25
  80:6 115:6
  117:1 121:22
  123:19 134:22
  140:6 149:25
  159:5 166:4
  171:8,8,8,9,12
  173:25 174:6,7
  176:3 177:10
  221:1,9
evaluate 33:15
Evans 187:14,20
event 44:18
  61:20 160:2,18
  161:2 172:7,23
  221:13
events 35:22
  60:17 99:6,16
  101:11 159:19
  181:5
everybody
  194:1
evidence 36:15
  162:7,12,15
  163:21,24
  172:21 175:11
  193:24 194:15
  196:14 198:6,8
  199:4,11,21,25
  200:19,19
  202:6
evolution 36:4
  108:16 110:3
  158:7 166:4
evolve 110:11
exact 27:7,17
  39:5 76:16
  236:7
exactly 29:3
  97:12

examination 6:2
  13:1 241:21
  243:8
examinations
  122:3
examine 207:17
examined 11:17
  116:14,17
examining
  112:9 117:4
example 24:14
  27:11,15 28:10
  30:21 32:20
  39:21 40:3
  42:13 44:25
  45:15 57:13
  59:13,19 74:4
  74:16 91:11
  105:25 106:10
  107:22 109:24
  110:2 116:1
  119:2 124:22
  128:20 156:10
  175:2 187:4
  193:18 194:17
  202:24
examples 59:11
  91:8
Excel 79:18
  82:15 143:10
  225:14
exception
  223:19
Excerpt 8:20
exchange
  167:22 173:18
excimer 105:19
exclude 132:4
  205:17 206:3
  211:22
exclusively
  123:3,4
excuse 20:1
  41:18 48:7
  56:4 89:17
  143:13 183:16
  183:16 231:8

executive
  154:13,20
exhausted 87:3
exhibit 15:21,23
  16:2,2,5,14
  17:2,7 19:3
  23:1,2 38:18
  50:5,11 53:12
  55:9,10,12
  62:10,11,14,16
  62:17 68:22
  69:5,7,16
  70:23 71:1
  72:3,6,9 78:7
  108:19,20
  131:21 150:9
  169:3,11,14
  174:15 200:24
  201:3,10 210:7
  210:9,14
  212:22 214:5,8
  214:9,10,13
  220:11 223:23
  224:9,13,21
  227:1 228:1,5
  236:9 238:5,10
  238:25 240:8
  241:8,8,8,24
  242:6
Exhibits 6:11
  7:3 8:3 9:3
  10:3 53:2,16
  71:4
exhumation
  92:25 93:20
  94:16
exist 162:22
  193:1
existed 39:4
  177:9
existing 111:12
  118:23 228:17
  230:9
exists 31:18
expect 45:19
  61:19 184:23
  185:1 194:13

  235:2
experience
  31:22 33:21
  38:15 66:15
  88:10 99:19
  103:19 106:18
  107:6,9 156:10
  239:25 240:12
experienced
  125:24 221:12
experiments
  116:2
expert 6:12
  13:22 17:2
  19:10 21:17,25
  22:7,16 107:23
  113:8 139:18
  140:21 141:5
  141:14 147:14
  149:16,21
  150:10 152:20
  156:17 240:6
expertise 85:17
  89:12 101:18
  107:14,17
  109:4 152:19
  190:16 207:21
  208:14
experts 157:7
experts' 154:23
  155:6
expires 246:17
explain 45:14
  64:4 150:24
explanation
  124:9 194:19
exploration
  143:14
explore 142:24
explores 166:10
exploring
  143:10
exposed 43:19
  234:15
exposure 118:25
  120:25 121:1,5
  121:6,18

exposures
  100:10 204:15
expressed 73:25
extend 189:2
extending
  210:22
extensive 125:8
extent 144:8
  145:18
external 229:19
extracted
  152:13
extraction 33:22
  102:19 151:8
extrapolate
  211:19
extreme 61:14
  151:24 181:5
extremely
  162:25 163:6
  180:13
eyeball 144:21
eyelash 144:21
  152:22

**F**

F 4:21
fabric 67:12,22
  120:9
fabrics 94:15
face 216:15
  217:7
facies 44:23
  45:18 46:3
  168:10 187:4,5
  188:8,18 189:3
facility 122:7
fact 47:15 66:9
  211:22
factor 77:19
faculty 107:22
fail 154:23
  244:14
failed 107:4
  157:8
failing 146:5
fair 29:16 32:3

Laura Webb, Ph.D.

Page 258

33:4,11 41:21
46:24 50:23
91:18,20 95:25
112:1 127:14
134:16 152:2
153:5 159:1
190:5 201:24
206:15 224:3,4
228:15
**fall** 97:24 152:14
**familiar** 13:23
17:13 148:1
173:3 178:3
207:3 218:8
222:8 236:1
**fans** 184:3
**far** 38:19 42:7
77:17 130:4
161:17 223:21
223:22
**FARIES** 3:21
**farthest** 98:19
**fashion** 161:19
197:22
**fast** 94:18
103:12
**fault** 63:19,20
63:21 64:2
65:16,19 66:10
95:3 99:9,13
120:21 202:23
**faulting** 64:20
122:21
**faults** 30:18
68:16 167:18
**favor** 188:25
**favorable**
192:19 193:16
**favoring** 188:12
**Fe** 83:10
**feature** 67:12
119:24
**features** 66:14
**February** 10:6
**fee** 85:7
**feed** 237:9
**feeds** 43:23

**feel** 34:5 128:2
129:23 207:10
217:24 219:8
**Fellowship**
148:9,20
**felt** 32:25 76:6
129:25
**fiber** 205:6
222:20
**fiber's** 204:2
**fibers** 190:12,12
191:17 195:6
195:23,24
202:24 206:12
208:12 222:9,9
222:12
**fibre** 203:16
**fibres** 203:12
**fibrils** 156:22
195:13,21
196:2 207:23
207:24 208:20
211:13
**fibrous** 9:25
163:21,25
164:15 165:2,6
202:3,9,13,18
202:22 203:22
203:23 204:13
205:6 206:12
210:20 211:3
211:19 212:3
**field** 31:24 67:10
109:14,22
111:9 112:10
118:18 119:25
127:22 128:4
133:17,20
198:23 206:9
**field-based**
109:11,12
111:16 112:3,8
112:17 127:7
**fifth** 26:10 71:5
204:20 234:8
**fight** 19:7
**fights** 192:5

**figure** 12:22
21:1 45:16
47:16 54:14
79:16 94:23
166:5 175:4,7
179:15 180:3
183:7 186:25
187:1 188:11
189:13 190:18
220:14 222:24
224:11
**figured** 12:12
**file** 21:7 51:10
79:18 82:15
225:14
**files** 17:21 50:12
51:1,21 71:14
**Fill** 149:6
**filled** 97:15
195:9
**filling** 66:19
68:5 195:2
198:13
**final** 83:1
**finally** 242:10
**find** 39:24 73:5
79:14 90:25
121:17 170:15
170:20 174:16
178:7 182:6
200:1 216:24
227:10,14
**finding** 31:17
56:11 68:24
92:18 183:19
**findings** 139:21
164:7 216:4
**fine** 25:14 32:13
41:4,7,22 42:1
50:15 87:19
144:25 146:12
169:8 239:8
**finer** 30:6
**finished** 164:2
**finite** 29:24 32:4
**firmly** 188:6
**firms** 106:19

**first** 11:16 15:9
15:21 19:4,4
20:12 23:19,23
24:15 25:12,16
26:3 27:1,11
38:23 43:6
51:6 73:1
74:20 80:23
81:7,9 82:18
82:20 94:9,17
97:4 101:12,20
109:10,10
115:24 125:13
155:5 175:10
214:18 215:9
220:15 223:12
224:16,19
**fissure** 66:23,25
**fissures** 65:15
66:5,10
**fit** 112:6 132:4
**fits** 181:8
**five** 20:12 23:3
50:10 51:6
117:20 178:14
179:4,10
**flank** 64:17
**flat** 64:9
**flexibility**
211:14
**Flipping** 83:20
**fluid** 61:10
126:18 195:10
**fluids** 34:14
67:25 68:15
160:14 161:15
167:20 191:19
**FLW** 1:6
**focus** 58:25
89:14 97:2,7
98:6,15 122:25
128:8 165:10
213:4 214:16
**focused** 92:10
92:11,13,19,22
112:25 113:7
218:10

**focusing** 25:16
163:18,20
44:20
**folded** 35:23
44:20
**folder** 51:23
**folding** 101:7,10
101:14
**foliage** 100:17
**foliated** 67:14
**foliation** 67:20
120:9,10 121:7
**foliations**
109:25
**follow** 58:19
68:16 74:11
75:9 131:20
**follow-on**
162:19
**follow-up**
241:20
**following** 85:25
86:3 210:20
**follows** 11:17
**font** 178:6
**Fontane** 171:21
184:11 188:3,8
190:19 194:6
**football-shaped**
102:15
**fora** 116:7
**forces** 101:9
**foregoing** 243:4
243:21 246:3
**forget** 178:25
**forgive** 180:9
**form** 30:1 31:3
31:14 32:7,14
33:6,12,23
35:3 36:14
37:10 38:4
47:12 59:12,25
62:1 66:12
67:16 68:7,14
76:11,22 77:4
78:22 79:12
80:10,18 86:14
94:15 106:22

Laura Webb, Ph.D.

Page 259

111:21 113:14
115:14 127:16
128:24 130:14
131:6 140:22
146:25 147:2,3
151:9 152:7,16
153:6 154:2
155:19 156:2
159:6 162:13
162:24 163:3
163:13,23
164:9,17,21
166:18 167:6
168:5 170:20
173:13 174:4
180:1 181:16
186:1,3 189:9
190:9 191:9
193:4,15,20
194:21 196:9
196:18 197:3
197:24 198:10
199:9,22
203:25 205:11
205:13,20
207:20 209:13
211:25 212:15
216:6,20 217:8
217:14,22
218:18 219:4
220:17 221:21
230:16 231:12
232:4,4 234:22
246:7
**formalize** 145:9
**format** 81:1
147:5
**formation** 99:25
104:8 108:15
113:15 117:24
166:7 170:7
174:22,24
188:12,25
192:12 194:3,6
197:15 229:15
229:21 232:8
232:18 241:15

**formations**
34:24 111:19
126:18
**formed** 46:10
60:11 61:8
67:24 99:8,9
153:13 159:25
161:21 165:14
166:15 172:1
172:15 173:9
176:8 188:2
190:22 193:11
194:18 232:23
234:25
**forming** 159:11
160:1,13 161:3
162:1 193:6
**forms** 44:17
67:24 160:3,16
160:19 162:4
165:5 194:11
**formula** 82:23
173:10 195:12
**forth** 243:5
**forward** 85:18
**fossil** 113:7
**found** 30:2 61:5
73:7 75:11
95:15 112:10
125:9 167:11
179:3 184:10
223:21 227:9
**four** 12:5 15:6
228:24
**fourth** 15:17
25:23 69:17
203:10 214:16
**fracture** 66:22
66:23 67:2,10
67:23 68:6
193:18 195:17
195:22,23
196:3
**fractures** 66:19
67:3,4,5,8
68:17 160:14
189:8 190:7,8

191:15 194:18
195:2,8,14,25
198:13
**fracturing** 61:10
**fragments**
140:19 143:20
156:21 184:13
186:8,10,19
**frame** 17:23
147:9
**frank** 127:4
**frankly** 224:12
**fresh** 118:24
120:25 121:17
**Friday** 1:18
14:10,16 19:2
**friendship**
148:17
**front** 102:22
**Frost** 4:4 6:4
11:24 12:13
30:1 31:3,14
32:7,14 33:6
33:12,23 35:3
35:7 36:14,21
37:10 38:4
41:2,11,22,25
47:12 49:21
53:3,8 56:4
59:12,25 62:1
66:12 68:7,14
70:16 72:4
76:11,22 77:4
78:22 79:15,19
80:10 84:13,17
86:14,20,23
87:8,17,21,24
93:13 106:22
108:22 111:21
115:14 118:3
127:16 128:24
130:14 131:6
140:22 144:5,7
145:12,25
146:5,12,18,22
147:2 150:4
151:9 152:7,16

153:6 154:2
155:19 156:2,5
156:7 159:6
162:13,24
163:3,13,23
164:9,17,21
166:18 167:6
168:5 169:6,8
170:13,15,19
170:24 171:3
174:4 178:10
181:16 182:19
182:22,24
183:3,10,15,18
183:23 184:1
186:3 189:11
189:24 190:1,1
190:3 191:9
192:23 193:4
193:20 194:21
196:9,18 197:3
197:24 198:10
199:5,9,22,25
200:9 203:25
205:20 207:20
208:13 209:5
209:13 211:25
212:15 213:13
213:16,19
216:6,20 217:8
217:14,22
218:18,25
219:4,14
220:17 221:21
223:20 224:3,7
225:21 226:16
227:2,6,10,13
227:17 231:12
234:22 236:11
236:14 238:14
238:16,21,24
239:8,14,16,19
241:17 242:5
242:16
**Frostbite** 28:4
42:13,16
129:23 134:23

**frozen** 122:17
**full** 22:17,19,22
**fully** 60:15
109:9 231:9
**fun** 150:6
**function** 30:5
43:1,24 45:21
90:22 91:14
94:5 119:10
173:11 187:7
**fundamentally**
90:1
**funded** 117:15
**further** 12:10
26:12 28:5
142:24 218:21
233:9 238:13
**future** 155:18

────────────
**G**
────────────
**G** 11:1 21:14,17
**Game** 184:2
**gap** 128:3,21
**gaps** 128:20
**garden** 212:20
**garnet** 105:9
**gas** 96:24 97:12
101:21
**gases** 97:15
**gathered** 223:25
**gathering** 70:6
**geez** 179:17
**general** 6:13
17:3 19:10
21:8 29:23
35:5 38:15
40:2 41:3,23
61:17 65:24
68:10 70:7
73:10 76:13
85:6 98:8
115:21 116:21
118:16 125:1
142:3,15 147:9
149:20 156:12
156:23 181:2
182:10 187:3

Laura Webb, Ph.D.

187:25 188:5
190:16 202:10
204:21 211:4
219:7 222:4
**generalizations**
157:16,17
**generally** 26:1
34:23 61:9
71:18 84:7,9
85:5 90:12
91:14 93:16
98:21,22
103:24 105:19
108:4 111:13
113:20 115:19
116:18 118:19
118:20 119:11
123:22 134:9
173:4 188:12
189:16 190:13
191:15,23
198:13 211:13
216:23 234:9
**generated** 51:21
**generating**
51:24 112:15
166:11 229:17
**genesis** 9:20
168:2
**Geneva** 96:9
**geochemical**
151:19
**geochemistry**
156:11
**geochronology**
110:5 122:23
123:6
**geographic** 95:5
98:16 175:2
**Geographical**
23:13
**geologic** 6:23
7:5,10,15,19
7:22 8:4,8,14
23:11 24:14
27:8 28:18,24
30:16,17 32:21

43:17 44:6
51:8 54:2
55:19 62:19
63:21 69:19
71:7 99:3,5
108:17 117:23
134:8,18,24
160:24 170:6
192:18 196:20
**geological** 51:10
53:17 89:5
241:15
**geologically**
78:3
**geologist** 29:17
109:11,12
113:5,16,19,20
113:21 127:7
177:25 237:13
237:14
**geologists** 45:17
58:4,5 113:6
127:25 163:4
**geology** 27:18
28:21 29:15
31:1 35:20
66:25 88:25
94:21 98:9
108:14 113:9,9
113:25 114:1
157:13 158:25
159:19 163:14
165:19,22
166:13 167:8
167:10,11,25
175:3,6 176:7
178:1 182:23
184:7 194:14
196:21,21
197:18 241:14
**GeoRef** 174:18
**georeferencing**
48:8
**getting** 112:7
121:14 123:1
221:14 231:19
239:11

**give** 16:22 27:11
28:23 32:18
59:10,13
112:19 124:2
131:19 141:19
168:24 194:4
202:7 211:18
239:17
**given** 38:14 87:6
196:20,20
197:17 211:21
246:5
**gives** 75:14
225:6
**glass** 149:7
212:25 213:8
**glasses** 213:9,22
**gneisses** 173:16
**go** 13:16 15:4,7
16:9 23:1,2
49:20 51:6
55:1 70:23
74:7 87:5
118:17,19
127:8,22 128:4
130:23 131:1
131:12,13,13
142:6 156:18
177:1 182:16
200:22 220:11
223:4 224:24
225:14 235:7
237:19,25
239:18
**goes** 229:15,24
**going** 11:24 12:9
15:2,20 25:9
34:4 40:19
49:22,22 51:4
52:25 53:3,8
62:9 65:10
69:5 70:25
77:23 84:13
86:8 87:8,11
87:12,14 88:1
88:8,8 93:11
93:13 95:9

111:15 118:6
124:3 131:17
132:9 142:11
144:5,7,11,15
149:8 156:18
161:5 171:20
183:15 184:5
188:22 189:11
200:9,11 201:2
213:2,4,19,24
219:2 222:17
223:5 227:21
229:5 232:15
235:9 238:18
238:19 239:4
239:12,14,16
240:15,20
241:1 242:20
**Golkow** 11:5
**good** 13:3 22:9
32:23 33:2,10
33:14 34:15
100:10,23
110:23 118:12
131:25 149:2
183:2 190:24
**Google** 23:13
24:15 25:5
39:8 48:11,13
51:22 52:7
174:18
**gory** 129:12
**Gosen** 73:12
74:4,10,17,18
75:13 76:5
176:2 179:5
224:20
**Gosen's** 178:24
**gotten** 173:12
**Gouveneur**
237:8
**GPA** 190:23
**GPS** 39:19
123:22
**grade** 43:24
45:5,11 47:24
150:22 151:16

152:3 153:21
**grades** 28:20
29:2 35:25
43:18 45:3,13
48:19 61:9
100:3 165:16
**gradient** 64:22
64:25 65:2,4
65:10,20
**graduate** 115:8
**graduated** 88:20
**Grafton** 42:17
44:25 45:5,23
129:9
**grain** 104:19
105:23
**granite** 57:16
**grant** 117:15,20
**granulite** 44:23
**graphical** 23:3
82:3
**graphs** 145:5
**gray** 187:3
**great** 16:13
83:18 118:5
142:1 185:2
201:18 203:18
224:6 242:16
**greater** 68:12
113:22
**Greco** 174:8
**green** 98:22,25
100:17 187:23
212:18
**greenschist** 46:2
168:10 187:4
188:7
**grey** 206:22
**grinding** 186:18
**gritty** 217:10
**ground** 119:16
119:19 120:4
**grow** 116:3
186:13 191:21
195:16,20
**growing** 191:18
195:22

Case 3:16-md-02738-MAS-RLS    Document 32996-10    Filed 07/23/24    Page 79 of 104
PageID: 191223
Laura Webb, Ph.D.

Page 261

**growth** 186:14
191:16 205:1
211:12
**grunerite** 60:25
**GS** 221:2
**Guangxi** 9:21
157:24 165:11
166:6,17
184:12 188:4,6
190:19
**guarantee** 183:4
**guaranteed**
90:25
**guess** 26:20
32:23 33:13
48:21 50:13
98:18 119:17
130:6 146:5
147:9 151:1
152:25 156:23
158:17 166:25
176:1 185:15
186:16 190:20
218:19 226:2
226:14 240:16
**Guinea** 97:8,10
98:11 116:24
**Gunter** 115:25
148:3,7 149:16

**H**

**H** 6:9 7:1 8:1 9:1
10:1
**habit** 186:14
191:17 203:7
204:25 205:1
206:12 211:9
211:12 212:5
217:18
**half** 70:10,19
87:12
**Hamm** 9:9 28:4
42:4 46:1
49:11 129:11
131:9 210:17
**hammer** 119:22
**Hammondsville**

27:25 42:4
45:4,8,25 46:1
49:12 63:13
64:18 68:25
77:21 78:2
129:11 131:7
204:17
**hand** 15:20
52:25 55:8
62:9 69:5
90:15 108:18
110:19 169:2
201:2 208:1
209:21 214:6
224:16 239:4
**handed** 72:9
228:4
**hands** 208:3
**handy** 176:15
212:25
**happen** 13:19
100:10 193:23
197:7 227:17
**happy** 13:21
199:16
**hard** 150:5
**Hardy** 27:1
83:22 84:25
85:3
**Hayrhan** 93:9
**head** 16:21
209:9 220:5
238:4
**headings** 80:21
**health** 76:1
209:12
**hear** 37:19
146:19
**heard** 46:16
150:20 194:24
207:5,9
**Hearing** 6:14
17:3 19:11
**heavily** 112:15
**heavy** 218:23
**held** 2:1 208:2
227:20,23

**helium** 97:14
**hell** 134:14
**Hello** 223:11
**help** 69:9 80:2
213:2
**helped** 36:2 97:5
**helping** 112:16
**HERRINGT...**
4:13
**hidden** 170:11
**high** 45:10 46:14
64:6,7 88:20
92:25,25 93:20
93:20 94:6,9
105:21 124:10
150:21 152:3
152:10 153:3
153:18,25
154:5 173:5,19
189:16 211:14
**high-pressure**
94:5
**higher** 31:12
45:10 64:15
66:4 103:24,24
106:9 161:3
172:24,25
191:24 192:13
194:8,9
**highest** 44:21,22
**highly** 67:13
176:5 197:20
**hillside** 112:5
**hinge** 77:25
**histories** 29:4
126:12 184:9
**history** 43:25
91:24 99:3,8
108:11 119:10
125:23 126:23
129:3 159:18
167:14 172:2,4
**hit** 87:2
**hold** 12:9
**holds** 181:3
**hole** 104:17
132:24

**honest** 54:12
**honestly** 145:1
**honorary**
148:10
**hopefully** 50:18
124:4 183:23
208:2 224:1
**hoping** 118:17
**horizon** 173:9
**hornfels** 188:18
189:15,20
191:23
**host** 204:11
222:5
**hot** 65:24 173:12
**HOTEL** 2:4
**hour** 85:8,11
87:12
**hours** 130:6
**hundred** 58:3
99:10 198:15
**hundreds** 172:5
**hurt** 217:9
**hypothetical**
193:22 196:24
197:4,25

**I**

**i.e** 187:6
**ID** 108:8
**idea** 76:7,15
84:11 121:2
**ideal** 92:2
**identical** 223:15
**identification**
15:25 53:13
55:13 62:12
69:8 71:2 72:7
108:21 114:13
122:14 131:23
169:12 200:25
210:10 212:23
224:14 228:2
236:10 238:6
242:7
**identified** 58:16
58:22 116:11

139:10 157:1
204:14 205:9
**identifier** 57:22
**identifiers** 57:25
58:1
**identifies** 53:7
**identify** 66:22
67:9 105:4
106:10,11
170:18
**identifying**
51:12
**igneous** 96:17
167:15 168:9
**illustrate** 182:8
182:15
**image** 23:13
83:6,12
**images** 51:23
156:21 211:6
**imagine** 76:7
163:9 198:11
**imaging** 106:2
**Imerys** 9:11
174:21,25
201:11 210:15
214:6,7,17
**immediate**
158:7
**impact** 35:24
72:24 126:19
211:15 237:5
237:24
**impacted** 56:8
68:22
**imperative**
244:10
**implications**
75:15,21 76:1
**implies** 175:23
**important** 29:22
33:18 63:15
121:14
**impossible**
162:22 163:2,5
**imprecise**
202:11 204:2

Laura Webb, Ph.D.

impression
    176:5 224:19
imputing 41:9
IMS 166:22
inaccurate
    80:15
inappropriate
    197:4,25
inches 210:23
incidences 52:20
incidental
    184:12,19
    185:15
include 154:7
    179:6 189:19
    226:4
included 42:10
    74:4 88:19
    125:16 134:6
    158:3
includes 76:14
including 14:4
    32:5 202:4
    203:22
inclusion 47:8
inconsistent
    238:3
inconvenience
    85:22
incorporation
    185:16 193:19
increased 85:11
increases 191:25
index 222:2
indexes 52:18
indicate 47:10
    202:12,15
    203:2
indicated
    215:20
indicates 154:15
    204:5
indicating 194:7
indication 61:22
    217:1
indications 61:6
individually

222:25 223:2
inductively
    105:12
industrial 151:7
    151:8 152:5
INDUSTRIES
    5:3
industry 107:9
    153:5
infiltration
    61:11
influence 159:20
influx 68:13
inform 43:13
    72:17 140:20
information
    26:25 27:6,13
    28:15 32:5,10
    32:25 33:5,5,8
    33:14 34:7,19
    36:8 37:2
    38:21 58:8
    59:4 73:19
    74:25 77:2,24
    80:2,8 104:6
    110:22 124:20
    128:3 130:1
    160:1 211:2,24
    222:6
informed 18:3
    18:10 52:11,23
    68:23 76:19
initially 113:13
    195:20
inquire 216:3
inquiry 71:20
inside 103:1
insinuate 37:6
insinuating
    145:19
inspected
    133:23 136:6,9
instance 33:20
    35:11 127:8
instances 150:19
    160:17 202:20
    222:19 235:1

instant 112:5
Institute 209:11
instruct 84:14
    144:15 156:8
instructed 18:25
INSTRUCTI...
    244:1
instrument
    117:16
integrate 96:2
    110:8
integrating 98:8
    110:16 111:5,6
    111:12
integration
    173:22
integrative
    94:20
intend 15:6
    155:17
intense 101:12
    161:5
intensely 65:13
intensity 85:21
interacting
    160:14
interest 28:19
    125:20 129:16
    151:5 152:5
    157:15 174:23
    236:19,21
interested 19:7
    58:17 59:17
    108:7 128:22
    129:1 142:12
    152:9 198:16
    217:20 235:24
interface 173:15
Interior 9:22
Interoffice 9:5,8
    210:16
interpret 110:23
    112:16
interpretation
    112:19
interpreted
    115:5

interspersed
    232:25
inventories
    103:8
investigate
    117:22 207:15
investigated
    207:12
investigation
    100:8
investigator
    117:18
invited 141:19
invoices 85:25
    86:4
involve 102:21
    103:21 104:13
involved 58:6
    89:11 92:7
    103:16 112:16
    117:21 166:11
involvement
    149:21
involves 15:12
    15:15 89:21
involving
    114:24 115:8
    115:12 116:7
ion 104:16,16
    106:13
ionization
    104:11
ionized 104:20
ionizes 104:17
ions 104:21
iron 83:15 180:1
    185:11
irradiate 103:12
irrelevant 158:5
isograd 47:24
isograds 47:23
    221:10
isotope 90:3,6
isotopes 89:23
    104:22
isotopic 97:13
    102:10 103:8

    111:6
isotropic 96:24
issue 41:12 49:6
    75:20,24
    115:12 124:16
    135:11 156:16
    179:7 183:8
    189:22 192:22
issued 16:24
issues 15:7
    114:23 115:8
    155:2 156:16
    158:13 210:3
Italian 79:8,9,11
    80:18 81:13,20
    171:23 174:3
    194:6
Italy 40:21
    133:15 134:7
    138:19 152:1
    157:22 163:19
    171:18,19,22
    180:23 182:5
    193:11
item 21:10,14
    69:17 102:16

—————————
**J**
—————————
J&J 35:14 36:12
    40:19,23 41:4
    41:9 46:9 61:5
    61:12 70:11
    76:10,19
    106:20 131:4
    133:12,21,25
    134:3,25
    135:11,14,19
    136:1,10,12,22
    136:25 137:4
    137:10 138:1,6
    138:10,19
    142:5,9 149:17
    149:23 153:16
    153:17 162:8
    162:12,23
    163:22 164:16
    165:13 180:11

Laura Webb, Ph.D.

Page 263

196:8,14,21
197:18,22
200:20 218:6
218:24 219:5
**J.D** 3:5
**Jack** 4:4 79:14
182:17
**Jackson** 3:8
**JAMES** 4:19
**January** 79:2
81:18
**JENNIFER**
3:14
**JERSEY** 1:2
**Johnson** 1:5,5
4:3,3 30:22
40:25,25 76:20
77:3,17 78:2
153:24 203:20
203:20
**Johnson's**
184:10
**Jonathan** 143:1
**jotted** 82:12
**journal** 114:19
**journey** 88:10
**JR** 4:4
**Judging** 178:6
**jump** 54:9
**June** 85:4
**juxtaposed**
64:21 111:19
167:15 168:9
169:1 181:10
**juxtaposition**
100:2

**K**

**K** 3:14
**Karabinos** 48:2
48:25 221:7,9
**KATHERINE**
4:5
**keep** 73:20
192:9
**Kerrigan** 116:1
**key** 77:24

154:24 157:8
159:17 174:14
182:15 189:5
238:2
**kicked** 150:4
**kilometers** 64:1
64:2 94:1
158:4 192:13
**kind** 32:16 40:7
43:21 44:2
54:13 59:3,3
65:20 73:20
76:3 98:21
107:14 109:16
113:8 129:19
129:19 138:11
147:4 152:18
153:11 159:12
159:19 160:8
173:8 176:3
223:14 232:11
**kinematic** 121:4
**kings** 97:17
**KLEVORN** 3:6
236:12
**knew** 18:5
140:24 149:20
**know** 12:23
13:17,20,24
18:5,7 31:15
32:25 33:25
34:15,19 35:19
36:25 40:1,12
40:20 41:23
42:19 45:4,9
46:25 48:8
52:21 54:16
57:13 58:24
66:9 67:1
74:10,22,23
75:18,24 76:1
76:2,5,8,14,16
77:16,22 84:18
84:21 85:20
87:9,10,11,15
91:25 92:18
99:4 101:8

111:11 113:10
115:4,23 120:5
120:6,7 121:17
121:21 124:11
125:14,20
126:9,22,23,25
131:9 140:17
142:17 143:12
144:11,17,18
146:2,8 147:15
147:24 151:16
151:21 152:17
154:4 156:15
157:17,25
158:2 159:11
160:7 161:1,12
164:25 165:5
169:8,20 170:6
170:17 172:5
172:16 174:18
176:1 177:14
178:4 179:8
180:2 181:19
182:13 183:19
183:20 185:11
185:21 186:17
189:14 192:11
192:13,15
194:2,10,15,25
195:9,13,25
196:10 197:6,6
197:19 198:18
198:19 199:10
199:14,16
201:4 204:21
205:2,4 208:3
209:15,19,22
209:25 210:1
212:4,9 215:2
216:9,11,12,23
217:16 218:1
218:10,13
220:4,5 222:15
224:24 225:18
227:17 233:5,8
233:10,19,20
233:25 234:10

235:1,2 238:18
239:3
**knowing** 217:20
**knowledge**
38:13 118:23
177:15 219:7
239:24 240:11
**known** 41:20
118:21 123:9
140:17,18,18
143:20 209:21
218:1
**Krekeler** 124:19
155:7 157:7,25
**Krekeler's**
235:16

**L**

**lab** 96:13 97:4
112:13 120:1
122:3 123:13
**label** 210:15
214:6
**labels** 201:11
**laboratory** 90:1
90:16 96:14,25
97:6 127:10
**labs** 117:1
**lack** 56:14,17
152:4 158:6
**Lake** 98:23
**Lane** 5:11 11:4
**large** 102:15
144:1 160:9
209:25
**largely** 87:3
**larger** 29:23
39:25 60:14
153:11 180:16
**largest** 94:11
**laser** 105:11,19
105:21
**late** 59:20 160:4
160:11
**laters** 99:10
**latitude** 225:6
**lattice** 83:11,15

**Laura** 1:16 2:1
6:2,12,16,21
8:23 10:9
11:10,15 16:3
16:7,16 17:2,9
19:10 213:17
227:14 238:17
242:22 246:11
**law** 3:22 106:19
**lawyers** 14:15
19:8 84:15
142:5 144:13
144:18
**lay** 54:14
**layer** 170:6
**layering** 120:13
**layers** 48:13
101:8 120:12
**layman's** 90:14
207:8
**lead** 58:19
117:19 176:10
193:18
**leading** 93:24
**leads** 205:8
211:16 234:4
**learned** 206:5
**leave** 47:5 92:5
**leaves** 26:9
**led** 173:25
**Lee** 166:9
170:19
**left** 119:19
131:14 149:3
180:5 200:19
**legal** 19:5,5
**Leigh** 3:13
177:19 227:3
227:19 242:17
**length** 31:24
**lengths** 143:12
**Leslie** 1:25 2:14
11:13 243:18
**lesser** 113:23
**let's** 16:14 19:4
25:8 26:20
30:21 47:2

Case 3:16-md-02738-MAS-RLS    Document 32996-10    Filed 07/23/24    Page 82 of 104
PageID: 191226
Laura Webb, Ph.D.

Page 264

70:23 88:13
110:20 152:12
165:10 176:20
179:14 182:16
186:24 200:22
210:5 212:21
213:10 214:16
220:24 223:1,4
226:23 227:14
228:22 237:25
**letter** 146:8
**letters** 83:21
**level** 30:4 32:13
85:21 167:3
176:3 220:13
**levels** 151:18
185:9 219:16
**lexicon** 67:1
**LHG** 1:6
**LIABILITY** 1:8
**liberated** 232:15
**liberation**
105:18
**light** 122:13
**limestones**
181:9
**limited** 222:19
**line** 48:9 66:10
82:19 102:25
245:4
**linear** 119:9
**lineation** 120:15
121:7
**lineations**
109:25
**lines** 65:16
102:19 190:10
221:10
**link** 24:11
145:16
**liquids** 68:13
**list** 12:16 18:23
19:11,16,20
21:23 23:7
38:10,14 42:6
50:4 51:5,21
54:6 55:17

61:24 62:18
69:18 71:5
72:11 73:18
74:21 80:24
88:14 93:14
103:7 106:18
123:25 139:17
225:4,7,25
226:2
**listed** 20:23 24:1
24:22 37:8,15
37:23 38:10,25
39:19 189:13
235:20
**listing** 37:25
**lists** 109:3
**literature** 14:5
34:21 36:6
37:1 39:18
40:12 73:9,16
73:16,22 74:3
74:8,14,24
75:6 111:12
125:8 128:17
153:11 155:1
158:12 159:9
162:16 164:10
165:18,21
166:8 171:16
172:16 174:19
174:23 175:12
175:16,17,18
175:23 198:14
198:21 202:20
218:9 219:7
**litigation** 1:9
11:5,9 81:16
84:8 85:5
107:6 112:24
116:5 137:8
140:21 147:12
154:17 155:2
158:13
**little** 15:4 20:22
23:6 53:1 67:5
80:19 87:14
94:3 109:9

118:15 124:4
181:2 213:11
215:1 233:6
238:18
**live** 83:15,18
**lizardite** 187:13
187:18
**LLC** 3:22
**LLP** 3:7 4:6,13
4:20 5:5
**lobe** 71:23
**local** 163:14
165:1,18,22
166:13 167:8
167:10 196:21
**localities** 74:13
74:19 225:2
**locality** 75:10
**locally** 76:2
168:15 206:24
**locate** 174:16
**located** 40:7
43:16 70:20
126:11 166:21
**locating** 24:16
**location** 27:17
28:17 36:2
39:15,24 40:14
43:22 68:25
71:19
**locations** 24:13
25:1 27:8
39:17 40:4
47:17 56:11
75:1,4 123:23
129:7
**lodge** 11:25 41:2
41:23 145:14
**log** 143:13 199:2
**Logan** 4:7
**logs** 136:6,9
**long** 52:1 64:10
87:10 90:18,18
101:15 111:24
149:22 150:1
202:10,25
208:20,22,24

208:24 211:8
211:13 212:19
**longer** 87:14
232:21
**longitude** 225:6
**Longo** 147:1,3
155:11,18
**Longo's** 142:19
155:14,25
**Longsheng** 9:20
**look** 17:6 18:10
28:9 30:19
47:2 52:17
58:11,14 69:15
71:13 73:14
74:7 75:5
77:16 79:15,19
82:4 95:20,23
96:2 99:14
104:3 112:4
120:24 121:6
121:16,17
122:12 125:11
125:14 129:12
152:25 156:21
159:24 176:21
188:21 191:22
199:17 201:5
213:3 215:4
222:1 230:15
232:12 235:24
236:2
**looked** 24:25
25:2 33:1
42:16 52:19
54:10,13 62:4
72:19 100:6
116:2 145:17
159:10,21
166:1 178:23
200:3 214:24
216:25
**looking** 12:3
14:5 23:12,17
25:5,5,23
26:11 29:13,13
31:25 32:9

38:24 42:24
51:22 52:15
58:21 59:4
73:8 74:2
85:18,19 99:7
106:7 107:24
108:4,7 113:11
118:20,24
119:7 120:13
126:13,14
140:16 143:19
144:1 153:3,10
164:1,24 166:3
175:3 179:15
198:15 208:11
208:18,24
209:2 228:7,9
**looks** 96:8,23
109:1 189:20
**loop** 219:12
**loose** 208:18
**lost** 111:23
205:25
**lot** 25:8 31:23
68:18 98:12
99:5 101:5
112:12 134:14
147:17 158:2
200:7 212:3,18
233:17
**lots** 197:6
**love** 112:4
**low** 61:9 66:6
160:5,5 185:8
189:1,17,17,20
189:21 191:13
191:25 192:2,6
**low-pressure**
188:14
**low-temperat...**
188:13 189:6
**lower** 45:3,5,11
45:13 46:4,10
46:10,13,14
65:14 68:11,11
103:3 120:17
**Ludlow** 27:16

Laura Webb, Ph.D.

180:17 185:6
**lunch** 87:10,13
  87:18 118:1,8
  142:2

**M**

**M** 6:25 7:7,12
  7:25 8:7,12,18
  83:10
**M2** 83:10
**M4** 83:10
**macroscopic**
  208:6
**mafic** 167:15
  168:9,13
  173:16 181:11
  210:22
**magnesites** 92:1
**magnesium** 59:9
  179:17 180:13
  229:16,19
  230:2,18,22,25
  231:20,23
  232:2,3,7,14
  232:21
**magnesium-b...**
  231:3
**magnetic** 102:8
  105:16
**magnifying**
  212:25 213:7
**magnitude**
  103:3
**main** 5:6 44:6
  89:10 184:24
**maintenance**
  102:19
**major** 35:24
  64:14 78:15
  81:1
**majority** 200:2
  223:18
**making** 104:19
  109:14 151:1
  214:23 233:14
**management**
  103:7 203:19

**manager** 96:25
**manipulate** 29:6
  29:9
**mantle** 59:8
  93:25 100:12
  185:8
**mantling** 45:12
  126:10 129:2
**map** 6:22,23 7:4
  7:5,9,10,14,15
  7:18,19,22,23
  8:4,5,8,9,14,15
  23:11,12,15,18
  23:19,23 24:5
  24:18 25:4,6,6
  25:8,12,15,16
  25:23 26:1,10
  26:10,21,24
  27:9,12,14,20
  28:9,15,21
  29:13 30:5,7,8
  30:13,23,23
  32:21 39:24,25
  40:6 42:25
  43:9 44:8
  47:16,24 48:6
  48:8,10,12,14
  48:20,22 49:1
  49:7,7 51:9
  52:16,17 54:1
  54:2,6,7,8,17
  55:19 56:13,19
  56:23 57:2,6,6
  57:13,20,21
  58:11,14,20
  59:21 62:19,23
  62:25 63:4,7,7
  63:14 69:1,19
  69:24 70:12,14
  70:20 71:7,24
  71:25 74:13,17
  74:18 75:2,16
  75:19 101:21
  111:4 134:12
  134:19 166:5
  167:19 170:2,6
  175:4,7 177:6

220:25 221:3,8
  221:11,19
  222:2,2 225:1
  226:3
**mapped** 166:6
**mapping** 58:7
  177:13
**maps** 12:5 20:13
  20:16 21:4,8
  23:3,9 24:12
  24:18,19,21
  26:21 29:6,14
  29:23,24,25
  30:4,6 32:5,8
  33:19,25 35:11
  36:24 38:17,22
  39:15 42:10
  43:13 44:3
  47:2,8,19,22
  47:22 48:3,4
  48:16 49:20
  50:10,11,20
  51:13,23 53:17
  53:23 54:18,22
  54:25 55:16,21
  55:25 56:7
  70:6 71:15,16
  71:18 78:6
  83:20 99:5
  106:11 134:3,4
  134:5,8,11,19
  134:25 135:5
  135:14 220:16
  221:6,18,19
**marble** 91:11
  229:8
**marbles** 167:14
  168:8 181:10
**March** 1:18 9:6
  11:6 16:17
  18:17 19:22
  20:8 73:3
  148:19 201:12
  243:15
**margin** 93:24
  95:7 99:21
  100:5,5,9

**margins** 184:15
  184:22 185:25
**Marian** 128:16
**mark** 15:2 24:13
  72:2 108:18
  119:24 132:10
  148:25 169:2
  200:22 210:5,7
  212:21 222:24
  222:25 223:1
  223:23 224:9
  224:12 226:17
  236:8 237:25
  239:8,9,12,16
  241:24 242:11
**marked** 53:13
  55:13 62:11
  69:7 71:2 72:6
  108:20 131:18
  131:22 169:11
  200:24 201:3
  210:9 212:22
  224:14 226:24
  228:1 236:9,15
  238:5,10,22
  239:5 240:7
  241:7 242:6
**MARKETING**
  1:7
**Mars** 141:22
**Marsh** 148:9
**MARTIN** 3:5
**Mary** 22:5,7
  141:5,6
**mass** 101:22
  102:8,12,13,22
  104:11,14
  105:12,16,16
  110:21 222:9,9
  222:12 230:15
**Massachusetts**
  129:8
**master's** 77:22
  99:20
**material** 23:19
  37:23 38:2,6
  39:11 104:17

130:21 203:17
**materials** 12:1
  12:15 19:12
  20:9,23 21:20
  21:21,23 22:2
  22:13,23 23:4
  23:8,10 24:2,8
  24:12,23 31:11
  36:19 37:8,16
  37:24 38:9
  47:9 50:5 51:5
  54:19 55:18
  61:24 62:18
  69:18 71:6
  78:5 88:11
  103:8 114:23
  116:11 117:23
  169:5 176:20
  183:8 191:6
  193:2,19 195:3
  197:16 202:1
  203:22 215:17
  216:25 223:18
  223:25 224:2
  235:20
**matter** 11:8
**matters** 210:1
**maximum**
  187:13,18
**McBETH** 4:5
**MDL** 1:5 11:9
  13:6 84:2
**mean** 18:5 21:6
  24:11 27:6,7
  28:22 29:12
  30:12,14 31:4
  31:15 32:8,15
  32:16 34:4,5,9
  35:17 36:22
  37:6 38:5
  40:11,12 44:7
  47:15 48:21,22
  49:3 54:12,25
  56:10,20 57:11
  58:17,24 59:4
  59:5 60:9 62:3
  63:23 65:5,6

Laura Webb, Ph.D.

65:11,19 66:24
67:2 68:8,15
70:5 73:17
74:1,15,16
75:14,22,24
76:2,7,12,24
78:23 79:25
80:11 85:19
90:9 91:12,13
92:13 98:18,21
100:7 103:16
105:7,10
107:13 108:5
112:11 114:25
115:4,23
116:21 118:21
119:11 120:7
121:1,24
123:16 125:4,9
127:17,19,21
128:25 129:4
129:23 131:7
134:4,8,8,11
137:21 139:3
142:1 143:7,17
143:19,25
147:4,8,13
149:20,24
150:24 151:14
151:15 152:8
152:18 153:7
154:3 155:20
156:9 157:12
158:17 164:5
164:22 165:5,6
165:14,25
166:19 167:12
168:14 170:19
172:3,13,25
174:12 176:24
179:7 180:14
181:1 182:6
183:5 184:19
185:15,20
189:1,5,23
193:5,21 194:7
195:1,2,4,7

196:11,23
199:10,11
202:21 203:4
204:1,3,21
205:22 206:13
206:13 207:5
207:22,24
208:1,4,15,23
211:6 212:1,7
212:19 213:21
216:7,9,12,14
217:9,16,23,24
218:8 219:15
220:24 221:7
222:4 225:4
230:21 231:18
232:9 233:7,10
233:16 234:9
235:4 237:7,7
**meaning** 64:7
142:15 185:18
186:12 196:13
221:18
**meaningful**
143:16,18
**means** 47:24
67:14,14
109:17 110:24
110:25 134:9
148:23 196:5
204:23 243:23
**meant** 182:14
187:24 211:19
**measure** 103:6
104:4 119:24
**measurements**
109:15,24
111:9
**measuring**
142:22
**medical** 117:10
117:13
**meet** 14:6 34:7,7
209:23 211:9
**meeting** 40:4
**meetings** 14:12
14:17,18,21

**member** 107:22
**memo** 205:15,18
206:4
**memorized**
222:7
**memory** 145:5
**mention** 150:20
190:7
**mentioned**
58:18 74:14
80:25 95:9
99:17 100:8
120:24 121:18
125:12 148:3
153:23 159:8
186:7 190:7
**mentions** 202:3
**menu** 105:8
**merit** 199:7
**mesomat-** 173:7
**met** 13:4 14:3
141:12,18
147:16 148:2
148:14
**metals** 218:23
219:5
**metamorphic**
28:20 29:4
35:25 43:24
45:5,18,21
61:20 89:14
93:9 94:13,21
95:16,16 98:9
100:3 122:16
126:19 161:22
165:7,16
166:10 182:11
187:4 221:13
232:9
**metamorphism**
23:21 27:10
29:2 43:18
44:14 45:3,14
46:13 47:25
48:19 61:9,14
65:9 89:16,19
91:16 157:14

167:20 168:10
172:21 173:19
192:12
**metamorphosed**
34:14 45:24
60:15
**metasediment...**
185:9
**metasomatic**
181:5 230:11
**metasomatism**
151:24 161:5
167:21 173:18
**metavolcanic**
185:10
**method** 143:22
**methodological**
114:12 139:6
**methodology**
33:16 125:2
127:4 132:2
159:5 199:12
**methods** 39:16
143:10,15
**METHVIN** 3:15
**MGO** 229:25
**MICHAEL** 5:4
**Mickey** 115:25
148:3,6 149:16
**micro-** 123:12
**microdiamonds**
94:4
**microfaults**
63:24
**Micromass**
101:21
**micron** 29:19
104:19 105:22
127:1
**microprobe**
103:20
**microscope**
103:23 105:4
106:4 117:8,12
122:13,13
134:11 208:23
**microscopic**

110:9 208:10
**microscopy**
137:17 138:4
**microstructural**
110:6 122:18
**microstructure**
96:2 99:15
**middle** 28:11
195:19
**migration**
194:19,24
195:1
**MILES** 3:16
**milestone** 87:2
**millimeters**
63:24
**million** 90:11
99:10,11
160:12,21
167:17 172:17
194:3,4 219:18
**millions** 172:5
**mimicked** 147:5
**mind** 24:4
157:11 159:23
171:10 241:2
**mine** 9:9,20 28:5
28:10 30:13,20
30:21,22 31:25
32:3,6,21
33:21 39:21
40:3 42:13,16
42:17,25 63:13
68:25 76:20
77:3,17,21
78:2,2 79:11
121:25 128:9
128:11,13,18
129:9,9,15,23
130:5,13,24
131:2 132:13
132:15,18,25
133:9 134:19
134:21,23
135:4,5,8,13
135:17,24
136:7,20

Laura Webb, Ph.D.

153:24,25
154:4,6 166:6
166:17 167:4,4
174:21 178:14
179:4,10 194:6
199:3 210:17
237:8
**mined** 35:13
130:12,21
137:13
**mineral** 10:4
58:1 78:15,16
82:21,22 83:3
83:15 91:5,14
91:19 92:7
104:9 105:23
106:8 107:25
108:8,12
110:20 111:1,7
112:9,24
113:12,12
122:14 124:21
130:12 172:18
173:23 193:18
215:24 220:15
231:3 234:8
**mineralization**
229:7
**mineralogist**
107:12,16,21
**mineralogy**
65:23 78:14
91:14 92:15
107:13,17
108:6,12 119:5
123:18
**minerals** 33:22
44:24 57:16
60:23 65:24
66:19 67:18
68:2,5 72:14
80:25 89:18,21
90:19 91:1,5
91:19 104:4
105:4,6,24
108:6,9 109:25
111:7,17,20

119:6 120:21
122:15,20
126:3 139:7
172:10 181:25
181:25 182:10
185:4 186:5
187:6 191:21
195:12 203:7
204:11 209:23
216:5,12 220:2
**mines** 24:14
27:16,17 28:4
28:17 29:3
34:18 35:9,14
35:20 36:12,17
40:19,24 41:3
41:4 42:4,11
42:20 43:16
45:7 46:9
48:18 49:12
61:5,12 70:8
70:11,20 71:19
71:24 75:3
76:10 121:23
126:11 127:21
129:1,11 131:5
132:22 133:13
133:18,21,23
133:25 134:3,7
134:25 135:11
135:14,20
136:2,10,22
138:10 142:9
153:2,4,9,16
153:17,23,24
154:7 157:19
157:24 158:3,8
162:8,12,23
163:22 164:16
165:11,12,13
165:19,22
166:21,23
167:8 174:22
175:1,8,25
180:11 184:8
184:12 196:8
196:14,16,21

197:18,23
200:20 204:16
218:7 228:12
228:15 236:3
236:21,24
**mining** 131:10
133:3,5 151:5
152:20 154:9
185:18,24
199:3
**minor** 78:15
81:1 191:4
**minute** 30:25
31:12 235:8
**minutes** 68:4
137:3
**missing** 38:2,6
223:21
**misspeak**
234:12
**misstates** 209:14
231:12
**Mm-hmm** 20:25
58:13 83:13
98:15 101:19
108:2 115:19
125:1 134:24
152:2 177:5,8
177:17 180:6
189:4 190:13
**mode** 67:7
**modified** 179:19
179:22 186:11
187:2,11
**moment** 70:15
128:9 165:10
**Monday** 19:21
19:22,23 20:8
**Mongolia** 98:11
**Montgomery**
3:18
**months** 24:25
**Mooretown**
222:6
**morning** 12:4
13:3 49:20
223:14

**morphology**
165:6
**moss-covered**
119:1
**Mossman**
147:15
**mother** 229:6,10
**motivated** 80:15
**motivation** 43:4
**Mount** 75:25
**Mountain**
222:16
**mountains**
98:22,25 172:8
212:18
**mouth** 58:12
151:11
**mouthful**
105:14
**move** 45:2,3
53:10 173:21
216:24
**moved** 68:1
**moves** 68:20
99:13
**moving** 29:17,20
69:3 95:5,6
120:22
**MUELLER**
3:22
**multiple** 13:19
14:8 30:12,13
35:22 36:24
82:15 101:11
234:25
**mumbo-jumbo**
19:6
**muscovite** 57:15
105:9

———————
**N**
**N** 3:1 4:4 6:1,1
11:1
**N.M** 7:16,20
51:7 55:18
62:18
**N.W** 4:21

**name** 11:4 13:3
42:15 82:21
148:1 222:18
243:14
**names** 43:5
57:17 170:2
174:22,24
**National** 209:11
**natural** 204:11
**nature** 64:11
109:16 111:13
123:17 168:3
216:3 218:20
**navigate** 80:6
**near** 8:21 21:11
28:3 72:12
212:2
**necessarily** 21:9
202:12 211:3,5
216:13 221:15
235:25
**necessary** 240:5
244:3
**need** 13:12
32:17 97:19
111:3 112:15
121:5 128:4
144:23 181:12
181:18 203:4
206:8,16
222:23
**needed** 18:10
33:1 34:7 36:8
109:19 130:1
213:7
**neither** 140:24
**neon** 97:14
**neutrons** 89:24
103:13
**never** 121:25
136:18 138:23
141:12 148:2
156:14 165:17
175:22 194:24
208:2 233:18
235:2
**new** 1:2 4:15,15

Laura Webb, Ph.D.

12:1,4,5,5,20
84:19,22 97:8
97:9 98:10
116:24 117:14
123:10 177:13
177:13,13
225:4 226:5
236:19 237:8
**Newfane** 39:21
42:18 45:7
46:1 129:9
154:4,5
**Nicholas** 6:25
7:7,12,25 8:7
8:12,18
**nickel** 219:13
**night** 12:4 38:1
38:11 47:6,9
78:6 88:12
**nimble** 73:20
**noble** 96:24
97:12,15
101:21
**Noblesse** 101:21
**nods** 82:2
150:23 196:7
221:4
**non-amphibole**
139:7
**non-asbestifor...**
124:24 184:14
216:16
**non-petrologist**
161:13
**non-USGS**
221:6
**noncommunic...**
86:13,15
**normal** 64:3,4
95:3 143:13
**north** 45:3 69:10
77:17 99:12
120:5
**north-south**
44:9 101:12,15
**northeastern**
226:6

**northern** 26:12
26:17 28:1
63:10,14 98:21
**Nos** 15:23 53:12
224:13
**Notary** 2:15
246:19
**notation** 215:24
**notations** 216:2
**note** 188:10
**noted** 11:11
12:23 139:17
215:23 244:9
246:7
**notes** 78:13,19
79:1 80:1,14
81:2 82:11
243:11
**noteworthy**
40:11
**notice** 2:14 6:15
6:19 15:9 16:3
16:6,15 17:9
17:18 18:6
**noticed** 141:4
**NSF** 117:15
**Nu** 101:21
**nuclear** 103:17
**nucleate** 195:18
195:19
**nucleated**
195:13
**number** 20:19
20:19,20 28:10
29:13 30:23,23
42:25 43:7
49:8 54:5
68:20 72:10
83:10 89:23
90:3 158:24
159:15 171:24
171:25 206:13
227:18
**numbered** 21:8

**O**

**O** 6:1 11:1 222:6

**O'DELL** 3:13
20:2 41:18
145:6,22 146:1
146:10,16,20
169:7 170:17
170:22 171:1,4
171:10,14
176:16,22
177:20 182:17
182:20 183:1,5
183:16 223:1
226:22 227:9
227:12
**oath** 2:16
**object** 12:13,14
12:18 41:5
146:9 189:12
191:9 193:4
**objection** 11:25
12:23 30:1
31:3,14 32:7
32:14 33:6,12
33:23 35:3,7
36:14,21 37:10
38:4 41:3,5,23
42:1 47:12
59:12,25 62:1
66:12 68:7,14
76:11,22 77:4
78:22 80:10
86:14 106:22
111:21 115:14
127:16 128:24
130:14 131:6
140:22 145:15
147:2 151:9
152:7,16 153:6
154:2 155:19
156:2 159:6
162:13,24
163:3,13,23
164:9,17,21
166:18 167:6
168:5 174:4
181:16 186:3
192:23 193:20
194:21 196:9

196:18 197:3
197:24 198:10
199:5,9,22
203:25 205:20
207:20 208:13
209:5,13
211:25 212:15
216:6,20 217:8
217:14,22
218:18,25
219:4 220:17
221:21 231:12
234:22
**objections**
219:14 243:7
**objectives**
127:22
**observation**
58:9 66:16
**observations**
74:20 110:9,16
111:6 119:3,4
119:7,13 121:4
122:18 123:14
126:24 133:18
133:21 134:10
154:24 158:10
158:14 198:23
199:2,13
**observe** 111:17
120:20 122:14
**observed** 81:3
95:15 210:21
**obtain** 54:22
55:24 62:25
69:25 71:15
**obtained** 54:23
55:4 71:16
217:5
**obtaining** 70:3
**obviously** 12:13
13:22 75:15,24
144:12 146:7,9
153:8 191:2
204:3 216:12
**occasionally**
60:18 142:17

217:25
**Occupational**
209:12
**occur** 111:18
194:12 198:3
222:14
**occurred** 93:22
191:5 194:2
197:22 198:6
212:14
**occurrences**
222:19,20
225:9
**occurring** 66:3
122:22 160:15
**occurs** 196:5
**October** 83:25
84:20 141:18
**odd** 161:12
**odds** 68:11
**offer** 117:2
155:17 164:2
218:5,17 219:2
219:25
**offered** 145:3
218:15
**offering** 52:12
155:15
**offhand** 14:19
69:23 158:2
221:23
**officiated** 2:15
**offset** 63:25 64:1
195:25
**oh** 19:1 20:4
39:16 52:13
57:5 62:14
69:13 70:5,15
79:2 84:16
88:23 113:21
124:17 130:6
132:6 147:13
152:24 166:19
174:15 177:24
179:16 182:22
200:6 214:20
221:20 225:13

Laura Webb, Ph.D.

227:8,10,11
239:1
**Ohio** 5:7
**okay** 11:22
  13:11 14:6,20
  14:23 16:13
  17:5,13,16,20
  18:24 19:15,17
  19:19,22 20:3
  20:7,12,15,17
  21:10 22:4
  23:1,6 24:1,4,7
  24:10,20 25:4
  25:15 26:4,8
  26:17,20,24
  27:19,23 28:9
  29:11 31:8
  37:15 39:14
  40:16 41:11
  42:24 46:6,21
  49:7,14,16,21
  50:7,25 51:17
  52:5,9 54:21
  55:7,14,24
  57:10,21,25
  59:2 60:20
  61:3 62:15,22
  63:3 66:9 67:9
  68:20 69:2
  70:23 71:10,25
  73:5,8 79:5
  80:17 81:13
  82:20,25 84:16
  85:7 86:7,12
  87:1 88:15,20
  95:9 96:7,16
  97:2,23,25
  102:11,18
  104:10 105:11
  107:3,8,11
  109:2 110:15
  112:22 113:4
  113:22 114:1
  114:22 115:3
  115:21 117:2
  120:23 122:1
  127:2 130:9,23

134:24 135:4
136:19 140:2
144:3,23
147:15 150:3
153:22 154:11
154:14,19
155:5,9,11
156:9 157:4,22
158:21 159:3
162:6,11,19
169:10,18,21
170:22 175:5
178:16 179:3,9
179:22 180:6
184:19 186:1
186:11,24
187:22 188:10
188:20 189:10
190:25 193:9
196:4 199:20
200:4 201:6,7
201:18,21,24
202:6,17
206:18 208:8
210:12 214:5
214:12,16,20
214:21 215:6
215:14,22
220:11 221:2
221:14 222:8
222:21 223:3
225:10,22
226:19,23
227:11 228:4,9
228:14,25
229:14 230:8
231:4 232:24
235:19 236:5
237:4,11
238:11,14
239:15,23
241:1,5,12,19
**older** 172:22
**once** 95:22
  122:1 139:25
  147:16 165:17
**ones** 20:17

197:14
**ongoing** 133:9
**online** 143:8
  145:16
**open** 12:10 21:7
  51:10 67:25
  133:2 189:8
  191:16 195:17
**opened** 195:14
**opening** 66:5,19
  192:5,10 195:9
  195:22
**operating** 33:20
**operation** 76:10
  133:3,6,9
**operations**
  132:16,19
**opine** 32:1 219:9
**opined** 218:12
**opinion** 32:6
  34:23 35:5,6
  35:12 36:10,11
  36:22,23 37:8
  37:18 56:16
  77:19 78:1
  131:14 145:14
  153:8 162:7,11
  162:21 163:8
  164:14 165:12
  174:1 178:22
  218:15,17
  219:2,13 220:1
  239:25 240:12
  240:24
**opinions** 10:10
  15:16,18 37:2
  37:13 38:3,12
  43:13 47:11
  52:11,23 53:24
  56:8 61:3
  68:23 72:18,22
  73:24 117:2
  124:2,4 125:3
  145:3 154:16
  155:13,18
  156:3 164:3
  169:15 174:3

218:5 228:11
237:5,10,22,24
240:4 242:12
**opportunities**
  100:14
**opportunity**
  100:13
**opposed** 102:14
  121:12
**Oral** 6:15,20
  16:3,7,15 17:9
**order** 32:18
  74:20 103:5,10
  108:6 121:3
  125:22 181:4
**orders** 103:2
**ordinarily** 91:18
**Ordovician**
  59:20
**ore** 9:7 138:16
  181:4 182:12
  184:24 201:13
  201:16 210:23
  215:7,11,12,16
  216:8 229:17
  231:11,17
  232:8,22 233:1
**ores** 60:3 63:17
  92:1 125:24
  126:14 137:22
  188:1,4 190:19
  191:7 193:2
  206:24
**organize** 78:24
**orientation**
  67:18 109:24
**orientations**
  119:8 120:2,3
**oriented** 95:18
  109:15 119:23
  120:4 122:7
**original** 43:12
  81:5 243:12
  244:11
**originate** 119:20
**orogen** 93:6,21
  94:11 95:10

157:21 228:14
228:16
**orogenic** 35:22
  60:16 94:12
  159:18 172:7
  172:23
**orogenies** 28:23
  44:13
**orogeny** 44:16
  60:12,12 61:8
  61:15 99:10
  101:13 160:4
  160:12,20
  161:2,16
**ORRICK** 4:13
**outcrop** 96:3
  111:3,4 207:25
**outcrops** 95:15
  100:23 118:25
  120:25 121:17
**outer** 97:15
**outlined** 127:18
  197:10
**outlines** 63:19
  64:13
**outside** 137:7
  156:2 207:20
  210:4
**outstanding**
  31:5,9
**outward** 195:20
**oval-shaped**
  187:24
**overall** 28:24
**overarching**
  98:25
**overlap** 188:5
**overlapped** 43:6
**overlay** 49:2
**overlying** 192:1
**overview** 154:18
**owned** 41:9
**oxide** 179:17,17
  179:18 229:16
  229:19 230:2
  231:23 232:3,8
**OZT** 59:21

Laura Webb, Ph.D.

Page 270

**OZU** 59:21
63:12,12

**P**

**P** 3:1,1 11:1
21:10 72:11
**P.C** 3:16
**p.m** 118:10
149:9,12
200:15 213:25
214:3 223:6,9
227:22,25
235:10,13
242:20,23
**page** 6:2,11 7:3
8:3 9:3 10:3
19:9 27:25
28:12 70:17
82:18,19,25
101:17 109:3
154:12 175:10
178:17 179:14
184:5 186:24
188:21 203:9
204:20 213:5,6
213:7 214:16
214:18 220:14
228:21,22
229:4 245:4
**pages** 19:5 50:6
82:7,15 120:8
132:7 228:24
246:3
**painfully** 118:13
**pancake** 64:9
**paper** 39:23
42:18 46:23
125:6 129:6,12
142:18 176:4
203:14
**papers** 36:24
115:1,24
125:17 157:16
165:25 174:5
174:14 176:2
**Papua** 97:8,9,9
98:10 116:24

**paragraph**
110:4 203:10
204:9,20
206:19 210:19
**parallel** 120:19
121:7 198:4
**parcel** 29:21
126:6
**pardon** 96:15
123:12 143:14
144:20
**parent** 90:7
**parentheses**
51:8,11 230:3
**parking** 147:17
**part** 4:23 29:21
30:14 32:8
37:21 43:3
53:19 55:1
56:15 64:13
98:21 106:6
111:22 115:5
124:17 126:2,6
130:10,19
145:2,13 160:2
160:9,18 176:1
185:13,13,18
211:15 224:20
228:16 230:11
231:15
**participated**
116:6
**particle** 143:25
**particular** 28:19
28:19 29:25
30:20,20 68:22
80:6,13 85:5
89:25 95:17
98:6,16 100:22
105:4 123:1
143:19 167:4
221:25 226:5
**particularly**
99:7 159:4,7
235:22
**partly** 101:15
**parts** 108:11

219:18,18
**pasted** 83:5
**paths** 142:3
**pathways** 68:16
**patterned**
220:19
**pause** 23:22
75:14 214:1
**PCPC** 4:18
**PDF** 147:4
**Peak** 98:20
**pebbles** 110:1
**peer** 125:7
**peer-** 114:4,11
**peer-reviewed**
125:8 128:10
154:25 158:11
171:16 175:12
175:18,23
198:21
**Pelizza** 174:8
**pen** 49:16
**pending** 13:14
42:1
**Peninsula** 158:4
**Pennsylvania**
4:9
**people** 74:21
75:23 76:1
99:23 112:13
125:13 159:21
166:3 172:9
173:23 192:15
198:12,14,16
199:11 202:19
212:3 233:19
**percent** 211:4
229:16,25
230:5 231:5
233:23 234:3
234:14,16,18
234:18
**percentage**
230:23 231:20
231:23 234:6
**perform** 92:4,6
122:3

**period** 18:17,21
**peripheral**
77:23
**Permian** 93:23
**permits** 40:6,14
**perpend-** 120:19
**perpendicular**
120:10 121:6
195:23
**person** 199:14
208:5 217:5
**personally**
18:10 116:10
137:5 139:10
**perspectives**
121:15
**pertain** 236:20
**pertinent** 155:1
158:12
**Peruses** 16:10
69:10 201:6
210:11
**Peter** 8:22
**petrographic**
80:22 122:9,11
122:12 129:17
134:2,4,9,10
134:11
**petrography**
95:20
**petrologic** 34:17
126:25 185:22
**petrological**
32:10 43:23
124:9 158:7
**petrologist**
107:16 108:3
113:4 125:19
241:13
**petrologists**
96:18 127:25
**petrology** 33:3
42:23 89:13,14
94:21 98:9
110:6 113:11
113:24 116:21
116:25 123:7

126:16 190:21
235:23 236:20
241:15
**Ph.D** 1:16 2:1
3:5 6:2,21
11:10,15 16:4
16:8,16 17:2
17:10 19:10
89:4 94:8 96:8
128:16 173:6
242:22 246:11
**PHARMATE...**
5:3
**Phase** 9:23
**PhD** 6:12,16
**Philadelphia** 4:9
**phone** 140:1
**phonetic** 93:4,5
**photographs**
206:9
**photomicrogr...**
78:18 129:18
206:10 211:17
**photos** 211:18
**phrase** 166:25
**physically** 95:10
119:15
**physics** 117:19
**PI** 117:17,19
**picking** 119:16
**picture** 83:5
**piece** 77:24 85:5
94:20 120:17
120:17 159:9
185:19 235:23
**pieces** 86:22
**pile** 208:18
242:4
**pinpoints** 40:9
**PIs** 117:20
**pit** 133:2
**place** 11:7 34:6
36:3 53:4
243:5
**places** 82:11
119:20 162:2
210:22

Laura Webb, Ph.D.

plaintiffs 3:3
13:5 18:3,12
plaintiffs' 6:18
10:7,8 15:3
16:6 17:8 77:8
130:11 131:18
154:23 155:6
157:7 239:5,9
242:1,12
plan 87:9 117:2
218:17
planar 67:15
119:9 120:9
plane 67:20
120:14
planes 66:1
planning 135:4
135:13
plates 53:19
55:3 67:19
95:2
platy 164:24
play 97:17
111:11 126:20
165:17
played 131:15
player 238:2
plays 38:16
please 13:20,24
146:16,18,20
171:11 182:17
244:2,6
plenty 119:20
PLM 137:2,3
plop 53:10
plot 48:18 71:19
179:25 180:17
180:23 182:5
plots 166:6
225:1
plotting 30:12
143:11,15,22
181:14,25
plus 85:18
point 35:16,18
36:5 37:7
43:22 46:24

49:5 56:12
104:21 118:2
123:2 170:5
182:8 213:3
pointing 215:4
points 30:13
polarized
122:13
polymorph 94:5
polyphase
159:17
pond 131:8
Pooley 12:6,19
78:7,12,19
79:7 81:6,23
129:14
population
209:1
populations
143:23
portion 77:18
portions 22:9,20
22:20 39:7
86:8 87:4
99:22
PORTIS 3:16
poses 100:17
position 63:16
63:18 128:5
179:24
positions 182:1
possess 117:7
possibility 91:22
205:17 206:3
211:23
possible 30:25
31:1 77:11
80:8 193:14
196:22 197:2,7
197:19,20,20
198:4 231:8,9
232:24
postdated 194:5
potassium 90:2
91:10
potassium-
90:25

potassium-arg...
103:11
potassium-be...
90:19 91:4
potential 31:11
32:2 126:1
194:19 211:21
potentially
68:17 203:19
Poulton 22:5,7
141:5,6,8
pound 152:13
152:14
powder 1:6 11:9
40:25 41:14,15
184:10
powders 42:3
153:10
practice 110:8
PRACTICES
1:7
pre- 45:7
pre-carbonife...
172:15
preceding 71:16
82:3,6 214:9
precise 40:13
158:24 229:2
precisely 103:6
precision 103:24
precondition
191:19
predated 60:13
preexisted 48:6
preferentially
68:16
preferred 67:18
prehnite 188:15
prehnite-pum...
188:15,16
preliminary
6:22 7:5,10
51:8 54:2
premarked
15:21,24
preparation
14:24 15:15

73:10 145:2
149:1 237:2
prepare 14:1
26:24 49:1
150:12 218:13
225:13
prepared 19:15
19:19 20:7
33:19 81:4
154:17 207:11
218:4 219:9,25
223:25 225:11
preparing 48:4
124:2
presence 117:4
117:23 165:1
165:20 202:1
203:15 211:20
212:13 215:19
216:8,22 218:5
219:13,16
220:1
present 5:10
14:15 18:18
34:14 61:12,19
78:17 92:8
106:19 107:1
119:9 120:18
157:15,17
161:20 164:18
165:4 167:20
168:15 172:10
184:23 185:22
197:18 230:16
233:22
presented 37:3
48:19 114:8,16
199:20 202:8
237:10
presently 41:19
presents 199:18
pressure 34:12
45:10,16,19
46:10,17,19
65:4,8,18
68:11 92:25
93:20 94:10

103:3 123:8
124:11 126:5
126:12,17
173:5 184:8
187:25 189:17
189:20 190:23
191:5 192:4
221:12
Pressure-tem...
187:1
pressures 44:22
46:14,15 94:6
103:2 104:8
160:6 191:2,25
192:3 194:9
presumable
225:1
presumably
50:22 74:19,22
157:1 160:4
198:2
pretty 29:1
34:20 35:8
67:1 76:3,6
82:4 90:24
98:14 112:2
129:2,12,24
131:25 150:5
172:14 180:7,8
192:14 197:13
208:4 233:4,4
234:20
previously 12:7
16:23 239:5
price 85:22
primarily 103:9
primary 52:13
52:14 74:8,14
125:13 159:5
186:14 191:16
205:1 211:12
principal 174:2
203:19
principally
164:23,24
184:21
principle 68:10

Laura Webb, Ph.D.

181:2,8
**principles** 92:14
  165:17
**prior** 14:18,20
  15:10 18:2,12
  47:14 81:8,16
  84:3,5 85:20
  127:19 140:23
  142:6 170:1
  172:17 177:9
  194:3 237:21
**Prisma** 102:11
**prismatic**
  186:15 233:11
**probable** 176:5
  197:19 198:5
**probably** 13:19
  19:6 29:12
  40:18 44:7
  51:19 53:5
  79:2 81:10
  171:21 181:18
  208:21 213:11
  226:24 232:23
**problem** 37:22
  39:1 69:14
  206:2 214:25
**problems** 92:17
**proceeded** 165:8
**proceeding** 24:5
  243:4
**process** 48:4
  80:2 90:17
  91:20 111:16
  118:18 138:16
  152:20 161:22
  163:11 167:23
  182:11 186:17
  196:22 197:21
  230:12
**processes**
  101:24 102:3,7
  108:17 110:12
  113:14 124:9
  126:20
**produce** 41:20
  146:6

**produced** 9:13
  47:5 83:6
  86:22
**product** 31:16
  90:7 144:14
  185:24 204:4
**products** 1:6,8
  41:1,16 136:15
  164:2 203:12
**professional**
  112:22 113:16
  113:18 131:14
  148:17 162:21
  163:8
**professor** 96:25
  98:3
**professorship**
  148:11
**program** 141:23
**progress** 101:2
**project** 52:8
  123:17
**projects** 89:10
  93:19 97:7
  123:5
**promises** 183:3
**pronounce**
  201:14
**pronounced**
  171:21
**pronunciations**
  171:23
**propensity**
  34:24
**property** 75:23
**propounded**
  246:6
**protectors**
  103:23
**Proterozoic**
  59:20
**protocol** 132:25
**protocols**
  132:22
**protolith** 229:13
  229:14 230:10
  230:21

**protoliths** 60:2
  185:7
**provide** 77:11
  124:8 170:14
  182:18
**provided** 12:15
  18:13 19:16,17
  37:11 38:1
  47:9 50:25
  73:6 76:9 77:2
  77:13 78:6
  88:12 103:18
  142:25 145:7,8
  145:19 146:3
  156:14 169:25
**providing** 24:24
**Province** 9:21
**Provinces** 10:5
**provision** 12:1
**proximity** 31:10
**proxy** 185:7
**PT** 45:21 46:18
  46:19,21,22
  129:10
**PTI** 5:3
**Public** 2:15
  246:19
**publications**
  171:24
**publicly** 146:2
**publish** 75:16
**published** 31:23
  39:17 72:14
  74:13 114:4,11
  128:17 138:18
  138:23 139:5
  143:9 175:23
  177:6 180:16
  203:14
**pull** 67:4
**pulled** 95:6
  222:23
**Pumpellyite**
  188:17
**purchase** 117:16
**pure** 91:25 92:1
  152:4

**purity** 124:10
  150:21 151:18
  152:3,10 153:3
  153:18 154:1,5
**purple** 57:14
  180:18,20
**purpose** 28:14
  48:15,22 52:14
  63:3,6 70:3
  116:15,16,20
  117:25 153:2
  182:7
**purposes** 52:14
  76:25 84:2
  152:6 241:5
**Pursuant** 2:14
**pushpin** 39:25
**pushpins** 24:13
  27:21 28:6,11
  39:15 42:11
  51:25 52:16
**put** 24:15 52:16
  53:4,6 58:12
  63:3,6 74:18
  76:8 79:23
  87:1 112:8
  131:17 151:11
  214:25 223:16
  242:9
**putting** 52:7
  116:5,25
  159:12

---

**Q**

**Qinling** 93:2
**Qinling-Dabie**
  93:1,3,6,21
  94:11 95:10
**QME** 102:12
**quadrangle** 6:24
  7:6,11,16,20
  7:23 8:5,10,16
  24:19,21 30:6
  39:24 51:9
  54:3 55:19
  62:20 69:19
  70:6 178:2

**quadrupole**
  102:13
**qualifications**
  15:12 87:5,11
  88:9 118:14
  123:25 199:15
  239:24 240:11
**quality** 33:8,10
**quantitative**
  156:14
**quantities**
  164:20
**quarries** 45:1,6
  121:21
**quarry** 8:21
  21:11 27:25
  45:4 72:11
**quartz** 94:4
  105:1 106:7,8
  202:24 232:23
**quartzite** 91:11
**question** 13:14
  17:25 31:8
  37:21 59:18
  83:14 109:17
  111:14,18
  113:1 114:1
  117:11 118:16
  124:13 127:19
  135:19 136:1
  136:15,22
  158:10 162:20
  177:2,4 205:25
  214:8,9,12
  219:21 228:19
  232:6 233:9
**questioning**
  13:7
**questions** 12:21
  31:5,9 32:17
  112:18 123:10
  124:12 132:10
  155:21 190:16
  212:9 216:18
  218:21,21
  238:13,20
  240:16,17,22

Laura Webb, Ph.D.

Page 273

241:17 246:5
**quick** 80:3,5
  83:2 200:5
  214:9
**quickly** 83:4
**quite** 19:5
  145:22 158:24
  167:1,25
  208:22 209:25
**quote** 219:17
**quoted** 233:21

**R**

**R** 3:1 4:19 8:12
  8:18 11:1
  245:2,2
**radio-** 89:17
**radioactive**
  89:25 90:7
  103:7
**radiometric**
  89:17,21 94:22
  104:24
**Rainbow** 28:4
  153:25
**raise** 212:8
**ran** 147:17
**random** 34:10
  199:14
**range** 32:10
  46:3 63:23
  65:21 105:20
  126:4,21
  168:11 187:25
**ranges** 29:21
**rare** 205:23
  222:12 233:16
  235:1
**rarer** 222:19
**Ratcliffe** 6:25
  7:8,13,17,21
  7:25 8:7,12,18
  23:18,24 24:17
  25:21 26:15,16
  26:21 27:12,12
  30:7 43:11
  47:5 51:7

52:10 53:18
54:17,23 55:18
62:18 69:18
71:6 177:10
221:1
**ratio** 143:11
  202:11 208:11
  208:16 209:4
  209:10 212:19
**ratios** 90:6
  202:25 208:25
  209:20 211:8
  211:14
**Ratte** 10:6
  237:11
**re-signing** 85:18
**reach** 35:12
  37:18 38:2
  94:17 144:3
  171:17 241:1
**reached** 12:11
  61:3 94:6
  100:25 224:5
**reaching** 38:12
  53:23 125:2
  144:8
**react** 173:12
**reacting** 232:13
**reaction** 156:23
  165:7 187:12
  232:10,14
**reactions** 122:17
  165:8 166:11
  170:9
**reactivated** 95:3
**reactivation**
  99:7
**reactor** 103:13
  103:17
**read** 21:25 22:8
  22:9,21 52:2
  73:1 76:13
  80:12 110:13
  124:18 139:18
  141:4 155:3,23
  164:6 169:19
  170:10,10

176:4 201:14
201:22 204:18
206:7 210:24
212:7 236:25
244:2 246:3
**reading** 80:1
  83:3 126:24
  127:3 206:15
  213:9 236:5
**ready** 16:11
  69:12 201:4
  220:8
**real** 33:15 39:9
  206:10
**realize** 130:9,18
  197:1 220:13
**realized** 73:13
**really** 18:16
  26:21 27:1
  32:9 34:5,15
  34:16 36:1,25
  37:7 41:14
  49:5 58:7
  65:19 66:13,24
  74:1,7 76:16
  77:18 87:17
  94:20 95:17
  108:14 112:1
  113:8,11
  119:17 122:25
  125:4,11,12,18
  126:15 127:23
  129:4 151:6,13
  153:1 155:22
  159:9,12,23
  161:14 176:7
  182:7 184:25
  185:8 195:1
  197:13 202:9
  204:6,24
  211:18 218:19
  221:14 222:2
  233:25 236:18
  236:25
**reason** 100:8
  244:4 245:6,8
  245:10,12,14

245:16,18,20
245:22,24
**REATH** 4:6
**recall** 14:9,17
  16:20 17:16
  18:19,24 19:19
  40:10 52:5,22
  62:24 69:23
  86:7,9 147:11
  179:12 221:23
  236:5,23 237:4
  240:15 241:6
**recalled** 24:25
  51:23
**recalling** 139:16
**receipt** 244:13
**received** 15:10
  38:11 89:4
  96:7
**receiving** 143:5
**recess** 49:24
  88:3 118:8
  149:10 200:13
  223:7 235:11
**recipe** 233:13
**recognition**
  207:23
**recognize** 16:18
  63:9 71:23
  109:21,22
  207:25 238:9
**recognizing**
  124:5 190:14
**recollection**
  14:25 80:17
**record** 11:4,12
  11:20,25 13:15
  44:21 49:23
  50:1 65:7 88:1
  88:5 101:5
  108:11,16
  113:7 118:6,10
  123:18,20
  126:1 128:21
  128:21 145:8
  145:20,22
  146:23 149:8

149:12 172:20
189:24 190:4
198:12 200:11
200:15 213:24
214:3 223:4,5
223:9 227:20
227:21,23,24
235:8,9,13
239:7 242:2,20
**recorded** 29:5
  44:14 64:16
  94:12 157:14
  161:18 163:25
  184:9 243:8
**recording** 80:8
  123:14
**records** 18:15
  104:9
**recrystallizati...**
  61:15
**recrystallized**
  60:16
**redacted** 86:5,8
**redactions**
  86:21
**REDIRECT**
  241:21
**redundant**
  158:18
**refer** 24:20
  29:10 30:11
  35:14 42:14
  45:13 47:22,25
  48:1 60:22
  66:1 80:3,4
  83:4,11 110:15
  157:8 170:4
  211:5 212:4
**reference** 40:20
  41:25 56:21
  77:8,20,23
  83:2 178:5
  179:3 206:18
**referenced** 43:1
  44:1 205:18
  206:4
**references** 9:16

Laura Webb, Ph.D.

Page 274

40:12 203:23
225:7,24 226:3
236:23
**referencing**
55:22 155:6
**referred** 54:7
68:5
**referring** 24:21
30:3 41:3
56:18 57:1
61:13,23,24
68:4 90:12
110:17 120:3
153:17 178:1
183:12 224:21
**refers** 101:20
168:19,20
229:6
**refine** 99:24
**refined** 48:25
58:8
**refinement** 99:6
**reflect** 239:24
**reflected** 17:1
26:21 27:20
38:18,21 43:7
63:4,7 72:20
78:10 86:10
**reflects** 51:14
145:20 151:17
**refreshed** 14:25
145:5
**regard** 27:17
29:4 68:25
**regarding** 117:3
**regardless**
145:23
**region** 36:4 58:4
70:7 100:20,21
118:22 157:14
166:1 172:3
187:24 211:7
228:17
**regional** 96:3
167:3 190:21
194:11 197:18
**regions** 29:25

43:4 45:18
110:11
**regularly**
129:19 209:23
**regulated** 60:23
186:1,5 205:10
205:12
**relate** 71:4
80:21 85:24
121:4 122:16
**related** 11:25
81:2 104:25
125:20 141:22
142:21 158:7
165:18,22
229:7 235:23
**relates** 1:11
43:18 47:23
101:7 110:2
120:15 166:21
178:14
**relating** 116:8
128:10
**relationship**
9:24 75:2
89:16 92:16
94:14 111:8
124:14 127:12
148:6,17
159:24 173:14
**relationships**
54:15 108:8
122:15 172:11
172:13 173:24
173:25
**relative** 45:5
48:18 63:18
64:17 95:5
120:1,17
122:16 126:17
128:11 172:11
172:12 173:24
**relatively** 46:14
61:9 152:10
189:21 197:14
211:14 222:12
**relevant** 17:21

42:21 43:16
74:11 175:8
221:17,24
**reliance** 12:16
18:14,23 37:12
51:20 54:5
73:18 174:13
223:18 224:2
235:20 237:3
**relied** 21:23
22:14,24 37:16
37:24 38:11
169:15,22
170:12 228:10
**rely** 38:2 74:8
119:18
**relying** 38:6
183:6
**remain** 193:17
**remaining**
232:24
**remains** 231:11
231:17,18
**remember**
14:19 39:5
55:10 71:12
73:21 132:11
147:10 158:2
158:23 174:17
222:17 239:20
240:20
**removed** 135:17
135:23
**render** 15:16
239:25 240:12
240:24
**rendered** 56:8
**rendering** 125:3
228:11 237:22
**reorganization**
84:11
**reorganize** 95:2
**reorganized**
84:21
**reorient** 119:25
**repeat** 130:15
**replaces** 84:25

**report** 6:12 12:2
15:13,17,22,22
16:23 17:1,2,4
19:10 21:6,17
21:18,25 22:7
22:8,11,16,17
22:19,22 24:3
25:6 35:15
37:3,9,24
38:10 43:12,14
45:15 47:11,14
47:16 48:1
51:10,15,18
52:3 53:18,20
54:3,11,24
55:2,3 56:14
56:18,24 61:4
61:25 62:22
69:22 70:14
71:11 72:20,21
73:18,25 74:6
74:12 77:25
78:8,12,20
79:7 80:4,9
81:5,6,10,14
81:17,23 82:5
82:10 83:7
127:3 134:6,23
139:18 141:5
141:14 145:3
150:2,10,13,18
154:12 155:15
155:22 156:1
161:11 174:11
175:10 178:8
183:7 184:5
199:21 204:16
208:14 217:17
218:12 220:12
221:6 226:5
229:12 233:21
237:5,10,13,17
237:21 238:8
240:6 242:12
**reported** 1:25
52:20 60:18
61:7,17,25

74:19 185:5
**reporter** 2:15
11:13 106:14
146:19 180:19
243:1,2,25
**reporter's**
243:13
**reporting** 75:7
**reports** 14:4
20:16,18,24
21:7,7 36:24
52:19 56:14
73:23 77:8
94:9 124:19
125:10 126:14
128:10 141:2
142:19,20,25
147:1,14
154:23 155:6
158:24 159:3
162:17 164:11
198:20,20
222:8 235:16
235:21
**represent** 13:5
20:18 187:5
**representations**
23:4 82:4
**represented**
57:3 70:12
172:4
**reproduction**
243:23
**request** 16:6
17:8 145:7,9
146:4
**requested** 18:6
51:1 183:7
**requests** 6:19
18:11
**requirement**
229:17
**requirements**
151:20
**rereviewed**
81:17
**research** 96:24

Case 3:16-md-02738-MAS-RLS    Document 32996-10    Filed 07/23/24    Page 93 of 104
PageID: 191237
Laura Webb, Ph.D.

Page 275

96:24 97:8,13
109:8 112:23
117:22 123:1
142:16 200:3
**researcher**
109:4
**Reserves** 9:7
201:13,16
**reside** 83:19
**residual** 232:16
232:22
**resistance**
124:23 211:16
**resolve** 99:16
**Resource** 10:4
**resources** 33:1
**respect** 12:1
16:23 28:17
35:20,21 47:21
54:1 61:4
69:24 73:16
81:13 85:10
91:17 113:1
135:19 136:1
138:1,12
141:24 155:13
155:18 158:25
165:12 169:15
171:18 178:24
196:8 214:12
218:5 219:21
228:11
**respond** 124:18
142:17 155:22
**responded** 18:7
176:2
**responding**
146:23
**response** 6:18
15:9 16:5 17:7
51:21
**responsible** 18:7
64:14
**responsive**
18:11
**restate** 37:22
**restroom** 200:10

**result** 12:9
34:25 35:22
44:12 58:3
165:7
**resulted** 100:1
101:13 191:6
234:5
**resulting** 231:10
**results** 80:12
135:22 138:9
138:11,12
**resume** 88:13
**retained** 27:1
81:8 83:24
84:7,9
**retainer** 84:20
84:22 85:1,3
**retention** 83:21
85:11
**return** 244:11
**reveal** 21:9
**review** 22:13,19
22:23 33:19
34:21 36:23
51:17 52:10
56:12 73:21
77:15 86:21
125:7 135:4
235:19 237:1
237:17,21
241:14
**reviewed** 14:3,4
19:12 20:9
21:12,23 22:14
22:24 23:8
36:20 37:12
51:5 62:3
78:12 81:24
114:5,12,22
115:2 134:2,18
135:7,13
141:14 145:1
145:11 158:23
162:17 164:11
206:6 219:8
235:16 238:8
**reviewer** 114:20

**reviewing** 73:9
73:15,22
**reviews** 184:7
**rich** 59:9 151:4
152:10 160:14
161:16 167:19
168:23 169:1
180:13 185:11
185:11
**ride** 173:1
**riebeckite** 60:25
**right** 12:25 13:4
15:14 18:16
20:4,10,13
25:19 26:9,22
27:21 28:12
35:1,6 37:9
39:13 41:21,21
46:7 49:12,18
50:8,12 51:4
51:14 53:15
57:12 58:16
59:7 61:1 62:6
62:16 63:10
70:23 71:25
72:15 73:4
78:6 83:22
85:8,12 86:5
88:13,23,25
89:6,20 93:11
96:5,9,21
97:18,21 98:1
100:16 101:3
102:4,24
106:20 107:1
109:7 110:4
111:15,20
112:10 118:4,5
122:4 123:2,15
134:16 139:13
141:4,15 148:5
150:1,12
153:19 157:6
162:9 166:17
167:3 168:20
176:14 178:6
178:13 183:13

183:23 184:21
187:9 188:4,18
190:5,23
192:21 193:3
201:2,8 202:4
210:14 213:15
214:22 215:25
221:3 224:6
225:12 228:12
229:3,22 236:8
236:14,15
237:14 238:12
241:6 242:9,14
**right-hand** 44:2
57:2,4
**rigorously**
203:13
**ripe** 193:23
**rise** 28:23
**risk** 211:21
**River** 8:9,15
71:7
**rivers** 121:20
**road** 13:12 19:8
40:6 121:18,19
156:18
**roadmap** 15:4
**roads** 100:10,15
**Robert** 236:2
**Robinson** 42:14
42:15 129:22
129:22 134:22
**rock** 29:5 30:7
35:23 57:8,11
57:17 58:1
60:8 67:13
78:15 89:15,15
90:15,23 91:12
91:23 92:12
95:16,24
100:11 101:25
105:8 108:4,10
109:22 111:1,2
112:8 113:13
119:2,4,10
120:1,8,9,14
120:17 121:5

122:8 123:21
127:12 129:15
129:16,24
136:20 151:2,3
151:22 160:7
161:7,8 164:25
167:25 168:4
168:17,22
173:18,20
181:6 191:25
208:3 220:16
220:20,21
221:23 229:6
229:10,11,20
229:21 230:14
230:19,22
234:14,21
**rock's** 108:11
187:8
**rock-cutting**
122:6
**rock-mineral**
230:1
**rocks** 28:20
30:16 34:10,12
34:17 36:3
43:19 44:14,19
44:21 45:11,12
45:19,23 46:9
59:7,11,14,20
60:13,14,17
61:11,18 65:7
65:11,12 66:7
66:16 67:4,13
72:14 90:21,24
91:2,7,9,11,19
92:9,15,25
93:20 94:2,3
94:10,17 96:5
97:9 100:2
101:8,9 108:16
110:3,10
111:17,19
112:6 113:11
115:1 116:22
116:23 119:7
119:20 121:20

Case 3:16-md-02738-MAS-RLS    Document 32996-10    Filed 07/23/24    Page 94 of 104
PageID: 191238
Laura Webb, Ph.D.

Page 276

122:23 123:2
125:14,19,22
125:24 126:1
127:20 130:12
137:23,24
153:13 157:14
157:18 159:11
159:22 160:5
160:13,22,25
161:4,19 165:9
166:4 167:15
168:9,21,25
169:1 172:2,19
172:20 173:16
179:19 182:9
182:11 184:9
185:8,10
191:14 192:2,3
192:6 198:12
198:15 221:12
221:17 222:5
233:17,22
**rolling** 121:9
**room** 53:9 97:5
99:5
**rotating** 121:5
**rotation** 120:20
122:20
**roughly** 46:3
71:15 187:24
**RPR** 243:18
**rub** 216:14
217:7
**rule** 165:1
**rules** 13:11
**run** 175:15
209:23
**Rutgers** 203:14

――――――
**S**

**S** 3:1 6:1,9 7:1
8:1 9:1 10:1
11:1
**SAED** 156:18
**safe** 37:16 38:1
**safely** 123:24
**Safety** 209:12

**SALES** 1:7
**sample** 9:25
80:6,13 95:18
104:15 105:18
116:12 122:2
122:18 127:20
207:17 208:2
217:5
**sampled** 129:6
129:14
**samples** 12:6
29:20 80:22
95:18,21,22
96:18 103:6,12
109:15 112:14
116:14,17
118:18 119:24
127:9,9 128:4
128:11,15,18
129:8 136:12
136:19 138:4,7
138:10 167:4
216:4 237:8
**sampling** 100:11
100:13 112:20
123:23 132:22
132:25
**San** 64:1
**Sandrone** 174:6
174:7
**Sanford** 42:17
129:5,6 159:8
159:22
**satisfied** 229:18
**satisfies** 229:21
**satisfy** 196:24
**saturated**
191:20 195:10
**save** 50:20
**saved** 50:22
**saw** 17:18 40:15
77:7 81:8,9,15
125:17 129:25
165:17 206:9
207:25 238:2
**Saxtons** 8:9,15
71:7

**saying** 41:19
112:2 164:8
197:17
**says** 23:13 57:12
57:14 59:19
63:12 109:10
110:5 195:5
203:11 204:9
206:19 215:12
231:7 235:3
**scale** 29:19,19
29:23 30:5,6
30:25 31:12,13
39:25 43:2
51:11 96:3
111:4 124:22
127:1 208:6,10
210:1
**scales** 29:18
110:10 126:22
**scanning** 103:22
105:3 106:3
117:12 137:16
**scheme** 198:2
**schist** 59:22
60:10 181:10
206:21
**Scholar** 174:18
**school** 88:21
117:10,14
**science** 88:24
125:6 127:6
**sciences** 89:6
**scientific** 154:25
158:11 174:19
175:12,18
**scientifically**
175:11,19
176:12 178:20
**scientist** 31:22
33:4
**scientists** 58:5
**scope** 156:3
207:21 208:14
**scratch** 134:17
**screen** 131:17
**SE/SEM** 117:16

**search** 17:21
18:20 31:16
51:1 125:8,9
**searched** 174:23
**searches** 36:6
40:2
**searching** 18:15
174:19
**second** 15:12
23:20 24:5
25:4 55:17
64:4 79:18
82:22 101:17
188:22 201:5
210:19 214:21
223:4
**secondary**
104:10
**section** 96:2
134:12 150:2
154:16,20
163:25
**sections** 7:9 52:4
95:19,23 122:8
122:9,11
126:25 135:16
135:23 164:6
**sector** 102:8
105:16
**see** 17:11 18:9
19:4,13 22:21
25:4 26:2
27:20,24 32:22
34:9,11 36:13
36:15 40:8
42:25 43:7
44:25 48:11
52:20 53:21
54:17 55:4
58:10,17 65:15
67:11 70:8,11
74:24 82:17
83:12,17 84:7
88:13 90:14,20
91:2,17 92:3
97:12,17 101:4
103:14 106:5

117:21 119:1
120:11 121:12
123:11 125:15
134:13 143:15
143:22,24
148:16 157:23
160:1 161:23
165:21 177:24
182:25 183:10
183:11,20
188:23 194:13
194:15 198:5
199:13 204:5
206:8,16 207:1
208:5 213:10
213:16 215:19
216:23 217:24
220:24 225:17
227:13,14
228:22 229:4,8
236:6
**seeing** 16:20
17:16 48:18
56:20 116:3
143:21 149:24
**seek** 211:2,23
**seeking** 18:3
**seen** 17:19 40:4
61:6,16,22
66:13,18 73:13
116:23 128:16
135:10,22
137:18,19,23
138:9 142:18
162:7 163:20
163:24 164:5
173:23 175:22
196:13 197:1
201:8,19
202:19 208:1
211:6 214:10
214:14 233:17
233:18 236:4
236:18 237:12
**select** 95:20
**selecting** 122:23
**SEM** 137:23

Laura Webb, Ph.D.

Page 277

seminar 141:19
141:21
send 88:18
122:8 146:8
sense 29:15 31:6
76:13 77:7
87:7 122:19
134:14 158:18
181:3
sent 86:1
sentence 109:10
210:20
separately
144:17
separation
221:15
sepiolite 173:9
173:12
September
215:15
series 21:8 51:13
170:5
serious 15:4
serpentine
204:10 215:20
serpentines
139:2
serpentinite
59:21 60:9,11
Serpentinizati...
160:15
served 114:19
serves 149:16
service 103:17
169:23
Services 11:5
serving 140:21
set 109:18,20
111:16 112:3
112:11,17
161:15 197:13
243:5
SEYFARTH
4:20
Seymour 77:9
shafts 131:10
shakes 16:21

209:9
shallow 192:7
Shandong 158:4
shape 64:10
110:12
SHAW 4:20
shear 64:3,5,12
66:15,16 99:25
122:19
sheet 214:21
225:5 226:18
244:5,6,9,11
246:8
sheets 215:7,11
215:13,15
shells 97:16
shifted 177:15
shocked 205:2,3
shocker 216:9
Shook 27:1
83:22 84:25
85:3
short 29:2 49:19
57:16 65:6
87:17,22
105:20 149:4
shorthand 46:6
47:1 243:1,2
243:11
shortly 148:8
shot 183:19
show 26:2 27:14
28:2 30:6
45:20 106:9
181:3 217:25
241:4
showed 48:23
shower 40:25,25
41:16,16,16
184:10,11
showing 49:8
70:17 187:2
shown 14:24
15:1 30:4
33:25 75:1
156:20 167:19
175:4,6 181:20

225:25 241:6
shows 44:7
47:17 49:11
82:10,14,15
239:3
Shukla 147:24
side 20:22 44:2
57:2,4 108:14
195:18 196:3
213:4 215:15
215:15
sides 85:23
sign 84:19 244:6
signed 84:22
85:4
significance
44:4
significant
31:24 91:10
234:20
significantly
12:16
signing 244:8
silica 167:19
232:23
silicon 179:17
232:16
similar 45:8,20
45:20 48:12
67:2 82:4
109:2 134:5
156:11 165:16
165:16 167:10
167:24 173:10
180:8 182:5
194:8 197:22
219:24
similarly 179:25
simple 13:11
simply 37:7
206:2 223:23
single 30:13
143:25
sit 219:9
site 30:20 55:1
95:11,14 189:9
224:25,25

226:11
sited 108:1
sites 30:13 83:10
83:11 121:16
127:9 226:9
sites.xls 9:18
sitting 130:3
238:17
situ 104:18
situation 193:22
196:24 234:1
six 60:22
sixth 206:19
size 119:6
142:21
sketch 118:15
skill 109:18,20
111:16 112:3
112:11,17
skills 112:8
skimmed 22:10
slams 99:12
slightly 48:25
181:13
slip 65:25 67:6,6
67:7 190:12
195:5,24
222:20
small 63:11
171:25 197:13
small-aspect-r...
209:18
smaller 12:17
113:23 180:3,4
snuck 107:3
solely 230:16
solid 193:17
someone's 74:8
somewhat
158:15
sordid 44:11
sorry 17:23
25:13 26:5,15
28:2 32:18
34:3,17 37:19
38:24 41:16
45:25 55:10

57:4,5 59:3
63:5 69:13
70:9 80:23
86:3 102:5
111:23 120:19
129:22 130:15
136:17 137:9
152:22 156:6
156:11 161:11
174:3 176:24
178:7 180:19
180:20 187:17
196:11 197:5
204:19 205:25
214:18 222:7
228:18 237:19
239:1 240:19
241:3
sort 28:11 29:23
36:1,6 38:14
45:7 57:13
68:5 70:6
71:21 78:24
80:2,5 84:10
100:7 101:12
101:14 111:4
119:12 120:4
124:21 126:22
143:14 144:17
153:12 181:4
182:10 191:1
197:9
sound 159:4,7
175:11,19
176:12 178:19
178:20
sounds 46:22
118:3
source 40:24
41:14 138:19
203:18 209:17
230:25
sourced 76:19
123:21 162:23
163:22 164:16
sources 40:8
145:17 174:2

Laura Webb, Ph.D.

sourcing 159:5
south 95:4,6
  98:19 120:6
southern 70:9
  70:10,19 99:22
  100:20,21
  157:18 184:11
  188:3
southwestern
  71:22
space 45:19
  67:25 110:11
  129:10 162:2
  244:4
spaces 191:18
spatial 54:15
speak 22:3
  47:25
speaking 34:23
  189:16 190:13
  211:10
special 182:11
  205:24 234:1,1
  234:24
specific 27:13
  32:5,17,17,18
  35:6,8 52:22
  58:24 71:24
  83:11 84:8
  89:8 102:2,6
  110:19 113:24
  113:24 116:9
  120:2 124:3,13
  129:2 134:6
  142:8 166:16
  166:20 167:3,7
  204:13 208:16
  208:25 221:8
  221:23 225:5
  225:25 226:7
  237:8
specifically
  34:11 71:12
  89:13 92:22
  100:9 102:16
  112:25 114:25
  115:3 117:25

137:9 147:23
156:7 158:1
172:19 174:20
175:24 178:24
186:7 200:21
235:23
specified 209:11
  235:5
specifying
  215:16
specimen
  119:14,16
specimens
  136:20
spectrometer
  102:12,14,23
  104:15 105:16
  105:17 110:21
spectrometers
  101:22 102:9
spectrometry
  104:11 105:12
spectrum
  105:20 107:14
speculation
  205:21
spell 15:14
  93:12
spelling 171:10
spent 74:2
spews 110:21
spilite 229:22,25
  230:4,9,19,24
  231:1,3,5,18
  231:24
spoke 128:20
  139:25
spoken 139:23
  140:11 141:1,8
  141:17
spot 104:19
  105:22,22
spreadsheet
  9:15 78:7
  80:18 82:13
  224:20
spreadsheets

226:7
spring 117:14
  183:24
Square 4:7
stability 187:14
  187:18
stable 126:4
  172:23 187:7
  193:17
staff 204:16
stage 36:10
stages 160:11
stainless 102:25
  103:1
stand 159:3
standalone
  226:20
standard 57:17
standards
  140:18
standing 41:5
stands 57:14
Stanford 89:2
  92:4
start 15:19
  16:14 26:20
  30:22 88:8
  154:19 176:7
  201:9 207:23
  214:13
started 11:23
  64:7 95:4,6
  97:24 185:8
starting 35:16
  35:17 36:5
  43:22 49:5
  51:7 56:11
state 23:17
  29:18 48:9,10
  48:23 58:5
  177:15 198:20
  212:20 226:7
  237:9,12,14
  244:3
stated 37:1
statement
  146:23 154:23

159:16 177:25
211:1 224:4
240:4
States 1:1 226:6
  234:13
statistics 233:21
stay 23:7
staying 19:3
steel 102:25
  103:1
stenographic
  11:12
stenographica...
  243:9
step 88:10
steps 123:11,13
STEVE 3:21
stipulation
  223:24
stop 30:22
stopping 118:2
strain 64:7
  65:14
strategies
  112:20
stratigraphy
  242:3
Street 2:5 3:8,17
  3:23 4:14,21
strength 126:3
  191:25
stretched 35:23
  64:8 65:13
  110:1
stretching
  101:13
strike 47:7
  190:14 205:15
  207:16 231:22
  232:5
strong 64:22
structural 7:4
  67:12 94:21
  98:9 108:14
  109:14 110:2
  113:9 119:8
  172:12

structure 28:24
  35:21 43:17,23
  44:7,11 63:21
  83:8 84:21
  95:24 101:16
  107:25 112:6
  124:22 126:8
structures 30:17
  89:15 95:18
  99:8 107:23
  108:13 109:23
  123:19 142:22
  192:16
student 99:20
  115:11
students 58:6
  110:8 115:8,25
studied 172:10
  173:5 192:15
studies 42:20
  62:4 73:23
  92:4,6 129:25
  137:6 140:4
  166:2 233:19
study 42:14
  89:15 100:24
  110:19 111:10
  113:10 124:8
  129:5,8,14,22
stuff 53:10 83:3
sub- 164:20
subduction
  93:25 95:2,7
  173:2 193:12
  193:13
subject 9:6,9
  210:17 244:8
submission
  47:14
subparagraph
  154:20,22
  175:9 184:6
subpoena 15:10
  15:20 87:4
subscribed
  243:14 246:14
subsequent

Laura Webb, Ph.D.

60:16 106:13
106:14
**subsequently**
44:19 131:22
194:23
**subset** 180:3
**substance** 246:7
**substantial**
164:20
**subsumes**
113:22
**suffice** 209:4
**sufficient**
156:13 182:4
**suggest** 173:16
**suggests** 203:15
**suite** 3:9 4:8 5:6
45:10
**sum** 76:13
**summarized**
219:8
**summarizes**
154:16
**summarizing**
164:12
**summary** 74:6,9
125:16 154:13
154:21 176:2
215:7,11,13,15
240:11
**summer** 81:11
81:24 139:25
147:7 183:24
**supervised**
133:8 138:15
**supervision**
243:25
**supplement**
24:2 25:3
229:20
**supplemental**
19:11 20:9
23:7,9 24:8,12
24:22 37:25
38:10 47:9
50:5 51:5
54:19 55:17

62:18 69:17
71:5 72:11
78:5 88:11,14
139:17
**supplements**
74:17
**support** 36:16
165:19
**supporting**
10:10 21:20,21
225:3
**supports** 175:20
**suppose** 33:25
149:22 193:21
**Supposes**
199:25
**sure** 12:20 15:14
18:22 20:20
29:22 38:5,17
53:9 68:21
79:21 85:23
87:23 106:1
130:18 131:9
132:3 152:24
153:15 170:15
176:17 178:9
190:4 199:18
200:6 213:23
214:23 225:23
226:23,25
228:20
**surface** 43:19
94:2,7,10,19
119:2 194:10
234:15
**surfaces** 211:15
**surficial** 176:3
**surprise** 127:3
216:10 217:16
218:1
**surprised** 163:6
216:22 217:24
233:5
**surprising** 212:8
**surround** 191:1
**surrounding**
29:15 125:22

206:21 229:20
229:21
**Survey** 23:14
51:10 53:17
**survive** 61:20
**survived** 193:13
**SUTCLIFFE**
4:13
**swear** 11:14
**switch** 38:8
**Switzerland**
96:9
**sworn** 11:16
243:6 246:14
**synonymous**
66:23 158:15
203:1
**synonymously**
202:21
**synthesis** 126:21
**synthesize**
124:21 154:24
157:8
**synthesized** 37:1
**Syracuse** 96:20
97:3,20
**system** 8:24
30:15,16 95:3
103:5 108:25
125:19 165:15
172:19 179:18
179:25 181:9
181:22
**systems** 34:17
108:4 126:16
129:17 153:12
159:10

_____
**T**
_____
**T** 6:1,1,9 7:1 8:1
9:1 10:1 245:2
**tab** 79:18
**table** 78:13 79:9
79:10,23 81:11
81:16,18,20
82:1,10 83:3
85:24 150:5

**tables** 102:15
**tabs** 227:12
**take** 13:13 34:23
49:19 55:9
62:6 69:6
71:25 79:6,15
79:19 86:23
87:7,9,11,12
87:14,17,20,21
88:20 90:15
102:2 112:5
119:14 122:1,5
123:11,22
124:1 127:9
144:23 149:4
154:15 156:16
176:20 179:7
194:4 199:14
200:5 201:5
203:2,4 205:7
213:13
**taken** 39:17
128:11 135:7
135:10 136:19
138:10 147:12
187:14 220:25
243:4
**takes** 182:11
205:23 233:25
234:24
**talc** 8:20 9:20,24
9:25 21:11
31:10 32:2
34:25 35:13
40:24 41:15
42:3 44:17
59:21,22 60:3
60:10,10,12
63:17 67:19,19
70:8,11 72:11
75:3 76:20
82:22 91:17,19
91:25 92:1,7,8
92:11,20
112:24 114:6
114:14,24
115:1,3,9,13

116:3,8,12,14
116:17,22
117:4 124:10
124:15 125:21
125:23 126:11
126:14 127:13
127:20,20
128:12 129:1
132:13,15,18
132:22,25
133:13,18,21
133:23,25
134:3,19,25
135:5,8,14,17
135:19,24
136:1,7,10,12
136:20,25
137:4,10,13,17
137:22,23
138:1,4,6,10
138:16,18,19
138:24 139:8
139:11 141:9
141:25 142:9
147:22 150:22
150:22 151:2,3
151:4,16,23
152:3,10,13
153:4,9,16,17
153:21 154:1,5
156:10 158:8
159:11,25
160:19,23
161:2,9,21
162:3,8,12,22
162:23 163:10
163:21,21,25
164:15,16,24
165:2 166:7,11
166:14,15
168:2,25 170:7
172:1,14,19,20
172:23 173:1,9
173:10,13,15
173:21 175:13
175:21,25
181:4,7 182:9

Laura Webb, Ph.D.

Page 280

184:15,24
185:2,23
186:16,22
188:1,4 190:19
192:12 193:2,6
193:11,17
194:3,6,18
200:20 202:1
203:12 206:21
206:24 210:23
212:2,2 218:6
218:24 219:5
222:10 228:15
228:16 229:11
229:17 230:10
230:16,23
231:10,11,17
231:21 232:4,8
232:22,22
233:1,7 236:24
**talcs** 203:16
204:10
**talcs'** 206:22
**talcum** 1:6 11:8
42:3 153:10
**talk** 80:18 84:14
217:17 221:9
**talked** 19:1 40:5
137:2 141:12
148:2,19
153:22 225:1
**talking** 17:24
18:16 116:22
168:1 197:13
200:18 202:23
**target** 106:12
122:24
**targets** 92:2,18
99:15
**tea** 200:8
**teach** 110:5
**teaching** 109:7
116:25
**tease** 151:13
**Technical**
101:18
**technically**

99:23
**technique** 89:25
102:17 103:11
104:25 105:2
106:8 117:3
**tectonic** 44:11
44:12,17 60:11
61:8 99:3,10
101:9 108:17
110:12 126:23
159:18 160:4
160:11 166:3
167:16
**tectonics** 109:4
110:6
**Tecum** 6:17,21
16:4,8,16
17:10
**Telephonically**
3:14
**tell** 20:17 23:8
27:19 46:6
48:3 53:22
56:7 78:10
82:6 120:21
122:20 134:16
**TEM** 142:22
156:20
**temperature**
34:13 45:10,17
45:19 46:17,19
64:22 65:1,3,3
65:8,18,20
66:4,6 68:11
123:8 124:11
126:5,12,17
161:3 173:19
184:8 188:1
189:2,16,21
191:4,14 192:7
194:8 221:13
**temperatures**
44:22 46:10,13
64:15,16 65:22
104:8 160:5
172:24 191:3
191:24 192:13

**ten** 48:7
**tend** 66:4
**tends** 189:6
**term** 29:12
35:15 40:19
46:16 59:6
60:20,21 64:24
101:4 150:25
152:4 202:10
204:2,6 205:6
207:3,5 212:5
**termed** 206:24
**terminology**
50:14 205:15
229:3
**terms** 18:14
24:16 34:1
42:22 43:22
44:9 48:18
54:15 56:12,20
56:22,23 65:9
74:18 75:10
80:20 90:14
108:16 125:2
126:6 150:17
159:4 173:8,23
181:8 189:1
197:15 202:22
207:8 216:11
228:14
**terrains** 173:5
**test** 138:9,11,11
138:12 216:3
**tested** 217:5
**testified** 11:17
145:16 235:15
**testify** 154:17
**testifying** 57:1
**testimony** 15:13
16:23 53:22
76:14 186:20
186:23 243:7
**testing** 102:6,7
199:8
**tests** 101:24
102:2 122:3
217:25

**Texas** 3:10,24
13:6
**textbook** 182:21
182:23
**textural** 122:14
172:10 173:24
**textures** 78:17
81:2 92:15
113:13
**thank** 11:22
17:5 53:15
54:21 62:8
69:4 108:22
120:23 139:13
170:23 171:14
188:17 226:13
226:19 227:16
236:16 242:10
242:14,16,17
**Thanks** 224:6
**thematic** 92:17
**thematically**
89:11
**theme** 99:1
**themes** 98:8
**theoretically**
90:15
**theories** 173:8
174:3
**thereabouts**
178:4
**thereof** 243:11
243:14
**thermobarom...**
104:7
**thermochrono...**
101:23 109:5
**thermometer**
105:1
**thesis** 77:9,10,22
115:11 116:1
128:14
**thin** 95:19,23
96:1 122:8,9
122:11 126:25
134:12 135:16
135:23 154:6

163:25 164:6
**thing** 48:17 76:3
77:7 80:19,20
146:2 188:21
189:5 208:24
213:4 226:16
**things** 13:23
28:2 73:17
82:5 84:22
106:6 109:8
119:18 121:4
125:15 127:2
156:20 177:12
177:14 195:19
197:6,7 206:14
216:13 218:13
238:2
**think** 12:16
22:10 26:22
32:16 33:2
35:14 39:2
40:3 44:7
45:15 51:2
53:21 54:1,7
62:6 63:12
67:1 68:20
70:9 75:20
76:3,12 77:21
79:18 81:11,15
81:15,17 83:6
85:15,25 87:3
87:14 111:23
112:3 116:24
118:1 123:24
127:17 128:14
128:15 129:6
131:9,25 132:4
133:11,11
138:22 140:1
145:10,12,15
145:20,22
146:13 147:24
148:9,25
151:15,21
152:19 154:6
155:20 157:19
157:25 159:16

Laura Webb, Ph.D.

Page 281

164:23 169:4
170:20 174:13
175:15 176:14
177:4,19
178:13 179:13
179:23,24
183:12 194:10
207:22 208:19
210:2 223:17
223:20 225:14
226:8 229:1,4
231:18 232:10
233:2,23
234:10 236:8
238:1,2,25
**thinking** 29:18
193:10
**thinning** 100:1
**third** 15:15 25:8
25:15 43:9
62:17
**thirty** 244:12
**Thomas** 8:12,18
**Thompson**
178:3
**thorough** 80:7
**thought** 73:12
73:13 177:24
183:25
**thousands** 158:3
**thread** 111:24
**three** 14:16,22
28:23 53:19
73:2 86:2
129:6 153:23
159:18 181:20
**Thrones** 184:3
**throw** 183:25
207:6
**throwing** 199:1
**tightly** 129:24
**tile** 23:21 27:10
**till** 222:25
**Tillotson** 98:20
**time** 11:6 12:10
13:13,18 17:23
18:4 31:24

39:10 41:6
44:16 50:20
52:1,7 54:23
55:5 56:1 63:2
70:2 71:16
74:2 81:9,19
85:17 110:11
140:11 147:1,9
148:12,13
160:8 162:2
177:16,25
192:17,21
193:1,6,16
195:10 211:4
242:11 243:5,6
243:8
**times** 13:19 14:8
29:14 49:16
100:18 121:15
**timing** 89:19
94:16 99:24
126:17
**titanium** 104:25
106:7,9
**title** 21:3 93:19
154:15 201:12
**titled** 19:9
210:16 215:6
**today** 11:10,13
12:21 13:7
15:5,7 16:22
17:21 18:2
20:5 49:17
98:4 103:4
125:10 130:3
139:17 150:20
155:16 156:1
172:6 194:10
219:9 220:8
237:2 239:21
240:8 241:7
242:11
**today's** 11:5
95:5 242:18
**Todd** 1:25 2:14
11:13 243:18
**toilet** 46:23

**told** 84:17 131:1
131:13 217:5
**top** 57:12 80:21
**topic** 85:17
114:8,16
142:16,23
218:14
**topics** 116:7
**total** 12:4 56:20
**totally** 158:5
**touch** 239:14
**town** 40:4
**TP** 46:16,21,22
**trace** 220:3
**trail** 75:9
**training** 239:25
240:12
**transcribed**
243:10
**transcript** 6:10
7:2 8:2 9:2
10:2 21:15
22:5 243:10,12
243:22 244:13
244:14
**transcription**
246:4
**transect** 100:11
**transformation**
173:11,20
**translation**
169:21 170:12
171:2 227:5
228:6
**transmission**
117:8 138:3
**transport**
120:16
**tremolite** 9:7
60:25 61:1
160:17 163:10
179:25 184:13
185:1 186:7,9
186:13,15,21
187:15 201:13
201:17 202:4
202:13 203:2,5

203:23 204:12
204:14,16,22
204:23 205:3,4
205:4,10,12,18
205:19 206:4
206:19 207:18
228:17 230:3,4
230:9 231:1,4
231:5,9,11,14
231:21,24
232:4,7,13,20
232:25 233:6
233:12,12,13
233:14,17,18
234:5 235:3,4
**triangle** 161:10
180:18,21
181:21
**Triassic** 93:23
**tried** 74:7
125:12 188:24
225:7
**trigger** 151:6
**true** 39:6 47:19
127:19 131:4
133:15 138:6
139:1 150:9
196:15 243:10
**truly** 168:24
**truncation**
67:21
**try** 13:25 74:24
80:7 94:12,16
110:10 125:7
125:15 157:17
182:8,15
213:19 216:24
**trying** 26:2
27:14,16 29:14
34:16 39:2
40:13 42:21
58:11 73:20
98:24 99:24
108:15 109:17
126:7,15
151:13,22
153:1 158:21

181:3 208:12
224:11
**Tucker** 5:5
83:21,24 84:23
84:25 85:10
86:1 143:4
**turn** 25:8 50:4
154:11 179:14
186:24 228:21
**turned** 94:4,4
97:6
**turning** 175:9
194:17
**twice** 147:16
**two** 12:20 14:16
14:22 23:15
26:3 82:6
89:10 93:19
107:19 131:4
132:7 156:13
159:23 173:8
215:14 223:14
**two-and-a-half**
130:6
**two-thirds**
27:24
**type** 27:13 56:22
57:9,11,15
58:20 96:13
104:14 105:6
121:16 122:21
124:12 125:17
202:6 211:1
241:13
**types** 30:17 36:7
44:24 59:23
67:3 90:21
91:7 95:16
100:11 109:22
119:4 129:15
167:25 168:17
215:16 220:21
234:14
**typically** 59:9
60:9 83:19
107:20 222:14

Laura Webb, Ph.D.

Page 282

**U**

**U.S** 9:22 23:13
51:10 53:17
**UCLA** 88:25
**Uh** 59:7 67:11
120:7 236:17
**ultimately** 32:1
83:6 123:1
143:8 229:11
230:23
**ultra** 92:25
93:20 94:9
173:5
**ultra-high**
102:19
**ultramafic** 59:1
59:5,14,20,23
60:1,8,13,14
61:18 63:17
91:10 157:20
160:6,13 161:8
161:20 168:4
168:21 179:19
180:13,14
181:11 182:9
185:7
**ultramafics**
222:3
**unaltered**
180:16
**unclear** 13:18
13:24
**undergoes**
186:17
**undergoing**
192:17 232:14
**undergone**
151:23
**underground**
121:25 131:10
133:5
**underlying**
127:12 168:3
**underpin** 15:13
**undersigned**
243:2

**understand**
20:21 28:16
29:3 34:16
50:9 51:2
53:21 75:2
89:18 108:15
109:9 110:10
110:25 111:2,3
125:23 126:7
126:16 127:23
146:6 153:1,12
158:21 176:8
183:8 197:12
199:12 206:6
228:18 240:5
**understanding**
29:8 30:15
33:3 36:2
40:23 42:2,22
43:15 84:10
85:16 92:14
108:8 123:7
132:1 142:16
155:1 158:12
164:23 207:7
**understood**
41:24 42:8
50:17 57:8
142:4
**undertaking**
241:14
**underwater**
131:8
**underwent**
61:13 167:16
168:10
**unique** 112:2
158:22 176:8
**unit** 56:13 57:6
57:13,18,19
64:18 100:12
170:2 220:20
**United** 1:1 226:6
234:13
**units** 28:18,24
29:5 35:24
43:22 52:18

56:22 57:6
58:11,15,21
59:1,5,21,24
60:2,9 61:13
63:11 64:17
126:10 166:7
166:14,21
168:13 220:19
**universe** 198:4
**University** 8:24
96:8,21 97:21
98:1 108:24
203:14
**update** 177:10
**updated** 88:18
**upper** 28:11
44:22 180:5
**uranium-lead**
104:22 105:25
**uranium-thor...**
102:17
**use** 35:11,15
40:19 46:16
60:20 66:24
79:23,24 102:7
104:6 106:11
107:13 108:5
131:14 151:7,8
156:23 158:14
200:10 204:2
207:10 229:3
**USGS** 21:6 55:1
58:5 125:10
198:20 221:2
221:19 224:25
225:15 226:11
**usually** 67:11
118:23,24
119:18,22
120:15 122:5
**utilized** 37:17
53:23
**UV** 105:20
**UVM** 96:14
117:16 148:8
149:22 208:4

**V**

**V** 4:12
**vacuum** 102:19
**values** 75:23
**Van** 73:12 74:4
74:10,17,18
75:13 76:5
176:2 178:24
179:5 224:20
**variables** 68:18
91:15 197:9,14
**variation** 90:4
**variations** 191:4
**varies** 98:18
**varieties** 60:24
**variety** 39:16,18
40:7 74:3
143:12 182:10
212:20
**various** 9:11
241:7
**vary** 209:1
220:16,16
221:18
**vast** 200:2
223:18
**veins** 60:19
195:19
**venture** 178:22
**verify** 75:1,4,18
**Vermont** 1:17
2:4,6 6:24 7:7
7:12,16,20,24
8:6,11,17,21
8:24 10:5 11:8
12:6 14:13
21:11 23:17
27:9 29:19
35:20 36:12
40:20,24 42:9
48:10,11,12
51:10 55:19
58:5,25 60:8
61:8 62:20
69:20 71:8
72:12 74:13

78:8 79:8 81:7
81:23 97:21
98:1,7,12,13
108:25 126:9
126:15,22
127:8,24 129:1
129:7 130:4
131:5 133:13
134:7 138:19
151:25 153:23
157:13,19
158:25 159:20
160:24 163:16
163:19,20
165:13 167:11
168:19 177:7
178:2 180:11
184:11 188:3,7
190:19 193:25
194:17 195:4
196:6 197:15
198:19 200:20
202:2 204:10
204:13 212:2
212:13 222:9
225:2,5,25
237:14
**version** 25:16,25
47:16 54:8
82:9 177:9
180:4 226:25
239:12
**versions** 28:7
55:22
**versus** 124:24
140:18 143:11
143:12,20
151:3,23
**vertical** 100:1
**viability** 154:9
**viable** 154:7
**vicinity** 158:8
206:22
**videographer**
5:11 11:3,4,18
11:21 49:22,25
88:1,4 118:6,9

Laura Webb, Ph.D.

149:8,11
200:11,14
213:24 214:2
223:5,8 227:21
227:24 235:9
235:12 242:18
**Videotaped** 1:15
6:15,20 16:3,7
16:15 17:9
**view** 112:5
153:3,18,18
190:20 215:1
**viewed** 221:24
**Virta** 236:2
**virtually** 45:8
212:4,16
**visible** 204:12
**visit** 95:10
**visited** 133:12
149:22
**visiting** 148:10
**vitae** 240:14
**void** 191:18
243:13
**voids** 66:5 192:5
192:9
**volume** 233:23
234:18,21
**volumes** 173:20
185:2
**vorticity** 122:19

___
**W**

**wait** 222:25
**walk** 65:7 229:3
**wall** 185:10
**walls** 195:13,24
196:3
**want** 11:19
15:13,19 30:22
30:24 31:12
32:4,13,22
50:17 51:5
53:9 70:16
76:3 87:13,21
90:5 104:3,4
110:20 112:20

132:3 151:11
164:2 199:14
199:17 201:5
204:3 211:2,23
216:2,14,14,18
217:6 222:24
224:18 226:24
234:12 236:7
239:6 242:11
**wanted** 32:1
80:4 109:8
142:23 189:24
190:3 239:17
**wanting** 30:19
**Warren** 3:4 13:4
242:16
**Washington**
4:22
**wasn't** 76:16
77:10,21 92:19
126:13 131:13
152:9 154:6
155:22 164:1
218:9 229:2
236:18
**waste** 152:14
206:23
**wastewater** 40:5
**water** 68:13
149:6 160:14
161:15 200:8
**wavelength**
105:21
**way** 13:15 21:1
41:9 47:10
53:4 56:8 67:7
67:7 78:23,24
80:3,5 119:25
120:21 152:25
163:10 165:7
167:1 170:25
194:7 211:19
**ways** 39:19 40:7
143:13 202:19
**WDS** 103:23
**we'll** 12:21 15:7
37:5 49:19

55:9 79:15,15
79:19,20 87:5
87:24 93:13
108:18 120:18
120:18 122:7
150:18 163:19
169:2 210:7
224:12 225:21
226:14,17
**we're** 11:3,24
12:3,9 18:16
23:12 32:16
40:18 49:25
61:13,18 87:6
88:8,23 99:24
101:2 102:9,24
103:3 111:5,6
116:21 118:1,9
118:24 129:1
130:3 137:9,22
137:22 144:8
145:10 149:11
178:1 197:13
200:14 214:2
223:8 224:11
235:12 241:5
242:20
**we've** 12:10 87:2
87:3 100:6
101:4 102:25
109:2 116:22
125:10 150:1
150:19 153:17
153:22,23
159:18 175:15
193:9 201:3
208:3 226:23
238:10
**weaker** 192:3
**web** 40:2
**Webb** 1:16 2:1
6:2,11,12,16
6:21 7:3 8:3,23
9:3 10:3,9
11:10,15,23
13:3,8 15:2,23
16:4,7,9,11,16

17:2,7,10 19:4
19:10 23:1
50:3 52:25
53:12 55:12,16
56:25 62:11
69:7,16 71:1,4
72:6,9 87:3
88:7,8 108:19
108:20 118:12
118:13 131:21
132:12 145:7
148:25 149:14
149:15 150:1
169:11 200:17
200:18,24
201:8 210:8,9
210:14,19
212:22 214:5
220:12 223:11
224:1,10,13
226:13 228:1,4
235:15 236:9
238:5 242:6,10
242:22 246:11
**Webb's** 12:2
**WebLink** 140:5
**website** 71:14
225:15 226:11
**weeks** 73:2
148:13
**weight** 192:1,9
**weird** 161:10,12
**welcome** 13:16
50:3 88:7
149:14 200:17
213:3
**well-founded**
175:11,16,19
178:19
**went** 52:4 75:9
85:22 89:2
93:25 94:10
96:8,20 97:20
173:1 225:24
225:24 232:21
**weren't** 41:19
76:16 199:20

**west** 3:23 4:14
45:2 203:17
**western** 100:5
**whatsoever** 77:3
141:11 216:9
**White** 182:18
**wide** 74:3
**width** 143:11,12
**willing** 13:13
**Windham** 8:10
8:16 71:7
**window** 121:20
**Windsor** 6:24
7:6,11,24 8:6
8:11,17 51:9
62:20 69:19
71:8 203:17
**winter** 179:19
183:13,14,17
183:18,22
184:1 187:2,11
223:19
**wish** 112:4
**witness** 2:16
11:14 16:21
30:2 31:4,15
32:8,15 33:7
33:13,24 35:8
36:15,22 37:11
38:5 42:2
47:13 55:14
59:13 60:1
62:2 66:13
68:8,15 69:9
70:18 76:12,24
77:5 78:23
79:17 80:11
82:2 84:16,19
86:15 106:15
111:22 115:15
127:17 128:25
130:15 131:7
140:21,23
144:6,20
146:17,21
147:3 149:6,16
149:21 150:23

Laura Webb, Ph.D.

152:8,17 153:7
154:3 155:20
156:4,6,9
159:7 162:14
162:25 163:4
163:14,24
164:10,18,22
166:19 167:7
171:12 174:5
176:17,24
178:13 180:20
181:17 182:21
182:23 183:14
186:4 189:15
191:10 193:5
193:21 196:7
196:10 197:5
198:1,11
199:10 200:1,5
200:7 204:1
205:22 207:22
208:15 209:6,9
209:15 210:11
212:1,16,24
213:21 216:7
216:21 217:9
217:15,23
218:19 219:6
219:15 220:18
221:4 225:23
231:14 234:23
236:17 238:1
238:23 243:6,7
243:14 244:1
**witness's** 156:3
**Woodstock**
178:2
**word** 66:25
83:18 150:15
163:5 215:9
**wording** 51:2
**words** 35:19
58:12 121:8
151:11 235:5
**work** 49:5 53:24
58:4 85:19,20
86:13 89:9,14

92:3,21 97:3
98:7,13 99:1
104:18 106:19
110:20 112:12
115:7 117:22
127:25 128:10
128:18 129:4
129:16,20
141:22 144:9
144:13 155:14
183:9 202:22
203:13 207:13
228:23
**worked** 66:15
80:12 96:12,23
98:10,11,20
99:17 115:25
132:12
**worker** 203:15
206:9
**working** 92:18
96:17 98:12
99:21 119:23
142:5 144:18
149:23 202:23
**works** 84:11
126:24 130:1
**worry** 49:17
**worse** 217:13
**wouldn't** 24:4
29:9 30:22
61:19 80:14
131:10,10
152:9 178:21
184:23 185:1
211:23 216:22
233:5 235:2,25
**write** 78:13
150:15
**writer** 204:14
**writing** 125:6
**written** 9:4
51:15 52:19
54:3,11 55:3
56:24 72:19
125:21 170:9
194:1

**wrong** 29:11
46:7
**wrote** 234:11
**Wylie** 21:14,18
139:19,21,23
140:12,20
142:12 145:8
145:19

---

**X**

**x** 1:4,13 6:9 7:1
8:1,9,15 9:1
10:1
**XRD** 136:24

---

**Y**

**y'all** 86:21
**Y-A-O** 171:12
**Yagan-Onch**
93:9
**Yao** 166:4 171:8
171:8,12
**yeah** 19:24
21:22 24:24
26:1 27:15
31:4 32:23
33:13,13 34:4
35:16,17 37:22
41:7 42:9 43:5
46:18 47:1,21
48:22 49:15
50:13,19 51:3
53:8,25 57:19
58:17 62:2,2
66:18,24 67:8
68:8,8,17,18
70:18 71:21
72:5 75:14,19
78:24 79:4,12
79:13,17,19
80:11 81:6,9
82:8,8,13 83:9
87:16,19 89:22
90:18,23 91:1
91:13 93:2,18
94:25 96:1
97:19 100:18

101:7 102:8,9
103:16,18
105:9,15 106:3
106:15,24
107:24 108:12
111:22,23
114:3 116:4
118:3,21
119:13 120:7
121:11,19,21
121:24 123:16
123:19 124:16
125:4 130:8,22
131:7,12 132:6
135:21 136:5,5
137:18 140:16
141:13,16
142:14 144:6
145:1 147:13
147:16 148:21
149:6 150:4
151:12 152:8
152:10,17,20
154:3 156:9,24
157:23 158:17
158:20 163:17
165:14 168:8
168:13,14
169:6,7 177:4
177:12,21
178:12 180:14
181:1,17 183:3
185:20 186:12
188:5,16 189:1
189:22 191:23
193:5 194:9
196:17 197:5
198:1 200:1,9
204:21 206:6
208:9,15 210:2
211:7 212:17
213:6 214:21
215:21 216:7
217:15,15,23
219:24 222:7
222:18 225:3
225:13,21

227:13 229:12
231:2 233:2,10
234:23 236:6
237:7 238:9
239:6,11
240:20,21
**year** 18:17 39:3
39:4 49:4
51:19 63:2
88:24 148:14
176:14
**years** 48:7 58:3
76:10,16 90:11
99:11 148:20
160:12,21
167:17 172:5
172:17 194:3,4
198:16
**yep** 41:22
103:19 169:8
224:3 236:13
**yesterday** 14:10
14:16
**York** 4:15,15
236:19 237:9

---

**Z**

**Z-H-A-O**
171:13
**zeolite** 188:15
**zeroing** 157:24
**Zhao** 171:8,9,13
**zircon** 104:19
105:25
**Zodac** 8:22
21:10 72:4,11
**zone** 64:3,5,12
65:19 66:15,16
93:25 95:3,8
99:25 129:2
154:5,6 168:18
168:20 173:2
193:12 229:16
229:24
**zones** 105:24
106:8,12 154:4
168:16 184:15

Laura Webb, Ph.D.

185:14 202:23
204:13 206:20
206:23
**zoning** 104:3
106:11
**zoom** 29:14,20
39:9,9 49:7
213:19
**zoomed** 25:10
26:12 28:7
**zoomed-in**
25:15,25 39:6
**Zucchetti** 174:7

---

**0**

**0.6** 190:23
**05401** 2:6

---

**1**

**1** 6:12 10:7 15:3
15:21,23 17:2
20:19,23 26:22
29:13 30:23
35:12 38:18,22
42:25 43:13
54:18 67:7
82:18 150:9
154:12 184:5
214:18 220:11
233:23 234:16
234:18 240:8
242:13
**1.0** 154:20
**1:00** 87:18
**1:24,000** 30:6
51:11
**10** 8:23 104:19
105:22 108:19
108:20 234:14
234:16
**10:27** 49:23
**10:46** 50:1
**100** 94:1
**10019-6142** 4:15
**108** 8:24
**11** 9:4 20:8
169:3,11

186:24
**11:41** 88:2
**11:58** 88:5
**1100** 5:6
**12** 9:5 200:24
201:3,10 241:8
**12:41** 118:7
**12:45** 118:3
**13** 6:3 9:8 103:2
179:14 210:7,9
210:14 214:8
241:8
**131** 10:10
**14** 9:11 12:4
169:14 174:15
212:21,22
214:5,13 241:8
**14th** 16:17 18:17
**15** 6:14,17,21
9:13 105:22
223:23 224:9
224:13 227:1
**15'** 8:10,16
**15A** 9:15 224:12
224:13,16,21
224:23 225:10
226:1
**15B** 9:16 224:12
224:13,17
**15C** 9:19 228:1
228:5
**15th** 19:22
**16** 9:22 236:9,12
236:13
**16-2738** 1:6
**169** 9:4
**16th** 19:25
**17** 10:4 220:14
236:11 238:5
238:10
**18** 10:7 131:21
241:24 242:6
**19** 19:4 229:16
**19103-6996** 4:9
**1940** 21:11
72:11
**1961** 23:21 25:7

26:1 44:8 48:2
176:13 177:3,6
**1965** 178:4,6
**1979** 166:9
**1982** 10:6 42:18
129:5 159:8
237:11
**1984** 174:8
**1985** 236:2
**1988** 174:7
**1989** 88:22
**1990** 88:21
174:7
**1992** 9:6,9
201:12
**1996** 6:25 7:8,13
7:17,21 51:8
52:10,23 54:24
55:18
**1999** 89:4

---

**2**

**2** 6:15 10:8 16:2
16:2,14 47:2
49:8 54:5 55:9
67:7 82:19
131:18 203:9
204:20 213:5
238:21,25
239:2,5,10
240:17 242:2
**2:00** 118:10
**2:42** 149:9
**20** 19:23 49:16
50:6 105:22
177:19,20
192:13 246:16
**200** 9:7 102:12
**2000** 4:8 7:25
8:7 26:15
62:19 69:18
106:24
**20004-1454** 4:22
**2001** 8:13,19
71:6 179:19
182:18 187:2
**2004** 73:12 74:4

176:3 187:14
187:20
**2006** 42:15 74:5
74:10,17
134:23 178:24
224:20
**2007** 106:18
**2008** 97:24
**2009** 97:23
148:12
**2010** 48:2,25
221:9
**2011** 23:18,25
24:1,18 25:21
26:14,15 27:12
27:13 43:11
47:5 177:11
221:1,2
**2016** 166:5
171:9 174:6
**2017** 27:3 38:19
81:10,24 85:4
106:23 107:1
**2018** 83:25
141:18 147:7
171:9
**2019** 1:18 11:6
16:17 18:18
79:3 243:15
**202** 4:23
**21** 9:9 178:17
**210** 9:10
**212** 4:16 9:12
**215** 4:10
**216** 5:8 101:21
**218** 3:17
**219720-722**
201:11
**224** 9:14,15,18
**228** 9:21
**236** 9:25
**238** 6:4 10:6
**238270** 210:15
**238277** 210:16
**241** 6:3
**25** 9:6
**250** 85:7

**25th** 20:2,3,8
201:12
**269-2343** 3:19
**26th** 20:2
**28** 210:15
**29** 1:18
**293-7368** 3:25
**29th** 11:6 20:5

---

**3**

**3** 6:18 15:23
16:5 17:7 19:3
20:19,23 23:1
26:22 28:10
29:14 30:23
35:12 38:18,18
38:22 43:7,13
50:5,11 54:18
67:8 68:20
78:7
**3-to-1** 209:16,24
**3:10** 149:12
**30** 230:4 231:5
243:15 244:12
**300** 64:2 187:19
**30th** 20:4
**334** 3:19
**35** 230:5 231:5
**355** 172:17
**36104** 3:18
**39** 101:22
103:11
**3D** 118:25
120:25 121:1
121:13,18

---

**4**

**4** 20:20 47:3
49:7
**4:26** 200:12
**4:57** 200:15
**40** 90:2,3 101:22
103:10
**400-something**
167:16
**404** 3:23
**41** 2:5

Laura Webb, Ph.D.

Page 286

| | | |
|---|---|---|
| **436951** 9:12 214:6 | 68:22 69:6 72:10 186:25 | **900** 3:8 |
| **436954** 214:17 | 187:1 188:11 | **904-4550** 3:11 |
| **436971** 9:12 214:7 | 189:13 234:14 234:14,16 | **92** 215:16 |
| **44113-7213** 5:7 | **6:00** 235:10 | **950** 5:6 |
| **450** 160:12 | **6:07** 235:13 | **96** 53:18 |
| **458** 85:11 | **6:14** 242:20,23 | **96-32** 51:11 |
| **463-2400** 4:23 | **600** 172:22 | **975** 4:21 |
| **469** 3:11 | **61** 176:21,22,23 177:5 | **988-2706** 4:10 |
| **4A** 6:22 53:2,12 53:16 | **62** 7:25 | **99** 211:4 |
| **4B** 7:4 53:12 | **65** 176:16 | |
| **4C** 7:9 53:12 | **651-0080** 2:7 | |
| | **69** 8:7 | |
| **5** | **696-4835** 5:8 | |
| **5** 20:19,23 26:22 29:14 30:23 | | |
| 35:12 38:18,22 43:13 54:18 | **7** | |
| **5-to-1** 209:4,16 209:24 | **7** 8:4 21:14 69:5 69:7,16 106:24 179:15 | |
| **5:22** 213:25 | **7.5'** 8:9,15 | |
| **5:24** 214:3 | **700** 45:24 65:21 172:25 | |
| **5:35** 223:6 | **71** 8:13,19 | |
| **5:43** 223:9 | **72** 8:22 | |
| **5:48** 227:22 | **750** 45:24 | |
| **5:50** 227:25 | **75202** 3:10 | |
| **500** 3:9 168:11 168:12 190:22 | **78701** 3:24 | |
| **506-3748** 4:16 | **7th** 3:23 | |
| **51** 4:14 | | |
| **5129** 243:19 | **8** | |
| **52nd** 4:14 | **8** 70:24 | |
| **53** 6:25 7:8,13 | **8.14** 229:25 | |
| **5400** 101:21 | **80** 160:20 194:2 | |
| **544** 90:11 | **802** 2:7 | |
| **55** 7:17,21 | **832** 3:25 | |
| **550** 46:4,5 65:22 | **89** 88:23 | |
| **575** 46:5 172:21 | **8A** 8:8 70:25 71:1,4 | |
| **5A** 7:14 55:10 55:12 | **8B** 8:14 71:1 | |
| **5B** 7:18 55:12 | | |
| | **9** | |
| **6** | **9** 8:20 72:3,6,9 177:10 220:14 | |
| **6** 7:22 45:16 62:10,11,14,17 | **9:28** 1:19 11:6 | |
| | **90** 94:1 160:20 | |