# Exhibit 7



REPORT OF ITALIAN MINE

SAMPLES

J. & J.

# DEPARTMENT OF

# MINERAL EXPLOITATION

## UNIVERSITY COLLEGE

## CARDIFF





Protected Document - Subject to Protective Order



This document represents the completion
report of the Italian mine samples and
other powders supplied by Johnson and
Johnson, Cosham, Portsmouth, to the
Department of Mineral Exploitation.

The persons involved in the examination
of the material reported here were:

Mr. J. Lightfoot

Mr. G.A. Kingston

Dr. F.D. Pooley

Protected Document -Subject to Protective Order

## REPORT OF INVESTIGATION OF ITALIAN MINE
### SAMPLES AND RELATED POWDERS

### Introduction

Talc is hydrated magnesium silicate $(Mg_3Si_4O_{10}(OH)_2)$
which can occur in a number of forms.    In its compact form
it is known as stealite or soapstone.    The form normally
employed for toilet purposes is soft and very friable in
character.    It is mined in many parts of the world including
the U.S.A., Canada, France, Italy, Norway and India, as well
as several other countries.    It occurs in both a flaky and
lath  like form and the chief deposits occur in altered
magnesia-rich calcareous rocks such as dolomite, marble, and
magnesian limestone.    The purest talc deposits occur in
association with dolomite and marble.    Talc also occurs in
altered basic rocks such as serpentines and again as thin beds
in mica schists.    Commercial talcs contain a number of
related mineral impurities.    They may include antigorite
(hydrated magnesium silicate) magnesite or members of the
magnesite-chalybite series of carbonates, dolomite (calcium
magnesium carbonate), tremolite and actinolite (calcium, iron
magnesium silicates), chlorites (magnesium aluminium iron
silicates) and other minor minerals such as the sulphides and
spinels.

The hand specimens examined in this report were collected
at the Italian mine and do not represent an average collection
of specimens of material being produced at the mine.    The
specimens were collected with the intention of sampling those
areas with obvious non talc mineral inclusions.    Specimens
were retained which showed differences in physical appearance,
i.e. fibrous, flakey, massive and powdery in texture.
Specimens of ore in which colour variation was observed were
also collected.    In general the colour of the talc ore
varied from grey through white to a light green colour.
Obvious inclusions in the talc ore itself were retained and a
careful search at the various sample locations in the talc
seam was performed for fibrous amphibole minerals.

Specimens of the hanging and footwall were also collected
to assess their mineral content as these were likely sources
of ore contamination, although the method of mining which
consisted of hand filling methods precluded any gross contam-
ination of the ore.

The hand specimens have been, where possible, prepared
for examination by the optical microscope and both polished
blocks and thin sections of material have been employed.
Representative fractions of all hand specimens have been
reduced to powder form and subjected to powder X-ray diffrac-
tion examination.    The representative powdered samples also
form the samples for morphological examination by the electron
microscope.

Protected Document -Subject to Protective Order

FDP000000497

2

The list of samples obtained from the Italian mine are given in Tables 1 and 2 and throughout this report the samples are referred to by the preceding code number for each specimen.

The objective of the examination has been mainly to establish the major minerals which occur in association with talc at the Italian mine. In particular to look at the association of these minerals with the talc and especially those minerals which are of the same family as the commercial asbestos minerals, i.e. the amphiboles and serpentines.

The objective of the optical examination has been to establish textural and mineral relationship and not to quantify the phases occurring in each hand specimen. X-ray work has been aimed at establishing the minerals observed by optical means and to produce reference patterns for future investigation together with computed data from pattern measurement.

Electron microscope work has been selective in nature and performed on the finer fraction of the powdered specimens. Its aim has been to describe the morphology of the particles produced by comminution of the hand specimens and to investigate any obvious structural information which might be of use in identification of individual mineral particles.

Representative data obtained from the various examinations are included in the following report.

Protected Document -Subject to Protective Order

FDP000000498

3

## TABLE 1
## LIST OF ITALIAN MINE SAMPLES

| Code No. | Description |
|---|---|
| I.1. | Talc from footwall contact |
| I.2. | Sorting pieces (with obvious colour differences) |
| I.3. | Coloured talc (green) |
| I.4. | Face 10 sample with obvious amphibole inclusion. |
| I.5. | General ore |
| I.6. | Suspected Quartz sample |
| I.7. | Mica schist specimen |
| I.8. | Massive talc |
| I.9. | Grey talc 1st face |
| I.10. | Granular talc sample |
| I.11. | Carbonate and talc |
| I.12. | Footwall sample? Amphibolite |
| I.13. | Inclusion showing passage into talc bottom transit. |
| I.14. | Inclusion in talc seam face 4, middle of seam. |
| I.15. | Talc footwall contact |
| I.16. | Inclusion from face 1. |
| I.17. | Footwall rock sample |
| I.18. | Face 3 carbonate/talc sample |
| I.19. | Tremolite/quartz/talc sample |
| I.20. | Amphibole sample from Gianna level 1212 |
| I.21. | Inclusion from face 2. |
| I.22. | Carbonate/talc sample |
| I.23. | Black gneiss 2 ft below talc seam |
| I.24. | Talc next to carbonate face 2. |
| I.25. | Footwall limestone |
| I.26. | Talc inclusions |
| I.27. | Lithological inclusions face 1 |

Protected Document -Subject to Protective Order

4

Table 1 Continued

| Code No. | Description |
|---|---|
| I.28. | Quartz/talc sample |
| I.29. | Sample 6 footwall |
| I.30. | Quartz/Carbonate/talc sample |
| I.31. | Black inclusion face 1 |
| I.32. | Face 2 inclusion from base of talc |
| I.33. | Talc from lower left end of working |
| I.34. | Marble/tunnel wall |
| I.35. | Massive carbonate from rear end of working |
| I.36. | Grey talc specimen |
| I.37. | Carbonate in talc inclusion |
| I.38. | Pyrite/talc specimen |
| I.39. | 5" - 0 pieces from crusher |
| I.40. | Platey talc |
| I.41. | Face 2, good specimen |
| I.42. | Face 1, coloured green (talc) |
| I.43. | Face 10, fibrous sample |
| I.44. | Face 1, pure talc? |
| I.45. | Face 1, good specimen |
| I.46. | Face 3, coloured specimen |

Protected Document -Subject to Protective Order

5

## TABLE 2

### OTHER SPECIMENS EXAMINED

| Code No. | Description |
|----------|-------------|
| B1 | Pure talc 1st face |
| B2 | Greenish talc 1st face |
| B3 | Talc 6 inches above footwall |
| B4 | Talc from above inclusion |
| B5 | Inclusion in talc |
| B6 | Talc 2 ft above inclusion |
| B7 | Section 2 ft above inclusion |
| B8 | Pure talc 1st face |
| B9 | Grey talc 1st face |

Also examined

1)  Batch shipments of ∅∅∅∅∅ talc

2)  Old samples of British powders.

———————

Protected Document -Subject to Protective Order

FDP000000501

6

## OPTICAL EXAMINATION OF SPECIMENS I1 - I46

Thin and polished sections were prepared of the specimens of wallrock and, where possible, the talc ore.

The minerals which formed a major constituent in at least one of the sections were quartz, muscovite, talc, chlorite, (var sheridanite), calcite, garnet, and tremolite; the latter only occurred as a major constituent in section I19.    Phases which were always minor or accessory were microcline, plagioclase, biotite, pennine, epidote, clinozoisite, hornblende, actinolite (section I7), rutile, and opaque constituents pyrite, pyrrhotite, and chalcopyrite.

The identification of the minerals in the sections of these specimens was based on the optical characteristics of the minerals in transmitted and reflected light, both under plane polarised light (PPL) and crossed nicols (XN), combined with the results of the X-ray diffraction study of the crushed hand specimens.    In some cases material was extracted from the sections and examined in R.I. liquids as in determining that the most common chlorite mineral in these specimens is a variety called sheridanite having a  R.I. ω equivalent of 1.590 ± 0.005 and a birefringence of 0.012 - 0.014.    Similarly much of the muscovite was nearly uniaxial with a  R.I. of 1.600 corresponding to the variety phengite, an abnormally siliceous muscovite. In the case of talc its confident determination optically is difficult since its optical properties are identical to muscovite.    However, it was found that the common "feathery" form of the talc combined with the invariable occurrence of minute transparent inclusions (suspected to be silica) in the talc producing a 'dusty' appearance in thin section and a greenish colour in hand specimen, enabled talc to be distinguished from muscovite.    Talc also exhibited slightly higher order interference colours in general.    Where talc was only an accessory mineral to muscovite, as in some of the wallrock samples, then it could not be distinguished with certaintly.

In the following pages (no        to        ) the Italian specimens are systematically described as regards their mineral composition and mode of intergrowth.    Numerous photomicrographs taken under PPL and XN are provided with the description to mainly illustrate the rock textures which, it is hoped, will provide information useful in the comminution of particularly the talc ore samples, and also displays the non occurrence of asbestiform amphiboles in the talc ore.

Protected Document -Subject to Protective Order

7

## Specimen I1

Specimen I1 consisted of several pieces of wallrock with one piece displaying the talc/footwall contact. One polished section was made of the talc/footwall contact and one thin section of the wallrock alone.

The wallrock is a schist which in thin section displayed a segregation of the main minerals into thin lenticular bands composed, as in Figure 1, of long tabular aggregates of intermixed muscovite (var. phengite) and chlorite (var sheridanite), and granular quartz exhibiting a polygonal grain boundary structure. Accessory rutile occurs as orientated inclusions in the chlorite and muscovite, and also opaque constituents which in polished section were identified as dominantly pyrite metacrysts with minor pyrrhotite. Some subhedral porphyroblasts of plagioclase also occur.



Fig. 1. Photomicrograph, x 40, of thin section of wallrock I1 under crossed nicols. A schist of quartz (granular white-black), muscovite (lamellar yellow-blue), and chlorite (lamellar white-blueish grey).

## Specimen I3: 'coloured talc'

The minerals composing this specimen are major talc and chlorite (var sheridanite) with the talc content much greater than chlorite, together with accessory garnet, rutile, and an unidentifiable finely dispersed phase occurring as minute transparent inclusions along the cleavage planes and grain boundaries of the talc and imparting a dusty brown appearance to the talc in thin section and a greenish colour in hand specimen. The talc occurs as medium grained feathery aggregates which are in places 'dusty' and grade into 'clean' transparent aggregates which are free of any inclusions. It appears that some retrograde metamorphic process has caused the inclusions to be removed or incorporated into the talc structure since single talc crystals display both types. The

FDP000000503

8

minor chlorite is dispersed in the talc matrix as small
lenticular and globular fibrous aggregates.   Rare garnet,
possibly a member of the ugrandite series because of its
anisotropy, occurs as subhedral porphyroblasts.



Fig. 2.   Photomicrograph, X 24, of thin section of 'coloured
           talc' specimen I3 under crossed nicols.   Dominantly
talc (yellow-blue interference colours) showing murky brownish
black patches due to presence of fine unidentifiable inclusions.

Specimen I5:   general ore

A coarse aggregate of curving foliaceous and feathery
crystals of talc displaying evidence of shearing and translation
twinning.   As in specimen I3, dusty inclusions of a transpa-
rant mineral with a general prismatic habit occurs dispersed
in the talc.   As before, but to a lesser extent, the talc is
cleansed of these inclusions along zones associated with defor-
mation and translation twinning, and it appears that the
inclusions have either been converted to talc (as in the con-
version of tremolite to talc by low temperature $CO_2$ metasomatism)
or incorporated into the talc structure as a result of retro-
grade deformation metamorphism.   Rare small subhedral garnet
porphyroblasts also occur.

Protected Document -Subject to Protective Order

9



Fig. 3.   Photomicrograph, x 24, of thin section of 'general ore'
specimen I5 under crossed nicols showing the texture
of the talc, and the 'murky' inclusion-rich talc
compared to the clear inclusion-free talc.


Specimen I6

    Specimen I6 consists of a very coarse aggregate of inter-
locking anhedral magnesite grains which exhibit strongly
irregular and angular penetrating grain boundaries.   The mag-
nesite is characterised in thin section, Fig. 3a, by its marked
change in relief and perfect rhombohedral cleavage in plane
polarised light, and very high order interference colours, Fig.
3b, under crossed nicols.

    Intergranular pockets of fine grained foliaceous and
radiating prismatic crystals of talc together with rare
chlorite (var. sheridanite) occur.   In places the prismatic
clusters of talc appear to have formed at the expense of the
magnesite, perhaps as a result of a retrograde thermal metamor-
phism with its formation being ascribed to a reaction between
the magnesite and silica.   One subhedral porphyroblast of
plagioclase felspar occurs in the thin section.

Protected Document -Subject to Protective Order

10



Fig. 3a.  Photomicrograph, x 24, of thin section of specimen
I₆ under plane polarised light, consisting dominantly
of magnesite with minor talc and rare chlorite.



Fig. 3b.  Photomicrograph of thin section of specimen I₆,
mag x 24, under crossed nicols showing the occurr-
ence of small equigranular and prismatic crystals
of talc penetrating and interstitial to coarse
anhedral magnesite.

Protected Document -Subject to Protective Order

11

Specimen I7

This specimen of wallrock is a quartz-muscovite-garnet schist (Figs. 4a, 4b, and 4c) containing some accessory actinolite, brown hornblende, talc and rare biotite.

The muscovite (var. phengite) forms long lenticular bands showing a preferred orientation in a matrix of interlocked equigranular quartz grains displaying strongly irregular grain boundaries. Large euhedral porphyroblasts of garnet, forming one of the major phases, are dispersed throughout the rock.

Accessory subhedral tabular and rhombic sections of actinolite (colourless to bluish green pleochroism) occur orientated parallel to the schistosity. The actinolite also occurs as rims to euhedral grains of rhombic and tabular outline which may have originally been brown hornblende but now are pseudomorphed by what appears to be a mixture of talc, chlorite and residual hornblende. Some talc is present as small pockets within the muscovite layers but this identification is based on the form, the lower refractive index and the occurrence of dusty inclusions. The colour, birefringence etc. of the talc is otherwise the same as muscovite.

In polished section the main opaque accessory mineral is pyrrhotite occurring as subhedral laths lying parallel to the schistosity. Traces of chalcopyrite also occur, and some rutile rods mainly as inclusions in the garnet porphyroblasts.



Fig. 4a   Photomicrograph of polished section of I7 showing pyrrhotite (white), garnet (light grey), and muscovite-quartz (darker grey). Very dark to black areas are pits in the surface.

Protected Document -Subject to Protective Order

12



Fig. 4b.   Photomicrograph, mag. x 40, of thin section of I7
consisting of garnet, muscovite and quartz under
plane polarised light.



Fig. 4c.   Photomicrograph, mag. x 40, of thin section of I7
under crossed nicols showing subhedral garnet
(black), anhedral interlocking quartz (white-grey-
black), and lamellar muscovite (coloured).

Protected Document -Subject to Protective Order

13

## Specimen I₈

In hand specimen I₈ appears as a coarse aggregate of foli-
aceous talc varying in colour from white to greenish white.  The
general texture in thin section is of coarse foliated talc
preferentially orientated and alternating with long lenses of a
finer talc in which a preferred orientation appears to be absent
as a result of shearing parallel to the schistosity.  Minor
chlorite (var. sheridanite) occurs as orientated laths intimately
intergrown with the coarse talc and as fibrous aggregates in the
finer talc lenses.  Rare anhedral garnet, possibly pyrope, occurs.

In thin section the talc which appears greenish in hand
specimen is seen to be crowded with minute inclusions of a
pinkish mineral occurring as rounded to thin tabular grains and
having a lower refractive index than the talc.  A grey-brown
amorphous material is also present.  This material together with
the granular inclusions is presumably responsible for the greenish
colouration of the talc in hand specimen.  As in I₃ and I₅ the
greenish talc has been cleansed of inclusions along planes
parallel to the schistosity by some later metasomatic process or
retrograde metamorphic process.  This 'absorbtion' of the inclu-
sions by the talc or removal of the inclusions does not effect
the form of aggregation of the talc crystals.  Boundaries between
the clean transparent and 'murky' talc often transgress the
schistosity and there is no change in the coarseness or mode of
aggregation of the talc across such boundaries.  X-ray diffrac-
tion of the transparent white talc and the translucent greenish
talc revealed no differences and the composition of these
inclusions is at the moment unknown.  Figure 5, under crossed
nicols, shows such a transgressive boundary between the clear
and 'murky' or dusty talc.



Fig. 5.   Photomicrograph, mag x 24, of thin section I₈ showing
the nature of the talc intergrowth under crossed nicols,
and the transgressive boundaries between clear trans-
parent talc and the inclusion-rich 'murky' talc which
appears greenish white in hand specimen.

FDP000000509

14

Specimen $I_9$:    'Grey talc 1st face'.

In specimen $I_9$ talc and chlorite (var. sheridanite) are the
main constituents.    They occur intimately intergrown as long
orientated foliaceous aggregates alternating with finer platy
aggregates in which the talc and chlorite fibres are randomly
orientated and which form lenses elongated parallel to the
schistosity of the coarser foliaceous talc (Figs. 6a and 6b).
As in previous sections the talc appears murky in parts due to
the presence of minute unidentifiable inclusions.

The talc is also crowded with small irregular and rod-
shaped grains of rutile .  Rare subhedral porphyroblasts of
garnet (possibly pyrope) also occur.



Fig. 6a    Photomicrograph, x 40 mag, of thin section $I_9$ under
plane polarised light showing subhedral garnet
grains in an orientated foliaceous aggregate of talc
and chlorite.

Protected Document -Subject to Protective Order                    FDP000000510

15



Fig. 6b. Photomicrograph, x 40 mag., of thin section $I_9$ under crossed nicols showing garnet (black) in a coarse matrix of foliaceous talc (bright interference colours) and chlorite (white to blue-grey interference colours).

Protected Document -Subject to Protective Order

16

Specimen $I_{10}$ and $I_{10A}$:  'granular talc'

Both $I_{10}$ and $I_{10A}$ consist of an intergrowth of medium grained and randomly orientated major talc with minor chlorite (var. sheridanite) (Fig. 7).  Some small porphyroblasts of garnet also occur scattered in the talc/chlorite ground mass. In this specimen the talc is not crowded with inclusions as is the case in most of the other samples.



Fig. 7.    Photomicrograph, x 40 mag., of thin section $I_{10}$, under crossed nicols, consisting of talc (blue and yellow interference colours), chlorite (white and greys), and garnet (black).

Specimen $I_{11}$ :  'carbonate and talc'

Specimen $I_{11}$ consists dominantly of a mosaic of coarse to fine grained anhedral interlocking magnesite grains with interstitial pockets of coarse to medium grained foliaceous aggregates of talc (Figs. 8a and 8b).  The talc is crowded with near sub-microscopic inclusions of a transparent phase together with a brown amorphous material which causes the talc to appear dusty or turbid in thin section.  Some fibrous chlorite (var. sheridanite) occurs as small pockets intergrown with the talc. Traces of rutile and pyrite occur.

Protected Document -Subject to Protective Order

17



Fig. 8a.   Photomicrograph, x 24 mag., of thin section I$_{11}$
under plane polarised light showing a subhedral
pyrite metacryst (black) in a matrix of compact
granular magnesite with interstitial foliaceous
talc (top centre).



Fig. 8b.   Photomicrograph, x 24 mag., of thin section I$_{11}$
under crossed nicols showing a pyrite metacryst
(black) in a granular magnesite matrix, with a
foliaceous interstitial aggregate of talc (top
centre).

Protected Document -Subject to Protective Order

18

Specimen $I_{12}$

An aggregate of anhedral quartz as the main constituent
with minor interstitial muscovite and green chlorite (var.
pennine) Fig. 9. The long muscovite laths show a preferred
orientation. Chlorite occurs in interstitial pockets as
randomly orientated platy grains. Some epidote is present
and a trace of magnesite.

The chlorite displays a pleochroism from light green to
brownish-cream, and anomalous blue interference colours in
some cases. However, most of the chlorite grains display
lower second order to upper first order interference colours.
Thus a range of chlorite composition is probably represented
in the section.



Fig. 9. Photomicrograph, x 40 mag., of thin section $I_{12}$
under crossed nicols.

Specimen $I_{13}$

This specimen consists of an aggregate of mainly medium
grained platy to fibrous chlorite (var. sheridanite) and
equigranular quartz. These two enclose ragged replacement
residuals of calcite and subhedral metacrysts of pyrite with
rare chalcopyrite.

Protected Document -Subject to Protective Order

19



Fig. 10a    Photomicrograph, x 40 mag., of thin section
$I_{13}$ under PPL showing subhedral pyrite meta-
crysts (black) in a matrix of dominantly
chlorite and quartz with minor calcite.



Fig. 10b    Photomicrograph, x 40 mag., of thin section
$I_{13}$ under XN showing chlorite (fibrous white
and greenish-grey) and calcite (coloured)
enclosing subhedral grains of pyrite (black).
Equigranular grey grains are quartz.

Protected Document -Subject to Protective Order

20

Specimen $I_{14}$

This specimen is dominantly composed of very coarse grained magnesite enclosing minor amounts of talc and very minor chlorite (var. sheridanite).   The talc and chlorite form pockets of radiating lamellar and foliaceous crystals as in Figs. 11a, 11b.



Fig. 11a    Photomicrograph, x 24 mag., of thin section $I_{14}$ under PPL of coarse magnesite and intergranular pockets of 'dusty' and 'clear' talc.



Fig. 11b    Photomicrograph, x 24 mag., of thin section $I_{14}$ under XN of magnesite (greenish) and pockets of radiating lamellar talc (blue, purple, yellow).

21

Specimen I₁₅ₐ

This specimen of wallrock is a garnet-muscovite-quartz
schist with minor green chlorite, biotite, and rare talc and
feldspar (Figs. 12a and 12b).

The garnet occurs as large (1-3mm diam.) porphyroblasts
altered along irregular fractures to a mixture of greenish
chlorite, biotite, and some feldspar, and enclosed in a matrix
composed of orientated tabular grains of muscovite, forming
elongated lenses, and alternating with 'mosaic' granular quartz
containing randomly dispersed biotite and chlorite flakes.



Fig. 12a   Photomicrograph, x 24 mag., of thin section I₁₅ₐ
UNDER PPL showing a large altered porphyroblast
of garnet in a matrix of dominantly muscovite with
minor quartz.

Protected Document -Subject to Protective Order

22



**Fig. 12b.** Photomicrograph, x 24 mag., of thin section
I₁₅ₐ under crossed nicols.  Garnet (black).
Muscovite (dominantly purple interference
colours).  Quartz (white and greys).

23

## Specimen I₁₅

This specimen is dominantly composed of chlorite (var. sheridanite) and quartz as orientated aggregates producing a schistosity. Very minor amounts of magnesite and talc occur. The talc occurs as thin laths intergrown with the chlorite (Fig. 13b).



Fig. 13a   Photomicrograph, x40 mag., of thin section I₁₅ under PPL showing the irregular but preferred elongation of granular quartz segregations in a matrix of fibrous chlorite (var. sheridanite).



Fig. 13b   Photomicrograph, x 40 mag., of thin section I₁₅ under XM, composed of chlorite (fibrous white, greenish grey, black), quartz (granular white-grey-black), and talc (blue, red, and yellow interference colours).

FDP000000519

24

Specimen I16:   'first face inclusion'

This specimen is composed of a medium grained aggregate
of dominantly chlorite (var. sheridanite) and quartz, with
minor magnesite, clinozoisite, talc, and muscovite, and
displaying a poor schistosity.   Scattered euhedral to sub-
hedral pyrite metacrysts occur as well as medium grained
crystal aggregates of rutile associated with clinozoisite
forming 'stringers' parallel to the general schistosity of
the rock.

In the photomicrograph of figure 14a the brownish
speckled areas are dominantly chlorite although in Figure 14b
talc and muscovite are more apparent because of their inter-
ference colours.



Figure 14a   Photomicrograph, x 40 mag., of thin section I16
under PPL.

Protected Document -Subject to Protective Order

25



<u>Fig. 14b</u>  Photomicrograph, x 40 mag., of thin section $I_{16}$
under crossed nicols.  A <u>chlorite</u> - <u>quartz</u> rock
with minor talc and muscovite, and accessory
magnesite, clinozoisite, rutile and pyrite.

Protected Document -Subject to Protective Order

26

Specimen I₁₇: 'footwall'

   This specimen of footwall rock is a muscovite-quartz-
garnet schist consisting of long lenticular anhedral quartz
aggregates.  Both are enclosing fractured and altered euhedral
porphyroblasts of garnet.  Accessory sphene also occurs as
well as serpentine-quartz pseudomorphs after a mineral dis-
playing rhombic and tabular sections.



Fig. 15a  Photomicrograph, x 24 mag., of thin section I₁₇ under
PPL showing garnet euhedra in a matrix of segregated
quartz and muscovite.



Fig. 15b  Photomicrograph, x 24 mag., of thin section I₁₇ under
XN.  Garnet (black), quartz (white to grey), and
muscovite (lamellar and coloured).

Protected Document -Subject to Protective Order

27

Specimen $I_{18}$:  'Face 3, carbonate/talc'

    A coarse to medium grained aggregate of subhedral inter-
locking grains of magnesite with minor talc occurring as
scattered small interstitial clusters associated with rare
chlorite (var. sheridanite) and muscovite (Figs. 16a, 16b).



Fig. 16a   Photomicrograph, x 24 mag., of thin section $I_{18}$
           under PPL of granular magnesite with scattered
           tabular crystals and clusters of talc.



Fig. 16b   Photomicrograph, x 24 mag., of thin section $I_{18}$ under
           XN of granular magnesite (high order interference
           colours, and scattered tabular crystals and clusters
           of talc (top right, coloured) and rare chlorite
           (white to blue-grey colours).

Protected Document - Subject to Protective Order

28

Specimen $I_{19}$:

This specimen consists of an aggregate of coarse grained anhedral magnesite intergrown with solitary bladed crystals and crystal aggregates of tremolite associated with minor amounts of fine fibrous talc and rare anhedral grains of quartz (Figs. 17a, 17b).



Fig. 17a   Photomicrograph, x 24 mag., of thin section of $I_{19}$ under PPL, showing coarse bladed tremolite intergrown with very coarse grained magnesite.



Fig. 17b   Photomicrograph, x 24 mag., of thin section $I_{19}$ under crossed nicols showing coarse bladed tremolite and anhedral coarse-grained magnesite with minor small fibrous aggregates of talc (top left).

Protected Document -Subject to Protective Order

29

Specimen $I_{21}$:  'Inclusion, face 2'.

Specimen $I_{21}$ is composed of a fine grained interlocking aggregate of anhedral magnesite, as the major constituent, associated with scattered laths and interstitial fine-grained fibrous aggregates of very minor talc (Figs. 18a and 18b).



Fig. 18a   Photomicrograph, x 24 mag., of thin section $I_{21}$
under PPL.   Magnesite with rare talc.



Fig. 18b   Photomicrograph, x 24 mag., of thin section $I_{21}$
under crossed nicols.   Magnesite with rare talc.

Protected Document -Subject to Protective Order

30

## Specimen $I_{22}$

This specimen is dominantly composed of coarse subhedral to euhedral interlocking grains of magnesite associated with intergranular fibrous clusters of talc which often enclose smaller euhedral magnesite grains (Fig. 19).



Fig. 19    Photomicrograph, x 24 magnification, of thin
section $I_{22}$ under plane polarised light.  Magnesite
and interstitial aggregates of talc.

Protected Document -Subject to Protective Order

31

Specimen I₂₃:  'Black Gneiss 2' below talc vein'

Specimen I₂₃ consists dominantly of medium grained anhedral interlocking quartz as orientated bands enclosing large microcline anhedra and anhedral aggregates.  Scattered platy aggregates of muscovite occur orientated parallel to the general direction of the quartz banding.  Minor epidote and chlorite also occur (Figs. 20a and 20b).



Fig. 20a  Photomicrograph, x 24 mag., of thin section I₂₃ under PPL. Quartz-muscovite-microcline gneiss.



Fig. 20b  Photomicrograph, x 24 mag., of thin section I₂₃ under XN.  Quartz-muscovite-microcline gneiss.

Protected Document -Subject to Protective Order

32

Specimen I$_{24}$:  'Face 2, Talc next to carbonate'

This specimen of talc ore consists dominantly of coarse
fibrous talc with minor chlorite (var. sheridanite) occurring
as small lenticular fibrous aggregates within the main mass of
talc (Figs. 21a and 21b). A few small subhedra of garnet are
present. As in previous specimens there are two forms of talc
present: (1) a talc that in thin section appears brown (Fig.21a)
under plane polarised light due to finely dispersed dusty inclu-
sions of a transparent mineral and a brown amorphous material,
(2) a clear transparent talc free of inclusions which appears to
have been formed at the expense of the other by some metasomatic
'cleansing' process. Talc crystals in optical continuity can be
seen to change sharply from 'dusty' brown talc to the clear talc.



Fig.21a  Photomicrograph, x 24 mag., of thin section I$_{24}$ under
PPL. 'Dusty' and clear talc enclosing small lenticular
aggregates of chlorite.



Fig.21b  Photomicrograph, x24 mag., of thin section I$_{24}$ under XN.
Coarse talc with lenticular aggregates of chlorite.

Protected Document -Subject to Protective Order

33

Specimen I$_{25}$

This specimen of footwall rock consists of an interlocking
aggregate of medium grained anhedral quartz enclosing occasional
large anhedra of microcline feldspar (Figs. 22a,22b). Minor
magnesite occurs as pockets interstitial to the quartz, and also
scattered laths of muscovite. Green chlorite (pennine) and
epidote occur in trace amounts.



Fig. 22a  Photomicrograph, x 24 mag., of thin section I$_{25}$ under
PPL; dominantly a quartz-microcline rock with minor
muscovite and rare pennine and epidote.



Fig. 22b  Photomicrograph, x 24 mag., of thin section I$_{25}$ under
XN.

Protected Document -Subject to Protective Order

34

Specimen I26

This specimen contains chlorite, talc, magnesite and rutile.
One part of the thin section consisted of a massive coarse
fibrous and feathery aggregate of talc enclosing pockets of
coarse magnesite. This texture graded into one which was
dominantly fine grained chlorite (var. sheridanite) intimately
intergrown with minor quantities of fibrous and platy talc (Fig.
23) as well as scattered small equigranular and rod-shaped
rutile crystals.



Fig. 23.    Photomicrograph, x 40 mag., of thin section I26 under
crossed nicols showing minor talc (coloured) inti-
mately intergrown with major chlorite.

35

## Specimen I27

Specimen I27 is dominantly composed of quartz, chlorite (var. sheridanite) and talc (Figs. 24a and 24b). Thin lenticular bands of coarse feathery talc and chlorite alternate with anhedral granular interlocking aggregates of quartz. Scattered inclusions of rutile and epidote occur, as well as occasional large microcline anhedra.



Fig. 24a   Photomicrograph, x 40 mag., of thin section I27 under PPL, showing a fibrous and feathery aggregate of talc and chlorite enclosing anhedral segregations of quartz.



Fig. 24b   Photomicrograph, x 40 mag., of thin section I27 under XN.

Protected Document -Subject to Protective Order

36

## Specimen I29

Specimen I29 is a gneissic rock consisting of segregated bands of medium to fine interlocking anhedral quartz grains alternating with minor muscovite as orientated platy clusters, and enclosing large microcline anhedra. Some rare pennine and very rare epidote occur intergrown with the muscovite.



Fig. 25a. Photomicrograph, x 24 mag., of thin section I29 under PPL; quartz, muscovite, and microcline (top left).



Fig. 25b. Photomicrograph, x 24 mag., of thin section I29 under XN.

Protected Document - Subject to Protective Order

37

Specimen I₃₁

Specimen $I_{31}$ is a muscovite-quartz schist containing minor pennine, sphene and tremolite.

The rock is dominantly made up of coarse orientated lamellar segregations of muscovite intergrown with flakes of minor greenish brown chlorite (pennine) and enclosing euhedral to subhedral grains of sphene. Minor interlocking fine to medium grained quartz segregations occur alternating with the muscovite bands. Hexagonal sections of an amphibole, probably tremolite, occur dispersed in the muscovite matrix.



Fig. 26a  Photomicrograph, x 40 mag., of thin section $I_{31}$ under PPL;  muscovite-quartz schist.



Fig. 26b  Photomicrograph, x 40 mag., of thin section $I_{31}$ under XN;  muscovite-quartz schist.

Protected Document -Subject to Protective Order

38

Specimen I₃₂

This specimen consists of coarse feathery lenticular aggre-
gates of dominantly chlorite (var. sheridanite) intimately
intergrown with minor amounts of talc (Figs. 27a and 27b).

Small inclusions of rutile occur along the boundaries
(shear planes) between the chlorite aggregates and also along
chlorite cleavage planes. Finely dispersed submicroscopic
dusty inclusions of an unidentified phase similar to that found
in talc occur in the chlorite.



Fig. 27a    Photomicrograph, x 24 mag., of thin section I₃₂ under
XN. Feathery aggregates of sheared chlorite (white to
greenish grey to black) with minor talc (coloured).



Fig. 27b    Photomicrograph, x 24 mag., of thin section I₃₂ under
XN. Finer grained chlorite-talc mixture.

Protected Document -Subject to Protective Order                    FDP000000534

39

Specimen $I_{33}$

This specimen of talc ore consists of a medium to fine grained randomly orientated intergrowth of dominantly talc with minor chlorite (var. sheridanite). The chlorite is intimately mixed with the talc (Fig. 28). Some pockets of coarse interlocking anhedral magnesite grains occur enclosed by the talc-chlorite matrix.



Fig. 28    Photomicrograph, x 24 mag., of thin section $I_{33}$ under XN.

Protected Document -Subject to Protective Order

40

### Specimen I35

This specimen consists dominantly of magnesite as a very coarse to medium grained interlocking aggregate of euhedral to subhedral grains. Minor tremolite occurs as long prismatic crystals forming interstitial clusters, and as solitary crystals penetrating the magnesite and along the grain boundaries of the magnesite. Minor chlorite (var. sheridanite) and rare talc occur associated with the tremolite segregations. (Figs. 29a, 29b).



Fig. 29a  Photomicrograph, x 24 mag., of thin section I35 under PPL. Magnesite-tremolite-chlorite-talc rock.



Fig. 29b  Photomicrograph, x 24 mag., of thin section I35 under XN. Prismatic tremolite in magnesite in the extinction position.

Protected Document -Subject to Protective Order

41

### Specimen I37

This specimen consists dominantly of magnesite with minor talc. The magnesite occurs as an aggregate of very large magnesite anhedra enclosed by finer grained subhedral magnesite which is intergrown with feathery intergranular clusters of talc (Fig. 30).



Fig. 30    Photomicrograph of thin section I37, x 24 mag., under XN showing the finer intergranular magnesite associated with small laths of talc (fibrous and coloured).

42

<u>Specimen I$_{39}$</u>

This specimen is dominantly composed of <u>talc</u> forming coarse
feathery aggregates intimately intergrown with minor finer grained
chlorite (var. sheridanite) and containing fine disseminated inc-
lusions of <u>rutile</u>. Occasional fine grained <u>quartz</u> as well as
larger oval-shaped augen of quartz and rare garnet occur
scattered throughout the talc matrix.  The talc is for the most
part crowded with inclusions, as in previous sections, but elongate
areas of 'clean' talc occur as in Fig. 31a.



<u>Fig. 31a</u>  Photomicrograph, x 24 mag., of thin section I$_{39}$ under PPL.



<u>Fig. 31b</u>  Photomicrograph, x 24 mag., of thin section I$_{39}$, under XN

Protected Document -Subject to Protective Order

FDP000000538

43

### Specimen I₄₁

This specimen of talc ore consists of a coarse aggregate of feathery talc intimately intergrown with minor chlorite (var. sheridanite), and enclosing rare large porphyroblasts of subhedral garnet which occasionally contain long prismatic inclusions of tremolite (Fig.32a).



Fig. 32a  Photomicrograph, x 24 mag., of thin section I₄₁ under XN.  Feathery aggregate of talc with garnet porphyroblast (bottom right, black).

Protected Document -Subject to Protective Order

44

Specimen I₄₂:  'No.1 Face, green coloured'

Specimen $I_{42}$ consists dominantly of an aggregate of fine grained fibrous <u>chlorite</u> (var. sheridanite) intimately inter-grown with minor very fine grained <u>talc</u> as in Fig. 33.



<u>Fig. 33</u>    Photomicrograph, x 24 mag., of thin section $I_{42}$ under crossed nicols of chlorite (white, greenish grey, black), and fine grained talc (yellow).

Protected Document -Subject to Protective Order

45

Specimen I43:  'Face 10 fibrous sample'

Specimen I43 consists dominantly of chlorite (var.
sheridanite), occurring in the form of a coarse sheared
fibrous aggregate intimately intergrown with very minor talc
as in Figure 34.



Fig. 34    Photomicrograph, x 40 mag., of thin section I43 under
crossed nicols showing deformed fibrous chlorite
(white-greenish grey-black) intergrown with platy
and prismatic crystals of talc (coloured).

Specimen I43A

As for I43 the specimen consisted dominantly of chlorite
(var. sheridanite) with very minor talc.   The 'cross fibre'
type texture found in I43 and produced by shearing at right
angles to the schistosity was absent in specimen I43A.

Protected Document -Subject to Protective Order

FDP000000541

46

<u>Specimen $I_{44}$</u>:  'First face pure talc"

A coarse aggregate of lamellar <u>talc</u> showing a preferred
orientation and enclosing augen of what appears to be an
intimate intergrowth of <u>quartz</u> and <u>serpentine</u> (Fig. 35).  Both
talc crowded with fine unidentified inclusions and 'clear'
talc are present.   See also description for $I_{45}$.



<u>Fig. 35</u>    Photomicrograph, x 24 mag., of section $I_{44}$ under
crossed nicols showing coarse lamellar talc
enclosing rare anhedral segregations of probable
serpentine-quartz composition.

Protected Document - Subject to Protective Order

47

Specimen I$_{45}$:   'No.1 good specimen'

This specimen of 'talc ore' consists nearly wholly of
talc occurring in the form of a randomly orientated 'matted'
aggregate of fibrous talc enclosing minor quartz-serpentine
augen.   As in previous sections the talc is rendered murky
or dusty by fine inclusions of a brown amorphous material
and an unidentified transparant phase.   In places the talc
has been cleansed of these inclusions along zones which
appear to be independent of any intergrowth or crystallographic
features of the talc (Fig. 36).



Fig. 36    Photomicrograph, x 24 mag., of thin specimen I$_{45}$
under crossed nicols showing the form of aggre-
gation of the talc and the difference between the
'murky' talc and the linear transgressive zone of
'clear' talc.

Protected Document -Subject to Protective Order

48

Specimen I46:   'No.3 face, coloured'

   This specimen consists of very coarse lenticular
aggregates of long fibrous and feathery talc crystals
enclosing rare anhedral porphyroblasts of garnet.

Protected Document -Subject to Protective Order                        FDP000000544

## DIGESTIVE TESTS

To confirm the presence of acid soluble carbonate material
and also to help identify the type of carbonate present in the
rock specimens collected, each powder specimen was subjected to
a digestive test.

Half gram quantities of each of the powders were treated
with normal hydrochloric acid for several hours at approximately
70°C.    The residues were reweighed and the filtrates were
analysed for their calcium and magnesium content using the EEL,
240 Atomic Absorption Spectrophotometer.    The aim of the
digestion was not to estimate the total acid soluble fraction
only to help establish the carbonate minerals present and to
estimate roughly their quantity to help interpret the X-ray
powder photographs obtained from the samples.

The results are present under three headings, namely
'Rock Types', 'Carbonate Specimens', and 'Talc Specimens'.

It can be seen that only small quantities of carbonate
material are present in the talc specimen group, similarly in
the rock specimens with the exception of the marble specimen
which is practically 100% calcite.    The carbonate group of
specimens appear to be mixtures of calcium and magnesium
carbonate with a number of specimens being possible dolomites.

Protected Document - Subject to Protective Order

## ROCK TYPES

| Specimen No. | % Weight Loss | % Calcium | % Magnesium |
|---|---|---|---|
| I1 | <0.2% | <0.2% | <0.2% |
| I7 | 3.0% | <0.2% | <0.2% |
| I12 | <0.2% | <0.2% | <0.2% |
| I13 | 4.2% | 1.0% | 0.4% |
| I15 | 6.0% | <0.2% | 0.4% |
| I16 | 4.8% | 2.0% | 0.4% |
| I17 | 6.0% | <0.2% | <0.2% |
| I20 | 11.2% | <0.2% | <0.2% |
| I23 | 1.4% | <0.2% | <0.2% |
| I25 | 22.4% | <0.2% | <0.2% |
| I27 | 9.0% | <0.2% | <0.2% |
| I29 | 3.6% | <0.2% | <0.2% |
| I31 | 9.6% | <0.2% | <0.2% |
| I34 | 92.2% | >20.0% | <0.2% |

## CARBONATE SPECIMENS

| Specimen No. | % Weight Loss | % Calcium | % Magnesium |
|---|---|---|---|
| I4 | 22.8% | 3.0% | 1.1% |
| I6 | 48.0% | 6.0% | 1.15% |
| I11 | 21.6% | 3.0% | 6.4% |
| I14 | 44.2% | 7.0% | 5.0% |
| I18 | 75.2% | 14.0% | 24.0% |
| I19 | 37.8% | 5.0% | 4.0% |
| I21 | 61.8% | 8.4% | 8.0% |
| I22 | 91.2% | 16.0% | 15.2% |
| I30 | 15.0% | 1.9% | 1.6% |
| I35 | 50.8% | 6.6% | 13.4% |
| I37 | 51.0% | 4.4% | 24.0% |

## TALC SPECIMENS

| Specimen No. | % Weight Loss | % Calcium | % Magnesium |
|---|---|---|---|
| I2 | 3.6% | <0.2% | 0.4% |
| I3 | 1.6% | <0.2% | <0.2% |
| I5 | 5.4% | <0.2% | <0.2% |
| I8 | 6.0% | <0.2% | <0.2% |
| I9 | <0.2% | <0.2% | <0.2% |
| I10 | 4.2% | <0.2% | <0.2% |
| I24 | 8.0% | <0.2% | <0.2% |
| I26 | <0.2% | <0.2% | <0.2% |
| I28 | 12.6% | <0.2% | <0.2% |
| I32 | 1.2% | <0.2% | 0.4% |
| I33 | 5.6% | 0.34% | <0.2% |
| I36 | 4.6% | <0.2% | <0.2% |

/Continued....

Protected Document -Subject to Protective Order

FDP000000546

TALC SPECIMENS (Continued)

| Specimen No. | % Weight Loss | % Calcium | % Magnesium |
|---|---|---|---|
| I38 | 1.0% | <0.2% | <0.2% |
| I39 | <0.2% | <0.2% | <0.2% |
| I40 | 7.0% | <0.2% | <0.2% |
| I41 | <0.2% | <0.2% | <0.2% |
| I42 | 0.8% | <0.2% | <0.2% |
| I43 | 6.2% | <0.2% | <0.2% |
| I44 | <0.2% | <0.2% | <0.2% |
| I45 | 8.0% | <0.2% | <0.2% |

## Electron Microscope Examination of Italian

## Mine Samples and Imported Batch Shipments of

### Italian Powder

The main purpose of the electron microscope examination
of mine samples and also representative fractions of the
Italian powder has been to establish whether or not any
particles corresponding to the commercial forms of asbestos
were present.   The electron microscope is an instrument which
is most usefully employed in the examination of particles less
than ten microns in size.   It has been used in this investi-
gation therefore to examine only the finer particulate portion
of the Italian samples.   It may be argued that only a small
fraction of each of the powdered samples was examined and that
this was not representative of the total sample.   However,
we can assume that the fraction examined was representative of
the dust formed from each sample and that it is this finer
fraction which is the most important from a biological stand-
point.   Also as the size of the biologically active commercial
asbestos particles fall entirely within the particle size range
examined we can consider the main aim of the examination to be
entirely satisfied by only looking at the finer fractions from
each of the Italian samples.

To acquaint ourselves with the type of particles formed
by the commercial asbestos minerals, Figs.              have been
included.   They represent samples of Amosite, Crocidolite,
Anthophyllite and Chrysotile asbestos.   Also Figs.
have been inserted to demonstrate typical single particle
electron diffraction patterns which can be obtained from the
four asbestos types for comparison with patterns obtained from
the Italian samples.

### Sample Preparation

Small portions of the powdered rock samples and imported
powder specimens were placed in 15cc centrifuge tubes to which
distilled water was added.   The powders were then dispersed
first by hand shaking and then with the aid of a small ultra-
sonic bath.   The concentration of suspended material in the
tubes was adjusted by eye using dilutions of distilled water.
The tubes containing suspended solids were then allowed to stand
for 20 minutes to allow the larger particles of mineral to
sediment to the bottom of the tubes.

Electron microscope grids coated with carbon films were
prepared and small drops of the particulate material from each
of the specimen tubes were mounted on specimen grids and
allowed to dry.   The specimens were inserted into an A.E.I.
E.M.6. electron microscope and examined for particles resemb-
ling commercial asbestos fibres.   Where suitable particles were
observed, selected area electron diffraction patterns were
produced by the commercial asbestos minerals.   In all cases
photomicrographs representative of the type of particles found
in each sample were taken while interesting diffraction patterns
were also recorded.

Protected Document - Subject to Protective Order

Particle Morphology

The carbonate rich materials were found to produce
compact particles which were very electron dense.   On the
whole they were finer particles than those obtained after
crushing talc rich specimens.   No fibrous material whatso-
ever was found when carbonate material only was comminuted.
The morphology of particles produced from the footwall rocks
i.e. limestone, marble, gneiss and the amphibolites were also
very compact, although in the gneiss specimen platey parti-
cles were present probably representing the muscovite content
of the specimen.   Again in the footwall rock specimens
fibrous particles were very scarce.   Those lath like parti-
cles detected resembled the amphibole minerals rather than
chrysotile.   Selected area diffraction patterns which were
obtained from the lath like particles in no way resembled
the typical amphibole fibre diffraction pattern.   They were
generally very distorted patterns containing streaks rather
than spots indicating a rather stressed and deformed material.

The specimens which were composed of talc together with
other mineral associations, presented a very different picture,
as far as particle shape was concerned.   In the main parti-
cles were flat and plate-like, some being very thin and
translucent in the electron beam.   Particle sizes varied from
very small to quite large plates some with very sharp discrete
edges, others with rather ragged outlines.   Comparing parti-
cles from those samples of talc which varied in bulk morphology
in hand specimens, no observable difference could be drawn
between them.   Similarly, a comparison of particles produced
from talc specimens of varying colour revealed no differences
in the overall particle shape.   The same thing applied to
those specimens with talc rich specimens, again no distinct
differences in the type of particles formed during comminution
of the bulk specimens were observed.

There were, however, observable differences in particle
morphology between individual powder specimens.   In the main
most produced good plate like particles, however, one or two
specimens were found to contain considerable numbers of lath
like particles, these being very thin in character.   These
particles resembled the amphibole asbestos type particle being
less regular and also very much larger in projected diameter.
Diffraction patterns from these particles matched those
obtained from the platy particles with which they were asso-
ciated and in no way resembled the typical amphibole diffrac-
tion pattern obtained from single amphibole asbestos fibres.

Other fibrous particles were observed in the mainly talc
specimens which to some extent resembled chrysotile asbestos
fibres rather than amphibole minerals.   They often had a
somewhat textile appearance but were, however, crystalline.
Diffraction patterns from these fibres were very distorted
and in no way matched typical chrysotile or amphibole patterns.

Protected Document -Subject to Protective Order

The only group of specimens in which amphibole fibres were confirmed were in those specimens with known amphibole composition. However, even the fibres found in these specimens barely resembled the fibres formed by the commercial amphibole asbestos minerals. To assess the particles produced from the pure amphibole mineral (Tremolite), found in three of the specimens, small crystals of the mineral were taken from the hand specimens and crushed separately. An examination of the finer particles produced revealed stubby electron dense fibres associated with irregular lumps of the same mineral. Diffraction patterns from these fibres were similar to those obtained from the commercial amphibole minerals, although they were more difficult to obtain because of the greater thickness of these particles. Other specimens in the group, which did not contain talc but were composed of sheet silicate minerals mainly muscovite, were also practically free of fibrous particles. There appeared to be no general tendency for these other minerals to form fine fibrous particles. A number of very fine short fibres were observed on grids prepared from several of the talc specimens, these were, however, chance small pieces torn from the edges of talc plates. They appeared in those samples which had a tendency to form copius numbers of very fine particles when subjected to comminution.

The specimens examined can be grouped into four categories on the basis of particle morphology and they are as follows:

(a)  Talc specimens with impurities of carbonate and chlorite.

(b)  Rock type specimens, i.e. footwall limestone etc.

(c)  Those specimens composed mainly of carbonates.

(d)  Amphibole specimens with carbonate and talc.

The talc specimens were characterised by the large number of plate like particles often translucent in the electron beam. Rock specimens varied from specimens which were composed mainly of compact electron dense particles to those with some sheet silicate content in which plate like particles become apparent. Those specimens composed mainly of carbonate material produced compact rounded particles, often very small and grouped together in aggregates. Finally the specimens containing amphibole were characterised by the compact nature of the particles with evenly distributed fibres and very few translucent plates. The groups of particles described are illustrated by the following micrographs which illustrate the various forms.

Selected area electron diffraction patterns obtained from single particles of the amphibole mineral are also presented showing the similarity of these patterns to those obtained from commercial asbestos fibres. Also included are single crystals patterns and polycrystalline patterns, from talc, chlorite and muscovite rich specimens. It can be seen that they are very different in character to those obtained from the amphibole mineral. However, patterns from the sheet silicate minerals mentioned above are all very similar and it is impossible to identify each of these minerals from their

Protected Document - Subject to Protective Order

electron diffraction patterns or to tell them apart without applying a more sophisticated approach to the diffraction procedure.   With specimen tilt facilities enabling the particle to be rotated through more than 45° discrimination is possible between certain of these minerals.

As mentioned earlier, patterns obtained from lath like particles found in the talc specimens were identical to those observed from general plate like forms.   Those fibres with a textile like appearance often only gave very streaked patterns but in one or two cases these also resembled very closely the normal talc pattern.

Protected Document -Subject to Protective Order

FDP000000551

Examples of Commercial Amphibole and Chrysotile asbestos particles together with typical selected area electron diffraction patterns.



Chrysotile asbestos particles x 3000



Anthophyllite asbestos particles x 3000

Protected Document -Subject to Protective Order



Amosite asbestos particles x 3000

Crocidolite asbestos particles x 3000

Protected Document -Subject to Protective Order



Amphibole asbestos selected area
electron diffraction pattern.

Chrysotile asbestos selected area
electron diffraction pattern.

Protected Document -Subject to Protective Order



Electron micrographs of particles produced from
specimens which have been classified as rock
types.

Protected Document -Subject to Protective Order



Fig. 1.  Specimen I13 seam inclusion showing passage into talc x 3000.  The particles are mainly compact and electron dense.  A few flakes, no fibres present.



Fig. 2.  Specimen I15.  Talc footwall contact. x 3000. Compact particles with a few small flakes. No fibres present.

Protected Document -Subject to Protective Order



Fig. 3.   Specimen $I_{16}$.   Lithological inclusion from
Face 1. x 3000.   Compact electron dense
particles.   No fibres present.



Fig. 4.   Specimen $I_{17}$.   Footwall rock sample, x 3000.
Mainly compact particles produced with a few
plate like forms.

Protected Document -Subject to Protective Order



Fig. 5. Specimen I23. Black gneiss, 2ft below talc
seam. x 3000. Compact electron dense
particles produced.



Fig. 6. Specimen I25. Footwall limestone. x 3000.
Compact electron dense particles.

Protected Document -Subject to Protective Order



Fig. 7.    Specimen X27.    Lithological inclusion face 1.
x 3000.    Platey electron dense particles.
No fibres.



Fig. 8.    Specimen I29.    Sample 6 Footwall.   x 3000
Compact electron dense particles with a few
plate-like forms.



Fig. 9.    Specimen I31.  Black inclusion face 1.  x 3000
A mixture of plate-like and compact forms
mainly electron dense in character.



Fig.10.    Specimen I34.  Marble from tunnel wall.  x 3000
Mainly compact electron dense particles with a
few plate-like forms.

Protected Document -Subject to Protective Order



Electron micrographs of particles produced from those
specimens mainly composed of carbonate minerals.

Protected Document -Subject to Protective Order



<u>Fig. 1</u>.    Specimen I₁₁.  Carbonate inclusion with some
talc.  x 3000.   Particles consist of a mixture
of compact and plate-like forms.



<u>Fig. 2</u>.    Specimen I₁₄.  Inclusion in talc seam Face 4,
middle of seam.  x 3000.   Granular particles
with plate-like types and lath-like forms.

Protected Document -Subject to Protective Order



Fig. 3.  Specimen I₁₈.  Carbonate/talc sample, x 3000.
Particles compact and electron dense.    A
few plate-like forms.



Fig. 4.  Specimen I₂₁.  Inclusion from Face 2.  x 3000.
This specimen produced plate-like and compact
particles with some lath-like forms.

Protected Document -Subject to Protective Order



Fig. 5.    Specimen I35.    Massive carbonate from rear
end of working, x 3000.    Compact electron
dense particles with some plate-like talc
particles.



Fig. 6.    Specimen I37.    Carbonate in talc inclusion
x 3000.    Compact particles together with
some plate-like forms and rolled talc sheets.



Electron Micrographs of specimens of talc with
carbonate and other mineral inclusions.

Protected Document -Subject to Protective Order



Fig. 1.   Specimen I₃.   Coloured talc (Green) x 3000.
Particles plate-like.   Few fibres, rolled
sheets and shords.



Fig. 2.   Specimen I₅.   General ore, x 3000.   Plate-like
particles together with short lath-like
particles, also a typical example of textile
type fibre.

Protected Document -Subject to Protective Order



Fig. 3.  Specimen I₈. Massive talc, x 3000.  Plate-
like particles with a few lath- forms also
typical textile type long fibre.



Fig. 4.  Specimen I₉.  Grey talc First Face, x 3000.
Practic ally all plate-like with a few
lath forms.

Protected Document -Subject to Protective Order



Fig. 5.  Specimen $I_{10}$.  Granular talc, x 3000.
All plate-like particles.



Fig. 6.  Specimen $I_{24}$.  Talc next to carbonate inclusion,
x 3000.  This specimen was found to contain a
large number of lath-like particles, as can be
seen from the micrograph above.  No diffraction
pattern corresponding with an amphibole fibre
was obtained from a selection of the elongated
particles.

Protected Document -Subject to Protective Order



Fig. 7.   Specimen I26.   Coloured talc inclusions, x 3000.
The particles produced from the various coloured
inclusions in the talc were found to be mainly
plate-like with a few lath forms.



Fig. 8.   Specimen I28.   Talc/Quartz specimen, x 3000.
Particles from this specimen were mainly plate-
like but accompanied by more compact opaque
particles.   A few textile type fibres were
observed.

Protected Document - Subject to Protective Order



Fig. 9.   Specimen I₃₂.  Face 2 inclusion from base of
talc seam, x 3000.  The specimen produced a
mixture of irregular particles varying from
compact to plate-like in form with a few lath
like particles.



Fig.10.   Specimen I₃₃.  Talc from lower left end of working
x 3000.  Particles mainly plate-like with some
lath forms.

Protected Document -Subject to Protective Order



Fig. 11. Specimen I38. Pyrite/Talc specimen, x 3000.
Plate-like particles with some rolled tubes
of talc.



Fig. 12. Specimen I39. 5" - 0 coloured pieces from the
crusher, x 3000. These various coloured talc
pieces produced only plate-like particles.

Protected Document -Subject to Protective Order



Fig. 13  Specimen I41. Face 2, good talc specimen x 3000.
Plate-like particles together with rolled talc
sheets lath forms and textile type fibres.



Fig. 14. Specimen I42. Face 1, green coloured talc, x 3000.
This coloured specimen produced plate-like parti-
cles which were rather more electron dense.

Protected Document -Subject to Protective Order



Fig. 15.    Specimen I43.  Face 10.  Fibrous looking hand
specimen, x 3000.    This sample was found to
be practically all plate-like in form.



Fig. 16.    Specimen I44.  Face 1.  Pure talc sample, x3000.
Plate-like particles with some lath-like forms.

Protected Document -Subject to Protective Order



Fig. 17.  Specimen I45.  Face 1.  Good talc specimen,
x 3000.  A mixture of plate-like particles and
fibrous forms, including rolled tubes and
textile type fibres.



Fig. 18.  Specimen I48.  Face 3.  Coloured specimen
x 3000.  Plate-like particles with shards and
lath like forms, together with a typical
textile form, which can be seen to have a
sheet-like form.

Protected Document -Subject to Protective Order

Electron Micrographs of particles produced from
those specimens containing amphibole mineral and
also from the amphibole mineral itself.

Protected Document - Subject to Protective Order



Fig. 1.   Specimen I19.    Tremolite/carbonate talc
sample x 3000.    Compact particles, a few
lath forms present.



Fig. 2.   Specimen I20.    Amphibole sample from Guiana
level 1212.   x 3000.   Compact particles with
numerous lath forms.

Protected Document -Subject to Protective Order





<u>Figs. 3 and 4</u>

Particles produced from single crystals of
tremolite extracted from specimens I$_{19}$ and
I$_{20}$. x 3000.    Very few fibrous particles
were produced when this specimen was crushed.
Those that were fibrous in nature were thick
and stubby in character, less than 50% of
the particles were elongated in shape.

Protected Document - Subject to Protective Order





Figs. 5 and 6

Selected area electron diffraction patterns
obtained from amphibole particles found in
specimens $I_{19}$ and $I_{20}$.

Protected Document -Subject to Protective Order



Fig. 7. Typical selected area diffraction pattern
obtained from talc plates.



Fig. 8. Selected area diffraction pattern obtained
from a typical textile type fibre showing
features of a rotated or coiled structure.

Protected Document - Subject to Protective Order

## X-RAY ANALYSIS OF ITALIAN MINE SAMPLES

### Introduction

This report concerns the X-ray powder analysis of the Italian mine samples. The samples were classified into three categories according to their chemical and physical properties:

　　　　(i)　　'Rock' Type
　　　　(ii)　　'Talc' Type
　　　　(iii)　'Carbonate' Type

All the samples were prepared by similar means and the procedure for obtaining the X-ray powder patterns was standardised.

From these powder photographs, several were chosen which clearly showed distinct mineral phases. These were used as standards for this group of samples. These standard patterns were compared against the ASTM index and this comparison illustrates the need to prepare standards for a particular locality from specimens at that locality.

The samples were compared with these standards by computer methods and visually and the results and discrepancies between the methods of comparison noted.

### LIST OF SAMPLES

See Table 1

### SAMPLE PREPARATION

The samples were received mainly as large rocks and were labelled according to their appearance and location in the mine.

With the larger samples a section was cut from the middle to be a representative sample, for the smaller samples as many pieces as possible were crushed to form the representative sample.

These samples were then roughly broken up and placed in a 'Tema' disc mill and ground for 5 mins. until all the sample was below approx. 100 mesh. These powders were stored in clean plastic bags. The samples, when required for X-ray analysis, were further ground (to less than 3000 mesh) in a small agate ball mill and then sieved through a 350 mesh screen and stored in plastic bags.

The grinding mills and other apparatus used were thoroughly cleaned between samples and during the grinding care was taken to obtain a good representative sample.

Protected Document -Subject to Protective Order

## X-RAY ANALYSIS

All the samples were analysed using a Debye-Scherrer camera mounted on a Raymax RX 3-D X-ray generator. A copper X-ray tube was used with nickel filters (0.02 mm thick) and the power rating of the tube set at 36 kV and 22mA.

The apparatus was carefully aligned and checked before mounting a sample. All the samples had the same exposure time of 8 hrs.

The samples were loaded into 0.5 mm diameter Lindemann glass tubes to be mounted in the Debye-Scherrer cameras. In the cameras Ilford Industrial 'G' X-ray film was used. The film was processed using Kodak DX-80 developer and Ilford Hypain fixer. The films were developed for 5 minutes using a 1:4 dilution for the developer and fixed for 2 minutes. The films were then washed in running water for 30 minutes and allowed to dry naturally. The X-ray films were then measured.

Using an illuminated screen and the line-spacings calculated, taking into account film shrinkage, from these line spacings the bragg angle and 'd' spacings can be calculated.

## STANDARD PATTERNS

When all the samples X-ray photographs had been measured and the 'd' spacings calculated, they were visually inspected to find the film showing samples with pure mineral phases. These patterns were then taken as standards.

The samples were then broken up and the different mineral phases were sorted by hand to attempt to find a purer standard. These samples were then crushed in a similar way to the samples crushed beforehand. For X-ray analysis they were placed in 0.2 mm diameter tubes and given a 12 hr exposure. This method was used to give finer lines on the X-ray photograph and the larger exposure was to try and detect as many impurities as possible.

The 'd' spacings of the standards were compared with the A.S.T.M. index and also with themselves. They were compared with themselves to check that all the Talc and Chlorite standards matched each other and were similar in intensity.

Several standards were prepared containing the same mineral. This was because the 'd' spacings of the mineral varied slightly from sample to sample and especially with chlorite, depending on its composition the major reflections varied between 13.5% and 15.0%. This was mainly due to varying iron content and this can easily be seen on the X-ray films as it causes fluorescence with copper radiation and blackens the X-ray film generally.

Protected Document -Subject to Protective Order

RESULTS

For the analysis of the results the samples have been divided into five sections:

(i)     standard patterns
(ii)    sample patterns (rock type)
(iii)   sample patterns (carbonate type)
(iv)    sample patterns (talc type)
(v)     batch sample patterns (includes old powders and shipments).

Two methods were used to find the mineral present in the sample. One method uses a computer program to detect the mineral.

In this method the bragg angles of samples were compared with the bragg angles of the standard and the number of lines fitted printed out. A print out was also obtained of all the standards which fitted a particular line to find all the possible minerals present and to see which lines were common to several standards.

As this procedure is quite long, the lines in the sample were first sorted into order of decreasing intensity and then the three most intense lines of the sample compared with the standards. If all three lines failed to match it was considered that that standard was not present and so the program deleted that standard from the comparison. At the end of the program the list of the standards was printed with the percentage of lines fitted to the sample noted.

The obvious disadvantage of this comparison was that the program could take no account of the relative intensities of the lines and so a visual method was used to find which was the major mineral phase. The computer program usually found the mineral phases present in the samples but could not place them in the correct order.

Protected Document -Subject to Protective Order



Patterns used as standards from the
Italian mine samples and their
comparison with A.S.T.M. data and
against themselves.

Protected Document -Subject to Protective Order

SAMPLE SIP 1   TALC



Comparison against A.S.T.M. index: 1 line unmatched, 1.1145 Å

Patterns not included: 6-263 Muscovite -2M1, 7-25
Muscovite (1M), 7-32 Muscovite (2M1), 7-76 Ripidolite
(Chlorite), 7-78 Thuringite (Chlorite), 7-166 Bavalite
(Chlorite), 10-183 Peninnite Chlorite , 11-78 Dolomite,
B and T Quartz.

Most probable minerals present: Talc  Muscovite  Calcite

Comparison against Italian Standards
Patterns not included: Chlorite (I42), Chlorite (I4),
Muscovite (I35), Magnesite (I6), Tremolite (I19/I20), Dolomite.

Most probable minerals present:  Talc

| Visual comparison | Minerals detected |
|---|---|
| Talc, Calcite | Talc, Calcite |

SAMPLE SIP 2   TALC



Comparison against A.S.T.M. index:  2 lines unmatched, 1.1159Å
1.1353Ω

Patterns not included:  7-76 Ripodolite (Chlorite),
7-78 Thuringite (Chlorite), 7-166 Bavalite (Chlorite).

Most probable minerals present:  Talc, Muscovite, Calcite

Comparison against Italian Standards
Patterns not included:  Chlorite (I42), Chlorite (I4),
                        Tremolite (I19/I20).

Most probable minerals present: Talc, Muscovite, Magnesite.

| Visual Comparison | Minerals Detected |
|---|---|
| Talc, Chlorite, Magnesite | Talc, Chlorite, Magnestie |

Protected Document -Subject to Protective Order

SAMPLE SIP 3   CHLORITE



Comparison against A.S.T.M. index:   2 lines unmatched, 1.1739$\overset{\circ}{A}$, 1.29$\overset{\circ}{A}$

Patterns not included:  6-263 Muscovite -2M1, 7-25 Muscovite (IM)
7-32 Muscovite (2M1), 7-79 Forsterite (Olivine), 8-479 Magnesite

Most probable minerals present:  Chlorite, Talc

Comparison against Italian Standards
Patterns not included:  Muscovite (I35), Tremolite (I19 and I20)

Most probable minerals present:  Chlorite, Talc.

Visual Comparison               Minerals Present
Chlorite, Talc                  Chlorite, Talc


SAMPLE SIP 4   CHLORITE



Comparison against A.S.T.M. index:   3 lines unmatched
1.1741$\overset{\circ}{A}$, 1.1318$\overset{\circ}{A}$, 1.0984$\overset{\circ}{A}$.

Patterns not included:  6-263 Muscovite -2M1, 7-32 Muscovite
(2M1), 8-479 Magnesite, 11-78 Dolomite, 13-437 Boric Acid.

Most probable minerals present:  Chlorite, Talc

Comparison against Italian Standards

Patterns not included:  Calcite (I34), Magnesite (I37),
Muscovite (I35), Tremolite (I19/I20), Dolomite.

Most probable mineral present:  Chlorite, Talc

Visual Comparison               Minerals Present
Chlorite, Talc                  Chlorite, Talc

Protected Document -Subject to Protective Order

SAMPLE SIP 5    TALC



Comparison against A.S.T.M. index:

Patterns not included:  5-586 Calcite, 7-25 Muscovite (IM),
7-77 Sheridanite (Chlorite), 7-79 Forsterite (Olivine),
7-166 Bavalite (Chlorite).

Most probable minerals present:  Talc, Muscovite, Chlorite

Comparison against Italian Standards
Patterns not included:  Chlorite (I42), Chlorite (I4),
                         Magnesite (I6), Tremolite (I19/I20).

Most probable minerals present:  Talc

Visual comparison                Minerals Present
Talc, Chlorite                   Talc, Chlorite


SAMPLE SIP 6    MUSCOVITE



Comparison against A.S.T.M. index: 3 lines unmatched, 1.7999Å,
                                    1.3721Å, 1.2741Å.

Patterns not included:  3-681 Talc, 7-79 Forsterite (Olivine),
7-166 Bavalite (Chlorite), 7-183 Penninite (CHlorite),
8-479 Magnesite, 11-78 Dolomite, 19-770 Talc.

Most probable minerals present:  Muscovite, Chlorite

Comparison against Italian Standards

Patterns not included:  Magnesite (I37), Tremolite (I19 and I20),
                         Dolomite

Most probable minerals present:  Muscovite, Talc

Visual Comparison                Mineral Present
Muscovite, Calcite               Muscovite, Calcite

Protected Document -Subject to Protective Order

SAMPLE SIP 7  MAGNESITE



Comparison against A.S.T.M. Index: 1 line unmatched  1.1092Å

Patterns not included: 5-586 Calcite, 6-263 Muscovite -2M1,
7-25 Muscovite (IM), 7-32 Muscovite (2M1), 7-160 Chlorite
(Kotshubeite), 7-76 Ripodolite (Chlorite), 7-78 Thuringite
(Chlorite), 7-166 Bavalite (Chlorite), 10-183 Penninite
Chlorite, 13-437 Tremolite.

Most probable minerals present: Magnesite, Dolomite, Talc

Comparison against Italian Standards
Patterns not included:  Calcite (I34), Chlorite (I4)
                        Muscovite (I35), Tremolite (I19/I20).

Most probable minerals present:  Magnesite, Dolomite, Talc

Visual Comparison                    Minerals Present
Magnesite, Talc                      Talc, Magnesite.


SAMPLE SIP 8  TREMOLITE



Comparison against A.S.T.M. Index:  1 line unmatched  1.1118Å

Patterns not included: 6-263 Muscovite -2M1, 7-25 Muscovite
(IM), 7-32 Muscovite (2M1), 7-42 Muscovite (3T), 7-79 Forster-
ite (Olivine).

Most probable minerals present: Tremolite, Talc, Calcite

Comparison against Italian Standards
Patterns not included: Magnesite (I37), Chlorite (I4),
                       Muscovite (I35).

Most probable minerals present:  Tremolite, Talc, Calcite

Visual Comparison                    Minerals Present
Tremolite, Talc                      Tremolite, Talc

Protected Document -Subject to Protective Order

SAMPLE SIP 9  DOLOMITE



Comparison against A.S.T.M. Index: 1 line unmatched  1.1094Å

Patterns not included: 3-881 Talc, 6-263 Muscovite -2M1, 7-25 Muscovite (IM), 7-32 Muscovite (2M1), 19-814 Muscovite 2M1 (Vanadian), 7-160 Chlorite (Kotschubeite), 7-79 Forster-ite (Olivine), 13-437 Tremolite, 19-770 Talc.

Most probable minerals present: Dolomite, Muscovite

Comparison against Italian Standards
Patterns not included: Magnesite (I37), Chlorite (I4)
                       Tremolite (I19/I20).

Most probable minerals present: Dolomite, Talc

Visual Comparison                    Minerals Present
Dolomite, Muscovite, Calcite         Dolomite, Muscovite, Calcite

SAMPLE SIP 10  CALCITE



Comparison against A.S.T.M. Index:  3 unmatched lines
                                    1.2095Å, 1.1098Å, 1.0926Å

Patterns not included: 7-160 Chlorite (Kotschubeite), 7-79 Forsterite (Olivine), 13-437 Tremolite.

Most probable minerls present: Calcite, Muscovite

Comparison against Italian Standards
Patterns not included: Magnesite (I6), Tremolite (I19-I20).

Most probable minerals present: Calcite, Muscovite

Visual Comparison                    Minerals Present
Calcite                              Calcite, Muscovite

Protected Document -Subject to Protective Order

SAMPLE SIP 11  MAGNESITE



Comparison against A.S.T.M. Index:  1 unmatched line  1.1085$\overset{\circ}{A}$

Patterns not included:  5-586 Calcite, 7-25 Muscovite (IM),
7-160 Chlorite (Kotschubeite), 7-76 Ripidolite (Chlorite),
7-78 Thuringite (Chlorite), 7-166 Bavalite (Chlorite),
10-183 Penninite Chlorite,  B & T  Quartz.

Most probable minerals present:  Magnesite, Dolomite, Talc

Comparison against the Italian Standards

Patterns not included:  Calcite (I34), Chlorite (I4),
                        Muscovite (I35).

Most probable minerals present:  Magnesite, Dolomite, Talc

Visual Comparison                Minerals Present

Magnesite, Dolomite, Talc        Magnesite, Talc, Dolomite

Protected Document -Subject to Protective Order



Examples of Patterns Obtained from
Rock Type Specimens and Their
Major Mineral Content from X-Ray
Comparison.

Protected Document -Subject to Protective Order

SAMPLE I1   TALC FROM FOOTWALL CONTACT

Comparison

Patterns not included:  Magnesite (I37), Tremolite (I19/I20).

Most probable minerals present: Chlorite, Muscovite, Talc, Dolomite.

Visual Comparison:  Talc  Chlorite, Calcite

Minerals Present:  Talc  Chlorite, Calcite.


SAMPLE I7   MICA SCHIST

Comparison

Patterns not included:  Magnesite (I37), Talc (I46), Tremolite (I19/I20).

Most probable minerals present:  Muscovite, Talc, Quartz

Visual Comparison:  Muscovite, Talc, Quartz

Minerals Present:


SAMPLE I12   FOOTWALL SAMPLE?  AMPHIBOLITE

Comparison:  3 lines unmatched.  6.4653Å  1.2819Å  1.225Å

Patterns not included:  Calcite (I34), Magnesite (I37), Talc (I46), Talc (I5), Tremolite (I19/I20).

Most probable minerals present:  Muscovite, Dolomite, Quartz.

Visual Comparison:  Muscovite, Chlorite, Quartz

Minerals Present:

SAMPLE I13   INCLUSION SHOWING PASSAGE INTO TALC BOTTOM TRANSIT



Comparison:  1 unmatched line    1.1541Å

Patterns not included:  Magnesite (I37), Muscovite (I35),
                        Tremolite (I19/I20), Dolomite

Most probable minerals present:  Chlorite, Talc, Quartz

Visual Comparison:  Chlorite, Muscovite, Quartz

Minerals Present:   Chlorite, Muscovite, quartz


SAMPLE I15   TALC-FOOTWALL CONTACT



Comparison:

Patterns not included:  Magnesite (I37), Tremolite (I19/I20).

Most probable minerals present:  Chlorite, Talc, Muscovite,
                                 Quartz.

Visual Comparison:  Chlorite,  Talc,  Quartz

Minerals Present:   Chlorite,  Talc, Quartz

Protected Document -Subject to Protective Order

SAMPLE I16  FACE 1  INCLUSION BELOW SEAM

Comparison

Patterns not included:  Talc (I45), Tremolite (I19/I20)
                         Dolomite

Most probable minerals present:  Muscovite, Chlorite,
                                  Calcite, Quartz

Visual Comparison:  Chlorite, Muscovite, Calcite, Quartz

Minerals Present:  Chlorite, Muscovite, Calcite, Quartz


SAMPLE I17  FOOTWALL ROCK SAMPLE



Comparison:  2 unmatched lines   6.6957Å,  1.6305Å

Patterns not included:  Talc (I46), Chlorite (I42),
Muscovite (I35), Magnesite (I6), Tremolite (I19/I20), Dolomite.

Most probable minerals present:  Calcite, Talc, Quartz

Visual Comparison:  Calcite, Talc, Quartz

Minerals Present:  Calcite, Talc, Quartz

Protected Document -Subject to Protective Order

SAMPLE I20  AMPHIBOLE SAMPLE FROM GUIANA LEVEL 1212



Comparison:    1 unmatched line    1.6309$\overset{o}{A}$

Patterns not included:  Chlorite (I42), Chlorite (I4),
Muscovite (I35), Magnesite (I6), Dolomite.

Most probable minerals present:  Talc, Tremolite, Calcite,
                                 Magnesite.

Visual Comparison:  Talc, Tremolite, Chlorite

Minerals Present:   Talc, Chlorite, Tremolite


SAMPLE I23  BLACK GNEISS



Comparison:  5 unmatched lines  6.3586$\overset{o}{A}$, 1.449$\overset{o}{A}$, 1.2278$\overset{o}{A}$,
                                1.2121$\overset{o}{A}$, 1.1520$\overset{o}{A}$.

Patterns not included:  Calcite (I34), Tremolite (I19/I20)

Most probable minerals present:  Muscovite, Talc, Magnesite,
                                 Quartz

Visual Comparison:  Muscovite, Magnesite, Quartz

Minerals Present:   Muscovite, Magnesite, Quartz

Protected Document -Subject to Protective Order

SAMPLE I25  LIMESTONE FOOTWALL

Comparison

Patterns not included:  Calcite (I34), Tremolite (I19/I20).

Most probable minerals present:  Talc, Chlorite, Quartz

Visual Comparison:  Talc, Magnesite, Quartz

Minerals Present:  Talc, Magnesite, Quartz

SAMPLE I27  LITHOLOGICAL INCLUSION

Comparison

Patterns not included:  Chlorite (I42), Chlorite (I4),
                        Tremolite (I19/I20), Magnesite (I6),
                        Dolomite

Most probable minerals present:  Talc, Calcite, Quartz

Visual Comparison:  Talc, Calcite, Quartz

Minerals Present:  Talc, Calcite, Quartz

SAMPLE I29  SAMPLE 6 FOOTWALL

Comparison:  2 unmatched lines    1.1526Å,  6.3031Å

Patterns not included:  Calcite (I34), Magnesite (I37),
                        Chlorite (I4), Talc (I5).

Most probable minerals present:  Muscovite, Quartz, Dolomite,
                                 Talc

Visual Comparison:  Muscovite,  Quartz

Minerals Present:  Muscovite,  Quartz

Protected Document -Subject to Protective Order

SAMPLE I31   BLACK INCLUSION



Comparison:    1 unmatched line    1.2145Å

Patterns not included:  Magnesite (I37), Talc (I5), Dolomite

Most probable minerals present:  Muscovite, Calcite, Talc

Visual Comparison:  Muscovite, Calcite

Minerals Present:  Muscovite, Calcite

SAMPLE I34   TUNNEL WALL - MARBLE



Comparison

Patterns not included:  Tremolite (I19/I20), Magnesite (I6)

Most probable minerals present:  Calcite, Muscovite, Talc

Visual Comparison,  Calcite

Minerals Present   Calcite

Protected Document -Subject to Protective Order



Examples of Patterns Obtained
from the Carbonate Specimens
and their Major Mineral Compo-
sition Obtained from Comparison
with Standards.

Protected Document - Subject to Protective Order

SAMPLE I4  FACE 10  AMPHIBOLE



Comparison:  3 unmatched lines    1.2596Å, 1.0823Å, 1.074Å

**Patterns not included:**  Chlorite (I42), Chlorite (I4)
                            Dolomite

**Most probable minerals present:**  Tremolite, Talc, Magnesite

**Visual Comparison:**  Talc, Tremolite, Magnesite

**Minerals Present:**  Talc, Tremolite, Magnesite


SAMPLE I6  QUARTZ

**Comparison**

**Patterns not included:-**  Calcite (I34), Chlorite (I4)
                             Tremolite (I19/I20)

**Most probable minerals present:**  Magnesite, Dolomite,
                                     Talc

**Visual Comparison:**  MAGNESITE, Talc

**Minerals Present:**  Magnesite, Talc

Protected Document -Subject to Protective Order

SAMPLE I11  CARBONATE - TALC INCLUSION



Comparison:    1 unmatched line       1.2143Å

Patterns not included:  Chlorite (I42), Chlorite (I4)

Most probable minerals present:  Magnesite, Dolomite, Talc

Visual Comparison:  Talc, Magnesite, Calcite

Minerals Present:  Talc, Magnesite, Calcite

SAMPLE I14  SEAM 4  INCLUSION IN TALC

Comparison

Patterns not included:  Magnesite (I37), Chlorite (I4),
                        Muscovite (I35), Tremolite(I19/I20)

Most probable minerals present:  Dolomite, Talc

Visual Comparison:  Talc, Dolomite

Minerals Present:  Talc, Dolomite

SAMPLE I18  FACE 3  MAGNESITE AND TALC

Comparison:

Patterns not included:  Talc (I5), Tremolite (I19/I20)

Most probable minerals present:  Dolomite, Magnesite,
                                 Chlorite

Visual Comparison:  Dolomite, Talc Chlorite

Minerals Present:  Dolomite, Talc, Chlorite.

Protected Document -Subject to Protective Order

SAMPLE I 19   IMPURITY IN TALC AND QUARTZ



Comparison:

Patterns not included:  Magnesite (I37)

Most probable minerals present:  Tremolite, Dolomite,
                                 Muscovite, Talc

Visual Comparison:  Talc, Tremolite, Magnesite.

Minerals Present:  Talc, Tremolite, Magnesite


SAMPLE I21  FACE 2 OCCLUSION (MAGNESITE)



Comparison:

Patterns not included:  Calcite (I34), Chlorite (I4),
                        Muscovite (I35), Tremlite (I19/I20)

Most probable minerals present:  Dolomite, Magnesite, Talc

Visual Comparison:  Talc, Magnesite, Dolomite

Minerals Present:  Talc, Magnesite, Dolomite

Protected Document -Subject to Protective Order

SAMPLE I22   MAGNESITE, DOLOMITE, TALC



Comparison:

Patterns not included:   Calcite (I94), Talc (I45), Talc (I46)
                         Muscovite (I35), Tremolite (I19/I20).

Most probable minerals present:   Dolomite, Magnesite,
                                  Chlorite, Talc.

Visual Comparison:   Talc, Dolomite.

Minerals Present:   Talc, Dolomite


SAMPLE I30   TALC AND OTHERS



Comparison:

Patterns not included:   Magnesite (I37), Talc (I5),
                         Tremolite (I19/I20).

Most probable minerals present:   Dolomite, Chlorite,
                                  Muscovite, Talc.

Visual Comparison:   Talc, Chlorite

Minerals Present:   Talc, Chlorite

Protected Document - Subject to Protective Order

SAMPLE I35   MASSIVE CARBONATE.   END OF WORKING



Comparison:

Patterns not included:   Tremolite (I19/I20)

Most probable minerals present:   Muscovite, Magnesite, Chlorite

Visual Comparison:   Magnesite, Talc, Chlorite

Minerals Present:   Magnesite, Talc, Chlorite


SAMPLE I37   CARBONATE AND TALC



Comparison

Patterns not included:   Calcite (I34), Chlorite (I4), Muscovite (I35).

Most probable minerals present:   Magnesite, Dolomite, Talc

Visual Comparison:   Magnesite, Talc

Minerals Present:   Magnesite, Talc

Examples of Patterns and
Major Mineral Content of
Those Specimens Classified
as Talc Types Obtained by
Comparison.

Protected Document -Subject to Protective Order

SAMPLE I2  SORTING PIECES



Comparison

Patterns not included:  Tremolite (I19/I20)

Most probable minerals present:  Chlorite, Magnesite, Talc

Visual Comparison:  Chlorite, Talc

Minerals Present:  Chlorite, Talc


SAMPLE I3  COLOURED TALC



Comparison:

Patterns not included:  Chlorite (I42), Chlorite (I4),
Muscovite (I35), Magnesite (I6), Tremolite (I19/I20), Dolomite.

Most probable minerals present:    Talc

Visual Comparison:    Talc

Minerals present:    Talc

SAMPLE I5   GENERAL ORE



Comparison:  2 unmatched lines      18.1157Å    7.0073Å

Patterns not included:  Chlorite (I42), Chlorite (I4),
                        Muscovite (I35), Dolomite.

Most probable minerals present:  Talc, Magnesite

Visual Comparison:  Talc

Minerals present:  Talc

SAMPLE I8   MASSIVE TALC



Comparison

Patterns not included:  Magnesite (I6), Tremolite (I19/I20).

Most probable minerals present:  Talc, Chlorite

Visual Comparison:      Talc, Chlorite

Minerals Present:       Talc, Chlorite

Protected Document -Subject to Protective Order

## SAMPLE I9   FACE 1   GREY TALC



Comparison

**Patterns not included:** Calcite (I34), Magnesite (I37), Muscovite (I35), Magnesite (I6), Tremolite (I19/I20½).

**Most probable minerals present:** Talc, Chlorite

**Visible Comparison:** Talc, Chlorite

**Minerals Present:** Talc, Chlorite


## SAMPLE I10   GRANULAR TALC

Comparison

**Patterns not included:** Calcite (I34), Magnesite (I37), Chlorite (I42) Chlorite (I4), Muscovite (I35), Magnesite (I6) Tremolite (I19/I20)

**Most probable minerals present:** Talc, Dolomite

**Visible Comparison:** Talc, Dolomite

**Minerals Present:** Talc, Dolomite

Protected Document -Subject to Protective Order

SAMPLE I24   TALC FACE @



Comparison:

Patterns not included:   Muscovite (I35),   Tremolite (I19/I20)
                         Magnesite (I6).

Most probable minerals present:   Talc, Chlorite, Dolomite,
                                  Magnesite

Visual Comparison:   Dolomite, Magnesite, Talc

Minerals Present:   Dolomite, Magnesite, Talc


SAMPLE I26   TALC INCLUSIONS



Comparison

Patterns not included:   Calcite (I34), Tremolite (I19/I20)

Most probable minerals present:   Talc, Chlorite, Dolomite

Visual Comparison:   Talc, Chlorite

Minerals Present:   Talc, Chlorite

SAMPLE I28   QUARTZ TALC



Comparison

Patterns not included:  Muscovite (I35), Tremolite (I19/I20)
                        Magnesite (I6),  Dolomite

Most probable minerals present:  Chlorite, Talc, Quartz

Visual Comparison:  Chlorite, Talc,Quartz

Minerals Present:  Chlorite, Talc, Quartz


SAMPLE I32   OCCLUSION FACE 2



Comparison

Patterns not included:  Muscovite (I35),  Tremolite (I19/I20)
                        Dolomite

Most probable minerals present:  Chlorite, Talc, Magnesite

Visual Comparison:    Chlorite, Talc

Minerals Present:     Chlorite, Talc

SAMPLE I33   TALC END OF WORKING



Comparison:

Patterns not included:  Muscovite (I35), Tremolite (I19/I20)

Most probable minerals present:  Talc, Chlorite, Magnesite
                                 Dolomite

Visual Comparison:        Talc, Chlorite, Magnesite

Minerals Present:         Talc, Chlorite, Magnesite


SAMPLE I36   GREY TALC

Comparison:  2 unmatched lines      1.2204Å;  1.1517Å

Patterns not included:  Calcite (I34), Talc (I46)
                        Tremolite (I19/I20).

Most probable minerals present:  Chlorite, Muscovite, Talc

Visual Comparison:  Chlorite, Talc

Minerals Present:  Chlorite, Talc


SAMPLE I38  TALC AND PYRITE

Comparison:   1 unmatched line      1.041Å

Patterns not included:  Chlorite (I42), Chlorite (I4),
                        Muscovite (I35), Tremolite (I19/I20)

Most probable minerals present:  Talc, Calcite

Visual Comparison:        Talc, Calcite

Minerals Present:         Talc, Calcite

Protected Document -Subject to Protective Order

SAMPLE I39  S-'Q' FROM CRUSHER



Comparison

Patterns not included:  Muscovite, (I35), Tremolite (I19/I20),
Magnesite (I6).

Most probable minerals present:  Talc  Chlorite

Visual Comparison:    Talc, Chlorite, Calcite

Minerals Present:     Talc, Chlorite, Calcite


SAMPLE I40  PLATEY TALC

Comparison:

Patterns not included:  Tremolite (I19/I20)

Most probable minerals present:  Talc, Magnesite, Chlorite

Visual Comparison:    Talc, Chlorite, Magnesite

Minerals Present:     Talc, Chlorite, Magnesite


SAMPLE I41  GOOD SPECIMEN No.2.

Comparison:

Patterns not included:  Calcite (I34), Muscovite (I35),
Tremolite (I19/I20), Magnesite (I6),
Dolomite

Most probable minerals present:  Talc, Chlorite

Visual Comparison:  Talc, Chlorite

Minerals Present:   Talc, Chlorite

Protected Document -Subject to Protective Order

SAMPLE I42   COLOURED TALC No.1.



Comparison

Patterns not included:   Magnesite (I37), Talc (I46), Muscovite
(I35), Dolomite.

Most probable minerals present:   Chlorite, Talc

Visual Comparison:        Chlorite, Talc

Minerals Present:         Chlorite, Talc

SAMPLE I43   FIBROUS TALC   FACE 10



Comparison:    2 unmatched lines    4.8928Å, 4.4431Å

Patterns not included:   Calcite (I34), Magnesite (I37),
Muscovite (I35), Tremolite (I19/I20)

Most probable minerals Present:   Chlorite, Talc

Visual Comparison:        Chlorite, Talc

Minerals Present:         Chlorite, Talc

Protected Document - Subject to Protective Order

SAMPLE I44   PURE TALC   FACE 1

Comparison:   1 unmatched line     1.0798

Patterns not included:   Magnesite (I37), Talc (I42),
                         Muscovite (I35), Tremolite (I19/I20)

Most probable minerals present:   Chlorite, Talc, Dolomite

Visual Comparison:   Talc, Magnesite, Chlorite

Minerals Present:   Talc, Magnesite, Chlorite


SAMPLE I45   GOOD SPECIMEN   FACE 1



Comparison:   2 unmatched lines     1.0882A, 1.0505A

Patterns not included:   Calcite (I34), Chlorite (I42), Chlorite (I4)
Muscovite (I35), Magnesite (I6), Tremolite (I19/I20), Dolomite.

Most probable minerals present:   Talc, Magnesite

Visual Comparison:   Talc
Minerals Present:   Talc


SAMPLE I46   COLOURED TALC   FACE 3



Comparison:

Patterns not included:   Chlorite (I42), Chlorite (I4), Muscovite
                         (I35), Tremolite (I19/I20).

Most probable minerals present:   Talc, Magnesite

Visual Comparison:   Talc, Magnesite

Minerals Present:   Talc, Magnesite



Specimen Patterns and Comparison Data for
Samples of Old Powders and ØØØØØ Shipments

Protected Document - Subject to Protective Order

FDP000000613

SAMPLE  BATCH 6    POWDER F1  PW.J. 035

Comparison:    1 unmatched line    8.1972Å

Patterns not included:   Muscovite (I35),  Tremolite (I19/I20)

Most probable minerals present:  Talc, Magnesite, Chlorite

Visual Comparison:    Talc, Chlorite, Magnesite

Minerals Present:     Talc, Chlorite, Magnesite


SAMPLE BATCH 8    POWDER (S and G)   PW.J. 035



Comparison

Patterns not included:   Magnesite (I6), Tremolite (I19/I20)

Most probable minerals present:  Talc, Magnesite, Boric Acid

Visual Comparison:   Talc, Chlorite, Boric Acid

Minerals Present:    Talc, Chlorite, Boric Acid


SAMPLE BATCH 9   POWDER T4   P.W.J. 035

Comparison:  1 unmatched line    1. 2587Å

Patterns not included:  Tremolite (I19/I20)

Most probable minerals present:   Talc, Chlorite, muscovite,
                                  Magnesite, Boric Acid

Visual Comparison:    Talc, Chlorite, Boric Acid

Minerals Present:     Talc, Chlorite, Boric Acid

Protected Document -Subject to Protective Order

SAMPLE BATCH 10  POWDER SK18P   PW.J. O35

Comparison

Patterns not included:  Calcite (I34), Muscovite (I35),
                        Tremolite (I19/I20), Dolomite

Most probable minerals present:  Talc, Chlorite, Magnesite,
                                 Boric Acid.

Visual Comparison:  Talc, Chlorite, Boric Acid

Minerals Present:   Talc, Chlorite, Boric Acid


SAMPLE BATCH 11  POWDER LD18P  PW.J. O35



Comparison:  1 unmatched line   8.1363$\overset{o}{A}$

Patterns not included:  Magnesite (I6), Tremolite (I19/I20)
                        Dolomite

Most probable minerals present:  Talc, Chlorite, Boric Acid
Visual Comparison:  Talc, Chlorite, Boric Acid, Magnesite
Minerals Present:   Talc, Chlorite, Boric Acid, Magnesite


SAMPLE BATCH 12  TALC 1960  PW.J. O25

Comparison:   1 unmatched line    8.12  $\overset{o}{A}$

Patterns not included:  Tremolite (I19/I20)

Most probable minerals present:  Talc, muscovite, chlorite,
                                 Boric Acid.

Visual Comparison:  Talc, Chlorite, Boric Acid, Magnesite

Minerals Present:   Talc, Chlorite, Boric Acid, Magnesite

Protected Document - Subject to Protective Order

SAMPLE BATCH 13   TALC 1961   PW.J. 026

Comparison

Patterns not included:  Calcite (I34), Muscovite (I35)
                        Tremolite (I19/I20)

Most probable minerals present:  Talc, Chlorite, Magnesite
                                 Boric Acid

Visual Comparison:  Talc, Chlorite, Magnesite, Boric Acid

Minerals Present:  Talc, Chlorite, Magnesite, Boric Acid


SAMPLE BATCH 19   S.S.  CATHERINA M.   02/05/72



Comparison

Patterns not included:   Tremolite (I19/I20)

Most probable minerals present:  Talc, Chlorite, Magnesite

Visual Comparison:   Talc, Chlorite, Magnesite
Minerals Present:    Talc, Chlorite, Magnesite


SAMPLE BATCH 2   TALC S.S. EDNA 'B'  14/02/72

Comparison

Patterns not included:  Talc (I45), Tremolite (I19/I20)

Most probable minerals present:  Talc, Chlorite

Visual Comparison:    Talc, Chlorite

Minerals Present:    Talc, Chlorite

Protected Document -Subject to Protective Order

CONCLUSIONS

The optical examination has shown that there are a large number of minerals associated with the rock types found both in the talc seam and in the associated rocks. The footwall rocks in contact with the talc are mainly composed of the minerals quartz, muscovite, chlorite, garnet, and some carbonate material both calcite and magnesite. Minor minerals in the footwall contact rocks include epidote, microcline, tremolite and actinolite, sphene, rutile, hornblende, rare talc, biotite, pyrite, pyrrhotite and chalcopyrite. Rock type inclusions into the talc have similar compositions to the footwall rocks but with higher muscovite and chlorite contents. The muscovite was generally an iron rich variety (phengite), while two forms of chlorite were observed namely sheridanite and penninite. Other talc inclusions consist mainly of carbonate minerals, calcite and magnesite in varying quantities. It is with these nodules that some tremolite is found. The rocks further away from the talc seams, namely the gneiss, become richer in quartz and microcline and below these marble occurs.

The carbonate specimens examined by optical means showed that the carbonate minerals, calcite and magnesite, were accompanied by talc, chlorite, tremolite, muscovite, rutile and pyrite, all in minor amounts. In general the carbonate inclusions were large and very discrete in the talc seam itself.

The specimens examined, which can be classified as talc samples, were found to be in the main composed of talc with chlorite as the major contaminant. Some specimens, however, were predominantly composed of chlorite with minor talc inclusions. Other minerals found in association with the talc specimens included garnet, rutile and magnesite with rare tremolite and a quartz or serpentine inclusion. Some differences were observed in the talc itself, some of the talc appearing to be a little murky in texture. X-ray pictures of the clear and murky material showed no differences however.

The powder X-ray examination confirmed the major minerals occurring in the hand specimens and a classification was possible into the three groups already mentioned, i.e. rock types, carbonate samples and talc specimens. The only asbestos type mineral to be detected in the hand samples was tremolite, which was found in three of the specimens. The tremolite was associated with carbonate minerals, namely magnesite and calcite, no tremolite was detected in the talc type specimens. Chlorite was, however, very common in the talc types, some of the specimens being very nearly pure chlorite in composition. There appeared to be some association of the chlorite with coloured talc specimens, especially those with a greyish colour. Other colour variations due to rutile were not detected by X-ray examination.

Protected Document -Subject to Protective Order

The examination of consecutive samples at face 1 in the mine showed that the chlorite content can vary very drastically over a 6ft thick section of the talc seam. Patterns obtained from several shipments of ØØØØØ talc showed that chlorite, together with carbonate material, were the major contaminant minerals. This was also true of powder samples ranging back to 1949 in which the only observable difference was the presence of boric acid.

The electron microscope examination of the powdered samples showed that a difference could be drawn between particles produced from the various samples. The carbonates and rock types on the whole produced compact fibre free particles. The talc specimens were, however, plate-like in appearance with varying quantities of lath like particles coupled with fibres which were textile in appearance. Both lath and textile types of particles were not composed of minerals associated with the commercial asbestos industry. Particles formed from the amphibole mineral found at the mine were hardly fibrous in character, the majority of the tremolite breaking to give compact particles. Those fibres formed were short and had a very large diameter when compared with the commercial varieties of asbestos. No amphibole or chrysotile mineral was detected in any of the numerous powders examined.

The Italian talc ØØØØØ contains observable quantities of chlorite and carbonate minerals and could contain any one of the following minerals in very minor amounts: muscovite, quartz, tremolite, garnet and rutile. If small pieces of footwall rock were to contaminate the ore during production, several of the other listed minerals found in the rock type specimens could appear in the shipped product. It is unlikely that they would be present in detectable amounts.

F.D. POOLEY
Project Supervisor

Protected Document -Subject to Protective Order

FDP000000618