# Exhibit 8

Methodology
X-Ray limitations



EXHIBIT Poulter-14
Date: 3-15-19
MLG, CSR, RPR, CRR

JNJAZ55_000006103

T.H. SHELLEY

**Johnson & Johnson**

RECEIVED
AUG 9 1971
R.M. SHELLEY

NEW BRUNSWICK, N.J.
August 6, 1971

W. T. Caneer
Colorado School of Mines Research Institute
Golden, Colorado

Dear Mr. Caneer:

I have shipped to Bob Beers' attention one drum of Italian rock from the Crosetto mine in the Chisone Valley of the Italian Alps. That is the working from which the high grade Italian talc originates.

We suggest several things be done. Firstly, I have asked Mr. Beers to proceed into laboratory bench tests to float out the platy talc and subsequently deslime it to wind up with a concentrate having a top size of 100-120 microns and a bottom of about ten microns. Bob Russell will be available to add anything pertinent which may not be disclosed in some patents we have on that matter.

I have also made a cursory examination of the mineralogical spread in the rocks and it is quite well represented. I suggest you have a petrological examination made for mineral species, and use it as a guide for our brands other than Johnsons Baby Powder.

I have also checked into the mineralization of that part of the territory and the minerals which show in the valley are: Talc, Pyrite, Magnetite, Calcite, Dolomite, Apatite, Clinochlore, Chrysotile, Tormaline, Tremolite, Actinolite, Illemenite, and Albite.

On several occasions in the past I have seen traces of Garnet, Topaz, and Rutile in Italian talc from that area.

Please note that the material in transit is Italian

rock. It is the feed to the mill which turns out domestic ground Italian talc nearby here.

*W. Ashton*
W. Ashton

jss
CC:   Dr. R. A. Fuller
      Dr. T. H. Shelley ←
      Dr. R. L. Sundberg

JNJAZ55_000006105