Exhibit 14

# Talc

## Geology, Mining and Processing for Cosmetic, Pharma and Food Applications

## E.F.McCarthy

## February 2010



EXHIBIT 15

Prusston
Date: 3-18-19
MLG, CSR, RPR, CRR

IMERYS 081025

 luzenac

Protected Document – Subject to Protective Order



IMERYS 081026

# Talc

- Hydrous magnesium silicate

- Layered phyllosilicate

- 3 MgO.4SiO2.H2O

- Platy structure

- Soft and relatively inert

Protected Document – Subject to Protective Order

# Talc Crystal Structure



8 Si
12 0
12 0
8 Si
8 0, 4(OH)
12 Mg
8 0, 4(OH)

IMERYS 081027

Protected Document – Subject to Protective Order



Micrograph of Stellar Talc - SEM

1 Micron

Luzenac

IMERYS 081028

Protected Document – Subject to Protective Order













*Every talc is different*

Luzenac

IMERYS 081029

Protected Document – Subject to Protective Order



# Talc Geology-Overview

- Occurs as a pure mineral and as a mixture with other minerals

- China, India, USA, Finland, France, Brazil major producers

- Montana, Vermont, Texas, Ontario

- Luzenac Montana deposit is highest talc content orebody mined today

- Luzenac –Ontario product is purest beneficiated talc product produced in world

Luzenac

IMERYS 081030

Protected Document – Subject to Protective Order

# *Talc-Petrogenesis*

- **Four different paths to talc formation**

  - ➤ **Ultramafic**         Vermont, Finland

  - ➤ **Mafic**              Virginia

  - ➤ **Metasedimentary**    Montana, China

  - ➤ **Metamorphic**        *NY State, California*

IMERYS 081031

Imerys Luzenac



IMERYS 081032

# Talc of Ultramafic Origin

- Host dark rock, containing $SiO_2$ & MgO is first converted to serpentinite under high temp & pressure

- Serpentinite is carbonized to form talc and magnesium carbonate

- $3MgO.2SiO_2.2H_2O + 3\,CO_2 >> 3MgO.4SiO_2.H_2O + 3MgCO_3 + H2O$

- Vermont, Ontario, Finland, Karelya-Russia

- Most abundant type of talc deposit

- High in carbonate, Fe, transition metals

- Not used for cosmetics unless beneficiated by floatation

Protected Document – Subject to Protective Order

# Talc of Metasedimentary Origin

- Host dolomitic rock hydrothermally altered by silica containing fluids

- $3\ Ca.Mg(CO_3)_2 + 4SiO_2 + H_2O \ggg 3MgO.4SiO_2.H_2O + 3CaCO_3 + 3CO_2$

- Montana, China, India, Brazil, Australia

- Most important type commercially exploited

- Almost all cosmetic talc supplied from this ore type



IMERYS 081033

Protected Document – Subject to Protective Order



IMERYS 081034

# *Talc of Metamorphic Origin*

- Host dolomitic silica metamorphised to tremolite or actinolite and carbonate

- Tremolite metamorphized to talc and calcium silicate

- $5Ca.Mg(CO_3)_2 + 8SiO_2 >> 2CaO.5MgO.8SiO_2.H_2O + 7CO_2 + 3CaCO_3$

- $2CaO.5MgO.8SiO_2.H_2O >> 3MgO.4SiO_2.H_2O + 2CaSiO_3$

- NY State, Madoc, ON, Death Valley, CA

- Almost no cosmetic talc source from this ore

Protected Document – Subject to Protective Order

# Talc Ore Mineralogy *(Cosmetic Source)*

| Mineral | Montana | Vermont | Australia | China | India |
|---------|---------|---------|-----------|-------|-------|
| Talc | >90 | 50-70 | 85-95 | 60-95 | 80-95 |
| CO3 | <5 | 30-45 | <3 | 1-30 | 2-10 |
| Chlorite | <10 | 3-7 | 1-12 | 1-15 | 1-5 |
| Tremolite | | | | 0-5 | |
| Serp'tine | | 1-5 | | trace | tr |
| Quartz | 0-1 | trace | 0-1 | 0-1 | 0-1 |

Imerys

IMERYS 081035

Protected Document – Subject to Protective Order

# *Talc Ore Chemistry*

| Oxide | Montana | Vermont | Australia | China | India |
|---|---|---|---|---|---|
| SiO2 | 58-61 | 30-40 | 58-60 | 52-62 | 55-62 |
| MgO | 29-32 | 28-32 | 27-30 | 25-32 | 25-32 |
| CaO | <2 | <3 | 0.2-2 | 1-8 | 0.5-5 |
| Al2O3 | <5 | 2-6 | 1-6 | 1-3 | 0.5-3 |
| Fe2O3 | ~1.4 | 4-8 | <0.3 | <1 | <1 |
| LOI | 5-8 | 18-30 | 3-7 | 5-7 | 5-9 |

**Imerys**

IMERYS 081036

Protected Document – Subject to Protective Order



IMERYS 081037

# Talc Mineralogy (ore)

- Montana-Luzenac 98% talc, 2% dolomite, chlorite, quartz

- Montana –MTI 80-90% talc, 2-10% chlorite, 1-5% $CO_3$

- Vermont  50-70% Talc, 3-4% chlorite, 30-45% carbonate (ferroan magnesite), magnetics

- Australia talc 85-95, chlorite (magnesium aluminum silicate) 2-12% , <5% carbonate, quartz

- China 60-95% talc, carbonates, chlorite, quartz

Protected Document – Subject to Protective Order



IMERYS 081038

# Talc Chemistry Variations

- In most talc ores, $Fe^{+2}$ substitutes for $Mg^{+2}$ in lattice – not removable

- In serpentine derived talc, it is common for other transition metals like $Cr^{+2}$ and $Ni^{+2}$ to also substitute for $Mg^{+2}$ in lattice – not removable but also not bioavailable

- Two crystalline analogues of talc, pyrophyllite (Al) and Minnesotite(Fe) exist but rarely occur with talc

- Aluminum almost always occurs as chlorite in talc ores

Protected Document – Subject to Protective Order



IMERYS 081039

# Talc Terminology

- Steatite (massive)
  - ➢ higher purity (machinable) talc ore
  - ➢ ceramic insulator composition (~80% talc)

- Soapstone
  - ➢ Talcose ore that can be carved into blocks
  - ➢ Serpentine derived ores

- Tremolitic Talc
  - ➢ Ores containing mixtures of tremolite and talc, typical of NY State and well known for beneficial ceramic and paint uses

Protected Document – Subject to Protective Order

# Talc Mining

- Ore body defined by drilling – mine plan prepared

- Most talc now mined by conventional open quarry, drill and blast, benching techniques

- Overburden removed

- Close spaced blast hole drilling, analysis of holes

- Ore selection at mine face by selective blasting and shovel operation

- Waste to ore ratios >5/1 for massive ores, <2/1 for soapstone ores



IMERYS 081040

Protected Document – Subject to Protective Order

**Talc extraction**



**Overburden removal**



**Sorting**





Luzenac

IMERYS 081041

Protected Document – Subject to Protective Order

# *Talc Beneficiation*

- **Massive Ore (>80% talc)**

  › Friction sorting, manual sorting, color sorting, shape sorting, froth flotation, selective grinding

  › Manual sorting, froth floatation and color sorting used to prepare ores for cosmetics

- **Lower Talc Content Ores**

  › Froth flotation, tabling, acid washing, magnetic separation, selective grinding

  › Froth floatation, acid washing and magnetic separation used fro preparing cosmetic ores



IMERYS 081042

Protected Document – Subject to Protective Order

# Talc Beneficiation

- Rejection of non talc minerals

  ➤ Carbonates, quartz and serpentine are quantitatively removed by friction sorting and froth floatation

  ➤ Manual sorting can only remove minerals that are liberated above a 1" particle size

- Rejection of fibrous minerals

  ➤ Can be selectively rejected and levels reduced by flotation and manual sorting, but they cannot be eliminated to meet cosmetic standards

  ➤ Only strong acid digestion, which is not an economically viable process, can completely eliminate these contaminants



IMERYS 081043

Protected Document – Subject to Protective Order



IMERYS 081044

# Talc Ore Testing

- Visual Geology
  - General ore quality, softness, petrology, absence of fibers, pyrite, quartz and feldspars

- Thermal/Chemical/Physical
  - Loss on ignition, acid solubles, brightness, feel, extractable metals

- Microscopy, XRD
  - PLM, TEM, XRD

Protected Document – Subject to Protective Order



IMERYS 081045

# Talc-Crystallinity & Morphology

- Crystal size of talc can vary from 5 up to 300 microns (microcrystalline, macrocrystalline)

- Although talc is a platelet, shape of talc particle can vary from round to a disordered orthorhombic structure, (cabbage, rosette) to disordered platelet (shaved wood), to a more uniform platelet, to (very rarely) a fiber

- Additionally, finely milled talc agglomerates readily and it is sometimes difficult to distinguish an agglomerate and a primary particle

Protected Document – Subject to Protective Order

## Macrocrystalline Talc



IMERYS 081046

Protected Document – Subject to Protective Order

# Microcrystalline Talc



Imerys Luzenac

IMERYS 081047

Protected Document – Subject to Protective Order



IMERYS 081048

# *Talc Processing*

- Particle size reduction/control
- Microbiological control
- Packaging
- Delivery systems
- Surface modification

Protected Document – Subject to Protective Order



**Shipping**



**Milling**





**Packaging**

IMERYS 081049

Protected Document – Subject to Protective Order



# Talc Processing Issues

- Talc is very soft and relatively easy to mill

- Ring roller milling is preferred as it delaminates as opposed to fracturing the ore

- Talc will tend to overproduce fines and most milling processes limit this by controlling product bulk density as well as top size

- The most common grades have bulk densities of 20-30 lbs/ft$^3$ and a top size of >98% passing 200 mesh for powders

- Milled talc has a very high level of surface energy which causes particles to agglomerate

IMERYS 081050

Protected Document – Subject to Protective Order



# *Microbiological Control*

- Talc is not a good substrate for bacterial growth

- Bacteria can be introduced into the ore by moisture or organic contaminants during transport or storage

- A short thermal shock ( 1 minute at 350 F) will kill most micro-organisms and thermal treatment is the most common method of bacterial control

- If the ore is floated, chlorine or hypochlorite exposure (10ppm for 1 hr) will also provide control

- EO or PO are other technologies used for smaller batches of product

IMERYS 081051

Protected Document – Subject to Protective Order



IMERYS 081052

# Packaging & Delivery Systems

- Most common to package in 50 lb bags, on pallets which are stretchwrapped with plastic film.

- Some shipment in supersacks, bulk truck or railcar-These modes require special care be taken to eliminate possibility of contamination and maintain bacterial control.

- Storage has to be in dry warehouse with appropriate controls for wildlife.

- Shelf life is limited to two years if the product is kept in stretch wrap.

Protected Document – Subject to Protective Order

# Talc Applications ('000 tons/yr)

| Area | NA | Europe | Asia |
|------|-----|--------|------|
| Paper | 100 | 600 | 2,000 |
| Plastics | 180 | 280 | 450 |
| Paint | 140 | 200 | 500 |
| Ceramics | 130 | 150 | 450 |
| ACS | 120 | 90 | 250 |
| Cosmetics | 35 | 45 | 250 |

**Luzenac**

IMERYS 081053

Protected Document – Subject to Protective Order



IMERYS 081054

# Talc Applications-Paper

- Filling
  - 10 micron median, product-clean on 325
  - now primarily in Asia but declining rapidly (alkaline sizing)
- Coating
  - 2.5 micron median in slurry form
  - primarily in Europe for rotogravure & declining
- Pitch Control
  - 3.5 micron microcrystalline
  - biggest use in NA - stable

Protected Document – Subject to Protective Order

# Talc Applications -Plastic

- Reinforcing polypropylene for automotive applications

- Range from 200 mesh dark to micronized white product

- Japanese technology-growing rapidly

- Nucleation and particle shape



IMERYS 081055

Protected Document – Subject to Protective Order

# Talc Applications-Paint

- Prime anticorrosive pigment in marine coatings

- Sandability in auto refinish and gelcoats

- Flatting agent in semi-gloss

- Barrier pigment and stain blocker in primers

- TiO2 spacer and extender pigment in interior flats

- Rheology modifier for water and oil based

IMERYS 081056

Protected Document – Subject to Protective Order



# Talc Applications-Ceramics

- Component of cordierite bodies where it assists porosity and extrudability

- Component of high porosity earthenware bodies for wall tile and hobbyware

- Main component of low loss electrical whiteware bodies

- Flux for fast fired porcelain tile, alumina and glazes

IMERYS 081057

Protected Document – Subject to Protective Order



IMERYS 081058

# Talc Applications–Cosmetics and Personal Care

- Main ingredient of baby, body and foot powders (mainly a second and third world business)

- Key ingredient in face powders, blushes, eye shadows etc

- Detackifying ingredient in citrus flavored chewing gum

- Lubricant in production of tablets

- Minor excipient in the production of tablets

- (White) ingredient in tablet coatings

Protected Document – Subject to Protective Order



IMERYS 081059

# WW Talc Supply for Cosmetics and Personal Care

- Worldwide main supplier is China, followed by India, USA, France, Brazil, Pakistan/Afghanistan and others

- Most Chinese based product is purchased as ore in China, shipped as ore to mills in Japan, USA, EU etc and milled, heat treated and packaged in those countries

- Most Indian ore is milled and packaged in India and used there or exported in packaged form (20 kg bags)

- In France and Brazil, it is mined, processed and packaged domestically

Protected Document – Subject to Protective Order



IMERYS 081060

# US Talc Supply for Cosmetics and Personal Care

- A significant portion is produced domestically by MTI, beneficiated by froth floatation in Montana and shipped to powder, chewing gum and pharma customers within the US.

- Another portion is produced by Imerys in Montana, beneficiated by friction sorting and then milled and heat treated in Houston for use in chewing gum and foot powder

- Most of the balance is sourced from imported Chinese ore, milled, heat treated and packaged in the US

- A small portion consists of finished product, milled and packaged elsewhere and imported into the US from Brazil, China, India, France, Japan, Italy and the UK

Protected Document – Subject to Protective Order

# Luzenac Business Practices

- We operate our business in a sustainable manner

- We set money aside each year to reclaim our mines

- We do not sell products containing asbestiform minerals

- We place a very high emphasis on employee safety and training

- We are respectful to our customers, employees, contractors and the communities we operate in.



IMERYS 081061

Protected Document – Subject to Protective Order



IMERYS 081062

Protected Document – Subject to Protective Order