# Exhibit 15

## Dr. Laura Webb: Activities Supporting Opinions

| ACTIVITY | (YES) | (NO) |
|---|---|---|
| Ever work in a talc mine? |  | X |
| Ever design any talc mine operations? |  | X |
| Ever consult on any talc mine operations? |  | X |
| Ever design any drill core sampling protocols for any talc mines? |  | X |
| Ever design a blast hole sampling protocol for any talc mine? |  | X |
| Ever design an open pit mining operation? |  | X |
| Ever design an underground mining operation? |  | X |
| Ever supervise or consult on the ongoing operation of a mine? |  | X |
| Ever visit any J&J talc mines? |  | X |
| Ever conduct any field observations at any talc mines? |  | X |
| Ever conduct any field observations at any J&J talc mines? |  | X |
| Ever inspect any talc mines? |  | X |
| Ever inspect any J&J talc mines? |  | X |
| ~~Ever review petrographic maps from J&J talc mines?~~ |  |  |
| Ever review any geologic maps from a talc mine? | X |  |
| Ever review any geologic maps from J&J talc mines? |  | X |
| Ever review any mine planning maps from a talc mine? |  | X |
| Ever seen the drill cores taken from a talc mine? |  | X |
| Ever seen the drill cores taken from J&J talc mines? |  | X |
| Ever review any mine planning maps from J&J talc mines? |  | X |
| Ever analyze any thin sections from cores removed from a talc mine? |  | X |
| Ever analyze any thin sections from cores removed from J&J talc mines? |  | X |
| Ever seen the results of an analysis of thin sections from cores removed from a talc mine? |  | X |
| Ever seen the results of an analysis of any thin sections from cores removed from J&J talc mines? |  | X |



Δ π EXHIBIT 8
Deponent Webb
Date 3/29/19

PLAINTIFF DEMONSTRATIVE 2

| Question | | Answer |
|---|---|---|
| Ever inspect any core logs from a talc mine? | | X |
| Ever inspect any core logs from J&J talc mines? | | X |
| Ever Ask for any samples of J&J talc? | | X |
| Ever taken any samples or rock specimens from a talc mine? | | X |
| Ever taken any samples or rock specimens from J&J talc mines? | | X |
| Ever conduct XRD on any J&J talc? | | X |
| Ever conduct PLM on any J&J talc? | | X |
| Ever conduct SEM on any talc? | X | |
| Ever conduct SEM on any J&J talc? | | X |
| Ever conduct TEM on any talc? | | X |
| Ever conduct TEM on any J&J talc? | | X |
| Ever seen test results from samples taken from J&J talc mines? | | X |
| Ever designed or supervised a beneficiation process for talc ore? | | X |
| Ever publish on talc deposits used to source J&J Talc in Italy, Vermont or China? | | X |
| Ever publish on asbestiform amphiboles and talc? | | X |
| Ever publish on asbestiform serpentines (chrysotile) and talc? | | X |
| Ever publish on methodological approaches to differentiate asbestiform amphibole and non-amphibole minerals in talc? | | X |
| Ever identify any asbestiform amphiboles in talc? | | X |

PLAINTIFF DEMONSTRATIVE 2



Plaintiff Dem.
1