# Exhibit 16

**EXHIBIT** Hopkins-28
Date: 11-5-78
MLG, CSR, RPR, CRR

| Date | Exhibit # | Testing Entity | Author | Recipients | Purpose Stated | Test method | Mine | What was tested | Special Preparation | What tests revealed | Hopkins' Comments | Satisfies J&J Asbestos Defin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/1957 | J&J-309 | Battelle | Smith | | | | | Italian talc | | "the Italian talc averages about 10% fibrous or acicular particles" | | |
| 5/9/1958 | J&J-1 | Battelle | Smith | Dr. Lycan | | petrograph | Val Chisone | processed talc-Italian 1 | | tremolite | | |
| 5/23/1958 | J&J-2 | Battelle | Smith | Dr. Lycan | | microscope | Val Chisone | processed talc-Italian 1 | | tremolite; 6 to 10 % fibrous talc | | |
| 12/4/1970 | J&J-9 | Colorado School of Mines | Colorado School of Mines | Miller | | XRD & petrograph | Hammondsville | 38 core samples | | tremolite-actinolite, fibrous talc | | |
| 3/9/1971 | J&J-257 | McCrone | Grieger | Goudie | | SAED; XRD | | Shower to Shower; medicated powder | | "fiber of chrysotile.. Was very clear"; "medicated powder we found one fiber of chrysotile"; Shower to Shower.. we feel strongly that it may be chrysotile…chrysotile is very low"; >>> Final Report >>>"Shower to Shower The fiber content of Shower to Shower is quite low in comparison to previous samples which we have investigated… We found three suspect fibers. Of these, two were found in one field and probably have the same source, very possibly contamination…It is still questionable whether they are chrysotile. We have, however, found traces of chrysotile in G-11 one of the additives to Shower to Shower , and this might be a possible source of these contaminant fibers." | YES | |
| 5/14/1971 | J&J-255 | J&J | Ashton | Smith | | XRD | | Baby Powder (production batch) | | tremolite; tremolite-actinolite | | |
| 7/2/1971 | J&J-256 | Colorado School of Mines | Pattengill | Ashton | | XRD; PLM | | six monthly plant run samples | | 5 of 6 show tremolite-actinolite; "no other forms of nontalc minerals approaching asbestos types were indentified" | | |
| 7/7/1971 | J&J-15 | Colorado School of Mines | Pattengill | Ashton | | XRD | Vermont talc | processed talc-344-L | | tremolite & actinolite | | |
| 7/29/1971 | J&J-19 | Colorado School of Mines, McCrone, Dartmouth | Nashed | Foster | | | Vermont talc | | | "trace amounts of fibrous minerals; (tremolite/actinolite)." | | |
| 10/12/1971 | J&J-23 | McCrone | Grieger | Goudie | appearance and fiber content | electron diffraction | | Shower to Shower | | traces of chrysotile in one of additives | | YES |
| 11/11/1971 | J&J-376 | McCrone | Grieger | Goudie | | TEM | | Shower to Shower | | "The Shower to Shower appeared to have a few more fibers than the other two samples ,however I think that might be due to possible contamination from the G-11.In the G-11 we did find two positively identified chrysotile fibers and some other fibers which at first glance peared to be chrysotile, when you look at the electron diffraction pattern. I believe that most of the fibers in Shower to Shower which are suspect may come from G-11….I left out the comments on G-11 from the report becuase I felt you might want to change your supplier or investigate your supplier , and this would only tend to confuse the issue perhaps with the FDA." | | |

| Date | Ref | Lab | Person | Person2 | Description | Method | Sample | Technique | Finding | Notes | Asbestos |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/1972 | J&J-28 | NYU | Seymour Lewin | | | | Shower to Shower sample 84 | XRD | 5% chrysotile; | | YES |
| 8/10/1972 | J&J-373 | J&J | | Dr. Weissler (FDA) | | | Shower to Shower | PLM | "About 1 fiber or rod/needle every 500 particles. Approx. 1/3 of these are tremolite…" | | |
| 8/24/1972 | J&J-29 | Sperry Rand | Nashed | Dr. R. A. Fuller | FDA submits Lewin sample | | Shower to Shower | SEM | "asbestos fibers could be detected in the sample"; "reported chrysotile" | | YES |
| 8/31/1972 | J&J-348 | Sperry Rand | JJ Wehrung | | | | | SEM | Dr. Weissler used SEM "to study general shape of chrysotile asbestos." "Dr. Weissler he did find fibers which had the general shape of chrysotile". Also found "asbestos form fibers." In samples brought by JJ which were photographed." | | |
| 9/8/1972 | D-7 | Sperry Rand | JJ Wehrung | | | | Shower to Shower | SEM | Observation of asbestosform "more correctly be called fiberform". SEM "very able to identify fiberforms which may be chrysotile" | | |
| 9/26/1972 | J&J-31 | Dr. Lewin | Dr. Nashed | Dr. Fuller | | | J&J Medicated Powder; Johnson's Baby Powder; J&J Shower to Shower | | Medicated Powder: tremolite 4% Baby Powder: 2-3% chrysotile Shower to Shower: 2-5% chrysotile | | YES |
| 10/27/1972 | J&J-36,34,37 | McCrone | Stewart | Goudie | "the presence of asbestiform minerals" | | Johnson's Baby Powder batch #108T &109T (Lewin Samples) | XRD; TEM | "Both samples contained an insignificant amount of tremolite;" tremolite rods | | YES |
| 2/26/1973 | J&J-100 | Colorado School of Mines | Reid | Ashton | mineralogy & occurrence of any asbestos type minerals | | processed talc | XRD | tremolite-actinolite; slight trace of anthophilite? Chrysotile? "asbestos type materials" | centrifuging | YES? |
| 4/26/1973 | J&J-44 | J&J | Petterson | Johnston | | | Johnson's Baby Powder | PLM | "tremolite or actinolite are indentifiable (optical microscope)and these might be classified as asbestos fiber" | Hammondsville | No |
| 4/27/1973 | J&J-335 | J&J | | | | | Johnson's Baby Powder | optical microscope | trace amounts of amphiboles in all samples. "The optical properties of the apriticles are closer to actinolite than tremolite" | | |
| 5/1/1973 | J&J-367 | | Miller | Petterson | | | ore | | "the orde body contains tremolite" | Hammondsville | Doesn't say which mine |
| 5/8/1973 | J&J-368 | J&J | | Petterson | | | ore | | "Your question this morning was how did Lewin assay timing relate to actinolite showings. Baby Powder lots 108T & 109T were alleged to contain asbestoforms by Lewin. Talc shipments checked by microscope hare showed all lots clean just prior to and right after that time. the first showing of actinolite we know about is October 1972. The indications are that things were in good shape when Lewin picked up the above two lots for his assays." | Hammondsville | |
| 6/6/1973 | J&J-47 | Cardiff | Pooley | Ashton | | | our Vermont talc | | actinolite | concentration technique | |
| 9/6/1973 | J&J-258 | FDA | Stuart | | "determination of asbestos | | Shower to Shower sample 84 | XRD; PLM | "fibers of tremolite/actinolite" | | Yes |
| 12/21/1973 | J&J-263 | Colorado School of Mines | Reid | Ashton | "examined for chrysotile and/or tremolite | | Vermont talc samples | TEM | "identified chrysotile at a level of less than 10 ppm in the Vermont sample" | centrifuge | Yes |

| Date | Bates | Lab | Analyst | Purpose | Method | Sample | Findings | Asbestos |
|---|---|---|---|---|---|---|---|---|
| 1/29/1974 | J&J-57 | McCrone; Dartmouth | | | TEM; XRD | Hammondsville ore & product | "chrysotile fiber suppression was indicated"; Dartmouth finds amphibole 100 to 200 ppm in ore and 3000 in ore; Mccrone finds chrysotile in ore and finished product | Yes |
| Mar-74 | J&J-58 | Dartmouth | Reynolds | develop methods for measuring the concentration of asbestiform amphiboles" | XRD & XRF | talc product & ore from Windsor | "ore sample contains 2300ppm actinolite and the talc product contains 170 ppm actinolite"; "small amounts of anthophyllite may be present" | |
| | | Windsor Minerals | Lee | | | | centrifuge to float talc and settle denser materials | Dr. Hopkins has issues with the conclusions. |
| 4/24/1974 | J&J-65 | McCrone | Stewart | determine "whether or not there was any significant content of asbestiform minerals." | XRD; TEM | ore | TEM finds chrysotile and fibrous tremolite | Yes |
| 5/8/1974 | J&J-66 | McCrone | | | optical microscope & TEM | Windsor 66 ore & product | ore-fiber probably tremolite & chrysotile; product- one chrysotile fiber | Possible contamination of 1 test |
| 5/9/1974 | J&J-366 | McCrone | | | TEM | Argonaut ore & product | chrysotile fibers in ore and product of 1/3 of samples tested | YES |
| 5/14/1974 | J&J-370 | McCrone; Dartmouth | Zeitz | | TEM | Hammondsville product | Table 15 McCrone Summary-probable chrysotile in 2 samples and chrysotile in 2 other samples. >>>Attachment A Dated 05-08-74>>>>>> "Sample 66-AC ore showed chrysotile fibers but in the product from the same ore benefaction had reduced the chrysotile content to 1 fibril as mentioned above. The chrysotile fiber content of Sample 66-AC-ore represents an estimated chrysotile content of <1-2 ppm, thus, even in the worst case, the level of asbestos contamination present in these ores is minimal."  >>>>>>>>>Attachment B>>>>>>>> "fibrous form of anthophyllite which occurs as a rare mineral in the Hammondsville ore body." | |
| 10/10/1974 | J&J-74 | McCrone | Shimps | analysis for "asbestisform fibers" | | Windsor 66 ore & product | "fibrous asbestisform material" "chrysotile fibers were found" | YES |
| 7/1/1975 | J&J-89 | McCrone | Grieger | "determine the extent of amphibole or serpentine contamination"; "we kept a running tabulation of the asbestos we could possibly identify" | TEM; SAED | "from your ore body" Johnson's Baby Powder | "confirmed asbestos" low to medium; "bundles of amphiboles" | YES |
| 9/9/1975 | J&J-92 | Mt. Sinai | Langer | | TEM; PLM; XRD | | anthophyllite & tremolite | YES |
| 11/5/1975 | J&J-97 | McCrone | Grieger | supplement report of 7-01-75 | TEM | ore | Table 1 lists "fibers of asbestos" | YES |

Case 3:16-md-02738-MAS-RLS    Document 32996-20    Filed 07/23/24    Page 5 of 6
PageID: 191569

| Date | Bates | Lab | Author | Method | Sample | Notes | Asbestos? | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/25/1977 | J&J-141 | Cardiff | Pooley | | | XRD | fibers of antigorite | |
| 6/14/1977 | J&J-246 | EMV | | | | | composite samples-large and small fibrous tremolite | YES? Source unknown– Mr. Bicks says look in Metadata |
| 2/9/1979 | J&J-164 | George Lee's Group | Cohen | | | SEM; XRD | ore & product | tremolite & actinolite |
| 9/1/1983 | J&J-175 | McCrone | Palenik | "airborne fiber concentrations" | Argonaut; Rainbow | NIOSH method | 66 composite samples | YES Type of fiber not specified |
| | | | | | | | Argonaut - 118 fibers; Rainbow- 2650 fibers | |
| 11/2/1984 | J&J-179 | McCrone | Palenik | "analysis for asbestos" | | TEM- EPA method | air samples | YES 6,600 to 60,000 chrysotile asbestos fibers. All samples found asbestos |
| 5/15/1985 | J&J-177 | MSHA | Olson | analysis for "asbestisform minerals" | Italian talc | PLM; XRD | air samples at Cyprus South Plainfield | 71.2% fibrous talc & "5.8% anthophyllite, an asbestiform amphibole" |
| 8/5/1986 | J&J-184 | McCrone | Laubenthal | | Hammondsville | PCM | air samples | YES fibers in both samples Type of fiber not specified |
| 3/30/1987 | J&J-185 | J&J | Schmidt | | Raymond Mill | | Processed talc | "Tremolite is present in the fines (minus 100 plus 200 mesh) in six volume percent as free needles" |
| 4/15/1988 | J&J-190 | Skyline Laboratories; Aquatec Environmental | | | Chester/Hamm | XRD | random and composite process samples | actinolite |
| 2/25/1992 | J&J-202 | Cyprus | Munro | | Argonaut; Hammondsville; Black Bear | | ore | "fibrous tremolite was identified..in exposures and cores at the east Argonaut 7 Black Bear mines. Cyprus staff report past tremolite from the Hammondsville and Clifton deposits." |
| 0/00/0000 | J&J-298 | McCrone | | | | | Windsor grade 36 | chrysotile |
| 02/09/1979 | J&J-341 | J&J | Lee | | | | Windsor 66 composite sample | "massive amphiboles in the 66 composite sample of Nov 6-10. the sample was forwarded to George Lee's group where the present of amphiboles was confirmed. They were identified as tremolite & actinolite" duplicate of J&J 164 |
| 05/09/1958 | J&J-311 | Battelle | Smith | | J&J | Petrograph | Italian talc | "acicular and fibrous particles of talc", the 8 to 10% of nonplaty talc is presumed to be derived from tremolite or enstatite". actinolite. The tremolite-actnolite in the sample is considered to be asbestos by current government regulations; however, it appeared to be cleavage fragments of the massive form rather than true asbestiform. typical tremolite fibers |
| 1/12/1984 | J&J-305 | McCrone | Palenik | | Miller | PLM | Talc powder, grade EV | 3 to 10% non platy with trace amounts of tremolite |
| 1/24/1958 | J&J-310 | Battelle | Brown | Lycan J&J | | | Italian talc | "four of the samples are suspected of containing tremolite based on the finding of one or two "fibers" per sample which satisfy the color/morphology criteria." |
| 4/19/1973 | J&J-296 | J&J | Hamer | | | Dispersion staining | Johnson's Baby Powder | |

| Date | ID | Source | Author | | Method | Sample | Findings | |
|---|---|---|---|---|---|---|---|---|
| 4/27/1973 | J&J-335 | J&J | | | | | | |
| 7/05/1976 | J&J-303 | Colorado School of Mines | | | Petrographic optical microscope | Johnson's Baby Powder | "trace amounts of amphibole" in all 4 samples tested; "Shape- prismatic, columnar, parallel – sided rods" . Size: from 20X4 microns to 200X30 microns.; Indentity : the optical properties of the particles are closer to actinolite than tremolite" | |
| 8/09/1972 | J&J-342 | J&J | | | optical microscope | Johnson's Baby Powder | "small (1%?) amounts of amphibole needles." | |
| 8/27/1973 | J&J-299 | Dutch consumer organization | | | | Shower to Shower | No chrysotile observed | |
| 9/11/1975 | J&J-297 | McCrone | Stewart | Zeitz | electron microscope (REM) | Johnson's Baby Powder | "trace tremolite" in 1970 and 1971 samples | |
| | | | | | | A-HC | " asbestos – content of 1.59%" | Plate 4682 A-HC 51,000X Chrysotile fiber |
| | | | | | | | chrysotile fiber | |
| 9/18/1961 | J&J-313 | Battelle | Smith | Ashton | | | 2 percent non platy talc in upper core; 14% (granular and fibrous ) non platy talc with 1-2% altered amphiboles in lower core | |
| ??/??/???? | | Dutch Consumers | | | petrograph | Hammondsville core Johnson's Baby Powder | claimed to have found asbestos | |
| ??/??/1972 | J&J-33 | University of Minnesota | | | | | determine possible content of fibrous chrysotile asbesots | |
| | | | | | TEM | Shower to Shower | "chrysotile asbestos does exist in the specimens of shower to shower" | |
| 0/00/1991 | J&J-327 | Cypress | Munro | | | Argonaut mine | "Argonaut main ore body open pit ...high incidence of fibre bearing zones encountered in the main ore body" | |
| 0/00/1991 | J&J-327 | Cypress | Munro | | | Hamm mine; | "areas with fibrous actinolite" | |
| 7/9/?? | J&J-17 | Mt. Sinai | J&J | | electron microscopy | Johnson's Baby Powder | chrysotile asbestos | |
| | | | | | | Johnson's Baby Powder batch # 108T &109T (Lewin Samples) | "There are trace quantities (tremolite) present confirmed both by McCrone & BillAshton Levels are extremely lawbut occassionally can be seen optically. This is not new." | |
| 10/27/1972 | J&J-26 | J&J | Nashed | Goudie | | | | |