## **CERTIFICATE OF SERVICE**

     I, P. Leigh O'Dell, hereby certify that I caused a copy of the foregoing Motion and Notice of Motion of the Plaintiffs' Steering Committee to Exclude the Opinions of Drs. Michael Finan, Cheryl Saenz and Kevin Holcomb, to be filed electronically via the court's electronic filing system the 23rd day of July, 2024. Those attorneys who are registered with the court's electronic filing system may access these filings through the court's system, and notice of these filings will be sent to these parties by operation of the court's electronic filing system.

Dated:     July 23, 2024                        */s/P. Leigh O'Dell*
                                                        P. Leigh O'Dell