# Exhibit 12

Page 1

1              UNITED STATES DISTRICT COURT

2                 DISTRICT OF NEW JERSEY

3

4

5    -------------------------x
                              )
6    IN RE JOHNSON & JOHNSON    )   MDL No. 16-2738

     TALCUM POWDER PRODUCTS     )    (MAS)(RLS)

7    MARKETING, SALES PRACTICES )

     AND PRODUCT LIABILITY      )

8    LITIGATION                 )
                              )
9    -------------------------x

10

11              V O L U M E   I

12

13        DEPOSITION OF CHERYL C. SAENZ, M.D.

14              LA JOLLA, CALIFORNIA

15             WEDNESDAY, JUNE 19, 2024

16                  9:13 A.M.

17

18

19

20

21

22

23   Job No.: 6753335

24   Pages: 1 - 307

25   Reported by: Leslie A. Todd, CSR No. 5129 and RPR

Page 2

1    Deposition of CHERYL C. SAENZ, M.D., held in
2    the conference room at the:
3
4
5        GRANDE COLONIAL HOTEL
6        910 Prospect Street
7        La Jolla, California 92037
8
9
10
11
12    Pursuant to notice, before Leslie Anne Todd,
13    California Certified Shorthand Reporter in and for
14    the State of California, who officiated in
15    administering the oath to the witness.
16
17
18
19
20
21
22
23
24
25

Page 3

1          A P P E A R A N C E S
2    PLAINTIFFS CO-LEAD COUNSEL:
3        P. LEIGH O'DELL, ESQUIRE (via Zoom)
4        MARGARET THOMPSON, ESQUIRE (via Zoom)
5        LEANNA PITTARD, ESQUIRE (via Zoom)
6        BEASLEY, ALLEN, CROW, METHVIN,
7          PORTIS & MILES, P.C.
8        218 Commerce Street
9        Montgomery, Alabama 36104
10       (334) 269-2343
11
12       PAULA R. BROWN, ESQUIRE
13       Blood Hurst & O'Reardon LLP
14       501 West Broadway, Suite 1490
15       San Diego, California 92101
16       (619) 338-1100
17
18    ON BEHALF OF DEFENDANTS:
19       DAWN CURRY, ESQUIRE
20       NUTTER, McCLENNEN & FISH, LLP
21       155 Seaport Boulevard
22       Boston, Massachusetts 02210
23       (617) 439-2000
24    ALSO PRESENT:
25       SUZANNE TURPIN, ESQUIRE (via Zoom)

Page 4

1              C O N T E N T S
2    EXAMINATION OF CHERYL C. SAENZ, M.D.       PAGE
3        By Ms. O'Dell                9
4
5
6              E X H I B I T S
7        (Attached to transcript)
8    SAENZ DEPOSITION EXHIBITS              PAGE
9    No. 1    Notice of Oral Deposition of
10       Cheryl Saenz, M.D. and Duces
11       Tecum                9
12    No. 2    Amended Expert Report of Cheryl C.
13       Saenz, M.D., May 21, 2024        19
14    No. 3    Expert Report of Cheryl Christine
15       Saenz, MD, for General Causation
16       Daubert Hearing, February 25, 2019    19
17    No. 4    Saenz CV, June 2024        23
18    No. 5    Invoices sent to Dawn Curry from
19       Cheryl Saenz, March 6, 2019        35
20    No. 6    Cheryl Saenz, MD - Prior
21       Testimony            41
22    No. 7    ACOG Practice Bulletin - Hereditary
23       Breast and Ovarian Cancer Syndrome
24       Number 182, September 2017        49
25

Page 5

1    E X H I B I T S  C O N T I N U E D
2        (Attached to transcript)
3    SAENZ DEPOSITION EXHIBITS              PAGE
4    No. 8    American Journal of Epidemiology
5        article: Estimated Number of
6        Lifetime Ovulatory Years and Its
7        Determinants in Relation to
8        Levels of Circulating Inflammatory
9        Biomarkers                69
10    No. 9    Expert Report of Cheryl C. Saenz,
11       M.D. Case-Specific opinions
12       regarding Mr. Hilary Converse,
13       May 28, 2024            80
14    No. 10    ACOG article: FAQs Ovarian
15       Cancer                98
16    No. 11    Ovarian Cancer Risk Factors        101
17    No. 12    Crawford - multi-panel gene testing
18       for hereditary cancer predisposition
19       Saenz 2017                112
20    No. 13    YNH CEMR, Patient Name: Converse,
21       Hilary                128
22    No. 14    Article in Fertility and Sterility:
23       Effects of risk factors for
24       ovarian cancer in women with and
25       without endometriosis        136

2 (Pages 2 - 5)

Page 6

1      E X H I B I T S   C O N T I N U E D
2         (Attached to transcript)
3   SAENZ DEPOSITION EXHIBITS          PAGE
4   No. 15    CDC article: Ovarian Cancer Risk
5         Factors              160
6   No. 16    HHS Public Access article:
7         Estrogen plus progestin hormone
8         therapy and ovarian cancer: A
9         complicated relationship explored   161
10  No. 17    Obstetrics & Gynecology article:
11        Executive Summary of the Ovarian
12        Cancer Evidence Review Conference
13        July 2023              168
14  No. 18    Appendix 1. Ovarian Cancer Evidence
15        Review Conference Attendees, 2023   168
16  No. 19    National Comprehensive Cancer
17        Network: Ovarian Cancer Including
18        Fallopian tube Cancer and Primary
19        Peritoneal Cancer, May 13, 2024    178
20  No. 20    NCBI Bookshelf article: Epithelial
21        Ovarian Cancer          184
22  No. 21    Oxford University Press article:
23        Analgesic Use and Ovarian Cancer
24        Risk: An Analysis in the Ovarian
25        Cancer Cohort Consortium      192

Page 8

1      E X H I B I T S   C O N T I N U E D
2         (Attached to transcript)
3   SAENZ DEPOSITION EXHIBITS          PAGE
4   No. 27    Article from Epidemiology: Douching
5         and Genital Talc Use: Patterns of
6         Use and Reliability of Self-
7         Reported Exposure          238
8   No. 28    O'Brien (2024) Intimate Care Products
9         and Hormone-Related Cancers (Sisters'
10        Study)              243
11  No. 29    Epigenetics research paper:
12        Transcriptomic and epigenomic
13        effects of insoluble particles
14        on J774 macrophages        273
15  No. 30    Slomovitz article: Asbestos and
16        ovarian cancer: Examining the
17        historical evidence        282
18  No. 31    Environmental International article:
19        Use of personal care product
20        mixtures and incident hormone-
21        sensitive cancers in the Sister
22        Study: A U.S.-wide prospective
23        cohort              288
24  No. 32    Chang (2024)_Supplemental Tables S4  288
25

Page 7

1      E X H I B I T S   C O N T I N U E D
2         (Attached to transcript)
3   SAENZ DEPOSITION EXHIBITS          PAGE
4   No. 22    ASCO article:  Modification of the
5         Association Between Frequent
6         Aspirin Use and Ovarian Cancer
7         Risk: A Meta-Analysis Using
8         Individual-Level Data From Two
9         Ovarian Cancer Consortia      195
10  No. 23    Cancer Epidemiology, Biomarkers
11        & Prevention research article:
12        Genital Powder Use and Risk of
13        Epithelial Ovarian Cancer in the
14        Ovarian Cancer in Women of
15        African Ancestry Consortium      202
16  No. 24    JAMA Article:  Association of
17        Powder Use in the Genital Area
18        With Risk of Ovarian Cancer      208
19  No.25    JAMA Article: Genital Powder Use
20        and Ovarian Cancer, May 26, 2020    217
21  No. 26    Article: Association Between the
22        Frequent Use of Perineal Talcum
23        Powder Products and Ovarian
24        Cancer: A Systematic Review
25        and Meta-Analysis, February 2, 2022  223

Page 9

1      P R O C E E D I N G S
2         ------------------
3         CHERYL C. SAENZ, M.D.
4      and having been first duly sworn,
5      was examined and testified as follows:
6         EXAMINATION
7   BY MS. O'DELL:
8      Q.    Good morning, Dr. Saenz.
9      A.    Good morning, Leigh.
10     Q.    I am going to endeavor to try to be
11  organized this morning.  We'll see if we're able
12  to achieve that.  But as you know, I talk slow
13  and I fumble around, so if you'll just let me
14  finish my question, that will help, I know,
15  Leslie, and it will be easier on Zoom.  I know
16  that's one of the challenges of Zoom to not talk
17  over each other, so if we can endeavor to do
18  that, that would be great.
19        MS. O'DELL:  As we begin this
20     morning, I want to mark as the first
21     exhibit the notice of deposition as
22     Exhibit No. 1.
23        (Exhibit No. 1 was marked for
24        identification.)

3 (Pages 6 - 9)

Page 10

1 BY MS. O'DELL:
2    Q.    And when you have that in front of
3 you, Doctor, I want to ask you a few questions
4 about it.
5    A.    Thank you.  I have it.
6    Q.    Oh, thank you.
7          First, have you seen this document
8 before?
9    A.    Yes.
10    Q.    And have you brought with you any
11 materials in response to the document request at
12 the end of the notice?
13         MS. CURRY:  I just want to put
14    on the record that there were objections
15    filed in response to the notice of
16    deposition as well as some documents
17    that have been produced on behalf of
18    Dr. Saenz.
19 BY MS. O'DELL:
20    Q.    Okay.  Are there any additional
21 documents in addition to the ones that were
22 produced to us I think two or three days ago that
23 you brought to the deposition that you've not yet
24 made available to plaintiffs?

Page 11

1    A.    No.  I have copies of my reports,
2 but I do believe that those were all made
3 available to you previously.
4    Q.    Yes, they were.
5          Is there anything else that you
6 have in front of you this morning in paper copy
7 other than your reports?
8    A.    No.
9         MS. CURRY:  And --
10 BY MS. O'DELL:
11    Q.    So no --
12         MS. CURRY:  Oh, I'm so sorry to
13    interrupt you.  I just wanted to make a
14    note.  I noticed this morning that on
15    the materials reviewed and considered
16    list, inadvertently I did not put the
17    newest amended reports of Dr. Daniel
18    Clarke-Pearson and Dr. Wolf that were
19    produced May 28th, 2024.  However,
20    Dr. Saenz has in fact reviewed those, so
21    we can update that and provide it to
22    you, but everything else you should have
23    in your possession.  That was just an
24    inadvertent disclosure on my part, so I

Page 12

1 apologize.
2         MS. O'DELL:  No, no problem.
3 BY MS. O'DELL:
4    Q.    So, Dr. Saenz, in front of you, you
5 have your reports, hard copies of your reports.
6 Do you have any copies of scientific articles or
7 scientific literature?
8    A.    No.
9    Q.    Okay.  I want to just, for
10 efficiency sake, go through the notice and just
11 ask you a few questions, and in particular, if I
12 could ask you to turn to page 8.
13    A.    Okay.
14    Q.    To Request No. 14.
15    A.    Okay.
16    Q.    And we asked you for documents that
17 related to communications with certain
18 organizations, and I want to ask you if you have
19 any documents related to communications you've
20 had with these organizations:  The Food and Drug
21 Administration?
22    A.    No.
23    Q.    Have you had any communications
24 with them where they were documented in an e-mail

Page 13

1 or any other writing?
2    A.    No.
3    Q.    Have you ever had any
4 communications of any type with Health Canada?
5    A.    No.
6    Q.    Have you ever had any
7 communications regarding talc with leadership of
8 the Society of Gynecologic Oncology?
9         MS. CURRY:  Object to the form.
10         THE WITNESS:  No.
11 BY MS. O'DELL:
12    Q.    And I want to try to address the
13 objection.  In regard to the Society of
14 Gynecologic Oncology, have you discussed talc
15 with any officer of the Society of Gynecologic
16 Oncology at any point during the time you've been
17 an expert in this litigation?
18    A.    No.
19    Q.    Have you had any conversations or
20 communications with an officer or employee of the
21 American College of Obstetrics and Gynecology
22 regarding talc and ovarian cancer?
23         MS. CURRY:  Object to the form.
24         THE WITNESS:  No.

4 (Pages 10 - 13)

Page 14

1  BY MS. O'DELL:
2      Q.     Have you had any discussions with
3  an employee or a representative of the American
4  Society of Clinical Oncology about talc and
5  ovarian cancer?
6      A.     No.
7      Q.     Have you had any communications,
8  conversations, oral or in writing, to the
9  International Agency for Research on Cancer
10  regarding talc and ovarian cancer?
11      A.     No.
12      Q.     I have the same question about the
13  American Cancer Society.  Have you had any
14  communications, orally or in writing, with the
15  American Cancer Society or a representative of
16  the American Cancer Society regarding talc and
17  ovarian cancer?
18      A.     No.
19      Q.     Are you involved with the American
20  Cancer Society as a volunteer or in any other
21  capacity?
22      A.     Presently?
23      Q.     Yes.
24      A.     No.

Page 15

1      Q.     Have you been in the past?
2      A.     Yes.
3      Q.     In what capacity?
4      A.     When I was chair of the cancer
5  committee at the Moores UCSD Cancer Center, there
6  was a representative of the local branch of the
7  American Cancer Society that participated in our
8  meetings.  And if there were events sponsored by
9  the American Cancer Society here in San Diego, we
10  would often participate in those events.
11      Q.     During what time period did you
12  have -- engage with local members of the American
13  Cancer Society there in San Diego?
14      A.     I remember I became chair of that
15  committee when I was pregnant with my oldest
16  child, who's now 22, so that would have been
17  starting in 2002.  And I believe I was chair of
18  that committee for 12 or 13 years.  So that would
19  take us up somewhere between 2014 to 2015.
20          My CV, Ms. O'Dell, would have the
21  actual dates that I was chair of that committee.
22  I'm sorry, I'm trying to give you my best
23  recollection, but...
24      Q.     That's -- that's fair, and that's

Page 16

1  what I'm asking for.  Thank you.
2          Have you ever had any discussions
3  with the -- sort of the national office of the
4  American Cancer Society, any of their employees
5  or representatives?
6      A.     No.
7      Q.     Have you ever interacted or
8  communicated, either in writing or orally, with
9  the Centers for Disease Control regarding talc
10  and ovarian cancer?
11      A.     No.
12      Q.     In regard to the National
13  Comprehensive Cancer Network, my first question
14  is, have you ever been a part or affiliated with
15  the National Comprehensive Cancer Network?
16      A.     Not on a committee level that I
17  would be responsible for a publication.  However,
18  certain other people that are attending at the
19  Moores Cancer Center are on those committees, and
20  at various times when there's new guidelines
21  coming out, in particular for endometrial and
22  cervical cancer treatment, and just the breadth
23  and depth of what they publish, I've been asked
24  to review those new changes prior to them being

Page 17

1  made public.
2      Q.     Okay.  Have you ever reviewed any
3  information regarding ovarian cancer for the
4  National Comprehensive Cancer Network?
5      A.     No.
6      Q.     Have you ever had any
7  communication -- and if you don't mind, I'll just
8  abbreviate it because it's a long name -- NCCN,
9  have you had any communications with NCCN
10  regarding ovarian cancer and talcum powder?
11      A.     No.
12      Q.     And lastly, I want to ask you about
13  the Ovarian Cancer Research Alliance, often
14  referred to as OCRA, have you had any involvement
15  with OCRA as a volunteer or a member of a
16  committee?
17      A.     No.
18      Q.     Have you had any communications in
19  writing or orally with either a member or an
20  affiliate of OCRA regarding ovarian cancer and
21  talcum powder?
22      A.     No.
23      Q.     Do you have colleagues there at
24  University of San Diego that are involved in OCRA

5 (Pages 14 - 17)

Page 18

1  and are -- let me just stop there, are involved
2  with OCRA?
3        MS. CURRY:  Object to the form.
4        THE WITNESS:  I don't know.
5  BY MS. O'DELL:
6     Q.    Have you discussed with any of your
7  colleagues ovarian cancer and research related to
8  the work of OCRA?
9        MS. CURRY:  Object to the form.
10        THE WITNESS:  In -- with respect
11     to talc and ovarian cancer or just in
12     general?
13  BY MS. O'DELL:
14     Q.    I will limit it to talc and ovarian
15  cancer.
16     A.    No, I have not had any such
17  conversations.
18     Q.    Okay.  Thank you.
19        Dr. Saenz, you can put that away if
20  you'd like.
21        Next I'd like to mark, and we'll be
22  referring to this throughout the day, as
23  Exhibit 2, and that's your expert report, your
24  general expert report.

Page 19

1        (Exhibit No. 2 was marked for
2        identification.)
3  BY MS. O'DELL:
4     Q.    And so we will get that in front of
5  you.
6        MS. O'DELL:  Thank you, Paula.
7        THE WITNESS:  Thank you.
8  BY MS. O'DELL:
9     Q.    And then also while Paula is giving
10  you the actual report, I'll ask if we can also
11  mark as Exhibit 3 a comparator document.
12        (Exhibit No. 3 was marked for
13        identification.)
14  BY MS. O'DELL:
15     Q.    And let me get that in front of
16  you, and I'll explain to you what it is,
17  Dr. Saenz.  It's the comparison of the report
18  from 2019 to her general report in 2024.
19        MS. O'DELL:  And let's see,
20     Paula, I think it's identified as
21     comparison -- the Saenz expert report
22     comparison.  It should be at the front.
23     It looks very pink if that helps.
24        MS. BROWN:  Yep.

Page 20

1        THE WITNESS:  Oh, it is pink.
2  BY MS. O'DELL:
3     Q.    I wasn't overstating it.  It's very
4  pink.
5     A.    Nope.
6     Q.    So, first, let me step back for a
7  moment.
8        Dr. Saenz --
9        MS. O'DELL:  And thank you,
10     Paula, for that.
11  BY MS. O'DELL:
12     Q.    Dr. Saenz, Exhibit 2, is that an
13  accurate and -- copy of your expert report in the
14  MDL dated May 21st, 2024?
15     A.    I mean, I haven't had a chance to
16  look through it, but the number of pages looks
17  about correct.  So -- I mean, I have no reason to
18  doubt you, but I'm not going to sit here and read
19  it to verify that, but it looks approximately
20  like -- I mean it --
21     Q.    Your answer was better than my
22  question.  I just wanted to get it identified for
23  the record.
24     A.    Yes.

Page 21

1     Q.    And then -- and so we'll be
2  referring to that throughout the day.
3        And then what's been marked as
4  Exhibit 3, I'll represent to you, Dr. Saenz, is
5  an electronic comparison of your report that was
6  disclosed in the MDL in February of 2019 to the
7  general report that you disclosed to the MDL on
8  May 21st, 2024.  And we may have an opportunity
9  to refer to that during the day, but this is
10  just -- will help us know what you disclosed in
11  2019 versus the report that you disclosed in
12  2024.
13        Is that fair?
14     A.    Yes.
15     Q.    Okay.  Going back to your report
16  itself, your current 2024 report that's been
17  marked as Exhibit No. 2, I'd like for you to
18  turn, if you will, please, to Exhibit A, which is
19  on page 60, and it's your curriculum vitae.
20     A.    Okay.
21     Q.    And we've had opportunity to talk
22  before, so I'm not going to ask you a lot of
23  questions about it, but I do want to know, is
24  this an up-to-date curriculum vitae?

6 (Pages 18 - 21)

Page 22

1    MS. CURRY: And just for the
2 record, we did produce in response to
3 the notice of deposition a more updated
4 version of the CV, which should be
5 swapped out with this Exhibit A.
6    MS. O'DELL: Okay. Okay. I
7 will pull that up and we will mark that
8 later in the deposition. But it will
9 take me a minute to pull it up, so I
10 won't -- I'll do that at the break.
11 BY MS. O'DELL:
12    Q.    Dr. Saenz, what are the
13 differences, if you know, between this CV that's
14 dated November 2023 and the updated CV that was
15 produced within the last few days?
16    A.    There are some updated publications
17 I believe I have detailed in there -- and I don't
18 know if it's in this one, but I believe I have
19 detailed in there an administrative position that
20 I now hold at the hospital.
21    I believe that I also have in there
22 a description of an engagement that I have with
23 CMS to be a reviewer of appeals for healthcare,
24 that patients get denied, and then they're

Page 23

1 appealing that denial with their insurer. It's
2 through the State of California.
3    And then I think there's also a
4 detail of part of a research grant that I am on
5 now that has been updated.
6    Q.    So let me just put in the chat
7 quickly because I was able to find it pretty
8 easily. So I have put in the chat, if you need
9 it, a copy of the June 2024 CV that you
10 mentioned. And I'm going to put it on the
11 screen.
12    MS. CURRY: Leigh, I actually
13 have a hard copy. Is there any
14 objection to me providing that to
15 Dr. Saenz just for ease of reference?
16    MS. O'DELL: Not at all.
17    THE WITNESS: Thank you.
18    MS. O'DELL: That's fine.
19 So for the new CV, Leslie, I
20 would like to mark that as -- I believe
21 we're at Exhibit 4.
22    (Exhibit No. 4 was marked for
23    identification.)
24 BY MS. O'DELL:

Page 24

1    Q.    And, Dr. Saenz, this CV is dated
2 June of 2024, correct?
3    A.    That's correct.
4    Q.    Okay. And let me ask you to go
5 back just for a moment. You mentioned that you
6 have a new administrative role there at the
7 University of San Diego. What is that role?
8    A.    So on page 3 under "Administrative
9 Appointments," it lists that I am the medical
10 director of Referral Management.
11    Q.    Okay. Give me just a moment to get
12 there.
13    A.    Of course.
14    Q.    What is Referral Management?
15    A.    One of the initiatives that the
16 medical group has put forth as a primary area of
17 focus is improving patient access to subspecialty
18 care and care at UCSD Medical Group in general.
19    So in particular, my responsibility
20 is to focus on getting new patient referrals in
21 to see the subspecialists in a timely manner with
22 the appropriate prior workup and documents. The
23 initiative is actually called RP2, which stands
24 for right patient, right provider. And I am the

Page 25

1 medical doctor -- medical director for that
2 project, and my team consists of various people
3 from IT, information services, patient advocacy,
4 things such as that.
5    Q.    So what percentage of your
6 professional time does this new position
7 encompass?
8    A.    Ten percent. I'm sorry, 20
9 percent. It's one day a week, theoretically.
10 Eight hours a week, so that's 20 percent. But no
11 doctor works a 40-hour workweek, so...
12    Q.    What percentage of your time
13 currently is devoted -- your professional time is
14 devoted to serving as medical director of the
15 family center for early detection of ovarian
16 cancer?
17    A.    That's actually more of an honorary
18 title than it is actually a time allotment of
19 work that needs to be done.
20    Q.    Okay.
21    A.    I do not receive any compensation
22 for that position.
23    Q.    And what percentage of your time
24 presently is devoted to the clinical care of

7 (Pages 22 - 25)

Page 26

1  patients?
2      A.    I am still clinically active five
3  days a week unless I'm on call, in which case I'm
4  on for seven days in a row.  So I'm in the
5  clinics three days a week, I have OR five days a
6  month, and so I'm still clinically active five
7  days a week.
8          We are actually recruiting for a
9  new partner because we're overly busy and trying
10 to offload some of the clinical work, as some of
11 us take on more administrative positions.
12     Q.    You mentioned that you have some
13 new publications that have been added to your
14 updated CV.  Are any of those publications -- do
15 any of those publications involve ovarian cancer?
16     A.    Yes.
17     Q.    Okay.  Would you tell me what page?
18     A.    Page 12, which is the page with
19 abstracts.  And the abstracts are listed with the
20 most recent first.
21         So the second abstract involves all
22 gynecologic cancers.  The third abstract and the
23 fourth abstract are bench work abstracts
24 involving ovarian cancer.  And the -- I think

Page 27

1  that's it for the abstracts that aren't new and
2  involve ovarian cancer.  And --
3      Q.    Before you turn --
4      A.    Yes.
5      Q.    -- let me just ask a question about
6  this bench work.  Were you actively involved in
7  the bench work that's reported in these
8  abstracts?
9      A.    I was --
10         MS. CURRY:  Object to the form.
11         THE WITNESS:  I was more of a
12     content reviewer, an advisor for the
13     writing up of the publication.  I did
14     not actually stand at the benchtop
15     myself and conduct the science.
16 BY MS. O'DELL:
17     Q.    Okay.  Thank you.
18     A.    Of course.
19         May I turn now?
20     Q.    Yes, please.
21     A.    On page 17, the first paper is a
22 publication that involved patients that had
23 concurrent endometrial and ovarian cancers, and I
24 was a content contributor to that publication.

Page 28

1  So I was responsible for the write-up of that
2  paper -- part of the write-up of that paper.
3          And then --
4      Q.    Are you talking about, Dr. Saenz,
5  the -- the May 2024 publication at the bottom of
6  page 17?
7      A.    Yes.  Yes.
8      Q.    Okay.
9      A.    And I think that's all that's new
10 for publications.
11     Q.    Okay.  Since 2019, have you written
12 any scientific publications, be they full
13 manuscripts, abstracts, posters, that involve
14 talc and ovarian cancer?
15     A.    No.
16     Q.    Are you currently working on any
17 research regarding talc and ovarian cancer?
18     A.    Can you better define "research"
19 for me?
20     Q.    Yes.  Any -- any activities that
21 evaluate the scientific data relating to the
22 genital use of talc and ovarian cancer that you
23 plan to publish in the literature.
24     A.    No.

Page 29

1      Q.    Any -- same question really, but in
2  regard to abstracts or a poster that would be
3  presented at a professional meeting.
4      A.    No.
5      Q.    And we may have touched on this,
6  Dr. Saenz, so if we did, I apologize, but I just
7  want to make sure I'm not missing something.
8          Since 2019 have you served as a
9  primary investigator on any research or studies
10 that relate to ovarian cancer?
11     A.    As a PI specifically, no.
12     Q.    Since 2019 have you published any
13 research regarding the -- let me just expand
14 that -- any research, whether you're an author on
15 the abstract or publication, have you published
16 any research regarding modifiable risk factors
17 for ovarian cancer?
18     A.    No.
19     Q.    Same question but for risk factors
20 in general, not just limited to modifiable risk
21 factors.
22     A.    No.
23     Q.    You also mentioned in regard to
24 your CV that there was a new grant that you

8 (Pages 26 - 29)

Page 30

1  recently received, and that was one of the
2  updates. Would you please direct me to the grant
3  you're referring to.
4      A.    Yes. On page 9, at the bottom
5  under Research Support is Current Research
6  Support, and the PI on that grant is Rebecca
7  Rakow-Penner.
8      Q.    And what's the purpose or the
9  objective of the study?
10     A.    The objective of the study is to
11 utilize MRIs to evaluate patients with cervical
12 cancer that are being treated appeals with radiation to
13 try and determine if they're responding
14 appropriately or not with the MRI.
15     Q.    All right. Thank you.
16     Dr. Saenz, any other changes or
17 updates in your curriculum vitae that we haven't
18 touched on?
19     A.    I think I mentioned that I'm
20 involved with reviewing appeals of patients when
21 their healthcare has denied coverage for certain
22 interventions or certain medical care. I don't
23 honestly know where that is. I'm not seeing it
24 in here. I thought it was in here.

Page 31

1      Q.    And who employs you to do that
2  work?
3      A.    It's contracted by CMS through an
4  independent organization called Maximus, which is
5  the group that CMS contracts to objectively
6  review those appeals.
7          Ah, I'm sorry, it's on page 6,
8  Leigh.
9      Q.    All right. Thank you.
10     A.    Under Honors and Activities. And
11 it's the first one.
12     Q.    I see that. Okay. Thank you.
13         And how much -- I see you started
14 that position in April of 2022.
15     A.    I did the training in April of
16 2022, but I did not actually review a case until,
17 I believe, late 2023.
18     Q.    Okay. And how often are you
19 involved in that work?
20     A.    Maybe three times a year.
21     Q.    Okay. Thank you.
22         Dr. Saenz, I want to talk with you
23 about your revised and amended report that we've
24 marked as Exhibit 2.

Page 32

1          What methodology did you use to
2  update your expert report?
3      A.    So from the 2019 report, which I
4  had, I went ahead and searched the literature for
5  any new publications on the topic of -- on the
6  topics of talc and ovarian cancer development,
7  risk factors for ovarian cancer. I searched for
8  original publications. I searched for society
9  statements. I did pretty broad web searches for
10 keywords such as ovarian cancer, inflammation,
11 talc, risk factors, and then read the documents
12 that I found, incorporated them into my report.
13         I read through the updated reports
14 of Dr. Clarke-Pearson and Dr. Judith Wolf, and
15 also read their depositions. Yeah, I think that
16 was the methodology that I used.
17     Q.    Did you typically use the same
18 methodology for your 2024 report that you used
19 for your 2019 report?
20     A.    Essentially.
21     Q.    And if I recall, in your 2019
22 report you did not include a Bradford Hill
23 analysis, and that's true also of your 2024
24 report, correct?

Page 33

1          MS. CURRY: Object to the form,
2      misstates the facts.
3          THE WITNESS: I -- I don't think
4      that's accurate. I do believe that the
5      analysis that I did back in 2019 as well
6      as in 2024 follows the same conceptual
7      formatting of a Bradford Hill analysis,
8      looking at the literature and the data
9      that's available, and evaluating those
10     things by certain criteria, such as
11     strength of association, biologic
12     gradients, such as consistency in the
13     literature, such as biologic
14     plausibility. And I did actually put
15     all of that forth in the 2019 report and
16     again in the 2024 report.
17 BY MS. O'DELL:
18     Q.    Okay. Is there -- can you turn me
19 to in your report where you have a Bradford Hill
20 analysis?
21     A.    So I do actually talk about the
22 elements of a Bradford Hill analysis in my report
23 and talk about how I examined the literature
24 using those criteria that we just covered. I

9 (Pages 30 - 33)

Page 34

1  don't have a word search function here, but I
2  also do specifically mention Bradford Hill in the
3  2024 report.
4      Q.    Can you point me to --
5      A.    On page 18 -- I'm sorry, page 18.
6      Q.    Okay.  All right.
7      A.    The second paragraph.  The second
8  sentence.
9           Would you like me to read it or are
10  you reading it?
11      Q.    I'm reading it here.  Are you
12  talking about the sentence that begins that
13  "Based upon my expertise"?
14      A.    Yes.
15      Q.    And that paragraph, is that your
16  discussion of Bradford Hill's tenets?
17           MS. CURRY:  Object to the form.
18           THE WITNESS:  No, that's my
19      discussion of the methodology that I
20      used to evaluate the literature, and
21      that I actually followed the criteria of
22      Bradford Hill.
23  BY MS. O'DELL:
24      Q.    Well, I -- okay.  So I don't forget

Page 35

1  it, Dr. Saenz, we had -- I'm going to come back
2  to Bradford Hill later, but -- that will be a
3  longer discussion.
4           So I don't forget this part, let
5      me ask Paula, if she will, to hand you a
6      group of exhibits -- excuse me, invoices
7      that we're going to mark as Exhibit 5.
8           (Exhibit No. 5 was marked for
9           identification.)
10  BY MS. O'DELL:
11      Q.    And it's all the invoices that
12  we've been provided to date for your work in the
13  MDL.
14           MS. CURRY:  Leigh, is it just
15      for the -- does it also include the
16      individual invoices for the
17      case-specific work on the four cases
18      that she's here about today?
19      MS. O'DELL:  Yes.
20      MS. CURRY:  Okay.
21      MS. O'DELL:  Yes, it does.
22  BY MS. O'DELL:
23      Q.    It includes -- and I'll ask you,
24  Dr. Saenz, but it appears to include what would

Page 36

1  be your work from 2019 and work that you've done
2  since 2019 on either the MDL generally or the
3  four other cases that you provided an opinion.
4           MS. CURRY:  And, Leigh, just so
5      the record is clear, we actually wound
6      up producing all of the invoices that
7      relate to the MDL, and including work
8      that was performed prior to 2019, just
9      so that you had them all in one subset.
10           MS. O'DELL:  Okay.  Thank you
11      for that.
12  BY MS. O'DELL:
13      Q.    So we've marked these as Exhibit
14  No. 5.  It's just a composite exhibit, Dr. Saenz.
15  Do you recognize these documents?
16      A.    Yes.
17      Q.    And I want to try to go through and
18  essentially understand the work that you were
19  doing and also get a sense of what work you've
20  done that you've not yet invoiced for.
21           So, first, you should have at
22  the -- on the top an invoice from March 6, 2019.
23  Is that how you have them there?
24      A.    Yes.

Page 37

1      Q.    And an invoice that totals
2  $100,500?
3      A.    Correct.
4      Q.    And this was for work in the MDL
5  prior to the Dalbert hearing in 2019, correct?
6      A.    Correct.
7      Q.    And then there is a April 16th,
8  2019 invoice totaling 43,215; is that correct?
9      A.    No, it's actually April 6th.
10      Q.    What did I say?
11      A.    April 16.
12      Q.    Oh, sorry.  I apologize.  April 6,
13  2019.
14      A.    Correct.
15      Q.    And it's for $43,215; is that
16  correct?
17      A.    Correct.
18      Q.    And then there's a September 30th,
19  2019 invoice totaling $78,502.60?
20      A.    Correct.
21      Q.    And then there are a series of four
22  invoices, all dated on April 25th, 2022, and they
23  are first for the Converse case in the amount of
24  $36,187.50; is that correct?

10 (Pages 34 - 37)

Page 38

1    A.    No, you said April 25th, and it's
2    actually February 25th.
3    Q.    Well, that's a problem.  In my
4    mind, I thought February and out of my mouth came
5    April.  So I don't know if you ever had that
6    experience before, but I did actually believe I
7    was saying February.
8         So February 25th, 2022.  Do I have
9    that correct?
10   A.    Yes, ma'am.
11   Q.    Okay.  And so -- and that amount
12   was for 36,000 -- excuse me, $36,187.50, and that
13   was for the Converse case.
14   A.    Yes, ma'am.
15   Q.    Correct?
16   A.    Correct.
17   Q.    Is that year on the invoice
18   correct?
19   A.    Is that what?
20   Q.    Is the year correct, 2022?
21   A.    Yes.
22   Q.    And so you did this work during the
23   pendency of the LTL bankruptcy, correct?
24        MS. CURRY:  Object to the form.

Page 39

1         THE WITNESS:  I did this work at
2    the end of 2021 and completed it by
3    February 25th, 2022.  I don't know
4    exactly how that correlates to what
5    you're referencing, but that is the time
6    frame that I did that work.
7    BY MS. O'DELL:
8    Q.    Okay.  And there's an invoice for
9    the Rausa case, same date, for $22,800, correct?
10   A.    Correct.
11   Q.    And another invoice, a third
12   invoice dated February 25th, 2022, for $35,812.50
13   for the Judkins case, correct?
14   A.    Correct.
15   Q.    And a fourth invoice for the
16   Newsome case, same date, $26,812.50.  Is that
17   correct?
18   A.    Correct.
19   Q.    And, Dr. Saenz, have you issued any
20   invoices since February of 2022?
21   A.    In this matter?
22   Q.    Correct, or any of the underlying
23   bellwether cases.
24   A.    No, I have not.

Page 40

1    Q.    Approximately how many hours have
2    you devoted to work for the MDL or for an MDL
3    individual bellwether case since February of
4    2022?
5         MS. CURRY:  Object to the form.
6         THE WITNESS:  It's a pure
7    estimate.  I have not produced any
8    invoices or tallied any hours.  I think
9    I probably spent somewhere between 60 to
10   70 hours in total.
11   BY MS. O'DELL:
12   Q.    And that 60 to 70 hours would be
13   for purposes of updating your general expert
14   report and the work you described previously.
15   True?
16   A.    Yes.
17   Q.    Reviewing medical records or other
18   materials for the individual plaintiffs and
19   writing your expert reports in those individual
20   cases, correct?
21   A.    Well, there were -- I had reports
22   written when I invoiced back in 2022 for each of
23   these cases.  So the reports were updated by me
24   recently, not written de novo.

Page 41

1    Q.    And was your rate for the work
2    you've done since 2022, the 60 to 70 hours, is at
3    a rate of $750 an hour?
4    A.    Yes.
5    Q.    And does that 60 to 70 hours
6    include preparation for your deposition today?
7    A.    Yes.
8    Q.    How many hours approximately did
9    you spend either on your own preparing or with
10   counsel to prepare for today's deposition?
11   A.    For today specifically?
12   Q.    Yes.
13   A.    Maybe five or six total.
14   Q.    Dr. Saenz, I want to ask you to set
15   that aside for a moment.
16        I want to mark one more exhibit
17   along these lines, and that is exhibit -- it's
18   going to be Exhibit 6, and it's your testimony
19   list that you provided -- or your counsel
20   provided in conjunction with your expert report
21   that was provided to us in May of 2024.
22        (Exhibit No. 6 was marked for
23        identification.)
24   BY MS. O'DELL:

11 (Pages 38 - 41)

Page 42

1    Q.    And is this an accurate listing of
2  your prior testimony in the talc litigation?
3         MS. CURRY:  Object to the form.
4         THE WITNESS:  Well, since 2021,
5    yes.
6  BY MS. O'DELL:
7    Q.    And let me ask you, and maybe I'm
8  mistaken, I was under the impression you
9  testified in the Giese case in St. Louis in 2021.
10   A.    Was that the year it was?  I'm
11 sorry, I guess -- is that not the same as the
12 Forrest, et al.?  Oh, those -- I apologize, I do
13 this every time you question me, Leigh.  I get
14 mixed up, because Forrest was initially a large
15 conglomerate of cases and then they get pulled
16 out.
17         And so you are correct, Giese, I
18 testified in, and that ended up being separate
19 from the individual Forrest case, you are
20 correct.  I do that every time.  I'm sorry.
21   Q.    And you also testified -- I
22 apologize, I didn't mean to talk over you.
23         So in addition to these cases -- I
24 just want to make sure that I have a good

Page 43

1  listing.  In addition to what you've listed
2  here -- let me strike that and start again.
3         On the current exhibit, would it be
4  fair to strike out Forrest and put in Giese,
5  et al., underneath that 2021 reference?
6    A.    Giese, et al., yes.
7         But then there was also a case
8  of -- I believe her first name was Vicki, I
9  think.  It was Vicki Forrest, and that was an
10 individual plaintiff.  And I think --
11   Q.    Correct.
12   A.    -- that was also venued in St.
13 Louis, if I'm not mistaken.
14   Q.    You are correct, and that case was
15 in, you know, 2019.
16   A.    Oh, okay.  Sorry.  Okay.
17   Q.    And you also -- I was going to ask
18 you about that.  You also testified in the Brower
19 case in 2019, correct, in Atlanta?
20   A.    Yes.
21   Q.    And you testified -- I think those
22 are the -- let me ask, are there any other talc
23 cases in addition to the ones you've listed here
24 on Exhibit 6 plus Brower, plus Forrest, that

Page 44

1  you've testified in?
2    A.    Regardless of the time --
3  regardless of the date, I should say?
4    Q.    Yes.  Yes.
5    A.    So I testified in the Echeverria
6  case.  And I testified in the Ingham case.  And
7  Forrest, I get confused because it was -- I think
8  it was originally like a 12 plaintiff case and
9  then certain things got pulled out.  So I think
10 that's it, though.
11   Q.    Okay.  You list here for 2024 a
12 deposition you gave in the Archer case in the
13 state court of Clayton County, Georgia.  When did
14 you give that deposition?
15   A.    Earlier this year, I believe.  It
16 was -- yeah, earlier this year.  I don't recall
17 the month.
18   Q.    Are you -- have you been asked to
19 testify at trial?
20   A.    Yes.
21   Q.    And when is that trial?
22   A.    I believe trial starts at the -- in
23 August.
24   Q.    Okay.  Are there any other cases

Page 45

1  that you've been disclosed as an expert but you
2  have not yet provided either deposition testimony
3  or trial testimony?
4         MS. CURRY:  Object to the form.
5         Only disclose cases in which
6    you've actually been disclosed to the
7    other side already as an expert witness.
8         MS. O'DELL:  And, Dawn, that was
9    my question, just to be -- I want to
10   make sure my question was clear.
11 BY MS. O'DELL:
12   Q.    I just -- I'm not asking for
13 anything other than cases where you've been
14 disclosed.
15   A.    On behalf of Johnson & Johnson?
16   Q.    Correct.
17   A.    I've been disclosed in a case, I
18 believe the plaintiff's name is Baker.
19   Q.    And where is that case pending?
20   A.    In Canada.  And Archer we already
21 covered, so...
22   Q.    Thank you, Dr. Saenz.  You can put
23 that aside.
24         All right.  Let's turn again to

12 (Pages 42 - 45)

Page 46

1  Exhibit 2, your expert report.
2        And if you'll forgive me just a
3  moment while I shuffle some things around.
4        So I'd like for you to turn,
5  please, Dr. Saenz, to the portion of your report
6  reviewing risk factors, really starting at
7  page 5. And I will ask you some questions,
8  general questions, and then I'm going to ask you
9  some questions also about the Converse case, and
10 so they will be hopefully clear but somewhat
11 intermingled in order to have some efficiency.
12       And specifically, I want to start
13 with genetics and your opinions starting on
14 page 5 regarding genetics. Is it your view,
15 Dr. Saenz, that all ovarian cancer cases are
16 caused by genetic mutations?
17       MS. CURRY: Object to the form.
18       THE WITNESS: Germline or
19 somatic?
20 BY MS. O'DELL:
21   Q.   I'll start with germline.
22   A.   No.
23   Q.   And so you agree that some ovarian
24 cancers are a result of somatic or acquired

Page 47

1  mutations?
2    A.   I think that the majority of
3  ovarian cancers are -- have somatic or acquired
4  mutations. Even cancers that have germline
5  mutations with them can have additional acquired
6  or somatic mutations.
7    Q.   In other words, a patient, to use
8  language that you have used, a patient could have
9  an acquired -- excuse me, a germline mutation,
10 like a BRCA mutation, for example, and not
11 develop ovarian cancer. True?
12   A.   True.
13   Q.   And that individual having a
14 germline mutation such as BRCA could have
15 acquired mutations, multiple acquired mutations
16 over the course of their life that result in
17 ovarian cancer. True?
18       MS. CURRY: Object to the form.
19       THE WITNESS: I -- I don't know
20 that it -- "results" is a word that you
21 said. I mean, I do know that when we do
22 molecular profiling of ovarian cancers
23 on patients, it's not uncommon to find
24 somatic mutations within those tumors,

Page 48

1  and those somatic mutations are not in
2  every cell in her body. They're just in
3  the tumors.
4  BY MS. O'DELL:
5    Q.   Yes, and this is sometimes referred
6  to as the -- the two hit or multiple hit process
7  that have a germline mutation that's in every
8  cell of the patient that have acquired mutations,
9  and they result in -- let me change that since
10 that's -- you didn't like that language.
11       But it culminates -- that
12 accumulation of mutations mutations culminates in ovarian
13 cancer. That would be sort of an accurate
14 description of what occurs, correct?
15       MS. CURRY: Object to the form.
16       THE WITNESS: I don't agree with
17 that. Knudson's two-hit hypothesis
18 really didn't pertain to having a
19 germline mutation and then accumulating
20 additional somatic mutations. Knudson's
21 two-hit hypothesis came out of the fact
22 that we have two alleles for every gene
23 in our body.
24       And so knocking out just one of

Page 49

1  the alleles with a mutation isn't enough
2  for that mutation to effectually allow a
3  cancer to develop. Both alleles need to
4  either be mutated and defective or
5  functionally defective for that allele
6  to become nonfunctional. I mean, we
7  know that it doesn't take just two
8  mutations to develop a cancer, but
9  that's where that hypothesis came from.
10 BY MS. O'DELL:
11   Q.   It could take multiple mutations to
12 develop a cancer.
13   A.   For a cancer to develop?
14   Q.   True?
15   A.   Yes, I agree with that.
16       MS. O'DELL: And I want to mark
17 now what I believe is Exhibit 7.
18       And if, Paula, you would help me
19 make sure I number correctly, that would
20 be great. But it's -- it's an ACOG
21 document entitled "Hereditary Breast and
22 Ovarian Cancer Syndrome."
23       (Exhibit No. 7 was marked for
24 identification.)

13 (Pages 46 - 49)

Page 50

1  BY MS. O'DELL:
2      Q.    Dr. Saenz, do you have that in
3  front of you now?
4      A.    I do.
5      Q.    Okay.  And we've marked it as
6  Exhibit 7.  Are you familiar with this document?
7      A.    I'm sure I've seen it before or a
8  version of it, but I haven't reviewed it
9  recently.
10     Q.    Okay.  And this is a document
11  published by -- jointly by the American College
12  of Obstetricians and Gynecologists and the
13  Society of Gynecologic Oncology.  True?
14     A.    Yes, that's what it says at the
15  top.
16     Q.    And it is an ACOG Practice
17  Bulletin, and it's dated in this copy September
18  of 2017.  Do you see that?
19     A.    Yes.
20     Q.    And let me ask you just from your
21  perspective, Dr. Saenz, how do you define
22  "hereditary breast and ovarian cancer syndrome"?
23     A.    So hereditary breast and ovarian
24  cancer syndrome is a designation of patients

Page 51

1  being at risk for the development of breast and
2  ovarian cancer, which includes fallopian tube,
3  primary peritoneal, and often other malignancies
4  as well, such as melanoma or pancreatic cancer,
5  because they have been identified as carrying a
6  certain genetic mutation which predisposes them
7  to those malignancies and places them at an
8  increased risk of developing those malignancies
9  over the course of their lifetime.  It's not
10  actually just limited to women.  Men can also be
11  affected by these syndromes.
12     Q.    But are men affected by hereditary
13  breast and ovarian cancer syndrome?
14     A.    Yes.
15     Q.    And -- and -- well, I'm curious to
16  ask you the question, but I'm not going to do it
17  because it's not necessarily pertinent for today,
18  so maybe another time.
19          Let me direct you to the left-hand
20  column on page 1, and under Background, BRCA1
21  and 2.  Do you see that?
22     A.    Yes.
23     Q.    And at about the lower half of that
24  paragraph, it says:  "Both BRCA genes are tumor

Page 52

1  suppresser genes that encode proteins that
2  function in the DNA repair process.  Individuals
3  with hereditary breast and ovarian cancer
4  syndrome inherit one defective allele in BRCA1 or
5  BRCA2 from their father or mother, but they have
6  a second functional allele.  If the second allele
7  becomes nonfunctional as a result of a somatic
8  mutation, cancer can develop.  This is called the
9  two-hit hypothesis."
10          Do you agree with those statements,
11  Dr. Saenz?
12     A.    I mean, I think as a summary and
13  what they're referring to is what I quoted
14  before, which was Knudson's original two-hit
15  hypothesis, which dates back to 1971.  But what
16  we know --
17     Q.    Right.
18     A.    -- about cancer biology now is a
19  lot more than what Knudson proposed in 1971
20  because BRCA1 and 2 weren't even characterized in
21  1971.
22     Q.    But you agree with the concept that
23  it takes -- it's a combination often between an
24  inherited mutation and a series of acquired

Page 53

1  mutations that lead to the development of ovarian
2  cancer?
3          MS. CURRY:  Object to the form.
4  BY MS. O'DELL:
5      Q.    We agree with that -- I think
6  that's what you said before, and I'm just trying
7  to repeat it.
8      A.    I said not in the majority of
9  ovarian cancers, because even here they say -- or
10  they're saying that 9 to 24 percent of ovarian
11  cancers have a germline mutation within them.  So
12  that would mean that 76 percent of the ovarian
13  cancers that develop, there's no identified
14  germline mutation.
15     Q.    And then in those patients that
16  don't have an identified germline mutation, then
17  there are somatic mutations that accumulate --
18  that result in the development of ovarian cancer.
19  Would you agree with that?
20          MS. CURRY:  Object to the form.
21          THE WITNESS:  I believe that it
22  is -- yes, it is an accumulation of
23  somatic mutations that we find in
24  ovarian cancers.

14 (Pages 50 - 53)

Page 54

1  BY MS. O'DELL:
2      Q.     And if you'll turn to page 2,
3  please.  And I want to direct you, please, to
4  Table 1.
5      A.     Yes.
6      Q.     And it has a listing of genetic
7  mutations associated with hereditary breast and
8  ovarian cancer syndrome.  Correct?
9      A.     Yes.
10     Q.     And if you'll look, it lists the
11 gene on the leftmost column, and then it has a
12 column toward the right that describes the
13 ovarian cancer risk associated with that gene.
14         Do you see that?
15     A.     Yes.
16     Q.     And in the case of the ATM gene,
17 there's no increased risk of ovarian cancer if an
18 individual has that inherited mutation, correct?
19         MS. CURRY:  Object to the form.
20         THE WITNESS:  That's what this
21     table lists, but this table is actually
22     out of date.
23 BY MS. O'DELL:
24     Q.     Okay.  And what's your basis for

Page 55

1  saying the table is out of date, Dr. Saenz?
2      A.     The most current NCCN guidelines
3  actually now classify PALB2 as carrying an
4  increased ovarian cancer risk.  In here it says
5  no increased risk.
6         And the most recent NCCN guidelines
7  also say that women with PALB2 mutations should
8  now be offered risk reducing surgery.
9         Also, CHEK2 has been associated
10 with a risk of developing granulosis cell tumors,
11 not epithelial tumors as we have been primarily
12 talking about here today.  They don't recommend
13 prophylactic surgery, but there is an association
14 in the literature with granulosis cell tumors.
15     Q.     But not just -- so the record is
16 clear, so I'm tracking what you're saying, not
17 epithelial ovarian cancer.
18     A.     That's correct.
19     Q.     Okay.
20     A.     And ATM is actually now being
21 looked at critically as potentially increasing
22 the risk of epithelial ovarian cancers by 2 to 3
23 percent, and is actually being discussed as
24 potentially being one of the next genes that risk

Page 56

1  reducing surgery is being recommended for.  It
2  hasn't yet.  PALB2 has in the most recent NCCN,
3  but ATM is actually being reconsidered for its
4  risk.
5      Q.     So that's preliminary at this
6  point, there's been no final determination
7  regarding ATM, correct?
8      A.     There's not --
9         MS. CURRY:  Object to the form.
10        THE WITNESS:  Sorry.  There's
11     not a final national recommendation at
12     this juncture, but it is being
13     investigated.
14 BY MS. O'DELL:
15     Q.     Okay.  Looking at this table,
16 putting it in the context of epithelial ovarian
17 cancer, are there any other disagreements you
18 have with this particular table?
19     A.     Well, I'm --
20        MS. CURRY:  Object to the form.
21        THE WITNESS:  I'm not
22     disagreeing, Ms. O'Dell.  I'm just
23     telling you that this was published in
24     2017, and the most recent national

Page 57

1      guidelines that we have from 2024 are
2      different than what this table shows.
3      That's --
4  BY MS. O'DELL:
5      Q.     Okay.  Any others that you want to
6  point out that you think the present -- present
7  data --
8      A.     Has been updated?
9      Q.     Yeah, or different.
10     A.     No.
11     Q.     Okay.  And if you will turn,
12 Dr. Saenz, to page 17, you will see on page 17 a
13 box with some information regarding the review of
14 literature that was done in the preparation for
15 this bulletin.
16         Do you see that?
17     A.     Yes.
18     Q.     And it describes at the top the
19 Medline database, the Cochrane Library, and
20 ACOG's own internal resources -- resources and
21 documents were used to conduct a literature
22 search to locate relevant articles published
23 between January 2000 and January -- excuse me,
24 May 2017.

15 (Pages 54 - 57)

Page 58

1          Do you see that?
2     A.    Yes.
3     Q.    And it goes on to describe some of
4  what was reviewed, and then in the second
5  paragraph, it says:  "Studies were reviewed and
6  evaluated for quality according to the method
7  outlined by the U.S. Preventive Services Task
8  Force."
9          Do you see that?
10    A.    Yes.
11    Q.    And it gives levels of evidence
12  there in the -- in this box, correct?
13    A.    Yes.
14    Q.    And if you'll look at level Roman
15  numeral II-2, it states:  "Evidence obtained from
16  well-designed cohort or case-control studies,
17  preferably from more than one center research
18  group."
19          Did I read that correctly?
20    A.    You left out the word "analytic,"
21  but otherwise, yes.
22    Q.    Yes, I'm sorry.  I will read it
23  again.
24    A.    No worries.

Page 59

1     Q.    I didn't mean to skip a word.
2          "Evidence obtained from
3  well-designed cohort or case-control analytic
4  studies, preferably from more than one center or
5  research group."
6          Did I get it right that time?
7     A.    Yes.
8     Q.    Okay, good.
9          And you would agree then in
10  relation to talc and ovarian cancer that there
11  have been cohort and case-control analytic
12  studies from more than one center or research
13  group published over the last 40 years.  True?
14    A.    Yes.
15    Q.    And in this chart from ACOG, the
16  well- designed cohort and case-control analytic
17  studies are placed on the same level of evidence,
18  correct?
19    A.    They're both classified as evidence
20  II-2, yes.
21    Q.    I want to put that aside,
22  Dr. Saenz.
23          Let me ask you to turn back to your
24  report on page 6.  You state in the paragraph

Page 60

1  beginning at the top, there's a sentence about
2  midway or a third down that starts "To date."  Do
3  you see that sentence?
4     A.    Yes.
5     Q.    "To date, roughly 16 different
6  genes have been identified in this cluster, but
7  new genes are being identified and added to
8  testing panels every year."
9          And you go on to say:  "In the
10  mid-1990s we only tested for two genes, BRCA1 and
11  2.  By contrast, expanded panel testing currently
12  available through many commercial labs examine
13  more than 25 genes."
14          My question to you is, in your
15  opinion, what is the most reliable source in
16  listing of genes that you believe to be
17  pathogenic to ovarian cancer?
18          MS. CURRY:  Object to the form.
19          THE WITNESS:  I would say the
20     most reliable and up-to-date source are
21     the NCCN guidelines.
22  BY MS. O'DELL:
23    Q.    Are there any others that you
24  believe are authoritative and reliable that you

Page 61

1  rely on in reaching your opinions about the genes
2  that are pathetic for ovarian cancer?
3          MS. CURRY:  Object to the form.
4          THE WITNESS:  I mean, there are
5     other organizations such as
6     organizations for genetic research and
7     genetic counselors, but I don't utilize
8     those the way that I utilize the NCCN
9     guidelines.
10          MS. CURRY:  I just want to note
11     for the record that, Leigh, I'm giving a
12     little bit of leeway here, but -- no pun
13     intended, but the sections that you're
14     reading from on the report were actually
15     already in the 2019 general causation
16     report.
17          And so it was my understanding
18     that we're here to talk about anything
19     new, just going forward, and obviously
20     any of the case-specific information.
21          MS. O'DELL:  That's fair enough.
22     She -- Dr. Saenz changed some of the
23     material above that, and -- but I'm
24     happy to couch my questions in terms of

16 (Pages 58 - 61)

Page 62

1    2019.
2  BY MS. O'DELL:
3      Q.     Since 2019 and today, Dr. Saenz, is
4  it your testimony that what you refer to as the
5  authoritative sort of source for pathogenic genes
6  is the NCCN guidelines?  Is that an accurate
7  restatement of your testimony?
8          MS. CURRY:  Object to the form.
9          THE WITNESS:  The NCCN
10      guidelines are what I use as my resource
11      for the identification of genes that are
12      placing women at an increased risk of
13      developing ovarian cancer.
14          I mean, it's not the only thing
15      I've ever looked at, Leigh.  I don't
16      want to say that's the only reference
17      that I use, right.  I read other papers
18      and things.  That's how I know that ATM
19      is being investigated because that
20      hasn't changed in NCCN yet.  But I at,
21      for example, this juncture of my career
22      would not prophylactically take the
23      ovaries out of a woman with an ATM
24      mutation because I don't believe I have

Page 63

1      support from a national agency to
2      endorse that yet.  But in the course of
3      the last year or two, I've probably
4      operated on five women with PALB2
5      mutations because the guidelines have
6      changed.
7  BY MS. O'DELL:
8      Q.    All right.  I'm going to ask you to
9  turn, Dr. Saenz, to your -- to page 8 of your
10  report.
11          And you added here in your report a
12  reference 25 to the Huang and colleagues study
13  that was published in 2020.
14          Do you see that?
15      A.    Yes.
16      Q.    And for what purpose did you add
17  that -- that study to your discussion of early
18  menarche, late menopause risk factor description?
19      A.    I think there are a couple of
20  reasons.  One is the fact that the incessant
21  ovulation hypothesis, which, you know, has been
22  discussed numerous times before, but it goes back
23  to demonstrating that there is an increased risk
24  of developing ovarian cancer in women that seem

Page 64

1  to have more lifetime ovulatory cycles than women
2  that have fewer, but that the risk reduction from
3  either birth control pills or breastfeeding or
4  pregnancy is magnitudes greater than would simply
5  be accounted for by the number of suppressed
6  ovulatory cycles.
7          So it doesn't make sense
8  biologically that it's simply a matter of
9  ovulating.  There has to be -- there's another
10  biologic mechanism that we just haven't
11  elucidated yet that is related to an increased
12  number of ovulatory cycles leading to an
13  increased risk of ovarian cancer.
14          And so I came across the Huang
15  paper because I was looking up how lifetime
16  ovulatory cycles related to ovarian cancer risk
17  development, and what Huang did was also measure
18  women's CRP levels, which CRP being C-reactive
19  protein is a marker of chronic systemic
20  inflammation.  And paradoxically, what Huang
21  found was the more lifetime ovulatory cycles a
22  woman had, and they measured them in five-year
23  increments, the lower their level of C-reactive
24  protein.  And so they did not correlate.

Page 65

1          If ovulatory cycles number were
2  increasing systemic inflammation risk, then the
3  authors hypothesized that the C-reactive protein
4  levels should have been higher and correlating
5  directly with the number of ovulatory cycles.
6  But what they found actually was the more
7  ovulatory cycles, the lower levels of C-reactive
8  protein.  And so the authors concluded that
9  lifetime ovulatory cycles are not contributing to
10  the risk of ovarian cancer through the
11  development of chronic systemic inflammation
12  because they found lower C-reactive protein
13  levels in those women.
14      Q.    In the Huang paper, the premise of
15  the paper was that inflammation as a result of
16  lifetime ovulatory cycles increases inflammation,
17  and inflammation is associated with ovarian
18  cancer.  That was the premise of the study.
19  Fair?
20          MS. CURRY:  Object to the form.
21          THE WITNESS:  That was their
22      hypothesis, that the ovulatory events
23      were increasing systemic inflammation,
24      and so as a marker of that, they

17 (Pages 62 - 65)

Page 66

1    investigated CRP levels, and they found
2    the exact opposite of what the
3    hypothesis was.
4    BY MS. O'DELL:
5        Q.    You would agree, Dr. Saenz, that
6    reproductive events such as ovulation and
7    menstruation trigger an acute inflammatory
8    cascade of the repeated damage and repair
9    to the ovarian surface.
10        MS. CURRY:  Object to the form.
11        THE WITNESS:  I -- I don't -- if
12    you're talking about one event in
13    isolation, then it's an acute event, but
14    the chronicity is because these events
15    are happening monthly over many, many
16    years.
17    BY MS. O'DELL:
18        Q.    Yes.  So it's an acute event
19    happening on a monthly basis that results in a
20    chronic inflammatory process.  Fair?
21        MS. CURRY:  Object to the form.
22        THE WITNESS:  That's what the
23    authors hypothesized, but they didn't
24    find evidence of that.

Page 67

1    BY MS. O'DELL:
2        Q.    And would you agree -- I mean, you
3    say that was their hypothesis.  Would you agree
4    that ovulation and menstruation trigger an
5    inflammatory process due to the damage and repair
6    to the ovarian surface epithelium?
7        MS. CURRY:  Object to the form.
8        THE WITNESS:  I don't
9    necessarily know that.  I don't think
10    menstruation means the sloughing of the
11    endometrium has nothing to do with
12    what's going on with the ovulatory
13    events which occur during a different
14    phase of the cycle.  I do think that
15    ovulation causes damage to the surface
16    of the ovary and that gets repaired.
17    But we in looking at the ovaries of
18    women and sites of ovulation, we don't
19    see evidence of chronic damage or even
20    acute -- not acute, but chronic damage.
21    BY MS. O'DELL:
22        Q.    But there would be evidence of
23    acute damage to the -- an acute inflammation at
24    the time of ovulation.  True?

Page 68

1        MS. CURRY:  Object to the form.
2        THE WITNESS:  I think most
3    likely, but I've not actually looked for
4    that.
5    BY MS. O'DELL:
6        Q.    That's been reported in literature,
7    right?
8        A.    Yes, that's true.
9        Q.    And that would be a generally
10    accepted understanding of what happens at the
11    time of ovulation, that there is damage to the
12    surface of the ovary, and resulting repair that
13    is -- involves an inflammatory process.  True,
14    that's generally accepted?
15        MS. CURRY:  Object to the form.
16        THE WITNESS:  I agree that
17    there's damage to the ovary and then
18    there is a repair process.  There is a
19    cascade there, yes.
20    BY MS. O'DELL:
21        Q.    An inflammatory cascade, right?
22        MS. CURRY:  Object to the form.
23        THE WITNESS:  An acute
24    inflammatory cascade?

Page 69

1    BY MS. O'DELL:
2        Q.    Yes.
3        A.    Okay.  Yes.
4        Q.    Let me ask you to take a look at
5    the Huang paper, Dr. Saenz.
6        MS. O'DELL:  And I will mark
7    that as Exhibit 8.
8        (Exhibit No. 8 was marked for
9    identification.)
10    BY MS. O'DELL:
11        Q.    Do you have that in front of you,
12    Dr. Saenz?
13        A.    Yes, ma'am.
14        Q.    And this is the study that we've
15    been talking about and that you referred to
16    your -- you refer to your report on page -- page
17    8 and -- excuse me, on page 8 of your report.
18    And then I'd like for you to turn, please, to
19    what's identified as page 667 in the upper right
20    corner.
21        And if you'll look on the left-hand
22    side, Dr. Saenz, in the Discussion section.  Do
23    you see where I'm looking?
24        A.    Yes.

18 (Pages 66 - 69)

Page 70

1    Q.    And I think it's three sentences
2  down, it says: "The strength of the association
3  between LOY and CRP," meaning lifetime ovulations
4  and C-reactive protein, "was comparable to that
5  for other well-established inflammatory
6  exposures, including physical activity and an
7  inflammatory diet, the weaker than the
8  association for BMI, suggesting that LOY may be a
9  potential marker for systemic inflammation in
10  women."
11        Did I read that correctly?
12    A.    Yes.
13    Q.    And it goes on to say on the next
14  page, page 668, that -- in the Summary paragraph
15  at the end, second sentence: "Our results
16  suggest that reproductive history may be an
17  important source of inflammation in women that is
18  comparable to diet and physical activity."
19        Did I read that correctly?
20    A.    Yes.
21    Q.    And throughout this study,
22  Dr. Saenz, the researchers were focused on
23  inflammation as a contributor to ovarian cancer,
24  correct?

Page 71

1        MS. CURRY: Object to the form.
2        THE WITNESS: No, that was their
3    hypothesis. Throughout this study they
4    were focused on the number of ovulatory
5    years and how that -- those acute events
6    could have led to the development of
7    systemic chronic inflammation, and
8    looking at the markers for that, and
9    whether or not they were there. They
10    were not actually looking at ovarian
11    cancer. They were essentially trying to
12    identify a mechanism by which Fathalla's
13    original hypothesis would be related.
14    Q.    And at any -- and they say in this
15  paper that lifetime ovulatory years has been
16  consistently associated with a higher risk of
17  ovarian cancer. That's one of the underlying
18  premises of the study. True?
19        MS. CURRY: Where are you
20    reading from? Sorry, Leigh.
21        MS. O'DELL: I'm reading from
22    page 660.
23  BY MS. O'DELL:
24    Q.    But what I'm asking, Dr. Saenz, is

Page 72

1  that part of the reason they studied lifetime
2  ovulations is because of the understanding that
3  inflammation is associated with an increased risk
4  of ovarian cancer. True?
5        MS. CURRY: Object to the form.
6        THE WITNESS: No, I -- I don't
7    actually agree with that. The --
8  BY MS. O'DELL:
9    Q.    Now, please, if I could just --
10  forgive me, I'll try not to do that. But let me
11  just ask to make sure my question was clear.
12        I'm not asking -- I know you may
13  have a different opinion, but I'm asking about
14  what the authors in the premise of the paper as
15  they describe it, one of the premises -- one of
16  the main premises of the paper is that lifetime
17  ovulatory years and an increase in inflammation
18  results in a higher risk of ovarian cancer.
19  True?
20        MS. CURRY: Object to the form.
21        THE WITNESS: No, that's not
22    their hypothesis. The hypothesis has to
23    do with trying to link why an increased
24    number of ovulatory years and the acute

Page 73

1    inflammation that occurs as a result of
2    those individual ovulatory events, does
3    that result in systemic inflammation,
4    chronic, and trying to identify markers
5    that would show that there is some link
6    between the acute inflammatory events
7    with each ovulatory event and the
8    development of chronic systemic
9    ovulation that may be related to ovarian
10    cancer risk.
11        But it's not -- they weren't
12    investigating the inflammation, per se.
13    They were investigating whether or not
14    there's evidence that ovulation and the
15    number of ovulatory events leads to the
16    development of systemic chronic
17    inflammation, and they found the
18    opposite.
19  BY MS. O'DELL:
20    Q.    And as noted by the authors,
21  inflammation has a role in the development of
22  ovarian cancer. True?
23        MS. CURRY: Object to the form.
24        THE WITNESS: Where are you

19 (Pages 70 - 73)

Page 74

1    reading from?
2    BY MS. O'DELL:
3        Q.    I'm asking just -- that's my own
4    question.
5        A.    No, that's not their hypothesis.
6        Q.    You don't believe that they
7    believed -- these authors, these researchers on
8    Exhibit 8, are you saying that they as a part of
9    their research did not consider inflammation as a
10    mediator of ovarian cancer?
11        MS. CURRY:  Object to the form,
12    calls for speculation.
13        THE WITNESS:  The hypothesis of
14        these authors was that the development
15        of acute inflammation that occurs with
16        each ovulatory event could potentially
17        result in evidence of chronic systemic
18        inflammation, and they were trying to
19        see if they could identify that and
20        thereby link it to the increased risk of
21        ovarian cancer that we see in women with
22        more ovulatory events, and what they
23        found with their data was actually the
24        opposite.

Page 75

1        So they ended up not being able
2    to identify that the individual acute
3    inflammatory events associated with each
4    individual ovulatory event leads to
5    evidence of increased systemic
6    inflammation.
7    BY MS. O'DELL:
8        Q.    Okay.  Would you agree with me,
9    Dr. Saenz, that C-reactive protein is a
10    nonspecific systemic marker of chronic
11    inflammation?
12        A.    Yes.
13        Q.    And that it is not a measure of the
14    localized inflammation that may occur during
15    ovulation at the site of the ovary?
16        A.    I don't know that because I don't
17    know that anybody has assayed CRP levels at the
18    time of ovulation.  So I don't know that.
19        Q.    Certainly -- but the authors for
20    the Huang study were not assaying inflammation --
21    localized inflammation at the site of the ovary,
22    correct?
23        A.    That's absolutely correct, because
24    they also included postmenopausal women in their

Page 76

1    study who weren't ovulating either.  This was a
2    systemic assay.  It wasn't a localized assay at
3    the level of the ovary.
4        Q.    Did you consider the commentary by
5    Dr. Joellen Schildkraut about the Huang paper?
6        A.    I don't believe I've seen that.
7        Q.    Have you seen other studies
8    regarding -- have you seen and considered other
9    studies regarding lifetime ovulations that
10    conclude exactly the opposite of what Huang and
11    her colleagues concluded?
12        MS. CURRY:  Object to the form.
13        THE WITNESS:  I think you would
14        have to refer me to a specific study,
15        because I don't -- I don't recall off
16        the top of my head any specific study in
17        that level of detail.
18    BY MS. O'DELL:
19        Q.    Dr. Saenz, I want to turn your
20    attention back to Exhibit 3, the comparison.
21        A.    Are we done with this study, ma'am?
22    May I set it aside?
23        Q.    You can, yeah.  Thank you.
24        So I want to turn back -- I skipped

Page 77

1    something in my notes and I don't want to forget
2    it, so I just want to go back to it before we get
3    too far away.
4        Under your Genetics section, which
5    is page 5 in your May 2024 report, and in the
6    comparison which we marked as Exhibit 3, turn to
7    page 6, and you'll see in Exhibit 3 the
8    comparison, Dr. Saenz, under Genetics.
9        Are you there with me?
10        A.    Yes.
11        Q.    You struck a sentence that says:
12    "Approximately 10 percent of women diagnosed with
13    ovarian cancer are found to have inherited such a
14    deleterious mutation, but when that analysis is
15    restricted to women whose ovarian cancer is of
16    serous histology, the rate increases to
17    approximately 30 percent."
18        Why did you strike that?
19        A.    I thought it was confusing.
20    Because there was a point in time when we were
21    only sending women with serous histologies for
22    germline testing and not all women with
23    epithelial ovarian cancers, because the yield of
24    finding a germline mutation in a woman with

20 (Pages 74 - 77)

Page 78

1  ovarian cancer is higher if you restrict the
2  screening to serous histologies.  But the current
3  NCCN guidelines are actually that all women with
4  epithelial ovarian cancer should be screened, and
5  so it didn't -- it seemed to me to be a sentence
6  that was not needed.
7      Q.    And no longer in keeping with
8  current practice.  Fair?
9          MS. CURRY:  Object to the form.
10         THE WITNESS:  Correct, not
11     consistent with current guidelines.
12     It doesn't mean it's not
13     factual.  It's factual, but not
14     consistent with current guidelines.
15 BY MS. O'DELL:
16     Q.    What's your -- if it's still
17 factual, what's your basis for that opinion?  I
18 don't see a citation there.
19     A.    I don't recall what it was, but
20 there were papers that looked at screening women
21 with high grade serous histologies as opposed to
22 all histologies and what percentage of patients
23 would have mutations, and the high grade serous
24 histologies have a higher rate of having an HRD

Page 79

1  germline mutation.
2      Q.    And you believe that to be 30
3  percent?
4      A.    Yes.
5          MS. CURRY:  Leigh, I don't know
6      if now is a good time, but we've been
7      going for over an hour and a half, for a
8      very brief break, if that's okay.
9          MS. O'DELL:  That will be fine.
10     Any time, Dr. Saenz, you or
11     others need a break, just let me know.
12         THE WITNESS:  Thank you so much.
13         MS. O'DELL:  And I'm happy to
14     take a break.  Thank you.
15     What do you say, five minutes?
16         MS. CURRY:  Five minutes is
17     plenty.  That's fine.
18         (Recess.)
19         MS. O'DELL:  Let's go back on
20     the record.
21 BY MS. O'DELL:
22     Q.    Dr. Saenz, I want to ask you to
23 turn to the Converse case-specific report.
24         MS. O'DELL:  And we're going to

Page 80

1      mark that as, I believe, Exhibit 9.
2          And Paula should have that.
3      Thank you.
4          (Exhibit No. 9 was marked for
5          identification.)
6  BY MS. O'DELL:
7      Q.    Just let me know when you are
8  ready.
9      A.    Oh, I'm sorry.  Sorry.  I'm ready.
10     Q.    Okay.  Dr. Saenz, what was your
11 methodology in reaching your case-specific
12 opinions for Ms. Converse?
13     A.    For Ms. Converse, I read through
14 all of the medical records that I was provided.
15 I reviewed the reports of Dr. Clarke-Pearson,
16 Dr. Godleski.  I reviewed a plaintiff's expert
17 report of, I believe, Dr. Felix.  And I might be
18 confusing Newsome.  I'm sorry.
19         MS. CURRY:  You said plaintiff
20     expert report.
21         THE WITNESS:  Oh, sorry.
22     Defense expert pathologist Dr. Felix.
23         I read all the depositions that
24     I was provided in this case, and as more

Page 81

1      medical records came in, I kept looking
2      at all of those.
3  BY MS. O'DELL:
4      Q.    Okay.  And you did not consider the
5  expert report of plaintiff's expert John Levy,
6  correct?
7      A.    I did not.
8      Q.    And you did not consider the expert
9  report of -- exposure report of Dr. Bill Longo or
10 William Longo for Ms. Converse, correct?
11     A.    I did not.
12     Q.    And looking at this case-specific
13 expert report for Ms. Converse, based on your
14 review of her medical records and other
15 information that you mentioned, you did an
16 evaluation of the risk factors that she had for
17 ovarian cancer, correct?
18     A.    That's correct.
19     Q.    You ruled in certain risk factors
20 for ovarian cancer you felt that she had, and
21 then you ruled out certain risk factors you felt
22 that there was no evidence for.  True?
23         MS. CURRY:  Object to the form.
24         THE WITNESS:  Well, I

21 (Pages 78 - 81)

Page 82

1    identified, based on her plaintiff
2    profile forms, deposition testimony, her
3    treaters, and medical records, certain
4    risk factors that are well established
5    for ovarian cancer that she seemed to
6    have.
7  BY MS. O'DELL:
8      Q.    And based on your review of
9  Ms. Converse's medical history and other
10 information, you concluded that her age, her
11 Ashkenazi Jewish heritage, her family history of
12 breast cancer and her use of hormone replacement
13 therapy were risk factors that she had for
14 ovarian cancer, correct?
15        MS. CURRY: Object to the form.
16        THE WITNESS: As well as the
17    endometriosis that was found within her
18    surgical specimens, as well as the
19    suggestion of a family history, and in
20    particular, the family history of her
21    mother having at a young age breast
22    cancer. That was also another risk
23    factor that she had, yes.
24 BY MS. O'DELL:

Page 83

1      Q.    And those risk factors, from your
2  point of view, contributed to her developing
3  ovarian cancer. True?
4        MS. CURRY: Object to the form.
5        THE WITNESS: So I am not
6    assigning causation to any of those risk
7    factors in her development of ovarian
8    cancer. I am simply saying that she had
9    various risk factors that certainly
10    increased her risk of developing ovarian
11    cancer.
12 BY MS. O'DELL:
13    Q.    And for those particular factors or
14 risk factors, would you say they contributed to
15 her development of ovarian cancer?
16    A.    I think they contributed to her
17 being at risk for the development of ovarian
18 cancer. I cannot point to any one of those
19 single risk factors and saying, Aha, there's
20 that one.
21    Q.    And I'm definitely not asking you
22 that, but would you agree with me that they all
23 can work together and contribute to the
24 development of her ovarian cancer? Is that your

Page 84

1  opinion or not your opinion?
2      A.    My opinion is that --
3        MS. CURRY: Object to the form.
4        THE WITNESS: My opinion is that
5    they all increased her risk of
6    developing ovarian cancer. I don't have
7    any opinion that they worked together,
8    but I do believe that they all increased
9    her risk of developing ovarian cancer.
10 BY MS. O'DELL:
11    Q.    Ovarian cancer, though, is a
12 multifactorial disease, correct?
13    A.    It can be.
14    Q.    And it's described in the
15 literature many times as a multifactorial
16 disease. Fair?
17    A.    I think that's in the literature.
18 Yes, I think that's fair.
19    Q.    But you've testified in the past,
20 and to some degree I think over the last few
21 minutes, that you don't know what causes ovarian
22 cancer in a particular woman. Correct?
23    A.    That's correct.
24    Q.    And in fact, you testified in the

Page 85

1  past that you have no idea what causes ovarian
2  cancer. True?
3        MS. CURRY: Object to the form.
4        THE WITNESS: In any one
5    particular woman, I have no idea what
6    causes ovarian cancer.
7  BY MS. O'DELL:
8      Q.    And is it your opinion that there's
9  no credible scientific data to support the
10 conclusion that talc contributed to
11 Ms. Converse's development of ovarian cancer?
12    A.    Yes, that is my opinion.
13    Q.    And if -- is there any circumstance
14 under which you could conclude that the genital
15 application of talc contributes to cause ovarian
16 cancer?
17        MS. CURRY: Object to the form.
18        THE WITNESS: Based on the
19    current state of the science, no.
20 BY MS. O'DELL:
21    Q.    If that's the case, Dr. Saenz, that
22 based on the science as you evaluate it, that
23 talc could never be a contributing cause of a
24 woman's ovarian cancer, why did you review all

22 (Pages 82 - 85)

Page 86

1 the medical records? Why was it necessary to
2 your opinion if your opinion is you already have
3 reached the conclusion that talc cannot
4 contribute to the development of ovarian cancer?
5    A.    I was asked to review her medical
6 records, her medical history, and her care, and I
7 thought it was important for me to identify
8 whether or not there were risk factors that she
9 had that increased her risk of developing ovarian
10 cancer.
11    Q.    And you listed age as a
12 well-established factor for increasing her risk
13 of ovarian cancer. True?
14    A.    Yes.
15    Q.    And you also listed Ashkenazi
16 Jewish heritage, correct?
17    A.    Yes.
18    Q.    Endometriosis, correct?
19    A.    Yes.
20    Q.    And the use of hormone replacement
21 therapy as a well-established risk factor for
22 developing ovarian cancer.
23    A.    Yes.
24    Q.    True?

Page 87

1    A.    Yes.
2    Q.    Okay.
3    A.    As well as her family history with
4 her mother in particular with breast cancer at a
5 young age, and the fact that she had genetic
6 testing, and even though the genetic testing
7 showed variants of uncertain significance, those
8 same two mutations were also found in her mother,
9 who had had breast cancer.
10    Q.    And is it your understanding that
11 Ms. Converse used Johnson's baby powder daily,
12 and sometimes more often than daily, during her
13 menstrual cycle for over 50 years?
14    A.    I -- I don't recall her specifying
15 it during her menstrual cycle, but if that's -- I
16 will take you at face value for saying that, if
17 that's what her testimony was.
18    Q.    You would agree with -- you would
19 agree with me she used Johnson's baby powder
20 daily or near daily for over 50 years, correct?
21    A.    I don't have that in front of me,
22 but I will agree that if that's what she
23 reported, then that is what she used.
24    Q.    And Ms. Converse testified that she

Page 88

1 began to use Johnson's baby powder in 1962 at the
2 age of 14, and then continued thereafter to
3 approximately 2017.
4        Do you recall that?
5    A.    I'm looking for that, ma'am. I'm
6 sorry.
7        Do I have that in my report? I
8 don't recall that specific testimony, but again,
9 I don't have a reason to doubt you.
10    Q.    And if -- you know, I'm -- I know
11 you reviewed her deposition and other materials
12 related to Ms. Converse. I'll represent to you
13 that's correct.
14    A.    Okay.
15    Q.    And would you agree that she used
16 Johnson's baby powder in her 20s and 30s?
17    A.    Yes.
18    Q.    And we're going to talk about that
19 just a little bit later, but that's a time period
20 that Dr. O'Brien and her colleagues in their 2024
21 study found to be of particular concern for the
22 development of ovarian cancer. True?
23        MS. CURRY: Object to the form.
24        THE WITNESS: That's what they

Page 89

1    reported.
2 BY MS. O'DELL:
3    Q.    And for Ms. Converse, taking my
4 representation that it's 55 years, that's what
5 the math is from 1962 to 2017, on a daily basis
6 if -- 365 days a year, that would be over 20,000
7 applications of Johnson's baby powder. True?
8    A.    I will trust you on your math.
9    Q.    Okay. I used a calculator. I
10 don't trust myself, but I trust a calculator.
11        And that would be, based on your
12 review of the epidemiological literature, over
13 20,000 applications would really be at the
14 highest level of exposures for what's been seen
15 in the epidemiologic studies. True?
16        MS. CURRY: Object to the form.
17        THE WITNESS: Well, it's -- I
18    think most of the studies have looked at
19    20 years or more of application. They
20    haven't, you know, quantified the number
21    of years more than that. So, yes, that
22    would be at the upper limits of when
23    they're saying more than 20 years of
24    applications.

23 (Pages 86 - 89)

Page 90

1  BY MS. O'DELL:
2      Q.    Yeah, one of the highest usage
3  categories.  I mean, you can recall, for example,
4  in, I believe it was, the Penninkilampi study,
5  you will remember they talked about greater than
6  3600 applications.
7      A.    Correct.
8      Q.    And I believe it was Dr. Cramer's
9  study in 2016, colleagues talked about greater
10  than 7500 applications for lifetime applications.
11  Do you recall that?
12     A.    Yes.
13     Q.    And so this would be --
14  Ms. Converse's usage at 20,000 times over her
15  lifetime would be really at the upper end of
16  exposures for what's been seen in the
17  epidemiologic studies.  True?
18         MS. CURRY:  Object to the form,
19     asked and answered.
20         THE WITNESS:  Correct.
21  BY MS. O'DELL:
22     Q.    And that amount of usage or that
23  level of usage was not something that you found
24  relevant in your conclusion that talc does not

Page 91

1  increase her risk of ovarian cancer.  True?
2      A.    It's not that it's not relevant.
3  It's that even that number of applications is not
4  supported by the literature as increasing her
5  risk of developing ovarian cancer.
6      Q.    And because from your perspective
7  the epidemiologic literature doesn't support an
8  association; therefore, her amount of usage was
9  not important to your causation conclusion,
10  correct?
11         MS. CURRY:  Object to the form.
12         THE WITNESS:  So the amount of
13     usage that she had is not supported by
14     the literature as contributing to her
15     developing ovarian cancer.
16  BY MS. O'DELL:
17     Q.    And therefore, not relevant to your
18  causation opinion.  True?
19     A.    And therefore, I do not believe
20  that talc contributed to her developing ovarian
21  cancer.
22     Q.    And therefore, because you don't
23  believe that talc contributed to her development
24  of ovarian cancer, the level of usage was not

Page 92

1  important to your analysis for your causation
2  opinion, correct?
3         MS. CURRY:  Object to the form.
4         THE WITNESS:  It's not that it
5     wasn't important.  I mean, I
6     documented it --
7  BY MS. O'DELL:
8      Q.    Relevant --
9      A.    Relevant.
10     Q.    -- or important.
11     A.    Well --
12     Q.    Please --
13     A.    -- it's not both.
14         MS. CURRY:  Same objection.
15         THE WITNESS:  It was not
16     relevant to my opinion that talc did not
17     contribute to her developing ovarian
18     cancer.
19  BY MS. O'DELL:
20     Q.    When you were going through
21  Ms. Converse's medical history and her records,
22  did you rule out other risk factors that you felt
23  were not pertinent to her case -- excuse me --
24  were not pertinent to her case?  In other words,

Page 93

1  did you rule out early menarche and late
2  menopause as relevant to her case?
3         MS. CURRY:  Object to the form.
4         THE WITNESS:  So she had
5     menarche at age 14, so that wouldn't
6     really be considered early.  So I did
7     not believe that that contributed to her
8     risk of developing ovarian cancer.
9         And she had menopause in her
10     mid-50s, which is actually a little bit
11     on the later side.  So it's almost --
12     she had a later menarche but also a
13     later menopause, so -- but I did not
14     feel that the interval between those two
15     was all that significant for her -- to
16     place her at an increased risk of
17     developing ovarian cancer.
18  BY MS. O'DELL:
19     Q.    And in the same way, you didn't
20  feel her BMI was such that that was something
21  that contributed or was a risk factor for her
22  development of ovarian cancer.  True?
23     A.    Correct.
24     Q.    You ruled that out essentially as a

24 (Pages 90 - 93)

Page 94

1  risk factor for ovarian cancer in her case.
2  Fair?
3          MS. CURRY:  Object to the form.
4          THE WITNESS:  I did not believe
5      that that contributed to her risk.
6  BY MS. O'DELL:
7      Q.     How many hours did you spend --
8  have you spent on Ms. Converse's case since your
9  February 2022 invoice?
10     A.     Oh.  So the backbone, if you will,
11 or the majority of the report was already
12 written, because I don't actually think there
13 were that many more medical records that came in
14 on her per se after the fact, so I would say
15 maybe five more hours on her case.
16     Q.     I'm looking back at what we -- was
17 part of Exhibit 5 the invoice for
18 Ms. Converse, and it indicated that you spent
19 48.25 hours in your review of her case.
20         And forgive me, would you mind
21 repeating how many hours you believe that you
22 spent on Ms. Converse's case since your February
23 2022 invoice?
24     A.     Yes.  I think somewhere between

Page 95

1  five to six hours more.
2      Q.     Okay.  In your report for
3  Ms. Converse, Exhibit 9, you -- and page 2 is
4  where I'm looking if you want to look there.
5          I want to first focus on age.  She
6  was diagnosed at age 58.
7      A.     Okay.
8      Q.     And, as I understand it, it's your
9  opinion that age was one of her risk factors for
10 her development of ovarian cancer, correct?
11     A.     That's correct.
12     Q.     And, Dr. Saenz, isn't it true that
13 the average age of the diagnosis of ovarian
14 cancer is 63?
15     A.     Yes, that's correct.
16     Q.     And so -- but it's your view, even
17 though the average age is 63, that her age, which
18 is five years younger than the average, would
19 still be a contributing factor to her development
20 of ovarian cancer.  Is that true?
21     A.     Yes, that's correct.
22     Q.     And what's your -- what's your
23 basis for stating that?
24     A.     So it's not actually the average.

Page 96

1  It's -- the mean age of ovarian cancer is 63, and
2  so from that mean age, there is a bell curve out.
3  And the majority of ovarian cancers are actually
4  diagnosed, I believe, from ages 55 to like 65 or
5  66.  So she's well within one standard deviation
6  of the bell curve.
7      Q.     I want to look at -- well, before I
8  turn to something else, let me just ask this
9  question just to make sure I understand.
10         What are you relying on for your
11 conclusion that age is a well-established risk
12 factor that would increase Ms. Converse's risk of
13 developing clear cell ovarian cancer?
14     A.     So as we just discussed, she's well
15 within one standard deviation of the mean age of
16 ovarian cancer with the majority of
17 cancers actually starting at about age 55.
18         In addition, most of societies,
19 such as ACS, SGO, OCRA, all identify age as a
20 risk factor for developing ovarian cancer.
21         In addition, you know, when you
22 look at articles that identify genetic mutations
23 and how they accumulate over the course of our
24 lifetime just from simple defects that happen as

Page 97

1  a result of replication errors, the longer you're
2  alive, the more of those accumulations -- those
3  defects you accumulate.  And she is well within
4  the age range of the majority of women that get
5  ovarian cancer.
6      Q.     Yes, and thank you for that.  I'm
7  just looking for a scientific study or reference
8  that you feel is supportive of your conclusion.
9  And I appreciate what you said about the
10 studies -- excuse me, the societies and what
11 they've said about it, but I'm really looking for
12 a reference that's published in the literature
13 that supports that conclusion.
14     A.     I think you could go to --
15         MS. CURRY:  Object to the form.
16         THE WITNESS:  Sorry.  I think
17     you could go to the Gates paper that
18     looked at age and looked specifically at
19     risk in women over 50 years old and the
20     increased risk with each year that
21     passes.  I think that's actually a paper
22     that you and I have looked at together
23     before.
24 BY MS. O'DELL:

25 (Pages 94 - 97)

Page 98

1    Q.    We disagreed about that paper
2  before --
3    A.    No.
4    Q.    -- Gates 2010?
5    A.    We had a discussion -- we had a
6  discussion.
7    Q.    Yeah, we did.
8    A.    Maybe you remember it differently
9  than I do, but I think we had a discussion.
10    Q.    We did have a discussion.  That is
11  true, we did.
12        Let me -- you mentioned the
13  societies and some of the things that the
14  societies have said about different risk factors
15  and symptoms of ovarian cancer.
16        I'd like to mark the ACOG risk
17  factors.
18        MS. O'DELL:  And if you have
19    those, that would be great, Paula.  And
20    you may have it in the form of ACOG's
21    FAQs.
22        And we'll mark this as
23    exhibit -- I believe this is Exhibit 10.
24        (Exhibit No. 10 was marked for

Page 99

1    identification.)
2  BY MS. O'DELL:
3    Q.    So, Dr. Saenz, we marked as
4  Exhibit 10 what is an ACOG document "FAQs for
5  Ovarian Cancer," something which you're very
6  familiar with, correct?
7    A.    Yes.
8    Q.    And you cite this in your report
9  and you've testified to this a number of times at
10  trial.  True?
11    A.    I'm sure.
12    Q.    Okay.  And a couple of the things
13  that I want to point out.  In terms of these risk
14  factors and symptoms, this list that's been put
15  forward by ACOG, it does not list talc as a risk
16  factor.  True?
17    A.    Correct.
18    Q.    And it doesn't say anything about
19  talc.  True?
20        MS. CURRY:  Object to the form.
21    Are you talking about this document or
22    ACOG in general?
23        MS. O'DELL:  I think -- yeah,
24    I'm talking about this document?

Page 100

1        MS. CURRY:  Okay.  Thank you.
2        THE WITNESS:  I don't see talc
3    listed here in this document.
4  BY MS. O'DELL:
5    Q.    And in terms of age, it says age
6  older than 55.  True?
7    A.    Yes.
8    Q.    And then in terms of inherited
9  mutations, it lists mutations in BRCA1 and BRCA2
10  genes, correct?
11    A.    Let me get there.
12        I'm sorry, what page are you on?
13    Q.    Page 2.
14    A.    Oh, we're just looking at the list.
15  I'm sorry.  I thought we were looking at --
16    Q.    Yeah, I'm just looking at the list.
17    A.    There is -- yes, it just lists
18  those two genes.
19    Q.    It does not list Ashkenazi Jewish
20  heritage as a risk factor for ovarian cancer.
21  True?
22    A.    It does not.
23    Q.    And I want to -- and I want to now
24  mark as Exhibit 11 the SGO risk factors that you

Page 101

1  reference in your report.
2        (Exhibit No. 11 was marked for
3        identification.)
4        MS. O'DELL:  And, Paula, if you
5    don't have it, I can put it on the
6    screen.
7        MS. BROWN:  I have it, I think.
8    Is this it?
9        MS. O'DELL:  Yes, that's it.
10    Exhibit 11.
11  BY MS. O'DELL:
12    Q.    And you recognize this as the SGO
13  list of risk factors for ovarian cancer.  True?
14    A.    Yes.
15    Q.    And if you look on page 1 of the
16  document, it lists women with BRCA1 or 2
17  mutation.
18    A.    True.
19    Q.    True?
20    A.    Correct.
21    Q.    And it does not list women with
22  Ashkenazi Jewish heritage.  True?
23    A.    It does not.
24    Q.    And we can agree, can't we,

26 (Pages 98 - 101)

Page 102

1 Dr. Saenz, that Ms. Converse tested negative for
2 BRCA1 and 2?
3     A.    Yes, she did.
4     Q.    And in the broader testing that
5 Ms. Converse had, she tested negative for all the
6 known pathogenic genes for ovarian cancer,
7 correct?
8         MS. CURRY: Object to the form.
9         THE WITNESS: So she tested
10     positive for two VUSes. One was in ATM,
11     and those were the same two mutations
12     that her mom had as well. The VUS that
13     she had in ATM is thought to be
14     pathogenic but perhaps not deleterious.
15 BY MS. O'DELL:
16     Q.    In terms of no pathogenic
17 deleterious gene mutations, inherited mutations,
18 Ms. Converse tested negative to all of those
19 genes. True?
20         MS. CURRY: Object to the form.
21         THE WITNESS: No, that's not
22     true, because pathogenic and deleterious
23     don't necessarily mean the same thing.
24 BY MS. O'DELL:

Page 103

1     Q.    I understand.
2     A.    So the variant that she has in ATM
3 has not -- as we sit here, has not been directly
4 linked to ovarian cancer, in that you are
5 correct, but she does have that mutation.
6     Q.    I understand.
7         But in terms of known genes -- not
8 anticipated, not suspicious, not could be proven
9 in the future -- in terms of known genes that
10 are -- have been established to increase the risk
11 of ovarian cancer, Ms. Converse's testing was
12 negative. True?
13         MS. CURRY: Object to the form.
14         THE WITNESS: That is true. But
15     the genetics counselors that counseled
16     her were still extremely worried about
17     her and her risk of breast cancer, and
18     her daughter's risk, based on her family
19     history and based on the fact that
20     genetic testing was not entirely normal,
21     and that is the reason that they put her
22     in a high risk breast cancer screening
23     clinic.
24 BY MS. O'DELL:

Page 104

1     Q.    Looking at Exhibit 11, the SGO
2 ovarian cancer risk factors, this document does
3 not list or refer to talc, correct?
4     A.    It does not.
5     Q.    In relation to -- if you wouldn't
6 mind, I want to ask you some more questions about
7 your report, but if you'll keep the list of risk
8 factors handy, I want to ask you some -- I want
9 to go back to them at various points.
10         Looking at your discussion of
11 Ms. Converse, regarding her Ashkenazi Jewish
12 heritage on page 5 of your case-specific
13 report -- do you see that, page 5, about midway
14 through the middle paragraph?
15     A.    Yes.
16     Q.    And you write: "Being of Ashkenazi
17 Jewish" -- excuse me, "Being of Ashkenazi
18 heritage also increased Ms. Converse's risk of
19 developing ovarian cancer, regardless of her past
20 genetic testing."
21         And then you go on to cite
22 Crawford, et al., 2017, and state: "Crawford,
23 et al., 2017, reported on women previously found
24 to be negative for mutations in BRCA1 and 2."

Page 105

1         Do you see where I'm reading?
2     A.    Yes, ma'am.
3     Q.    And did I represent that correctly?
4     A.    Yes.
5     Q.    And do you agree, Dr. Saenz, that
6 women who have a personal or family history of
7 breast cancer or ovarian cancer but who do not
8 have a documented BRCA1, 2, or other hereditary
9 breast or ovarian cancers associated gene should
10 be managed based on their family history? Do you
11 agree with that?
12     A.    In certain circumstances, yes.
13     Q.    And do you agree or disagree with
14 the statement that preliminary data have
15 suggested that women from families with a history
16 of breast cancer -- excuse me -- of only breast
17 cancer but not ovarian cancer, in which no BRCA
18 mutation is identified, remained at a
19 significantly increased risk of breast cancer but
20 not ovarian cancer?
21     A.    I'm sorry, I got lost in there.
22         MS. CURRY: Where are you
23     reading from?
24         MS. O'DELL: I'm reading from my

27 (Pages 102 - 105)

Page 106

1    notes, so -- but --
2    BY MS. O'DELL:
3        Q.    So --
4        A.    I'm sorry, because I think we
5    tripped over breast and ovary a couple of times,
6    and so I lost -- I got lost in there.
7        Q.    Okay.  Let me try again.
8            Do you agree or disagree with this
9    statement:  Preliminary data have suggested that
10   women from families with a history of only breast
11   cancer --
12           Are you with me, only breast
13   cancer?
14       A.    Yes, I'm with you.
15       Q.    -- but not ovarian cancer, in which
16   no BRCA mutation is identified, remain at a
17   significantly increased risk of breast cancer but
18   not ovarian cancer?  Do you agree or disagree
19   with that statement?
20       A.    I disagree with that statement.
21       Q.    Why?
22       A.    Because we know that women who have
23   a family history of breast cancer, particularly
24   in a first-degree relative who had their breast

Page 107

1    cancer at less than 50 years old, are at a 3 to 5
2    times -- sorry, 3 to 5 percent risk of developing
3    ovarian cancer.  So it's about 3 to -- a
4    threefold increased risk of developing ovarian
5    cancer just with one first-degree relative, and
6    in particular if that breast cancer occurred at
7    less than 50 years old.
8        Q.    What are you basing that on?  Is
9    there a reference or study that you're relying on
10   in making that statement?
11       A.    Can I go to my general report?
12       Q.    Yeah, sure.
13       A.    Okay.  So in my general report, it
14   would be the Hall 2001 study.  Sorry, that's the
15   primary one.  Sorry, that's if they themselves
16   had cancer before.
17           But there's also NCCN guidelines
18   2024.
19       Q.    And if the NCCN guidelines disagree
20   with statements by ACOG and SGO, it's your view
21   that they would be incorrect?
22       A.    I don't know what you're
23   referencing, and I wouldn't say that.  I mean,
24   it's my view that every organization that we've

Page 108

1    looked at so far has put together their own
2    listing of risk factors, and although there's
3    significant overlap between the two, there are
4    variances within them.
5        Q.    And if -- assume for me that ACOG
6    and SGO have said that women with a history of
7    only breast cancer, BRCA negative, that they are
8    at a significantly increased risk of breast
9    cancer but not ovarian cancer, assume for me that
10   that's correct -- and I'll represent that that is
11   correct that ACOG and SGO have made those
12   statements -- if that's true, you would disagree
13   with ACOG and SGO, and follow the NCCN
14   guidelines.  Is that your testimony?
15           MS. CURRY:  Object to the form.
16           THE WITNESS:  Your assumption is
17       incorrect, though, because I'm actually
18       looking at the SGO risk factors, and it
19       says women who have a strong family
20       history of breast or ovarian.  So SGO
21       has not said not breast.
22   BY MS. O'DELL:
23       Q.    I mean, I'm talking about in terms
24   of a woman who has a family member with breast

Page 109

1    cancer, negative for BRCA testing, that person is
2    at increased risk for breast cancer but not
3    ovarian cancer.  That's the statement that we're
4    discussing.
5        A.    And that statement is incorrect.
6    That's not listed on the SGO risk factors in the
7    way that you're stating that.
8        Q.    Do you disagree that most cases of
9    inherited predisposition to ovarian cancer are
10   caused by pathogenic variance in BRCA1, BRCA2 or
11   other hereditary breast and ovarian cancer
12   associated genes?
13           MS. CURRY:  Object to the form.
14           THE WITNESS:  So I wouldn't say
15       cause for anything.  Again, I don't know
16       what causes cancer in any individual
17       woman because, as we've discussed
18       before, you can have one of those
19       pathogenic variants and never actually
20       get cancer.
21   BY MS. O'DELL:
22       Q.    Okay.  Do you -- and I believe we
23   established this before, so -- we did, we talked
24   about this a minute ago, so I'm not going to

28 (Pages 106 - 109)

Page 110

1 rehash that.
2        Let's me just -- let's focus in on
3 Ashkenazi Jewish heritage. Do you agree that
4 most of the increased risk of ovarian cancer
5 among women who are of Ashkenazi Jewish descent
6 is accounted for by inherited mutations in BRCA1
7 or 2?
8        MS. CURRY: Object to the form.
9        THE WITNESS: I think that's
10 true. I think the majority are, but
11 there's still a certain percentage of
12 women that are Ashkenazi that don't have
13 identified mutations in those genes that
14 still seem to be at an increased risk of
15 developing ovarian cancer, and we
16 don't --
17 BY MS. O'DELL:
18 Q.    And -- I'm sorry.
19 A.    No, it's okay.
20        -- we don't necessarily know why
21 that is. We've just seen that.
22 Q.    But even for women who are
23 Ashkenazi Jewish descent and maybe even BRCA1 and
24 2 positive, they're also susceptible to other

Page 111

1 somatic mutations that can contribute to their
2 development of ovarian cancer. True?
3 A.    We all are. If you have ovaries,
4 you're at risk.
5 Q.    And so they would be susceptible
6 just like anyone else to reproductive risk
7 factors, for example?
8 A.    They would be at risk for those
9 risk factors contributing to their development of
10 the disease, correct.
11 Q.    And they would be susceptible to
12 environmental risk factors for ovarian cancer as
13 well. True?
14        MS. CURRY: Object to the form.
15        THE WITNESS: So I don't
16 necessarily know what you mean by
17 "environmental," and in fact, I'm
18 unaware of any environmental risk
19 factors increasing the risk of ovarian
20 cancer.
21 BY MS. O'DELL:
22 Q.    And how about your understanding,
23 what's your framework when you're thinking about
24 an environmental risk factor?

Page 112

1        MS. CURRY: Object to the form.
2        THE WITNESS: So, in particular,
3 I think about things such as dietary
4 interventions, essentially -- like a
5 lifestyle intervention, if you will.
6        But I'm unaware of any -- at
7 least for the serous histologies, I'm
8 unaware of any environmental factor
9 increasing the risk of developing
10 ovarian cancer. I mean, I would modify
11 my answer a little bit to say that there
12 is some literature that smoking
13 increases the risk of the development of
14 mucinous ovarian cancer, but I think
15 that's the only environmental risk
16 factor for which there's been somewhat
17 consistent literature in increasing the
18 risk of developing a form of ovarian
19 cancer.
20 BY MS. O'DELL:
21 Q.    So I want to turn now to the
22 article you cite, the Crawford article, and mark
23 that as Exhibit 12.
24        (Exhibit No. 12 was marked for

Page 113

1        identification.)
2 BY MS. O'DELL:
3 Q.    It's Crawford 2017.
4        And let me know when you have it.
5 A.    I will.
6 Q.    Okay. Thank you.
7        MS. O'DELL: Is it in there,
8 Paula?
9        MS. BROWN: I don't see it in
10 here, Leigh.
11        MS. O'DELL: I'm sorry?
12        THE WITNESS: She doesn't have
13 it.
14        MS. BROWN: Yeah, I don't have
15 it in here.
16        MS. O'DELL: All right. No
17 problem.
18 BY MS. O'DELL:
19 Q.    Let me just pull that up.
20        I'll share my screen, and I'm also
21 going to put it in the chat so you can have
22 access to it, Dr. Saenz.
23 A.    Thank you.
24 Q.    It should be in the chat now.

29 (Pages 110 - 113)

Page 114

1    THE WITNESS:  Do you have it?
2    MS. CURRY:  I don't see it in
3  the chat.
4    Do you know how to pull that up
5  on here?  I'm not seeing it on -- like a
6  function on her.
7    MS. BROWN:  Yeah, she can't look
8  at you and look at the document, so
9  she's just looking at the document, but
10  she's still with us.
11    MS. O'DELL:  Okay.
12    THE WITNESS:  I'm still here.
13  BY MS. O'DELL:
14    Q.    All right.  Good.  Well, thanks for
15  doing that.
16    So this is the Crawford 2017
17  article you cite in your report.  True?
18    A.    Let me just take a quick look at
19  it.  (Peruses document.)
20    I believe so, yep.
21    Q.    And if you'll look -- and I'll just
22  for ease just point you to the abstract and the
23  methods.  They tested 300 women in this study
24  with a multigene panel.  True?

Page 115

1    A.    Yes.
2    Q.    And part of the criteria for their
3  participation in this study was that they tested
4  negative for BRCA1 and 2, correct?
5    A.    In the past.
6    Q.    Yes.  They've been tested for BRCA1
7  and 2, and it was negative.
8    A.    Correct.
9    Q.    And they also met one of the other
10  following criteria, and so they either -- they
11  met, one, personal history of bilateral breast
12  cancer.  True?
13    A.    Yes.
14    Q.    That was one of the criteria.
15    A.    Mm-hmm.
16    Q.    And Ms. Converse does not have a
17  personal history of breast cancer, correct?
18    A.    Correct.
19    Q.    The second -- and a personal
20  history of breast cancer or a -- and, excuse me,
21  a first- or second-degree relative with ovarian
22  cancer.  That was the second criteria, right?
23    A.    Yes.
24    Q.    And Ms. Converse neither has a

Page 116

1  personal history of breast cancer or a first- or
2  second-degree relative with ovarian cancer.
3  True?
4    A.    Correct.
5    Q.    And she did have ovarian cancer.
6    A.    Correct.
7    Q.    And in addition to BRCA1 and 2
8  testing for Ms. Converse, she also had full
9  sequencing testing of BRCA1 and 2.  True?
10    A.    Yes.
11    Q.    And the patients in the Crawford
12  study did not have full sequencing testing of
13  BRCA1 and 2.  Correct?
14    A.    They -- they tested negative --
15  they had comprehensive sequencing, they could
16  have.  Some of them had limited, but some of them
17  had comprehensive sequencing.
18    Q.    It wasn't a criteria of the study,
19  was it, so that everyone had to have
20  comprehensive testing, correct?
21    A.    The patients in the study had
22  either limited or comprehensive, so both were
23  allowed in.
24    Q.    And in Ms. Converse's case, and --

Page 117

1  she had additional testing beyond BRCA1 and 2 in
2  2014, correct?
3    A.    She had additional testing of 20
4  other genes, and that's when those two VUSes were
5  discovered, correct.
6    Q.    And in that testing where she had,
7  you know, the additional testing in 2014, she
8  had, I think you mentioned, 20 additional genes
9  tested.  True?
10    A.    That's what -- that's what the
11  genetics report said, yes.
12    Q.    And in the genetics report, she
13  had -- no mutations were noted.  True?
14    MS. CURRY:  Object to the form.
15    THE WITNESS:  No, that's not
16    true, because those two VUSes were
17    identified.
18  BY MS. O'DELL:
19    Q.    And did the women in the Crawford
20  study have a multigene panel as a part of the
21  testing process?
22    MS. CURRY:  Object to the form,
23    asked and answered.
24    THE WITNESS:  Yes.

30 (Pages 114 - 117)

Page 118

1  BY MS. O'DELL:
2     Q.    Can you show me where it says that
3  in your paper?
4     A.    That the women in the study had
5  testing?
6     Q.    Yeah -- no, no, no.  A multigene
7  panel -- not just BRCA1 and 2 testing but a
8  multigene panel of all the genes associated with
9  ovarian cancer.
10    A.    That's what this study is.  It's on
11 page 3 of 8, multigene panel validation, and --
12    Q.    Yes.
13    A.    -- they looked at --
14    Q.    I'm asking an inartful question.  I
15 apologize.
16          They did not have the range of
17 testing that covered as many genes as
18 Ms. Converse, did they?
19          MS. CURRY:  Object to the form.
20          THE WITNESS:  I don't actually
21      understand what you're asking me.  What
22      this study looked at was comprehensive
23      screening of other genes.
24 BY MS. O'DELL:

Page 119

1     Q.    Right.  But I guess -- I'm sorry,
2  I'm asking it poorly and I apologize, but she --
3  Ms. Converse had a broader panel of testing than
4  the women in the Crawford study, correct?
5          MS. CURRY:  Object to the form.
6          THE WITNESS:  I don't think
7      that's the case, because that was the
8      point of what these authors were doing.
9  BY MS. O'DELL:
10    Q.    Let me -- I mean, I don't want to
11 belabor it, so let me just -- in -- in your
12 report, you say -- I'm back on page 9 of your
13 Converse case-specific report, Exhibit 9, and it
14 says: "Ashkenazi Jewish women have elevated
15 pathogenic mutation" --
16    A.    I'm sorry, Ms. O'Dell, at page 9?
17    Q.    I'm sorry.  Page 5 of Exhibit 9.
18 That's what I was trying to say, page 5 of
19 Exhibit 9, your case-specific report.
20    A.    Okay.  I am now on page 5.  And you
21 are --
22          MS. CURRY:  Can you repeat what
23      you were reading?
24          MS. O'DELL:  Yeah.

Page 120

1  BY MS. O'DELL:
2     Q.    If you're there.
3     A.    I'm there.
4     Q.    It says: "Ashkenazi Jewish women
5  had elevated pathogenic mutation rates of 12
6  percent over -- 12 percent over other
7  ethnicities."
8          Do you see where I'm reading?
9     A.    Yes.
10    Q.    Do you take that from Crawford as
11 well, that 12 percent?
12    A.    That is from Crawford.
13    Q.    And this 12 percent that you're
14 talking about is for women other than those who
15 test negative for pathogenic mutations, correct?
16    A.    I'm not --
17    Q.    Twelve percent does not refer to
18 women like Ms. Converse who tested negative for
19 a -- not only for BRCA1 and 2 but an expanded
20 panel of pathogenic genes.  Correct?
21          MS. CURRY:  Object to the form.
22          THE WITNESS:  I'm not following
23      you.  I'm sorry.  I'm --
24 BY MS. O'DELL:

Page 121

1     Q.    Okay.  I think -- you know, I guess
2  in terms of --
3     A.    I mean, I can -- okay.  Sorry, go
4  right ahead.  I'm sorry.  I'll wait for your
5  question.  I apologize.
6     Q.    What were you going to say?
7     A.    That the 12 percent comes from
8  Table 5.
9     Q.    Okay.  I'm there.
10    A.    Okay.  So the total of Ashkenazi
11 women, the percent that tested positive for
12 mutation that previously tested negative was 12
13 percent.  Line 2 in the table, Ashkenazi women.
14 So that was --
15    Q.    But she -- I guess this is -- we're
16 getting at it now.  This is the confusion.
17          So you're saying this paper is
18 saying that 12 percent that previously tested for
19 BRCA1 and 2 is negative, had a broader panel, and
20 they then tested positive for a gene on the
21 broader panel.  That's the finding of Crawford,
22 correct?
23    A.    Or a mutation that was previously
24 missed in BRCA1 and 2, that's correct.

31 (Pages 118 - 121)

Page 122

1    Q.    Okay.  That's correct.  And in
2  Ms. Converse's case, she tested negative for
3  BRCA1 and 2.  She -- she then tested a broader
4  gene panel, and she was negative for all the
5  genes on that broader panel, correct?
6        MS. CURRY:  Object to the form.
7        THE WITNESS:  No, that's not
8     correct, because she had mutations in
9     ATM and I think it was TGF beta-2.  And
10    they were VUSes, but they were still
11    mutations.
12 BY MS. O'DELL:
13    Q.    Okay.  She -- okay.  Fair enough.
14 Let's -- but let's -- the VUSes are variants of
15 unknown significance, correct?
16    A.    Or uncertain significance.  Both
17 terminologies are used, correct.
18    Q.    And so for those genes that are of
19 known significance, known to -- and accepted they
20 increase the risk of ovarian cancer, she tested
21 negative.  True?
22    A.    I don't -- I would never phrase it
23 that way, because those genes that she did have
24 mutations in were VUSes, which means they have

Page 123

1  yet to be identified as deleterious, but we don't
2  actually -- you can't say they are not cancer
3  causing.
4     Q.    Let me ask it differently.
5     A.    Okay.
6     Q.    She tested negative to every known
7  gene that is established to increase the risk of
8  ovarian cancer.  True?
9        MS. CURRY:  Object to the form.
10       THE WITNESS:  In the panel that
11    she was tested on at the time in 2014.
12 BY MS. O'DELL:
13    Q.    That's true?
14    A.    I will agree with that, with the
15 addition of what I just said.
16    Q.    Okay.  Let's turn to endometriosis.
17    A.    Should we come out of the chat
18 of this paper?
19    Q.    Yes, please.  Thank you.  You can
20 take that off the screen.
21    A.    Okay.
22    Q.    So it's your opinion that
23 endometriosis is a likely substantial
24 contributing factor to Ms. Converse's clear cell

Page 124

1  cancer.  True?
2     A.    It's my opinion that she had
3  endometriosis, and we know that endometriosis can
4  increase your risk of developing ovarian cancer.
5     Q.    But in your opinion, it's not
6  causal.  It just increased her risk, correct?
7     A.    I do not know what causes ovarian
8  cancer in any one particular woman.
9        I'm sorry, Ms. O'Dell, can I
10 interrupt you for one second?  I apologize.  In
11 my review last evening of this report, I saw that
12 I had somehow glitched a portion of a sentence
13 out, and so it doesn't even make sense as a
14 sentence.  And I want to bring that to your
15 attention because it's incorrect.
16       So at the very top --
17    Q.    Where is it?
18    A.    Page 8, the very top, since we're
19 on the endometriosis section.
20       It says: "Dr. Schwartz," comma,
21 "Ms. Converse's background."  That's not a full
22 sentence.  That's not good English and it doesn't
23 make sense.  That -- I don't know how I cut that
24 out, but what that did and should say, and we can

Page 125

1  supply to you later, is: "Dr. Schwartz,
2  Ms. Converse's gynecologic oncologist, stated in
3  deposition that he believes that Ms. Converse's
4  cancer arose in an endometriosis background."
5        And the reference there from his
6  deposition testimony is correct, but somehow I
7  butchered that sentence.  I apologize.
8        It's not dissimilar from on page 6,
9  where I actually say: "As stated above,
10 Dr. Schwartz, Ms. Converse's gynecologic
11 oncologist, believes that her cancer likely arose
12 in a background of endometriosis."
13       I think I may have moved that
14 sentence at one point to another place, and
15 that's what happened.
16       MS. CURRY:  We can supply a new
17    report with the language put back in
18    there.  I think it was just like a half
19    a sentence that somehow got cut out, but
20    the -- it references still that what
21    she's referring to still is there in
22    footnote 34.
23       THE WITNESS:  It didn't -- I
24    don't think it belonged on page 6.  I

32 (Pages 122 - 125)

Page 126

1  think I accidentally cut and pasted it
2  there and spliced it out. So, sorry.
3  BY MS. O'DELL:
4  Q.   Okay. And you planned to say that
5  Dr. Schwartz, Ms. Converse's GYN oncologist
6  stated that her clear cell ovarian cancer arose
7  in an endometriosis background. That's the
8  addition?
9  A.   Yes, ma'am.
10  Q.   Would you agree with me, Dr. Saenz,
11  that there's no mention of endometriosis in
12  Ms. Converse's medical records?
13  A.   I actually don't think that's true,
14  because Dr. Schwartz's op note discusses that the
15  mass was adherent to some degree, and there was
16  extrusion of green fluid from intraoperative
17  rupture of the mass, and that's consistent with
18  endometriosis, and actually the green fluid most
19  likely is old blood and hemosiderin products
20  that -- from the old blood in an endometrioma.
21  Q.   Let me be more clear.
22  In the pathology report,
23  Ms. Converse's surgical procedure, and the date
24  of the report is September 10th, 2007 --

Page 127

1  A.   The pathology.
2  Q.   Correct.
3  A.   Okay.
4  Q.   The pathology report does not
5  contain a finding of endometriosis. True?
6  A.   They do not specify that, but as
7  Dr. Schwartz said, the initial frozen section was
8  that the cancer was an endometrioid cancer, but
9  the final path was clear cell. And even
10  Dr. Schwartz interpreted that, because they
11  initially looked at it and thought they were
12  looking at an endometrioid cancer, but it
13  ultimately was clear cell. That's why he said
14  that this tumor arose in an endometrioid
15  background. So that the changing --
16  Q.   Let me -- I'm sorry.
17  A.   -- the changing of the histology on
18  the path report from the frozen to the permanent
19  is consistent with endometriosis.
20  Q.   And I just -- and I'm happy to mark
21  this pathology report. It's -- and I will go
22  ahead and mark it just so there's clarity.
23  MS. O'DELL: And I was on
24  Exhibit 13?

Page 128

1  MS. BROWN: Yes.
2  MS. O'DELL: So Exhibit 13,
3  it's -- Paula, it's the key medical
4  records pathology. And if you don't
5  have it, I can pull it up for Dr. Saenz.
6  It's Converse HYCCMR00223
7  through 226.
8  MS. BROWN: The ones I have are
9  not Bates stamped.
10  MS. O'DELL: Okay. It's -- I
11  don't know if you can -- if this helps
12  you, but it looks like that
13  (indicating).
14  I don't know if that helps or
15  not.
16  MS. BROWN: Yes. This looks
17  like it. Is that it?
18  THE WITNESS: It should be
19  September 5th.
20  MS. CURRY: Yeah. Do you want
21  to mark it?
22  MS. BROWN: We got it.
23  (Exhibit No. 13 was marked for
24  identification.)

Page 129

1  MS. O'DELL: Okay, thank you.
2  BY MS. O'DELL:
3  Q.   Exhibit 13. And this is the
4  pathology report from Ms. Converse's surgical
5  procedure after her diagnosis or at the time of
6  her diagnosis, and does this pathology report
7  contain a diagnosis or an identification of
8  endometriosis?
9  A.   It doesn't mention it one way or
10  another, but the frozen section was initially
11  interpreted as --
12  I don't know where you went, Leigh.
13  I lost you. I don't know who I'm looking at.
14  Q.   I'm right here.
15  A.   Oh, okay, you're back.
16  We were looking at something else.
17  I don't know what.
18  MS. CURRY: Yeah, that was
19  weird.
20  THE WITNESS: The frozen
21  section --
22  MS. O'DELL: I've not moved. I
23  represent that for the record. I'm
24  sitting right here, so I don't know what

33 (Pages 126 - 129)

Page 130

1    that was.
2    BY MS. O'DELL:
3    Q.    But just so I understand, the
4    pathology report itself that I have marked as
5    Exhibit 13 does not contain a diagnosis of -- or
6    identification of endometriosis, correct?
7    A.    It does not identify -- it doesn't
8    mention its absence or its presence.
9    Q.    And you talked about this reference
10   to intraoperative leakage of green fluid in the
11   operative report.  You mentioned that a few
12   minutes ago.  And you -- you suggest that that
13   means that there was the presence of
14   endometriosis.
15         Is it also true that it could not
16   be endometriosis?
17   A.    I don't think that's the case.  I
18   don't know what else would be green fluid other
19   than hemosiderin.
20   Q.    Masses can be injured during
21   surgery and the contents of the mass extruded
22   without there being any presence of
23   endometriosis.  True?
24         MS. CURRY:  Object to the form.

Page 131

1         THE WITNESS:  Right, but here
2    there was extrusion of green fluid,
3    which is hemosiderin.
4    BY MS. O'DELL:
5    Q.    Is there any medical record in Dr.
6    -- in the hospitalization of Ms. Converse or even
7    Dr. Schwartz's own records from his clinic, is
8    there any medical record that describes her tumor
9    as arising from endometriosis?
10   A.    There's Dr. Schwartz's testimony.
11   Q.    No, no, please, I'm asking about a
12   medical record.
13   A.    I did not see a medical record.
14   Q.    You marked it --
15         THE WITNESS:  So, Margaret --
16   I'm sorry, Leigh, Margaret keeps coming
17   in and out of our screens.  I don't know
18   why.  I think that's where I'm losing
19   you.
20         MS. O'DELL:  Hey, Margaret, do
21   you mind just either --
22         MS. THOMPSON:  Yeah, sorry.  I
23   will turn off my camera.
24         MS. O'DELL:  Okay.

Page 132

1    BY MS. O'DELL:
2    Q.    If you -- did you look at
3    Dr. Godleski's plaintiffs' experts -- expert
4    pathologist's review of Ms. Converse's pathology
5    materials?
6    A.    I did.
7    Q.    And is it your opinion that
8    Dr. Godleski did not examine the pathology
9    materials for the presence of endometriosis?
10   A.    I do not believe that Dr. Godleski
11   indicated one way or another whether or not
12   endometriosis was present.
13   Q.    Pathologists by sort of methodology
14   only identify things -- they only note, I should
15   say, in their reports things they see on
16   pathology.  True?  I mean, that's the general
17   practice of a pathologist.  Would you agree with
18   me on that?
19         MS. CURRY:  Object to the form.
20         THE WITNESS:  No.
21   BY MS. O'DELL:
22   Q.    So, for example, a pathologist
23   doesn't look at a specimen and say all the things
24   they don't see.  They identify what they do see.

Page 133

1    They're not going to look at in an ovarian cancer
2    case pathology materials from the cervix and note
3    there was no cervical cancer.  True?  They
4    just --
5    A.    I don't agree -- I don't agree with
6    you there, because there are times, even in this
7    pathology report, and I call your attention back
8    to specimen 13, where they're looking at the
9    other biopsies that were taken, and they say
10   negative for carcinoma.
11         So I think it depends upon the
12   charge that they are given what they identify and
13   don't identify.  So even in this pathology report
14   on Ms. Converse from Yale, they say negative for
15   carcinoma.  So I can't agree with you.
16         I don't know why Dr. Godleski did
17   not mention the endometriosis that was there, and
18   Dr. Felix identified it, and so did Dr. Schwartz
19   in his deposition testimony.
20   Q.    Dr. Godleski testified to a
21   reasonable degree of scientific and medical
22   certainty that endometriosis was not present.
23         Are you aware of that?
24   A.    I have not seen that testimony.

34 (Pages 130 - 133)

Page 134

1    Q.    Let's talk about your discussion in
2 relation to the studies and endometriosis. We'll
3 move on from the medical records to the studies
4 themselves.
5          And I'll ask you to turn to page 10
6 of your case-specific report.
7    A.    Okay.
8    Q.    And you list studies that -- you
9 list Terry as showing a statistically significant
10 increased risk with genital talc and clear cell
11 carcinoma on page 10, and you list some other
12 studies as well that you view as not supporting a
13 relationship between clear cell and ovarian
14 cancer in the table. Correct?
15          MS. CURRY: Object to the form.
16          THE WITNESS: So I'm not viewing
17     anything here. I'm simply listing the
18     nine studies that have examined whether
19     or not there is a specific histologic
20     analysis in breaking down cases in
21     particular with respect to clear cell
22     carcinoma and the perineal application
23     of talc.
24 BY MS. O'DELL:

Page 135

1    Q.    And you're aware of other studies,
2 are you not, Dr. Saenz, that address the
3 connection between talc and nonserous ovarian
4 cancers, which would include clear cell
5 carcinoma. True?
6          MS. CURRY: Object to the form.
7          THE WITNESS: That was not the
8     intent of this table. I'm not reporting
9     on all other nonserous histologies. I'm
10     reporting specifically on studies that
11     said they broke out the clear cell
12     histology. So this is not a report on
13     the collective grouping of the other
14     nonserous histologies.
15 BY MS. O'DELL:
16    Q.    So if Schildkraut 2016 and Wu 2009
17 show an increased risk of genital talc use and --
18 in the cases of nonserous cancers, that wasn't
19 something you intended to put in your table?
20    A.    Correct, because it did not break
21 out specifically the clear cell histologies. It
22 looked at the collective grouping.
23          And I only focused here, because
24 this is Ms. Converse's case and she had clear

Page 136

1 cell histology, on the studies that looked
2 specifically at clear cell.
3    Q.    And we agree, I believe, that clear
4 cell carcinoma would be in that category of
5 nonserous ovarian cancers. True?
6    A.    That's -- correct, it is not a
7 serous carcinoma.
8          MS. O'DELL: May we go off the
9     record just for a moment, please?
10          (Recess.)
11 BY MS. O'DELL:
12    Q.    Dr. Saenz, before we leave the
13 issue of endometriosis, there are -- there's a
14 recent study that's been published that reports
15 on the effect of ovarian cancer risk factors with
16 and without endometriosis.
17          Are you familiar with that?
18    A.    Can you tell me who the authors
19 are?
20    Q.    Sure, absolutely.
21          MS. O'DELL: We'll go ahead and
22     mark it as Exhibit 14.
23          (Exhibit No. 14 was marked for
24     identification.)

Page 137

1 BY MS. O'DELL:
2    Q.    It's the Phung study, P-H-U-N-G.
3    A.    Yes, I've seen that study.
4    Q.    So, Dr. Saenz, you have in front of
5 you what's been marked as Exhibit 14, a study by
6 Phung that you cited in your report.
7          Do you recall that?
8    A.    Yes.
9    Q.    And it's entitled "Effects of risk
10 factors for ovarian cancer in women with and
11 without endometriosis." And this is a
12 publication of the Ovarian Cancer coalition --
13 Consortium, the OCAC.
14    A.    Right.
15    Q.    I'm sorry, ma'am, I couldn't hear
16 you very well.
17    A.    Right.
18    Q.    Thank you. And it is the work of a
19 number of authors from, you know, leading
20 institutions, cancer institutions in the United
21 States and around the world. Wouldn't you agree
22 with me?
23          MS. CURRY: Object to the form.
24          THE WITNESS: I mean, it's

35 (Pages 134 - 137)

Page 138

1    various authors from various
2    institutions around the world.
3  BY MS. O'DELL:
4      Q.    Yes.  And, for example, Dr. Britton
5  Trabert is one of the authors of this study.
6          Do you see that?
7      A.    Yes.
8      Q.    And Dr. Trabert has written
9  extensively in the area of ovarian cancer
10 research.  True?
11         MS. CURRY:  Object to the form.
12         THE WITNESS:  Dr. Trabert has
13     published a number of papers on ovarian
14     cancer, that's correct.
15 BY MS. O'DELL:
16     Q.    And if you will look further, you
17 will see Kathryn Terry, who published the study
18 we were referencing a few minutes ago, who pooled
19 analysis in 2013 and has published extensively on
20 ovarian cancer research, correct?
21         MS. CURRY:  Object to the form.
22         THE WITNESS:  Correct.
23 BY MS. O'DELL:
24     Q.    And Dr. Terry is from Harvard

Page 139

1  University, is she not?
2      A.    I don't actually know.
3      Q.    And then there is Dr. Cramer, who
4  you agree has published largely in this area, and
5  really published the first epidemiological study
6  in ovarian cancer and genital talc use.  True?
7      A.    I believe that Dr. Cramer's first
8  article on this was back in 1982.
9      Q.    That's right.  And he's published
10 extensively since then.  You would agree with
11 that?
12     A.    Yes.
13     Q.    Would you agree with that?
14     A.    Yes.
15     Q.    And that's also true of Dr. Holly
16 Harris, Dr. Andrew Berchuck, those are authors
17 that have written extensively and done extensive
18 research on ovarian cancer in a variety of
19 contexts but also on talc use and ovarian cancer.
20 True?
21         MS. CURRY:  Object to the form.
22         THE WITNESS:  I don't actually
23     know all of their CVs.  I am familiar
24     with their names.

Page 140

1  BY MS. O'DELL:
2      Q.    And Dr. Berchuck is at -- the head
3  of GYN oncology at Duke.  You're aware of that?
4      A.    I know he's at Duke.  I don't know
5  what his title is.
6      Q.    And he's the past president of the
7  Society of Gynecologic Oncology.  True?
8      A.    Yes.
9      Q.    And would be a leader in the
10 profession of GYN oncology, correct?
11         MS. CURRY:  Object to the form.
12         THE WITNESS:  I -- I think you
13     would have to tell me what criteria
14     you're making that evaluation.
15 BY MS. O'DELL:
16     Q.    If you'll look at -- at the
17 study -- if you'll turn to page 2 of the exhibit,
18 and the purpose of this study, the objective was
19 to evaluate the associations between the ten
20 well- established ovarian cancer risk factors and
21 the risk of ovarian cancer among women with and
22 without endometriosis.  Correct?
23     A.    Well, they identify ten factors
24 that they wanted to evaluate the risk of ovarian

Page 141

1  cancer in women with and without endometriosis,
2  but I don't agree that those are all ten well-
3  established risk factors.
4      Q.    I understand you don't agree, but
5  they state they're well-established ovarian
6  cancer risk factors, correct?
7      A.    That word is there, but I don't
8  actually think the literature supports that.
9      Q.    I understand you don't agree, but
10 that's what they -- that's what they write.
11     A.    They put that forth.
12     Q.    And they did -- they performed a
13 pooled analysis of nine case-control studies in
14 the Ovarian Cancer Association Consortium,
15 correct?
16     A.    Yes.
17     Q.    And it involved 8,500 women with
18 ovarian cancer, and 13,592 women who were in the
19 control group.  True?
20     A.    So -- so the nine studies included
21 that many women, but then when they got down to
22 actually looking at the data, and some of the
23 different studies were completely missing data,
24 the numbers were not that robust, and they

Page 142

1  described that in their methodology section.
2        So the results are not based on the
3  numbers you just quoted me.  Those numbers
4  reflect the numbers that were enrolled in the
5  studies, but as they examined each of the
6  studies -- in fact, I think -- I think
7  somewhere -- if I'm recollecting correctly,
8  somewhere between three to four of the different
9  studies actually had no data at all on some of
10 those risk factors.  So the numbers of the final
11 calculations are much less robust.
12       Q.    And you said some of the risk
13 factors, but they in fact -- every study had data
14 on at least some portion of the risk factors in
15 women with and without endometriosis.  True?
16       A.    Every study had data on
17 endometriosis, but they didn't on the various
18 risk factors.
19       Q.    I'm not saying every study and data
20 on every risk factor.  But what I am saying is
21 this -- that every -- it wasn't included -- let
22 me strike that and start again.
23       Not all of the nine case-control
24 studies had data on every one of the ten ovarian

Page 143

1  cancer risk factors, but they did have data on
2  some of them.  True?
3        A.    Not all of the -- I'm sorry, can
4  you -- there was a double negative in there, and
5  it threw me.
6        Q.    I didn't intend to put a double
7  negative.  And let me just step back.
8        On page 2 of the exhibit, page 961
9  of the publication --
10       Do you see in the gray box?
11       A.    Yes.
12       Q.    -- they describe the patients, and
13 they say -- they just state there, I'm just
14 reading it:  "We included 8,500 women with
15 ovarian cancer and 13,592 control women."
16       That's what it states, correct?
17       A.    That's the total enrollment from
18 the original studies, but not all of those
19 studies contributed to the data on each of the
20 risk factors because they never collected that
21 data.
22       Q.    On each risk factor.
23       A.    Some of them had no data on some of
24 the risk factors at all.

Page 144

1        Q.    I understand.
2        A.    Okay.
3        Q.    But they had some data on at least
4  some of the risk factors.
5        A.    Correct.
6        Q.    And if you'll look on the
7  right-hand side, Dr. Saenz, in the text of the
8  paper, still on the same page, just above the
9  Materials and Methods section --
10       Are you with me, Materials and
11 Methods?
12       A.    Okay.
13       Q.    And it says:  "Our analysis
14 considers ten well-established ovarian cancer
15 risk factors, including body mass index (BMI);
16 talc, i.e., talc use; family history of ovarian
17 cancer; nonsteroidal anti-inflammatory drug
18 (NSAID) use; breastfeeding; hormonal oral
19 contraceptive use; parody; tubal ligation;
20 menopausal hormone therapy use; estrogen-only and
21 estrogen/progestin therapy; and age at menarche."
22       Did I read that correctly?
23       A.    Yes.
24       Q.    And for talc and the data that they

Page 145

1  gleaned from their talc analysis, they found that
2  for women who used talc and had endometriosis,
3  the odds ratio was 1.38, with a confidence
4  interval of 1.04 to 1.84.  Correct?
5        A.    Where are we now?  Oh, I got it.  I
6  found where we are.
7        Yes, that's correct.
8        Q.    And for women who used talc --
9  genital talc powder and did not have
10 endometriosis, their odds ratio was 1.12 and the
11 confidence interval was 1.01 to 1.25.  Correct?
12       A.    And those are not statistically
13 different.  Those are --
14       Q.    I didn't ask you that, ma'am.  I'm
15 really -- we can get to where you want to go, but
16 let me just get my question first.
17       For women who used genital talc
18 powder and did not have endometriosis, the odds
19 ratio that they report was 1.12 with a confidence
20 interval of 1.01 to 1.25.  Correct?
21       A.    No, that's not correct.
22       Q.    It says 1.12 -- why is that not
23 correct, ma'am?  I mean, I'm not talking about
24 the statistical interaction --

37 (Pages 142 - 145)

Page 146

1    A.    That's without endometriosis.
2    Q.    I'm talking --
3        MS. CURRY:  Don't speak
4    over each other.
5    BY MS. O'DELL:
6    Q.    That's what I said, without
7    endometriosis.  It's 1.12, confidence interval
8    1.01 to 1.25.
9    A.    So for women without endometriosis.
10   Q.    Correct.
11   A.    Okay.
12   Q.    And so both women who -- if a woman
13   uses genital talcum powder, she's at increased
14   risk based on this data for ovarian cancer
15   whether she has endometriosis or does not have
16   endometriosis.  True?
17   A.    The odds ratios for talcum powder
18   increasing the risk of ovarian cancer are
19   positive and statistically significant as
20   reported by these authors regardless of
21   endometriosis status.
22   Q.    If you will turn, please, to
23   page 964.
24   A.    My pages are listed as 1, 2, 3,

Page 147

1    4, 5.
2    Q.    Okay.  If that's the case, then if
3    you will turn over to page 5.
4    A.    Okay.
5    Q.    It's the Discussion section.
6    A.    Yes, ma'am.
7    Q.    Do you see that?
8    A.    Yes.
9    Q.    The Discussion section?
10   A.    Yes.
11   Q.    And it begins by saying:
12   "Endometriosis is a common gynecologic condition
13   and a well- established risk factor for ovarian
14   cancer."
15       Do you see that?
16   A.    Yes.
17   Q.    And if you go to the next
18   paragraph, it says -- first, just in brief,
19   "Endometriosis is considered an inflammatory
20   disease."  Four lines down.
21       Do you see that statement,
22   "Endometriosis is considered an inflammatory
23   disease," reference 23?
24   A.    Yes.

Page 148

1    Q.    Do you agree with that statement?
2    A.    I mean, I see the statement.  Yes.
3    Q.    And then it goes on to say:
4    "Because inflammation plays a role in the
5    development of many cancers, including ovarian
6    cancer, the increased risk observed specifically
7    among women with endometriosis is plausible
8    because overweight women with endometriosis may
9    have higher levels of endometriosis" -- I mean,
10   excuse me, "inflammation" -- "higher levels of
11   inflammation."
12       Do you see where I'm reading?
13   A.    I see where you're reading.
14   Q.    And that's what these authors
15   state, correct?
16   A.    They stated that, but their
17   statistical analysis does not show a difference
18   between women with or without endometriosis.
19   Q.    It goes on to say:  "Both
20   endometriotic foci and adipose tissue produce
21   proinflammatory cytokines, including TNF-alpha,
22   IL-1 and IL-6.  These proinflammatory cytokines
23   have been shown to increase the risk of ovarian
24   cancer as they promote the synthesis of

Page 149

1    prostaglandins, which in turn inhibits cell
2    differentiation and apoptosis and enhances
3    invasion and angiogenesis."
4        Did I read that correctly?
5    A.    You read that correctly, but the
6    articles that they're citing to are review
7    articles and not actually original science with
8    any proof of that.
9    Q.    And -- and you disagree with that
10   statement?
11   A.    I do.  There's no original science
12   that shows that.  Reference 3 is Ness, it's all
13   hypotheses.  Earlier you cited to reference 25,
14   that's the Savant review.  None of these are
15   original science papers actually showing that.
16   They're hypotheses.
17   Q.    And you would agree with me, ma'am,
18   that the Savant paper, the review article, cited
19   over 200 references supporting the statements
20   contained in the review, correct?
21   A.    No, most of the articles that
22   Savant cites to are other review articles, not
23   original science.  So there's not --
24   Q.    That's not really my question, but

Page 150

1  --
2      A.    Ma'am --
3          MS. CURRY:  Were you finished
4  with your answer?
5  BY MS. O'DELL:
6      Q.    Can you please -- I apologize, but
7  go ahead, and I'll follow up.
8      A.    Savant's review article does not
9  cite to the original science that demonstrates
10 any benchtop or animal-based research that
11 actually supports these hypotheses.  It mainly
12 cites to other review articles.  And that's what
13 the authors are doing here.
14     Q.    And you disagree with what the
15 authors state?
16     A.    I do not believe that there is
17 actually any science that has shown this.
18     Q.    Okay.
19     A.    In -- I'm sorry, in ovarian cancer.
20     Q.    And so you believe, I guess it's
21 over 25 authors from respected institutions
22 around the country and the world who published
23 extensively in the area of ovarian cancer, just
24 don't know what they're talking about when they

Page 151

1  make these statements in their manuscript?  Is
2  that really what you're saying?
3          MS. CURRY:  Object to the form,
4  argumentative.
5          THE WITNESS:  No, what I'm --
6      what I'm saying is they are proposing
7      hypotheses, and they even use words in
8      their Discussion sections such as
9      "plausible."  They don't actually --
10     it's a Discussion section.  It's not
11     actually science showing this.  And
12     they're putting forth some of the
13     science that has been found, such as
14     there can be proinflammatory cytokines,
15     like TNF-alpha, IL-1 and Il-6.  But how
16     those actually then go on to lead to
17     malignant transformation, they don't
18     cite to anything that shows that.
19 BY MS. O'DELL:
20     Q.    All right.  When they say:
21 "Because inflammation plays a role in the
22 development of many cancers, including ovarian
23 cancer," they don't include the word "plausible,"
24 do they?

Page 152

1      A.    They used the word "plausible"
2  earlier, and what they cite to is Ness, which is
3  not --
4      Q.    Please.  I'm just asking -- when
5  they -- they're not saying that's plausible.
6  They say "because."  "Because inflammation plays
7  a role in the development of many cancers,
8  including ovarian cancer," that's what their --
9  their words -- those are the words they included
10 in their paper.  True?
11     A.    That's what they said, but they
12 also say they've been shown to increase the risk
13 of ovarian cancer, but they don't actually show
14 the mechanism.
15     Q.    Well, and in their data in this
16 study, there's an increased risk of ovarian
17 cancer for genital talc use with and without
18 endometriosis.  True?
19     A.    They report a positive odds ratio,
20 yes.
21     Q.    And they report that not only for
22 genital talc as a risk factor, but they report it
23 for other risk factors as well.  True?
24     A.    Actually, the authors say that

Page 153

1  there's no statistically significant findings in
2  their analysis.  They actually say that in their
3  Discussion section.
4      Q.    I think you're talking about the
5  interaction.
6      A.    Correct.
7      Q.    And I wasn't talking about that.  I
8  was talking about other risk factors.
9      A.    Oh, I'm sorry.  Can you direct me
10 to where you are?
11     Q.    Let's don't get sidetracked.  Let's
12 -- so going back to where we were on this page,
13 they go on to say:  "This would also be in line
14 with our observation of a higher risk associated
15 with genital talc use for women with
16 endometriosis since inflammation has been
17 proposed as a possible biologic mechanism for
18 talc's association with ovarian cancer."
19         That's what the authors state,
20 correct?
21     A.    They have, but they also say that
22 there's no difference between the endometriosis
23 group and the non-endometriosis group.
24     Q.    You can put that away.

39 (Pages 150 - 153)

Page 154

1      Let's go back to Ms. Converse. On
2  page 13 of your case-specific report, you talk
3  about hormone replacement therapy.
4      Let's just set the table, page 12
5  of your -- page 13, excuse me, of your --
6      A.   I don't have a 13.
7      MS. CURRY: Of your general
8  report.
9      THE WITNESS: Oh, of my general
10  report.
11  BY MS. O'DELL:
12      Q.   No, no, no. Forgive me -- let
13  me give you the right page. Sorry, I think I was
14  looking at -- I gave you the page on my outline.
15  I don't know if that is encouraging or not, but
16  that's what I did.
17      Let's set the table with
18  Ms. Converse to make sure we have the facts.
19  Ms. Converse used hormone replacement therapy,
20  estrogen plus progesterone, from 1997 to 2007,
21  for ten years.
22      A.   Correct.
23      Q.   And it's your view that when
24  Dr. Clarke-Pearson stated that combination

Page 155

1  hormone therapy, progesterone plus estrogen, does
2  not increase the risk of ovarian cancer, that he
3  was incorrect?
4      A.   That's correct.
5      Q.   And you go on to state that:
6  "Ms. Converse's use of HRT, combination estrogen
7  plus progesterone therapy, for greater than ten
8  years, the risk of developing ovarian cancer was
9  increased by 20 to 40 percent."
10      You state that on page 6 of your
11  Converse case-specific report.
12      A.   Yep.
13      Q.   And is it your opinion that her
14  increased -- her use of combination HRT increased
15  her risk by 20 to 40 percent?
16      A.   Yes.
17      Q.   And what's the basis for that
18  statement?
19      A.   The various studies that have shown
20  an increased risk of developing ovarian cancer
21  with increasing years of use of HRT.
22      Q.   So do you have a specific citation
23  other than just various -- do you have a specific
24  citation?

Page 156

1      A.   Yes. They're footnoted in the
2  report right there, 21 through 24.
3      Q.   So Urban --
4      A.   Urban.
5      Q.   -- Ovarian Cancer Research Alliance
6  risk factors --
7      A.   Yeah.
8      Q.   -- the Collaborative Group, and
9  American Cancer Society, those are the things
10  that you're relying on?
11      A.   Correct.
12      Q.   I would like you to turn back to
13  what we marked as Exhibit 11, the Society of
14  Gynecologic Oncology's ovarian cancer risk
15  factors.
16      Do you have that?
17      A.   Yes, ma'am.
18      Q.   And if you will go two-thirds down
19  the page, the -- they say: Women who are on
20  estrogen replacement therapy only, without
21  progesterone, for more than five years, they list
22  that as a risk factor. Women who are on estrogen
23  replacement with progesterone are at a lower
24  risk, meaning a lower risk of ovarian cancer.

Page 157

1  That's what they state, correct?
2      A.   No.
3      MS. CURRY: Object to the form.
4      THE WITNESS: That's -- they're
5  saying women that are on combination
6  therapy are at a lower risk than women
7  that are on the risk of estrogen alone,
8  but they're not at a lower risk of
9  developing ovarian cancer.
10  BY MS. O'DELL:
11      Q.   That's your -- that's your
12  understanding?
13      A.   Well, yes, because -- in fact, on
14  page 2 of the same document is where they list
15  things that reduce your risks, and they don't say
16  estrogen alone therapy reduces your risk there.
17  These are risk factors that --
18      Q.   I'm on Exhibit 11 for SGO.
19      A.   So am I.
20      Q.   Okay.
21      A.   If you flip over, some things
22  reduce a woman's risk of developing ovarian
23  cancer. Taking birth control pills reduces a
24  woman's risk, et cetera, et cetera. They do not

40 (Pages 154 - 157)

Page 158

1 say that taking estrogen alone reduces your risk.
2 Estrogen alone --
3    Q.    Well, ma'am, why would they say it
4 there if they've already said women who are on
5 estrogen replacement therapy with progesterone
6 are at a lower risk? They've already said it in
7 this very short document.
8    A.    That's not --
9        MS. CURRY: Object to the form.
10        THE WITNESS: That's not risk
11    reducing overall. They're at a lower
12    risk than women that are on
13    estrogen-only therapy, but they're not
14    at a reduced risk over the background
15    population risk.
16 BY MS. O'DELL:
17    Q.    Let me ask you to look at ACOG's
18 list of risk factors for ovarian cancer. Exhibit
19 10.
20    A.    I have it.
21    Q.    And they don't include hormone
22 replacement therapy as a risk factor for ovarian
23 cancer. True?
24    A.    They don't list it at all, that's

Page 159

1 correct.
2    Q.    And there are published studies
3 that establish that estrogen plus progesterone
4 hormone therapy does in fact reduce the risk of
5 ovarian cancer, correct?
6        MS. CURRY: Object to the form.
7        THE WITNESS: That is not the
8    current thinking in the management of
9    patients with ovarian cancer. Hormone
10    replacement therapy is thought, whether
11    in combination with estrogen and
12    progesterone or estrogen alone, to
13    increase your risk.
14        MS. O'DELL: Let me mark as
15    exhibit -- are we on 16 or 15?
16        MS. CURRY: 15.
17        MS. O'DELL: Okay. Thank you.
18        Exhibit 15, the CDC ovarian
19 cancer risk factors.
20        MS. O'DELL: Do you have
21    those -- do you have that, Paula?
22        MS. BROWN: Sorry, what was
23    that?
24        MS. O'DELL: CDC ovarian cancer

Page 160

1 risk factors.
2        (Exhibit No. 15 was marked for
3        identification.)
4 BY MS. O'DELL:
5    Q.    Do you have it in front of you,
6 ma'am?
7    A.    Yes. Thank you.
8    Q.    Thank you. So, Dr. Saenz, what has
9 been marked as Exhibit 15 is a document published
10 by the CDC, "Ovarian Cancer Risk Factors,"
11 correct?
12    A.    Yes.
13    Q.    And the CDC does not list hormone
14 replacement therapy use as a risk factor -- let
15 me strike that.
16        If you'll go down to the bottom of
17 the page, it says: "Some studies suggest that
18 women who take estrogen by itself without
19 progesterone for ten or more years may have an
20 increased risk of ovarian cancer."
21        They do not include there estrogen
22 plus progesterone, correct?
23    A.    They do not, but other places do.
24 And they also do list an Ashkenazi Jewish

Page 161

1 background.
2    Q.    If you will look -- I want to turn
3 your attention to what I'm going to mark as
4 Exhibit 16, Dr. Saenz.
5        MS. O'DELL: It's a paper by --
6    the first author is Alice Lee. And it
7    should be marked as Lee, L-E-E, and
8    it's -- if you have it there, Paula, I
9    just want to make sure. If not, I can
10    put it up.
11        MS. BROWN: I have it.
12        MS. O'DELL: Okay.
13        (Exhibit No. 16 was marked for
14        identification.)
15 BY MS. O'DELL:
16    Q.    All right, ma'am, do you have it?
17    A.    I do.
18    Q.    Okay. And this is a 2020 study
19 entitled "Estrogen Plus Progestin Therapy --
20 Hormone Therapy and Ovarian Cancer: A
21 Complicated Relationship Explored" published in
22 May of 2020 in the Journal of Epidemiology. Is
23 that correct?
24    A.    Yes.

41 (Pages 158 - 161)

Page 162

1    Q.    And this is also a publication of
2 the Ovarian Cancer Association Consortium.  True?
3    A.    Correct.
4    Q.    And it evaluates -- if you'll turn
5 over to what is my page 3 of the publication, it
6 evaluates primary data from five population based
7 case-control studies in the Ovarian Cancer
8 Association Consortium, including 1,509
9 postmenopausal ovarian cancer cases and 2,295
10 postmenopausal controls.  Correct?
11    A.    Correct.
12    Q.    And they looked at ever
13 postmenopausal use of continuous
14 estrogen-progestin combined therapy was not
15 associated with the increased risk of ovarian
16 cancer overall.
17        Do you see that?
18    A.    I do.
19    Q.    And they conclude that:  "Given
20 that estrogen alone therapy has been shown to be
21 associated with increased risk of ovarian cancer,
22 these findings are consistent with the hypothesis
23 that adding progesterone each day ameliorates the
24 carcinogenic effects of estrogen on cells of

Page 163

1 origin for all histotypes of ovarian cancer."
2        Did I read that correctly?
3    A.    That was their conclusion.  But
4 you -- I mean, you do -- the numbers you were
5 just showing me -- obviously, I have not read
6 this whole paper.  The finding was actually it
7 didn't achieve statistical significance in the
8 combination therapy because the confidence
9 interval overlapped 1.  And there are other
10 papers that show that the risk is increased with
11 both combination and estrogen alone HRT.
12    Q.    Clearly, this study and these
13 authors, the data states that estrogen plus
14 progestin combined therapy was not associated
15 with increased risk of ovarian cancer overall.
16 That was their conclusion.
17    A.    That's not a statistically
18 significant finding, though.
19    Q.    Let me turn back to your Converse
20 report and ask, did you consider any factors that
21 increased -- excuse me.  Strike that.
22        Did you consider any factors that
23 decreased Ms. Converse's risk of ovarian cancer?
24    A.    I believe --

Page 164

1    Q.    And if so, which ones?
2    A.    So she -- she breastfed one of her
3 children for 13 months, so that should have led
4 to a decreased risk of developing ovarian cancer.
5        She had used oral contraceptives
6 for more than ten years, so that should have
7 decreased her risk of developing ovarian cancer.
8 And she had her first child at age 25.
9    Q.    And she had two children, correct?
10    A.    I believe so.
11    Q.    And that would -- having two
12 children would also decrease her risk of ovarian
13 cancer.  True?
14    A.    That's correct.
15    Q.    And what weight did you give for
16 protective factors in reaching your opinions?
17        MS. CURRY:  Object to the form.
18        THE WITNESS:  So you can't take
19    data on risks of either increased or
20    decreased and do an attributable risk
21    analysis for any one individual person.
22        At the end of the day, she got
23    ovarian cancer, and I think hers is a
24    case that illustrates that even if you

Page 165

1    have protective -- quote/unquote,
2    protective factors, things that I term
3    as factors that reduce your risk, you
4    can still get ovarian cancer.
5 BY MS. O'DELL:
6    Q.    What is your methodology for -- or
7 let me strike that and reask it.
8        Do you balance -- do you consider
9 risk factors in conjunction with protective
10 factors to evaluate an individual's overall risk
11 of developing ovarian cancer?
12        MS. CURRY:  Object to the form.
13        THE WITNESS:  In a patient
14    that's already developed the disease or
15    in just a random woman?
16 BY MS. O'DELL:
17    Q.    Let's start out with in general.
18    A.    In general, I mean, we know that
19 there are risk factors that reduce your risk of
20 developing cancer, and so in terms of women, I
21 guess, you know, counseling them whether or not
22 they should use birth control pills to reduce
23 their risk of developing ovarian cancer, I
24 certainly advise women to do that that are

42 (Pages 162 - 165)

Page 166

1  premenopausal, and I advise women that are high
2  risk to do that.
3       But you -- I think I would advise
4  anybody, and if they were saying, What can I do
5  to reduce my risk? I would advise them of the
6  things that we know can reduce their risk. But I
7  can't quantify those things for an individual
8  patient.
9     Q.    Okay.
10        MS. O'DELL:  We've been going
11    probably about 45 more minutes since
12    last break.  I would like to go off the
13    record.
14        THE REPORTER:  We're off the
15    record.
16        (Lunch recess.)
17  BY MS. O'DELL:
18    Q.    Dr. Saenz, let me ask you to turn
19  back to your general report, Exhibit 2.  And I
20  want to ask you some questions about your general
21  opinions.
22        And as I launch into that, I want
23  to ask you specifically about the book paper that
24  you cite.  If you'll turn to page 15 of your

Page 167

1  general report, you cite, footnote 71, Burke,
2  "Executive Summary of Ovarian Cancer Evidence
3  Review Conference" with appendices.
4       Do you see that?
5     A.    Yes, ma'am.
6     Q.    And I want to understand the
7  emphasis you're placing on Burke.
8       First, you say in your report:  "As
9  recently as May 2023, at ACOG's annual clinical
10  and scientific meeting, the executive summary of
11  the ovarian cancer evidence review conference was
12  presented, and the authors concluded that,"
13  quote, "the studies regarding the use of talcum
14  powder and the risk of ovarian cancer are
15  heterogeneous."
16        Did I read that correctly?
17    A.    Yes.
18    Q.    And what is your understanding of
19  what they're saying about heterogeneity in that
20  state?
21    A.    That because of the heterogeneity
22  of the scientific articles that have been
23  published to date, there is no clear evidence
24  that the perineal application of talc increases

Page 168

1  the risk of ovarian cancer development.
2     Q.    They don't say in there --
3        MS. O'DELL:  And I will mark it
4    for the record, and I believe we're on
5    Exhibit -- is it 16 or 17?
6        MS. CURRY:  It's 17.
7        MS. O'DELL:  Okay.  Thank you.
8    -- the Burke paper.
9        (Exhibit No. 17 was marked for
10    identification.)
11        MS. O'DELL:  And they -- I would
12    also mark at the same time the
13    appendix -- appendices as Exhibit 18 of
14    the Burke paper.
15        (Exhibit No. 18 was marked for
16    identification.)
17        THE WITNESS:  I have it.
18  BY MS. O'DELL:
19    Q.    Okay.  Great.
20        And Exhibit 17 is the Burke paper
21  you mention, right, at footnote 71, just for the
22  record.
23    A.    Yes.
24    Q.    And I'll ask you to turn to

Page 169

1  page 183.
2     A.    Okay.
3     Q.    The left-hand column, and in the
4  upper -- the first paragraph -- do you see that?
5     A.    Yes.
6     Q.    And this is in a section entitled
7  "Lifestyle," and the last sentence states:  "Our
8  review found heterogeneity in the studies on the
9  use of talcum powder and ovarian cancer risk,
10  Appendices 3," and it gives a link, "provides a
11  complete evidence summary."
12        That is the complete statement in
13  this document regarding talcum powder, correct?
14    A.    Well, along with --
15        MS. CURRY:  Object -- sorry.
16        THE WITNESS:  Along with the
17    appendix they refer you to.
18  BY MS. O'DELL:
19    Q.    I understand, but there's no other
20  reference, discussion, explanation regarding talc
21  in this document besides that one sentence.
22  True?
23    A.    In 17, no, but 18 is part of 17,
24  because --

43 (Pages 166 - 169)

Page 170

1    Q.    Yes.
2    A.    Yeah.
3    Q.    I understand.
4        So let's turn to 18.  And I'll ask
5  you if you'll turn to page 27 of 71 in
6  Exhibit 18.
7    A.    I'm there.
8    Q.    Are you there?
9    A.    Yes.
10    Q.    Okay.  Thank you.
11        And this is the entirety of the
12  discussion on talcum powder, correct?
13    A.    Correct.
14    Q.    And they list certain studies
15  under -- in this section.  And if you'll notice,
16  the first reference is 18, and it -- in the third
17  paragraph, it cites to 21.  So, really, it's 18
18  through 21 of the references are those that refer
19  to genital talc and ovarian cancer.
20        Do you see what I'm saying here?
21        MS. CURRY:  Object to the form.
22        THE WITNESS:  Actually, it's 17
23    through 21, because in the next
24    paragraph they reference the NCCN

Page 171

1    guidelines, and that's 17.
2  BY MS. O'DELL:
3    Q.    Okay.  In terms of the scientific
4  studies, if you'll turn to the references on
5  page 40 of 71, you'll see -- and tell me when
6  you're there.
7    A.    I'm there.
8    Q.    So 40 of 71 lists reference 17
9  through 21, and 17 is the NCCN guidelines that
10  you referred to, and 18 through 21 are the talc
11  ovarian cancer studies that they reference in
12  this appendices, correct?
13    A.    Yes.
14    Q.    Huncharek, Berge, Taher, and
15  Penninkilampi.
16    A.    Yes.
17    Q.    And those are only four
18  of essentially more than 40 studies that are
19  referenced in this summary.  True?
20    A.    Those are the four they reference,
21  but some of those studies that they referenced
22  are meta-analyses, and so they do include data
23  from those other studies that you are saying are
24  the 40 studies.

Page 172

1    Q.    Right.  But they don't include some
2  of the meta-analyses.  True?
3    A.    Some of these -- oh, you mean some
4  of the other meta-analyses that have been
5  published?
6    Q.    Correct.
7    A.    No, they don't.
8    Q.    That's right.  And they don't
9  include the other pooled studies that have been
10  published, correct?
11    A.    That's correct.
12    Q.    And -- and so they cite these four,
13  but there's obviously a whole body of literature
14  that is not referenced in this short summary.
15  True?
16        MS. CURRY:  Object to the form.
17        THE WITNESS:  That's correct.
18  BY MS. O'DELL:
19    Q.    And they go through the studies,
20  and at the fourth paragraph, last paragraph, they
21  conclude:  "The studies regarding the use of
22  talcum powder and the risk of ovarian cancer are
23  heterogeneous."
24        That's the same statements included

Page 173

1  in the publication, correct?
2    A.    Yes.
3    Q.    There's no statement from ACOG
4  regarding cause, whether talc is causal or
5  noncausal, correct?  They never use the word
6  "cause."
7    A.    They do not use the word "cause,"
8  but they say that talc has not been conclusively
9  associated with the development of ovarian
10  cancer.
11    Q.    Well, actually what they say,
12  ma'am, is on the basis of seven studies, the NCCN
13  guidelines state that environmental factors have
14  not been conclusively associated with the
15  development of ovarian cancer.  They are quoting
16  and referencing the NCCN guidelines there,
17  correct?
18    A.    Correct.
19    Q.    It's not a statement of what ACOG
20  is concluding.
21        MS. CURRY:  Object to the form.
22        THE WITNESS:  I disagree with
23    that.  They're putting that statement in
24    there, and this is an ACOG document.  So

44 (Pages 170 - 173)

Page 174

1    I disagree with that. I think that they
2    are allowed to quote from another
3    document and then put it in their
4    document. They're agreeing with that
5    statement.
6  BY MS. O'DELL:
7    Q.    I'm not saying they're not allowed
8  to quote. That's not my point.
9          And the NCCN guidelines talk about
10  environmental factors, correct?
11    A.    And whether or not they increase
12  the risk of developing ovarian cancer, correct.
13    Q.    That's not what they say actually,
14  is it, Dr. Saenz?
15          Because what they state is not
16  increased risk. What they state is that:
17  "Environmental factors have not been conclusively
18  associated with the development of ovarian
19  cancer." That's the statement that's quoted,
20  correct?
21    A.    That's the statement, but that's
22  whether or not they increase risk. The
23  development of ovarian cancer is whether or not
24  it increases the risk of development.

Page 175

1    Q.    In your mind, and based on --
2  increased risk is the same thing as something
3  being conclusively associated with the
4  development of a disease. Is that your
5  testimony?
6    A.    The statement here says that:
7  "Environmental factors have not been conclusively
8  associated with the development of ovarian
9  cancer."
10          So there is no data that
11  environmental factors alter the risk of the
12  development of ovarian cancer.
13    Q.    It doesn't say there's no data in
14  the statement, does there, ma'am?
15    A.    That's what it does in terms of the
16  analysis. It says that there is -- these factors
17  have not been conclusively associated with the
18  development.
19    Q.    And that is not the equivalent of
20  no data.
21    A.    No, it's the summary of the data.
22    Q.    I know, ma'am. I know.
23          Huncharek, the study cited by this
24  summary, reports a 33 percent statistically

Page 176

1  significant increased risk of ovarian cancer with
2  genital talc. True?
3    A.    That's what they reported. But
4  they --
5    Q.    And if you -- just -- just if you
6  could bear with me -- Berge, in the second
7  paragraph, reports a 22 percent increased risk as
8  statistically significant.
9          MS. CURRY: Object to the form.
10  BY MS. O'DELL:
11    Q.    Do you see that?
12    A.    That's what the study reported
13  based --
14    Q.    And so --
15          Sorry.
16    A.    No, go ahead.
17    Q.    And so this document includes data
18  that shows an increased risk of ovarian cancer
19  with genital talc use, correct?
20          MS. CURRY: Object to the form.
21          THE WITNESS: And it also
22      includes data that shows that there's
23      not an increased risk. That's what they
24      mean by the data are heterogeneous, the

Page 177

1      studies are heterogeneous.
2  BY MS. O'DELL:
3    Q.    Is there any study that they've
4  cited and they've included the data that doesn't
5  show a statistically significant increased risk?
6    A.    So when they are pointing out in
7  the Berge analysis, they say -- and for the
8  cohort studies, the HR is 1.02 with the
9  confidence intervals of 0.85 to 1.2. That's --
10    Q.    All right.
11    A.    That's a finding that does not show
12  an increased risk. That's what they mean by the
13  studies are heterogeneous.
14    Q.    And you think that it is the
15  comparison of the cohort and the -- the cohort
16  data to the other studies is what they're
17  referring to when they say heterogeneous?
18          MS. CURRY: Object to the form.
19          THE WITNESS: That's part of it.
20  BY MS. O'DELL:
21    Q.    What else are they referring to?
22    A.    The studies that they analyzed, and
23  here we're referring to the statement from the
24  NCCN that looked at seven studies, and they say

45 (Pages 174 - 177)

Page 178

1  the studies regarding the use of talcum powder
2  and the risk of ovarian cancer are heterogeneous.
3  That means that they are --
4      Q.    Let me just ask --
5      A.    That means that they're not
6  consistent.
7      Q.    In the NCCN guidelines --
8          MS. O'DELL:  And I'm going to
9  mark those as Exhibit 19.
10          (Exhibit No. 19 was marked for
11          identification.)
12  BY MS. O'DELL:
13      Q.    And if you will turn, Dr. Saenz, to
14  MS-3.
15      A.    Yes, I'm there.
16      Q.    And the extent of the NCCN
17  guidelines version February 2024 for ovarian
18  cancer, they extended their comment that would be
19  relevant to talc is:  "Environmental factors have
20  been investigated, such as talc, but so far they
21  have not been conclusively associated with the
22  development of this neoplasm."
23          Did I read that correctly?
24      A.    Yes.

Page 179

1      Q.    And they cite 56 through 63, I
2  believe it is.
3          MS. CURRY:  66.  56 through 66
4  is what they cite.
5          MS. O'DELL:  Thank you.
6  BY MS. O'DELL:
7      Q.    And if you look at 56 is -- is
8  Taher.  Do you see that?
9      A.    Yes.
10      Q.    And you are aware that Taher showed
11  an increase risk of ovarian cancer with talc use,
12  correct?
13      A.    I believe that they did, yes.
14      Q.    And you're aware also that in 58
15  that Penninkilampi reported a statistically
16  significant increased risk with the use of
17  genital talc, correct?
18          MS. CURRY:  Object to the form.
19          THE WITNESS:  For the
20          case-control studies but not the cohort.
21  BY MS. O'DELL:
22      Q.    The overall data point is
23  statistically significant, correct?
24      A.    Correct.

Page 180

1      Q.    And for Berge, for all studies,
2  it's a statistically significant increased risk,
3  correct?
4      A.    But the Berge study actually showed
5  that the weight of that statistically significant
6  finding was from the case-control studies
7  because, as we just pointed out, when they pulled
8  out the cohort studies, that finding was not
9  significant.
10      Q.    Oh, they say that they, and
11  assuming environmental factors means talc in this
12  context, have not been conclusively associated
13  with the development of neoplasm -- of this
14  neoplasm.
15          And you agree with that statement?
16      A.    Yes.
17      Q.    And what would it take, Dr. Saenz,
18  for an association with genital use of talc to,
19  quote, conclusively be associated with ovarian
20  cancer?
21      A.    It would require that the
22  literature be consistent to not have positive and
23  negative findings within the various studies.  It
24  would take a consistent strength of association.

Page 181

1  It would take evidence of a biologic gradient.
2  And it would take evidence of biologic
3  plausibility for the mechanism of migration as
4  well as the mechanism of mutagenesis.
5      Q.    Do you view conclusively as being a
6  hundred percent certain?
7          MS. CURRY:  Object to the form.
8          THE WITNESS:  No.
9  BY MS. O'DELL:
10      Q.    How much less than a hundred
11  percent do you have to be for it to be
12  conclusive?
13          MS. CURRY:  Object to the form.
14          THE WITNESS:  I can't quantify
15          that for you because it is a subjective
16          evaluation of the totality of the data.
17  BY MS. O'DELL:
18      Q.    Is it necessary for cause to be
19  established that it be done -- that it be
20  accomplished conclusively?
21          MS. CURRY:  Object to the form.
22          THE WITNESS:  I think that for
23          cause to be established, there has to
24          be, as I said, consistency in the data,

46 (Pages 178 - 181)

Page 182

1  and more than just a hypothesis.  There
2  has to be some level of either in vivo
3  or in vitro studies that can explain the
4  mechanism of malignant transformation as
5  is put forth and hypothesized about, as
6  well as consistency in the epidemiologic
7  data and in the migration data in terms
8  of the actual ability of talc to move
9  from a perineal application to something
10  that is now inciting an inflammatory
11  response in the ovaries.  I don't think
12  we have any data for that.
13  BY MS. O'DELL:
14      Q.    You and I have talked about that at
15  length.  We'll leave that for another day just to
16  conserve time.
17          Would it be fair to say that
18  neither Burke nor the NCCN guidelines cite to the
19  in vitro data regarding talc?
20      A.    They do not cite to that, that is
21  correct.
22      Q.    And neither Burke nor the NCCN
23  guidelines cite to the International Agency for
24  Research on Cancer 2012 monograph regarding

Page 183

1  asbestos, correct?
2      A.    In this section -- well, in this
3  section that we're looking at, they do not cite
4  to that, that is correct.  I'm not looking at the
5  entire document, so I don't know if that's
6  anywhere else.
7      Q.    I'm talking about only their
8  ovarian cancer talcum powder discussion.
9      A.    Correct, in this section of the
10  paper, they do not cite to that.
11      Q.    And they do not cite to the O'Brien
12  2020 publication, correct?
13      A.    That's correct.
14      Q.    They do not cite to the O'Brien
15  2024 publication, correct?
16      A.    Well, Burke was published before
17  that anyway, so they're not going to cite to
18  that.  And I think the NCCN guidelines came out
19  before O'Brien was published as well.
20      Q.    And they do not cite to the Woolen
21  2022 meta-analysis.  True?
22      A.    That's correct.
23      Q.    I would like to ask you to turn
24  your attention to Exhibit No. 20.

Page 184

1          MS. CURRY:  What is Exhibit 20?
2          MS. O'DELL:  I was just about
3  to announce it.  Sorry.  I had a little
4  pause there.
5          It's entitled "Epithelial
6  Ovarian Cancer."  It's by Arora.
7          (Exhibit No. 20 was marked for
8          identification.)
9  BY MS. O'DELL:
10      Q.    Let me know when you have it,
11  please.
12      A.    Okay, I have it.
13      Q.    And I'll represent to you,
14  Dr. Saenz, that this is a book chapter that was
15  obtained from the NCBI Bookshelf from the series
16  of National Library of Medicine, National
17  Institutes of Health, published in -- it was last
18  updated May 6, 2024.
19          Do you see that?
20      A.    Oh, yes.  Okay.
21      Q.    And this is an article that was
22  published by -- or written by four authors,
23  including Elsa Vadakekut.
24          Do you see that?

Page 185

1      A.    Yes.
2      Q.    And she's from the American College
3  of Osteopathic Obstetricians and Gynecologists.
4  Do you see that?
5      A.    No.  Where am I supposed to see
6  that?
7      Q.    Number 3.
8      A.    I see her name, but I don't know
9  what her training is.
10      Q.    It's actually just right below, her
11  affiliation --
12      A.    It's not there.  Yeah, it's not
13  there.
14      Q.    Okay.
15      A.    And it's really blurry -- okay.
16  No.
17      Q.    I'm sorry if it's blurry.  I'll
18  just try to -- it's not a big point.
19      A.    Okay.
20      Q.    Let me ask you to turn to page 2.
21  And I want to make sure you have what I'm looking
22  at, and that is there's a section entitled
23  "Etiology.  Ovarian Cancer Risk Factors."
24      A.    Yes.

47 (Pages 182 - 185)

Page 186

1    Q.    And it lists "perineal talc use,"
2    correct?
3    A.    Yes, it does.
4    Q.    Thank you, ma'am.  I want to put
5    that aside.
6         I want to turn to your report --
7    A.    I'm sorry, which -- so -- may I
8    ask?  So was the point of this just for me to
9    read into the record that this one paper cites
10   perineal talc use without any data or evidence or
11   opportunity to analyze this?
12   Q.    I guess, Dr. Saenz, the point is
13   I've got seven hours to get through this, and I'm
14   just doing it as quickly and as efficiently as I
15   can, and so --
16   A.    Right, but I -- I appreciate that,
17   but I don't understand the relevance of this
18   exhibit.
19   Q.    I understand.  I understand.
20   Sometimes our difference in point of views will
21   make it difficult for us to agree on the
22   relevance of something.  I understand.
23        Let me ask you to go back to your
24   report on page 13, please.  And actually page 16.

Page 187

1    A.    Okay, I'm there.
2    Q.    Thank you.
3         In your Talc and the Risk of
4    Ovarian Cancer - Overview section, you added in
5    your new report a reference to eating processed
6    meat and chronic physical inactivity or watching
7    TV for greater than five hours a day, and you
8    added references footnotes 73 through 75.
9         Do you see that?
10   A.    Yes.
11   Q.    And the question I have is,
12   Dr. Saenz, would you agree with me that in regard
13   to eating processed meat, that there are not more
14   than 40 studies that examined that issue
15   regarding ovarian cancer?
16        MS. CURRY:  Object to the form.
17        THE WITNESS:  I -- I don't know
18   how many studies there are on eating
19   processed meat.
20   BY MS. O'DELL:
21   Q.    Have you done a systematic review
22   for either processed meats or physical
23   inactivities and ovarian cancer?
24   A.    To the same degree that I've done

Page 188

1    it for talc?
2    Q.    Yes.
3    A.    No, I have not.
4    Q.    Turn over to page 13.  Please
5    excuse me, 18.  I'm sorry, I keep saying 13.
6    A.    You know that's Taylor Swift's
7    lucky number.
8    Q.    I heard that.  I'm always looking
9    for a lucky number.
10        You say in the middle of the top
11   paragraph, and beginning with "Additionally":
12   "Additionally, the literature on the use of
13   anti-inflammatory agents aspirin and NSAIDs has
14   not consistently been shown to decrease the risk
15   of developing ovarian cancer as it has in
16   malignancies that are known to arise from
17   induction of chronic inflammatory state, e.g.,
18   colon cancer."
19        Did I read that correctly?
20   A.    Yes, ma'am.
21   Q.    And you would agree with me that
22   there have been studies that have shown that the
23   consistent use of aspirin decreases the risk of
24   ovarian cancer.  True?

Page 189

1         MS. CURRY:  Object to the form.
2         THE WITNESS:  So there have been
3    some studies that show that low dose
4    aspirin is associated with a decreased
5    risk of ovarian cancer, but that regular
6    dose aspirin or aspirin use actually
7    for -- I think it was longer than --
8    more than six times a week and more than
9    six years has perhaps either no effect
10   or maybe even increases the risk.  So
11   the literature that has been published
12   on aspirin and the use of NSAIDs and the
13   risk of developing ovarian cancer has
14   been inconsistent.
15   BY MS. O'DELL:
16   Q.    You were referring to -- or
17   remembering a specific study regarding aspirin
18   use, and I'd ask you which one you were thinking
19   of.
20   A.    I think there was a study by Barnes
21   at one point on aspirin use.
22        I think there was also -- let me
23   find -- there was another study -- 233, 234.  So,
24   oh, sorry, there was the Wu study.  There was

48 (Pages 186 - 189)

Page 190

1  also the Barnard study.  It wasn't Barnes, it was
2  Barnard.  And those are both referenced on page
3  46 of my report.  And then there was also the --
4  Hurwitz study.  Correct.
5      Q.    So Wu was in 2009, correct?
6      A.    Yes.
7      Q.    Barnard was in 2018.  Correct?
8      A.    Correct.
9      Q.    And you go on to talk about Trabert
10  and Hurwitz.
11     A.    Correct.  And then there's also --
12     Q.    And --
13     A.    I'm sorry, there's also the Merritt
14  study from 2008.
15     Q.    And in regard to aspirin in
16  particular, both Trabert and Hurwitz report that
17  the use of aspirin decreases the risk of ovarian
18  cancer.  True?
19         MS. CURRY:  Object to the form.
20         THE WITNESS:  Actually, only for
21      the first ten years of use, and then the
22      risk-benefit falls off or was actually
23      slightly elevated.
24  BY MS. O'DELL:

Page 191

1      Q.    But Trabert, for example, reports a
2  10 percent reduction in ovarian cancer for daily
3  use of aspirin.
4         You actually write that in your
5  report.  True?
6         MS. CURRY:  Object to the form.
7         THE WITNESS:  Right, and that's
8      exactly what I wrote, and then I
9      finished that sentence.  But that was
10     only for the first ten years of use,
11     after which the benefit was no longer
12     there or the actual ratio flips and the
13     risk becomes increased.  That's --
14     that's from Trabert.
15  BY MS. O'DELL:
16     Q.    And then Hurwitz reports a 13
17  percent reduction of ovarian cancer with the
18  frequent use of aspirin.  True?
19         MS. CURRY:  Object to the form.
20         THE WITNESS:  Yes.
21         MS. O'DELL:  And I will just
22      mark for the record as Exhibit -- am I
23      at 22?
24         MS. CURRY:  21.

Page 192

1         MS. O'DELL:  -- 21, the Trabert
2  article from 2019.
3         (Exhibit No. 21 was marked for
4         identification.)
5  BY MS. O'DELL:
6      Q.    And this is an OCAC -- excuse me,
7  this is an Ovarian Cancer Cohort Consortium
8  study, correct?
9      A.    Yes.
10     Q.    And so in other words, this is a
11  study that includes data from multiple cohort
12  studies that had been -- all the patients had
13  been considered together.  True?
14     A.    Correct.
15     Q.    And it includes as authors on the
16  study Dr. Trabert, Dale Sandler, Katie O'Brien,
17  Nicholas Wentzensen, and Shelly Tworoger, all of
18  whom have published extensively in this area.
19         MS. CURRY:  Object to the form.
20  BY MS. O'DELL:
21     Q.    Agree?
22     A.    I am not familiar with the
23  public -- with the CVs or publication lists of
24  all of those authors.

Page 193

1      Q.    Well, having read the literature in
2  this area for purposes of this case, you would --
3  you recognize these authors, many of the authors
4  I just named, correct?
5      A.    Some of them.  Not all of them.
6      Q.    Katie O'Brien is somebody you
7  recognize her name, I'm sure.
8      A.    For sure.
9      Q.    And if you'll look on page 1 in the
10  Introduction on the right-hand side, these
11  authors state:  "Chronic inflammation likely
12  plays a key role in ovarian cancer
13  carcinogenesis."
14         Did I read that correctly?
15         MS. CURRY:  I'm sorry, where are
16      you?
17         THE WITNESS:  Oh, right here.
18         Yes, you read that correctly.
19  BY MS. O'DELL:
20     Q.    And you disagree with that
21  statement.  True?
22     A.    Well, again, they are referencing
23  to Ness, which is a hypothesis paper, not
24  science.  And the authors here actually say

49 (Pages 190 - 193)

Page 194

1  "likely," so they qualify it.  So I don't think
2  that's a conclusive statement.
3      Q.    And if you'll look in the results,
4  Dr. Saenz, and we can look at either results in
5  the abstract or I'm happy to point you to
6  Table 2, but in the results of the abstract, it
7  says: "Women who used aspirin almost daily,
8  greater than six days a week, versus infrequent
9  nonuse, experienced a 10 percent reduction in
10  ovarian cancer risk."  Correct?
11      A.    Correct, and that's what I cited to
12  in my report.
13      Q.    Okay.  And despite the fact that
14  both in Trabert and Hurwitz, the use of aspirin,
15  which is a nonsteroidal that reduces
16  inflammation, it's your view that inflammation is
17  not associated with the development of ovarian
18  cancer; is that correct?
19      A.    So the studies show that the
20  benefit of aspirin use is not consistent, and in
21  fact, even in this paper, the authors say that
22  they don't understand why more than ten-plus
23  years of use potentially elevates the risk for
24  the development of ovarian cancer.

Page 195

1      So the inconsistency in this
2  literature is why I say that there is not
3  consistent evidence that inflammation is
4  developed -- sorry, is associated with the
5  development of ovarian cancer.
6      MS. O'DELL:  Okay.  And I'm
7  going to mark for the record exhibit --
8  as Exhibit 22 the Hurwitz paper.
9      Please, Paula.  Thank you.
10      (Exhibit No. 22 was marked for
11      identification.)
12  BY MS. O'DELL:
13      Q.    And Exhibit 22 is the Hurwitz paper
14  you cite in your report, correct?
15      A.    Yes.
16      Q.    And this actually is from the
17  Ovarian Cancer Association Consortium or OCAC.
18  True?
19      A.    Yes.
20      Q.    And it also includes non- -- well,
21  let me just back up.
22      It includes non-cohort studies from
23  the Ovarian Cancer Cohort Consortium of 2,600
24  cases, correct?

Page 196

1      A.    Did you say nine or non?  Oh, nine.
2  Sorry.  Yes, nine.
3      Q.    Nine, correct.
4      And eight case-control studies from
5  the Ovarian Cancer Association Consortium with
6  5,726 cases of ovarian cancer, correct?
7      A.    Correct.
8      Q.    And they go on to say in the
9  conclusion that: "This study is the largest to
10  date on aspirin use and ovarian cancer.  It
11  provides evidence that frequent aspirin use is
12  associated with lower ovarian cancer risk
13  regardless of the presence of most other ovarian
14  cancer risk factors."
15      Did I read that correctly?
16      A.    Correct.
17      Q.    And this was published in 2022.
18      A.    Correct.
19      Q.    Correct?
20      And this is the most recent
21  publication of aspirin and ovarian cancer,
22  correct?
23      A.    I believe so.  It's the most recent
24  one I cited to.

Page 197

1      Q.    And in this case, it's the largest,
2  it's the most recent, and it shows a 13 percent
3  reduction of ovarian cancer risk with the use of
4  aspirin.  Correct?
5      A.    With greater than or equal to six
6  days of use for more than, I think it was, six
7  months.
8      Q.    And there's no limitation or any
9  increased risk associated with greater than ten
10  years reported in this -- in the Hurwitz study,
11  correct?
12      A.    I don't know how long they followed
13  the women for in this study.  I would have to
14  look at that.
15      Q.    And if you will turn to page 5 of
16  the paper, the lower right-hand column under
17  Discussion, the last sentence says: "The
18  consistency of frequent aspirin use and ovarian
19  cancer association across the individual
20  case-control and cohort study populations was
21  notable and provides strong support for the
22  beneficial effect of frequent aspirin use on
23  ovarian cancer risk."
24      That was the conclusion of the

50 (Pages 194 - 197)

Page 198

1 authors, correct?
2      A.     Correct. But, I mean, within this
3 study they actually found no benefit to reduction
4 in risk of endometrioid or clear cell carcinomas,
5 which are thought to be associated with
6 endometriosis, an inflammatory process.
7           And in fact, in the sentence you
8 just read, although the authors are summarizing
9 what their data -- their results showed, they
10 don't have a hypothesis as to why that benefit
11 is. So the mechanism is still lacking.
12      Q.     That's not what they're saying that
13 the mechanism -- they don't state in this paper
14 that the mechanism is still lacking, do they,
15 ma'am?
16      A.     They don't state that they have
17 one.
18      Q.     No, that's not my question. Do
19 they make a statement in this paper that the
20 mechanism is lacking in regard to aspirin and
21 ovarian cancer?
22      A.     They don't have a mechanism.
23      Q.     No, no, no. You just said they
24 state the mechanism is lacking.

Page 199

1      A.     No, I said that --
2      Q.     That's not included in this paper,
3 and that's what I'm trying to establish.
4      A.     I said they don't describe the
5 mechanism and they don't have a hypothesis for
6 the mechanism. I said that, they don't list
7 that.
8      Q.     In fact, they do have --
9      A.     And that's --
10      Q.     I'm sorry. Please go ahead.
11      A.     And that's true. Their statement
12 just said that with frequent use greater than six
13 days per week, more than six months, there is a
14 reduction in risk of 13 percent in ovarian
15 cancer. But it is perplexing to them because
16 they discuss it as to why that benefit was not
17 seen with the cancers typically associated with
18 endometriosis. So they say there's a reduction
19 of risk, but they don't say why.
20      Q.     And they say at the beginning, the
21 whole premise -- and I don't want to rehash this
22 because we talked about it before -- on page 1,
23 that chronic inflammation likely plays a key role
24 in carcinogenesis, and that's the reason they're

Page 200

1 looking at aspirin, which is a nonsteroidal which
2 inhibits inflammation. That's the premise of the
3 paper.
4      A.     They say likely, and they cite to
5 Ness, which again has no data in it.
6      Q.     Okay. Let's turn back to page --
7 sorry, just a second here -- page 19 of your
8 report.
9           You begin your section on
10 epidemiology, and I want to talk about a couple
11 of things. First, page 19, at the bottom of the
12 paragraph, you include a statement: "None of the
13 studies found an odds ratio of greater than 2
14 when looking at never versus ever perineal use of
15 talc in ovarian cancer."
16           Why did you reference greater than
17 2 as a threshold odds ratio?
18      A.     It's just a fact.
19      Q.     No, I'm saying why was that
20 relevant? Is it your opinion that an odds ratio
21 would have to be greater than 2 in order for an
22 agent to be causal?
23      A.     No.
24      Q.     Is it your opinion that an

Page 201

1 increased risk of less than 2 can still be
2 causal?
3      A.     Yes.
4      Q.     What is an example of that?
5      A.     I believe hormone replacement
6 therapy and the risk of developing breast cancer.
7      Q.     Any others?
8           MS. CURRY: Object to the form.
9           THE WITNESS: I believe -- I
10      don't know across the board, but I
11      believe some of the smoking studies had
12      an overall risk of less than 2, but the
13      literature was consistent.
14 BY MS. O'DELL:
15      Q.     And that was with lung cancer?
16      A.     Yes, ma'am.
17      Q.     At page 21, if you will turn there,
18 please. You include in your table of
19 case-control studies Davis 2021.
20           MS. O'DELL: And I'm going to
21      mark for the record Davis. I don't have
22      a lot of questions on it, but I do want
23      to ask you one in particular. And I
24      think it's Exhibit 23.

51 (Pages 198 - 201)

Page 202

1    (Exhibit No. 23 was marked for
2    identification.)
3    THE WITNESS:  Thank you.
4  BY MS. O'DELL:
5    Q.    Do you have it?
6    A.    Yes, ma'am.
7    Q.    And you list Davis as a
8  case-control study.
9    A.    Yes.
10    Q.    And if you will look on page 23 --
11  excuse me, Exhibit 23, the first page -- this is
12  -- I guess I'll just ask the question:  This is a
13  pooled analysis, not a case-control analysis, is
14  it not, Dr. Saenz?
15    A.    It's set up as a case-control
16  study.
17    Q.    But it's a combination of data from
18  a series of studies -- of studies that are listed
19  in Table 1.  True?
20    A.    Right.  But, I mean, much like
21  Terry was a pooled analysis of case-control
22  studies, this is the same sort of thing.
23    Q.    This is a pooled analysis.  This is
24  not a single case-control study.

Page 203

1    MS. CURRY:  Object to the form.
2    THE WITNESS:  Multiple studies
3    contributed patients to this data,
4    correct.
5  BY MS. O'DELL:
6    Q.    Okay.  And so it's not a pooled
7  analysis -- I mean, it's a pooled analysis like
8  Terry.  It's not a case-control study like, you
9  know, Wu 2015.
10    A.    Well, it's not one individual study
11  database, but it is a case-control analysis with
12  the data coming from several different sources.
13    Q.    It's a pooled analysis from several
14  different case-control studies.
15    A.    Okay, I'll agree with that.
16    Q.    And it shows -- it reports for
17  women, both white women and women of -- African
18  American women, a point estimate that shows an
19  increased risk.  True?
20    A.    Where are we now?
21    Q.    Look in Results.
22    A.    Oh, we're in the abstract?
23    Q.    Yes.  That's just an easy place to
24  get the data.

Page 204

1    A.    Oh, sorry.
2    Q.    See that?  "For ever use of genital
3  talc was associated with a higher odds ratio of
4  ovarian cancer among African American women, OR
5  of 1.22" -- do you see that?
6    A.    Yes.
7    Q.    -- "confidence interval of 0.97 to
8  1.53, and white women of 1.36 with a confidence
9  interval of 1.19 to 1.57."
10    Did I read that correctly?
11    A.    Yes.
12    Q.    And that's for all -- that data was
13  for all epithelial ovarian cancer.  True?
14    A.    I believe so.
15    Q.    And then when they focused on high
16  grade serous tumors, then for African American
17  women there was a slightly increased risk of 1.31
18  that was -- had a confidence interval of 1.01 to
19  1.71, and then for white women -- sorry, I'm not
20  sure I read that right.  Yeah, let me just stop
21  there.
22    In African American women, there
23  was -- positive association with risk was more
24  pronounced among high grade serous tumors of

Page 205

1  1.31, confidence interval of 1.01 to 1.47,
2  correct?
3    A.    Correct.  Wait, one -- no, that's
4  --
5    MS. CURRY:  Object to the form.
6    THE WITNESS:  No, that's not
7    right.  No.
8  BY MS. O'DELL:
9    Q.    I didn't intend to read that
10  incorrectly, so tell me what I said that was
11  misstated.
12    A.    You flipped to the confidence
13  interval for other histotypes.
14    Q.    Okay.  Let me try again.  "More
15  pronounced among high grade serous tumors, OR of
16  1.31, with a confidence interval of 1.01 to
17  1.71."
18    A.    That's correct.
19    Q.    You note in your report in several
20  places in regard to the data study, they fail to
21  demonstrate a clear dose-response.  Do you recall
22  those statements?
23    A.    Yes.
24    Q.    And I ask you to turn to the next

52 (Pages 202 - 205)

Page 206

1 to the last page of the study.
2        Let me know when you're there.
3    A.    I'm there.
4    Q.    And this is the Discussion section.
5 And on the left-hand side, midway down there's a
6 sentence that begins "We did not conduct." Do
7 you see that?
8    A.    Not yet.
9    Q.    Left-hand side, midway down, end of
10 the first full paragraph. "We did not conduct an
11 analysis."
12    A.    Okay.
13    Q.    Do you see that?
14    A.    Yes.
15    Q.    "We did not conduct an analysis
16 that addressed both duration and frequency of
17 application. Some women may use body powder
18 products on a daily -- non-daily basis.
19 Therefore, the best measure of dose may be number
20 of applications based on frequency of application
21 times years of use. However, this measure was
22 not available for most OCWAA studies."
23        Did I read that correctly?
24    A.    Yes.

Page 207

1    Q.    And that can be one reason that a
2 clear dose-response was not seen in the study.
3 True?
4        MS. CURRY:  Object to the form.
5        THE WITNESS:  Well --
6 BY MS. O'DELL:
7    Q.    That's true?
8    A.    Well, that could be. But my
9 comments as pertains to a lack of dose-response
10 being demonstrated by the Davis article really
11 have to do with the fact that African American
12 women used far more perineal talc than Caucasian
13 women, and yet they did not show the same
14 statistically significant increased risk as the
15 women that used less.
16    Q.    And isn't it true in African
17 American women, you're likely to see a greater
18 number of pregnancies in African American women
19 than you are with white women in these studies?
20        MS. CURRY:  Object to the form.
21        THE WITNESS:  I have no idea to
22        substantiate that statement.
23 BY MS. O'DELL:
24    Q.    Turn if you would, please, to page

Page 208

1 30 of your report.
2        And at the bottom of page 30, it
3 begins your discussion of the O'Brien pooled
4 analysis of the cohort studies. Correct?
5    A.    I'm there.
6        MS. O'DELL:  And I want to go
7    ahead and mark for the record O'Brien as
8    Exhibit No. -- the O'Brien 2020 study as
9    Exhibit 23.
10        MS. CURRY:  24.
11        MS. O'DELL:  Thank you.
12        (Exhibit No. 24 was marked for
13        identification.)
14 BY MS. O'DELL:
15    Q.    Do you have it?
16    A.    Yes.
17    Q.    Okay. This was published in
18 January of 2020 in JAMA, and it was a pooled
19 analysis of the data from the cohort studies,
20 correct?
21    A.    Yes, with the addition of the
22 NHS-II study, yes.
23    Q.    And if you will turn to Table 1,
24 the number of ovarian cancers included was 2,213,

Page 209

1 correct?
2    A.    Yes.
3    Q.    And they reported -- looking at
4 Table 2, for ever use used talc in the genital
5 area, all women, a pooled estimate -- this is all
6 women -- of 1.08 and confidence interval .99 to
7 1.17.
8        Did I read that correctly?
9    A.    Yes.
10    Q.    And is it your opinion, Dr. Saenz,
11 that the fact that the confidence interval
12 crosses 1 means there's no association?
13    A.    It means that that finding is not
14 statistically significant.
15    Q.    And would you agree with me that
16 they demonstrated an increased risk?
17        MS. CURRY:  Object to the form.
18        THE WITNESS:  No, I don't agree
19    with you -- with that. You have a
20    hazard ratio that is 1.08, but that is
21    not statistically significant, which
22    means that those findings could be due
23    to chance, confounding, biases. It's
24    not statistically significant.

53 (Pages 206 - 209)

Page 210

1  BY MS. O'DELL:
2      Q.    And therefore, in your view, it
3  means there's no association?
4      A.    In my view, they have not
5  demonstrated an increased risk with the use of
6  talc.
7      Q.    And for the data for women with
8  patent reproductive tracts, the pooled estimate
9  for ever versus never is 1.13 with a confidence
10 interval of 1.01 to 1.26, correct?
11     A.    That's what they reported.
12     Q.    And so they have in that instance
13 demonstrated an increased risk of ovarian cancer
14 with genital talc use, correct?
15         MS. CURRY:  Object to the form.
16         THE WITNESS:  They reported that
17     hazard ratio, but when you compare that
18     group to the women with non-patent
19     reproductive tract, they're not
20     different study populations.  So I don't
21     think that particular statistic has any
22     meaning.
23 BY MS. O'DELL:
24     Q.    And so despite the fact that it

Page 211

1  shows a 1.13 odds ratio, you feel that that has
2  no meaning and no relevance to the question of
3  whether talc can cause ovarian cancer?
4         MS. CURRY:  Object to the form.
5  BY MS. O'DELL:
6      Q.    That's what you just said, it has
7  no meaning.
8      A.    I think -- I think what has no
9  meaning to the -- and no relevance to the
10 development of ovarian cancer is to pull out
11 women that have patent reproductive tracts from
12 women that do not, because they are not different
13 study populations.  Women start --
14     Q.    Well -- I'm sorry, ma'am.  What's
15 your basis for saying that, just so I can
16 understand better what you're --
17     A.    Women start using talc in their 20s
18 -- in their teens or in their 20s, and they use
19 it on average, according to Cramer, for 20-plus
20 years.
21         Women do not have tubal ligations
22 until they are done having their children, which
23 is usually in their 30s or 40s.
24         So the exposure per se to perineal

Page 212

1  application of talc during those 20 years from
2  their teens to 35 or 40 years old is the exact
3  same in those two study populations.  The
4  intervention, if you will, of a tubal ligation
5  does not happen until women have already been
6  exposed for 20-plus years.
7  BY MS. O'DELL:
8      Q.    And that assumes that talc enters
9  the vagina and can reach the ovaries, correct?
10         MS. CURRY:  Object to the form.
11         THE WITNESS:  Well, that's the
12     hypothesis of why there would be a
13     difference between -- in exposure
14     between women with tubal ligations
15     versus women without tubal ligations,
16     but the actual data as to when women are
17     using the talc does not at all correlate
18     with when women get tubal ligations.
19 BY MS. O'DELL:
20     Q.    We can go through it all, but you
21 would agree with me that when they looked at
22 greater than or equal to one time a week for both
23 all women and for women with patent reproductive
24 tracts, the study demonstrated an increased risk.

Page 213

1          MS. CURRY:  Object to the form.
2          THE WITNESS:  The authors
3      reported an increased risk in women that
4      they pulled out that had patent
5      reproductive tracts, but it's not a
6      meaningful piece of data.
7  BY MS. O'DELL:
8      Q.    And they report a 9 percent or 1.09
9  adjusted hazard ratio for all women who used talc
10 at least once a week.  True?
11         MS. CURRY:  Where are you
12     reading from, Leigh?  Which table is
13     that?
14         MS. O'DELL:  Table 3.
15 BY MS. O'DELL:
16     Q.    Look at Table 3, Dr. Saenz, in the
17 top half.
18     A.    I'm getting there.  Table 3, top
19 half.
20     Q.    I'm looking at "used powder greater
21 or equal to one time a week."
22     A.    Right.
23     Q.    And --
24     A.    With the adjusted HR of 1.09?

54 (Pages 210 - 213)

Page 214

1    Q.    Correct.
2    A.    Right.  So that was not
3  statistically significant.
4    Q.    And therefore, you believe that is
5  not demonstrating an increased risk.  True?
6    A.    Correct.
7    Q.    You state in your report on page 31
8  that -- in the second paragraph on page 31:  "It
9  is notable that plaintiff's experts seek to
10  assign essentially zero weight to the O'Brien
11  study based on perceived weaknesses of the
12  study."
13    A.    I'm sorry, I'm not -- I -- are
14  we -- where are we?
15       MS. CURRY:  Your report here --
16       THE WITNESS:  Oh, down here.
17  Okay, sorry.
18       I'm there now.  Okay, go ahead.
19  BY MS. O'DELL:
20    Q.    You say:  "It is notable that
21  plaintiff's experts seek to assign essentially
22  zero weight to the O'Brien study based on
23  perceived weaknesses of the study."
24       What's your basis for saying that?

Page 215

1    A.    When I read Dr. Clarke-Pearson and
2  Dr. Wolf's analysis of the O'Brien study in their
3  reports.
4    Q.    They don't refer to weight in
5  either of their reports, correct?
6    A.    You mean weight as a measure -- I
7  mean, that's my colloquial term for them
8  discussing whether or not this study is relevant.
9  It's not a weighted analysis.
10    Q.    Well, exactly.  You don't have any
11  insight as to what weight they put on the study
12  or didn't put on the study, do you?
13       MS. CURRY:  Object to the form.
14       THE WITNESS:  Actually, I do,
15  because they quoted in their reports the
16  published criticisms of the O'Brien
17  paper saying that it was not a good
18  study for the reasons outlined by --
19  just above where you're reading from,
20  the commentary from Drs. Cramer, Harlow,
21  Murray and Rothman.  So that was cited
22  to by Drs. Clarke- Pearson and Wolf.
23  BY MS. O'DELL:
24    Q.    And you -- you -- it's your opinion

Page 216

1  that because they cite the letters to the editor
2  that were submitted by Drs. Cramer, Rothman,
3  Harlow and others, that they discounted the
4  relevance of the O'Brien study.  Is that what
5  you're saying?
6    A.    That and they wrote that they
7  agreed with those criticisms.
8    Q.    Did they misstate the data from
9  O'Brien in any way in their reports?
10    A.    Not that I'm aware of.
11    Q.    Did they state in any respect that
12  they did not consider O'Brien fully and fairly in
13  reaching their expert opinions?
14       MS. CURRY:  Object to the form.
15       THE WITNESS:  They did comment
16  on the fact that they thought that
17  O'Brien didn't -- wasn't sufficiently
18  powered in order to have a positive
19  finding, and I believe that that's
20  incorrect.
21       MS. O'DELL:  Let's mark as
22  Exhibit 25 the letters to the editor.
23       It should just be letters to the
24  editor, Paula, in the box as Exhibit 25.

Page 217

1       (Exhibit No. 25 was marked for
2       identification.)
3  BY MS. O'DELL:
4    Q.    You've seen this before, haven't
5  you, Dr. Saenz?
6    A.    Yes, ma'am.
7    Q.    And these were letters to the
8  editors that were submitted to JAMA in relation
9  to the O'Brien paper, O'Brien 2020 paper, and
10  Dr. O'Brien and Dr. Sandler and Dr. Wentzensen
11  replied to the comments that were made by the
12  researchers who wrote in, correct?  They -- they
13  replied.
14    A.    Yes.
15    Q.    If you will turn to page 2097.
16    A.    Yes.
17    Q.    Dr. O'Brien and others replies to
18  Dr. Rothman and Harlow's concern about the way
19  Dr. O'Brien and others had addressed statistical
20  significance in the study, correct?
21       MS. CURRY:  Object to the form.
22       THE WITNESS:  Can you direct me
23  to where you are exactly?
24  BY MS. O'DELL:

55 (Pages 214 - 217)

Page 218

1    Q.    I would be happy to do that.
2         And let me just go back a page.
3    Maybe it will make this easier for you and for
4    all of us.
5         Go back to page 2096, Dr. Harlow,
6    Murray and Rothman in their last paragraph
7    states: "To conclude that there is," quote, "no
8    statistical significant association based on an
9    HR of 1.08, 95 percent confidence interval 0.99
10   to 1.17, is now recognized as poor practice in
11   population in clinical research. If the 99
12   percent CI had instead been 1.01 to 1.19, would
13   the authors have had a completely different
14   interpretation? Given that the authors
15   produced -- reported a 13 percent increased risk
16   of ovarian cancer among women with intact genital
17   tracts who used powder despite these
18   methodological issues, this study should have
19   been taken as evidence of an effect."
20        Did I read that correctly?
21   A.    Yes, except that you read 99
22   percent CI when it's 95, but you don't have to
23   reread it.
24   Q.    Thank you. You disagree with that

Page 219

1    statement from -- those statements from Rothman,
2    Harlow and Murray, correct?
3    A.    I do. We, by convention, do not
4    throw out the concept of statistical significance
5    in analyzing data.
6    Q.    And you talk in your report about
7    statistically unsophisticated readers, and you
8    refer to statistically unsophisticated readers on
9    page 32 of your report.
10   A.    Well, I quote --
11        MS. CURRY: Object to the form.
12        THE WITNESS: Sorry. I quote
13   another editorial on this article.
14   BY MS. O'DELL:
15   Q.    And she -- but you quote
16   "statistically unsophisticated readers." True?
17   A.    Yes, that's the quote.
18   Q.    And is it your view that
19   Dr. Rothman, Harlow and Murray are statistically
20   unsophisticated readers?
21        MS. CURRY: Object to the form.
22        THE WITNESS: I'm just quoting
23   what that other editorial said. I'm not
24   commenting on the sophistication or not

Page 220

1    of those authors, but I do disagree with
2    their contention that statistical
3    significance should be thrown out the
4    window.
5    BY MS. O'DELL:
6    Q.    That's not what they say, to be
7    fair.
8    A.    Yes, they say that we should not be
9    paying attention to confidence intervals, and I
10   disagree with that.
11   Q.    Well, you disagree with Dr. O'Brien
12   as well. True?
13        MS. CURRY: Object to the form.
14        THE WITNESS: I disagree with
15   Dr. O'Brien that the women with patent
16   reproductive tracts have had a different
17   exposure history with respect to the
18   perineal application of talc than the
19   women with non-patent reproductive
20   tracts.
21   BY MS. O'DELL:
22   Q.    And you disagree with her regarding
23   statistical significance. True?
24        MS. CURRY: Object to the form.

Page 221

1        THE WITNESS: Can you direct me
2    to what you're talking about?
3    BY MS. O'DELL:
4    Q.    Yes. Next page, left-hand column,
5    the paragraph beginning "We completely agree."
6    Do you see that?
7         Dr. O'Brien and others write: "We
8    completely agree with Dr. Harlow and colleagues
9    that our results, particularly the analyses
10   limited to women with intact reproductive tracts,
11   should not be discounted because of lack of
12   statistical significance."
13        So you disagree with Dr. O'Brien.
14   A.    Yes.
15   Q.    True?
16   A.    With respect to that, yes.
17   Q.    "For all estimates, we reported 95
18   percent CIs so readers could consider the effect,
19   size and precision. The qualifier that there was
20   no statistically significant association between
21   ever genital powder use and ovarian cancer is a
22   factual report of the test of the null
23   hypothesis. We never equated the lack of
24   statistical significance to evidence -- to

56 (Pages 218 - 221)

Page 222

1 evidence of no association."
2         Did I read that correctly?
3     A.    Yes, you did.
4     Q.    In the O'Brien paper as well, the
5 authors also -- in addition to reporting the data
6 on the study, also talk about talc by irritating
7 epithelial ovarian tissue and fallopian tubes
8 directly, the powder could induce an inflammatory
9 response even in the absence of asbestos."
10        MS. CURRY:  Where are you
11 reading?
12 BY MS. O'DELL:
13    Q.    Do you recall that?
14        MS. CURRY:  What page is that?
15        MS. O'DELL:  It's on page 56.
16        THE WITNESS:  There's no data
17 for that.
18 BY MS. O'DELL:
19    Q.    Do you see where I'm reading,
20 ma'am?
21    A.    Yes, I do.
22    Q.    And that's what they state,
23 correct?
24    A.    They do state that, but there's no

Page 223

1 data for that.
2     Q.    They go on to say:  "This could set
3 off a cascade of increased oxidative stress
4 levels, DNA damage, a cell division, all of which
5 could contribute to carcinogenesis."
6         Do you see that?
7     A.    Again -- yes, that's a hypothesis,
8 and again, they're citing to Ness once again,
9 which is a summary article with hypotheses and no
10 data.
11        MS. O'DELL:  All right.  Let's
12 go off the record, please.
13        (Recess.)
14        MS. O'DELL:  Okay.  Let's go
15 back on the record.
16 BY MS. O'DELL:
17    Q.    Let me direct your attention back
18 to page 32, and you discuss Woolen 2023.
19    A.    2022.
20    Q.    Excuse me, yes, the 2022 paper.
21        MS. O'DELL:  And I'm going to
22 mark that as Exhibit 26.
23        (Exhibit No. 26 was marked for
24        identification.)

Page 224

1 BY MS. O'DELL:
2     Q.    And I want to talk about Woolen,
3 and specifically the purpose of Woolen to
4 evaluate frequent use of talc.
5         Ms. Converse, Dr. Saenz, would have
6 been a frequent user of talc, correct?
7     A.    Yes.
8     Q.    And in the Woolen paper, "frequent
9 use" was defined as two or more times a week,
10 correct?
11        MS. CURRY:  Object to the form.
12        THE WITNESS:  I think the
13 authors defined it as at least two times
14 per week.
15 BY MS. O'DELL:
16    Q.    Yeah.  And if you'll look on page 2
17 of the study, and they say multiple --
18    A.    I'm sorry, what -- what section are
19 you on?
20    Q.    Page 2 of the study, "Eligibility
21 Criteria and Study Selection."
22    A.    Got it.
23    Q.    Second sentence.
24    A.    Okay.

Page 225

1     Q.    They reported primary data on
2 "frequent" defined as multiple, two or more times
3 per week, perineal exposure to talc.
4         Did I read that correctly?
5     A.    Yes.
6     Q.    And Ms. Converse used daily, so she
7 would be in that frequent user group, correct?
8     A.    Yes.
9     Q.    And for this Woolen study, it was a
10 meta-analysis of ten case-control studies and
11 data from one cohort study.  Correct?
12    A.    With -- right, data from one cohort
13 study with additional data that was requested
14 from the authors.
15    Q.    In fact, that's -- you're going to
16 where I wanted to ask.  You state in your report:
17 "One cohort study which they claim is O'Brien
18 2020, but in fact, it's actually only data from
19 Nurses' Health Study I with inclusion of
20 previously unpublished data."
21        Do you see that in your report?
22    A.    Yes.
23    Q.    And if you will look at Table 2 of
24 the study, it lists the publications included in

57 (Pages 222 - 225)

1 the systematic review.
2     A.    Correct.
3     Q.    And they extract data from these
4 studies that is the most frequent perineal talcum
5 powder use reported for each study.  Correct?
6     A.    Well, what they actually did was if
7 the data was reported in more than one study,
8 they used the study that reported the higher use.
9     Q.    I don't think we're communicating.
10 Because from the each individual study, they
11 extracted data that was the most -- that reported
12 the most frequent perineal talc use.
13          MS. CURRY:  Object to the form,
14      asked and answered.
15 BY MS. O'DELL:
16     Q.    Correct?
17     A.    So the authors say that in area --
18 or in some -- in the sections where duplicate
19 reports of the same study subjects were
20 published, they did not use the subject report or
21 that data if it was a lower usage.  So -- because
22 in some of these studies, the subjects
23 overlapped.
24     Q.    I understand.

1          And so their design was that they
2 would extract the data from the most exposed
3 group.  In other words, the most frequent use
4 data is what they extracted from each study.
5 Correct?
6     A.    Right.  If they had a choice for
7 similar study subjects of a lower exposure versus
8 a higher exposure, they did not use the data from
9 the lower exposure.
10     Q.    They used the data from the higher
11 exposure.
12     A.    Even though it was the same study
13 subjects, correct.
14     Q.    Correct, because she
15 double-counted.  So they used the higher
16 exposure, correct?
17     A.    Correct.
18     Q.    And in fact, that's what they say
19 at the title of Table 2, that they would use the
20 most frequent perineal talcum powder use for each
21 study.  That's what they describe, correct?
22     A.    Correct.
23     Q.    And if you look at O'Brien, number
24 11 in Table 2, it doesn't say O'Brien 2020, does

1 it?  It says "O'Brien," paren, "NHS-I."  Correct?
2     A.    No, it says 2020 right there.  If
3 you go over to year, the column year, it says
4 2020.
5     Q.    Look at the first author, just so
6 you'll --
7     A.    What?
8     Q.    It says O'Brien "NHS-I" in the
9 first column under first author.
10     A.    Right.
11     Q.    All right, bear with me.  Look
12 at -- there's a -- there's a notation of a
13 reference at the bottom, a footnote.  Do you see
14 that?  It's actually number 5.  Do you see
15 number 5 after the paren?
16     A.    Yes.
17     Q.    Go to the bottom of the table, and
18 it says:  "O'Brien did not publish on daily
19 exposure for the National Health Study
20 participants.  However, these data were
21 available, and O'Brien provided these data for
22 inclusion.  The entirety of the data were
23 provided and are shared in the supplemental
24 table.  We include data on women with intact

1 fallopian tubes to harmonize with other
2 publications."
3          Did I read that correctly?
4     A.    Yes.
5     Q.    Okay.  And the data from O'Brien
6 that they obtained from O'Brien was from Nurses'
7 Health Study I, correct?
8     A.    Well, not -- they didn't obtain all
9 of that from O'Brien, right.  They already had
10 data on Nurses' Health Study I, and they
11 augmented it with O'Brien's additional data.
12     Q.    No, ma'am, if you will look on page
13 2 of the study, that's incorrect.  If you look on
14 page 2 of the study, right-hand column, the
15 second -- third sentence down at the first
16 paragraph, do you see where it says, "As is
17 standard in systematic reviews" --
18     A.    Yes.
19     Q.    Do you see that sentence?
20     A.    Yes.
21     Q.    -- "to include relevant but
22 unpublished results, we contacted O'Brien and
23 requested primary data from the Nurses' Health
24 Study I (NHS-I) and the Sister Study (SIS) for

58 (Pages 226 - 229)

Page 230

1 the highest frequency talc exposure group. The
2 data from NHS-I were provided and described in
3 the Supplemental Table 1 and are included in a
4 systematic review. The data from the SIS study
5 were not provided to us due to the small sample
6 size of exposed individuals in the highest
7 exposure category (n=2 women)."
8     Did I read that correctly?
9     A.    You read that, but these are the
10 study subjects from NHS-I. They are the women
11 that were originally published in that study.
12 And then they went back to O'Brien and asked her
13 for the primary data. So it is --
14     Q.    Well, they asked -- they did not
15 include in their meta-analysis data from the
16 publication of pooled study O'Brien 2020.
17     You're aware of that, aren't you?
18     A.    That's correct. This is data from
19 the NHS-I study that was published before but
20 then augmented by the data they got from O'Brien.
21     Q.    And I just want to make clear, the
22 JAMA publication of O'Brien of the pooled
23 analysis of cohort study data is not data that's
24 included in the Woolen meta-analysis.

Page 231

1     A.    For the NHS-I part of that pooled
2 analysis, it is the same study population.
3     Q.    That's not my question. Because,
4 as you -- you know so well, the O'Brien 2020
5 publication did not include data from daily use.
6 Correct?
7     A.    It was ever/ever for most patients.
8 So it wasn't data on individual days of use, that
9 is correct.
10     Q.    And the data that's actually
11 included in Woolen is the daily exposure data
12 from Nurses' Health Study participants, which as
13 she -- as described in the footnote, had not been
14 previously published.
15     Do you see that?
16     A.    The data on the frequency of use
17 was not published, but it is the same study
18 subjects as was previously published on. It's
19 not new women.
20     Q.    I'm not saying they're new women.
21 I'm saying the data is new because this data had
22 never before been published on daily exposure.
23     A.    It was -- I mean, it was supplied
24 to Woolen by O'Brien. So yes.

Page 232

1     Q.    Correct.
2     A.    Yes.
3     Q.    And -- and you -- strike that.
4     This meta-analysis, the actual
5 combined pooled estimate from this
6 meta-analysis -- and I'll just invite you, if you
7 want to, to turn over to page -- the next page,
8 Figure 2, to make it efficient -- the combined
9 pooled summary odds ratio for this meta-analysis
10 is 1.47, 95 percent confidence interval, 1.31,
11 1.65. Correct?
12     A.    Correct.
13     Q.    And that is demonstrating a 47
14 percent increased risk, correct?
15     MS. CURRY: Object to the form.
16     THE WITNESS: Over background
17     population risk, correct.
18 BY MS. O'DELL:
19     Q.    And on page 33 of your report, you
20 state: "The authors report a summary pooled OR
21 of 1.47," which we just discussed, "for all ten
22 studies and an OR of 1.49, 1.29 to 1.72, when the
23 analysis is restricted to case-control studies.
24 This means the positive OR reported in the study

Page 233

1 is entirely due to the case-control studies, and
2 not at all a reflection of the data contributed
3 by Nurses' Health Study I cohort study."
4     Did I read that correctly?
5     A.    Yes.
6     Q.    What is the increased risk of women
7 who daily used talc in Nurses' Health Study I?
8     A.    In the data from the study?
9     Q.    In the data as supplied by O'Brien,
10 yes.
11     A.    I would have to look through the
12 paper to find that.
13     Q.    Okay.
14     A.    But when the Nurses' Health Study I
15 is pulled out, the -- the pooled odds ratio
16 actually goes up, which means that the Nurses
17 Health Study I data was moving it down to 1.47.
18     Q.    Well, let's be clear, you don't say
19 it moved it down. You say: "This means that the
20 positive OR reported in this study is entirely
21 due to the case-control studies and not at all a
22 reflection of the data contributed by the Nurses'
23 Health Study I cohort study."
24     A.    Right.

59 (Pages 230 - 233)

Page 234

1    Q.    That's what you state.
2    A.    That's correct.
3    Q.    But look at supplemental Table 1,
4  Dr. Saenz.  It should be included in your copy.
5    A.    It's not.
6    Q.    Okay.
7         MS. BROWN:  It should be there.
8  Is it --
9         MS. CURRY:  It's right here.
10  BY MS. O'DELL:
11    Q.    Yep, Table 1 at the end,
12  supplemental Table 1.
13         MS. CURRY:  Oh, that's odd.
14    She -- in the marked copy -- the marked
15    copy is different than the copy that I
16    have, so we should swap the sticker out.
17         MS. O'DELL:  I'm sorry.  I don't
18    know the issue there, but --
19         MS. CURRY:  So Dr. Saenz's copy
20    ends after the references, and now part of
21    the supplemental material are attached
22    on the version that was marked as an
23    exhibit.
24         MS. O'DELL:  Okay.

Page 235

1         MS. CURRY:  So we need to switch
2    the sticker.
3         MS. BROWN:  Yeah, you can switch
4    it.
5         MS. O'DELL:  Yeah, let's just
6    switch that out, shall we?
7  BY MS. O'DELL:
8    Q.    So, Dr. Saenz, do you have table --
9  supplemental Table 1?
10         THE WITNESS:  That's figure.
11    She said table.
12    No, I have supplemental
13    figure -- oh, table.  Sorry.  Here we
14    go.
15         Do you want to put that on
16    there?
17         MS. O'DELL:  All right.  Are we
18    together?
19         MS. BROWN:  Yes.
20  BY MS. O'DELL:
21    Q.    Supplemental Table 1 is data from
22  the Nurses' Health Study, correct?
23    A.    Yes.
24    Q.    Have you seen this before?

Page 236

1    A.    Yes.
2    Q.    And the table reports a -- for all
3  women daily users.  Do you see that --
4    A.    Yes.
5    Q.    -- the adjusted hazard ratio --
6    A.    Yes.
7    Q.    -- of 1.27, and it's statistically
8  significant, correct?
9    A.    Yes.
10    Q.    And for women with patent fallopian
11  tubes for daily users, it's 1.40.  Statistically
12  significant, correct?
13    A.    That's what they report.
14    Q.    Which is very close to the overall
15  pooled estimate of 1.40 -- I mean 1.47, correct?
16         MS. CURRY:  Object to the form.
17         THE WITNESS:  Those numbers are
18    close.  But as we've discussed before, I
19    think it's artifactual to look at women
20    with patent fallopian tubes.
21  BY MS. O'DELL:
22    Q.    Mrs. Converse would -- based on the
23  data from Nurses' Health Study 1, looking at just
24  all women, would have an increased risk of 27

Page 237

1  percent.  True?
2         MS. CURRY:  Object to the form.
3         THE WITNESS:  The hazard ratio
4    here was 1.27, that's correct.
5  BY MS. O'DELL:
6    Q.    And for women with patent fallopian
7  tubes, which would include Ms. Converse, daily
8  users had a 40 percent increased risk, which was
9  statistically significant, correct?
10    A.    Again, that's not -- it's an
11    artifactual manipulation of the data set that is
12  not relevant to exposure.
13    Q.    That's -- I understand that's your
14  view, ma'am, but that's what the data says,
15  correct?
16         MS. CURRY:  Object to the form.
17         THE WITNESS:  That's what the
18    reported hazard ratio is.
19         MS. O'DELL:  Okay.  Let's turn
20    now to the O'Brien "Douching and Genital
21    Talc Use:  Patterns of Use and
22    Reliability of Self-Reported Exposure."
23         And I would like to mark that as
24    our next exhibit, which is Exhibit 27.

60 (Pages 234 - 237)

Page 238

1          (Exhibit No. 27 was marked for
2          identification.)
3    BY MS. O'DELL:
4    Q.      Do you have it in front of you,
5    ma'am?
6    A.      Yes.  Thank you.
7    Q.      And this publication is a report of
8    the updated usage in the Sister Study based on a
9    follow-up questionnaire that was sent from 2017
10   to 2019.  True?
11   A.      Correct.
12   Q.      And they looked at the -- they
13   compared the report of the women initially at
14   enrollment from 2003 to 2009, and the data that
15   was provided on the talc use and douching, and
16   they compared it to the data they obtained in
17   2017 to 2019.  True?
18   A.      Correct.
19   Q.      And if you look at the results
20   in the abstract, and you go down midway, it says
21   87 percent providing the same responses about
22   genital talc use.
23          Do you see that?
24   A.      Yes.

Page 239

1    Q.      And the authors go on to say that:
2    "Reliability did not vary by cancer status, race
3    and ethnicity, attained education or age, though
4    there was some evidence of recall bias for
5    genital talc use among ovarian cancer survivors."
6          Did I read that correctly?
7    A.      Yes.
8    Q.      And they also say, if you go down
9    in Conclusions:  "Classification of ever use of
10   feminine hygiene products may be recalled with
11   good consistency."
12          Do you see that?
13   A.      Yes.
14   Q.      And it was the conclusion of the
15   authors that the data provided in the first round
16   at enrollment and from 2017 to 2019 that there
17   was -- good consistency really confirmed the
18   reliability of exposure information provided by
19   study participants.  True?
20          MS. CURRY: Object to the form.
21          THE WITNESS:  As a whole group,
22   but when they did essentially a subset
23   analysis looking at women that had been
24   diagnosed with ovarian cancer in the

Page 240

1    intervening years, before they were
2    queried again about talc use in 2017 to
3    2019, that was the only group that
4    actually increased their reports of use.
5    The other groups actually, if anything,
6    reported less use.  But the ovarian
7    cancer patients themselves reported more
8    use, which is why the authors talk about
9    the potential for that recall bias.
10   BY MS. O'DELL:
11   Q.      So turn to page 379 of the study,
12   ma'am.  379, right-hand side.
13          Do you see recall bias talc use was
14   slightly less consistent with 87 percent of women
15   providing the same response at follow-up as they
16   did enrollment, and specificity was 94 percent,
17   and it goes on to list some others.
18          And it says here:  "The largest
19   source of inconsistency was 3,049 women,
20   10 percent of the sample, who initially reported
21   using genital talc in the 12 months before
22   enrollment but later responded that they did not
23   use it during that period."
24          So in fact, the difference, that

Page 241

1    was because more people said they used talc was
2    more people said they didn't use talc, correct?
3    A.      That's correct, but that's not what
4    I said.  What I said is that the only group that
5    reported using more talc was the women that were
6    diagnosed with ovarian cancer in the intervening
7    years.  And that's actually on page 383.
8    Q.      But you're not disagreeing with
9    what I just read to you as being incorrect, are
10   you?
11   A.      I'm not disagreeing with that, but
12   I think what's relevant here is that it's the
13   cases, the women that had ovarian cancer in the
14   intervening years that increased their reported
15   use.  That's an example of recall bias.
16   Q.      You can put that aside.
17          I want to look at one other --
18   actually two others, but let me just -- is there
19   any evidence that genital use of talc increases
20   the risk of uterine cancer?
21   A.      No, I do not believe that there is.
22   Q.      Is there any evidence that genital
23   use of talc increases the risk of cervical
24   cancer?

61 (Pages 238 - 241)

Page 242

1    A.    No, I do not believe there is.
2    Q.    Is there any evidence that the
3  genital use of talc increases the risk of vaginal
4  cancer?
5    A.    No, I do not believe there is.
6    Q.    Vulvar cancer?
7    A.    No, I do not believe there is.
8    Q.    Breast cancer?
9    A.    No.  In fact, I think there's some
10  literature that would say that breast cancer is
11  not associated with the use of talc.
12    Q.    And that would be true essentially
13  of uterine cancer, true, as well?
14    A.    I have reviewed, I want to say, I
15  think five, but please don't hold me accountable
16  because I don't have it here -- I think I've
17  reviewed five studies on the risk of uterine
18  cancer and the genital application of talc, and
19  there's only one study that showed a positive
20  association, and I think that may have been out
21  of Australia, but when that data or that study
22  was replicated, the positive finding did not hold
23  up.
24    Q.    And in fact, in the recent study by

Page 243

1  O'Brien in May of 2024, which I'll mark as
2  Exhibit 28, there was no association seen between
3  genital talc use and uterine cancer, correct?
4    A.    In that study as well as in the
5  Chang study that was also published in 2024.  I
6  believe that study also looked at what are
7  classified as hormone sensitive cancers.
8    (Exhibit No. 28 was marked for
9      identification.)
10  BY MS. O'DELL:
11    Q.    You should have O'Brien 2024 in the
12  chat.
13    MS. BROWN:  It's in the chat.
14  BY MS. O'DELL:
15    Q.    And if you will, please open that.
16    MS. CURRY:  So, Leigh, what you
17  wanted to mark as 28 was O'Brien 2024
18  that's in the chat?
19    MS. O'DELL:  That's correct.
20    MS. CURRY:  Okay.
21  BY MS. O'DELL:
22    Q.    Do you have it, Doctor?
23    A.    Yes.  I'm sorry, yes.
24    Q.    Okay.  I can't tell when you have

Page 244

1  it open, because I just see your picture.  But
2  you have it on the screen there and you're able
3  to see it?
4    A.    Yes.
5    Q.    Okay.  Do you need me to share my
6  screen at all, or are you good with what you're
7  looking at?
8    A.    I think I'm good.
9    Q.    Okay.  This study was a study that
10  looked at data from the Sister's cohort study,
11  correct?
12    A.    Yes.  That's the study population,
13  yes.
14    Q.    And these authors considered data
15  from the Sister Study based on the fourth
16  questionnaire that was obtained from 2017 to
17  2019.  True?
18    A.    I don't know that it was a fourth
19  questionnaire.  I don't have any data for that.
20  But I do believe that the follow-up data that's
21  presented in the study is from the query that was
22  made between 2017 and 2019.
23    Q.    That's fair.  If you'll turn to
24  page 3, on the left-hand side under the figure,

Page 245

1  do you see the paragraph beginning "More detailed
2  information"?
3    A.    Yes.
4    Q.    It was obtained in the fourth
5  follow-up questionnaire from 2017 to 2019.  Do
6  you see that?
7    A.    Fair enough.
8    Q.    And the difference in the fourth
9  follow-up questionnaire as compared to the
10  initial questions dealt with lifetime exposure,
11  correct?
12    MS. CURRY:  Object to the form.
13    THE WITNESS:  I mean, they say:
14  "We primarily focused on ever use versus
15  never use for each product, but also
16  examined frequency, duration and timing
17  of use."
18    So I don't see the word
19  "lifetime."
20  BY MS. O'DELL:
21    Q.    Yes.  In -- let me just compare it
22  for you.  In the Sister's enrollment they asked
23  for usage in the 12 months prior to enrollment
24  and from the ages 10 to 13, correct?

62 (Pages 242 - 245)

Page 246

1    A.    That's my recollection.
2    Q.    And in the follow-up questionnaire
3  that we're talking about, they ask, How old were
4  you when you first started using talc?  They
5  asked questions about the decades that you used
6  talc.  20s and 30s, for example.  True?
7    A.    Yes.
8    Q.    And in addition to asking how old
9  you were when you first used talc, are you aware
10  that they also asked how old you were when you
11  last used talcum powder on or near your vaginal
12  area.  And are you aware of that?
13    A.    Yes.
14    Q.    And so that would allow the
15  researchers to understand the range of use from
16  beginning to end or the lifetime exposure.  Is
17  that fair?
18    A.    The range of use for those women,
19  correct, or the duration, yes.
20    Q.    And so there could be women in the
21  enrollment when asked the two finite questions,
22  did I use it in the last 12 months or did I use
23  from ages 10 to 13, they might say no, because
24  they're 55 and they stopped at 45.  And they

Page 247

1  started at age 20, so that's 25 years of use.
2        But they would have said no in the
3  initial study, and yet for the follow-up data,
4  they would have reported that as having been
5  exposed to talcum powder for basically decades.
6  True?
7    A.    I think that's probably true.
8    Q.    And there were more women with
9  ovarian cancer reported in -- in this study
10  because of a longer period of follow-up than had
11  been reported in prior studies.  True?
12    A.    In prior publications of the Sister
13  Study?
14    Q.    Correct.
15    A.    Well, not compared to Chang, but
16  compared to the Gonzales study, yes.
17    Q.    And also compared to the O'Brien
18  2020 study, there were more women --
19    A.    That's fair.
20    Q.    -- that had manifested ovarian
21  cancer.  True?
22        MS. CURRY:  Object to the form.
23        THE WITNESS:  I actually don't
24    know that to be true, because these

Page 248

1  women were queried in 2017 to 2019.  And
2  so the questionnaires, you know, if you
3  didn't have ovarian cancer by 2017 and
4  you submitted your questionnaire, you --
5  and you got it after, I'm not sure that
6  this paper would have picked that up,
7  right, because the queries were before
8  that study came out.
9        So I don't know that that's true
10  because I don't know when the women --
11  if you had turned your survey back in in
12  2017, and hadn't yet had ovarian
13  cancer, you might not have reported it
14  in this study, but maybe you were
15  recorded in the O'Brien study.
16        I don't know the answer to that.
17  BY MS. O'DELL:
18    Q.    Are you sure about that?
19    A.    I'm not.
20        MS. CURRY:  Object to the form.
21        THE WITNESS:  What I'm saying is
22  I don't know where the queries and the
23  case documentation overlap between these
24  two studies.  I don't know the answer to

Page 249

1    that.
2  BY MS. O'DELL:
3    Q.    So this will help, I think, if you
4  look at Figure 1.
5    A.    Okay.
6    Q.    Are you there?
7    A.    Yes, ma'am.
8    Q.    And if you look at -- there's a
9  blue box at the bottom of the figure.
10    A.    Yes.
11    Q.    "Cancers diagnosed after
12  follow-up."  DFU4, which was after the
13  information was obtained about usage, the
14  follow-up questionnaire.
15        Do you see that?
16    A.    Yes.
17    Q.    And in fact, there were 30
18  additional cases.  True?
19    A.    Right.  But I don't know that those
20  weren't also collected for O'Brien 2020, and
21  that's what you asked me before was did --
22    Q.    Well, they were after -- excuse me,
23  they were after -- as I understand it, they were
24  after 2019 and before September 2021.

63 (Pages 246 - 249)

Page 250

1    A.    Not for all of those women because
2  some of them turned in their questionnaires in
3  like 2017.
4    Q.    But these were women after the
5  fourth questionnaire.  The 30 were after that.
6  They were not before the fourth -- the fourth
7  questionnaire was completed.
8        So I'm saying that --
9    A.    What?  No.
10    Q.    Yeah, I'm --
11    A.    I don't -- I don't think that's
12  actually -- if you -- so these cancers were
13  diagnosed after this questionnaire was completed.
14  But if you completed this questionnaire in 2017,
15  how do we know that cancer wasn't picked up by
16  the O'Brien 2020 study?
17    Q.    Let me just -- I don't believe
18  that's the case, but I don't think -- let's don't
19  get hung up on that.
20    A.    Okay.  Fair enough.
21    Q.    There's something that I think we
22  can agree on, that this is the maximum number of
23  ovarian cancer patients that have ever been
24  reported on from the Sister Study.  True?

Page 251

1    A.    True.
2    Q.    And the authors conducted a
3  statistical analysis to evaluate the use of
4  genital talc across the entire population of
5  women in the study.  True?
6    A.    I mean this paper is a statistical
7  analysis, that's correct.
8    Q.    That's right.
9        And if you'll turn to page 4, they
10  conducted quantitative bias analyses.  Do you see
11  that?
12    A.    Yes.
13    Q.    Where they first looked at a
14  scenario where there was no correction of data.
15  The second scenario was contradictory data was
16  corrected.  The third scenario was contradictory
17  data correction plus categorizing missing or
18  undefined as exposed.  And fourth, the scenario
19  was contradictory data correction with multiple
20  amputation of missing or undefined data.
21        Did I read that correctly?
22    A.    Yes.
23    Q.    And the authors go on to say on the
24  right-hand side at the top:  "Together,

Page 252

1  scenarios 2 and 3 demonstrate the range of
2  results" --
3    A.    I'm sorry -- I'm sorry -- Leigh,
4  I'm sorry.  Hold on one second.  The right-hand
5  side on the top?
6    Q.    Yes.  So page 4, right-hand side,
7  top of the page.  Top of the page --
8    A.    Oh, okay.  Sorry, the last sentence
9  of that paragraph.  Yes.
10    Q.    "We did this for each of 10 copies"
11  --
12    A.    I'm with you.  I'm with you.  Okay.
13    Q.    All right.  And then at the bottom
14  of that paragraph, they say:  "Together,
15  scenarios 2 and 3 demonstrate the range of
16  results defined by how women in the undefined
17  category are classified with the true exposure
18  distribution falling somewhere between the two
19  extremes."
20        Did I read that correctly?
21    A.    You read that correctly.
22    Q.    And they also, looking at the
23  bottom of that column, addressed the potential
24  for recall bias.  Correct?

Page 253

1    A.    That's what they said they did.
2    Q.    It says:  "We also generated a
3  single recall bias corrected estimate that
4  simultaneously corrected cases and non-cases.  We
5  assumed 25 percent of ovarian cancer initially
6  categorizes infrequent and short-term users were
7  reassigned to non-users."  Right?
8    A.    To be non-users, yes.
9    Q.    And they reported short-term use or
10  infrequent use, they made those people non-users,
11  correct?
12    A.    In 10 percent of the women without
13  ovarian cancer initially categorized as never
14  users were reassigned to infrequent short-term
15  users.
16    Q.    Yes.  And that was the assumption
17  that they make.  They said:  "HRs based on this
18  correction are included in the results as
19  examples of possible yet cautious estimates of
20  the association between genital talc use and
21  ovarian cancer after correcting for case
22  differential recall."
23        Did I read that correctly?
24    A.    Yes, you read that correctly.

64 (Pages 250 - 253)

Page 254

1    Q.    And you're critical of their
2 methodology.
3          MS. CURRY:  Object to the form.
4          THE WITNESS:  I am --
5 BY MS. O'DELL:
6    Q.    True?
7    A.    I am critical of this paper for
8 several different reasons.
9    Q.    Okay.  I want to hear them, but I
10 want to set the table a little bit more first,
11 okay?
12          If you'll turn over to page 7 of
13 this study, Table 2, this is a report of the four
14 scenarios we talked about a few minutes ago.
15 Correct?
16    A.    Yes.
17    Q.    And if you'll look at -- there's
18 scenario 2 and 3.  And we just read that the
19 authors feel that the true exposure distribution
20 is between scenario 2 and scenario 3.
21          Do you recall reading that?
22    A.    Yes.
23    Q.    And scenario 2 shows an increased
24 risk for ever use of talc with ovarian cancer of

Page 255

1 1.17.
2          Do you see that at the bottom?
3    A.    No.  I don't know what --
4    Q.    Scenario 2 at the bottom.
5    A.    Oh, okay.  So -- got it.  Okay.
6 Yep, I'm with you.
7    Q.    Scenario 2 is 1.17, and scenario 3
8 is 3.34.  Do you see that?
9    A.    Yes.
10    Q.    And the authors have stated that
11 they believe the true exposure distribution and
12 ostensibly the increased risk is between those
13 two data points.  Do you see that?
14          MS. CURRY:  Object to the form.
15          THE WITNESS:  So they're
16       proposing hypothetically that this is
17       where they believe the true exposure
18       data is.  One of these outcomes is a
19       nonstatistically significant finding,
20       and the other is a statistically
21       significant increased risk.  One of
22       these --
23 BY MS. O'DELL:
24    Q.    Yeah, so --

Page 256

1    A.    One of these outcomes is assuming
2 that the unexposed patients are actually
3 unexposed.  The other is assuming they're exposed
4 if they reported unexposed at enrollment and they
5 were missing data at follow-up.
6          And what the authors actually say
7 is that that category is actually overrepresented
8 by patients that were diagnosed with ovarian
9 cancer.  And that's back to where you and I were
10 before --
11    Q.    I want to see where you say that.
12 You say the authors state that?
13    A.    Yes, ma'am.
14    Q.    And I would like to understand what
15 you're talking about.
16    A.    Okay.  So I am on page 3, left-hand
17 column, and the authors -- it's the very last two
18 sentences of the left-hand column.
19          "We also used quantitative bias
20 analyses to implement different approaches for
21 imputing exposure in women who initially reported
22 never use but did not complete the follow-up
23 questionnaire.  These comparisons were crucial
24 for understanding potential biases as women with

Page 257

1 incident cancer were overrepresented in this
2 undefined group."
3    Q.    And so you read that correctly.
4 But they're not referring there specifically to
5 scenario 2 and 3, but they have said that women
6 with incident cancer were unrepresented in this
7 undefined group.  I agree with you.
8    A.    But that --
9          MS. CURRY:  Object to the form.
10          THE WITNESS:  But that is
11       scenario 3.  That is scenario 3.
12 BY MS. O'DELL:
13    Q.    So you view that to be scenario 3?
14          MS. CURRY:  Object to the form.
15          THE WITNESS:  Yes.
16 BY MS. O'DELL:
17    Q.    They go on to report in Table 3 --
18    A.    Let me get back there.  Sorry.
19    Q.    Table 3.
20    A.    Not there yet.  Okay, I'm there.
21    Q.    Page 10.  They -- if you look at
22 the ovarian cancer column with recall bias
23 correction.
24          Do you see that?

65 (Pages 254 - 257)

Page 258

1    A.    Yes.
2    Q.    And so this is their estimate, and
3  they're saying we assume there's some recall
4  bias, and we're going to correct for that. In
5  other words, we're going to reduce the risk
6  adjusted to account for recall bias. True?
7    A.    That's what they say. What I don't
8  understand is how do you decide what that
9  percentage should be.
10    Q.    And their analysis for ever versus
11  never use of genital talc, they reported a hazard
12  ratio of 1.40, and it was statistically
13  significant, correct?
14    A.    That number was there, but that's
15  drawn from them using a certain percentage of
16  patients that they say were at risk for recall
17  bias, and the designation of what that percentage
18  should be is arbitrary.
19    Q.    Okay. And -- and you view it as
20  arbitrary, but that's what the data shows on this
21  table, ever versus never is 1.40, if I stated the
22  data correctly.
23    A.    With the correction of --
24    Q.    Yes or no?

Page 259

1    A.    With the correction of 25 percent.
2  That's not what the data is if you used a
3  different number for the correction.
4    Q.    Well, it was 25 percent of women --
5  25 percent of women they're putting into
6  non-users that would -- that would decrease the
7  hazard ratio toward the null, correct?
8    A.    That's not the -- no, this is the
9  correction of the recall bias, and when you look
10  at --
11    Q.    I understand.
12    A.    When you look at the -- I'm trying
13  to find the table that I had before.
14    Q.    I want you -- so --
15    A.    Go ahead. I'm sorry. Yes, ma'am.
16    Q.    So just focus on this aspect,
17  because this is -- you know, if they took 25
18  percent of the women and put them out of -- took
19  them out of the group of users into -- and put
20  them into the group of non-users, that would
21  decrease the hazard ratio toward the null,
22  correct?
23    A.    That's not what the correction --
24  when I'm referring to the 25 percent, that's not

Page 260

1  what I'm referring to. What they did in this
2  statistical analysis was they looked at
3  reclassification at various percentages, and when
4  they reclassified 25 percent of the patients,
5  their results were statistically significant, but
6  when they reclassified 50 percent of the
7  patients, they weren't.
8    And so what I'm saying is arbitrary
9  is how do you decide that that's the percentage
10  that you should correct for? That in itself is
11  arbitrary.
12    Q.    Would you agree with me that -- and
13  you said this before -- most women begin to use
14  talc in their 20s, they used during their 20s and
15  30s, and they used it consistently or frequently.
16  You agree with that, right?
17    A.    What --
18    Q.    Based on the data that's in Cramer
19  and many other studies, true?
20    MS. CURRY: Object to the form.
21    THE WITNESS: What I said before
22    is that most women that use talc start
23    in either their teens or 20s, and the
24    average duration is about 20 years.

Page 261

1    That is what I have said before, and
2    that is based on Cramer and Wu.
3  BY MS. O'DELL:
4    Q.    And isn't it also true that women
5  who use talc and begin in that time period, they
6  used talc habitually?
7    MS. CURRY: Object to the form.
8    THE WITNESS: I don't -- I mean,
9    I don't know what the word "habitual"
10    really means. What I'm saying is that I
11    think they do have a duration of about
12    20 years.
13  BY MS. O'DELL:
14    Q.    And it's your opinion that more
15  than 25 percent of women who said that they were
16  a talc user, because we're talking about ever
17  versus never talc user, would have misrepresented
18  that data in a study questionnaire. Is that your
19  testimony --
20    MS. CURRY: Object to the form.
21  BY MS. O'DELL:
22    Q.    -- more than 25 percent would have
23  done it?
24    A.    I don't know. Because these

66 (Pages 258 - 261)

Page 262

1  calculations are arbitrary, so I don't actually
2  have any data on that.
3        What I do know -- the only thing
4  that I do know from Dr. O'Brien's prior
5  publication is that the women that are more
6  likely to say that they now use more talc or are
7  talc users are women that have been diagnosed
8  with ovarian cancer. That is the only population
9  out of her study in 2023 that increased their --
10  that had an increase in stating that they had
11  used talc when they had not before.
12     Q.    Okay. I think that misrepresents
13  what is being done here.
14        But if you'll turn to Table A1,
15  Dr. Saenz. Supplemental Table A1.
16     A.    Okay, I'm there.
17     Q.    And you look at women, and just
18  take it from the top, cases who ever used genital
19  talc reassigned to non-users. Do you see that?
20  It's the first group of data.
21     A.    Oh, yes. I'm sorry, yes.
22     Q.    Table A1.
23     A.    Yes. Go right ahead.
24     Q.    Zero reassigned -- zero percent

Page 263

1  reassigned. Do you see that?
2     A.    Yes.
3     Q.    There's been no adjustment
4  whatsoever.
5     A.    Correct.
6     Q.    Zero reassigned. What is the odds
7  ratio for that group of women?
8     A.    Well, it's a hazard ratio, and
9  it's --
10     Q.    Fair enough.
11     A.    -- 1.82.
12     Q.    And it's statistically significant,
13  correct?
14     A.    The confidence interval, yes, it's
15  statistically significant.
16     Q.    And if you look at the bottom of
17  the table when there's been a reassignment of
18  infrequent short-term users with ovarian cancer
19  to non-users, and 10 percent of non-case,
20  non-users to be short-term infrequent users is
21  1.40, correct?
22     A.    Correct.
23     Q.    And so when I said it was -- that
24  adjustment would bias it or reduce it towards the

Page 264

1  null, that was accurate, true?
2        MS. CURRY: Object to the form.
3        THE WITNESS: Assigning users to
4     non-users?
5  BY MS. O'DELL:
6     Q.    Yes.
7     A.    Yes. But again, it's a statistical
8  manipulation. It's not the actual data. So I
9  don't -- I don't know what that means. It could
10  just as easily look at some of the other
11  reassignments that are not statistically
12  significant.
13     Q.    Okay. So -- but the zero percent
14  reassignment is 1.82, and that's statistically
15  significant, correct?
16     A.    Correct. But what's most
17  interesting to me here is that that data is not
18  substantiated by Chang's publication on the exact
19  same women. The only difference being that these
20  women were requeried in 2017 to 2019 about their
21  talc use.
22        And so Chang looked at different
23  categories of hygiene products, et cetera, et
24  cetera, and talc was in that group. And even so

Page 265

1  looking at the Sister Study, Chang did not find
2  an increased risk in these same women for use of
3  the perineal application of talc and the
4  development of ovarian cancer, and that study was
5  published in 2024 as well.
6     Q.    Well, actually, in fact, what Chang
7  found was a 1.04 increased risk for one
8  frequency.
9     A.    No, Chang --
10        MS. CURRY: Object to the form.
11        THE WITNESS: When Chang pulled
12     out talc from the hygiene product
13     collective, the talc data was not
14     statistically significant. The hygiene
15     data had a statistical significance, and
16     that was contributed to by use of
17     douching products, but the actual talc
18     was not statistically significant.
19  BY MS. O'DELL:
20     Q.    Let's go back to Table 3, and look
21  at the column for recall bias correction.
22        Do you see that?
23     A.    Where -- am I missing this?
24     Q.    Table 3, ma'am.

67 (Pages 262 - 265)

Page 266

1    A.    I don't see recall bias correction.
2  Do you?  Oh, for ovarian cancer.  I'm sorry.
3  Okay, yes.
4    Q.    You're not running the clock on me,
5  are you, Dr. Saenz?
6    A.    Ma'am, come on now, you know me.
7    Q.    I'm teasing.  I'm teasing.
8    A.    I don't play games.
9    Q.    All right.
10    A.    I'm with you.  I'm with you.
11    Q.    Long-term use showed --
12  demonstrated a hazard ratio of 2.01, correct?
13  Statistically significant.
14    A.    Long-term use greater than two
15  decades --
16        MS. CURRY:  This is douching.
17        THE WITNESS:  Oh, down here.
18  Yes, ma'am, 2.01.
19  BY MS. O'DELL:
20    Q.    For ever versus never use in the
21  20s, it was 1.88 statistically significant,
22  correct?
23    A.    Ever versus never use in the 20s,
24  yes, that is correct.

Page 267

1    Q.    And then -- and then 2.08 was the
2  ever versus never hazard ratio for use in the
3  30s, correct?
4    A.    Correct.  And all of these were
5  recall bias corrections, so the manipulated
6  dataset.
7        MS. O'DELL:  Move to strike
8  "manipulated."
9  BY MS. O'DELL:
10    Q.    Let me ask you to turn to page 13.
11    A.    13?
12    Q.    Correct.
13    A.    I'm there.
14    Q.    Look at the right side of the page,
15  midway down, it says "Our findings."  Do you see
16  that?
17    A.    Yes, ma'am.
18    Q.    The authors concluded that the
19  positive association between genital talc use and
20  ovarian cancer in this study was consistent with
21  previous studies.  True?
22    A.    You're not asking me if you read it
23  correctly, right?  Because you editorialized
24  there, but --

Page 268

1    Q.    Yeah, but that's what their
2  conclusion was.
3    A.    That's their conclusion, yes.
4        MS. O'DELL:  Okay.  Let's go off
5  the record just for a moment, please.
6        THE WITNESS:  Yes, ma'am.
7        (Recess.)
8  BY MS. O'DELL:
9    Q.    So, Dr. Saenz, I want to move
10  forward in your report several pages, out of
11  epidemiology into a section that you entitled
12  "Inflammation as the mechanism by which talc
13  induces ovarian cancer."
14        And specifically, I want to -- oh,
15  forgive me, there's another title.  Sorry.  49 is
16  where I wanted to go, "Lack of data that talc
17  induces carcinogenesis in ovarian epithelial
18  cells."
19        Let me know when you turn there.
20    A.    I'm there.
21    Q.    And you have a discussion of -- of
22  the in vitro studies that have been done on talc.
23  You mentioned studies like the Shukla study,
24  Buz'Zard.  You also mention Emi, and then the

Page 269

1  work of Dr. Saed.
2        And I want to ask first is to have
3  you look at page 49, and the first sentence in
4  this section where you say:  "Plaintiff's experts
5  in this litigation have offered the opinion that
6  there is in vitro data and in vivo animal data
7  that talc can induce malignant transformation in
8  normal ovarian epithelial."
9        And you say:  "This is pure
10  speculation.  Often cited are in vitro studies
11  that report that talc can alter cell viability,
12  proliferation and gene expression, but none of
13  these endpoints are actual" -- excuse me -- "are
14  an actual demonstration of malignant
15  transformation and can in fact be manifestations
16  of normal cellular responses to any change in the
17  environment."
18        Did I read that correctly?
19    A.    Yes.
20    Q.    And this whole section in your
21  report is new.  Correct?
22        MS. CURRY:  Object to the form.
23        THE WITNESS:  I believe that I
24  had some discussion regarding Dr. Saed

68 (Pages 266 - 269)

Page 270

1  before, but I think that may be
2  augmented.  I don't know where the pink
3  copy is, but I think I had some
4  discussion of Dr. Saed before.
5  BY MS. O'DELL:
6      Q.    Is it your view that in order for a
7  study to demonstrate that talc induces
8  carcinogenesis that there must be malignant
9  transformation?
10     A.    Yes.
11     Q.    Is there any demonstration that
12 talc causes reactive oxygen species, gene
13 expression, cell proliferation, or anything else
14 that would persuade you that talc can induce
15 inflammation?
16         MS. CURRY:  Object to the form.
17         THE WITNESS:  So if what we see
18     is limited to those things that you just
19     characterized, then because those can
20     also be normal cellular functions, I do
21     not believe that an experiment can claim
22     that with the production of reactive
23     oxygen species, changes in gene
24     expression or increased proliferation,

Page 271

1      that that equates to malignant
2      transformation.  Those are things that
3      can be associated with a cancer
4      phenotype, but they can also be
5      associated with normal cellular
6      function.
7  BY MS. O'DELL:
8      Q.    And you understand that plaintiff's
9  experts are not arguing that some of those things
10 can also be associated with normal cell function.
11 You -- you understand that, correct?
12         MS. CURRY:  Object to the form.
13         THE WITNESS:  What I have seen
14     in their reports is that they have said
15     that seeing those things means that
16     malignant transformation has happened.
17     So -- I mean, we're sort of doing a
18     double negative.  By extraction, I'm not
19     saying that they're not saying that
20     those things can't be normal cellular
21     function, but they're saying basically
22     that those are hallmarks of malignant
23     transformation, and I'm saying it's not
24     mutually exclusive.

Page 272

1  BY MS. O'DELL:
2      Q.    And is it your understanding that
3  the plaintiff's experts are arguing that Shukla,
4  Buz'Zard, and Emi are demonstrating malignant
5  transformation?  Do you understand that to be
6  their conclusion?
7         MS. CURRY:  Object to the form.
8         THE WITNESS:  So originally
9     Dr. Clarke-Pearson actually did say that
10    about the Emi paper, but then in
11    deposition he retracted that statement
12    when he looked at the paper and saw that
13    it was a paper on macrophages and that
14    it was reflective of alterations in the
15    immune environment.
16 BY MS. O'DELL:
17     Q.    And is it your -- before I go on,
18 is it your evaluation and analysis that Dr. Wolf
19 in her report is opining that all in vitro
20 studies demonstrate malignant transformation?
21         MS. CURRY:  Object to the form.
22         THE WITNESS:  No, and I don't
23    think I said that she said that all in
24    vitro studies demonstrate malignant

Page 273

1      transformation.
2  BY MS. O'DELL:
3      Q.    I think you may have misspoke a few
4  minutes ago, and I just want to make sure that we
5  had an understanding.
6         So let me ask you about your review
7  of the in vitro studies regarding talc.  In your
8  discussion, did you endeavor to analyze all
9  published in vitro studies that evaluated talc?
10     A.    I don't know that I've looked at
11 all in vitro studies that involve talc, but I
12 believe that I've looked at multiple studies that
13 involve talc and the risk of developing ovarian
14 cancer or the purported risk of inducing
15 malignant transformation.
16     Q.    You note the Emi study --
17         MS. O'DELL:  And I want to mark
18    that quickly, and I guess that will be
19    Exhibit 29.
20         (Exhibit No. 29 was marked for
21         identification.)
22 BY MS. O'DELL:
23     Q.    The authors in Emi acknowledge that
24 talc is not inert.  Are you aware of that?

69 (Pages 270 - 273)

Page 274

1    A.    Can you direct me to where you are
2  saying they state that?  Oh, right there.  So
3  sorry.
4        So they put "inert" in quotes.  So
5  in other words, they're characterizing they don't
6  think they are inert.
7    Q.    They don't think that talc is
8  inert --
9    A.    Correct.
10   Q.    -- is that what you're saying?
11   A.    Yes.
12   Q.    And Emi was published in
13  Epigenetics, correct?
14   A.    Yes.
15   Q.    And with researchers from Brown
16  University, correct?
17   A.    And some other places, I think,
18  yeah.
19   Q.    That's fair.  University of Puerto
20  Rico, Brown University, and maybe Rhode Island
21  Hospital.
22        Do you have any criticism of the
23  methodology that the researchers in Emi used?
24        MS. CURRY:  Object to the form.

Page 275

1        THE WITNESS:  Well, so the
2    only -- I mean, the -- the problem --
3    one of the -- one of the problems that I
4    have with the Emi study is that they
5    used titanium dioxide beads as their
6    control, and they found that the cells
7    treated with their so-called control
8    actually had the same changes in
9    cellular metabolism and the changes they
10   observed with the titanium dioxide as
11   they did with the talc.
12       So that's not really a good
13   control because there were changes, and
14   they were the same types of changes that
15   the authors saw with the application of
16   talc.  So I think that's a problem that
17   you don't -- that there wasn't actually
18   a control that didn't induce those same
19   effects.
20 BY MS. O'DELL:
21   Q.    If you will turn to page 1068.
22  Left-hand column at the top.
23   A.    Yes.
24   Q.    They actually state that:  "Pathway

Page 276

1  analysis has identified that pathways affected by
2  talc included cell proliferation, immune response
3  in signaling, immunosurveillance, apoptosis.
4  These results help explain our prior finding of
5  reduced tumoricidal activity of J774 cells after
6  talc exposure."
7        I have -- the first question is --
8  the first sentence in talking about cell
9  proliferation, immune response in signaling and
10  immunosurveillance and apoptosis, those are all
11  part of the inflammation cascade, true?
12        MS. CURRY:  Object to the form.
13        THE WITNESS:  They certainly can
14    be.
15 BY MS. O'DELL:
16   Q.    And -- okay.  There's many more
17  questions I would like to ask you about that, but
18  I do not have time.
19   A.    We're done with that one?
20   Q.    We are.
21   A.    Okay.
22   Q.    So moving right along.  You did
23  not -- there's a study about "The effect of talc
24  particles on phagocytes in co-culture with

Page 277

1  ovarian cells" by Mandarino.
2        You did not review that paper, did
3  you?
4    A.    I did not.
5    Q.    I want to now turn your attention
6  to page 54 of your report.
7        MS. CURRY:  I'm sorry.  I just
8    have an objection to the last question.
9    Mandarino 2020 is actually cited in
10   her --
11       THE WITNESS:  Oh, so I guess I
12   did.  I didn't recall it.
13       MS. O'DELL:  Dawn, objection to
14   form I think is proper.
15       MS. CURRY:  I was just trying to
16   clarify for the record --
17       THE WITNESS:  I'm sorry.  I
18   guess I did.  I mean, it wouldn't be on
19   my list if I hadn't read it.  So I
20   apologize.  I'm not trying to keep
21   anything from you.  I just forgot.
22 BY MS. O'DELL:
23   Q.    You did not describe the Mandarino
24  paper in your report, did you?

70 (Pages 274 - 277)

Page 278

1    A.    No, but I believe that I read it
2 because I think Dr. Clarke-Pearson cited to it in
3 his report. And so sometimes when another expert
4 cites to a report, I'll go and look at it to see
5 if it's anything that I need to include.
6    Q.    And what was your basis for not
7 including it?
8    A.    I don't think it added anything to
9 the science.
10    Q.    You don't. Okay.
11        Turning to page 54. Your
12 discussion of asbestos begins on page 54, and in
13 your discussion -- and I'll just turn you to page
14 56, you focus on the Slomovitz publication from
15 2021, correct?
16    A.    You're in the middle of the page,
17 correct?
18    Q.    Yes, I am.
19    A.    Yes. I see that.
20    Q.    And Dr. Slomovich's paper does not
21 include any new research, correct?
22        MS. CURRY: Object to the form.
23        THE WITNESS: It's a summary
24    paper, correct. It's a review.

Page 279

1 BY MS. O'DELL:
2    Q.    It's a review?
3    A.    That's correct. It's an analysis
4 and a review, yes.
5    Q.    Well, it's a review paper, as you
6 pointed out, and as a criticism of other review
7 articles, it has no new primary data, correct?
8    A.    That is correct.
9    Q.    And focusing on Slomovitz -- and
10 just to make sure we're clear, it's your opinion
11 that it doesn't matter if there's asbestos in
12 Johnson's baby powder or Shower to Shower, your
13 opinion is that those products do not cause
14 ovarian cancer. Fair?
15    A.    Fair.
16    Q.    And since we talked last, you've
17 not seen any of the testing results or data about
18 the presence of asbestos in Johnson's baby powder
19 or Shower to Shower, true?
20        MS. CURRY: Object to the form.
21        THE WITNESS: Correct.
22 BY MS. O'DELL:
23    Q.    And Dr. Slomovitz and others -- by
24 the way, do you know these other authors,

Page 280

1 Dr. Slomovitz, Monk, Haydu, Taub and Coleman?
2    A.    I know several of them
3 professionally through --
4    Q.    That's what I'm asking.
5    A.    -- yeah, through the SGO, mm-hmm.
6 And through --
7    Q.    How do you know them?
8    A.    I know Dr. Slomovitz through the
9 SGO. I know Dr. Coleman because I believe he and
10 I both served on the board of directors for the
11 Foundation for Women's Cancer at the same time,
12 or at least we overlapped.
13        And I know Dr. Monk, I've had --
14 gosh, it goes way back -- I think when I was
15 interviewing for fellowship, he was a fellow, and
16 then I've run into him at various meetings.
17    Q.    Okay. Have you talked to him about
18 talc and ovarian cancer?
19    A.    No. Not any of them.
20    Q.    Does this Slomovitz review paper
21 state that talc is safe for use in the genital
22 area? Does it reach that conclusion?
23        MS. CURRY: Object to the form.
24        THE WITNESS: I don't believe

Page 281

1    that they draw that conclusion. I
2    believe that they conclude that there's
3    a problem with misclassification of the
4    cases potentially, and that without
5    actual review of the pathologic data to
6    separate peritoneal mesothelioma from
7    ovarian cancer cases, those
8    classifications are potentially
9    confounded.
10 BY MS. O'DELL:
11    Q.    And they actually say that the
12 cases may be misdiagnosed as from ovarian
13 cancer -- ovarian cancer cases may be
14 misdiagnosed, and they're really primarily
15 peritoneal or peritoneal mesothelioma --
16    A.    Uh --
17    Q.    Let me strike that and start again.
18 I misspoke.
19    A.    Yeah.
20    Q.    They say some ovarian cancers may
21 be misdiagnosed and they're really mesothelioma.
22 They also acknowledge that some mesothelioma
23 cases may be misdiagnosed and are really ovarian
24 cancers. True?

71 (Pages 278 - 281)

Page 282

1    A.    I think that based on when those
2  cases were analyzed that were reviewed, the ones
3  they're commenting on for IARC to make their
4  conclusions, since we didn't have the
5  immunohistochemistry techniques that we do now,
6  that's certainly a problem potentially.  Also
7  because a lot of the classifications were done
8  off of death certificates and not actually
9  medical records, that's also a problem.
10    Q.    So if you will turn to page 127,
11  Dr. Saenz, of the Slomovitz paper.
12    A.    I don't have it.  We didn't mark it
13  yet.
14    Q.    I thought we marked it as exhibit
15  --
16    A.    No, ma'am.  Paula is working on it.
17        MS. O'DELL:  Sorry, Paula, if I
18  got ahead of you.  Exhibit 29, I guess.
19        MS. BROWN:  30.
20        MS. O'DELL:  30.
21        (Exhibit No. 30 was marked for
22        identification.)
23        MS. CURRY:  You have about two
24  minutes left on general, Leigh.

Page 283

1        THE WITNESS:  Page 120 what?
2    I'm sorry, Ms. O'Dell.
3  BY MS. O'DELL:
4    Q.    127.
5    A.    Thank you.
6    Q.    They say that:  "Given the quality
7  of the evidence, the counterargument could be
8  made, namely that the incident rates of ovarian
9  cancer actually is much higher, and that the
10  peritoneal malignant mesothelioma cases are
11  actually misdiagnosed ovarian cancers."
12        Did I read that correctly?
13    A.    Yes.
14    Q.    And looking at your report,
15  Dr. Saenz, on page 50 -- 57 and 58, does that
16  encompass your review of the most recent studies
17  published on ovarian cancer and asbestos
18  exposure?
19    A.    I think that the Dalsgaard study
20  from 2022 is the most comprehensive and certainly
21  the largest study that I have ever seen, and
22  certainly followed study subjects for a much
23  longer time than any of the other prior
24  publications.

Page 284

1    Q.    Have you endeavored to identify all
2  of the recent publications regarding ovarian
3  cancer and exposure to asbestos and described
4  them in your report?
5    A.    No, not in the same way that I did
6  for talc.  Primarily because, again, if asbestos
7  was in the talc, then the baby powder literature
8  should reflect an increased risk of developing
9  ovarian cancer.  And so what the actual
10  constituents are in the baby powder do not matter
11  to me because the baby powder literature doesn't
12  reflect the increased risk of developing ovarian
13  cancer with the perineal application of talc.
14    Q.    Well, in fact, there is literature
15  that does reflect an increased risk, Dr. Saenz.
16  It's your opinion that it's not causal, correct?
17        MS. CURRY:  Object to the form.
18        THE WITNESS:  For talc or
19  asbestos?
20  BY MS. O'DELL:
21    Q.    Talc.
22    A.    No, I disagree with that.  I do not
23  believe --
24    Q.    That --

Page 285

1        MS. CURRY:  Go ahead, finish.
2        THE WITNESS:  I do not believe
3    there is an increased risk of developing
4    ovarian cancer with the perineal
5    application of talc.
6  BY MS. O'DELL:
7    Q.    And it's your opinion that there's
8  no data published in the literature regarding
9  genital use of talc and ovarian cancer that
10  demonstrates an increased risk.  Is that your
11  testimony?
12        MS. CURRY:  Object to the form.
13        THE WITNESS:  My opinion is that
14    the literature that has been published
15    is inconsistent.  The studies that have
16    found a positive association are
17    inconsistent with the studies that have
18    not found a positive association.  The
19    strength of association is weak.  There
20    is no biologic plausibility for either
21    the migration or the actual mechanism by
22    which the talc would induce malignant
23    transformation.  And there's also no
24    data for migration from the perineum,

72 (Pages 282 - 285)

Page 286

1  and there's no biologic gradient data.
2  There is no evidence of a dose-response
3  curve in any of the published
4  literature.
5  BY MS. O'DELL:
6      Q.    Based on your -- in your opinion.
7      A.    That's what I'm here for is my
8  expert opinion, and that is my expert opinion.
9      Q.    Thank you.
10         All right.  I think that's my time
11  for general, and I have what I believe to be 15
12  minutes left or so for a few more Converse
13  questions.
14         So, Dr. Saenz, if I could ask you
15  to dig out the Converse report, if you don't
16  mind.
17     A.    Yes, ma'am.
18         MS. O'DELL:  And, Leslie, would
19  you mind -- or someone tell me exactly
20  how many minutes you think I have.
21         And I'll try to be considerate
22  of your time, Dr. Saenz.
23  BY MS. O'DELL:
24     Q.    Dr. Saenz, I hope you can find your

Page 287

1  report.
2      A.    I have it.  It's Exhibit 9,
3  Ms. O'Dell.
4      Q.    Thank you.
5      A.    You're welcome.
6      Q.    I had a genius system that doesn't
7  appear to have worked, but I will get there.
8      A.    Always the downfall.
9      Q.    I know.  I know.  I was trying.
10         MS. CURRY:  You have 16 minutes
11  left in total.
12         MS. O'DELL:  We can do it.  All
13  right.  I did have a system.  I just
14  didn't know what it was.
15  BY MS. O'DELL:
16     Q.    So I'm back at Ms. Converse.  And
17  Ms. Converse we talked about several times, but
18  just to reset the table, Ms. Converse was a daily
19  user of talc, right?
20     A.    Correct.
21     Q.    And I want to calculate how
22  Ms. Converse would have been treated to evaluate
23  her risk under the Chang study.
24         MS. O'DELL:  You know, so I'll

Page 288

1  mark that Chang 2024 as Exhibit 31.
2         (Exhibit No. 31 was marked for
3         identification.)
4         MS. O'DELL:  And I think we have
5  not only the Chang study, but also the
6  tables.
7         MS. BROWN:  Yes.
8         MS. O'DELL:  And the tables may
9  be separate, and I will mark -- it's S4,
10  Table S4, and I'll go ahead and just
11  mark that as Exhibit 32.
12         (Exhibit No. 32 was marked for
13         identification.)
14         MS. BROWN:  So I have Chang S5.
15         MS. O'DELL:  Oh, do you?  I will
16  put up Chang S4 because that's the table
17  that we need.
18         MS. BROWN:  Okay.
19  BY MS. O'DELL:
20     Q.    So first, Dr. Saenz, just setting
21  the table for Chang 2024, it was an analysis from
22  the Sister Study.  True?
23     A.    Correct.
24     Q.    And it looked at a myriad of

Page 289

1  personal care products, everything from not only
2  talc to douching to baby oil, blemish products.
3  It looks at eyeshadow, mascara, hair spray.
4      A.    It looked at categories, if you
5  will.  So there was a beauty category, a hygiene
6  category, a skin care category, and within each
7  of those categories were various and sundry
8  products.
9      Q.    Right.  And so talc was included in
10  the hygiene category.  Fair?
11     A.    Correct.
12     Q.    And I would like to take you to
13  Figure 4, which is page 10 of the Chang study.
14         And just let me know when you get
15  there.
16     A.    I'm there.
17     Q.    And in the middle of the page, it
18  looks at hygiene, and in the single product
19  category looks at everything from bath gel,
20  deodorant, douching, mouthwash, and then talc
21  under arm, talc vaginal, and talc other.
22         And you would agree with me that
23  Ms. Converse's primary use of talc is talc in the
24  vaginal area, correct?

73 (Pages 286 - 289)

Page 290

1    A.    No, I think it was talc in the
2  perineal area.
3    Q.    And you would view that as
4  different as this category that they've
5  identified as talc in the vaginal area?
6    A.    I -- I don't ever say that the
7  vagina is the perineum. I don't exactly know why
8  these authors used the word "vagina." I don't
9  think these women were putting talc up into their
10  vagina. I think they were applying it to their
11  perineum, at least that's what the data from the
12  original Sister Study said. So I don't know why
13  these authors call it "vaginal," but it's not the
14  vaginal application of talc.
15    Q.    Well, you're not disagreeing with
16  me that these authors when they describe talc,
17  paren, "vaginal," close paren, that they are
18  intending to describe perineal application of
19  talc?
20    A.    I think you and I --
21        MS. CURRY: Object to the form.
22        THE WITNESS: I think you and I
23    are on the same page with that. I don't
24    think that this paper, especially since

Page 291

1    it's not new study subjects, correct,
2    it's women from the Sister Study, these
3    were women that were studied placing
4    talc on their genitals, not up into
5    their vagina.
6  BY MS. O'DELL:
7    Q.    Well, we were doing great until we
8  got to that. I mean, we don't know that. We
9  know that they are placing it on the perineum,
10  but we don't know if it could have been moved
11  into the vagina through intercourse, moved into
12  the vagina through tampons or any other source,
13  correct?
14        We just know in general this is the
15  category that covers perineal use. We're in
16  agreement, right?
17    A.    I think that's fair.
18    Q.    And if you look at Table 4, it is
19  an adjusted association between one frequency
20  category increase and the use of personal care
21  products and ovarian cancer. Correct?
22    A.    Yes.
23    Q.    And in this instance, talc in this
24  single product, one frequency, its dot, or its

Page 292

1  estimate is just to the right of 1, correct?
2    A.    Correct.
3        MS. CURRY: Object to the form.
4  BY MS. O'DELL:
5    Q.    And if you -- and of course, they
6  looked at uterine cancer in this study, and we're
7  not talking about uterine cancer. We're only
8  talking about ovarian cancer. Can we agree on
9  that?
10    A.    Well, we talked about uterine
11  before, but yes, we're just talking about ovary
12  right now.
13    Q.    For this moment --
14    A.    For this moment.
15    Q.    -- -- for Chang, that's what we're
16  talking about is ovarian cancer.
17    A.    Fair enough.
18    Q.    And if you'll turn to page 14, on
19  the left-hand side --
20    A.    I'm there.
21    Q.    -- last full paragraph. Do you see
22  that, this study?
23    A.    Yes.
24    Q.    Go down midway of the paragraph, it

Page 293

1  says: "All of the observed effects of one
2  frequency level increase were modest in
3  magnitude. The impact would be more substantial
4  when comparing the most frequent users with never
5  users. For example, an 8 percent higher hazard
6  of postmenopausal breast cancer for a one
7  frequency level increase in the beauty mixture
8  use could translate into" -- excuse me, "could
9  translate to approximately a 36 percent higher
10  hazard for the most frequent users compared with
11  never users."
12        Did I read that correctly?
13    A.    You read that correctly.
14    Q.    And what they're saying is that
15  when you look at the increased risk for one
16  frequency, that's only one part of the picture,
17  right?
18        If you have a person that's using
19  multiple times a week, then you actually have to
20  multiply the increased risk in order to know the
21  true rate. True?
22        MS. CURRY: Object to the form.
23        THE WITNESS: They don't show
24    that data. I mean, the frequency that

74 (Pages 290 - 293)

Page 294

1　they're looking at is this is a
2　basically an ever/never, and they're not
3　being -- they're not able to drill down
4　to more increased frequency of
5　application, and they don't actually
6　show that data. I think that that's a
7　hypothesis that they're putting forth,
8　but they don't actually show that data.
9　BY MS. O'DELL:
10　　Q.　Well, do they say it's a
11　hypothesis?
12　　A.　They don't have to. It's in their
13　Discussion section. It's not in their Results
14　section.
15　　Q.　Well, not every statement in a
16　Discussion section is an hypothesis, Dr. Saenz.
17　They're saying this categorically that the impact
18　would be substantially -- would be more
19　substantial when comparing the most frequent
20　users with never users, and then they give an
21　example. Correct?
22　　　　MS. CURRY: Object to the form.
23　　　　THE WITNESS: They're just
24　putting that data forth without actual

Page 295

1　data from the Results section being able
2　to draw that conclusion. So this is
3　them putting forth a proposal. It is
4　not something that is supported by the
5　Results section of their paper.
6　BY MS. O'DELL:
7　　Q.　And you are saying that to a
8　reasonable degree of scientific certainty?
9　　A.　Yes.
10　　Q.　So, Dr. Saenz, if you took -- and
11　I'm going to share my screen, and you should see
12　in this a calculator. So I want to --
13　　　　MS. CURRY: No, she's not --
14　she's sharing her screen.
15　BY MS. O'DELL:
16　　Q.　Do you see my -- the calculator I
17　have on the screen?
18　　A.　Sure.
19　　Q.　And if the increased risk is
20　8 percent, so in other words, based on the data
21　we've seen previously, 1 -- excuse me -- 1.08.
22　Do you see that?
23　　A.　Yes.
24　　Q.　And you multiply 1.08 times 4 times

Page 296

1　or four times a week -- do you see what I'm doing
2　here?
3　　　　MS. CURRY: I'm -- I object.
4　I'm not -- I have no idea what you're
5　doing here.
6　　　　MS. O'DELL: Well, I'm just --
7　follow the calculation, if you don't
8　mind.
9　　　　MS. CURRY: Well, we've been
10　going for 12 minutes since you said you
11　were turning to Converse, and we haven't
12　said the word "Converse" or looked at
13　anything about her case --
14　　　　MS. O'DELL: I actually have,
15　Dawn. I will -- I will -- I've actually
16　asked about Converse, but --
17　BY MS. O'DELL:
18　　Q.　And so let me be clear, you know,
19　the -- let me pull up the Converse tables, and I
20　will -- let's do the calculation. I wanted to
21　try to explain the calculation as they put it in
22　the discussion for this example, and then show
23　you what it would be for Converse.
24　　　　Do you understand what I'm doing?

Page 297

1　　A.　No.
2　　Q.　Okay. Fair enough.
3　　A.　Because I think you're making an
4　assumption here that when they say there is a one
5　frequency level increase with 8 percent, that
6　that somehow correlates to an application once a
7　week. And those two don't -- that's not what it
8　is. It's not -- you multiply it times four
9　because you use it four days a week. That's not
10　what it is.
11　　Q.　That's not what I'm doing, by the
12　way.
13　　A.　Okay. Well, that's why I'm
14　confused.
15　　Q.　Yeah, fair enough. Let's just make
16　it Converse because I want to meet Dawn's
17　objection.
18　　　　This is Table S5. I'm sure -- S4,
19　excuse me, association between one frequency
20　category increase in use of a single personal
21　care product in breast and ovarian and uterine
22　cancer.
23　　　　Do you see that clearly?
24　　A.　Yes.

75 (Pages 294 - 297)

Page 298

1     MS. O'DELL:  And I will put this
2   in the chat, Leslie, so we can mark the
3   table.
4   BY MS. O'DELL:
5     Q.    But it's Table S4.  And this is --
6   I'm in the ovarian cancer column.  Do you see
7   that?
8     A.    Yes.
9     Q.    And I tried to highlight it so it
10  would be clear to see.  And so I will scroll down
11  to the hygiene category, and you see I've
12  highlighted "talc vaginal," and it's the -- fully
13  adjusted as a ratio is 1.04.
14     Do you see that?
15     A.    Yes.
16     Q.    And so going back to my example --
17  and I'll just stop using the one that's in the
18  study, and just clear this out so it's
19  essentially zero -- and let's calculate
20  Ms. Converse and what it would be -- forgive me,
21  I just need to open this again -- what it would
22  be under the scenario 1.04.
23     Do you see that?  1.04 is what the
24  hazard ratio or the adjusted ratio was -- fully

Page 299

1   adjusted hazard ratio was for talc in the vaginal
2   area.  Correct?
3     MS. CURRY:  Object to the form.
4   Are you ignoring the statistical
5   significance?
6     MS. O'DELL:  I'm not.
7   BY MS. O'DELL:
8     Q.    I'm saying that's the hazard ratio
9   that they reported in this table.  True?
10     MS. CURRY:  Object to the form.
11  BY MS. O'DELL:
12     Q.    This 1.04.
13     A.    For talc, correct.
14     Q.    And so if you took -- if she's a
15  seven-day-a-week user, which is what she is,
16  right?  Ms. Converse is a seven-day-a-week user,
17  daily user?
18     A.    Correct.
19     Q.    And she's not a one-time frequent
20  user.  She's a seven-day user, true?
21     A.    This isn't a one-time frequent
22  user.  That's where you're losing me.  So I'm not
23  quite sure how you're taking that phrase and
24  translating it into the number of days.  It

Page 300

1   doesn't say that.
2     Q.    Well, what they say in their study,
3   and you have it there in front of you, they said:
4   "The impact" -- they're talking -- "although the
5   observed effects of one frequency level increase
6   were modest in magnitude," that would be true of
7   talc, "the impact would be more substantial when
8   comparing the most frequent users with never
9   users."
10     That's what we read earlier,
11  correct?
12     A.    That's a sentence that they put
13  forth, but they don't show the data for that.
14     Q.    They go forward and they do show
15  data.
16     A.    No --
17     Q.    They say, for example -- let me
18  just finish -- "An 8 percent higher hazard of
19  postmenopausal breast cancer for one frequency
20  level increase in the beauty mixture use could
21  translate to approximately 36 percent higher
22  hazard for the most frequent users compared with
23  never users."
24     Did I read that correctly?

Page 301

1     A.    You read it correctly, but that's a
2   proposition.  They say "could."  That's not
3   actual data.
4     MS. CURRY:  And we're actually
5   at -- we're over the time allotted for
6   seven hours at this point.
7     MS. O'DELL:  Okay.  So I have no
8   more time, that's seven hours?
9     MS. CURRY:  It's seven hours.
10     MS. BROWN:  Leigh, can you put
11  the last exhibit in the chat so we can
12  have it --
13     MS. O'DELL:  I would be happy
14  to.  It's Table S4, but it's all in one
15  Excel spreadsheet.
16     All right.
17     MS. CURRY:  I think -- hold on,
18  I have one question just so that the
19  exhibit is clear.  On my tables for
20  Chang, Table S4 that's at the top that
21  you're using, on the bottom it's
22  actually labeled as Table S5.  So I just
23  want to make sure that when you mark it,
24  if you went to the tab, it would be

76 (Pages 298 - 301)

Page 302

1    Table S5, but in reality at the top,
2    it's Table S4 is the one that we've been
3    using, just so the right one is marked
4    as an exhibit.
5            THE WITNESS:  Maybe you do have
6    it, Paula.  So Paula might have it.
7            MS. CURRY:  Let me see it and
8    you might not have to put it in there.
9            MS. O'DELL:  I think -- well,
10   let's see what you have, Paula.
11           MS. CURRY:  No, this is the
12   wrong one.
13           MS. O'DELL:  It's mislabeled.
14   Actually --
15           MS. CURRY:  Yeah.
16           MS. O'DELL:  -- what I had
17   pulled down from the paper itself is the
18   actual spreadsheet I showed.  So I think
19   they actually mislabeled it in the
20   published version or the online version
21   the tables at the bottom.
22           So with your agreement, Dawn, I
23   will make a PDF of Table S4 so it's
24   clear, and I will e-mail it to -- to --

Page 303

1    maybe, Leslie, you can send me your
2    e-mail, and I will e-mail everybody so
3    you have it, and that will be what is
4    marked as Exhibit 32.
5            Do we have agreement that that
6    works?
7            MS. CURRY:  That works.  Thank
8    you.
9            MS. O'DELL:  Okay.  Great.
10   Dr. Saenz, thank you for today.
11           THE WITNESS:  Thank you.
12           MS. O'DELL:  And hope everybody
13   has a good evening.  We will see you all
14   tomorrow.
15           THE WITNESS:  Nine o'clock
16   tomorrow, Leigh?  I'm just confirming.
17           MS. CURRY:  Yes, that's right.
18           (Whereupon, the deposition of
19           CHERYL C. SAENZ, M.D. was
20           adjourned at 5:30 p.m.)
21
22
23
24

Page 304

1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2        The undersigned Certified Shorthand
3    Reporter does hereby certify:
4        That the foregoing proceeding was
5    taken before me at the place and time therein
6    set forth, at which time the witness was duly
7    sworn; That the testimony of the witness and
8    all objections made at the time of the
9    examination were recorded stenographically by
10   me and were thereafter transcribed, said
11   transcript being a true and correct copy of my
12   shorthand notes thereof; That the dismantling
13   of the original transcript will void the
14   reporter's certificate.
15       In witness thereof, I have
16   subscribed my name this date:  July 2, 2024.
17
18       _____
19       LESLIE A. TODD, CSR, RPR
20       Certificate No. 5129
21
22
     (The foregoing certification of
23   this transcript does not apply to any
     reproduction of the same by any means,
24   unless under the direct control and/or
     supervision of the certifying reporter.)

Page 305

1        INSTRUCTIONS TO WITNESS
2        Please read your deposition over
3    carefully and make any necessary corrections.
4    You should state the reason in the appropriate
5    space on the errata sheet for any corrections
6    that are made.
7            After doing so, please sign the
8    errata sheet and date it.
9            You are signing same subject to the
10   changes you have noted on the errata sheet,
11   which will be attached to your deposition.  It
12   is imperative that you return the original
13   errata sheet to the deposing attorney within
14   thirty (30) days of receipt of the deposition
15   transcript by you.  If you fail to do so, the
16   deposition transcript may be deemed to be
17   accurate and may be used in court.
18
19
20
21
22
23
24

77 (Pages 302 - 305)

Page 306

```
1        - - - - -
2      E R R A T A
3        - - - - - -
4   PAGE LINE CHANGE
5   ____ ____ _____
6   REASON: _____
7   ____ ____ _____
8   REASON: _____
9   ____ ____ _____
10  REASON: _____
11  ____ ____ _____
12  REASON: _____
13  ____ ____ _____
14  REASON: _____
15  ____ ____ _____
16  REASON: _____
17  ____ ____ _____
18  REASON: _____
19  ____ ____ _____
20  REASON: _____
21  ____ ____ _____
22  REASON: _____
23  ____ ____ _____
24  REASON: _____
```

Page 307

```
1        ACKNOWLEDGMENT OF DEPONENT
2        I,_____, do hereby
3   certify that I have read the foregoing pages,
4   and that the same is a correct transcription
5   of the answers given by me to the questions
6   therein propounded, except for the corrections
7   or changes in form or substance, if any, noted
8   in the attached Errata Sheet.
9
10  Dated: _____
11
12  _____
13  CHERYL C. SAENZ, M.D.
14
15  Subscribed and sworn to
16  before me this
17  _____day of_____,20___.
18  My commission expires:_____
19  _____
20  Notary Public
21
22
23
24
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com

[& - 161]

| & | | | |
|---|---|---|---|
| **&**  1:6 3:7,13,20 6:10 7:11 45:15 | **1.08.**  295:21 | **1.57.**  204:9 | **120**  283:1 |
| | **1.09**  213:8,24 | **1.65.**  232:11 | **127**  282:10 |
| **0** | **1.12**  145:10,19 145:22 146:7 | **1.71**  204:19 | 283:4 |
| **0.85**  177:9 | **1.13**  210:9 211:1 | **1.71.**  205:17 | **128**  5:21 |
| **0.97**  204:7 | **1.17**  218:10 255:7 | **1.72**  232:22 | **13**  5:20 6:19 15:18 127:24 |
| **0.99**  218:9 | **1.17.**  209:7 255:1 | **1.82**  264:14 | 128:2,23 129:3 |
| **02210**  3:22 | **1.19**  204:9 218:12 | **1.82.**  263:11 | 130:5 133:8 |
| **1** | **1.2.**  177:9 | **1.84.**  145:4 | 154:2,5,6 164:3 |
| **1**  1:24 4:9 6:14 9:22,23 51:20 | **1.22**  204:5 | **1.88**  266:21 | 186:24 188:4,5 |
| 54:4 101:15 146:24 148:22 | **1.25.**  145:11,20 146:8 | **10**  5:14 77:12 98:23,24 99:4 | 191:16 197:2 199:14 218:15 |
| 151:15 163:9 193:9 199:22 | **1.26**  210:10 | 134:5,11 158:19 191:2 | 245:24 246:23 267:10,11 |
| 202:19 208:23 209:12 230:3 | **1.27**  236:7 237:4 | 194:9 240:20 245:24 246:23 | **13,592**  141:18 143:15 |
| 234:3,11,12 235:9,21 | **1.29**  232:22 | 252:10 253:12 257:21 263:19 | **136**  5:25 |
| 236:23 249:4 292:1 295:21 | **1.31**  204:17 205:1,16 232:10 | 289:13 | **14**  5:22 12:14 88:2 93:5 |
| **1,509**  162:8 | **1.36**  204:8 | **100,500**  37:2 | 136:22,23 137:5 292:18 |
| **1.01**  145:11,20 146:8 204:18 | **1.38**  145:3 | **101**  5:16 | **14542**  304:17 |
| 205:1,16 210:10 218:12 | **1.40**  236:15 258:12,21 263:21 | **1068**  275:21 | **1490**  3:14 |
| **1.02**  177:8 | **1.40.**  236:11 | **10th**  126:24 | **15**  6:4 159:15 159:16,18 |
| **1.04**  145:4 265:7 298:23 | **1.47**  205:1 232:10,21 236:15 | **11**  5:16 100:24 101:2,10 104:1 | 160:2,9 166:24 286:11 |
| **1.04.**  298:13,22 299:12 | **1.47.**  233:17 | 156:13 157:18 227:24 | **155**  3:21 |
| **1.08**  209:6,20 218:9 295:24 | **1.49**  232:22 | **112**  5:19 | **16**  6:6 37:11 60:5 159:15 |
| | **1.53**  204:8 | **12**  5:17 15:18 26:18 44:8 112:23,24 120:5,6,11,13 121:7,12,18 154:4 240:21 245:23 246:22 296:10 | 161:4,13 168:5 186:24 287:10 |
| | | | **16-2738**  1:6 |
| | | | **160**  6:5 |
| | | | **161**  6:9 |

[168 - 2023]                                                                Page 2

**168**  6:13,15
**16th**  37:7
**17**  6:10 27:21
28:6 57:12,12
168:5,6,9,20
169:23,23
170:22 171:1,8
171:9
**178**  6:19
**18**  6:14 34:5,5
168:13,15
169:23 170:4,6
170:16,17
171:10 188:5
**182**  4:24
**183**  169:1
**184**  6:21
**19**  1:15 4:13,16
6:16 178:9,10
200:7,11
**192**  6:25
**195**  7:9
**1962**  88:1 89:5
**1971**  52:15,19
52:21
**1982**  139:8
**1990s**  60:10
**1997**  154:20

**2**

**2**  4:12 7:25
18:23 19:1
20:12 21:17
31:24 46:1
51:21 52:20
54:2 55:22

58:15 59:20
60:11 95:3
100:13 101:16
102:2 104:24
105:8 110:7,24
115:4,7 116:7,9
116:13 117:1
118:7 120:19
121:13,19,24
122:3,9 140:17
143:8 146:24
157:14 166:19
185:20 194:6
200:13,17,21
201:1,12 209:4
224:16,20
225:23 227:19
227:24 229:13
229:14 230:7
232:8 252:1,15
254:13,18,20
254:23 255:4,7
257:5 304:16
**2,213**  208:24
**2,295**  162:9
**2,600**  195:23
**2.01**  266:12
**2.01.**  266:18
**2.08**  267:1
**20**  6:20 25:8,10
89:19,23 117:3
117:8 155:9,15
183:24 184:1,7
211:19 212:1,6
247:1 260:24
261:12 307:17

**20,000**  89:6,13
90:14
**200**  149:19
**2000**  57:23
**2001**  107:14
**2002**  15:17
**2003**  238:14
**2007**  126:24
154:20
**2008**  190:14
**2009**  135:16
190:5 238:14
**2010**  98:4
**2012**  182:24
**2013**  138:19
**2014**  15:19
117:2,7 123:11
**2015**  15:19
203:9
**2016**  90:9
135:16
**2017**  4:24 5:19
50:18 56:24
57:24 88:3 89:5
104:22,23
113:3 114:16
238:9,17
239:16 240:2
244:16,22
245:5 248:1,3
248:12 250:3
250:14 264:20
**2018**  190:7
**2019**  4:16,19
19:18 21:6,11
28:11 29:8,12

32:3,19,21 33:5
33:15 36:1,2,8
36:22 37:5,8,13
37:19 43:15,19
61:15 62:1,3
192:2 238:10
238:17 239:16
240:3 244:17
244:22 245:5
248:1 249:24
264:20
**202**  7:15
**2020**  7:20 63:13
161:18,22
183:12 208:8
208:18 217:9
225:18 227:24
228:2,4 230:16
231:4 247:18
249:20 250:16
277:9
**2021**  39:2 42:4
42:9 43:5
201:19 249:24
278:15
**2022**  7:25 31:14
31:16 37:22
38:8,20 39:3,12
39:20 40:4,22
41:2 94:9,23
183:21 196:17
223:19,20
283:20
**2023**  6:13,15
22:14 31:17
167:9 223:18

**[2023 - 41]**                                                    Page 3

262:9

**2024** 1:15 4:13
4:17 5:13 6:19
8:8,24 11:19
19:18 20:14
21:8,12,16 23:9
24:2 28:5 32:18
32:23 33:6,16
34:3 41:21
44:11 57:1 77:5
88:20 107:18
178:17 183:15
184:18 243:1,5
243:11,17
265:5 288:1,21
304:16

**208** 7:18

**2096** 218:5

**2097** 217:15

**20s** 88:16
211:17,18
246:6 260:14
260:14,23
266:21,23

**21** 4:13 6:22
156:2 170:17
170:18,23
171:9,10
191:24 192:1,3
201:17

**217** 7:20

**218** 3:8

**21st** 20:14 21:8

**22** 7:4 15:16
176:7 191:23
195:8,10,13

**22,800** 39:9

**223** 7:25

**226** 128:7

**23** 4:17 7:10
147:23 201:24
202:1,10,11
208:9

**233** 189:23

**234** 189:23

**238** 8:7

**24** 7:16 53:10
156:2 208:10
208:12

**243** 8:10

**25** 4:16 60:13
63:12 149:13
150:21 164:8
216:22,24
217:1 247:1
253:5 259:1,4,5
259:17,24
260:4 261:15
261:22

**25th** 37:22 38:1
38:2,8 39:3,12

**26** 7:20,21
223:22,23

**26,812.50.**
39:16

**269-2343** 3:10

**27** 8:4 170:5
236:24 237:24
238:1

**273** 8:14

**28** 5:13 8:8
243:2,8,17

**282** 8:17

**288** 8:23,24

**28th** 11:19

**29** 8:11 273:19
273:20 282:18

---

**3**

**3** 4:14 19:11,12
21:4 24:8 55:22
76:20 77:6,7
107:1,2,3
118:11 146:24
149:12 162:5
169:10 178:14
185:7 213:14
213:16,18
244:24 252:1
252:15 254:18
254:20 255:7
256:16 257:5
257:11,11,13
257:17,19
265:20,24

**3,049** 240:19

**3.34.** 255:8

**30** 8:15 77:17
79:2 208:1,2
249:17 250:5
282:19,20,21
305:14

**300** 114:23

**307** 1:24

**30s** 88:16
211:23 246:6
260:15 267:3

**30th** 37:18

**31** 8:18 214:7,8
288:1,2

**32** 8:24 219:9
223:18 288:11
288:12 303:4

**33** 175:24
232:19

**334** 3:10

**338-1100** 3:16

**34** 125:22

**35** 4:19 212:2

**35,812.50** 39:12

**36** 293:9 300:21

**36,000** 38:12

**36,187.50** 37:24
38:12

**3600** 90:6

**36104** 3:9

**365** 89:6

**379** 240:11,12

**383** 241:7

---

**4**

**4** 4:17 23:21,22
147:1 251:9
252:6 289:13
291:18 295:24

**40** 25:11 59:13
155:9,15 171:5
171:8,18,24
187:14 212:2
237:8

**40s** 211:23

**41** 4:21

**[43,215 - accountable]**                                                    Page 4

| | | | |
|---|---|---|---|
| **43,215** 37:8,15 | **58** 95:6 179:14 | **75** 187:8 | **9:13** 1:16 |
| **439-2000** 3:23 | 283:15 | **750** 41:3 | **a** |
| **45** 166:11 | **5:30** 303:20 | **7500** 90:10 | **a.m.** 1:16 |
| 246:24 | **5th** 128:19 | **76** 53:12 | **a1** 262:14,15,22 |
| **46** 190:3 | **6** | **78,502.60** 37:19 | **abbreviate** 17:8 |
| **47** 232:13 | | **8** | **ability** 182:8 |

**43,215** 37:8,15
**439-2000** 3:23
**45** 166:11
246:24
**46** 190:3
**47** 232:13
**48.25** 94:19
**49** 4:24 268:15
269:3

**5**

**5** 4:18 35:7,8
36:14 46:7,14
77:5 94:17
104:12,13
107:1,2 119:17
119:18,20
121:8 147:1,3
197:15 228:14
228:15
**5,726** 196:6
**50** 87:13,20
97:19 107:1,7
260:6 283:15
**501** 3:14
**50s** 93:10
**5129** 1:25
304:20
**54** 277:6 278:11
278:12
**55** 89:4 96:4,17
100:6 246:24
**56** 179:1,3,7
222:15 278:14
**57** 283:15

**58** 95:6 179:14
283:15
**5:30** 303:20
**5th** 128:19

**6**

**6** 4:19,20 31:7
36:22 37:12
41:18,22 43:24
59:24 77:7
125:8,24
148:22 151:15
155:10 184:18
**60** 21:19 40:9
40:12 41:2,5
**617** 3:23
**619** 3:16
**63** 95:14,17
96:1 179:1
**65** 96:4
**66** 96:5 179:3,3
**660** 71:22
**667** 69:19
**668** 70:14
**6753335** 1:23
**69** 5:9
**6th** 37:9

**7**

**7** 4:22 49:17,23
50:6 254:12
**70** 40:10,12
41:2,5
**71** 167:1 168:21
170:5 171:5,8
**73** 187:8

**75** 187:8
**750** 41:3
**7500** 90:10
**76** 53:12
**78,502.60** 37:19

**8**

**8** 5:4 12:12 63:9
69:7,8,17,17
74:8 118:11
124:18 293:5
295:20 297:5
300:18
**8,500** 141:17
143:14
**80** 5:13
**87** 238:21
240:14

**9**

**9** 4:3,11 5:10
30:4 53:10 80:1
80:4 95:3
119:12,13,16
119:17,19
213:8 287:2
**910** 2:6
**92037** 2:7
**92101** 3:15
**94** 240:16
**95** 218:9,22
221:17 232:10
**961** 143:8
**964** 146:23
**98** 5:15
**99** 209:6 218:11
218:21

**9:13** 1:16

**a**

**a.m.** 1:16
**a1** 262:14,15,22
**abbreviate** 17:8
**ability** 182:8
**able** 9:11 23:7
75:1 244:2
294:3 295:1
**above** 61:23
125:9 144:8
215:19
**absence** 130:8
222:9
**absolutely** 75:23 136:20
**abstract** 26:21
26:22,23 29:15
114:22 194:5,6
203:22 238:20
**abstracts** 26:19
26:19,23 27:1,8
28:13 29:2
**accepted** 68:10
68:14 122:19
**access** 6:6
24:17 113:22
**accidentally** 126:1
**accomplished** 181:20
**account** 258:6
**accountable** 242:15

**[accounted - administrative]**                                      Page 5

| | | | |
|---|---|---|---|
| **accounted** 64:5 | **active** 26:2,6 | 151:9,11,16 | 96:18,21 116:7 |
| 110:6 | **actively** 27:6 | 152:13,24 | 123:15 126:8 |
| **accumulate** | **activities** 28:20 | 153:2 163:6 | 208:21 222:5 |
| 53:17 96:23 | 31:10 | 170:22 173:11 | 246:8 |
| 97:3 | **activity** 70:6,18 | 174:13 180:4 | **additional** |
| **accumulating** | 276:5 | 185:10 186:24 | 10:20 47:5 |
| 48:19 | **actual** 15:21 | 189:6 190:20 | 48:20 117:1,3,7 |
| **accumulation** | 19:10 182:8 | 190:22 191:4 | 117:8 225:13 |
| 48:12 53:22 | 191:12 212:16 | 193:24 195:16 | 229:11 249:18 |
| **accumulations** | 232:4 264:8 | 198:3 215:14 | **additionally** |
| 97:2 | 265:17 269:13 | 225:18 226:6 | 188:11,12 |
| **accurate** 20:13 | 269:14 281:5 | 228:14 231:10 | **address** 13:12 |
| 33:4 42:1 48:13 | 284:9 285:21 | 233:16 240:4,5 | 135:2 |
| 62:6 264:1 | 294:24 301:3 | 241:7,18 | **addressed** |
| 305:17 | 302:18 | 247:23 250:12 | 206:16 217:19 |
| **achieve** 9:12 | **actually** 23:12 | 256:2,6,7 262:1 | 252:23 |
| 163:7 | 24:23 25:17,18 | 265:6 272:9 | **adherent** |
| **acknowledge** | 26:8 27:14 | 275:8,17,24 | 126:15 |
| 273:23 281:22 | 31:16 33:14,21 | 277:9 281:11 | **adipose** 148:20 |
| **acknowledg...** | 34:21 36:5 37:9 | 282:8 283:9,11 | **adjourned** |
| 307:1 | 38:2,6 45:6 | 293:19 294:5,8 | 303:20 |
| **acog** 4:22 5:14 | 51:10 54:21 | 296:14,15 | **adjusted** 213:9 |
| 49:20 50:16 | 55:3,20,23 56:3 | 301:4,22 | 213:24 236:5 |
| 59:15 98:16 | 61:14 65:6 68:3 | 302:14,19 | 258:6 291:19 |
| 99:4,15,22 | 71:10 72:7 | **acute** 66:7,13 | 298:13,24 |
| 107:20 108:5 | 74:23 78:3 | 66:18 67:20,20 | 299:1 |
| 108:11,13 | 93:10 94:12 | 67:23,23 68:23 | **adjustment** |
| 173:3,19,24 | 95:24 96:3,17 | 71:5 72:24 73:6 | 263:3,24 |
| **acog's** 57:20 | 97:21 108:17 | 74:15 75:2 | **administering** |
| 98:20 158:17 | 109:19 118:20 | **add** 63:16 | 2:15 |
| 167:9 | 123:2 125:9 | **added** 26:13 | **administration** |
| **acquired** 46:24 | 126:13,18 | 60:7 63:11 | 12:21 |
| 47:3,5,9,15,15 | 139:2,22 141:8 | 187:4,8 278:8 | **administrative** |
| 48:8 52:24 | 141:22 142:9 | **adding** 162:23 | 22:19 24:6,8 |
| **acs** 96:19 | 149:7,15 | **addition** 10:21 | 26:11 |
| | 150:11,17 | 42:23 43:1,23 | |

[advise - analyze]    Page 6

**advise** 165:24
166:1,3,5
**advisor** 27:12
**advocacy** 25:3
**affected** 51:11
51:12 276:1
**affiliate** 17:20
**affiliated** 16:14
**affiliation**
185:11
**african** 7:15
203:17 204:4
204:16,22
207:11,16,18
**age** 82:10,21
86:11 87:5 88:2
93:5 95:5,6,9
95:13,17,17
96:1,2,11,15,17
96:19 97:4,18
100:5,5 144:21
164:8 239:3
247:1
**agency** 14:9
63:1 182:23
**agent** 200:22
**agents** 188:13
**ages** 96:4
245:24 246:23
**ago** 10:22
109:24 130:12
138:18 254:14
273:4
**agree** 46:23
48:16 49:15
52:10,22 53:5

53:19 59:9 66:5
67:2,3 68:16
72:7 75:8 83:22
87:18,19,22
88:15 101:24
105:5,11,13
106:8,18 110:3
123:14 126:10
132:17 133:5,5
133:15 136:3
137:21 139:4
139:10,13
141:2,4,9 148:1
149:17 180:15
186:21 187:12
188:21 192:21
203:15 209:15
209:18 212:21
221:5,8 250:22
257:7 260:12
260:16 289:22
292:8
**agreed** 216:7
**agreeing** 174:4
**agreement**
291:16 302:22
303:5
**ah** 31:7
**aha** 83:19
**ahead** 32:4
121:4 127:22
136:21 150:7
176:16 199:10
208:7 214:18
259:15 262:23
282:18 285:1

288:10
**al** 42:12 43:5,6
104:22,23
**alabama** 3:9
**alice** 161:6
**alive** 97:2
**allele** 49:5 52:4
52:6,6
**alleles** 48:22
49:1,3
**allen** 3:6
**alliance** 17:13
156:5
**allotment** 25:18
**allotted** 301:5
**allow** 49:2
246:14
**allowed** 116:23
174:2,7
**alpha** 148:21
151:15
**alter** 175:11
269:11
**alterations**
272:14
**ameliorates**
162:23
**amended** 4:12
11:17 31:23
**american** 5:4
13:21 14:3,13
14:15,16,19
15:7,9,12 16:4
50:11 156:9
185:2 203:18
204:4,16,22

207:11,17,18
**amount** 37:23
38:11 90:22
91:8,12
**amputation**
251:20
**analgesic** 6:23
**analyses** 171:22
172:2,4 221:9
251:10 256:20
**analysis** 6:24
7:7,25 32:23
33:5,7,20,22
77:14 92:1
134:20 138:19
141:13 144:13
145:1 148:17
153:2 164:21
175:16 177:7
183:21 202:13
202:13,21,23
203:7,7,11,13
206:11,15
208:4,19 215:2
215:9 225:10
230:15,23,24
231:2 232:4,6,9
232:23 239:23
251:3,7 258:10
260:2 272:18
276:1 279:3
288:21
**analytic** 58:20
59:3,11,16
**analyze** 186:11
273:8

[analyzed - asked]                                                    Page 7

**analyzed**
  177:22 282:2
**analyzing**
  219:5
**ancestry**  7:15
**andrew**  139:16
**angiogenesis**
  149:3
**animal**  150:10
  269:6
**anne**  2:12
**announce**
  184:3
**annual**  167:9
**answer**  20:21
  112:11 150:4
  248:16,24
**answered**  90:19
  117:23 226:14
**answers**  307:5
**anti**  144:17
  188:13
**anticipated**
  103:8
**anybody**  75:17
  166:4
**anyway**  183:17
**apologize**  12:1
  29:6 37:12
  42:12,22
  118:15 119:2
  121:5 124:10
  125:7 150:6
  277:20
**apoptosis**  149:2
  276:3,10

**appealing**  23:1
**appeals**  22:23
  30:20 31:6
**appear**  287:7
**appears**  35:24
**appendices**
  167:3 168:13
  169:10 171:12
**appendix**  6:14
  168:13 169:17
**application**
  85:15 89:19
  134:22 167:24
  182:9 206:17
  206:20 212:1
  220:18 242:18
  265:3 275:15
  284:13 285:5
  290:14,18
  294:5 297:6
**applications**
  89:7,13,24 90:6
  90:10,10 91:3
  206:20
**apply**  304:23
**applying**
  290:10
**appointments**
  24:9
**appreciate**  97:9
  186:16
**approaches**
  256:20
**appropriate**
  24:22 305:4

**appropriately**
  30:14
**approximately**
  20:19 40:1 41:8
  77:12,17 88:3
  293:9 300:21
**april**  31:14,15
  37:7,9,11,12,22
  38:1,5
**arbitrary**
  258:18,20
  260:8,11 262:1
**archer**  44:12
  45:20
**area**  7:17 24:16
  138:9 139:4
  150:23 192:18
  193:2 209:5
  226:17 246:12
  280:22 289:24
  290:2,5 299:2
**arguing**  271:9
  272:3
**argumentative**
  151:4
**arising**  131:9
**arm**  289:21
**arora**  184:6
**arose**  125:4,11
  126:6 127:14
**article**  5:5,14
  5:22 6:4,6,10
  6:20,22 7:4,11
  7:16,19,21 8:4
  8:15,18 112:22
  112:22 114:17

  139:8 149:18
  150:8 184:21
  192:2 207:10
  219:13 223:9
**articles**  12:6
  57:22 96:22
  149:6,7,21,22
  150:12 167:22
  279:7
**artifactual**
  236:19 237:11
**asbestos**  8:15
  183:1 222:9
  278:12 279:11
  279:18 283:17
  284:3,6,19
**asco**  7:4
**ashkenazi**
  82:11 86:15
  100:19 101:22
  104:11,16,17
  110:3,5,12,23
  119:14 120:4
  121:10,13
  160:24
**aside**  41:15
  45:23 59:21
  76:22 186:5
  241:16
**asked**  12:16
  16:23 44:18
  86:5 90:19
  117:23 226:14
  230:12,14
  245:22 246:5
  246:10,21

[asked - aware]                                                      Page 8

249:21 296:16
**asking**  16:1
  45:12 71:24
  72:12,13 74:3
  83:21 118:14
  118:21 119:2
  131:11 152:4
  246:8 267:22
  280:4
**aspect**  259:16
**aspirin**  7:6
  188:13,23
  189:4,6,6,12,17
  189:21 190:15
  190:17 191:3
  191:18 194:7
  194:14,20
  196:10,11,21
  197:4,18,22
  198:20 200:1
**assay**  76:2,2
**assayed**  75:17
**assaying**  75:20
**assign**  214:10
  214:21
**assigning**  83:6
  264:3
**associated**  54:7
  54:13 55:9
  65:17 71:16
  72:3 75:3 105:9
  109:12 118:8
  153:14 162:15
  162:21 163:14
  173:9,14
  174:18 175:3,8

175:17 178:21
180:12,19
189:4 194:17
195:4 196:12
197:9 198:5
199:17 204:3
242:11 271:3,5
271:10
**association**  7:5
  7:16,21 33:11
  55:13 70:2,8
  91:8 141:14
  153:18 162:2,8
  180:18,24
  195:17 196:5
  197:19 204:23
  209:12 210:3
  218:8 221:20
  222:1 242:20
  243:2 253:20
  267:19 285:16
  285:18,19
  291:19 297:19
**associations**
  140:19
**assume**  108:5,9
  258:3
**assumed**  253:5
**assumes**  212:8
**assuming**
  180:11 256:1,3
**assumption**
  108:16 253:16
  297:4
**atlanta**  43:19

**atm**  54:16
  55:20 56:3,7
  62:18,23
  102:10,13
  103:2 122:9
**attached**  4:7
  5:2 6:2 7:2 8:2
  234:21 305:11
  307:8
**attained**  239:3
**attendees**  6:15
**attending**  16:18
**attention**  76:20
  124:15 133:7
  161:3 183:24
  220:9 223:17
  277:5
**attorney**
  305:13
**attributable**
  164:20
**augmented**
  229:11 230:20
  270:2
**august**  44:23
**australia**
  242:21
**author**  29:14
  161:6 228:5,9
**authoritative**
  60:24 62:5
**authors**  65:3,8
  66:23 72:14
  73:20 74:7,14
  75:19 119:8
  136:18 137:19

138:1,5 139:16
146:20 148:14
150:13,15,21
152:24 153:19
163:13 167:12
184:22 192:15
192:24 193:3,3
193:11,24
194:21 198:1,8
213:2 218:13
218:14 220:1
222:5 224:13
225:14 226:17
232:20 239:1
239:15 240:8
244:14 251:2
251:23 254:19
255:10 256:6
256:12,17
267:18 273:23
275:15 279:24
290:8,13,16
**available**  10:24
  11:3 33:9 60:12
  206:22 228:21
**average**  95:13
  95:17,18,24
  211:19 260:24
**aware**  133:23
  135:1 140:3
  179:10,14
  216:10 230:17
  246:9,12
  273:24

**[b - better]**                                                                    Page 9

| **b** | balance   165:8 | beasley   3:6 | 242:7 243:6 |
|---|---|---|---|
| **b**   4:6 5:1 6:1 | **bankruptcy** | **beauty**   289:5 | 244:20 250:17 |
| 7:1 8:1 | 38:23 | 293:7 300:20 | 255:11,17 |
| **baby**   87:11,19 | **barnard**   190:1 | **began**   88:1 | 269:23 270:21 |
| 88:1,16 89:7 | 190:2,7 | **beginning**   60:1 | 273:12 278:1 |
| 279:12,18 | **barnes**   189:20 | 188:11 199:20 | 280:9,24 281:2 |
| 284:7,10,11 | 190:1 | 221:5 245:1 | 284:23 285:2 |
| 289:2 | **based**   34:13 | 246:16 | 286:11 |
| **back**   20:6 21:15 | 81:13 82:1,8 | **begins**   34:12 | **believed**   74:7 |
| 24:5 33:5 35:1 | 85:18,22 89:11 | 147:11 206:6 | **believes**   125:3 |
| 40:22 52:15 | 103:18,19 | 208:3 278:12 | 125:11 |
| 59:23 63:22 | 105:10 142:2 | **behalf**   3:18 | **bell**   96:2,6 |
| 76:20,24 77:2 | 146:14 150:10 | 10:17 45:15 | **bellwether** |
| 79:19 94:16 | 162:6 175:1 | **belabor**   119:11 | 39:23 40:3 |
| 104:9 119:12 | 176:13 206:20 | **believe**   11:2 | **belonged** |
| 125:17 129:15 | 214:11,22 | 15:17 22:17,18 | 125:24 |
| 133:7 139:8 | 218:8 236:22 | 22:21 23:20 | **bench**   26:23 |
| 143:7 153:12 | 238:8 244:15 | 31:17 33:4 38:6 | 27:6,7 |
| 154:1 156:12 | 253:17 260:18 | 43:8 44:15,22 | **benchtop**   27:14 |
| 163:19 166:19 | 261:2 282:1 | 45:18 49:17 | 150:10 |
| 186:23 195:21 | 286:6 295:20 | 53:21 60:16,24 | **beneficial** |
| 200:6 218:2,5 | **basically**   247:5 | 62:24 74:6 76:6 | 197:22 |
| 223:15,17 | 271:21 294:2 | 79:2 80:1,17 | **benefit**   190:22 |
| 230:12 248:11 | **basing**   107:8 | 84:8 90:4,8 | 191:11 194:20 |
| 256:9 257:18 | **basis**   54:24 | 91:19,23 93:7 | 198:3,10 |
| 265:20 280:14 | 66:19 78:17 | 94:4,21 96:4 | 199:16 |
| 287:16 298:16 | 89:5 95:23 | 98:23 109:22 | **berchuck** |
| **backbone**   94:10 | 155:17 173:12 | 114:20 132:10 | 139:16 140:2 |
| **background** | 206:18 211:15 | 136:3 139:7 | **berge**   171:14 |
| 51:20 124:21 | 214:24 278:6 | 150:16,20 | 176:6 177:7 |
| 125:4,12 126:7 | **bates**   128:9 | 163:24 164:10 | 180:1,4 |
| 127:15 158:14 | **bath**   289:19 | 168:4 179:2,13 | **best**   15:22 |
| 161:1 232:16 | **beads**   275:5 | 196:23 201:5,9 | 206:19 |
| **baker**   45:18 | **bear**   176:6 | 201:11 204:14 | **beta**   122:9 |
| | 228:11 | 214:4 216:19 | **better**   20:21 |
| | | 241:21 242:1,5 | 28:18 211:16 |

[beyond - buz'zard]                                                                        Page 10

**beyond** 117:1
**bias** 239:4
  240:9,13
  241:15 251:10
  252:24 253:3
  256:19 257:22
  258:4,6,17
  259:9 263:24
  265:21 266:1
  267:5
**biases** 209:23
  256:24
**big** 185:18
**bilateral** 115:11
**bill** 81:9
**biologic** 33:11
  33:13 64:10
  153:17 181:1,2
  285:20 286:1
**biologically**
  64:8
**biology** 52:18
**biomarkers** 5:9
  7:10
**biopsies** 133:9
**birth** 64:3
  157:23 165:22
**bit** 61:12 88:19
  93:10 112:11
  254:10
**blemish** 289:2
**blood** 3:13
  126:19,20
**blue** 249:9
**blurry** 185:15
  185:17

**bmi** 70:8 93:20
  144:15
**board** 201:10
  280:10
**body** 48:2,23
  144:15 172:13
  206:17
**book** 166:23
  184:14
**bookshelf** 6:20
  184:15
**boston** 3:22
**bottom** 28:5
  30:4 160:16
  200:11 208:2
  228:13,17
  249:9 252:13
  252:23 255:2,4
  263:16 301:21
  302:21
**boulevard** 3:21
**box** 57:13 58:12
  143:10 216:24
  249:9
**bradford** 32:22
  33:7,19,22 34:2
  34:16,22 35:2
**branch** 15:6
**brca** 47:10,14
  51:24 105:17
  106:16 108:7
  109:1
**brca1** 51:20
  52:4,20 60:10
  100:9 101:16
  102:2 104:24

  105:8 109:10
  110:6,23 115:4
  115:6 116:7,9
  116:13 117:1
  118:7 120:19
  121:19,24
  122:3
**brca2** 52:5
  100:9 109:10
**breadth** 16:22
**break** 22:10
  79:8,11,14
  135:20 166:12
**breaking**
  134:20
**breast** 4:23
  49:21 50:22,23
  51:1,13 52:3
  54:7 82:12,21
  87:4,9 103:17
  103:22 105:7,9
  105:16,16,19
  106:5,10,12,17
  106:23,24
  107:6 108:7,8
  108:20,21,24
  109:2,11
  115:11,17,20
  116:1 201:6
  242:8,10 293:6
  297:21 300:19
**breastfed** 164:2
**breastfeeding**
  64:3 144:18
**brief** 79:8
  147:18

**bring** 124:14
**britton** 138:4
**broad** 32:9
**broader** 102:4
  119:3 121:19
  121:21 122:3,5
**broadway** 3:14
**broke** 135:11
**brought** 10:10
  10:23
**brower** 43:18
  43:24
**brown** 3:12
  19:24 101:7
  113:9,14 114:7
  128:1,8,16,22
  159:22 161:11
  234:7 235:3,19
  243:13 274:15
  274:20 282:19
  288:7,14,18
  301:10
**bulletin** 4:22
  50:17 57:15
**burke** 167:1,7
  168:8,14,20
  182:18,22
  183:16
**busy** 26:9
**butchered**
  125:7
**buz'zard**
  268:24 272:4

| c | | | |
|---|---|---|---|
| **c**  1:13 2:1 3:1 | 13:22 14:5,9,10 | 92:18 93:8,17 | 146:14,18 |
| 4:1,2,12 5:1,10 | 14:13,15,16,17 | 93:22 94:1 | 147:14 148:6 |
| 6:1 7:1 8:1 9:1 | 14:20 15:4,5,7 | 95:10,14,20 | 148:24 150:19 |
| 9:3 64:18,23 | 15:9,13 16:4,10 | 96:1,13,16,20 | 150:23 151:23 |
| 65:3,7,12 70:4 | 16:13,15,19,22 | 97:5 98:15 99:5 | 152:8,13,17 |
| 75:9 303:19 | 17:3,4,10,13,20 | 100:20 101:13 | 153:18 155:2,8 |
| 307:13 | 18:7,11,15 | 102:6 103:4,11 | 155:20 156:5,9 |
| **calculate** | 25:16 26:15,24 | 103:17,22 | 156:14,24 |
| 287:21 298:19 | 27:2 28:14,17 | 104:2,19 105:7 | 157:9,23 |
| **calculation** | 28:22 29:10,17 | 105:7,16,17,17 | 158:18,23 |
| 296:7,20,21 | 30:12 32:6,7,10 | 105:19,20 | 159:5,9,19,24 |
| **calculations** | 46:15 47:11,17 | 106:11,13,15 | 160:10,20 |
| 142:11 262:1 | 48:13 49:3,8,12 | 106:17,18,23 | 161:20 162:2,7 |
| **calculator**  89:9 | 49:13,22 50:22 | 107:1,3,5,6,16 | 162:9,16,21 |
| 89:10 295:12 | 50:24 51:2,4,13 | 108:7,9,9 109:1 | 163:1,15,23 |
| 295:16 | 52:3,8,18 53:2 | 109:2,3,9,11,16 | 164:4,7,13,23 |
| **california**  1:14 | 53:18 54:8,13 | 109:20 110:4 | 165:4,11,20,23 |
| 2:7,13,14 3:15 | 54:17 55:4,17 | 110:15 111:2 | 167:2,11,14 |
| 23:2 | 56:17 59:10 | 111:12,20 | 168:1 169:9 |
| **call**  26:3 133:7 | 60:17 61:2 | 112:10,14,19 | 170:19 171:11 |
| 290:13 | 62:13 63:24 | 115:12,17,20 | 172:22 173:10 |
| **called**  24:23 | 64:13,16 65:10 | 115:22 116:1,2 | 173:15 174:12 |
| 31:4 52:8 275:7 | 65:18 70:23 | 116:5 118:9 | 174:19,23 |
| **calls**  74:12 | 71:11,17 72:4 | 122:20 123:2,8 | 175:9,12 176:1 |
| **camera**  131:23 | 72:18 73:10,22 | 124:1,4,8 125:4 | 176:18 178:2 |
| **canada**  13:4 | 74:10,21 77:13 | 125:11 126:6 | 178:18 179:11 |
| 45:20 | 77:15 78:1,4 | 127:8,8,12 | 180:20 182:24 |
| **cancer**  4:23 | 81:17,20 82:5 | 133:1,3 134:14 | 183:8 184:6 |
| 5:15,16,18,24 | 82:12,14,22 | 136:15 137:10 | 185:23 187:4 |
| 6:4,8,12,14,16 | 83:3,8,11,15,18 | 137:12,20 | 187:15,23 |
| 6:17,18,19,21 | 83:24 84:6,9,11 | 138:9,14,20 | 188:15,18,24 |
| 6:23,25 7:6,9 | 84:22 85:2,6,11 | 139:6,18,19 | 189:5,13 |
| 7:10,13,14,18 | 85:16,24 86:4 | 140:20,21 | 190:18 191:2 |
| 7:20,24 8:16 | 86:10,13,22 | 141:1,6,14,18 | 191:17 192:7 |
| | 87:4,9 88:22 | 143:1,15 | 193:12 194:10 |
| | 91:1,5,15,21,24 | 144:14,17 | 194:18,24 |

195:5,17,23
196:5,6,10,12
196:14,21
197:3,19,23
198:21 199:15
200:15 201:6
201:15 204:4
204:13 210:13
211:3,10
218:16 221:21
239:2,5,24
240:7 241:6,13
241:20,24
242:4,6,8,10,13
242:18 243:3
247:9,21 248:3
248:13 250:15
250:23 253:5
253:13,21
254:24 256:9
257:1,6,22
262:8 263:18
265:4 266:2
267:20 268:13
271:3 273:14
279:14 280:11
280:18 281:7
281:13,13
283:9,17 284:3
284:9,13 285:4
285:9 291:21
292:6,7,8,16
293:6 297:22
298:6 300:19
**cancers**   8:9,21
26:22 27:23

46:24 47:3,4,22
53:9,11,13,24
55:22 77:23
96:3,17 105:9
135:4,18 136:5
148:5 151:22
152:7 199:17
208:24 243:7
249:11 250:12
281:20,24
283:11
**capacity**   14:21
15:3
**carcinogenesis**
193:13 199:24
223:5 268:17
270:8
**carcinogenic**
162:24
**carcinoma**
133:10,15
134:11,22
135:5 136:4,7
**carcinomas**
198:4
**care**   8:8,19
24:18,18 25:24
30:22 86:6
289:1,6 291:20
297:21
**career**   62:21
**carefully**   305:3
**carrying**   51:5
55:3
**cascade**   66:8
68:19,21,24

223:3 276:11
**case**   5:11 26:3
31:16 35:17
37:23 38:13
39:9,13,16 40:3
42:9,19 43:7,14
43:19 44:6,6,8
44:12 45:17,19
46:9 54:16
58:16 59:3,11
59:16 61:20
79:23 80:11,24
81:12 85:21
92:23,24 93:2
94:1,8,15,19,22
104:12 116:24
119:7,13,19
122:2 130:17
133:2 134:6
135:24 141:13
142:23 147:2
154:2 155:11
162:7 164:24
179:20 180:6
193:2 196:4
197:1,20
201:19 202:8
202:13,15,21
202:24 203:8
203:11,14
225:10 232:23
233:1,21
248:23 250:18
253:21 263:19
296:13

**cases**   35:17
36:3 39:23
40:20,23 42:15
42:23 43:23
44:24 45:5,13
46:15 109:8
134:20 135:18
162:9 195:24
196:6 241:13
249:18 253:4,4
262:18 281:4,7
281:12,13,23
282:2 283:10
**categorically**
294:17
**categories**   90:3
264:23 289:4,7
**categorized**
253:13
**categorizes**
253:6
**categorizing**
251:17
**category**   136:4
230:7 252:17
256:7 289:5,6,6
289:10,19
290:4 291:15
291:20 297:20
298:11
**caucasian**
207:12
**causal**   124:6
173:4 200:22
201:2 284:16

**[causation - cite]**                                                    Page 13

| | | | |
|---|---|---|---|
| **causation** 4:15 | **cemr** 5:20 | 264:24 | 298:2 301:11 |
| 61:15 83:6 91:9 | **center** 15:5 | **chair** 15:4,14 | **chek2** 55:9 |
| 91:18 92:1 | 16:19 25:15 | 15:17,21 | **cheryl** 1:13 2:1 |
| **cause** 85:15,23 | 58:17 59:4,12 | **challenges** 9:16 | 4:2,10,12,14,19 |
| 109:15 173:4,6 | **centers** 16:9 | **chance** 20:15 | 4:20 5:10 9:3 |
| 173:7 181:18 | **certain** 12:17 | 209:23 | 303:19 307:13 |
| 181:23 211:3 | 16:18 30:21,22 | **chang** 8:24 | **child** 15:16 |
| 279:13 | 33:10 44:9 51:6 | 243:5 247:15 | 164:8 |
| **caused** 46:16 | 81:19,21 82:3 | 264:22 265:1,6 | **children** 164:3 |
| 109:10 | 105:12 110:11 | 265:9,11 | 164:9,12 |
| **causes** 67:15 | 170:14 181:6 | 287:23 288:1,5 | 211:22 |
| 84:21 85:1,6 | 258:15 | 288:14,16,21 | **choice** 227:6 |
| 109:16 124:7 | **certainly** 75:19 | 289:13 292:15 | **christine** 4:14 |
| 270:12 | 83:9 165:24 | 301:20 | **chronic** 64:19 |
| **causing** 123:3 | 276:13 282:6 | **chang's** 264:18 | 65:11 66:20 |
| **cautious** 253:19 | 283:20,22 | **change** 48:9 | 67:19,20 71:7 |
| **cdc** 6:4 159:18 | **certainty** | 269:16 306:4 | 73:4,8,16 74:17 |
| 159:24 160:10 | 133:22 295:8 | **changed** 61:22 | 75:10 187:6 |
| 160:13 | **certificate** | 62:20 63:6 | 188:17 193:11 |
| **cell** 48:2,8 | 304:1,14,20 | **changes** 16:24 | 199:23 |
| 55:10,14 96:13 | **certificates** | 30:16 270:23 | **chronicity** |
| 123:24 126:6 | 282:8 | 275:8,9,13,14 | 66:14 |
| 127:9,13 | **certification** | 305:10 307:7 | **ci** 218:12,22 |
| 134:10,13,21 | 304:22 | **changing** | **circulating** 5:8 |
| 135:4,11,21 | **certified** 2:13 | 127:15,17 | **circumstance** |
| 136:1,2,4 149:1 | 304:1,2 | **chapter** 184:14 | 85:13 |
| 198:4 223:4 | **certify** 304:3 | **characterized** | **circumstances** |
| 269:11 270:13 | 307:3 | 52:20 270:19 | 105:12 |
| 271:10 276:2,8 | **certifying** | **characterizing** | **cis** 221:18 |
| **cells** 162:24 | 304:24 | 274:5 | **citation** 78:18 |
| 268:18 275:6 | **cervical** 16:22 | **charge** 133:12 | 155:22,24 |
| 276:5 277:1 | 30:11 133:3 | **chart** 59:15 | **cite** 99:8 104:21 |
| **cellular** 269:16 | 241:23 | **chat** 23:6,8 | 112:22 114:17 |
| 270:20 271:5 | **cervix** 133:2 | 113:21,24 | 150:9 151:18 |
| 271:20 275:9 | **cetera** 157:24 | 114:3 123:17 | 152:2 166:24 |
| | 157:24 264:23 | 243:12,13,18 | 167:1 172:12 |

**[cite - communicated]**                                     Page 14

179:1,4 182:18
182:20,23
183:3,10,11,14
183:17,20
195:14 200:4
216:1
**cited** 137:6
149:13,18
175:23 177:4
194:11 196:24
215:21 269:10
277:9 278:2
**cites** 149:22
150:12 170:17
186:9 278:4
**citing** 149:6
223:8
**claim** 225:17
270:21
**clarify** 277:16
**clarity** 127:22
**clarke** 11:18
32:14 80:15
154:24 215:1
215:22 272:9
278:2
**classification**
239:9
**classifications**
281:8 282:7
**classified** 59:19
243:7 252:17
**classify** 55:3
**clayton** 44:13
**clear** 36:5
45:10 46:10

55:16 72:11
96:13 123:24
126:6,21 127:9
127:13 134:10
134:13,21
135:4,11,21,24
136:2,3 167:23
198:4 205:21
207:2 230:21
233:18 279:10
296:18 298:10
298:18 301:19
302:24
**clearly** 163:12
297:23
**clinic** 103:23
131:7
**clinical** 14:4
25:24 26:10
167:9 218:11
**clinically** 26:2,6
**clinics** 26:5
**clock** 266:4
**close** 236:14,18
290:17
**cluster** 60:6
**cms** 22:23 31:3
31:5
**coalition**
137:12
**cochrane** 57:19
**cohort** 6:25
8:23 58:16 59:3
59:11,16 177:8
177:15,15
179:20 180:8

192:7,11
195:22,23
197:20 208:4
208:19 225:11
225:12,17
230:23 233:3
233:23 244:10
**coleman** 280:1
280:9
**collaborative**
156:8
**colleagues**
17:23 18:7
63:12 76:11
88:20 90:9
221:8
**collected**
143:20 249:20
**collective**
135:13,22
265:13
**college** 13:21
50:11 185:2
**colloquial**
215:7
**colon** 188:18
**colonial** 2:5
**column** 51:20
54:11,12 169:3
197:16 221:4
228:3,9 229:14
252:23 256:17
256:18 257:22
265:21 275:22
298:6

**combination**
52:23 154:24
155:6,14 157:5
159:11 163:8
163:11 202:17
**combined**
162:14 163:14
232:5,8
**come** 35:1
123:17 266:6
**comes** 121:7
**coming** 16:21
131:16 203:12
**comma** 124:20
**comment**
178:18 216:15
**commentary**
76:4 215:20
**commenting**
219:24 282:3
**comments**
207:9 217:11
**commerce** 3:8
**commercial**
60:12
**commission**
307:18
**committee** 15:5
15:15,18,21
16:16 17:16
**committees**
16:19
**common**
147:12
**communicated**
16:8

**communicating**
226:9
**communication**
17:7
**communicati...**
12:17,19,23
13:4,7,20 14:7
14:14 17:9,18
**comparable**
70:4,18
**comparator**
19:11
**compare**
210:17 245:21
**compared**
238:13,16
245:9 247:15
247:16,17
293:10 300:22
**comparing**
293:4 294:19
300:8
**comparison**
19:17,21,22
21:5 76:20 77:6
77:8 177:15
**comparisons**
256:23
**compensation**
25:21
**complete**
169:11,12
256:22
**completed** 39:2
250:7,13,14

**completely**
141:23 218:13
221:5,8
**complicated**
6:9 161:21
**composite**
36:14
**comprehensive**
6:16 16:13,15
17:4 116:15,17
116:20,22
118:22 283:20
**concept** 52:22
219:4
**conceptual**
33:6
**concern** 88:21
217:18
**conclude** 76:10
85:14 162:19
172:21 218:7
281:2
**concluded** 65:8
76:11 82:10
167:12 267:18
**concluding**
173:20
**conclusion**
85:10 86:3
90:24 91:9
96:11 97:8,13
163:3,16 196:9
197:24 239:14
268:2,3 272:6
280:22 281:1
295:2

**conclusions**
239:9 282:4
**conclusive**
181:12 194:2
**conclusively**
173:8,14
174:17 175:3,7
175:17 178:21
180:12,19
181:5,20
**concurrent**
27:23
**condition**
147:12
**conduct** 27:15
57:21 206:6,10
206:15
**conducted**
251:2,10
**conference** 2:2
6:12,15 167:3
167:11
**confidence**
145:3,11,19
146:7 163:8
177:9 204:7,8
204:18 205:1
205:12,16
209:6,11 210:9
218:9 220:9
232:10 263:14
**confirmed**
239:17
**confirming**
303:16

**confounded**
281:9
**confounding**
209:23
**confused** 44:7
297:14
**confusing**
77:19 80:18
**confusion**
121:16
**conglomerate**
42:15
**conjunction**
41:20 165:9
**connection**
135:3
**conserve**
182:16
**consider** 74:9
76:4 81:4,8
163:20,22
165:8 216:12
221:18
**considerate**
286:21
**considered**
11:15 76:8 93:6
147:19,22
192:13 244:14
**considers**
144:14
**consistency**
33:12 181:24
182:6 197:18
239:11,17

**[consistent - correct]**                                          Page 16

| | | | |
|---|---|---|---|
| **consistent** | **contexts**  139:19 | 142:23 143:15 | 286:12,15 |
| 78:11,14 | **continued**  88:2 | 157:23 162:7 | 287:16,17,18 |
| 112:17 126:17 | **continuous** | 165:22 179:20 | 287:22 296:11 |
| 127:19 162:22 | 162:13 | 180:6 196:4 | 296:12,16,19 |
| 178:6 180:22 | **contraceptive** | 197:20 201:19 | 296:23 297:16 |
| 180:24 188:23 | 144:19 | 202:8,13,15,21 | 298:20 299:16 |
| 194:20 195:3 | **contraceptives** | 202:24 203:8 | **converse's**  82:9 |
| 201:13 240:14 | 164:5 | 203:11,14 | 85:11 90:14 |
| 267:20 | **contracted**  31:3 | 225:10 232:23 | 92:21 94:8,22 |
| **consistently** | **contracts**  31:5 | 233:1,21 275:6 | 96:12 103:11 |
| 71:16 188:14 | **contradictory** | 275:7,13,18 | 104:18 116:24 |
| 260:15 | 251:15,16,19 | 304:24 | 122:2 123:24 |
| **consists**  25:2 | **contrast**  60:11 | **controls**  162:10 | 124:21 125:2,3 |
| **consortia**  7:9 | **contribute** | **convention** | 125:10 126:5 |
| **consortium** | 83:23 86:4 | 219:3 | 126:12,23 |
| 6:25 7:15 | 92:17 111:1 | **conversations** | 129:4 132:4 |
| 137:13 141:14 | 223:5 | 13:19 14:8 | 135:24 155:6 |
| 162:2,8 192:7 | **contributed** | 18:17 | 163:23 289:23 |
| 195:17,23 | 83:2,14,16 | **converse**  5:12 | **copies**  11:1 |
| 196:5 | 85:10 91:20,23 | 5:20 37:23 | 12:5,6 252:10 |
| **constituents** | 93:7,21 94:5 | 38:13 46:9 | **copy**  11:6 20:13 |
| 284:10 | 143:19 203:3 | 79:23 80:12,13 | 23:9,13 50:17 |
| **contacted** | 233:2,22 | 81:10,13 87:11 | 234:4,14,15,15 |
| 229:22 | 265:16 | 87:24 88:12 | 234:19 270:3 |
| **contain**  127:5 | **contributes** | 89:3 94:18 95:3 | 304:11 |
| 129:7 130:5 | 85:15 | 102:1,5,18 | **corner**  69:20 |
| **contained** | **contributing** | 104:11 115:16 | **correct**  20:17 |
| 149:20 | 65:9 85:23 | 115:24 116:8 | 24:2,3 32:24 |
| **content**  27:12 | 91:14 95:19 | 118:18 119:3 | 37:3,5,6,8,14 |
| 27:24 | 111:9 123:24 | 119:13 120:18 | 37:16,17,20,24 |
| **contention** | **contributor** | 128:6 131:6 | 38:9,15,16,18 |
| 220:2 | 27:24 70:23 | 133:14 154:1 | 38:20,23 39:9 |
| **contents**  130:21 | **control**  16:9 | 154:18,19 | 39:10,13,14,17 |
| **context**  56:16 | 58:16 59:3,11 | 155:11 163:19 | 39:18,22 40:20 |
| 180:12 | 59:16 64:3 | 224:5 225:6 | 42:17,20 43:11 |
| | 141:13,19 | 236:22 237:7 | 43:14,19 45:16 |

**[correct - correlates]**                                                           Page 17

| | | | |
|---|---|---|---|
| 48:14 54:8,18 | 155:4 156:11 | 227:17,21,22 | **correcting** |
| 55:18 56:7 | 157:1 159:1,5 | 228:1 229:7 | 253:21 |
| 58:12 59:18 | 160:11,22 | 230:18 231:6,9 | **correction** |
| 70:24 75:22,23 | 161:23 162:3 | 232:1,11,12,14 | 251:14,17,19 |
| 78:10 81:6,10 | 162:10,11 | 232:17 234:2 | 253:18 257:23 |
| 81:17,18 82:14 | 164:9,14 | 235:22 236:8 | 258:23 259:1,3 |
| 84:12,22,23 | 169:13 170:12 | 236:12,15 | 259:9,23 |
| 86:16,18 87:20 | 170:13 171:12 | 237:4,9,15 | 265:21 266:1 |
| 88:13 90:7,20 | 172:6,10,11,17 | 238:11,18 | **corrections** |
| 91:10 92:2 | 173:1,5,17,18 | 241:2,3 243:3 | 267:5 305:3,5 |
| 93:23 95:10,11 | 174:10,12,20 | 243:19 244:11 | 307:6 |
| 95:15,21 99:6 | 176:19 179:12 | 245:11,24 | **correctly**    49:19 |
| 99:17 100:10 | 179:17,23,24 | 246:19 247:14 | 58:19 70:11,19 |
| 101:20 102:7 | 180:3 182:21 | 251:7 252:24 | 105:3 142:7 |
| 103:5 104:3 | 183:1,4,9,12,13 | 253:11 254:15 | 144:22 149:4,5 |
| 108:10,11 | 183:15,22 | 258:4,13 259:7 | 163:2 167:16 |
| 111:10 115:4,8 | 186:2 190:4,5,7 | 259:22 260:10 | 178:23 188:19 |
| 115:17,18 | 190:8,11 192:8 | 263:5,13,21,22 | 193:14,18 |
| 116:4,6,13,20 | 192:14 194:10 | 264:15,16 | 196:15 204:10 |
| 117:2,5 119:4 | 194:11,18 | 266:12,22,24 | 206:23 209:8 |
| 120:15,20 | 195:14,24 | 267:3,4,12 | 218:20 222:2 |
| 121:22,24 | 196:3,6,7,16,18 | 269:21 271:11 | 225:4 229:3 |
| 122:1,5,8,15,17 | 196:19,22 | 274:9,13,16 | 230:8 233:4 |
| 124:6 125:6 | 197:4,11 198:1 | 278:15,17,21 | 239:6 251:21 |
| 127:2 130:6 | 198:2 203:4 | 278:24 279:3,7 | 252:20,21 |
| 134:14 135:20 | 205:2,3,18 | 279:8,21 | 253:23,24 |
| 136:6 138:14 | 208:4,20 209:1 | 284:16 287:20 | 257:3 258:22 |
| 138:20,22 | 210:10,14 | 288:23 289:11 | 267:23 269:18 |
| 140:10,22 | 212:9 214:1,6 | 289:24 291:1 | 283:12 293:12 |
| 141:6,15 | 215:5 217:12 | 291:13,21 | 293:13 300:24 |
| 143:16 144:5 | 217:20 219:2 | 292:1,2 294:21 | 301:1 |
| 145:4,7,11,20 | 222:23 224:6 | 299:2,13,18 | **correlate**    64:24 |
| 145:21,23 | 224:10 225:7 | 300:11 304:11 | 212:17 |
| 146:10 148:15 | 225:11 226:2,5 | 307:4 | **correlates**    39:4 |
| 149:20 153:6 | 226:16 227:5 | **corrected** | 297:6 |
| 153:20 154:22 | 227:13,14,16 | 251:16 253:3,4 | |

**[correlating - curry]**

Page 18

| | | | |
|---|---|---|---|
| correlating | crawford 5:17 | curriculum | 125:16 128:20 |
| 65:4 | 104:22,22 | 21:19,24 30:17 | 129:18 130:24 |
| couch 61:24 | 112:22 113:3 | curry 3:19 4:18 | 132:19 134:15 |
| counsel 3:2 | 114:16 116:11 | 10:13 11:9,12 | 135:6 137:23 |
| 41:10,19 | 117:19 119:4 | 13:9,23 18:3,9 | 138:11,21 |
| counseled | 120:10,12 | 22:1 23:12 | 139:21 140:11 |
| 103:15 | 121:21 | 27:10 33:1 | 146:3 150:3 |
| counseling | credible 85:9 | 34:17 35:14,20 | 151:3 154:7 |
| 165:21 | criteria 33:10 | 36:4 38:24 40:5 | 157:3 158:9 |
| counselors 61:7 | 33:24 34:21 | 42:3 45:4 46:17 | 159:6,16 |
| 103:15 | 115:2,10,14,22 | 47:18 48:15 | 164:17 165:12 |
| counted 227:15 | 116:18 140:13 | 53:3,20 54:19 | 168:6 169:15 |
| counterargu... | 224:21 | 56:9,20 60:18 | 170:21 172:16 |
| 283:7 | critical 254:1,7 | 61:3,10 62:8 | 173:21 176:9 |
| country 150:22 | critically 55:21 | 65:20 66:10,21 | 176:20 177:18 |
| county 44:13 | criticism | 67:7 68:1,15,22 | 179:3,18 181:7 |
| couple 63:19 | 274:22 279:6 | 71:1,19 72:5,20 | 181:13,21 |
| 99:12 106:5 | criticisms | 73:23 74:11 | 184:1 187:16 |
| 200:10 | 215:16 216:7 | 76:12 78:9 79:5 | 189:1 190:19 |
| course 24:13 | crosses 209:12 | 79:16 80:19 | 191:6,19,24 |
| 27:18 47:16 | crow 3:6 | 81:23 82:15 | 192:19 193:15 |
| 51:9 63:2 96:23 | crp 64:18,18 | 83:4 84:3 85:3 | 201:8 203:1 |
| 292:5 | 66:1 70:3 75:17 | 85:17 88:23 | 205:5 207:4,20 |
| court 1:1 44:13 | crucial 256:23 | 89:16 90:18 | 208:10 209:17 |
| 305:17 | csr 1:25 304:19 | 91:11 92:3,14 | 210:15 211:4 |
| coverage 30:21 | culminates | 93:3 94:3 97:15 | 212:10 213:1 |
| covered 33:24 | 48:11,12 | 99:20 100:1 | 213:11 214:15 |
| 45:21 118:17 | culture 276:24 | 102:8,20 | 215:13 216:14 |
| covers 291:15 | curious 51:15 | 103:13 105:22 | 217:21 219:11 |
| cramer 139:3 | current 21:16 | 108:15 109:13 | 219:21 220:13 |
| 211:19 215:20 | 30:5 43:3 55:2 | 110:8 111:14 | 220:24 222:10 |
| 216:2 260:18 | 78:2,8,11,14 | 112:1 114:2 | 222:14 224:11 |
| 261:2 | 85:19 159:8 | 117:14,22 | 226:13 232:15 |
| cramer's 90:8 | currently 25:13 | 118:19 119:5 | 234:9,13,19 |
| 139:7 | 28:16 60:11 | 119:22 120:21 | 235:1 236:16 |
| | | 122:6 123:9 | 237:2,16 |

**[curry - dated]**                                                                    Page 19

| | | | |
|---|---|---|---|
| 239:20 243:16 | **cycles**  64:1,6,12 | 144:3,24 | 238:14,16 |
| 243:20 245:12 | 64:16,21 65:1,5 | 146:14 152:15 | 239:15 242:21 |
| 247:22 248:20 | 65:7,9,16 | 162:6 163:13 | 244:10,14,19 |
| 254:3 255:14 | **cytokines** | 164:19 171:22 | 244:20 247:3 |
| 257:9,14 | 148:21,22 | 175:10,13,20 | 251:14,15,17 |
| 260:20 261:7 | 151:14 | 175:21 176:17 | 251:19,20 |
| 261:20 264:2 | **d** | 176:22,24 | 255:13,18 |
| 265:10 266:16 | | 177:4,16 | 256:5 258:20 |
| 269:22 270:16 | **d**  5:1 6:1 7:1 | 179:22 181:16 | 258:22 259:2 |
| 271:12 272:7 | 8:1 9:1 | 181:24 182:7,7 | 260:18 261:18 |
| 272:21 274:24 | **daily**  87:11,12 | 182:12,19 | 262:2,20 264:8 |
| 276:12 277:7 | 87:20,20 89:5 | 186:10 192:11 | 264:17 265:13 |
| 277:15 278:22 | 191:2 194:7 | 198:9 200:5 | 265:15 268:16 |
| 279:20 280:23 | 206:18,18 | 202:17 203:3 | 269:6,6 279:7 |
| 282:23 284:17 | 225:6 228:18 | 203:12,24 | 279:17 281:5 |
| 285:1,12 | 231:5,11,22 | 204:12 205:20 | 285:8,24 286:1 |
| 287:10 290:21 | 233:7 236:3,11 | 208:19 210:7 | 290:11 293:24 |
| 292:3 293:22 | 237:7 287:18 | 212:16 213:6 | 294:6,8,24 |
| 294:22 295:13 | 299:17 | 216:8 219:5 | 295:1,20 |
| 296:3,9 299:3 | **dalbert**  37:5 | 222:5,16 223:1 | 300:13,15 |
| 299:10 301:4,9 | **dale**  192:16 | 223:10 225:1 | 301:3 |
| 301:17 302:7 | **dalsgaard** | 225:11,12,13 | **database**  57:19 |
| 302:11,15 | 283:19 | 225:18,20 | 203:11 |
| 303:7,17 | **damage**  66:8 | 226:3,7,11,21 | **dataset**  267:6 |
| **curve**  96:2,6 | 67:5,15,19,20 | 227:2,4,8,10 | **date**  21:24 |
| 286:3 | 67:23 68:11,17 | 228:20,21,22 | 35:12 39:9,16 |
| **cut**  124:23 | 223:4 | 228:24 229:5 | 44:3 54:22 55:1 |
| 125:19 126:1 | **daniel**  11:17 | 229:10,11,23 | 60:2,5,20 |
| **cv**  4:17 15:20 | **data**  7:8 28:21 | 230:2,4,13,15 | 126:23 167:23 |
| 22:4,13,14 23:9 | 33:8 57:7 74:23 | 230:18,20,23 | 196:10 304:16 |
| 23:19 24:1 | 85:9 105:14 | 230:23 231:5,8 | 305:8 |
| 26:14 29:24 | 106:9 141:22 | 231:10,11,16 | **dated**  20:14 |
| **cvs**  139:23 | 141:23 142:9 | 231:21,21 | 22:14 24:1 |
| 192:23 | 142:13,16,19 | 233:2,8,9,17,22 | 37:22 39:12 |
| **cycle**  67:14 | 142:24 143:1 | 235:21 236:23 | 50:17 307:10 |
| 87:13,15 | 143:19,21,23 | 237:11,14 | |

[dates - developing]                                                          Page 20

dates 15:21
  52:15
daubert 4:16
daughter's
  103:18
davis 201:19,21
  202:7 207:10
dawn 3:19 4:18
  45:8 277:13
  296:15 302:22
dawn's 297:16
day 18:22 21:2
  21:9 25:9
  162:23 164:22
  182:15 187:7
  299:15,16,20
  307:17
days 10:22
  22:15 26:3,4,5
  26:5,7 89:6
  194:8 197:6
  199:13 231:8
  297:9 299:24
  305:14
de 40:24
dealt 245:10
death 282:8
decades 246:5
  247:5 266:15
decide 258:8
  260:9
decrease
  164:12 188:14
  259:6,21
decreased
  163:23 164:4,7

164:20 189:4
decreases
  188:23 190:17
deemed 305:16
defective 49:4,5
  52:4
defects 96:24
  97:3
defendants
  3:18
defense 80:22
define 28:18
  50:21
defined 224:9
  224:13 225:2
  252:16
definitely 83:21
degree 84:20
  106:24 107:5
  115:21 116:2
  126:15 133:21
  187:24 295:8
deleterious
  77:14 102:14
  102:17,22
  123:1
demonstrate
  205:21 252:1
  252:15 270:7
  272:20,24
demonstrated
  207:10 209:16
  210:5,13
  212:24 266:12
demonstrates
  150:9 285:10

demonstrating
  63:23 214:5
  232:13 272:4
demonstration
  269:14 270:11
denial 23:1
denied 22:24
  30:21
deodorant
  289:20
depends 133:11
deponent 307:1
deposing
  305:13
deposition 1:13
  2:1 4:8,9 5:3
  6:3 7:3 8:3 9:21
  10:16,23 22:3,8
  41:6,10 44:12
  44:14 45:2 82:2
  88:11 125:3,6
  133:19 272:11
  303:18 305:2
  305:11,14,16
depositions
  32:15 80:23
depth 16:23
descent 110:5
  110:23
describe 58:3
  72:15 143:12
  199:4 227:21
  277:23 290:16
  290:18
described 40:14
  84:14 142:1

230:2 231:13
  284:3
describes 54:12
  57:18 131:8
description
  22:22 48:14
  63:18
design 227:1
designation
  50:24 258:17
designed 58:16
  59:3,16
despite 194:13
  210:24 218:17
detail 23:4
  76:17
detailed 22:17
  22:19 245:1
detection 25:15
determinants
  5:7
determination
  56:6
determine
  30:13
develop 47:11
  49:3,8,12,13
  52:8 53:13
developed
  165:14 195:4
developing 51:8
  55:10 62:13
  63:24 83:2,10
  84:6,9 86:9,22
  91:5,15,20
  92:17 93:8,17

**[developing - disease]**                                                 Page 21

| | | | |
|---|---|---|---|
| 96:13,20 | **diagnosed** | **difficult** 186:21 | **disclosure** |
| 104:19 107:2,4 | 77:12 95:6 96:4 | **dig** 286:15 | 11:24 |
| 110:15 112:9 | 239:24 241:6 | **dioxide** 275:5 | **discounted** |
| 112:18 124:4 | 249:11 250:13 | 275:10 | 216:3 221:11 |
| 155:8,20 157:9 | 256:8 262:7 | **direct** 30:2 | **discovered** |
| 157:22 164:4,7 | **diagnosis** 95:13 | 51:19 54:3 | 117:5 |
| 165:11,20,23 | 129:5,6,7 130:5 | 153:9 217:22 | **discuss** 199:16 |
| 174:12 188:15 | **diego** 3:15 15:9 | 221:1 223:17 | 223:18 |
| 189:13 201:6 | 15:13 17:24 | 274:1 304:24 | **discussed** 13:14 |
| 273:13 284:8 | 24:7 | **directly** 65:5 | 18:6 55:23 |
| 284:12 285:3 | **diet** 70:7,18 | 103:3 222:8 | 63:22 96:14 |
| **development** | **dietary** 112:3 | **director** 24:10 | 109:17 232:21 |
| 32:6 51:1 53:1 | **difference** | 25:1,14 | 236:18 |
| 53:18 64:17 | 148:17 153:22 | **directors** | **discusses** |
| 65:11 71:6 73:8 | 186:20 212:13 | 280:10 | 126:14 |
| 73:16,21 74:14 | 240:24 245:8 | **disagree** 105:13 | **discussing** |
| 83:7,15,17,24 | 264:19 | 106:8,18,20 | 109:4 215:8 |
| 85:11 86:4 | **differences** | 107:19 108:12 | **discussion** |
| 88:22 91:23 | 22:13 | 109:8 149:9 | 34:16,19 35:3 |
| 93:22 95:10,19 | **different** 57:2,9 | 150:14 173:22 | 63:17 69:22 |
| 111:2,9 112:13 | 60:5 67:13 | 174:1 193:20 | 98:5,6,9,10 |
| 148:5 151:22 | 72:13 98:14 | 218:24 220:1 | 104:10 134:1 |
| 152:7 168:1 | 141:23 142:8 | 220:10,11,14 | 147:5,9 151:8 |
| 173:9,15 | 145:13 203:12 | 220:22 221:13 | 151:10 153:3 |
| 174:18,23,24 | 203:14 210:20 | 284:22 | 169:20 170:12 |
| 175:4,8,12,18 | 211:12 218:13 | **disagreed** 98:1 | 183:8 197:17 |
| 178:22 180:13 | 220:16 234:15 | **disagreeing** | 206:4 208:3 |
| 194:17,24 | 254:8 256:20 | 56:22 241:8,11 | 268:21 269:24 |
| 195:5 211:10 | 259:3 264:22 | 290:15 | 270:4 273:8 |
| 265:4 | 290:4 | **disagreements** | 278:12,13 |
| **deviation** 96:5 | **differential** | 56:17 | 294:13,16 |
| 96:15 | 253:22 | **disclose** 45:5 | 296:22 |
| **devoted** 25:13 | **differentiation** | **disclosed** 21:6,7 | **discussions** |
| 25:14,24 40:2 | 149:2 | 21:10,11 45:1,6 | 14:2 16:2 |
| **dfu4** 249:12 | **differently** 98:8 | 45:14,17 | **disease** 16:9 |
| | 123:4 | | 84:12,16 |

111:10 147:20
147:23 165:14
175:4
**dismantling**
304:12
**dissimilar**
125:8
**distribution**
252:18 254:19
255:11
**district** 1:1,2
**division** 223:4
**dna** 52:2 223:4
**doctor** 10:3
25:1,11 243:22
**document** 10:7
10:11 19:11
49:21 50:6,10
99:4,21,24
100:3 101:16
104:2 114:8,9
114:19 157:14
158:7 160:9
169:13,21
173:24 174:3,4
176:17 183:5
**documentation**
248:23
**documented**
12:24 92:6
105:8
**documents**
10:16,21 12:16
12:19 24:22
32:11 36:15
57:21

**doing** 36:19
114:15 119:8
150:13 186:14
271:17 291:7
296:1,5,24
297:11 305:7
**dose** 189:3,6
205:21 206:19
207:2,9 286:2
**dot** 291:24
**double** 143:4,6
227:15 271:18
**doubt** 20:18
88:9
**douching** 8:4
237:20 238:15
265:17 266:16
289:2,20
**downfall** 287:8
**dr** 9:8 10:18
11:17,18,20
12:4 18:19
19:17 20:8,12
21:4 22:12
23:15 24:1 28:4
29:6 30:16
31:22 32:14,14
35:1,24 36:14
39:19 41:14
45:22 46:5,15
50:2,21 52:11
55:1 57:12
59:22 61:22
62:3 63:9 66:5
69:5,12,22
70:22 71:24

75:9 76:5,19
77:8 79:10,22
80:10,15,16,17
80:22 81:9
85:21 88:20
90:8 95:12 99:3
102:1 105:5
113:22 124:20
125:1,10 126:5
126:10,14
127:7,10 128:5
131:5,7,10
132:3,8,10
133:16,18,18
133:20 135:2
136:12 137:4
138:4,8,12,24
139:3,7,15,16
140:2 144:7
154:24 160:8
161:4 166:18
174:14 178:13
180:17 184:14
186:12 187:12
192:16 194:4
202:14 209:10
213:16 215:1,2
217:5,10,10,10
217:17,18,19
218:5 219:19
220:11,15
221:7,8,13
224:5 234:4,19
235:8 262:4,15
266:5 268:9
269:1,24 270:4

272:9,18 278:2
278:20 279:23
280:1,8,9,13
282:11 283:15
284:15 286:14
286:22,24
288:20 294:16
295:10 303:10
**draw** 281:1
295:2
**drawn** 258:15
**drill** 294:3
**drs** 215:20,22
216:2
**drug** 12:20
144:17
**duces** 4:10
**due** 67:5 209:22
230:5 233:1,21
**duke** 140:3,4
**duly** 9:4 304:6
**duplicate**
226:18
**duration**
206:16 245:16
246:19 260:24
261:11

| e |
|---|

**e** 1:11 3:1,1 4:1
4:6 5:1,1 6:1,1
7:1,1 8:1,1 9:1
9:1 12:24 161:7
161:7 302:24
303:2,2 306:2

**e.g.** 188:17

**earlier** 44:15,16 149:13 152:2 300:10

**early** 25:15 63:17 93:1,6

**ease** 23:15 114:22

**easier** 9:15 218:3

**easily** 23:8 264:10

**easy** 203:23

**eating** 187:5,13 187:18

**echeverria** 44:5

**editor** 216:1,22 216:24

**editorial** 219:13 219:23

**editorialized** 267:23

**editors** 217:8

**education** 239:3

**effect** 136:15 189:9 197:22 218:19 221:18 276:23

**effects** 5:23 8:13 137:9 162:24 275:19 293:1 300:5

**effectually** 49:2

**efficiency** 12:10 46:11

**efficient** 232:8

**efficiently** 186:14

**eight** 25:10 196:4

**either** 16:8 17:19 36:2 41:9 45:2 49:4 64:3 76:1 115:10 116:22 131:21 164:19 182:2 187:22 189:9 194:4 215:5 260:23 285:20

**electronic** 21:5

**elements** 33:22

**elevated** 119:14 120:5 190:23

**elevates** 194:23

**eligibility** 224:20

**elsa** 184:23

**elucidated** 64:11

**emi** 268:24 272:4,10 273:16,23 274:12,23 275:4

**emphasis** 167:7

**employee** 13:20 14:3

**employees** 16:4

**employs** 31:1

**encode** 52:1

**encompass** 25:7 283:16

**encouraging** 154:15

**endeavor** 9:10 9:17 273:8

**endeavored** 284:1

**ended** 42:18 75:1

**endometrial** 16:21 27:23

**endometrioid** 127:8,12,14 198:4

**endometrioma** 126:20

**endometriosis** 5:25 82:17 86:18 123:16 123:23 124:3,3 124:19 125:4 125:12 126:7 126:11,18 127:5,19 129:8 130:6,14,16,23 131:9 132:9,12 133:17,22 134:2 136:13 136:16 137:11 140:22 141:1 142:15,17 145:2,10,18 146:1,7,9,15,16 146:21 147:12 147:19,22

148:7,8,9,18 152:18 153:16 153:22,23 198:6 199:18

**endometriotic** 148:20

**endometrium** 67:11

**endorse** 63:2

**endpoints** 269:13

**ends** 234:20

**engage** 15:12

**engagement** 22:22

**english** 124:22

**enhances** 149:2

**enrolled** 142:4

**enrollment** 143:17 238:14 239:16 240:16 240:22 245:22 245:23 246:21 256:4

**enters** 212:8

**entire** 183:5 251:4

**entirely** 103:20 233:1,20

**entirety** 170:11 228:22

**entitled** 49:21 137:9 161:19 169:6 184:5 185:22 268:11

[environment - examine]                                    Page 24

**environment**
269:17 272:15
**environmental**
8:18 111:12,17
111:18,24
112:8,15
173:13 174:10
174:17 175:7
175:11 178:19
180:11
**epidemiologic**
89:15 90:17
91:7 182:6
**epidemiologi...**
89:12 139:5
**epidemiology**
5:4 7:10 8:4
161:22 200:10
268:11
**epigenetics**
8:11 274:13
**epigenomic**
8:12
**epithelial** 6:20
7:13 55:11,17
55:22 56:16
77:23 78:4
184:5 204:13
222:7 268:17
269:8
**epithelium** 67:6
**equal** 197:5
212:22 213:21
**equated** 221:23
**equates** 271:1

**equivalent**
175:19
**errata** 305:5,8
305:10,13
307:8
**errors** 97:1
**especially**
290:24
**esquire** 3:3,4,5
3:12,19,25
**essentially**
32:20 36:18
71:11 93:24
112:4 171:18
214:10,21
239:22 242:12
298:19
**establish** 159:3
199:3
**established**
70:5 82:4 86:12
86:21 96:11
103:10 109:23
123:7 140:20
141:3,5 144:14
147:13 181:19
181:23
**estimate** 40:7
203:18 209:5
210:8 232:5
236:15 253:3
258:2 292:1
**estimated** 5:5
**estimates**
221:17 253:19

**estrogen** 6:7
144:20,21
154:20 155:1,6
156:20,22
157:7,16 158:1
158:2,5,13
159:3,11,12
160:18,21
161:19 162:14
162:20,24
163:11,13
**et** 42:12 43:5,6
104:22,23
157:24,24
264:23,23
**ethnicities**
120:7
**ethnicity** 239:3
**etiology** 185:23
**evaluate** 28:21
30:11 34:20
85:22 140:19
140:24 165:10
224:4 251:3
287:22
**evaluated** 58:6
273:9
**evaluates** 162:4
162:6
**evaluating** 33:9
**evaluation**
81:16 140:14
181:16 272:18
**evening** 124:11
303:13

**event** 66:12,13
66:18 73:7
74:16 75:4
**events** 15:8,10
65:22 66:6,14
67:13 71:5 73:2
73:6,15 74:22
75:3
**everybody**
303:2,12
**evidence** 6:12
6:14 8:17 58:11
58:15 59:2,17
59:19 66:24
67:19,22 73:14
74:17 75:5
81:22 167:2,11
167:23 169:11
181:1,2 186:10
195:3 196:11
218:19 221:24
222:1 239:4
241:19,22
242:2 283:7
286:2
**exact** 66:2
212:2 264:18
**exactly** 39:4
76:10 191:8
215:10 217:23
286:19 290:7
**examination**
4:2 9:6 304:9
**examine** 60:12
132:8

| | | | |
|---|---|---|---|
| **examined**  9:5 | 19:11,12 20:12 | 223:22,23 | **explain**  19:16 |
| 33:23 134:18 | 21:4,17,18 22:5 | 234:23 237:24 | 182:3 276:4 |
| 142:5 187:14 | 23:21,22 31:24 | 237:24 238:1 | 296:21 |
| 245:16 | 35:7,8 36:13,14 | 243:2,8 273:19 | **explanation** |
| **examining**  8:16 | 41:16,17,18,22 | 273:20 282:14 | 169:20 |
| **example**  47:10 | 43:3,24 46:1 | 282:18,21 | **explored**  6:9 |
| 62:21 90:3 | 49:17,23 50:6 | 287:2 288:1,2 | 161:21 |
| 111:7 132:22 | 69:7,8 74:8 | 288:11,12 | **exposed**  212:6 |
| 138:4 191:1 | 76:20 77:6,7 | 301:11,19 | 227:2 230:6 |
| 201:4 241:15 | 80:1,4 94:17 | 302:4 303:4 | 247:5 251:18 |
| 246:6 293:5 | 95:3 98:23,23 | **exhibits**  4:8 5:3 | 256:3 |
| 294:21 296:22 | 98:24 99:4 | 6:3 7:3 8:3 35:6 | **exposure**  8:7 |
| 298:16 300:17 | 100:24 101:2 | **expand**  29:13 | 81:9 211:24 |
| **examples** | 101:10 104:1 | **expanded**  60:11 | 212:13 220:17 |
| 253:19 | 112:23,24 | 120:19 | 225:3 227:7,8,9 |
| **excel**  301:15 | 119:13,17,19 | **experience**  38:6 | 227:11,16 |
| **except**  218:21 | 127:24 128:2 | **experienced** | 228:19 230:1,7 |
| 307:6 | 128:23 129:3 | 194:9 | 231:11,22 |
| **exclusive** | 130:5 136:22 | **experiment** | 237:12,22 |
| 271:24 | 136:23 137:5 | 270:21 | 239:18 245:10 |
| **excuse**  35:6 | 140:17 143:8 | **expert**  4:12,14 | 246:16 252:17 |
| 38:12 47:9 | 156:13 157:18 | 5:10 13:17 | 254:19 255:11 |
| 57:23 69:17 | 158:18 159:15 | 18:23,24 19:21 | 255:17 256:21 |
| 92:23 97:10 | 159:18 160:2,9 | 20:13 32:2 | 276:6 283:18 |
| 104:17 105:16 | 161:4,13 | 40:13,19 41:20 | 284:3 |
| 115:20 148:10 | 166:19 168:5,9 | 45:1,7 46:1 | **exposures**  70:6 |
| 154:5 163:21 | 168:13,15,20 | 80:16,20,22 | 89:14 90:16 |
| 188:5 192:6 | 170:6 178:9,10 | 81:5,5,8,13 | **expression** |
| 202:11 223:20 | 183:24 184:1,7 | 132:3 216:13 | 269:12 270:13 |
| 249:22 269:13 | 186:18 191:22 | 278:3 286:8,8 | 270:24 |
| 293:8 295:21 | 192:3 195:7,8 | **expertise**  34:13 | **extended** |
| 297:19 | 195:10,13 | **experts**  132:3 | 178:18 |
| **executive**  6:11 | 201:24 202:1 | 214:9,21 269:4 | **extensive** |
| 167:2,10 | 202:11 208:8,9 | 271:9 272:3 | 139:17 |
| **exhibit**  9:21,22 | 208:12 216:22 | **expires**  307:18 | **extensively** |
| 9:23 18:23 19:1 | 216:24 217:1 | | 138:9,19 |

[extensively - figure]                                                   Page 26

139:10,17
150:23 192:18
**extent** 178:16
**extract** 226:3
227:2
**extracted**
226:11 227:4
**extraction**
271:18
**extremely**
103:16
**extremes**
252:19
**extruded**
130:21
**extrusion**
126:16 131:2
**eyeshadow**
289:3

**f**

**face** 87:16
**fact** 11:20
48:21 63:20
84:24 87:5
94:14 103:19
111:17 142:6
142:13 157:13
159:4 194:13
194:21 198:7
199:8 200:18
207:11 209:11
210:24 216:16
225:15,18
227:18 240:24
242:9,24

249:17 265:6
269:15 284:14
**factor** 63:18
82:23 86:12,21
93:21 94:1
95:19 96:12,20
99:16 100:20
111:24 112:8
112:16 123:24
142:20 143:22
147:13 152:22
156:22 158:22
160:14
**factors** 5:16,23
6:5 29:16,19,21
32:7,11 46:6
81:16,19,21
82:4,13 83:1,7
83:9,13,14,19
86:8 92:22 95:9
98:14,17 99:14
100:24 101:13
104:2,8 108:2
108:18 109:6
111:7,9,12,19
136:15 137:10
140:20,23
141:3,6 142:10
142:13,14,18
143:1,20,24
144:4,15
152:23 153:8
156:6,15
157:17 158:18
159:19 160:1
160:10 163:20

163:22 164:16
165:2,3,9,10,19
173:13 174:10
174:17 175:7
175:11,16
178:19 180:11
185:23 196:14
**facts** 33:2
154:18
**factual** 78:13
78:13,17
221:22
**fail** 205:20
305:15
**fair** 15:24 21:13
43:4 61:21
65:19 66:20
78:8 84:16,18
94:2 122:13
182:17 220:7
244:23 245:7
246:17 247:19
250:20 263:10
274:19 279:14
279:15 289:10
291:17 292:17
297:2,15
**fairly** 216:12
**falling** 252:18
**fallopian** 6:18
51:2 222:7
229:1 236:10
236:20 237:6
**falls** 190:22
**familiar** 50:6
99:6 136:17

139:23 192:22
**families** 105:15
106:10
**family** 25:15
82:11,19,20
87:3 103:18
105:6,10
106:23 108:19
108:24 144:16
**faqs** 5:14 98:21
99:4
**far** 77:3 108:1
178:20 207:12
**fathalla's** 71:12
**father** 52:5
**february** 4:16
7:25 21:6 38:2
38:4,7,8 39:3
39:12,20 40:3
94:9,22 178:17
**feel** 93:14,20
97:8 211:1
254:19
**felix** 80:17,22
133:18
**fellow** 280:15
**fellowship**
280:15
**felt** 81:20,21
92:22
**feminine**
239:10
**fertility** 5:22
**fewer** 64:2
**figure** 232:8
235:10,13

**[figure - form]**

| | | | |
|---|---|---|---|
| 244:24 249:4,9 | 164:8 167:8 | 247:3,10 | 74:11 76:12 |
| 289:13 | 169:4 170:16 | 249:12,14 | 78:9 81:23 |
| **filed**   10:15 | 190:21 191:10 | 256:5,22 296:7 | 82:15 83:4 84:3 |
| **final**   56:6,11 | 200:11 202:11 | **followed**   34:21 | 85:3,17 88:23 |
| 127:9 142:10 | 206:10 228:5,9 | 197:12 283:22 | 89:16 90:18 |
| **find**   23:7 47:23 | 228:9 229:15 | **following** | 91:11 92:3 93:3 |
| 53:23 66:24 | 239:15 246:4,9 | 115:10 120:22 | 94:3 97:15 |
| 189:23 233:12 | 251:13 254:10 | **follows**   9:5 33:6 | 98:20 99:20 |
| 259:13 265:1 | 262:20 269:2,3 | **food**   12:20 | 102:8,20 |
| 286:24 | 276:7,8 288:20 | **footnote**   125:22 | 103:13 108:15 |
| **finding**   77:24 | **fish**   3:20 | 167:1 168:21 | 109:13 110:8 |
| 121:21 127:5 | **five**   26:2,5,6 | 228:13 231:13 | 111:14 112:1 |
| 163:6,18 | 41:13 63:4 | **footnoted**   156:1 | 112:18 117:14 |
| 177:11 180:6,8 | 64:22 79:15,16 | **footnotes**   187:8 | 117:22 118:19 |
| 209:13 216:19 | 94:15 95:1,18 | **force**   58:8 | 119:5 120:21 |
| 242:22 255:19 | 156:21 162:6 | **foregoing**   304:4 | 122:6 123:9 |
| 276:4 | 187:7 242:15 | 304:22 307:3 | 130:24 132:19 |
| **findings**   153:1 | 242:17 | **forget**   34:24 | 134:15 135:6 |
| 162:22 180:23 | **flip**   157:21 | 35:4 77:1 | 137:23 138:11 |
| 209:22 267:15 | **flipped**   205:12 | **forgive**   46:2 | 138:21 139:21 |
| **fine**   23:18 79:9 | **flips**   191:12 | 72:10 94:20 | 140:11 151:3 |
| 79:17 | **fluid**   126:16,18 | 154:12 268:15 | 157:3 158:9 |
| **finish**   9:14 | 130:10,18 | 298:20 | 159:6 164:17 |
| 285:1 300:18 | 131:2 | **forgot**   277:21 | 165:12 170:21 |
| **finished**   150:3 | **foci**   148:20 | **form**   13:9,23 | 172:16 173:21 |
| 191:9 | **focus**   24:17,20 | 18:3,9 27:10 | 176:9,20 |
| **finite**   246:21 | 95:5 110:2 | 33:1 34:17 | 177:18 179:18 |
| **first**   9:4,20 10:7 | 259:16 278:14 | 38:24 40:5 42:3 | 181:7,13,21 |
| 16:13 20:6 | **focused**   70:22 | 45:4 46:17 | 187:16 189:1 |
| 26:20 27:21 | 71:4 135:23 | 47:18 48:15 | 190:19 191:6 |
| 31:11 36:21 | 204:15 245:14 | 53:3,20 54:19 | 191:19 192:19 |
| 37:23 43:8 95:5 | **focusing**   279:9 | 56:9,20 60:18 | 201:8 203:1 |
| 106:24 107:5 | **follow**   108:13 | 61:3 62:8 65:20 | 205:5 207:4,20 |
| 115:21 116:1 | 150:7 238:9 | 66:10,21 67:7 | 209:17 210:15 |
| 139:5,7 145:16 | 240:15 244:20 | 68:1,15,22 71:1 | 211:4 212:10 |
| 147:18 161:6 | 245:5,9 246:2 | 72:5,20 73:23 | 213:1 215:13 |

**[form - genes]**                                                    Page 28

216:14 217:21
219:11,21
220:13,24
224:11 226:13
232:15 236:16
237:2,16
239:20 245:12
247:22 248:20
254:3 255:14
257:9,14
260:20 261:7
261:20 264:2
265:10 269:22
270:16 271:12
272:7,21
274:24 276:12
277:14 278:22
279:20 280:23
284:17 285:12
290:21 292:3
293:22 294:22
299:3,10 307:7
**formatting**
33:7
**forms** 82:2
**forrest** 42:12
42:14,19 43:4,9
43:24 44:7
**forth** 24:16
33:15 141:11
151:12 182:5
294:7,24 295:3
300:13 304:6
**forward** 61:19
99:15 268:10
300:14

**found** 32:12
64:21 65:6,12
66:1 73:17
74:23 77:13
82:17 87:8
88:21 90:23
104:23 145:1,6
151:13 169:8
198:3 200:13
265:7 275:6
285:16,18
**foundation**
280:11
**four** 35:17 36:3
37:21 142:8
147:20 171:17
171:20 172:12
184:22 254:13
296:1 297:8,9
**fourth** 26:23
39:15 172:20
244:15,18
245:4,8 250:5,6
250:6 251:18
**frame** 39:6
**framework**
111:23
**frequency**
206:16,20
230:1 231:16
245:16 265:8
291:19,24
293:2,7,16,24
294:4 297:5,19
300:5,19

**frequent** 7:5,22
191:18 196:11
197:18,22
199:12 224:4,6
224:8 225:2,7
226:4,12 227:3
227:20 293:4
293:10 294:19
299:19,21
300:8,22
**frequently**
260:15
**front** 10:2 11:6
12:4 19:4,15,22
50:3 69:11
87:21 137:4
160:5 238:4
300:3
**frozen** 127:7,18
129:10,20
**full** 28:12 116:8
116:12 124:21
206:10 292:21
**fully** 216:12
298:12,24
**fumble** 9:13
**function** 34:1
52:2 114:6
271:6,10,21
**functional** 52:6
**functionally**
49:5
**functions**
270:20
**further** 138:16

**future** 103:9

**g**

**g** 9:1 137:2
**games** 266:8
**gates** 97:17
98:4
**gel** 289:19
**gene** 5:17 48:22
54:11,13,16
102:17 105:9
121:20 122:4
123:7 269:12
270:12,23
**general** 4:15
18:12,24 19:18
21:7 24:18
29:20 40:13
46:8 61:15
99:22 107:11
107:13 132:16
154:7,9 165:17
165:18 166:19
166:20 167:1
282:24 286:11
291:14
**generally** 36:2
68:9,14
**generated**
253:2
**genes** 51:24
52:1 55:24 60:6
60:7,10,13,16
61:1 62:5,11
100:10,18
102:6,19 103:7

**[genes - greater]**

103:9 109:12
110:13 117:4,8
118:8,17,23
120:20 122:5
122:18,23
**genetic**  46:16
51:6 54:6 61:6
61:7 87:5,6
96:22 103:20
104:20
**genetics**  46:13
46:14 77:4,8
103:15 117:11
117:12
**genital**  7:12,17
7:19 8:5 28:22
85:14 134:10
135:17 139:6
145:9,17
146:13 152:17
152:22 153:15
170:19 176:2
176:19 179:17
180:18 204:2
209:4 210:14
218:16 221:21
237:20 238:22
239:5 240:21
241:19,22
242:3,18 243:3
251:4 253:20
258:11 262:18
267:19 280:21
285:9
**genitals**  291:4

**genius**  287:6
**georgia**  44:13
**germline**  46:18
46:21 47:4,9,14
48:7,19 53:11
53:14,16 77:22
77:24 79:1
**getting**  24:20
121:16 213:18
**giese**  42:9,17
43:4,6
**give**  15:22
24:11 44:14
154:13 164:15
294:20
**given**  133:12
162:19 218:14
283:6 307:5
**gives**  58:11
169:10
**giving**  19:9
61:11
**gleaned**  145:1
**glitched**  124:12
**go**  12:10 24:4
36:17 60:9 77:2
79:19 97:14,17
104:9,21
107:11 121:3
127:21 136:8
136:21 145:15
147:17 150:7
151:16 153:13
154:1 155:5
156:18 160:16
166:12 172:19

176:16 186:23
190:9 196:8
199:10 208:6
212:20 214:18
218:2,5 223:2
223:12,14
228:3,17
235:14 238:20
239:1,8 251:23
257:17 259:15
262:23 265:20
268:4,16
272:17 278:4
285:1 288:10
292:24 300:14
**godleski**  80:16
132:8,10
133:16,20
**godleski's**
132:3
**goes**  58:3 63:22
70:13 148:3,19
233:16 240:17
280:14
**going**  9:10
20:18 21:15,22
23:10 35:1,7
41:18 43:17
46:8 51:16
61:19 63:8
67:12 79:7,24
88:18 92:20
109:24 113:21
121:6 133:1
153:12 161:3
166:10 178:8

183:17 195:7
201:20 223:21
225:15 258:4,5
295:11 296:10
298:16
**gonzales**
247:16
**good**  9:8,9
42:24 59:8 79:6
114:14 124:22
215:17 239:11
239:17 244:6,8
275:12 303:13
**gosh**  280:14
**grade**  78:21,23
204:16,24
205:15
**gradient**  181:1
286:1
**gradients**  33:12
**grande**  2:5
**grant**  23:4
29:24 30:2,6
**granulosis**
55:10,14
**gray**  143:10
**great**  9:18
49:20 98:19
168:19 291:7
303:9
**greater**  64:4
90:5,9 155:7
187:7 194:8
197:5,9 199:12
200:13,16,21
207:17 212:22

[greater - heterogeneous]                                                    Page 30

213:20 266:14
**green**  126:16
126:18 130:10
130:18 131:2
**group**  24:16,18
31:5 35:6 58:18
59:5,13 141:19
153:23,23
156:8 210:18
225:7 227:3
230:1 239:21
240:3 241:4
257:2,7 259:19
259:20 262:20
263:7 264:24
**grouping**
135:13,22
**groups**  240:5
**guess**  42:11
119:1 121:1,15
150:20 165:21
186:12 202:12
273:18 277:11
277:18 282:18
**guidelines**
16:20 55:2,6
57:1 60:21 61:9
62:6,10 63:5
78:3,11,14
107:17,19
108:14 171:1,9
173:13,16
174:9 178:7,17
182:18,23
183:18

**gyn**  126:5 140:3
140:10
**gynecologic**
13:8,14,15
26:22 50:13
125:2,10 140:7
147:12 156:14
**gynecologists**
50:12 185:3
**gynecology**
6:10 13:21

**h**

**h**  4:6 5:1 6:1
7:1 8:1 137:2
**habitual**  261:9
**habitually**
261:6
**hair**  289:3
**half**  51:23 79:7
125:18 213:17
213:19
**hall**  107:14
**hallmarks**
271:22
**hand**  35:5
51:19 69:21
144:7 169:3
193:10 197:16
206:5,9 221:4
229:14 240:12
244:24 251:24
252:4,6 256:16
256:18 275:22
292:19

**handy**  104:8
**happen**  96:24
212:5
**happened**
125:15 271:16
**happening**
66:15,19
**happens**  68:10
**happy**  61:24
79:13 127:20
194:5 218:1
301:13
**hard**  12:5 23:13
**harlow**  215:20
216:3 218:5
219:2,19 221:8
**harlow's**
217:18
**harmonize**
229:1
**harris**  139:16
**harvard**  138:24
**haydu**  280:1
**hazard**  209:20
210:17 213:9
236:5 237:3,18
258:11 259:7
259:21 263:8
266:12 267:2
293:5,10
298:24 299:1,8
300:18,22
**head**  76:16
140:2
**health**  13:4
184:17 225:19

228:19 229:7
229:10,23
231:12 233:3,7
233:14,17,23
235:22 236:23
**healthcare**
22:23 30:21
**hear**  137:15
254:9
**heard**  188:8
**hearing**  4:16
37:5
**held**  2:1
**help**  9:14 21:10
49:18 249:3
276:4
**helps**  19:23
128:11,14
**hemosiderin**
126:19 130:19
131:3
**hereditary**  4:22
5:18 49:21
50:22,23 51:12
52:3 54:7 105:8
109:11
**heritage**  82:11
86:16 100:20
101:22 104:12
104:18 110:3
**heterogeneity**
167:19,21
169:8
**heterogeneous**
167:15 172:23
176:24 177:1

**[heterogeneous - identification]**                                    Page 31

177:13,17
178:2
**hey**   131:20
**hhs**   6:6
**high**   78:21,23
  103:22 166:1
  204:15,24
  205:15
**higher**   65:4
  71:16 72:18
  78:1,24 148:9
  148:10 153:14
  204:3 226:8
  227:8,10,15
  283:9 293:5,9
  300:18,21
**highest**   89:14
  90:2 230:1,6
**highlight**   298:9
**highlighted**
  298:12
**hilary**   5:12,21
**hill**   32:22 33:7
  33:19,22 34:2
  34:22 35:2
**hill's**   34:16
**histologic**
  134:19
**histologies**
  77:21 78:2,21
  78:22,24 112:7
  135:9,14,21
**histology**   77:16
  127:17 135:12
  136:1

**historical**   8:17
**history**   70:16
  82:9,11,19,20
  86:6 87:3 92:21
  103:19 105:6
  105:10,15
  106:10,23
  108:6,20
  115:11,17,20
  116:1 144:16
  220:17
**histotypes**
  163:1 205:13
**hit**   48:6,6,17,21
  52:9,14
**hmm**   115:15
  280:5
**hold**   22:20
  242:15,22
  252:4 301:17
**holly**   139:15
**honestly**   30:23
**honorary**   25:17
**honors**   31:10
**hope**   286:24
  303:12
**hopefully**   46:10
**hormonal**
  144:18
**hormone**   6:7
  8:9,20 82:12
  86:20 144:20
  154:3,19 155:1
  158:21 159:4,9
  160:13 161:20
  201:5 243:7

**hospital**   22:20
  274:21
**hospitalization**
  131:6
**hotel**   2:5
**hour**   25:11 41:3
  79:7
**hours**   25:10
  40:1,8,10,12
  41:2,5,8 94:7
  94:15,19,21
  95:1 186:13
  187:7 301:6,8,9
**hr**   177:8 213:24
  218:9
**hrd**   78:24
**hrs**   253:17
**hrt**   155:6,14,21
  163:11
**huang**   63:12
  64:14,17,20
  65:14 69:5
  75:20 76:5,10
**huncharek**
  171:14 175:23
**hundred**   181:6
  181:10
**hung**   250:19
**hurst**   3:13
**hurwitz**   190:4
  190:10,16
  191:16 194:14
  195:8,13
  197:10
**hyccmr00223**
  128:6

**hygiene**   239:10
  264:23 265:12
  265:14 289:5
  289:10,18
  298:11
**hypotheses**
  149:13,16
  150:11 151:7
  223:9
**hypothesis**
  48:17,21 49:9
  52:9,15 63:21
  65:22 66:3 67:3
  71:3,13 72:22
  72:22 74:5,13
  162:22 182:1
  193:23 198:10
  199:5 212:12
  221:23 223:7
  294:7,11,16
**hypothesized**
  65:3 66:23
  182:5
**hypothetically**
  255:16

**i**

**i.e.**   144:16
**iarc**   282:3
**idea**   85:1,5
  207:21 296:4
**identification**
  9:24 19:2,13
  23:23 35:9
  41:23 49:24
  62:11 69:9 80:5

**[identification - increased]**                                    Page 32

99:1 101:3
113:1 128:24
129:7 130:6
136:24 160:3
161:14 168:10
168:16 178:11
184:8 192:4
195:11 202:2
208:13 217:2
223:24 238:2
243:9 273:21
282:22 288:3
288:13
**identified**  19:20
20:22 51:5
53:13,16 60:6,7
69:19 82:1
105:18 106:16
110:13 117:17
123:1 133:18
276:1 290:5
**identify**  71:12
73:4 74:19 75:2
86:7 96:19,22
130:7 132:14
132:24 133:12
133:13 140:23
284:1
**ignoring**  299:4
**ii**  58:15 59:20
208:22
**il**  148:22,22
151:15,15
**illustrates**
164:24

**immune**  272:15
276:2,9
**immunohisto...**
282:5
**immunosurve...**
276:3,10
**impact**  293:3
294:17 300:4,7
**imperative**
305:12
**implement**
256:20
**important**
70:17 86:7 91:9
92:1,5,10
**impression**
42:8
**improving**
24:17
**imputing**
256:21
**inactivities**
187:23
**inactivity**  187:6
**inadvertent**
11:24
**inadvertently**
11:16
**inartful**  118:14
**incessant**  63:20
**incident**  8:20
257:1,6 283:8
**inciting**  182:10
**include**  32:22
35:15,24 41:6
135:4 151:23

158:21 160:21
171:22 172:1,9
200:12 201:18
228:24 229:21
230:15 231:5
237:7 278:5,21
**included**  75:24
141:20 142:21
143:14 152:9
172:24 177:4
199:2 208:24
225:24 230:3
230:24 231:11
234:4 253:18
276:2 289:9
**includes**  35:23
51:2 176:17,22
192:11,15
195:20,22
**including**  6:17
36:7 70:6
144:15 148:5
148:21 151:22
152:8 162:8
184:23 278:7
**inclusion**
225:19 228:22
**inconsistency**
195:1 240:19
**inconsistent**
189:14 285:15
285:17
**incorporated**
32:12
**incorrect**
107:21 108:17

109:5 124:15
155:3 216:20
229:13 241:9
**incorrectly**
205:10
**increase**  72:17
91:1 96:12
103:10 122:20
123:7 124:4
148:23 152:12
155:2 159:13
174:11,22
179:11 262:10
291:20 293:2,7
297:5,20 300:5
300:20
**increased**  51:8
54:17 55:4,5
62:12 63:23
64:11,13 72:3
72:23 74:20
75:5 83:10 84:5
84:8 86:9 93:16
97:20 104:18
105:19 106:17
107:4 108:8
109:2 110:4,14
124:6 134:10
135:17 146:13
148:6 152:16
155:9,14,14,20
160:20 162:15
162:21 163:10
163:15,21
164:19 174:16
175:2 176:1,7

[increased - interaction]                                                Page 33

176:18,23
177:5,12
179:16 180:2
191:13 197:9
201:1 203:19
204:17 207:14
209:16 210:5
210:13 212:24
213:3 214:5
218:15 223:3
232:14 233:6
236:24 237:8
240:4 241:14
254:23 255:12
255:21 262:9
265:2,7 270:24
284:8,12,15
285:3,10
293:15,20
294:4 295:19
**increases**  65:16
77:16 112:13
167:24 174:24
189:10 241:19
241:23 242:3
**increasing**
55:21 65:2,23
86:12 91:4
111:19 112:9
112:17 146:18
155:21
**increments**
64:23
**independent**
31:4

**index**  144:15
**indicated**  94:18
132:11
**indicating**
128:13
**individual**  7:8
35:16 40:3,18
40:19 42:19
43:10 47:13
54:18 73:2 75:2
75:4 109:16
164:21 166:7
197:19 203:10
226:10 231:8
**individual's**
165:10
**individuals**
52:2 230:6
**induce**  222:8
269:7 270:14
275:18 285:22
**induces**  268:13
268:17 270:7
**inducing**
273:14
**induction**
188:17
**inert**  273:24
274:4,6,8
**inflammation**
32:10 64:20
65:2,11,15,16
65:17,23 67:23
70:9,17,23 71:7
72:3,17 73:1,3
73:12,17,21

74:9,15,18 75:6
75:11,14,20,21
148:4,10,11
151:21 152:6
153:16 193:11
194:16,16
195:3 199:23
200:2 268:12
270:15 276:11
**inflammatory**
5:8 66:7,20
67:5 68:13,21
68:24 70:5,7
73:6 75:3
144:17 147:19
147:22 182:10
188:13,17
198:6 222:8
**information**
17:3 25:3 57:13
61:20 81:15
82:10 239:18
245:2 249:13
**infrequent**
194:8 253:6,10
253:14 263:18
263:20
**ingham**  44:6
**inherit**  52:4
**inherited**  52:24
54:18 77:13
100:8 102:17
109:9 110:6
**inhibits**  149:1
200:2

**initial**  127:7
245:10 247:3
**initially**  42:14
127:11 129:10
238:13 240:20
253:5,13
256:21
**initiative**  24:23
**initiatives**
24:15
**injured**  130:20
**insight**  215:11
**insoluble**  8:13
**instance**  210:12
291:23
**institutes**
184:17
**institutions**
137:20,20
138:2 150:21
**instructions**
305:1
**insurer**  23:1
**intact**  218:16
221:10 228:24
**intend**  143:6
205:9
**intended**  61:13
135:19
**intending**
290:18
**intent**  135:8
**interacted**  16:7
**interaction**
145:24 153:5

**intercourse**
291:11
**interesting**
264:17
**intermingled**
46:11
**internal** 57:20
**international**
8:18 14:9
182:23
**interpretation**
218:14
**interpreted**
127:10 129:11
**interrupt** 11:13
124:10
**interval** 93:14
145:4,11,20
146:7 163:9
204:7,9,18
205:1,13,16
209:6,11
210:10 218:9
232:10 263:14
**intervals** 177:9
220:9
**intervening**
240:1 241:6,14
**intervention**
112:5 212:4
**interventions**
30:22 112:4
**interviewing**
280:15
**intimate** 8:8

**intraoperative**
126:16 130:10
**introduction**
193:10
**invasion** 149:3
**investigated**
56:13 62:19
66:1 178:20
**investigating**
73:12,13
**investigator**
29:9
**invite** 232:6
**invoice** 36:22
37:1,8,19 38:17
39:8,11,12,15
94:9,17,23
**invoiced** 36:20
40:22
**invoices** 4:18
35:6,11,16 36:6
37:22 39:20
40:8
**involve** 26:15
27:2 28:13
273:11,13
**involved** 14:19
17:24 18:1 27:6
27:22 30:20
31:19 141:17
**involvement**
17:14
**involves** 26:21
68:13
**involving** 26:24

**irritating** 222:6
**island** 274:20
**isolation** 66:13
**issue** 136:13
187:14 234:18
**issued** 39:19
**issues** 218:18

**j**

**j774** 8:14 276:5
**jama** 7:16,19
208:18 217:8
230:22
**january** 57:23
57:23 208:18
**jersey** 1:2
**jewish** 82:11
86:16 100:19
101:22 104:11
104:17 110:3,5
110:23 119:14
120:4 160:24
**job** 1:23
**joellen** 76:5
**john** 81:5
**johnson** 1:6,6
45:15,15
**johnson's** 87:11
87:19 88:1,16
89:7 279:12,18
**jointly** 50:11
**jolla** 1:14 2:7
**journal** 5:4
161:22
**judith** 32:14

**judkins** 39:13
**july** 6:13
304:16
**juncture** 56:12
62:21
**june** 1:15 4:17
23:9 24:2

**k**

**kathryn** 138:17
**katie** 192:16
193:6
**keep** 104:7
188:5 277:20
**keeping** 78:7
**keeps** 131:16
**kept** 81:1
**key** 128:3
193:12 199:23
**keywords**
32:10
**knocking** 48:24
**know** 9:12,14
9:15 18:4 21:10
21:23 22:13,18
30:23 38:5 39:3
43:15 47:19,21
49:7 52:16
62:18 63:21
67:9 72:12
75:16,17,18
79:5,11 80:7
84:21 88:10,10
89:20 96:21
106:22 107:22
109:15 110:20

**[know - limited]**                                                        Page 35

111:16 113:4
114:4 117:7
121:1 124:3,7
124:23 128:11
128:14 129:12
129:13,17,24
130:18 131:17
133:16 137:19
139:2,23 140:4
140:4 150:24
154:15 165:18
165:21 166:6
175:22,22
183:5 184:10
185:8 187:17
188:6 197:12
201:10 203:9
206:2 231:4
234:18 244:18
247:24 248:2,9
248:10,16,22
248:24 249:19
250:15 255:3
259:17 261:9
261:24 262:3,4
264:9 266:6
268:19 270:2
273:10 279:24
280:2,7,8,9,13
287:9,9,14,24
289:14 290:7
290:12 291:8,9
291:10,14
293:20 296:18
**known** 102:6
103:7,9 122:19

122:19 123:6
188:16
**knudson** 52:19
**knudson's**
48:17,20 52:14

**l**

**l** 1:11 161:7
**la** 1:14 2:7
**labeled** 301:22
**labs** 60:12
**lack** 207:9
221:11,23
268:16
**lacking** 198:11
198:14,20,24
**language** 47:8
48:10 125:17
**large** 42:14
**largely** 139:4
**largest** 196:9
197:1 240:18
283:21
**lastly** 17:12
**late** 31:17 63:18
93:1
**launch** 166:22
**lead** 3:2 53:1
151:16
**leader** 140:9
**leadership** 13:7
**leading** 64:12
137:19
**leads** 73:15
75:4

**leakage** 130:10
**leanna** 3:5
**leave** 136:12
182:15
**led** 71:6 164:3
**lee** 161:6,7
**leeway** 61:12
**left** 51:19 58:20
69:21 169:3
206:5,9 221:4
244:24 256:16
256:18 275:22
282:24 286:12
287:11 292:19
**leftmost** 54:11
**leigh** 3:3 9:9
23:12 31:8
35:14 36:4
42:13 61:11
62:15 71:20
79:5 113:10
129:12 131:16
213:12 243:16
252:3 282:24
301:10 303:16
**length** 182:15
**leslie** 1:25 2:12
9:15 23:19
286:18 298:2
303:1 304:19
**letters** 216:1,22
216:23 217:7
**level** 7:8 16:16
58:14 59:17
64:23 76:3,17
89:14 90:23

91:24 182:2
293:2,7 297:5
300:5,20
**levels** 5:8 58:11
64:18 65:4,7,13
66:1 75:17
148:9,10 223:4
**levy** 81:5
**liability** 1:7
**library** 57:19
184:16
**life** 47:16
**lifestyle** 112:5
169:7
**lifetime** 5:6
51:9 64:1,15,21
65:9,16 70:3
71:15 72:1,16
76:9 90:10,15
96:24 245:10
245:19 246:16
**ligation** 144:19
212:4
**ligations** 211:21
212:14,15,18
**likely** 68:3
123:23 125:11
126:19 193:11
194:1 199:23
200:4 207:17
262:6
**limit** 18:14
**limitation**
197:8
**limited** 29:20
51:10 116:16

**[limited - lower]**                                                      Page 36

| | | | |
|---|---|---|---|
| 116:22 221:10 | 33:13,23 34:20 | 114:7,8,18,21 | **looking** 33:8 |
| 270:18 | 55:14 57:14,21 | 132:2,23 133:1 | 56:15 64:15 |
| **limits** 89:22 | 68:6 84:15,17 | 138:16 140:16 | 67:17 69:23 |
| **line** 121:13 | 89:12 91:4,7,14 | 144:6 158:17 | 71:8,10 81:1,12 |
| 153:13 306:4 | 97:12 112:12 | 161:2 179:7 | 88:5 94:16 95:4 |
| **lines** 41:17 | 112:17 141:8 | 193:9 194:3,4 | 97:7,11 100:14 |
| 147:20 | 172:13 180:22 | 197:14 202:10 | 100:15,16 |
| **link** 72:23 73:5 | 188:12 189:11 | 203:21 213:16 | 104:1,10 |
| 74:20 169:10 | 193:1 195:2 | 224:16 225:23 | 108:18 114:9 |
| **linked** 103:4 | 201:13 242:10 | 227:23 228:5 | 127:12 129:13 |
| **list** 11:16 41:19 | 284:7,11,14 | 228:11 229:12 | 129:16 133:8 |
| 44:11 99:14,15 | 285:8,14 286:4 | 229:13 233:11 | 141:22 154:14 |
| 100:14,16,19 | **litigation** 1:8 | 234:3 236:19 | 183:3,4 185:21 |
| 101:13,21 | 13:17 42:2 | 238:19 241:17 | 188:8 200:1,14 |
| 104:3,7 134:8,9 | 269:5 | 249:4,8 254:17 | 209:3 213:20 |
| 134:11 156:21 | **little** 61:12 | 257:21 259:9 | 236:23 239:23 |
| 157:14 158:18 | 88:19 93:10 | 259:12 262:17 | 244:7 252:22 |
| 158:24 160:13 | 112:11 184:3 | 263:16 264:10 | 265:1 283:14 |
| 160:24 170:14 | 254:10 | 265:20 267:14 | 294:1 |
| 199:6 202:7 | **llp** 3:13,20 | 269:3 278:4 | **looks** 19:23 |
| 240:17 277:19 | **local** 15:6,12 | 291:18 293:15 | 20:16,19 |
| **listed** 26:19 | **localized** 75:14 | **looked** 55:21 | 128:12,16 |
| 43:1,23 86:11 | 75:21 76:2 | 62:15 68:3 | 289:3,18,19 |
| 86:15 100:3 | **locate** 57:22 | 78:20 89:18 | **losing** 131:18 |
| 109:6 146:24 | **long** 17:8 | 97:18,18,22 | 299:22 |
| 202:18 | 197:12 266:11 | 108:1 118:13 | **lost** 105:21 |
| **listing** 42:1 | 266:14 | 118:22 127:11 | 106:6,6 129:13 |
| 43:1 54:6 60:16 | **longer** 35:3 | 135:22 136:1 | **lot** 21:22 52:19 |
| 108:2 134:17 | 78:7 97:1 189:7 | 162:12 177:24 | 201:22 282:7 |
| **lists** 24:9 54:10 | 191:11 247:10 | 212:21 238:12 | **louis** 42:9 43:13 |
| 54:21 100:9,17 | 283:23 | 243:6 244:10 | **low** 189:3 |
| 101:16 171:8 | **longo** 81:9,10 | 251:13 260:2 | **lower** 51:23 |
| 186:1 192:23 | **look** 20:16 | 264:22 272:12 | 64:23 65:7,12 |
| 225:24 | 54:10 58:14 | 273:10,12 | 156:23,24 |
| **literature** 12:7 | 69:4,21 95:4 | 288:24 289:4 | 157:6,8 158:6 |
| 28:23 32:4 33:8 | 96:7,22 101:15 | 292:6 296:12 | 158:11 196:12 |

[lower - marked]                                              Page 37

197:16 226:21
227:7,9
**loy**   70:3,8
**ltl**   38:23
**lucky**   188:7,9
**lunch**   166:16
**lung**   201:15

**m**

**m**   1:11
**m.d.**   1:13 2:1
4:2,10,13 5:11
9:3 303:19
307:13
**ma'am**   38:10
38:14 69:13
76:21 88:5
105:2 126:9
137:15 145:14
145:23 147:6
149:17 150:2
156:17 158:3
160:6 161:16
167:5 173:12
175:14,22
186:4 188:20
198:15 201:16
202:6 211:14
217:6 222:20
229:12 237:14
238:5 240:12
249:7 256:13
259:15 265:24
266:6,18
267:17 268:6
282:16 286:17

**macrophages**
8:14 272:13
**made**   10:24
11:2 17:1
108:11 217:11
244:22 253:10
283:8 304:8
305:6
**magnitude**
293:3 300:6
**magnitudes**
64:4
**mail**   12:24
302:24 303:2,2
**main**   72:16
**majority**   47:2
53:8 94:11 96:3
96:16 97:4
110:10
**make**   11:13
29:7 42:24
45:10 49:19
64:7 72:11 96:9
124:13,23
151:1 154:18
161:9 185:21
186:21 198:19
218:3 230:21
232:8 253:17
273:4 279:10
282:3 297:15
301:23 302:23
305:3
**making**   107:10
140:14 297:3

**malignancies**
51:3,7,8 188:16
**malignant**
151:17 182:4
269:7,14 270:8
271:1,16,22
272:4,20,24
273:15 283:10
285:22
**managed**
105:10
**management**
24:10,14 159:8
**mandarino**
277:1,9,23
**manifestations**
269:15
**manifested**
247:20
**manipulated**
267:5,8
**manipulation**
237:11 264:8
**manner**   24:21
**manuscript**
151:1
**manuscripts**
28:13
**march**   4:19
36:22
**margaret**   3:4
131:15,16,20
**mark**   9:20
18:21 19:11
22:7 23:20 35:7
41:16 49:16

69:6 80:1 98:16
98:22 100:24
112:22 127:20
127:22 128:21
136:22 159:14
161:3 168:3,12
178:9 191:22
195:7 201:21
208:7 216:21
223:22 237:23
243:1,17
273:17 282:12
288:1,9,11
298:2 301:23
**marked**   9:23
19:1,12 21:3,17
23:22 31:24
35:8 36:13
41:22 49:23
50:5 69:8 77:6
80:4 98:24 99:3
101:2 112:24
128:23 130:4
131:14 136:23
137:5 156:13
160:2,9 161:7
161:13 168:9
168:15 178:10
184:7 192:3
195:10 202:1
208:12 217:1
223:23 234:14
234:14,22
238:1 243:8
273:20 282:14
282:21 288:2

**[marked - meta]**                                                        Page 38

288:12 302:3
303:4
**marker** 64:19
65:24 70:9
75:10
**markers** 71:8
73:4
**marketing** 1:7
**mas** 1:6
**mascara** 289:3
**mass** 126:15,17
130:21 144:15
**massachusetts**
3:22
**masses** 130:20
**material** 61:23
234:21
**materials** 10:11
11:15 40:18
88:11 132:5,9
133:2 144:9,10
**math** 89:5,8
**matter** 39:21
64:8 279:11
284:10
**maximum**
250:22
**maximus** 31:4
**mcclennen**
3:20
**md** 4:15,20
**mdl** 1:6 20:14
21:6,7 35:13
36:2,7 37:4
40:2,2

**mean** 20:15,17
20:20 42:22
47:21 49:6
52:12 53:12
59:1 61:4 62:14
67:2 78:12 90:3
92:5 96:1,2,15
102:23 107:23
108:23 111:16
112:10 119:10
121:3 132:16
137:24 145:23
148:2,9 163:4
165:18 172:3
176:24 177:12
198:2 202:20
203:7 215:6,7
231:23 236:15
245:13 251:6
261:8 271:17
275:2 277:18
291:8 293:24
**meaning** 70:3
156:24 210:22
211:2,7,9
**meaningful**
213:6
**means** 67:10
122:24 130:13
178:3,5 180:11
209:12,13,22
210:3 232:24
233:16,19
261:10 264:9
271:15 304:23

**measure** 64:17
75:13 206:19
206:21 215:6
**measured**
64:22
**meat** 187:6,13
187:19
**meats** 187:22
**mechanism**
64:10 71:12
152:14 153:17
181:3,4 182:4
198:11,13,14
198:20,22,24
199:5,6 268:12
285:21
**mediator** 74:10
**medical** 24:9,16
24:18 25:1,1,14
30:22 40:17
80:14 81:1,14
82:3,9 86:1,5,6
92:21 94:13
126:12 128:3
131:5,8,12,13
133:21 134:3
282:9
**medicine**
184:16
**medline** 57:19
**meet** 297:16
**meeting** 29:3
167:10
**meetings** 15:8
280:16

**melanoma** 51:4
**member** 17:15
17:19 108:24
**members** 15:12
**men** 51:10,12
**menarche**
63:18 93:1,5,12
144:21
**menopausal**
144:20
**menopause**
63:18 93:2,9,13
**menstrual**
87:13,15
**menstruation**
66:7 67:4,10
**mention** 34:2
126:11 129:9
130:8 133:17
168:21 268:24
**mentioned**
23:10 24:5
26:12 29:23
30:19 81:15
98:12 117:8
130:11 268:23
**merritt** 190:13
**mesothelioma**
281:6,15,21,22
283:10
**met** 115:9,11
**meta** 7:7,25
171:22 172:2,4
183:21 225:10
230:15,24
232:4,6,9

**metabolism**
275:9
**method**  58:6
**methodological**
218:18
**methodology**
32:1,16,18
34:19 80:11
132:13 142:1
165:6 254:2
274:23
**methods**
114:23 144:9
144:11
**methvin**  3:6
**mid**  60:10
93:10
**middle**  104:14
188:10 278:16
289:17
**midway**  60:2
104:13 206:5,9
238:20 267:15
292:24
**migration**
181:3 182:7
285:21,24
**miles**  3:7
**mind**  17:7 38:4
94:20 104:6
131:21 175:1
286:16,19
296:8
**minute**  22:9
109:24

**minutes**  79:15
79:16 84:21
130:12 138:18
166:11 254:14
273:4 282:24
286:12,20
287:10 296:10
**misclassificat...**
281:3
**misdiagnosed**
281:12,14,21
281:23 283:11
**mislabeled**
302:13,19
**misrepresented**
261:17
**misrepresents**
262:12
**missed**  121:24
**missing**  29:7
141:23 251:17
251:20 256:5
265:23
**misspoke**  273:3
281:18
**misstate**  216:8
**misstated**
205:11
**misstates**  33:2
**mistaken**  42:8
43:13
**mixed**  42:14
**mixture**  293:7
300:20
**mixtures**  8:20

**mm**  115:15
280:5
**modest**  293:2
300:6
**modifiable**
29:16,20
**modification**
7:4
**modify**  112:10
**molecular**
47:22
**mom**  102:12
**moment**  20:7
24:5,11 41:15
46:3 136:9
268:5 292:13
292:14
**monk**  280:1,13
**monograph**
182:24
**montgomery**
3:9
**month**  26:6
44:17
**monthly**  66:15
66:19
**months**  164:3
197:7 199:13
240:21 245:23
246:22
**moores**  15:5
16:19
**morning**  9:8,9
9:11,20 11:6,14
**mother**  52:5
82:21 87:4,8

**mouth**  38:4
**mouthwash**
289:20
**move**  134:3
182:8 267:7
268:9
**moved**  125:13
129:22 233:19
291:10,11
**moving**  233:17
276:22
**mri**  30:14
**mris**  30:11
**mucinous**
112:14
**multi**  5:17
**multifactorial**
84:12,15
**multigene**
114:24 117:20
118:6,8,11
**multiple**  47:15
48:6 49:11
192:11 203:2
224:17 225:2
251:19 273:12
293:19
**multiply**
293:20 295:24
297:8
**murray**  215:21
218:6 219:2,19
**mutagenesis**
181:4
**mutated**  49:4

[mutation - nonserous]

**mutation** 47:9
47:10,14 48:7
48:19 49:1,2
51:6 52:8,24
53:11,14,16
54:18 62:24
77:14,24 79:1
101:17 103:5
105:18 106:16
119:15 120:5
121:12,23
**mutations**
46:16 47:1,4,5
47:6,15,15,24
48:1,8,12,20
49:8,11 53:1,17
53:23 54:7 55:7
63:5 78:23 87:8
96:22 100:9,9
102:11,17,17
104:24 110:6
110:13 111:1
117:13 120:15
122:8,11,24
**mutually**
271:24
**myriad** 288:24

**n**

**n** 3:1 4:1,1 5:1
5:1 6:1,1 7:1,1
8:1,1 9:1 137:2
230:7
**name** 5:20 17:8
43:8 45:18
185:8 193:7

304:16
**named** 193:4
**names** 139:24
**national** 6:16
16:3,12,15 17:4
56:11,24 63:1
184:16,16
228:19
**ncbi** 6:20
184:15
**nccn** 17:8,9
55:2,6 56:2
60:21 61:8 62:6
62:9,20 78:3
107:17,19
108:13 170:24
171:9 173:12
173:16 174:9
177:24 178:7
178:16 182:18
182:22 183:18
**near** 87:20
246:11
**necessarily**
51:17 67:9
102:23 110:20
111:16
**necessary** 86:1
181:18 305:3
**need** 23:8 49:3
79:11 235:1
244:5 278:5
288:17 298:21
**needed** 78:6
**needs** 25:19

**negative** 102:1
102:5,18
103:12 104:24
108:7 109:1
115:4,7 116:14
120:15,18
121:12,19
122:2,4,21
123:6 133:10
133:14 143:4,7
180:23 271:18
**neither** 115:24
182:18,22
**neoplasm**
178:22 180:13
180:14
**ness** 149:12
152:2 193:23
200:5 223:8
**network** 6:17
16:13,15 17:4
**never** 85:23
109:19 122:22
143:20 173:5
200:14 210:9
221:23 231:22
245:15 253:13
256:22 258:11
258:21 261:17
266:20,23
267:2 293:4,11
294:2,20 300:8
300:23
**new** 1:2 16:20
16:24 23:19
24:6,20 25:6

26:9,13 27:1
28:9 29:24 32:5
60:7 61:19
125:16 187:5
231:19,20,21
269:21 278:21
279:7 291:1
**newest** 11:17
**newsome** 39:16
80:18
**nhs** 208:22
228:1,8 229:24
230:2,10,19
231:1
**nicholas** 192:17
**nine** 134:18
141:13,20
142:23 196:1,1
196:2,3 303:15
**no.25** 7:19
**non** 153:23
195:20,22
196:1 206:18
210:18 220:19
253:4,7,8,10
259:6,20
262:19 263:19
263:19,20
264:4
**noncausal**
173:5
**nonfunctional**
49:6 52:7
**nonserous**
135:3,9,14,18
136:5

**[nonspecific - o'dell]**                                      Page 41

**nonspecific**
  75:10
**nonstatistically**
  255:19
**nonsteroidal**
  144:17 194:15
  200:1
**nonuse**  194:9
**nope**  20:5
**normal**  103:20
  269:8,16
  270:20 271:5
  271:10,20
**notable**  197:21
  214:9,20
**notary**  307:20
**notation**  228:12
**note**  11:14
  61:10 126:14
  132:14 133:2
  205:19 273:16
**noted**  73:20
  117:13 305:10
  307:7
**notes**  77:1
  106:1 304:12
**notice**  2:12 4:9
  9:21 10:12,15
  12:10 22:3
  170:15
**noticed**  11:14
**november**
  22:14
**novo**  40:24
**nsaid**  144:18

**nsaids**  188:13
  189:12
**null**  221:22
  259:7,21 264:1
**number**  4:24
  5:5 20:16 49:19
  64:5,12 65:1,5
  71:4 72:24
  73:15 89:20
  91:3 99:9
  137:19 138:13
  185:7 188:7,9
  206:19 207:18
  208:24 227:23
  228:14,15
  250:22 258:14
  259:3 299:24
**numbers**
  141:24 142:3,3
  142:4,10 163:4
  236:17
**numeral**  58:15
**numerous**
  63:22
**nurses**  225:19
  229:6,10,23
  231:12 233:3,7
  233:14,16,22
  235:22 236:23
**nutter**  3:20

**o**

**o**  1:11 4:1 5:1
  6:1 7:1 8:1 9:1
**o'brien**  8:8
  88:20 183:11

  183:14,19
  192:16 193:6
  208:3,7,8
  214:10,22
  215:2,16 216:4
  216:9,12,17
  217:9,9,10,17
  217:19 220:11
  220:15 221:7
  221:13 222:4
  225:17 227:23
  227:24 228:1,8
  228:18,21
  229:5,6,9,22
  230:12,16,20
  230:22 231:4
  231:24 233:9
  237:20 243:1
  243:11,17
  247:17 248:15
  249:20 250:16
**o'brien's**
  229:11 262:4
**o'clock**  303:15
**o'dell**  3:3 4:3
  9:7,19 10:1,19
  11:10 12:2,3
  13:11 14:1
  15:20 18:5,13
  19:3,6,8,14,19
  20:2,9,11 22:6
  22:11 23:16,18
  23:24 27:16
  33:17 34:23
  35:10,19,21,22
  36:10,12 39:7

  40:11 41:24
  42:6 45:8,11
  46:20 48:4
  49:10,16 50:1
  53:4 54:1,23
  56:14,22 57:4
  60:22 61:21
  62:2 63:7 66:4
  66:17 67:1,21
  68:5,20 69:1,6
  69:10 71:21,23
  72:8 73:19 74:2
  75:7 76:18
  78:15 79:9,13
  79:19,21,24
  80:6 81:3 82:7
  82:24 83:12
  84:10 85:7,20
  89:2 90:1,21
  91:16 92:7,19
  93:18 94:6
  97:24 98:18
  99:2,23 100:4
  101:4,9,11
  102:15,24
  103:24 105:24
  106:2 108:22
  109:21 110:17
  111:21 112:20
  113:2,7,11,16
  113:18 114:11
  114:13 117:18
  118:1,24 119:9
  119:16,24
  120:1,24
  122:12 123:12

124:9 126:3
127:23 128:2
128:10 129:1,2
129:22 130:2
131:4,20,24
132:1,21
134:24 135:15
136:8,11,21
137:1 138:3,15
138:23 140:1
140:15 146:5
150:5 151:19
154:11 157:10
158:16 159:14
159:17,20,24
160:4 161:5,12
161:15 165:5
165:16 166:10
166:17 168:3,7
168:11,18
169:18 171:2
172:18 174:6
176:10 177:2
177:20 178:8
178:12 179:5,6
179:21 181:9
181:17 182:13
184:2,9 187:20
189:15 190:24
191:15,21
192:1,5,20
193:19 195:6
195:12 201:14
201:20 202:4
203:5 205:8
207:6,23 208:6

208:11,14
210:1,23 211:5
212:7,19 213:7
213:14,15
214:19 215:23
216:21 217:3
217:24 219:14
220:5,21 221:3
222:12,15,18
223:11,14,16
223:21 224:1
224:15 226:15
232:18 234:10
234:17,24
235:5,7,17,20
236:21 237:5
237:19 238:3
240:10 243:10
243:14,19,21
245:20 248:17
249:2 254:5
255:23 257:12
257:16 261:3
261:13,21
264:5 265:19
266:19 267:7,9
268:4,8 270:5
271:7 272:1,16
273:2,17,22
275:20 276:15
277:13,22
279:1,22
281:10 282:17
282:20 283:2,3
284:20 285:6
286:5,18,23

287:3,12,15,24
288:4,8,15,19
291:6 292:4
294:9 295:6,15
296:6,14,17
298:1,4 299:6,7
299:11 301:7
301:13 302:9
302:13,16
303:9,12
**oath** 2:15
**object** 13:9,23
18:3,9 27:10
33:1 34:17
38:24 40:5 42:3
45:4 46:17
47:18 48:15
53:3,20 54:19
56:9,20 60:18
61:3 62:8 65:20
66:10,21 67:7
68:1,15,22 71:1
72:5,20 73:23
74:11 76:12
78:9 81:23
82:15 83:4 84:3
85:3,17 88:23
89:16 90:18
91:11 92:3 93:3
94:3 97:15
99:20 102:8,20
103:13 108:15
109:13 110:8
111:14 112:1
117:14,22
118:19 119:5

120:21 122:6
123:9 130:24
132:19 134:15
135:6 137:23
138:11,21
139:21 140:11
151:3 157:3
158:9 159:6
164:17 165:12
169:15 170:21
172:16 173:21
176:9,20
177:18 179:18
181:7,13,21
187:16 189:1
190:19 191:6
191:19 192:19
201:8 203:1
205:5 207:4,20
209:17 210:15
211:4 212:10
213:1 215:13
216:14 217:21
219:11,21
220:13,24
224:11 226:13
232:15 236:16
237:2,16
239:20 245:12
247:22 248:20
254:3 255:14
257:9,14
260:20 261:7
261:20 264:2
265:10 269:22
270:16 271:12

272:7,21
274:24 276:12
278:22 279:20
280:23 284:17
285:12 290:21
292:3 293:22
294:22 296:3
299:3,10
**objection**   13:13
23:14 92:14
277:8,13
297:17
**objections**
10:14 304:8
**objective**   30:9
30:10 140:18
**objectively**
31:5
**observation**
153:14
**observed**   148:6
275:10 293:1
300:5
**obstetricians**
50:12 185:3
**obstetrics**   6:10
13:21
**obtain**   229:8
**obtained**   58:15
59:2 184:15
229:6 238:16
244:16 245:4
249:13
**obviously**   61:19
163:5 172:13

**ocac**   137:13
192:6 195:17
**occur**   67:13
75:14
**occurred**   107:6
**occurs**   48:14
73:1 74:15
**ocra**   17:14,15
17:20,24 18:2,8
96:19
**ocwaa**   206:22
**odd**   234:13
**odds**   145:3,10
145:18 146:17
152:19 200:13
200:17,20
204:3 211:1
232:9 233:15
263:6
**offered**   55:8
269:5
**office**   16:3
**officer**   13:15,20
**officiated**   2:14
**offload**   26:10
**oh**   10:6 11:12
20:1 37:12
42:12 43:16
80:9,21 94:10
100:14 129:15
145:5 153:9
154:9 172:3
180:10 184:20
189:24 193:17
196:1 203:22
204:1 214:16

234:13 235:13
252:8 255:5
262:21 266:2
266:17 268:14
274:2 277:11
288:15
**oil**   289:2
**okay**   10:20 12:9
12:13,15 17:2
18:18 21:15,20
22:6,6 24:4,11
25:20 26:17
27:17 28:8,11
31:12,18,21
33:18 34:6,24
35:20 36:10
38:11 39:8
43:16,16 44:11
44:24 50:5,10
54:24 55:19
56:15 57:5,11
59:8 69:3 75:8
79:8 80:10 81:4
87:2 88:14 89:9
95:2,7 99:12
100:1 106:7
107:13 109:22
110:19 113:6
114:11 119:20
121:1,3,9,10
122:1,13,13
123:5,16,21
126:4 127:3
128:10 129:1
129:15 131:24
134:7 144:2,12

146:11 147:2,4
150:18 157:20
159:17 161:12
161:18 166:9
168:7,19 169:2
170:10 171:3
184:12,20
185:14,15,19
187:1 194:13
195:6 200:6
203:6,15
205:14 206:12
208:17 214:17
214:18 223:14
224:24 229:5
233:13 234:6
234:24 237:19
243:20,24
244:5,9 249:5
250:20 252:8
252:12 254:9
254:11 255:5,5
256:16 257:20
258:19 262:12
262:16 264:13
266:3 268:4
276:16,21
278:10 280:17
288:18 297:2
297:13 301:7
303:9
**old**   97:19 107:1
107:7 126:19
126:20 212:2
246:3,8,10

**[older - ovarian]** Page 44

| | | | |
|---|---|---|---|
| **older** 100:6 | 285:13 286:6,8 | **osteopathic** | 74:10,21 77:13 |
| **oldest** 15:15 | 286:8 | 185:3 | 77:15,23 78:1,4 |
| **once** 213:10 | **opinions** 5:11 | **outcomes** | 81:17,20 82:5 |
| 223:8 297:6 | 46:13 61:1 | 255:18 256:1 | 82:14 83:3,7,10 |
| **oncologist** | 80:12 164:16 | **outline** 154:14 | 83:15,17,24 |
| 125:2,11 126:5 | 166:21 216:13 | **outlined** 58:7 | 84:6,9,11,21 |
| **oncology** 13:8 | **opportunity** | 215:18 | 85:1,6,11,15,24 |
| 13:14,16 14:4 | 21:8,21 186:11 | **ovarian** 4:23 | 86:4,9,13,22 |
| 50:13 140:3,7 | **opposed** 78:21 | 5:14,16,24 6:4 | 88:22 91:1,5,15 |
| 140:10 | **opposite** 66:2 | 6:8,11,14,17,21 | 91:20,24 92:17 |
| **oncology's** | 73:18 74:24 | 6:23,24 7:6,9 | 93:8,17,22 94:1 |
| 156:14 | 76:10 | 7:13,14,18,20 | 95:10,13,20 |
| **ones** 10:21 | **oral** 4:9 14:8 | 7:23 8:16 13:22 | 96:1,3,13,16,16 |
| 43:23 128:8 | 144:18 164:5 | 14:5,10,17 | 96:20 97:5 |
| 164:1 282:2 | **orally** 14:14 | 16:10 17:3,10 | 98:15 99:5 |
| **online** 302:20 | 16:8 17:19 | 17:13,20 18:7 | 100:20 101:13 |
| **op** 126:14 | **order** 46:11 | 18:11,14 25:15 | 102:6 103:4,11 |
| **open** 243:15 | 200:21 216:18 | 26:15,24 27:2 | 104:2,19 105:7 |
| 244:1 298:21 | 270:6 293:20 | 27:23 28:14,17 | 105:9,17,20 |
| **operated** 63:4 | **organization** | 28:22 29:10,17 | 106:15,18 |
| **operative** | 31:4 107:24 | 32:6,7,10 46:15 | 107:3,4 108:9 |
| 130:11 | **organizations** | 46:23 47:3,11 | 108:20 109:3,9 |
| **opining** 272:19 | 12:18,20 61:5,6 | 47:17,22 48:12 | 109:11 110:4 |
| **opinion** 36:3 | **organized** 9:11 | 49:22 50:22,23 | 110:15 111:2 |
| 60:15 72:13 | **origin** 163:1 | 51:2,13 52:3 | 111:12,19 |
| 78:17 84:1,1,2 | **original** 32:8 | 53:1,9,10,12,18 | 112:10,14,18 |
| 84:4,7 85:8,12 | 52:14 71:13 | 53:24 54:8,13 | 115:21 116:2,5 |
| 86:2,2 91:18 | 143:18 149:7 | 54:17 55:4,17 | 118:9 122:20 |
| 92:2,16 95:9 | 149:11,15,23 | 55:22 56:16 | 123:8 124:4,7 |
| 123:22 124:2,5 | 150:9 290:12 | 59:10 60:17 | 126:6 133:1 |
| 132:7 155:13 | 304:13 305:12 | 61:2 62:13 | 134:13 135:3 |
| 200:20,24 | **originally** 44:8 | 63:24 64:13,16 | 136:5,15 |
| 209:10 215:24 | 230:11 272:8 | 65:10,17 66:9 | 137:10,12 |
| 261:14 269:5 | **ostensibly** | 67:6 70:23 | 138:9,13,20 |
| 279:10,13 | 255:12 | 71:10,17 72:4 | 139:6,18,19 |
| 284:16 285:7 | | 72:18 73:9,22 | 140:20,21,24 |

**[ovarian - page]**                                                           Page 45

| | | | |
|---|---|---|---|
| 141:5,14,18 | 193:12 194:10 | **ovary**  67:16 | 74:16,22 75:4 |
| 142:24 143:15 | 194:17,24 | 68:12,17 75:15 | **own**  41:9 57:20 |
| 144:14,16 | 195:5,17,23 | 75:21 76:3 | 74:3 108:1 |
| 146:14,18 | 196:5,6,10,12 | 106:5 292:11 | 131:7 |
| 147:13 148:5 | 196:13,21 | **overall**  158:11 | **oxford**  6:22 |
| 148:23 150:19 | 197:3,18,23 | 162:16 163:15 | **oxidative**  223:3 |
| 150:23 151:22 | 198:21 199:14 | 165:10 179:22 | **oxygen**  270:12 |
| 152:8,13,16 | 200:15 204:4 | 201:12 236:14 | 270:23 |
| 153:18 155:2,8 | 204:13 208:24 | **overlap**  108:3 | **o'reardon**  3:13 |
| 155:20 156:5 | 210:13 211:3 | 248:23 | |
| 156:14,24 | 211:10 218:16 | **overlapped** | **p** |
| 157:9,22 | 221:21 222:7 | 163:9 226:23 | **p**  3:1,1,3 9:1 |
| 158:18,22 | 239:5,24 240:6 | 280:12 | 137:2 |
| 159:5,9,18,24 | 241:6,13 247:9 | **overly**  26:9 | **p.c.**  3:7 |
| 160:10,20 | 247:20 248:3 | **overrepresent...** | **p.m.**  303:20 |
| 161:20 162:2,7 | 248:12 250:23 | 256:7 257:1 | **page**  4:2,8 5:3 |
| 162:9,15,21 | 253:5,13,21 | **overstating** | 6:3 7:3 8:3 |
| 163:1,15,23 | 254:24 256:8 | 20:3 | 12:12 21:19 |
| 164:4,7,12,23 | 257:22 262:8 | **overview**  187:4 | 24:8 26:17,18 |
| 165:4,11,23 | 263:18 265:4 | **overweight** | 26:18 27:21 |
| 167:2,11,14 | 266:2 267:20 | 148:8 | 28:6 30:4 31:7 |
| 168:1 169:9 | 268:13,17 | **ovulating**  64:9 | 34:5,5 46:7,14 |
| 170:19 171:11 | 269:8 273:13 | 76:1 | 51:20 54:2 |
| 172:22 173:9 | 277:1 279:14 | **ovulation**  63:21 | 57:12,12 59:24 |
| 173:15 174:12 | 280:18 281:7 | 66:6 67:4,15,18 | 63:9 69:16,16 |
| 174:18,23 | 281:12,13,20 | 67:24 68:11 | 69:17,19 70:14 |
| 175:8,12 176:1 | 281:23 283:8 | 73:9,14 75:15 | 70:14 71:22 |
| 176:18 178:2 | 283:11,17 | 75:18 | 77:5,7 95:3 |
| 178:17 179:11 | 284:2,9,12 | **ovulations**  70:3 | 100:12,13 |
| 180:19 183:8 | 285:4,9 291:21 | 72:2 76:9 | 101:15 104:12 |
| 184:6 185:23 | 292:8,16 | **ovulatory**  5:6 | 104:13 118:11 |
| 187:4,15,23 | 297:21 298:6 | 64:1,6,12,16,21 | 119:12,16,17 |
| 188:15,24 | **ovaries**  62:23 | 65:1,5,7,9,16 | 119:18,20 |
| 189:5,13 | 67:17 111:3 | 65:22 67:12 | 124:18 125:8 |
| 190:17 191:2 | 182:11 212:9 | 71:4,15 72:17 | 125:24 134:5 |
| 191:17 192:7 | | 72:24 73:2,7,15 | 134:11 140:17 |

| | | | |
|---|---|---|---|
| 143:8,8 144:8 | **pages**  1:24 | 272:10,12,13 | 239:19 |
| 146:23 147:3 | 20:16 146:24 | 277:2,24 | **participate** |
| 153:12 154:2,4 | 268:10 307:3 | 278:20,24 | 15:10 |
| 154:5,13,14 | **palb2**  55:3,7 | 279:5 280:20 | **participated** |
| 155:10 156:19 | 56:2 63:4 | 282:11 290:24 | 15:7 |
| 157:14 160:17 | **pancreatic**  51:4 | 295:5 302:17 | **participation** |
| 162:5 166:24 | **panel**  5:17 | **papers**  62:17 | 115:3 |
| 169:1 170:5 | 60:11 114:24 | 78:20 138:13 | **particles**  8:13 |
| 171:5 185:20 | 117:20 118:7,8 | 149:15 163:10 | 276:24 |
| 186:24,24 | 118:11 119:3 | **paradoxically** | **particular** |
| 188:4 190:2 | 120:20 121:19 | 64:20 | 12:11 16:21 |
| 193:9 197:15 | 121:21 122:4,5 | **paragraph**  34:7 | 24:19 56:18 |
| 199:22 200:6,7 | 123:10 | 34:15 51:24 | 82:20 83:13 |
| 200:11 201:17 | **panels**  60:8 | 58:5 59:24 | 84:22 85:5 87:4 |
| 202:10,11 | **paper**  8:11 11:6 | 70:14 104:14 | 88:21 107:6 |
| 206:1 207:24 | 27:21 28:2,2 | 147:18 169:4 | 112:2 124:8 |
| 208:2 214:7,8 | 64:15 65:14,15 | 170:17,24 | 134:21 190:16 |
| 217:15 218:2,5 | 69:5 71:15 | 172:20,20 | 201:23 210:21 |
| 219:9 221:4 | 72:14,16 76:5 | 176:7 188:11 | **particularly** |
| 222:14,15 | 97:17,21 98:1 | 200:12 206:10 | 106:23 221:9 |
| 223:18 224:16 | 118:3 121:17 | 214:8 218:6 | **partner**  26:9 |
| 224:20 229:12 | 123:18 144:8 | 221:5 229:16 | **passes**  97:21 |
| 229:14 232:7,7 | 149:18 152:10 | 245:1 252:9,14 | **past**  15:1 84:19 |
| 232:19 240:11 | 161:5 163:6 | 292:21,24 | 85:1 104:19 |
| 241:7 244:24 | 166:23 168:8 | **paren**  228:1,15 | 115:5 140:6 |
| 251:9 252:6,7,7 | 168:14,20 | 290:17,17 | **pasted**  126:1 |
| 254:12 256:16 | 183:10 186:9 | **parody**  144:19 | **patent**  210:8,18 |
| 257:21 267:10 | 193:23 194:21 | **part**  11:24 | 211:11 212:23 |
| 267:14 269:3 | 195:8,13 | 16:14 23:4 28:2 | 213:4 220:15 |
| 275:21 277:6 | 197:16 198:13 | 35:4 72:1 74:8 | 220:19 236:10 |
| 278:11,12,13 | 198:19 199:2 | 94:17 115:2 | 236:20 237:6 |
| 278:16 282:10 | 200:3 215:17 | 117:20 169:23 | **path**  127:9,18 |
| 283:1,15 | 217:9,9 222:4 | 177:19 231:1 | **pathetic**  61:2 |
| 289:13,17 | 223:20 224:8 | 276:11 293:16 | **pathogenic** |
| 290:23 292:18 | 233:12 248:6 | **participants** | 60:17 62:5 |
| 306:4 | 251:6 254:7 | 228:20 231:12 | 102:6,14,16,22 |

**[pathogenic - phagocytes]**                                      Page 47

109:10,19
119:15 120:5
120:15,20
**pathologic**
281:5
**pathologist**
80:22 132:17
132:22
**pathologist's**
132:4
**pathologists**
132:13
**pathology**
126:22 127:1,4
127:21 128:4
129:4,6 130:4
132:4,8,16
133:2,7,13
**pathway**
275:24
**pathways** 276:1
**patient** 5:20
24:17,20,24
25:3 47:7,8
48:8 165:13
166:8
**patients** 22:24
26:1 27:22
30:11,20 47:23
50:24 53:15
78:22 116:11
116:21 143:12
159:9 192:12
203:3 231:7
240:7 250:23
256:2,8 258:16

260:4,7
**patterns** 8:5
237:21
**paula** 3:12 19:6
19:9,20 20:10
35:5 49:18 80:2
98:19 101:4
113:8 128:3
159:21 161:8
195:9 216:24
282:16,17
302:6,6,10
**pause** 184:4
**paying** 220:9
**pdf** 302:23
**pearson** 11:18
32:14 80:15
154:24 215:1
215:22 272:9
278:2
**pendency** 38:23
**pending** 45:19
**penner** 30:7
**penninkilampi**
90:4 171:15
179:15
**people** 16:18
25:2 241:1,2
253:10
**perceived**
214:11,23
**percent** 25:8,9
25:10 53:10,12
55:23 77:12,17
79:3 107:2
120:6,6,11,13

120:17 121:7
121:11,13,18
155:9,15
175:24 176:7
181:6,11 191:2
191:17 194:9
197:2 199:14
213:8 218:9,12
218:15,22
221:18 232:10
232:14 237:1,8
238:21 240:14
240:16,20
253:5,12 259:1
259:4,5,18,24
260:4,6 261:15
261:22 262:24
263:19 264:13
293:5,9 295:20
297:5 300:18
300:21
**percentage**
25:5,12,23
78:22 110:11
258:9,15,17
260:9
**percentages**
260:3
**performed** 36:8
141:12
**perineal** 7:22
134:22 167:24
182:9 186:1,10
200:14 207:12
211:24 220:18
225:3 226:4,12

227:20 265:3
284:13 285:4
290:2,18
291:15
**perineum**
285:24 290:7
290:11 291:9
**period** 15:11
88:19 240:23
247:10 261:5
**peritoneal** 6:19
51:3 281:6,15
281:15 283:10
**permanent**
127:18
**perplexing**
199:15
**person** 109:1
164:21 293:18
**personal** 8:19
105:6 115:11
115:17,19
116:1 289:1
291:20 297:20
**perspective**
50:21 91:6
**persuade**
270:14
**pertain** 48:18
**pertains** 207:9
**pertinent** 51:17
92:23,24
**peruses** 114:19
**phagocytes**
276:24

**[phase - powder]**                                                    Page 48

phase  67:14
phenotype
    271:4
phrase  122:22
    299:23
phung  137:2,6
physical  70:6
    70:18 187:6,22
pi  29:11 30:6
picked  248:6
    250:15
picture  244:1
    293:16
piece  213:6
pills  64:3
    157:23 165:22
pink  19:23 20:1
    20:4 270:2
pittard  3:5
place  93:16
    125:14 203:23
    304:5
placed  59:17
places  51:7
    160:23 205:20
    274:17
placing  62:12
    167:7 291:3,9
plaintiff  43:10
    44:8 80:19 82:1
plaintiff's
    45:18 80:16
    81:5 214:9,21
    269:4 271:8
    272:3

plaintiffs  3:2
    10:24 40:18
    132:3
plan  28:23
planned  126:4
plausibility
    33:14 181:3
    285:20
plausible  148:7
    151:9,23 152:1
    152:5
play  266:8
plays  148:4
    151:21 152:6
    193:12 199:23
please  21:18
    27:20 30:2 46:5
    54:3,3 69:18
    72:9 92:12
    123:19 131:11
    136:9 146:22
    150:6 152:4
    184:11 186:24
    188:4 195:9
    199:10 201:18
    207:24 223:12
    242:15 243:15
    268:5 305:2,7
plenty  79:17
plus  6:7 43:24
    43:24 154:20
    155:1,7 159:3
    160:22 161:19
    163:13 194:22
    211:19 212:6
    251:17

point  13:16
    34:4 56:6 57:6
    77:20 83:2,18
    99:13 114:22
    119:8 125:14
    174:8 179:22
    185:18 186:8
    186:12,20
    189:21 194:5
    203:18 301:6
pointed  180:7
    279:6
pointing  177:6
points  104:9
    255:13
pooled  138:18
    141:13 172:9
    202:13,21,23
    203:6,7,13
    208:3,18 209:5
    210:8 230:16
    230:22 231:1
    232:5,9,20
    233:15 236:15
poor  218:10
poorly  119:2
population
    158:15 162:6
    218:11 231:2
    232:17 244:12
    251:4 262:8
populations
    197:20 210:20
    211:13 212:3
portion  46:5
    124:12 142:14

portis  3:7
position  22:19
    25:6,22 31:14
positions  26:11
positive  102:10
    110:24 121:11
    121:20 146:19
    152:19 180:22
    204:23 216:18
    232:24 233:20
    242:19,22
    267:19 285:16
    285:18
possession
    11:23
possible  153:17
    253:19
poster  29:2
posters  28:13
postmenopau...
    75:24 162:9,10
    162:13 293:6
    300:19
potential  70:9
    240:9 252:23
    256:24
potentially
    55:21,24 74:16
    194:23 281:4,8
    282:6
powder  1:6
    7:12,17,19,23
    17:10,21 87:11
    87:19 88:1,16
    89:7 145:9,18
    146:13,17

**[powder - proliferation]**                                                 Page 49

167:14 169:9
169:13 170:12
172:22 178:1
183:8 206:17
213:20 218:17
221:21 222:8
226:5 227:20
246:11 247:5
279:12,18
284:7,10,11
**powered**
216:18
**practice** 4:22
50:16 78:8
132:17 218:10
**practices** 1:7
**precision**
221:19
**predisposes**
51:6
**predisposition**
5:18 109:9
**preferably**
58:17 59:4
**pregnancies**
207:18
**pregnancy** 64:4
**pregnant** 15:15
**preliminary**
56:5 105:14
106:9
**premenopausal**
166:1
**premise** 65:14
65:18 72:14
199:21 200:2

**premises** 71:18
72:15,16
**preparation**
41:6 57:14
**prepare** 41:10
**preparing** 41:9
**presence** 130:8
130:13,22
132:9 196:13
279:18
**present** 3:24
57:6,6 132:12
133:22
**presented** 29:3
167:12 244:21
**presently** 14:22
25:24
**president** 140:6
**press** 6:22
**pretty** 23:7
32:9
**prevention**
7:11
**preventive** 58:7
**previous**
267:21
**previously** 11:3
40:14 104:23
121:12,18,23
225:20 231:14
231:18 295:21
**primarily**
55:11 245:14
281:14 284:6
**primary** 6:18
24:16 29:9 51:3

107:15 162:6
225:1 229:23
230:13 279:7
289:23
**prior** 4:20
16:24 24:22
36:8 37:5 42:2
245:23 247:11
247:12 262:4
276:4 283:23
**probably** 40:9
63:3 166:11
247:7
**problem** 12:2
38:3 113:17
275:2,16 281:3
282:6,9
**problems** 275:3
**procedure**
126:23 129:5
**proceeding**
304:4
**process** 48:6
52:2 66:20 67:5
68:13,18
117:21 198:6
**processed**
187:5,13,19,22
**produce** 22:2
148:20
**produced** 10:17
10:22 11:19
22:15 40:7
218:15
**producing** 36:6

**product** 1:7
8:19 245:15
265:12 289:18
291:24 297:21
**production**
270:22
**products** 1:6
7:23 8:8 126:19
206:18 239:10
264:23 265:17
279:13 289:1,2
289:8 291:21
**profession**
140:10
**professional**
25:6,13 29:3
**professionally**
280:3
**profile** 82:2
**profiling** 47:22
**progesterone**
154:20 155:1,7
156:21,23
158:5 159:3,12
160:19,22
162:23
**progestin** 6:7
144:21 161:19
162:14 163:14
**proinflammat...**
148:21,22
151:14
**project** 25:2
**proliferation**
269:12 270:13
270:24 276:2,9

**promote**
  148:24
**pronounced**
  204:24 205:15
**proof** 149:8
**proper** 277:14
**prophylactic**
  55:13
**prophylactica...**
  62:22
**proposal** 295:3
**proposed** 52:19
  153:17
**proposing**
  151:6 255:16
**proposition**
  301:2
**propounded**
  307:6
**prospect** 2:6
**prospective**
  8:22
**prostaglandins**
  149:1
**protective**
  164:16 165:1,2
  165:9
**protein** 64:19
  64:24 65:3,8,12
  70:4 75:9
**proteins** 52:1
**proven** 103:8
**provide** 11:21
**provided** 35:12
  36:3 41:19,20
  41:21 45:2

80:14,24
  228:21,23
  230:2,5 238:15
  239:15,18
**provider** 24:24
**provides**
  169:10 196:11
  197:21
**providing**
  23:14 238:21
  240:15
**public** 6:6 17:1
  192:23 307:20
**publication**
  16:17 27:13,22
  27:24 28:5
  29:15 137:12
  143:9 162:1,5
  173:1 183:12
  183:15 192:23
  196:21 230:16
  230:22 231:5
  238:7 262:5
  264:18 278:14
**publications**
  22:16 26:13,14
  26:15 28:10,12
  32:5,8 225:24
  229:2 247:12
  283:24 284:2
**publish** 16:23
  28:23 228:18
**published**
  29:12,15 50:11
  56:23 57:22
  59:13 63:13

97:12 136:14
  138:13,17,19
  139:4,5,9
  150:22 159:2
  160:9 161:21
  167:23 172:5
  172:10 183:16
  183:19 184:17
  184:22 189:11
  192:18 196:17
  208:17 215:16
  226:20 230:11
  230:19 231:14
  231:17,18,22
  243:5 265:5
  273:9 274:12
  283:17 285:8
  285:14 286:3
  302:20
**puerto** 274:19
**pull** 22:7,9
  113:19 114:4
  128:5 211:10
  296:19
**pulled** 42:15
  44:9 180:7
  213:4 233:15
  265:11 302:17
**pun** 61:12
**pure** 40:6 269:9
**purported**
  273:14
**purpose** 30:8
  63:16 140:18
  224:3

**purposes** 40:13
  193:2
**pursuant** 2:12
**put** 10:13 11:16
  18:19 23:6,8,10
  24:16 33:14
  43:4 45:22
  59:21 99:14
  101:5 103:21
  108:1 113:21
  125:17 135:19
  141:11 143:6
  153:24 161:10
  174:3 182:5
  186:4 215:11
  215:12 235:15
  241:16 259:18
  259:19 274:4
  288:16 296:21
  298:1 300:12
  301:10 302:8
**putting** 56:16
  151:12 173:23
  259:5 290:9
  294:7,24 295:3

**q**

**qualifier**
  221:19
**qualify** 194:1
**quality** 58:6
  283:6
**quantified**
  89:20
**quantify** 166:7
  181:14

**[quantitative - really]**

**quantitative**
251:10 256:19
**queried** 240:2
248:1
**queries** 248:7
248:22
**query** 244:21
**question** 9:14
14:12 16:13
20:22 27:5 29:1
29:19 42:13
45:9,10 51:16
60:14 72:11
74:4 96:9
118:14 121:5
145:16 149:24
187:11 198:18
202:12 211:2
231:3 276:7
277:8 301:18
**questionnaire**
238:9 244:16
244:19 245:5,9
246:2 248:4
249:14 250:5,7
250:13,14
256:23 261:18
**questionnaires**
248:2 250:2
**questions** 10:3
12:11 21:23
46:7,8,9 61:24
104:6 166:20
201:22 245:10
246:5,21
276:17 286:13

307:5
**quick** 114:18
**quickly** 23:7
186:14 273:18
**quite** 299:23
**quote** 165:1
167:13 174:2,8
180:19 218:7
219:10,12,15
219:17
**quoted** 52:13
142:3 174:19
215:15
**quotes** 274:4
**quoting** 173:15
219:22

**r**

**r** 3:1,12 9:1
306:2,2
**race** 239:2
**radiation** 30:12
**rakow** 30:7
**random** 165:15
**range** 97:4
118:16 246:15
246:18 252:1
252:15
**rate** 41:1,3
77:16 78:24
293:21
**rates** 120:5
283:8
**ratio** 145:3,10
145:19 152:19
191:12 200:13

200:17,20
204:3 209:20
210:17 211:1
213:9 232:9
233:15 236:5
237:3,18
258:12 259:7
259:21 263:7,8
266:12 267:2
298:13,24,24
299:1,8
**ratios** 146:17
**rausa** 39:9
**reach** 212:9
280:22
**reached** 86:3
**reaching** 61:1
80:11 164:16
216:13
**reactive** 64:18
64:23 65:3,7,12
70:4 75:9
270:12,22
**read** 20:18
32:11,13,15
34:9 58:19,22
62:17 70:11,19
80:13,23
144:22 149:4,5
163:2,5 167:16
178:23 186:9
188:19 193:1
193:14,18
196:15 198:8
204:10,20
205:9 206:23

209:8 215:1
218:20,21
222:2 225:4
229:3 230:8,9
233:4 239:6
241:9 251:21
252:20,21
253:23,24
254:18 257:3
267:22 269:18
277:19 278:1
283:12 293:12
293:13 300:10
300:24 301:1
305:2 307:3
**readers** 219:7,8
219:16,20
221:18
**reading** 34:10
34:11 61:14
71:20,21 74:1
105:1,23,24
119:23 120:8
143:14 148:12
148:13 213:12
215:19 222:11
222:19 254:21
**ready** 80:8,9
**reality** 302:1
**really** 29:1 46:6
48:18 89:13
90:15 93:6
97:11 139:5
145:15 149:24
151:2 170:17
185:15 207:10

**[really - referred]**                                                                    Page 52

| | | | |
|---|---|---|---|
| 239:17 261:10 | 266:1 267:5 | **reconsidered** | **reduction**  64:2 |
| 275:12 281:14 | 277:12 | 56:3 | 191:2,17 194:9 |
| 281:21,23 | **recalled**  239:10 | **record**  10:14 | 197:3 198:3 |
| **reask**  165:7 | **receipt**  305:14 | 20:23 22:2 36:5 | 199:14,18 |
| **reason**  20:17 | **receive**  25:21 | 55:15 61:11 | **refer**  21:9 62:4 |
| 72:1 88:9 | **received**  30:1 | 79:20 129:23 | 69:16 76:14 |
| 103:21 199:24 | **recent**  26:20 | 131:5,8,12,13 | 104:3 120:17 |
| 207:1 305:4 | 55:6 56:2,24 | 136:9 166:13 | 169:17 170:18 |
| 306:6,8,10,12 | 136:14 196:20 | 166:15 168:4 | 215:4 219:8 |
| 306:14,16,18 | 196:23 197:2 | 168:22 186:9 | **reference**  23:15 |
| 306:20,22,24 | 242:24 283:16 | 191:22 195:7 | 43:5 62:16 |
| **reasonable** | 284:2 | 201:21 208:7 | 63:12 97:7,12 |
| 133:21 295:8 | **recently**  30:1 | 223:12,15 | 101:1 107:9 |
| **reasons**  63:20 | 40:24 50:9 | 268:5 277:16 | 125:5 130:9 |
| 215:18 254:8 | 167:9 | **recorded** | 147:23 149:12 |
| **reassigned** | **recess**  79:18 | 248:15 304:9 | 149:13 169:20 |
| 253:7,14 | 136:10 166:16 | **records**  40:17 | 170:16,24 |
| 262:19,24 | 223:13 268:7 | 80:14 81:1,14 | 171:8,11,20 |
| 263:1,6 | **reclassification** | 82:3 86:1,6 | 187:5 200:16 |
| **reassignment** | 260:3 | 92:21 94:13 | 228:13 |
| 263:17 264:14 | **reclassified** | 126:12 128:4 | **referenced** |
| **reassignments** | 260:4,6 | 131:7 134:3 | 171:19,21 |
| 264:11 | **recognize**  36:15 | 282:9 | 172:14 190:2 |
| **rebecca**  30:6 | 101:12 193:3,7 | **recruiting**  26:8 | **references** |
| **recall**  32:21 | **recognized** | **reduce**  157:15 | 125:20 149:19 |
| 44:16 76:15 | 218:10 | 157:22 159:4 | 170:18 171:4 |
| 78:19 87:14 | **recollecting** | 165:3,19,22 | 187:8 234:20 |
| 88:4,8 90:3,11 | 142:7 | 166:5,6 258:5 | **referencing** |
| 137:7 205:21 | **recollection** | 263:24 | 39:5 107:23 |
| 222:13 239:4 | 15:23 246:1 | **reduced**  158:14 | 138:18 173:16 |
| 240:9,13 | **recommend** | 276:5 | 193:22 |
| 241:15 252:24 | 55:12 | **reduces**  157:16 | **referral**  24:10 |
| 253:3,22 | **recommendat...** | 157:23 158:1 | 24:14 |
| 254:21 257:22 | 56:11 | 194:15 | **referrals**  24:20 |
| 258:3,6,16 | **recommended** | **reducing**  55:8 | **referred**  17:14 |
| 259:9 265:21 | 56:1 | 56:1 158:11 | 48:5 69:15 |

**[referred - report]**                                                      Page 53

171:10
**referring** 18:22
  21:2 30:3 52:13
  125:21 177:17
  177:21,23
  189:16 257:4
  259:24 260:1
**reflect** 142:4
  284:8,12,15
**reflection** 233:2
  233:22
**reflective**
  272:14
**regard** 13:13
  16:12 29:2,23
  187:12 190:15
  198:20 205:20
**regarding** 5:12
  13:7,22 14:10
  14:16 16:9 17:3
  17:10,20 28:17
  29:13,16 46:14
  56:7 57:13 76:8
  76:9 104:11
  167:13 169:13
  169:20 172:21
  173:4 178:1
  182:19,24
  187:15 189:17
  220:22 269:24
  273:7 284:2
  285:8
**regardless** 44:2
  44:3 104:19
  146:20 196:13

**regular** 189:5
**rehash** 110:1
  199:21
**relate** 29:10
  36:7
**related** 8:9
  12:17,19 18:7
  64:11,16 71:13
  73:9 88:12
**relating** 28:21
**relation** 5:7
  59:10 104:5
  134:2 217:8
**relationship**
  6:9 134:13
  161:21
**relative** 106:24
  107:5 115:21
  116:2
**relevance**
  186:17,22
  211:2,9 216:4
**relevant** 57:22
  90:24 91:2,17
  92:8,9,16 93:2
  178:19 200:20
  215:8 229:21
  237:12 241:12
**reliability** 8:6
  237:22 239:2
  239:18
**reliable** 60:15
  60:20,24
**rely** 61:1
**relying** 96:10
  107:9 156:10

**remain** 106:16
**remained**
  105:18
**remember**
  15:14 90:5 98:8
**remembering**
  189:17
**repair** 52:2
  66:8 67:5 68:12
  68:18
**repaired** 67:16
**repeat** 53:7
  119:22
**repeated** 66:8
**repeating** 94:21
**replacement**
  82:12 86:20
  154:3,19
  156:20,23
  158:5,22
  159:10 160:14
  201:5
**replicated**
  242:22
**replication**
  97:1
**replied** 217:11
  217:13
**replies** 217:17
**report** 4:12,14
  5:10 18:23,24
  19:10,17,18,21
  20:13 21:5,7,11
  21:15,16 31:23
  32:2,3,12,18,19
  32:22,24 33:15

33:16,19,22
34:3 40:14
41:20 46:1,5
59:24 61:14,16
63:10,11 69:16
69:17 77:5
79:23 80:17,20
81:5,9,9,13
88:7 94:11 95:2
99:8 101:1
104:7,13
107:11,13
114:17 117:11
117:12 119:12
119:13,19
124:11 125:17
126:22,24
127:4,18,21
129:4,6 130:4
130:11 133:7
133:13 134:6
135:12 137:6
145:19 152:19
152:21,22
154:2,8,10
155:11 156:2
163:20 166:19
167:1,8 186:6
186:24 187:5
190:3,16 191:5
194:12 195:14
200:8 205:19
208:1 213:8
214:7,15 219:6
219:9 221:22
225:16,21

**[report - review]**                                                   Page 54

226:20 232:19
232:20 236:13
238:7,13
254:13 257:17
268:10 269:11
269:21 272:19
277:6,24 278:3
278:4 283:14
284:4 286:15
287:1
**reported**   1:25
8:7 27:7 68:6
87:23 89:1
104:23 146:20
176:3,12
179:15 197:10
209:3 210:11
210:16 213:3
218:15 221:17
225:1 226:5,7,8
226:11 232:24
233:20 237:18
237:22 240:6,7
240:20 241:5
241:14 247:4,9
247:11 248:13
250:24 253:9
256:4,21
258:11 299:9
**reporter**   2:13
166:14 304:1,3
304:24
**reporter's**
304:14
**reporting**   135:8
135:10 222:5

**reports**   11:1,7
11:17 12:5,5
32:13 40:19,21
40:23 80:15
132:15 136:14
175:24 176:7
191:1,16
203:16 215:3,5
215:15 216:9
226:19 236:2
240:4 271:14
**represent**   21:4
88:12 105:3
108:10 129:23
184:13
**representation**
89:4
**representative**
14:3,15 15:6
**representatives**
16:5
**reproduction**
304:23
**reproductive**
66:6 70:16
111:6 210:8,19
211:11 212:23
213:5 220:16
220:19 221:10
**requeried**
264:20
**request**   10:11
12:14
**requested**
225:13 229:23

**require**   180:21
**reread**   218:23
**research**   7:11
8:11 14:9 17:13
18:7 23:4 28:17
28:18 29:9,13
29:14,16 30:5,5
58:17 59:5,12
61:6 74:9
138:10,20
139:18 150:10
156:5 182:24
218:11 278:21
**researchers**
70:22 74:7
217:12 246:15
274:15,23
**reset**   287:18
**resource**   62:10
**resources**   57:20
57:20
**respect**   18:10
134:21 216:11
220:17 221:16
**respected**
150:21
**responded**
240:22
**responding**
30:13
**response**   10:11
10:15 22:2
182:11 205:21
207:2,9 222:9
240:15 276:2,9
286:2

**responses**
238:21 269:16
**responsibility**
24:19
**responsible**
16:17 28:1
**restatement**
62:7
**restrict**   78:1
**restricted**
77:15 232:23
**result**   46:24
47:16 48:9 52:7
53:18 65:15
73:1,3 74:17
97:1
**resulting**   68:12
**results**   47:20
66:19 70:15
72:18 142:2
194:3,4,6 198:9
203:21 221:9
229:22 238:19
252:2,16
253:18 260:5
276:4 279:17
294:13 295:1,5
**retracted**
272:11
**return**   305:12
**review**   6:12,15
7:24 16:24 31:6
31:16 57:13
81:14 82:8
85:24 86:5
89:12 94:19

**[review - risk]**                                                                 Page 55

| | | | |
|---|---|---|---|
| 124:11 132:4 | 139:9 144:7 | 62:12 63:18,23 | 144:4,15 |
| 149:6,14,18,20 | 151:20 154:13 | 64:2,13,16 65:2 | 146:14,18 |
| 149:22 150:8 | 156:2 161:16 | 65:10 71:16 | 147:13 148:6 |
| 150:12 167:3 | 168:21 172:1,8 | 72:3,18 73:10 | 148:23 152:12 |
| 167:11 169:8 | 177:10 185:10 | 74:20 81:16,19 | 152:16,22,23 |
| 187:21 226:1 | 186:16 191:7 | 81:21 82:4,13 | 153:8,14 155:2 |
| 230:4 273:6 | 193:10,17 | 82:22 83:1,6,9 | 155:8,15,20 |
| 277:2 278:24 | 197:16 202:20 | 83:10,14,17,19 | 156:6,14,22,24 |
| 279:2,4,5,6 | 204:20 205:7 | 84:5,9 86:8,9 | 156:24 157:6,7 |
| 280:20 281:5 | 213:22 214:2 | 86:12,21 91:1,5 | 157:8,16,17,22 |
| 283:16 | 223:11 225:12 | 92:22 93:8,16 | 157:24 158:1,6 |
| **reviewed** 11:15 | 227:6 228:2,10 | 93:21 94:1,5 | 158:10,12,14 |
| 11:20 17:2 50:8 | 228:11 229:9 | 95:9 96:11,12 | 158:15,18,22 |
| 58:4,5 80:15,16 | 229:14 233:24 | 96:20 97:19,20 | 159:4,13,19 |
| 88:11 242:14 | 234:9 235:17 | 98:14,16 99:13 | 160:1,10,14,20 |
| 242:17 282:2 | 240:12 248:7 | 99:15 100:20 | 162:15,21 |
| **reviewer** 22:23 | 249:19 251:8 | 100:24 101:13 | 163:10,15,23 |
| 27:12 | 251:24 252:4,6 | 103:10,17,18 | 164:4,7,12,20 |
| **reviewing** | 252:13 253:7 | 103:22 104:2,7 | 165:3,9,10,19 |
| 30:20 40:17 | 260:16 262:23 | 104:18 105:19 | 165:19,23 |
| 46:6 | 266:9 267:14 | 106:17 107:2,4 | 166:2,5,6 |
| **reviews** 229:17 | 267:23 274:2 | 108:2,8,18 | 167:14 168:1 |
| **revised** 31:23 | 276:22 286:10 | 109:2,6 110:4 | 169:9 172:22 |
| **rhode** 274:20 | 287:13,19 | 110:14 111:4,6 | 174:12,16,22 |
| **rico** 274:20 | 289:9 291:16 | 111:8,9,12,18 | 174:24 175:2 |
| **right** 24:24,24 | 292:1,12 | 111:19,24 | 175:11 176:1,7 |
| 30:15 31:9 34:6 | 293:17 299:16 | 112:9,13,15,18 | 176:18,23 |
| 45:24 52:17 | 301:16 302:3 | 122:20 123:7 | 177:5,12 178:2 |
| 54:12 59:6 | 303:17 | 124:4,6 134:10 | 179:11,16 |
| 62:17 63:8 68:7 | **risk** 5:16,23 6:4 | 135:17 136:15 | 180:2 185:23 |
| 68:21 69:19 | 6:24 7:7,12,18 | 137:9 140:20 | 187:3 188:14 |
| 113:16 114:14 | 29:16,19,20 | 140:21,24 | 188:23 189:5 |
| 115:22 119:1 | 32:7,11 46:6 | 141:3,6 142:10 | 189:10,13 |
| 121:4 129:14 | 51:1,8 54:13,17 | 142:12,14,18 | 190:17,22 |
| 129:24 131:1 | 55:4,5,8,10,22 | 142:20 143:1 | 191:13 194:10 |
| 137:14,17 | 55:24 56:4 | 143:20,22,24 | 194:23 196:12 |

196:14 197:3,9
197:23 198:4
199:14,19
201:1,6,12
203:19 204:17
204:23 207:14
209:16 210:5
210:13 212:24
213:3 214:5
218:15 232:14
232:17 233:6
236:24 237:8
241:20,23
242:3,17
254:24 255:12
255:21 258:5
258:16 265:2,7
273:13,14
284:8,12,15
285:3,10
287:23 293:15
293:20 295:19
**risks** 157:15
164:19
**rls** 1:6
**robust** 141:24
142:11
**role** 24:6,7
73:21 148:4
151:21 152:7
193:12 199:23
**roman** 58:14
**room** 2:2
**rothman**
215:21 216:2
217:18 218:6

219:1,19
**roughly** 60:5
**round** 239:15
**row** 26:4
**rp2** 24:23
**rpr** 1:25 304:19
**rule** 92:22 93:1
**ruled** 81:19,21
93:24
**run** 280:16
**running** 266:4
**rupture** 126:17

**s**

**s** 3:1 4:1,6 5:1
6:1 7:1 8:1 9:1
**s4** 8:24 288:9
288:10,16
297:18 298:5
301:14,20
302:2,23
**s5** 288:14
297:18 301:22
302:1
**saed** 269:1,24
270:4
**saenz** 1:13 2:1
4:2,8,10,13,15
4:17,19,20 5:3
5:10,19 6:3 7:3
8:3 9:3,8 10:18
11:20 12:4
18:19 19:17,21
20:8,12 21:4
22:12 23:15
24:1 28:4 29:6

30:16 31:22
35:1,24 36:14
39:19 41:14
45:22 46:5,15
50:2,21 52:11
55:1 57:12
59:22 61:22
62:3 63:9 66:5
69:5,12,22
70:22 71:24
75:9 76:19 77:8
79:10,22 80:10
85:21 95:12
99:3 102:1
105:5 113:22
126:10 128:5
135:2 136:12
137:4 144:7
160:8 161:4
166:18 174:14
178:13 180:17
184:14 186:12
187:12 194:4
202:14 209:10
213:16 217:5
224:5 234:4
235:8 262:15
266:5 268:9
282:11 283:15
284:15 286:14
286:22,24
288:20 294:16
295:10 303:10
303:19 307:13
**saenz's** 234:19

**safe** 280:21
**sake** 12:10
**sales** 1:7
**sample** 230:5
240:20
**san** 3:15 15:9
15:13 17:24
24:7
**sandler** 192:16
217:10
**savant** 149:14
149:18,22
**savant's** 150:8
**saw** 124:11
272:12 275:15
**saying** 38:7
53:10 55:1,16
74:8 83:8,19
87:16 89:23
121:17,18
142:19,20
147:11 151:2,6
152:5 157:5
166:4 167:19
170:20 171:23
174:7 188:5
198:12 200:19
211:15 214:24
215:17 216:5
231:20,21
248:21 250:8
258:3 260:8
261:10 271:19
271:19,21,23
274:2,10
293:14 294:17

295:7 299:8
**says** 50:14
51:24 55:4 58:5
70:2 77:11
100:5 108:19
118:2 119:14
120:4 124:20
144:13 145:22
147:18 160:17
175:6,16 194:7
197:17 228:1,2
228:3,8,18
229:16 237:14
238:20 240:18
253:2 267:15
293:1
**scenario** 251:14
251:15,16,18
254:18,20,20
254:23 255:4,7
255:7 257:5,11
257:11,13
298:22
**scenarios** 252:1
252:15 254:14
**schildkraut**
76:5 135:16
**schwartz**
124:20 125:1
125:10 126:5
127:7,10
133:18
**schwartz's**
126:14 131:7
131:10

**science** 27:15
85:19,22 149:7
149:11,15,23
150:9,17
151:11,13
193:24 278:9
**scientific** 12:6,7
28:12,21 85:9
97:7 133:21
167:10,22
171:3 295:8
**screen** 23:11
101:6 113:20
123:20 244:2,6
295:11,14,17
**screened** 78:4
**screening** 78:2
78:20 103:22
118:23
**screens** 131:17
**scroll** 298:10
**se** 73:12 94:14
211:24
**seaport** 3:21
**search** 34:1
57:22
**searched** 32:4,7
32:8
**searches** 32:9
**second** 26:21
34:7,7 52:6,6
58:4 70:15
115:19,21,22
116:2 124:10
176:6 200:7
214:8 224:23

229:15 251:15
252:4
**section** 69:22
77:4 124:19
127:7 129:10
129:21 142:1
144:9 147:5,9
151:10 153:3
169:6 170:15
183:2,3,9
185:22 187:4
200:9 206:4
224:18 268:11
269:4,20
294:13,14,16
295:1,5
**sections** 61:13
151:8 226:18
**see** 9:11 19:19
24:21 31:12,13
50:18 51:21
54:14 57:12,16
58:1,9 60:3
63:14 67:19
69:23 74:19,21
77:7 78:18
100:2 104:13
105:1 113:9
114:2 120:8
131:13 132:15
132:24,24
138:6,17
143:10 147:7
147:15,21
148:2,12,13
162:17 167:4

169:4 170:20
171:5 176:11
179:8 184:19
184:24 185:4,5
185:8 187:9
204:2,5 206:7
206:13 207:17
221:6 222:19
223:6 225:21
228:13,14
229:16,19
231:15 236:3
238:23 239:12
240:13 244:1,3
245:1,6,18
249:15 251:10
255:2,8,13
256:11 257:24
262:19 263:1
265:22 266:1
267:15 270:17
278:4,19
292:21 295:11
295:16,22
296:1 297:23
298:6,10,11,14
298:23 302:7
302:10 303:13
**seeing** 30:23
114:5 271:15
**seek** 214:9,21
**seem** 63:24
110:14
**seemed** 78:5
82:5

**[seen - significant]**

| | | | |
|---|---|---|---|
| **seen** 10:7 50:7 | **september** 4:24 | 104:1 107:20 | **shown** 148:23 |
| 76:6,7,8 89:14 | 37:18 50:17 | 108:6,11,13,18 | 150:17 152:12 |
| 90:16 110:21 | 126:24 128:19 | 108:20 109:6 | 155:19 162:20 |
| 133:24 137:3 | 249:24 | 157:18 280:5,9 | 188:14,22 |
| 199:17 207:2 | **sequencing** | **share** 113:20 | **shows** 57:2 |
| 217:4 235:24 | 116:9,12,15,17 | 244:5 295:11 | 149:12 151:18 |
| 243:2 271:13 | **series** 37:21 | **shared** 228:23 | 176:18,22 |
| 279:17 283:21 | 52:24 184:15 | **sharing** 295:14 | 197:2 203:16 |
| 295:21 | 202:18 | **sheet** 305:5,8 | 203:18 211:1 |
| **selection** | **serous** 77:16,21 | 305:10,13 | 254:23 258:20 |
| 224:21 | 78:2,21,23 | 307:8 | **shuffle** 46:3 |
| **self** 8:6 237:22 | 112:7 136:7 | **shelly** 192:17 | **shukla** 268:23 |
| **send** 303:1 | 204:16,24 | **short** 158:7 | 272:3 |
| **sending** 77:21 | 205:15 | 172:14 253:6,9 | **side** 45:7 69:22 |
| **sense** 36:19 | **served** 29:8 | 253:14 263:18 | 93:11 144:7 |
| 64:7 124:13,23 | 280:10 | 263:20 | 193:10 206:5,9 |
| **sensitive** 8:21 | **services** 25:3 | **shorthand** 2:13 | 240:12 244:24 |
| 243:7 | 58:7 | 304:1,2,12 | 251:24 252:5,6 |
| **sent** 4:18 238:9 | **serving** 25:14 | **show** 73:5 | 267:14 292:19 |
| **sentence** 34:8 | **set** 41:14 76:22 | 118:2 135:17 | **sidetracked** |
| 34:12 60:1,3 | 154:4,17 | 148:17 152:13 | 153:11 |
| 70:15 77:11 | 202:15 223:2 | 163:10 177:5 | **sign** 305:7 |
| 78:5 124:12,14 | 237:11 254:10 | 177:11 189:3 | **signaling** 276:3 |
| 124:22 125:7 | 304:6 | 194:19 207:13 | 276:9 |
| 125:14,19 | **setting** 288:20 | 293:23 294:6,8 | **signature** |
| 169:7,21 191:9 | **seven** 26:4 | 296:22 300:13 | 304:17 |
| 197:17 198:7 | 173:12 177:24 | 300:14 | **significance** |
| 206:6 224:23 | 186:13 299:15 | **showed** 87:7 | 87:7 122:15,16 |
| 229:15,19 | 299:16,20 | 179:10 180:4 | 122:19 163:7 |
| 252:8 269:3 | 301:6,8,9 | 198:9 242:19 | 217:20 219:4 |
| 276:8 300:12 | **several** 203:12 | 266:11 302:18 | 220:3,23 |
| **sentences** 70:1 | 203:13 205:19 | **shower** 279:12 | 221:12,24 |
| 256:18 | 254:8 268:10 | 279:12,19,19 | 265:15 299:5 |
| **separate** 42:18 | 280:2 287:17 | **showing** 134:9 | **significant** |
| 281:6 288:9 | **sgo** 96:19 | 149:15 151:11 | 93:15 108:3 |
| | 100:24 101:12 | 163:5 | 134:9 146:19 |

**[significant - specifically]**                                                                 Page 59

153:1 163:18
176:1,8 177:5
179:16,23
180:2,5,9
207:14 209:14
209:21,24
214:3 218:8
221:20 236:8
236:12 237:9
255:19,21
258:13 260:5
263:12,15
264:12,15
265:14,18
266:13,21
**significantly**
  105:19 106:17
  108:8
**signing**  305:9
**similar**  227:7
**simple**  96:24
**simply**  64:4,8
  83:8 134:17
**simultaneously**
  253:4
**single**  83:19
  202:24 253:3
  289:18 291:24
  297:20
**sis**  229:24 230:4
**sister**  8:21
  229:24 238:8
  244:15 247:12
  250:24 265:1
  288:22 290:12
  291:2

**sister's**  244:10
  245:22
**sisters**  8:9
**sit**  20:18 103:3
**site**  75:15,21
**sites**  67:18
**sitting**  129:24
**six**  41:13 95:1
  189:8,9 194:8
  197:5,6 199:12
  199:13
**size**  221:19
  230:6
**skin**  289:6
**skip**  59:1
**skipped**  76:24
**slightly**  190:23
  204:17 240:14
**slomovich's**
  278:20
**slomovitz**  8:15
  278:14 279:9
  279:23 280:1,8
  280:20 282:11
**sloughing**
  67:10
**slow**  9:12
**small**  230:5
**smoking**  112:12
  201:11
**societies**  96:18
  97:10 98:13,14
**society**  13:8,13
  13:15 14:4,13
  14:15,16,20
  15:7,9,13 16:4

32:8 50:13
  140:7 156:9,13
**somatic**  46:19
  46:24 47:3,6,24
  48:1,20 52:7
  53:17,23 111:1
**somebody**
  193:6
**somewhat**
  46:10 112:16
**sophistication**
  219:24
**sorry**  11:12
  15:22 25:8 31:7
  34:5 37:12
  42:11,20 43:16
  56:10 58:22
  71:20 80:9,9,18
  80:21 88:6
  97:16 100:12
  100:15 105:21
  106:4 107:2,14
  107:15 110:18
  113:11 119:1
  119:16,17
  120:23 121:3,4
  124:9 126:2
  127:16 131:16
  131:22 137:15
  143:3 150:19
  153:9 154:13
  159:22 169:15
  176:15 184:3
  185:17 186:7
  188:5 189:24
  190:13 193:15

195:4 196:2
  199:10 200:7
  204:1,19
  211:14 214:13
  214:17 219:12
  224:18 234:17
  235:13 243:23
  252:3,3,4,8
  257:18 259:15
  262:21 266:2
  268:15 274:3
  277:7,17
  282:17 283:2
**sort**  16:3 48:13
  62:5 132:13
  202:22 271:17
**source**  60:15,20
  62:5 70:17
  240:19 291:12
**sources**  203:12
**space**  305:5
**speak**  146:3
**species**  270:12
  270:23
**specific**  5:11
  35:17 61:20
  76:14,16 79:23
  80:11 81:12
  88:8 104:12
  119:13,19
  134:6,19 154:2
  155:11,22,23
  189:17
**specifically**
  29:11 34:2
  41:11 46:12

**[specifically - studied]**　　　　　　　　　　　　　　　　　　Page 60

| | | | |
|---|---|---|---|
| 97:18 135:10 | **started** 31:13 | 175:6,14 | 214:3 219:7,8 |
| 135:21 136:2 | 246:4 247:1 | 177:23 180:15 | 219:16,19 |
| 148:6 166:23 | **starting** 15:17 | 193:21 194:2 | 221:20 236:7 |
| 224:3 257:4 | 46:6,13 96:17 | 198:19 199:11 | 236:11 237:9 |
| 268:14 | **starts** 44:22 | 200:12 207:22 | 255:20 258:12 |
| **specificity** | 60:2 | 219:1 272:11 | 260:5 263:12 |
| 240:16 | **state** 2:14 23:2 | 294:15 | 263:15 264:11 |
| **specify** 127:6 | 44:13 59:24 | **statements** 32:9 | 264:14 265:14 |
| **specifying** | 85:19 104:22 | 52:10 107:20 | 265:18 266:13 |
| 87:14 | 141:5 143:13 | 108:12 149:19 | 266:21 |
| **specimen** | 148:15 150:15 | 151:1 172:24 | **status** 146:21 |
| 132:23 133:8 | 153:19 155:5 | 205:22 219:1 | 239:2 |
| **specimens** | 155:10 157:1 | **states** 1:1 58:15 | **stenographic...** |
| 82:18 | 167:20 173:13 | 137:21 143:16 | 304:9 |
| **speculation** | 174:15,16 | 163:13 169:7 | **step** 20:6 143:7 |
| 74:12 269:10 | 188:17 193:11 | 218:7 | **sterility** 5:22 |
| **spend** 41:9 94:7 | 198:13,16,24 | **stating** 95:23 | **sticker** 234:16 |
| **spent** 40:9 94:8 | 214:7 216:11 | 109:7 262:10 | 235:2 |
| 94:18,22 | 222:22,24 | **statistic** 210:21 | **stop** 18:1 |
| **spliced** 126:2 | 225:16 232:20 | **statistical** | 204:20 298:17 |
| **sponsored** 15:8 | 234:1 256:12 | 145:24 148:17 | **stopped** 246:24 |
| **spray** 289:3 | 274:2 275:24 | 163:7 217:19 | **street** 2:6 3:8 |
| **spreadsheet** | 280:21 305:4 | 218:8 219:4 | **strength** 33:11 |
| 301:15 302:18 | **stated** 125:2,9 | 220:2,23 | 70:2 180:24 |
| **st** 42:9 43:12 | 126:6 148:16 | 221:12,24 | 285:19 |
| **stamped** 128:9 | 154:24 255:10 | 251:3,6 260:2 | **stress** 223:3 |
| **stand** 27:14 | 258:21 | 264:7 265:15 | **strike** 43:2,4 |
| **standard** 96:5 | **statement** | 299:4 | 77:18 142:22 |
| 96:15 229:17 | 105:14 106:9 | **statistically** | 160:15 163:21 |
| **stands** 24:23 | 106:19,20 | 134:9 145:12 | 165:7 232:3 |
| **start** 43:2 46:12 | 107:10 109:3,5 | 146:19 153:1 | 267:7 281:17 |
| 46:21 142:22 | 147:21 148:1,2 | 163:17 175:24 | **strong** 108:19 |
| 165:17 211:13 | 149:10 155:18 | 176:8 177:5 | 197:21 |
| 211:17 260:22 | 169:12 173:3 | 179:15,23 | **struck** 77:11 |
| 281:17 | 173:19,23 | 180:2,5 207:14 | **studied** 72:1 |
| | 174:5,19,21 | 209:14,21,24 | 291:3 |

**studies**  29:9
  58:5,16 59:4,12
  59:17 76:7,9
  89:15,18 90:17
  97:10 134:2,3,8
  134:12,18
  135:1,10 136:1
  141:13,20,23
  142:5,6,9,24
  143:18,19
  155:19 159:2
  160:17 162:7
  167:13 169:8
  170:14 171:4
  171:11,18,21
  171:23,24
  172:9,19,21
  173:12 177:1,8
  177:13,16,22
  177:24 178:1
  179:20 180:1,6
  180:8,23 182:3
  187:14,18
  188:22 189:3
  192:12 194:19
  195:22 196:4
  200:13 201:11
  201:19 202:18
  202:18,22
  203:2,14
  206:22 207:19
  208:4,19
  225:10 226:4
  226:22 232:22
  232:23 233:1
  233:21 242:17

247:11 248:24
260:19 267:21
268:22,23
269:10 272:20
272:24 273:7,9
273:11,12
283:16 285:15
285:17
**study**  8:10,22
  30:9,10 63:12
  63:17 65:18
  69:14 70:21
  71:3,18 75:20
  76:1,14,16,21
  88:21 90:4,9
  97:7 107:9,14
  114:23 115:3
  116:12,18,21
  117:20 118:4
  118:10,22
  119:4 136:14
  137:2,3,5 138:5
  138:17 139:5
  140:17,18
  142:13,16,19
  152:16 161:18
  163:12 175:23
  176:12 177:3
  180:4 189:17
  189:20,23,24
  190:1,4,14
  192:8,11,16
  196:9 197:10
  197:13,20
  198:3 202:8,16
  202:24 203:8

203:10 205:20
206:1 207:2
208:8,22
210:20 211:13
212:3,24
214:11,12,22
214:23 215:2,8
215:11,12,18
216:4 217:20
218:18 222:6
224:17,20,21
225:9,11,13,17
225:19,24
226:5,7,8,10,19
227:4,7,12,21
228:19 229:7
229:10,13,14
229:24,24
230:4,10,11,16
230:19,23
231:2,12,17
232:24 233:3,3
233:7,8,14,17
233:20,23,23
235:22 236:23
238:8 239:19
240:11 242:19
242:21,24
243:4,5,6 244:9
244:9,10,12,15
244:21 247:3,9
247:13,16,18
248:8,14,15
250:16,24
251:5 254:13
261:18 262:9

265:1,4 267:20
268:23 270:7
273:16 275:4
276:23 283:19
283:21,22
287:23 288:5
288:22 289:13
290:12 291:1,2
292:6,22
298:18 300:2
**subject**  226:20
  305:9
**subjective**
  181:15
**subjects**  226:19
  226:22 227:7
  227:13 230:10
  231:18 283:22
  291:1
**submitted**
  216:2 217:8
  248:4
**subscribed**
  304:16 307:15
**subset**  36:9
  239:22
**subspecialists**
  24:21
**subspecialty**
  24:17
**substance**
  307:7
**substantial**
  123:23 293:3
  294:19 300:7

[substantially - tables]                                                         Page 62

| | | | t |
|---|---|---|---|

**substantially**
294:18
**substantiate**
207:22
**substantiated**
264:18
**sufficiently**
216:17
**suggest** 70:16
130:12 160:17
**suggested**
105:15 106:9
**suggesting** 70:8
**suggestion**
82:19
**suite** 3:14
**summarizing**
198:8
**summary** 6:11
52:12 70:14
167:2,10
169:11 171:19
172:14 175:21
175:24 223:9
232:9,20
278:23
**sundry** 289:7
**supervision**
304:24
**supplemental**
8:24 228:23
230:3 234:3,12
234:21 235:9
235:12,21
262:15

**supplied** 231:23
233:9
**supply** 125:1,16
**support** 30:5,6
63:1 85:9 91:7
197:21
**supported** 91:4
91:13 295:4
**supporting**
134:12 149:19
**supportive** 97:8
**supports** 97:13
141:8 150:11
**supposed** 185:5
**suppressed**
64:5
**suppresser**
52:1
**sure** 29:7 42:24
45:10 49:19
50:7 72:11 96:9
99:11 107:12
136:20 154:18
161:9 185:21
193:7,8 204:20
248:5,18 273:4
279:10 295:18
297:18 299:23
301:23
**surface** 66:9
67:6,15 68:12
**surgery** 55:8,13
56:1 130:21
**surgical** 82:18
126:23 129:4

**survey** 248:11
**survivors** 239:5
**susceptible**
110:24 111:5
111:11
**suspicious**
103:8
**suzanne** 3:25
**swap** 234:16
**swapped** 22:5
**swift's** 188:6
**switch** 235:1,3
235:6
**sworn** 9:4
304:7 307:15
**symptoms**
98:15 99:14
**syndrome** 4:23
49:22 50:22,24
51:13 52:4 54:8
**syndromes**
51:11
**synthesis**
148:24
**system** 287:6
287:13
**systematic** 7:24
187:21 226:1
229:17 230:4
**systemic** 64:19
65:2,11,23 70:9
71:7 73:3,8,16
74:17 75:5,10
76:2

**t** 4:1,1,6 5:1,1
6:1,1 7:1,1 8:1
8:1 306:2
**tab** 301:24
**table** 54:4,21
54:21 55:1
56:15,18 57:2
121:8,13
134:14 135:8
135:19 154:4
154:17 194:6
201:18 202:19
208:23 209:4
213:12,14,16
213:18 225:23
227:19,24
228:17,24
230:3 234:3,11
234:12 235:8,9
235:11,13,21
236:2 254:10
254:13 257:17
257:19 258:21
259:13 262:14
262:15,22
263:17 265:20
265:24 287:18
288:10,16,21
291:18 297:18
298:3,5 299:9
301:14,20,22
302:1,2,23
**tables** 8:24
288:6,8 296:19

**[tables - ten]** Page 63

| | | | |
|---|---|---|---|
| 301:19 302:21 | 176:2,19 | 280:18,21 | **talking** 28:4 |
| **taher** 171:14 | 178:19,20 | 284:6,7,13,18 | 34:12 55:12 |
| 179:8,10 | 179:11,17 | 284:21 285:5,9 | 66:12 69:15 |
| **take** 15:19 22:9 | 180:11,18 | 285:22 287:19 | 99:21,24 |
| 26:11 49:7,11 | 182:8,19 186:1 | 289:2,9,20,21 | 108:23 120:14 |
| 62:22 69:4 | 186:10 187:3 | 289:21,23,23 | 145:23 146:2 |
| 79:14 87:16 | 188:1 200:15 | 290:1,5,9,14,16 | 150:24 153:4,7 |
| 114:18 120:10 | 204:3 207:12 | 290:19 291:4 | 153:8 183:7 |
| 123:20 160:18 | 209:4 210:6,14 | 291:23 298:12 | 221:2 246:3 |
| 164:18 180:17 | 211:3,17 212:1 | 299:1,13 300:7 | 256:15 261:16 |
| 180:24 181:1,2 | 212:8,17 213:9 | **talc's** 153:18 | 276:8 292:7,8 |
| 262:18 289:12 | 220:18 222:6 | **talcum** 1:6 7:22 | 292:11,16 |
| **taken** 133:9 | 224:4,6 225:3 | 17:10,21 | 300:4 |
| 218:19 304:5 | 226:12 230:1 | 146:13,17 | **tallied** 40:8 |
| **takes** 52:23 | 233:7 237:21 | 167:13 169:9 | **tampons** |
| **talc** 8:5 13:7,14 | 238:15,22 | 169:13 170:12 | 291:12 |
| 13:22 14:4,10 | 239:5 240:2,13 | 172:22 178:1 | **task** 58:7 |
| 14:16 16:9 | 240:21 241:1,2 | 183:8 226:4 | **taub** 280:1 |
| 18:11,14 28:14 | 241:5,19,23 | 227:20 246:11 | **taylor** 188:6 |
| 28:17,22 32:6 | 242:3,11,18 | 247:5 | **team** 25:2 |
| 32:11 42:2 | 243:3 246:4,6,9 | **talk** 9:12,16 | **teasing** 266:7,7 |
| 43:22 59:10 | 251:4 253:20 | 21:21 31:22 | **techniques** |
| 85:10,15,23 | 254:24 258:11 | 33:21,23 42:22 | 282:5 |
| 86:3 90:24 | 260:14,22 | 61:18 88:18 | **tecum** 4:11 |
| 91:20,23 92:16 | 261:5,6,16,17 | 134:1 154:2 | **teens** 211:18 |
| 99:15,19 100:2 | 262:6,7,11,19 | 174:9 190:9 | 212:2 260:23 |
| 104:3 134:10 | 264:21,24 | 200:10 219:6 | **tell** 26:17 |
| 134:23 135:3 | 265:3,12,13,17 | 222:6 224:2 | 136:18 140:13 |
| 135:17 139:6 | 267:19 268:12 | 240:8 | 171:5 205:10 |
| 139:19 144:16 | 268:16,22 | **talked** 90:5,9 | 243:24 286:19 |
| 144:16,24 | 269:7,11 270:7 | 109:23 130:9 | **telling** 56:23 |
| 145:1,2,8,9,17 | 270:12,14 | 182:14 199:22 | **ten** 25:8 140:19 |
| 152:17,22 | 273:7,9,11,13 | 254:14 279:16 | 140:23 141:2 |
| 153:15 167:24 | 273:24 274:7 | 280:17 287:17 | 142:24 144:14 |
| 169:20 170:19 | 275:11,16 | 292:10 | 154:21 155:7 |
| 171:10 173:4,8 | 276:2,6,23 | | 160:19 164:6 |

**[ten - think]**

Page 64

190:21 191:10
194:22 197:9
225:10 232:21
**tenets** 34:16
**term** 165:2
215:7 253:6,9
253:14 263:18
263:20 266:11
266:14
**terminologies**
122:17
**terms** 61:24
99:13 100:5,8
102:16 103:7,9
108:23 121:2
165:20 171:3
175:15 182:7
**terry** 134:9
138:17,24
202:21 203:8
**test** 120:15
221:22
**tested** 60:10
102:1,5,9,18
114:23 115:3,6
116:14 117:9
120:18 121:11
121:12,18,20
122:2,3,20
123:6,11
**testified** 9:5
42:9,18,21
43:18,21 44:1,5
44:6 84:19,24
87:24 99:9
133:20

**testify** 44:19
**testimony** 4:21
41:18 42:2 45:2
45:3 62:4,7
82:2 87:17 88:8
108:14 125:6
131:10 133:19
133:24 175:5
261:19 285:11
304:7
**testing** 5:17
60:8,11 77:22
87:6,6 102:4
103:11,20
104:20 109:1
116:8,9,12,20
117:1,3,6,7,21
118:5,7,17
119:3 279:17
**text** 144:7
**tgf** 122:9
**thank** 10:5,6
16:1 18:18 19:6
19:7 20:9 23:17
27:17 30:15
31:9,12,21
36:10 45:22
76:23 79:12,14
80:3 97:6 100:1
113:6,23
123:19 129:1
137:18 159:17
160:7,8 168:7
170:10 179:5
186:4 187:2
195:9 202:3

208:11 218:24
238:6 283:5
286:9 287:4
303:7,10,11
**thanks** 114:14
**theoretically**
25:9
**therapy** 6:8
82:13 86:21
144:20,21
154:3,19 155:1
155:7 156:20
157:6,16 158:5
158:13,22
159:4,10
160:14 161:19
161:20 162:14
162:20 163:8
163:14 201:6
**thereof** 304:12
304:15
**thing** 62:14
102:23 175:2
202:22 262:3
**things** 25:4
33:10 44:9 46:3
62:18 98:13
99:12 112:3
132:14,15,23
156:9 157:15
157:21 165:2
166:6,7 200:11
270:18 271:2,9
271:15,20
**think** 10:22
19:20 23:3

26:24 28:9
30:19 32:15
33:3 40:8 43:9
43:10,21 44:7,9
47:2 52:12 53:5
57:6 63:19 67:9
67:14 68:2 70:1
76:13 83:16
84:17,18,20
89:18 94:12,24
97:14,16,21
98:9 99:23
101:7 106:4
110:9,10 112:3
112:14 117:8
119:6 121:1
122:9 125:13
125:18,24
126:1,13
130:17 131:18
133:11 140:12
141:8 142:6,6
153:4 154:13
164:23 166:3
174:1 177:14
181:22 182:11
183:18 189:7
189:20,22
194:1 197:6
201:24 210:21
211:8,8 224:12
226:9 236:19
241:12 242:9
242:15,16,20
244:8 247:7
249:3 250:11

**[think - transformation]**                                             Page 65

250:18,21
261:11 262:12
270:1,3 272:23
273:3 274:6,7
274:17 275:16
277:14 278:2,8
280:14 282:1
283:19 286:10
286:20 288:4
290:1,9,10,20
290:22,24
291:17 294:6
297:3 301:17
302:9,18
**thinking** 111:23
159:8 189:18
**third** 26:22
39:11 60:2
170:16 229:15
251:16
**thirds** 156:18
**thirty** 305:14
**thompson** 3:4
131:22
**thought** 30:24
38:4 77:19 86:7
100:15 102:13
127:11 159:10
198:5 216:16
282:14
**three** 10:22
26:5 31:20 70:1
142:8
**threefold** 107:4
**threshold**
200:17

**threw** 143:5
**throw** 219:4
**thrown** 220:3
**time** 13:16
15:11 25:6,12
25:13,18,23
39:5 42:13,20
44:2 51:18 59:6
67:24 68:11
75:18 77:20
79:6,10 88:19
123:11 129:5
168:12 182:16
212:22 213:21
261:5 276:18
280:11 283:23
286:10,22
299:19,21
301:5,8 304:5,6
304:8
**timely** 24:21
**times** 16:20
31:20 63:22
84:15 90:14
99:9 106:5
107:2 133:6
189:8 206:21
224:9,13 225:2
287:17 293:19
295:24,24
296:1 297:8
**timing** 245:16
**tissue** 148:20
222:7
**titanium** 275:5
275:10

**title** 25:18
140:5 227:19
268:15
**tnf** 148:21
151:15
**today** 35:18
41:6,11 51:17
55:12 62:3
303:10
**today's** 41:10
**todd** 1:25 2:12
304:19
**together** 83:23
84:7 97:22
108:1 192:13
235:18 251:24
252:14
**tomorrow**
303:14,16
**took** 259:17,18
295:10 299:14
**top** 36:22 50:15
57:18 60:1
76:16 124:16
124:18 188:10
213:17,18
251:24 252:5,7
252:7 262:18
275:22 301:20
302:1
**topic** 32:5
**topics** 32:6
**total** 40:10
41:13 121:10
143:17 287:11

**totaling** 37:8,19
**totality** 181:16
**totals** 37:1
**touched** 29:5
30:18
**toward** 54:12
259:7,21
**towards** 263:24
**trabert** 138:5,8
138:12 190:9
190:16 191:1
191:14 192:1
192:16 194:14
**tracking** 55:16
**tract** 210:19
**tracts** 210:8
211:11 212:24
213:5 218:17
220:16,20
221:10
**training** 31:15
185:9
**transcribed**
304:10
**transcript** 4:7
5:2 6:2 7:2 8:2
304:11,13,23
305:15,16
**transcription**
307:4
**transcriptomic**
8:12
**transformation**
151:17 182:4
269:7,15 270:9
271:2,16,23

**[transformation - turn]**  Page 66

| | | | |
|---|---|---|---|
| 272:5,20 273:1 | 110:10 111:2 | 247:11,21,24 | **tumoricidal** |
| 273:15 285:23 | 111:13 114:17 | 248:9 249:18 | 276:5 |
| **translate**  293:8 | 114:24 115:12 | 250:24 251:1,5 | **tumors**  47:24 |
| 293:9 300:21 | 116:3,9 117:9 | 252:17 254:6 | 48:3 55:10,11 |
| **translating** | 117:13,16 | 254:19 255:11 | 55:14 204:16 |
| 299:24 | 122:21 123:8 | 255:17 258:6 | 204:24 205:15 |
| **treated**  30:12 | 123:13 124:1 | 260:19 261:4 | **turn**  12:12 |
| 275:7 287:22 | 126:13 127:5 | 264:1 267:21 | 21:18 27:3,19 |
| **treaters**  82:3 | 130:15,23 | 276:11 279:19 | 33:18 45:24 |
| **treatment** | 132:16 133:3 | 281:24 288:22 | 46:4 54:2 57:11 |
| 16:22 | 135:5 136:5 | 293:21,21 | 59:23 63:9 |
| **trial**  44:19,21 | 138:10 139:6 | 299:9,20 300:6 | 69:18 76:19,24 |
| 44:22 45:3 | 139:15,20 | 304:11 | 77:6 79:23 96:8 |
| 99:10 | 140:7 141:19 | **trust**  89:8,10,10 | 112:21 123:16 |
| **tried**  298:9 | 142:15 143:2 | **try**  9:10 13:12 | 131:23 134:5 |
| **trigger**  66:7 | 146:16 152:10 | 30:13 36:17 | 140:17 146:22 |
| 67:4 | 152:18,23 | 72:10 106:7 | 147:3 149:1 |
| **tripped**  106:5 | 158:23 162:2 | 185:18 205:14 | 156:12 161:2 |
| **true**  32:23 | 164:13 169:22 | 286:21 296:21 | 162:4 163:19 |
| 40:15 47:11,12 | 171:19 172:2 | **trying**  15:22 | 166:18,24 |
| 47:17 49:14 | 172:15 176:2 | 26:9 53:6 71:11 | 168:24 170:4,5 |
| 50:13 59:13 | 183:21 188:24 | 72:23 73:4 | 171:4 178:13 |
| 67:24 68:8,13 | 190:18 191:5 | 74:18 119:18 | 183:23 185:20 |
| 71:18 72:4,19 | 191:18 192:13 | 199:3 259:12 | 186:6 188:4 |
| 73:22 81:22 | 193:4,21 | 277:15,20 | 197:15 200:6 |
| 83:3 85:2 86:13 | 195:18 199:11 | 287:9 | 201:17 205:24 |
| 86:24 88:22 | 202:19 203:19 | **tubal**  144:19 | 207:24 208:23 |
| 89:7,15 90:17 | 204:13 207:3,7 | 211:21 212:4 | 217:15 232:7 |
| 91:1,18 93:22 | 207:16 213:10 | 212:14,15,18 | 237:19 240:11 |
| 95:12,20 98:11 | 214:5 219:16 | **tube**  6:18 51:2 | 244:23 251:9 |
| 99:10,16,19 | 220:12,23 | **tubes**  222:7 | 254:12 262:14 |
| 100:6,21 | 221:15 237:1 | 229:1 236:11 | 267:10 268:19 |
| 101:13,18,19 | 238:10,17 | 236:20 237:7 | 275:21 277:5 |
| 101:22 102:19 | 239:19 242:12 | **tumor**  51:24 | 278:13 282:10 |
| 102:22 103:12 | 242:13 244:17 | 127:14 131:8 | 292:18 |
| 103:14 108:12 | 246:6 247:6,7 | | |

**[turned - use]**                                                    Page 67

**turned**  248:11
   250:2
**turning**  278:11
   296:11
**turpin**  3:25
**tv**  187:7
**twelve**  120:17
**two**  7:8 10:22
   48:6,17,21,22
   49:7 52:9,14
   60:10 63:3 87:8
   93:14 100:18
   102:10,11
   108:3 117:4,16
   156:18 164:9
   164:11 212:3
   224:9,13 225:2
   241:18 246:21
   248:24 252:18
   255:13 256:17
   266:14 282:23
   297:7
**tworoger**
   192:17
**type**  13:4
**types**  275:14
**typically**  32:17
   199:17

**u**

**u**  1:11 5:1 6:1
   7:1 8:1 137:2
**u.s.**  8:22 58:7
**ucsd**  15:5 24:18
**uh**  281:16

**ultimately**
   127:13
**unaware**
   111:18 112:6,8
**uncertain**  87:7
   122:16
**uncommon**
   47:23
**undefined**
   251:18,20
   252:16 257:2,7
**under**  24:8 30:5
   31:10 42:8
   51:20 77:4,8
   85:14 170:15
   197:16 228:9
   244:24 287:23
   289:21 298:22
   304:24
**underlying**
   39:22 71:17
**underneath**
   43:5
**undersigned**
   304:2
**understand**
   36:18 95:8 96:9
   103:1,6 118:21
   130:3 141:4,9
   144:1 167:6
   169:19 170:3
   186:17,19,19
   186:22 194:22
   211:16 226:24
   237:13 246:15
   249:23 256:14

   258:8 259:11
   271:8,11 272:5
   296:24
**understanding**
   61:17 68:10
   72:2 87:10
   111:22 157:12
   167:18 256:24
   272:2 273:5
**unexposed**
   256:2,3,4
**united**  1:1
   137:20
**university**  6:22
   17:24 24:7
   139:1 274:16
   274:19,20
**unknown**
   122:15
**unpublished**
   225:20 229:22
**unquote**  165:1
**unrepresented**
   257:6
**unsophisticated**
   219:7,8,16,20
**update**  11:21
   32:2
**updated**  22:3
   22:14,16 23:5
   26:14 32:13
   40:23 57:8
   184:18 238:8
**updates**  30:2,17
**updating**  40:13

**upper**  69:19
   89:22 90:15
   169:4
**urban**  156:3,4
**usage**  90:2,14
   90:22,23 91:8
   91:13,24
   226:21 238:8
   245:23 249:13
**use**  6:23 7:6,12
   7:17,19,22 8:5
   8:6,19 28:22
   32:1,17 47:7
   62:10,17 82:12
   86:20 88:1
   135:17 139:6
   139:19 144:16
   144:18,19,20
   151:7 152:17
   153:15 155:6
   155:14,21
   160:14 162:13
   165:22 167:13
   169:9 172:21
   173:5,7 176:19
   178:1 179:11
   179:16 180:18
   186:1,10
   188:12,23
   189:6,12,18,21
   190:17,21
   191:3,10,18
   194:14,20,23
   196:10,11
   197:3,6,18,22
   199:12 200:14

**[use - vivo]**                                                                Page 68

204:2 206:17
206:21 209:4
210:5,14
211:18 221:21
224:4,9 226:5,8
226:12,20
227:3,8,19,20
231:5,8,16
237:21,21
238:15,22
239:5,9 240:2,4
240:6,8,13,23
241:2,15,19,23
242:3,11 243:3
245:14,15,17
246:15,18,22
246:22 247:1
251:3 253:9,10
253:20 254:24
256:22 258:11
260:13,22
261:5 262:6
264:21 265:2
265:16 266:11
266:14,20,23
267:2,19
280:21 285:9
289:23 291:15
291:20 293:8
297:9,20
300:20
**used** 32:16,18
34:20 47:8
57:21 87:11,19
87:23 88:15
89:9 122:17

145:2,8,17
152:1 154:19
164:5 194:7
207:12,15
209:4 213:9,20
218:17 225:6
226:8 227:10
227:15 233:7
241:1 246:5,9
246:11 256:19
259:2 260:14
260:15 261:6
262:11,18
274:23 275:5
290:8 305:17
**user** 224:6
225:7 261:16
261:17 287:19
299:15,16,17
299:20,20,22
**users** 236:3,11
237:8 253:6,7,8
253:10,14,15
259:6,19,20
262:7,19
263:18,19,20
263:20 264:3,4
293:4,5,10,11
294:20,20
300:8,9,22,23
**uses** 146:13
**using** 7:7 33:24
211:17 212:17
240:21 241:5
246:4 258:15
293:18 298:17

301:21 302:3
**usually** 211:23
**uterine** 241:20
242:13,17
243:3 292:6,7
292:10 297:21
**utilize** 30:11
61:7,8

**v**

**v** 1:11
**vadakekut**
184:23
**vagina** 212:9
290:7,8,10
291:5,11,12
**vaginal** 242:3
246:11 289:21
289:24 290:5
290:13,14,17
298:12 299:1
**validation**
118:11
**value** 87:16
**variance**
109:10
**variances** 108:4
**variant** 103:2
**variants** 87:7
109:19 122:14
**variety** 139:18
**various** 16:20
25:2 83:9 104:9
138:1,1 142:17
155:19,23
180:23 260:3

280:16 289:7
**vary** 239:2
**venued** 43:12
**verify** 20:19
**version** 22:4
50:8 178:17
234:22 302:20
302:20
**versus** 21:11
194:8 200:14
210:9 212:15
227:7 245:14
258:10,21
261:17 266:20
266:23 267:2
**viability** 269:11
**vicki** 43:8,9
**view** 46:14 83:2
95:16 107:20
107:24 134:12
154:23 181:5
194:16 210:2,4
219:18 237:14
257:13 258:19
270:6 290:3
**viewing** 134:16
**views** 186:20
**vitae** 21:19,24
30:17
**vitro** 182:3,19
268:22 269:6
269:10 272:19
272:24 273:7,9
273:11
**vivo** 182:2
269:6

**[void - witness]**

Page 69

| | | | |
|---|---|---|---|
| **void**   304:13 | 241:17 242:14 | 212:22 213:10 | 60:19 61:4 62:9 |
| **volunteer**   14:20 | 254:9,10 | 213:21 224:9 | 65:21 66:11,22 |
| 17:15 | 256:11 259:14 | 224:14 225:3 | 67:8 68:2,16,23 |
| **vulvar**   242:6 | 268:9,14 269:2 | 293:19 296:1 | 71:2 72:6,21 |
| **vus**   102:12 | 273:4,17 277:5 | 297:7,9 299:15 | 73:24 74:13 |
| **vuses**   102:10 | 287:21 295:12 | 299:16 | 76:13 78:10 |
| 117:4,16 | 297:16 301:23 | **weight**   164:15 | 79:12 80:21 |
| 122:10,14,24 | **wanted**   11:13 | 180:5 214:10 | 81:24 82:16 |
| **w** | 20:22 140:24 | 214:22 215:4,6 | 83:5 84:4 85:4 |
| | 225:16 243:17 | 215:11 | 85:18 88:24 |
| **wait**   121:4 | 268:16 296:20 | **weighted**   215:9 | 89:17 90:20 |
| 205:3 | **watching**   187:6 | **weird**   129:19 | 91:12 92:4,15 |
| **want**   9:20 10:3 | **way**   61:8 93:19 | **welcome**   287:5 | 93:4 94:4 97:16 |
| 10:13 12:9,18 | 109:7 122:23 | **went**   32:4 | 100:2 102:9,21 |
| 13:12 17:12 | 129:9 132:11 | 129:12 230:12 | 103:14 108:16 |
| 21:23 29:7 | 216:9 217:18 | 301:24 | 109:14 110:9 |
| 31:22 36:17 | 279:24 280:14 | **wentzensen** | 111:15 112:2 |
| 41:14,16 42:24 | 284:5 297:12 | 192:17 217:10 | 113:12 114:1 |
| 45:9 46:12 | **we've**   21:21 | **west**   3:14 | 114:12 117:15 |
| 49:16 54:3 57:5 | 31:23 35:12 | **whatsoever** | 117:24 118:20 |
| 59:21 61:10 | 36:13 50:5 | 263:4 | 119:6 120:22 |
| 62:16 76:19,24 | 69:14 79:6 | **white**   203:17 | 122:7 123:10 |
| 77:1,2 79:22 | 107:24 109:17 | 204:8,19 | 125:23 128:18 |
| 95:4,5 96:7 | 110:21 166:10 | 207:19 | 129:20 131:1 |
| 99:13 100:23 | 236:18 295:21 | **wide**   8:22 | 131:15 132:20 |
| 100:23 104:6,8 | 296:9 302:2 | **william**   81:10 | 134:16 135:7 |
| 104:8 112:21 | **weak**   285:19 | **window**   220:4 | 137:24 138:12 |
| 119:10 124:14 | **weaker**   70:7 | **witness**   2:15 | 138:22 139:22 |
| 128:20 145:15 | **weaknesses** | 13:10,24 18:4 | 140:12 151:5 |
| 161:2,9 166:20 | 214:11,23 | 18:10 19:7 20:1 | 154:9 157:4 |
| 166:22 167:6 | **web**   32:9 | 23:17 27:11 | 158:10 159:7 |
| 185:21 186:4,6 | **wednesday** | 33:3 34:18 39:1 | 164:18 165:13 |
| 199:21 200:10 | 1:15 | 40:6 42:4 45:7 | 168:17 169:16 |
| 201:22 208:6 | **week**   25:9,10 | 46:18 47:19 | 170:22 172:17 |
| 224:2 230:21 | 26:3,5,7 189:8 | 48:16 53:21 | 173:22 176:21 |
| 232:7 235:15 | 194:8 199:13 | 54:20 56:10,21 | 177:19 179:19 |

| | | | |
|---|---|---|---|
| 181:8,14,22 | **wolf** 11:18 | 148:18 153:15 | 260:13,22 |
| 187:17 189:2 | 32:14 215:22 | 156:19,22 | 261:4,15 262:5 |
| 190:20 191:7 | 272:18 | 157:5,6 158:4 | 262:7,17 263:7 |
| 191:20 193:17 | **wolf's** 215:2 | 158:12 160:18 | 264:19,20 |
| 201:9 202:3 | **woman** 62:23 | 165:20,24 | 265:2 290:9 |
| 203:2 205:6 | 64:22 77:24 | 166:1 194:7 | 291:2,3 |
| 207:5,21 | 84:22 85:5 | 197:13 203:17 | **women's** 64:18 |
| 209:18 210:16 | 108:24 109:17 | 203:17,17,18 | 280:11 |
| 212:11 213:2 | 124:8 146:12 | 204:4,8,17,19 | **woolen** 183:20 |
| 214:16 215:14 | 165:15 | 204:22 206:17 | 223:18 224:2,3 |
| 216:15 217:22 | **woman's** 85:24 | 207:12,13,15 | 224:8 225:9 |
| 219:12,22 | 157:22,24 | 207:17,18,19 | 230:24 231:11 |
| 220:14 221:1 | **women** 5:24 | 209:5,6 210:7 | 231:24 |
| 222:16 224:12 | 7:14 51:10 55:7 | 210:18 211:11 | **word** 34:1 |
| 232:16 235:10 | 62:12 63:4,24 | 211:12,13,17 | 47:20 58:20 |
| 236:17 237:3 | 64:1 65:13 | 211:21 212:5 | 59:1 141:7 |
| 237:17 239:21 | 67:18 70:10,17 | 212:14,15,16 | 151:23 152:1 |
| 245:13 247:23 | 74:21 75:24 | 212:18,23,23 | 173:5,7 245:18 |
| 248:21 254:4 | 77:12,15,21,22 | 213:3,9 218:16 | 261:9 290:8 |
| 255:15 257:10 | 78:3,20 97:4,19 | 220:15,19 | 296:12 |
| 257:15 260:21 | 101:16,21 | 221:10 228:24 | **words** 47:7 |
| 261:8 264:3 | 104:23 105:6 | 230:7,10 | 92:24 151:7 |
| 265:11 266:17 | 105:15 106:10 | 231:19,20 | 152:9,9 192:10 |
| 268:6 269:23 | 106:22 108:6 | 233:6 236:3,10 | 227:3 258:5 |
| 270:17 271:13 | 108:19 110:5 | 236:19,24 | 274:5 295:20 |
| 272:8,22 275:1 | 110:12,22 | 237:6 238:13 | **work** 18:8 |
| 276:13 277:11 | 114:23 117:19 | 239:23 240:14 | 25:19 26:10,23 |
| 277:17 278:23 | 118:4 119:4,14 | 240:19 241:5 | 27:6,7 31:2,19 |
| 279:21 280:24 | 120:4,14,18 | 241:13 246:18 | 35:12,17 36:1,1 |
| 283:1 284:18 | 121:11,13 | 246:20 247:8 | 36:7,18,19 37:4 |
| 285:2,13 | 137:10 140:21 | 247:18 248:1 | 38:22 39:1,6 |
| 290:22 293:23 | 141:1,17,18,21 | 248:10 250:1,4 | 40:2,14 41:1 |
| 294:23 302:5 | 142:15 143:14 | 251:5 252:16 | 83:23 137:18 |
| 303:11,15 | 143:15 145:2,8 | 253:12 256:21 | 269:1 |
| 304:6,7,15 | 145:17 146:9 | 256:24 257:5 | **worked** 84:7 |
| 305:1 | 146:12 148:7,8 | 259:4,5,18 | 287:7 |

**[working - zoom]**                                                        Page 71

**working** 28:16
  282:16
**works** 25:11
  303:6,7
**workup** 24:22
**workweek**
  25:11
**world** 137:21
  138:2 150:22
**worried** 103:16
**worries** 58:24
**wound** 36:5
**write** 28:1,2
  104:16 141:10
  191:4 221:7
**writing** 13:1
  14:8,14 16:8
  17:19 27:13
  40:19
**written** 28:11
  40:22,24 94:12
  138:8 139:17
  184:22
**wrong** 302:12
**wrote** 191:8
  216:6 217:12
**wu** 135:16
  189:24 190:5
  203:9 261:2

**x**

**x** 1:5,9 4:6 5:1
  6:1 7:1 8:1

**y**

**yale** 133:14
**yeah** 32:15
  44:16 57:9
  76:23 90:2 98:7
  99:23 100:16
  107:12 113:14
  114:7 118:6
  119:24 128:20
  129:18 131:22
  156:7 170:2
  185:12 204:20
  224:16 235:3,5
  250:10 255:24
  268:1 274:18
  280:5 281:19
  297:15 302:15
**year** 31:20
  38:17,20 42:10
  44:15,16 60:8
  63:3 64:22 89:6
  97:20 228:3,3
**years** 5:6 15:18
  59:13 66:16
  71:5,15 72:17
  72:24 87:13,20
  89:4,19,21,23
  95:18 97:19
  107:1,7 154:21
  155:8,21
  156:21 160:19
  164:6 189:9
  190:21 191:10
  194:23 197:10
  206:21 211:20

212:1,2,6 240:1
  241:7,14 247:1
  260:24 261:12
**yep** 19:24
  114:20 155:12
  234:11 255:6
**yield** 77:23
**ynh** 5:20
**young** 82:21
  87:5
**younger** 95:18

**z**

**zero** 214:10,22
  262:24,24
  263:6 264:13
  298:19
**zoom** 3:3,4,5,25
  9:15,16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.