Exhibit 13

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF NEW JERSEY
 3
 4
 5   ------------------------x
                             )
 6   IN RE JOHNSON & JOHNSON   ) MDL No. 16-2738
     TALCUM POWDER PRODUCTS    ) (MAS)(RLS)
 7   MARKETING, SALES PRACTICES )
     AND PRODUCT LIABILITY     )
 8   LITIGATION                )
                             )
 9   ------------------------x
10
11
12                V O L U M E  I I
13          DEPOSITION OF CHERYL SAENZ, M.D.
14              LA JOLLA, CALIFORNIA
15            THURSDAY, JUNE 20, 2024
16                   9:03 A.M.
17
18
19
20
21
22
23   Job No.: 6753337
24   Pages: 308 - 547
25   Reported by: Leslie A. Todd, CSR No. 5129 and RPR
```

Page 309

1    Deposition of CHERYL SAENZ, M.D., held in
2    the conference room at the:
3
4
5         GRANDE COLONIAL HOTEL
6         910 Prospect Street
7         La Jolla, California 92037
8
9
10
11
12    Pursuant to notice, before Leslie Anne Todd,
13   California Certified Shorthand Reporter in and for
14   the State of California, who officiated in
15   administering the oath to the witness.
16
17
18
19
20
21
22
23
24
25

Page 311

1              C O N T E N T S
2    EXAMINATION OF CHERYL SAENZ, M.D.        PAGE
3      By Ms. Thompson              313
4
5              E X H I B I T S
6        (Attached to transcript)
7    SAENZ DEPOSITION EXHIBITS              PAGE

8    No. 33   Expert Report of Cheryl C.
9         Saenz, M.D., Case-specific
10        opinions regarding Ms. Anne
11        Carter Judkins, May 28, 2024      315
12   No. 34   Expert Report of Cheryl C.
13        Saenz, M.D., Case-specific
14        opinions regarding Ms. Pasqualina
15        Rausa, May 28, 2024      333
16   No. 35   Medical records (not attached)      400
17   No. 36   Medical records (not attached)      400
18   No. 37   Letter to David Dearing, Esq. from
19        John J. Godleski, MD, June 18, 2021  416
20   No. 38   Second Amended Rule 26 Expert
21        Report of Judith Wolf, MD, May 28,
22        2024              434
23   No. 39   Letter to David Dearing, Esq. from
24        John J. Godleski, MD, June 21, 2021  459
25

Page 310

1         A P P E A R A N C E S
2
3    PLAINTIFFS CO-LEAD COUNSEL:
4      MARGARET THOMPSON, ESQUIRE (via Zoom)
5      P. LEIGH O'DELL, ESQUIRE (via Zoom)
6      LEANNA PITTARD, ESQUIRE (via Zoom)
7      BEASLEY, ALLEN, CROW, METHVIN,
8       PORTIS & MILES, P.C.
9      218 Commerce Street
10     Montgomery, Alabama 36104
11     (334) 269-2343
12
13     MICHELLE A. PARFITT, ESQUIRE (via Zoom)
14     ASHCRAFT & GEREL, LLP
15     1825 K Street NW, Suite 700
16     Washington, DC 20006
17     (202) 335-2600
18
19   ON BEHALF OF DEFENDANTS:
20     DAWN CURRY, ESQUIRE
21     NUTTER, McCLENNEN & FISH, LLP
22     155 Seaport Boulevard
23     Boston, Massachusetts 02210
24     (617) 439-2000
25

Page 312

1              E X H I B I T S
2        (Attached to transcript)
3    SAENZ DEPOSITION EXHIBITS              PAGE

4    No. 40   Expert Report of Cheryl C. Saenz,
5         M.D., Case-specific opinions
6         regarding Ms. Tamara Newsome,
7         May 28, 2024              499
8    No. 41   Letter to David Dearing, Esq. from
9         John J. Godleski, MD, June 21, 2021  527
10   No. 42   Supplemental Materials Considered by
11        Dr. Cheryl Saenz              537
12   No. 43   Supplemental Materials Considered by
13        Dr. Cheryl Saenz              539
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 309 - 312)

Page 313

1  PROCEEDINGS
2  ------------------
3  EXAMINATION
4  BY MS. THOMPSON:
5    Q.   Good morning, Dr. Saenz.        09:03:27
6    A.   Good morning.                   09:03:30
7    Q.   I'm Margaret Thompson, and I will   09:03:31
8  be asking you questions today regarding three   09:03:37
9  plaintiffs: Ms. Tamara Newsome, Ms. Carter   09:03:39
10  Judkins, and Ms. Pasqualina Rausa.        09:03:45
11      Is that your understanding?        09:03:50
12    A.   Yes.                          09:03:51
13    Q.   And to give you a heads-up, please   09:03:51
14  bear with me because I will be asking many of the   09:03:54
15  same questions with each plaintiff, and that is   09:03:57
16  just so we have a clear record for each one since   09:04:02
17  we don't know which plaintiff is going to trial.   09:04:07
18      Does that make sense?             09:04:10
19    A.   Yes.
20    Q.   So the intention is not to        09:04:12
21  frustrate you or elicit a different answer.  It's   09:04:14
22  just so we have the answers to the questions for   09:04:18
23  each plaintiff with their name attached.  Okay?   09:04:20
24    A.   Understood.                    09:04:23

Page 314

1    Q.   Let's begin with Ms. Judkins.    09:04:27
2  Describe the methodology that you used when   09:04:35
3  considering Ms. Carter Judkins' case and whether   09:04:39
4  or not her ovarian cancer was caused by her   09:04:49
5  talcum powder use.                     09:04:58
6    A.   So I used the same methodology that   09:04:59
7  I described in my general causation report.  I   09:05:02
8  read all of the literature that is detailed in my   09:05:07
9  materials considered list.  I read through all of   09:05:11
10  her medical records.  I read through the   09:05:14
11  depositions that were provided, through the   09:05:16
12  expert reports that were provided, and made an   09:05:22
13  assessment as to whether or not there was a   09:05:26
14  strength of association, consistency in the   09:05:32
15  literature, evidence of a biologic gradient or   09:05:35
16  biologic plausibility for the perineal   09:05:39
17  application of talc causing Ms. Judkins' ovarian   09:05:43
18  cancer.
19      MS. THOMPSON:  Leslie, if we could   09:05:52
20  mark -- I think we will do a continuous exhibit   09:05:54
21  list.                               09:05:56
22      Is that what everybody thinks is   09:05:57
23  the easiest way to approach it?          09:05:58
24      MS. CURRY:  Yeah.                  09:06:00

Page 315

1      MS. THOMPSON:  And I don't know   09:06:00
2  what number we left off with yesterday.   09:06:02
3      MS. CURRY:  This would be        09:06:05
4  Exhibit 33 that you're marking now.      09:06:06
5      MS. THOMPSON:  Let's mark         09:06:09
6  Dr. Saenz's expert report for Anne       09:06:11
7  Carter Judkins as Exhibit 33.            09:06:15
8      (Exhibit No. 33 was marked for   14:10:28
9      identification.)
10      MS. THOMPSON:  And I'm going to   09:07:00
11  follow Leigh's example and go more       09:07:03
12  slowly than I typically do since we are   09:07:06
13  on Zoom.                            09:07:09
14  BY MS. THOMPSON:                      09:07:10
15    Q.   Dr. Saenz, do you agree that     09:07:10
16  ovarian cancer is a multifactorial disease?   09:07:12
17    A.   I do believe that ovarian cancer is   09:07:15
18  multifactorial, yes.                   09:07:17
19    Q.   And does that mean that a woman can   09:07:19
20  have more than one risk factor?          09:07:21
21      MS. CURRY:  Object to the form.   09:07:26
22  These questions were asked and answered   09:07:28
23  yesterday.                           09:07:30
24  BY MS. THOMPSON:

Page 316

1    Q.   Would it be possible for          09:07:33
2  Ms. Judkins to have more than one risk factor?   09:07:34
3    A.   It's possible for Ms. Judkins to   09:07:38
4  have more than one risk factor.  It's possible   09:07:40
5  for her to have no risk factors.  It's possible   09:07:45
6  for her to have protective factors.  The bottom   09:07:49
7  line is she had ovarian cancer.          09:07:52
8    Q.   And that answers my question.     09:07:53
9      Would you also agree that the more   09:07:57
10  risk factors that Ms. Judkins might or might not   09:08:01
11  have, the more risk factors, the greater her   09:08:11
12  chance of developing ovarian cancer?     09:08:12
13      MS. CURRY:  Object to the form.   09:08:14
14      THE WITNESS:  No, I would not    09:08:14
15  agree with that.                     09:08:15
16  BY MS. THOMPSON:
17    Q.   So you disagree that she could have   09:08:21
18  one of the accepted risk factors for five   09:08:22
19  accepted -- your accepted risk factors and her   09:08:27
20  chance of developing ovarian cancer would be the   09:08:28
21  same?                               09:08:30
22      MS. CURRY:  Object to the form.   09:08:30
23      THE WITNESS:  So I don't use the   09:08:31
24  word "accepted risk factors."  They're   09:08:32

Page 317

1    not my accepted risk factors. They're    09:08:34
2    well-established risk factors.    09:08:37
3        And as I said earlier, someone    09:08:39
4    that gets ovarian cancer can have zero,    09:08:43
5    five, none, or have protective factors    09:08:47
6    and still get the disease.    09:08:51
7    BY MS. THOMPSON:
8    Q.    So take, for example, we use the    09:08:54
9    ACOG list. Is it your testimony that a plaintiff 09:08:58
10   could only have age, for example, and she would  09:09:02
11   have the same risk of developing ovarian cancer  09:09:07
12   as a woman who not only has age but has BRCA, has 09:09:12
13   endometriosis, has a family history, and no    09:09:18
14   protective factors?    09:09:27
15       MS. CURRY: Object to the form,    09:09:28
16   asked and answered.    09:09:30
17       THE WITNESS: I believe this was    09:09:36
18   covered yesterday, ma'am.    09:09:37
19   BY MS. THOMPSON:    09:09:38
20   Q.    If Ms. Judkins had none of those    09:09:38
21   risk factors or Ms. Judkins only had age, would  09:09:44
22   she have the same risk as if she had all of the  09:09:47
23   risk factors?    09:09:50
24       MS. CURRY: Object to the form.    09:09:51

Page 318

1        THE WITNESS: So statistics    09:09:52
2    cannot be applied to any one individual    09:09:54
3    patient to establish causation.    09:09:57
4    Patients either have ovarian cancer or    09:10:00
5    they don't. We don't use the risk    09:10:01
6    factors in a fashion of attributable    09:10:05
7    risk. She's either zero or 100 when it    09:10:09
8    comes to the fact that she has ovarian    09:10:14
9    cancer.    09:10:14
10   BY MS. THOMPSON:    09:10:15
11   Q.    I'm not asking for attributable    09:10:15
12   risk. I am saying if you have a woman -- if    09:10:19
13   Ms. Judkins were to have BRCA and age, is that    09:10:27
14   the same risk as age alone?    09:10:30
15       MS. CURRY: Object to the form.    09:10:33
16       THE WITNESS: You're asking    09:10:37
17   about cumulative risk, and we don't use    09:10:39
18   risk factors in that manner. So she    09:10:42
19   either has ovarian cancer or she    09:10:44
20   doesn't. Risk factors are associations,    09:10:46
21   and we don't calculate in a cumulative    09:10:48
22   fashion based on the number of risk    09:10:53
23   factors an individual patient may or may    09:10:55
24   not have. They either have ovarian    09:10:57

Page 319

1    cancer or they don't. It's zero or 100.    09:10:59
2    BY MS. THOMPSON:    09:11:05
3    Q.    And you agree that there are    09:11:05
4    multiple articles in the peer-reviewed literature 09:11:07
5    that would disagree with that statement you just 09:11:10
6    made. Did you review those?    09:11:13
7        MS. CURRY: Object to the form.    09:11:14
8        THE WITNESS: You would have to    09:11:15
9    point me to a particular article, ma'am.    09:11:16
10   BY MS. THOMPSON:
11   Q.    Does Wu look at cumulative risk    09:11:21
12   factors?    09:11:24
13       MS. CURRY: Object to the form.    09:11:24
14   Which Wu article are you referring to?    09:11:25
15       MS. THOMPSON: Any of them.    09:11:30
16       MS. CURRY: Also object on the    09:11:31
17   basis that this was covered yesterday by    09:11:32
18   Leigh in the general opinions portion of    09:11:36
19   the deposition. The time limit has    09:11:41
20   already been exceeded with respect to    09:11:43
21   general opinions.    09:11:46
22       And just saying the words "if    09:11:46
23   Ms. Judkins," I don't think gets you    09:11:49
24   around that objection. It's my    09:11:51

Page 320

1    understanding we are here to talk    09:11:55
2    specifically about Ms. Judkins, her --    09:11:56
3    and her risk factors or anything within    09:12:00
4    the report.    09:12:04
5        MS. THOMPSON: Object to form is    09:12:07
6    fine. But we are talking about    09:12:08
7    case-specific opinions and how Dr. Saenz    09:12:11
8    reached her case-specific opinions, and    09:12:15
9    this is relevant to each of the    09:12:17
10   plaintiffs, and right now we're talking    09:12:20
11   about Ms. Judkins.    09:12:23
12       THE WITNESS: You would have to    09:12:29
13   point me to which Wu article you're    09:12:30
14   discussing, ma'am.    09:12:33
15   BY MS. THOMPSON:    09:12:33
16   Q.    And you don't know that the Wu    09:12:33
17   articles did look at cumulative risk factors?    09:12:36
18   A.    I'm asking --    09:12:38
19       MS. CURRY: Object to the form.    09:12:38
20       THE WITNESS: I'm asking you to    09:12:38
21   show me which article you're referring    09:12:39
22   to, ma'am, so that I can --    09:12:42
23   BY MS. THOMPSON:
24   Q.    Well, in --    09:12:44

4 (Pages 317 - 320)

Page 321

1    A.    Ma'am, I'm not finished with my    09:12:45
2    answer.    09:12:47
3    I would like to answer your    09:12:49
4    question, but I would need to see the Wu article    09:12:50
5    that you're referring to to be able to answer    09:12:53
6    your question.    09:12:56
7    Q.    In respect to Dawn's objection,    09:12:59
8    we're going to try to stick with not going over    09:13:03
9    general literature. I'm just asking you    09:13:07
10    questions as to your methodology for case    09:13:09
11    specific. And if you need to see the article,    09:13:12
12    then we'll move on, and the answer is that "I    09:13:14
13    would need to see the article," and that's fine.    09:13:21
14    And you have testified that you    09:13:25
15    don't know what causes cancer in a woman,    09:13:28
16    correct?    09:13:28
17    MS. CURRY: Objection. This was    09:13:31
18    covered yesterday.    09:13:32
19    MS. THOMPSON: Which is an    09:13:37
20    opinion that she doesn't know what    09:13:37
21    causes cancer in a woman is a    09:13:39
22    case-specific opinion. Dawn, I don't    09:13:42
23    see how that can be limited.    09:13:45
24    MS. CURRY: The exact same    09:13:47

Page 322

1    question was asked on the record    09:13:48
2    yesterday. You have her response    09:13:50
3    yesterday.    09:13:52
4    MS. THOMPSON: Okay. If you --    09:13:53
5    MS. CURRY: I don't want to    09:13:53
6    spend two full days retreading the same    09:13:53
7    thing.    09:13:56
8    And "in a woman" doesn't mean    09:13:56
9    Ms. Judkins. If you want to ask the    09:13:59
10    question, Do you know whether -- what    09:14:00
11    the cause of Ms. Judkins' cancer is,    09:14:03
12    that's different than "in any woman" can    09:14:06
13    you know the cause of her cancer.    09:14:08
14    MS. THOMPSON: Okay. I believe    09:14:10
15    it is relevant, but I can certainly add    09:14:11
16    Ms. Judkins and Ms. Rausa and    09:14:15
17    Ms. Newsome to the question.    09:14:18
18    BY MS. THOMPSON:
19    Q.    You have testified that you don't    09:14:20
20    know what causes cancer in a woman, and would    09:14:21
21    that apply to Ms. Judkins?    09:14:25
22    A.    I do not know what caused    09:14:27
23    Ms. Judkins' ovarian cancer.    09:14:29
24    Q.    And you've also testified that you    09:14:32

Page 323

1    have no idea what causes ovarian cancer in an    09:14:35
2    individual woman. Would that apply to    09:14:41
3    Ms. Judkins?    09:14:44
4    A.    I don't think I used the word "no    09:14:44
5    idea." But I think you're asking me the same    09:14:46
6    question you just asked me, and I do not know    09:14:49
7    what caused Ms. Judkins' ovarian cancer.    09:14:51
8    Q.    And if you testified to those exact    09:14:59
9    words, would you hold to that opinion?    09:15:02
10    A.    I just gave you that opinion, so    09:15:06
11    yes, that is my opinion.    09:15:08
12    Q.    The no idea?    09:15:10
13    MS. CURRY: Object to the form.    09:15:11
14    THE WITNESS: I don't know that    09:15:13
15    I said those exact words, ma'am, but    09:15:14
16    what I'm saying to you right now is I do    09:15:16
17    not know what caused Ms. Judkins'    09:15:18
18    ovarian cancer.    09:15:20
19    BY MS. THOMPSON:
20    Q.    Okay. And is it also your opinion,    09:15:22
21    and this is directly from your report, that there    09:15:24
22    is no credible scientific data to support the    09:15:27
23    conclusion that talc contributed to Ms. Judkins'    09:15:32
24    development of ovarian cancer? Is that your    09:15:36

Page 324

1    opinion today?    09:15:39
2    A.    Can you direct me to where you're    09:15:41
3    reading from?    09:15:43
4    Q.    Your conclusion, first sentence.    09:15:49
5    And the pages aren't numbered on your    09:15:52
6    case-specific report, so we'll just have to    09:15:55
7    approximate where they are and find it.    09:15:58
8    But it's on the last page under    09:16:00
9    Conclusion, first sentence: There is no credible    09:16:03
10    scientific data that talc increases a woman's    09:16:05
11    risk of developing ovarian cancer.    09:16:09
12    Is that your opinion regarding    09:16:10
13    Ms. Judkins?    09:16:14
14    A.    Yes, it is.    09:16:15
15    Q.    And when you say "no credible    09:16:16
16    scientific data," you mean there is nothing in    09:16:22
17    the body of scientific literature, nothing that    09:16:30
18    supports this opinion?    09:16:36
19    MS. CURRY: Object to the form.    09:16:37
20    THE WITNESS: No, that's not    09:16:44
21    true -- there's nothing that supports    09:16:45
22    this opinion? No, I believe there's a    09:16:47
23    lot of --    09:16:47
24    BY MS. THOMPSON:

5 (Pages 321 - 324)

Page 325

1    Q.    No credible --                    09:16:51
2    A.    Ma'am, I believe there's a lot of  09:16:52
3  literature that supports that opinion.    09:16:54
4    Q.    No, I'm talking about supporting  09:16:55
5  the opinion that talc contributed to Ms. Judkins'  09:16:57
6  development of ovarian cancer.            09:17:02
7    A.    So the literature on that topic is  09:17:04
8  inconsistent. There are some studies that have  09:17:07
9  shown a positive association, but there are other  09:17:11
10 studies that have not. And even within the  09:17:13
11 studies with a positive association, there are  09:17:16
12 internal discrepancies within the studies.  09:17:20
13      There's no consistent dose-response  09:17:23
14 gradient. There's no biologic plausibility for  09:17:25
15 how that cancer would develop from the perineal  09:17:30
16 application of talc. There's no data for the  09:17:33
17 migration of talc from the perineum. And I  09:17:35
18 believe that the body of the literature as a  09:17:39
19 totality does not support that the perineal  09:17:43
20 application of talc causes ovarian cancer.  09:17:47
21    Q.    And you're interpreting what you  09:17:51
22 just said as "no credible scientific data." You  09:17:53
23 didn't say in your report that there was  09:17:59
24 inconsistent, inconclusive, or anything else.  09:18:00

Page 326

1  You said "no credible scientific data," and I'm  09:18:05
2  just asking today, is that your opinion?  09:18:08
3      MS. CURRY: Object to the form.    09:18:10
4      THE WITNESS: So I said all of     09:18:11
5    that in my general report, and the  09:18:12
6    conclusions actually say that the  09:18:14
7    opinions in my general report pertain to  09:18:17
8    this individual case report as well. So  09:18:20
9    all of that was covered in my general  09:18:22
10   report.                           09:18:25
11 BY MS. THOMPSON:
12   Q.    Dr. Saenz, I am taking that   09:18:27
13 sentence directly from Ms. Judkins' report. I  09:18:30
14 don't think there's any way you could say that's  09:18:34
15 already been covered.                   09:18:36
16   A.    Ma'am, the last sentence under  09:18:37
17 Conclusion says: "In addition, all of the  09:18:39
18 general causation opinions contained in my expert  09:18:41
19 report dated May 21st, 2024, are incorporated  09:18:45
20 herein." So that all applies.          09:18:49
21   Q.    Did you mention Ms. Judkins in your  09:18:52
22 general report?                        09:18:54
23   A.    No, ma'am.                     09:18:56
24   Q.    Okay. I'll continue to ask    09:18:57

Page 327

1  questions about Ms. Judkins.           09:19:01
2      So your interpretation of the      09:19:03
3  literature is that there is no credible  09:19:05
4  scientific data to support the conclusion that  09:19:08
5  talc contributed to Ms. Judkins' development of  09:19:13
6  ovarian cancer?                         09:19:15
7      And I'm focusing right now on       09:19:16
8  there's no credible scientific data. Is that  09:19:18
9  your opinion today?                     09:19:21
10   A.    Yes. The body of the literature,  09:19:22
11 the totality of the literature does not support  09:19:24
12 that hypothesis.                        09:19:27
13   Q.    And you're interpreting that as  09:19:28
14 none, correct?                          09:19:33
15   A.    As what?                       09:19:35
16   Q.    No, no credible scientific data.  09:19:35
17   A.    Ma'am, you've asked this question  09:19:37
18 and I've answered it about three or four times  09:19:40
19 now. What I have said to you is that the body of  09:19:42
20 the literature in its totality does not support a  09:19:48
21 credible hypothesis that talc applied to the  09:19:48
22 perineum causes ovarian cancer.         09:19:51
23   Q.    Okay. We'll see if the record  09:19:54
24 indicates that you've answered my question three  09:19:56

Page 328

1  or four times. You've answered what you wanted  09:19:59
2  to answer.                              09:20:01
3      MS. CURRY: Object to the form.    09:20:03
4  BY MS. THOMPSON:                         09:20:03
5    Q.    So if you look at 50 case-control  09:20:03
6  studies --                              09:20:05
7      MS. CURRY: Object to the        09:20:05
8    argumentative nature of the preface of  09:20:07
9    whatever question you're about to ask.  09:20:09
10 BY MS. THOMPSON:                         09:20:10
11   Q.    Okay. My question is, so with 50  09:20:11
12 case-control studies, multiple meta-analyses,  09:20:13
13 cohort studies, IARC, Health Canada, asbestos  09:20:20
14 information, among all of that, your opinion is  09:20:27
15 there is no credible scientific data?    09:20:31
16      MS. CURRY: Object to the form.    09:20:33
17 BY MS. THOMPSON:                         09:20:33
18   Q.    Yes or no?                      09:20:35
19      MS. CURRY: Object to the form,    09:20:35
20    and asked and answered.            09:20:39
21      THE WITNESS: I stand by my       09:20:39
22    prior answer.                     09:20:41
23 BY MS. THOMPSON:                         09:20:43
24   Q.    Do you stand by your report?    09:20:44

6 (Pages 325 - 328)

Page 329

1    A.    I stand by my report.                09:20:45
2    Q.    Okay.  And you don't -- the next     09:20:47
3  part of that opinion is there's no credible  09:20:52
4  scientific data to support the conclusion that  09:20:55
5  talc contributed to Ms. Judkins' development of  09:20:59
6  ovarian cancer, and I want to now focus on to   09:21:03
7  support the conclusion.                       09:21:06
8         You are not looking to -- or are     09:21:13
9  you looking to the literature to prove the    09:21:16
10 conclusion?                                   09:21:18
11         MS. CURRY:  Object to the form.      09:21:19
12         THE WITNESS:  I don't understand    09:21:22
13    your question.                            09:21:23
14 BY MS. THOMPSON:
15    Q.    When you looked at the literature   09:21:27
16 and determined there was no credible scientific  09:21:29
17 data, were you trying to prove that it did not   09:21:32
18 contribute to Ms. Judkins' development of ovarian 09:21:35
19 cancer or just does not support?  You would agree 09:21:37
20 that's a much lower bar, correct?             09:21:40
21         MS. CURRY:  Object to the form.      09:21:43
22         THE WITNESS:  Again, I don't --     09:21:44
23    I don't really understand what your       09:21:45
24    question is.                              09:21:47

Page 330

1  BY MS. THOMPSON:                             09:21:47
2    Q.    Okay.  Is support a conclusion a    09:21:48
3  lower bar than prove a conclusion?           09:21:51
4    A.    I don't have a quantitative         09:21:53
5  analysis on that.                            09:21:57
6    Q.    I didn't ask for a quantitative.  I 09:21:58
7  asked for a qualitative analysis.            09:22:01
8         Is support a lower bar than proof?   09:22:04
9         MS. CURRY:  Object to the form.      09:22:09
10         THE WITNESS:  I don't really see    09:22:10
11    a difference in what you're delineating   09:22:12
12    there.  Again, I don't necessarily       09:22:14
13    understand what you're asking me.         09:22:16
14 BY MS. THOMPSON:                             09:22:16
15    Q.    If you say something supports      09:22:19
16 something and something proves something, which  09:22:21
17 is a higher bar?                             09:22:23
18    A.    I think it can --                   09:22:24
19         MS. CURRY:  Object to the form.      09:22:25
20         THE WITNESS:  I'm sorry.  I         09:22:26
21    think they can be used interchangeably.   09:22:28
22 BY MS. THOMPSON:                             09:22:28
23    Q.    Okay.  Support and prove are used  09:22:30
24 interchangeably.                             09:22:34

Page 331

1    A.    They can be.                         09:22:35
2    Q.    All right.  Next in that same       09:22:38
3  sentence, it says:  There is no credible      09:22:41
4  scientific data to support the conclusion that  09:22:44
5  talc contributed to Ms. Judkins' development of  09:22:47
6  ovarian cancer.                              09:22:52
7         And let's focus on the "talc        09:22:52
8  contributed" --                             09:22:55
9         MS. CURRY:  I don't --               09:22:55
10         THE WITNESS:  Where are you         09:22:57
11    reading?                                  09:22:57
12         MS. CURRY:  Hold on one second.     09:22:59
13         Margaret, objection.  And also I    09:23:00
14    don't know where you're reading from     09:23:03
15    because the words that you're using are  09:23:04
16    not in the report that we have in front  09:23:06
17    of us, so it's very confusing.  You're   09:23:08
18    asking all these questions about         09:23:11
19    support, and the word "support" isn't    09:23:13
20    even in the document we're looking at.   09:23:15
21 BY MS. THOMPSON:
22    Q.    Okay.  Yeah, I'm sorry that was    09:23:25
23 taken from one of the other reports.         09:23:28
24         But let's just ask the question,    09:23:30

Page 332

1  would you agree that contribute is a lower bar  09:23:32
2  than cause?                                  09:23:36
3         MS. CURRY:  Object to the form.      09:23:38
4         THE WITNESS:  Where are we?          09:23:44
5  BY MS. THOMPSON:
6    Q.    I'm just asking --                   09:23:44
7         MS. CURRY:  She's just asking a      09:23:46
8    question.                                 09:23:48
9         THE WITNESS:  I don't -- I don't     09:23:53
10    think they're on a scale of any sort.  I 09:23:55
11    think they're different words with       09:23:58
12    different meanings.  I think that some    09:24:00
13    people use them interchangeably.  I       09:24:03
14    think that some people don't.             09:24:06
15         So without a specific example, I    09:24:08
16    can't really just say qualitatively that 09:24:12
17    one is a higher bar than the other.       09:24:17
18 BY MS. THOMPSON:
19    Q.    In Ms. Rausa's expert report in the 09:24:23
20 same section, Conclusion --                  09:24:26
21    A.    I'm sorry, are we jumping to Rausa 09:24:28
22 now?  I don't have an exhibit in front of me.  09:24:31
23         MS. THOMPSON:  Let's pull of the    09:24:34
24    expert report for Ms. Rausa, and mark it 09:24:35

7 (Pages 329 - 332)

Page 333

1    as the next Exhibit 34.            09:24:40
2        (Exhibit No. 34 was marked for
3        identification.)
4    BY MS. THOMPSON:
5    Q.    If you'll turn to the Conclusion in 09:26:00
6    Ms. Rausa's report, and it states exactly what I 09:26:02
7    read for Ms. Judkins, and that is that there is 09:26:09
8    no credible scientific data to support the 09:26:11
9    conclusion that talc contributed to her 09:26:16
10   development of ovarian cancer.        09:26:19
11       Do you have a different opinion in 09:26:21
12   Ms. Judkins' case than you do in Ms. Rausa's 09:26:25
13   case?            09:26:28
14   A.    In terms of whether or not talc 09:26:29
15   contributed to her developing ovarian cancer? 09:26:31
16   Q.    Correct.        09:26:35
17   A.    No, I do not.        09:26:36
18   Q.    So would those two sentences be 09:26:37
19   interchangeable between Ms. Judkins' and 09:26:43
20   Ms. Rausa's reports?        09:26:47
21   A.    Well, I wrote one in one and I 09:26:48
22   wrote the other in the other, but I have the same 09:26:50
23   opinion for both of these cases, that talc did 09:26:52
24   not contribute to their development of ovarian 09:26:55

Page 334

1    cancer.            09:26:57
2    Q.    And the same opinion that there is 09:26:57
3    no credible scientific data to support the 09:27:00
4    conclusion that talc contributed to her 09:27:02
5    development of ovarian cancer.        09:27:05
6    A.    Correct.        09:27:08
7    Q.    Fine.            09:27:08
8        And you also state that: "To 09:27:13
9    attribute causation to any risk factors 09:27:27
10   associated with the development of ovarian cancer 09:27:31
11   is scientifically unsound as the mechanism of 09:27:33
12   disease development has yet to be elucidated."  09:27:37
13       Is that your opinion for 09:27:41
14   Ms. Judkins?            09:27:42
15       MS. CURRY: Where are you 09:27:43
16   reading from?            09:27:44
17       THE WITNESS: Where are we? 09:27:44
18   BY MS. THOMPSON:
19   Q.    Well, do you agree with that? 09:28:02
20   A.    Ma'am, where are you reading from? 09:28:04
21   Q.    Can you just tell me if you agree 09:28:06
22   with the statement. I'll have to go to another 09:28:09
23   report and see if it applies to all three of your 09:28:11
24   opinions.            09:28:13

Page 335

1    A.    Ma'am, since we've had an issue 09:28:14
2    already with quoting things that are not exactly 09:28:16
3    what I wrote, I'd rather see where you're reading 09:28:19
4    from before I comment.        09:28:22
5    Q.    All right. We can do that. 09:28:24
6        And it is possible it's from your 09:28:36
7    general report, but it applies to -- as you said, 09:28:37
8    you incorporate everything, so it applies to your 09:28:40
9    case specific. So I will find it. 09:28:43
10       Okay. If you will look on what 09:30:28
11   would be page 4 if the pages were numbered, it's 09:30:30
12   a paragraph that begins -- it's in Ms. Judkins' 09:30:34
13   report -- it's a paragraph that begins "In her 09:30:37
14   reports and in testimony." And I'm reading the 09:30:40
15   second sentence, and if I read it incorrectly -- 09:30:51
16   A.    I'm sorry, the paragraph begins 09:30:52
17   what?            09:30:54
18   Q.    "In her reports and in testimony." 09:30:55
19   A.    Okay, I'm with you. 09:31:03
20   Q.    And your statement is: "To 09:31:04
21   attribute causation to any of the risk factors 09:31:06
22   associated with the development of ovarian cancer 09:31:10
23   is scientifically unsound as the mechanism of 09:31:14
24   disease development has yet to be elucidated." 09:31:18

Page 336

1        Is that your opinion regarding 09:31:22
2    Ms. Judkins?            09:31:25
3    A.    Yes, it is.        09:31:26
4    Q.    And is it your opinion that the 09:31:27
5    mechanism of a risk factor has to be elucidated 09:31:31
6    before you can say that talc contributed to 09:31:39
7    Ms. Judkins' ovarian cancer?        09:31:48
8        MS. CURRY: Object to the form. 09:31:49
9        THE WITNESS: So I think that 09:31:55
10   the mechanism by which malignant 09:31:56
11   transformation occurs in any of the five 09:32:02
12   types of ovarian cancer and how those 09:32:05
13   risk factors impact malignant 09:32:10
14   transformation has yet to be elucidated 09:32:13
15   because we don't understand the process 09:32:16
16   of malignant transformation in ovarian 09:32:20
17   cancer.            09:32:23
18       So how those risk factors are 09:32:24
19   contributing to the development of 09:32:29
20   cancer, I don't -- I don't think we 09:32:32
21   understand yet. So I don't think we can 09:32:34
22   apply causation to those risk factors 09:32:37
23   because we don't understand how the 09:32:40
24   malignant transformation is occurring. 09:32:43

8 (Pages 333 - 336)

Page 337

BY MS. THOMPSON:

1 BY MS. THOMPSON:
2    Q.    And is it the same that you can't    09:32:47
3 opine as to contribution if the mechanism has not 09:32:55
4 been fully elucidated as in Ms. Judkins' case?    09:33:00
5        MS. CURRY: Object to the form.    09:33:05
6        THE WITNESS: So I don't think    09:33:08
7    you can actually say whether or not a    09:33:09
8    risk factor has contributed to    09:33:14
9    Ms. Judkins developing ovarian cancer    09:33:16
10    unless you understand how that risk    09:33:20
11    factor works.    09:33:23
12 BY MS. THOMPSON:
13    Q.    Is elucidation a higher bar than    09:33:27
14 plausible in your opinion?    09:33:30
15    A.    I -- I don't think they're on a    09:33:33
16 continuum. I think they mean different things.    09:33:37
17    Q.    What does each mean to you?    09:33:39
18    A.    Plausible means is it likely, and    09:33:44
19 elucidated means can you explain it.    09:33:49
20    Q.    And when I look up "plausible" in    09:33:49
21 the --
22    A.    There's a message on my iPad. I    09:33:49
23 don't know what that was. I don't know, it was
24 like up in the chat or something.

Page 338

1        MS. O'DELL: I apologize. I was
2    just asking for Michelle to be let in to the
3    Zoom. I apologize.
4        THE WITNESS: Sorry, I just -- I
5    didn't get a chance to see it.
6        MS. O'DELL: I'm sorry, I didn't
7    mean to interrupt.
8        (A discussion was held off the
9    record.)
10 BY MS. THOMPSON:
11    Q.    So let's go back to that. So in    09:34:57
12 your mind, plausible means it is likely, correct? 09:34:57
13    A.    Plausible means that, yes, you    09:35:01
14 can -- yes, it's likely. There is a reasonable    09:35:01
15 explanation for how that would occur.    09:35:04
16    Q.    Now, when I look up the word    09:35:07
17 "plausibility" in the dictionary, I see    09:35:10
18 definitions like "believable," "possible," or    09:35:13
19 "makes sense."    09:35:22
20        Would you disagree with that    09:35:23
21 characterization of plausible?    09:35:25
22        MS. CURRY: Object to the form.    09:35:30
23        THE WITNESS: No.    09:35:31
24 BY MS. THOMPSON:    09:35:31

Page 339

1    Q.    Okay. But to you, it's more    09:35:31
2 like-- it's likely?    09:35:35
3    A.    Yeah, I don't think that's    09:35:35
4 inconsistent with those other definitions.    09:35:36
5    Q.    Okay. And is elucidated -- well, I 09:35:39
6 think you've already answered that.    09:35:50
7        Are there well-established cancer    09:35:52
8    risks in which the mechanism has not been    09:35:57
9    elucidated?    09:36:00
10    A.    Are there well-established    09:36:03
11 cancer -- yes, many of them.    09:36:07
12    Q.    And why does that not apply to    09:36:10
13 ovarian cancer?    09:36:14
14        MS. CURRY: Object to the form.    09:36:15
15        THE WITNESS: It absolutely    09:36:17
16    does. It's what we've talked about.    09:36:19
17    There are well- established risk factors    09:36:21
18    for ovarian cancer, but we don't know    09:36:24
19    how those actually affect the    09:36:28
20    development and malignant    09:36:32
21    transformation.    09:36:34
22 BY MS. THOMPSON:    09:36:34
23    Q.    If I said "risk factor," I stated    09:36:34
24 that incorrectly.    09:36:38

Page 340

1        Are there carcinogens that are    09:36:40
2 known to cause cancers in which the mechanism has 09:36:44
3 not been fully elucidated?    09:36:48
4    A.    I believe so.    09:36:52
5    Q.    For example, has the mechanism by    09:37:00
6 which asbestos causes mesothelioma been fully    09:37:03
7 elucidated?    09:37:07
8    A.    I don't know. I don't study    09:37:08
9 mesothelioma.    09:37:10
10    Q.    Did you study asbestos in ovarian    09:37:10
11 cancer?    09:37:16
12    A.    I didn't study the mechanism of    09:37:16
13 carcinogenesis.    09:37:19
14    Q.    Why not?    09:37:21
15    A.    Because it isn't relevant to my    09:37:23
16 opinions.    09:37:25
17    Q.    And with Ms. Judkins, asbestos was 09:37:30
18 not relevant to your opinions as to whether    09:37:36
19 talcum powder, even with asbestos, could    09:37:39
20 contribute to her ovarian cancer?    09:37:43
21        MS. CURRY: Object to the form.    09:37:46
22        THE WITNESS: So as I've already    09:37:49
23    said in my general causation report, the    09:37:50
24    constituents of the baby powder are not    09:37:54

Page 341

1  relevant to my opinions because the    09:37:57
2  literature on the perineal application    09:37:59
3  of talc does not support an increased    09:38:01
4  risk of ovarian cancer with that    09:38:04
5  application of talc.    09:38:07
6  BY MS. THOMPSON:
7      Q.    And with all due respect, we're    09:38:10
8  talking about Ms. Judkins and whether you    09:38:11
9  consider asbestos as important in your    09:38:15
10  case-specific opinion of Ms. Judkins and how talc 09:38:20
11  could or could not have contributed to her    09:38:25
12  ovarian cancer.    09:38:28
13          MS. CURRY:  Object to the form.    09:38:28
14      And just to put on the record that the    09:38:29
15      general cause opinions are all    09:38:32
16      incorporated within each of the    09:38:33
17      individual case-specific reports.    09:38:35
18      They've just been produced as separate    09:38:37
19      documents.    09:38:39
20  BY MS. THOMPSON:
21      Q.    But you will agree that the    09:38:42
22  contribution -- potential contribution of    09:38:48
23  asbestos in Ms. Judkins' case is relevant, would  09:38:50
24  you not?    09:38:55

Page 342

1      A.    I do not agree with that statement. 09:38:57
2      Q.    We'll get to some of the other    09:39:01
3  evidence a little later on, and particularly what 09:39:04
4  you looked at in that regard.    09:39:12
5          But back to the mechanism, does    09:39:14
6  smoking cause lung cancer?    09:39:17
7      A.    How does this apply to Ms. Judkins, 09:39:21
8  ma'am?    09:39:24
9      Q.    I -- I ask the questions.    09:39:25
10      A.    Okay.  So --    09:39:27
11          MS. CURRY:  Object to the form.    09:39:28
12      This is a general cause opinion, and the    09:39:29
13      time limit has run on general cause    09:39:32
14      opinions.    09:39:35
15  BY MS. THOMPSON:
16      Q.    You can answer.    09:39:38
17      A.    This has nothing to do with    09:39:39
18  Ms. Judkins.    09:39:41
19      Q.    I am looking to your sentence and    09:39:41
20  trying to get -- understand the opinion that it's 09:39:49
21  scientifically unsound because the mechanism of  09:39:54
22  disease development has yet to be elucidated, and 09:40:00
23  I am trying to understand that opinion.  And it   09:40:04
24  is perfectly in the realm of understanding to see 09:40:10

Page 343

1  if there are other types of cancers that you do  09:40:18
2  assume there's cause where the mechanism has not  09:40:20
3  been elucidated.    09:40:23
4          This applies directly to    09:40:24
5  Ms. Judkins, and I'm asking, are there other    09:40:26
6  cancers that the mechanism has been elucidated    09:40:29
7  where you would not have any trouble saying a    09:40:33
8  particular individual's cancer was caused by    09:40:37
9  asbestos, for example?    09:40:42
10          Does that -- are you understanding  09:40:43
11  the reasoning?    09:40:46
12          MS. CURRY:  Object to the form.    09:40:47
13          THE WITNESS:  No.  Because in    09:40:48
14      fact you just said the mechanism has    09:40:49
15      been elucidated.  So if the mechanism    09:40:52
16      has been elucidated, then I don't    09:40:56
17      understand what the question is at all.  09:40:57
18  BY MS. THOMPSON:
19      Q.    No, that's not what I'm saying.    09:40:59
20  I'm saying there are other causes of cancer where 09:41:02
21  the mechanism has not been fully elucidated.  But 09:41:05
22  I'm just going to continue with my questions, and 09:41:08
23  I'd appreciate it if you would just answer them.  09:41:11
24          Does smoking cause lung cancer?    09:41:14

Page 344

1          MS. CURRY:  Object to the form.    09:41:16
2      Same objection.    09:41:17
3          THE WITNESS:  Ms. Judkins was    09:41:17
4      not a smoker, and she didn't have lung    09:41:18
5      cancer.    09:41:21
6  BY MS. THOMPSON:
7      Q.    Does cancer cause lung cancer?    09:41:22
8          MS. CURRY:  Object to the form.    09:41:27
9          THE WITNESS:  That doesn't make    09:41:27
10      any sense at all.    09:41:30
11          MS. CURRY:  You said, Does    09:41:31
12      cancer cause cancer?    09:41:32
13  BY MS. THOMPSON:    09:41:34
14      Q.    Sorry.  Does smoking cause lung    09:41:35
15  cancer?    09:41:37
16          MS. CURRY:  Object to the form.    09:41:37
17          THE WITNESS:  Ms. Judkins was    09:41:37
18      not a smoker.    09:41:38
19  BY MS. THOMPSON:    09:41:39
20      Q.    I didn't ask if Ms. Judkins was a  09:41:40
21  smoker.  I said, does smoking cause lung cancer?  09:41:42
22      A.    Ma'am, I'm --    09:41:45
23          MS. CURRY:  Outside the scope of   09:41:45
24      the case-specific opinions.    09:41:47

10 (Pages 341 - 344)

Page 345

1  BY MS. THOMPSON:                    09:41:50
2      Q.    Does smoking cause lung cancer in  09:41:51
3  an individual?                      09:41:52
4          MR. CURRY: Same objection.     09:41:57
5          THE WITNESS: Ma'am, Ms. Judkins  09:41:59
6  was not a smoker.                   09:41:59
7  BY MS. THOMPSON:
8      Q.    Are you not going to be able to  09:42:04
9  answer questions?                   09:42:06
10     A.    I'm --                     09:42:07
11         MR. CURRY: She should be      09:42:08
12  limited to what's in the case-specific  09:42:09
13  opinions about Ms. Judkins. That's what  09:42:12
14  we're here for today.               09:42:14
15         MS. THOMPSON: Are you          09:42:16
16  instructing her not to answer a question  09:42:16
17  that clearly relates to the opinion in  09:42:18
18  her report of why she can't attribute  09:42:22
19  causation?                         09:42:26
20         MR. CURRY: I'm not instructing  09:42:27
21  her not to answer that question, but  09:42:29
22  we're not going to spend seven hours  09:42:31
23  today retreading general opinions. The  09:42:33
24  general opinion portion has ended.  09:42:37

Page 346

1          If you want to ask -- if you  09:42:38
2  want to finish with that sentence that's  09:42:39
3  in Ms. Judkins' report, that's fine, but  09:42:41
4  the question has been --            09:42:46
5          MS. THOMPSON: I refer back --  09:42:48
6  sorry, Dawn. I referred it back to this  09:42:48
7  opinion with every question, but I will  09:42:51
8  continue to make sure the name        09:42:56
9  Ms. Judkins is in the question.     09:43:00
10 BY MS. THOMPSON:
11     Q.    All right. You cannot attribute  09:43:01
12 causation to any of the risk factors in  09:43:04
13 Ms. Judkins' case because the mechanism has not  09:43:07
14 been elucidated.                    09:43:11
15         Would that apply if we were talking  09:43:14
16 about smoking and lung cancer in Ms. Judkins'  09:43:17
17 case?                               09:43:19
18     A.    So not every patient that gets lung  09:43:20
19 cancer is a smoker. The contribution of smoking  09:43:27
20 to any individual person's lung cancer is  09:43:30
21 unknown, even if they were a smoker. And lung  09:43:36
22 cancer, like ovarian cancer, is multifactorial.  09:43:40
23         So do we accept in the medical  09:43:44
24 community that smoking contributes to and can  09:43:47

Page 347

1  cause lung cancer? Yes, we do. But that's  09:43:51
2  because there is a consistency in the literature,  09:43:54
3  there is a consistent strength of association,  09:43:58
4  there is evidence of a biologic gradient, and a  09:44:01
5  dose- response curve. Those things do not exist  09:44:05
6  for the perineal application of talc and patients  09:44:09
7  developing ovarian cancer.          09:44:13
8  BY MS. THOMPSON:                    09:44:15
9      Q.    And because of all those reasons,  09:44:18
10 you would accept smoking as contributing to lung  09:44:20
11 cancer, even though the mechanism hasn't been  09:44:24
12 fully elucidated.                   09:44:27
13         MR. CURRY: Object to the form.  09:44:28
14         THE WITNESS: Correct.         09:44:30
15 BY MS. THOMPSON:
16     Q.    In your report -- and it's a little  09:44:36
17 challenging without page numbers, but we will  09:45:01
18 manage -- below the sentence we just read to  09:45:09
19 attribute causation to any of the risk factors,  09:45:14
20 you have the sentence -- and this is in  09:45:19
21 Ms. Judkins' report, just to be clear -- "While  09:45:23
22 it is true that germline mutations, incessant  09:45:28
23 ovulation, hormone replacement therapy, and  09:45:33
24 family history are all positively associated with  09:45:37

Page 348

1  the development of ovarian cancer, there is not a  09:45:40
2  causal role attributed to any of these risk  09:45:44
3  factors, just as any of the factors known to  09:45:51
4  decrease the risk of ovarian cancer cannot be  09:45:54
5  attributed with a preventive role, e.g., BTL, use  09:45:57
6  of OCPs, et cetera."                09:46:04
7          If you don't mind, I'm going to try  09:46:06
8  to break that down a little bit just so I can  09:46:08
9  understand your opinion.            09:46:12
10         Is it your opinion that the        09:46:16
11 mechanism for germline mutations -- well, let's  09:46:19
12 take them one by one.               09:46:27
13         Has the mechanism been elucidated  09:46:29
14 by germline mutations, specifically BRCA1 and 2?  09:46:32
15         MR. CURRY: Object to the form.  09:46:39
16         THE WITNESS: The mechanism of  09:46:40
17 what?                               09:46:41
18 BY MS. THOMPSON:
19     Q.    Carcinogenesis -- ovarian     09:46:45
20 carcinogenesis.                     09:46:46
21     A.    So for many of the genes that  09:46:48
22 patients who have germline mutations are thought  09:46:50
23 to be at an increased risk of developing ovarian  09:46:54
24 cancer, we understand the function of those genes  09:46:57

11 (Pages 345 - 348)

Page 349

1  in many, many cases. But how that particular    09:47:02
2  mutation in that particular patient ultimately    09:47:10
3  leads to the development of ovarian cancer, we    09:47:14
4  don't understand that, because there are many    09:47:18
5  patients that have mutations, germline mutations,    09:47:21
6  that never develop the cancer.    09:47:25
7      And so that level of understanding    09:47:28
8  has not yet -- we don't understand that yet. Why    09:47:33
9  do some patients get cancer and others don't,    09:47:38
10  despite the fact that those patients have    09:47:42
11  germline mutations?    09:47:45
12      So do we understand that the BRCA    09:47:46
13  genes are involved in homologous recombination    09:47:52
14  deficiency? Yes. But how that then goes on to    09:47:55
15  lead to cancer in some and not others, we don't    09:48:00
16  understand.    09:48:03
17      Q.    So I'm hearing you say that BRCA1    09:48:06
18  and 2, the mechanism for ovarian carcinogenesis,    09:48:15
19  is not fully elucidated. Is that a correct -- is    09:48:25
20  that what you're testifying?    09:48:27
21      A.    What I'm testifying is we    09:48:28
22  understand the function of the gene. We do not    09:48:29
23  know why some patients go on to get cancer and    09:48:32
24  others don't.    09:48:39

Page 350

1      Q.    So it's not fully elucidated,    09:48:40
2  correct?
3          MS. CURRY: Object to the form.    09:48:42
4          THE WITNESS: What's not fully    09:48:42
5      elucidated is how that genetic mutation    09:48:44
6      ultimately causes ovarian cancer in some    09:48:48
7      but not in others.    09:48:51
8  BY MS. THOMPSON:
9      Q.    And that's why you say in this    09:48:53
10  sentence, it says there is not a causal role    09:48:56
11  attributed to any of these risk factors,    09:49:00
12  including germline mutations, correct?    09:49:04
13      A.    Yes.
14      Q.    And then the next, incessant    09:49:09
15  ovulation, is it your opinion that the mechanism    09:49:13
16  by which incessant ovulation could result in    09:49:16
17  ovarian carcinogenesis has not been fully    09:49:22
18  elucidated?    09:49:27
19      A.    So we don't actually know that    09:49:27
20  incessant ovulation causes ovarian cancer. We    09:49:30
21  know that incessant ovulation is associated with    09:49:33
22  the development of ovarian cancer, but how that    09:49:36
23  risk factor actually -- how is it that incessant    09:49:40
24  ovulation contributes to the development of    09:49:47

Page 351

1  ovarian cancer, we do not understand that.    09:49:50
2      And that's supported by the data    09:49:52
3  that ovulation suppressive things, such as birth    09:49:58
4  control pills, pregnancy, breastfeeding, the    09:50:07
5  percentage of risk reduction that you get from    09:50:13
6  those things far exceeds simply the number of    09:50:16
7  ovulatory events that you don't have as a result    09:50:21
8  of those interventions. And so we really don't    09:50:24
9  understand why incessant ovulation is a risk    09:50:30
10  factor for the development of ovarian cancer.    09:50:34
11      Q.    And that's why you include    09:50:36
12  incessant ovulation in this opinion that you    09:50:42
13  cannot attribute a causal role, correct?    09:50:44
14      A.    You can't attribute a causal role    09:50:48
15  because we don't know why it is associated. We    09:50:52
16  just know that it is.    09:50:55
17      Q.    And on the flip side of that, you    09:50:56
18  discussed oral contraceptives, and you cannot    09:50:58
19  determine a preventative role because we don't    09:51:04
20  understand fully the mechanism, correct?    09:51:11
21      A.    Correct.
22      Q.    And you also list hormone    09:51:17
23  replacement therapy, and it's your opinion that    09:51:19
24  any hormone replacement is positively associated    09:51:27

Page 352

1  with the development of ovarian cancer?    09:51:29
2          MS. CURRY: Object to the form.    09:51:30
3          THE WITNESS: It's associated    09:51:31
4      with an increased risk of developing    09:51:32
5      ovarian cancer.    09:51:34
6  BY MS. THOMPSON:    09:51:35
7      Q.    Positively associated with    09:51:40
8  development of ovarian cancer.    09:51:41
9      A.    I said increased risk.    09:51:43
10      Q.    I'm just reading from your report.    09:51:47
11      A.    That's correct.    09:51:58
12      Q.    Okay. And family history, what    09:51:59
13  constitutes a family history that would be    09:52:04
14  positively associated with the development of    09:52:10
15  ovarian cancer?    09:52:12
16      A.    Ma'am, we covered this yesterday.    09:52:13
17      Q.    What family history in    09:52:18
18  Ms. Judkins -- I'm reading directly out of your    09:52:20
19  Judkins case-specific report. I assume that you    09:52:22
20  put things and opinions in this report that apply    09:52:26
21  to Ms. Judkins.    09:52:30
22      What family history in Ms. Judkins    09:52:32
23  would constitute a positive association with the    09:52:35
24  development of ovarian cancer?    09:52:38

12 (Pages 349 - 352)

Page 353

1    A.    So Ms. Judkins had a family history   09:52:40
2  of breast cancer, not in any first-degree   09:53:01
3  relatives, but she did have a family history of   09:53:04
4  breast cancer.  She also had a family member that   09:53:07
5  had pancreatic cancer, and another family member   09:53:10
6  that had prostate cancer, and then she had two   09:53:15
7  other family members that had some type of   09:53:19
8  genitourinary cancer.  She wasn't sure what type   09:53:27
9  exactly.  She had one that she identified as   09:53:30
10  either bladder or kidney, and another relative   09:53:33
11  that had either bladder or kidney.  So she had,   09:53:37
12  by my count, roughly six non-first-degree   09:53:41
13  relatives that had cancer.   09:53:46
14    Q.    And is it your opinion that   09:53:48
15  Ms. Judkins' family history would be positively   09:53:50
16  associated with the development of ovarian   09:53:55
17  cancer?   09:53:58
18    A.    I think the relatives that had   09:53:58
19  cancer were too many generations away from her to   09:54:03
20  actually constitute an increase in her risk of   09:54:07
21  developing ovarian cancer.   09:54:12
22    Q.    Okay.  And if there is no increased   09:54:15
23  risk, there will be no causal role, correct?   09:54:17
24    A.    Well, I wouldn't attribute a causal   09:54:22

Page 354

1  role in any one individual anyway.   09:54:26
2    Q.    Okay.  Understood.   09:54:29
3         And further on in Ms. Judkins'   09:55:05
4  report -- and I will need to find the   09:55:05
5  place.   09:55:07
6         We're in the same paragraph.  A   09:55:39
7  little further down, you state:  "These   09:55:42
8  factors" --   09:55:47
9         Did you find it?   09:55:49
10    A.    Yes, ma'am.   09:55:50
11    Q.    -- "are merely associations, and   09:55:51
12  how the actual disease develops and why these   09:55:55
13  factors are either positively or negatively   09:55:59
14  associated with the development of ovarian cancer   09:56:04
15  are still hypotheses."   09:56:09
16         What factors are you referring to   09:56:14
17  in that sentence?   09:56:16
18    A.    The ones that we just mentioned in   09:56:17
19  the sentences above.   09:56:19
20    Q.    Okay.  So that would apply to   09:56:24
21  germline mutations, incessant ovulation, hormone   09:56:26
22  replacement therapy and family history, correct?   09:56:29
23    A.    Correct, as well as the BTLs, use   09:56:31
24  of OCPs, et cetera.   09:56:34

Page 355

1    Q.    Okay.  As preventive.   09:56:36
2    A.    Correct.   09:56:38
3    Q.    Got it.  And when you say "are   09:56:38
4  still hypotheses," could you explain to me what   09:56:47
5  you mean that those would be -- still be   09:56:50
6  hypotheses as they could relate to Ms. Judkins or   09:56:54
7  another individual?   09:56:57
8    A.    So, for example, the incessant   09:56:59
9  ovulation hypothesis which was proposed by   09:57:08
10  Fathalla in 1971, the hypothesis was that the   09:57:10
11  disruption of the ovarian surface with ovulation   09:57:14
12  leads to damage, which ultimately can result in   09:57:19
13  DNA damage, and then lead to carcinoma.   09:57:23
14         But as I've already explained a few   09:57:28
15  minutes ago, we also know that the amount of   09:57:30
16  benefit in terms of reduction of risk seen by   09:57:36
17  measures that remove ovulatory events from a   09:57:41
18  woman's lifetime history, such as breastfeeding,   09:57:43
19  such as pregnancy, such as use of oral   09:57:48
20  contraceptives, that benefit is far out and   09:57:51
21  above -- above in proportion to simply   09:57:56
22  eliminating those number of lifetime ovulatory   09:57:59
23  events.   09:58:03
24         And so that contradicts the simple   09:58:04

Page 356

1  fact that it's just an ovulatory event leading to   09:58:08
2  DNA damage that is the reason that incessant   09:58:12
3  ovulation is associated with ovarian cancer.  We   09:58:16
4  don't understand why that is, and so that's why   09:58:20
5  it's a hypothesis.   09:58:24
6    Q.    When you use the word "hypothesis,"   09:58:32
7  is that equivalent to implausible in your mind?   09:58:34
8    A.    No.   09:58:39
9    Q.    So are hypotheses plausible?   09:58:41
10         MS. CURRY:  Object to the form.   09:58:45
11         THE WITNESS:  Hypotheses are   09:58:48
12    propositions.  Some of them are   09:58:49
13    plausible, some of them are not.  I   09:58:52
14    think you have to evaluate each   09:58:55
15    hypothesis at its face value.   09:58:57
16  BY MS. THOMPSON:
17    Q.    So when you used the word   09:59:03
18  "hypothesis," how do we tell whether you think   09:59:06
19  it's a plausible hypothesis or an implausible   09:59:08
20  hypothesis?   09:59:14
21    A.    You can ask me.   09:59:14
22    Q.    All right.  So let's take this   09:59:15
23  sentence in Ms. Judkins' report where you use   09:59:20
24  "hypothesis" to refer to the factors germline   09:59:23

13 (Pages 353 - 356)

Page 357

1  mutation, incessant ovulation, hormone        09:59:28
2  replacement and family history.        09:59:32
3        Are those plausible hypotheses for  09:59:35
4  a contribution or implausible?        09:59:40
5        MS. CURRY:  Objection.        09:59:43
6  Compound, and already asked and answered    09:59:45
7  with respect to incessant ovulation.        09:59:48
8        MS. THOMPSON:  Okay.  We can --    09:59:50
9  I don't believe so, but let's take them        09:59:51
10  one by one.        09:59:52
11  BY MS. THOMPSON:
12   Q.    Is a hypothesis for how germline   09:59:58
13  mutations can contribute to ovarian        10:00:00
14  carcinogenesis plausible?        10:00:06
15   A.    Which hypothesis?        10:00:08
16   Q.    I'm -- I think I'm reading directly 10:00:10
17  from your report, if you want to look at that   10:00:16
18  sentence again.        10:00:18
19   A.    You're reading a risk factor.      10:00:20
20  You're not telling me the hypothesis of how that 10:00:21
21  would cause ovarian cancer.        10:00:23
22   Q.    You're saying how the actual      10:00:30
23  disease develops in that sentence.  Agree?    10:00:32
24        Or you tell me, in that sentence   10:00:38

Page 358

1  what does "hypothesis" refer to?        10:00:41
2   A.    We don't understand the mechanism.   10:00:42
3  It's not as simplistic as simply having one of   10:00:52
4  those risk factors.  So there are various    10:00:56
5  scientific experiments out there that are being 10:00:58
6  conducted to try to answer those questions.    10:01:01
7  Those scientific experiments all start with    10:01:05
8  hypotheses.        10:01:08
9        So, for example, the Huang paper    10:01:11
10  that we talked about yesterday, they thought they 10:01:14
11  would find elevated levels of CRP in women that  10:01:18
12  had more lifetime ovulatory years.  They in fact 10:01:21
13  did not find that.  They found lower CRP levels  10:01:25
14  in women with more lifetime ovulatory years.  So 10:01:29
15  they said that their original hypothesis was that 10:01:33
16  they thought ovulation would contribute to the   10:01:36
17  development of systemic chronic inflammation, but 10:01:40
18  in fact when they did the experiment, they found 10:01:45
19  the opposite.        10:01:47
20        And so that's what I mean by you   10:01:49
21  have a risk factor, you know that it's associated 10:01:52
22  with the development of a disease, and that as a  10:01:55
23  scientist, you go about designing experiments to  10:01:58
24  try to figure out how that risk factor is        10:02:01

Page 359

1  actually associated with that disease.  Sometimes 10:02:05
2  your hypothesis is right, sometimes it's wrong.   10:02:09
3        MS. THOMPSON:  I will object to       10:02:13
4    the entire answer as being        10:02:14
5    nonresponsive.        10:02:16
6  BY MS. THOMPSON:
7   Q.    My question was in this sentence   10:02:17
8  that we just read in Ms. Judkins' report:  "These 10:02:19
9  factors are merely associations, and how the    10:02:22
10  actual disease develops and why these factors are 10:02:27
11  either positively or negatively associated with  10:02:31
12  the development of ovarian cancer are still       10:02:33
13  hypotheses."        10:02:40
14        I'm asking what in that sentence is 10:02:42
15  the hypothesis?        10:02:46
16        MS. CURRY:  Objection.  That's     10:02:46
17    exactly what she just answered.        10:02:47
18        MS. THOMPSON:  I didn't ask         10:02:50
19    anything about Huang and CRP and --    10:02:51
20  BY MS. THOMPSON:
21   Q.    What in this -- in this sentence,  10:02:54
22  what does "hypothesis" refer to?        10:02:56
23        MS. CURRY:  Objection.        10:02:57
24  BY MS. THOMPSON:

Page 360

1   Q.    Because I was assuming that it's   10:03:00
2  how the actual disease develops.  Am I -- is that 10:03:01
3  an incorrect assumption?        10:03:06
4   A.    The hypotheses are trying to figure 10:03:12
5  out why these risk factors are associated with   10:03:14
6  the disease.        10:03:17
7   Q.    That's what I took it to mean too.  10:03:21
8  I just wanted clarification on that.        10:03:23
9        And so how germline mutations -- so 10:03:26
10  let's just make that BRCA1 and 2.  So how BRCA1   10:03:31
11  and 2 mutations -- let me rephrase that so I use  10:03:38
12  your exact language.        10:03:50
13        So how the actual disease develops  10:03:51
14  as a result of BRCA1 and BRCA2 is a hypothesis.  10:03:54
15  Did I understand --        10:04:05
16   A.    I don't honestly understand what   10:04:08
17  you're dissecting here, ma'am.  I'm sorry, but -- 10:04:11
18   Q.    I'm not trying to dissect anything. 10:04:15
19  I'm just trying to understand your opinion.  So   10:04:17
20  let me ask it again.        10:04:19
21        And I'm taking it -- trying to use  10:04:27
22  your exact words.        10:04:29
23        So how the actual disease develops  10:04:30
24  from a BRCA1 or BRCA2 germline mutations is a    10:04:38

14 (Pages 357 - 360)

Page 361

1  hypothesis.                    10:04:46
2      A.    Again, ma'am, I don't understand   10:04:53
3  what you're dissecting. I answered your question 10:04:54
4  before, and what I'm saying is we have hypotheses 10:04:58
5  about why all of these factors have been     10:05:00
6  associated with the development of ovarian    10:05:03
7  cancer. But actually understanding the mechanism 10:05:05
8  of how these risk factors lead to the development 10:05:09
9  of disease, that's what remains a hypothesis. We 10:05:13
10  don't understand that. Not yet. We hope to.  10:05:17
11      Q.    And I believe that was just my    10:05:24
12  question. It wasn't meant to be, you know,    10:05:25
13  controversial, and I'm going to ask the same --  10:05:27
14      A.    But I answered that before, and now 10:05:29
15  you're trying to pick it out for each individual 10:05:31
16  one, and I answered it collectively.      10:05:34
17      Q.    Well --          10:05:38
18      A.    So that's --        10:05:39
19      Q.    -- that's a fair criticism, but   10:05:41
20  when I asked them collectively --       10:05:43
21          MS. CURRY: I did object.      10:05:45
22  BY MS. THOMPSON:
23      Q.    -- it was objected to as a compound 10:05:46
24  question. So, you know, I'm good either way.   10:05:48

Page 362

1          THE WITNESS: Okay, shame on    10:05:48
2      you --            10:05:49
3          MS. CURRY: I will take the     10:05:50
4      blame on that one.        10:05:52
5  BY MS. THOMPSON:
6      Q.    Just tell me and I will be happy to 10:05:53
7  do it either way.          10:05:55
8      A.    Shame on you.        10:05:57
9      Q.    That's okay.
10      A.    I answered them collectively.    10:05:59
11      Q.    So you would say that how the    10:06:04
12  actual disease develops as a result of a germline 10:06:07
13  mutation, incessant ovulation, hormone      10:06:11
14  replacement or a significant family history, how 10:06:15
15  that actually -- how the actual disease develops, 10:06:20
16  those would be hypotheses, correct?      10:06:26
17          MS. CURRY: Object to the form.   10:06:30
18          THE WITNESS: What we don't     10:06:31
19      understand yet, what is the hypothesis 10:06:32
20      is why these identified -- is how these 10:06:35
21      identified risk factors actually lead to 10:06:39
22      the development of ovarian cancer.   10:06:42
23      That's what the hypothesis is -- or what 10:06:45
24      the hypotheses are.       10:06:51

Page 363

1  BY MS. THOMPSON:              10:06:52
2      Q.    Okay, we're getting there. And    10:06:53
3  that's why you would not identify any of those as 10:06:54
4  causal, correct?          10:06:58
5      A.    Correct.          10:07:00
6      Q.    Okay. And I'm really not trying to 10:07:04
7  trick you or to get you to say something you   10:07:07
8  don't want to say. I'm really just trying to   10:07:10
9  understand what's in your report.       10:07:13
10      Fair?            10:07:15
11      A.    Fair.          10:07:15
12      Q.    Okay. All right. Moving on --   10:07:15
13  moving right along.          10:07:18
14      I have the list of the materials    10:07:28
15  considered specifically for Ms. Judkins, and if  10:07:30
16  you want to turn to the end of your case-specific 10:07:34
17  report on Ms. Judkins, you will see that list.  10:07:41
18  And you'll agree it's extensive, correct?    10:07:45
19      A.    There are a number of items listed 10:07:50
20  here.              10:07:55
21      Q.    And it includes --       10:07:55
22          MS. CURRY: I just -- sorry, I   10:07:55
23      do not mean to cut you off, Margaret. I  10:07:57
24      just want to make clear that the -- all  10:08:00

Page 364

1      of the references in the materials    10:08:02
2      considered list for the general report  10:08:05
3      are obviously relevant here as well, but 10:08:10
4      these are case-specific items that are  10:08:11
5      specifically in the Judkins report as   10:08:13
6      well. Just so the record is clear on   10:08:16
7      that.            10:08:18
8  BY MS. THOMPSON:
9      Q.    Okay. So when you were invoicing   10:08:19
10  for review of the Carter Judkins case, the review 10:08:21
11  of these materials and the writing of the case-  10:08:25
12  specific report would be included in that    10:08:27
13  invoice. Is that right?        10:08:29
14      A.    Up through any materials that were 10:08:33
15  produced to me before the February 2022 date.  10:08:36
16      Q.    Understood. And I'm just speaking  10:08:45
17  generally, not in regard to a specific invoice.  10:08:47
18  I probably didn't make that clear.       10:08:50
19      A.    One other thing, Ms. Thompson, if I 10:08:52
20  may, the -- the second -- I don't know if it's  10:08:56
21  second. I don't know what number. But also the  10:09:00
22  amended report of Dr. Wolf that was dated I    10:09:03
23  believe May 28, 2024, is not on this list, but I 10:09:08
24  did see that as well.         10:09:11

15 (Pages 361 - 364)

Page 365

1    Q.    Okay. And I think that was in the    10:09:13
2    record from yesterday --    10:09:15
3    A.    Okay, thank you.    10:09:17
4    Q.    -- that that should be included as    10:09:19
5    well.    10:09:23
6    I have a few questions. I assume    10:09:30
7    you wanted to be thorough when you reviewed    10:09:32
8    Ms. Judkins' case, right?    10:09:36
9    A.    Yes.    10:09:38
10    Q.    I just have one question why you    10:09:42
11    included Saed's confidential documents on the    10:09:45
12    materials considered for the case-specific    10:09:53
13    evaluations.    10:09:57
14    A.    I'm not sure.    10:10:12
15    Q.    All right. That's a good answer.    10:10:17
16    And I'm going to assume there is no    10:10:02
17    literature on the materials relied upon in the    10:10:24
18    case-specific reports, but I'm going to assume    10:10:28
19    that all of the literature in your general report    10:10:32
20    would be part of your case specific. Correct?    10:10:35
21    A.    I think that's fair.    10:10:38
22    Q.    Okay. Do you have an estimate of    10:10:40
23    how much time -- I think we did this yesterday in    10:10:54
24    some regard that -- of how much time you spent    10:10:57

Page 366

1    reviewing the materials on your case-specific    10:11:03
2    reliance list for Ms. Judkins and the writing of    10:11:09
3    her report.    10:11:12
4    A.    Since 2022 or --    10:11:13
5    Q.    Total.    10:11:17
6    A.    Okay. So can I see the invoice    10:11:18
7    from February of 2022? Because I don't remember    10:11:20
8    how many hours I spent before then.    10:11:23
9    MS. CURRY: I'm just going to    10:11:25
10    hand her what was previously marked as    10:11:26
11    Exhibit 5 yesterday, if that's okay.    10:11:28
12    MS. THOMPSON: Yeah, that would    10:11:31
13    be great. Thank you.    10:11:32
14    THE WITNESS: Okay. So through    10:11:42
15    February of 2022, I spent 47.75 hours on    10:11:44
16    Ms. Judkins' case specific, and then any    10:11:53
17    materials I received after that, I think    10:11:59
18    I probably spent another total of four    10:12:03
19    or five hours on Ms. Judkins.    10:12:07
20    BY MS. THOMPSON:
21    Q.    And that would include preparation    10:12:12
22    for the deposition today?    10:12:13
23    A.    Yes.
24    Q.    And I think you testified yesterday    10:12:18

Page 367

1    that you spent something like 65 hours since the    10:12:19
2    2022 invoice, am I remembering that correctly, on    10:12:29
3    the four plaintiffs?    10:12:32
4    MS. CURRY: Object to the form.    10:12:33
5    THE WITNESS: I think I said    10:12:34
6    somewhere between 50 to 60 hours on --    10:12:36
7    BY MS. THOMPSON:
8    Q.    And so --    10:12:39
9    A.    -- on everything --    10:12:40
10    Q.    Sorry.    10:12:41
11    A.    -- since the February 2022 --    10:12:42
12    Q.    So that would include --    10:12:44
13    MS. CURRY: Including MDL    10:12:46
14    generally.    10:12:48
15    THE WITNESS: Including general,    10:12:49
16    correct.    10:12:50
17    BY MS. THOMPSON:
18    Q.    Okay. So that included both. I    10:12:51
19    just wanted to clarify on that.    10:12:52
20    A.    Yes. Yes.    10:12:54
21    Q.    So the 47 hours prior to '22 and    10:12:55
22    about four hours since would be approximately 50    10:12:58
23    hours on Ms. Judkins' case, correct?    10:13:01
24    A.    I think that sounds accurate.    10:13:04

Page 368

1    Q.    Can you envision any case in this    10:13:07
2    litigation in which you would determine that a    10:13:10
3    woman's talcum powder use could possibly have    10:13:16
4    contributed to the development of her ovarian    10:13:20
5    cancer?    10:13:23
6    MS. CURRY: Objection. Asked    10:13:23
7    and answered yesterday.    10:13:25
8    BY MS. THOMPSON:
9    Q.    It -- I think it's related to case    10:13:28
10    specific, so you can answer.    10:13:31
11    A.    So based on the current state of    10:13:35
12    the science, I do not have the opinion that any    10:13:38
13    woman involved in this case applying talc to her    10:13:45
14    perineum increased her risk of developing ovarian    10:13:48
15    cancer by that action.    10:13:52
16    Q.    So my question is, why did you go    10:13:56
17    to the time and effort of reviewing all of    10:14:02
18    Ms. Judkins' medical records, deposition    10:14:07
19    testimony, other expert reports, and everything    10:14:10
20    on your reliance list, if you knew that you would    10:14:13
21    not find talcum powder as a contributing cause    10:14:17
22    regardless of what was in those records?    10:14:22
23    A.    I think it was important for me to    10:14:24
24    have a comprehensive view of the medical history,    10:14:28

16 (Pages 365 - 368)

Page 369

1    medical care that Ms. Judkins received, and to    10:14:33
2    understand her opinions and her other risk    10:14:37
3    factors for the development of ovarian cancer.    10:14:42
4        Q.    But none of that impacted your    10:14:45
5    opinion that Ms. Judkins' ovarian cancer is not    10:14:53
6    at all related to her use of talc.    10:14:58
7            And I'm reading that from the    10:15:01
8    conclusion of your report if you want to make    10:15:03
9    sure I read that properly.    10:15:05
10       A.    None of that impacted the    10:15:11
11   conclusion that it was related to talc, but    10:15:12
12   having a thorough understanding and comprehensive 10:15:14
13   view of Ms. Judkins and her history of ovarian    10:15:19
14   cancer was important for me to be able to give my 10:15:26
15   opinions in this case.    10:15:29
16       Q.    And you do not identify any risk    10:15:33
17   factors for Ms. Judkins, correct?    10:15:38
18           MS. CURRY:  Object to the form.    10:15:41
19           THE WITNESS:  I think that most    10:15:58
20   likely Ms. Judkins' ovarian cancer was    10:16:00
21   sporadic, and I don't think -- I mean,    10:16:02
22   she had some factors which we typically    10:16:06
23   or historically would label as reducing    10:16:10
24   her risk, but again, having factors that    10:16:14

Page 370

1        reduce your risk doesn't necessarily    10:16:20
2        prevent you from getting the disease.    10:16:21
3        So I do think that Ms. Judkins' ovarian    10:16:23
4        cancer most likely was sporadic.    10:16:26
5    BY MS. THOMPSON:
6        Q.    And if we could look at Exhibit No. 10:16:30
7    10 from yesterday.  That is the ACOG list of risk 10:16:35
8    factors for ovarian cancer.    10:16:42
9            Let me know when you have that in    10:16:56
10   front of you.    10:16:59
11       A.    Yes, I have it.    10:16:59
12       Q.    And the first is age older than 55, 10:17:01
13   but I think you agreed that Ms. Judkins was    10:17:04
14   actually a little younger than average at age 60, 10:17:09
15   correct?    10:17:15
16           MS. CURRY:  Object to the form.    10:17:15
17           THE WITNESS:  Well, the mean age    10:17:16
18   of ovarian cancer diagnosis is 63, but    10:17:18
19   the majority of women that are actually    10:17:21
20   diagnosed with the disease are between    10:17:24
21   like 55 and 64.  So I think she's right    10:17:26
22   in that age range.    10:17:29
23   BY MS. THOMPSON:    10:17:31
24       Q.    In the average age range?    10:17:32

Page 371

1        A.    Correct.    10:17:34
2        Q.    And she had menarche at age 13 and 10:17:38
3    menopause reported at age 50.  Is that your    10:17:40
4    understanding?    10:17:43
5        A.    I gathered from the medical records 10:17:44
6    and the other documents I looked at that menarche 10:17:48
7    was somewhere between 12 and 13, and menopause    10:17:53
8    was somewhere between 48 and 50.    10:17:55
9        Q.    And that would be in the average    10:17:57
10   range as well.  Would you agree?    10:18:00
11       A.    I believe that's correct.    10:18:01
12       Q.    And so you did not consider her to 10:18:03
13   have excessive lifetime ovulations, correct?    10:18:08
14       A.    That -- I think she had an average 10:18:13
15   number of lifetime ovulatory years, yes.    10:18:15
16       Q.    And she had three pregnancies for 10:18:18
17   which she breastfed, correct?    10:18:21
18       A.    That's correct.    10:18:23
19       Q.    So she would not have had incessant 10:18:26
20   ovulation in your view.  Correct?    10:18:31
21       A.    The breastfeeding and the    10:18:33
22   pregnancies would have interrupted the ovulatory 10:18:35
23   events.  We don't know how long each episode of 10:18:39
24   breastfeeding would have interrupted it for, but 10:18:43

Page 372

1    that's correct, she would have had interruptions 10:18:46
2    in her ovulatory cycles.    10:18:48
3        Q.    So those two have not been fully    10:18:50
4    elucidated as to the effect that those factors    10:18:53
5    would have had for Ms. Judkins' case in    10:18:58
6    particular?    10:19:03
7            MS. CURRY:  Object to the form.    10:19:03
8    BY MS. THOMPSON:
9        Q.    It was a bad question.  Let me try 10:19:07
10   that again.    10:19:09
11           So with the two previous questions, 10:19:12
12   Ms. Judkins did not have excessive lifetime    10:19:18
13   ovulations or incessant ovulations, but we cannot 10:19:22
14   attribute -- well, those would both be considered 10:19:30
15   preventative, correct?    10:19:39
16           MS. CURRY:  Object to the form.    10:19:41
17           THE WITNESS:  So, as I've said    10:19:44
18   before, I don't like to use the word    10:19:49
19   "preventative" because women that have    10:19:50
20   risk factors that should reduce your    10:19:53
21   risk of ovarian cancer still get the    10:19:54
22   disease.  So preventative or protective    10:19:58
23   just doesn't work because you can get    10:20:01
24   the disease, and in Ms. Judkins' case,    10:20:05

17 (Pages 369 - 372)

Page 373

1    she got the disease.                    10:20:07
2        So I don't think those lifetime    10:20:09
3    occurrences, the things that decreased  10:20:14
4    her ovulatory years, helped her one way  10:20:17
5    or another.  Right.  Because if you got  10:20:21
6    ovarian cancer, you're a hundred        10:20:23
7    percent.  If you don't have ovarian     10:20:25
8    cancer, you're zero percent.  And that's 10:20:27
9    why trying to apply statistics to any   10:20:29
10   one individual doesn't make sense       10:20:33
11   because you're either in or you're out, 10:20:37
12   and you've either got ovarian cancer or 10:20:39
13   you don't.                              10:20:41
14       And so stats are impactful when     10:20:42
15   we're studying hundreds or thousands of 10:20:46
16   women and they give us a sense of       10:20:51
17   directionality.  But in that one        10:20:54
18   individual patient, and in Ms. Judkins' 10:20:56
19   case, she breastfed and she had three   10:20:58
20   children, and yet she still got ovarian 10:21:01
21   cancer.
22  BY MS. THOMPSON:
23       Q.   And that would apply to even the  10:21:06
24   strongest of risk factors, for example, BRCA1, as 10:21:09

Page 374

1    well as what might be the strongest of risk  10:21:14
2    lowering factors like long-term birth control 10:21:21
3    use, would you agree?                   10:21:26
4        A.   Yes.  That's exactly what I'm  10:21:27
5    saying, because we know that women with BRCA1  10:21:29
6    mutations have -- depending on which mutation  10:21:33
7    they have, they have somewhere between a 40 to 53 10:21:37
8    percent chance of getting ovarian cancer in their 10:21:41
9    course of their lifetime, but that means that  10:21:44
10   they have a 40 to 60 percent chance of not  10:21:46
11   getting it.                             10:21:50
12       So what does that mutation mean?  I 10:21:51
13   mean, it means that you're at risk, but it's not 10:21:57
14   a hundred percent risk.                 10:22:00
15       Q.   Understood.                    10:22:05
16       And I really am just trying to      10:22:05
17   understand what your opinions are in the case.  10:22:11
18       Can you point me to any literature  10:22:16
19   that talks -- addresses that zero percent or  10:22:19
20   hundred percent concept of why risk factors are 10:22:25
21   not causal?                             10:22:31
22       MS. CURRY:  Object to the form.     10:22:33
23       THE WITNESS:  I don't -- I don't    10:22:39
24   know what you mean.  Zero percent or a  10:22:40

Page 375

1    hundred percent, I don't know what you  10:22:43
2    mean.                                   10:22:44
3   BY MS. THOMPSON:                         10:22:45
4        Q.   Well, you've been talking today 10:22:45
5    about -- as to women either get ovarian cancer or 10:22:48
6    they don't, and that's why it's hard to attribute 10:22:51
7    a causal relationship to any risk factor,  10:22:59
8    regardless of how strong.               10:23:03
9        That's stating your opinion         10:23:07
10   correctly, right?                       10:23:08
11       A.   No, it's not.                  10:23:09
12       Q.   Okay.  Let me make sure I said 10:23:15
13   it -- a risk factor -- or there are no risk  10:23:17
14   factors for ovarian cancer that you can say are 10:23:25
15   causal.  Is that correct?               10:23:32
16       A.   In any one individual woman, yes, 10:23:35
17   that's --                               10:23:41
18       Q.   In an individual, yes.         10:23:41
19       A.   Yes, that's correct.           10:23:43
20       Q.   And I'll try to make that clearer 10:23:44
21   in my questions today.  But since we're talking 10:23:47
22   about the individual cases in this particular  10:23:50
23   line of questioning, Ms. Judkins, I think we'll 10:23:55
24   assume that that's what I'm asking, if I ask a  10:24:00

Page 376

1    question that could be either applied to the  10:24:04
2    population or to the plaintiff that we're  10:24:06
3    discussing.  Fair?                      10:24:09
4        A.   Let's take them one at a time.  10:24:10
5        Q.   All right.  We can do that too. 10:24:14
6        And we're going back to the risk    10:24:22
7    factors on ACOG, and ACOG simply says:  "Family 10:24:25
8    history of breast cancer, ovarian cancer, colon  10:24:31
9    cancer or endometrial cancer," parenthesis,  10:24:34
10   "cancer lining of the uterus."          10:24:42
11       Do you agree with that risk factor  10:24:45
12   listed by ACOG?  Or how would you modify it if 10:24:46
13   you were writing this list?             10:24:52
14       A.   As applies to Ms. Judkins?     10:24:53
15       Q.   As it applies to a plaintiff like 10:24:56
16   Ms. Judkins.  We're trying to determine whether 10:24:59
17   she has any of the risk factors on this list.  10:25:01
18       MS. CURRY:  Object to the form.     10:25:04
19       THE WITNESS:  So I think we         10:25:05
20   already discussed that Ms. Judkins does 10:25:06
21   have some family history that's listed  10:25:13
22   here but not in first-degree relatives, 10:25:15
23   so I don't think that she has a family  10:25:19
24   history that contributes.               10:25:25

18 (Pages 373 - 376)

Page 377

```
 1            If we're looking at the ACOG      10:25:30
 2   list, I think her age contributes.        10:25:33
 3   That's certainly a risk factor that she   10:25:35
 4   has and that is on the ACOG list,         10:25:37
 5   because she was I believe 60 when she     10:25:40
 6   was diagnosed, and ACOG lists age older   10:25:44
 7   than 55.                                  10:25:50
 8   BY MS. THOMPSON:                          10:25:51
 9        Q.   Right.  She does not have a     10:25:51
10   personal history of breast cancer, correct?   10:25:54
11        A.   No, she does not.              10:25:56
12        Q.   She does not have mutations in 10:25:58
13   BRCA1 and BRCA2 genes, correct?           10:26:00
14        A.   That's correct.               10:26:04
15        Q.   And I can't avoid this, she has not 10:26:09
16   never having had children, correct?  She does 10:26:13
17   have children, correct?                   10:26:15
18        A.   Ms. Judkins is parous.         10:26:17
19        Q.   And there's no evidence of     10:26:19
20   infertility, correct?                     10:26:22
21        A.   You know, I don't know if she had 10:26:25
22   trouble -- in fairness, I don't know if she had 10:26:28
23   trouble conceiving before she conceived at 33. 10:26:31
24   33 is a little bit later, but I have no data 10:26:34
```

Page 378

```
 1   supporting that one way or another.  So I would 10:26:37
 2   rather not comment on that only because I don't 10:26:40
 3   know, but...                              10:26:44
 4        Q.   But you didn't see anything in the 10:26:44
 5   medical records to suggest it.            10:26:47
 6        A.   That's correct.               10:26:48
 7        Q.   And she has not had Lynch syndrome, 10:26:50
 8   correct?                                  10:26:56
 9        A.   I believe that her genetic testing 10:26:56
10   with respect to the MMR genes was negative. 10:26:59
11        Q.   And then let's go to the SGO risk 10:27:01
12   factor list.                              10:27:19
13            MS. THOMPSON:  That's Exhibit 11 10:27:19
14        from yesterday, Leslie.              10:27:20
15   BY MS. THOMPSON:                          10:27:35
16        Q.   Ready?                         10:27:51
17        A.   Oh, yes.  Yes, ma'am.          10:27:52
18        Q.   I can't tell from --           10:27:53
19        A.   I'm so sorry.                  10:27:54
20        Q.   -- when I'm doing this Zoom.  So, 10:27:57
21   no, no problem.                           10:27:57
22            So looking at the SGO list, SGO 10:27:59
23   includes obesity, especially those who have a BMI 10:28:08
24   of 30 or greater, correct?                10:28:12
```

Page 379

```
 1        A.   Yes, they do.                  10:28:14
 2        Q.   Was Ms. Judkins obese?         10:28:16
 3        A.   I don't believe so.            10:28:18
 4        Q.   So help me understand, SGO includes 10:28:25
 5   obesity.  ACOG does not -- the ACOG list does not 10:28:28
 6   include obesity.                          10:28:34
 7            Is it your opinion that ACOG    10:28:35
 8   believes that obesity is not a risk factor? 10:28:37
 9            MS. CURRY:  Objection.  You're  10:28:40
10        treading into general opinion.       10:28:41
11            THE WITNESS:  I don't know what 10:28:48
12        ACOG believes.  I've never asked them. 10:28:49
13   BY MS. THOMPSON:                          10:28:53
14        Q.   But it's your belief that ACOG does 10:28:53
15   not have the opinion that talc is a risk factor, 10:28:56
16   correct?                                  10:28:58
17        A.   ACOG does not list talc on its 10:29:03
18   website, and ACOG has made several other 10:29:05
19   statements stating that they do not consider talc 10:29:08
20   to be a risk factor, or stating -- I'm not going 10:29:11
21   to quote them because I don't have anything in 10:29:13
22   front of me, but basically putting forth that the 10:29:15
23   literature on talc as a risk factor for 10:29:19
24   developing ovarian cancer is heterogeneous and 10:29:22
```

Page 380

```
 1   inclusive.  I have not seen anything to that 10:29:26
 2   effect with respect to obesity from ACOG. 10:29:29
 3        Q.   Well, we're not going to go back to 10:29:32
 4   Burke, you'll be happy to know, since it was 10:29:38
 5   covered yesterday.                         10:29:41
 6            But so ACOG does not list talc on 10:29:42
 7   its list of risk factors, and that's significant 10:29:51
 8   for you, correct?                          10:29:54
 9            MS. CURRY:  Object to the form,  10:29:57
10        and also --                          10:29:57
11   BY MS. THOMPSON:                          10:30:00
12        Q.   We're looking at individual    10:30:00
13   patients like Ms. Judkins.                 10:30:03
14        A.   So the list of risk factors for 10:30:05
15   ACOG is not the only published documents from 10:30:08
16   ACOG that is important to me for my opinions as 10:30:14
17   to why ACOG does not consider talc a risk factor 10:30:21
18   for developing ovarian cancer.             10:30:24
19        Q.   Does ACOG ever anywhere make a 10:30:30
20   statement that talc is safe to use in women like 10:30:32
21   Ms. Judkins?                               10:30:39
22            MS. CURRY:  Object to the form.  10:30:40
23        And it really is still general cause 10:30:41
24        opinions, even though you're adding in 10:30:44
```

19 (Pages 377 - 380)

Page 381

1  the phrase at the end "women like          10:30:47
2  Ms. Judkins."                    10:30:50
3        MS. THOMPSON:  Well, she          10:30:50
4  mentioned prominently in Ms. Judkins'      10:30:51
5  report -- let me get to it -- that her    10:30:55
6  case-specific opinions are supported by    10:30:58
7  ACOG and SGO.  So I think that question    10:31:06
8  is totally appropriate, but let's read     10:31:08
9  exactly what she says.              10:31:11
10  BY MS. THOMPSON:
11      Q.    What you say, Dr. Saenz -- I don't  10:31:14
12  mean to be talking to your lawyer -- not your  10:31:18
13  lawyer, but the attorney sitting next to you.  10:31:22
14        In your report, you state:  "It is  10:31:30
15  my opinion" -- it's in the Conclusion, if you  10:31:51
16  want to refer to it -- "It is my opinion that  10:31:52
17  Ms. Judkins' ovarian cancer is not at all related  10:31:55
18  to her use of talc.  The peer-reviewed scientific  10:31:59
19  literature nationally recognized and respected  10:32:04
20  healthcare organizations," paren, "NCI, CDC, ASC,  10:32:07
21  FDA, and the professional societies SGO, ACOG, to  10:32:14
22  which I belong, all maintain the same position."  10:32:17
23        And my question is, is there          10:32:24
24  anywhere on the ACOG website that there is no  10:32:26

Page 382

1  credible scientific data that talc increases a  10:32:29
2  woman's risk of developing ovarian cancer?    10:32:33
3      A.    Is there anywhere on the ACOG      10:32:36
4  website?                          10:32:40
5      Q.    Or ACOG publication or any        10:32:41
6  statement by ACOG.                  10:32:43
7        MS. CURRY:  Object to the form.      10:32:44
8        THE WITNESS:  That talc --          10:32:46
9  BY MS. THOMPSON:
10      Q.    You said it maintains the same    10:32:50
11  position.  Your exact words -- let me finish the  10:32:53
12  question.                        10:32:56
13      A.    But --                    10:32:56
14      Q.    Unless you're still answering the  10:32:58
15  last one.                        10:33:00
16      A.    You've asked me two questions now  10:33:01
17  that are different questions, so you pick which  10:33:02
18  one you want me to answer first.        10:33:05
19      Q.    Let's take them one at a time.    10:33:06
20        I'm reading this sentence that you  10:33:09
21  say "all maintain the same position."  And "the  10:33:10
22  same position," I believe, refers to there is no  10:33:14
23  credible scientific data that talc increases a  10:33:19
24  woman's risk of developing ovarian cancer.    10:33:23

Page 383

1        And I am just asking you where --   10:33:25
2  where does ACOG make a statement that maintains  10:33:31
3  that position?                    10:33:40
4        MS. CURRY:  And I'm just going      10:33:42
5  to state my objection for the record.    10:33:44
6  That is clearly a general causation      10:33:45
7  opinion that there's no credible        10:33:49
8  scientific data that talc increases a    10:33:51
9  woman's risk of ovarian cancer, and that  10:33:54
10  those organizations maintain the same    10:33:56
11  position.  And that this was covered      10:33:58
12  extensively in the general portion of    10:34:00
13  the deposition yesterday, for which the  10:34:05
14  time has run out.                  10:34:07
15  BY MS. THOMPSON:
16      Q.    And in the same paragraph, the    10:34:10
17  Conclusion to Ms. Judkins' case-specific expert  10:34:12
18  report:  It is my opinion that Ms. Judkins'  10:34:15
19  ovarian cancer is not at all related to her use  10:34:19
20  of talc, and ACOG, among others, all maintain the  10:34:21
21  same position.                    10:34:26
22        I'm asking you, what are you        10:34:28
23  relying on for the statement that ACOG maintains  10:34:34
24  that same position?                10:34:39

Page 384

1        MS. CURRY:  Object to the form.    10:34:41
2        THE WITNESS:  So as we discussed    10:34:42
3  yesterday, ACOG has actually put forth a  10:34:43
4  letter back in 2017 -- actually, we      10:34:48
5  didn't discuss this yesterday, but it's  10:34:53
6  in my general report that ACOG put out a  10:34:55
7  letter saying that the literature was    10:34:59
8  inconclusive and heterogeneous, and that  10:35:00
9  was back, I believe, in 2017.          10:35:04
10        There is also the Burke article,    10:35:05
11  which is supported by ACOG, in which      10:35:07
12  they detailed that the literature was    10:35:09
13  heterogeneous.                    10:35:11
14        You also earlier asked me does      10:35:12
15  ACOG say talc is safe, and although      10:35:15
16  we're supposed to be discussing        10:35:18
17  Ms. Judkins, and admittedly Ms. Judkins  10:35:20
18  is not obese, ACOG actually recommends    10:35:22
19  putting talc into the incisions of obese  10:35:27
20  patients in order to set up an adhesive  10:35:32
21  process and decrease the chances of      10:35:35
22  wound breakdown.  I firmly believe that  10:35:38
23  if ACOG thought that talc was            10:35:41
24  potentially leading to the development    10:35:44

20 (Pages 381 - 384)

Page 385

1    of ovarian cancer, they would not        10:35:46
2    recommend putting talc into the         10:35:49
3    incisions of patients.                   10:35:52
4    BY MS. THOMPSON:                         10:35:55
5        Q.    And I didn't ask anything about the 10:35:55
6    use for short term after a surgical procedure on 10:35:57
7    the abdomen --                           10:36:01
8        A.    You asked me about safety, and I'm 10:36:02
9    answering about safety.                  10:36:05
10       Q.    So that statement in ACOG is -- to 10:36:08
11   you represents a statement by ACOG that the 10:36:14
12   perineal use of talc is safe?            10:36:16
13           MS. CURRY:  Object to the form.  10:36:18
14           THE WITNESS:  It's a statement   10:36:19
15       by ACOG that talc is safe.           10:36:21
16   BY MS. THOMPSON:
17       Q.    We're talking about the perineal 10:36:27
18   use of talc today in Ms. Judkins.        10:36:29
19           Do you believe that that statement 10:36:31
20   in ACOG is an affirmative statement that it is 10:36:33
21   safe for women to use perineal talc, like 10:36:37
22   Ms. Judkins did for decades daily?       10:36:43
23           MS. CURRY:  Object to the form.  10:36:45
24           THE WITNESS:  So if we're going  10:36:46

Page 386

1    to talk about Ms. Judkins, then          10:36:47
2    Ms. Judkins was not obese and she did    10:36:50
3    not have an abdominal incision.          10:36:53
4    But that isn't what you asked me         10:36:56
5    before.  You asked me before --          10:36:58
6    BY MS. THOMPSON:
7        Q.    That was not my question just now. 10:37:01
8           Let's move on to the SGO risk     10:37:03
9    factor list, which was where we started here. 10:37:11
10          And did Ms. Judkins use hormone   10:37:28
11   replacement therapy?                     10:37:31
12       A.    No, she did not.               10:37:32
13       Q.    But you do agree that SGO includes 10:37:37
14   estrogen replacement therapy without progesterone 10:37:45
15   for more than five years as a risk factor, 10:37:48
16   correct?                                 10:37:50
17          MS. CURRY:  Object to the form,   10:37:50
18       general causation --                 10:37:52
19          THE WITNESS:  It doesn't apply    10:37:53
20       to Ms. Judkins.                      10:37:55
21   BY MS. THOMPSON:                         10:37:56
22       Q.    So that would not be a risk factor 10:37:57
23   by SGO that Ms. Judkins had.             10:38:00
24       A.    Ms. Judkins did not use hormone 10:38:06

Page 387

1    replacement therapy.                     10:38:08
2        Q.    And you are aware that Ms. Judkins 10:38:14
3    was physically fit and had a very active 10:38:17
4    lifestyle?                               10:38:21
5        A.    I gleaned that from her deposition. 10:38:22
6        Q.    She was a hiker and a skier,   10:38:30
7    correct?                                 10:38:32
8        A.    I don't remember exactly what  10:38:32
9    activities she did.                      10:38:34
10       Q.    And so you would agree that any 10:38:35
11   literature that suggests a sedentary lifestyle 10:38:36
12   may increase the risk of ovarian cancer would 10:38:41
13   also not apply to Ms. Judkins, correct?  10:38:43
14       A.    I don't know what literature you're 10:38:49
15   referring to right now, ma'am.           10:38:50
16       Q.    Oh, you're not aware of any    10:38:52
17   literature that an inactive lifestyle may 10:38:54
18   contribute to ovarian cancer risk?       10:39:01
19          MS. CURRY:  Object to the form.   10:39:02
20          THE WITNESS:  There are studies   10:39:05
21       that show that patients with sedentary 10:39:06
22       lifestyles may have an increased risk of 10:39:09
23       developing ovarian cancer?           10:39:12
24   BY MS. THOMPSON:

Page 388

1        Q.    Yeah, that's what I was asking.  10:39:15
2    Those would not apply to Ms. Judkins from what 10:39:16
3    you know, correct?                       10:39:19
4           MS. CURRY:  Object to the form.   10:39:20
5           THE WITNESS:  Again, I'm not      10:39:20
6        going to make a comment on a general 10:39:21
7        body of literature without seeing some 10:39:24
8        article of some sort.                10:39:28
9    BY MS. THOMPSON:
10       Q.    All right.  Fair enough.  I thought 10:39:30
11   you testified to that yesterday that there was 10:39:36
12   literature suggesting that a sedentary lifestyle 10:39:38
13   could increase the risk.                 10:39:44
14          All right.  Do you have an opinion 10:39:54
15   as to whether the PTEN VUS that was found on 10:39:54
16   Ms. Judkins' genetic testing contributed in any 10:40:01
17   way to her ovarian cancer?               10:40:05
18       A.    I don't believe that we have any 10:40:06
19   data on that right now.  And I think that the 10:40:11
20   genetic counselors that saw her also counseled 10:40:19
21   her that most likely this was not associated with 10:40:24
22   her cancer.                              10:40:29
23       Q.    And Ms. Judkins did have the full 10:40:35
24   genetic testing panel, correct, the 25-gene 10:40:37

21 (Pages 385 - 388)

Page 389

1  panel?                                          10:40:40
2       MS. CURRY: Object to the form.   10:40:40
3       THE WITNESS: There are many      10:40:40
4  different panels, but you are correct   10:40:41
5  that she had 25 genes tested.           10:40:43
6  BY MS. THOMPSON:                        10:40:47
7       Q.   And is it your opinion that the --  10:40:48
8  there's no evidence or that -- with the PTEN VUS, 10:40:51
9  or is there no increased risk of ovarian cancer? 10:40:58
10 Do you understand the difference?       10:41:03
11      MS. CURRY: Object to the form.   10:41:04
12      THE WITNESS: Do you want to      10:41:10
13 explain what you're getting at for me   10:41:11
14 more specifically or --                 10:41:13
15 BY MS. THOMPSON:                        10:41:19
16      Q.   I'm asking, do we just not know  10:41:19
17 whether the PTEN VUS has any relationship to  10:41:22
18 ovarian cancer, or is there no increased risk?  10:41:25
19      A.   Oh, it's a VUS, so we don't know.  10:41:28
20      Q.   If we could turn to Exhibit No. 7  10:41:33
21 from yesterday, the joint SGO and ACOG practice  10:41:40
22 bulletin article on "Hereditary Breast and  10:41:50
23 Ovarian Cancer Syndrome."               10:41:56
24      A.   I have it.                    10:41:56

Page 390

1       Q.   And the chart on page 3 -- no,   10:41:57
2  page 2 lists the genetic mutations that are  10:42:00
3  associated with hereditary breast and ovarian  10:42:06
4  cancer syndrome, and you will agree this was a  10:42:12
5  comprehensive review made jointly by ACOG and  10:42:14
6  SGO, correct?                           10:42:19
7       MS. CURRY: Object to the form    10:42:19
8  on multiple reasons, but also that it   10:42:24
9  was covered in the general opinions     10:42:26
10 yesterday extensively, including this   10:42:29
11 exact Table 1. Also --                  10:42:32
12      MS. THOMPSON: Was the PTEN VUS  10:42:36
13 that Ms. Judkins had covered yesterday?  10:42:39
14      MS. CURRY: The entirety of the   10:42:41
15 table on whether or not this is         10:42:43
16 comprehensive was certainly covered     10:42:44
17 yesterday, and --                       10:42:46
18      MS. THOMPSON: Okay. Well, I      10:42:48
19 don't have to give any background, but   10:42:49
20 it is helpful for the record what I'm    10:42:52
21 referring to.                           10:42:54
22 BY MS. THOMPSON:                        
23      Q.   And you will agree that the    10:42:58
24 citation for this chart on -- in the HBOC  10:43:00

Page 391

1  document is the NCCN, correct?          10:43:09
2       A.   Yep, that's the citation, but  10:43:13
3  that's -- it's out of date because this is the --  10:43:17
4       Q.   But the --                    10:43:20
5       A.   Ms. Thompson. Thank you.      10:43:22
6       This is the 2017 table, and as I    10:43:23
7  discussed yesterday, this table has been updated  10:43:25
8  as recently as 2024.                    10:43:28
9       Q.   And you do know that this document  10:43:31
10 was reaffirmed in 2021, correct?        10:43:33
11      A.   Irrelevant. The most recent --  10:43:35
12      Q.   Well, if there --             10:43:39
13      A.   The most recent update is from  10:43:41
14 2024.                                   10:43:43
15      Q.   Was there any change in the PTEN  10:43:43
16 listing between '21 and '24?            10:43:50
17      A.   No, there was not.            10:43:52
18      Q.   Thank you.                    10:43:54
19      And if you look in this chart for a  10:43:59
20 PTEN mutation, you will see that there is no  10:44:01
21 increased risk for ovarian cancer. Correct?  10:44:05
22      I'm just asking what the document   10:44:10
23 states.                                 10:44:12
24      A.   For the general population in 2017,  10:44:13

Page 392

1  correct.                                10:44:16
2       MS. THOMPSON: Do you need a       10:44:31
3  break or do you want to try to finish   10:44:33
4  Ms. Judkins?                            10:44:34
5       THE WITNESS: Let's finish        10:44:34
6  Ms. Judkins.                            10:44:36
7       Leslie, are you okay for -- that    10:44:
8  was rude. I'm sorry.                    
9       How much more do you have?         10:44:47
10      MS. THOMPSON: Well, it depends.   10:44:47
11 It shouldn't take too long, but --       10:44:48
12      THE WITNESS: I just want to be    
13 courteous to Leslie, so that's why I'm   
14 asking for a time estimate.             
15      THE REPORTER: If we could take    
16 five minutes right now, if that's okay.  
17      MS. THOMPSON: Sure, that's        
18 fine.                                   
19      Let's go off the record.           10:45:07
20      (Recess.)                          10:45:07
21 BY MS. THOMPSON:                        
22      Q.   Going to your report, the second  10:51:38
23 page under the summary of Ms. Judkins' medical  10:51:40
24 history or her --                       10:51:44

22 (Pages 389 - 392)

Page 393

1    A.    Diagnosis and treatment? I'm    10:51:48
2    sorry.                    10:51:50
3    Q.    -- diagnosis, yeah, as far as your    10:51:51
4    opinions regarding her diagnosis.        10:51:54
5    A.    Yes.
6    Q.    You state at the very bottom of    10:51:56
7    that page: "Ms. Judkins may carry a germline    10:51:58
8    mutation that we have yet to" -- let me see --    10:52:03
9    "identify that contributed to her development of    10:52:09
10   ovarian cancer."                10:52:12
11         Have you ever seen on any risk        10:52:19
12   factor list a germline mutation that we have yet    10:52:21
13   to identify?                10:52:24
14         MS. CURRY: Object to the form.    10:52:30
15         THE WITNESS: I don't know that    10:52:31
16   I can see something that doesn't --        10:52:31
17   hasn't yet been established.            10:52:34
18   BY MS. THOMPSON:                10:52:35
19   Q.    So it's not your -- is it your    10:52:36
20   opinion that more likely than not she has a    10:52:38
21   germline mutation that has not been identified?    10:52:43
22   A.    No. My opinion is that I think    10:52:45
23   most likely her cancer is sporadic, but I'm not    10:52:47
24   going to rule out that possibility.        10:52:50

Page 394

1    Q.    Understood.            10:52:52
2         And speaking of ruling in and    10:53:01
3    ruling out, did you rule in any risk factors that    10:53:02
4    could have contributed to Ms. Judkins' ovarian    10:53:07
5    cancer?                    10:53:11
6         MS. CURRY: Object to the form.    10:53:11
7         THE WITNESS: I think we        10:53:14
8    discussed earlier that I think her age        10:53:15
9    put her at an increased risk of        10:53:17
10   developing ovarian cancer.            10:53:20
11   BY MS. THOMPSON:                10:53:20
12   Q.    Anything else?            10:53:20
13   A.    I -- I don't think she has any    10:53:27
14   other particular risk factors, no.        10:53:29
15   Q.    And you did rule out talc as a    10:53:31
16   potential contributing cause, correct?        10:53:37
17   A.    I do not believe that talc was    10:53:41
18   involved in Ms. Judkins' development of ovarian    10:53:43
19   cancer.                    10:53:45
20   Q.    Okay. And is it your understanding    10:53:45
21   that Ms. Judkins applied Johnson's baby powder    10:53:50
22   once a day in her genital area for 46 years?    10:53:56
23   A.    That's my understanding.        10:54:01
24   Q.    And at least according to her    10:54:04

Page 395

1    deposition, she used one year of Shower to    10:54:08
2    Shower, correct?                10:54:14
3    A.    I don't recall that detail, but I    10:54:15
4    will take you at face value for that.        10:54:16
5    Q.    And what is your -- what is the    10:54:19
6    Shower to Shower product, do you know?        10:54:22
7    A.    I believe it's another talcum    10:54:24
8    powder with different fragrances.        10:54:26
9    Q.    And if we multiply 46 years by 365    10:54:34
10   days a year, that would get us to 16,790    10:54:46
11   applications. Do you trust my math?        10:54:55
12   A.    I will take you at face value.    10:54:56
13   Q.    That could be a big mistake if it    10:54:58
14   has to do with math.                10:55:01
15   A.    Right.                10:55:02
16   Q.    I did use a calculator.        10:55:03
17         So if you put Ms. Judkins in a    10:55:06
18   cohort study, an ever-use categorization would    10:55:09
19   certainly not apply to Ms. Judkins as far as    10:55:18
20   risk, would it?                10:55:21
21         MS. CURRY: Object to the form.    10:55:22
22         THE WITNESS: I don't agree with    10:55:23
23   that.                    10:55:24
24   BY MS. THOMPSON:

Page 396

1    Q.    So, because you don't believe    10:55:28
2    there's any risk for any talc use. Is that why?    10:55:30
3    A.    Well, no. I mean, you said ever    10:55:33
4    use doesn't apply. I mean it does apply. She    10:55:36
5    used.                    10:55:39
6    Q.    Well, I'm saying is would you -- if    10:55:42
7    you were doing a cohort study and you ask an    10:55:43
8    ever-use question, would Ms. Judkins be        10:55:47
9    equivalent to a woman who answered yes to that    10:55:52
10   question because she used it once at the beach?    10:55:56
11         MS. CURRY: Object to the form.    10:56:01
12         THE WITNESS: So unless you have    10:56:02
13   other exclusions in the study or        10:56:05
14   parameters by which you are            10:56:08
15   characterizing the definition of "ever        10:56:10
16   use," then technically speaking, she        10:56:12
17   would fall into the same category.        10:56:16
18   BY MS. THOMPSON:                10:56:16
19   Q.    Do you think Ms. Judkins, if she    10:56:21
20   were entering a cohort study, would be subject to    10:56:24
21   recall bias with her usage history?        10:56:29
22         MS. CURRY: Object to the form.    10:56:32
23         THE WITNESS: I have no idea. I    10:56:34
24   do not know Ms. Judkins personally.        10:56:35

23 (Pages 393 - 396)

Page 397

1 BY MS. THOMPSON:                      10:56:38
2      Q.    Do you think having used it every  10:56:39
3 day since she was, I believe, 14 years old, that  10:56:43
4 she might be subject to recall bias?      10:56:48
5          MS. CURRY:  Object to the form.    10:56:52
6          THE WITNESS:  I have no idea.  I    10:56:52
7      do not know Ms. Judkins personally.    10:56:54
8 BY MS. THOMPSON:
9      Q.    So do you think she would be not   10:56:57
10 telling the truth about that in her deposition?  10:57:01
11     A.    I'm not qualifying Ms. Judkins -- I  10:57:05
12 don't know her personally.  I've never met her.  10:57:09
13 I have no idea.                        10:57:12
14     Q.    Okay.  You do agree that she was a  10:57:16
15 frequent user, based on her testimony?    10:57:20
16     A.    I agree that she documented in her  10:57:22
17 deposition that she used for -- what did we say  10:57:25
18 it was? -- about 46 years.             10:57:30
19     Q.    Forty-six years --          10:57:33
20     A.    Yeah.
21     Q.    -- once a day at least.       10:57:34
22          And do you agree that this is a   10:57:35
23 long duration, an extended period of time that  10:57:39
24 she used talcum powder?                10:57:41

Page 398

1      A.    It was 46 years.             10:57:42
2      Q.    And do you agree that in any study  10:57:48
3 that looked at lifetime applications, that 16,790  10:57:50
4 would fall in the highest category of use?  10:57:59
5          MS. CURRY:  Object to the form.    10:58:02
6          THE WITNESS:  It depends on       10:58:03
7      whose study.  I don't know -- I may be   10:58:06
8      remembering incorrectly.  I'm not sure  10:58:08
9      if Cramer actually had a category that  10:58:10
10     was even higher than that number of    10:58:15
11     applications.  So I think it really    10:58:16
12     depends on which study you're talking   10:58:19
13     about.                           10:58:21
14 BY MS. THOMPSON:
15     Q.    And Penninkilampi I believe used   10:58:25
16 5,600 applications.  It certainly would be higher  10:58:27
17 than that, correct?                    10:58:31
18         MS. CURRY:  Object to the form.     10:58:32
19         THE WITNESS:  I think that is      10:58:33
20     incorrect.  I think Penninkilampi used  10:58:34
21     3,600 applications.                10:58:36
22 BY MS. THOMPSON:                       10:58:37
23     Q.    Oh, you may be right, 3,600.  She  10:58:37
24 would be higher than --                10:58:40

Page 399

1      A.    She would be higher than 3,600 or  10:58:41
2 5,600, that is correct.                10:58:43
3      Q.    And do you agree also that        10:58:45
4 Ms. Judkins' use of talcum powder in her 20s and  10:58:47
5 30s would be during the time that O'Brien and   10:58:55
6 colleagues stated was a critical time for effect?  10:59:01
7          MS. CURRY:  Object to the form.    10:59:05
8          THE WITNESS:  So she would fall    10:59:06
9      into the category that they identified   10:59:08
10     as patients -- I'm sorry, subjects      10:59:10
11     starting to use talcum powder in their  10:59:12
12     20s and 30s.  That's also corroborated  10:59:15
13     by other literature that shows that most  10:59:17
14     patients start -- ugh, I keep saying    10:59:20
15     patients -- subjects start using in     10:59:22
16     their teens or 20s.                10:59:26
17         MS. THOMPSON:  Leslie, if we       10:59:39
18     could go to Ms. Judkins' file of key    10:59:40
19     medical records.  And there are two that  10:59:44
20     I would like you to pull out.  I don't   10:59:52
21     know the best way to identify them.  But
22     one is Bates number is MDR --
23         THE WITNESS:  Sorry, give us one
24     second.  We had a little bit of an issue

Page 400

1 finding them.
2          MS. THOMPSON:  Okay.  Sorry
3      about that.
4          (A discussion was held off the
5      record.)
6          MS. THOMPSON:  The two            11:00:52
7      documents, we can go ahead and put them  11:00:52
8      together.  One has at the top Monadnock  11:00:55
9      Health Partners, and the Bates number is  11:00:59
10     a bunch of stuff, and then MDR000024.    11:01:00
11         And the other one just has         11:01:07
12     "Medical Records" at the top with an    11:01:12
13     address, and it has JUDKINSCDHMCMR0028.  11:01:14
14         And if we could just pull those    11:01:26
15     two and mark them as our next two       11:01:28
16     exhibits, that would be great.         11:01:31
17         THE REPORTER:  Okay.  We'll go
18     off the record just a minute while I
19     find them.
20         (Pause in the proceedings.)
21         (Exhibit Nos. 35 and 36 were
22     marked for identification.)
23 BY MS. THOMPSON:
24     Q.    Dr. Saenz, if you could refer to  11:03:27

24 (Pages 397 - 400)

Page 401

1  your general expert report, Exhibit 2, that's  11:03:28
2  relevant to Ms. Judkins' case.  And on page 43 -- 11:03:34
3  are you there?  And I can't see you -- okay, got  11:03:48
4  you.                                             11:03:53
5        On page 43, I don't know exactly   11:03:54
6  where it is, but it states -- your report states: 11:03:56
7  "... but the vagina is not the perineum," and   11:04:00
8  then you go on to say:  "The perineum is the   11:04:03
9  external genitalia and the vagina is an internal 11:04:06
10 organ that is not exposed to the external   11:04:10
11 environment."                                  11:04:13
12       Did I read that correctly from your 11:04:14
13 report on page 43?                     11:04:15
14    A.    I don't know.  I've got to find -- 11:04:17
15 oh, I see where you are.  (Peruses document.)  11:04:19
16 I don't think so.                       11:04:28
17    Q.    Okay.  Let me -- I'll have to get 11:04:29
18 it --                                  11:04:32
19       THE REPORTER:  I'm not seeing those
20 document, Margaret.                 11:05:06
21       MS. THOMPSON:  Do you want the  11:05:06
22 Bates numbers again?                 11:05:12
23       THE WITNESS:  It may be helpful,  11:05:14
24 Margaret, if you -- Dawn is trying to  11:05:19

Page 402

1  look through them now too, so it may be   11:05:22
2  helpful if you tell us what those       11:05:25
3  documents are.                        11:05:27
4        MS. THOMPSON:  They're both
5  medical --
6        THE WITNESS:  She said -- she   11:05:33
7  says they are not here.              11:05:33
8        MS. CURRY:  Sorry -- those   11:05:35
9  medical records are -- I just confirmed 11:05:38
10 they are definitely not in the room here 11:05:41
11 so we do need them on the chat.     11:05:43
12       MS. THOMPSON:  Leanna, if you
13 could just get the --
14       MS. CURRY:  Ms. Thompson, are  11:06:21
15 you okay if Leslie is not typing your  11:06:21
16 instructions to Leanna?             11:06:24
17       MS. THOMPSON:  Yes, I am.  I'm  11:06:27
18 fine with that.
19       THE REPORTER:  Thank you.
20       MS. THOMPSON:  And it's also
21 fine to go off the record.          11:06:51
22       MS. PITTARD:  Okay.  They should 11:06:51
23 be in the chat now.                 11:06:51
24 BY MS. THOMPSON:

Page 403

1    Q.    Before we go to the document in the 11:06:53
2  chat, if you could turn to page 43 of your   11:06:55
3  general expert report, Dr. Saenz.       11:06:57
4    A.    Yes, ma'am, I'm there.      11:06:59
5    Q.    And we're in the Migration section, 11:07:00
6  and you state in the last paragraph of the --  11:07:03
7  actually, the first paragraph:  "... but the  11:07:13
8  vagina is not the perineum, and the female   11:07:19
9  genital tract is not an open conduit."     11:07:22
10       Do you see that?
11    A.    Yes, ma'am.               11:07:25
12    Q.    And reading on -- and I'm not   11:07:33
13 trying to leave anything out.  I'm just reading 11:07:34
14 things that I believe are pertinent to   11:07:39
15 Ms. Judkins.                         11:07:42
16       About two-thirds of the way down, 11:07:44
17 the next paragraph, you state:  "The perineum is 11:07:46
18 the external genitalia, and the vagina is an  11:07:48
19 internal organ that is not exposed to the   11:07:53
20 external environment."              11:07:55
21       Does that apply to all patients or 11:07:58
22 plaintiffs?                         11:08:01
23    A.    Unless a woman has complete vaginal 11:08:01
24 procidentia, yes.                   11:08:06

Page 404

1    Q.    Okay.  Let's talk a little bit  11:08:08
2  about what Ms. Judkins does have, and -- let's 11:08:10
3  see -- we can go ahead and --        11:08:23
4        MS. THOMPSON:  Leanna, do you
5  have the -- we don't need to share the 11:08:37
6  screen if I know which record is in the 11:08:39
7  chat.                               11:08:41
8        MS. PITTARD:  Sure.  They should 11:08:42
9  both be labeled in the chat, and the 11:08:43
10 first one is the one from Monadnock -- 11:08:52
11 BY MS. THOMPSON:
12    Q.    If you would look at the medical 11:08:57
13 record that's in the chat.          11:08:59
14    A.    Okay.                     11:09:14
15    Q.    Ready?                    11:09:15
16    A.    Yes, ma'am.               11:09:19
17    Q.    And you note in this record that -- 11:09:19
18 or in Ms. Judkins' medical record, she was noted 11:09:23
19 to have a prominent rectocele and uterine  11:09:27
20 prolapse.                           11:09:33
21       Do you recall that history in the 11:09:35
22 medical records?                    11:09:39
23    A.    I see that in this record, but that 11:09:39
24 was the visit that was actually before her  11:09:42

25 (Pages 401 - 404)

Page 405

1  surgery, and her gynecologist thought she had a  11:09:47
2  cystocele, and that's why she sent her for  11:09:54
3  imaging, but it turned out to be a pelvic mass.  11:09:56
4      Q.    You believe her adnexal mass was  11:10:00
5  coming out of her vagina?  11:10:05
6      A.    I believe that her adnexal mass was  11:10:07
7  palpated on her vaginal exam, yes, and mistaken  11:10:11
8  for a cystocele.  11:10:15
9      Q.    Okay. Well, let's read the actual  11:10:17
10  medical record, and tell me if you still think  11:10:19
11  this is the adnexal mass.  11:10:22
12           "With Valsalva maneuver, prominent  11:10:25
13  cystocele is noted."  11:10:29
14           And you believe he was noting the  11:10:31
15  adnexal mass in the vagina?  11:10:36
16      A.    Who is "he"?  11:10:38
17      A.    Oh, sorry, she. She was Michelle  11:10:44
18  Urban, MD, noting the adnexal mass in the vagina  11:10:48
19  and mistaking it for a cystocele.  11:10:57
20      A.    Yes.  11:11:01
21      Q.    And the uterine prolapse, is it  11:11:01
22  also your opinion that she was inaccurately  11:11:05
23  describing the pelvic mass as a uterine prolapse?  11:11:08
24      A.    I believe the pelvic mass was  11:11:13

Page 406

1  pushing the uterus down, yes.  11:11:16
2      Q.    But you don't know how long that  11:11:20
3  had been happening that she -- that the plaintiff  11:11:23
4  had -- that the patient had described the feeling  11:11:25
5  for several months, correct?  11:11:26
6      A.    No. She said one to two weeks at  11:11:29
7  the time of presentation.  11:11:31
8      Q.    I have that she noted it since --  11:11:32
9  well, there is some conflicting evidence there.  11:11:48
10           Okay. But it's your opinion that  11:11:51
11  the pelvic mass was pushing down the vagina so  11:11:52
12  that it appeared that she was having a cystocele,  11:11:56
13  rectocele and uterine prolapse. Is that your  11:12:02
14  opinion?  11:12:05
15      A.    My opinion is that the pelvic mass  11:12:05
16  was bulging into the vagina. That's what was  11:12:07
17  appreciated on exam. And I believe that it was  11:12:11
18  deviating the uterus inferiorly.  11:12:13
19      Q.    And is it your opinion that the  11:12:17
20  ultrasound CT showed the mass bulging into the  11:12:20
21  vagina?  11:12:24
22      A.    It's my opinion that the imaging  11:12:24
23  studies documented the presence of the mass and  11:12:26
24  did not document a cystocele or a rectocele.  11:12:28

Page 407

1      Q.    Did they document the pelvic mass  11:12:32
2  bulging into the vagina?  11:12:36
3           MS. CURRY:  Object to the form.  11:12:37
4           THE WITNESS:  That was  11:12:38
5  discovered with Valsalva. That was not  11:12:40
6  without the Valsalva. I believe that  11:12:43
7  Dr. Urban palpated the mass and mistook  11:12:46
8  it for a cystocele, because the imaging  11:12:50
9  studies revealed that there was actually  11:12:52
10  a large pelvic mass.  11:12:54
11           Ms. Judkins did not have any  11:12:57
12  reported issues with pelvic prolapse  11:12:59
13  problems after her ovarian cancer  11:13:02
14  surgery. So I do not believe that this  11:13:04
15  was actually pelvic prolapse. I believe  11:13:07
16  that this was the mass being mistaken  11:13:11
17  for a pelvic prolapse.  11:13:13
18  BY MS. THOMPSON:  11:13:17
19      Q.    And you're aware that the operative  11:13:17
20  report describes the mass as being adherent to  11:13:19
21  the pelvic side wall, correct?  11:13:22
22      A.    Yes.  11:13:24
23      Q.    And approximately 10 or 12  11:13:24
24  centimeters -- I forget where it's at, the  11:13:29

Page 408

1  size -- so it's large, correct?  11:13:34
2      A.    Yes.  11:13:37
3      Q.    Have you ever had a 10-centimeter  11:13:37
4  cancerous mass adherent to the pelvic side wall  11:13:45
5  that is mistaken for a cystocele and rectocele  11:13:48
6  and uterine prolapse on vaginal exam?  11:13:52
7           MS. CURRY:  Object to the form.  11:13:56
8           THE WITNESS:  Not by me, because  11:13:57
9  by the time the patient comes to me,  11:13:59
10  she's had imaging studies confirming the  11:14:01
11  presence of the mass. But I have seen  11:14:05
12  the recorded documents of other general  11:14:07
13  OB/GYNs make that exact mistake.  11:14:10
14  BY MS. THOMPSON:  11:14:13
15      Q.    Okay. Well, let's go to another  11:14:16
16  record, and this is after she has already been  11:14:19
17  referred to Dr. West.  11:14:23
18      A.    Give us a second to get there,  11:14:33
19  ma'am. I have to --  11:14:34
20      Q.    I will do that.  11:14:35
21           MS. CURRY:  Okay. Sorry,  11:14:52
22  Margaret, go ahead.  11:14:52
23           MS. THOMPSON:  Got it?  11:14:52
24  BY MS. THOMPSON:  11:14:53

26 (Pages 405 - 408)

Page 409

```
 1      Q.    Reading at the bottom of the first   11:14:53
 2   page: "She initially saw Dr. Urban for symptoms  11:14:55
 3   of prolapse. She had difficulty with urinating,  11:14:59
 4   with incomplete voiding and urinary urgency. On  11:15:02
 5   exam, she was thought to have a cystocele, and a  11:15:06
 6   TVUS was ordered which showed a 10-centimeter   11:15:09
 7   complex adnexal mass and evidence of free fluid.  11:15:13
 8   This was followed by a CT scan which confirmed   11:15:17
 9   the same without any evidence of extrapelvic   11:15:20
10   disease. Her only complaint today is pelvic   11:15:27
11   budge and inside falling out of vagina."   11:15:33
12          Is it your testimony that her   11:15:36
13   feeling of insides falling out of the vagina was  11:15:43
14   an adherent adnexal mass, 10 centimeters?   11:15:47
15      A.    Yes.   11:15:51
16      Q.    And that it had been ongoing since  11:15:52
17   Thanksgiving. She prefers not to -- to not be in  11:15:54
18   an upright position, and in the evenings she   11:15:59
19   feels more full and comfortable.   11:16:03
20          It would not surprise you for a   11:16:09
21   woman with three children, vaginal births to have  11:16:11
22   some pelvic prolapse, correct?   11:16:15
23          MS. CURRY: Object to the form.   11:16:18
24          THE WITNESS: That's not what's   11:16:18
```

Page 410

```
 1   happening here. She has a mass --   11:16:19
 2   BY MS. THOMPSON:
 3      Q.    Okay. I'm just --   11:16:21
 4      A.    Ma'am, you're interrupting me   11:16:22
 5   again.   11:16:24
 6      Q.    But --   11:16:24
 7      A.    You asked me a question, and I'm   11:16:25
 8   trying to --   11:16:27
 9      Q.    Try to answer my questions.   11:16:27
10      A.    I am trying to answer your
11   questions.
12      Q.    And I will try not to interrupt.   11:16:29
13      A.    Thank you so much.   11:16:33
14          That's not what's happening here.   11:16:34
15   This patient has a large pelvic mass, pelvic   11:16:36
16   pressure. The sensation of pelvic pressure is   11:16:40
17   very common in patients with ovarian cancer, and  11:16:43
18   that's what's happening here.   11:16:45
19      Q.    All right. And back to the first   11:16:47
20   record.   11:16:51
21      A.    Hold on a second.
22      Q.    And it's --   11:17:04
23          MS. CURRY: Hold on, give us one   11:17:05
24   second, it takes a minute to load.   11:17:06
```

Page 411

```
 1          THE WITNESS: Okay, we're back   11:17:08
 2   there.   11:17:10
 3   BY MS. THOMPSON:   11:17:10
 4      Q.    In the History of Present Illness,  11:17:10
 5   it says: "Yesterday used a mirror to examine   11:17:12
 6   perineum and saw something in her vagina."   11:17:17
 7          Is it your testimony that that was  11:17:20
 8   actually the perineal mass extruding from her   11:17:22
 9   vagina?   11:17:28
10      A.    What perineal mass?   11:17:29
11      Q.    Sorry. The adnexal mass.   11:17:32
12          MS. CURRY: Object to the form.   11:17:37
13          THE WITNESS: No.   11:17:39
14   BY MS. THOMPSON:
15      Q.    What are you saying she saw when   11:17:45
16   she looked at her perineum with a mirror?   11:17:48
17      A.    Most likely she saw her cervix as  11:17:50
18   she separated her labia and used the mirror to   11:17:54
19   examine what's going on in her vagina.   11:17:58
20      Q.    So she saw her cervix from   11:18:00
21   separating the labia. Is that what you're   11:18:03
22   saying?   11:18:06
23      A.    I think she could have.   11:18:06
24      Q.    Isn't that consistent with a   11:18:13
```

Page 412

```
 1   significant uterine prolapse?   11:18:15
 2          MS. CURRY: Object to the form.   11:18:17
 3          THE WITNESS: I believe that the   11:18:18
 4   mass is pushing down on her other pelvic   11:18:19
 5   organs, and that's why the cervix is   11:18:23
 6   there and able to be felt and seen by   11:18:25
 7   her.   11:18:27
 8   BY MS. THOMPSON:   11:18:27
 9      Q.    So you do agree that complete   11:18:27
10   procidentia of the vagina is an external organ,  11:18:32
11   correct?   11:18:36
12      A.    Well, it's not an external organ.  11:18:37
13   It's been exteriorized.   11:18:40
14      Q.    Okay, it's been exteriorized. And  11:18:43
15   you would agree that many multiparous women have  11:18:44
16   the vagina -- the vaginal wall exteriorized with  11:18:49
17   cystocele, rectocele or uterine prolapse,   11:18:55
18   correct?
19          MS. CURRY: Object to the form.   11:18:59
20          THE WITNESS: Not many. I   11:19:00
21   wouldn't agree with many. And there are   11:19:02
22   various degrees of pelvic prolapse.   11:19:04
23   BY MS. THOMPSON:   11:19:12
24      Q.    We can look at the exact   11:19:13
```

27 (Pages 409 - 412)

Page 413

1    statistics, but multiparous women, you disagree    11:19:14
2    that many have some degree of pelvic prolapse    11:19:19
3    which would result in the vaginal wall being    11:19:23
4    exteriorized.    11:19:26
5         MS. CURRY: Object to the form.    11:19:27
6         THE WITNESS: I would disagree    11:19:29
7    that many multiparous women have stage 4    11:19:30
8    procidentia.    11:19:38
9    BY MS. THOMPSON:    11:19:38
10   Q.    I don't think I said anything about    11:19:38
11   stage 4.    11:19:40
12   A.    You said exteriorized. That's    11:19:41
13   stage 4.    11:19:44
14   Q.    Well, a grade 2 cystocele could be    11:19:44
15   exteriorized.    11:19:49
16   A.    No.    11:19:51
17   Q.    Would you agree?    11:19:51
18   A.    No, I wouldn't agree.    11:19:52
19   Q.    If the vaginal wall is    11:19:59
20   exteriorized, and maybe we need to define what we    11:20:01
21   mean by "exteriorized," then your opinions and at    11:20:05
22   least the medical records state that Ms. Judkins    11:20:09
23   has a prominent cystocele, prominent rectocele    11:20:13
24   and uterine prolapse. Now, whether that's    11:20:17

Page 414

1    because of the adherent adnexal mass pushing    11:20:21
2    that, that's at least what her medical records    11:20:27
3    state. Would you agree?    11:20:29
4         MS. CURRY: Object to the form.    11:20:29
5         THE WITNESS: Dr. Urban stated    11:20:31
6    that.    11:20:33
7    BY MS. THOMPSON:    11:20:33
8    Q.    And so did the doctor who saw her,    11:20:33
9    Dr. West?    11:20:36
10   A.    No, Dr. West only documented a    11:20:36
11   rectocele, not a cystocele or uterine    11:20:40
12   procidentia.    11:20:45
13   Q.    All right. Dr. West documented the    11:20:45
14   prominent rectocele.    11:20:48
15   A.    Correct.    11:20:51
16   Q.    And does that modify your opinions    11:20:51
17   at all as to whether talcum powder applied to the    11:20:55
18   perineum can reach the vagina?    11:21:01
19   A.    No.    11:21:03
20   Q.    Are you talking about just    11:21:08
21   Ms. Judkins or a patient that has vaginal wall    11:21:10
22   visible at the perineum at the introitus?    11:21:15
23   A.    We're just talking case specific    11:21:20
24   about Ms. Judkins, right? So then I'm just    11:21:22

Page 415

1    talking about Ms. Judkins.    11:21:24
2    Q.    Well, I asked you about a patient    11:21:25
3    like Ms. Judkins.    11:21:27
4    A.    But I'm talking about Ms. Judkins.    11:21:29
5    Q.    Okay. Well, you have to answer my    11:21:31
6    question. You don't get to choose what you're    11:21:32
7    going to answer or not.    11:21:35
8         MS. CURRY: Object to the form.    11:21:36
9    BY MS. THOMPSON:    
10   Q.    So my question is, is a woman who    11:21:37
11   has a prominent cystocele, rectocele and uterine    11:21:41
12   prolapse as described in Ms. Judkins' medical    11:21:48
13   records, is it still your opinion that there's --    11:21:51
14   that talcum powder applied to the perineum would    11:21:57
15   not reach the vagina?    11:22:02
16   A.    Yes.    11:22:06
17   Q.    All right. Let's move on.    11:22:09
18   A.    Shall we take these documents --    11:22:15
19   I'm sorry, Ms. Thompson, shall we take these    11:22:17
20   documents down or --    11:22:20
21   Q.    Yes, you can take those documents    11:22:21
22   down.    11:22:24
23   A.    Thank you.    11:22:24
24        MS. THOMPSON: And I want to    11:22:30

Page 416

1    move now to Dr. Godleski's report. If    11:22:30
2    we could mark that as the next exhibit.    11:22:41
3         MS. CURRY: 37.    11:22:43
4         (Exhibit No. 37 was marked for    11:22:43
5         identification.)    
6         THE WITNESS: Okay, Ms.    
7    Thompson, I have it.    
8    BY MS. THOMPSON:    
9    Q.    You reviewed Dr. Godleski's report    11:24:53
10   for Ms. Judkins, correct?    11:24:55
11   A.    Yes, ma'am.    11:24:57
12   Q.    If you will turn to page 4 of your    11:24:58
13   report --    11:25:02
14   A.    Of my report, okay.    11:25:03
15   Q.    -- the discussion of Dr. Godleski's    11:25:07
16   report is related to Dr. Wolf's citing    11:25:11
17   Dr. Godleski's report. Agree?    11:25:21
18        MS. CURRY: Object to the form.    11:25:23
19        THE WITNESS: Well, I mean, I    11:25:24
20   discuss that Dr. Godleski is cited to by    11:25:26
21   Dr. Wolf as supporting her opinion, but    11:25:31
22   I also read Dr. Godleski's report.    11:25:33
23   BY MS. THOMPSON:    
24   Q.    So you're also making independent    11:25:36

28 (Pages 413 - 416)

Page 417

1  opinions as to Dr. Godleski's report, correct?    11:25:40
2      A.    That's correct.          11:25:43
3      Q.    Okay. And you state that in    11:25:44
4  Dr. Godleski's report he states that he found    11:25:53
5  birefringent particles which likely represent    11:25:56
6  talc in Ms. Judkins' left ovary and right pelvic    11:25:59
7  lymph node.
8          Was that your takeaway from his    11:26:06
9  report?                 11:26:08
10     A.    That's part of it.         11:26:08
11     Q.    What is the other part of it?    11:26:09
12     A.    He also looked at her cervix and    11:26:11
13  said he found talc there. But I list that later.  11:26:15
14  Somehow I omitted the word "cervix" there, but    11:26:19
15  yes.                   11:26:22
16     Q.    And when you looked at -- well,    11:26:22
17  what else did he do besides look at birefringent  11:26:33
18  particles?               11:26:37
19         MS. CURRY: Object to the form.    11:26:38
20         THE WITNESS: He looked at the    11:26:39
21     pathology. He looked for evidence of    11:26:40
22     talc.                 11:26:42
23  BY MS. THOMPSON:
24     Q.    How did he look for evidence of    11:26:43

Page 418

1  talc?                   11:26:46
2      A.    With various microscopic methods.  11:26:46
3      Q.    Which ones?            11:26:49
4      A.    I don't know --          11:26:52
5          MS. CURRY: Object to the form.    11:26:52
6          THE WITNESS: -- off the top of    11:26:53
7     my head. I would have to read through    11:26:54
8     his report again. I'm not -- I don't    11:26:56
9     try and examine tissues for the presence  11:26:59
10     of talc. I just know that he used    11:27:01
11     various microscopic techniques to look    11:27:04
12     for talc.              11:27:06
13  BY MS. THOMPSON:              11:27:07
14     Q.    Okay. But when you say in    11:27:07
15  Dr. Godleski's report, he states he found    11:27:09
16  birefringent particles which likely represent    11:27:12
17  talc in Ms. Judkins' left ovary and right pelvic  11:27:16
18  lymph node, that's misleading as to what he    11:27:20
19  actually performed to determine that the    11:27:22
20  particles were talc. Wouldn't you agree?    11:27:28
21         MS. CURRY: Object to the form.    11:27:31
22         THE WITNESS: No.         11:27:32
23  BY MS. THOMPSON:
24     Q.    Okay. Let's look at his report and  11:27:32

Page 419

1  see what he actually did to make the    11:27:35
2  determination.             11:27:37
3          So beginning on page 2 of    11:27:43
4  Dr. Godleski's report, he looked at the    11:27:44
5  histologic slides with light microscopy and    11:27:47
6  confirmed a diagnosis of poorly differentiated    11:27:52
7  serous carcinoma of the ovary, and he provides    11:27:56
8  photomicrographs in his report of those findings,  11:28:01
9  correct?
10     A.    Correct.              11:28:07
11     Q.    And then he used polarized light    11:28:07
12  microscopy, and what was the purpose of the    11:28:12
13  polarized light microscopy?         11:28:15
14         MS. CURRY: Object to the form.    11:28:18
15         THE WITNESS: To try and detect    11:28:20
16     birefringent particles.         11:28:27
17  BY MS. THOMPSON:              11:28:29
18     Q.    And the reason he looked for the    11:28:29
19  birefringent foreign material in the same plane    11:28:31
20  of focus with the tissues is so that he could    11:28:33
21  concentrate on those areas when he moved to the    11:28:36
22  SEM, correct?              11:28:39
23         MS. CURRY: Object to the form.    11:28:40
24         THE WITNESS: I don't    11:28:42

Page 420

1  necessarily know that, and he didn't say    11:28:42
2     that.                 11:28:45
3  BY MS. THOMPSON:              11:28:46
4      Q.    And in addition to SEM, he    11:28:46
5  performed EDS on the particles that he    11:28:49
6  identified, correct?           11:28:54
7      A.    Correct.              11:28:56
8      Q.    What is EDS?           11:28:57
9      A.    It's a digestion of the tissues. I  11:28:59
10  don't know exactly what the three letters stand  11:29:06
11  for, but it's a digestion of the tissues.    11:29:08
12     Q.    It is?               11:29:11
13     A.    It's energy dispersive x-ray    11:29:11
14  analysis.                11:29:17
15     Q.    And is that what determines the    11:29:17
16  chemical components of the particles that he    11:29:24
17  identifies?               11:29:28
18         MS. CURRY: Object to the form.    11:29:28
19         THE WITNESS: I don't know.    11:29:28
20  BY MS. THOMPSON:
21     Q.    And were you interested in    11:29:31
22  understanding Dr. Godleski's methods when he made  11:29:36
23  these findings?             11:29:48
24     A.    Sorry, when he what?        11:29:49

29 (Pages 417 - 420)

Page 421

1    Q.    When he found the particles in the  11:29:50
2    tissues.                    11:29:53
3         MS. CURRY:  Object to the form.    11:29:55
4         THE WITNESS:  I mean I read his    11:29:56
5    report.  I don't hold myself out to be a   11:29:57
6    mineralogist, and so I don't feel that I   11:30:03
7    needed to have a mastery of these         11:30:05
8    techniques.                 11:30:07
9    BY MS. THOMPSON:                  11:30:08
10   Q.    Is Dr. Godleski a mineralogist?    11:30:08
11   A.    I believe he's a pathologist.     11:30:11
12   Q.    So what do you know about         11:30:13
13   Dr. Godleski?                 11:30:15
14        MS. CURRY:  Object to the form.    11:30:16
15        THE WITNESS:  With respect to      11:30:18
16   what?                     11:30:18
17   BY MS. THOMPSON:                  11:30:18
18   Q.    Just in general.           11:30:21
19   A.    He's a pathologist that has       11:30:24
20   testified on behalf of plaintiffs in these talc  11:30:26
21   cases.                    11:30:29
22   Q.    Is that all you know about        11:30:30
23   Dr. Godleski?                 11:30:32
24        MS. CURRY:  Object to the form.    11:30:32

Page 422

1         THE WITNESS:  Yes.           11:30:34
2    BY MS. THOMPSON:                  11:30:34
3    Q.    Do you know that he is professor   11:30:34
4    emeritus at Harvard?            11:30:41
5    A.    He says he retired from the       11:30:43
6    Department of Pathology in 2017 in his report.  11:30:46
7    So that's there.              11:30:50
8    Q.    I don't think that was my question.  11:30:53
9         Did you know that he was professor  11:30:54
10   emeritus at Harvard?            11:30:56
11        MS. CURRY:  Object to the form,   11:30:58
12   asked and answered.            11:30:58
13        THE WITNESS:  I just answered      11:31:01
14   that.  Emeritus means retired.      11:31:02
15   BY MS. THOMPSON:                  11:31:07
16   Q.    Is every physician that retires at  11:31:07
17   a academic institution a professor emeritus?  11:31:09
18   A.    I think it depends on the        11:31:14
19   institution.                11:31:16
20   Q.    Does it depend on the body of --   11:31:17
21   the importance of the body of work and    11:31:24
22   contribution that the professor has made to the  11:31:26
23   university?                 11:31:28
24        MS. CURRY:  Object to the form.    11:31:29

Page 423

1         THE WITNESS:  I think it depends   11:31:30
2    upon the institution.           11:31:31
3    BY MS. THOMPSON:                  11:31:32
4    Q.    Do you know that Dr. Godleski's   11:31:36
5    work is archived in the Harvard Library?   11:31:37
6    A.    No, I do not.             11:31:40
7    Q.    Has every professor at a university  11:31:42
8    had their work archived in the university's  11:31:45
9    library?                  11:31:49
10   A.    I don't know the answer to that.   11:31:50
11   Q.    Do you know if Godleski's work has  11:31:53
12   ever been questioned or criticized before this  11:31:56
13   litigation?                 11:32:00
14        MS. CURRY:  Object to the form.    11:32:00
15        THE WITNESS:  I don't know the     11:32:02
16   answer to that.               11:32:02
17   BY MS. THOMPSON:                  11:32:02
18   Q.    Are you questioning the validity of  11:32:06
19   Dr. Godleski's techniques?         11:32:08
20   A.    No, I am not.             11:32:12
21   Q.    Are you questioning the accuracy of  11:32:14
22   his findings?                11:32:17
23   A.    No, I am not.             11:32:19
24   Q.    And if you looked at his report and  11:32:21

Page 424

1    his references, there are six peer-reviewed   11:32:26
2    articles that address his technique and his  11:32:32
3    findings and answer some of the questions that  11:32:40
4    you include in your report as criticisms.   11:32:44
5         Did you look at any of those peer-  11:32:47
6    reviewed articles to help you understand    11:32:50
7    Godleski's findings and the significance?   11:32:53
8         MS. CURRY:  Object to the form.    11:32:55
9         THE WITNESS:  I read some of the   11:32:57
10   articles that are on his reference list.   11:32:59
11   BY MS. THOMPSON:                  11:33:01
12   Q.    And you still had the questions   11:33:04
13   that you raised in your report?      11:33:06
14        MS. CURRY:  Object to the form.    11:33:08
15        THE WITNESS:  I stand by my        11:33:09
16   report.                   11:33:11
17   BY MS. THOMPSON:                  11:33:11
18   Q.    Okay.  And so if the questions were  11:33:12
19   answered in the peer-reviewed literature that  11:33:14
20   Dr. Godleski and his team have published, that  11:33:18
21   doesn't impact the criticisms and questions that  11:33:22
22   you raise.                  11:33:26
23        MS. CURRY:  Object to the form.    11:33:27
24        THE WITNESS:  That's correct.     11:33:29

30 (Pages 421 - 424)

Page 425

1  BY MS. THOMPSON:
2      Q.    And in Ms. Judkins' pelvic tissues, 11:33:33
3  Dr. Godleski found 17 talc particles.  Do you   11:33:41
4  agree?                          11:33:45
5          MS. CURRY:  Object to the form.    11:33:45
6          THE WITNESS:  Let me see what he
7  says.  That's correct.          11:34:03
8  BY MS. THOMPSON:
9      Q.    And Dr. Godleski's conclusion at   11:34:11
10 the very last sentence in the report is that:   11:34:13
11 "Therefore, based on the findings of this case,  11:34:17
12 it can be stated to a reasonable degree of    11:34:20
13 medical certainty that the talc found in this    11:34:22
14 case is contributory evidence for a causal link  11:34:27
15 between the presence of talc and the development  11:34:30
16 of this patient's ovarian cancer."        11:34:33
17          You agree that that's       11:34:36
18 Dr. Godleski's conclusion, correct?        11:34:38
19      A.    That's his opinion.          11:34:41
20      Q.    It's his conclusion.  Correct?   11:34:45
21      A.    It's his opinion.          11:34:47
22      Q.    And yet you are critical of      11:34:54
23 Dr. Wolf for citing that Dr. Godleski's report   11:34:55
24 supports her opinions.  Correct?          11:35:04

Page 426

1          MS. CURRY:  Object to the form.    11:35:07
2          THE WITNESS:  That's correct.     11:35:09
3  BY MS. THOMPSON:                  11:35:09
4      Q.    But she is just citing        11:35:13
5  Dr. Godleski's conclusions.  Correct?       11:35:16
6      A.    I don't necessarily know that    11:35:18
7  that's the case.  I'm not inside Dr. Wolf's head. 11:35:22
8  All I know is that she said that Dr. Godleski's  11:35:25
9  report supports her conclusion.           11:35:29
10     Q.    But you don't have to be in      11:35:32
11 Dr. Wolf's head to read what she wrote, correct? 11:35:34
12     A.    Dr. Wolf says that Dr. Godleski's  11:35:38
13 report supports her opinion.             11:35:40
14     Q.    And did you look at Dr. Longo's   11:35:51
15 report for Ms. Judkins?                11:35:53
16     A.    I did not.       11:35:55
17     Q.    Why not?           11:35:57
18     A.    I didn't think it was important to  11:35:58
19 my opinions.                     11:35:59
20     Q.    And you were not provided       11:36:02
21 Dr. Longo's report by Johnson & Johnson counsel, 11:36:05
22 correct?
23     A.    That's correct.        11:36:09
24     Q.    And would that lead you to believe 11:36:10

Page 427

1  that Johnson & Johnson did not think it was     11:36:13
2  important either?                   11:36:19
3          MS. CURRY:  Objection.  Calls     11:36:19
4  for speculation.                 11:36:21
5          THE WITNESS:  I don't know what    11:36:21
6  Johnson & Johnson thinks.            11:36:22
7  BY MS. THOMPSON:                   11:36:22
8      Q.    When you looked at the records,   11:36:25
9  literature, anything provided to you by Johnson & 11:36:30
10 Johnson, did you think you were getting       11:36:34
11 everything that was important for you to review  11:36:37
12 the case?                      11:36:39
13         MS. CURRY:  Objection.        11:36:40
14 misstates prior testimony about how she     11:36:44
15 received materials.             11:36:46
16         THE WITNESS:  I believe I had     11:36:48
17 all of the materials I needed to render     11:36:49
18 the opinions that I've rendered.        11:36:52
19 BY MS. THOMPSON:
20     Q.    And is part of that because you are 11:36:58
21 not considering asbestos when you're giving your 11:37:00
22 opinions as to whether talcum powder can cause   11:37:06
23 ovarian cancer?                   11:37:10
24         MS. CURRY:  Object to the form.    11:37:10

Page 428

1          THE WITNESS:  Not specifically.    11:37:12
2  BY MS. THOMPSON:
3      Q.    Okay.  So do you know what       11:37:16
4  Dr. Longo found?                  11:37:18
5      A.    I have not seen Dr. Longo's report. 11:37:18
6      Q.    Did you read Dr. Wolf's report that 11:37:21
7  discusses Dr. Longo's findings?          11:37:24
8      A.    A while ago.             11:37:26
9      Q.    Did you read her deposition that   11:37:31
10 discussed the significance of Dr. Longo's     11:37:32
11 findings?                      11:37:34
12     A.    I don't recall that specific      11:37:35
13 section.                     11:37:36
14     Q.    So in addition to talcum powder not 11:37:38
15 causing this or contributing to Ms. Judkins'   11:37:50
16 ovarian cancer, is it also your opinion that any  11:37:52
17 asbestos that would be present in Johnson's baby  11:37:54
18 powder and Shower to Shower does not contribute  11:37:59
19 or cause her ovarian cancer?            11:38:01
20         MS. CURRY:  Object to the form.    11:38:03
21         THE WITNESS:  That's correct.     11:38:04
22 BY MS. THOMPSON:
23     Q.    And are you aware that Dr. Longo   11:38:06
24 estimated the amount of exposure that Ms. Judkins 11:38:16

31 (Pages 425 - 428)

Page 429

1  would have received from her talcum powder usage 11:38:20
2  of both talc and asbestos -- talc fibers and    11:38:29
3  asbestos?                    11:38:30
4      A.    I have not seen Dr. Longo's report. 11:38:30
5      Q.    Did you read that in Dr. Wolf's   11:38:32
6  report?                    11:38:34
7      A.    I don't recall that.       11:38:35
8      Q.    Is it your opinion that asbestos   11:38:47
9  exposure could not have caused or contributed to 11:38:51
10 Ms. Judkins' ovarian cancer?           11:38:56
11     A.    That's correct.         11:38:57
12     Q.    And in your report on Ms. Judkins, 11:39:05
13 there's no discussion of the potential role of  11:39:08
14 asbestos. Correct?              11:39:12
15         MS. CURRY: Object to the form.   11:39:13
16         THE WITNESS: That's correct.    11:39:15
17 BY MS. THOMPSON:
18     Q.    And wouldn't you agree that an   11:39:18
19 omission of a piece of evidence is as important  11:39:20
20 as including something that is irrelevant?     11:39:25
21         MS. CURRY: Object to the form.   11:39:31
22         THE WITNESS: I don't understand  11:39:33
23     that question.             11:39:33
24 BY MS. THOMPSON:

Page 430

1      Q.    Okay. I don't either.       11:39:35
2          Is the omission of any discussion 11:39:49
3  of potential exposure to asbestos of Ms. Judkins 11:39:50
4  relevant to your opinions?           11:39:54
5          MS. CURRY: Object to the form.  11:39:57
6          THE WITNESS: Is the omission of  11:39:59
7      any discussion of asbestos -- I do not  11:40:01
8      believe that asbestos is related to    11:40:03
9      Ms. Judkins' development of ovarian    11:40:06
10     cancer.                11:40:07
11 BY MS. THOMPSON:              11:40:07
12     Q.    Is it related to any increased risk 11:40:11
13 of ovarian cancer in any way?          11:40:14
14     A.    I do not believe that asbestos is  11:40:15
15 related to the development of ovarian cancer.    11:40:20
16     Q.    And you do know that IARC has    11:40:22
17 determined that talc fibers and asbestos cause   11:40:35
18 ovarian cancer, do you not?           11:40:38
19         MS. CURRY: Object to the form.   11:40:39
20     Covered. That would be a general cause  11:40:40
21     opinion that you are out of time on    11:40:43
22     questioning about.           11:40:48
23         MS. THOMPSON: I'm asking about   11:40:48
24     her failure to include asbestos as a   11:40:49

Page 431

1  potential cause, and I'm trying to       11:40:52
2  determine why she omitted that from her    11:40:54
3  discussion. And it is relevant.        11:40:59
4          MS. CURRY: And she did respond   11:41:01
5      to that question already. But now     11:41:02
6      you're asking specifically about the   11:41:04
7      IARC monograph, which is clearly a    11:41:08
8      general cause opinion.          11:41:10
9          MS. THOMPSON: No, it's related   11:41:12
10     to why she would disregard IARC's     11:41:13
11     determination.             11:41:18
12         MS. CURRY: Disagree.        11:41:18
13         THE WITNESS: IARC did not weigh  11:41:20
14     in on Ms. Judkins' development of     11:41:22
15     ovarian cancer.            11:41:25
16 BY MS. THOMPSON:              11:41:26
17     Q.    But IARC did weigh in on exposure  11:41:26
18 to talc fibers and asbestos in causing ovarian   11:41:29
19 cancer, correct?              11:41:34
20         MS. CURRY: Object to the form.   11:41:35
21         THE WITNESS: Not with respect   11:41:36
22     to Ms. Judkins, and we covered all of   11:41:37
23     this yesterday.            11:41:39
24 BY MS. THOMPSON:

Page 432

1      Q.    I am not asking you -- I'm asking  11:41:46
2  you the question, did IARC determine that talc   11:41:48
3  fibers and asbestos can cause ovarian cancer?   11:41:52
4          MS. CURRY: Now I'm going to    11:41:56
5      instruct her not to answer. This is    11:41:58
6      clearly within the realm of general    11:41:59
7      opinions and --            11:42:03
8          MS. THOMPSON: Well, I want to   11:42:03
9      know why it isn't included in       11:42:04
10     Ms. Judkins' report. That is totally   11:42:05
11     unacceptable. So -- but if you instruct 11:42:07
12     her not to answer --          11:42:10
13         MS. CURRY: And she answered --   11:42:10
14         MS. THOMPSON: -- well, put that  11:42:10
15     on the record.             11:42:10
16         MS. CURRY: I'm sorry. I did    11:42:11
17     not mean to cut you off, Margaret.    11:42:12
18     She did answer why it was not in     11:42:15
19 the report for Ms. Judkins, and that she     11:42:18
20 doesn't find that asbestos -- it's her     11:42:20
21 opinion that it's not related to the      11:42:22
22 development of ovarian cancer. But       11:42:24
23 we're not going to retread IARC today as    11:42:25
24 a general cause opinion. I'm sorry.      11:42:29

32 (Pages 429 - 432)

Page 433

1    BY MS. THOMPSON:
2        Q.    And would asbestos -- the presence 11:42:33
3    of asbestos impact your opinions on mechanism in 11:42:36
4    any way on Ms. Judkins? 11:42:41
5        MS. CURRY: Object to the form. 11:42:42
6        THE WITNESS: Asbestos did not 11:42:44
7    contribute to Ms. Judkin's developing 11:42:45
8    ovarian cancer. 11:42:47
9    BY MS. THOMPSON: 11:42:48
10        Q.    Okay. A few final questions. If 11:42:55
11    you'll turn to your report. 11:42:57
12        A.    I'm there. 11:43:02
13        Q.    And if we could -- 11:43:04
14        A.    Oh, Ms. Thompson, I'm sorry. May 11:43:07
15    I -- before we move entirely on, on that page 11:43:10
16    that we were just on, I realized that I have a 11:43:14
17    typo in that same paragraph that we were on. 11:43:17
18        The second to last sentence should 11:43:23
19    read: "The left ovary, cervix and right pelvic 11:43:25
20    lymph node." So I have the laterality correct up 11:43:30
21    above, but I mistyped it on the second to last 11:43:33
22    line. It should not be right pelvic -- I'm 11:43:36
23    sorry, it should be right pelvic lymph node, not 11:43:39
24    left. 11:43:41

Page 434

1        Q.    Thank you. 11:43:44
2        A.    I apologize for that. 11:43:44
3        Q.    That's no problem. 11:43:45
4        MS. THOMPSON: If we could get 11:44:04
5    Dr. Wolf's report in front of Dr. Saenz. 11:44:05
6        (Exhibit No. 38 was marked for
7        identification.)
8    BY MS. THOMPSON:
9        Q.    And it's in your report, page -- I 11:45:05
10    have labeled as page 4, but it's -- I think it's 11:45:11
11    the next to last page, it's the page that the 11:45:20
12    footnote at the bottom is "Deposition transcript 11:45:26
13    of Lloyd West." 11:45:28
14        A.    Yes, I have that. 11:45:31
15        Q.    And I'm looking at the paragraph -- 11:45:33
16    the last paragraph that begins: "In her reports 11:45:36
17    and in testimony, Dr. Wolf states that she has 11:45:40
18    performed a differential diagnosis and concluded 11:45:45
19    that Ms. Judkins' ovarian cancer was caused by 11:45:49
20    the perineal application of talc because she 11:45:52
21    cannot identify that Ms. Judkins had any of the 11:45:54
22    established risk factors for ovarian cancer." 11:45:59
23        Two questions. One, did you 11:46:03
24    identify anything -- any statements in Dr. Wolf's 11:46:05

Page 435

1    report relating to her literature review that you 11:46:19
2    found inaccurate? 11:46:24
3        A.    Yes. 11:46:26
4        Q.    And I'm talking about her reference 11:46:31
5    to the literature, not her opinions. 11:46:34
6        And what were those? 11:46:36
7        A.    She -- 11:46:37
8        MS. CURRY: Object to the form. 11:46:37
9        Sorry, go ahead.
10        THE WITNESS: She states that 11:46:43
11    Phung is evidence of cumulative synergy 11:46:52
12    additive effects of risk factors, and 11:46:56
13    that is not what the authors concluded. 11:46:58
14        And she in deposition testimony 11:47:01
15    states that the American Cancer Society 11:47:05
16    is calling for more research on the 11:47:09
17    perineal application of talc and the 11:47:13
18    risk of developing ovarian cancer, and 11:47:16
19    that's actually not what they say. 11:47:18
20    BY MS. THOMPSON:
21        Q.    Anything else, that was factually 11:47:23
22    incorrect in your mind? 11:47:27
23        MS. CURRY: Object to the form. 11:47:29
24        THE WITNESS: Not that I can 11:47:30

Page 436

1    recall right now. 11:47:31
2    BY MS. THOMPSON:
3        Q.    Okay. And where in Dr. Wolf's 11:47:41
4    report did you see that she concluded that 11:47:43
5    Ms. Judkins' ovarian cancer was caused by 11:47:48
6    perineal application of talc because she couldn't 11:47:51
7    identify any other risk factor? Does she say 11:47:55
8    anything like that in her report? 11:47:58
9        MS. CURRY: Object to the form. 11:47:59
10        THE WITNESS: Well, she states 11:48:01
11    that she doesn't have any other risk 11:48:03
12    factors. 11:48:07
13    BY MS. THOMPSON:
14        Q.    But you're stating that that's the 11:48:13
15    reason she stated that ovarian cancer was caused 11:48:14
16    by perineal application of talc because she 11:48:19
17    couldn't identify any other risk factors. 11:48:22
18        She doesn't say that, does she? 11:48:24
19        A.    She doesn't identify -- 11:48:26
20        MS. CURRY: Object to the form. 11:48:26
21        THE WITNESS: Sorry. She 11:48:26
22    doesn't identify any other contributing 11:48:27
23    causes of Ms. Judkins' ovarian cancer. 11:48:29
24    BY MS. THOMPSON: 11:48:31

33 (Pages 433 - 436)

Page 437

1    Q.    But your statement is that's why    11:48:32
2    she concludes that talc is a contributing cause    11:48:33
3    because she couldn't identify anything else, and    11:48:38
4    that's not correct.    11:48:41
5    A.    No, it is correct.    11:48:42
6    Q.    Okay.  That would be speculation,    11:48:44
7    you would agree?    11:48:47
8         MS. CURRY:  Object to the form.    11:48:48
9         THE WITNESS:  No, I don't agree.    11:48:49
10   BY MS. THOMPSON:    11:48:50
11   Q.    Okay.  And then at the bottom of    11:48:56
12   that, you say:  "Dr. Wolf has fallen into the    11:48:57
13   same trap that many of our patients fall into,    11:49:01
14   they simply want an explanation as to why they    11:49:07
15   developed cancer.  Since she can't identify the    11:49:11
16   reason for Ms. Judkins' ovarian cancer, she is    11:49:17
17   attributing it to the use of baby powder    11:49:21
18   products.  Sound medical judgment does not    11:49:23
19   function in this manner."    11:49:27
20        That's a strong criticism of    11:49:29
21   Dr. Wolf, isn't it?    11:49:31
22   A.    Yes, it is.    11:49:33
23   Q.    Do you know Dr. Wolf?    11:49:34
24   A.    No, I do not.    11:49:36

Page 438

1    Q.    Do you know anything about her    11:49:40
2    career?    11:49:41
3    A.    Only what she has written in her    11:49:42
4    reports.    11:49:44
5    Q.    And what is that?    11:49:45
6         MS. CURRY:  Object to the form.    11:49:51
7         THE WITNESS:  That she has    11:49:52
8    worked at various institutions, and that    11:49:53
9    most recently she's been employed at    11:49:55
10   various hospitals as a locum tenens GYN    11:49:58
11   oncologist.    11:50:03
12   BY MS. THOMPSON:    11:50:04
13   Q.    And where was the bulk of her    11:50:04
14   professional career --    11:50:07
15        MS. CURRY:  Object to the form.    11:50:08
16   BY MS. THOMPSON:
17   Q.    -- performed?    11:50:10
18   A.    I believe she was at an MD Anderson    11:50:10
19   affiliate.    11:50:14
20   Q.    She was actually at MD Anderson in    11:50:14
21   Houston.  Were you aware of that?    11:50:18
22   A.    No, I was not.    11:50:20
23   Q.    And MD Anderson is frequently, if    11:50:21
24   not always, named as the number one cancer center    11:50:27

Page 439

1    in the world.  Would you agree?    11:50:30
2    A.    I think it's number two.    11:50:31
3    Q.    Well, I like Duke.    11:50:38
4         So -- and you know -- do you know    11:50:40
5    that her career was exclusively devoted to    11:50:43
6    ovarian cancer?    11:50:48
7         MS. CURRY:  Object to the form.    11:50:49
8         THE WITNESS:  No, I do not.    11:50:50
9    BY MS. THOMPSON:
10   Q.    Did you know that she did bench    11:50:52
11   work as well as clinical work, actually performed    11:50:54
12   the bench work?    11:50:57
13        MS. CURRY:  Object to the form.    11:50:58
14        THE WITNESS:  No, I do not.    11:50:59
15   BY MS. THOMPSON:
16   Q.    Do you know that she has hundreds    11:51:03
17   of publications specifically relating to ovarian    11:51:05
18   cancer?    11:51:08
19        MS. CURRY:  Object to the form.    11:51:08
20        THE WITNESS:  No, I do not.    11:51:09
21   BY MS. THOMPSON:
22   Q.    Is it your opinion that she cares    11:51:10
23   about her patients less than you do?    11:51:15
24        MS. CURRY:  Object to the form.    11:51:18

Page 440

1         THE WITNESS:  I have no such    11:51:18
2    opinion.    11:51:20
3    BY MS. THOMPSON:    11:51:20
4    Q.    Is it your opinion that she cares    11:51:23
5    about preventing ovarian cancer less than you do?    11:51:25
6         MS. CURRY:  Object to the form.    11:51:28
7         THE WITNESS:  I have no such    11:51:28
8    opinion.    11:51:29
9    BY MS. THOMPSON:
10   Q.    Do you know that she has been an    11:51:33
11   advocate for ovarian cancer and raised hundreds    11:51:36
12   of thousands of dollars for ovarian cancer    11:51:38
13   research?    11:51:41
14        MS. CURRY:  Object to the form.    11:51:41
15        THE WITNESS:  I have no    11:51:42
16   knowledge of that.    11:51:43
17   BY MS. THOMPSON:
18   Q.    And so I want to read from    11:51:53
19   Dr. Wolf's report, and this is the closest I    11:51:57
20   could find to the opinions you gave that she fell    11:51:59
21   into the trap of -- like things of wanting to    11:52:03
22   know what caused cancer, and others that you are    11:52:07
23   extremely critical of.    11:52:11
24        If you will turn to -- and I do not    11:52:13

34 (Pages 437 - 440)

Page 441

1  have -- let me pull up mine so I can direct you  11:52:27
2  to the correct page.                    11:52:30
3        And do you have Dr. Wolf's report  11:52:47
4  in front of you, Dr. Saenz?              11:52:50
5    A.   Yes, I do.                11:52:51
6    Q.   If you could turn to page -- sorry, 11:53:02
7  this wasn't what I was looking for.        11:53:34
8        Okay.  I was searching for NCI and  11:54:24
9  got incidence every time.              11:54:27
10        If you will turn to page 3 of her  11:54:29
11  general report.                      11:54:30
12    A.   Okay.                  11:54:35
13    Q.   And beginning with the paragraph  11:54:36
14  towards the bottom, "The National Cancer      11:54:39
15  Institute."                        11:54:43
16        "The National Cancer Institute    11:54:43
17  defines a risk factor as something that increases 11:54:46
18  the chances of developing a disease.        11:54:50
19  Associations can occur that are not actually    11:54:54
20  linked with a disease."              11:54:58
21        Are we okay so far?  Do you agree  11:55:00
22  with those two statements?              11:55:02
23        MS. CURRY:  Object to the form.    11:55:04
24        Do you mean do you agree with      11:55:06

Page 442

1    the statements themselves or that you    11:55:08
2    read them correctly?              11:55:10
3        MS. THOMPSON:  Oh, that's a good    11:55:11
4    question.                    11:55:12
5  BY MS. THOMPSON:                    11:55:12
6    Q.   Did I read them correctly first?  11:55:12
7    A.   You read them correctly.        11:55:15
8    Q.   And do you agree with those two  11:55:17
9  statements in Dr. Wolf's report?          11:55:19
10    A.   Yes.                  11:55:21
11    Q.   All right.  She goes on: "A    11:55:22
12  causative risk factor is one that increases the 11:55:23
13  chances of developing a disease by means of a  11:55:28
14  known or predictable mechanism.  In other words, 11:55:32
15  it is more than a mere association."  And she  11:55:36
16  gives a cite, Vineis 2017.            11:55:42
17        Do you agree with that statement?  11:55:45
18    A.   I have not -- I am not looking at  11:55:47
19  the Vineis paper, so I don't know exactly what  11:55:57
20  sentences come from Vineis, but you read them  11:56:00
21  correctly, and I don't object to anything that's 11:56:02
22  been said so far.                11:56:04
23  BY MS. THOMPSON:                  11:56:05
24    Q.   But would you agree with the    11:56:06

Page 443

1  statement by Dr. Wolf?              11:56:09
2    A.   Which is Dr. Wolf's statement and  11:56:12
3  which is from the Vineis paper?          11:56:14
4    Q.   Well, I'm reading the statement    11:56:15
5  from Dr. Wolf, and that's what I'm asking you if 11:56:18
6  you agree with.  I'm not asking if you agree with 11:56:21
7  the Vineis paper or if the Vineis paper even    11:56:23
8  supports this opinion or this statement.  I'm    11:56:27
9  asking if you agree with that statement.      11:56:29
10    A.   I agree with that statement.      11:56:31
11    Q.   "And as a physician, I use the    11:56:42
12  terms 'risk factor' and 'contributing cause'    11:56:44
13  interchangeably when the known or predictable  11:56:47
14  mechanism for the effect is plausible."      11:56:51
15        Did I read that correctly?        11:56:54
16    A.   You read that correctly.        11:56:55
17    Q.   And is it your understanding that  11:56:57
18  this is Dr. Wolf's methodology for determining  11:57:02
19  whether a risk factor can be a contributing cause 11:57:10
20  of ovarian cancer?                11:57:13
21        MS. CURRY:  Object to the form.    11:57:14
22        THE WITNESS:  I think she's      11:57:16
23    saying that's her practice, but I don't  11:57:17
24    know that that's her methodology.      11:57:19

Page 444

1  BY MS. THOMPSON:                  11:57:21
2    Q.   Okay.  That would be her practice  11:57:21
3  then, as she states, correct?          11:57:23
4    A.   That's what she states.        11:57:25
5    Q.   And do you disagree with this    11:57:27
6  practice?                    11:57:33
7        MS. CURRY:  Object to the form.    11:57:33
8        THE WITNESS:  I do.          11:57:34
9  BY MS. THOMPSON:                  11:57:34
10    Q.   And what part of that statement do  11:57:38
11  you disagree with?                11:57:39
12    A.   Plausible is not the same thing as 11:57:40
13  what is outlined before, which is a known or    11:57:44
14  predictable mechanism.              11:57:47
15    Q.   Who said plausible was known?    11:57:54
16    A.   Plausible is not the same word as 11:57:56
17  known or predictable, so --          11:57:58
18    Q.   Right, but it could -- sorry.  But 11:58:00
19  it's "or," not "and," correct?          11:58:04
20    A.   But the definition above of a    11:58:07
21  causative risk factor is one that vis-à-vis is  11:58:11
22  through means of a known or predictable      11:58:16
23  mechanism.  That's not the same as the word that 11:58:19
24  Dr. Wolf is using, which is "plausible."    11:58:22

35 (Pages 441 - 444)

Page 445

1    Q.    Well, I believe we discussed    11:58:27
2    definitions of "plausible," and -- and    11:58:30
3    "predictable" was included.    11:58:36
4         MS. CURRY:  Object to the form.    11:58:39
5         THE WITNESS:  I think this is    11:58:39
6    her practice, and I disagree with it.    11:58:40
7    BY MS. THOMPSON:
8    Q.    Okay.  And I'm not surprised that    11:58:43
9    you disagree with it.  I'm just reading into the    11:58:48
10   record what Dr. Wolf's methods and practice are    11:58:51
11   regarding to how she determined that talcum    11:58:55
12   powder usage was a contributing cause to    11:59:00
13   Ms. Judkins' ovarian cancer.    11:59:02
14        And reading on --    11:59:02
15        MS. CURRY:  Objection to whatever    11:59:08
16   that statement was.    11:59:09
17   BY MS. THOMPSON:
18   Q.    -- if we go on to the paragraph    11:59:22
19   that begins -- the next paragraph:  "The most    11:59:24
20   significant risk factors associated with ovarian    11:59:25
21   cancer are inherited susceptibility to genes,    11:59:28
22   primarily BRCA1, BRCA2, and the mismatched repair    11:59:32
23   genes," parenthesis, "associated with Lynch    11:59:39
24   syndrome."    11:59:41

Page 446

1         Do you agree with that statement?    11:59:41
2         MS. CURRY:  Object to the form.    11:59:43
3         THE WITNESS:  Right.  What does    11:59:45
4    this have to do with Ms. Judkins?    11:59:46
5    BY MS. THOMPSON:
6    Q.    You offered strong criticism of Dr.    11:59:50
7    Wolf and her opinions, and I am trying to find    11:59:54
8    where she gives opinions or statements that would    11:59:58
9    have prompted you for the strong opinions that    12:00:04
10   her opinions are unsound and they're the    12:00:08
11   equivalent of a patient that's just looking for    12:00:11
12   an explanation and she blames talc.  I am looking    12:00:14
13   for where you found that.    12:00:19
14        MS. CURRY:  Object to the form.    12:00:21
15   BY MS. THOMPSON:
16   Q.    And if you can point me to    12:00:22
17   something else, that's fine.  This is the closest    12:00:24
18   I could come to what she states regarding the    12:00:26
19   issue of how she came to the causation opinion    12:00:31
20   that you believe is unsound.    12:00:35
21        MS. CURRY:  Object to the form.    12:00:37
22   And I think in reference to the    12:00:42
23   case-specific opinion that Dr. Wolf    12:00:45
24   offered for Ms. Judkins, which --    12:00:48

Page 447

1         MS. THOMPSON:  Yes, I'm --    12:00:51
2         MS. CURRY:  Right.  So you're in    12:00:51
3    the general -- you're in Dr. Wolf's    12:00:52
4    general opinions, and I think what    12:00:55
5    Dr. Saenz was referring to, but she can    12:00:58
6    obviously correct me if I'm wrong, was    12:00:59
7    the case-specific opinions for    12:01:02
8    Ms. Judkins starting on page 22.    12:01:04
9    BY MS. THOMPSON:
10   Q.    And Dr. Wolf's -- in all fairness,    12:01:06
11   Dr. Wolf's general opinions are incorporated into    12:01:09
12   her Judkins' case-specific opinions, correct?    12:01:13
13        I'm just trying to look at Dr.    12:01:19
14   Wolf's report to see where you came to the very    12:01:23
15   critical opinion or how you came to the very    12:01:27
16   critical opinion that Dr. Wolf's conclusions in    12:01:31
17   Ms. Judkins' case were unsound.  Okay?    12:01:37
18   A.    They're unsound because she    12:01:40
19   attributes Ms. Judkins' ovarian cancer to the    12:01:42
20   perineal application of talc, and there is not a    12:01:45
21   significant -- a consistently significant body of    12:01:52
22   literature that demonstrates that the perineal    12:01:57
23   application of talc increases an individual or    12:02:02
24   any woman's risk of developing ovarian cancer.    12:02:05

Page 448

1         And so to attribute Ms. Judkins'    12:02:08
2    ovarian cancer to talc is just wrong.  The    12:02:12
3    science doesn't support that.    12:02:15
4    Q.    So you have a different opinion.    12:02:19
5    I -- I understand that.  But you agree that there    12:02:29
6    are many not only physicians but agencies and    12:02:36
7    other sources that agree with Dr. Wolf's    12:02:45
8    opinions, correct?    12:02:48
9         MS. CURRY:  Object to the form.    12:02:49
10        THE WITNESS:  No, that's not    12:02:50
11   correct.    12:02:51
12   BY MS. THOMPSON:
13   Q.    Does Health Canada agree with Dr.    12:02:54
14   Wolf's opinions?    12:02:58
15   A.    Health Canada relied on an analysis    12:02:59
16   that was faulty, and Health Canada has published    12:03:02
17   that they do believe that the perineal    12:03:06
18   application of talc can cause ovarian cancer.    12:03:09
19   However, they can't explain the biologic    12:03:11
20   mechanism.  They believe that that still remains    12:03:16
21   a big question mark.  And they also can't explain    12:03:20
22   why there's a lack of a biologic gradient.    12:03:24
23        But the majority --    12:03:28
24   Q.    Right, if you --

36 (Pages 445 - 448)

Page 449

1     A.     The majority of organizations here  12:03:29
2  in the United States, which is where we live and  12:03:32
3  practice, do not agree with Dr. Wolf. And the  12:03:35
4  state of the science as it is today does not  12:03:38
5  agree with Dr. Wolf, and the summary of it is not  12:03:42
6  consistent with Dr. Wolf's opinions.        12:03:46
7     Q.     Since you brought it up, I believe  12:03:47
8  what Health Canada states is that it's indicative  12:03:51
9  of a causal relationship, correct?       12:03:56
10    A.     I didn't bring it up.      12:03:59
11         MS. CURRY: Object to the form.
12         THE WITNESS:  You brought it up.   12:04:01
13  You said Health Canada agrees with her.   12:04:03
14  So I did not bring it up, you brought it   12:04:06
15  up.
16  BY MS. THOMPSON:
17    Q.     But I just asked the question, does  12:04:09
18  Health Canada agree with her?  But moving on --   12:04:11
19  we'll move on.             12:04:15
20         Do you agree -- so are you saying  12:04:16
21  that anyone that would -- let's start with  12:04:18
22  association.              12:04:24
23         Would you agree that any physician  12:04:25
24  or organization that states there's an  12:04:28

Page 450

1  association between talcum powder use and ovarian  12:04:31
2  cancer is wrong?             12:04:34
3         MS. CURRY: Object to the form.   12:04:34
4  And this was covered in general     12:04:35
5  opinions.  This is not Judkins' specific   12:04:38
6  questions or any --           12:04:42
7  BY MS. THOMPSON:
8    Q.     Would you -- is it your opinion   12:04:44
9  that any physician who would give that opinion  12:04:47
10  that talcum powder could contribute to     12:04:54
11  Ms. Judkins' ovarian cancer would be wrong?  12:05:01
12    A.     Yes.
13    Q.     Not just that you have different   12:05:05
14  opinions.             12:05:07
15    A.     Not just that I have different  12:05:08
16  opinions.  If they've actually reviewed all of  12:05:10
17  the literature, all of the science as I have, the  12:05:13
18  epidemiology, the cell studies, the animal   12:05:17
19  studies, they would come to the same conclusion  12:05:21
20  that I have.           12:05:23
21    Q.     And you would agree -- would you  12:05:26
22  agree that any physician who did the analysis  12:05:27
23  that you did who then concluded that talcum  12:05:35
24  powder use could be a contributing factor to a  12:05:41

Page 451

1  woman's development of ovarian cancer exercised  12:05:45
2  unsound judgment?            12:05:50
3         MS. CURRY: Object to the form,   12:05:51
4  and general opinion.          12:05:53
5         THE WITNESS:  I believe that   12:05:56
6  anyone that has done as thorough of a     12:05:57
7  review as I have and reviewed all of the   12:06:03
8  literature published to date and has the   12:06:06
9  same grasp of the state of the science   12:06:08
10  would come to the same conclusion that I   12:06:10
11  have.
12  BY MS. THOMPSON:             12:06:13
13    Q.     And if they did not, their judgment  12:06:13
14  would be unsound?           12:06:15
15    A.     They would be wrong.      12:06:16
16         MS. CURRY: Object to the form.   12:06:17
17         THE WITNESS:  They would be   12:06:20
18  wrong.               12:06:20
19  BY MS. THOMPSON:             12:06:21
20    Q.     And if another physician had the  12:06:21
21  opinion that -- or agency or organization came to  12:06:28
22  the opinion if talc -- that talc -- if -- let me  12:06:38
23  start all over on this one.        12:06:42
24         If a physician, agency or    12:06:44

Page 452

1  organization determined that if talc contained   12:06:46
2  asbestos, it could cause a woman, like     12:06:53
3  Ms. Judkins, ovarian cancer, would that opinion  12:06:58
4  also be wrong?            12:07:03
5         MS. CURRY: Object to the form.   12:07:04
6  And it's a general opinion, even though   12:07:05
7  the word "Judkins" is in there.     12:07:08
8         THE WITNESS:  I'm not weighing   12:07:12
9  in on the constituents of what's in the   12:07:13
10  baby powder.  The baby powder literature   12:07:15
11  does not support a role for the perineal   12:07:18
12  application of talc to increase the     12:07:22
13  development of ovarian cancer in      12:07:22
14  Ms. Judkins or in anyone.        12:07:24
15         And so if -- the answer to your   12:07:27
16  question is that the science does not   12:07:31
17  support that conclusion.        12:07:34
18  BY MS. THOMPSON:             12:07:37
19    Q.     And I'm looking to your conclusion  12:07:37
20  in Ms. Judkins' case, are you aware that NCI,   12:07:40
21  CDC, ACS, and FDA all have statements that   12:07:46
22  asbestos causes ovarian cancer?      12:07:52
23         MS. CURRY: Object to the form.   12:07:54
24         And general -- it's a general cause  12:07:56

37 (Pages 449 - 452)

Page 453

1   opinion again.                    12:08:00
2          THE WITNESS: And it's      12:08:01
3   irrelevant to my opinion.         12:08:02
4   BY MS. THOMPSON:                   12:08:04
5      Q.  I don't think you answered my   12:08:04
6   question, and I'm reading from Ms. Judkins'   12:08:05
7   report.                           12:08:10
8          Are you aware that NCI, CDC, ACS,   12:08:11
9   and FDA all have statements -- public statements   12:08:17
10  that asbestos causes ovarian cancer?   12:08:22
11         MS. CURRY: Same objection.   12:08:26
12         THE WITNESS: I see nothing in   12:08:27
13  my report about asbestos in any of those   12:08:28
14  organizations on Ms. Judkins. So it's   12:08:31
15  irrelevant to my --                12:08:36
16  BY MS. THOMPSON:                   12:08:38
17     Q.  That's not my question. Let me ask   12:08:38
18  my question again.                 12:08:39
19     A.  You can ask it as many times as you   12:08:39
20  want. I'm going to stand by my answer. I am   12:08:42
21  not weighing in --                12:08:45
22     Q.  Okay. I'm going to ask it again.
23     A.  I am not weighing in on asbestos.   12:08:46
24     Q.  I want you to listen to my   12:08:48

Page 454

1   question, okay?                   12:08:50
2          You didn't consider asbestos in   12:08:50
3   Ms. Judkins' report, correct?      12:08:53
4          MS. CURRY: Object to the form.   12:08:56
5          THE WITNESS: Correct. And I've   12:08:58
6   answered that before, even in this   12:08:59
7   deposition.                       12:09:01
8   BY MS. THOMPSON:                   12:09:01
9      Q.  And you didn't look at the expert   12:09:01
10  report that measured what her exposure to   12:09:04
11  asbestos would be, correct?        12:09:09
12         MS. CURRY: Object to the form,   12:09:12
13  asked and answered.               12:09:14
14         THE WITNESS: I've already   12:09:14
15  answered this question.           12:09:16
16  BY MS. THOMPSON:                   12:09:17
17     Q.  Okay. So that's just leading into   12:09:17
18  this question, and that is, are you aware --   12:09:19
19  listen carefully -- that NCI, CDC, ACS, and FDA   12:09:26
20  all have made public statements that asbestos   12:09:32
21  cause ovarian cancer?             12:09:35
22         MS. CURRY: Same objection.   12:09:39
23         THE WITNESS: This has nothing   12:09:40
24  to do with my opinions on Ms. Judkins.   12:09:42

Page 455

1   I say nothing about asbestos in my   12:09:44
2   report on Ms. Judkins, and I'm not   12:09:48
3   weighing in on that. I'm not giving any   12:09:50
4   opinions with respect to asbestos   12:09:53
5   causing Ms. Judkins' ovarian cancer, and   12:09:54
6   whether or not those organizations have   12:09:56
7   statements to such an effect have   12:09:58
8   nothing do with Ms. Judkins developing   12:10:01
9   ovarian cancer.                   12:10:04
10  BY MS. THOMPSON:                   12:10:04
11     Q.  And the reason is you intentionally   12:10:04
12  did not look at any evidence regarding asbestos,   12:10:06
13  correct?                          12:10:09
14         MS. CURRY: Object to the form.   12:10:09
15  She has an entire section of asbestos in   12:10:10
16  her general report, which is referred to   12:10:13
17  in the end of Ms. Judkins.         12:10:15
18         MS. THOMPSON: I thought we were   12:10:18
19  talking about Ms. Judkins, and my   12:10:19
20  question was specifically about Ms.   12:10:21
21  Judkins' report.                  12:10:23
22  BY MS. THOMPSON:                   12:10:23
23     Q.  You intentionally omitted any   12:10:26
24  discussion of asbestos exposure in Ms. Judkins'   12:10:28

Page 456

1   report, correct?                  12:10:33
2          MS. CURRY: Object to the form.   12:10:34
3          THE WITNESS: The premise of   12:10:34
4   Ms. Judkins developing ovarian cancer as   12:10:36
5   put forth by plaintiffs is that it's the   12:10:37
6   perineal application of baby powder that   12:10:43
7   led to her getting ovarian cancer. The   12:10:43
8   constituents of the baby powder are not   12:10:45
9   important to me, because the baby powder   12:10:50
10  literature itself does not support an   12:10:52
11  increased risk of Ms. Judkins developing   12:10:56
12  ovarian cancer because she applied baby   12:10:58
13  powder to her perineum.           12:11:01
14  BY MS. THOMPSON:                   12:11:03
15     Q.  And with all those things that you   12:11:03
16  looked at, you did not look at the report that   12:11:04
17  actually estimates her exposure to asbestos,   12:11:10
18  correct?                          12:11:13
19         MS. CURRY: Object to the form,   12:11:13
20  asked and answered.               12:11:14
21         THE WITNESS: I've answered this   12:11:15
22  question, ma'am, several times.   12:11:16
23  BY MS. THOMPSON:                   12:11:17
24     Q.  Well, you can answer it again.   12:11:17

38 (Pages 453 - 456)

Page 457

1    A.    I decline to.                    12:11:19
2         MS. CURRY:  Same objection.       12:11:20
3         MS. THOMPSON:  Are you            12:11:25
4    instructing her not to answer?         12:11:25
5         MS. CURRY:  I'm not instructing   12:11:27
6    her not to answer.  I'm just objecting 12:11:28
7    that it's been asked and answered.
8    BY MS. THOMPSON:                        12:11:30
9    Q.    So you're refusing to answer the 12:11:30
10   question --                            12:11:31
11   A.    I've answered it already.        12:11:32
12   Q.    -- that I just asked?            12:11:34
13   A.    I've answered it already.  We can 12:11:35
14   have Leslie read it back into the record if you 12:11:36
15   like, but I've answered it multiple times. 12:11:38
16   Q.    Okay, let's do that.             12:11:39
17        MS. THOMPSON:  Leslie, read back  12:11:40
18   the last -- the answer to the last     12:11:41
19   question.                              12:11:43
20        (Whereupon, the requested         12:11:43
21        record was read.)
22        MS. THOMPSON:  And the answer     12:12:11
23   was?                                   12:12:12
24        THE REPORTER:  "I've answered it

Page 458

1    already."
2    BY MS. THOMPSON:                        12:12:23
3    Q.    Okay.  What was the answer?  It was 12:12:23
4    yes or no, right?  And you can't -- don't want to 12:12:24
5    answer that again?                     12:12:27
6    A.    Ma'am, I've told you --          12:12:27
7    Q.    Because I don't think there's a  12:12:30
8    clear answer.                          12:12:31
9         MS. CURRY:  Object to the form.   12:12:31
10        THE WITNESS:  I did not read      12:12:32
11   Dr. Longo's report.  Is that clear?    12:12:33
12   BY MS. THOMPSON:
13   Q.    Yes.  And I was also asking the  12:12:37
14   reason.                                12:12:40
15   A.    And I've also --                 12:12:42
16        MS. CURRY:  Object to the form,   12:12:43
17   asked and answered.                    12:12:44
18        THE WITNESS:  -- already          12:12:44
19   answered you that it was not relevant to 12:12:45
20   my opinions.                           12:12:47
21        MS. THOMPSON:  Okay, thank you.   12:12:48
22   We can take a break if we want.        12:12:50
23   That's all I have on Ms. Judkins.      12:12:51
24        (Recess.)

Page 459

1         MS. THOMPSON:  Dawn, we're going  12:23:12
2    to start with Ms. Rausa's next if we can 12:23:13
3    get the records for her.               12:23:16
4         (Exhibit No. 39 was marked for
5         identification.)
6    BY MS. THOMPSON:
7    Q.    Dr. Saenz, would you please provide 12:25:52
8    me with the methodology that you used in writing 12:25:54
9    your case-specific report on Ms. Rausa and coming 12:26:00
10   to the conclusions that you include in it. 12:26:04
11   A.    It's very similar to the         12:26:09
12   methodology that I described for Ms. Judkins.  I 12:26:10
13   read all of the medical literature -- sorry, not 12:26:15
14   medical literature -- scientific literature on 12:26:19
15   talc and the risk of ovarian cancer that has been 12:26:22
16   discussed previously, the cell culture studies, 12:26:24
17   the animal studies, the epidemiology studies.  I 12:26:28
18   reviewed the medical records for Ms. Rausa.  I 12:26:32
19   reviewed the depositions for Ms. Rausa and some 12:26:35
20   of her treating physicians as well as 12:26:40
21   Dr. Clarke-Pearson and his reports as well, and 12:26:42
22   all of the medical records that have been 12:26:47
23   provided to me on her.                 12:26:51
24        There are a couple of things that 12:26:53

Page 460

1    aren't listed here.  Dr. Clarke-Pearson's most 12:27:00
2    updated expert report dated May 28th I also read, 12:27:04
3    and that's not listed here.  And then there was 12:27:07
4    actually even another group of Ms. Rausa's 12:27:09
5    medical records that were more recently provided 12:27:14
6    to me that included a clinic visit, as I think 12:27:17
7    the last clinic visit that I saw any records for 12:27:27
8    her were from January 4th of 2024.  And so I 12:27:31
9    don't know that that bundle is listed on this 12:27:36
10   list because I received that after my report was 12:27:39
11   submitted.                             12:27:42
12   Q.    Okay.  Thank you.                 12:27:44
13        And you agree that Ms. Rausa was  12:27:46
14   diagnosed with a high grade serous ovarian 12:27:52
15   cancer, stage 3, in June 13th, 2018, at age 63, 12:27:56
16   correct?
17   A.    Yes.                             12:28:07
18   Q.    And again, I'll be asking some of 12:28:11
19   the same questions just so we have a record 12:28:13
20   regarding Ms. Rausa, but I'll try to be 12:28:16
21   efficient, okay?                       12:28:19
22   A.    I'm -- yeah, I'm sorry.  Did you 12:28:20
23   say 2023?  Did I mishear you, Margaret?  I'm so 12:28:22
24   sorry.  June 13th, 2018, correct?      12:28:26

39 (Pages 457 - 460)

Page 461

1  Q.  2018.                    12:28:29
2  A.  At age 63.  My bad.  I'm sorry.  12:28:30
3  Yeah, that was me.            12:28:32
4  Q.  Is ovarian cancer considered a  12:28:36
5  multifactorial disease?       12:28:39
6       MS. CURRY:  Object to the form,  12:28:40
7  asked and answered.           12:28:41
8       THE WITNESS:  Yes, it is.  12:28:42
9  BY MS. THOMPSON:              12:28:42
10  Q.  Well, okay.  Let's say this:  When  12:28:43
11 you wrote Ms. Rausa's case-specific report, did  12:28:50
12 you consider that ovarian cancer is considered a  12:28:59
13 multifactorial disease?        12:29:02
14  A.  Yes, I did.               12:29:03
15  Q.  And I think as you testified  12:29:05
16 before, an individual woman can have one or more  12:29:10
17 risk factors or zero risk factors, correct?  12:29:15
18  A.  And still develop the disease?  12:29:19
19       MS. CURRY:  Object to the form.  12:29:22
20 BY MS. THOMPSON:              12:29:23
21  Q.  Yes.                      12:29:23
22  A.  Yes.  And she can have risk  12:29:24
23 reducing factors and still develop the disease.  12:29:26
24  Q.  Correct.  And is it your opinion  12:29:30

Page 462

1  that a woman like Ms. Rausa who has multiple risk  12:29:37
2  factors, can these risk factors be additive or  12:29:46
3  cumulative?                    12:29:49
4       MS. CURRY:  Object to the form.  12:29:50
5       THE WITNESS:  I don't believe  12:29:52
6  that we have any data or literature to  12:29:52
7  support that concept.          12:29:56
8  BY MS. THOMPSON:
9  Q.  And would that be similar to the  12:29:57
10 opinions that you gave in Ms. Judkins that you  12:30:02
11 either get it or you don't, it's zero or a  12:30:05
12 hundred percent, correct?       12:30:09
13       MS. CURRY:  Object to the form.  12:30:10
14       THE WITNESS:  Yes, ma'am.  12:30:11
15 BY MS. THOMPSON:              12:30:11
16  Q.  So I can refer to Ms. Judkins --  12:30:12
17 the testimony of Ms. Judkins for your opinions in  12:30:18
18 that regard, correct?          12:30:20
19  A.  Yes, ma'am.               12:30:22
20  Q.  I'm trying to shorten the process  12:30:25
21 here.                          12:30:26
22  A.  I appreciate that, Ms. Thompson.  12:30:27
23  Q.  And as you testified before, you do  12:30:30
24 not know what causes ovarian cancer -- just  12:30:36

Page 463

1  ovarian cancer in general, correct?    12:30:43
2       MS. CURRY:  Object to the form,  12:30:48
3  asked and answered.            12:30:48
4       THE WITNESS:  I don't believe we  12:30:49
5  can ever say exactly what causes ovarian  12:30:51
6  cancer in any one particular patient,  12:30:52
7  and I believe what I said before was  12:30:54
8  that the exact mechanisms by which  12:30:57
9  ovarian cancer develops to date  12:31:03
10  undiscovered.  We just know of risk  12:31:09
11  factors that can increase or decrease  12:31:11
12  your risk.                     12:31:13
13       Leigh, is that you that's  12:31:16
14  like -- I don't know, somebody's picture  12:31:17
15  keeps coming in the iPad and I lose  12:31:20
16  Margaret.                      12:31:23
17       MS. THOMPSON:  Like I did  12:31:23
18  yesterday distracting you.      12:31:25
19       THE WITNESS:  You guys are  12:31:26
20  trying to ghost me or something.  12:31:27
21       MS. CURRY:  I think if everyone  12:31:29
22  is on mute, then that won't happen.  12:31:30
23  Because as the iPad here, as soon as it  12:31:33
24  hears any noise on the Zoom, it flips to  12:31:34

Page 464

1  that person.                   12:31:37
2       THE WITNESS:  I don't know if  12:31:39
3  that was Leigh or Leanna.  You both have  12:31:40
4  similar Zoom pictures.          12:31:42
5  BY MS. THOMPSON:              12:31:44
6  Q.  And going to the conclusion in  12:31:45
7  Ms. Rausa's expert report --    12:31:51
8  A.  Yes, ma'am, I'm there.      12:31:55
9  Q.  Are you there, last page?   12:31:57
10  A.  Yes, ma'am.               12:31:57
11  Q.  You state:  "While Ms. Rausa states  12:31:58
12 that she used baby powder daily from 1968 to 2018  12:32:01
13 for hygiene purposes, there's no credible  12:32:05
14 scientific data to support the conclusion that  12:32:08
15 talc contributed to her development of ovarian  12:32:12
16 cancer."                        12:32:16
17       Did I read that correctly?  12:32:17
18  A.  Yes, ma'am.               12:32:18
19  Q.  And is that a correct statement of  12:32:19
20 your opinions regarding Ms. Rausa?  12:32:21
21  A.  That is my opinion.         12:32:23
22  Q.  And any answers to questions  12:32:33
23 regarding that statement in Ms. Rausa's case  12:32:35
24 would be the same as they were in Ms. Judkins'  12:32:38

Page 465

1  case?                              12:32:40
2        MS. CURRY:  Object to the form.   12:32:41
3        THE WITNESS:  Yes, ma'am.     12:32:42
4  BY MS. THOMPSON:
5     Q.    And you did understand that   12:32:47
6  question?                          12:32:48
7     A.    Yes, I did.                12:32:49
8     Q.    Because I believe there might be   12:32:49
9  some more similar to that that we can refer to.   12:32:53
10       And let's go to other risk factors   12:32:57
11  that Ms. Rausa may have had.        12:33:11
12       Did you identify any other risk   12:33:21
13  factors in Ms. Rausa's case?        12:33:25
14       MS. CURRY:  Object to the form.   12:33:27
15       THE WITNESS:  Well, her age, and   12:33:33
16  I think that her number of ovulatory   12:33:36
17  years is a little bit vague, because   12:33:40
18  even though she reported onset of menses   12:33:43
19  at age 11, which is a little bit young,   12:33:47
20  oftentimes it's cited as less than 12,   12:33:50
21  her menopause -- the age of her   12:33:53
22  menopause varies in the medical records,   12:33:57
23  sometimes it says 48, sometimes it says   12:33:59
24  56.  So if it was 48, I don't actually   12:34:02

Page 466

1  think she had an increased number of   12:34:05
2  lifetime ovulatory years if it was 48.   12:34:07
3  If it was 56, then she probably did have   12:34:11
4  more lifetime ovulatory years then that   12:34:15
5  would have been associated with an   12:34:17
6  increased risk of developing ovarian   12:34:18
7  cancer.                            12:34:20
8       She did not breastfeed.  She   12:34:21
9  only used oral contraceptives for two   12:34:24
10  months.  She did not use hormone   12:34:27
11  replacement therapy.  And she had two   12:34:30
12  children, which -- and the first was at   12:34:33
13  age 30.  So that has been associated   12:34:37
14  with a decreased risk of developing   12:34:39
15  ovarian cancer.                    12:34:42
16       She also had a tubal   12:34:42
17  ligation, I believe in 1988 is what I   12:34:45
18  found in the records.  And so that would   12:34:49
19  have been attributed to leading to a   12:34:59
20  decreased risk of developing ovarian   12:35:01
21  cancer.  However, she did develop   12:35:03
22  ovarian cancer.  So clearly the   12:35:06
23  breastfeeding, the early first child,   12:35:08
24  and the tubal ligation were not   12:35:11

Page 467

1  protective factors.                12:35:13
2        MS. CURRY:  I think you said   12:35:15
3  breastfeeding, but I don't know if   12:35:17
4  she --
5        THE WITNESS:  Oh, I'm sorry.   12:35:18
6  Not breastfeeding.  She didn't -- yeah,   12:35:19
7  she didn't breastfeed.  Sorry.        12:35:20
8  BY MS. THOMPSON:                    12:35:23
9     Q.    Is it your opinion that the number   12:35:26
10  of lifetime ovulatory events from what we can   12:35:28
11  glean from her medical records would have   12:35:37
12  increased her risk?                12:35:39
13       MS. CURRY:  Object to the form,   12:35:43
14  asked and answered -- or answered.    12:35:44
15       THE WITNESS:  I think it's   12:35:45
16  vague.  I wouldn't really put any   12:35:47
17  significant emphasis on that at all,   12:35:50
18  because there's places in the records   12:35:52
19  that say that she went through menopause   12:35:54
20  at age 48, and so that would not have   12:35:56
21  been an increased number of lifetime   12:36:03
22  ovulatory years if she actually went   12:36:06
23  through menopause at 48.            12:36:09
24  BY MS. THOMPSON:                    12:36:10

Page 468

1     Q.    And so were there any factors that   12:36:10
2  you ruled in as causes for Ms. Rausa's   12:36:14
3  development of ovarian cancer?       12:36:21
4        MS. CURRY:  Object to the form.   12:36:32
5        THE WITNESS:  So I would not say   12:36:24
6  anything -- I can't say that anything in   12:36:26
7  particular caused Ms. Rausa to get   12:36:29
8  ovarian cancer.  I think the only factor   12:36:32
9  that would have increased her risk of   12:36:35
10  developing ovarian cancer would have   12:36:41
11  been her age.                      12:36:42
12  BY MS. THOMPSON:
13     Q.    And I suspect you had an opinion   12:36:46
14  about obesity too that we can look to, or do you   12:36:49
15  not?                              12:36:54
16     A.    We can talk about it here or we can   12:36:54
17  talk about it there.  It's up to you.   12:36:56
18     Q.    Let's go on with this line of   12:37:00
19  questioning, and we can look at it when we get to   12:37:02
20  the ACOG and SGO.                  12:37:04
21       And you did rule out talc as a   12:37:11
22  potential cause, correct?          12:37:13
23     A.    That's correct.             12:37:15
24     Q.    And you ruled out talc as a   12:37:15

41 (Pages 465 - 468)

Page 469

1  contributing cause, correct?                    12:37:18
2      A.    That's also correct.                   12:37:19
3      Q.    And did you rule out any other         12:37:27
4  potential causes in Ms. Rausa's evaluation?      12:37:28
5          MS. CURRY: Object to the form.           12:37:31
6          THE WITNESS: So again, I would           12:37:36
7  not use the word "cause" at all in any           12:37:37
8  one particular patient.                          12:37:39
9          I think that we don't have any           12:37:40
10  evidence that Ms. Rausa had any germline        12:37:44
11  mutations that would have increased her         12:37:50
12  risk of developing ovarian cancer. So I         12:37:52
13  don't think she has that as a risk             12:37:56
14  factor.                                          12:38:00
15  BY MS. THOMPSON:                                 12:38:00
16      Q.    And would your answer be the same     12:38:01
17  for any contributing -- any contributing causes? 12:38:04
18      A.    Again, I wouldn't use the word        12:38:08
19  "cause" at all. I don't think that there's any  12:38:10
20  evidence that she's carrying a germline mutation 12:38:13
21  that would have placed her at an increased risk 12:38:16
22  of developing ovarian cancer.                    12:38:19
23      Q.    And I believe you state in your       12:38:20
24  Rausa report that she denies any specific cancer 12:38:27

Page 470

1  family history. Is that your understanding?     12:38:32
2      A.    Yes, correct.                           12:38:34
3      Q.    And Ms. Rausa, from your review of     12:38:53
4  deposition testimony, began using Johnson's baby 12:38:56
5  powder in 1968 at age 13, correct?               12:38:59
6      A.    That's correct.                         12:39:02
7      Q.    And she used it at least daily all     12:39:04
8  over her body and including the genital area,    12:39:07
9  correct?                                          12:39:11
10      A.    That's what she reports.              12:39:11
11      Q.    And she also reports that over the    12:39:14
12  50 years -- and she discontinued its usage in   12:39:16
13  2018, correct?                                   12:39:22
14      A.    I believe that's correct.             12:39:23
15      Q.    And that was the time that she was    12:39:25
16  diagnosed with ovarian cancer, correct?         12:39:28
17      A.    I mean, I don't know that they were   12:39:31
18  the same day, but same year, yes.               12:39:32
19      Q.    Approximately.                         12:39:35
20          And do you recall that she, over        12:39:36
21  that 50 years, used two bottles of Shower to    12:39:40
22  Shower?                                          12:39:43
23      A.    I don't recall that specifically,     12:39:46
24  but I will take you at face value.               12:39:47

Page 471

1      Q.    Did you calculate the number of       12:39:51
2  lifetime applications of talcum powder by        12:39:53
3  Ms. Rausa?                                        12:40:00
4      A.    I did not.                              12:40:01
5      Q.    If you were to calculate the number   12:40:07
6  of lifetime applications, would her tubal        12:40:11
7  ligation in 1988 enter into that calculation?    12:40:16
8      A.    No, it would not.                       12:40:21
9      Q.    So if she used talcum powder daily    12:40:28
10  for 50 years, I get 18,250 applications. Does   12:40:30
11  that sound right?                                 12:40:37
12      A.    Did you use a calculator?             12:40:38
13      Q.    Yes.                                    12:40:40
14      A.    Then I will believe you.               12:40:41
15      Q.    You're a smart woman.                  12:40:44
16          And let's go back to the materials     12:40:55
17  you considered in Ms. Rausa's case, which are   12:40:56
18  similar to those in Ms. Judkins' case, would you 12:41:06
19  agree?                                            12:41:09
20          MS. CURRY: Object to the form.          12:41:09
21          THE WITNESS: Well, I mean the           12:41:10
22  depo -- the -- what do you mean by the           12:41:12
23  categories?                                      12:41:15
24  BY MS. THOMPSON:                                 12:41:15

Page 472

1      Q.    Yeah, by the categories:               12:41:16
2  Depositions, expert reports and medical records. 12:41:19
3      A.    By the category, yes.                   12:41:20
4      Q.    And Ms. Rausa --                         12:41:22
5      A.    Sorry, by the categories, yes.          12:41:25
6      Q.    Okay. And Ms. Rausa did have           12:41:27
7  extensive medical records, would you agree?      12:41:29
8          MS. CURRY: Object to the form.           12:41:32
9          THE WITNESS: Yes.                          12:41:34
10  BY MS. THOMPSON:                                 12:41:35
11      Q.    I would guess thousands of pages,     12:41:39
12  correct?                                          12:41:42
13      A.    Fortunately, I reviewed many of       12:41:43
14  these prior in 2022, so this go-around was less  12:41:45
15  voluminous, but there were a lot of records, yes. 12:41:51
16      Q.    And I'm going to ask the same         12:42:05
17  questions that I asked for Ms. Judkins, okay?    12:42:06
18      A.    Of course.                              12:42:08
19      Q.    So can you envision any case in       12:42:10
20  this litigation, including Ms. Rausa's, in which 12:42:15
21  you would determine that a plaintiff's talcum    12:42:18
22  powder use could possibly have contributed to the 12:42:22
23  development of her ovarian cancer?               12:42:24
24          MS. CURRY: Objection. Asked             12:42:26

42 (Pages 469 - 472)

Page 473

1     and answered.                    12:42:28
2          THE WITNESS:  Not based on the    12:42:29
3     current state of the science.        12:42:30
4     BY MS. THOMPSON:
5          Q.     And you would agree that Ms. Rausa  12:42:33
6     was a frequent user at daily use?      12:42:38
7          A.     I mean, I know --          12:42:44
8          MS. CURRY:  Object to the form.    12:42:46
9     Sorry.
10         THE WITNESS:  I know how many    12:42:47
11    years she used for, and I know that she    12:42:48
12    said she used daily, so -- and your    12:42:51
13    tabulations bring her in around 18,000    12:42:54
14    applications total.              12:42:57
15    BY MS. THOMPSON:                12:42:58
16         Q.     And do you agree that she used  12:42:58
17    talcum powder daily in the genital area in her  12:43:02
18    20s and 30s when O'Brien and colleagues would  12:43:06
19    have stated -- or did state it was a critical  12:43:12
20    time for use?                  12:43:14
21         MS. CURRY:  Object to the form.    12:43:14
22         THE WITNESS:  That's what that    12:43:15
23    paper said, and her records show that    12:43:16
24    she started using in that age range --   12:43:19

Page 474

1     actually, younger, right?          12:43:22
2     BY MS. THOMPSON:
3          Q.     And if you cannot envision a case  12:43:26
4     in which you would have reviewed medical records,  12:43:40
5     deposition testimony, and expert reports that you  12:43:45
6     would have concluded that the talcum powder use  12:43:48
7     contributed to a plaintiff like Ms. Rausa's    12:43:50
8     ovarian cancer, why did you review all of the  12:43:55
9     documents, if your mind was already made up?   12:44:01
10         MS. CURRY:  Object to the form.    12:44:05
11         THE WITNESS:  So I was asked to    12:44:07
12    review Ms. Rausa's medical history and    12:44:09
13    her records and depositions in order to    12:44:12
14    get a good and thorough understanding of   12:44:16
15    her disease process, and perhaps any    12:44:20
16    risk factors for the development of    12:44:27
17    disease that she did have, and in order    12:44:28
18    to give those opinions, I needed to    12:44:30
19    review all of those materials.       12:44:32
20    BY MS. THOMPSON:
21         Q.     Do you consider Ms. Rausa's obesity  12:44:38
22    a risk factor for the development of her ovarian  12:44:40
23    cancer?                      12:44:43
24         A.     For her as an individual?     12:44:43

Page 475

1          Q.     Yes, for her as an individual.    12:44:49
2          A.     So the literature on obesity has    12:44:52
3     demonstrated a weak overall association with the  12:44:56
4     development of ovarian cancer in the range of 1.3  12:45:00
5     to 1.4, but for the non-serous histologies only.  12:45:05
6          So since Ms. Rausa had a high grade  12:45:12
7     serous carcinoma, I don't believe that obesity    12:45:17
8     has been shown to be associated with that    12:45:22
9     particular histology.              12:45:25
10         Q.     And would you agree that the    12:45:27
11    literature on obesity is mixed?        12:45:35
12         MS. CURRY:  Object to the form.    12:45:40
13         THE WITNESS:  Can you define for    12:45:41
14    me what you mean by "mixed"?         12:45:42
15    BY MS. THOMPSON:
16         Q.     Well, one would be difference in  12:45:45
17    subtypes, correct?               12:45:53
18         A.     That's correct.  Not all subtypes  12:45:54
19    seem to have an increased risk with obesity, that  12:45:56
20    is correct.                    12:46:03
21         Q.     And I believe you referred to the  12:46:03
22    Olson paper in Ms. Rausa's report, correct?    12:46:09
23         MS. CURRY:  Object to the form.    12:46:11
24         THE WITNESS:  I don't know that    12:46:12

Page 476

1     I did that.  I might have done that in    12:46:12
2     my general report.              12:46:15
3     BY MS. THOMPSON:                12:46:16
4          Q.     I thought it was on your reliance  12:46:16
5     list, but I could be wrong, so --      12:46:19
6          A.     I don't see that in here.     12:46:25
7          MS. CURRY:  Object to the form.    12:46:26
8     There's no literature on the Rausa --    12:46:27
9          MS. THOMPSON:  Okay.  I think I    12:46:30
10    may be confused with Newsome.  We'll get   12:46:31
11    to that if we need to with Newsome.    12:46:34
12    BY MS. THOMPSON:
13         Q.     And looking at the ACOG risk factor  12:46:39
14    list, if we can go to Exhibit No. 10.    12:46:52
15         A.     Sure.  Just give me a second.    12:46:55
16         Okay, I have it, Margaret.        12:47:05
17         Q.     And other than age that we've    12:47:07
18    discussed, is there any other risk factors on the  12:47:10
19    ACOG list that you believe are relevant to    12:47:15
20    Ms. Rausa?                   12:47:21
21         A.     I do not believe so.         12:47:22
22         Q.     Let's go ahead and look at the SGO  12:47:25
23    risk factor list.  Are there any risk factors on  12:47:31
24    the SGO risk factor list that you believe are    12:47:43

43 (Pages 473 - 476)

Page 477

1 relevant for Ms. Rausa?    12:47:45
2    A.    So I mean -- sorry, we're on SGO.    12:47:47
3 SGO does list obesity, but for part of the reason 12:47:56
4 that I explained to you before, I don't think    12:47:59
5 that necessarily pertains to Ms. Rausa because of 12:48:02
6 her histology.  And so -- yeah.    12:48:05
7        And then we also mentioned before    12:48:11
8 that she had a tubal ligation, but obviously it    12:48:16
9 didn't confer any protective risk because it's    12:48:20
10 that zero/100, I mean she got the disease.    12:48:24
11    Q.    Understood.  And she had full panel 12:48:27
12 testing, correct?    12:48:34
13        MS. CURRY:  Object to the form.    12:48:35
14        THE WITNESS:  Her --    12:48:36
15 BY MS. THOMPSON:    12:48:39
16    Q.    I believe she had genetic testing    12:48:40
17 with -- I don't want to get her confused either.  12:48:42
18        I don't see it in either of our    12:49:26
19 materials.    12:49:28
20        Okay, we got it.    12:50:02
21        In your report, Dr. Saenz, in the    12:50:03
22 section regarding clinical cancer genetics --    12:50:10
23        Do you see that?
24    A.    Yes, ma'am, I'm there.    12:50:15

Page 478

1    Q.    She was found to be negative for    12:50:17
2 germline mutation in 45 of the 46 genes tested,    12:50:20
3 but had a variant of uncertain significance in    12:50:25
4 the FH gene.    12:50:28
5        Is the FH gene associated with    12:50:31
6 ovarian cancer risk?    12:50:35
7    A.    Not that I'm aware of.    12:50:36
8    Q.    And so let's go back now to the SGO 12:50:41
9 list of risk factors.    12:50:46
10        Did Ms. Rausa use hormone    12:50:50
11 replacement?    12:50:54
12    A.    No.    12:50:55
13    Q.    So the question as to whether it    12:51:00
14 was opposed or unopposed is irrelevant in    12:51:02
15 Ms. Rausa's case, correct?    12:51:05
16    A.    She didn't use it.    12:51:07
17    Q.    Yeah.  Did she have any evidence of 12:51:08
18 endometriosis?    12:51:11
19    A.    Not that I'm aware of.    12:51:11
20    Q.    So similar to the ACOG list, would 12:51:19
21 you agree that using SGO's list, she did not have 12:51:23
22 any risk factors other than age?    12:51:28
23    A.    I mean, I would not consider    12:51:32
24 obesity a risk in her.  I don't know what SGO    12:51:34

Page 479

1 would say it is.  But my analysis is based on    12:51:37
2 looking at the actual studies and the individual 12:51:40
3 histotypes and whether or not they show an    12:51:44
4 increased risk with obesity, and I do not believe 12:51:49
5 they do for high grade serous, not consistently.  12:51:51
6    Q.    And you agree that SGO does not    12:51:54
7 list age as a risk factor, correct?    12:51:58
8    A.    Actually, they do.  It's --    12:52:01
9    Q.    Am I missing it?    12:52:15
10    A.    Yeah, I think you just missed it,    12:52:16
11 Margaret.  It's four dots or five dots from the    12:52:19
12 bottom:  "Women are at an increased risk for    12:52:22
13 ovarian cancer as they age."    12:52:25
14    Q.    You are correct.    12:52:26
15        And of the four conditions that you 12:52:56
16 do describe a positive association but do not    12:53:03
17 attribute a causal role, those being incessant    12:53:11
18 ovulation, germline mutations, incessant    12:53:14
19 ovulation, hormone replacement, without going    12:53:16
20 through each of those individually, is it your    12:53:19
21 opinion that Ms. Rausa has any of those risk    12:53:22
22 factors?    12:53:33
23    A.    I'm sorry, Margaret, where are we?  12:53:33
24    Q.    It may be that you did not include 12:54:03

Page 480

1 those in Ms. Rausa's report.    12:54:05
2        Could I assume that any answer to    12:54:08
3 those questions about the associations that were 12:54:11
4 not causal would be the same as in Ms. Judkins' 12:54:14
5 case?    12:54:17
6        MS. CURRY:  Object to the form.    12:54:17
7        THE WITNESS:  Can you -- can we    12:54:18
8    take them one at a time, please, so I    12:54:19
9    can just make sure I understand what I'm    12:54:21
10    answering?    12:54:23
11 BY MS. THOMPSON:    12:54:24
12    Q.    Yeah, we sure can.    12:54:24
13        These were positive associations    12:54:26
14 that do not have a causal role, and it was    12:54:29
15 incessant ovulation.    12:54:35
16    A.    I, again, would not use the word    12:54:39
17 "causal" at all in any one individual patient.    12:54:42
18        And I don't think that Ms. Rausa    12:54:45
19 had incessant ovulation for the reasons that we  12:54:49
20 talked about before, which included the fact that 12:54:52
21 she had two children, the first being at age 30.  12:54:55
22    Q.    And she does not have germline    12:55:03
23 mutations.    12:55:05
24    A.    Well, she had --    12:55:06

44 (Pages 477 - 480)

Page 481

1    MS. CURRY: Object to the form.    12:55:07
2    THE WITNESS: She --    12:55:08
3  BY MS. THOMPSON:
4    Q.    That had been found to be    12:55:09
5  associated with ovarian cancer. Sorry.    12:55:11
6    A.    Right. So she -- she had no    12:55:12
7  germline mutations in 45 genes. She has one    12:55:14
8  germline mutation that's a VUS that we don't    12:55:17
9  think is associated with an increased risk of    12:55:20
10  ovarian cancer.    12:55:24
11    Q.    And incessant ovulation we are not  12:55:27
12  attributing to Ms. Rausa.    12:55:35
13    MS. CURRY: Objection. Asked    12:55:36
14  and answered.    12:55:38
15    THE WITNESS: We just covered    12:55:38
16  that before we did germline mutation.    12:55:39
17  BY MS. THOMPSON:
18    Q.    We did. I was just kind of going  12:55:41
19  through the list that you provided.    12:55:43
20    And hormone replacement, we've also  12:55:45
21  established that she did not use any hormone    12:55:49
22  replacement; is that correct?    12:55:53
23    A.    That's correct.    12:55:54
24    Q.    Okay. Let's go to Dr. Godleski's  12:56:08

Page 482

1  report on Ms. Rausa.    12:56:11
2    A.    I have it.    12:56:20
3    Q.    Okay. And what is your -- and you  12:56:30
4  reviewed Dr. Godleski's report, correct?    12:56:32
5    A.    Yes, ma'am.    12:56:35
6    Q.    And you also reviewed the comments  12:56:39
7  in Dr. Clarke-Pearson's report regarding    12:56:46
8  Dr. Godleski's report, correct?    12:56:52
9    A.    Yes, ma'am.    12:56:52
10    Q.    And can you tell me the takeaway  12:56:54
11  message for you from reviewing Dr. Godleski's  12:57:03
12  report on the pathology of Ms. Rausa?    12:57:06
13    MS. CURRY: Object to the form.    12:57:09
14    THE WITNESS: So my reading of    12:57:16
15    Dr. Godleski's report has led me to    12:57:18
16    conclude that Dr. Godleski found two    12:57:21
17    particles that he thought likely    12:57:26
18    represented talc. One in Ms. Rausa's    12:57:28
19    left external iliac lymph node, and one    12:57:32
20    in a left periaortic lymph node.    12:57:36
21    Neither of those organs actually had    12:57:40
22    cancer in them.    12:57:42
23  BY MS. THOMPSON:
24    Q.    Is it your opinion that because the 12:57:46

Page 483

1  talc particles were identified in an anatomic  12:57:49
2  site where there was not ovarian cancer, that the 12:57:56
3  findings are not relevant?    12:58:00
4    MS. CURRY: Object to the form.    12:58:02
5    THE WITNESS: It's my opinion    12:58:03
6    that the talc being found in anatomic    12:58:04
7    sites that did not actually have cancer  12:58:09
8    in them, that they are not related to    12:58:12
9    the development of the cancer.    12:58:15
10  BY MS. THOMPSON:    12:58:17
11    Q.    And you did not review any of the  12:58:21
12  six peer-reviewed articles published by    12:58:24
13  Dr. Godleski and his group as to what the    12:58:26
14  significance is of finding talc particles in    12:58:31
15  structures even that are not in the ovarian    12:58:35
16  cancer cells?    12:58:42
17    MS. CURRY: Objection. Asked    12:58:43
18    and answered.    12:58:44
19    THE WITNESS: That actually    12:58:44
20    misstates my prior testimony. If we    12:58:45
21    go --    12:58:45
22  BY MS. THOMPSON:    12:58:55
23    Q.    Okay. Then let's get it correct  12:58:47
24  for Ms. Rausa's case.    12:58:49

Page 484

1    A.    If we go back to what I said when  12:58:50
2  you asked me this question about Ms. Judkins, you 12:58:52
3  asked me to look at this list, which I believe is 12:58:55
4  the same list of references, and I've actually -- 12:58:57
5    Q.    It is.    12:59:01
6    A.    -- I've actually read a couple of  12:59:01
7  these articles.    12:59:04
8    Q.    Okay. Yes, you did say you had    12:59:04
9  read a couple of them. So thank you for    12:59:07
10  clarifying that.    12:59:10
11    A.    Of course.    12:59:12
12    Q.    Did any of those articles that you 12:59:12
13  did read clarify the significance of finding talc 12:59:14
14  or asbestos fibers or particles in anatomic    12:59:19
15  structures that do not contain a tumor?    12:59:27
16    MS. CURRY: Object to the form.    12:59:32
17    THE WITNESS: No.    12:59:32
18  BY MS. THOMPSON:
19    Q.    And you do agree that Dr. Godleski  12:59:36
20  did look at the histology of Ms. Rausa's tumor,  12:59:40
21  correct?    12:59:50
22    A.    Yes.    12:59:50
23    Q.    And he looked at the histology with 13:00:01
24  light microscopy, correct?    13:00:05

45 (Pages 481 - 484)

Page 485

1    A.    Yes, that's what he -- that's what 13:00:07
2   he explains in his report.    13:00:09
3    Q.    And do you agree that he also used 13:00:10
4   polarizing light microscopy to identify the    13:00:15
5   birefringent particles?    13:00:21
6    A.    That's what he said.    13:00:21
7    Q.    And then he proceeded following the 13:00:23
8   areas that contain the most birefringent    13:00:29
9   particles, he then performed SEM and EDS on those 13:00:33
10   locations, correct?    13:00:39
11    A.    That's correct.  That's what he    13:00:41
12   reported.    13:00:42
13    Q.    And his conclusion -- going to    13:00:52
14   page 5 of his report, is:  "Therefore, based on    13:00:53
15   the findings of this case, it can be stated to a 13:01:00
16   reasonable degree of medical certainty that the 13:01:03
17   talc found in this case is contributory evidence 13:01:06
18   for a causal link between the presence of talc 13:01:10
19   and" -- mine cut off, but I'm assuming that's    13:01:14
20   ovarian cancer or Ms. Rausa's -- can you read the 13:01:21
21   part that starts with "and."    13:01:24
22    A.    "... and the development of this    13:01:26
23   patient's ovarian cancer."  That's what he wrote. 13:01:28
24    Q.    Thank you.  I was missing a page    13:01:32

Page 486

1   there.    13:01:36
2    And you also read Dr.    13:01:36
3   Clarke-Pearson's report, correct?    13:01:41
4    A.    Can I just say, ma'am, but I    13:01:43
5   disagree with that statement by Dr. Godleski.    13:01:45
6    Q.    Okay.  And what is the basis for    13:01:49
7   your disagreement?    13:01:52
8    A.    I don't believe that the talc being 13:01:54
9   found in other anatomy has anything to do with    13:01:59
10   the fact that Ms. Rausa developed ovarian cancer. 13:02:03
11   In particular, because the talc was not found in 13:02:08
12   anatomy where the cancer was.  But also all of    13:02:15
13   the other general opinions that I have put forth 13:02:19
14   today and yesterday, that I don't actually    13:02:22
15   believe that there's -- the weight of the    13:02:27
16   evidence would say that the perineal application 13:02:30
17   of talc leads to an increased risk of developing 13:02:34
18   ovarian cancer.    13:02:36
19    Q.    Right.  And I just want to clarify 13:02:37
20   that you are not criticizing Dr. Godleski's    13:02:40
21   methodology or technique.    13:02:46
22    A.    Not at all.    13:02:47
23    Q.    And going to your report, in the    13:02:54
24   summary, the page after where the summary begins, 13:02:56

Page 487

1   and the three footnotes are all transcripts of    13:03:05
2   Daniel Clarke-Pearson?    13:03:09
3    A.    Yes, ma'am.    13:03:11
4    Q.    And you say that:  "Additionally,    13:03:12
5   problematic are Dr. Clarke-Pearson's opinions    13:03:14
6   where he cites Godleski's report to support his    13:03:18
7   contention that the perineal application of talc 13:03:23
8   caused Ms. Rausa to develop ovarian cancer."    13:03:26
9    Would you agree that he is in his    13:03:31
10   report just stating what Dr. Godleski's    13:03:37
11   conclusions were?    13:03:40
12    That was a bad question.  Let's try 13:03:47
13   that again.  At least I'm honest.    13:03:49
14    A.    When I need to give it a beat, I'm 13:03:52
15   like wait, what?    13:03:55
16    Q.    Well, I usually know before you do. 13:03:57
17    So, with Dr. Clarke-Pearson --    13:04:00
18   Dr. Godleski concludes, as we just read, that the 13:04:18
19   talc found is contributing -- is contributory    13:04:21
20   evidence for a causal link between the presence    13:04:24
21   of talc and ovarian cancer, and Dr.    13:04:27
22   Clarke-Pearson is just stating that Godleski's    13:04:36
23   opinions as to that causal link support the ones 13:04:40
24   that he has made as well.    13:04:43

Page 488

1    Is that better?    13:04:45
2    A.    I think that's better.    13:04:46
3    Q.    Okay.    13:04:49
4    A.    Because he is essentially    13:04:50
5   interpreting the findings from Dr. Godleski's    13:04:53
6   report as being supportive of his report.  Yes.    13:04:57
7    Q.    Okay.  So that's an interpretation 13:05:04
8   that Dr. Godleski is giving the same opinion in    13:05:07
9   his conclusions, correct?    13:05:09
10    A.    I think Dr. Clarke-Pearson is    13:05:10
11   claiming that Dr. Godleski's findings support his 13:05:14
12   opinion, correct.    13:05:28
13    Q.    And do you know Dr. Clarke-Pearson? 13:05:28
14    A.    Yes, I do.    13:05:29
15    Q.    And is he a well-regarded GYN    13:05:34
16   oncologist?    13:05:40
17    MS. CURRY:  Object to the form.    13:05:40
18    THE WITNESS:  Yes, he is.    13:05:41
19   BY MS. THOMPSON:    13:05:42
20    Q.    And you know that he has recently    13:05:42
21   retired as chair of the University of North    13:05:44
22   Carolina Chapel Hill Department of Gynecology and 13:05:53
23   Obstetrics, correct?    13:05:55
24    A.    I read in his report that he's now 13:05:57

Page 489

1    retired.                           13:05:59
2        Q.    And previously he was division head 13:06:00
3    at Duke in gynecologic oncology, correct?      13:06:03
4        A.    I believe that he was -- at Duke    13:06:09
5    or -- I don't actually know which institution   13:06:10
6    because he's been at various institutions.      13:06:13
7        Q.    Okay. I think he's been at Duke    13:06:16
8    and UNC, so the two that are close.             13:06:18
9            And he's a former SGO president,       13:06:23
10   correct?                                        13:06:23
11       A.    That's correct.                13:06:26
12       Q.    Are you aware that he participated 13:06:27
13   on the clinical review committee at ACOG for    13:06:31
14   several years?                      13:06:36
15           MS. CURRY: Object to the form.    13:06:37
16           THE WITNESS: I don't think I'm    13:06:39
17   aware of that.                      13:06:39
18   BY MS. THOMPSON:
19       Q.    And you agree that Dr.             13:06:43
20   Clarke-Pearson reaches a different conclusion in 13:06:53
21   Ms. Rausa's case than you did, correct?        13:06:55
22       A.    I am aware of that.             13:06:58
23       Q.    Would you also consider Dr. Clarke- 13:07:06
24   Pearson's science unfounded?             13:07:07

Page 490

1            MS. CURRY: Object to the form.    13:07:09
2            THE WITNESS: I think Dr.          13:07:10
3        Clarke-Pearson has come to the wrong    13:07:12
4        conclusion based on his reading of the 13:07:14
5        literature. I think that had he read   13:07:18
6        all of the literature in the same depth, 13:07:21
7        his analysis would have been more    13:07:24
8        aligned with mine, his analysis and    13:07:27
9        conclusions, and I don't think that he's 13:07:30
10       interpreted the literature correctly.  13:07:35
11   BY MS. THOMPSON:                  13:07:37
12       Q.    Do you have any reason to believe 13:07:38
13   that Dr. Clarke-Pearson read the literature in  13:07:39
14   any less rigorous fashion than you did --       13:07:47
15           MS. CURRY: Object to the form.    13:07:52
16   BY MS. THOMPSON:
17       Q.    -- other than he came to a        13:07:53
18   different conclusion?                13:07:54
19       A.    Yes, I believe that he testified in 13:07:55
20   deposition testimony that he did not read every 13:07:57
21   paper cover to cover. Sometimes he just read the 13:07:59
22   abstracts.                          13:08:03
23       Q.    Well, did you read cover to cover  13:08:07
24   every article on your reliance list?         13:08:09

Page 491

1        A.    Every single article.          13:08:11
2        Q.    And do you think that means that  13:08:13
3    you had a more rigorous approach to review of the 13:08:16
4    literature?                         13:08:22
5            MS. CURRY: Object to the form.    13:08:22
6            THE WITNESS: Yes, I do.           13:08:23
7    BY MS. THOMPSON:                  13:08:23
8        Q.    And we've already identified a    13:08:27
9    number of articles that were not on your reliance 13:08:29
10   list, particularly as related to asbestos, that 13:08:31
11   Dr. Clarke-Pearson did review.           13:08:35
12           So I'm asking again, what is your  13:08:38
13   evidence that Dr. Clarke-Pearson had a less     13:08:40
14   rigorous approach than you, other than articles 13:08:44
15   that he deemed -- and I'm not going to compare -- 13:08:47
16   that he deemed not important when addressing the 13:08:52
17   question?                           13:08:56
18           MS. CURRY: Objection.            13:08:57
19   Misstates prior testimony, and also        13:08:58
20   asked and answered.                 13:09:00
21           THE WITNESS: So Dr.             13:09:02
22   Clarke-Pearson refers to his review of      13:09:06
23   the literature that at times he did not    13:09:08
24   read articles in their entirety. And I     13:09:12

Page 492

1        think that's not rigorous. I think that 13:09:15
2        you should not just read an abstract and 13:09:18
3        draw conclusions from that. I think you 13:09:21
4        have to read the articles cover to      13:09:23
5        cover.                          13:09:26
6    BY MS. THOMPSON:                  13:09:26
7        Q.    Did Dr. Clarke-Pearson read every 13:09:27
8    case-control study cover to cover?          13:09:30
9        A.    I don't know.                13:09:33
10       Q.    Did Dr. Clarke-Pearson read every 13:09:35
11   cohort study cover to cover?             13:09:37
12       A.    I don't --                    13:09:39
13           MS. CURRY: Object to the form.    13:09:39
14           THE WITNESS: I don't know. He     13:09:40
15       did not specify in his testimony which  13:09:41
16       articles he read just abstracts and    13:09:45
17       which ones he did not. He just simply  13:09:49
18       testified that he did not read every   13:09:51
19       article in its entirety.             13:09:53
20   BY MS. THOMPSON:                  13:09:53
21       Q.    So the article that he may have   13:09:55
22   been referring to could have been related to    13:09:57
23   cervical cancer or something that was not       13:10:04
24   relevant for this discussion, right?        13:10:07

47 (Pages 489 - 492)

Page 493

1    A.    I don't think --                    13:10:09
2          MS. CURRY:  Object to the form,      13:10:09
3    calls for speculation.                    13:10:11
4          THE WITNESS:  I don't think          13:10:11
5    that's at all accurate, ma'am, because     13:10:12
6    it was in deposition for these cases       13:10:14
7    with reference to the perineal            13:10:18
8    application of talc in the development     13:10:22
9    of ovarian cancer.                        13:10:22
10   BY MS. THOMPSON:                          13:10:25
11   Q.    But you had no knowledge of what     13:10:26
12   articles -- which articles Dr. Clarke-Pearson  13:10:27
13   reviewed cover to cover and which he may have  13:10:33
14   thought the abstract would not inform his  13:10:35
15   opinions, correct?                        13:10:40
16         MS. CURRY:  Object to the form.      13:10:42
17         THE WITNESS:  I don't think          13:10:42
18   that's entirely true, because he was       13:10:43
19   asked in deposition testimony about his    13:10:45
20   reliance list specifically.  And those     13:10:49
21   articles would have pertained to this      13:10:52
22   case.  They would not have been, as you    13:10:54
23   alluded to, something about cervical       13:10:55
24   cancer.  And he said in --                 13:10:59

Page 494

1    BY MS. THOMPSON:
2    Q.    So --                                13:11:01
3    A.    Ma'am.  He said --                   13:11:02
4    Q.    Well, I'm --                         13:11:02
5    A.    He said in deposition testimony      13:11:05
6    that he did not read every article cover to  13:11:06
7    cover, and that was specifically with respect to  13:11:09
8    his reliance list.                        13:11:13
9    Q.    Okay.  Well, we will be able to ask  13:11:15
10   Dr. Clarke-Pearson at trial as to which articles  13:11:18
11   he read cover to cover and compare the articles  13:11:23
12   in both of your reliance lists.            13:11:29
13         You will agree that your reliance   13:11:34
14   list has increased dramatically since you first  13:11:36
15   testified in this case, correct?           13:11:39
16         MS. CURRY:  Object to the form.      13:11:42
17         THE WITNESS:  It has increased       13:11:43
18   dramatically?                             13:11:45
19   BY MS. THOMPSON:                          13:11:46
20   Q.    Yes.                                 13:11:46
21   A.    I don't really have a flare for      13:11:47
22   drama, so I don't know what you're referring to.  13:11:49
23         I have more articles on there since  13:11:52
24   I testified in 2019 partly because I've included  13:11:54

Page 495

1    more articles now about in vivo and in vitro  13:12:01
2    studies as well as more epidemiologic literature  13:12:06
3    that has been published since I was originally  13:12:11
4    deposed.                                  13:12:14
5    BY MS. THOMPSON:
6    Q.    And we can look at your earliest     13:12:16
7    report and see how many articles that you read  13:12:18
8    prior to making your conclusions in this case,  13:12:23
9    but I don't have that with me.             13:12:26
10         So Dr. Clarke-Pearson's opinions     13:12:29
11   are wrong.                                13:12:34
12   A.    I think Dr. Clarke-Pearson has come  13:12:35
13   to the wrong conclusion, yes.              13:12:37
14   Q.    And you did not look at Dr. Longo's  13:12:50
15   report in Ms. Rausa's case that estimates her  13:12:52
16   exposure to asbestos based on Johnson & Johnson's  13:12:58
17   criteria, correct?                        13:13:04
18         MS. CURRY:  Object to the form.      13:13:06
19         THE WITNESS:  So I don't know         13:13:07
20   what "Johnson & Johnson's criteria"       13:13:08
21   means.  But I also -- I mean, it's kind    13:13:13
22   of a compound question, but I'm happy to   13:13:19
23   answer it in two parts.                    13:13:21
24         But to answer the first part of      13:13:22

Page 496

1    your question, no, I did not review        13:13:24
2    Dr. Longo's report with respect to         13:13:26
3    Ms. Rausa.                                13:13:28
4    BY MS. THOMPSON:                          13:13:28
5    Q.    And so you would not know what he    13:13:28
6    based his calculations on, correct?        13:13:33
7          MS. CURRY:  Object to the form.      13:13:41
8          THE WITNESS:  I did not review       13:13:42
9    Dr. Longo's report for Ms. Rausa.          13:13:44
10   BY MS. THOMPSON:                          13:13:46
11   Q.    Did you review the description of    13:13:46
12   Dr. Longo's report from Dr. Clarke-Pearson's  13:13:48
13   expert report on Ms. Rausa?               13:13:52
14   A.    I don't recall the specifics of     13:13:53
15   that.                                     13:13:56
16   Q.    And you did not consider any impact  13:14:15
17   of -- let me start over.  Hold on.         13:14:23
18         And in regard to Ms. Rausa's         13:14:31
19   opinion that talc did not contribute to her  13:14:34
20   development of ovarian cancer, the presence or  13:14:40
21   lack of presence of asbestos was not a     13:14:43
22   consideration.  Is that fair?             13:14:46
23         MS. CURRY:  Object to the form.      13:14:49
24         THE WITNESS:  So you started off     13:14:49

48 (Pages 493 - 496)

Page 497

1    saying I did not consider Ms. Rausa's        13:14:51
2    opinion. So you might want to rephrase        13:14:53
3    that.                                         13:14:56
4    BY MS. THOMPSON:
5        Q.    Oh, I thought I started a new       13:14:56
6    question. Let's try again from the beginning. 13:14:58
7            In formulating your opinion that      13:15:08
8    talcum powder did not contribute to the       13:15:12
9    development of Ms. Rausa's ovarian cancer, did 13:15:15
10   you consider at all whether there is or is not 13:15:18
11   asbestos in the talcum powder that she used?   13:15:29
12          MS. CURRY: Object to the form.          13:15:32
13          THE WITNESS: So my opinion is           13:15:33
14   that the constituents of the baby powder       13:15:38
15   are irrelevant to my opinion, whether          13:15:40
16   they be asbestos or something else,            13:15:43
17   because the talcum powder literature           13:15:47
18   that has been published to date does not       13:15:49
19   show an increased risk of developing           13:15:54
20   ovarian cancer with the perineal              13:15:57
21   application. And the in vivo and in            13:15:59
22   vitro studies also do not support the          13:16:04
23   development of ovarian cancer from the         13:16:06
24   application of talc.                           13:16:07

Page 498

1            So the concept that there may be       13:16:09
2    asbestos in the baby powder is not            13:16:14
3    integral to my opinion.                       13:16:19
4          MS. THOMPSON: I believe that's          13:16:23
5    all I have on Ms. Rausa. Is this a good       13:16:26
6    time for a lunch break?                       13:16:31
7          MS. CURRY: Yes.                          13:16:33
8          THE REPORTER: Yes.                       13:16:34
9          THE WITNESS: So when we come             13:16:36
10   back, we'll just do Ms. Newsome,              13:16:37
11   Margaret?                                      13:16:42
12          MS. THOMPSON: Is there                  13:16:42
13   something else you want to do?                 13:16:43
14          MS. CURRY: No.
15          MS. THOMPSON: I'm sure you              13:16:44
16   could come up with something.                  13:16:46
17          THE WITNESS: Thank you.                 13:16:47
18          (Lunch recess.)
19          MS. THOMPSON: Leslie, could you
20   pull Dr. Saenz's expert report for
21   Newsome.
22          THE REPORTER: Just a moment,
23   please.                                        14:00:24
24          MS. CURRY: So the expert report 14:00:24

Page 499

1    will be 40.                                    14:00:25
2            (Exhibit No. 40 was marked for         14:00:27
3            identification.)                       14:03:25
4    BY MS. THOMPSON:                               14:03:25
5        Q.    All right. Let's turn to            14:03:27
6    Ms. Newsome's case, Tamara Newsome, and I think 14:03:33
7    we've just marked your report as Exhibit 40.   14:03:39
8            And you will agree that Ms. Newsome 14:03:43
9    was diagnosed with stage 2 endometrioid cancer, 14:03:52
10   correct?
11       A.    Yes, correct.                        14:04:06
12       Q.    And that was on March 23rd of 2015? 14:04:07
13       A.    That's when she had surgery,         14:04:10
14   correct.                                       14:04:12
15       Q.    Yeah, the definitive diagnosis.      14:04:12
16   And she was 53 at that time, correct?          14:04:17
17       A.    Yes, I believe that's correct.       14:04:19
18       Q.    And Ms. Newsome is African           14:04:24
19   American. Is that your understanding?          14:04:29
20       A.    I don't know that I actually saw     14:04:30
21   that documented in the records, but I think I saw 14:04:32
22   that someplace else. I don't recall where I saw 14:04:35
23   that from.                                     14:04:37
24       Q.    Okay. So similar to the other        14:04:39

Page 500

1    cases that we've discussed today, could you    14:04:44
2    describe the methodology that you used in       14:04:46
3    formulating your opinions regarding Ms. Newsome 14:04:49
4    and the potential contribution of her talcum    14:04:54
5    powder use to the development of ovarian cancer? 14:05:00
6        A.    So as I've already described for     14:05:03
7    Ms. Judkins and Ms. Rausa, I reviewed all the  14:05:07
8    literature that we previously discussed for my 14:05:11
9    general causation report.                       14:05:13
10           I also reviewed the expert reports 14:05:15
11   of Dr. Clarke-Pearson, Dr. Godleski, Dr. Teri  14:05:16
12   Longacre, and the two amended reports of        14:05:23
13   Dr. Clarke-Pearson from November of 2023, and   14:05:29
14   then more recently May of 2024.                 14:05:32
15           I reviewed the deposition              14:05:37
16   transcripts pertaining to Ms. Newsome's case,   14:05:39
17   along with medical records that were provided to 14:05:44
18   me.                                             14:05:47
19       Q.    And I believe as you testified       14:05:49
20   before, you thought it was important to have a  14:05:51
21   thorough understanding of Ms. Newsome's medical 14:05:56
22   history, other risk factors, and her care and   14:06:04
23   treatment. Is that a fair summary?             14:06:10
24       A.    Yes.

49 (Pages 497 - 500)

Page 501

1    Q.    And as you said before, you cannot  14:06:15
2  envision a case where your conclusion would be    14:06:21
3  something other than talcum powder use did not    14:06:26
4  contribute to the development of ovarian cancer.  14:06:30
5  Is that fair?
6          MS. CURRY:  Object to the form.    14:06:34
7          THE WITNESS:  I -- I think that    14:06:35
8      question is a bit confusing because I    14:06:40
9      think you said that I can't envision    14:06:44
10     something other than talcum powder.    14:06:46
11  BY MS. THOMPSON:    14:06:47
12     Q.    Let's do that one over and use your  14:06:47
13  actual words.  In Ms. Newsome's case, it's your  14:06:49
14  opinion that there's no credible scientific data  14:06:56
15  to support the conclusion that the talc    14:06:59
16  contributed to her development of ovarian cancer. 14:07:02
17         Can you envision a case that you    14:07:07
18  would conclude something different?    14:07:12
19         MS. CURRY:  Object to the form.    14:07:14
20         THE WITNESS:  Not based on the    14:07:20
21     current state of the science.    14:07:22
22  BY MS. THOMPSON:
23     Q.    So consistent with all three, I    14:07:24
24  believe -- four.    14:07:26

Page 502

1          And it's been your testimony that  14:07:27
2  ovarian cancer is considered a multifactorial  14:07:32
3  disease, correct?    14:07:34
4          MS. CURRY:  Objection.  Asked    14:07:36
5      and answered.    14:07:38
6          THE WITNESS:  Correct.    14:07:38
7  BY MS. THOMPSON:    14:07:39
8     Q.    And in considering Ms. Newsome's  14:07:40
9  case, you accepted that it would be possible    14:07:42
10  to -- for her to get ovarian cancer with one, two 14:07:49
11  risk factors, no risk factors, because she either 14:07:58
12  got cancer or she didn't with what she had,    14:08:06
13  correct?    14:08:10
14         That may not have been a fair    14:08:11
15  statement.  Put it in your own words.    14:08:13
16         MS. CURRY:  Object to the form.    14:08:14
17         THE WITNESS:  So risk factors    14:08:16
18     are -- can be positively or negatively    14:08:16
19     associated with disease.  An individual    14:08:20
20     patient can have zero risk factors,    14:08:23
21     positive risk factors, negative risk    14:08:26
22     factors, and yet still get the disease.    14:08:28
23         So the simple fact that you    14:08:32
24     either document risk factors or not does  14:08:35

Page 503

1  not predict whether or not an individual    14:08:39
2  woman will actually develop ovarian    14:08:44
3  cancer.    14:08:47
4  BY MS. THOMPSON:    14:08:47
5     Q.    And you don't know what causes    14:08:49
6  ovarian cancer in an individual woman such as    14:08:51
7  Ms. Newsome?    14:08:59
8          MS. CURRY:  Objection.  Asked    14:08:59
9      and answered.    14:09:00
10         THE WITNESS:  I would never    14:09:00
11     define a cause of an individual woman's    14:09:02
12     ovarian cancer, that is correct.    14:09:05
13  BY MS. THOMPSON:    14:09:13
14     Q.    And in addition to not being able  14:09:27
15  to determine a cause of an individual's ovarian  14:09:34
16  cancer, is it also your opinion that you could    14:09:39
17  not identify a contributor to an individual    14:09:41
18  woman's ovarian cancer like Ms. Newsome?    14:09:47
19         MS. CURRY:  Object to the form.    14:09:50
20  BY MS. THOMPSON:
21     Q.    Let's say -- let's say a    14:09:54
22  contributing cause.    14:09:57
23         MS. CURRY:  Object to the form.    14:09:58
24         THE WITNESS:  In any individual    14:09:59

Page 504

1  woman, I would not identify a    14:10:00
2  contributing cause, that's correct.  I    14:10:03
3  think I could identify risk factors that    14:10:06
4  are associated with disease development,    14:10:08
5  but I could not identify a contributing    14:10:10
6  cause.    14:10:14
7  BY MS. THOMPSON:    14:10:21
8     Q.    And you reviewed documents for    14:10:21
9  Ms. Newsome similar to those with the other    14:10:26
10  plaintiffs, correct, in terms of categories?    14:10:29
11     A.    Yes, in terms of categories, the  14:10:35
12  categories of the documents I reviewed were very 14:10:38
13  similar between all four of the cases that I've  14:10:41
14  reviewed.    14:10:45
15     Q.    And that's because you wanted an  14:10:47
16  understanding of her medical history, care and   14:10:51
17  treatment, and what type of cancer, and all the  14:10:58
18  information that you could have about her case,   14:11:06
19  correct?
20         MS. CURRY:  Object to the form.    14:11:08
21         THE WITNESS:  That is correct.    14:11:09
22  BY MS. THOMPSON:
23     Q.    Let's make that question just a    14:11:26
24  little simpler.    14:11:29

50 (Pages 501 - 504)

Page 505

1    You wanted to have a thorough    14:11:29
2    understanding of Ms. Newsome's case, correct?    14:11:32
3        MS. CURRY:  Object to the form.    14:11:35
4        THE WITNESS:  In order for me to    14:11:36
5    give an opinion for what I was asked to    14:11:38
6    opine on, I believed I had to review all    14:11:41
7    of the records from all of those    14:11:44
8    categories, yes.    14:11:46
9    BY MS. THOMPSON:
10        Q.    But you knew before you started    14:11:49
11    reviewing the records that you would not come to    14:11:51
12    the conclusion that her talcum powder use    14:11:53
13    contributed to her ovarian cancer. Is that fair? 14:11:57
14        A.    I believe that the current state of 14:12:02
15    the science with epidemiology, in vitro and    14:12:04
16    in vivo studies does not support that the    14:12:09
17    perineal application of talc increases the risk 14:12:12
18    of ovarian cancer in any individual or in the    14:12:15
19    general population.    14:12:19
20        Q.    And I wanted to show to you the    14:12:20
21    records that are listed on your reliance list or 14:12:26
22    materials considered for Ms. Newsome are the    14:12:29
23    three articles:  The Olson article, and that    14:12:33
24    article addresses the risk of obesity, correct?  14:12:38

Page 506

1        A.    Yes, ma'am.    14:12:45
2        Q.    And Penninkilampi. Why did you    14:12:47
3    choose Penninkilampi to list as a citation    14:12:50
4    reference on this report?    14:12:57
5        A.    Because Dr. Clarke-Pearson cited to 14:13:02
6    it in his deposition testimony, and in terms of 14:13:05
7    the attributable risk that he assigned to talc in 14:13:12
8    Ms. Newsome developing ovarian cancer.    14:13:17
9        Q.    Is there anything in the    14:13:21
10    Penninkilampi article that supports your opinions 14:13:24
11    in Ms. Newsome's case?    14:13:28
12        A.    Well, in --    14:13:29
13        MS. CURRY:  Object to the form.    14:13:34
14        Sorry.  Go ahead.    14:13:35
15        THE WITNESS:  In Ms. Newsome's    14:13:36
16    case, in Penninkilampi, I think that the    14:13:37
17    cohort studies that were looked at do    14:13:44
18    not support an increased risk of    14:13:47
19    developing ovarian cancer with the    14:13:50
20    perineal application of talc.    14:13:52
21    BY MS. THOMPSON:    14:13:53
22        Q.    And you know that the cohort    14:13:53
23    studies do support an association with serous    14:13:58
24    ovarian cancer.    14:14:02

Page 507

1        MS. CURRY:  Object to the form.    14:14:03
2    BY MS. THOMPSON:
3        Q.    Is that correct?
4        A.    I disagree with that.    14:14:05
5        Q.    Let's go to the risk factors that    14:14:22
6    you identified with Ms. Newsome.  And what are    14:14:30
7    those?    14:14:38
8        A.    So Ms. Newsome was obese. She also 14:14:39
9    had evidence of endometriosis in her surgical    14:14:52
10    specimens.  And her age.  And I don't think she 14:14:57
11    had an early menarche or late menopause.    14:15:10
12        She had two children, the first at 14:15:14
13    age 31.  So I think that was not a risk factor    14:15:18
14    for her developing ovarian cancer. She didn't    14:15:21
15    really breastfeed her children for a    14:15:26
16    significantly long time, so I don't think that    14:15:29
17    reduced her risk. She used oral contraceptives    14:15:31
18    for eight to ten years, so that should have    14:15:36
19    theoretically reduced her risk of getting ovarian 14:15:39
20    cancer. And she did not use hormone replacement 14:15:42
21    therapy, so I don't think that increased her    14:15:48
22    risk.    14:15:51
23        She was a smoker at one point, but 14:15:52
24    the literature on that really only shows an    14:15:55

Page 508

1    increased risk of developing mucinous ovarian    14:15:59
2    cancer, and that's not what she had, so I don't 14:16:02
3    think of that as a particular risk factor for    14:16:05
4    her.    14:16:07
5        Q.    When considering those risk    14:16:08
6    factors, did you rule in any of those risk    14:16:11
7    factors as causes of Ms. Newsome's ovarian    14:16:16
8    cancer?    14:16:20
9        MS. CURRY:  Object to the form.    14:16:20
10        THE WITNESS:  No.    14:16:21
11    BY MS. THOMPSON:
12        Q.    Among those that you just listed,    14:16:26
13    did you rule in any of those as contributing    14:16:28
14    causes to her ovarian cancer?    14:16:31
15        A.    No.    14:16:33
16        Q.    And you did rule out talc as a    14:16:40
17    contributing cause, correct?    14:16:42
18        A.    I do not believe that the perineal 14:16:44
19    application of talc was associated with    14:16:48
20    Ms. Newsome developing ovarian cancer.    14:16:49
21        Q.    Are there any other factors that    14:16:53
22    you ruled out as being contributing causes?    14:16:55
23        MS. CURRY:  Object to the form.    14:17:00
24        THE WITNESS:  Well, I don't    14:17:02

51 (Pages 505 - 508)

Page 509

1    think her breastfeeding history    14:17:03
2    contributed. I don't think her oral    14:17:07
3    contraceptive use actually helped her,    14:17:12
4    because she still got the disease.    14:17:15
5    BY MS. THOMPSON:
6        Q.    And is it your understanding that    14:17:23
7    Ms. Newsome began using Johnson's baby powder and    14:17:25
8    Shower to Shower in 1975 when she was 14 years    14:17:29
9    old? Is that your understanding?    14:17:32
10        A.    Yes, that is my understanding.    14:17:38
11        Q.    And she testified, I believe, that    14:17:42
12    she used Shower to Shower on occasion when she    14:17:44
13    couldn't find Johnson's baby powder. Do you    14:17:47
14    recall that?    14:17:50
15        A.    I -- I have a vague recollection of    14:17:50
16    that, but I think I reviewed that a long time    14:17:53
17    ago, so I don't --    14:17:56
18        Q.    Okay. And she used daily. Is that    14:17:59
19    your understanding?    14:18:02
20        A.    That's my understanding.    14:18:03
21        Q.    And she discontinued the use in    14:18:06
22    2015 when she was diagnosed with her endometrioid    14:18:09
23    cancer, correct?    14:18:15
24        A.    The same year.    14:18:16

Page 510

1        Q.    Did you calculate the number of    14:18:18
2    lifetime applications for Ms. Newsome?    14:18:20
3        A.    No, I did not.    14:18:23
4        Q.    If using a calculator, I multiplied 14:18:27
5    daily use for 40 years and came up with 14,600    14:18:34
6    applications, would you argue with me on that    14:18:40
7    one?    14:18:43
8        A.    No, ma'am.    14:18:43
9        Q.    But only if I used a calculator,    14:18:44
10    right?
11        A.    Got to have a calculator.    14:18:47
12        MS. CURRY:  And also because I    14:18:49
13    confirmed that on my calculator.    14:18:50
14    BY MS. THOMPSON:    14:18:52
15        Q.    And you would agree that she would    14:18:55
16    be classified as a frequent user, correct?    14:19:03
17        MS. CURRY:  Object to the form.    14:19:05
18        THE WITNESS:  I mean, I can    14:19:05
19    testify that that's the number of    14:19:07
20    applications that she would have had,    14:19:09
21    but the terminology "frequent" I think    14:19:10
22    would vary depending upon what    14:19:12
23    literature we were looking at.    14:19:15
24    BY MS. THOMPSON:    14:19:16

Page 511

1        Q.    And the usage over 40 years is    14:19:16
2    significant. Would you agree?    14:19:20
3        A.    It's a long --    14:19:21
4        MS. CURRY:  Object to the form.    14:19:21
5        THE WITNESS:  Sorry. It's a    14:19:22
6    long period of time.    14:19:22
7    BY MS. THOMPSON:
8        Q.    If Ms. Newsome were to enter a    14:19:27
9    cohort study and the question was asked over use, 14:19:32
10    would that be relevant for Ms. Newsome who used    14:19:40
11    it 14,600 times?    14:19:47
12        MS. CURRY:  Object to the form.    14:19:50
13        THE WITNESS:  Well, that would    14:19:53
14    be the appropriate category if the only    14:19:54
15    two categories were ever versus never.    14:19:57
16    BY MS. THOMPSON:
17        Q.    And is it your opinion that the    14:20:04
18    risk of a woman who used it several times versus  14:20:08
19    Ms. Newsome who used it 14,600 times would be the 14:20:19
20    same?    14:20:23
21        MS. CURRY:  Object to the form.    14:20:23
22        THE WITNESS:  Yes, that is my    14:20:24
23    opinion, because I do not believe that    14:20:25
24    the perineal application of baby powder    14:20:27

Page 512

1    increases your risk of developing    14:20:31
2    ovarian cancer regardless of the    14:20:33
3    duration or frequency of use.    14:20:36
4    BY MS. THOMPSON:
5        Q.    If Ms. Newsome were entering a    14:20:41
6    case-control study and was asked about her talcum 14:20:45
7    powder use, would she be subject to recall bias?  14:20:51
8        MS. CURRY:  Object to the form.    14:20:57
9        THE WITNESS:  She could be.    14:20:58
10    BY MS. THOMPSON:
11        Q.    Even though she used it daily from  14:21:00
12    age 14 for 40 years?    14:21:03
13        A.    I think anyone that's looking    14:21:07
14    retrospectively is potentially at risk for recall 14:21:09
15    bias.
16        Q.    Do you agree that Ms. Newsome used 14:21:17
17    talcum powder in the genital area while she was   14:21:24
18    in her 20s and 30s, that period of time that    14:21:26
19    O'Brien and her colleagues have stated is a    14:21:32
20    critical time for development of ovarian cancer?  14:21:35
21        MS. CURRY:  Object to the form.    14:21:37
22        THE WITNESS:  That's what    14:21:37
23    O'Brien states, and as Ms. Newsome    14:21:38
24    started at -- I think it was age 14    14:21:40

52 (Pages 509 - 512)

## Page 513

1    for -- then she would have -- and she    14:21:45
2    used through 2015, she would have used    14:21:51
3    through her 20s and 30s, that's correct.    14:21:54
4    BY MS. THOMPSON:
5    Q.    Let's go ahead and look at the ACOG    14:21:57
6    list of risk factors, Exhibit 10 from yesterday    14:22:03
7    and today as well.    14:22:09
8    A.    Yes, I have it.    14:22:11
9    Q.    And looking at the ACOG list of    14:22:16
10    risk factors, age older than 55: Ms. Newsome was    14:22:19
11    actually younger than 55, correct?    14:22:28
12    A.    Let me do the math, 39 and 15 --    14:22:31
13    she was 54.    14:22:35
14    Q.    Okay.    14:22:37
15    A.    So she's within the age range of    14:22:38
16    the largest number of women that get the disease.    14:22:42
17    Q.    Within the range, correct? I think    14:22:53
18    that's what you just said, but --    14:22:55
19    A.    Yes.    14:22:57
20    Q.    -- I just want to make sure I    14:22:58
21    understood.    14:23:00
22        And does Ms. Newsome have any    14:23:01
23    family history of breast cancer, ovarian cancer,    14:23:04
24    colon cancer, or endometrial cancer, the family    14:23:07

## Page 514

1    history listed in the ACOG risk factors?    14:23:12
2    A.    So she does have a history of    14:23:17
3    ovarian cancer, but that relative is several    14:23:23
4    lines away. It's not a first-degree relative.    14:23:25
5    So she reported that her maternal grandmother had    14:23:28
6    a sister who had ovarian cancer, so that would    14:23:35
7    have been a maternal great aunt. But with that    14:23:37
8    many lines away, I don't think that that    14:23:41
9    influenced her risk of developing ovarian cancer.    14:23:43
10    Q.    So her family history would not in    14:23:45
11    your opinion be strong enough to be considered a    14:23:48
12    risk factor for ovarian cancer. Is that what you    14:23:52
13    are saying?    14:23:56
14        MS. CURRY: Object to the form.    14:23:56
15        THE WITNESS: That's correct.    14:23:57
16    BY MS. THOMPSON:
17    Q.    And she does not have a personal    14:24:02
18    history of breast cancer, correct?    14:24:05
19    A.    That's correct.    14:24:07
20    Q.    And she does not have mutation in    14:24:07
21    BRCA1 or BRCA2, correct?    14:24:10
22    A.    That's correct.    14:24:12
23    Q.    And Ms. Newsome had a 25-gene panel    14:24:16
24    testing, correct?    14:24:22

## Page 515

1    A.    Actually, it was a 26-gene panel,    14:24:23
2    25 of which were negative. One gene had a VUS    14:24:28
3    and MUTYH.    14:24:35
4    Q.    And that was a monoallelic    14:24:37
5    mutation, right?    14:24:43
6    A.    Yes.    14:24:44
7    Q.    Do you have any evidence that a    14:24:44
8    monoallelic MUTYH mutation is a -- presents an    14:24:47
9    increased risk for ovarian cancer?    14:24:58
10    A.    No, I do not.    14:24:59
11    Q.    And she did have children, correct?    14:25:04
12    A.    Yes.    14:25:07
13    Q.    We have no evidence in the medical    14:25:11
14    record of infertility; is that right?    14:25:14
15    A.    Not that I saw documented.    14:25:17
16    Q.    And I want to talk about    14:25:18
17    endometriosis a little bit separately.    14:25:20
18        And she does not have Lynch    14:25:21
19    syndrome, correct?    14:25:24
20    A.    Correct, she does not have any    14:25:24
21    mutations in the mismatch repair genes.    14:25:26
22    Q.    And ACOG does not list obesity as a    14:25:29
23    risk factor, does it?    14:25:33
24    A.    No, they do not.    14:25:35

## Page 516

1    Q.    And is it your opinion that this    14:25:40
2    was an oversight by ACOG?    14:25:46
3        MS. CURRY: Object to the form,    14:25:48
4        calls for speculation.    14:25:50
5        THE WITNESS: No, as I answered    14:25:50
6        before, I don't know exactly what went    14:25:52
7        into ACOG listing the risk factors that    14:25:56
8        they did. I'm not privy to that    14:25:58
9        discussion.    14:26:00
10    BY MS. THOMPSON:
11    Q.    Is ACOG making a statement that that    14:26:01
12    omission that obesity is not a risk factor for    14:26:04
13    ovarian cancer?    14:26:08
14        MS. CURRY: Object to the form.    14:26:09
15        THE WITNESS: I would be    14:26:12
16        speculating. I don't know if it has to    14:26:13
17        do with variances in the different    14:26:16
18        histotypes or not, but it's not on their    14:26:18
19        list.    14:26:22
20    BY MS. THOMPSON:
21    Q.    But if you were a physician leading    14:26:24
22    this list of risk factors from ACOG, would you    14:26:28
23    interpret the list as evidence that ACOG does not    14:26:33
24    consider obesity a risk for ovarian cancer?    14:26:39

53 (Pages 513 - 516)

Page 517

1    MS. CURRY: Object to the form.    14:26:44
2    THE WITNESS: Not necessarily.    14:26:49
3    I don't know what went into them    14:26:50
4    creating this list, so I don't think I    14:26:53
5    would make that jump in logic.    14:26:55
6    BY MS. THOMPSON:    14:27:00
7    Q.    But you are of the opinion that not 14:27:00
8    listing talc is evidence that ACOG does not    14:27:02
9    believe that talcum powder use is a risk factor.  14:27:08
10    Isn't that correct?    14:27:11
11    MS. CURRY: Object to the form.    14:27:11
12    THE WITNESS: Well, what I said    14:27:12
13    before was that talc is not on this    14:27:13
14    list, but there's also other evidence as  14:27:17
15    to why ACOG does not consider talc a    14:27:19
16    risk factor for the development of    14:27:22
17    ovarian cancer.    14:27:24
18    BY MS. THOMPSON:
19    Q.    And one of those pieces of evidence 14:27:26
20    was that there was some suggestion that a woman 14:27:28
21    could use talcum powder on her abdomen after   14:27:31
22    having abdominal surgery for comfort purposes; is 14:27:37
23    that right?    14:27:44
24    A.    That completely misstates my    14:27:44

Page 518

1    testimony.    14:27:46
2    Q.    Okay. Then tell me what -- you did 14:27:47
3    mention that ACOG suggested using talc for postop 14:27:49
4    comfort, but give me your testimony so I don't -- 14:27:58
5    I don't want to get anything incorrect.    14:28:02
6    A.    Again, you are misstating my    14:28:04
7    testimony. It had nothing to do with comfort.  14:28:06
8    One of the questions that you asked  14:28:11
9    me, was I aware of anything that ACOG put forth  14:28:12
10    to say that it's safe to use talc, and I replied 14:28:16
11    to that by citing to -- I think it's either a  14:28:21
12    clinical practice bulletin or a committee opinion 14:28:25
13    that recommended surgeons placing talc into an  14:28:28
14    abdominal incision in order to create an    14:28:34
15    inflammatory response and decrease the risk of  14:28:41
16    wound separation in obese patients.    14:28:43
17    Q.    Let's -- and you think it was a  14:28:50
18    recommendation for physicians to use?    14:28:54
19    A.    Yes.    14:28:56
20    MS. THOMPSON: Leanna, if we    14:28:59
21    could pull that up for use later on. We  14:29:01
22    won't wait for it right now.    14:29:03
23    BY MS. THOMPSON:
24    Q.    And -- now I forgot my question   14:29:18

Page 519

1    that we had before that.    14:29:20
2    I guess the simple question is,    14:29:24
3    ACOG does not list obesity as a risk factor,    14:29:28
4    correct?
5    MS. CURRY: Objection. Asked    14:29:33
6    and answered.    14:29:34
7    THE WITNESS: That's correct.    14:29:34
8    BY MS. THOMPSON:
9    Q.    And ACOG does not list hormone    14:29:38
10    replacement therapy as a risk factor, correct?   14:29:43
11    A.    That's correct.    14:29:45
12    Q.    And ACOG does not list talc    14:29:47
13    powder use as a risk factor, correct?    14:29:50
14    A.    That's correct.    14:29:53
15    Q.    All right. If we go to the SGO   14:29:53
16    list next.    14:30:00
17    A.    I have it.    14:30:04
18    Q.    Looking down at this list,    14:30:10
19    Ms. Newsome does not have a genetic mutation that 14:30:20
20    increases the risk of ovarian cancer. That's  14:30:25
21    correct?    14:30:29
22    MS. CURRY: Object to the form.    14:30:29
23    THE WITNESS: Not that we've    14:30:29
24    documented, that's correct.    14:30:30

Page 520

1    BY MS. THOMPSON:    14:30:31
2    Q.    Right. And she did not use hormone 14:30:34
3    replacement, correct?    14:30:39
4    A.    There's no documentation that she 14:30:40
5    used hormone replacement therapy.    14:30:42
6    Q.    She is obese, correct?    14:30:44
7    A.    I believe that's the case.    14:30:52
8    Q.    And I think that the record states 14:30:54
9    that she -- her BMI was in the range of 30 to 35, 14:30:58
10    and was 36.5 at the time of diagnosis. Does that 14:31:05
11    sound correct?    14:31:11
12    A.    I think that all sounds within the 14:31:12
13    range of what she was, yes.    14:31:14
14    Q.    And you will agree that the    14:31:19
15    literature for obesity is mixed. Is that an    14:31:21
16    accurate way of describing it?    14:31:29
17    MS. CURRY: Object to the form.    14:31:30
18    THE WITNESS: I think the    14:31:31
19    literature on obesity is somewhat    14:31:32
20    inconsistent. I do believe that's the    14:31:35
21    case.    14:31:38
22    BY MS. THOMPSON:
23    Q.    For example, I believe the article 14:31:39
24    that you cited with Ms. Newsome's report, the  14:31:44

54 (Pages 517 - 520)

Page 521

1 Olson paper gave approximately a 1.4 odds ratio 14:31:49
2 for obesity. Is that approximately what you    14:31:54
3 recall?                14:31:58
4      A.    Yeah, I think the odds ratio was    14:31:58
5 1.37 as reported by Olson. So, yes, 1.4 is    14:32:05
6 approximate, yes.            14:32:08
7      Q.    And do you remember seeing the IARC 14:32:09
8 monograph on obesity and ovarian cancer?    14:32:14
9      MS. CURRY: Object to the form.    14:32:17
10      THE WITNESS: I've never looked    14:32:18
11 at that.                14:32:19
12 BY MS. THOMPSON:
13      Q.    I believe the meta-analysis from    14:32:20
14 IARC gave a 1.1 odds ratio with that. Would you 14:32:23
15 have a reason to -- would that surprise you?    14:32:28
16      MS. CURRY: Object to the form.    14:32:34
17      THE WITNESS: I -- I mean, I    14:32:35
18 think the literature on obesity is    14:32:37
19 inconsistent. I think that there have    14:32:39
20 been various odds ratios that have been    14:32:42
21 reported. Some of them positive, some    14:32:46
22 of them not significant. Some of them    14:32:47
23 really just demonstrating a -- obesity    14:32:50
24 portending a poor prognosis in general,    14:32:55

Page 522

1 but not necessarily being related to an    14:33:00
2 increase risk of development. So I    14:33:03
3 think there's a lot of variance in the    14:33:06
4 literature.                14:33:09
5 BY MS. THOMPSON:            14:33:09
6      Q.    And in regards I believe you said 14:33:09
7 when we were talking about Ms. Rausa, that the    14:33:11
8 association would be weak or small or something, 14:33:14
9 using those words.            14:33:18
10      Am I remembering correctly?        14:33:21
11      MS. CURRY: Object to the form.    14:33:21
12      THE WITNESS: I think an odds    14:33:23
13 ratio of 1.37 is a modest association.    14:33:26
14 BY MS. THOMPSON:            14:33:26
15      Q.    And let's talk a little bit about 14:33:36
16 the third article on your citation is the    14:33:38
17 Saavalainen, or something like that.    14:33:58
18      A.    Would you mind if I spell it for 14:33:50
19 Leslie? Would that be okay?        14:33:52
20      Q.    Leslie would appreciate that, I'm 14:33:54
21 sure.                14:33:55
22      A.    I'm going to butcher it as well.    14:33:55
23 So it's S-A-A-V-A-L-A-I-N-E-N.        14:33:58
24      Q.    And I was actually closer than I    14:34:05

Page 523

1 thought I would be without actually having it in 14:34:10
2 front of me.                14:34:14
3      And do you agree that article is    14:34:14
4 about the risk of gynecological cancer and    14:34:22
5 endometriosis, correct?            14:34:26
6      A.    More specifically, it's about the 14:34:29
7 risk of developing ovarian cancer with the    14:34:32
8 specific type of endometriosis.        14:34:38
9      Q.    And are you speaking of an ovarian 14:34:42
10 cancer that arises from an ovarian endometrioma? 14:34:48
11      MS. CURRY: Object to the form.    14:34:57
12      THE WITNESS: Well, that's one    14:34:58
13 of the three categories of        14:34:58
14 endometriosis.            14:35:00
15 BY MS. THOMPSON:            14:35:00
16      Q.    And I think I'm mistaken about    14:35:01
17 Ms. Newsome's BMI. It actually was not as high 14:35:06
18 as 36. I believe it was -- it ranged from 27 to 14:35:12
19 33, so I will correct the record there.    14:35:17
20      A.    See, and I accepted you at face    14:35:23
21 value, Margaret.            14:35:25
22      Q.    Well, as we both know, it's very    14:35:27
23 easy to get these plaintiffs confused sometimes. 14:35:31
24      A.    I agree. I don't -- no ill will.    14:35:33

Page 524

1 I just think that she had a BMI of greater than 14:35:35
2 30 at the time of diagnosis is the way that I    14:35:40
3 would like to characterize that.        14:35:43
4      Q.    Yeah, and I think that's -- that's 14:35:45
5 fair. But I made her a little more obese than    14:35:48
6 she actually was.            14:35:54
7      So let's go to the issue of        14:36:06
8 endometriosis. What is your opinion regarding    14:36:07
9 the relationship -- particular relationship of    14:36:10
10 endometriosis and Ms. Newsome's ovarian cancer? 14:36:15
11      A.    So there is data to support that    14:36:18
12 endometriosis can increase the risk of developing 14:36:28
13 ovarian cancer, in particular the clear cell and 14:36:34
14 endometrioid histologies. And Ms. Newsome had    14:36:38
15 the endometrioid histology.        14:36:45
16      The reason that I cited to the    14:36:49
17 Saavalainen paper is because they looked at where 14:36:56
18 the endometriosis physically was, whether it was 14:37:00
19 the infiltrating type or endometriosis in the    14:37:05
20 peritoneum or an ovarian endometrioma. And they 14:37:11
21 looked at the differential risks of developing    14:37:18
22 ovarian cancer with those varying types of    14:37:21
23 endometriosis.            14:37:24
24      Q.    And is there any notation of    14:37:30

55 (Pages 521 - 524)

Page 525

1  endometriosis in her medical record?          14:37:34
2          MS. CURRY:  Object to the form.      14:37:37
3          THE WITNESS:  Not in her             14:37:42
4     original path report from her surgery,     14:37:43
5     but in Dr. Longacre's expert report she    14:37:45
6     identified endometriosis.                  14:37:52
7  BY MS. THOMPSON:                              14:37:54
8     Q.    So -- well, is there any evidence    14:37:54
9  of endometriosis in her original operative    14:37:58
10 report?                                       14:38:02
11    A.    I believe that there is.  I believe  14:38:02
12 that Dr. Steren described a posterior cul-de-sac  14:38:05
13 that was somewhat obliterated, consistent with  14:38:20
14 pelvic adhesive disease, and that the right   14:38:25
15 adnexal mass was stuck to the right pelvic side  14:38:31
16 wall.  And he described it as under the       14:38:34
17 cul-de-sac.  So I believe that that adhesive  14:38:37
18 disease was representative of endometriosis.  14:38:41
19    Q.    But Dr. Steren doesn't actually      14:38:47
20 state that he found endometriosis when he was  14:38:49
21 exploring her abdomen, correct?               14:38:52
22    A.    He does not describe it as           14:38:55
23 endometriosis, no.  He describes it as adhesive  14:38:57
24 disease.                                      14:39:00

Page 526

1     Q.    And the hospital pathology report   14:39:01
2  does not identify any endometriosis on her    14:39:03
3  pathology, correct?                           14:39:07
4     A.    It does not.                         14:39:08
5     Q.    So what you're relying on for your   14:39:10
6  opinion that Ms. Newsome has endometriosis and  14:39:14
7  that the endometriosis is a risk factor for   14:39:21
8  ovarian cancer is the defense expert's review of  14:39:25
9  her pathology, correct?                       14:39:30
10    A.    So that's a bit of a compound        14:39:32
11 question.                                     14:39:34
12        MS. CURRY:  Object to the form.        14:39:33
13    Sorry.
14        THE WITNESS:  So I am relying          14:39:35
15    upon Dr. Longacre's report for            14:39:37
16    diagnosing the endometriosis from         14:39:41
17    Ms. Newsome's pathology specimens,        14:39:44
18    correct.  But what I am relying upon for  14:39:47
19    whether or not endometriosis is           14:39:51
20    associated with an increased risk of      14:39:53
21    developing the disease in general is the  14:39:55
22    literature that has been published on     14:39:58
23    that topic.                               14:40:00
24 BY MS. THOMPSON:

Page 527

1     Q.    Okay.  Fair enough.  Thank you for   14:40:03
2  clarifying that.                              14:40:06
3          But similar to other risk factors,   14:40:08
4  you would not consider her endometriosis as a  14:40:11
5  cause of her ovarian cancer.  Am I correct?   14:40:17
6     A.    I would not attribute causation of  14:40:21
7  her ovarian cancer to her endometriosis.  I just  14:40:25
8  know from the literature that the histology that  14:40:28
9  she had, the endometrioid histology, is more  14:40:31
10 commonly associated in the presence of        14:40:36
11 endometriosis than it is in patients without  14:40:40
12 endometriosis.                                14:40:43
13    Q.    And you're not offering the opinion  14:40:44
14 that if she were to have endometriosis, as    14:40:49
15 Dr. Longacre found, that it would have        14:40:53
16 contributed to her ovarian cancer?            14:40:57
17        MS. CURRY:  Object to the form.        14:41:02
18        THE WITNESS:  I'm simply stating       14:41:05
19    that she had a risk factor which has       14:41:06
20    been known to increase the risk of         14:41:09
21    developing ovarian cancer.                 14:41:11
22        MS. THOMPSON:  Let's go to             14:41:32
23    Dr. Godleski's report.                     14:41:33
24        (Exhibit No. 41 was marked for

Page 528

1     identification.)
2          THE WITNESS:  Okay, Margaret,
3     I'm ready.
4  BY MS. THOMPSON:
5     Q.    Okay.  And similar to Ms. Rausa and  14:42:28
6  Ms. Judkins, Dr. Godleski looked at the histology  14:42:31
7  with light microscopy, correct?              14:42:37
8     A.    Yes.                                 14:42:41
9     Q.    Did Dr. Godleski confirm an          14:42:41
10 endometrioid carcinoma?                       14:42:45
11    A.    Yes, he did.                         14:42:48
12    Q.    Did he find any endometriosis?       14:42:49
13    A.    He did not report one way or         14:42:51
14 another if there was endometriosis.           14:42:53
15    Q.    And would you assume if he did not  14:42:56
16 report it, that he did not find endometriosis?  14:42:59
17    A.    No.                                  14:43:03
18        MS. CURRY:  Object to the form.        14:43:03
19        THE WITNESS:  No, not                  14:43:04
20    necessarily.                               14:43:05
21 BY MS. THOMPSON:
22    Q.    So it's your opinion that            14:43:12
23 Dr. Godleski could have found endometriosis but  14:43:13
24 not included it in his report?                14:43:15

56 (Pages 525 - 528)

Page 529

1       MS. CURRY: Object to the form.    14:43:17
2       THE WITNESS: That's correct.    14:43:18
3   BY MS. THOMPSON:
4       Q.    And the second step in Godleski's    14:43:25
5   process that we've been over a couple of times    14:43:27
6   today is using polarized light to identify the    14:43:30
7   birefringent particles.    14:43:38
8       Is that your understanding?    14:43:39
9       A.    Yes, ma'am.    14:43:41
10      Q.    And following the identification of    14:43:41
11  the birefringent particles, Dr. Godleski    14:43:44
12  performed SEM and EDS, correct?    14:43:50
13      A.    That's correct.    14:43:53
14      Q.    And the purpose of those are to    14:43:55
15  determine whether particles are consistent with    14:44:00
16  talc and/or asbestos, correct?    14:44:03
17      A.    That's my understanding.    14:44:06
18      Q.    And whether they are in a fibrous    14:44:09
19  form or a particle form. Is that your    14:44:11
20  understanding?    14:44:15
21      MS. CURRY: Object to the form.    14:44:15
22      THE WITNESS: I don't know that    14:44:16
23  level of detail.    14:44:17
24  BY MS. THOMPSON:    14:44:18

Page 530

1       Q.    Okay. And what did Dr. Godleski    14:44:19
2   find in Ms. Newsome's case?    14:44:26
3       A.    He found in the tissues that he    14:44:31
4   examined a total of 31 particles, 15 of which    14:44:34
5   were -- that he thought represented talc were in    14:44:39
6   the left ovary, and one particle in the right    14:44:44
7   ovary.    14:44:48
8       Q.    Would you agree that actually 30 of    14:44:59
9   the 30 -- all of the 30 were actual talc    14:45:01
10  particles, 30 of the 31 were non-fibrous, and one    14:45:05
11  was a talc fiber?    14:45:10
12      MS. CURRY: Object to the form.    14:45:12
13  BY MS. THOMPSON:
14      Q.    If you look at the bottom of    14:45:13
15  page 3, that paragraph at the end of page 3.    14:45:15
16      A.    Yes, I see where you are.    14:45:21
17      Q.    And do you think that's a correct    14:45:29
18  reporting of Dr. Godleski's findings?    14:45:34
19      MS. CURRY: Object to the form.    14:45:36
20      THE WITNESS: I have no reason    14:45:36
21  to question the veracity of what he was    14:45:37
22  reporting.    14:45:40
23  BY MS. THOMPSON:    14:45:42
24      Q.    And what else did Dr. Godleski    14:45:43

Page 531

1   find?    14:45:44
2       MS. CURRY: Object to the form.    14:45:45
3       THE WITNESS: You would have to    14:45:46
4   be more specific, ma'am.    14:45:47
5   BY MS. THOMPSON:
6       Q.    Did Dr. Godleski find asbestos?    14:45:49
7       A.    He reported that he found    14:45:53
8   something -- I'm just quoting from his report --    14:45:59
9   with a spectrum typical of tremolite asbestos.    14:46:02
10      Q.    And so Dr. Godleski, according to    14:46:09
11  his report, also found tremolite asbestos in    14:46:12
12  Ms. Newsome's tissues, correct?    14:46:17
13      MS. CURRY: Object to the form.    14:46:20
14      THE WITNESS: That's what he    14:46:20
15  reported.    14:46:21
16  BY MS. THOMPSON:
17      Q.    And in each of these reports from    14:46:23
18  Dr. Godleski on Ms. Judkins, Ms. Rausa, and    14:46:34
19  Ms. Newsome, do you have an opinion as to how the    14:46:38
20  particles that Dr. Godleski identified got into    14:46:46
21  the tissue?    14:46:53
22      MS. CURRY: Object to the form.    14:46:57
23      THE WITNESS: No, I do not. But    14:47:01
24  I don't -- I do not think it was from    14:47:03

Page 532

1   the perineal application of talc.    14:47:05
2   BY MS. THOMPSON:    14:47:08
3       Q.    And no idea how else it could get    14:47:08
4   there?    14:47:11
5       A.    I do not have an opinion on that.    14:47:11
6       Q.    Okay. And similar to the other    14:47:22
7   cases, you did not look at Dr. Longo's exposure    14:47:37
8   report regarding Ms. Newsome's usage, correct?    14:47:45
9       A.    Ms. Newsome's usage?    14:47:56
10      Q.    Talcum powder usage -- excuse me,    14:47:59
11  Dr. Longo's exposure report.    14:48:02
12      A.    I've not reviewed Dr. Longo's    14:48:04
13  report.    14:48:06
14      Q.    Have you reviewed Dr. Longo's    14:48:10
15  analysis of asbestos and talc fibers present in    14:48:10
16  bottles that she had in her home?    14:48:17
17      A.    I have not --    14:48:20
18      MS. CURRY: Object to the form.    14:48:21
19      THE WITNESS: I have not    14:48:22
20  reviewed any report from Dr. Longo.    14:48:23
21  BY MS. THOMPSON:    14:48:26
22      Q.    Did you see in Dr. Clarke-    14:48:29
23  Pearson's report or deposition what Dr. Longo    14:48:37
24  found in Ms. Newsome's bottles?    14:48:43

57 (Pages 529 - 532)

Page 533

1    A.    I do not recall the specifics of  14:48:46
2  that portion of Dr. Clarke-Pearson's report.    14:48:48
3    Q.    You did not see that Dr. Longo   14:48:52
4  found asbestos in Ms. Newsome's talcum powder   14:48:55
5  bottles?                        14:49:00
6        MS. CURRY:  Object to the form.   14:49:01
7        THE WITNESS:  I did not review   14:49:02
8  Dr. Longo's report.                14:49:03
9  BY MS. THOMPSON:
10    Q.    Would that influence your opinions  14:49:05
11  at all if you did learn that Dr. Longo found   14:49:08
12  asbestos in Ms. Newsome's Johnson baby powder   14:49:16
13  bottles?                       14:49:22
14        MS. CURRY:  Object to the form.   14:49:22
15        THE WITNESS:  No, it would not,   14:49:23
16  because my opinion is based upon the       14:49:24
17  literature for the perineal application    14:49:26
18  of talcum powder, and that literature     14:49:31
19  does not support an increased risk of     14:49:32
20  developing ovarian cancer.  So what the    14:49:34
21  constituents are of the talcum powder is   14:49:37
22  not relevant to my report.  Or opinion.   14:49:39
23        MS. THOMPSON:  If we could take   14:49:49
24  a short break now, I would like to come    14:49:50

Page 534

1  back and just admit the -- the more       14:49:55
2  recent medical records, and have your     14:50:01
3  testimony on the current condition of     14:50:03
4  each plaintiff.                   14:50:05
5        And if I could find that ACOG     14:50:06
6  document, I will go look for that during   14:50:10
7  this short break, and then that should    14:50:13
8  be all I have.                   14:50:15
9        THE WITNESS:  Okay.  Thank you,   14:50:16
10  Margaret.                      14:50:18
11        MS. THOMPSON:  Thank you.       14:50:19
12        Let's just come back in five or   14:50:21
13  ten, okay?                      14:50:23
14        THE WITNESS:  Sounds good.       14:50:24
15        (Recess.)               14:59:35
16  BY MS. THOMPSON:                  14:59:35
17    Q.    I have one question on Ms. Judkins,  14:59:36
18  and then we will put in the recent medical  14:59:38
19  records, and then I believe we have the ACOG  14:59:40
20  document that you're referring to that we'll  14:59:45
21  show, and then from my standpoint, I'll be done.  14:59:48
22    A.    Okay.                 14:59:52
23    Q.    Dr. Saenz, going back to a long   15:00:01
24  time ago, Ms. Judkins, do you recall seeing a  15:00:04

Page 535

1  record that she was prescribed a pessary     15:00:09
2  following her surgery for the ovarian cancer?   15:00:13
3    A.    No, I do not.               15:00:20
4    Q.    What is a pessary used for in     15:00:22
5  gynecology?                     15:00:24
6    A.    A pessary can be used to help     15:00:25
7  prevent pelvic prolapse or to reduce something  15:00:29
8  like a rectocele.                 15:00:32
9    Q.    And does that -- if Ms. Judkins was 15:00:34
10  prescribed a pessary following surgery, does that 15:00:44
11  influence your opinions at all as to what was   15:00:48
12  causing the bulge that she -- that was seen prior 15:00:52
13  to her surgery?                  15:00:57
14    A.    No.                    15:00:58
15    Q.    Does it influence your opinion that 15:01:01
16  the rectocele and cystocele and uterine prolapse 15:01:05
17  resulted from pressure from the adnexal mass?   15:01:11
18    A.    No.                    15:01:14
19    Q.    Okay.  Let's go to Ms. Judkins'   15:01:18
20  current condition.  What is your understanding of 15:01:26
21  Ms. Judkins' current condition?         15:01:30
22    A.    So the last medical record that I   15:01:41
23  saw was dated December 5th, 2023, and she was   15:01:46
24  still in remission at that time.         15:01:55

Page 536

1    Q.    To your knowledge, does Ms. Judkins 15:02:02
2  have any residual effects from her chemotherapy 15:02:03
3  or other treatment?                15:02:10
4        MS. CURRY:  Object to the form.   15:02:11
5        THE WITNESS:  I do not have any   15:02:12
6  knowledge of that.               15:02:13
7  BY MS. THOMPSON:
8    Q.    And so Ms. Judkins was diagnosed   15:02:16
9  in -- let me make sure that I get this right -- I 15:02:27
10  believe it was 2016.               15:02:36
11    A.    Correct, it was December of 2016.  15:02:38
12    Q.    And so she's currently eight years. 15:02:40
13  In your view, what is Ms. Judkins' prognosis?   15:02:49
14    A.    So she -- so I don't have any     15:02:54
15  medical records from right now.  The last medical 15:02:57
16  record I have is from December of 2023.  So that 15:03:00
17  would be seven years that she has not had a    15:03:05
18  recurrence, so I would consider her cured.    15:03:08
19    Q.    Okay.  Let's move to -- well, let's 15:03:11
20  move to Ms. Rausa.  What is Ms. Rausa's current 15:03:21
21  condition?                     15:03:26
22    A.    So the last medical record that I   15:03:27
23  saw any documentation of was dated January 4th,  15:03:31
24  2024, and at that time Ms. Rausa was still being 15:03:37

58 (Pages 533 - 536)

Page 537

1  treated with a combination of bevacizumab,          15:03:43
2  cytoxan, and pembrolizumab. And that was in       15:03:53
3  January of 2024 is the last notation I saw. So    15:04:03
4  she has active disease.                           15:04:06
5        MS. THOMPSON: Leslie, could we     15:04:08
6  mark as our next exhibit -- they can be      15:04:10
7  all combined -- the additional medical       15:04:14
8  records for Ms. Rausa.                       15:04:17
9        THE WITNESS: I think she's
10  referring to the supplemental materials
11  considered.
12        MS. THOMPSON: The supplemental,
13  that would be great. Thank you, Doctor.
14        MS. CURRY: Do you want them        15:04:38
15  marked as three different exhibits? We     15:04:39
16  have one for Rausa, one for Newsome and    15:04:41
17  one for Converse.                          15:04:44
18        MS. THOMPSON: Probably.           15:04:46
19        MS. CURRY: So the one for Rausa    15:04:48
20  will be marked as Exhibit 42.              15:04:50
21        (Exhibit No. 42 was marked for
22        identification.)
23  BY MS. THOMPSON:
24     Q.    Okay. And Ms. Rausa has recurrence 15:04:56

Page 538

1  and is being treated for active disease, correct? 15:04:58
2     A.    That's my understanding as of      15:05:01
3  January of 2024. I don't have any more current  15:05:03
4  information.                                     15:05:06
5     Q.    And Ms. Rausa originally had a      15:05:07
6  stage 3 serous -- high grade serous ovarian     15:05:11
7  cancer, correct?                                15:05:21
8     A.    Correct, stage 3A, high grade      15:05:21
9  serous.                                         15:05:25
10     Q.    And what is Ms. Rausa's prognosis  15:05:25
11  in your opinion?                                15:05:28
12     A.    She very likely will die of her    15:05:28
13  disease.                                        15:05:31
14     Q.    And let's go to Ms. Newsome.       15:05:34
15     A.    Okay. The last medical record that 15:05:40
16  I saw for Ms. Newsome was dated -- it was a     15:05:44
17  telehealth visit with Dr. Garg, and that was    15:05:51
18  dated June of 2023. So she was diagnosed in     15:05:54
19  March of 2015, so that's a little bit over eight 15:06:00
20  years that she has gone without a recurrence.   15:06:05
21  And given that it's been longer than five years, 15:06:08
22  I would consider her cured.                      15:06:12
23        MS. THOMPSON: And we'll mark       15:06:18
24        the most recent records, your      15:06:20

Page 539

1  supplemental records for Ms. Newsome as     15:06:22
2  the next exhibit.                            15:06:25
3        MS. CURRY: 43.                    15:06:28
4        (Exhibit No. 43 was marked for    15:06:28
5        identification.)                  15:06:38
6        MS. THOMPSON: And I believe       15:06:38
7  that's all.                                  15:06:39
8        And, Dawn, are you going to have   15:06:42
9  questions?                                   15:06:46
10        MS. CURRY: I don't believe that   15:06:46
11  I do actually. No questions from me.        15:06:47
12        (A discussion was held off the
13  record.)
14        MS. CURRY: She will review and    15:09:08
15  sign.                                        15:09:10
16        (Recess.)                         15:09:10
17        MS. THOMPSON: Let's go back on
18  the record for one other thing.
19        I think Leanna is going to put    15:29:54
20  Exhibit No. -- 45.                           15:29:57
21        MS. PITTARD: Yes, it's in the     15:30:03
22  chat.                                        15:30:04
23        MS. THOMPSON: -- in the chat.     15:30:04
24  I believe this was the document that you    15:30:05

Page 540

1  were referring to earlier --               15:30:07
2        MS. CURRY: Hold on. We have to    15:30:10
3  pull it up.                                  15:30:12
4        THE WITNESS: Hold on. I have      15:30:13
5  to get it.                                   15:30:14
6        No, there is no document in the   15:30:16
7  chat yet. Oh, there it is. Thank you.       15:30:18
8        MS. CURRY: And hold on, this is   15:30:20
9  44.                                          15:30:22
10        (Exhibit No. 44 was marked for    14:10:28
11        identification.)
12  BY MS. THOMPSON:
13     Q.    We will go to the sentence about  15:30:23
14  talc.                                        15:30:25
15     A.    Okay. Where are you?           15:30:26
16     Q.    Now, I don't have it up.       15:30:32
17        Dr. Saenz, have you had a chance to 15:31:06
18  review that document marked as Exhibit 44? 15:31:08
19     A.    Yes.
20     Q.    And is this the document you were 15:31:19
21  referring to previously about the application in 15:31:21
22  an abdominal incision?                       15:31:41
23        MS. CURRY: Margaret, she needs   15:31:41
24        you to repeat the question.       15:31:42

59 (Pages 537 - 540)

Page 541

1    MS. THOMPSON: Oh, I'm sorry.    15:31:43
2  BY MS. THOMPSON:
3    Q.    Is this the document that you were  15:31:46
4  referring to earlier regarding the application of 15:31:49
5  talc in an abdominal incision?    15:31:53
6    A.    Yes.
7    Q.    And this is -- to identify it, it's 15:31:59
8  a committee opinion from ACOG, correct?    15:32:02
9    A.    Yes.    15:32:07
10    Q.    And the title is "Gynecologic    15:32:09
11  Surgery in the Obese Woman," correct?    15:32:12
12    A.    Correct.    15:32:16
13    Q.    Dated January 2015, correct?    15:32:16
14    MS. CURRY: Object to the form.    15:32:19
15    THE WITNESS: And reaffirmed in    15:32:21
16  2019.    15:32:23
17  BY MS. THOMPSON:
18    Q.    And reaffirmed in 2019.    15:32:25
19    And the reference to talc is on    15:32:28
20  page -- I don't see page numbers on mine, but  15:32:34
21  it's just before Conclusions and Recommendations, 15:32:42
22  if you'll go to that sentence.    15:32:45
23    A.    Okay.    15:32:48
24    Q.    And it states: "Although data are 15:32:50

Page 542

1  limited, postoperative wound complications may be 15:32:53
2  lessened in the obese patient after abdominal    15:32:58
3  hysterectomy with subcutaneous suture placement, 15:33:03
4  talc application or wound vacuum."    15:33:07
5    Did I read that correctly?    15:33:09
6    A.    Yes.
7    Q.    And this would be a one-time    15:33:13
8  application in the abdominal incision, correct? 15:33:15
9    A.    That's correct.    15:33:17
10    Q.    One concluding question if I may.  15:33:23
11  Dr. Saenz, have all the opinions that you intend 15:33:25
12  to give at trial included in your general report, 15:33:32
13  the four plaintiff case-specific reports and your 15:33:38
14  testimony here today?    15:33:42
15    MS. CURRY: Object to the form    15:33:43
16  of the question.    15:33:44
17    THE WITNESS: Unless you ask me    15:33:45
18  something else at trial, yes.    15:33:47
19    MS. THOMPSON: Okay. Dawn, you    15:33:48
20  don't have anything?    15:33:55
21    MS. CURRY: I have no questions    15:33:55
22  today. Thank you.    15:33:56
23    MS. THOMPSON: Okay. Thank you,    15:33:57
24  Dr. Saenz. I appreciate your time and    15:33:59

Page 543

1  patience.    15:34:02
2    THE WITNESS: Thank you so much,    15:34:02
3  Margaret. Have a good evening.    15:34:04
4    MS. CURRY: Thank you. Goodbye.    15:34:05
5    (Whereupon, the deposition of
6  CHERYL C. SAENZ, M.D. concluded at 3:35
7  p.m.)

Page 544

1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2    The undersigned Certified Shorthand Reporter
3  does hereby certify:
4    That the foregoing proceeding was taken before
5  me at the place and time therein set forth, at which
6  time the witness was duly sworn; That the testimony
7  of the witness and all objections made at the time
8  of the examination were recorded stenographically by
9  me and were thereafter transcribed, said transcript
10  being a true and correct copy of my shorthand notes
11  thereof; That the dismantling of the original
12  transcript will void the reporter's certificate.
13    In witness thereof, I have subscribed my name
14  this date:  July 4, 2024.
15

16    _Leslie Anne Todd_
17    LESLIE A. TODD, CSR, RPR
18    Certificate No. 5129
19
20
21
22
23  (The foregoing certification of
    this transcript does not apply to any
24  reproduction of the same by any means,
    unless under the direct control and/or
25  supervision of the certifying reporter.)

60 (Pages 541 - 544)

Page 545

INSTRUCTIONS TO WITNESS

1
2     Please read your deposition over
3  carefully and make any necessary corrections.  You
4  should state the reason in the appropriate space on
5  the errata sheet for any corrections that are made.
6         After doing so, please sign the errata
7  sheet and date it.
8         You are signing same subject to the
9  changes you have noted on the errata sheet, which
10 will be attached to your deposition.  It is
11 imperative that you return the original errata sheet
12 to the deposing attorney within thirty (30) days of
13 receipt of the deposition transcript by you.  If you
14 fail to do so, the deposition transcript may be
15 deemed to be accurate and may be used in court.
16
17
18
19
20
21
22
23
24
25

Page 547

ACKNOWLEDGMENT OF DEPONENT

1
2  I,_____, do hereby
3  certify that I have read the foregoing pages, and
4  that the same is a correct transcription of the
5  answers given by me to the questions therein
6  propounded, except for the corrections or changes in
7  form or substance, if any, noted in the attached
8  Errata Sheet.
9
10 Dated: _____
11
12 _____
13 CHERYL C. SAENZ, M.D.
14
15 Subscribed and sworn to
16 before me this
17 _____day of_____,20___.
18 My commission expires:_____
19 _____
20 Notary Public
21
22
23
24
25

Page 546

1         - - - - -
2         E R R A T A
3         - - - - -
4  PAGE LINE CHANGE
5  ____ ____ _____
6  REASON: _____
7  ____ ____ _____
8  REASON: _____
9  ____ ____ _____
10 REASON: _____
11 ____ ____ _____
12 REASON: _____
13 ____ ____ _____
14 REASON: _____
15 ____ ____ _____
16 REASON: _____
17 ____ ____ _____
18 REASON: _____
19 ____ ____ _____
20 REASON: _____
21 ____ ____ _____
22 REASON: _____
23 ____ ____ _____
24 REASON: _____
25

61 (Pages 545 - 547)

| & | | | |
| --- | --- | --- | --- |
| **&** 308:6 310:8 310:14,21 426:21 427:1,6 427:9 495:16 495:20 | **15** 513:12 530:4 **155** 310:22 **16,790** 395:10 398:3 **16-2738** 308:6 **17** 425:3 **18** 311:19 **18,000** 473:13 **18,250** 471:10 **1825** 310:15 **1968** 464:12 470:5 **1971** 355:10 **1975** 509:8 **1988** 466:17 471:7 | **2019** 494:24 541:16,18 **202** 310:17 **2021** 311:19,24 312:9 391:10 **2022** 364:15 366:4,7,15 367:2,11 472:14 **2023** 460:23 500:13 535:23 536:16 538:18 **2024** 308:15 311:11,15,22 312:7 326:19 364:23 391:8 391:14 460:8 500:14 536:24 537:3 538:3 544:14 | **27** 523:18 **28** 311:11,15,21 312:7 364:23 **28th** 460:2 |

**0**

**02210** 310:23

**3**

| **1** | | | **3** 390:1 441:10 460:15 530:15 530:15 538:6 |

**1** 390:11
**1.1** 521:14
**1.3** 475:4
**1.37** 521:5 522:13
**1.4** 475:5 521:1 521:5
**10** 370:7 407:23 408:3 409:6,14 476:14 513:6
**100** 318:7 319:1 477:10
**11** 378:13 465:19
**12** 371:7 407:23 465:20
**13** 371:2,7 470:5
**13th** 460:15,24
**14** 397:3 509:8 512:12,24
**14,600** 510:5 511:11,19
**14542** 544:15

**2**

**2** 348:14 349:18 360:10,11 390:2 401:1 413:14 419:3 499:9
**20** 308:15 547:17
**20006** 310:16
**2015** 499:12 509:22 513:2 538:19 541:13
**2016** 536:10,11
**2017** 384:4,9 391:6,24 422:6 442:16
**2018** 460:15,24 461:1 464:12 470:13

**20s** 399:4,12,16 473:18 512:18 513:3
**21** 311:24 312:9 391:16
**218** 310:9
**21st** 326:19
**22** 367:21 447:8
**23rd** 499:12
**24** 391:16
**25** 388:24 389:5 514:23 515:2
**26** 311:20 515:1
**269-2343** 310:11

**3,600** 398:21,23 399:1
**30** 378:24 466:13 480:21 520:9 524:2 530:8,9,9,10 545:12
**308** 308:24
**30s** 399:5,12 473:18 512:18 513:3
**31** 507:13 530:4 530:10
**313** 311:3
**315** 311:11
**33** 311:8 315:4 315:7,8 377:23 377:24 523:19
**333** 311:15
**334** 310:11
**335-2600** 310:17
**34** 311:12 333:1 333:2
**35** 311:16 400:21 520:9

Golkow Technologies,
A Veritext Division

**[36 - acog]**                                                        Page 2

| | | | |
|---|---|---|---|
| **36** 311:17 | **459** 311:24 | **6** | **abstract** 492:2 |
| 400:21 523:18 | **46** 394:22 395:9 | **60** 367:6 370:14 | 493:14 |
| **36.5** 520:10 | 397:18 398:1 | 374:10 377:5 | **abstracts** |
| **36104** 310:10 | 478:2 | **617** 310:24 | 490:22 492:16 |
| **365** 395:9 | **47** 367:21 | **63** 370:18 | **academic** |
| **37** 311:18 416:3 | **47.75** 366:15 | 460:15 461:2 | 422:17 |
| 416:4 | **48** 371:8 465:23 | **64** 370:21 | **accept** 346:23 |
| **38** 311:20 434:6 | 465:24 466:2 | **65** 367:1 | 347:10 |
| **39** 311:23 459:4 | 467:20,23 | **6753337** 308:23 | **accepted** |
| 513:12 | **499** 312:7 | **7** | 316:18,19,19 |
| **3a** 538:8 | **4th** 460:8 | **7** 389:20 | 316:24 317:1 |
| **4** | 536:23 | **700** 310:15 | 502:9 523:20 |
| **4** 335:11 413:7 | **5** | **9** | **accuracy** |
| 413:11,13 | **5** 366:11 485:14 | **910** 309:6 | 423:21 |
| 416:12 434:10 | **5,600** 398:16 | **92037** 309:7 | **accurate** |
| 544:14 | 399:2 | **9:03** 308:16 | 367:24 493:5 |
| **40** 312:4 374:7 | **50** 328:5,11 | **a** | 520:16 545:15 |
| 374:10 499:1,2 | 367:6,22 371:3 | **a.m.** 308:16 | **acknowledg...** |
| 499:7 510:5 | 371:8 470:12 | **abdomen** 385:7 | 547:1 |
| 511:1 512:12 | 470:21 471:10 | 517:21 525:21 | **acog** 317:9 |
| **400** 311:16,17 | **5129** 308:25 | **abdominal** | 370:7 376:7,7 |
| **41** 312:8 527:24 | 544:18 | 386:3 517:22 | 376:12 377:1,4 |
| **416** 311:19 | **527** 312:9 | 518:14 540:22 | 377:6 379:5,5,7 |
| **42** 312:10 | **53** 374:7 499:16 | 541:5 542:2,8 | 379:12,14,17 |
| 537:20,21 | **537** 312:11 | **able** 321:5 | 379:18 380:2,6 |
| **43** 312:12 401:2 | **539** 312:13 | 345:8 369:14 | 380:15,16,17 |
| 401:5,13 403:2 | **54** 513:13 | 412:6 494:9 | 380:19 381:7 |
| 539:3,4 | **547** 308:24 | 503:14 | 381:21,24 |
| **434** 311:22 | **55** 370:12,21 | **above** 354:19 | 382:3,5,6 383:2 |
| **439-2000** | 377:7 513:10 | 355:21,21 | 383:20,23 |
| 310:24 | 513:11 | 433:21 444:20 | 384:3,6,11,15 |
| **44** 540:9,10,18 | **56** 465:24 466:3 | **absolutely** | 384:18,23 |
| **45** 478:2 481:7 | **5th** 535:23 | 339:15 | 385:10,11,15 |
| 539:20 | | | 385:20 389:21 |
| | | | 390:5 468:20 |
| | | | 476:13,19 |

[acog - agree]                                                    Page 3

478:20 489:13
513:5,9 514:1
515:22 516:2,7
516:11,22,23
517:8,15 518:3
518:9 519:3,9
519:12 534:5
534:19 541:8
**acs** 452:21
453:8 454:19
**action** 368:15
**active** 387:3
537:4 538:1
**activities** 387:9
**actual** 354:12
357:22 359:10
360:2,13,23
362:12,15
405:9 479:2
501:13 530:9
**actually** 326:6
337:7 339:19
350:19,23
353:20 359:1
361:7 362:15
362:21 370:14
370:19 384:3,4
384:18 398:9
403:7 404:24
407:9,15 411:8
418:19 419:1
435:19 438:20
439:11 441:19
450:16 456:17
460:4 465:24
467:22 474:1

479:8 482:21
483:7,19 484:4
484:6 486:14
489:5 499:20
503:2 509:3
513:11 515:1
522:24 523:1
523:17 524:6
525:19 530:8
539:11
**add** 322:15
**adding** 380:24
**addition** 326:17
420:4 428:14
503:14
**additional**
537:7
**additionally**
487:4
**additive** 435:12
462:2
**address** 400:13
424:2
**addresses**
374:19 505:24
**addressing**
491:16
**adherent**
407:20 408:4
409:14 414:1
**adhesive**
384:20 525:14
525:17,23
**administering**
309:15

**admit** 534:1
**admittedly**
384:17
**adnexal** 405:4,6
405:11,15,18
409:7,14
411:11 414:1
525:15 535:17
**advocate**
440:11
**affect** 339:19
**affiliate** 438:19
**affirmative**
385:20
**african** 499:18
**age** 317:10,12
317:21 318:13
318:14 370:12
370:14,17,22
370:24 371:2,3
377:2,6 394:8
460:15 461:2
465:15,19,21
466:13 467:20
468:11 470:5
473:24 476:17
478:22 479:7
479:13 480:21
507:10,13
512:12,24
513:10,15
**agencies** 448:6
**agency** 451:21
451:24
**ago** 355:15
428:8 509:17

534:24
**agree** 315:15
316:9,15 319:3
329:19 332:1
334:19,21
341:21 342:1
357:23 363:18
371:10 374:3
376:11 386:13
387:10 390:4
390:23 395:22
397:14,16,22
398:2 399:3
412:9,15,21
413:17,18
414:3 416:17
418:20 425:4
425:17 429:18
437:7,9 439:1
441:21,24
442:8,17,24
443:6,6,9,10
446:1 448:5,7
448:13 449:3,5
449:18,20,23
450:21,22
460:13 471:19
472:7 473:5,16
475:10 478:21
479:6 484:19
485:3 487:9
489:19 494:13
499:8 510:15
511:2 512:16
520:14 523:3
523:24 530:8

| | | | |
|---|---|---|---|
| **agreed** 370:13 | 328:2,22 | **answering** | **applies** 326:20 |
| **agrees** 449:13 | 342:16 343:23 | 382:14 385:9 | 334:23 335:7,8 |
| **ahead** 400:7 | 345:9,16,21 | 480:10 | 343:4 376:14 |
| 404:3 408:22 | 358:6 359:4 | **answers** 313:22 | 376:15 |
| 435:9 476:22 | 365:15 368:10 | 316:8 464:22 | **apply** 322:21 |
| 506:14 513:5 | 382:18 410:9 | 547:5 | 323:2 336:22 |
| **alabama** | 410:10 415:5,7 | **anyway** 354:1 | 339:12 342:7 |
| 310:10 | 423:10,16 | **apologize** 338:1 | 346:15 352:20 |
| **aligned** 490:8 | 424:3 432:5,12 | 338:3 434:2 | 354:20 373:9 |
| **allen** 310:7 | 432:18 452:15 | **appeared** | 373:23 386:19 |
| **alluded** 493:23 | 453:20 456:24 | 406:12 | 387:13 388:2 |
| **amended** | 457:4,6,9,18,22 | **application** | 395:19 396:4,4 |
| 311:20 364:22 | 458:3,5,8 | 314:17 325:16 | 403:21 544:23 |
| 500:12 | 469:16 480:2 | 325:20 341:2,5 | **applying** |
| **american** | 495:23,24 | 347:6 434:20 | 368:13 |
| 435:15 499:19 | **answered** | 435:17 436:6 | **appreciate** |
| **amount** 355:15 | 315:22 317:16 | 436:16 447:20 | 343:23 462:22 |
| 428:24 | 327:18,24 | 447:23 448:18 | 522:20 542:24 |
| **analyses** 328:12 | 328:1,20 339:6 | 452:12 456:6 | **appreciated** |
| **analysis** 330:5 | 357:6 359:17 | 486:16 487:7 | 406:17 |
| 330:7 420:14 | 361:3,14,16 | 493:8 497:21 | **approach** |
| 448:15 450:22 | 362:10 368:7 | 497:24 505:17 | 314:23 491:3 |
| 479:1 490:7,8 | 396:9 422:12 | 506:20 508:19 | 491:14 |
| 521:13 532:15 | 422:13 424:19 | 511:24 532:1 | **appropriate** |
| **anatomic** 483:1 | 432:13 453:5 | 533:17 540:21 | 381:8 511:14 |
| 483:6 484:14 | 454:6,13,15 | 541:4 542:4,8 | 545:4 |
| **anatomy** 486:9 | 456:20,21 | **applications** | **approximate** |
| 486:12 | 457:7,11,13,15 | 395:11 398:3 | 324:7 521:6 |
| **anderson** | 457:24 458:17 | 398:11,16,21 | **approximately** |
| 438:18,20,23 | 458:19 461:7 | 471:2,6,10 | 367:22 407:23 |
| **animal** 450:18 | 463:3 467:14 | 473:14 510:2,6 | 470:19 521:1,2 |
| 459:17 | 467:14 473:1 | 510:20 | **archived** 423:5 |
| **anne** 309:12 | 481:14 483:18 | **applied** 318:2 | 423:8 |
| 311:10 315:6 | 491:20 502:5 | 327:21 376:1 | **area** 394:22 |
| **answer** 313:21 | 503:9 516:5 | 394:21 414:17 | 470:8 473:17 |
| 321:2,3,5,12 | 519:6 | 415:14 456:12 | 512:17 |

**[areas - attributed]**                                                                 Page 5

**areas**  419:21
  485:8
**argue**  510:6
**argumentative**
  328:8
**arises**  523:10
**article**  319:9,14
  320:13,21
  321:4,11,13
  384:10 388:8
  389:22 490:24
  491:1 492:19
  492:21 494:6
  505:23,24
  506:10 520:23
  522:16 523:3
**articles**  319:4
  320:17 424:2,6
  424:10 483:12
  484:7,12 491:9
  491:14,24
  492:4,16
  493:12,12,21
  494:10,11,23
  495:1,7 505:23
**asbestos**  328:13
  340:6,10,17,19
  341:9,23 343:9
  427:21 428:17
  429:2,3,8,14
  430:3,7,8,14,17
  430:24 431:18
  432:3,20 433:2
  433:3,6 452:2
  452:22 453:10
  453:13,23

454:2,11,20
  455:1,4,12,15
  455:24 456:17
  484:14 491:10
  495:16 496:21
  497:11,16
  498:2 529:16
  531:6,9,11
  532:15 533:4
  533:12
**asc**  381:20
**ashcraft**  310:14
**asked**  315:22
  317:16 322:1
  323:6 327:17
  328:20 330:7
  357:6 361:20
  368:6 379:12
  382:16 384:14
  385:8 386:4,5
  410:7 415:2
  422:12 449:17
  454:13 456:20
  457:7,12
  458:17 461:7
  463:3 467:14
  472:17,24
  474:11 481:13
  483:17 484:2,3
  491:20 493:19
  502:4 503:8
  505:5 511:9
  512:6 518:8
  519:5
**asking**  313:8,14
  318:11,16

320:18,20
  321:9 323:5
  326:2 330:13
  331:18 332:6,7
  338:2 343:5
  359:14 375:24
  383:1,22 388:1
  389:16 391:22
  392:14 430:23
  431:6 432:1,1
  443:5,6,9
  458:13 460:18
  491:12
**assessment**
  314:13
**assigned**  506:7
**associated**
  334:10 335:22
  347:24 350:21
  351:15,24
  352:3,7,14
  353:16 354:14
  356:3 358:21
  359:1,11 360:5
  361:6 388:21
  390:3 445:20
  445:23 466:5
  466:13 475:8
  478:5 481:5,9
  502:19 504:4
  508:19 526:20
  527:10
**association**
  314:14 325:9
  325:11 347:3
  352:23 442:15

449:22 450:1
  475:3 479:16
  506:23 522:8
  522:13
**associations**
  318:20 354:11
  359:9 441:19
  480:3,13
**assume**  343:2
  352:19 365:6
  365:16,18
  375:24 480:2
  528:15
**assuming**  360:1
  485:19
**assumption**
  360:3
**attached**  311:6
  311:16,17
  312:2 313:23
  545:10 547:7
**attorney**
  381:13 545:12
**attributable**
  318:6,11 506:7
**attribute**  334:9
  335:21 345:18
  346:11 347:19
  351:13,14
  353:24 372:14
  375:6 448:1
  479:17 527:6
**attributed**
  348:2,5 350:11
  466:19

[attributes - birefringent]                                                    Page 6

**attributes**
447:19
**attributing**
437:17 481:12
**aunt** 514:7
**authors** 435:13
**average** 370:14
370:24 371:9
371:14
**avoid** 377:15
**aware** 387:2,16
407:19 428:23
438:21 452:20
453:8 454:18
478:7,19
489:12,17,22
518:9

**b**

**b** 311:5 312:1
**baby** 340:24
394:21 428:17
437:17 452:10
452:10 456:6,8
456:9,12
464:12 470:4
497:14 498:2
509:7,13
511:24 533:12
**back** 338:11
342:5 346:5,6
376:6 380:3
384:4,9 410:19
411:1 457:14
457:17 471:16
478:8 484:1

498:10 534:1
534:12,23
539:17
**background**
390:19
**bad** 372:9
461:2 487:12
**bar** 329:20
330:3,8,17
332:1,17
337:13
**based** 318:22
368:11 397:15
425:11 473:2
479:1 485:14
490:4 495:16
496:6 501:20
533:16
**basically**
379:22
**basis** 319:17
486:6
**bates** 399:22
400:9 401:22
**beach** 396:10
**bear** 313:14
**beasley** 310:7
**beat** 487:14
**began** 470:4
509:7
**beginning**
419:3 441:13
497:6
**begins** 335:12
335:13,16
434:16 445:19

486:24
**behalf** 310:19
421:20
**belief** 379:14
**believable**
338:18
**believe** 315:17
317:17 322:14
324:22 325:2
325:18 340:4
357:9 361:11
364:23 371:11
377:5 378:9
379:3 382:22
384:9,22
385:19 388:18
394:17 395:7
396:1 397:3
398:15 403:14
405:4,6,14,24
406:17 407:6
407:14,15
412:3 421:11
426:24 427:16
430:8,14
438:18 445:1
446:20 448:17
448:20 449:7
451:5 462:5
463:4,7 465:8
466:17 469:23
470:14 471:14
475:7,21
476:19,21,24
477:16 479:4
484:3 486:8,15

489:4 490:12
490:19 498:4
499:17 500:19
501:24 505:14
508:18 509:11
511:23 517:9
520:7,20,23
521:13 522:6
523:18 525:11
525:11,17
534:19 536:10
539:6,10,24
**believed** 505:6
**believes** 379:8
379:12
**belong** 381:22
**bench** 439:10
439:12
**benefit** 355:16
355:20
**best** 399:21
**better** 488:1,2
**bevacizumab**
537:1
**bias** 396:21
397:4 512:7,15
**big** 395:13
448:21
**biologic** 314:15
314:16 325:14
347:4 448:19
448:22
**birefringent**
417:5,17
418:16 419:16
419:19 485:5,8

**[birefringent - cancer]**                                    Page 7

529:7,11
**birth**  351:3
  374:2
**births**  409:21
**bit**  348:8
  377:24 399:24
  404:1 465:17
  465:19 501:8
  515:17 522:15
  526:10 538:19
**bladder**  353:10
  353:11
**blame**  362:4
**blames**  446:12
**bmi**  378:23
  520:9 523:17
  524:1
**body**  324:17
  325:18 327:10
  327:19 388:7
  422:20,21
  447:21 470:8
**boston**  310:23
**bottles**  470:21
  532:16,24
  533:5,13
**bottom**  316:6
  393:6 409:1
  434:12 437:11
  441:14 479:12
  530:14
**boulevard**
  310:22
**brca**  317:12
  318:13 349:12

**brca1**  348:14
  349:17 360:10
  360:10,14,24
  373:24 374:5
  377:13 445:22
  514:21
**brca2**  360:14
  360:24 377:13
  445:22 514:21
**break**  348:8
  392:3 458:22
  498:6 533:24
  534:7
**breakdown**
  384:22
**breast**  353:2,4
  376:8 377:10
  389:22 390:3
  513:23 514:18
**breastfed**
  371:17 373:19
**breastfeed**
  466:8 467:7
  507:15
**breastfeeding**
  351:4 355:18
  371:21,24
  466:23 467:3,6
  509:1
**bring**  449:10,14
  473:13
**brought**  449:7
  449:12,14
**btl**  348:5
**btls**  354:23

**budge**  409:11
**bulge**  535:12
**bulging**  406:16
  406:20 407:2
**bulk**  438:13
**bulletin**  389:22
  518:12
**bunch**  400:10
**bundle**  460:9
**burke**  380:4
  384:10
**butcher**  522:22

**c**

**c**  310:1 311:1,8
  311:12 312:4
  313:1 543:6
  547:13
**calculate**
  318:21 471:1,5
  510:1
**calculation**
  471:7
**calculations**
  496:6
**calculator**
  395:16 471:12
  510:4,9,11,13
**california**
  308:14 309:7
  309:13,14
**calling**  435:16
**calls**  427:3
  493:3 516:4
**canada**  328:13
  448:13,15,16

449:8,13,18
**cancer**  314:4
  314:18 315:16
  315:17 316:7
  316:12,20
  317:4,11 318:4
  318:9,19 319:1
  321:15,21
  322:11,13,20
  322:23 323:1,7
  323:18,24
  324:11 325:6
  325:15,20
  327:6,22 329:6
  329:19 331:6
  333:10,15
  334:1,5,10
  335:22 336:7
  336:12,17,20
  337:9 339:7,11
  339:13,18
  340:11,20
  341:4,12 342:6
  343:8,20,24
  344:5,7,7,12,12
  344:15,21
  345:2 346:16
  346:19,20,22
  346:22 347:1,7
  347:11 348:1,4
  348:24 349:3,6
  349:9,15,23
  350:6,20,22
  351:1,10 352:1
  352:5,8,15,24
  353:2,4,5,6,8

**[cancer - case]**                                                      Page 8

| | | | |
|---|---|---|---|
| 353:13,17,19 | 441:14,16 | 507:14,20 | **carolina** 488:22 |
| 353:21 354:14 | 443:20 445:13 | 508:2,8,14,20 | **carry** 393:7 |
| 356:3 357:21 | 445:21 447:19 | 509:23 512:2 | **carrying** |
| 359:12 361:7 | 447:24 448:2 | 512:20 513:23 | 469:20 |
| 362:22 368:5 | 448:18 450:2 | 513:23,24,24 | **carter** 311:11 |
| 368:15 369:3,5 | 450:11 451:1 | 514:3,6,9,12,18 | 313:9 314:3 |
| 369:14,20 | 452:3,13,22 | 515:9 516:13 | 315:7 364:10 |
| 370:4,8,18 | 453:10 454:21 | 516:24 517:17 | **case** 311:9,13 |
| 372:21 373:6,8 | 455:5,9 456:4,7 | 519:20 521:8 | 312:5 314:3 |
| 373:12,21 | 456:12 459:15 | 523:4,7,10 | 320:7,8 321:10 |
| 374:8 375:5,14 | 460:15 461:4 | 524:10,13,22 | 321:22 324:6 |
| 376:8,8,9,9,10 | 461:12 462:24 | 526:8 527:5,7 | 326:8 328:5,12 |
| 377:10 379:24 | 463:1,6,9 | 527:16,21 | 333:12,13 |
| 380:18 381:17 | 464:16 466:7 | 533:20 535:2 | 335:9 337:4 |
| 382:2,24 383:9 | 466:15,21,22 | 538:7 | 341:10,17,23 |
| 383:19 385:1 | 468:3,8,10 | **cancerous** | 344:24 345:12 |
| 387:12,18,23 | 469:12,22,24 | 408:4 | 346:13,17 |
| 388:17,22 | 470:16 472:23 | **cancers** 340:2 | 352:19 363:16 |
| 389:9,18,23 | 474:8,23 475:4 | 343:1,6 | 364:4,10,11 |
| 390:4 391:21 | 477:22 478:6 | **carcinogenesis** | 365:8,12,18,20 |
| 393:10,23 | 479:13 481:5 | 340:13 348:19 | 366:1,16 |
| 394:5,10,19 | 481:10 482:22 | 348:20 349:18 | 367:23 368:1,9 |
| 407:13 410:17 | 483:2,7,9,16 | 350:17 357:14 | 368:13 369:15 |
| 425:16 427:23 | 485:20,23 | **carcinogens** | 372:5,24 |
| 428:16,19 | 486:10,12,18 | 340:1 | 373:19 374:17 |
| 429:10 430:10 | 487:8,21 | **carcinoma** | 381:6 383:17 |
| 430:13,15,18 | 492:23 493:9 | 355:13 419:7 | 401:2 414:23 |
| 431:15,19 | 493:24 496:20 | 475:7 528:10 | 425:11,14 |
| 432:3,22 433:8 | 497:9,20,23 | **care** 369:1 | 426:7 427:12 |
| 434:19,22 | 499:9 500:5 | 500:22 504:16 | 446:23 447:7 |
| 435:15,18 | 501:4,16 502:2 | **career** 438:2,14 | 447:12,17 |
| 436:5,15,23 | 502:10,12 | 439:5 | 452:20 459:9 |
| 437:15,16 | 503:3,6,12,16 | **carefully** | 461:11 464:23 |
| 438:24 439:6 | 503:18 504:17 | 454:19 545:3 | 465:1,13 |
| 439:18 440:5 | 505:13,18 | **cares** 439:22 | 471:17,18 |
| 440:11,12,22 | 506:8,19,24 | 440:4 | 472:19 474:3 |

**[case - characterize]**                                                    Page 9

478:15 480:5
483:24 485:15
485:17 489:21
492:8 493:22
494:15 495:8
495:15 499:6
500:16 501:2
501:13,17
502:9 504:18
505:2 506:11
506:16 512:6
520:7,21 530:2
542:13
**cases** 333:23
349:1 375:22
421:21 493:6
500:1 504:13
532:7
**categories**
471:23 472:1,5
504:10,11,12
505:8 511:15
523:13
**categorization**
395:18
**category**
396:17 398:4,9
399:9 472:3
511:14
**causal** 348:2
350:10 351:13
351:14 353:23
353:24 363:4
374:21 375:7
375:15 425:14
449:9 479:17

480:4,14,17
485:18 487:20
487:23
**causation** 314:7
318:3 326:18
334:9 335:21
336:22 340:23
345:19 346:12
347:19 383:6
386:18 446:19
500:9 527:6
**causative**
442:12 444:21
**cause** 322:11,13
332:2 340:2
341:15 342:6
342:12,13
343:2,24 344:7
344:12,14,21
345:2 347:1
357:21 368:21
380:23 394:16
427:22 428:19
430:17,20
431:1,8 432:3
432:24 437:2
443:12,19
445:12 448:18
452:2,24
454:21 468:22
469:1,7,19
503:11,15,22
504:2,6 508:17
527:5
**caused** 314:4
322:22 323:7

323:17 343:8
429:9 434:19
436:5,15
440:22 468:7
487:8
**causes** 321:15
321:21 322:20
323:1 325:20
327:22 340:6
343:20 350:6
350:20 436:23
452:22 453:10
462:24 463:5
468:2 469:4,17
503:5 508:7,14
508:22
**causing** 314:17
428:15 431:18
455:5 535:12
**cdc** 381:20
452:21 453:8
454:19
**cell** 450:18
459:16 524:13
**cells** 483:16
**center** 438:24
**centimeter**
408:3 409:6
**centimeters**
407:24 409:14
**certainly**
322:15 377:3
390:16 395:19
398:16
**certainty**
425:13 485:16

**certificate**
544:1,12,18
**certification**
544:23
**certified** 309:13
544:1,2
**certify** 544:3
547:3
**certifying**
544:25
**cervical** 492:23
493:23
**cervix** 411:17
411:20 412:5
417:12,14
433:19
**cetera** 348:6
354:24
**chair** 488:21
**challenging**
347:17
**chance** 316:12
316:20 338:5
374:8,10
540:17
**chances** 384:21
441:18 442:13
**change** 391:15
546:4
**changes** 545:9
547:6
**chapel** 488:22
**characterizati...**
338:21
**characterize**
524:3

**[characterizing - compound]**                                    Page 10

**characterizing**
396:15
**chart** 390:1,24
391:19
**chat** 337:24
402:11,23
403:2 404:7,9
404:13 539:22
539:23 540:7
**chemical**
420:16
**chemotherapy**
536:2
**cheryl** 308:13
309:1 311:2,8
311:12 312:4
312:11,13
543:6 547:13
**child** 466:23
**children** 373:20
377:16,17
409:21 466:12
480:21 507:12
507:15 515:11
**choose** 415:6
506:3
**chronic** 358:17
**citation** 390:24
391:2 506:3
522:16
**cite** 442:16
**cited** 416:20
465:20 506:5
520:24 524:16
**cites** 487:6

**citing** 416:16
425:23 426:4
518:11
**claiming**
488:11
**clarification**
360:8
**clarify** 367:19
484:13 486:19
**clarifying**
484:10 527:2
**clarke** 459:21
460:1 482:7
486:3 487:2,5
487:17,22
488:10,13
489:20,23
490:3,13
491:11,13,22
492:7,10
493:12 494:10
495:10,12
496:12 500:11
500:13 506:5
532:22 533:2
**classified**
510:16
**clear** 313:16
347:21 363:24
364:6,18 458:8
458:11 524:13
**clearer** 375:20
**clearly** 345:17
383:6 431:7
432:6 466:22

**clinic** 460:6,7
**clinical** 439:11
477:22 489:13
518:12
**close** 489:8
**closer** 522:24
**closest** 440:19
446:17
**cohort** 328:13
395:18 396:7
396:20 492:11
506:17,22
511:9
**colleagues**
399:6 473:18
512:19
**collectively**
361:16,20
362:10
**colon** 376:8
513:24
**colonial** 309:5
**combination**
537:1
**combined**
537:7
**come** 442:20
446:18 450:19
451:10 490:3
495:12 498:9
498:16 505:11
533:24 534:12
**comes** 318:8
408:9
**comfort** 517:22
518:4,7

**comfortable**
409:19
**coming** 405:5
459:9 463:15
**comment** 335:4
378:2 388:6
**comments**
482:6
**commerce**
310:9
**commission**
547:18
**committee**
489:13 518:12
541:8
**common**
410:17
**commonly**
527:10
**community**
346:24
**compare**
491:15 494:11
**complaint**
409:10
**complete**
403:23 412:9
**completely**
517:24
**complex** 409:7
**complications**
542:1
**components**
420:16
**compound**
357:6 361:23

[compound - contributed]                                                                 Page 11

495:22 526:10
**comprehensive**
368:24 369:12
390:5,16
**conceived**
377:23
**conceiving**
377:23
**concentrate**
419:21
**concept**  374:20
462:7 498:1
**conclude**
482:16 501:18
**concluded**
434:18 435:13
436:4 450:23
474:6 543:6
**concludes**
437:2 487:18
**concluding**
542:10
**conclusion**
323:23 324:4,9
326:17 327:4
329:4,7,10
330:2,3 331:4
332:20 333:5,9
334:4 369:8,11
381:15 383:17
425:9,18,20
426:9 450:19
451:10 452:17
452:19 464:6
464:14 485:13
489:20 490:4

490:18 495:13
501:2,15
505:12
**conclusions**
326:6 426:5
447:16 459:10
487:11 488:9
490:9 492:3
495:8 541:21
**condition**  534:3
535:20,21
536:21
**conditions**
479:15
**conducted**
358:6
**conduit**  403:9
**confer**  477:9
**conference**
309:2
**confidential**
365:11
**confirm**  528:9
**confirmed**
402:9 409:8
419:6 510:13
**confirming**
408:10
**conflicting**
406:9
**confused**
476:10 477:17
523:23
**confusing**
331:17 501:8

**consider**  341:9
371:12 379:19
380:17 454:2
461:12 474:21
478:23 489:23
496:16 497:1
497:10 516:24
517:15 527:4
536:18 538:22
**consideration**
496:22
**considered**
312:10,12
314:9 363:15
364:2 365:12
372:14 461:4
461:12 471:17
502:2 505:22
514:11 537:11
**considering**
314:3 427:21
502:8 508:5
**consistency**
314:14 347:2
**consistent**
325:13 347:3
411:24 449:6
501:23 525:13
529:15
**consistently**
447:21 479:5
**constituents**
340:24 452:9
456:8 497:14
533:21

**constitute**
352:23 353:20
**constitutes**
352:13
**contain**  484:15
485:8
**contained**
326:18 452:1
**contention**
487:7
**continue**
326:24 343:22
346:8
**continuous**
314:20
**continuum**
337:16
**contraceptive**
509:3
**contraceptives**
351:18 355:20
466:9 507:17
**contradicts**
355:24
**contribute**
329:18 332:1
333:24 340:20
357:13 358:16
387:18 428:18
433:7 450:10
496:19 497:8
501:4
**contributed**
323:23 325:5
327:5 329:5
331:5,8 333:9

**[contributed - correctly]**                                        Page 12

| | | | |
|---|---|---|---|
| 333:15 334:4 | 512:6 544:24 | 408:1 409:22 | 493:15 494:15 |
| 336:6 337:8 | **controversial** | 412:11,18 | 495:17 496:6 |
| 341:11 368:4 | 361:13 | 414:15 416:10 | 499:10,11,14 |
| 388:16 393:9 | **converse** | 417:1,2 419:9 | 499:16,17 |
| 394:4 429:9 | 537:17 | 419:10,22 | 502:3,6,13 |
| 464:15 472:22 | **copy**   544:10 | 420:6,7 424:24 | 503:12 504:2 |
| 474:7 501:16 | **correct**   321:16 | 425:7,18,20,24 | 504:10,19,21 |
| 505:13 509:2 | 327:14 329:20 | 426:2,5,11,22 | 505:2,24 507:3 |
| 527:16 | 333:16 334:6 | 426:23 428:21 | 508:17 509:23 |
| **contributes** | 338:12 347:14 | 429:11,14,16 | 510:16 513:3 |
| 346:24 350:24 | 349:19 350:2 | 431:19 433:20 | 513:11,17 |
| 376:24 377:2 | 350:12 351:13 | 437:4,5 441:2 | 514:15,18,19 |
| **contributing** | 351:20,21 | 444:3,19 447:6 | 514:21,22,24 |
| 336:19 347:10 | 352:11 353:23 | 447:12 448:8 | 515:11,19,20 |
| 368:21 394:16 | 354:22,23 | 448:11 449:9 | 517:10 519:4,7 |
| 428:15 436:22 | 355:2 362:16 | 454:3,5,11 | 519:10,11,13 |
| 437:2 443:12 | 363:4,5,18 | 455:13 456:1 | 519:14,21,24 |
| 443:19 445:12 | 365:20 367:16 | 456:18 460:16 | 520:3,6,11 |
| 450:24 469:1 | 367:23 369:17 | 460:24 461:17 | 523:5,19 |
| 469:17,17 | 370:15 371:1 | 461:24 462:12 | 525:21 526:3,9 |
| 487:19 503:22 | 371:11,13,17 | 462:18 463:1 | 526:18 527:5 |
| 504:2,5 508:13 | 371:18,20 | 464:19 468:22 | 528:7 529:2,12 |
| 508:17,22 | 372:1,15 | 468:23 469:1,2 | 529:13,16 |
| **contribution** | 375:15,19 | 470:2,5,6,9,13 | 530:17 531:12 |
| 337:3 341:22 | 377:10,13,14 | 470:14,16 | 532:8 536:11 |
| 341:22 346:19 | 377:16,17,20 | 472:12 475:17 | 538:1,7,8 541:8 |
| 357:4 422:22 | 378:6,8,24 | 475:18,20,22 | 541:11,12,13 |
| 500:4 | 379:16 380:8 | 477:12 478:15 | 542:8,9 544:10 |
| **contributor** | 386:16 387:7 | 479:7,14 | 547:4 |
| 503:17 | 387:13 388:3 | 481:22,23 | **corrections** |
| **contributory** | 388:24 389:4 | 482:4,8 483:23 | 545:3,5 547:6 |
| 425:14 485:17 | 390:6 391:1,10 | 484:21,24 | **correctly**   367:2 |
| 487:19 | 391:21 392:1 | 485:10,11 | 375:10 401:12 |
| **control**   328:5 | 394:16 395:2 | 486:3 488:9,12 | 442:2,6,7,21 |
| 328:12 351:4 | 398:17 399:2 | 488:23 489:3 | 443:15,16 |
| 374:2 492:8 | 406:5 407:21 | 489:10,11,21 | 464:17 490:10 |

**[correctly - curry]**

Page 13

| | | | |
|---|---|---|---|
| 522:10 542:5 | **credible** 323:22 | **cured** 536:18 | 366:9 367:4,13 |
| **corroborated** | 324:9,15 325:1 | 538:22 | 368:6 369:18 |
| 399:12 | 325:22 326:1 | **current** 368:11 | 370:16 372:7 |
| **counsel** 310:3 | 327:3,8,16,21 | 473:3 501:21 | 372:16 374:22 |
| 426:21 | 328:15 329:3 | 505:14 534:3 | 376:18 379:9 |
| **counseled** | 329:16 331:3 | 535:20,21 | 380:9,22 382:7 |
| 388:20 | 333:8 334:3 | 536:20 538:3 | 383:4 384:1 |
| **counselors** | 382:1,23 383:7 | **currently** | 385:13,23 |
| 388:20 | 464:13 501:14 | 536:12 | 386:17 387:19 |
| **count** 353:12 | **criteria** 495:17 | **curry** 310:20 | 388:4 389:2,11 |
| **couple** 459:24 | 495:20 | 314:24 315:3 | 390:7,14 |
| 484:6,9 529:5 | **critical** 399:6 | 315:21 316:13 | 393:14 394:6 |
| **course** 374:9 | 425:22 440:23 | 316:22 317:15 | 395:21 396:11 |
| 472:18 484:11 | 447:15,16 | 317:24 318:15 | 396:22 397:5 |
| **court** 308:1 | 473:19 512:20 | 319:7,13,16 | 398:5,18 399:7 |
| 545:15 | **criticism** | 320:19 321:17 | 402:8,14 407:3 |
| **courteous** | 361:19 437:20 | 321:24 322:5 | 408:7,21 |
| 392:13 | 446:6 | 323:13 324:19 | 409:23 410:23 |
| **cover** 490:21,21 | **criticisms** | 326:3 328:3,7 | 411:12 412:2 |
| 490:23,23 | 424:4,21 | 328:16,19 | 412:19 413:5 |
| 492:4,5,8,8,11 | **criticized** | 329:11,21 | 414:4 415:8 |
| 492:11 493:13 | 423:12 | 330:9,19 331:9 | 416:3,18 |
| 493:13 494:6,7 | **criticizing** | 331:12 332:3,7 | 417:19 418:5 |
| 494:11,11 | 486:20 | 334:15 336:8 | 418:21 419:14 |
| **covered** 317:18 | **crow** 310:7 | 337:5 338:22 | 419:23 420:18 |
| 319:17 321:18 | **crp** 358:11,13 | 339:14 340:21 | 421:3,14,24 |
| 326:9,15 | 359:19 | 341:13 342:11 | 422:11,24 |
| 352:16 380:5 | **csr** 308:25 | 343:12 344:1,8 | 423:14 424:8 |
| 383:11 390:9 | 544:17 | 344:11,16,23 | 424:14,23 |
| 390:13,16 | **ct** 406:20 409:8 | 345:4,11,20 | 425:5 426:1 |
| 430:20 431:22 | **cul** 525:12,17 | 347:13 348:15 | 427:3,13,24 |
| 450:4 481:15 | **culture** 459:16 | 350:3 352:2 | 428:20 429:15 |
| **cramer** 398:9 | **cumulative** | 356:10 357:5 | 429:21 430:5 |
| **create** 518:14 | 318:17,21 | 359:16,23 | 430:19 431:4 |
| **creating** 517:4 | 319:11 320:17 | 361:21 362:3 | 431:12,20 |
| | 435:11 462:3 | 362:17 363:22 | 432:4,13,16 |

433:5 435:8,23
436:9,20 437:8
438:6,15 439:7
439:13,19,24
440:6,14
441:23 443:21
444:7 445:4,15
446:2,14,21
447:2 448:9
449:11 450:3
451:3,16 452:5
452:23 453:11
454:4,12,22
455:14 456:2
456:19 457:2,5
458:9,16 461:6
461:19 462:4
462:13 463:2
463:21 465:2
465:14 467:2
467:13 468:4
469:5 471:20
472:8,24 473:8
473:21 474:10
475:12,23
476:7 477:13
480:6 481:1,13
482:13 483:4
483:17 484:16
488:17 489:15
490:1,15 491:5
491:18 492:13
493:2,16
494:16 495:18
496:7,23
497:12 498:7

498:14,24
501:6,19 502:4
502:16 503:8
503:19,23
504:20 505:3
506:13 507:1
508:9,23
510:12,17
511:4,12,21
512:8,21
514:14 516:3
516:14 517:1
517:11 519:5
519:22 520:17
521:9,16
522:11 523:11
525:2 526:12
527:17 528:18
529:1,21
530:12,19
531:2,13,22
532:18 533:6
533:14 536:4
537:14,19
539:3,10,14
540:2,8,23
541:14 542:15
542:21 543:4
**curve** 347:5
**cut** 363:23
432:17 485:19
**cycles** 372:2
**cystocele** 405:2
405:8,13,19
406:12,24
407:8 408:5

409:5 412:17
413:14,23
414:11 415:11
535:16
**cytoxan** 537:2

**d**

**d** 313:1
**daily** 385:22
464:12 470:7
471:9 473:6,12
473:17 509:18
510:5 512:11
**damage** 355:12
355:13 356:2
**daniel** 487:2
**data** 323:22
324:10,16
325:16,22
326:1 327:4,8
327:16 328:15
329:4,17 331:4
333:8 334:3
351:2 377:24
382:1,23 383:8
388:19 462:6
464:14 501:14
524:11 541:24
**date** 364:15
391:3 451:8
463:9 497:18
544:14 545:7
**dated** 326:19
364:22 460:2
535:23 536:23
538:16,18

541:13 547:10
**david** 311:18
311:23 312:8
**dawn** 310:20
321:22 346:6
401:24 459:1
539:8 542:19
**dawn's** 321:7
**day** 394:22
397:3,21
470:18 547:17
**days** 322:6
395:10 545:12
**dc** 310:16
**de** 525:12,17
**dearing** 311:18
311:23 312:8
**decades** 385:22
**december**
535:23 536:11
536:16
**decline** 457:1
**decrease** 348:4
384:21 463:11
518:15
**decreased**
373:3 466:14
466:20
**deemed** 491:15
491:16 545:15
**defendants**
310:19
**defense** 526:8
**deficiency**
349:14

[define - development]                                                          Page 15

| | | | |
|---|---|---|---|
| **define** 413:20 | **deponent** 547:1 | **designing** | 380:18 382:2 |
| 475:13 503:11 | **deposed** 495:4 | 358:23 | 382:24 387:23 |
| **defines** 441:17 | **deposing** | **despite** 349:10 | 394:10 433:7 |
| **definitely** | 545:12 | **detail** 395:3 | 435:18 441:18 |
| 402:10 | **deposition** | 529:23 | 442:13 447:24 |
| **definition** | 308:13 309:1 | **detailed** 314:8 | 455:8 456:4,11 |
| 396:15 444:20 | 311:7 312:3 | 384:12 | 466:6,14,20 |
| **definitions** | 319:19 366:22 | **detect** 419:15 | 468:10 469:12 |
| 338:18 339:4 | 368:18 383:13 | **determination** | 469:22 486:17 |
| 445:2 | 387:5 395:1 | 419:2 431:11 | 497:19 506:8 |
| **definitive** | 397:10,17 | **determine** | 506:19 507:14 |
| 499:15 | 428:9 434:12 | 351:19 368:2 | 508:1,20 512:1 |
| **degree** 353:2,12 | 435:14 454:7 | 376:16 418:19 | 514:9 523:7 |
| 376:22 413:2 | 470:4 474:5 | 431:2 432:2 | 524:12,21 |
| 425:12 485:16 | 490:20 493:6 | 472:21 503:15 | 526:21 527:21 |
| 514:4 | 493:19 494:5 | 529:15 | 533:20 |
| **degrees** 412:22 | 500:15 506:6 | **determined** | **development** |
| **delineating** | 532:23 543:5 | 329:16 430:17 | 323:24 325:6 |
| 330:11 | 545:2,10,13,14 | 445:11 452:1 | 327:5 329:5,18 |
| **demonstrated** | **depositions** | **determines** | 331:5 333:10 |
| 475:3 | 314:11 459:19 | 420:15 | 333:24 334:5 |
| **demonstrates** | 472:2 474:13 | **determining** | 334:10,12 |
| 447:22 | **depth** 490:6 | 443:18 | 335:22,24 |
| **demonstrating** | **describe** 314:2 | **develop** 325:15 | 336:19 339:20 |
| 521:23 | 479:16 500:2 | 349:6 461:18 | 342:22 348:1 |
| **denies** 469:24 | 525:22 | 461:23 466:21 | 349:3 350:22 |
| **department** | **described** 314:7 | 487:8 503:2 | 350:24 351:10 |
| 422:6 488:22 | 406:4 415:12 | **developed** | 352:1,8,14,24 |
| **depend** 422:20 | 459:12 500:6 | 437:15 486:10 | 353:16 354:14 |
| **depending** | 525:12,16 | **developing** | 358:17,22 |
| 374:6 510:22 | **describes** | 316:12,20 | 359:12 361:6,8 |
| **depends** 392:10 | 407:20 525:23 | 317:11 324:11 | 362:22 368:4 |
| 398:6,12 | **describing** | 333:15 337:9 | 369:3 384:24 |
| 422:18 423:1 | 405:23 520:16 | 347:7 348:23 | 393:9 394:18 |
| **depo** 471:22 | **description** | 352:4 353:21 | 425:15 430:9 |
| | 496:11 | 368:14 379:24 | 430:15 431:14 |

[development - document]                                                    Page 16

| | | | |
|---|---|---|---|
| 432:22 451:1 | **difference** | **discontinued** | 441:20 442:13 |
| 452:13 464:15 | 330:11 389:10 | 470:12 509:21 | 461:5,13,18,23 |
| 468:3 472:23 | 475:16 | **discovered** | 474:15,17 |
| 474:16,22 | **different** | 407:5 | 477:10 502:3 |
| 475:4 483:9 | 313:21 322:12 | **discrepancies** | 502:19,22 |
| 485:22 493:8 | 332:11,12 | 325:12 | 504:4 509:4 |
| 496:20 497:9 | 333:11 337:16 | **discuss**  384:5 | 513:16 525:14 |
| 497:23 500:5 | 382:17 389:4 | 416:20 | 525:18,24 |
| 501:4,16 504:4 | 395:8 448:4 | **discussed** | 526:21 537:4 |
| 512:20 517:16 | 450:13,15 | 351:18 376:20 | 538:1,13 |
| 522:2 | 489:20 490:18 | 384:2 391:7 | **dismantling** |
| **develops** | 501:18 516:17 | 394:8 428:10 | 544:11 |
| 354:12 357:23 | 537:15 | 445:1 459:16 | **dispersive** |
| 359:10 360:2 | **differential** | 476:18 500:1,8 | 420:13 |
| 360:13,23 | 434:18 524:21 | **discusses**  428:7 | **disregard** |
| 362:12,15 | **differentiated** | **discussing** | 431:10 |
| 463:9 | 419:6 | 320:14 376:3 | **disruption** |
| **deviating** | **difficulty**  409:3 | 384:16 | 355:11 |
| 406:18 | **digestion**  420:9 | **discussion** | **dissect**  360:18 |
| **devoted**  439:5 | 420:11 | 338:8 400:4 | **dissecting** |
| **diagnosed** | **direct**  324:2 | 416:15 429:13 | 360:17 361:3 |
| 370:20 377:6 | 441:1 544:24 | 430:2,7 431:3 | **distracting** |
| 460:14 470:16 | **directionality** | 455:24 492:24 | 463:18 |
| 499:9 509:22 | 373:17 | 516:9 539:12 | **district**  308:1,2 |
| 536:8 538:18 | **directly**  323:21 | **disease**  315:16 | **division**  489:2 |
| **diagnosing** | 326:13 343:4 | 317:6 334:12 | **dna**  355:13 |
| 526:16 | 352:18 357:16 | 335:24 342:22 | 356:2 |
| **diagnosis** | **disagree**  316:17 | 354:12 357:23 | **doctor**  414:8 |
| 370:18 393:1,3 | 319:5 338:20 | 358:22 359:1 | 537:13 |
| 393:4 419:6 | 413:1,6 431:12 | 359:10 360:2,6 | **document** |
| 434:18 499:15 | 444:5,11 445:6 | 360:13,23 | 331:20 391:1,9 |
| 520:10 524:2 | 445:9 486:5 | 361:9 362:12 | 391:22 401:15 |
| **dictionary** | 507:4 | 362:15 370:2 | 401:20 403:1 |
| 338:17 | **disagreement** | 370:20 372:22 | 406:24 407:1 |
| **die**  538:12 | 486:7 | 372:24 373:1 | 502:24 534:6 |
| | | 409:10 441:18 | 534:20 539:24 |

[document - elucidated]                                                        Page 17

| | | | |
|---|---|---|---|
| 540:6,18,20 | 423:4,19 | 500:11,11,13 | **early** 466:23 |
| 541:3 | 424:20 425:3,9 | 506:5 525:5,12 | 507:11 |
| **documentation** | 425:18,23,23 | 525:19 526:15 | **easiest** 314:23 |
| 520:4 536:23 | 426:5,7,8,11,12 | 527:15,23 | **easy** 523:23 |
| **documented** | 426:12,14,21 | 528:6,9,23 | **eds** 420:5,8 |
| 397:16 406:23 | 428:4,5,6,7,10 | 529:11 530:1 | 485:9 529:12 |
| 414:10,13 | 428:23 429:4,5 | 530:18,24 | **effect** 372:4 |
| 499:21 515:15 | 434:5,5,17,24 | 531:6,10,18,20 | 380:2 399:6 |
| 519:24 | 436:3 437:12 | 532:7,11,12,14 | 443:14 455:7 |
| **documents** | 437:21,23 | 532:20,22,23 | **effects** 435:12 |
| 341:19 365:11 | 440:19 441:3,4 | 533:2,3,8,11 | 536:2 |
| 371:6 380:15 | 442:9 443:1,2,5 | 534:23 538:17 | **efficient** 460:21 |
| 400:7 402:3 | 443:18 444:24 | 540:17 542:11 | **effort** 368:17 |
| 408:12 415:18 | 445:10 446:6 | 542:24 | **eight** 507:18 |
| 415:20,21 | 446:23 447:3,5 | **drama** 494:22 | 536:12 538:19 |
| 474:9 504:8,12 | 447:10,11,13 | **dramatically** | **either** 318:4,7 |
| **doing** 378:20 | 447:16 448:7 | 494:14,18 | 318:19,24 |
| 396:7 545:6 | 448:13 449:3,5 | **draw** 492:3 | 353:10,11 |
| **dollars** 440:12 | 449:6 458:11 | **due** 341:7 | 354:13 359:11 |
| **dose** 325:13 | 459:7,21 460:1 | **duke** 439:3 | 361:24 362:7 |
| 347:5 | 477:21 481:24 | 489:3,4,7 | 373:11,12 |
| **dots** 479:11,11 | 482:4,7,8,11,15 | **duly** 544:6 | 375:5 376:1 |
| **dr** 312:11,13 | 482:16 483:13 | **duration** | 427:2 430:1 |
| 313:5 315:6,15 | 484:19 486:2,5 | 397:23 512:3 | 462:11 477:17 |
| 320:7 326:12 | 486:20 487:5 | | 477:18 502:11 |
| 364:22 381:11 | 487:10,17,18 | **e** | 502:24 518:11 |
| 400:24 403:3 | 487:21 488:5,8 | **e** 308:12 310:1 | **elevated** 358:11 |
| 407:7 408:17 | 488:10,11,13 | 310:1 311:1,5 | **elicit** 313:21 |
| 409:2 414:5,9 | 489:19,23 | 312:1 313:1,1 | **eliminating** |
| 414:10,13 | 490:2,13 | 522:23 546:2 | 355:22 |
| 416:1,9,15,16 | 491:11,13,21 | **e.g.** 348:5 | **elucidated** |
| 416:17,20,21 | 492:7,10 | **earlier** 317:3 | 334:12 335:24 |
| 416:22 417:1,4 | 493:12 494:10 | 384:14 394:8 | 336:5,14 337:4 |
| 418:15 419:4 | 495:10,12,14 | 540:1 541:4 | 337:19 339:5,9 |
| 420:22 421:10 | 496:2,9,12,12 | **earliest** 495:6 | 340:3,7 342:22 |
| 421:13,23 | 498:20 500:11 | | 343:3,6,15,16 |

[elucidated - except]                                                      Page 18

| | | | |
|---|---|---|---|
| 343:21 346:14 | entering 396:20 | 434:22 481:21 | 516:23 517:8 |
| 347:12 348:13 | 512:5 | estimate 365:22 | 517:14,19 |
| 349:19 350:1,5 | entire 359:4 | 392:14 | 525:8 |
| 350:18 372:4 | 455:15 | estimated | exact 321:24 |
| elucidation | entirely 433:15 | 428:24 | 323:8,15 |
| 337:13 | 493:18 | estimates | 360:12,22 |
| emeritus 422:4 | entirety 390:14 | 456:17 495:15 | 382:11 390:11 |
| 422:10,14,17 | 491:24 492:19 | estrogen | 408:13 412:24 |
| emphasis | environment | 386:14 | 463:8 |
| 467:17 | 401:11 403:20 | et 348:6 354:24 | exactly 333:6 |
| employed | envision 368:1 | evaluate 356:14 | 335:2 353:9 |
| 438:9 | 472:19 474:3 | evaluation | 359:17 374:4 |
| ended 345:24 | 501:2,9,17 | 469:4 | 381:9 387:8 |
| endometrial | epidemiologic | evaluations | 401:5 420:10 |
| 376:9 513:24 | 495:2 | 365:13 | 442:19 463:5 |
| endometrioid | epidemiology | evening 543:3 | 516:6 |
| 499:9 509:22 | 450:18 459:17 | evenings | exam 405:7 |
| 524:14,15 | 505:15 | 409:18 | 406:17 408:6 |
| 527:9 528:10 | episode 371:23 | event 356:1 | 409:5 |
| endometrioma | equivalent | events 351:7 | examination |
| 523:10 524:20 | 356:7 396:9 | 355:17,23 | 311:2 313:3 |
| endometriosis | 446:11 | 371:23 467:10 | 544:8 |
| 317:13 478:18 | errata 545:5,6 | everybody | examine 411:5 |
| 507:9 515:17 | 545:9,11 547:8 | 314:22 | 411:19 418:9 |
| 523:5,8,14 | especially | evidence | examined 530:4 |
| 524:8,10,12,18 | 378:23 | 314:15 342:3 | example 315:11 |
| 524:19,23 | esq 311:18,23 | 347:4 377:19 | 317:8,10 |
| 525:1,6,9,18,20 | 312:8 | 389:8 406:9 | 332:15 340:5 |
| 525:23 526:2,6 | esquire 310:4,5 | 409:7,9 417:21 | 343:9 355:8 |
| 526:7,16,19 | 310:6,13,20 | 417:24 425:14 | 358:9 373:24 |
| 527:4,7,11,12 | essentially | 429:19 435:11 | 520:23 |
| 527:14 528:12 | 488:4 | 455:12 469:10 | exceeded |
| 528:14,16,23 | establish 318:3 | 469:20 478:17 | 319:20 |
| energy 420:13 | established | 485:17 486:16 | exceeds 351:6 |
| enter 471:7 | 317:2 339:7,10 | 487:20 491:13 | except 547:6 |
| 511:8 | 339:17 393:17 | 507:9 515:7,13 | |

[excessive - factors]                                                      Page 19

**excessive**
371:13 372:12
**exclusions**
396:13
**exclusively**
439:5
**excuse** 532:10
**exercised** 451:1
**exhibit** 314:20
315:4,7,8
332:22 333:1,2
366:11 370:6
378:13 389:20
400:21 401:1
416:2,4 434:6
459:4 476:14
499:2,7 513:6
527:24 537:6
537:20,21
539:2,4,20
540:10,18
**exhibits** 311:7
312:3 400:16
537:15
**exist** 347:5
**experiment**
358:18
**experiments**
358:5,7,23
**expert** 311:8,12
311:20 312:4
314:12 315:6
326:18 332:19
332:24 368:19
383:17 401:1
403:3 454:9

460:2 464:7
472:2 474:5
496:13 498:20
498:24 500:10
525:5
**expert's** 526:8
**expires** 547:18
**explain** 337:19
355:4 389:13
448:19,21
**explained**
355:14 477:4
**explains** 485:2
**explanation**
338:15 437:14
446:12
**exploring**
525:21
**exposed** 401:10
403:19
**exposure**
428:24 429:9
430:3 431:17
454:10 455:24
456:17 495:16
532:7,11
**extended**
397:23
**extensive**
363:18 472:7
**extensively**
383:12 390:10
**exteriorized**
412:13,14,16
413:4,12,15,20
413:21

**external** 401:9
401:10 403:18
403:20 412:10
412:12 482:19
**extrapelvic**
409:9
**extremely**
440:23
**extruding**
411:8

**f**

**face** 356:15
395:4,12
470:24 523:20
**fact** 318:8
343:14 349:10
356:1 358:12
358:18 480:20
486:10 502:23
**factor** 315:20
316:2,4 336:5
337:8,11
339:23 350:23
351:10 357:19
358:21,24
375:7,13
376:11 377:3
378:12 379:8
379:15,20,23
380:17 386:9
386:15,22
393:12 436:7
441:17 442:12
443:12,19
444:21 450:24

468:8 469:14
474:22 476:13
476:23,24
479:7 507:13
508:3 514:12
515:23 516:12
517:9,16 519:3
519:10,13
526:7 527:19
**factors** 316:5,6
316:10,11,18
316:19,24
317:1,2,5,14,21
317:23 318:6
318:18,20,23
319:12 320:3
320:17 334:9
335:21 336:13
336:18,22
339:17 346:12
347:19 348:3,3
350:11 354:8
354:13,16
356:24 358:4
359:9,10 360:5
361:5,8 362:21
369:3,17,22,24
370:8 372:4,20
373:24 374:2
374:20 375:14
376:7,17 380:7
380:14 394:3
394:14 434:22
435:12 436:12
436:17 445:20
461:17,17,23

**[factors - form]**                                                     Page 20

462:2,2 463:11
465:10,13
467:1 468:1
474:16 476:18
476:23 478:9
478:22 479:22
500:22 502:11
502:11,17,20
502:21,22,24
504:3 507:5
508:6,7,21
513:6,10 514:1
516:7,22 527:3
**factually**
435:21
**fail** 545:14
**failure** 430:24
**fair** 361:19
363:10,11
365:21 376:3
388:10 496:22
500:23 501:5
502:14 505:13
524:5 527:1
**fairness** 377:22
447:10
**fall** 396:17
398:4 399:8
437:13
**fallen** 437:12
**falling** 409:11
409:13
**family** 317:13
347:24 352:12
352:13,17,22
353:1,3,4,5,7

353:15 354:22
357:2 362:14
376:7,21,23
470:1 513:23
513:24 514:10
**far** 351:6
355:20 393:3
395:19 441:21
442:22
**fashion** 318:6
318:22 490:14
**fathalla** 355:10
**faulty** 448:16
**fda** 381:21
452:21 453:9
454:19
**february**
364:15 366:7
366:15 367:11
**feel** 421:6
**feeling** 406:4
409:13
**feels** 409:19
**fell** 440:20
**felt** 412:6
**female** 403:8
**fh** 478:4,5
**fiber** 530:11
**fibers** 429:2
430:17 431:18
432:3 484:14
532:15
**fibrous** 529:18
530:10
**figure** 358:24
360:4

**file** 399:18
**final** 433:10
**find** 324:7
335:9 354:4,9
358:11,13
368:21 400:19
401:14 432:20
440:20 446:7
509:13 528:12
528:16 530:2
531:1,6 534:5
**finding** 400:1
483:14 484:13
**findings** 419:8
420:23 423:22
424:3,7 425:11
428:7,11 483:3
485:15 488:5
488:11 530:18
**fine** 320:6
321:13 334:7
346:3 392:18
402:18,21
446:17
**finish** 346:2
382:11 392:3,5
**finished** 321:1
**firmly** 384:22
**first** 324:4,9
353:2,12
370:12 376:22
382:18 403:7
404:10 409:1
410:19 442:6
466:12,23
480:21 494:14

495:24 507:12
514:4
**fish** 310:21
**fit** 387:3
**five** 316:18
317:5 336:11
366:19 386:15
392:16 479:11
534:12 538:21
**flare** 494:21
**flip** 351:17
**flips** 463:24
**fluid** 409:7
**focus** 329:6
331:7 419:20
**focusing** 327:7
**follow** 315:11
**followed** 409:8
**following** 485:7
529:10 535:2
535:10
**footnote** 434:12
**footnotes** 487:1
**foregoing** 544:4
544:23 547:3
**foreign** 419:19
**forget** 407:24
**forgot** 518:24
**form** 315:21
316:13,22
317:15,24
318:15 319:7
319:13 320:5
320:19 323:13
324:19 326:3
328:3,16,19

**[form - full]**                                                                 Page 21

| | | | |
|---|---|---|---|
| 329:11,21 | 427:24 428:20 | 502:16 503:19 | 425:3,13 428:4 |
| 330:9,19 332:3 | 429:15,21 | 503:23 504:20 | 435:2 446:13 |
| 336:8 337:5 | 430:5,19 | 505:3 506:13 | 466:18 478:1 |
| 338:22 339:14 | 431:20 433:5 | 507:1 508:9,23 | 481:4 482:16 |
| 340:21 341:13 | 435:8,23 436:9 | 510:17 511:4 | 483:6 485:17 |
| 342:11 343:12 | 436:20 437:8 | 511:12,21 | 486:9,11 |
| 344:1,8,16 | 438:6,15 439:7 | 512:8,21 | 487:19 525:20 |
| 347:13 348:15 | 439:13,19,24 | 514:14 516:3 | 527:15 528:23 |
| 350:3 352:2 | 440:6,14 | 516:14 517:1 | 530:3 531:7,11 |
| 356:10 362:17 | 441:23 443:21 | 517:11 519:22 | 532:24 533:4 |
| 367:4 369:18 | 444:7 445:4 | 520:17 521:9 | 533:11 |
| 370:16 372:7 | 446:2,14,21 | 521:16 522:11 | **four** 327:18 |
| 372:16 374:22 | 448:9 449:11 | 523:11 525:2 | 328:1 366:18 |
| 376:18 380:9 | 450:3 451:3,16 | 526:12 527:17 | 367:3,22 |
| 380:22 382:7 | 452:5,23 454:4 | 528:18 529:1 | 479:11,15 |
| 384:1 385:13 | 454:12 455:14 | 529:19,19,21 | 501:24 504:13 |
| 385:23 386:17 | 456:2,19 458:9 | 530:12,19 | 542:13 |
| 387:19 388:4 | 458:16 461:6 | 531:2,13,22 | **fragrances** |
| 389:2,11 390:7 | 461:19 462:4 | 532:18 533:6 | 395:8 |
| 393:14 394:6 | 462:13 463:2 | 533:14 536:4 | **free** 409:7 |
| 395:21 396:11 | 465:2,14 | 541:14 542:15 | **frequency** |
| 396:22 397:5 | 467:13 468:4 | 547:7 | 512:3 |
| 398:5,18 399:7 | 469:5 471:20 | **former** 489:9 | **frequent** |
| 407:3 408:7 | 472:8 473:8,21 | **formulating** | 397:15 473:6 |
| 409:23 411:12 | 474:10 475:12 | 497:7 500:3 | 510:16,21 |
| 412:2,19 413:5 | 475:23 476:7 | **forth** 379:22 | **frequently** |
| 414:4 415:8 | 477:13 480:6 | 384:3 456:5 | 438:23 |
| 416:18 417:19 | 481:1 482:13 | 486:13 518:9 | **front** 331:16 |
| 418:5,21 | 483:4 484:16 | 544:5 | 332:22 370:10 |
| 419:14,23 | 488:17 489:15 | **fortunately** | 379:22 434:5 |
| 420:18 421:3 | 490:1,15 491:5 | 472:13 | 441:4 523:2 |
| 421:14,24 | 492:13 493:2 | **forty** 397:19 | **frustrate** |
| 422:11,24 | 493:16 494:16 | **found** 358:13 | 313:21 |
| 423:14 424:8 | 495:18 496:7 | 358:18 388:15 | **full** 322:6 |
| 424:14,23 | 496:23 497:12 | 417:4,13 | 388:23 409:19 |
| 425:5 426:1 | 501:6,19 | 418:15 421:1 | 477:11 |

[fully - godleski's]                                                          Page 22

**fully** 337:4
340:3,6 343:21
347:12 349:19
350:1,4,17
351:20 372:3
**function** 348:24
349:22 437:19
**further** 354:3,7

**g**

**g** 313:1
**garg** 538:17
**gathered** 371:5
**gene** 349:22
388:24 478:4,5
514:23 515:1,2
**general** 314:7
319:18,21
321:9 326:5,7,9
326:18,22
335:7 340:23
341:15 342:12
342:13 345:23
345:24 364:2
365:19 367:15
379:10 380:23
383:6,12 384:6
386:18 388:6
390:9 391:24
401:1 403:3
408:12 421:18
430:20 431:8
432:6,24
441:11 447:3,4
447:11 450:4
451:4 452:6,24

452:24 455:16
463:1 476:2
486:13 500:9
505:19 521:24
526:21 542:12
**generally**
364:17 367:14
**generations**
353:19
**genes** 348:21,24
349:13 377:13
378:10 389:5
445:21,23
478:2 481:7
515:21
**genetic** 350:5
378:9 388:16
388:20,24
390:2 477:16
519:19
**genetics** 477:22
**genital** 394:22
403:9 470:8
473:17 512:17
**genitalia** 401:9
403:18
**genitourinary**
353:8
**gerel** 310:14
**germline**
347:22 348:11
348:14,22
349:5,11
350:12 354:21
356:24 357:12
360:9,24

362:12 393:7
393:12,21
469:10,20
478:2 479:18
480:22 481:7,8
481:16
**getting** 363:2
370:2 374:8,11
389:13 427:10
456:7 507:19
**ghost** 463:20
**give** 313:13
369:14 373:16
390:19 399:23
408:18 410:23
450:9 474:18
476:15 487:14
505:5 518:4
542:12
**given** 538:21
547:5
**gives** 442:16
446:8
**giving** 427:21
455:3 488:8
**glean** 467:11
**gleaned** 387:5
**go** 315:11
334:22 338:11
349:23 358:23
368:16 378:11
380:3 392:19
399:18 400:7
400:17 401:8
402:21 403:1
404:3 408:15

408:22 435:9
445:18 465:10
468:18 471:16
472:14 476:14
476:22 478:8
481:24 483:21
484:1 506:14
507:5 513:5
519:15 524:7
527:22 534:6
535:19 538:14
539:17 540:13
541:22
**godleski** 311:19
311:24 312:9
416:20 421:10
421:13,23
424:20 425:3
482:16 483:13
484:19 486:5
487:18 488:8
500:11 528:6,9
528:23 529:11
530:1,24 531:6
531:10,18,20
**godleski's**
416:1,9,15,17
416:22 417:1,4
418:15 419:4
420:22 423:4
423:11,19
424:7 425:9,18
425:23 426:5,8
426:12 481:24
482:4,8,11,15
486:20 487:6

**[godleski's - home]**                                                    Page 23

487:10,22
488:5,11
527:23 529:4
530:18
**goes** 349:14
442:11
**going** 313:17
315:10 321:8,8
343:22 345:8
345:22 348:7
361:13 365:16
365:18 366:9
376:6 379:20
380:3 383:4
385:24 388:6
392:22 393:24
411:19 415:7
432:4,23
453:20,22
459:1 464:6
472:16 479:19
481:18 485:13
486:23 491:15
522:22 534:23
539:8,19
**good** 313:5,6
361:24 365:15
442:3 474:14
498:5 534:14
543:3
**goodbye** 543:4
**grade** 413:14
460:14 475:6
479:5 538:6,8
**gradient**
314:15 325:14

347:4 448:22
**grande** 309:5
**grandmother**
514:5
**grasp** 451:9
**great** 366:13
400:16 514:7
537:13
**greater** 316:11
378:24 524:1
**group** 460:4
483:13
**guess** 472:11
519:2
**guys** 463:19
**gyn** 438:10
488:15
**gynecologic**
489:3 541:10
**gynecological**
523:4
**gynecologist**
405:1
**gynecology**
488:22 535:5
**gyns** 408:13

**h**

**h** 311:5 312:1
**hand** 366:10
**happen** 463:22
**happening**
406:3 410:1,14
410:18
**happy** 362:6
380:4 495:22

**hard** 375:6
**harvard** 422:4
422:10 423:5
**hboc** 390:24
**head** 418:7
426:7,11 489:2
**heads** 313:13
**health** 328:13
400:9 448:13
448:15,16
449:8,13,18
**healthcare**
381:20
**hearing** 349:17
**hears** 463:24
**held** 309:1
338:8 400:4
539:12
**help** 379:4
424:6 535:6
**helped** 373:4
509:3
**helpful** 390:20
401:23 402:2
**hereditary**
389:22 390:3
**heterogeneous**
379:24 384:8
384:13
**high** 460:14
475:6 479:5
523:17 538:6,8
**higher** 330:17
332:17 337:13
398:10,16,24
399:1

**highest** 398:4
**hiker** 387:6
**hill** 488:22
**histologic** 419:5
**histologies**
475:5 524:14
**histology** 475:9
477:6 484:20
484:23 524:15
527:8,9 528:6
**historically**
369:23
**history** 317:13
347:24 352:12
352:13,17,22
353:1,3,15
354:22 355:18
357:2 362:14
368:24 369:13
376:8,21,24
377:10 392:24
396:21 404:21
411:4 470:1
474:12 500:22
504:16 509:1
513:23 514:1,2
514:10,18
**histotypes**
479:3 516:18
**hold** 323:9
331:12 410:21
410:23 421:5
496:17 540:2,4
540:8
**home** 532:16

[homologous - included]                                                    Page 24

**homologous**
349:13
**honest**  487:13
**honestly**  360:16
**hope**  361:10
**hormone**
347:23 351:22
351:24 354:21
357:1 362:13
386:10,24
466:10 478:10
479:19 481:20
481:21 507:20
519:9 520:2,5
**hospital**  526:1
**hospitals**
438:10
**hotel**  309:5
**hours**  345:22
366:8,15,19
367:1,6,21,22
367:23
**houston**  438:21
**huang**  358:9
359:19
**hundred**  373:6
374:14,20
375:1 462:12
**hundreds**
373:15 439:16
440:11
**hygiene**  464:13
**hypotheses**
354:15 355:4,6
356:9,11 357:3
358:8 359:13

360:4 361:4
362:16,24
**hypothesis**
327:12,21
355:9,10 356:5
356:6,15,18,19
356:20,24
357:12,15,20
358:1,15 359:2
359:15,22
360:14 361:1,9
362:19,23
**hysterectomy**
542:3

**i**

**iarc**  328:13
430:16 431:7
431:13,17
432:2,23 521:7
521:14
**iarc's**  431:10
**idea**  323:1,5,12
396:23 397:6
397:13 532:3
**identification**
315:9 333:3
400:22 416:5
434:7 459:5
499:3 528:1
529:10 537:22
539:5 540:11
**identified**  353:9
362:20,21
393:21 399:9
420:6 483:1

491:8 507:6
525:6 531:20
**identifies**
420:17
**identify**  363:3
369:16 393:9
393:13 399:21
434:21,24
436:7,17,19,22
437:3,15
465:12 485:4
503:17 504:1,3
504:5 526:2
529:6 541:7
**iliac**  482:19
**illness**  411:4
**imaging**  405:3
406:22 407:8
408:10
**impact**  336:13
424:21 433:3
496:16
**impacted**  369:4
369:10
**impactful**
373:14
**imperative**
545:11
**implausible**
356:7,19 357:4
**importance**
422:21
**important**
341:9 368:23
369:14 380:16
426:18 427:2

427:11 429:19
456:9 491:16
500:20
**inaccurate**
435:2
**inaccurately**
405:22
**inactive**  387:17
**incessant**
347:22 350:14
350:16,20,21
350:23 351:9
351:12 354:21
355:8 356:2
357:1,7 362:13
371:19 372:13
479:17,18
480:15,19
481:11
**incidence**  441:9
**incision**  386:3
518:14 540:22
541:5 542:8
**incisions**
384:19 385:3
**include**  351:11
366:21 367:12
379:6 424:4
430:24 459:10
479:24
**included**
364:12 365:4
365:11 367:18
432:9 445:3
460:6 480:20
494:24 528:24

[included - interrupt]                                                      Page 25

| | | | |
|---|---|---|---|
| 542:12 | 387:22 389:9 | 480:17 502:19 | 423:2 489:5 |
| **includes**  363:21 | 389:18 391:21 | 503:1,6,11,17 | **institutions** |
| 378:23 379:4 | 394:9 430:12 | 503:24 505:18 | 438:8 489:6 |
| 386:13 | 456:11 466:1,6 | **individual's** | **instruct**  432:5 |
| **including** | 467:12,21 | 343:8 503:15 | 432:11 |
| 350:12 367:13 | 468:9 469:11 | **individually** | **instructing** |
| 367:15 390:10 | 469:21 475:19 | 479:20 | 345:16,20 |
| 429:20 470:8 | 479:4,12 481:9 | **inferiorly** | 457:4,5 |
| 472:20 | 486:17 494:14 | 406:18 | **instructions** |
| **inclusive**  380:1 | 494:17 497:19 | **infertility** | 402:16 545:1 |
| **incomplete** | 506:18 507:21 | 377:20 515:14 | **integral**  498:3 |
| 409:4 | 508:1 515:9 | **infiltrating** | **intend**  542:11 |
| **inconclusive** | 526:20 533:19 | 524:19 | **intention** |
| 325:24 384:8 | **increases** | **inflammation** | 313:20 |
| **inconsistent** | 324:10 382:1 | 358:17 | **intentionally** |
| 325:8,24 339:4 | 382:23 383:8 | **inflammatory** | 455:11,23 |
| 520:20 521:19 | 441:17 442:12 | 518:15 | **interchangea...** |
| **incorporate** | 447:23 505:17 | **influence** | 333:19 |
| 335:8 | 512:1 519:20 | 533:10 535:11 | **interchangea...** |
| **incorporated** | **independent** | 535:15 | 330:21,24 |
| 326:19 341:16 | 416:24 | **influenced** | 332:13 443:13 |
| 447:11 | **indicates** | 514:9 | **interested** |
| **incorrect**  360:3 | 327:24 | **inform**  493:14 | 420:21 |
| 398:20 435:22 | **indicative** | **information** | **internal**  325:12 |
| 518:5 | 449:8 | 328:14 504:18 | 401:9 403:19 |
| **incorrectly** | **individual** | 538:4 | **interpret** |
| 335:15 339:24 | 318:2,23 323:2 | **inherited** | 516:23 |
| 398:8 | 326:8 341:17 | 445:21 | **interpretation** |
| **increase**  353:20 | 345:3 346:20 | **initially**  409:2 | 327:2 488:7 |
| 387:12 388:13 | 354:1 355:7 | **inside**  409:11 | **interpreted** |
| 452:12 463:11 | 361:15 373:10 | 426:7 | 490:10 |
| 522:2 524:12 | 373:18 375:16 | **insides**  409:13 | **interpreting** |
| 527:20 | 375:18,22 | **institute**  441:15 | 325:21 327:13 |
| **increased**  341:3 | 380:12 447:23 | 441:16 | 488:5 |
| 348:23 352:4,9 | 461:16 474:24 | **institution** | **interrupt**  338:7 |
| 353:22 368:14 | 475:1 479:2 | 422:17,19 | 410:12 |

[interrupted - judkins]                                              Page 26

| | | | |
|---|---|---|---|
| **interrupted** | **jersey**  308:2 | 329:18 331:5 | 392:23 393:7 |
| 371:22,24 | **job**  308:23 | 333:7,12,19 | 394:4,18,21 |
| **interrupting** | **john**  311:19,24 | 334:14 335:12 | 395:17,19 |
| 410:4 | 312:9 | 336:2,7 337:4,9 | 396:8,19,24 |
| **interruptions** | **johnson**  308:6 | 340:17 341:8 | 397:7,11 399:4 |
| 372:1 | 308:6 426:21 | 341:10,23 | 399:18 401:2 |
| **interventions** | 426:21 427:1,1 | 342:7,18 343:5 | 403:15 404:2 |
| 351:8 | 427:6,6,9,10 | 344:3,17,20 | 404:18 407:11 |
| **introitus** | 495:16,20 | 345:5,13 346:3 | 413:22 414:21 |
| 414:22 | 533:12 | 346:9,13,16 | 414:24 415:1,3 |
| **invoice**  364:13 | **johnson's** | 347:21 352:18 | 415:4,12 |
| 364:17 366:6 | 394:21 428:17 | 352:19,21,22 | 416:10 417:6 |
| 367:2 | 470:4 495:16 | 353:1,15 354:3 | 418:17 425:2 |
| **invoicing**  364:9 | 495:20 509:7 | 355:6 356:23 | 426:15 428:15 |
| **involved**  349:13 | 509:13 | 359:8 363:15 | 428:24 429:10 |
| 368:13 394:18 | **joint**  389:21 | 363:17 364:5 | 429:12 430:3,9 |
| **ipad**  337:22 | **jointly**  390:5 | 364:10 365:8 | 431:14,22 |
| 463:15,23 | **jolla**  308:14 | 366:2,16,19 | 432:10,19 |
| **irrelevant** | 309:7 | 367:23 368:18 | 433:4,7 434:19 |
| 391:11 429:20 | **judgment** | 369:1,5,13,17 | 434:21 436:5 |
| 453:3,15 | 437:18 451:2 | 369:20 370:3 | 436:23 437:16 |
| 478:14 497:15 | 451:13 | 370:13 372:5 | 445:13 446:4 |
| **issue**  335:1 | **judith**  311:21 | 372:12,24 | 446:24 447:8 |
| 399:24 446:19 | **judkins**  311:11 | 373:18 375:23 | 447:12,17,19 |
| 524:7 | 313:10 314:1,3 | 376:14,16,20 | 448:1 450:5,11 |
| **issues**  407:12 | 314:17 315:7 | 377:18 379:2 | 452:3,7,14,20 |
| **items**  363:19 | 316:2,3,10 | 380:13,21 | 453:6,14 454:3 |
| 364:4 | 317:20,21 | 381:2,4,17 | 454:24 455:2,5 |
| **j** | 318:13 319:23 | 383:17,18 | 455:8,17,19,21 |
| **j**  311:19,24 | 320:2,11 322:9 | 384:17,17 | 455:24 456:4 |
| 312:9 | 322:11,16,21 | 385:18,22 | 456:11 458:23 |
| **january**  460:8 | 322:23 323:3,7 | 386:1,2,10,20 | 459:12 462:10 |
| 536:23 537:3 | 323:17,23 | 386:23,24 | 462:16,17 |
| 538:3 541:13 | 324:13 325:5 | 387:2,13 388:2 | 464:24 471:18 |
| | 326:13,21 | 388:16,23 | 472:17 480:4 |
| | 327:1,5 329:5 | 390:13 392:4,6 | 484:2 500:7 |

**[judkins - letter]**

528:6 531:18
534:17,24
535:9,19,21
536:1,8,13
**judkinscdhm...**
400:13
**july** 544:14
**jump** 517:5
**jumping**
332:21
**june** 308:15
311:19,24
312:9 460:15
460:24 538:18

### k

**k** 310:15
**keep** 399:14
**keeps** 463:15
**key** 399:18
**kidney** 353:10
353:11
**kind** 481:18
495:21
**knew** 368:20
505:10
**know** 313:17
315:1 320:16
321:15,20
322:10,13,20
322:22 323:6
323:14,17
331:14 337:23
337:23 339:18
340:8 349:23
350:19,21

351:15,16
355:15 358:21
361:12,24
364:20,21
370:9 371:23
374:5,24 375:1
377:21,21,22
378:3 379:11
380:4 387:14
388:3 389:16
389:19 391:9
393:15 395:6
396:24 397:7
397:12 398:7
399:21 401:5
401:14 404:6
406:2 418:4,10
420:1,10,19
421:12,22
422:3,9 423:4
423:10,11,15
426:6,8 427:5
428:3 430:16
432:9 437:23
438:1 439:4,4
439:10,16
440:10,22
442:19 443:24
460:9 462:24
463:10,14
464:2 467:3
470:17 473:7
473:10,11
475:24 478:24
487:16 488:13
488:20 489:5

492:9,14
494:22 495:19
496:5 499:20
503:5 506:22
516:6,16 517:3
523:22 527:8
529:22
**knowledge**
440:16 493:11
536:1,6
**known** 340:2
348:3 442:14
443:13 444:13
444:15,17,22
527:20

### l

**l** 308:12 522:23
**la** 308:14 309:7
**label** 369:23
**labeled** 404:9
434:10
**labia** 411:18,21
**lack** 448:22
496:21
**language**
360:12
**large** 407:10
408:1 410:15
**largest** 513:16
**late** 507:11
**laterality**
433:20
**lawyer** 381:12
381:13

**lead** 310:3
349:15 355:13
361:8 362:21
426:24
**leading** 356:1
384:24 454:17
466:19 516:21
**leads** 349:3
355:12 486:17
**leanna** 310:6
402:12,16
404:4 464:3
518:20 539:19
**learn** 533:11
**leave** 403:13
**led** 456:7
482:15
**left** 315:2 417:6
418:17 433:19
433:24 482:19
482:20 530:6
**leigh** 310:5
319:18 463:13
464:3
**leigh's** 315:11
**leslie** 308:25
309:12 314:19
378:14 392:7
392:13 399:17
402:15 457:14
457:17 498:19
522:19,20
537:5 544:17
**lessened** 542:2
**letter** 311:18,23
312:8 384:4,7

| | | | |
|---|---|---|---|
| **letters** 420:10 | **limited** 321:23 | **listed** 363:19 | 521:18 522:4 |
| **level** 349:7 | 345:12 542:1 | 376:12,21 | 526:22 527:8 |
| 529:23 | **line** 316:7 | 460:1,3,9 | 533:17,18 |
| **levels** 358:11,13 | 375:23 433:22 | 505:21 508:12 | **litigation** 308:8 |
| **liability** 308:7 | 468:18 546:4 | 514:1 | 368:2 423:13 |
| **library** 423:5,9 | **lines** 514:4,8 | **listen** 453:24 | 472:20 |
| **lifestyle** 387:4 | **lining** 376:10 | 454:19 | **little** 342:3 |
| 387:11,17 | **link** 425:14 | **listing** 391:16 | 347:16 348:8 |
| 388:12 | 485:18 487:20 | 516:7 517:8 | 354:7 370:14 |
| **lifestyles** | 487:23 | **lists** 377:6 | 377:24 399:24 |
| 387:22 | **linked** 441:20 | 390:2 494:12 | 404:1 465:17 |
| **lifetime** 355:18 | **list** 314:9,21 | **literature** 314:8 | 465:19 504:24 |
| 355:22 358:12 | 317:9 351:22 | 314:15 319:4 | 515:17 522:15 |
| 358:14 371:13 | 363:14,17 | 321:9 324:17 | 524:5 538:19 |
| 371:15 372:12 | 364:2,23 366:2 | 325:3,7,18 | **live** 449:2 |
| 373:2 374:9 | 368:20 370:7 | 327:3,10,11,20 | **lloyd** 434:13 |
| 398:3 466:2,4 | 376:13,17 | 329:9,15 341:2 | **llp** 310:14,21 |
| 467:10,21 | 377:2,4 378:12 | 347:2 365:17 | **load** 410:24 |
| 471:2,6 510:2 | 378:22 379:5 | 365:19 374:18 | **locations** |
| **ligation** 466:17 | 379:17 380:6,7 | 379:23 381:19 | 485:10 |
| 466:24 471:7 | 380:14 386:9 | 384:7,12 | **locum** 438:10 |
| 477:8 | 393:12 417:13 | 387:11,14,17 | **logic** 517:5 |
| **light** 419:5,11 | 424:10 460:10 | 388:7,12 | **long** 371:23 |
| 419:13 484:24 | 476:5,14,19,23 | 399:13 424:19 | 374:2 392:11 |
| 485:4 528:7 | 476:24 477:3 | 427:9 435:1,5 | 397:23 406:2 |
| 529:6 | 478:9,20,21 | 447:22 450:17 | 507:16 509:16 |
| **likely** 337:18 | 479:7 481:19 | 451:8 452:10 | 511:3,6 534:23 |
| 338:12,14 | 484:3,4 490:24 | 456:10 459:13 | **longacre** |
| 339:2 369:20 | 491:10 493:20 | 459:14,14 | 500:12 527:15 |
| 370:4 388:21 | 494:8,14 | 462:6 475:2,11 | **longacre's** |
| 393:20,23 | 505:21 506:3 | 476:8 490:5,6 | 525:5 526:15 |
| 411:17 417:5 | 513:6,9 515:22 | 490:10,13 | **longer** 538:21 |
| 418:16 482:17 | 516:19,22,23 | 491:4,23 495:2 | **longo** 428:4,23 |
| 538:12 | 517:4,14 519:3 | 497:17 500:8 | 532:20,23 |
| **limit** 319:19 | 519:9,12,16,18 | 507:24 510:23 | 533:3,11 |
| 342:13 | | 520:15,19 | |

**[longo's - margaret]**                                        Page 29

**longo's** 426:14
426:21 428:5,7
428:10 429:4
458:11 495:14
496:2,9,12
532:7,11,12,14
533:8
**look** 319:11
320:17 328:5
335:10 337:20
338:16 357:17
370:6 391:19
402:1 404:12
412:24 417:17
417:24 418:11
418:24 424:5
426:14 447:13
454:9 455:12
456:16 468:14
468:19 476:22
484:3,20 495:6
495:14 513:5
530:14 532:7
534:6
**looked** 329:15
342:4 371:6
398:3 411:16
417:12,16,20
417:21 419:4
419:18 423:24
427:8 456:16
484:23 506:17
521:10 524:17
524:21 528:6
**looking** 329:8,9
331:20 342:19

377:1 378:22
380:12 434:15
441:7 442:18
446:11,12
452:19 476:13
479:2 510:23
512:13 513:9
519:18
**lose** 463:15
**lot** 324:23
325:2 472:15
522:3
**lower** 329:20
330:3,8 332:1
358:13
**lowering** 374:2
**lunch** 498:6,18
**lung** 342:6
343:24 344:4,7
344:14,21
345:2 346:16
346:18,20,21
347:1,10
**lymph** 417:7
418:18 433:20
433:23 482:19
482:20
**lynch** 378:7
445:23 515:18

**m**

**m** 308:12
**m.d.** 308:13
309:1 311:2,9
311:13 312:5
543:6 547:13

**ma'am** 317:18
319:9 320:14
320:22 321:1
323:15 325:2
326:16,23
327:17 334:20
335:1 342:8
344:22 345:5
352:16 354:10
360:17 361:2
378:17 387:15
403:4,11
404:16 408:19
410:4 416:11
456:22 458:6
462:14,19
464:8,10,18
465:3 477:24
482:5,9 486:4
487:3 493:5
494:3 506:1
510:8 529:9
531:4
**made** 314:12
319:6 379:18
390:5 420:22
422:22 454:20
474:9 487:24
524:5 544:7
545:5
**maintain**
381:22 382:21
383:10,20
**maintains**
382:10 383:2
383:23

**majority**
370:19 448:23
449:1
**make** 313:18
344:9 346:8
360:10 363:24
364:18 369:8
373:10 375:12
375:20 380:19
383:2 388:6
408:13 419:1
480:9 504:23
513:20 517:5
536:9 545:3
**makes** 338:19
**making** 416:24
495:8 516:11
**malignant**
336:10,13,16
336:24 339:20
**manage** 347:18
**maneuver**
405:12
**manner** 318:18
437:19
**march** 499:12
538:19
**margaret** 310:4
313:7 331:13
363:23 401:20
401:24 408:22
432:17 460:23
463:16 476:16
479:11,23
498:11 523:21
528:2 534:10

**[margaret - mention]** Page 30

540:23 543:3
**mark** 314:20
315:5 332:24
400:15 416:2
448:21 537:6
538:23
**marked** 315:8
333:2 366:10
400:22 416:4
434:6 459:4
499:2,7 527:24
537:15,20,21
539:4 540:10
540:18
**marketing**
308:7
**marking** 315:4
**mas** 308:6
**mass** 405:3,4,6
405:11,15,18
405:23,24
406:11,15,20
406:23 407:1,7
407:10,16,20
408:4,11 409:7
409:14 410:1
410:15 411:8
411:10,11
412:4 414:1
525:15 535:17
**massachusetts**
310:23
**mastery** 421:7
**material**
419:19

**materials**
312:10,12
314:9 363:14
364:1,11,14
365:12,17
366:1,17
427:15,17
471:16 474:19
477:19 505:22
537:10
**maternal** 514:5
514:7
**math** 395:11,14
513:12
**mcclennen**
310:21
**md** 311:19,21
311:24 312:9
405:18 438:18
438:20,23
**mdl** 308:6
367:13
**mdr** 399:22
**mdr000024**
400:10
**mean** 315:19
322:8 324:16
337:16,17
338:7 355:5
358:20 360:7
363:23 369:21
370:17 374:12
374:13,24
375:2 381:12
396:3,4 413:21
416:19 421:4

432:17 441:24
470:17 471:21
471:22 473:7
475:14 477:2
477:10 478:23
495:21 510:18
521:17
**meanings**
332:12
**means** 337:18
337:19 338:12
338:13 374:9
374:13 422:14
442:13 444:22
491:2 495:21
544:24
**meant** 361:12
**measured**
454:10
**measures**
355:17
**mechanism**
334:11 335:23
336:5,10 337:3
339:8 340:2,5
340:12 342:5
342:21 343:2,6
343:14,15,21
346:13 347:11
348:11,13,16
349:18 350:15
351:20 358:2
361:7 433:3
442:14 443:14
444:14,23
448:20

**mechanisms**
463:8
**medical** 311:16
311:17 314:10
346:23 368:18
368:24 369:1
371:5 378:5
392:23 399:19
400:12 402:5,9
404:12,18,22
405:10 413:22
414:2 415:12
425:13 437:18
459:13,14,18
459:22 460:5
465:22 467:11
472:2,7 474:4
474:12 485:16
500:17,21
504:16 515:13
525:1 534:2,18
535:22 536:15
536:15,22
537:7 538:15
**member** 353:4
353:5
**members** 353:7
**menarche**
371:2,6 507:11
**menopause**
371:3,7 465:21
465:22 467:19
467:23 507:11
**menses** 465:18
**mention** 326:21
518:3

[mentioned - name]                                                          Page 31

| | | | |
|---|---|---|---|
| **mentioned** 354:18 381:4 477:7 | **mine** 441:1 485:19 490:8 541:20 | **mixed** 475:11 475:14 520:15 | **multiple** 319:4 328:12 390:8 457:15 462:1 |
| **mere** 442:15 | **mineralogist** 421:6,10 | **mmr** 378:10 | **multiplied** 510:4 |
| **merely** 354:11 359:9 | **minute** 400:18 410:24 | **modest** 522:13 | **multiply** 395:9 |
| **mesothelioma** 340:6,9 | **minutes** 355:15 392:16 | **modify** 376:12 414:16 | **mutation** 349:2 350:5 357:1 |
| **message** 337:22 482:11 | **mirror** 411:5 411:16,18 | **moment** 498:22 | 362:13 374:6 374:12 391:20 |
| **met** 397:12 | **mishear** 460:23 | **monadnock** 400:8 404:10 | 393:8,12,21 469:20 478:2 |
| **meta** 328:12 521:13 | **misleading** 418:18 | **monoallelic** 515:4,8 | 481:8,16 514:20 515:5,8 |
| **methodology** 314:2,6 321:10 443:18,24 459:8,12 486:21 500:2 | **mismatch** 515:21 | **monograph** 431:7 521:8 | 519:19 |
| | **mismatched** 445:22 | **montgomery** 310:10 | **mutations** 347:22 348:11 348:14,22 349:5,5,11 350:12 354:21 357:13 360:9 360:11,24 374:6 377:12 390:2 469:11 479:18 480:23 481:7 515:21 |
| **methods** 418:2 420:22 445:10 | **missed** 479:10 | **months** 406:5 466:10 | |
| **methvin** 310:7 | **missing** 479:9 485:24 | **morning** 313:5 313:6 | |
| **michelle** 310:13 338:2 405:17 | **misstates** 427:14 483:20 491:19 517:24 | **move** 321:12 386:8 415:17 416:1 433:15 449:19 536:19 536:20 | |
| **microscopic** 418:2,11 | **misstating** 518:6 | **moved** 419:21 | |
| **microscopy** 419:5,12,13 484:24 485:4 528:7 | **mistake** 395:13 408:13 | **moving** 363:12 363:13 449:18 | **mute** 463:22 |
| | **mistaken** 405:7 407:16 408:5 523:16 | **mucinous** 508:1 | **mutyh** 515:3,8 |
| **migration** 325:17 403:5 | | **multifactorial** 315:16,18 346:22 461:5 461:13 502:2 | **n** |
| **miles** 310:8 | **mistaking** 405:19 | | **n** 310:1 311:1,1 313:1 522:23 522:23 |
| **mind** 338:12 348:7 356:7 435:22 474:9 522:18 | **mistook** 407:7 | **multiparous** 412:15 413:1,7 | |
| | **mistyped** 433:21 | | **name** 313:23 346:8 544:13 |

**[named - object]**                                                    Page 32

| | | | |
|---|---|---|---|
| **named** 438:24 | **new** 308:2 | **noise** 463:24 | **nutter** 310:21 |
| **national** 441:14 | 497:5 | **non** 353:12 | **nw** 310:15 |
| 441:16 | **newsome** 312:6 | 475:5 530:10 | **o** |
| **nationally** | 313:9 322:17 | **nonresponsive** | **o** 308:12 311:1 |
| 381:19 | 476:10,11 | 359:5 | 313:1 |
| **nature** 328:8 | 498:10,21 | **north** 488:21 | **o'brien** 399:5 |
| **nccn** 391:1 | 499:6,8,18 | **nos** 400:21 | 473:18 512:19 |
| **nci** 381:20 | 500:3 503:7,18 | **notary** 547:20 | 512:23 |
| 441:8 452:20 | 504:9 505:22 | **notation** 524:24 | **o'dell** 310:5 |
| 453:8 454:19 | 506:8 507:6,8 | 537:3 | 338:1,6 |
| **necessarily** | 508:20 509:7 | **note** 404:17 | **oath** 309:15 |
| 330:12 370:1 | 510:2 511:8,10 | **noted** 404:18 | **ob** 408:13 |
| 420:1 426:6 | 511:19 512:5 | 405:13 406:8 | **obese** 379:2 |
| 477:5 517:2 | 512:16,23 | 545:9 547:7 | 384:18,19 |
| 522:1 528:20 | 513:10,22 | **notes** 544:10 | 386:2 507:8 |
| **necessary** | 514:23 519:19 | **notice** 309:12 | 518:16 520:6 |
| 545:3 | 524:14 526:6 | **noting** 405:14 | 524:5 541:11 |
| **need** 321:4,11 | 531:19 537:16 | 405:18 | 542:2 |
| 321:13 354:4 | 538:14,16 | **november** | **obesity** 378:23 |
| 392:2 402:11 | 539:1 | 500:13 | 379:5,6,8 380:2 |
| 404:5 413:20 | **newsome's** | **number** 315:2 | 468:14 474:21 |
| 476:11 487:14 | 499:6 500:16 | 318:22 351:6 | 475:2,7,11,19 |
| **needed** 421:7 | 500:21 501:13 | 355:22 363:19 | 477:3 478:24 |
| 427:17 474:18 | 502:8 505:2 | 364:21 371:15 | 479:4 505:24 |
| **needs** 540:23 | 506:11,15 | 398:10 399:22 | 515:22 516:12 |
| **negative** 378:10 | 508:7 520:24 | 400:9 438:24 | 516:24 519:3 |
| 478:1 502:21 | 523:17 524:10 | 439:2 465:16 | 520:15,19 |
| 515:2 | 526:17 530:2 | 466:1 467:9,21 | 521:2,8,18,23 |
| **negatively** | 531:12 532:8,9 | 471:1,5 491:9 | **object** 315:21 |
| 354:13 359:11 | 532:24 533:4 | 510:1,19 | 316:13,22 |
| 502:18 | 533:12 | 513:16 | 317:15,24 |
| **neither** 482:21 | **node** 417:7 | **numbered** | 318:15 319:7 |
| **never** 349:6 | 418:18 433:20 | 324:5 335:11 | 319:13,16 |
| 377:16 379:12 | 433:23 482:19 | **numbers** | 320:5,19 |
| 397:12 503:10 | 482:20 | 347:17 401:22 | 323:13 324:19 |
| 511:15 521:10 | | 541:20 | |

| | | | |
|---|---|---|---|
| 326:3 328:3,7 | 423:14 424:8 | 493:16 494:16 | 445:15 453:11 |
| 328:16,19 | 424:14,23 | 495:18 496:7 | 454:22 457:2 |
| 329:11,21 | 425:5 426:1 | 496:23 497:12 | 472:24 481:13 |
| 330:9,19 332:3 | 427:24 428:20 | 501:6,19 | 483:17 491:18 |
| 336:8 337:5 | 429:15,21 | 502:16 503:19 | 502:4 503:8 |
| 338:22 339:14 | 430:5,19 | 503:23 504:20 | 519:5 |
| 340:21 341:13 | 431:20 433:5 | 505:3 506:13 | **objections** |
| 342:11 343:12 | 435:8,23 436:9 | 507:1 508:9,23 | 544:7 |
| 344:1,8,16 | 436:20 437:8 | 510:17 511:4 | **obliterated** |
| 347:13 348:15 | 438:6,15 439:7 | 511:12,21 | 525:13 |
| 350:3 352:2 | 439:13,19,24 | 512:8,21 | **obstetrics** |
| 356:10 359:3 | 440:6,14 | 514:14 516:3 | 488:23 |
| 361:21 362:17 | 441:23 442:21 | 516:14 517:1 | **obviously** 364:3 |
| 367:4 369:18 | 443:21 444:7 | 517:11 519:22 | 447:6 477:8 |
| 370:16 372:7 | 445:4 446:2,14 | 520:17 521:9 | **occasion** |
| 372:16 374:22 | 446:21 448:9 | 521:16 522:11 | 509:12 |
| 376:18 380:9 | 449:11 450:3 | 523:11 525:2 | **occur** 338:15 |
| 380:22 382:7 | 451:3,16 452:5 | 526:12 527:17 | 441:19 |
| 384:1 385:13 | 452:23 454:4 | 528:18 529:1 | **occurrences** |
| 385:23 386:17 | 454:12 455:14 | 529:21 530:12 | 373:3 |
| 387:19 388:4 | 456:2,19 458:9 | 530:19 531:2 | **occurring** |
| 389:2,11 390:7 | 458:16 461:6 | 531:13,22 | 336:24 |
| 393:14 394:6 | 461:19 462:4 | 532:18 533:6 | **occurs** 336:11 |
| 395:21 396:11 | 462:13 463:2 | 533:14 536:4 | **ocps** 348:6 |
| 396:22 397:5 | 465:2,14 | 541:14 542:15 | 354:24 |
| 398:5,18 399:7 | 467:13 468:4 | **objected** | **odds** 521:1,4,14 |
| 407:3 408:7 | 469:5 471:20 | 361:23 | 521:20 522:12 |
| 409:23 411:12 | 472:8 473:8,21 | **objecting** 457:6 | **offered** 446:6 |
| 412:2,19 413:5 | 474:10 475:12 | **objection** | 446:24 |
| 414:4 415:8 | 475:23 476:7 | 319:24 321:7 | **offering** 527:13 |
| 416:18 417:19 | 477:13 480:6 | 321:17 331:13 | **officiated** |
| 418:5,21 | 481:1 482:13 | 344:2 345:4 | 309:14 |
| 419:14,23 | 483:4 484:16 | 357:5 359:16 | **oftentimes** |
| 420:18 421:3 | 488:17 489:15 | 359:23 368:6 | 465:20 |
| 421:14,24 | 490:1,15 491:5 | 379:9 383:5 | **oh** 378:17 |
| 422:11,24 | 492:13 493:2 | 427:3,13 | 387:16 389:19 |

[oh - opinions]                                                        Page 34

| | | | |
|---|---|---|---|
| 398:23 401:15 | 437:6,11 441:8 | **oncologist** | 406:14,15,19 |
| 405:17 433:14 | 441:12,21 | 438:11 488:16 | 406:22 415:13 |
| 442:3 467:5 | 444:2 445:8 | **oncology** 489:3 | 416:21 425:19 |
| 497:5 540:7 | 447:17 453:22 | **ones** 354:18 | 425:21 426:13 |
| 541:1 | 454:1,17 | 418:3 487:23 | 428:16 429:8 |
| **okay** 313:23 | 457:16 458:3 | 492:17 | 430:21 431:8 |
| 322:4,14 | 458:21 460:12 | **ongoing** 409:16 | 432:21,24 |
| 323:20 326:24 | 460:21 461:10 | **onset** 465:18 | 439:22 440:2,4 |
| 327:23 328:11 | 472:6,17 476:9 | **open** 403:9 | 440:8 443:8 |
| 329:2 330:2,23 | 476:16 477:20 | **operative** | 446:19,23 |
| 331:22 335:10 | 481:24 482:3 | 407:19 525:9 | 447:15,16 |
| 335:19 339:1,5 | 483:23 484:8 | **opine** 337:3 | 448:4 450:8,9 |
| 342:10 352:12 | 486:6 488:3,7 | 505:6 | 451:4,21,22 |
| 353:22 354:2 | 489:7 494:9 | **opinion** 321:20 | 452:3,6 453:1,3 |
| 354:20 355:1 | 499:24 509:18 | 321:22 323:9 | 461:24 464:21 |
| 357:8 362:1,9 | 513:14 518:2 | 323:10,11,20 | 467:9 468:13 |
| 363:2,6,12 | 522:19 527:1 | 324:1,12,18,22 | 479:21 482:24 |
| 364:9 365:1,3 | 528:2,5 530:1 | 325:3,5 326:2 | 483:5 488:8,12 |
| 365:22 366:6 | 532:6 534:9,13 | 327:9 328:14 | 496:19 497:2,7 |
| 366:11,14 | 534:22 535:19 | 329:3 333:11 | 497:13,15 |
| 367:18 375:12 | 536:19 537:24 | 333:23 334:2 | 498:3 501:14 |
| 390:18 392:7 | 538:15 540:15 | 334:13 336:1,4 | 503:16 505:5 |
| 392:16 394:20 | 541:23 542:19 | 337:14 341:10 | 511:17,23 |
| 397:14 400:2 | 542:23 | 342:12,20,23 | 514:11 516:1 |
| 400:17 401:3 | **old** 397:3 509:9 | 345:17,24 | 517:7 518:12 |
| 401:17 402:15 | **older** 370:12 | 346:7 348:9,10 | 524:8 526:6 |
| 402:22 404:1 | 377:6 513:10 | 350:15 351:12 | 527:13 528:22 |
| 404:14 405:9 | **olson** 475:22 | 351:23 353:14 | 531:19 532:5 |
| 406:10 408:15 | 505:23 521:1,5 | 360:19 368:12 | 533:16,22 |
| 408:21 410:3 | **omission** | 369:5 375:9 | 535:15 538:11 |
| 411:1 412:14 | 429:19 430:2,6 | 379:7,10,15 | 541:8 |
| 415:5 416:6,14 | 516:12 | 381:15,16 | **opinions** 311:10 |
| 417:3 418:14 | **omitted** 417:14 | 383:7,18 | 311:14 312:5 |
| 418:24 424:18 | 431:2 455:23 | 388:14 389:7 | 319:18,21 |
| 428:3 430:1 | **once** 394:22 | 393:20,22 | 320:7,8 326:7 |
| 433:10 436:3 | 396:10 397:21 | 405:22 406:10 | 326:18 334:24 |

[opinions - ovarian]                                                    Page 35

| | | | |
|---|---|---|---|
| 340:16,18 | **ordered** 409:6 | 337:9 339:13 | 431:15,18 |
| 341:1,15 | **organ** 401:10 | 339:18 340:10 | 432:3,22 433:8 |
| 342:14 344:24 | 403:19 412:10 | 340:20 341:4 | 434:19,22 |
| 345:13,23 | 412:12 | 341:12 346:22 | 435:18 436:5 |
| 352:20 369:2 | **organization** | 347:7 348:1,4 | 436:15,23 |
| 369:15 374:17 | 449:24 451:21 | 348:19,23 | 437:16 439:6 |
| 380:16,24 | 452:1 | 349:3,18 350:6 | 439:17 440:5 |
| 381:6 390:9 | **organizations** | 350:17,20,22 | 440:11,12 |
| 393:4 413:21 | 381:20 383:10 | 351:1,10 352:1 | 443:20 445:13 |
| 414:16 417:1 | 449:1 453:14 | 352:5,8,15,24 | 445:20 447:19 |
| 425:24 426:19 | 455:6 | 353:16,21 | 447:24 448:2 |
| 427:18,22 | **organs** 412:5 | 354:14 355:11 | 448:18 450:1 |
| 430:4 432:7 | 482:21 | 356:3 357:13 | 450:11 451:1 |
| 433:3 435:5 | **original** 358:15 | 357:21 359:12 | 452:3,13,22 |
| 440:20 446:7,8 | 525:4,9 544:11 | 361:6 362:22 | 453:10 454:21 |
| 446:9,10 447:4 | 545:11 | 368:4,14 369:3 | 455:5,9 456:4,7 |
| 447:7,11,12 | **originally** | 369:5,13,20 | 456:12 459:15 |
| 448:8,14 449:6 | 495:3 538:5 | 370:3,8,18 | 460:14 461:4 |
| 450:5,14,16 | **outlined** 444:13 | 372:21 373:6,7 | 461:12 462:24 |
| 454:24 455:4 | **outside** 344:23 | 373:12,20 | 463:1,5,9 |
| 458:20 462:10 | **ovarian** 314:4 | 374:8 375:5,14 | 464:15 466:6 |
| 462:17 464:20 | 314:17 315:16 | 376:8 379:24 | 466:15,20,22 |
| 474:18 486:13 | 315:17 316:7 | 380:18 381:17 | 468:3,8,10 |
| 487:5,23 | 316:12,20 | 382:2,24 383:9 | 469:12,22 |
| 493:15 495:10 | 317:4,11 318:4 | 383:19 385:1 | 470:16 472:23 |
| 500:3 506:10 | 318:8,19,24 | 387:12,18,23 | 474:8,22 475:4 |
| 533:10 535:11 | 322:23 323:1,7 | 388:17 389:9 | 478:6 479:13 |
| 542:11 | 323:18,24 | 389:18,23 | 481:5,10 483:2 |
| **opposed** 478:14 | 324:11 325:6 | 390:3 391:21 | 483:15 485:20 |
| **opposite** 358:19 | 325:20 327:6 | 393:10 394:4 | 485:23 486:10 |
| **oral** 351:18 | 327:22 329:6 | 394:10,18 | 486:18 487:8 |
| 355:19 466:9 | 329:18 331:6 | 407:13 410:17 | 487:21 493:9 |
| 507:17 509:2 | 333:10,15,24 | 425:16 427:23 | 496:20 497:9 |
| **order** 384:20 | 334:5,10 | 428:16,19 | 497:20,23 |
| 474:13,17 | 335:22 336:7 | 429:10 430:9 | 500:5 501:4,16 |
| 505:4 518:14 | 336:12,16 | 430:13,15,18 | 502:2,10 503:2 |

[ovarian - patient]                                                    Page 36

503:6,12,15,18
505:13,18
506:8,19,24
507:14,19
508:1,7,14,20
512:2,20
513:23 514:3,6
514:9,12 515:9
516:13,24
517:17 519:20
521:8 523:7,9
523:10 524:10
524:13,20,22
526:8 527:5,7
527:16,21
533:20 535:2
538:6
**ovary** 417:6
418:17 419:7
433:19 530:6,7
**overall** 475:3
**oversight** 516:2
**ovulation**
347:23 350:15
350:16,20,21
350:24 351:3,9
351:12 354:21
355:9,11 356:3
357:1,7 358:16
362:13 371:20
479:18,19
480:15,19
481:11
**ovulations**
371:13 372:13
372:13

**ovulatory**
351:7 355:17
355:22 356:1
358:12,14
371:15,22
372:2 373:4
465:16 466:2,4
467:10,22
**own** 502:15

**p**

**p** 310:1,1,5
313:1
**p.c.** 310:8
**p.m.** 543:7
**page** 311:2,7
312:3 324:8
335:11 347:17
390:1,2 392:23
393:7 401:2,5
401:13 403:2
409:2 416:12
419:3 433:15
434:9,10,11,11
441:2,6,10
447:8 464:9
485:14,24
486:24 530:15
530:15 541:20
541:20 546:4
**pages** 308:24
324:5 335:11
472:11 547:3
**palpated** 405:7
407:7

**pancreatic**
353:5
**panel** 388:24
389:1 477:11
514:23 515:1
**panels** 389:4
**paper** 358:9
442:19 443:3,7
443:7 473:23
475:22 490:21
521:1 524:17
**paragraph**
335:12,13,16
354:6 383:16
403:6,7,17
433:17 434:15
434:16 441:13
445:18,19
530:15
**parameters**
396:14
**paren** 381:20
**parenthesis**
376:9 445:23
**parfitt** 310:13
**parous** 377:18
**part** 329:3
365:20 417:10
417:11 427:20
444:10 477:3
485:21 495:24
**participated**
489:12
**particle** 529:19
530:6

**particles** 417:5
417:18 418:16
418:20 419:16
420:5,16 421:1
425:3 482:17
483:1,14
484:14 485:5,9
529:7,11,15
530:4,10
531:20
**particular**
319:9 343:8
349:1,2 372:6
375:22 394:14
463:6 468:7
469:8 475:9
486:11 508:3
524:9,13
**particularly**
342:3 491:10
**partly** 494:24
**partners** 400:9
**parts** 495:23
**pasqualina**
311:14 313:10
**path** 525:4
**pathologist**
421:11,19
**pathology**
417:21 422:6
482:12 526:1,3
526:9,17
**patience** 543:1
**patient** 318:3
318:23 346:18
349:2 373:18

[patient - pittard]                                                                Page 37

406:4 408:9
410:15 414:21
415:2 446:11
463:6 469:8
480:17 502:20
542:2
**patient's**
425:16 485:23
**patients** 318:4
347:6 348:22
349:5,9,10,23
380:13 384:20
385:3 387:21
399:10,14,15
403:21 410:17
437:13 439:23
440:21 518:16
527:11
**pause** 400:20
**pearson** 459:21
487:2,17,22
488:10,13
489:20 490:3
490:13 491:11
491:13,22
492:7,10
493:12 494:10
495:12 500:11
500:13 506:5
**pearson's** 460:1
482:7 486:3
487:5 489:24
495:10 496:12
532:23 533:2
**peer** 319:4
381:18 424:1,5

424:19 483:12
**pelvic** 405:3,23
405:24 406:11
406:15 407:1
407:10,12,15
407:17,21
408:4 409:10
409:22 410:15
410:15,16
412:4,22 413:2
417:6 418:17
425:2 433:19
433:22,23
525:14,15
535:7
**pembrolizum...**
537:2
**penninkilampi**
398:15,20
506:2,3,10,16
**people** 332:13
332:14
**percent** 373:7,8
374:8,10,14,19
374:20,24
375:1 462:12
**percentage**
351:5
**perfectly**
342:24
**performed**
418:19 420:5
434:18 438:17
439:11 485:9
529:12

**periaortic**
482:20
**perineal** 314:16
325:15,19
341:2 347:6
385:12,17,21
411:8,10
434:20 435:17
436:6,16
447:20,22
448:17 452:11
456:6 486:16
487:7 493:7
497:20 505:17
506:20 508:18
511:24 532:1
533:17
**perineum**
325:17 327:22
368:14 401:7,8
403:8,17 411:6
411:16 414:18
414:22 415:14
456:13
**period** 397:23
511:6 512:18
**peritoneum**
524:20
**person** 464:1
**person's** 346:20
**personal**
377:10 514:17
**personally**
396:24 397:7
397:12

**pertain** 326:7
**pertained**
493:21
**pertaining**
500:16
**pertains** 477:5
**pertinent**
403:14
**peruses** 401:15
**pessary** 535:1,4
535:6,10
**photomicrogr...**
419:8
**phrase** 381:1
**phung** 435:11
**physically**
387:3 524:18
**physician**
422:16 443:11
449:23 450:9
450:22 451:20
451:24 516:21
**physicians**
448:6 459:20
518:18
**pick** 361:15
382:17
**picture** 463:14
**pictures** 464:4
**piece** 429:19
**pieces** 517:19
**pills** 351:4
**pittard** 310:6
402:22 404:8
539:21

**place** 354:5
544:5
**placed** 469:21
**placement**
542:3
**places** 467:18
**placing** 518:13
**plaintiff** 313:15
313:17,23
317:9 376:2,15
406:3 474:7
534:4 542:13
**plaintiff's**
472:21
**plaintiffs** 310:3
313:9 320:10
367:3 403:22
421:20 456:5
504:10 523:23
**plane** 419:19
**plausibility**
314:16 325:14
338:17
**plausible**
337:14,18,20
338:12,13,21
356:9,13,19
357:3,14
443:14 444:12
444:15,16,24
445:2
**please** 313:13
459:7 480:8
498:23 545:2,6
**point** 319:9
320:13 374:18

446:16 507:23
**polarized**
419:11,13
529:6
**polarizing**
485:4
**poor** 521:24
**poorly** 419:6
**population**
376:2 391:24
505:19
**portending**
521:24
**portion** 319:18
345:24 383:12
533:2
**portis** 310:8
**position** 381:22
382:11,21,22
383:3,11,21,24
409:18
**positive** 325:9
325:11 352:23
479:16 480:13
502:21 521:21
**positively**
347:24 351:24
352:7,14
353:15 354:13
359:11 502:18
**possibility**
393:24
**possible** 316:1
316:3,4,5 335:6
338:18 502:9

**possibly** 368:3
472:22
**posterior**
525:12
**postop** 518:3
**postoperative**
542:1
**potential**
341:22 394:16
429:13 430:3
431:1 468:22
469:4 500:4
**potentially**
384:24 512:14
**powder** 308:6
314:5 340:19
340:24 368:3
368:21 394:21
395:8 397:24
399:4,11
414:17 415:14
427:22 428:14
428:18 429:1
437:17 445:12
450:1,10,24
452:10,10
456:6,8,9,13
464:12 470:5
471:2,9 472:22
473:17 474:6
497:8,11,14,17
498:2 500:5
501:3,10
505:12 509:7
509:13 511:24
512:7,17 517:9

517:21 519:13
532:10 533:4
533:12,18,21
**practice** 389:21
443:23 444:2,6
445:6,10 449:3
518:12
**practices** 308:7
**predict** 503:1
**predictable**
442:14 443:13
444:14,17,22
445:3
**preface** 328:8
**prefers** 409:17
**pregnancies**
371:16,22
**pregnancy**
351:4 355:19
**premise** 456:3
**preparation**
366:21
**prescribed**
535:1,10
**presence**
406:23 408:11
418:9 425:15
433:2 485:18
487:20 496:20
496:21 527:10
**present** 411:4
428:17 532:15
**presentation**
406:7
**presents** 515:8

president 489:9
pressure
410:16,16
535:17
prevent 370:2
535:7
preventative
351:19 372:15
372:19,22
preventing
440:5
preventive
348:5 355:1
previous
372:11
previously
366:10 459:16
489:2 500:8
540:21
primarily
445:22
prior 328:22
367:21 427:14
472:14 483:20
491:19 495:8
535:12
privy 516:8
probably
364:18 366:18
466:3 537:18
problem
378:21 434:3
problematic
487:5
problems
407:13

procedure
385:6
proceeded
485:7
proceeding
544:4
proceedings
400:20
process 336:15
384:21 462:20
474:15 529:5
procidentia
403:24 412:10
413:8 414:12
produced
341:18 364:15
product 308:7
395:6
products 308:6
437:18
professional
381:21 438:14
professor 422:3
422:9,17,22
423:7
progesterone
386:14
prognosis
521:24 536:13
538:10
prolapse
404:20 405:21
405:23 406:13
407:12,15,17
408:6 409:3,22
412:1,17,22

413:2,24
415:12 535:7
535:16
prominent
404:19 405:12
413:23,23
414:14 415:11
prominently
381:4
prompted
446:9
proof 330:8
properly 369:9
proportion
355:21
proposed 355:9
propositions
356:12
propounded
547:6
prospect 309:6
prostate 353:6
protective
316:6 317:5,14
372:22 467:1
477:9
prove 329:9,17
330:3,23
proves 330:16
provide 459:7
provided
314:11,12
426:20 427:9
459:23 460:5
481:19 500:17

provides 419:7
pten 388:15
389:8,17
390:12 391:15
391:20
public 453:9
454:20 547:20
publication
382:5
publications
439:17
published
380:15 424:20
448:16 451:8
483:12 495:3
497:18 526:22
pull 332:23
399:20 400:14
441:1 498:20
518:21 540:3
purpose 419:12
529:14
purposes
464:13 517:22
pursuant
309:12
pushing 406:1
406:11 412:4
414:1
put 341:14
352:20 384:3,6
394:9 395:17
400:7 432:14
456:5 467:16
486:13 502:15
518:9 534:18

539:19
**putting** 379:22
384:19 385:2

**q**

**qualifying**
397:11
**qualitative**
330:7
**qualitatively**
332:16
**quantitative**
330:4,6
**question** 316:8
321:4,6 322:1
322:10,17
323:6 327:17
327:24 328:9
328:11 329:13
329:24 331:24
332:8 343:17
345:16,21
346:4,7,9 359:7
361:3,12,24
365:10 368:16
372:9 376:1
381:7,23
382:12 386:7
396:8,10 410:7
415:6,10 422:8
429:23 431:5
432:2 442:4
448:21 449:17
452:16 453:6
453:17,18
454:1,15,18

455:20 456:22
457:10,19
465:6 478:13
484:2 487:12
491:17 495:22
496:1 497:6
501:8 504:23
511:9 518:24
519:2 526:11
530:21 534:17
540:24 542:10
542:16
**questioned**
423:12
**questioning**
375:23 423:18
423:21 430:22
468:19
**questions** 313:8
313:15,22
315:22 321:10
327:1 331:18
342:9 343:22
345:9 358:6
365:6 372:11
375:21 382:16
382:17 410:9
410:11 424:3
424:12,18,21
433:10 434:23
450:6 460:19
464:22 472:17
480:3 518:8
539:9,11
542:21 547:5

**quote** 379:21
**quoting** 335:2
531:8

**r**

**r** 310:1 313:1
546:2,2
**raise** 424:22
**raised** 424:13
440:11
**range** 370:22
370:24 371:10
473:24 475:4
513:15,17
520:9,13
**ranged** 523:18
**rather** 335:3
378:2
**ratio** 521:1,4,14
522:13
**ratios** 521:20
**rausa** 311:15
313:10 322:16
332:21,24
459:9,18,19
460:13,20
462:1 464:11
464:20 465:11
468:7 469:10
469:24 470:3
471:3 472:4,6
473:5 475:6
476:8,20 477:1
477:5 478:10
479:21 480:18
481:12 482:1

482:12 486:10
487:8 496:3,9
496:13 498:5
500:7 522:7
528:5 531:18
536:20,24
537:8,16,19,24
538:5
**rausa's** 332:19
333:6,12,20
459:2 460:4
461:11 464:7
464:23 465:13
468:2 469:4
471:17 472:20
474:7,12,21
475:22 478:15
480:1 482:18
483:24 484:20
485:20 489:21
495:15 496:18
497:1,9 536:20
538:10
**ray** 420:13
**reach** 414:18
415:15
**reached** 320:8
**reaches** 489:20
**read** 314:8,9,10
333:7 335:15
347:18 359:8
369:9 381:8
401:12 405:9
416:22 418:7
421:4 424:9
426:11 428:6,9

**[read - rectocele]** Page 41

| | | | |
|---|---|---|---|
| 429:5 433:19 | 351:8 363:6,8 | 429:1 460:10 | 432:15 445:10 |
| 440:18 442:2,6 | 374:16 380:23 | **recent** 391:11 | 457:14,21 |
| 442:7,20 | 398:11 467:16 | 391:13 534:2 | 460:19 515:14 |
| 443:15,16 | 494:21 507:15 | 534:18 538:24 | 520:8 523:19 |
| 457:14,17,21 | 507:24 521:23 | **recently** 391:8 | 525:1 535:1,22 |
| 458:10 459:13 | **realm** 342:24 | 438:9 460:5 | 536:16,22 |
| 460:2 464:17 | 432:6 | 488:20 500:14 | 538:15 539:13 |
| 484:6,9,13 | **reason** 356:2 | **recess** 392:20 | 539:18 |
| 485:20 486:2 | 419:18 436:15 | 458:24 498:18 | **recorded** |
| 487:18 488:24 | 437:16 455:11 | 534:15 539:16 | 408:12 544:8 |
| 490:5,13,20,21 | 458:14 477:3 | **recognized** | **records** 311:16 |
| 490:23 491:24 | 490:12 521:15 | 381:19 | 311:17 314:10 |
| 492:2,4,7,10,16 | 524:16 530:20 | **recollection** | 368:18,22 |
| 492:18 494:6 | 545:4 546:6,8 | 509:15 | 371:5 378:5 |
| 494:11 495:7 | 546:10,12,14 | **recombination** | 399:19 400:12 |
| 542:5 545:2 | 546:16,18,20 | 349:13 | 402:9 404:22 |
| 547:3 | 546:22,24 | **recommend** | 413:22 414:2 |
| **reading** 324:3 | **reasonable** | 385:2 | 415:13 427:8 |
| 331:11,14 | 338:14 425:12 | **recommendat...** | 459:3,18,22 |
| 334:16,20 | 485:16 | 518:18 | 460:5,7 465:22 |
| 335:3,14 | **reasoning** | **recommendat...** | 466:18 467:11 |
| 352:10,18 | 343:11 | 541:21 | 467:18 472:2,7 |
| 357:16,19 | **reasons** 347:9 | **recommended** | 472:15 473:23 |
| 369:7 382:20 | 390:8 480:19 | 518:13 | 474:4,13 |
| 403:12,13 | **recall** 395:3 | **recommends** | 499:21 500:17 |
| 409:1 443:4 | 396:21 397:4 | 384:18 | 505:7,11,21 |
| 445:9,14 453:6 | 404:21 428:12 | **record** 313:16 | 534:2,19 |
| 482:14 490:4 | 429:7 436:1 | 322:1 327:23 | 536:15 537:8 |
| **ready** 378:16 | 470:20,23 | 338:9 341:14 | 538:24 539:1 |
| 404:15 528:3 | 496:14 499:22 | 364:6 365:2 | **rectocele** |
| **reaffirmed** | 509:14 512:7 | 383:5 390:20 | 404:19 406:13 |
| 391:10 541:15 | 512:14 521:3 | 392:19 400:5 | 406:24 408:5 |
| 541:18 | 533:1 534:24 | 400:18 402:21 | 412:17 413:23 |
| **realized** 433:16 | **receipt** 545:13 | 404:6,13,17,18 | 414:11,14 |
| **really** 329:23 | **received** 366:17 | 404:23 405:10 | 415:11 535:8 |
| 330:10 332:16 | 369:1 427:15 | 408:16 410:20 | 535:16 |

**recurrence**
  536:18 537:24
  538:20
**reduce**  370:1
  372:20 535:7
**reduced**  507:17
  507:19
**reducing**
  369:23 461:23
**reduction**
  351:5 355:16
**refer**  346:5
  356:24 358:1
  359:22 381:16
  400:24 462:16
  465:9
**reference**
  424:10 435:4
  446:22 493:7
  506:4 541:19
**references**
  364:1 424:1
  484:4
**referred**  346:6
  408:17 455:16
  475:21
**referring**
  319:14 320:21
  321:5 354:16
  387:15 390:21
  447:5 492:22
  494:22 534:20
  537:10 540:1
  540:21 541:4
**refers**  382:22
  491:22

**refusing**  457:9
**regard**  342:4
  364:17 365:24
  462:18 496:18
**regarded**
  488:15
**regarding**
  311:10,14
  312:6 313:8
  324:12 336:1
  393:4 445:11
  446:18 455:12
  460:20 464:20
  464:23 477:22
  482:7 500:3
  524:8 532:8
  541:4
**regardless**
  368:22 375:8
  512:2
**regards**  522:6
**relate**  355:6
**related**  368:9
  369:6,11
  381:17 383:19
  416:16 430:8
  430:12,15
  431:9 432:21
  483:8 491:10
  492:22 522:1
**relates**  345:17
**relating**  435:1
  439:17
**relationship**
  375:7 389:17
  449:9 524:9,9

**relative**  353:10
  514:3,4
**relatives**  353:3
  353:13,18
  376:22
**relevant**  320:9
  322:15 340:15
  340:18 341:1
  341:23 364:3
  401:2 430:4
  431:3 458:19
  476:19 477:1
  483:3 492:24
  511:10 533:22
**reliance**  366:2
  368:20 476:4
  490:24 491:9
  493:20 494:8
  494:12,13
  505:21
**relied**  365:17
  448:15
**relying**  383:23
  526:5,14,18
**remain**  463:9
**remains**  361:9
  448:20
**remember**
  366:7 387:8
  521:7
**remembering**
  367:2 398:8
  522:10
**remission**
  535:24

**remove**  355:17
**render**  427:17
**rendered**
  427:18
**repair**  445:22
  515:21
**repeat**  540:24
**rephrase**
  360:11 497:2
**replacement**
  347:23 351:23
  351:24 354:22
  357:2 362:14
  386:11,14
  387:1 466:11
  478:11 479:19
  481:20,22
  507:20 519:10
  520:3,5
**replied**  518:10
**report**  311:8,12
  311:21 312:4
  314:7 315:6
  320:4 323:21
  324:6 325:23
  326:5,7,8,10,13
  326:19,22
  328:24 329:1
  331:16 332:19
  332:24 333:6
  334:23 335:7
  335:13 340:23
  345:18 346:3
  347:16,21
  352:10,19,20
  354:4 356:23

**[report - reviewed]** Page 43

| | | | |
|---|---|---|---|
| 357:17 359:8 | 485:2,14 486:3 | 341:17 365:18 | 360:14 362:12 |
| 363:9,17 364:2 | 486:23 487:6 | 368:19 434:16 | 413:3 |
| 364:5,12,22 | 487:10 488:6,6 | 438:4 459:21 | **resulted** 535:17 |
| 365:19 366:3 | 488:24 495:7 | 470:10,11 | **retired** 422:5 |
| 369:8 381:5,14 | 495:15 496:2,9 | 472:2 474:5 | 422:14 488:21 |
| 383:18 384:6 | 496:12,13 | 500:10,12 | 489:1 |
| 392:22 401:1,6 | 498:20,24 | 531:17 542:13 | **retires** 422:16 |
| 401:13 403:3 | 499:7 500:9 | **represent** 417:5 | **retread** 432:23 |
| 407:20 416:1,9 | 506:4 520:24 | 418:16 | **retreading** |
| 416:13,14,16 | 525:4,5,10 | **representative** | 322:6 345:23 |
| 416:17,22 | 526:1,15 | 525:18 | **retrospectively** |
| 417:1,4,9 418:8 | 527:23 528:13 | **represented** | 512:14 |
| 418:15,24 | 528:16,24 | 482:18 530:5 | **return** 545:11 |
| 419:4,8 421:5 | 531:8,11 532:8 | **represents** | **revealed** 407:9 |
| 422:6 423:24 | 532:11,13,20 | 385:11 | **review** 319:6 |
| 424:4,13,16 | 532:23 533:2,8 | **reproduction** | 364:10,10 |
| 425:10,23 | 533:22 542:12 | 544:24 | 390:5 427:11 |
| 426:9,13,15,21 | **reported** | **requested** | 435:1 451:7 |
| 428:5,6 429:4,6 | 308:25 371:3 | 457:20 | 470:3 474:8,12 |
| 429:12 432:10 | 407:12 465:18 | **research** | 474:19 483:11 |
| 432:19 433:11 | 485:12 514:5 | 435:16 440:13 | 489:13 491:3 |
| 434:5,9 435:1 | 521:5,21 531:7 | **residual** 536:2 | 491:11,22 |
| 436:4,8 440:19 | 531:15 | **respect** 319:20 | 496:1,8,11 |
| 441:3,11 442:9 | **reporter** | 321:7 341:7 | 505:6 526:8 |
| 447:14 453:7 | 309:13 392:15 | 357:7 378:10 | 533:7 539:14 |
| 453:13 454:3 | 400:17 401:19 | 380:2 421:15 | 540:18 |
| 454:10 455:2 | 402:19 457:24 | 431:21 455:4 | **reviewed** 319:4 |
| 455:16,21 | 498:8,22 544:1 | 494:7 496:2 | 365:7 381:18 |
| 456:1,16 | 544:2,25 | **respected** | 416:9 424:1,6 |
| 458:11 459:9 | **reporter's** | 381:19 | 424:19 450:16 |
| 460:2,10 | 544:12 | **respond** 431:4 | 451:7 459:18 |
| 461:11 464:7 | **reporting** | **response** 322:2 | 459:19 472:13 |
| 469:24 475:22 | 530:18,22 | 325:13 347:5 | 474:4 482:4,6 |
| 476:2 477:21 | **reports** 314:12 | 518:15 | 483:12 493:13 |
| 480:1 482:1,4,7 | 331:23 333:20 | **result** 350:16 | 500:7,10,15 |
| 482:8,12,15 | 335:14,18 | 351:7 355:12 | 504:8,12,14 |

509:16 532:12
532:14,20
**reviewing**
366:1 368:17
482:11 505:11
**right** 320:10
323:16 327:7
331:2 335:5
346:11 356:22
359:2 363:12
363:13 364:13
365:8,15
370:21 373:5
375:10 376:5
377:9 387:15
388:10,14,19
392:16 395:15
398:23 410:19
414:13,24
415:17 417:6
418:17 433:19
433:22,23
436:1 442:11
444:18 446:3
447:2 448:24
458:4 471:11
474:1 481:6
486:19 492:24
499:5 510:10
515:5,14
517:23 518:22
519:15 520:2
525:14,15
530:6 536:9,15
**rigorous**
490:14 491:3

491:14 492:1
**risk** 315:20
316:2,4,5,10,11
316:18,19,24
317:1,2,11,21
317:22,23
318:5,7,12,14
318:17,18,20
318:22 319:11
320:3,17
324:11 334:9
335:21 336:5
336:13,18,22
337:8,10
339:17,23
341:4 346:12
347:19 348:2,4
348:23 350:11
350:23 351:5,9
352:4,9 353:20
353:23 355:16
357:19 358:4
358:21,24
360:5 361:8
362:21 368:14
369:2,16,24
370:1,7 372:20
372:21 373:24
374:1,13,14,20
375:7,13,13
376:6,11,17
377:3 378:11
379:8,15,20,23
380:7,14,17
382:2,24 383:9
386:8,15,22

387:12,18,22
388:13 389:9
389:18 391:21
393:11 394:3,9
394:14 395:20
396:2 430:12
434:22 435:12
435:18 436:7
436:11,17
441:17 442:12
443:12,19
444:21 445:20
447:24 456:11
459:15 461:17
461:17,22
462:1,2 463:10
463:12 465:10
465:12 466:6
466:14,20
467:12 468:9
469:12,13,21
474:16,22
475:19 476:13
476:18,23,23
476:24 477:9
478:6,9,22,24
479:4,7,12,21
481:9 486:17
497:19 500:22
502:11,11,17
502:20,21,21
502:24 504:3
505:17,24
506:7,18 507:5
507:13,17,19
507:22 508:1,3

508:5,6 511:18
512:1,14 513:6
513:10 514:1,9
514:12 515:9
515:23 516:7
516:12,22,24
517:9,16
518:15 519:3
519:10,13,20
522:2 523:4,7
524:12 526:7
526:20 527:3
527:19,20
533:19
**risks** 339:8
524:21
**rls** 308:6
**role** 348:2,5
350:10 351:13
351:14,19
353:23 354:1
429:13 452:11
479:17 480:14
**room** 309:2
402:10
**roughly** 353:12
**rpr** 308:25
544:17
**rude** 392:8
**rule** 311:20
393:24 394:3
394:15 468:21
469:3 508:6,13
508:16
**ruled** 468:2,24
508:22

**[ruling - sentence]**

Page 45

| | | | |
|---|---|---|---|
| **ruling** 394:2,3 | 414:8 460:7 | 333:8 334:3 | 401:15 403:10 |
| **run** 342:13 | 499:20,21,22 | 358:5,7 381:18 | 404:3,23 419:1 |
| 383:14 | 515:15 535:23 | 382:1,23 383:8 | 425:6 436:4 |
| **s** | 536:23 537:3 | 459:14 464:14 | 447:14 453:12 |
| | 538:16 | 501:14 | 476:6 477:18 |
| **s** 310:1 311:1,5 | **saying** 318:12 | **scientifically** | 477:23 495:7 |
| 312:1 313:1 | 319:22 323:16 | 334:11 335:23 | 523:20 530:16 |
| 522:23 | 343:7,19,20 | 342:21 | 532:22 533:3 |
| **saavalainen** | 357:22 361:4 | **scientist** 358:23 | 541:20 |
| 522:17 524:17 | 374:5 384:7 | **scope** 344:23 | **seeing** 388:7 |
| **sac** 525:12,17 | 396:6 399:14 | **screen** 404:6 | 401:19 521:7 |
| **saed's** 365:11 | 411:15,22 | **seaport** 310:22 | 534:24 |
| **saenz** 308:13 | 443:23 449:20 | **searching** | **seem** 475:19 |
| 309:1 311:2,7,9 | 497:1 514:13 | 441:8 | **seen** 355:16 |
| 311:13 312:3,4 | **says** 326:17 | **second** 311:20 | 380:1 393:11 |
| 312:11,13 | 331:3 350:10 | 331:12 335:15 | 408:11 412:6 |
| 313:5 315:15 | 376:7 381:9 | 364:20,21 | 428:5 429:4 |
| 320:7 326:12 | 402:7 411:5 | 392:22 399:24 | 535:12 |
| 381:11 400:24 | 422:5 425:7 | 408:18 410:21 | **sem** 419:22 |
| 403:3 434:5 | 426:12 465:23 | 410:24 433:18 | 420:4 485:9 |
| 441:4 447:5 | 465:23 | 433:21 476:15 | 529:12 |
| 459:7 477:21 | **scale** 332:10 | 529:4 | **sensation** |
| 534:23 540:17 | **scan** 409:8 | **section** 332:20 | 410:16 |
| 542:11,24 | **science** 368:12 | 403:5 428:13 | **sense** 313:18 |
| 543:6 547:13 | 448:3 449:4 | 455:15 477:22 | 338:19 344:10 |
| **saenz's** 315:6 | 450:17 451:9 | **sedentary** | 373:10,16 |
| 498:20 | 452:16 473:3 | 387:11,21 | **sent** 405:2 |
| **safe** 380:20 | 489:24 501:21 | 388:12 | **sentence** 324:4 |
| 384:15 385:12 | 505:15 | **see** 321:4,11,13 | 324:9 326:13 |
| 385:15,21 | **scientific** | 321:23 327:23 | 326:16 331:3 |
| 518:10 | 323:22 324:10 | 330:10 334:23 | 335:15 342:19 |
| **safety** 385:8,9 | 324:16,17 | 335:3 338:5,17 | 346:2 347:18 |
| **sales** 308:7 | 325:22 326:1 | 342:24 363:17 | 347:20 350:10 |
| **saw** 388:20 | 327:4,8,16 | 364:24 366:6 | 354:17 356:23 |
| 409:2 411:6,15 | 328:15 329:4 | 378:4 391:20 | 357:18,23,24 |
| 411:17,20 | 329:16 331:4 | 393:8,16 401:3 | 359:7,14,21 |

**[sentence - sorry]**                                                          Page 46

382:20 425:10
433:18 540:13
541:22
**sentences**
333:18 354:19
442:20
**separate**
341:18
**separated**
411:18
**separately**
515:17
**separating**
411:21
**separation**
518:16
**serous**  419:7
460:14 475:5,7
479:5 506:23
538:6,6,9
**set**  384:20
544:5
**seven**  345:22
536:17
**several**  379:18
406:5 456:22
489:14 511:18
514:3
**sgo**  378:11,22
378:22 379:4
381:7,21 386:8
386:13,23
389:21 390:6
468:20 476:22
476:24 477:2,3
478:8,24 479:6

489:9 519:15
**sgo's**  478:21
**shame**  362:1,8
**share**  404:5
**sheet**  545:5,7,9
545:11 547:8
**short**  385:6
533:24 534:7
**shorten**  462:20
**shorthand**
309:13 544:1,2
544:10
**show**  320:21
387:21 473:23
479:3 497:19
505:20 534:21
**showed**  406:20
409:6
**shower**  395:1,2
395:6,6 428:18
428:18 470:21
470:22 509:8,8
509:12,12
**shown**  325:9
475:8
**shows**  399:13
507:24
**side**  351:17
407:21 408:4
525:15
**sign**  539:15
545:6
**signature**
544:15
**significance**
424:7 428:10

478:3 483:14
484:13
**significant**
362:14 380:7
412:1 445:20
447:21,21
467:17 511:2
521:22
**significantly**
507:16
**signing**  545:8
**similar**  459:11
462:9 464:4
465:9 471:18
478:20 499:24
504:9,13 527:3
528:5 532:6
**simple**  355:24
502:23 519:2
**simpler**  504:24
**simplistic**  358:3
**simply**  351:6
355:21 358:3
376:7 437:14
492:17 527:18
**single**  491:1
**sister**  514:6
**site**  483:2
**sites**  483:7
**sitting**  381:13
**six**  353:12
397:19 424:1
483:12
**size**  408:1
**skier**  387:6

**slides**  419:5
**slowly**  315:12
**small**  522:8
**smart**  471:15
**smoker**  344:4
344:18,21
345:6 346:19
346:21 507:23
**smoking**  342:6
343:24 344:14
344:21 345:2
346:16,19,24
347:10
**societies**  381:21
**society**  435:15
**somebody's**
463:14
**someplace**
499:22
**somewhat**
520:19 525:13
**soon**  463:23
**sorry**  330:20
331:22 332:21
335:16 338:4,6
344:14 346:6
360:17 363:22
367:10 378:19
392:8 393:2
399:10,23
400:2 402:8
405:17 408:21
411:11 415:19
420:24 432:16
432:24 433:14
433:23 435:9

[sorry - steren]                                                                                        Page 47

436:21 441:6
444:18 459:13
460:22,24
461:2 467:5,7
472:5 473:9
477:2 479:23
481:5 506:14
511:5 526:13
541:1
**sort** 332:10
388:8
**sound** 437:18
471:11 520:11
**sounds** 367:24
520:12 534:14
**sources** 448:7
**space** 545:4
**speaking**
364:16 394:2
396:16 523:9
**specific** 311:9
311:13 312:5
320:7,8 321:11
321:22 324:6
332:15 335:9
341:10,17
344:24 345:12
352:19 363:16
364:4,12,17
365:12,18,20
366:1,16
368:10 381:6
383:17 414:23
428:12 446:23
447:7,12 450:5
459:9 461:11

469:24 523:8
531:4 542:13
**specifically**
320:2 348:14
363:15 364:5
389:14 428:1
431:6 439:17
455:20 470:23
493:20 494:7
523:6
**specifics** 496:14
533:1
**specify** 492:15
**specimens**
507:10 526:17
**spectrum** 531:9
**speculating**
516:16
**speculation**
427:4 437:6
493:3 516:4
**spell** 522:18
**spend** 322:6
345:22
**spent** 365:24
366:8,15,18
367:1
**sporadic**
369:21 370:4
393:23
**stage** 413:7,11
413:13 460:15
499:9 538:6,8
**stand** 328:21,24
329:1 420:10
424:15 453:20

**standpoint**
534:21
**start** 358:7
399:14,15
449:21 451:23
459:2 496:17
**started** 386:9
473:24 496:24
497:5 505:10
512:24
**starting** 399:11
447:8
**starts** 485:21
**state** 309:14
334:8 354:7
368:11 381:14
383:5 393:6
403:6,17
413:22 414:3
417:3 449:4
451:9 464:11
469:23 473:3
473:19 501:21
505:14 525:20
545:4
**stated** 339:23
399:6 414:5
425:12 436:15
473:19 485:15
512:19
**statement**
319:5 334:22
335:20 342:1
380:20 382:6
383:2,23
385:10,11,14

385:19,20
437:1 442:17
443:1,2,4,8,9
443:10 444:10
445:16 446:1
464:19,23
486:5 502:15
516:11
**statements**
379:19 434:24
441:22 442:1,9
446:8 452:21
453:9,9 454:20
455:7
**states** 308:1
333:6 391:23
401:6,6 417:4
418:15 434:17
435:10,15
436:10 444:3,4
446:18 449:2,8
449:24 464:11
512:23 520:8
541:24
**stating** 375:9
379:19,20
436:14 487:10
487:22 527:18
**statistics** 318:1
373:9 413:1
**stats** 373:14
**stenographic...**
544:8
**step** 529:4
**steren** 525:12
525:19

stick  321:8
street  309:6
  310:9,15
strength  314:14
  347:3
strong  375:8
  437:20 446:6,9
  514:11
strongest
  373:24 374:1
structures
  483:15 484:15
stuck  525:15
studies  325:8
  325:10,11,12
  328:6,12,13
  387:20 406:23
  407:9 408:10
  450:18,19
  459:16,17,17
  479:2 495:2
  497:22 505:16
  506:17,23
study  340:8,10
  340:12 395:18
  396:7,13,20
  398:2,7,12
  492:8,11 511:9
  512:6
studying
  373:15
stuff  400:10
subcutaneous
  542:3
subject  396:20
  397:4 512:7

545:8
subjects  399:10
  399:15
submitted
  460:11
subscribed
  544:13 547:15
substance
  547:7
subtypes
  475:17,18
suggest  378:5
suggested
  518:3
suggesting
  388:12
suggestion
  517:20
suggests  387:11
suite  310:15
summary
  392:23 449:5
  486:24,24
  500:23
supervision
  544:25
supplemental
  312:10,12
  537:10,12
  539:1
support  323:22
  325:19 327:4
  327:11,20
  329:4,7,19
  330:2,8,23
  331:4,19,19

333:8 334:3
341:3 448:3
452:11,17
456:10 462:7
464:14 487:6
487:23 488:11
497:22 501:15
505:16 506:18
506:23 524:11
533:19
supported
  351:2 381:6
  384:11
supporting
  325:4 378:1
  416:21
supportive
  488:6
supports
  324:18,21
  325:3 330:15
  425:24 426:9
  426:13 443:8
  506:10
supposed
  384:16
suppressive
  351:3
sure  346:8
  353:8 365:14
  369:9 375:12
  392:17 398:8
  404:8 476:15
  480:9,12
  498:15 513:20
  522:21 536:9

surface  355:11
surgeons
  518:13
surgery  405:1
  407:14 499:13
  517:22 525:4
  535:2,10,13
  541:11
surgical  385:6
  507:9
surprise  409:20
  521:15
surprised  445:8
susceptibility
  445:21
suspect  468:13
suture  542:3
sworn  544:6
  547:15
symptoms
  409:2
syndrome
  378:7 389:23
  390:4 445:24
  515:19
synergy  435:11
systemic
  358:17

**t**

t  311:1,1,5
  312:1 546:2
table  390:11,15
  391:6,7
tabulations
  473:13

| | | | |
|---|---|---|---|
| **take** 317:8 | 418:20 421:20 | 445:11 450:1 | 423:19 |
| 348:12 356:22 | 425:3,13,15 | 450:10,23 | **teens** 399:16 |
| 357:9 362:3 | 429:2,2 430:17 | 471:2,9 472:21 | **telehealth** |
| 376:4 382:19 | 431:18 432:2 | 473:17 474:6 | 538:17 |
| 392:11,15 | 434:20 435:17 | 497:8,11,17 | **tell** 334:21 |
| 395:4,12 | 436:6,16 437:2 | 500:4 501:3,10 | 356:18 357:24 |
| 415:18,19,21 | 446:12 447:20 | 505:12 512:6 | 362:6 378:18 |
| 458:22 470:24 | 447:23 448:2 | 512:17 517:9 | 402:2 405:10 |
| 480:8 533:23 | 448:18 451:22 | 517:21 519:12 | 482:10 518:2 |
| **takeaway** 417:8 | 451:22 452:1 | 532:10 533:4 | **telling** 357:20 |
| 482:10 | 452:12 459:15 | 533:18,21 | 397:10 |
| **taken** 331:23 | 464:15 468:21 | **talk** 320:1 | **ten** 507:18 |
| 544:4 | 468:24 482:18 | 386:1 404:1 | 534:13 |
| **takes** 410:24 | 483:1,6,14 | 468:16,17 | **tenens** 438:10 |
| **talc** 314:17 | 484:13 485:17 | 515:16 522:15 | **teri** 500:11 |
| 323:23 324:10 | 485:18 486:8 | **talked** 339:16 | **term** 374:2 |
| 325:5,16,17,20 | 486:11,17 | 358:10 480:20 | 385:6 |
| 327:5,21 329:5 | 487:7,19,21 | **talking** 320:6 | **terminology** |
| 331:5,7 333:9 | 493:8 496:19 | 320:10 325:4 | 510:21 |
| 333:14,23 | 497:24 501:15 | 341:8 346:15 | **terms** 333:14 |
| 334:4 336:6 | 505:17 506:7 | 375:4,21 | 355:16 443:12 |
| 341:3,5,10 | 506:20 508:16 | 381:12 385:17 | 504:10,11 |
| 347:6 368:13 | 508:19 517:8 | 398:12 414:20 | 506:6 |
| 369:6,11 | 517:13,15 | 414:23 415:1,4 | **tested** 389:5 |
| 379:15,17,19 | 518:3,10,13 | 435:4 455:19 | 478:2 |
| 379:23 380:6 | 529:16 530:5,9 | 522:7 | **testified** 321:14 |
| 380:17,20 | 530:11 532:1 | **talks** 374:19 | 322:19,24 |
| 381:18 382:1,8 | 532:15 540:14 | **tamara** 312:6 | 323:8 366:24 |
| 382:23 383:8 | 541:5,19 542:4 | 313:9 499:6 | 388:11 421:20 |
| 383:20 384:15 | **talcum** 308:6 | **team** 424:20 | 461:15 462:23 |
| 384:19,23 | 314:5 340:19 | **technically** | 490:19 492:18 |
| 385:2,12,15,18 | 368:3,21 395:7 | 396:16 | 494:15,24 |
| 385:21 394:15 | 397:24 399:4 | **technique** | 500:19 509:11 |
| 394:17 396:2 | 399:11 414:17 | 424:2 486:21 | **testify** 510:19 |
| 417:6,13,22 | 415:14 427:22 | **techniques** | **testifying** |
| 418:1,10,12,17 | 428:14 429:1 | 418:11 421:8 | 349:20,21 |

| testimony | 387:1 466:11 | 398:19,20 | 537:9 539:19 |
|---|---|---|---|
| 317:9 335:14 | 507:21 519:10 | 401:16 405:10 | **thinks**  314:22 |
| 335:18 368:19 | 520:5 | 411:23 413:10 | 427:6 |
| 397:15 409:12 | **thereof**  544:11 | 422:8,18 423:1 | **third**  522:16 |
| 411:7 427:14 | 544:13 | 426:18 427:1 | **thirds**  403:16 |
| 434:17 435:14 | **thing**  322:7 | 427:10 434:10 | **thirty**  545:12 |
| 462:17 470:4 | 364:19 444:12 | 439:2 443:22 | **thompson** |
| 474:5 483:20 | 539:18 | 445:5 446:22 | 310:4 311:3 |
| 490:20 491:19 | **things**  335:2 | 447:4 453:5 | 313:4,7 314:19 |
| 492:15 493:19 | 337:16 347:5 | 458:7 460:6 | 315:1,5,10,14 |
| 494:5 502:1 | 351:3,6 352:20 | 461:15 463:21 | 315:24 316:16 |
| 506:6 518:1,4,7 | 373:3 403:14 | 465:16 466:1 | 317:7,19 |
| 534:3 542:14 | 456:15 459:24 | 467:2,15 468:8 | 318:10 319:2 |
| 544:6 | **think**  314:20 | 469:9,13,19 | 319:10,15 |
| **testing**  378:9 | 319:23 323:4,5 | 476:9 477:4 | 320:5,15,23 |
| 388:16,24 | 326:14 330:18 | 479:10 480:18 | 321:19 322:4 |
| 477:12,16 | 330:21 332:10 | 481:9 488:2,10 | 322:14,18 |
| 514:24 | 332:11,12,14 | 489:7,16 490:2 | 323:19 324:24 |
| **thank**  365:3 | 336:9,20,21 | 490:5,9 491:2 | 326:11 328:4 |
| 366:13 391:5 | 337:6,15,16 | 492:1,1,3 493:1 | 328:10,17,23 |
| 391:18 402:19 | 339:3,6 353:18 | 493:4,17 | 329:14 330:1 |
| 410:13 415:23 | 356:14,18 | 495:12 499:6 | 330:14,22 |
| 434:1 458:21 | 357:16 365:1 | 499:21 501:7,9 | 331:21 332:5 |
| 460:12 484:9 | 365:21,23 | 504:3 506:16 | 332:18,23 |
| 485:24 498:17 | 366:17,24 | 507:10,13,16 | 333:4 334:18 |
| 527:1 534:9,11 | 367:5,24 368:9 | 507:21 508:3 | 337:1,12 |
| 537:13 540:7 | 368:23 369:19 | 509:1,2,16 | 338:10,24 |
| 542:22,23 | 369:21 370:3 | 510:21 512:13 | 339:22 341:6 |
| 543:2,4 | 370:13,21 | 512:24 513:17 | 341:20 342:15 |
| **thanksgiving** | 371:14 373:2 | 514:8 517:4 | 343:18 344:6 |
| 409:17 | 375:23 376:19 | 518:11,17 | 344:13,19 |
| **theoretically** | 376:23 377:2 | 520:8,12,18 | 345:1,7,15 |
| 507:19 | 381:7 388:19 | 521:4,18,19 | 346:5,10 347:8 |
| **therapy**  347:23 | 393:22 394:7,8 | 522:3,12 | 347:15 348:18 |
| 351:23 354:22 | 394:13 396:19 | 523:16 524:1,4 | 350:8 352:6 |
| 386:11,14 | 397:2,9 398:11 | 530:17 531:24 | 356:16 357:8 |

**[thompson - thursday]**                                                      Page 51

| | | | |
|---|---|---|---|
| 357:11 359:3,6 | 419:17 420:3 | 465:4 467:8,24 | 529:24 530:13 |
| 359:18,20,24 | 420:20 421:9 | 468:12 469:15 | 530:23 531:5 |
| 361:22 362:5 | 421:17 422:2 | 471:24 472:10 | 531:16 532:2 |
| 363:1 364:8,19 | 422:15 423:3 | 473:4,15 474:2 | 532:21 533:9 |
| 366:12,20 | 423:17 424:11 | 474:20 475:15 | 533:23 534:11 |
| 367:7,17 368:8 | 424:17 425:1,8 | 476:3,9,12 | 534:16 536:7 |
| 370:5,23 372:8 | 426:3 427:7,19 | 477:15 480:11 | 537:5,12,18,23 |
| 373:22 375:3 | 428:2,22 | 481:3,17 | 538:23 539:6 |
| 377:8 378:13 | 429:17,24 | 482:23 483:10 | 539:17,23 |
| 378:15 379:13 | 430:11,23 | 483:22 484:18 | 540:12 541:1,2 |
| 380:11 381:3 | 431:9,16,24 | 488:19 489:18 | 541:17 542:19 |
| 381:10 382:9 | 432:8,14 433:1 | 490:11,16 | 542:23 |
| 383:15 385:4 | 433:9,14 434:4 | 491:7 492:6,20 | **thorough**  365:7 |
| 385:16 386:6 | 434:8 435:20 | 493:10 494:1 | 369:12 451:6 |
| 386:21 387:24 | 436:2,13,24 | 494:19 495:5 | 474:14 500:21 |
| 388:9 389:6,15 | 437:10 438:12 | 496:4,10 497:4 | 505:1 |
| 390:12,18,22 | 438:16 439:9 | 498:4,12,15,19 | **thought**  348:22 |
| 391:5 392:2,10 | 439:15,21 | 499:4 501:11 | 358:10,16 |
| 392:17,21 | 440:3,9,17 | 501:22 502:7 | 384:23 388:10 |
| 393:18 394:11 | 442:3,5,23 | 503:4,13,20 | 405:1 409:5 |
| 395:24 396:18 | 444:1,9 445:7 | 504:7,22 505:9 | 455:18 476:4 |
| 397:1,8 398:14 | 445:17 446:5 | 506:21 507:2 | 482:17 493:14 |
| 398:22 399:17 | 446:15 447:1,9 | 508:11 509:5 | 497:5 500:20 |
| 400:2,6,23 | 448:12 449:16 | 510:14,24 | 523:1 530:5 |
| 401:21 402:4 | 450:7 451:12 | 511:7,16 512:4 | **thousands** |
| 402:12,14,17 | 451:19 452:18 | 512:10 513:4 | 373:15 440:12 |
| 402:20,24 | 453:4,16 454:8 | 514:16 516:10 | 472:11 |
| 404:4,11 | 454:16 455:10 | 516:20 517:6 | **three**  313:8 |
| 407:18 408:14 | 455:18,22 | 517:18 518:20 | 327:18,24 |
| 408:23,24 | 456:14,23 | 518:23 519:8 | 334:23 371:16 |
| 410:2 411:3,14 | 457:3,8,17,22 | 520:1,22 | 373:19 409:21 |
| 412:8,23 413:9 | 458:2,12,21 | 521:12 522:5 | 420:10 487:1 |
| 414:7 415:9,19 | 459:1,6 461:9 | 522:14 523:15 | 501:23 505:23 |
| 415:24 416:7,8 | 461:20 462:8 | 525:7 526:24 | 523:13 537:15 |
| 416:23 417:23 | 462:15,22 | 527:22 528:4 | **thursday** |
| 418:13,23 | 463:17 464:5 | 528:21 529:3 | 308:15 |

**[time - typically]**                                                   Page 52

| | | | |
|---|---|---|---|
| **time** 319:19 | 385:18 409:10 | **trap** 437:13 | 410:10 431:1 |
| 342:13 365:23 | 432:23 449:4 | 440:21 | 446:7 447:13 |
| 365:24 368:17 | 486:14 500:1 | **treading** | 462:20 463:20 |
| 376:4 382:19 | 513:7 529:6 | 379:10 | **tubal** 466:16,24 |
| 383:14 392:14 | 542:14,22 | **treated** 537:1 | 471:6 477:8 |
| 397:23 399:5,6 | **todd** 308:25 | 538:1 | **tumor** 484:15 |
| 406:7 408:9 | 309:12 544:17 | **treating** 459:20 | 484:20 |
| 430:21 441:9 | **together** 400:8 | **treatment** | **turn** 333:5 |
| 470:15 473:20 | **told** 458:6 | 393:1 500:23 | 363:16 389:20 |
| 480:8 498:6 | **took** 360:7 | 504:17 536:3 | 403:2 416:12 |
| 499:16 507:16 | **top** 400:8,12 | **tremolite** 531:9 | 433:11 440:24 |
| 509:16 511:6 | 418:6 | 531:11 | 441:6,10 499:5 |
| 512:18,20 | **topic** 325:7 | **trial** 313:17 | **turned** 405:3 |
| 520:10 524:2 | 526:23 | 494:10 542:12 | **tvus** 409:6 |
| 534:24 535:24 | **total** 366:5,18 | 542:18 | **two** 322:6 |
| 536:24 542:7 | 473:14 530:4 | **trick** 363:7 | 333:18 353:6 |
| 542:24 544:5,6 | **totality** 325:19 | **trouble** 343:7 | 372:3,11 |
| 544:7 | 327:11,20 | 377:22,23 | 382:16 399:19 |
| **times** 327:18 | **totally** 381:8 | **true** 324:21 | 400:6,15,15 |
| 328:1 453:19 | 432:10 | 347:22 493:18 | 403:16 406:6 |
| 456:22 457:15 | **towards** 441:14 | 544:10 | 434:23 439:2 |
| 491:23 511:11 | **tract** 403:9 | **trust** 395:11 | 441:22 442:8 |
| 511:18,19 | **transcribed** | **truth** 397:10 | 466:9,11 |
| 529:5 | 544:9 | **try** 321:8 348:7 | 470:21 480:21 |
| **tissue** 531:21 | **transcript** | 358:6,24 372:9 | 482:16 489:8 |
| **tissues** 418:9 | 311:6 312:2 | 375:20 392:3 | 495:23 500:12 |
| 419:20 420:9 | 434:12 544:9 | 410:9,12 418:9 | 502:10 507:12 |
| 420:11 421:2 | 544:12,23 | 419:15 460:20 | 511:15 |
| 425:2 530:3 | 545:13,14 | 487:12 497:6 | **type** 353:7,8 |
| 531:12 | **transcription** | **trying** 329:17 | 504:17 523:8 |
| **title** 541:10 | 547:4 | 342:20,23 | 524:19 |
| **today** 313:8 | **transcripts** | 360:4,18,19,21 | **types** 336:12 |
| 324:1 326:2 | 487:1 500:16 | 361:15 363:6,8 | 343:1 524:22 |
| 327:9 345:14 | **transformation** | 373:9 374:16 | **typical** 531:9 |
| 345:23 366:22 | 336:11,14,16 | 376:16 401:24 | **typically** |
| 375:4,21 | 336:24 339:21 | 403:13 410:8 | 315:12 369:22 |

[typing - used]                                                      Page 53

| | | | |
|---|---|---|---|
| **typing** 402:15 | 424:6 429:22 | **unopposed** | 396:2,4,8,16 |
| **typo** 433:17 | 448:5 465:5 | 478:14 | 398:4 399:4,11 |
| **u** | 480:9 | **unsound** | 437:17 443:11 |
| | **understanding** | 334:11 335:23 | 450:1,24 |
| **u** 308:12 | 313:11 320:1 | 342:21 446:10 | 466:10 469:7 |
| **ugh** 399:14 | 342:24 343:10 | 446:20 447:17 | 469:18 471:12 |
| **ultimately** | 349:7 361:7 | 447:18 451:2 | 472:22 473:6 |
| 349:2 350:6 | 369:12 371:4 | 451:14 | 473:20 474:6 |
| 355:12 | 394:20,23 | **update** 391:13 | 478:10,16 |
| **ultrasound** | 420:22 443:17 | **updated** 391:7 | 480:16 481:21 |
| 406:20 | 470:1 474:14 | 460:2 | 500:5 501:3,12 |
| **unacceptable** | 499:19 500:21 | **upright** 409:18 | 505:12 507:20 |
| 432:11 | 504:16 505:2 | **urban** 405:18 | 509:3,21 510:5 |
| **unc** 489:8 | 509:6,9,10,19 | 407:7 409:2 | 511:9 512:3,7 |
| **uncertain** | 509:20 529:8 | 414:5 | 517:9,21 |
| 478:3 | 529:17,20 | **urgency** 409:4 | 518:10,18,21 |
| **under** 324:8 | 535:20 538:2 | **urinary** 409:4 | 519:13 520:2 |
| 326:16 392:23 | **understood** | **urinating** 409:3 | **used** 314:2,6 |
| 525:16 544:24 | 313:24 354:2 | **usage** 396:21 | 323:4 330:21 |
| **undersigned** | 364:16 374:15 | 429:1 445:12 | 330:23 356:17 |
| 544:2 | 394:1 477:11 | 470:12 511:1 | 395:1 396:5,10 |
| **understand** | 513:21 | 532:8,9,10 | 397:2,17,24 |
| 329:12,23 | **undiscovered** | **use** 314:5 | 398:15,20 |
| 330:13 336:15 | 463:10 | 316:23 317:8 | 411:5,18 |
| 336:21,23 | **unfounded** | 318:5,17 | 418:10 419:11 |
| 337:10 342:20 | 489:24 | 332:13 348:5 | 459:8 464:12 |
| 342:23 343:17 | **united** 308:1 | 354:23 355:19 | 466:9 470:7,21 |
| 348:9,24 349:4 | 449:2 | 356:6,23 | 471:9 473:11 |
| 349:8,12,16,22 | **university** | 360:11,21 | 473:12,16 |
| 351:1,9,20 | 422:23 423:7 | 368:3 369:6 | 485:3 497:11 |
| 356:4 358:2 | 488:21 | 372:18 374:3 | 500:2 507:17 |
| 360:15,16,19 | **university's** | 380:20 381:18 | 509:12,18 |
| 361:2,10 | 423:8 | 383:19 385:6 | 510:9 511:10 |
| 362:19 363:9 | **unknown** | 385:12,18,21 | 511:18,19 |
| 369:2 374:17 | 346:21 | 386:10,24 | 512:11,16 |
| 379:4 389:10 | | 395:16,18 | 513:2,2 520:5 |

**[used - witness]**

Page 54

535:4,6 545:15
**user**  397:15
 473:6 510:16
**using**  331:15
 399:15 444:24
 470:4 473:24
 478:21 509:7
 510:4 518:3
 522:9 529:6
**usually**  487:16
**uterine**  404:19
 405:21,23
 406:13 408:6
 412:1,17
 413:24 414:11
 415:11 535:16
**uterus**  376:10
 406:1,18

**v**

**v**  308:12 522:23
**vacuum**  542:4
**vagina**  401:7,9
 403:8,18 405:5
 405:15,18
 406:11,16,21
 407:2 409:11
 409:13 411:6,9
 411:19 412:10
 412:16 414:18
 415:15
**vaginal**  403:23
 405:7 408:6
 409:21 412:16
 413:3,19
 414:21

**vague**  465:17
 467:16 509:15
**validity**  423:18
**valsalva**  405:12
 407:5,6
**value**  356:15
 395:4,12
 470:24 523:21
**variance**  522:3
**variances**
 516:17
**variant**  478:3
**varies**  465:22
**various**  358:4
 412:22 418:2
 418:11 438:8
 438:10 489:6
 521:20
**vary**  510:22
**varying**  524:22
**veracity**  530:21
**versus**  511:15
 511:18
**view**  368:24
 369:13 371:20
 536:13
**vineis**  442:16
 442:19,20
 443:3,7,7
**vis**  444:21,21
**visible**  414:22
**visit**  404:24
 460:6,7 538:17
**vitro**  495:1
 497:22 505:15

**vivo**  495:1
 497:21 505:16
**void**  544:12
**voiding**  409:4
**voluminous**
 472:15
**vus**  388:15
 389:8,17,19
 390:12 481:8
 515:2

**w**

**wait**  487:15
 518:22
**wall**  407:21
 408:4 412:16
 413:3,19
 414:21 525:16
**want**  322:5,9
 329:6 346:1,2
 357:17 363:8
 363:16,24
 369:8 381:16
 382:18 389:12
 392:3,12
 401:21 415:24
 432:8 437:14
 440:18 453:20
 453:24 458:4
 458:22 477:17
 486:19 497:2
 498:13 513:20
 515:16 518:5
 537:14
**wanted**  328:1
 360:8 365:7

367:19 504:15
 505:1,20
**wanting**  440:21
**washington**
 310:16
**way**  314:23
 326:14 361:24
 362:7 373:4
 378:1 388:17
 399:21 403:16
 430:13 433:4
 520:16 524:2
 528:13
**we've**  335:1
 339:16 476:17
 481:20 491:8
 499:7 500:1
 519:23 529:5
**weak**  475:3
 522:8
**website**  379:18
 381:24 382:4
**weeks**  406:6
**weigh**  431:13
 431:17
**weighing**  452:8
 453:21,23
 455:3
**weight**  486:15
**went**  467:19,22
 516:6 517:3
**west**  408:17
 414:9,10,13
 434:13
**witness**  309:15
 316:14,23

**[witness - woman's]**                                                    Page 55

| | | | |
|---|---|---|---|
| 317:17 318:1 | 417:20 418:6 | 482:14 483:5 | **wolf** 311:21 |
| 318:16 319:8 | 418:22 419:15 | 483:19 484:17 | 364:22 416:21 |
| 320:12,20 | 419:24 420:19 | 488:18 489:16 | 425:23 426:12 |
| 323:14 324:20 | 421:4,15 422:1 | 490:2 491:6,21 | 434:17 437:12 |
| 326:4 328:21 | 422:13 423:1 | 492:14 493:4 | 437:21,23 |
| 329:12,22 | 423:15 424:9 | 493:17 494:17 | 443:1,5 444:24 |
| 330:10,20 | 424:15,24 | 495:19 496:8 | 446:7,23 449:3 |
| 331:10 332:4,9 | 425:6 426:2 | 496:24 497:13 | 449:5 |
| 334:17 336:9 | 427:5,16 428:1 | 498:9,17 501:7 | **wolf's** 416:16 |
| 337:6 338:4,23 | 428:21 429:16 | 501:20 502:6 | 426:7,11 428:6 |
| 339:15 340:22 | 429:22 430:6 | 502:17 503:10 | 429:5 434:5,24 |
| 343:13 344:3,9 | 431:13,21 | 503:24 504:21 | 436:3 440:19 |
| 344:17 345:5 | 433:6 435:10 | 505:4 506:15 | 441:3 442:9 |
| 347:14 348:16 | 435:24 436:10 | 508:10,24 | 443:2,18 |
| 350:4 352:3 | 436:21 437:9 | 510:18 511:5 | 445:10 447:3 |
| 356:11 362:1 | 438:7 439:8,14 | 511:13,22 | 447:10,11,14 |
| 362:18 366:14 | 439:20 440:1,7 | 512:9,22 | 447:16 448:7 |
| 367:5,15 | 440:15 443:22 | 514:15 516:5 | 448:14 449:6 |
| 369:19 370:17 | 444:8 445:5 | 516:15 517:2 | **woman** 315:19 |
| 372:17 374:23 | 446:3 448:10 | 517:12 519:7 | 317:12 318:12 |
| 376:19 379:11 | 449:12 451:5 | 519:23 520:18 | 321:15,21 |
| 382:8 384:2 | 451:17 452:8 | 521:10,17 | 322:8,12,20 |
| 385:14,24 | 453:2,12 454:5 | 522:12 523:12 | 323:2 368:13 |
| 386:19 387:20 | 454:14,23 | 525:3 526:14 | 375:16 396:9 |
| 388:5 389:3,12 | 456:3,21 | 527:18 528:2 | 403:23 409:21 |
| 392:5,12 | 458:10,18 | 528:19 529:2 | 415:10 452:2 |
| 393:15 394:7 | 461:8 462:5,14 | 529:22 530:20 | 461:16 462:1 |
| 395:22 396:12 | 463:4,19 464:2 | 531:3,14,23 | 471:15 503:2,6 |
| 396:23 397:6 | 465:3,15 467:5 | 532:19 533:7 | 504:1 511:18 |
| 398:6,19 399:8 | 467:15 468:5 | 533:15 534:9 | 517:20 541:11 |
| 399:23 401:23 | 469:6 471:21 | 534:14 536:5 | **woman's** |
| 402:6 407:4 | 472:9 473:2,10 | 537:9 540:4 | 324:10 355:18 |
| 408:8 409:24 | 473:22 474:11 | 541:15 542:17 | 368:3 382:2,24 |
| 411:1,13 412:3 | 475:13,24 | 543:2 544:6,7 | 383:9 447:24 |
| 412:20 413:6 | 477:14 480:7 | 544:13 545:1 | 451:1 503:11 |
| 414:5 416:6,19 | 481:2,15 | | 503:18 |

[women - à]                                                                    Page 56

**women**   358:11
  358:14 370:19
  372:19 373:16
  374:5 375:5
  380:20 381:1
  385:21 412:15
  413:1,7 479:12
  513:16
**word**   316:24
  323:4 331:19
  338:16 356:6
  356:17 372:18
  417:14 444:16
  444:23 452:7
  469:7,18
  480:16
**words**   319:22
  323:9,15
  331:15 332:11
  360:22 382:11
  442:14 501:13
  502:15 522:9
**work**   372:23
  422:21 423:5,8
  423:11 439:11
  439:11,12
**worked**   438:8
**works**   337:11
**world**   439:1
**wound**   384:22
  518:16 542:1,4
**writing**   364:11
  366:2 376:13
  459:8
**written**   438:3

**wrong**   359:2
  447:6 448:2
  450:2,11
  451:15,18
  452:4 476:5
  490:3 495:11
  495:13
**wrote**   333:21
  333:22 335:3
  426:11 461:11
  485:23
**wu**   319:11,14
  320:13,16
  321:4

| x |
|---|

**x**   308:5,9 311:5
  312:1 420:13

| y |
|---|

**yeah**   314:24
  331:22 339:3
  366:12 388:1
  393:3 397:20
  460:22 461:3
  467:6 472:1
  477:6 478:17
  479:10 480:12
  499:15 521:4
  524:4
**year**   395:1,10
  470:18 509:24
**years**   358:12,14
  371:15 373:4
  386:15 394:22
  395:9 397:3,18
  397:19 398:1

465:17 466:2,4
  467:22 470:12
  470:21 471:10
  473:11 489:14
  507:18 509:8
  510:5 511:1
  512:12 536:12
  536:17 538:20
  538:21
**yep**   391:2
**yesterday**
  315:2,23
  317:18 319:17
  321:18 322:2,3
  352:16 358:10
  365:2,23
  366:11,24
  368:7 370:7
  378:14 380:5
  383:13 384:3,5
  388:11 389:21
  390:10,13,17
  391:7 411:5
  431:23 463:18
  486:14 513:6
**young**   465:19
**younger**   370:14
  474:1 513:11

| z |
|---|

**zero**   317:4
  318:7 319:1
  373:8 374:19
  374:24 461:17
  462:11 477:10
  502:20

**zoom**   310:4,5,6
  310:13 315:13
  338:3 378:20
  463:24 464:4

| à |
|---|

**à**   444:21

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the

deponent or a party before the deposition is

completed, the deponent must be allowed 30 days

after being notified by the officer that the

transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to

sign a statement listing the changes and the

reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.

The officer must note in the certificate prescribed

by Rule 30(f)(1) whether a review was requested

and, if so, must attach any changes the deponent

makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES

ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES

OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.