# Exhibit 20

# IARC MONOGRAPHS

# ARSENIC, METALS, FIBRES, AND DUSTS

## VOLUME 100 C
## A REVIEW OF HUMAN CARCINOGENS

IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS

International Agency for Research on Cancer

World Health Organization

- Russian Federation (Onot); and, northern Spain (Respina)
- those derived from hydrothermal alteration (including retrograde metamorphism) of regionally metamorphosed siliceous dolomites and other magnesium-rich rocks such as in the USA (Murphy Marble belt, North Carolina; Death Valley-Kingston Range, California; Gouverneur District, New York; Chatsworth, Georgia); Canada (Madoc); Italy (Chisone Valley); the Russian Federation (Krasnoyarsk); Germany (Wunsiedel); Austria (Leoben); Slovakia (Gemerska); Spain; France (Trimouns); and Brazil (Brumado) (IARC, 2010).

In a study to examine the amphibole asbestos content of commercial talc deposits in the USA, Van Gosen et al. (2004) found that the talc-forming environment (e.g. regional metamorphism, contact metamorphism, or hydrothermal processes) directly influenced the amphibole and amphibole-asbestos content of the talc deposit. Specifically, the study found that hydrothermal talcs consistently lack amphiboles as accessory minerals, but that contact metamorphic talcs show a strong tendency to contain amphiboles, and regional metamorphic talc bodies consistently contain amphiboles, which display a variety of compositions and habits (including asbestiform). Death Valley, California is an example of a contact metamorphic talc deposit that contains accessory amphibole-asbestos (namely talc-tremolite).

### 1.6.5 Human exposure

#### (a) Exposure of the general population

Consumer products (e.g. cosmetics, pharmaceuticals) are the primary sources of exposure to talc for the general population. Inhalation and dermal contact (i.e. through perineal application of talcum powders) are the primary routes of exposure. As talc is used as an anti-sticking agent in several food preparations (e.g. chewing gum), ingestion may also be a potential, albeit minor, route of exposure.

As late as 1973, some talc products sold in the USA contained detectable levels of chrysotile asbestos, tremolite, or anthophyllite (Rohl et al., 1976), and it is possible that they remained on the market in some places in the world for some time after that (Jehan, 1984). Some of the tremolite and anthophyllite may have been asbestiform in habit (Van Gosen, 2006).

Blount (1991) examined pharmaceutical- and cosmetic-grade talcs for asbestiform amphibole content using a density-optical method. High-grade talc product samples ($n$ = 15) were collected from deposits in Montana, Vermont, North Carolina, Alabama, and from outside the USA but available in the US market. Samples were uniformly low in amphibole content (with counts in the range of 0–341 particles/mg), and some samples appeared to be completely free of amphibole minerals. In samples containing amphibole minerals, cleavage-type and asbestos-type minerals were observed. Only one sample was found to contain an amphibole particle size distribution typical of asbestos.

More complete information on the levels of exposure experienced by the general population can be found in the previous *IARC Monograph* (IARC, 2010).

#### (b) Occupational exposure

Inhalation is the primary route of exposure to talc in occupational settings. Exposure by inhalation to talc dust occurs in the talc-producing industries (e.g. during mining, crushing, separating, bagging, and loading), and in the talc-using industries (e.g. rubber dusting and addition of talcs to ceramic clays and glazes). Because industrial talc is a mixture of various associated minerals, occupational exposure is to a mixture of mineral dusts (IARC, 1987b).

In general, data on numbers of workers occupationally exposed to talc are lacking. The

may induce chrysotile-leaching, contributing to its bioattenuation (Favero-Longo et al., 2005). However, the dissolution of chrysotile is very low, because any breakdown of the silica framework takes place at a slow rate (Hume & Rimstidt, 1992), and is limited to a few layers in mild conditions (Gronow, 1987). Even in a strong acidic environment, the final product still retains a fibrous aspect at the nanoscale which is devoid of cations (Wypych et al., 2005).

### 4.3.2 Direct genotoxicity

Mineral fibres may directly induce genotoxicity by catalysing the generation of reactive oxygen species resulting in oxidized DNA bases and DNA strand breaks that can produce gene mutations if not adequately repaired (IOM, 2006). Both asbestos and erionite fibres can induce DNA damage mediated by reactive oxygen species. Asbestos fibres have also been shown to physically interfere with the mitotic apparatus, which may result in aneuploidy or polyploidy, and specific chromosomal alterations characteristic of asbestos-related cancer (Jaurand, 1996).

In addition to direct clastogenic and aneuploidogenic activities that may be induced following the translocation of asbestos fibres to target cell populations in the lungs, persistent inflammation and macrophage activation can secondarily generate additional reactive oxygen species, and reactive nitrogen species that can indirectly induce genotoxicity in addition to activation of intracellular signalling pathways, stimulation of cell proliferation and survival, and induction of epigenetic alterations (Fig. 4.2).

### 4.3.3 Indirect mechanisms

Asbestos fibres have unique and potent effects on alveolar macrophages that have been postulated to trigger the chain of events leading to chronic lung fibrosis (asbestosis), and lung cancer (Shukla et al., 2003). Macrophages express a variety of cell-surface receptors that bind to mineral fibres leading to phagocytosis, macrophage apoptosis, or macrophage activation. Receptors expressed by macrophages and other target cells in the lung that bind mineral fibres include MARCO, a scavenger receptor class A, and integrin receptors (Boylan et al., 1995; Gordon et al., 2002; Arredouani et al., 2005). Macrophage apoptosis has also been postulated to contribute to an increased incidence of auto-immune diseases in residents in Libby, Montana, USA, who are exposed to vermiculite contaminated with amphibole asbestos fibres (Noonan et al., 2006; Blake et al., 2008).

Phagocytosis of asbestos fibres leads to the excess generation of reactive oxygen and nitrogen species by both direct (described in Sections 4.3.1 and 4.3.2), and indirect mechanisms (Manning et al., 2002). Alveolar macrophages phagocytize particulate materials and micro-organisms leading to assembly of NADPH oxidase in the phagolysosomal membrane that generates reactive oxygen species, which are potent antimicrobial agents. Asbestos fibres have elevated surface reactivity and redox-active iron that can generate hydroxyl radicals leading to lipid peroxidation, protein oxidation, and DNA damage resulting in lung injury that is amplified by persistent inflammation (Fig. 4.1 and 4.2). Recent investigations in genetically engineered mice have provided evidence for a key role of the NALP3 inflammasome as an intracellular sensor of the initial interactions between asbestos fibres and other crystals such as monosodium urate with macrophages (Yu & Finlay, 2008). The NALP3 inflammasome activates caspase-1 that cleaves IL-1β precursor to active IL-1β that is rapidly secreted (Cassel et al., 2008; Dostert et al., 2008). This cytokine then triggers the recruitment and activation of additional inflammatory cells and the release of additional cytokines including TNF-α, IL-6, and IL-8 that perpetuate a prolonged inflammatory response to these biopersistent mineral dusts (Shukla et al., 2003).

**Fig. 4.2 Proposed mechanism for the carcinogenicity of asbestos fibres**



IL-1β, interleukin -1β; RNS, reactive nitrogen species; ROS, reactive oxygen species.
Adapted from Shukla et al. (2003), Kane (2006), Nymark et al. (2008)

The generation of reactive oxygen species by asbestos fibres has also been associated with inducing apoptosis in mesothelial cells (Broaddus et al., 1996), and alveolar epithelial cells (Aljandali et al., 2001).

Asbestos fibres have been shown to contribute to the transformation of a variety of target cells from different species *in vitro*, and to induce lung tumours and malignant pleural mesothelioma in rodents following chronic inhalation (Bernstein et al., 2005). There are important species differences in the induction of asbestos-related cancers: rats are more susceptible to the induction of lung cancer, and hamsters are resistant to the induction of lung cancer but more susceptible to the development of malignant pleural mesothelioma (IARC, 2002). Subchronic inhalation studies using refractory ceramic fibres (RCF-1) suggest that the increased susceptibility of hamsters to developing malignant pleural mesothelioma may be related to greater translocation and accumulation of fibres in the pleural space, and an increased mesothelial cell proliferation in hamsters compared to rats (Gelzleichter et al., 1999). There are serious limitations in extrapolating these species differences to humans. First, most human lung cancers, even in asbestos-exposed individuals, are confounded by tobacco smoke that has potent independent genotoxic effects as reviewed later in Section 4.4.1. Second, diffuse malignant mesothelioma in humans is usually diagnosed at an advanced stage, and there are no reliable premalignant changes or biomarkers that may provide clues about the molecular pathogenesis of mesothelioma associated with exposure to asbestos or erionite fibres (NIOSH, 2009).

A unifying mechanism based on the experimental in-vitro cellular and in-vivo rodent models is proposed in Fig. 4.2.

Recent biochemical studies have confirmed that oxidative damage to cytosine is a plausible biological mechanism leading to epigenetic alterations and development of cancer in association with persistent inflammation (Valinluck & Sowers, 2007). Neutrophils and macrophages are the source of reactive oxygen and nitrogen species triggered by phagocytosis of crystalline silica (quartz) or asbestos fibres. In addition, myeloperoxidase catalyses the formation of hypochlorous acid (HOCl) in neutrophils, and a specific peroxidase catalyses the formation of hypobromous acid (HOBr) in eosinophils (Babior, 2000). The formation of 8-oxoguanine, 5-hydroxymethylcytosine, or 5-hydroxycytosine interferes with DNA methylation and binding of methyl-CpG binding domains (MBDs). In contrast, chlorination or bromination of cytosine mimics 5-methylcytosine and induces heritable DNA methylation at previously unmethylated sites. Halogenated cytosines are also recognized by MBDs to facilitate chromatin remodelling. However, these modified bases are not recognized by DNA glycosylase, and are not repaired (Valinluck & Sowers, 2007).

This hypothesis linking heritable alterations in patterns of cytosine methylation with endogenous sources of oxidants released from inflammatory cells is a plausible explanation for the development of lung cancer and diffuse malignant mesothelioma associated with exposure to mineral fibres. Elevated neutrophils and eosinophils have been found in the pleural space following the inhalation of refractory ceramic fibres by hamsters and rats (Gelzleichter et al., 1999). Furthermore, myeloperoxidase activity has been detected in rodent lungs following exposure to asbestos fibres, whereas a decreased lung inflammation was observed in asbestos-exposed myeloperoxidase-null mice (Haegens et al., 2005). This indirect mechanism secondary to persistent inflammation may be responsible for altered epigenetic methylation profiles, which are characteristic of human malignant pleural mesotheliomas (Christensen et al., 2009).

## 4.4 Susceptible populations

Both exogenous environmental and occupational exposures and endogenous factors including genetic susceptibility contribute to the development of lung cancer (NIOSH, 2009) and diffuse malignant mesothelioma (Weiner & Neragi-Miandoab, 2009). The best example of an exogenous exposure that is a major cofactor with asbestos fibres in the development of cancer of the larynx and of the lung is tobacco smoking (Table 4.3; Table 4.4; IARC, 2004; IOM, 2006). Additional environmental and occupational exposures are also risk factors for cancer of the larynx (Table 4.3) and of the lung (Table 4.4); these exposures are potential confounders in human epidemiological studies (IOM, 2006). Specific examples of these cofactors and other environmental and occupational exposures will be described in relationship to mechanisms of these cancers associated with mineral dust exposures.

### 4.4.1 Other risk factors for cancer of the lung and of the larynx, and diffuse malignant mesothelioma

*(a) Tobacco smoke*

Co-exposure to tobacco smoke and asbestos fibres is at least additive and possibly multiplicative in the development of lung cancer (Vainio & Boffetta, 1994). The inhalation of tobacco smoke (Walser et al., 2008) as well as mineral fibres is associated with excess generation of reactive oxygen and nitrogen metabolites, cell injury and apoptosis, and persistent lung inflammation (Shukla et al., 2003; IARC, 2004). Excess oxidant generation has been shown to enhance the penetration of asbestos fibres into respiratory epithelial cells, and to impair fibre clearance (McFadden et al., 1986; Churg et al., 1989), as well as altering the metabolism and detoxification of tobacco smoke carcinogens (Nymark et al., 2008). Asbestos fibres can also adsorb tobacco smoke carcinogens and metals and facilitate their transport into the lungs (IOM, 2006). Asbestos fibres have also been shown to activate growth-factor receptors and cell-signalling pathways that stimulate cell proliferation and promote cell survival (Albrecht et al., 2004). In summary, co-exposures to tobacco smoke and mineral fibres can amplify acquired genetic mutations induced by tobacco smoke carcinogens, and amplify cell proliferation in response to tissue injury leading to an increased risk for the development of cancer of the larynx and of the lung (Nymark et al., 2008).

*(b) Other occupational and environmental exposures*

Alcohol and occupational exposure to irritants (Table 4.3) also contribute to the development of cancer of the larynx. These irritants, similar to inhalation of tobacco smoke, can cause repeated episodes of injury to the respiratory epithelium, resulting in metaplasia and dysplasia (Olshan, 2006); these preneoplastic lesions may then acquire additional molecular alterations and progress towards the development of invasive lung or laryngeal carcinoma. Other occupational exposures responsible for the development of lung cancer include direct-acting carcinogens such as ionizing radiation (IARC, 2000, 2012a), and metals (reviewed in IARC, 2012b).

**Table 4.3 Risk factors for the development of cancer of the larynx**

| Exposure | Reference |
|---|---|
| Active tobacco smoking | IARC (1986, 2004, 2012d) |
| Alcohol | IARC (1988, 2010, 2012d) |
| Mustard gas | IARC (1987a, 2012e) |
| Inorganic acid mists containing sulfuric acid | IARC (1992, 2012e) |
| Asbestos fibres | IOM (2006), IARC (2012b) |
| Human papilloma virus (HPV): types 6, 11, 16, 18 limited evidence | IARC (2007, 2012c) |

Compiled by the Working Group