# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | No. 3:16-md-02738-MAS-RLS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF DRS. DAVID KESSLER, LAURA PLUNKETT, WILLIAM SAGE, AND GEORGE NEWMAN** |

**THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management, LLC ("Defendants") for an order that excludes Drs. Kessler's, Plunkett's, Sage's, and Newman's opinions in full; and for good cause shown;

**IT IS** on this _____ day of _____, 2024 hereby

**ORDERED** as follows:

1. Defendants' Motion to Exclude the Opinions of Drs. David Kessler, Laura Plunkett, William Sage, and George Newman is hereby **GRANTED**; and

2. Drs. Kessler's, Plunkett's, Sage's, and Newman's opinions are hereby excluded in their entirety.

_____
Hon. Michael A. Shipp, U.S.D.J.