# EXHIBIT 1

```
 2              IN THE COURT OF COMMON PLEAS
 3         FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
 4                   CIVIL TRIAL DIVISION
 5                         - - -
 6    _____
                                      :
 7    IN RE: XARELTO LITIGATION       :
 8    DANIEL RUSSELL                  :
 9              VS.                   :   NO. 150500362
10    JANSSEN PHARMACEUTICALS,        :
11    INC., et al.                    :
12                         - - -
13              Thursday, April 12, 2018
14                         - - -
15              TRIAL - AFTERNOON SESSION
16                         - - -
17                    COURTROOM 243
18                      CITY HALL
19              PHILADELPHIA, PENNSYLVANIA
20                         - - -
21    B E F O R E:  THE HONORABLE MICHAEL ERDOS, J.
22
23
24
25
```

SHANNAN GAGLIARDI, RDR, CRR, (215)683-8014

```
 2   APPEARANCES:

 3
         LAURA A. FELDMAN, ESQUIRE
 4       Feldman & Pinto
         6706 Springbank Street
 5       Philadelphia, PA  19119
         (215)546-2604
 6
         FRED S. LONGER, ESQUIRE
 7       MICHAEL M. WEINKOWITZ, ESQUIRE
         Levin Sedran & Berman
 8       510 Walnut Street, Suite 500
         Philadelphia, PA  19106
 9       (215)592-1500

10       BRIAN BARR, ESQUIRE
         Levin Papantonio
11       316 South Baylen Street, Suite 600
         Pensacola, FL  32502
12       (850)435-7000

13       EMILY C. JEFFCOTT, ESQUIRE
         The Lambert Firm
14       701 Magazine Street
         New Orleans, LA  70130
15       (504)581-1750

16       REBECCA NEWMAN, ESQUIRE
         Douglas & London, PC
17       59 Maiden Lane, 6th Floor
         New York, NY  10038
18       (212)566-7500

19       ROGER DENTON, ESQUIRE
         Schlicter, Bogard & Denton
20       100 South 4th Street, Suite 1200
         St. Louis, MO  63102
21       (314)621-6115

22       Counsel for the Plaintiff

23

24

25
```

```
 2   APPEARANCES CONT'D:

 3       BRIAN L. STEKLOFF, ESQUIRE
         Wilkinson Walsh & Eskovitz
 4       2001 M Street, NW, 10th Floor
         Washington, DC  20036
 5       (202)847-4030

 6       TAREK ISMAIL, ESQUIRE
         Goldman Ismail Tomaselli Brennan & Baum, LLP
 7       564 West Randolph Street, Suite 400
         Chicago, Illinois  60661
 8       (312)681-6000

 9       CHANDA A. MILLER, ESQUIRE
         Drinker Biddle Reath
10       One Logan Square
         18th and Cherry Streets
11       Philadelphia, PA  19103

12       SHEILA S. BOSTON, ESQUIRE
         Arnold & Porter Kaye Scholer
13       250 West 55th Street
         New York, New York  10019
14
         Counsel for the Defendant
15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    CROSS - KESSLER
 2   works.
 3        Q.   Same on Tuesday?
 4        A.   Every day that I'm working on this, yes,
 5   sir.
 6        Q.   How many hours did you spend working on
 7   this on Tuesday?
 8        A.   Oh, I probably -- I don't know.  I spent a
 9   considerable amount Tuesday reading a lot of stuff.
10   I don't know exactly.  I have to go back and look.
11   But I spent a considerable amount of time.
12        Q.   Can you give the jury an estimate, 10
13   hours, 12 hours?
14        A.   Maybe something like that.
15        Q.   Would you say the same about Monday?
16        A.   I'd have to go back and look.  Yes, I take
17   this very seriously, and I was focusing on reviewing
18   a lot of documents.  So I put that time in, yes.
19        Q.   Same yesterday; right?
20        A.   Oh, yeah, I took this very seriously.
21        Q.   If we include today, we'll see, hopefully
22   we can finish today and we don't have to bring you
23   back tomorrow, but can we say you're going to make
24   about $40,000 this week having been in Philadelphia
25   to work on this case?
```

```
 1                        CROSS - KESSLER
 2       A.   You do the math exactly correct, I mean,
 3  yes.
 4       Q.   Now, we heard that you have been involved
 5  on both the plaintiff side and the defense side.
 6            That's what you testified to on direct;
 7  correct?
 8       A.   I have been primarily on the plaintiff side
 9  I think I testified to, but some on the defense side.
10       Q.   I went and counted up.  You've been
11  involved in 28 different litigations.
12            Does that sound right?
13       A.   I don't want to -- I'll take your word for
14  it, Counselor.
15       Q.   I identified four in which you've been on
16  the defense side.
17            Does that sound right?
18       A.   That sounds probably the right proportion.
19  Again, I'll take your word for it.  I've never
20  counted it up, but that's probably the right ratio is
21  my guess.
22       Q.   So one of those was between two different
23  pharmaceutical companies.  So you were on the defense
24  side, but it was against a pharmaceutical company;
25  right?
```

```
 1                     CROSS - KESSLER
 2       A.   I think it was a dispute with two
 3  pharmaceutical companies, yes.
 4       Q.   One was between a pharmaceutical company
 5  and an insurance company, and you were on the
 6  insurance side; right?
 7       A.   That's exactly what I -- that's correct.
 8       Q.   Another was a med-mal-type issue, is that
 9  right, where you were on the defense?
10       A.   Yes, I think that was exactly, I believe,
11  involved certain pharmaceutical companies, and I was
12  for the pharmaceutical company, yes.
13       Q.   And then the fourth was for a coffee
14  company, and there were allegations there should be
15  cancer warnings on coffee cups; right?
16       A.   For the major coffee roasters like
17  Starbucks, for that industry.
18       Q.   Those are the four where you've been on
19  this side of the defense; correct?
20       A.   Those are the ones that come to mind.  I
21  don't know if there was another insurance company or
22  not.  I have to take a look.
23       Q.   So that leaves 24 litigations where you've
24  been an expert; right?
25       A.   Yes, by your math, yes.  I'm not disputing
```

```
                          CROSS - KESSLER
 2   any of your -- you counted it.  I appreciate it.
 3        Q.   In all 24 of those cases you have been on
 4   the side of the plaintiff; right?
 5        A.   Yes.
 6        Q.   And in all of those cases that involve the
 7   pharmaceutical company, you have testified against
 8   the pharmaceutical company; correct?
 9        A.   If the pharmaceutical company for those --
10   again, we have to go through it, but, yes, on the
11   plaintiffs, against the defendant, yes.
12        Q.   That's almost all of the 24?
13        A.   If the numbers are exactly what you said,
14   four out of 28, I certainly agree with that.  That's
15   just the way it works.
16        Q.   In any of those cases where a label was at
17   issue, you have testified on behalf of the plaintiffs
18   that the label was inadequate; correct?
19        A.   You know, I've actually gone back and
20   looked.  And sometimes I've been asked a question
21   whether the label was adequate, and I've actually
22   testified, I believe, you have to look at the exact
23   testimony, it's adequate.
24             Most of the time, you're right, in a
25   failure-to-warn case, if I'm testifying and I get to
```

```
 1                    CROSS - KESSLER
 2   that stage, you are right, the label would be
 3   inadequate.
 4        Q.   Over 20 times -- in over 20 litigations
 5   against pharmaceutical companies, you have
 6   consistently been on the side of plaintiffs and have
 7   said that the labels at issue are inadequate; right?
 8        A.   Be careful.  I don't think -- a number of
 9   those cases are antitrust cases.
10        Q.   My question is, the ones that involve a
11   label, out of those 24 against pharmaceutical
12   companies, every single time the label is at issue
13   and you have testified, you have said the label is
14   inadequate; right?
15        A.   In some of those cases where the label
16   comes up, I've testified that it's adequate.  I'd
17   have to go back and read the transcript, but
18   generally your point I'm not disputing.  But I just
19   want to get it exactly right, Counselor.
20        Q.   Now, today it's true that you're involved
21   in 10 to 15 cases, having nothing to do with Xarelto,
22   around the country where you are testifying against
23   pharmaceutical companies on behalf of plaintiffs'
24   attorneys?
25        A.   I'm not sure where you get that number of
```

```
                        CROSS - KESSLER
  1
  2   10 to 15 where I'm actively involved.
  3        Q.   Well, let's show you where I got it from.
  4        A.   Sure, that I'm actively involved today.
  5        Q.   I'm going to show you a transcript from a
  6   different litigation dated March 12, 2018, so a month
  7   ago.
  8        A.   Okay.
  9        Q.   So here you were asked a month ago:  How
 10   many other product liability cases, not other cases,
 11   how many other products or how many other products
 12   are you currently acting as an expert witness for the
 13   plaintiff?
 14             You said:  I have no idea.  I'd have to
 15   think that through and look at a list.
 16             Ten, fifteen?
 17             No.  I think that's the case.  Again, I
 18   don't know sitting here what's accurate, what's not
 19   accurate.
 20             Right?
 21        A.   I take it that's the transcript, but I
 22   don't think I'm agreeing there that it's ten to
 23   fifteen.  I certainly don't have a number of ten to
 24   fifteen in my head that I'm actively involved in.  I
 25   think I answered that no.
```

CERTIFICATE

I, Shannan Gagliardi, Registered Diplomate Reporter in and for the Commonwealth of Pennsylvania, do hereby certify that the foregoing is a true and accurate transcript of the notes of testimony of said witness who was first duly sworn on the date and place hereinbefore set forth.

I further certify that I am neither attorney nor counsel for, nor related to or employed by any of the parties to the action in which this trial was taken, and further, that I am not a relative or employee of any attorney or counsel employed in this action, nor am I financially interested in this case.


SHANNAN GAGLIARDI
Registered Diplomate Reporter
Certified Realtime Reporter