**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (MAS) (RLS)** |

*THIS DOCUMENT RELATES TO ALL CASES*

### PROPOSED ORDER EXCLUDING THE TESTIMONY OF DEFENDANTS' EXPERT, DR. JENNIFER PERMUTH

**THIS MATTER**, having been opened to the Court by Plaintiffs for entry of an order excluding the testimony of Defendants' expert, Dr. Jennifer Permuth and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown;

**IT IS** on this _____ day of _____, 2024

**ORDERED** as follows:

1. Plaintiffs' Motion to Exclude the Testimony of Defendants' Expert Dr. Jennifer Permuth; and

2. Dr. Jennifer Permuth, expert for Defendants, shall be barred from offering general causation opinions and case-specific opinions and testifying about general causation and case specifics.

_____
Hon. Michael A. Shipp