Exhibit 2

Page 1

1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
2

      ---------------------------|
3                                |
      IN RE JOHNSON & JOHNSON     | MDL No. 16-2738 (MAS)(RLS)
4     TALCUM POWDER PRODUCTS      |
      MARKETING, SALES PRACTICES, |
5     AND PRODUCTS LIABILITY      |
      LITIGATION                  |
6                                |
      ---------------------------|
7

8                              - - -
9                     Thursday, June 13, 2024
10                             - - -
11

12           This is the Deposition of JENNIFER PERMUTH,
13     Ph.D., held at Shook, Hardy & Bacon, LLP, 100 North
14     Tampa Street, Suite 2900, Tampa, Florida, commencing
15     at 9:09 a.m. EDT, on the above date, before Susan D.
16     Wasilewski, Registered Professional Reporter,
17     Certified Realtime Reporter, Certified Manager of
18     Reporting Services, Certified Realtime Captioner,
19     and Florida Professional Reporter.
20                             - - -
21                  GOLKOW a Veritext Division
22                     877.370.3377 ph
23                   cs-golkow@veritext.com
24

25

## Page 2

```
 1        APPEARANCES IN TAMPA, FLORIDA
 2   Counsel for Plaintiffs:
 3     BEASLEY ALLEN
       BY:  MARGARET THOMPSON, ESQUIRE
 4        P. LEIGH O'DELL, ESQUIRE
          leigh.odell@beasleyallen.com
 5     218 Commerce Street
       Montgomery, Alabama 36103
 6     Telephone:  (800) 898-2034
 7
 8   Counsel for Defendants:
 9     SHOOK, HARDY & BACON
       BY:  SCOTT JAMES, ESQUIRE
10        sjames@shb.com
       JPMorgan Chase Tower
11     600 Travis Street, Suite 3400
       Houston, Texas 77002
12     Telephone:  (713) 227-8008
13
14
15        APPEARANCES BY ZOOM
16   Counsel for the Personal Care Products Council:
17     REILLY McDEVITT HENRICH
       BY:  BRANDY HARRIS, ESQUIRE
18        bharris@rmh-law.com
       3 Executive Campus, Suite 310
19     Cherry Hill, New Jersey 08002
       Telephone:  (856) 317-7180
20
21
22        ALSO PRESENT IN TAMPA, FLORIDA
23   SUSAN WASILEWSKI, Court Reporter
24
25
```

## Page 3

```
 1             - - -
 2           I N D E X
 3             - - -
 4   Testimony of:  JENNIFER PERMUTH, Ph.D.        PAGE
 5     Direct Examination by Ms. Thompson..........  10
 6     Cross-examination by Mr. James...............  357
 7     redirect Examination by Ms. Thompson........  363
 8
 9
10        E X H I B I T S
11        (Attached to transcript)
12   JENNIFER PERMUTH, Ph.D. DEPOSITION EXHIBITS    PAGE
13   Exhibit 1    Expert Report:  Talcum Powder and    11
                  Ovarian Cancer Risk
14                Jennifer B. Permuth, PhD, MS
15   Exhibit 2    Curriculum Vitae for:  Jennifer B.   11
                  Permuth, Ph.D.
16
       Exhibit 3    Case-specific Materials Considered   14
17     List
18   Exhibit 4    Notice of Oral Deposition of         14
                  Jennifer Permuth, Ph.D. and Duces
19                Tecum
20   Exhibit 5    Jennifer Permuth, PhD - Prior        15
                  Testimony
21
       Exhibit 6    Invoice                    16
22
       Exhibit 7    Dr. Jennifer Permuth Supplemental    21
23                  Materials Considered for MDL
24   Exhibit 8    E-mail - Subject: A few minutes for  21
                  a quick call?
25
```

## Page 4

```
 1        E X H I B I T S
 2        (Attached to transcript)
 3   JENNIFER PERMUTH, Ph.D. DEPOSITION EXHIBITS    PAGE
 4   Exhibit 9    Article: Association Between      58
                  Breastfeeding and Ovarian Cancer
 5                Risk
                  Ana Babic, PhD, et al.
 6
       Exhibit 10   Article: Adipocytes: Active      75
 7                  facilitators in epithelial ovarian
                    cancer progression?
 8                  Lan Dai, et al.
 9   Exhibit 11   Article: Effects of risk factors for  79
                  ovarian cancer in women with and
10                without endometriosis
                  Minh Tung Phung, M.P.H., Ph.D., et al.
11
       Exhibit 12   Article: Opportunities and       97
12                  challenges in ovarian cancer
                    research, a perspective from the
13                  11th Ovarian cancer action/HHMT
                    Forum, Lake Como, March 2007
14                  Gynecologic Oncology 108 (2008)
                    652-657
15
       Exhibit 13   Article: Assessing Ovarian Cancer  100
16                  Risk When Considering Elective
                    Oophorectomy at the Time of
17                  Hysterectomy
                    Allison F. Vitonis, SM, et al.
18
       Exhibit 14   Article: African-Americans and     103
19                  Hispanics remain at lower risk of
                    ovarian cancer than non-Hispanic
20                  Whites after considering non-genetic
                    risk factors and oophorectomy rates
21                  Anna H. Wu, et al.
22   Exhibit 15   Article: Modification of the      106
                  Association Between Frequent Aspirin
23                Using Individual-Level Data From Two
                  Ovarian Cancer Consortia
24                Lauren M. Hurwitz, PhD, MHS, et al.
25
```

## Page 5

```
 1        E X H I B I T S
 2        (Attached to transcript)
 3   JENNIFER PERMUTH, Ph.D. DEPOSITION EXHIBITS    PAGE
 4   Exhibit 16   Article: Perineal Talc Use and     134
                  Ovarian Cancer, A Systematic Review
 5                and Meta-Analysis
                  Ross Penninkilampi, et al.
 6
       Exhibit 17   Article: Ovarian, Fallopian Tube,   157
 7                  and Primary Peritoneal Cancers
                    Prevention (PDQ) - Health
 8                  Professional Version
                    National Cancer Institute
 9
       Exhibit 18   Article: Migration of a Particulate  161
10                  Radioactive Tracer from the Vagina
                    to the Peritoneal Cavity and Ovaries
11                  P. F. Venter, et al.
12   Exhibit 19   Article: Retrograde migration of    166
                  glove powder in the human female
13                genital tract
                  A.C.E. Sjosten, et al.
14
       Exhibit 20   Article: Migration of Talc From the  188
15                  Perineum to Multiple Pelvic Organ
                    Sites
16                  Five Case Studies With Correlative
                    Light and Scanning Electron
17                  Microscopy
                    Sandra A. McDonald, MD, et al.
18
       Exhibit 21   Article: The effect of talc       193
19                  particles on phagocytes in
                    co-culture with ovarian cancer cells
20                  Angelo Mandarino, et al.
21   Exhibit 22   Article: Transcriptomic and       196
                  epigenomic effects of insoluble
22                particles on J774 macrophages
                  T. Emi, et al.
23
       Exhibit 23   IARC Monograph: Arsenic, Metals,   202
24                  Fibres, and Dusts
                    Volume 100 C
25                  A Review of Human Carcinogens
```

Page 6

```
 1           E X H I B I T S
 2        (Attached to transcript)
 3   JENNIFER PERMUTH, Ph.D. DEPOSITION EXHIBITS    PAGE
 4   Exhibit 24  Screening Assessment - Talc    219
             Health Canada
 5           April 2021
 6   Exhibit 25  Article: Association of Powder Use    229
             in the Genital Area With Risk of
 7           Ovarian Cancer
             Katie M. O'Brien, PhD, et al.
 8
     Exhibit 26  Supplemental Online Content    229
 9           Re Article: Association of Powder
             Use in the Genital Area With Risk of
10           Ovarian Cancer
             Katie M. O'Brien, PhD, et al.
11
     Exhibit 27  Article: Comment & Response    238
12           Genital Powder Use and Ovarian
             Cancer
13           Daniel W. Cramer, MD, ScD
14   Exhibit 28  Article: Genital powder use and risk    243
             of uterine cancer:  A pooled
15           analysis of prospective studies
             Katie M. O'Brien, et al.
16
     Exhibit 29  Article: The association of talc use    245
17           and ovarian cancer:  Biased or
             causal
18           Daniel W. Cramer
19   Exhibit 30  Article: Intimate Care Products and    248
             Incidence of Hormone-Related
20           Cancers: A Quantitative Bias
             Analysis
21           Katie M. O'Brien, et al.
22   Exhibit 31  Article: Epidemiologic Methods to    252
             Advance Our Understanding of Ovarian
23           Cancer Risk
             Holly R. Harris, ScD, MPH, et al.
24
25
```

Page 8

```
 1           E X H I B I T S
 2        (Attached to transcript)
 3   JENNIFER PERMUTH, Ph.D. DEPOSITION EXHIBITS    PAGE
 4   Exhibit 40  Article: Causation and Causal    288
             Inference in Epidemiology
 5           Kenneth J. Rothman, DrPH, et al.
 6   Exhibit 41  Article: Talc and ovarian cancer    296
             Steven A. Narod
 7
     Exhibit 42  Article: Key Characteristics of    304
 8           Carcinogens as a Basis for
             Organizing Data on Mechanisms of
 9           Carcinogenesis
             Martyn T. Smith, et al.
10
     Exhibit 43  Flowchart: Statistical Association    309
11           is Observed Between an Exposure and
             an Outcome
12
     Exhibit 44  Medical Record: MD Anderson Cancer    323
13           Center
             7/23/2019
14           BondurantL-MDAMR-00872 through 876
15   Exhibit 45  Article: Occupational Exposure to    340
             Asbestos and Ovarian Cancer:  A
16           Meta-analysis
             M. Constanza Camargo, et al.
17
     Exhibit 46  Article: Asbestos and ovarian    343
18           cancer: Examining the historical
             evidence
19           Brian Slomovitz, et al.
20   Exhibit 47  Article: Occupational asbestos    347
             exposure and ovarian cancer: Updated
21           systematic review
             F. Turati, et al.
22
     Exhibit 48  Article: Asbestos Exposure and    349
23           Ovarian Cancer: A Meta-analysis
             Seo Young Kim, et al.
24
25
```

Page 7

```
 1           E X H I B I T S
 2        (Attached to transcript)
 3   JENNIFER PERMUTH, Ph.D. DEPOSITION EXHIBITS    PAGE
 4   Exhibit 32  Press Release: Study Finds    255
             Association Between Genital Talc Use
 5           and Increased Risk of Ovarian Cancer
             American Society of Clinical
 6           Oncologists
 7   Exhibit 33  Article: Factors Related to    256
             Inflammation of the Ovarian
 8           Epithelium and Risk of Ovarian
             Cancer
 9           Roberta B. Ness, et al.
10   Exhibit 34  Article: High pre-diagnosis    261
             inflammation-related risk score
11           associated with decreased ovarian
             cancer survival
12           Katharine A. Brieger, et al.
13   Exhibit 35  Article: The Role of Inflammation    264
             and Inflammatory Mediators in the
14           Development, Progression,
             Metastasis, and Chemoresistance of
15           Epithelial Ovarian Cancer
             Sudha S. Savant, et al.
16
     Exhibit 36  Article: Etiopathogenesis of ovarian    269
17           cancer, An inflamm-aging entity?
             Manuel Sanchez-Prieto, et al.
18
     Exhibit 37  Table 1.  Selected Characteristics    276
19           of Individual Studies that Evaluated
             the Talc-Ovarian Cancer Association
20
     Exhibit 38  Article: Retire statistical    278
21           significance
             Valentin Amrhein, et al.
22
     Exhibit 39  Article: Six Persistent Research    282
23           Misconceptions
             Kenneth J. Rothman, DrPH
24
25
```

Page 9

```
 1           E X H I B I T S
 2        (Attached to transcript)
 3   JENNIFER PERMUTH, Ph.D. DEPOSITION EXHIBITS    PAGE
 4   Exhibit 49  Article: Preventable Exposures    350
             Associated With Human Cancers
 5           Vincent James Cogliano, et al.
 6   Exhibit 50  Asbestos - What is asbestos?    353
             National Cancer Institute
 7           February 4, 2022
 8   Exhibit 51  Asbestos and Cancer Risk    353
             American Cancer Society
 9
     Exhibit 52  ATSDR Case Studies in Environmental    355
10           Medicine Asbestos Toxicity
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com

1           - - -
2       THE COURT REPORTER:  Would you raise your
3  right hand?
4       Do you solemnly swear or affirm the
5  testimony you're about to give will be the truth,
6  the whole truth, and nothing but the truth?
7       THE WITNESS:  I do.
8       THE COURT REPORTER:  Thank you.
9       JENNIFER PERMUTH, Ph.D., called as a witness
10  by the Plaintiffs, having been first duly sworn,
11  testified as follows:
12           DIRECT EXAMINATION
13  BY MS. THOMPSON:
14     Q.  Dr. Permuth, I'm Margaret Thompson and I'll
15  be taking your deposition today on behalf of the
16  plaintiffs.  Is that your understanding?
17     A.  Yes, it is.
18     Q.  And you've been deposed before in this
19  litigation, correct?
20     A.  In the MDL?
21     Q.  In the talcum powder litigation?
22     A.  In talcum, yes.
23     Q.  And you've testified at trial as well in
24  the Mathey case, correct?
25     A.  I have.

1     Q.  And you understand that the purpose is for
2  me to be able to understand the opinions that you
3  anticipate providing at trial, correct?
4     A.  Correct.
5     Q.  And also the basis for those opinions,
6  correct?
7     A.  Yes.
8       MS. THOMPSON:  Susan, let's try to be a
9  little efficient here and mark several exhibits
10  off the bat.
11  (Permuth Exhibit 1 was marked for identification.)
12  BY MS. THOMPSON:
13     Q.  Exhibit Number 1 will be your expert report.
14       MS. THOMPSON:  Do you have a copy of that,
15  Scott?  And would you like one?
16       MR. JAMES:  Yes, thank you.
17  (Permuth Exhibit 2 was marked for identification.)
18  BY MS. THOMPSON:
19     Q.  Exhibit 2, if you want to have these in
20  front of you, Dr. Permuth, is your CV.  Is this your
21  current CV?
22     A.  Yes.
23       MS. THOMPSON:  Are you okay with me just
24  throwing those across the table, Scott?
25       MR. JAMES:  Yes, that's fine.  Thank you.

1  BY MS. THOMPSON:
2     Q.  And what we call a reliance list or
3  materials considered are part of your report,
4  correct?
5     A.  Yes.
6     Q.  And the citations that you provide in the
7  body of the report are part of that materials
8  considered list, correct?
9     A.  Yes.
10     Q.  Am I correct to say that not everything in
11  the 600 or so list of references is included in the
12  body of the report; is that right?
13     A.  I would say between the body of the report
14  and extra materials on the reliance lists, that
15  encompasses the great corpus of what I've looked at.
16     Q.  Okay.  Did you review any Johnson & Johnson
17  documents in this case?
18     Q.  What do you mean by Johnson & Johnson --
19     Q.  Internal company documents?
20     A.  That would not have been something I would
21  have requested.
22     Q.  Okay.  And you were not provided any
23  internal company documents?
24     A.  No.
25     Q.  Did you review any plaintiff expert reports

1  in this case?
2     A.  I did.
3     Q.  And where would I find the list of those?
4     A.  That would be on my reliance materials.
5     Q.  On the supplemental, the additional
6  reliance?
7       MR. JAMES:  I think there are some of the
8  plaintiff expert reports in the 600 or so
9  references, when Dr. Permuth gets into the
10  section where she talks about the plaintiff
11  expert reports.  And also, Margaret, I need to
12  give you-all a supplemental MCL this morning that
13  has the May 28th updates from your eppies, and
14  I'll get that printed right now.
15       MS. THOMPSON:  Okay.
16       MR. JAMES:  I do think there are references
17  to, for example -- if she has the section in her
18  report where she talks about some of the
19  plaintiff expert reports, McTiernan and Harlow, I
20  think those are cited in there.
21       MS. THOMPSON:  Let's check.  I'm not sure
22  about that.
23     A.  They are.
24     Q.  I know you do refer to them in your report,
25  but I also don't know whether there are any

Page 14

1 additional expert reports that you reviewed.
2   A.  Yeah.  After my report was submitted, there
3 were a few plaintiff witness reports that I looked
4 at that are on the supplemental list which Mr. James
5 will be printing.
6     MR. JAMES:  Yes.
7   Q.  Because I believe the supplemental list of
8 materials considered that we received was related to
9 the individual cases, the case-specific materials
10 considered.  Is that right?
11   A.  Yes.
12     MS. THOMPSON:  So I will mark that as
13 Exhibit 3.
14 (Permuth Exhibit 3 was marked for identification.)
15 (Permuth Exhibit 4 was marked for identification.)
16 BY MS. THOMPSON:
17   Q.  Exhibit 4 is notice of the deposition.  Have
18 you seen this document?
19   A.  Yes.
20   Q.  Did you bring anything with you today that
21 was responsive to the materials that we requested
22 that you provide?
23   A.  Did I personally bring anything?
24   Q.  Correct.
25   A.  I believe our team has supplied anything

Page 15

1 that was pertinent.
2     MS. THOMPSON:  Scott, do you have anything
3 other than what was provided to us, including the
4 supplemental reliance and invoices and
5 objections?
6     MR. JAMES:  No, but I am going to print off
7 for you a new supplemental materials considered
8 list in the next 30 minutes that's going to
9 itemize that we did provide her the May 28th
10 plaintiff expert reports, Saed 2024 and May 28th
11 expert reports for three defense experts, and
12 I'll have that to you within 15 minutes.
13     MS. THOMPSON:  Okay.  But you missed the
14 three-day deadline on that, right?  Close enough.
15 BY MS. THOMPSON:
16   Q.  We'll mark Exhibit 5 as your prior
17 testimony.
18   A.  Thank you.
19 (Permuth Exhibit 5 was marked for identification.)
20 BY MS. THOMPSON:
21   Q.  Is that up-to-date?
22   A.  It is.
23   Q.  Have you, to your knowledge, been disclosed
24 in any other talcum powder cases other than the MDL
25 and possibly New Jersey State court?

Page 16

1   A.  The ones that I know I've been disclosed in
2 are on this list.
3   Q.  Okay.  You've not been disclosed in any
4 cases in Philadelphia that you're aware of?
5   A.  I'm not aware of them.
6   Q.  And you submitted -- we'll mark Exhibit 6
7 the invoices that you submitted.
8 (Permuth Exhibit 6 was marked for identification.)
9     THE WITNESS:  Thank you.
10 BY MS. THOMPSON:
11   Q.  Is that an accurate record of the invoices
12 that you've submitted to Shook Hardy?
13   A.  If this is what was supplied, then it should
14 be accurate --
15     MR. JAMES:  Did you mark --
16   A.  -- and it dates back several years.
17     MR. JAMES:  Did you mark those, Margaret?
18     MS. THOMPSON:  Yes, I marked them together
19 as Exhibit 6.
20     MR. JAMES:  Thank you.
21 BY MS. THOMPSON:
22   Q.  And when were you first contacted by
23 attorneys representing Johnson & Johnson as a
24 potential expert witness in this case?
25   A.  I believe it was around 2017 and 2018.

Page 17

1   Q.  And who contacted you?
2   A.  Counsel from another firm, Nutter -- I'm
3 blanking on the name.
4     MR. JAMES:  Just as best as you can recall.
5   A.  Okay.  So one firm, and then I spoke with
6 counsel at Shook Hardy probably in 2018.
7   Q.  And what were you asked to do at that time?
8   A.  At that time I was asked about probably my
9 opinions on the talc, you know, litigation.
10   Q.  And did you give those opinions to the
11 lawyer that contacted you?
12   A.  Yes.
13   Q.  What was the name of the attorney that
14 contacted you initially?
15   A.  Initially, it was Brian, I'm blanking on his
16 last name, and then Dawn Curry was another attorney
17 that I initially spoke with.
18   Q.  And the invoices that you provided today
19 begin in 2021 and go through March 24th of 2024,
20 correct?
21   A.  Uh-huh.
22   Q.  How much did you bill between 2017 and
23 2018 -- and let me start over.
24     How much did you bill between when you were
25 first contacted in 2017 or '18 and the date of this

5 (Pages 14 - 17)

Page 18

1  invoice on October -- in October of 2021?
2     A.  I'm not sure.  I don't have those numbers.
3     Q.  Approximately?
4        MR. JAMES:  Just object to the form.
5     A.  I don't have a number to give you.
6     Q.  Can you testify as to how much money you
7  were paid between when you were first contacted and
8  October of 2021?
9        MR. JAMES:  Just object to the form, please.
10     A.  I would have to calculate that, and I
11  believe you should have most invoices pertinent to
12  the MDL.  Right?  That's what we're looking at here.
13     Q.  I think we're also entitled to the total
14  amount that you've billed working on the talcum
15  powder litigation for Johnson & Johnson.
16        MS. THOMPSON:  So if we -- we will request
17  those.
18        MR. JAMES:  Okay.  I think we have
19  objections on file as to that.  I know it's been
20  discussed at prior depositions both sides.  We
21  believe that you're entitled to the invoices for
22  the MDL and that's what we've produced, and we'll
23  stand on our objections in further
24  meet-and-confers between the parties on that
25  topic.

Page 19

1  BY MS. THOMPSON:
2     Q.  Is this the extent of the work that you've
3  done on behalf of the MDL prior to October?
4     A.  Prior to October --
5     Q.  October 8th, 2021.
6     A.  So anything related to the MDL that I've
7  billed for, my understanding is you have those
8  invoices.
9     Q.  So the report that you submitted was based
10  on a previous report, correct?
11        MR. JAMES:  Just object to the form.
12     A.  Yes.  I've updated my report through time as
13  new studies came out.
14     Q.  So none of the work that you did on the
15  previous report that was updated here has been
16  billed to the MDL, correct?
17        MR. JAMES:  Just object to the form, please.
18     A.  I don't recall.  We're talking many years
19  ago.
20     Q.  Okay.  And you don't recall how many hours
21  total that has been, whether it's MDL or any other
22  case?
23        MR. JAMES:  Just objection; asked and
24  answered.
25     A.  I'm not sure.

Page 20

1     Q.  And what about the time since May 27th,
2  2024?
3     A.  I have not added up those hours yet.
4     Q.  But there have been additional hours since
5  May 24th?
6     A.  There have been in preparation for today.
7     Q.  And what did you do to prepare for your
8  deposition today?
9     A.  Many things.  I have been through my report
10  multiple times.  I have looked at medical records of
11  the plaintiffs.  I basically did things as if, you
12  know, I was a genetic counselor and assessed
13  histories of some of the plaintiffs.  I've looked at
14  lots of new literature.  I've also reviewed
15  transcripts.
16     Q.  And has that been done since May 27th?
17     A.  Yes.
18     Q.  Can you estimate how many hours you have
19  spent since May 27th preparing for the deposition?
20     A.  I can't at this moment.  I'm not sure.
21        MR. JAMES:  Margaret, can I interrupt you
22  and give you our supplemental MCL?  I promised
23  you 15 minutes.  Here you go.
24        While you're looking, I did look at the
25  report and there are references to plaintiff

Page 21

1  expert reports.
2        MS. THOMPSON:  We found them as well.  Thank
3  you.
4  BY MS. THOMPSON:
5     Q.  Dr. Permuth, if you reviewed the amended
6  expert reports, may I assume that you also reviewed
7  the original expert reports on each of these
8  experts?
9     A.  Yes.
10        MS. THOMPSON:  Let's go ahead and mark this
11  as Exhibit 7.  This is Supplemental Materials
12  Considered for MDL.
13  (Permuth Exhibit 7 was marked for identification.)
14        THE WITNESS:  Thank you.
15  BY MS. THOMPSON:
16     Q.  As part of the materials that we received in
17  the last few days, there is an e-mail exchange
18  between you and Dr. Kathryn Terry, correct?
19     A.  Yes.
20        MS. THOMPSON:  Exhibit 8 will be that e-mail
21  exchange.
22  (Permuth Exhibit 8 was marked for identification.)
23  BY MS. THOMPSON:
24     Q.  And this is dated October 5th of 2021,
25  correct?

6 (Pages 18 - 21)

Page 22

1    A.  Yes.
2    Q.  And that was after you were -- after you had
3  begun work for Johnson & Johnson as an expert,
4  correct?
5    A.  Yes.
6    Q.  Can you tell me what the substance of the
7  e-mail exchange and phone call was at that time with
8  Dr. Terry?
9    A.  Yes, and, you know, it is several years
10  later, but as I think about it, it related to some
11  of the data she reported on in her pooled analysis
12  in comparison to a paper that came out several years
13  later by her mentor, Dr. Cramer.
14    Q.  And what were those questions you had for
15  Dr. Terry?
16    A.  They related to the sample size of clear
17  cell ovarian cancer cases, and I do comment on this
18  in my report.
19    Q.  And only clear cell, you did not discuss any
20  of Dr. Terry's other findings?
21    A.  Yeah.  There was a discrepancy with clear
22  cell cases.
23    Q.  Do you respect Dr. Terry as a researcher and
24  scientist?
25    A.  I do.

Page 23

1    Q.  But you disagree with her conclusions from
2  her paper?
3    A.  I disagree with the interpretation and the
4  fundamental science.
5    Q.  Would you say her paper is flawed?
6    A.  Some of the interpretation.
7    Q.  Would you say her paper is unreliable?
8    MR. JAMES:  Objection to the form, please.
9    A.  I would more say some of the data in the
10  paper is unreliable.
11    Q.  Okay.  Let's look at your expert report.
12  Did you write the report yourself?
13    A.  I did.
14    Q.  Every word?
15    A.  Yes.
16    Q.  And tell me the process that you used as you
17  were writing your report?
18    A.  Well, a lot of it began with a PubMed search
19  identifying key terms pertinent to this litigation,
20  such as talcum powder, ovarian cancer, epidemiology,
21  case-control, cohort, and I systematically reviewed
22  the literature, and then, as I reviewed it, I would
23  be writing about the findings of various studies.
24    Q.  And was the report, would you call it a live
25  document, you used word processing and added and

Page 24

1  deleted?
2    A.  Absolutely.
3    Q.  But the words are all yours?
4    A.  Yes.
5    Q.  Do you consider your report unbiased?
6    A.  Yes.
7    Q.  On Page 4 of your report you discuss your
8  career as a genetic counselor.
9    A.  Yes.
10    Q.  Middle of the first paragraph, stating that:
11  I personally counseled and educated hundreds of
12  women newly diagnosed with ovarian cancer and
13  related cancers, primarily peritoneal and fallopian
14  tube cancers, about possible causes of their
15  disease, along with implications for their family
16  members.
17    Did you discuss any possible causes of their
18  disease other than relating to genetic or family
19  history?
20    A.  Yes.
21    Q.  Do you believe there are other causes of
22  ovarian cancer besides genetic and family history?
23    A.  Yes, and I discuss them in my report.
24    Q.  So do you consider a risk factor with
25  adequate evidence as a cause?

Page 25

1    MR. JAMES:  Just object to the form, please.
2    A.  I think risk factors do contribute to the
3  cause and of risk factors that are concerning,
4  genetic and familial factors pose some of the
5  greatest risks.
6    Q.  So let me hone in on that opinion a little
7  bit.  So would you call those risk factors that
8  contribute to the cause contributing causes?
9    MR. JAMES:  Just objection to that form,
10  please.
11    A.  I think they can contribute to causality,
12  yes.
13    Q.  And what are the risk factors that you
14  believe contribute to cause besides genetic and
15  family history?
16    MR. JAMES:  Objection to the form.
17    A.  I think there is a host of reproductive
18  factors that I discuss throughout the report,
19  including, like, if someone is -- if a woman is
20  nulliparous, so never had children, I think
21  reproductive history and lifetime ovulatory cycles
22  play a role, the increased length of those cycles
23  over a woman's lifetime the greater the risk of
24  ovarian cancer.
25    Do you want me to keep going?

7 (Pages 22 - 25)

Page 26

1  Q. Yes.
2  A. And I do have a Table 6 that goes over all
3  of these and I've broken it down in terms of
4  established and then --
5  Q. You have. That's in the context of --
6  A. That's in Exhibit 1.
7  Q. That's in the context of risk factors.
8  A. Yes.
9  Q. I'm asking which ones do you -- is it your
10  opinion contribute to cause. And we have family
11  history and genetics, nulliparity, and lifetime
12  ovulatory cycles. What others?
13     MR. JAMES: Just objection to the form,
14  please.
15     MS. THOMPSON: What's your objection, Scott,
16  so I can correct it, if I can?
17     MR. JAMES: I think that she's articulated
18  some additional terminology that you didn't just
19  restate, but beyond that, my objection is to the
20  form.
21  Q. I think I used your exact words. Contribute
22  to cause, right?
23     MR. JAMES: My objection was to your
24  listing, but next question.
25     MS. THOMPSON: All right.

Page 27

1  A. Unopposed estrogen therapy is one that I've
2  listed as an established risk factor.
3  Q. Is that premenopausal as well as
4  postmenopausal estrogen therapy?
5  A. I've seen studies in both areas that support
6  unopposed estrogen as a risk factor.
7  Q. And unopposed estrogen, in your opinion,
8  contributes to cause?
9  A. It may contribute to ovarian cancer
10  development.
11  Q. Contributes to cause?
12     MR. JAMES: Just objection to the form;
13  asked and answered.
14  A. Yeah, I believe I've articulated how I feel
15  about that.
16  Q. Well, you can answer again. Does unopposed
17  estrogen contribute to cause?
18     MR. JAMES: Objection; asked and answered,
19  and form.
20  A. Yeah, I believe it contributes to ovarian
21  cancer development.
22  Q. Okay. So that's a little bit different from
23  the others that you've mentioned, contributes to
24  ovarian cancer development?
25     MR. JAMES: Just objection to the --

Page 28

1  objection to the form and the statement, I
2  suppose.
3  Q. Is ovarian cancer development equivalent to
4  carcinogenesis?
5     MR. JAMES: Objection to the form.
6  A. It's about a process, a multistep process,
7  and the factors that I've been talking about do
8  contribute to that malignant transformation, that
9  process of cancer development.
10  Q. And that is the process of carcinogenesis,
11  correct?
12     MR. JAMES: Just objection to the form.
13  A. One could state it that way.
14  Q. Any others?
15  A. I talk a little bit about, I don't know,
16  obesity is one factor but, you know, studies really
17  looking at adolescent obesity are more compelling
18  than later in life.
19  Q. Is it your opinion that obesity can
20  contribute to the cause of ovarian cancer?
21     MR. JAMES: Objection to the form, please.
22  A. Mechanistically we know that obesity
23  and adiposity in tissues can contribute to
24  carcinogenesis of the ovaries and other cancer
25  types. And if I may, you know, I'd love -- if we're

Page 29

1  talking risk factors, I could go to my -- I'd like
2  to go to my Table 6 and --
3  Q. Sure.
4  A. -- could do that, if it's in the back. I
5  don't know if it's printed out.
6     MR. JAMES: Margaret, is it okay if I share
7  a copy of her report in a binder so it's easier
8  for her to flip through?
9     MS. THOMPSON: That's fine.
10     MS. O'DELL: Is there anything else in the
11  notebook?
12     MR. JAMES: Just the attachments that she's
13  marked.
14  A. So we talked about family history, we've
15  talked about obesity, we talked about estrogen and
16  hormone replacement therapy. Endometriosis is
17  another risk factor, especially for the endometrioid
18  and clear cell subtypes of ovarian cancer.
19  Q. Okay. And would you consider endometriosis
20  a contributing cause of ovarian cancer?
21  A. Contributes to ovarian cancer development.
22  Q. And you used development different from
23  cause. Why is that?
24     MR. JAMES: Objection to form.
25  A. In epidemiology, there are -- you know, when

8 (Pages 26 - 29)

Page 30

1  we say the word "cause," and we'll talk about that
2  today, I'm sure, there is a lot of factors that we
3  think about in terms of causality, and when I'm
4  talking about these established or probable risk
5  factors, I do believe they are on the pathway to
6  causation.
7      Q.   And do you -- you mentioned that you have
8  mechanistic evidence of obesity in ovarian cancer,
9  correct?
10     A.   There is mechanistic data to support a link
11 between obesity and ovarian cancer risks.
12     Q.   And you have mechanistic data to support
13 endometriosis in the development of ovarian cancer?
14     A.   I don't know how much I cite any of that but
15 endometriosis definitely has a tendency to develop
16 into endometrioid or clear cell ovarian cancer.
17     Q.   But what is the mechanism, or is the
18 mechanism established?
19     A.   Well, mechanism could relate -- for
20 endometriosis could relate to genetic factors, it
21 could relate to hormonal factors, to name a few.
22     Q.   Inflammatory factors?
23         MR. JAMES:  Objection to form.
24     Q.   Can the development of ovarian cancer from
25 endometriosis relate to inflammatory factors?

Page 31

1          MR. JAMES:  Objection to form.
2      A.   That wouldn't be one of the main things I
3  would think about.
4      Q.   And if there is a great deal of literature
5  that does state that, you would disagree with it?
6          MR. JAMES:  Objection to form.
7      A.   I think in the big scheme of things,
8  inflammation is not a main pathway by which ovarian
9  cancer develops.  I think there are other mechanisms
10 that are much more plausible.
11     Q.   You would agree that others have a different
12 opinion on that, correct?
13         MR. JAMES:  Objection to form, please.
14     A.   Others may have different opinions.  I'm
15 relying on the science and what I've seen and
16 nothing being compelling to support inflammation as
17 a cause of ovarian cancer, using the terms that
18 you've been providing.
19     Q.   What literature are you relying on for your
20 opinion that inflammation does not play a role in
21 ovarian carcinogenesis?
22     A.   I think we can look at several lines of
23 data.  One of them that I think of a lot is, you
24 know, if inflammation really was a main contributor
25 to ovarian carcinogenesis, we would expect that

Page 32

1  nonsteroidal anti-inflammatory drugs would play a
2  profound role consistently in increasing ovarian
3  cancer risk if they were used.  We see that the data
4  on that is quite inconclusive.
5      Q.   I'm looking for an article or a study that
6  states that inflammation does not play a role in
7  carcinogenesis of ovarian cancer.
8          MR. JAMES:  Just object to form.
9      Q.   Can you name one?
10     A.   I'd have to look through my report.  I've
11 cited several studies that would not support the
12 hypothesis, and we can go through those.  I just
13 have to find them.
14     Q.   Okay.  Let me ask you the question again.
15 Listen to my question.  I'm looking for an article
16 or a study that states that inflammation does not
17 play a role in the development of ovarian cancer.
18         MR. JAMES:  Just objection to the form.
19     A.   I think, you know, one of the words you
20 brought up earlier was unbiased.  I think a lot of
21 literature that I've cited takes a really unbiased
22 look at the science and would probably say -- not
23 come out and say inflammation does not cause ovarian
24 cancer.  The conclusions will likely state it's
25 unlikely to cause ovarian cancer.

Page 33

1      Q.   Can you show me that article or literature
2  that says it's unlikely to cause ovarian cancer?
3      A.   I'd be happy --
4          MR. JAMES:  Just objection to the form.
5      A.   Yeah, I can find some studies, and I don't
6  know if we'd have the articles to support them, but
7  I can go to where I discuss inflammation and find
8  some studies that would suggest that inflammation is
9  not a key mechanism by which ovarian cancer
10 develops.
11     Q.   Okay.  Go ahead and find those for me.
12     A.   These days it's easier with a word search
13 function but I'll do my best.
14     Q.   Did you research inflammation does --
15         MR. JAMES:  Hold on.  She's looking through
16 her report as you asked her to do.
17         MS. THOMPSON:  Okay.  I'll wait.
18     A.   It's going to take me a little time since I
19 don't have a word search function.
20         MR. JAMES:  Just take your time.  She's
21 asked q very vague question.
22         MS. THOMPSON:  Let's go off the record.
23         MR. JAMES:  Excuse me?
24         MS. THOMPSON:  Let's go off the record.
25         MR. JAMES:  Why are we going off the record?

9 (Pages 30 - 33)

Page 34

1    MS. THOMPSON:  If it's going to take her a
2    long time to search.
3         MR. JAMES:  She's responding to your very
4    vague question, so she's going to look through
5    her report on the record and that's what we're
6    going to do.
7         MS. THOMPSON:  I object to my question being
8    vague.  It was very specific.
9         MR. JAMES:  You're asking her to find a
10   study --
11        MS. THOMPSON:  Any study.
12        MR. JAMES:  -- that says something
13   specifically that you say.
14        MS. THOMPSON:  That supports her opinion
15   that she just provided.
16        MR. JAMES:  Got it.
17   A.   Okay.  So, as an example, and there's going
18   to be numerous, depends how long you want me to
19   take, but I -- let me get the article that I'm
20   citing and then I can give more information.
21        So I'm citing Reference 653.  It's an
22   article by Malmburg and colleagues, and it is a
23   study that potentially showed no correlation between
24   serous carcinoma and signs of chronic tubal injury
25   or inflammation, so this would be one that basically

Page 35

1    would showcase how inflammation is not a pathway or
2    mechanism by which ovarian cancer would be -- would
3    be developing.
4    Q.   Does the Malmburg study state that
5    inflammation does not play a role in the
6    pathogenesis of ovarian cancer?
7         MR. JAMES:  Just objection to form.  She
8    doesn't have the paper in front of her.
9    A.   I believe the conclusions would suggest that
10   but I don't have the paper in front of me, but the
11   data at hand would go against the inflammation
12   hypothesis.
13   Q.   Okay.
14   A.   Secondly, Poole and colleagues, she has
15   published on the Nurses' Health Study and was part
16   of that group a lot, Reference 654.  They measure
17   various inflammatory factors or markers in the blood
18   and their relationship to ovarian cancer
19   development.  They basically -- let's see what they
20   did.
21        They basically try to show that markers of
22   inflammation contribute to ovarian cancer but there
23   was nothing convincing on that to support that
24   mechanism.
25   Q.   So not convincing but that study doesn't

Page 36

1    state that inflammation does not play a role in the
2    development of ovarian cancer, does it?
3         MR. JAMES:  Just objection to the form.  She
4    doesn't have the study.
5    A.   I don't have the paper in front of me but
6    they --
7    Q.   I'm asking do you know if that paper states
8    that inflammation does not play a role in the
9    development of ovarian cancer?
10   A.   I don't have the paper in front of me.
11   Q.   So you don't know.  Is there a study that
12   you know of that states that inflammation does not
13   play a role in ovarian cancer?
14        MR. JAMES:  Just objection to the form;
15   asked and answered.  And you are asking if she
16   knows of a paper that has those exact words, is
17   that the question?
18        MS. THOMPSON:  No, I'm not asking for those
19   exact words.
20   Q.   I'm asking for something -- if you have
21   something similar, that will do just fine.
22        MR. JAMES:  Objection; asked and answered,
23   and already provided.
24   Q.   All right.  Let's move on then.
25        Did you search "inflammation causes ovarian

Page 37

1    cancer" when you did your searches?
2         MR. JAMES:  Just objection to form.
3    A.   I wouldn't have put "inflammation causes
4    ovarian cancer" as my search terms; inflammation,
5    epidemiology, ovarian cancer.
6    Q.   Did you search "inflammation and ovarian
7    cancer"?
8    A.   At some point I would have, yes, and I've
9    commented on inflammation a bunch of times
10   throughout my report.
11   Q.   And if you did, I believe you would have
12   seen several hundred articles regarding inflammation
13   and ovarian cancer.  Would you not believe me on
14   that?
15        MR. JAMES:  Objection to the form of that
16   question, if there was a question.
17   A.   I don't know if it's belief.  I don't know
18   how many articles have been on that but sitting here
19   today, there is nothing compelling that I have come
20   across that showcases how inflammation causes
21   ovarian cancer, nothing --
22   Q.   Give -- sorry.
23   A.   Nothing to support that.
24   Q.   Give me your definition of compelling.
25   A.   Compelling would be -- I don't know, I would

10 (Pages 34 - 37)

Page 38

1  consider some of the Hill criteria, like is this
2  biologically plausible here, is this coherent with
3  what we know about ovarian carcinogenesis, does it
4  make sense that if we could have something like
5  NSAIDs, which are supposed to be anti-inflammatory
6  in nature, and if we use those, would we see a lower
7  ovarian cancer risk.
8       We're not seeing that consistently, so we're
9  not seeing plausibility that would suggest something
10  compelling to me.
11       Are there any great animal mouse models or
12  in vitro studies that suggest inflammation causes
13  ovarian cancer?  No.  Compelling would be multiple
14  types of data coming together showcasing support or,
15  you know, a refute of a hypothesis, and I have not
16  seen anything strong or compelling to support
17  inflammation as a cause of ovarian cancer.
18       Q.  What have you seen that refutes inflammation
19  as a cause of ovarian cancer besides NSAID data?
20       MR. JAMES:  Well, besides objection; asked
21  and answered.
22       A.  If we think about other conditions or other
23  factors, I mentioned pelvic inflammatory disease.
24  Most of what we see there relates to more benign
25  ovarian tumors rather than malignant.

Page 39

1       Q.  Have you seen animal studies that refute
2  inflammation --
3       MR. JAMES:  Objection to form.
4       Q.  -- as playing a role in ovarian cancer?
5       MR. JAMES:  Sorry.  Objection to form.
6       A.  I would have to look through my report to
7  comment better on that but nothing --
8       Q.  Nothing --
9       A.  -- has certainly supported information.
10       Q.  That wasn't my question, though.  Have you
11  seen anything that refutes inflammation playing a
12  role in ovarian cancer?
13       MR. JAMES:  Objection; asked and answered,
14  and objection to form.
15       A.  I would say I have identified articles that
16  would support refuting the hypothesis.
17       Q.  I'll go with that.  Have you seen in vitro
18  studies that refute inflammation playing a role in
19  ovarian carcinogenesis?
20       A.  I would again say that I have seen studies
21  that would support inflammation not playing a role
22  in ovarian carcinogenesis, and those that do try to
23  showcase inflammation possibly plays a role in
24  ovarian carcinogenesis are methodologically flawed.
25       Q.  So that's the Dr. Permuth interpretation of

Page 40

1  the studies?
2       MR. JAMES:  Objection; form.
3       A.  I would say it's a Dr. Permuth
4  interpretation of the science as well as others in
5  the scientific community, which I comment on in the
6  report.
7       Q.  You do, but you're not saying that any of
8  these in vitro and animal studies that you say
9  support refuting inflammation as playing a role,
10  none of those papers themselves said that their
11  paper was flawed, correct?
12       MR. JAMES:  Objection; form.
13       A.  Said that whose paper is flawed?  I'm not
14  following the question.
15       Q.  The authors, did any of the authors say
16  their paper is flawed and, therefore, their study
17  showing inflammation doesn't support inflammation?
18       MR. JAMES:  Just objection to form, please.
19       A.  I'm not following the question.
20       Q.  Okay.  We'll move on.
21       On Page 5, the last sentence reads, and this
22  is underlined, it's the only portion of your report
23  that's underlined, so I am going to ask you if I can
24  assume that this is your primary opinion for the
25  report, and it reads:  Based on the totality of

Page 41

1  available evidence, it is my opinion to a reasonable
2  degree of scientific certainty that the plaintiffs'
3  experts' hypotheses as to causation are flawed.
4  Reliable and robust scientific evidence is lacking
5  to support the contention that talc causes ovarian
6  cancer.
7       Is that the umbrella opinion for your
8  report?
9       A.  That is my opinion.
10       Q.  And you understood my question?
11       A.  Yes.
12       Q.  And I believe I've asked you about -- maybe
13  I haven't.
14       What does robust mean to you?
15       A.  That one can trust the validity of the
16  science, how true the findings are to reality.
17       Q.  Okay.  And when you say lacking, are you
18  saying there is none or you're --
19       MR. JAMES:  Sorry.  Go ahead.
20       Q.  No, go.  I can stop there.
21       MR. JAMES:  I'll just do objection to form.
22  Thank you.
23       A.  I don't feel there is data to support talc
24  causing ovarian cancer.
25       Q.  Okay.  None?

11 (Pages 38 - 41)

Page 42

1    MR. JAMES:  Same objection.
2    A.  No.  I feel strongly nothing is convincing.
3    Q.  Okay.  Did you look at any evidence that
4  talcum powder contains asbestos?
5    A.  What I looked at was the epi literature.  So
6  are you talking about company documents or what are
7  you referring to?
8    Q.  Literature, company documents, FDA.  Did you
9  review any documents that addressed whether or not
10  talcum powder contains asbestos?
11    A.  What I looked at is the bulk of the epi
12  literature, which considered talc as a substance or
13  as a whole.
14    Q.  And would your opinions change in any way if
15  you're convincingly shown that talcum powder
16  contains asbestos?
17    MR. JAMES:  Just objection to the form,
18    please.
19    A.  Again, I'd be looking at study design and
20  findings and considering that agent, whatever the
21  woman used as a whole.
22    Q.  So it doesn't matter to your opinions if
23  talcum powder contains asbestos?
24    MR. JAMES:  Just objection to the form.
25    A.  It's not that it doesn't matter.  It would

Page 43

1  be that I would consider the substance as a whole.
2    Q.  It would not modify your opinions, is that
3  what you're saying?
4    MR. JAMES:  Just objection to form.
5    A.  My opinions would not be changing based on
6  the bulk of data that I've looked at over the years.
7    Q.  Okay.  On.
8    Page 9, Family History and Genetic
9  Predisposition, you state that:  The strongest risk
10  factor for ovarian cancer is having a family history
11  of or genetic predisposition to ovarian cancer or
12  breast cancer.
13    What do you consider a family history that
14  would be significant for an increased risk of
15  ovarian cancer?
16    A.  So typically, as a genetic counselor, we
17  would take pedigrees or family histories where we
18  draw them out, both sides of the family, maternal
19  and paternal.  We'd consider first-degree relatives,
20  which include parents, siblings, children;
21  second-degree relatives, which constitutes, aunts,
22  uncles, nieces; third-degree relatives, which
23  includes cousins, and sometimes we even go furthers.
24    The closer the degree in relationship, the
25  more the concern.

Page 44

1    Q.  And I agree that a genetic counselor would
2  go out to a third-degree relative.  Do you believe a
3  third-degree relative with breast, ovarian or colon
4  cancer increases a woman's risk for ovarian cancer?
5    A.  It could.
6    Q.  Does it?
7    MR. JAMES:  Objection; asked and answered.
8    A.  I think it can.  Is it as strong as someone
9  closer in degree of relationship?  Possibly not.
10  However, one must understand and look at the
11  composition of the family.  If this is something
12  that is paternal in origin, we wouldn't expect one's
13  father to have ovarian cancer.  Right?  So we'd have
14  to look further in the family tree, and if there is
15  a family full of men and all we have is that great
16  aunt with ovarian cancer, then we need to consider
17  that.
18    Q.  Can you say to a reasonable degree of
19  medical certainty that a third-degree relative
20  increases a woman's risk of ovarian cancer?
21    MR. JAMES:  Just objection to form.
22    A.  I would say we would need to look at the
23  family history as a whole.  In general, the more
24  distant a relative, it's not as high of a risk.
25    Q.  I'm going to ask my question again.

Page 45

1    Can you say that a third-degree relative
2  increases the risk of ovarian cancer for that woman,
3  to a reasonable degree of medical certainty?
4    MR. JAMES:  Sorry.  Just objection to form
5    and objection; asked and answered.
6  BY MS. THOMPSON:
7    Q.  Let me get that.  I think you answered it's
8  not as strong.  What does not as strong mean?
9    A.  There is data to suggest the closer the
10  relationship, the higher the risk.  So if I've got a
11  first-degree relative with ovarian cancer, my risk
12  is likely higher than someone who has a
13  second-degree relative or higher than someone who
14  has a third-degree relative.  However, as I tried to
15  give you context, it matters what the whole family
16  tree looks like and the composition of it,
17  especially if something is paternal in origin.
18    So it depends.  If I have a BRCA positive
19  family and I've got a third-degree relative with
20  ovarian cancer, I'm concerned about it.  So it
21  depends.  I wish I could give you a straightforward
22  answer, but as a genetics professional, I have to
23  consider the whole picture.
24    Q.  I appreciate that you consider the whole
25  picture.  Now, the article that you cited, in 1994,

12 (Pages 42 - 45)

Page 46

1  did not have any genetic testing in it, correct?
2    A.  I'd have to pull the article and look at it.
3    Q.  1994 might have genetic testing?
4      MR. JAMES:  Objection to form.
5    Q.  On the study group?
6    A.  I'd have to look at the article.
7    Q.  When did genetic testing -- when did BRCA
8  testing come into use?
9    A.  I'm trying to think of Mary-Claire King
10  found or came up with the gene.  You know, a lot of
11  this -- there were family segregation studies before
12  that time, when BRCA1 and 2 were cloned, so I'd have
13  to look.  Yes, it's very likely there wouldn't be
14  BRCA1 or 2 results from 1994.
15    Q.  Okay.  Thank you.  I thought you should --
16  would know that as a genetic counselor.
17      MR. JAMES:  Objection to that weird
18    editorial, and unprofessional editorial.
19      MS. O'DELL:  It was not unprofessional.
20      MS. THOMPSON:  It wasn't meant --
21      MR. JAMES:  Disagree.
22  BY MS. THOMPSON:
23    Q.  It's wasn't meant to be unprofessional and I
24  hope you didn't take it that way.
25    A.  I did, but that's okay.  We'll move forward.

Page 47

1    Q.  And you weren't an epidemiologist in 1994,
2  correct?
3    A.  I was going to be -- I'm trying to think.
4  '94?  At that point I was not officially a student
5  in that field.
6    Q.  And in the Jones article that you cite from
7  2017, genetic testing would have been in place and
8  studied in that article?
9    A.  Yes.
10    Q.  Do you agree?
11    A.  Yes.
12    Q.  And the Jones article states:  The majority
13  of the family ovarian cancer risk is due to
14  inherited genetic factors.
15    A.  May I get what page you're on?
16    Q.  I don't have that with me.
17      MS. O'DELL:  She asked what page.
18    Q.  Oh, of your report?  I'm on Page 9.  BRCA is
19  the stronger predictor of inherited risk, would you
20  disagree with that statement?
21      MR. JAMES:  Objection to form.
22    A.  That BRCA --
23    Q.  Is the strongest predictor of inherited
24  risk?
25    A.  For ovarian cancer?

Page 48

1    Q.  For ovarian cancer, yes.  That's what we're
2  talking about.
3    A.  Yes.
4    Q.  Okay.  And the Wynn paper that you did cite
5  from 1994, that you agree was prior to the
6  introduction of genetic testing, the Nguyen paper
7  states that 7 percent of ovarian cancer patients
8  have a positive family history, and 3 to 9 percent
9  of those may eventually manifest certain hereditary
10  cancer syndromes.
11      Do you agree with that statement from the
12  Nguyen paper?
13      MR. JAMES:  Objection to the form.  Are you
14    reading her report or reading the paper?
15    Q.  I'm reading from the paper.
16    A.  So I don't have the paper in front of me.
17    Q.  Well, you only cited two studies for your
18  opinion that family history and genetic risk were
19  the most important risk factor, two studies.  Do you
20  not know what those studies stated?
21      MR. JAMES:  Objection to the form.
22    Objection to the tone.  Do you have a copy of the
23    study to provide her?
24  BY MR. JAMES:
25    Q.  Do you agree with the statement:

Page 49

1  Approximately 7 percent of ovarian cancer patients
2  have a positive family history and 3 to 9 percent of
3  those may eventually manifest certain hereditary
4  cancer syndromes?
5    A.  I would ask where this is coming from.
6      MR. JAMES:  Objection again.  If you're
7    reading from the paper, I'd like you to give her
8    a copy of the paper.
9      MS. THOMPSON:  I'm just asking her if she
10    agrees with that statement.
11      MR. JAMES:  You're reading from a paper that
12    you haven't shown her.
13    Q.  I'm not reading from the paper because I
14  don't have it, so I'm going to ask if you agree or
15  disagree with that statement.  It's a paper you
16  cited.
17      MR. JAMES:  Objection to the form.
18    Q.  You can't answer it, just say you can't
19  answer it.  That's fine.
20      MR. JAMES:  If you need to see the paper,
21    just tell her you need to see the paper.
22    A.  I'd like to see the paper.
23    Q.  Okay.  So you can't tell me whether you
24  agree with that statement or not?
25      MS. O'DELL:  Object to the form.  Please

13 (Pages 46 - 49)

Page 50

1    don't coach the witness.
2        MR. JAMES:  Right.
3    A.  I believe you mentioned the name Nguyen as
4    the author.
5    Q.  That's the paper you cited.  There are two.
6    Nguyen and Jones, 43 and 44 on your reliance list.
7    A.  If I may, those are two of many articles
8    that are cited throughout this entire section.  If I
9    cited all articles that show that family history and
10   genetics are the strongest risk factors for ovarian
11   cancer, I could fill up a page with citations.  So
12   those are two of the first articles that said that,
13   so that's why there is only two there.
14       In terms of heritable risk, in my report I
15   go through and talk about what proportion of ovarian
16   cancer is likely to be heritable.  I've published on
17   the topic.  I'd have to see the article to comment
18   on what you're talking about there.
19       MS. THOMPSON:  And I'll object to that whole
20   answer as being nonresponsive.
21   Q.  When you make the statement, the first
22   statement in the section, the strongest risk factor
23   for ovarian cancer is having a family history of or
24   genetic predisposition to ovarian cancer or breast
25   cancer, you give two cites for that statement.  Do

Page 51

1    you agree with that?
2    A.  Yes.
3    Q.  Okay.
4        MR. JAMES:  Just objection to the form,
5    please.
6    Q.  On Page 13 you discuss the hypothesis,
7    including the gonadotropin hypothesis, and you state
8    that the gonadotropin hypothesis posits that
9    stimulation -- do you see where I am?
10   A.  I do.
11   Q.  -- of the ovarian surface epithelium by
12   gonadotropins, a luteinizing hormone and
13   follicle-stimulating hormone, promotes an increased
14   ovarian cancer risk by overstimulating the ovarian
15   epithelium, causing increased proliferation and
16   subsequent malignant transformation.
17       Is this mechanism plausible?
18   A.  I believe it is.
19   Q.  And do you know who you cite, the article
20   that you cite for that, 127?  Do you need to look
21   that up?
22   A.  I do.  I mean, this is a report that goes
23   back many years, so I have to remember who I cited.
24       Yeah, so that one is Dr. Cramer from 1983.
25   Q.  And that's the same Dr. Cramer that has

Page 52

1    published widely on talcum powder and ovarian
2    cancer, correct?
3    A.  He has.
4    Q.  Has malignant transformation been
5    demonstrated for this hypothesis?
6        MR. JAMES:  Objection to that form.
7    A.  I would have to comb more in the literature
8    to remind myself about that.
9    Q.  You don't know sitting here today?
10   A.  I can't point out something as clearly as I
11   could for other hypotheses.
12   Q.  And has this hypothesis been proven?
13       MR. JAMES:  Objection to that form, please.
14   A.  I don't know if I'd say proven per se, but
15   there is plausibility for why it makes sense.
16   Q.  And so it would be compelling, in your view?
17       MR. JAMES:  Objection to that form.
18   A.  I didn't say compelling.
19   Q.  Oh, so it would not be compelling, in your
20   view?
21   A.  I would say it's not as high on my list of
22   hypotheses as, say, the incessant ovulation
23   hypothesis.
24   Q.  What is the mechanism?  Describe the
25   mechanism for me that causes that elevated

Page 53

1    gonadotropins that cause increased proliferation and
2    subsequent malignant transformation?
3        MR. JAMES:  Just objection to the form.
4    A.  I'd like to say the first sentence that you
5    already read basically describes how that works, by
6    stimulating the ovarian epithelium with those surges
7    and those hormones.
8    Q.  Do you agree that elevated gonadotropins can
9    be caused by exposure to chemicals or metabolites
10   toxic to follicles?
11       MR. JAMES:  Objection to the form, please.
12   A.  Again, I'd have to look more closely at that
13   literature.
14   Q.  Okay.  But you will agree that Dr. Cramer's
15   study of 19 -- in 1983 that you cite regarding the
16   gonadotropin hypothesis was not litigation driven,
17   correct?
18       MR. JAMES:  Objection to form.
19   A.  It would precede all the litigation, so I
20   don't believe it was litigation driven.
21   Q.  On Page 14 you discuss lifetime ovulatory
22   history, correct?  Top of 14.
23   A.  I'm not seeing it on the top of 14.
24       MR. JAMES:  It starts on 13 and rolls to 14,
25   if I can say that.

14 (Pages 50 - 53)

Page 54

1    A.   Lifetime ovulatory history I think I discuss
2  in the pages prior, starting on, like, 11 and 12.
3    Q.   Okay.  But let's look at Page 14, where you
4  discuss the Nurses' Health Study and other studies
5  looking at ovulation and the risk for ovarian
6  cancer.
7    A.   Where exactly are you referring to?  I'm on
8  Page 14.
9    Q.   Let's just look at the top of Page 14.
10    A.   Yeah.
11    Q.   Before you started parity.
12    A.   Okay.
13    Q.   And this is under the section of Hormonal
14  and Reproductive Factors.  Okay?
15    A.   Sure.
16    Q.   And you state -- this is the last two
17  sentences of that paragraph:  Studies conducted
18  among populations with different distributions of
19  age of menarche and age at menopause indicate
20  differences in the heritability of factors across
21  ancestral groups.
22       We have already determined that you consider
23  lifetime ovulatory risk as a -- let me make sure I
24  state it correctly -- as contributing to ovarian
25  cancer development.

Page 55

1       And the last sentence it says:
2  Nevertheless, evidence suggests any magnitude of
3  effect is likely small for age at menarche or age at
4  menopause by themselves and that lifetime ovulatory
5  history should be considered.
6       Do you agree that the magnitude of effect of
7  lifetime ovulatory history is small as a risk
8  factor?
9       MR. JAMES:  Objection to the form there.
10    A.   I think there is -- I don't know that I
11  agree with that.  If we go to my lifetime ovulatory
12  history section, you know, it depends on the study
13  but we're talking more than like a twofold risk for
14  many of the studies.
15    Q.   Where are you?
16    A.   I'm on Page 12.
17    Q.   And which study are you looking at that is
18  more than a twofold?
19    A.   I was just looking at what was popping out
20  to me from the page, but if we go -- if we go near
21  the top of Page 12 and we talk about a study by
22  Trabert and the Ovarian Cancer Cohort Consortium,
23  where they had analysis of 20 prospective cohorts,
24  they found that women with the highest lifetime
25  ovulatory cycle percentile are nearly two times more

Page 56

1  likely to be diagnosed with ovarian cancer than
2  women in the lowest percentile.
3       Then we go on to later studies where there
4  was a meta-analysis done later that showed more than
5  a 2.26 time higher odds of epithelial ovarian
6  cancer.  Just, I don't know, consistently,
7  regardless of the study design, cohort,
8  case-control, it's -- and in terms of biological
9  plausibility, lifetime ovulatory cycles appear to
10  contribute to ovarian cancer.
11       And that's why I put, back to Page 14, that
12  that should be strongly considered and cited three
13  studies that support that opinion.
14    Q.   And you didn't read the sentence that says:
15  Ovarian cancer risk increased 14 percent --
16    A.   Where is that sentence?
17    Q.   -- for each --
18       In that same paragraph you read:  ...for
19  each five-year increase, adjustment for parity and
20  oral contraceptive use, 1.08, serous 1.13,
21  endometrioid 1.20, clear cell 1.37, and nonmucinous,
22  did you?  You did not read that part?
23    A.   You were asking me to comment on a few
24  things, but yes, I have that written as well.
25    Q.   Okay.  I just asked if you read that part.

Page 57

1       Let's go to Page 16, and on Page 16 you
2  discuss lactation or breastfeeding as being a
3  protective factor, correct?
4    A.   Correct.
5    Q.   And is that your opinion?
6    A.   It is.
7    Q.   And do you -- what do you mean by protective
8  factor?
9    A.   That risk reduction for ovarian cancer has
10  been observed amongst women who breast fed as
11  compared to women who did not, thus, it was a
12  protective factor.
13    Q.   And in this paper that you're citing here is
14  the Babic paper, correct, 201?
15    A.   201?  Yeah, I was going to say I cite many
16  things.  Okay.  So a pooled analysis, yeah.
17    Q.   And this is from the ovarian cancer
18  association consortium, correct?
19    A.   Yes.
20    Q.   And you're a member of that group, correct?
21    A.   Yes.
22    Q.   But you're not on this paper; is that right?
23    A.   I believe I would not be on that one.
24    Q.   Are you on any of the OCAC studies that look
25  at either inflammation or talc?

15 (Pages 54 - 57)

Page 58

1    A.  I don't recall being directly involved in
2    those.
3        MS. THOMPSON:  We'll mark this as Exhibit 9,
4    this Babic study.
5    (Permuth Exhibit 9 was marked for identification.)
6        THE WITNESS:  Thank you.
7        MS. THOMPSON:  And on this one, I only have
8    one extra copy.
9        MS. O'DELL:  Scott, I'll e-mail you.
10   BY MS. THOMPSON:
11   Q.  And this paper has numerous authors as part
12   of OCAC, right?
13   A.  Yes.
14   Q.  And you recognize many of these, correct?
15   A.  Yes.
16   Q.  Including ones that have published on talcum
17   powder?
18   A.  Yes.
19   Q.  Those that I see immediately are Dr. Harris,
20   correct?
21   A.  Yes.
22   Q.  Dr. Ness, correct?
23   A.  Yes.
24   Q.  Dr. Schildkraut, correct?
25   A.  Yes.

Page 59

1    Q.  Dr. Titus?
2    A.  I don't know Dr. Titus but, yes, I see
3    that.
4    Q.  Dr. Cramer?
5    A.  Yes.
6    Q.  Dr. Wu?
7    A.  Yep.
8    Q.  And Dr. Terry?
9    A.  Yes.
10   Q.  Do any of those authors that are on the
11   breastfeeding study have the opinions that you do
12   regarding talcum powder?
13       MR. JAMES:  Just objection to the form;
14   calls for speculation.
15   A.  Yeah, I wouldn't know.
16   Q.  You don't know whether Dr. Harris, Dr. Ness,
17   Dr. Cramer, Dr. Schildkraut, Dr. Wu, Dr. Terry --
18   A.  Well, knowing --
19       MS. O'DELL:  I don't think she finished her
20   question.
21   Q.  Let me finish my question.
22   A.  Yeah.
23   Q.  You don't know, based on either
24   conversations or by reviewing their literature,
25   whether they support your opinions in this talcum

Page 60

1    powder matter?
2        MR. JAMES:  Just objection; again, calls for
3    speculation.
4    A.  I know that at least one of these
5    individuals serves as a plaintiff witness, as an
6    expert witness, so our opinions would not be the
7    same regarding this topic.
8    Q.  And there's more than one, but can you
9    identify any of these that would support your
10   opinions in this case?  If not, say it.
11       MR. JAMES:  Just --
12   Q.  I cannot identify or I don't know.
13       MR. JAMES:  Same objection; calls for
14   speculation.
15   A.  I'm kind of not following your question
16   here.
17   Q.  The authors that I just named, Dr. Harris,
18   Dr. Cramer, Dr. Ness, Dr. Schildkraut, Dr. Wu,
19   Dr. Terry, have any of them published papers that
20   you have seen that do not find an association with
21   talcum powder use in ovarian cancer?
22       MR. JAMES:  Just objection to the form.
23       MS. THOMPSON:  That's not speculation.
24       MR. JAMES:  That's why I changed it to form.
25       MS. THOMPSON:  Oh, okay.

Page 61

1    A.  I would say many of the individuals you've
2    commented on have published opinions that differ
3    than mine, if that's what you're asking, yes.
4    Q.  Yes.  And this is a breastfeeding paper, so
5    it doesn't really have anything to do with talcum
6    powder, does it?
7    A.  I haven't looked at the article in a while,
8    so I don't even know if they mention talc, but it
9    shouldn't.
10   Q.  And of the other authors, are you aware of
11   anyone that would share your opinions?
12       MR. JAMES:  Objection; calls for
13   speculation.
14       MS. THOMPSON:  If you're not aware, it's not
15   speculation, so...
16   A.  This is not something I go out and talk
17   about, so I don't know.
18   Q.  And I don't know is a perfectly acceptable
19   answer.  That's fine.
20       So let's look at the Babic paper that's
21   relating to breast cancer with a 24 percent reduced
22   risk by authors from Ovarian Cancer Association
23   Consortium, and you state that:  Lactation is a
24   modifiable factor that protects against EOC,
25   especially for long-term duration.  Experts from the

16 (Pages 58 - 61)

Page 62

1  National Cancer Institute Screening Prevention Board
2  have listed breast feeding as a factor with adequate
3  evidence of decreased risks for ovarian cancer.
4        So, in your opinion, you agree with the
5  authors' conclusions, correct?
6     A.  I'm reading it right now again.
7        Yes.
8     Q.  And what is a mechanism for how
9  breastfeeding reduces the risk of ovarian cancer?
10    A.  The mechanism that I feel is most plausible
11 relates to incessant ovulation, so lactation or
12 breastfeeding helps to suppress ovulatory cycles,
13 and by doing so, that can lower ovarian cancer risk.
14    Q.  So that's tied in with the incessant
15 ovulation theory?
16    A.  Yes.
17    Q.  And what do the authors say about the
18 mechanism?
19    A.  I'm looking right now and it says the
20 leading hypothesis has been that ovulation
21 suppression during breast feeding inhibits
22 epithelial division and proliferation, thereby
23 reducing the opportunity to initiate or promote
24 carcinogenesis.
25        So that is in line with what I just said.

Page 63

1     Q.  And so this mechanism is plausible, correct?
2     A.  It seems so.
3     Q.  And the 24 percent reduction is significant,
4  in your opinion?
5        MR. JAMES:  Objection to the form.
6     A.  I think that -- I don't know.  Because there
7  is plausibility behind it, I think it's important
8  for women to know this information, so in that
9  respect, yes, I think it's significant information.
10 If it's modifiable and could lower risks for women,
11 yes.
12    Q.  And is it your opinion that the plausibility
13 of breastfeeding and the risk reduction is more
14 compelling than the data regarding talcum powder and
15 ovarian cancer?
16       MR. JAMES:  Just object to form.
17    A.  Hands down.  I mean, I consider this an
18 established protective factor against ovarian
19 cancer, and talc, I feel the data is inconclusive.
20    Q.  Is it a weak association, in your mind?
21    A.  No, I wouldn't necessarily say weak.
22    Q.  Even though it's only a 24 percent
23 reduction?
24       MR. JAMES:  Just object to form.
25    A.  It's on the border, I guess.  I don't know.

Page 64

1  It depends on how one defines magnitudes of
2  association.
3     Q.  Okay.  Let's see what the authors say about
4  the mechanism, and I am reading:  Biological
5  mechanisms through which breastfeeding could reduce
6  ovarian cancer risks are not well understood.
7     A.  Where are you?
8     Q.  Top of Page -- well, the pages aren't
9  numbered, but just before the strengths and
10 limitations on the next to last page of the paper.
11    A.  Okay.  I'm in that paragraph above where I
12 had read information.  Is that where you're at?
13    Q.  I'm reading the paragraph that begins
14 "biological mechanisms."
15    A.  Yes.
16    Q.  Okay.  Biological mechanisms through which
17 breastfeeding could reduce ovarian cancer risk are
18 not well understood.
19       Do you agree with that?
20    A.  They're not completely understood, so, yes,
21 I could agree with that.
22    Q.  To date, the leading hypothesis has been
23 that ovulation suppression during breastfeeding
24 inhibits epithelial cell division and proliferation,
25 thereby reducing the opportunity to initiate or

Page 65

1  promote carcinogenesis.
2        And that was what you thought to be the
3  mechanism, correct?
4     A.  A main mechanism.
5     Q.  Main mechanism.  And this further states:
6  This may especially be pertinent in the first few
7  months postpartum when immune function and tumor
8  surveillance mechanisms remain suppressed.
9        Do you agree with that statement by the
10 authors?
11    A.  Yes.
12    Q.  Next:  However, we observed a stronger
13 inverse association with longer breastfeeding
14 duration suggesting anovulation cannot entirely
15 explain the association because ovulation typically
16 returns once solids are introduced.  Several lines
17 of evidence suggest that breastfeeding may also be
18 associated with long-term modulation of
19 inflammatory, immune or metabolic pathways which
20 could influence ovarian cancer.
21       Do you agree with that statement by the
22 authors?
23       MR. JAMES:  Just objection to form, please.
24    A.  I'd have to look at the supporting articles
25 there, but it makes sense that it's a combination of

17 (Pages 62 - 65)

Page 66

1  those pathways that they mention.
2      Q.  But your opinion is that --
3      A.  Mostly immune surveillance would be
4  important.
5      Q.  Okay.  So you agree that immune factors can
6  play a role in ovarian carcinogenesis, correct?
7      A.  They may.
8      Q.  Do they?
9          MR. JAMES:  Just objection; asked and
10  answered.
11      A.  I believe they may.
12      Q.  To a medical degree -- to a reasonable
13  degree of medical certainty, do immune factors play
14  a role in ovarian carcinogenesis?
15      A.  I think they can.  They may.
16      Q.  Is it more likely than not that they do?
17          MR. JAMES:  Just objection to form.
18      A.  Knowing what we know about cancer and immune
19  surveillance, I think that the immune system plays
20  an important role in all cancers.
21      Q.  Okay.  But inflammation does not in ovarian
22  cancer?
23      A.  I have not seen strong data to support that
24  and, understandably, it is a factor or a pathway
25  mentioned here.

Page 67

1      Q.  Is the evidence presented in this paper on
2  breastfeeding robust, in your opinion?
3      A.  I'd have to go through and look at it again
4  but I don't recall anything that was not robust.
5      Q.  Let's go next to Page 18 of your report, and
6  regarding -- I'm just reading from your report
7  now -- the HRT use, which you also considered one of
8  your factors that could contribute to the cause of
9  development of ovarian cancer, there is -- the risk
10  ratio you presented is 1.43 with less than five
11  years of use, and the authors concluded that the
12  increased risk may well be largely or wholly causal.
13  If it is, women who used hormone therapy for five
14  years from around age 50 years have about 1 extra
15  ovarian cancer per 1,000 users, and if its prognosis
16  is typical, about 1 extra ovarian cancer per 1700
17  users.
18          First of all, do you have reason to disagree
19  with the authors that the hormone therapy use may
20  well be largely or wholly causal?
21          MR. JAMES:  Just objection for the form.  I
22  didn't see where you were reading.
23          MS. THOMPSON:  I'm reading from her report,
24  Page 18.
25          MR. JAMES:  In the bottom of the first

Page 68

1  paragraph?
2          MS. THOMPSON:  The bottom of the first
3  paragraph.
4      A.  I found where you are reading that.  To
5  answer your question, I'd need to look again at the
6  article to comment more on --
7      Q.  But this is your quote from the article?
8      A.  That's what they concluded.
9      Q.  Okay.  And you didn't state in your report
10  that you disagree with that conclusion?
11      A.  Right, so I probably didn't feel strongly to
12  disagree.
13      Q.  Okay.  And do you think that the 1 extra
14  ovarian cancer death per 1700 users is significant?
15          MR. JAMES:  Just objection to the form
16  there, please.
17      A.  Can you define what you mean by significant?
18      Q.  What do you mean by significant?
19          MR. JAMES:  No.
20      Q.  Is it's important?  However you want to --
21  however you want to categorize it.
22      A.  I guess, to me, to be honest, any loss of
23  life is significant or important, so if there is
24  something that can be done to modify that risk, I
25  would want to know about it so as not to lose lives.

Page 69

1      Q.  And do you have any idea how that compares
2  with what is estimated regarding how many ovarian
3  cancer cases and deaths could be prevented if talcum
4  powder had not been used?
5          MR. JAMES:  Just objection to the form,
6  please.
7      Q.  And if you don't know, say you don't know.
8  I'm asking if you know how it compares.
9          MR. JAMES:  Objection to the form, please.
10      A.  What you're referring to gets into
11  attributable risk and how much a disease do you
12  think is attributed to a certain exposure, and an
13  assumption there is causality.  I don't believe talc
14  causes ovarian cancer, thus, I wouldn't assign an
15  attributable portion to it.
16      Q.  Well, I'm not asking if you assigned
17  attributable portion.  I'm asking if you're aware of
18  the literature that has made the same estimate that
19  these authors did with hormone replacement.
20      A.  I'm aware that estimates have been made,
21  including by plaintiffs' experts.  I can't quantify
22  for you now how that compares to this.
23      Q.  And I didn't ask about plaintiffs' experts,
24  did I?  I asked in the literature, are you aware of
25  any estimates that have been made?

18 (Pages 66 - 69)

Page 70

1    MR. JAMES: Objection; asked and answered.
2    MS. THOMPSON: She said she was aware of
3  plaintiffs' experts that have made. I'm asking
4  if you're aware of any literature, peer-reviewed
5  literature that have made estimates.
6    MR. JAMES: No. Objection; asked and
7  answered.
8    MS. THOMPSON: You think those are the same
9  question?
10    MR. JAMES: Just keep going.
11    MS. THOMPSON: Okay.
12  BY MR. JAMES:
13    Q.  Are those the same question in your mind,
14  whether it's plaintiffs' experts --
15    A.  I thought.
16    Q.  -- opining on something and the
17  literature --
18    A.  I thought you may have just asked a general
19  question about are you aware of estimates, and
20  that's why I said --
21    Q.  Let me repeat my question so it's clear.
22    Are you aware of any literature,
23  peer-reviewed literature, that has made estimates as
24  to how many cases of cancer or how many cancer
25  deaths would be prevented by not having talcum

Page 71

1  powder usage?
2    A.  I am aware and I believe I have cited I
3  believe at least one in my report.
4    Q.  Which one are you citing?
5    A.  I'd have to look through my report and see.
6  I believe it's from Dr. Peres or a colleague. I'd
7  have to look.
8    Q.  Okay. Go ahead and look through your report
9  and see which article you're referring to.
10    A.  Yeah, so I was right, an article by Peres
11  and colleague, Citation 529. I'm on Page 71. It
12  doesn't quantify how many deaths would be prevented
13  but there's a population attributable risk that is
14  mentioned related to African-American women and
15  that, you know, the effect estimates would be higher
16  for African-American women than White women.
17    Q.  And what did the Peres article conclude?
18    A.  Let me go to the next page. They talked
19  about how those pars were higher in African-American
20  than White women, stratification by histology and
21  menopausal status revealed higher pars amongst
22  nonhigh-grade serous, versus high-grade serous and
23  among premenopausal versus postmenopausal women. I
24  noted that they didn't account for fibroids or
25  douching as covariants, and they would have likely

Page 72

1  attenuated their risk estimates.
2    But you had asked me if I had identified any
3  articles that commented on attribution to talc, so
4  that was one I thought of.
5    Q.  Well, that's wasn't exactly my question. My
6  question was are you aware of any articles that
7  estimate how many cancers of ovarian cancer could be
8  prevented if talcum powder was not used?
9    MR. JAMES: Just objection to the form,
10  please.
11    A.  At the moment --
12    Q.  Do you understand my question?
13    A.  I do. At the moment, I can't recount one.
14    Q.  Okay. Thank you. And on the hormone
15  replacement, the lead author is Dr. Beral. Does
16  that sound right?
17    A.  Are we back on --
18    Q.  It's Page --
19    MR. JAMES: What page are we back on?
20    Q.  We're back on Page 18, and the cite is 240.
21  Do you have that? It's by Beral, et al.
22    A.  I'm looking at what -- okay. From 2015.
23  Okay.
24    Q.  And published in Lancet. Do you remember
25  seeing the authors on this paper?

Page 73

1    A.  I don't recall, and in my citations it has
2  an et al. for everyone else.
3    Q.  Do you remember seeing that there are dozens
4  of authors on the paper and it's an international
5  paper?
6    MR. JAMES: Just objection to the form, and
7  asked and answered. She said she didn't recall.
8    A.  Correct, I don't recall. I don't have it in
9  front of me.
10    Q.  Okay. And do you agree that this would be a
11  small risk according to your criteria?
12    MR. JAMES: Just objection to the form,
13  please.
14    MS. THOMPSON: Might as well just give a
15  standing objection to every question I ask.
16    MR. JAMES: Margaret, I'm making objections
17  as I'm allowed. You can keep going.
18    MS. THOMPSON: I understand.
19    MR. JAMES: Okay.
20    A.  Your question, a small risk?
21    Q.  Is this a small risk, what you cite in
22  Paragraph - on Paragraph 18?
23    MR. JAMES: Same objection to the form and
24  the wording.
25    Q.  Do you understand what small risk means?

19 (Pages 70 - 73)

Page 74

1    MR. JAMES:  Same objection.
2    A.  What context, what are you asking about the
3  study itself?
4    Q.  In Dr. Permuth's opinion, is the risk that
5  you cite of 1.43 from this paper small --
6    MR. JAMES:  Same objection.
7    Q.  -- or large, or something else, any word you
8  want to use?
9    MR. JAMES:  Okay.  Same objection, please.
10    A.  I wouldn't classify it as large.
11    Q.  Okay.  So it's not large.  Can you classify
12  beyond that?
13    A.  Maybe weaker to moderate.  I don't know.
14    Q.  Okay.  Are you aware that WHO does not
15  mention hormone therapy as a risk factor for ovarian
16  cancer?
17    A.  I would have to look at the WHO resources.
18    Q.  Okay.
19    A.  That are up-to-date.
20    Q.  But this is plausible, in your mind?
21    A.  Yes.
22    Q.  This relationship?
23    A.  Yes.
24    MS. THOMPSON:  Okay.  Should we take a
25  break?  It's one and a half hours.

Page 75

1    MR. JAMES:  If you want to, that's fine.
2    MS. THOMPSON:  Would you like a break,
3  Dr. Permuth?
4    THE WITNESS:  Sure.
5    (Recess from 10:39 a.m. until 10:51 a.m.)
6  BY MS. THOMPSON:
7    Q.  Dr. Permuth, beginning on Page 19, you
8  discuss obesity as a risk factor, correct?
9    A.  Yes.  Correct.
10    Q.  One of the cases that -- or one of the
11  articles that you cite is the Dai article.  Are you
12  familiar with that one?
13    A.  I know I've read it.  I don't have all the
14  details at my fingertips other than what's in the
15  report.  What citation is that one?
16    Q.  The citation for the Dai is -- ooh, let's
17  see.  269.
18    A.  You said 269.  Okay.  Got it.
19    Q.  I will show you the Dai article.  We'll mark
20  it as Exhibit 10.
21    (Permuth Exhibit 10 was marked for identification.)
22    THE WITNESS:  Thank you.
23    MS. THOMPSON:  I just have one copy.
24    Q.  And do you believe that obesity is a risk
25  factor for ovarian cancer?

Page 76

1    A.  I do.
2    Q.  And it's one of the factors, I believe, that
3  you listed as the factor that can contribute to the
4  development of ovarian cancer, correct?
5    A.  Right.
6    Q.  And what is the mechanism for obesity --
7  well, let's just say what you say.
8    And you do state that it's a modifiable risk
9  factor and weight control and having a physical
10  active lifestyle is important, correct?
11    A.  Yes.
12    Q.  What is the mechanism for obesity being a
13  possible contributor to causing the development of
14  ovarian cancer?
15    A.  Got it.  So I think the bulk of literature
16  kind of shows what I'm summarizing on Page 22, and
17  what Dai will talk about in his article.  So,
18  basically, adipose tissue throughout the body can
19  secrete certain proteins, various classes of them,
20  including adipokines, metabolic-type proteins and
21  others that really can regulate the immune system in
22  the microenvironment.
23    Q.  And would you include inflammation with that
24  as well?
25    A.  In this context, the article -- this article

Page 77

1  may have talked about inflammatory markers.  Some
2  inflammatory markers, called cytokines, can
3  contribute to inflammation or proinflammatory
4  processes.  I forget all the details of this
5  article, so I would have to look if they comment on
6  -- yes, they do comment on inflammatory cytokines.
7    Q.  Let's just read from the abstract what the
8  authors do pose as the mechanism:  There is growing
9  evidence that adipocytes play important roles in the
10  progression of multiple cancers.  Moreover, in
11  obesity, adipocytes alter their original functions
12  and contribute to the metabolic and inflammatory
13  changes of adipose tissue microenvironment which can
14  further enhance tumor development.
15    It goes on to say that:  The roles of
16  adipocytes in the pathogenesis of epithelial ovarian
17  cancer are far from being elucidated.
18    Do you read that?
19    A.  I'm looking to see where you are in the
20  abstract.
21    Q.  In the abstract.
22    A.  Yeah, that's a sentence they are using
23  before they describe what they did in this study,
24  which is a summary.
25    Q.  And they summarize:  The recent advances in

20 (Pages 74 - 77)

Page 78

1 understanding the roles of adipocytes in EOC
2 progression --
3      Is progression related to development?
4    A.   Progression is typically after development.
5    Q.   And the authors state that:  At present, the
6 roles of adipocytes in the pathogenesis of EOC is
7 far from being elucidated.
8      Correct?
9    A.   Is that the sentence you just read?  Yes.
10    Q.   Right.
11    A.   Uh-huh.
12    Q.   But in your mind, the mechanism is plausible
13 for the relationship with ovarian cancer?
14    A.   That adipocytes can contribute to ovarian
15 cancer, development and progression, yes, I believe
16 that.
17    Q.   And what is the odds ratio or risk ratio, in
18 your mind, looking at the totality of the obesity
19 literature, what is the risk of obesity?
20    A.   I think it depended on the study, and we see
21 a range in the studies that I reported.  We see
22 ranges from, like, 1.19 to 1.49, and I'm trying to
23 look through my -- we see a 1.98 for certain
24 histologies.  I'm seeing risk estimates across the
25 board in my report.

Page 79

1    Q.   Are any over 3?
2    A.   I'm not seeing any over 3 at the moment.
3    Q.   Okay.  Let's go to Page 26 of your report.
4    A.   Okay.  Are we finished with this?
5    Q.   Yes.
6    A.   Okay.
7      MS. THOMPSON:  And we'll look at the Phung
8 paper that we will mark as Exhibit 11.
9 (Permuth Exhibit 11 was marked for identification.)
10      THE WITNESS:  Thank you.
11 BY MS. THOMPSON:
12    Q.   And you're familiar with this paper,
13 correct?
14    A.   Yes.
15    Q.   It's a relatively recent paper, correct?
16    A.   Yes.
17    Q.   Let me ask you something.  What do you mean
18 when you say that findings should be interpreted
19 with caution?
20    A.   I'm trying to look at where I said that
21 first.
22    Q.   Oh, just -- I think you --
23    A.   Is it in this paragraph?
24    Q.   Several times -- I don't know whether --
25 yeah, it is in this one, but it's mentioned several

Page 80

1 times in your report.  I just want to understand
2 what you mean with "findings should be interpreted
3 with caution."
4      MR. JAMES:  Just object to form.
5    A.   I think it depends on the context.  If --
6 I'm trying to see if I used it in this paragraph.
7 It -- I don't know.  It depends on the context.  In
8 general, from a perspective of counseling someone,
9 which is always what I think about, I want to convey
10 information that can be helpful to the individual
11 and would never want to convey anything that is
12 misleading, so it's important to sometimes consider
13 findings with a grain of salt and be cautious about
14 them.
15      So, again, if there was something specific,
16 I could tell you more.
17    Q.   Is it -- does it generally mean it should be
18 discounted, in your mind?
19      MR. JAMES:  Just object to form.
20    A.   It would be context dependent, and if I felt
21 something should be discounted, then I would
22 probably say that.
23    Q.   Does it mean it should be disregarded?
24      MR. JAMES:  Object to form.
25    A.   I think if I used the words "should be

Page 81

1 considered with cautious," that's truly what I mean
2 more so than disregarded.
3    Q.   Okay.  I don't know how many times you used
4 it, but frequently.  So I would need to ask each
5 time when you say "findings should be interpreted
6 with caution," what you mean by that; is that
7 correct?
8      MR. JAMES:  Just object to form.
9    A.   I don't know.  To me, I'm going explicit to
10 say, you know, one should carefully consider the
11 findings.  That's what I'm saying, not that they
12 should be totally disregarded but --
13    Q.   Okay.
14    A.   I always like to provide a balanced review
15 of things.
16    Q.   Okay.  So this paper by Phung, et al.,
17 published in Fertility and Sterility.  What is
18 Fertility and Sterility?
19    A.   It's a journal.
20    Q.   Is that all you know about it?
21    A.   I have not --
22      MR. JAMES:  Object to form.
23    A.   I have not published there.  I believe it's
24 a peer-reviewed journal.  I don't know their impact
25 factor or anything like that.

21 (Pages 78 - 81)

Page 82

1    Q.  And did you know that it's the journal for
2  the American Society of Reproductive Medicine?
3    A.  I don't know a lot about the journal.
4    Q.  Do you know what the American Society of
5  Reproductive Medicine is?
6    A.  I do.  I do.
7    Q.  What is it?
8    A.  I would surmise it's a journal that deals
9  with reproductive health, female health maybe.
10    Q.  I asked about the American Society of
11  Reproductive Medicine.  Do you know what that is?
12       MR. JAMES:  Just object to form.
13    A.  A society who is concerned about
14  reproductive health.  I don't know.  I don't know
15  their objective.
16    Q.  Okay.  Well, I will represent to you that
17  that's the equivalent of SGO for physicians who have
18  specialty training in fertility and gyn
19  endocrinology.  You're right, it is peer reviewed.
20       And there are 24 authors on this paper,
21  correct?
22    A.  I'd have to count them but looks like quite
23  a few.
24    Q.  Quite a few authors.  And it is also an OCAC
25  publication, correct?

Page 83

1    A.  Yes.
2    Q.  Are you an author on this paper?
3    A.  I am not on this paper.
4    Q.  Were you asked to be an author on this
5  paper?
6    A.  No.
7    Q.  And these authors state on Page 2:  Our
8  analysis considers 10 well-established ovarian
9  cancer risk factors.
10    A.  May I ask where you are?  Oh, I see, second
11  paragraph or second column?
12    Q.  First paragraph on the second column:  Our
13  analysis considers 10 well-established ovarian
14  cancer risk factors, including BMI, talcum powder
15  use, and others.
16    A.  I see where you are reading that.
17    Q.  Do you disagree that talcum powder use is a
18  well-established ovarian cancer risk factor?
19    A.  I do disagree with that.
20    Q.  But you do agree that the OCAC authors of
21  this paper have stated that talc use is a
22  well-established ovarian cancer risk factor,
23  correct?
24    A.  I think that's overstated for that risk
25  factor.

Page 84

1    Q.  But I asked about the authors.
2    A.  Yes, they stated that.
3    Q.  Okay.  And those authors include
4  Dr. Trabert.  Do you know Dr. Trabert?
5    A.  I do.
6    Q.  Dr. Trabert is at NIH, correct?
7    A.  Yes, she is.
8    Q.  And includes Dr. Terry, correct?
9    A.  Yes.
10    Q.  And includes Dr. Cramer, correct?
11    A.  Yes.
12    Q.  Includes Dr. Berchuck at Duke?
13    A.  Yes.
14    Q.  Do you know Dr. Berchuck?
15    A.  I do.
16    Q.  It includes Dr. Wu?
17    A.  Yes.
18    Q.  Are any of these researches, in your words,
19  out of step with established science?
20       MR. JAMES:  Just objection to the form,
21  please.
22    A.  I'm not sitting here saying they're out of
23  step with science.
24    Q.  But you would -- but you state that
25  plaintiff experts are out of step when they say that

Page 85

1  talc use is a risk factor, right?
2    A.  Yes, and I definitely agree with my
3  sentiments that I would never consider talc as a
4  well-established risk factor.  Those wordings I
5  don't -- that wording I don't agree with.
6    Q.  So the plaintiff experts are out of step but
7  you're not saying these authors are out of step, who
8  say the same thing?
9       MR. JAMES:  Objection to the form;
10  mischaracterizes her testimony.
11       MS. THOMPSON:  Okay.  If I mischaracterized
12  it, tell me how I did that.
13       MR. JAMES:  Are you asking about talc
14  specifically?  Because I think your question is
15  broader than that.  That's my objection to the
16  form.  That's the basis of it.
17  BY MS. THOMPSON:
18    Q.  Okay.  I am saying that this paper with
19  these 24 authors, of which NIH, Duke, Harvard, and
20  many that have published on talc, include talcum
21  powder use as one of 10 well-established risk
22  factors for ovarian cancer, correct?
23    A.  They are stating that here, yes.
24    Q.  That was my question.  But when the
25  plaintiff experts have stated that, you've used

22 (Pages 82 - 85)

Page 86

1  words like out of step, you have used words like
2  using flawed science, correct?  Am I right that
3  that's how you have characterized the plaintiff
4  experts who have expressed the same opinion?
5      MR. JAMES:  Specific to talc ovarian cancer?
6      MS. THOMPSON:  What else would it be?
7      MR. JAMES:  Objection to form.  Sorry.
8      Q.  Yeah, regarding their relationship with talc
9  and ovarian cancer.
10     A.  So, if I may, when we're talking about this
11 article per se, this is not an article that's truly
12 specific to talc and ovarian cancer, that's not the
13 main emphasis.  I disagree with how they state talc
14 is a well-established risk factor.
15     Q.  Okay.  That wasn't my question, so I'm --
16     A.  I'm just not under --
17     Q.  Okay.  My question was are these authors --
18     A.  So you keep commenting on my "out of step"
19 comment, and I'd have to look at where I said it and
20 what the context is, because out of step may be
21 related to their comments about biologic
22 plausibility or other factors where I feel that as a
23 whole they're out of step and I disagree with their
24 conclusions --
25     Q.  Okay.  We can --

Page 87

1      A.  -- that talc causes ovarian cancer.
2      Q.  We can see if we can find the context for
3  that.
4      A.  Yeah.  Okay.
5      Q.  But you would agree that they -- if they
6  consider talcum powder to be a well-established risk
7  factor, that they state is included, they're using
8  faulty or flawed science, would you agree with that?
9      A.  I would say that if someone contends or
10 indicates that talc is a well-established risk
11 factor for ovarian cancer, that that is based on
12 flawed science.
13     Q.  Okay.  I think that was my question.
14     And the authors' reading of the Phung
15 paper -- OCAC publication, right?
16     A.  (Nodding head.)
17     Q.  Many of the authors that you have -- I think
18 are well regarded, correct?
19     A.  Yes.
20     Q.  If we look at Page 5 under the discussion,
21 beginning:  Because inflammation plays a role in the
22 development of many cancers, including ovarian
23 cancer...
24     You disagree with that statement, correct?
25     A.  I'm not sure where you're at in the

Page 88

1  discussion.
2      Q.  Middle of the second paragraph on Page 5.
3      A.  Page 5.  Are you in the discussion?
4      Q.  Second column, middle of the second
5  paragraph under Discussion:  Because inflammation --
6      A.  Okay.
7      Q.  -- plays a role in the development of many
8  cancers, including ovarian cancer...
9      A.  Yeah, I'm just looking at who they are
10 citing for that, Savant.  Okay.
11     Yeah, they're referring to a review article,
12 so I'd be interested in what that says, but, yeah,
13 go ahead.
14     Q.  Okay.  We actually can look at the Savant
15 article if you're interested.
16     And then it goes on to say: ...the increased
17 risk specifically among women with endometriosis is
18 plausible.
19     You didn't mention inflammation as being a
20 mechanism by which endometriosis can cause ovarian
21 cancer, did you?
22     MR. JAMES:  Just objection to form.
23     A.  I'd have to look at the report and what I
24 say about inflammation and endometriosis.
25     Q.  Okay.  I think I was referring to what was

Page 89

1  said earlier today in the deposition.  Do you
2  remember that?
3      A.  Which part?
4      Q.  Of the mechanism by which endometriosis
5  causes --
6      A.  Right.
7      Q.  -- ovarian cancer.
8      A.  Right.
9      Q.  Do you think inflammation is involved in
10 the --
11     A.  I don't know that I think it's one of the
12 main mechanisms by which endometriosis contributes
13 to ovarian cancer.
14     Q.  Would you disagree with these authors then?
15     MR. JAMES:  Just object to form.
16     Q.  Well, let's maybe make that a little more
17 specific so it's easier.
18     The authors just state that endometriosis is
19 considered an inflammatory disease.  Do you agree
20 with that statement?
21     A.  Yes, inflammation is part of endometriosis
22 and what we know about it, yes.
23     Q.  Do you agree with the statement
24 endometriosis is considered an inflammatory disease?
25     MR. JAMES:  Object to form.  Are you reading

23 (Pages 86 - 89)

Page 90

1  that in the paper? I'm sorry.
2      MS. THOMPSON: I am reading it in the paper
3  but it can be just general -- it's in the same
4  paragraph, just above what the sentence I read
5  previously.
6  Q.  Do you agree that endometriosis is
7  considered an inflammatory disease?
8  A.  I do.  I see that.
9  Q.  And then it discusses obesity and the
10  mechanism for obesity, and that is overweight women
11  with endometriosis may have higher levels of
12  inflammation.  Both endometriotic foci and adipose
13  tissues produce proinflammatory cytokines, including
14  TNF, IL-1, IL-6.  These proinflammatory cytokines
15  have been shown to increase the risk of ovarian
16  cancer as they promote synthesis of prostaglandins.
17      Prostaglandins inflammatory agents?
18  A.  They can be involved in the process or the
19  pathway.
20  Q.  Inflammatory pathway?
21  A.  They can be.
22  Q.  Which in turn inhibits cell differentiation
23  and apoptosis and enhances invasion and
24  angiogenesis.
25      Those are all in the pathway to ovarian

Page 91

1  carcinogenesis, correct?
2  A.  They can be.
3  Q.  And this would be also in line with our
4  observation of a higher risk associated with genital
5  talc use for women with endometriosis since
6  inflammation has been proposed as a possible
7  biologic mechanism for talc's association with
8  ovarian cancer.
9      So these authors, at least, say inflammation
10  is a possible biologic mechanism for talc's
11  association with ovarian cancer.  You disagree with
12  that, right?
13      MR. JAMES:  Objection to the form there,
14      please.
15  A.  They say it's a possible mechanism, yes.  I
16  don't feel that it is -- there's a lot of
17  plausibility for it.
18  Q.  What's the difference between plausibility
19  and possibility, in your mind and when you use
20  that -- those two words differently?
21  A.  Plausibility, I am thinking more about the
22  biology and what we know and what are alternate
23  hypotheses that seem perhaps stronger than
24  inflammation.
25  Q.  But you don't think that these 24 OCAC

Page 92

1  well-regarded scientists would refer to this
2  inflammatory process with endometriosis, obesity and
3  talc use if they did not think it's plausible, do
4  you?
5      MR. JAMES:  Objection to the form,
6      objection, mischaracterize is the article.
7  Q.  Okay.  All right.  Let's -- I want to make
8  sure I don't mischaracterize the article.
9      Endometriosis is considered an inflammatory
10  disease.
11      Did I read that right?
12  A.  You did.
13  Q.  And because inflammation plays a role in the
14  development of many cancers, including ovarian
15  cancer...
16      Did I read that correctly?
17  A.  Yes, and they cited one study or one review
18  article, yes.
19  Q.  Well, the authors stated it, correct?  You
20  believe there is just one article that says
21  endometriosis is an inflammatory disease?
22      MR. JAMES:  Objection to the form;
23      mischaracterizes her testimony.
24  Q.  Why is it important to you that they cited
25  one article?

Page 93

1  A.  Oh, I'm just commenting on that because you
2  had commented earlier that I only cited two articles
3  about family history, that's all.  So, yes, they
4  cited one review article.
5  Q.  Okay.  And then they say: ...the increased
6  risk with endometriosis is plausible.
7      Is there any mention of any mechanism other
8  than inflammation in this paragraph or in this
9  paper?
10      MR. JAMES:  Objection to the form.
11  A.  I'd have to look through it in detail.  I
12  would love to see a more balanced discussion with
13  other mechanisms that could be possible as well.
14  Their focus here was talking about inflammation to
15  try to support the hypothesis, so I get why it was
16  written that way, but I would also note that some of
17  these authors, especially Dr. Trabert, has talked
18  about, you know, problems with certain mechanisms
19  that are out there.
20  Q.  You would not agree that Dr. Trabert has a
21  problem with inflammatory mechanism for ovarian
22  cancer, would you?
23  A.  I don't know that I'm saying that per se,
24  but I believe she's published with Dr. Wentzensen,
25  also from NCI, and they've talked about some

24 (Pages 90 - 93)

Page 94

1  limitations of the talc literature and that
2  causality has not been proven by various mechanisms.
3     Q.  Would you agree that Dr. Trabert is probably
4  the most well-published author promoting the role of
5  inflammation in ovarian cancer, or do you not know?
6        MR. JAMES:  Just objection to form.
7     A.  I know she's published quite a bit in the
8  area.
9     Q.  We probably have some articles to come where
10  she's made that statement.
11        And then it goes on to discuss obesity and
12  the inflammatory process and then it says --
13     A.  Are we in the discussion still?
14     Q.  We're just in what we read again because the
15  counsel sitting beside you thought I misrepresented
16  the paper and I want to make sure I did not
17  misrepresent the paper.
18        And then it discusses:  This would also be
19  in line with our observation of a higher risk
20  associated with genital talc use for women with
21  endometriosis since inflammation has been proposed
22  as a possible biologic mechanism for talc's
23  association with ovarian cancer.
24        Did I misrepresent what the paper states,
25  that's what I'm asking?

Page 95

1     A.  That's what it stated and I think this is
2  where you had brought up interpreting findings with
3  caution, and this is an example of where I do that
4  in a paragraph talking about the limitations of this
5  study as we know it.
6     Q.  Do you think you want to interpret caution
7  because it disagrees with your opinions?
8     A.  Not at all.
9        MR. JAMES:  Objection to the form, please.
10     Q.  Do you agree that there is a statistically
11  increased risk, in this paper, of ovarian cancer
12  with genital talc use with and without
13  endometriosis, do you agree that that is the finding
14  of this paper?
15     A.  They do have that.
16     Q.  All right.
17     A.  However, interactions were not statistically
18  significant, and there is some other methodologic
19  issues that should be considered and, therefore,
20  that is why I said there caution should be taken
21  upon interpretation of results.
22     Q.  And I'll disagree with the second part of
23  that answer because I only asked if the findings
24  were of a statistically significant increased risk.
25  If you want to come back and talk about why it

Page 96

1  should be viewed with caution at another time, that
2  would be fine.
3        MR. JAMES:  Objection to the comment.
4        And you're allowed to always answer the
5  questions as you feel appropriate.
6     Q.  Then I can object to them being
7  nonresponsive as well.
8        So the Phung paper does not influence your
9  opinion at all that there is no plausible mechanism
10  for talcum powder causing ovarian cancer?
11        MR. JAMES:  Objection to the form.  The
12  paper, and the basis of my objection, says that
13  it has been proposed as a possible biological
14  mechanism and that's what prompted the prior
15  objection because you omitted --
16        MS. THOMPSON:  I don't need the speaking
17  objections.  My question --
18        MR. JAMES:  -- because you omitted that
19  language in your question to Dr. Permuth.  "Has
20  been proposed" is in the sentence.  You omitted
21  it in your first part of your question.
22        MS. THOMPSON:  In this question?
23        MR. JAMES:  No.  Earlier in the form
24  objection that I made, you omitted that phrasing.
25  BY MS. THOMPSON:

Page 97

1     Q.  Does the Phung paper influence your opinion
2  that there's no possible mechanism for talcum powder
3  causing ovarian cancer?
4     A.  It does not influence my opinion.
5     Q.  Okay.
6     A.  It's as stated in my report.
7     Q.  And this paper does list talc as a
8  well-recognized or well-established risk factor for
9  ovarian cancer, correct?
10        MR. JAMES:  Objection; asked and answered
11  five times.
12     Q.  All right.  Are you aware of any other
13  papers that list talc as a well-established risk
14  factor for ovarian cancer?
15     A.  Not that I can name offhand.
16     Q.  But there are, would you agree?
17        MR. JAMES:  Just objection to form.
18     Q.  Are there other papers that you're aware of?
19     A.  That --
20     Q.  List talcum powder as a well-established
21  risk factor for ovarian cancer?
22     A.  The term "well-established," quite possibly.
23     Q.  Well, let's just look at a few.
24        MS. THOMPSON:  Exhibit 12.
25  (Permuth Exhibit 12 was marked for identification.)

25 (Pages 94 - 97)

Page 98

1    THE WITNESS:  Thank you.
2    MR. JAMES:  What are we looking at,
3  Margaret, please, unless you have a copy for me?
4    MS. THOMPSON:  I have it right in front of
5  you.
6    MR. JAMES:  Oh, that's the first one you've
7  given me in a while.  Thank you.
8    MS. THOMPSON:  I'm doing my best.
9  BY MS. THOMPSON:
10    Q.  This was a report of a conference.  It's
11  2007 and it's published in Gynecologic Oncology, and
12  you do know that that's the publication of the
13  Society for Gynecological Oncologists, correct?
14    A.  I do.
15    Q.  And the paper itself is talking about an
16  algorithm that might be developed to determine women
17  at risk for ovarian cancer, would you agree with
18  that?
19    A.  I'd have to read the paper.  I've never seen
20  this.
21    Q.  Okay.  Take a minute and look at it, or I
22  can ask the questions and then you can -- I'm really
23  only going to ask you about whether the paper lists
24  risk factors for ovarian cancer, so --
25    A.  So I've just started skimming the abstract.

Page 99

1  I do see they have a section on identifying women at
2  risk.  In terms of risk factors, I see you're
3  probably talking about the first column on the right
4  page.
5    Q.  Yes, and it says:  For their algorithm of
6  determining whether women were at increased risk,
7  they used --
8    And they, in fairness, they excluded women
9  who had a genetic history, so they were looking at
10  other risk factors besides genetic history because
11  the intent was to see if there was anyone else that
12  would benefit from preventative surgical treatment.
13  I'll just represent that to you, but if you would
14  want to look at that, that's fine, too.
15    But the algorithm using the seven risk
16  factors are:  Age over 45; long-term genital talc
17  use -- well, they do say family history, I'm
18  sorry -- Jewish ethnicity, or contraceptive use, no
19  live births, no breast feeding, no tubal ligation,
20  and they determined that if you had more than one or
21  if you had six to seven of these, your risk was
22  7.59.
23    But you do agree that this paper at least
24  included talcum powder as a known risk factor,
25  correct?

Page 100

1    MR. JAMES:  Just objection to the form.
2    A.  They mention it.  My main concern is we're
3  talking something that's really outdated, 2007.
4  Their only citation for talc is based on a 2005
5  publication that's not even primary data.  So I'm
6  unclear what else --
7    Q.  These attendees include Dr. Berchuck,
8  correct?
9    A.  I'm trying to look at the authors at the
10  back.
11    Q.  At the end, acknowledgments.  Dr. Cramer,
12  Dr. Ness, Frances Balkwill.  Do you know Frances
13  Balkwill, of her?
14    A.  I don't.
15    Q.  And Jeffrey Boyd.  Do you know Jeffrey Boyd?
16    A.  I don't know him.
17    Q.  Do you know that he's a defense expert?
18    A.  I have heard the name, now that you say
19  that, but I don't know him personally.
20    Q.  Let's look at the Vitonis paper.  This is
21  2011, a little more recent.
22    MS. THOMPSON:  Exhibit 13.
23  (Permuth Exhibit 13 was marked for identification.)
24    MR. JAMES:  Thank you.
25    THE WITNESS:  Thank you.

Page 101

1  BY MS. THOMPSON:
2    Q.  And this article also is looking at a risk
3  factor score, and in the results and the abstract,
4  summing eight conditions found to be associated with
5  ovarian cancer, Jewish ethnicity, less than one year
6  of oral contraceptive, nulliparity, no breast
7  feeding, no tubal ligation, painful periods or
8  endometriosis, polycystic ovary or obesity, talc
9  use.
10    You disagree with the inclusion of talc use
11  in the risk factor list, correct?
12    A.  I don't believe talc is a risk factor for
13  ovarian cancer and I'm not --
14    Q.  Do you disagree --
15    A.  Go ahead.
16    Q.  Do you disagree with any of the other risk
17  factors that are listed, the other seven?
18    A.  No, I don't have a strong disagreement with
19  the others.
20    Q.  Do you have any disagreement?
21    A.  No.
22    Q.  And then going to Page -- this was published
23  in the Green Journal, the Journal of the American
24  College of Obstetrician & Gynecologists, correct?
25    A.  Yeah.

26 (Pages 98 - 101)

Page 102

1  Q.  Going to Page 1048, in the first full
2  paragraph, about halfway down it says:  These risk
3  factors -- referring to the eight -- are concordant
4  with published epidemiologic data --
5  A.  I'm trying to find where you're at.  I'm on
6  Page 1048.
7  Q.  Okay.  The beginning of the paragraph is "In
8  this article..."
9  A.  Got it.
10  Q.  "...we derive a simple score..."
11  A.  Yes.
12  Q.  And then "These risk factors," do you see
13  the sentence starting with "these risk factors"?
14  A.  Yes.
15  Q.  "...are concordant with published
16  epidemiologic data related to reproductive factors,
17  use of talc, tubal ligation, and endometriosis, and
18  polycystic ovarian syndrome or obesity."
19  A.  Yes.
20  Q.  But you disagree that the talc use is
21  concordant with published epidemiologic data?
22  A.  I just -- you know, Dr. Cramer has long been
23  investigating talc use, as his team, his mentees,
24  who we're seeing on the article, he's citing his own
25  papers and that of his group, so I'm not surprised

Page 103

1  to see that at all.
2  Q.  Was this paper litigation driven?
3  MR. JAMES:  Just object to the form and
4  calls for speculation.
5  A.  I'm not sure.
6  Q.  Published in 2011.  Was Dr. Cramer a
7  plaintiff expert in litigation?
8  MR. JAMES:  Object to form; calls for
9  speculation.
10  A.  It would seem chronologically before that
11  time.
12  Q.  Are you aware when the litigation began with
13  talcum powder and Johnson baby powder?
14  MR. JAMES:  You might be closer than you
15  think.  Object to form; calls for speculation.
16  A.  I'm not sure of the exact year.
17  Q.  Oh, we can go back way far but not with
18  Dr. Cramer.
19  Let's look at one more paper in this -- with
20  well-established risk factors and then we'll move
21  on.  There are likely others, but I'm giving you
22  some examples.
23  MS. THOMPSON:  We'll mark a Wu paper, this
24  one is 2015, Exhibit 14.
25  (Permuth Exhibit 14 was marked for identification.)

Page 104

1  MR. JAMES:  Thank you.
2  THE WITNESS:  Thank you.
3  BY MS. THOMPSON:
4  Q.  You'll agree that Wu published several
5  papers?
6  A.  She has.
7  Q.  In the, let's say, late 2015 to 2020 time
8  frame?
9  A.  Yes.
10  Q.  And this is just one of them, and she lists
11  the six well-accepted risk factors.  This one is
12  actually comparing Hispanic, White, non-Hispanic
13  Whites, African-American, and Hispanic, and I'm just
14  referring you to the listing of talc as a
15  well-accepted risk factor.  Do you agree that she
16  lists talc?
17  MR. JAMES:  Margaret, could you point us to
18  where that language is?
19  MS. THOMPSON:  Here we go.  A number of risk
20  factors are in the introduction.  It's somewhere.
21  If not, I have the wrong Wu paper.
22  BY MS. THOMPSON:
23  Q.  Okay.  Table 4 and Table 2, the risk factors
24  are nulliparity, oral contraceptive less than one
25  year, no tubal ligation, endometriosis, family

Page 105

1  history of ovarian cancer, and talc use greater than
2  one year.
3  Do you agree that talc use is one of the
4  risk factors that Wu considers here?
5  A.  Yeah, I see it in the table but it's
6  noteworthy that it was not mentioned in the
7  introduction.
8  Q.  And the summary is:  Results from these
9  population based case-control studies suggest that
10  the six well-established risk factors for iEOC
11  accounted for about 60 percent of ovarian cancer
12  risk in non-Hispanic Whites, Hispanics, and
13  African-American, and you agree with that conclusion
14  from the Wu paper?
15  A.  I don't see where you're reading that.
16  Q.  The summary at the end, Page 8.
17  A.  I'd have to read the paper to say what I
18  think about the conclusions.
19  Q.  Well, we know that you don't think that talc
20  use is one of the six well-established risk factors?
21  A.  Correct, I don't.
22  Q.  You discussed the Hurwitz paper in your
23  report, correct?
24  A.  There were several, yes.
25  Q.  I'm going to use the most recent one.

27 (Pages 102 - 105)

Page 106

1    A.   Okay.
2    Q.   Published in 2022.
3    (Permuth Exhibit 15 was marked for identification.)
4    BY MS. THOMPSON:
5    Q.   You discuss it on Page 38 of your report,
6    Dr. Permuth, and this is another paper from OCAC,
7    correct?
8    A.   Correct.
9    Q.   Are you an author on this paper?
10   A.   I am not.
11   Q.   Were you asked to be an author on this
12   paper?
13   A.   No.
14   Q.   And we see names here that have published
15   consistently on talcum powder, correct?
16   A.   Yes.
17   Q.   Holly Harris, Dr. Schildkraut,
18   Dr. Wentzensen.  Dr. Berchuck has not published on
19   talc, to my knowledge.  Dr. O'Brien, Dr. Wu,
20   Dr. Tworoger and Dr. Trabert, who was the doctor at
21   NIH that you mentioned earlier.  I don't want to
22   mischaracterize your testimony but I think you
23   believe that she had some reservations about
24   inflammation and ovarian cancer.  Am I stating your
25   testimony earlier?

Page 107

1        MR. JAMES:  Just object --
2    Q.   If not, state it how you would like to.
3        MR. JAMES:  Just object to form.
4    A.   I believe she's talked about limitations of
5    what we know about causation.
6    Q.   Okay.  And this paper, in its conclusion:
7    The largest to-date on aspirin use --
8        Is aspirin use an anti-inflammatory?
9    A.   Yes.
10   Q.   -- provides evidence that frequent aspirin
11   use is associated with lower cancer risk regardless
12   of the presence of most other ovarian cancer risk
13   factors.
14       And in the introduction also the authors
15   state: Chronic inflammation likely plays a key role
16   in ovarian carcinogenesis as factors associated with
17   epithelial disruption from ovulation,
18   inflammation-related exposures such as endometriosis
19   and pelvic inflammatory disease, and circulating
20   markers of inflammation are associated with ovarian
21   cancer.
22       These authors do not mention talc, do they,
23   in that sentence that I just read?
24   A.   They do not.
25   Q.   But they do say that chronic inflammation

Page 108

1    likely plays a key role in ovarian carcinogenesis,
2    correct?
3    A.   They do state that.
4    Q.   And when you talk about Hurwitz on Page 38
5    of your report, you conclude that, taken together,
6    data remain inconclusive regarding the association
7    between aspirin use and ovarian cancer risk.
8        That's not what the OCAC authors concluded,
9    is it?
10   A.   There I was referring to the corpus of data
11   that's out there about aspirin and NSAIDs and
12   ovarian cancer, so that's meant to be a concluding
13   paragraph.
14       My citation, like the paper I talk about
15   right before that sentence, is actually a different
16   one than this article that talks about polygenic
17   risk scores, but at the end of the day, I think data
18   remain inconclusive.
19   Q.   Well, first of all, your statement doesn't
20   say NSAID use and aspirin, it says --
21   A.   Aspirin.
22   Q.   -- aspirin, correct?
23   A.   Uh-huh.
24   Q.   So that was a misstatement of the sentence
25   that I read.  You state taken together --

Page 109

1        MR. JAMES:  Objection to -- objection to the
2    form.
3    Q.   Taken together, data remain inconclusive
4    regarding the association between aspirin and
5    ovarian cancer risk.
6        And yet this paper, published by OCAC --
7    well-regarded scientists, correct?
8        MR. JAMES:  Just objection to form.
9    Q.   Well-regarded scientists in OCAC?
10   A.   Yes.
11   Q.   Published in the Journal of Clinical
12   Oncology -- are you familiar with that journal?
13   A.   I am.
14   Q.   Are you a member of the Association of
15   Clinical Oncology?
16   A.   ASCO?  Yes.
17   Q.   And the authors say this is the largest
18   study, correct?
19   A.   (Nodding head.)
20   Q.   And they say it provides evidence,
21   regardless of most other cancer risk factors, and
22   chronic inflammation likely plays a key role, but
23   the data on aspirin is still inconclusive, in your
24   opinion, correct?
25   A.   In my opinion, further work needs to be done

28 (Pages 106 - 109)

Page 110

1 and that's the last statement I have in the
2 paragraph, that work should continue to explore the
3 role of aspirin for ovarian cancer prevention.
4    Q.   Doesn't almost every article ever published
5 say additional work needs to be done?  You don't
6 need to answer that question.
7        And in this paper also, there is -- let's...
8    If you will go to Page 53 of your report,
9 this begins with the Overview of Methods and
10 Analysis of Talc and Ovarian Cancer.
11    A.   Okay.
12    Q.   And you start that paragraph with:
13 Presented in the remainder of this report is my
14 expert opinion on claims alleging that talc-based
15 products manufactured by a subsidiary of Johnson &
16 Johnson have caused women to develop ovarian cancer.
17        Explain that sentence to me.
18    MR. JAMES:  Where are you again?
19    MS. THOMPSON:  Page 53, Overview of Methods
20 and Analysis:  Presented in the remainder of this
21 report is my expert opinion on claims alleging
22 that talc-based products manufactured by a
23 subsidiary of Johnson & Johnson have caused women
24 to develop ovarian cancer.
25    A.   So in the paragraphs to follow or the

Page 111

1 sections to follow I'll be talking about claims
2 alleging that talc causes ovarian cancer.
3    Q.   Okay.  I'm particularly interested in the
4 manufactured by a subsidiary of Johnson & Johnson.
5 What subsidiary is that?
6    MR. JAMES:  Objection to form.
7    Q.   Do you know the name of the subsidiary of
8 Johnson & Johnson that manufactured talc-based
9 products?
10    A.   I don't offhand.
11    Q.   And is it your opinion that it's a
12 subsidiary and not Johnson & Johnson that
13 manufactures talc-based products?
14    MR. JAMES:  Objection to form.
15    A.   I don't recall.
16    Q.   Who told you that it's a subsidiary of
17 Johnson & Johnson that manufactured talc-based
18 products?
19    MR. JAMES:  Just objection to form.
20    A.   I don't know that anyone told me that per
21 se.
22    Q.   Who does -- why did you include it in your
23 report?
24    MR. JAMES:  Just objection to form and asked
25 and answered.

Page 112

1    A.   I don't recall.  That's a statement I wrote
2 years ago.
3    Q.   Who does Scott James represent --
4    MR. JAMES:  Just objection --
5    Q.   -- in this litigation?
6    MR. JAMES:  Objection to form.
7    Q.   You can answer.
8    A.   We're -- you know, the defense is Johnson &
9 Johnson.
10    Q.   Okay.  Who contacted you to be an expert?
11    MR. JAMES:  Objection; asked and answered
12 this morning.
13    MS. THOMPSON:  I don't know that she said
14 Johnson & Johnson.
15    A.   Johnson & Johnson didn't contact me.
16    MR. JAMES:  Hold on.  Objection to that
17 comment.
18    Q.   A lawyer representing Johnson & Johnson or
19 was it a lawyer representing the subsidiary that you
20 believe manufactured talcum powder products?
21    MR. JAMES:  Just objection to form.
22    A.   It was a lawyer.
23    Q.   Okay.  So you don't have any evidence or
24 knowledge of a subsidiary being responsible for the
25 manufacture of Johnson & Johnson --

Page 113

1    A.   I don't recall.
2    Q.   You don't recall or you don't have evidence?
3    MR. JAMES:  Objection to form.  Objection;
4 asked and answered.
5    MS. THOMPSON:  That's a very legitimate
6 question, and I don't believe it's been answered,
7 why she included that in her report, but we can
8 move on.
9    MR. JAMES:  Objection to the editorializing
10 that has been going on all morning, but go
11 forward.
12    MS. THOMPSON:  From you.
13    MR. JAMES:  Uh-huh.
14    MS. THOMPSON:  Yes.
15 BY MS. THOMPSON:
16    Q.   Let's go to Page 57.
17    A.   Okay.
18    Q.   And under Talcum Powder and Ovarian Cancer,
19 A Comprehensive Review of the Literature, you did
20 include a comprehensive of the literature in your
21 report, didn't you?
22    A.   Yes.
23    Q.   I would agree with that.  Do you believe
24 it's an unbiased review of the literature?
25    A.   Yes.

29 (Pages 110 - 113)

Page 114

1    MR. JAMES:  Objection; asked and answered.
2    Q.  And you state here:  While some
3  epidemiologic studies summarized below have reported
4  a positive association between talc and ovarian
5  cancer risk, other, more robust studies have not.
6    What studies are you referring to in the
7  more robust studies have not?
8    A.  I'm referring to the prospective cohort
9  studies.
10   Q.  Which ones?
11   A.  Gertig, Gates, O'Brien, Gonzalez --
12   Q.  O'Brien, Gertig?
13   A.  Uh-huh.
14   Q.  O'Brien 2020 and 2024?
15   A.  2020.
16   Q.  So you don't consider that O'Brien 2024
17  robust?
18   A.  This latest paper?
19   Q.  Yes.
20   A.  Interested in the talking about that; I
21  think a lot of it is hypothetical in nature and
22  there are flaws.
23   Q.  And would that be because it disagrees with
24  your opinions?
25    MR. JAMES:  Objection to the form, and

Page 115

1  objection; argumentative.
2    A.  Nothing to do with opinions, it's based on
3  the science.
4    Q.  Okay.  But O'Brien 2020 then, and Gertig,
5  you do feel are robust, correct?
6    A.  Yes, especially O'Brien's earlier paper.
7    Q.  Okay.  We'll be --
8    A.  The pooled analysis.
9    Q.  We'll be looking at those shortly.
10    And you do know that Gertig found a
11  statistically significant increased risk of serous
12  ovarian cancer, correct?
13   A.  I am aware of that, and that was attenuated
14  and no longer there when restricting to medically
15  confirmed cases.
16   Q.  Is that because it disagrees with your
17  opinions?
18   A.  Nope.
19    MR. JAMES:  Objection to that continued
20  unnecessary argumentative editorializing.  Is
21  that going to continue all day?
22    MS. THOMPSON:  It might because I see a lot
23  of bias in this report and I'm going to
24  attempt -- I'm going to bring it out.
25    MR. JAMES:  Oh, wow, unbelievable.

Page 116

1  Objection to that commentary and that's how
2  you're approaching this entire deposition, and
3  it's very unprofessional.
4    MS. THOMPSON:  Okay.
5    MR. JAMES:  I've never seen a lawyer do this
6  in this litigation.
7    MS. THOMPSON:  Oh, come on.
8  BY MS. THOMPSON:
9    Q.  On Page 79 you state:  Although prospective
10  studies have numerous advantages, there are also
11  limitations that warrant consideration in evaluating
12  these diseases [sic].
13    What are the limitations of cohort studies?
14   A.  I'm sorry.  Could you --
15   Q.  Page 79, the very last sentence.
16   A.  Well, if we turn the page, I likely talk
17  about loss to follow-up.
18   Q.  Show me where that is.
19   A.  I'm turning now to the top of 80, where I
20  say:  First, there is potential for subject losses
21  compared to other types of analytical studies; there
22  is a need to make sure those lost are not
23  systematically different from those in the original
24  cohort in terms of exposure and outcome status.
25   Q.  Can you tell me where you are?

Page 117

1    A.  The top of Page 80.  It's the sentence after
2  what you had read.
3    Q.  All right.
4    A.  Second, there can be exposure
5  misclassification due to changes in exposure status
6  during follow-up; reassessment of exposures that can
7  be modified is important in prospective cohort
8  studies.  Nonetheless, it's noteworthy that talc use
9  is likely to be habitual such that assessment at
10  baseline is likely to be typical or characteristic
11  of that individual and unlikely to change over time.
12  In fact, Cramer, et al., reported year-round use to
13  be the most common pattern as opposed to seasonal or
14  irregular use.  And although these prospective
15  studies may be criticized for not ascertaining the
16  age of first use of talc, this information was only
17  ascertained in a few case-control studies.
18   Q.  Is power a concern with cohort studies on a
19  relatively rare cancer?
20   A.  One could say that but power calculations
21  have been done by several of the authors, I'm mostly
22  thinking of Berge and his meta-analysis, and it does
23  seem that the prospective cohorts are well powered
24  to identify effects if they are there.
25   Q.  Okay.  We're going to talk about that a

30 (Pages 114 - 117)

Page 118

1 little bit more later.
2      On Page 83, you discuss the meta-analysis by
3 Huncharek in 2003.
4      A.  Yes.
5      Q.  Is there a reason you particularly chose
6 that meta-analysis?
7      A.  Yes.  This is one that takes a look at
8 effect estimates when talc was dusted on the
9 diaphragms of women, and I felt it was really
10 important to look at talc and where it's applied,
11 and this ultimately showed that when talc was
12 applied to diaphragms, there wasn't -- was not an
13 increased risk for ovarian cancer, there was no
14 association, and the diaphragms are even closer to
15 the ovaries than talc put on the outside of the
16 body.  So I find that very concerning and perplexing
17 and not supportive of causation.
18      Q.  Is it your contention that talcum powder on
19 a diaphragm would result in greater exposure than
20 daily perineal dusting for decades?
21      MR. JAMES:  Just object to form.
22      A.  I'm talking about where the talc is applied.
23 So you just brought up I think frequency, I'm
24 forgetting your question, but I'm talking about
25 administration or putting talc on the diaphragm,

Page 119

1 which is higher up in the reproductive tract, closer
2 to the ovaries.  One might surmise that ovarian
3 cancer risk would be higher there.
4      Q.  Do you have any evidence to that?
5      A.  Evidence in terms of epidemiologic data
6 actually shows that there's no risk and, in fact, I
7 think even protective associations have been seen,
8 which is perplexing and not supportive of causation
9 with regard to talc.
10      Q.  I'll ask you some questions.  Do women use
11 diaphragm daily, typically?
12      A.  It depends on the woman.
13      Q.  Would a woman ever use a diaphragm daily for
14 50 years?
15      A.  That would be doubtful.
16      Q.  Okay.  And the recommendation was that
17 talcum powder could be applied to the diaphragm for
18 storage, correct?  Are you familiar with the
19 instructions for use of a diaphragm?
20      A.  Yes.
21      Q.  Are you aware that the recommendation was
22 to -- that you could dust the diaphragm for storage?
23      MR. JAMES:  Just object to form.
24      A.  Sure.
25      Q.  Have you ever used a diaphragm?

Page 120

1      MR. JAMES:  Objection.
2      Q.  Or have you had -- sorry.  I'll take that
3 back.
4      Have you talked with women or counseled
5 women on diaphragm use?
6      A.  That would not be in my purview.  I'm not a
7 reproductive specialist.
8      Q.  Would you defer to a gynecologist or a
9 gynecologic oncologist for that opinion?
10      A.  For that discussion?  Yes.
11      Q.  Yes.  And so you would not know that most
12 women rinse off the diaphragm before they insert it,
13 do you?
14      MR. JAMES:  Just objection to the form and
15 foundation.
16      Q.  And I don't know is a perfectly acceptable
17 answer, if that's the case.
18      A.  I'm not sure.
19      Q.  Okay.  And are you aware that the Huncharek
20 article was funded by Johnson & Johnson?
21      A.  I don't recall that but that may be true.
22      Q.  Well, you might not be because it wasn't
23 disclosed in the article.
24      MR. JAMES:  Objection to the form.
25      Q.  Well, is that -- okay.  I don't have it with

Page 121

1 me but do you know if the Huncharek article
2 disclosed Johnson & Johnson as --
3      A.  I don't recall, as I said.
4      MR. JAMES:  Objection; asked and answered.
5      Q.  And you know that in the 1980s -- and also,
6 do you know the impact of spermicidal jelly on a
7 diaphragm that has been rinsed and then applied into
8 the vagina?
9      A.  Again, I'm unclear on that.  I'm not a
10 reproductive specialist.
11      Q.  Okay.  And do you know that the instructions
12 to even dust a diaphragm for storage was removed in
13 the 1990s?
14      A.  I don't know that.
15      Q.  Do you know what the concern was in the
16 1990s?
17      A.  I don't know.
18      Q.  Do you know that condoms were also dusted
19 with talcum powder in the 1990s?
20      MR. JAMES:  Just objection; foundation.
21      A.  I don't know those facts.
22      Q.  I'm just asking whether you know whether
23 condoms had talcum powder in the '80s and '90s?
24      A.  I do know that some studies report on
25 dusting of condoms.

31 (Pages 118 - 121)

Page 122

1    Q.   And do you know that the dust -- the talcum
2  powder application to condoms was removed in the
3  1990s as well?
4        MR. JAMES:  Just objection to foundation.
5    A.   I didn't know that.  All I do know is the
6  epidemiologic data about dusting of condoms or
7  diaphragms, and nothing shows that talc dusting on
8  those modes increases a woman's risk of ovarian
9  cancer.
10   Q.   What is the study you have for dusting of
11 condoms?
12   A.   I've seen several.  I'd have to look at my
13 report, which I can do.
14   Q.   Yeah, show me the one in your report that
15 talks about any risk with dusting of condoms.
16   A.   I haven't seen any that show increased risk.
17   Q.   Have you seen any that studied it?
18   A.   Condom dusting with talc has been mentioned.
19 I don't recall which article offhand.  I can try to
20 figure that out.  It will take me a bit of time.
21   Q.   Okay.  Do you know that talcum powder was
22 removed from condoms because of a concern about
23 ovarian cancer?
24       MR. JAMES:  Objection to form; foundation.
25       MS. THOMPSON:  I'm just asking if she knows.

Page 123

1    A.   I don't know that.
2    Q.   Okay.  And do you know that talcum powder
3  was removed from surgical gloves in the 1990s?
4        MR. JAMES:  Just objection to form --
5    A.   I don't know that.
6        MR. JAMES:  -- to form and foundation.
7  Thank you.
8        MS. THOMPSON:  Okay.  I'm just asking her if
9  she knows.
10       MR. JAMES:  Understood.  I'm just making my
11 objections.
12 BY MS. THOMPSON:
13   Q.   And do you know that the removal from
14 surgical gloves was because of concern of the
15 effects of inflammation?
16       MR. JAMES:  Objection to form; foundation.
17   A.   I don't know that.
18   Q.   When used in the abdominal cavity, for
19 example, you don't know?
20   A.   I don't know that.
21   Q.   Or when used for pelvic exams, do you know?
22       MR. JAMES:  Objection to form and
23 foundation.
24   A.   (Shaking head.)
25   Q.   Is recall bias a concern, in your opinion,

Page 124

1  with the case-control studies?
2    A.   Yes.
3    Q.   How do you explain that there's -- well, let
4  me ask you a question first.  Has there ever been an
5  association with talcum powder use and mucinous
6  ovarian cancer?
7    A.   I don't believe I've seen one of those
8  offhand.
9    Q.   I haven't either.  How do you explain recall
10 bias -- take back I haven't seen it either.
11       How do you explain recall bias when there is
12 one particular subtype that has never been found to
13 be associated with ovarian cancer with talcum powder
14 use?
15   A.   I'd have to think more about mucinous and
16 how prevalent that is, how many cases were looked
17 at, how many were exposed to talc versus the
18 controls.  I'd have to study the studies.
19   Q.   But if it were the case that mucinous cancer
20 was never found to be associated with talcum powder
21 use, and all the other subtypes were, we'll use this
22 as a hypothetical, can you still explain -- is there
23 any way to explain that recall bias is responsible
24 for the increased risk?
25       MR. JAMES:  Just objection to the form;

Page 125

1  improper hypothetical, foundation.
2        MS. THOMPSON:  Why is the hypothetical
3  improper?
4        MR. JAMES:  It's totally contrary to
5  everything she said in her report.  You're asking
6  her to assume the exact opposite of her opinion.
7        MS. THOMPSON:  No, she said there is no
8  relationship with mucinous.
9        MR. JAMES:  You just said to assume there is
10 a relationship with every subtype, that being
11 mucinous, and by the way, she does address
12 mucinous in her report.
13       MS. THOMPSON:  And that there's no
14 association.  We'll move on.
15       MR. JAMES:  Note my objection.
16       MS. THOMPSON:  I think it is a proper
17 hypothetical.
18 BY MS. THOMPSON:
19   Q.   I'm going to ask you if there is one subtype
20 that's not associated with talcum powder use and
21 others are, how do you explain recall bias in that
22 situation?
23       MR. JAMES:  It's the same objections,
24 please.
25       MS. THOMPSON:  Okay.

32 (Pages 122 - 125)

Page 126

1    MR. JAMES:  Foundation, improper
2  hypothetical, and form.
3    A.  I think recall bias can happen across the
4  board.  I think mucinous has been less well studied
5  than the others, but if we were to study it more and
6  had larger sample sizes, we may be seeing the same
7  thing.
8    Q.  Okay.  So that would be your explanation,
9  that mucinous is just less well studied?
10    A.  It's less well studied, it's rarer than some
11  of the other subtypes.
12    Q.  Rarer than clear cell?
13    A.  I'd have to look at my proportions but...
14    Q.  Okay.  Is there any evidence that you're
15  aware of linking talc to other gynecologic cancers
16  other than ovarian cancer, epithelial ovarian
17  cancer?
18    A.  There is no strong evidence with uterine or
19  cervical and I cite some of those studies.
20    Q.  Let's go through them, and I want to -- not
21  just strong evidence because you --
22    A.  There is no evidence --
23    Q.  -- strong with ovarian, so --
24    A.  Yeah.
25    Q.  Okay.  Is there any evidence at all with

Page 127

1  vulvar cancer.
2    A.  I have not seen --
3    Q.  Is there any evidence at all with vaginal
4  cancer?
5    A.  I've not seen that.
6    Q.  Any evidence at all with cervical cancer?
7    A.  I have not.
8    Q.  Any evidence with uterine cancer?
9    A.  No.
10    Q.  And you'll agree that O'Brien actually
11  looked at cervical and uterine cancer as part of her
12  pooled cohort study?
13    A.  She did.
14    Q.  And she found no association, correct?
15    A.  Correct.
16    Q.  Is there any association with germ cell
17  ovarian cancer, to your knowledge?
18    A.  No.
19    Q.  And is there any association with bladder
20  cancer?
21    A.  No.
22    Q.  Any association with rectal cancer?
23    A.  No.
24    Q.  Any association with breast cancer?
25    A.  No.

Page 128

1    Q.  Same question:  If there is no association
2  with other types of cancers, explain how recall bias
3  can be totally responsible for the increase in
4  ovarian cancer?
5    A.  Well, I think --
6    MR. JAMES:  Just object to the form, please.
7    A.  I think there's a couple issues here, but
8  recall bias, if we just concentrate on that, there's
9  been so much in the media that's been -- that's
10  been -- about this litigation that I think it's
11  extra pronounced for ovarian cancer across the
12  board, but -- I don't know.  I would turn it this
13  way, like what you're talking about -- I don't know
14  how I want to articulate this.  I don't know.  I'll
15  just -- I'll just end there.
16    Q.  So do you think women, if they're answering
17  a questionnaire and have heard about talcum powder
18  causing ovarian cancer, do you think they would know
19  if they had mucinous cancer and that wasn't
20  associated?
21    MR. JAMES:  Just object to form.
22    A.  No, I'm unclear on that.
23    Q.  Do you think they would know they had a germ
24  cell tumor that was not associated?
25    A.  I think women hear ovarian cancer and talc

Page 129

1  and then that may bias their recall of past
2  exposure.
3    Q.  Do you think they would know they had it?
4    A.  That's inherent in why prospective cohort
5  studies are superior to case-control studies,
6  because the exposures happened before the outcome
7  develops.
8    Q.  Speaking of which, in your chart, since you
9  mentioned it, you say it usually happens after the
10  event.  Do you think there are cases in these
11  studies where the ovarian cancer was diagnosed and
12  then women started using talcum powder afterwards?
13    A.  I think that can happen.
14    Q.  Can you point me to any article out of the
15  50, 60 articles that states that that has happened?
16    MR. JAMES:  Objection to form.  And I see
17  you looking at your report.
18    THE WITNESS:  Yeah.
19    MR. JAMES:  You can take time to look at
20  your report, if you need to, when you are asked
21  if there's a study.
22    A.  Yes, I believe there is at least one study
23  that's commented on that and I need to find it.
24    Q.  Would it be Huncharek 2003?
25    A.  I don't recall.

33 (Pages 126 - 129)

Page 130

1   Q.  Okay.  We won't spend time going on with
2   that.  I don't believe there are any studies that
3   actually document that there are cases that are --
4   start using talcum powder after they are diagnosed.
5   A.  Okay.  So I was referring to Huncharek in
6   2003.
7   Q.  Who speculated, correct?
8       MR. JAMES:  Just objection to form.
9   A.  They suggested that cases may show an
10  association secondary to a treatment effect, with
11  some women with ovarian cancer undergoing treatment
12  which leads to side effects, such as irritation, and
13  then they would use talc.
14  Q.  Are there any patients in his study that he
15  actually identified as doing that?
16  A.  I don't think that was the intent of his
17  meta-analysis.
18  Q.  And --
19  A.  But I think it's possible that women, you
20  know, back in the day, would dust talc to help with
21  dryness or skin folding after a diagnosis, so I
22  don't think it's too out there at all.
23  Q.  So your "usually" statement, you accept that
24  there are cases in this literature of women who
25  start using talcum powder after they are already

Page 131

1   diagnosed?
2       MR. JAMES:  Object to the form.
3   A.  I think that would be rarer.  I would never
4   say it doesn't happen.
5   Q.  Do you have any evidence whatsoever?
6   A.  I don't have any evidence at hand right now.
7   Q.  All right.  Do you think you could find it
8   if you looked?
9       MR. JAMES:  Just object to the form.
10  A.  I don't know.
11  Q.  Okay.  Actually, on Page 87 you do talk
12  about the case-control and histologic subtype, and
13  you state in your report, Page 87, last sentence on
14  first paragraph:  Of case-control studies --
15      How many case-control studies are there?
16  A.  Many.
17  Q.  Many.  We agree on that.
18  A.  I'm trying to find where you're at.
19  Q.  Page 87.
20  A.  Oh, okay.  Last sentence, first paragraph.
21  Q.  Of case-control studies that evaluated more
22  than one histologic type, there were a few with
23  statistically significant associations between talc
24  and serous, endometrioid, or clear cancer, and none
25  that identified associations with mucinous ovarian

Page 132

1   cancer.
2       Is that statement consistent with what we've
3   been discussing here regarding mucinous cancer?
4   A.  That's what I wrote.
5       MR. JAMES:  What are we, please?
6       MS. THOMPSON:  Page 87, top paragraph, last
7   sentence beginning:  Of case-control studies...
8       MR. JAMES:  Thank you.
9   BY MS. THOMPSON:
10  Q.  On Page 89, in the paragraph that begins "In
11  sum" -- and I assume this is an opinion paragraph,
12  correct?
13      It reads:  In sum, the increased risk
14  observed in these meta-analysis is restricted to
15  case-control studies and is likely due to bias
16  and/or confounding.
17      Let's take that in two questions.  Is it
18  true that the meta-analysis are restricted to
19  case-control studies finding positive associations?
20  A.  The increased risk is seen in the
21  case-control studies.
22  Q.  Okay.  But the meta-analysis does include
23  cohort studies?
24  A.  They do.
25  Q.  And you do agree that at least one of the

Page 133

1   meta-analyses found an increased risk with serous
2   cancer, correct, Penninkilampi?
3   A.  With serous, yes.
4   Q.  And you agree that the Gertig cohort study
5   found an increased risk with serous cancer, correct?
6   A.  Yes, but the later study with more follow-up
7   by Gates did not.
8   Q.  And that's a topic for another set of
9   questions.
10      On Page 90, we are -- well, that starts the
11  O'Brien papers, so we'll -- new section.
12      Do we want to take a break and begin?  Do we
13  want to take lunch now and begin?  Do you have a --
14  A.  I'm going to need a bio break probably in
15  about 20 minutes, but I can break now, whatever
16  works for everyone.
17      MR. JAMES:  Up to y'all.  Susan?
18  BY MS. THOMPSON:
19  Q.  Actually, I have a few more questions I can
20  ask on your report and then we can break and start
21  with them.
22  A.  Okay.
23      MR. JAMES:  Also, we would be taking a
24  longer lunch break when we break, correct?
25      MS. THOMPSON:  Longer than the five-minute

34 (Pages 130 - 133)

Page 134

1  break?
2      MR. JAMES: Yeah.
3      MS. THOMPSON: I hope so.
4      MR. JAMES: Okay. Good.
5      MS. THOMPSON: Let's go to the NCI PQ.
6  (Permuth Exhibit 16 was marked for identification.)
7      THE WITNESS: Thank you.
8      THE COURT REPORTER: You're welcome.
9  BY MS. THOMPSON:
10     Q.  You would agree that at least from what's
11  included in the PDQ, this would not constitute a
12  comprehensive review of perineal talc exposure,
13  would you agree?
14     MR. JAMES: Object to the form and the
15  wording, please.
16     Q.  Is a PDQ a comprehensive review of perineal
17  talc exposure?
18     A.  It's meant to be a summary.
19     MR. JAMES: Objection to the form, please.
20     Q.  Do you know how the PDQ is written?
21     A.  I believe it involves a panel of experts
22  coming together to write it.
23     Q.  If a member of the PDQ expert committee says
24  they assign it to one reviewer, would you have any
25  reason to question that?

Page 135

1      MR. JAMES: Just objection to the form and
2  foundation.
3      A.  One reviewer of what's written, is that what
4  you're asking?
5      Q.  Yes. Yes.
6      A.  It may be that it ends with one reviewer
7  okaying the document. I'm not sure.
8      Q.  And you'd agree the expert committee that
9  writes the PDQ are not NIH scientists, correct?
10     A.  I don't know that that's true.
11     Q.  You don't know one way or the other?
12     A.  I'd have to look at who the panel is and you
13  had said funded, right, funded investigators by NIH?
14     Q.  Employed investigators by NIH.
15     A.  Employed?
16     Q.  Yes.
17     A.  I'd have to look at the panel to see.
18     Q.  We can look at that later. And the whole
19  section on perineal talc exposure is about one page,
20  correct? It begins on 21 of 27. It's a little less
21  than a page long, correct?
22     A.  Yes.
23     Q.  Compared to your expert report, that's
24  minimal, right?
25     MR. JAMES: Objection to the wording.

Page 136

1      A.  Well, I think it's meant to be a high-level
2  summary.
3      Q.  Okay. And the PDQ regarding perineal tack
4  lists -- I count seven --
5      MS. O'DELL: Talc.
6      MS. THOMPSON: What did I say?
7      MS. O'DELL: Tack.
8      Q.  Perineal talc -- and when we talk about talc
9  in this deposition, we're talking about the genital
10  use of talc, correct?
11     A.  Yes.
12     Q.  And when we're talking about ovarian cancer,
13  we're talking about epithelial ovarian cancer,
14  correct?
15     A.  Yes.
16     Q.  So if we say one of those without specifying
17  otherwise, we can assume that that's what both of us
18  mean, correct?
19     A.  Correct.
20     Q.  I see seven references. You can count them.
21  It begins with Huncharek as Reference 8. The
22  previous ones refer to other issues addressed.
23         Do you agree with that?
24     A.  Huncharek we already discussed, yes.
25     Q.  So seven references. And do you agree with

Page 137

1  the choice of articles that the reviewer and the
2  author of the PDQ section on talc and ovarian cancer
3  selected?
4      MR. JAMES: Objection to the wording and to
5  the form, please.
6      A.  It depends on what you mean do you agree
7  with the selection. It depends on the intent here.
8  I think they cited some key studies. They also
9  cited a study that I'm deeply concerned about in
10  terms of the design and the interpretation.
11     Q.  Okay. Well, we're not going to go into
12  detail on those studies, but I do want to just ask
13  you about the risk found in each of these studies.
14  You may need to look on your chart if you are not
15  going to accept what I am going to suggest.
16     A.  My Table 6, is that what we're taking about?
17     Q.  Your table. Did you list the risk ratio of
18  each study? Okay. So we can just go through these.
19         Huncharek 2003, the meta-analysis, provides
20  a risk of 1.33. That is a confidence interval that
21  does not cross 1, do you agree?
22     A.  That's correct.
23     MR. JAMES: If I can, let's take this slower
24  because you're -- if we can.
25     Q.  And Terry is on your chart, is a pooled

35 (Pages 134 - 137)

Page 138

1  study, correct?
2      A.  Yes.
3      Q.  And Terry finds a 1.24 risk with a
4  confidence interval that does not cross 1?
5      A.  Correct.
6      Q.  Statistically significant.  Woolen has a
7  1.47 ratio, risk ratio, with 1.31 to 1.656.  That's
8  statistically significant, correct?
9          MR. JAMES:  And again, if I can just make
10     sure that you are not being rushed as you look
11     through the studies.  Okay?
12         THE WITNESS:  (Nodding head.)
13     Q.  I think you're just looking at your chart
14  that has them all listed?
15         MR. JAMES:  She's faster than I am and I
16     don't want to be rushed either.
17         MS. THOMPSON:  We'll slow down.
18         MR. JAMES:  Thank you.
19     A.  Yes, I see that reported, and that's the
20  study that I have issues with.
21     Q.  Uh-huh.  I understand that would possibly be
22  the study you have issues to.
23         And O'Brien has an overall risk ratio -- and
24  that's the pooled study of four cohorts, correct?
25     A.  Correct.

Page 139

1      Q.  The one in 2020 that you like or that you
2  mentioned that you like, I think those weren't
3  exactly your words but if that's -- if I misstated
4  your testimony, feel free to correct me.
5          MR. JAMES:  No.  I'm going to object to the
6      form and the wording and the characterization of
7      her testimony.
8      Q.  Okay.  For all users, or all comers, all
9  ovarian cancer and I believe ever use, it's a 1.08,
10  that confidence interval is .99 to 1.17, correct?
11     A.  Correct.
12     Q.  And we're going to go into more detail with
13  O'Brien later.  I'm just going to ask you the actual
14  risk with each of these studies cited by PDQ.
15         With patent reproductive tract, it was 1.13.
16  That was statistically significant, correct?
17     A.  Yes, and when they limited that to confirmed
18  cases, it was no longer significant.
19     Q.  Okay.  But this is what they reported in
20  their conclusions.
21         And did you look at the frequent users
22  table?
23     A.  Would you like me to look at the frequent --
24     Q.  We're going to come back to O'Brien, so we
25  can look at it there if you don't know what it is.

Page 140

1      Q.  Do you know if it was increased and statistically
2  significant for frequent users?
3      A.  I'd have to look.
4      Q.  Were all the plaintiff cases that you looked
5  at in this case frequent users of talc?
6          MR. JAMES:  Objection; form.
7      Q.  Did you look at individual plaintiff cases?
8      A.  I did.
9      Q.  All -- how many did you look at?
10     A.  I have focused on four in my report.
11     Q.  And were those four frequent users of talc,
12  or do you not know?
13     A.  It depends how one defines frequent, and I'd
14  have to look into specifics of each of those.
15     Q.  Were they daily users?
16         MR. JAMES:  Just objection to form, and if
17     you don't know at this time, just say you don't
18     know.
19     A.  Yeah.  I don't recall.
20     Q.  Yeah, that's fine.
21         And PDQ cites Schildkraut.  Schildkraut
22  found 1.44, statistically significant, correct?
23     A.  I would have to --
24     Q.  Can you look on your chart?
25     A.  Yes.

Page 141

1      Q.  I'm not trying to be inaccurate or trick you
2  in any way.
3      A.  Correct.
4      Q.  And Gertig was a 1.09 overall with a 1.40,
5  statistically significant with invasive serous,
6  correct?
7          MR. JAMES:  Objection; form, and you missed
8      the confidence interval there in the 1.409.
9      Q.  The confidence interval was not
10  statistically significant?
11     A.  Correct.
12     Q.  And Houghton, a cohort study, correct?
13     A.  Correct.
14     Q.  Found a 1.08 with a confidence interval .99
15  to 1.17, correct?
16     A.  I have something different but it's also not
17  significant.
18     Q.  And this PDQ, which was updated I believe in
19  March, does not include the 2024 O'Brien study, does
20  it?
21     A.  Certainly.
22     Q.  So of these seven, six have a statistically
23  significant increased risk and Houghton has an
24  increased risk that is .99, barely crosses 1?
25         MR. JAMES:  Objection to form, and I think

36 (Pages 138 - 141)

Page 142

1  that misstates the numbers that we just went
2  through.
3  A.  Correct.
4  Q.  Well, the only one that could be at issue is
5  the invasive serous with Gertig, if you wanted --
6  okay.  Let me rephrase that.
7      Found at least one group that was
8  statistically significant and an increased risk,
9  correct?
10     MR. JAMES:  Just objection to form.  I think
11  you need to rephrase the question.
12  Q.  Of these -- let's -- of these studies,
13  which -- are there studies that show -- well, let me
14  ask you a question.
15     Is it your opinion that if a study is not
16  statistically significant, that it means there is no
17  association?
18  A.  I think it's important for me to state as an
19  epidemiologist, statistical significance is one tool
20  in our toolbox where we assess a study and its
21  significance.
22     On top of that, though, your question was
23  about association?  What was it?
24  Q.  My question was if there is a study that
25  shows an increased risk ratio that is not

Page 143

1  statistically significant, do you -- is your
2  conclusion is that there is no association?
3  A.  Correct, and that's what we've been taught
4  for years and I would say that it would be
5  hard-pressed to have a journal that disagrees with
6  that these days.  It's hard to get a study published
7  if you don't have that p value and have that
8  threshold for statistical significance.
9  Q.  You are aware that most journals have gotten
10  away from p value and are just requesting confidence
11  interval, correct?
12     MR. JAMES:  Just objection to form.
13  A.  I don't know about most.
14  Q.  Well, do you know the New England Journal
15  has eliminated p value and gone just to confidence
16  interval?
17     MR. JAMES:  Just objection to the form.
18  Q.  And we're going to go over some
19  epidemiologists that would disagree with you on
20  that, but we can do that in a while.
21     Is there any of these studies that show a
22  risk ratio less than 1?
23     MR. JAMES:  Just objection to the form.
24     MS. THOMPSON:  What's wrong with that form?
25     MR. JAMES:  You're asking about risk ratio

Page 144

1  now and you are assuming -- you're dismissing --
2  you know what, just objection to the form.
3  BY MS. THOMPSON:
4  Q.  Are there any of these studies that show
5  that there is less than 1 that talcum powder is a
6  protective factor?
7      MR. JAMES:  Just objection to form.
8  A.  Not in their main findings.  I'd have to
9  look at subset analysis to see if any of them did
10  report that.
11  Q.  And I'm sure they did, but --
12  A.  Not that -- not the parameter estimates that
13  we talked about right now.
14  Q.  Okay.  Let's just go over them again.
15  Huncharek, 1.33, statistically significant, agree?
16  Do you agree?
17     MR. JAMES:  Okay.  Objection; asked and
18  answered.  Are we going to go through all seven
19  again?
20     MS. THOMPSON:  I don't want to go over it
21  again but there seems to be a lot of confusion.
22     MR. JAMES:  Because you keep combining
23  subgroups in some and not in others, and then you
24  got to O'Brien and then you asked her to think
25  about patent finding, and then you got to Gertig

Page 145

1  and you asked her to think just about the serous
2  finding.
3     MS. THOMPSON:  Okay.  All right.
4     MR. JAMES:  That's the problem.
5  BY MS. THOMPSON:
6  Q.  Do you agree that Huncharek, Terry, Woolen,
7  Schildkraut, all show a statistically significant
8  increased risk of ovarian cancer with talcum powder
9  use?
10  A.  They all report that.
11  Q.  And do you agree that O'Brien reports a
12  statistically significant increased risk with patent
13  reproductive tract and frequent use?
14     MR. JAMES:  Objection; form, and asked and
15  answered.
16  A.  They report that but they do further
17  analysis and the association is no longer there.
18  Q.  And do you agree that Gertig shows a
19  statistically increased risk with invasive serous
20  cancer?
21     MR. JAMES:  Objection; asked and answered
22  two or three times now.
23     MS. THOMPSON:  This is the only way to
24  clarify, for the record.  I'm sorry, Scott.
25  A.  Same as reported, and that risk was no

37 (Pages 142 - 145)

Page 146

1  longer statistically significant once they confined
2  to pathologically confirmed cases.
3      Q.  At least PDQ selected Gertig as one of the
4  seven articles that they considered, correct?
5      A.  They considered it because it's a
6  prospective cohort study.
7      Q.  They could have considered Gates or Gonzalez
8  or others?
9      A.  They could have.
10     Q.  And so at least the PDQ's statement -- well,
11  do you agree with the PDQ statement:  Results from
12  case-control and cohort studies are inconsistent, so
13  the data are inadequate to support an association
14  between perineal talc exposure and an increased risk
15  of ovarian cancer?
16     A.  So I don't I don't know exactly where that
17  was read from but I do --
18     Q.  The first sentence in the perineal
19  talc exposure.
20     A.  Ah, okay.  Yeah.  Yes, consistency is one of
21  the key criteria that Bradford Hill uses to assess
22  causality, and we do see discrepancies between
23  case-control and cohort studies, so I do believe
24  they are inconsistent.  I agree with that first
25  sentence, and there --

Page 147

1      Q.  If --
2      A.  Go ahead.
3      Q.  Were you finished?  I didn't want to
4  interrupt.
5      A.  There is more I have to say but we can go
6  ahead.
7      Q.  And we'll be talking some more about that
8  later.
9          If the PDQ were to modify this statement
10  based on the new O'Brien study, would your opinions
11  change at all?
12     MR. JAMES:  Objection to the form.
13  Objection to the highly confusing hypothetical.
14     MS. THOMPSON:  Let me try to clarify it.
15  It's a hypothetical.
16     MR. JAMES:  Objection to lack of foundation
17  and that's my objection.
18     MS. THOMPSON:  Object to form is sufficient.
19     MR. JAMES:  No.  I'm allowed to say
20  foundation, I'm allowed to say speculation, but
21  thank you for the help.
22  BY MS. THOMPSON:
23     Q.  If the PDQ were to change their conclusion
24  based on the recent ovarian cancer and talc study by
25  O'Brien published in May, would that modify your

Page 148

1  opinions at all in this case?
2      MR. JAMES:  Objection to the form.
3  Objection to foundation.  Objection to confusing
4  hypothetical.
5      Q.  Do you understand my question, Dr. Permuth?
6      A.  Permuth.  I would be hard-pressed to think
7  that investigators involved with the PDQ would add
8  anything substantive that would support the talc
9  hypothesis from the latest O'Brien 2024 article
10  because I believe there are flaws with the data.
11     Q.  What if it was based on all the literature,
12  a review by a new author, would it change your
13  opinions?
14     MR. JAMES:  Same objections, please, to form
15  and hypothetical and foundation.
16     A.  I don't think another review article would
17  change my opinions.
18     Q.  No.  I'm asking if the PDQ -- if the PDQ
19  moved talcum powder to the section that has adequate
20  evidence, would it change your opinions in this
21  case?
22     MR. JAMES:  Objection; asked and answered.
23  I think that's the question she just answered.
24     A.  I don't think there is any data that would
25  support talc going from inadequate evidence to

Page 149

1  supportive evidence.
2      Q.  Are you aware that at least one of the
3  articles cited in the introduction of "Who Is at
4  Risk," one of I believe four -- no, let's see.
5  Maybe one of one.  Let me look.
6          In the "Who Is at Risk," second paragraph:
7  Risk factors for ovarian cancer include family
8  history of breast and ovarian cancer and inheritance
9  of deleterious mutations, and other selected other
10  high-penetrance genes, and it gives References 2 to
11  6?
12     A.  Uh-huh.
13     Q.  Are you aware that the Hunn article lists
14  talcum powder as an accepted risk factor?
15     MR. JAMES:  Just objection to assumes facts.
16  Sorry.
17     Q.  If you're not, just say "I don't know."
18     MR. JAMES:  Objection to assumes facts not
19  in evidence.
20     A.  Yeah, I don't know.  I haven't looked at
21  that article.
22     Q.  Okay.
23     A.  That I know of.
24     Q.  Do any of the articles on your entire list
25  of 600 affirmatively state that talc is safe to use?

38 (Pages 146 - 149)

Page 150

1    MR. JAMES: Just objection to form.
2    Q.  And it doesn't have to be those exact words
3 but say it's safe to use talc, if you're using it,
4 continues, is there any article that you can recall
5 that states that?
6    MR. JAMES: Just objection to form, please.
7    A.  I don't believe so.
8    Q.  Okay. But that's your opinion, correct?
9    MR. JAMES: Objection to form.
10    A.  You asked if I knew of any. I don't recall.
11    Q.  Is your opinion that talc is safe to use?
12    A.  I believe talc is an inert substance that
13 does not cause ovarian cancer.
14    Q.  My question is do you believe that the
15 genital use of talc is safe?
16    MR. JAMES: Just objection to form and asked
17 and answered.
18    A.  I don't believe it causes cancer.
19    Q.  Does it cause anything else that would make
20 it unsafe?
21    A.  No. In fact it --
22    MR. JAMES: Objection to form. Sorry.
23    A.  In fact, talc has been shown to be helpful
24 in patients with pleurodesis, so, no, I don't think
25 it's a harmful agent.

Page 151

1    Q.  What's the definition of cosmetic product,
2 do you know?
3    A.  I don't know that I can define that.
4    Q.  Is talcum powder a cosmetic product, or do
5 you know?
6    A.  I believe it's considered --
7    Q.  And if the definition was a product that has
8 no medical benefits, would you disagree with that
9 definition?
10    MR. JAMES: Just objection to form and
11 assumes facts not in evidence and hypothetical.
12    A.  I don't know what the question is. I'm not
13 sure on what you're asking.
14    Q.  I'm asking is talcum powder --
15    A.  A cosmetic product?
16    Q.  Yes.
17    A.  I believe so.
18    Q.  Do you know who is responsible for ensuring
19 safety of a cosmetic product?
20    MR. JAMES: Objection. I think this is --
21 I'll just say objection; form.
22    A.  Probably some environmental agency. I'm not
23 sure.
24    Q.  Do any of the articles on your list of 600
25 that are cited in your report, do any of them state

Page 152

1 there is not a plausible mechanism for how talc
2 could cause ovarian cancer?
3    MR. JAMES: Objection to form. Are you
4 asking for those exact words?
5    MS. THOMPSON: No, something similar to
6 that, there is no plausible mechanism for how
7 talc can cause ovarian cancer.
8    Q.  If you want to use a substitute word,
9 possible for plausible, but just the gist of that.
10    MR. JAMES: She's asking about your report
11 now.
12    MS. THOMPSON: The report or any of her 600
13 citations.
14    MR. JAMES: Right. I'm saying you can take
15 time and look through your report if you would
16 like to.
17    A.  That's why I pulled my report out. I do
18 believe there are citations that talk about a
19 mechanism just being unclear. Is that what
20 you're --
21    Q.  No. I want to -- because your opinion is
22 there is not a plausible mechanism, correct?
23    A.  Correct.
24    Q.  Is there any that say there is not a
25 plausible mechanism, not that say it's unclear but

Page 153

1 it could be this, you know, there is not a plausible
2 mechanism.
3    MR. JAMES: Object to form and that's a
4 broad question.
5    A.  I need a few minutes.
6    MR. JAMES: Take your time.
7    A.  Yeah. So in terms of proposed mechanisms,
8 IARC comments on this. I'm on Page 143 of my
9 report, IARC Citation 449, as well as others'
10 meta-analyses talk about the proposed mechanisms by
11 which talc may cause ovarian cancer being weak and
12 speculative. Those may be my words but these were
13 also supported by comments from --
14    Q.  What page are you on?
15    A.  I'm on Page 143, bottom paragraph, talking
16 about evidence from Plaintiffs for proposed
17 mechanisms is weak and speculative, sentiments
18 echoed by IARC and numerous authors mentioned here,
19 including those who published recent meta-analyses.
20    So I'm pointing to 413 and 416, which is
21 Berge and Penninkilampi, which I believe discuss how
22 mechanisms -- they --
23    Q.  So it's your opinion that Berge and
24 Penninkilampi and IARC say something like there's no
25 plausible mechanism for how talc causes ovarian

39 (Pages 150 - 153)

Page 154

1  cancer?
2      A.  I believe they probably say it's unclear.
3      Q.  Is unclear the same as no plausible
4  mechanism, in your mind?
5      MR. JAMES:  Objection to form.
6      A.  I would want to look at the wording.
7      Q.  Okay.
8      A.  But they certainly don't come out and say
9  talc -- it is very clear that talc has a mechanism
10  that could contribute to ovarian cancer.  There's
11  nothing like that.
12      Q.  Well, you know that Penninkilampi -- I don't
13  have it with me -- states that his epidemiologic
14  evidence supports the mechanism for how talc can
15  cause ovarian cancer.  Are you aware of that?
16      MR. JAMES:  Objection to form.  You just
17  said you don't have the paper.  Are you
18  paraphrasing?
19      MS. THOMPSON:  Well, she's saying it does.
20  I'm assuming she knows what it says.
21      MR. JAMES:  I'll object to the form.  You're
22  paraphrasing a paper that you don't have.
23  BY MS. THOMPSON:
24      Q.  And you know that Penninkilampi states that
25  his study is suggestive for causal association, do

Page 155

1  you know that?
2      A.  Let's look at the wording together.
3      Q.  So you couldn't have a causal association if
4  you don't believe there is a mechanism, could you?
5      MR. JAMES:  Objection to the form.
6      MS. THOMPSON:  Okay.  We'll read it.
7      MR. JAMES:  Now we're just grasping at
8  straws here.
9      MS. THOMPSON:  Hardly.
10      MR. JAMES:  Talking about a study that you
11  don't have with you and you're representing the
12  study to the witness.
13      MS. THOMPSON:  She's the one that --
14      MR. JAMES:  You don't have it with you.
15      MS. THOMPSON:  She's the one that said
16  Penninkilampi says a mechanism -- there is no
17  plausible mechanism.
18      A.  I said a mechanism is not clear.
19      MR. JAMES:  Objection to the form again.
20  You asked about that language.  I said do you
21  want that specific language.  I said or it
22  could be something like that.  At this point we
23  don't even know what question we're answering.
24      MS. O'DELL:  Scott, please --
25      MR. JAMES:  Thank you, Leigh, this is not

Page 156

1  the portion of the deposition you are handling.
2  Thank you.
3      MS. O'DELL:  Fair enough, but this will move
4  this along.
5      MS. THOMPSON:  Yeah, we'll clear it up.
6  We'll clear it up.
7  BY MS. THOMPSON:
8      Q.  Okay.  Reading from the discussion in
9  Penninkilampi:  If chronic inflammation due to
10  ascending foreign bodies is indeed the mechanism by
11  which talc is associated with increased ovarian
12  cancer risk, then these results fit the picture.
13      MR. JAMES:  Can I give her a copy of the
14  paper if you don't have an extra?
15      MS. THOMPSON:  Sure, and she can tell me if
16  I read that correctly.
17      MR. JAMES:  I think you're missing some
18  pretty important language.
19  BY MS. THOMPSON:
20      Q.  And then also, regarding my other thing --
21      MR. JAMES:  Are we going to mark
22  Penninkilampi?
23      MS. THOMPSON:  Sure, we can mark
24  Penninkilampi.
25      MR. JAMES:  Here you go.

Page 157

1      THE WITNESS:  Thank you.
2  (Permuth Exhibit 17 was marked for identification.)
3      A.  May I?
4      Q.  I'm reading from Page 45, middle of the
5  seconding column, first paragraph:  If chronic
6  inflammation due to ascending foreign bodies is
7  indeed the mechanism by which talc use is associated
8  with increased ovarian cancer risk, then these
9  results fit the picture.
10      Did I read that correctly?
11      A.  You read it correctly.
12      Q.  And then --
13      A.  I'd like to point out the final sentence of
14  that paragraph:  Unfortunately, the evidence remains
15  insufficient to understand the mechanism with any
16  reasonable certainty.
17      If I may, let's also goes to the last
18  paragraph.
19      Q.  No, I haven't -- I don't have a question on
20  the table.
21      MR. JAMES:  She's finishing her answer.  You
22  asked her about mechanism in Penninkilampi and
23  she's giving you the answer whether you like the
24  answer or not.
25      A.  Last paragraph:  There is a substantial need

40 (Pages 154 - 157)

Page 158

1  for future -- or further research on a potential
2  mechanism by which ovarian cancer may be caused by
3  talc, as this will allow a causal relationship to be
4  established or rejected with more certainty.
5      Q.  Okay.  And that is talking about certainty,
6  correct?
7          MR. JAMES:  Objection; the paper speaks for
8  itself.
9      Q.  And Penninkilampi also states in the
10  conclusions:  The results of this review indicate
11  that perineal talc use is associated with a 24 to 39
12  percent increased risk of ovarian cancer.  While the
13  results of case-control studies are prone to recall
14  bias, especially with intense media attention
15  following the commencement of litigation in 2014,
16  the confirmation of an association in cohort studies
17  between perineal talc use and serous ovarian cancer
18  is suggestive of a causal association.
19          Did I read that correctly?
20      A.  You did, and I noted that that association
21  goes away after they do more analysis on confirmed
22  cases.
23      Q.  I'm reading the conclusions of
24  Penninkilampi, correct?
25      A.  Yeah.  I'm just giving more context.

Page 159

1      Q.  Okay.
2          MR. JAMES:  I think we may have hit our 20
3  minutes.  How is everyone doing?
4          MS. THOMPSON:  Want to break for lunch?
5          THE WITNESS:  I would like to.
6          MR. JAMES:  Yes, please.
7      (Recess from 12:43 p.m. until 1:37 p.m.)
8  BY MS. THOMPSON:
9      Q.  Dr. Permuth, let's continue with some of the
10  mechanistic studies that you reviewed and your
11  opinions there.  If you will, turn to Page 102 in
12  your report.
13      A.  Okay.
14      Q.  On the topic of whether talc particles can
15  ascend or migrate to the -- from the vagina to the
16  ovary, and you start with a monkey study on this
17  page, correct, the Wehner study?
18      A.  In that paragraph I start with a rat study,
19  it looks like.
20      Q.  All right.  Let's start with the monkey
21  study on Page 102.
22      A.  Yes.
23      Q.  And do you know the author of this paper?
24      A.  I'd have to look up the citation to
25  remember.

Page 160

1      Q.  I believe it's Dr. Wehner or Wehner.  And do
2  you know that Dr. Wehner is a paid consultant of
3  Johnson & Johnson?
4      A.  I don't recall that.
5      Q.  Do you know if Johnson & Johnson sponsored
6  the Wehner study?
7      A.  I don't recall.  I don't have that paper in
8  front of me to look at.
9      Q.  And is it your opinion that this monkey
10  study is evidence against the ability of particles
11  to reach the tubes and ovaries and peritoneal cavity
12  after genital application of talc?
13      A.  I'm just orienting myself with the study
14  right now and what I've written.
15          I would say it does not demonstrate
16  translocation of the talc to the -- through the
17  reproductive tract, so that's in line with what I've
18  been saying.
19      Q.  Did the monkeys have intercourse?
20      A.  I don't believe so.  I don't recall.
21      Q.  Did you read Dr. Saenz', gyn oncologist for
22  the defendants, report or depositions?
23      A.  Dr. Saenz?  I don't recall.
24      Q.  Are you aware that Dr. Saenz testified that
25  talcum powder can be pushed into the reproductive

Page 161

1  tract with intercourse?
2          MR. JAMES:  Just objection; foundation.
3      A.  I don't recall that.
4      Q.  Did these monkeys use talc every day for
5  decades?
6      A.  I would suspect not.
7      Q.  That is all my questions about monkeys.
8  Let's go to the human studies that you cite on
9  Page 112.
10          And let's look at the Venter study.  It
11  begins at the last few lines of the first paragraph,
12  and another study, Venter and Iturralde, we'll mark
13  as Exhibit 18.
14      (Permuth Exhibit 18 was marked for identification.)
15          MS. THOMPSON:  I'm sorry, I don't have an
16  extra copy of this one.
17          MS. O'DELL:  Do you need it electronically?
18          MR. JAMES:  If I can't find it, I'll let you
19  know.
20  BY MS. THOMPSON:
21      Q.  In your conclusion from the Venter study
22  that you reviewed is:  Again, this study suffers
23  from a lack of relevance between depositing large
24  numbers of particles in the posterior fornix
25  (internally near the cervix) versus external

41 (Pages 158 - 161)

Page 162

1  perineal dusting of talc.
2      Is your opinion that this study is not
3  relevant to the migration issue?
4    A.  It's comparing apples and oranges.  It's not
5  the same mode of administration as one would expect
6  for women in perineal dusting.
7    Q.  Well, let's look at what the actual authors
8  have to say in this study, beginning with the first
9  sentence:  In the female, the peritoneal cavity is
10  linked with the outside via the fallopian tubes, the
11  uterus and the vagina, and there is evidence of
12  migration of different substances in either
13  direction.
14      Do you disagree with that statement by the
15  authors?
16    A.  No, I don't disagree with that.
17    Q.  And then in the discussion, they continue:
18  Evidence is available for migration of different
19  substances in either direction within the
20  female --
21      First sentence in the discussion:  Evidence
22  is available for migration of different substances
23  in either direction within the female reproductive
24  system between the peritoneal cavity and ovaries via
25  the tubes, uterus and vagina and the outside.

Page 163

1      So at least the authors, I think, would say
2  their study was relevant to the issue at hand.
3  Wouldn't you agree?
4      MR. JAMES:  Just objection to form.
5    A.  I see what they're saying here and I believe
6  most of the time in these studies the agents were
7  put in, like, a solution and, again, wouldn't be
8  representative of what we're talking about in these
9  litigations.
10    Q.  Okay.  And we're talking about what the
11  authors think is relevant?
12    A.  What they said.
13    Q.  They go on to say:  Gases, fluids, dyes and
14  contrast media can easily be introduced from the
15  vagina into the peritoneal cavity.
16      You would agree with that, right?
17      MR. JAMES:  Just objection to the form.
18    Q.  Did I read it correctly?
19    A.  You did read it correctly.
20    Q.  Do you disagree with that?
21    A.  I'm not disagreeing but I am --
22      MR. JAMES:  Hold on.  Just objection to
23  form.  Are you asking her if she disagrees that
24  you read it correctly or are you asking if she
25  disagrees with the statement?

Page 164

1      MS. THOMPSON:  Well, I believe I asked
2  her -- I think implied that she agreed with that
3  statement and I believe she said -- then she said
4  I don't disagree, so I think we were clear on
5  that.
6      MR. JAMES:  Was that your understanding of
7  the question?
8    A.  I don't disagree that items or agents could
9  enter the vagina, as this is alluding to.
10    Q.  Okay.  And then the authors go on to state:
11  If transit can take place so easily, it is probably
12  the same for many chemical substances used for
13  hygienic, cosmetic or medicinal purposes, many of
14  which may have potential carcinogenic or irritating
15  properties.
16      Do you agree with that statement by the
17  authors?
18    A.  What I would say is this hasn't been proven
19  in the context of talc.
20    Q.  Is it plausible?
21      MR. JAMES:  Objection to form.
22    A.  Could talc reach the ovaries?  I mean, I
23  know there are reports of talc in the ovaries, so
24  I'm not negating what people have reported.
25    Q.  How does the talc get there, in your

Page 165

1  opinion?
2      MR. JAMES:  Objection to the form.
3    A.  I'm not quite sure how it gets there.  I
4  know there are various hypotheses about that.
5    Q.  Okay.  The authors go on:  To prove this
6  would be of great practical value, because migration
7  of certain chemical substances could play an
8  important aetiological role in gynecological
9  diseases and especially in carcinoma of the ovary.
10      Do you agree with that statement by the
11  authors?
12    A.  I think it could be practical if there was
13  an agent that was truly involved in cancer promotion
14  to know that, but I don't believe talc is.
15    Q.  And do you know how that study could be done
16  to prove it?
17      MR. JAMES:  Objection to form.
18    A.  It's hard in purely observational studies to
19  be able to examine that.
20    Q.  And the authors state that the study
21  demonstrates:  The possibility of transit of
22  particles from the vagina to the peritoneal cavity
23  and ovaries.
24      Is that what the authors state?
25    A.  It is what they state.

42 (Pages 162 - 165)

Page 166

1    Q.   And is it still your opinion that this study
2    suffers from a lack of relevance?
3    A.   This study doesn't show us that particles
4    are going from the exterior of the body, so there is
5    no external application with subsequent migration of
6    the talc to the ovaries that we are seeing here.
7    Q.   I believe my question, though, was is it
8    relevant?
9        MR. JAMES:  Objection to the form; asked and
10   answered.
11   A.   It's something I've considered.
12   Q.   But you've made a determination that it's
13   not plausible, correct?
14   A.   I don't feel that this is a biologically
15   plausible mechanism by which ovarian cancer occurs.
16   Q.   Okay.  And then you also cite the Sjosten
17   study, next paragraph, and this will be Exhibit 19.
18   (Permuth Exhibit 19 was marked for identification.)
19       THE WITNESS:  Thank you.
20       MR. JAMES:  She's on 112, Margaret?
21       MS. THOMPSON:  Yes.  The next paragraph.
22       MR. JAMES:  Okay.  Thank you.
23   BY MS. THOMPSON:
24   Q.   And the authors state -- and this was a
25   study in which gloves powdered with cornstarch were

Page 167

1    studied with a pelvic exam prior to hysterectomy.
2    Is that your understanding of the study?
3        MR. JAMES:  Did you answer?
4    A.   Yes.
5    Q.   And your conclusion is that:  The authors
6    suggested that starch particles may migrate from the
7    vagina into the cervical canal, uterine cavity and
8    through the fallopian tube.  Again, however, this
9    study involved particles deposited (sometimes with
10   force) well into the internal genitalia.
11       Explain to me how you concluded that the
12   study involved particles deposited sometimes with
13   force.  Is there any mention of force in this paper?
14   A.   I need to look at the methods again, so if
15   you will give me a moment.
16   Q.   Okay.
17   A.   I'm just trying to orient myself and know a
18   surgical procedure was involved here.
19   Q.   On the following day, correct?
20   A.   Yeah.  Yeah.
21   Q.   Is there any mention of force in this
22   article.
23   A.   I don't know if the word "force" is used.
24   Q.   Is there any mention of something that would
25   resemble the word force?

Page 168

1        MR. JAMES:  Just objection to form, and take
2    your time again, if you would like.
3    Q.   I'm just trying to find out where you came
4    up with the idea that the particles were deposited
5    sometimes with force.
6    A.   I think I'm probably referring to
7    operatively and the adhesions that can arise.
8    Q.   But the particles were introduced with
9    pelvic exam, right?
10   A.   Yes.
11   Q.   And typically a pelvic exam doesn't involve
12   force, does it?
13       MR. JAMES:  Just objection to form.
14   A.   Hopefully not.  I don't recall why the word
15   "force" was used.
16   Q.   I'm going to go with the second part of that
17   sentence that is your conclusion:  That the
18   particles are deposited well into the internal
19   genitalia.
20       What's your evidence from this article that
21   particles were inserted or deposited well into the
22   internal genitalia?  Is the vagina internal
23   genitalia?
24       MR. JAMES:  Just objection.  She's looking
25   through the paper.

Page 169

1    A.   Yeah, I think I was probably thinking about
2    the uterus at this point.
3    Q.   So that statement is incorrect?
4    A.   I think I might be interested in maybe -- I
5    don't know.  I'd have to rethink the wording on
6    that.
7    Q.   It's incorrect, correct?
8        MR. JAMES:  Objection; asked and answered.
9    If you want to take time to read the paper, you
10   can.
11   A.   All I do know is it doesn't seem that --
12   because I write in the report ovarian tissue was
13   evaluated, so I'm not seeing a connection to the
14   ovaries here.
15   Q.   The following day, when the hysterectomy was
16   performed, right?
17   A.   (Nodding head.)
18   Q.   So you misinterpreted this study, sounds
19   like, correct?
20       MR. JAMES:  Just objection to the form.
21   Q.   Let's move on.  It's not a very long paper.
22   Do you need to continue looking at it?
23   A.   It's just something I've looked at a long
24   time ago and I'm trying to connect some dots about
25   why I wrote what I did.

43 (Pages 166 - 169)

Page 170

1  Q.  And did you find the reason for why you
2  wrote what you did, other than it was a
3  misinterpretation of the study?
4      MR. JAMES:  Just objection to the form.
5      A.  I'm not clear on it right now.  I'd want to
6  keep looking on this.
7      Q.  How much longer do you think you would need?
8      A.  I'm not sure.
9      Q.  Okay.  Keep looking.
10     MS. THOMPSON:  Let's go off the record.
11     MR. JAMES:  No.
12     MS. THOMPSON:  We frequently go off the
13  record if an expert has -- takes a lot of time to
14  review an article that she cited to.  It's not an
15  unfamiliar article to her.
16     MR. JAMES:  That's not correct.
17     MS. THOMPSON:  So we can go off the record.
18     MR. JAMES:  No, we're not going off the
19  record.  You're asking her specific questions
20  about a specific article in her report.
21     MS. THOMPSON:  I'm asking about her
22  statement.
23     MR. JAMES:  She's allowed to look at the
24  article.
25     MS. THOMPSON:  She's been looking at it for

Page 171

1  a good long while.
2      MR. JAMES:  Margaret, we just don't need the
3  commentary.  It's not appropriate.  It's not.
4      MS. THOMPSON:  What about your commentary?
5      A.  I don't --
6      MS. THOMPSON:  And it is true that we -- you
7  guys frequently have gone off the record whenever
8  our expert needs to look at a study.
9      MS. O'DELL:  That's actually true.
10 BY MS. THOMPSON:
11     Q.  Are you ready?
12     A.  I was just going to say I'm unclear about
13  this statement and if I wrote it again today, maybe
14  I would write it a little differently, but at the
15  end of the day -- at the end of the day, this does
16  not show us that talc migrates through the
17  reproductive tract and causes ovarian cancer.
18     Q.  Does this study suffer from a lack of
19  relevance like the previous study that you cited?
20     A.  I wouldn't say it lacks relevance.  This is
21  an unbiased look at all the literature that's out
22  there related to what's been purported.
23     Q.  Let's look at the authors' conclusions on
24  this paper.  In the abstract conclusion:  This study
25  pointed out a retrograde migration of starch also in

Page 172

1  humans after a gynecologic examination with powdered
2  gloves.  Consequently, powder or any other
3  potentially harmful substance that can migrate from
4  the vagina should be avoided.
5      Is that the authors' conclusions?
6      A.  I'm trying to see where you're at.
7      Q.  I'm in the abstract under Conclusions.
8      A.  Yes, that's what it says.
9      Q.  And the last paragraph on Page 991, the
10 first page:  A causal connection has been shown
11 between operative tissue damage, intra-abdominal
12 ischemia, infections, reactions to foreign materials
13 such as sutures, particles of gauze, glove dusting
14 powder and postoperative adhesions.
15     And it gives citations.
16     Is that what the authors stated?
17     A.  That's what the authors stated, yes.
18     Q.  Do you disagree with any part of that?
19     MR. JAMES:  Just objection to the form.
20     A.  Not per se.  I just don't think this is
21 directly related to talc.
22     Q.  Okay.  And the authors, in the last -- well,
23 in conclusion in the last paragraph:  Our results
24 show that starch particles can migrate from the
25 vagina into the cervical canal, the uterine cavity

Page 173

1  and through the fallopian tubes up to four days
2  after a gynecological examination with powdered
3  gloves.
4      Is it your opinion that the authors'
5  statement of their findings is irrelevant to your
6  opinion on whether talc can reach the ovaries?
7      MR. JAMES:  Just object to the form.
8      A.  I'm not saying that what they're saying is
9  irrelevant, but how do these particles compare to
10 talc, I really don't know.
11     Q.  So it doesn't inform your opinion at all as
12 far as migration of talc particles?
13     MR. JAMES:  Objection to the form.  I guess
14  that was a misstatement of her testimony.
15 BY MS. THOMPSON:
16     Q.  Well, I'm asking you a question.  Does this
17 article inform your opinion that talc particles
18 cannot reach the ovaries?
19     A.  No, it does not --
20     Q.  -- from genital application?
21     A.  It does not change my opinion.
22     Q.  Okay.  And then the last sentence:  Since
23 evidence suggests that a retrograde migration could
24 be a general mechanism, our recommendation is that
25 we should be critical of harmful substances, for

44 (Pages 170 - 173)

Page 174

1 example, glove powder, that could migrate from the
2 vagina to the abdominal cavity.
3        Would you disagree with that conclusion by
4 the authors?
5     MR. JAMES: Objection to form.
6     A.  In light of what they are saying, it makes
7 sense that they would conclude with a statement like
8 that.  It doesn't mean that I think talc migrates in
9 that fashion, though.
10    Q.  Okay.  Is that because it was your belief
11 that this study involved particles deposited
12 sometimes with force well into the internal
13 genitalia?
14    A.  Not necessarily.  I'm just thinking about
15 talc as an agent and the fact that if it really was
16 causative and really was migrating through the
17 reproductive tract up to the ovaries, that we would
18 see cancer in other organs, and we're simply not, so
19 I don't think biologically this is a mechanism for
20 that talc -- a mechanism by which talc could promote
21 ovarian cancer.
22    Q.  Now let me read you something from your
23 report under biologic plausibility on Page 121, and
24 you state that:  With regard to the mechanism by
25 which inanimate talc particles could migrate from

Page 175

1 the perineal area to the ovaries, the hypothesis
2 purported by Cramer, et al. --
3        Is that who you attribute the hypothesis of
4 migration of talc particles to?
5     A.  I know Cramer has definitely remarked on
6 this, so that's why his work is cited there.
7     Q.  And wouldn't you agree that virtually every
8 epidemiological study comments on the same thing?
9     MR. JAMES: Objection to form.
10    A.  Every epidemiologic study related to the
11 talc association?
12    Q.  Yes.  Every epidemiological --
13    A.  I would say the majority would cite
14 Dr. Cramer.
15    Q.  Can you show me a paper that talks about
16 migration of talc particles that cites Cramer?
17    MR. JAMES: Objection to the form.
18    A.  With that they may cite him as proposing
19 this as a mechanism, so in terms of citing a paper
20 that says that, I can definitely look through and
21 find one.  I don't have my articles with me.
22    Q.  You don't have anything that comes to mind
23 as a paper that would cite Cramer as to the
24 plausible mechanism for talc migrating from the
25 vagina to the peritoneal cavity?

Page 176

1     A.  Potentially one of his mentees, like
2 Dr. Terry or others.
3     Q.  Can we look at the -- so you can't point to
4 any one today?
5     MR. JAMES: Objection to the form.
6     A.  At this moment I can't, but I'm -- I can go
7 through my report and find an example, I think.
8     Q.  Sure.  I'd love for you to find an example
9 that the mechanism of migration of talc particles
10 applied to the perineum can reach the ovaries that
11 attributes that hypothesis to Cramer.
12    MR. JAMES: Objection to the form.  I'm
13 extremely confused about what's happening here.
14    Q.  Let's read what she says.
15    A.  Now I'm confused by the question.
16    Q.  With regard to the mechanism by which
17 inanimate talc particles can migrate from the
18 perineal area to the ovaries, the hypothesis
19 purported by Cramer, et al...
20        You're attributing that hypothesis to
21 Cramer, correct?
22    A.  Yes.
23    Q.  And I asked you for -- Cramer does purport
24 that but I don't believe that there's any
25 epidemiological study that also purports that that

Page 177

1 would cite Cramer as to the explanation.
2     MR. JAMES: Objection to form.  I have no
3 idea what you're asking.
4     Q.  Well --
5     A.  I can't find anything that proves -- I can't
6 find anything that proves that hypothesis, if that's
7 what you're asking.  There is nothing out there.
8     Q.  Let's move on.  And then you state:
9 Suggests that the talc -- let's see.
10        With regard to the mechanism -- I'm trying
11 to understand her sentence here.
12        With regard to the mechanism by which
13 inanimate talc particles could migrate from the
14 perineal area to the ovaries, the hypothesis
15 purported by Cramer suggests that the talc must
16 migrate upwards against gravity.
17        What is your evidence that talc particles
18 would have to migrate upwards against gravity to
19 reach the peritoneal cavity?
20    A.  They'd have to ascend or move up the genital
21 tract.
22    Q.  Do women ever lie down?
23    A.  They do.
24    Q.  That wouldn't be against gravity, would it?
25    A.  One could say that, but I would also argue

45 (Pages 174 - 177)

Page 178

1 that, again, we need to consider when a woman is
2 standing up.
3    Q.   Do you know the angle of the vagina in any
4 kind of position of a woman?
5       MR. JAMES:  Objection to form.
6    Q.   Do you understand my question?
7    A.   I'm not a gyn -- I'm not a gynecologist.
8    Q.   Would with you defer questions of anatomy
9 and physiology of the female reproductive tract to a
10 gynecologist?
11    A.   They would be best suited to answer that.
12    Q.   And what is the uterine peristaltic pump?
13    A.   That allows for contractions throughout the
14 reproductive tract.
15    Q.   And which way does it facilitate movement?
16    A.   Well, if we're talking births, it would
17 allow for movement to go down.
18    Q.   Is it your opinion that the uterine
19 peristaltic pump is somehow involved in labor, or do
20 you know?
21    A.   Again, that's something I would have a
22 gynecologist answer better than me.
23    Q.   Okay.  But then you state:  This
24 hypothesized process is not mechanistically logical.
25       How do you -- what -- refer me to an

Page 179

1 article, a textbook, anything, that says the concept
2 that particles can migrate from the perineal area to
3 the ovaries is not mechanically --
4    A.   Mechanistically.
5    Q.   -- mechanistically logical.  Can you point
6 me to anything that says anything close to that?
7       MR. JAMES:  Objection to the form, and
8    you're asking her to point to anything, so
9    objection to the vagueness.
10       MS. THOMPSON:  Well, I don't think she can
11    find anything.
12 BY MS. THOMPSON:
13    Q.   These are your words, Dr. Permuth.  Where
14 did you get that?  Where did you come up with that?
15    A.   Based on the science and the data, and I
16 would contend I'm not the only one who feels that
17 way.
18    Q.   Tell me someone -- tell me another author
19 that feels that way.
20       MR. JAMES:  Just objection to the form, and
21    if you want, you can --
22    Q.   Or another article.
23       MR. JAMES:  -- you can, again, refer to your
24    report, which you do not have memorized for
25    today.

Page 180

1    Q.   Please find me something in your report
2 that says anything close to this hypothesized process is
3 not -- how come I can't say that word --
4 mechanistically logical, anything.
5    A.   Again, it's a lot of material.  It's a lot
6 that I don't have memorized per se.  So I need to
7 take time --
8    Q.   No, I'm not asking you -- go through it.
9    A.   -- to look through my report.
10    Q.   And while you're at it, see if you can find
11 something that talc must migrate upwards against
12 gravity.  Let's find that one, too.
13       MR. JAMES:  Objection to the form and the
14    argumentative nature of this deposition.
15       MS. THOMPSON:  I'm just asking her to
16    find --
17       MR. JAMES:  Excuse me.  I'm making my
18    objections.
19       MS. THOMPSON:  I thought it was form.
20       MR. JAMES:  Thank you.  It's objection;
21    form.  Objection; argumentative.
22       MS. THOMPSON:  That I'm asking her for a
23    citation for the statements she made in this
24    paragraph?
25       MR. JAMES:  Margaret, this is not a

Page 181

1 back-and-forth between me and you.  Conduct
2 yourself appropriately.
3       MS. THOMPSON:  I don't think it's
4    inappropriate to ask the witness for a citation
5    to her statements in her report, and we will go
6    off the record because -- and that's certainly --
7       MR. JAMES:  Before we go off the record,
8    we're having a continuing problem today, where
9    you are asking her questions to cite you
10    something in extremely confusing questions, and
11    then you're going to go off of the record while
12    she tries to answer your extremely confusing
13    question.  Is that your position?
14       MS. THOMPSON:  Let me ask you if this is a
15    confusing question.
16       MR. JAMES:  Yes.
17 BY MS. THOMPSON:
18    Q.   This is my question.  Dr. Permuth, you state
19 in your report, your words, that to migrate, the
20 talc must -- well, for talc particles to get from
21 the perineal area to the ovaries, "the talc must
22 migrate upwards against gravity."
23       All I'm asking for is a citation or article
24 that supports that opinion.  Is that confusing to
25 you?

46 (Pages 178 - 181)

Page 182

1    A.  I don't have an article -- a particular
2  article to mention at the moment.
3    Q.  Will you have one at any time?
4    A.  It's possible.  I'd have to look.
5    Q.  That's in your report or in your reliance
6  list?
7    A.  It's very possible.
8    Q.  Okay.  Well, if you find that, I would like
9  to see it.
10        And then the second thing I asked -- in this
11  same paragraph is "this hypothesized process is not
12  mechanistically logical," and I asked for the same
13  thing, a basis for that opinion.
14      MS. THOMPSON:  And that's an inappropriate
15  question?
16    A.  I know of no animal or human studies that
17  have clearly shown that talc can migrate through the
18  reproductive tract.
19    Q.  And I understand that, but that wasn't my
20  question.  I'm asking for citations to your
21  statement --
22    A.  And I told you at this moment I don't
23  have --
24    Q.  Let's move on.
25      MR. JAMES:  Objection to form, and she has

Page 183

1  an entire section of her report, some of which
2  you just went through, that go through studies on
3  the hypothesis of migration.  So you can --
4      MS. THOMPSON:  And those studies say exactly
5  the opposite of what Dr. Permuth says.
6      MR. JAMES:  This isn't a debate between you
7  and me.
8      MS. O'DELL:  You're trying to testify to
9  what's in her report, Scott.  You know this is
10  not --
11      MR. JAMES:  Okay.
12  BY MS. THOMPSON:
13    Q.  Okay.  Do women -- I'll ask you a few more
14  and then we can move on to something else.
15        Do women change positions --
16      MR. JAMES:  Objection; form.
17    Q.  -- on a regular basis?
18      MR. JAMES:  Excuse me.  Objection; form and
19  vague.
20    A.  Change positions?  Could you give more
21  context?
22    Q.  Do they lie down?  Do they do yoga?  Do they
23  jump up and down?  Do they run?
24    A.  Yes.
25    Q.  Okay.  Is oxytocin produced as part of a

Page 184

1  woman's normal hormone production?
2    A.  Oxytocin?  Yes.
3    Q.  Did you look at the FDA statement on
4  migration of particles?
5    A.  I'd have to look.  I don't recall at the
6  moment.
7    Q.  It's in the 2014 letter.
8    A.  Do you have a copy of the 2014 letter?
9    Q.  No.  I'll just tell you that the FDA says
10  the potential of particles to migrate through the
11  reproductive tract reach the ovaries and the
12  peritoneal cavity is indisputable.  Do you argue
13  with that?
14      MR. JAMES:  Objection; form.  Is that an
15  exact quote?
16      MS. THOMPSON:  I'll give you the exact
17  quote.
18    Q.  The exact quote is:  While there exists --
19  from 2014 -- while their exists no direct proof of
20  talc and ovarian carcinogenesis, the potential for
21  particulates to migrate from the perineum and vagina
22  to the peritoneal cavity is indisputable.
23        Do you disagree with the FDA on that
24  statement?
25      MR. JAMES:  Thank you for reading that and

Page 185

1  noting that the word is particulates.  Thank you.
2    Q.  Is talc a particulate?
3      MR. JAMES:  Objection; form.  And objection;
4  you were misrepresenting the letter.
5      MS. THOMPSON:  The whole letter is about
6  talc.
7    Q.  Do you agree?
8      MR. JAMES:  Right.  That sentence wasn't.
9    A.  I haven't seen the letter.
10    Q.  All right.
11    A.  I don't know what studies they're citing
12  that are representative of what we're talking today,
13  which is genital application of talc.
14    Q.  Okay.  The whole letter is regarding the
15  potential for talcum powder to cause ovarian cancer.
16        And the FDA concludes, to give you context,
17  that a label -- they did not feel like a label
18  should be required in 2014.  So this is not talking
19  about anything other than talc.
20        And do you need me to read the statement
21  again?
22      MR. JAMES:  Objection --
23    Q.  We'll move on.
24      MR. JAMES:  - to your reading I guess bits
25  and pieces of the letter and then your summary

47 (Pages 182 - 185)

Page 186

1  statement at the end.
2      MS. THOMPSON:  You're welcome to show her
3  more of the letter but I read the part that was
4  relevant to the migration issue, and there is
5  nothing else in the letter that relates to
6  migration of talc other than the sentence that I
7  read you.
8  BY MS. THOMPSON:
9   Q.  And have you not seen the FDA 2014 letter?
10     MR. JAMES:  Objection; form.  Objection;
11  incorrect.
12   A.  As mentioned, I have not looked at that.
13   Q.  Okay.  That's all my question.
14     Let's -- and you also state that the Cramer
15  hypothesis -- or citing to Cramer on Page 123, first
16  paragraph.
17   A.  Okay.
18   Q.  The inflammatory hypothesis suggests that
19  talc flows upstream, lodges in the ovaries,
20  irritates ovarian cells, promotes inflammation and
21  immunosuppression (characterized by increased rates
22  of cell division, DNA repair, oxidative stress and
23  inflammatory cytokines) and in turn causes cancer.
24     That's a paraphrase, correct?
25   A.  That's what I write there, and I'm citing

Page 187

1  several studies that purport this and note that this
2  also -- if I were to pull the articles, I bet
3  several say talc will -- the purported hypothesis is
4  that talc would flow upstream, as I mentioned
5  before.
6   Q.  You feel like you could find a reference
7  that said talc flows upstream?
8   A.  It looks like I cited four studies there, so
9  we'd have to look at each of those.
10   Q.  I'll let you see if it's in there.
11   A.  It's the ones by Green.  I don't have that
12  article in front of me.  Another is by Cramer
13  himself.  So, yeah, it's the four citations that I
14  have.  Another -- a second one is by Cramer, his
15  1999 article, and Ness.
16   Q.  And it's your opinion that those say that
17  talc flows upstream?
18   A.  I would believe that at least one of them
19  does, yes.
20   Q.  Okay.
21   A.  This would not be something I would come up
22  with.
23   Q.  Well, you came up with it defies gravity,
24  right?
25     MR. JAMES:  Objection to the form.

Page 188

1   A.  No.
2   Q.  Did you come up with it defies gravity?
3     MR. JAMES:  Objection to the form.
4   A.  Those are my words.  This is talking about
5  flows upward, upstream.  If someone is standing up,
6  that would be against gravity.
7   Q.  Okay.  But women don't always stand up, do
8  they?
9   A.  They don't always sit down or lie down, do
10  they?
11   Q.  No, but I'm just asking for your references.
12     Let's look at the McDonald paper that is
13  cited in your report on Page 113.
14     MS. THOMPSON:  This will be Exhibit 20.
15     (Permuth Exhibit 20 was marked for identification.)
16     THE WITNESS:  Thank you.
17  BY MS. THOMPSON:
18   Q.  And you cite the McDonald paper, correct?
19   A.  Yes.
20   Q.  And your conclusion from this paper, let me
21  know if I'm wrong, is the last sentence of that
22  paragraph on 113 that states:  The authors concluded
23  that talc contamination of the surface of surgical
24  pathology specimens is common and that correlative
25  light microscopy is needed to assess the possibility

Page 189

1  of lab contamination, and to determine whether talc
2  is present in lymph nodes or other tissues.
3     Is that your take-home from the McDonald
4  article?
5     MR. JAMES:  Just objection to the form.
6   A.  That was one take-home regarding their
7  conclusions, but I also noted some limitations of
8  the study and it seems that contamination was very
9  key to what they found.
10   Q.  And -- but the authors actually ruled out
11  the possibility of lab contamination in the paper,
12  correct?
13   A.  I don't recall that.  I think they showed
14  surface contamination.
15   Q.  And the authors found birefringent particles
16  that they identified as talc in lymph nodes,
17  correct?
18   A.  They found talc and other particles.
19   Q.  All the pictures that are included are of
20  talc, correct?
21   A.  I'd have to look again.  I think they are
22  showing talc but also magnesium and silicone.
23   Q.  And the authors concluded that talc is able
24  to stimulate the phagocytotic potential of
25  macrophages; is that correct?

48 (Pages 186 - 189)

1    MR. JAMES: Are you on a specific page?
2    Q.  Page 12: Talc is able to stimulate the
3  phagocytotic potential of macrophages.
4    A.  I'd have to look back at the article to see
5  the data that they claim supports that.
6    Q.  I'm just asking you whether the authors
7  concluded that.
8    A.  They are stating that.
9    Q.  Okay.  And then the authors also state on
10  the following page: This apparent initial avidity
11  of macrophages for talc is consistent with the
12  morphologic findings in our case series and may help
13  explain the inflammatory potential of talc.  Full
14  reviews of macrophage biology and inflammatory
15  responses are available in the literature, including
16  the phenomena of reactive oxygen species generation
17  and oxygenation.  Talc may remain long after the
18  initial inflammatory response has run its course, as
19  evidenced by studies showing that talc has a slow
20  dissolution rate in tissue.
21    That's what the authors state, correct?
22    A.  Yes.
23    Q.  And on Page 14, first sentence: The
24  understanding of talc's ability to induce
25  inflammation is well established.

1    Do you disagree with that?
2    A.  Yes.
3    Q.  Based on what?
4    A.  Well, they're citing -- they're citing a
5  citation about the pleural cavity.  I haven't read
6  that article.
7    Q.  My question to you is do you disagree with
8  the statement the understanding of talc's ability to
9  induce inflammation is well established?
10    A.  I think it's a type of foreign body reaction
11  that talc is specifically associated with, like
12  granulomatous foreign bodies.
13    Q.  Is that what you think these authors are
14  referring to, is a granulomatous reaction?
15    A.  I'm not sure.
16    Q.  Well, you cite this article.
17    A.  I do.  I also cite more than 600 others,
18  too, so it's a lot to remember.
19    Q.  Well, I'm not asking you to remember it.
20  You can look at the article, but just -- you're
21  take-home was that talc contamination of the
22  surface, which I don't believe would be what the
23  authors thought should be the take-home from this
24  article, but let's move on to some other things that
25  they say.

1    Through the migration -- reading on Page 14,
2  the first full paragraph:  Through the migration of
3  particles to lymph nodes as well as to other pelvic
4  sites, the morphologic findings in our study
5  indicate the likely importance of lymphatic pathways
6  in the migration of talc.  Talc may access
7  lymphatics directly in the perineum, its typical
8  initial exposure location, or at any point in its
9  ascent through the genitourinary tract toward the
10  fallopian tubes and ovaries.
11    Does this impact your opinion that talc
12  doesn't reach the ovaries after application to the
13  perineum, or lymph nodes or any other pelvic
14  structures?
15    MR. JAMES:  Objection --
16    A.  It does not --
17    MR. JAMES:  -- to the form.
18    A.  It does not change my opinion.
19    Q.  One way or the other?
20    A.  Correct.
21    MR. JAMES:  Can you just tell me where you
22  were reading?  I'm sorry, Margaret.
23    MS. THOMPSON:  On Page 14, first full
24  paragraph.
25    MR. JAMES:  14?

1    Q.  Okay.  Let's look at another paper you cited
2  in your report --
3    MR. JAMES:  I see the word ascent there.
4  Thank you.
5    Q.  -- which is the Mandarino paper, Page 115 of
6  your report, Exhibit 21.
7    (Permuth Exhibit 21 was marked for identification.)
8  BY MS. THOMPSON:
9    Q.  Why don't I let you tell me what your
10  conclusion or what was the take-home from the
11  Mandarino article, the reason you decided to include
12  it?
13    A.  Well, I included it because I tried to have
14  a balanced view of all the literature that's out
15  there with the -- especially with some in vitro
16  studies.
17    MR. JAMES:  Are we on Page 115 of your
18  report?
19    MS. THOMPSON:  Yes.
20    THE WITNESS:  Yeah.
21    A.  I think, you know, they're trying to look at
22  the effects of talc on macrophages and their ability
23  to slow the growth of ovarian cancer in mouse
24  models, and I recall, in looking at the data, some
25  limitations of it, which compromised the ability to

49 (Pages 190 - 193)

Page 194

1    draw strong conclusions about it.
2        They used really high concentrations of talc
3    and estradiol. The toxicity analysis based on dose
4    response didn't reveal significant toxicity to the
5    macrophages alone or in combination with estradiol.
6    Expression profiling was not comprehensive, didn't
7    evaluate whether changes were actually due to talc
8    itself. The effects as shown appear to be additive
9    but it didn't support a mechanism of immune
10   suppression, and the model they used doesn't seem to
11   resemble human cells.
12       So in terms of conclusions and what it added
13   to the literature, I don't feel that there was
14   anything substantive that changed my opinions
15   on talc.
16   Q.   Did you include the authors' conclusions?
17   A.   Let me look at what the authors' conclusions
18   are.
19       Yes, I think I incorporate them into my
20   assessment where they seem to suggest that these --
21   this exposure compromises functions of macrophages.
22   Q.   Well, let's actually read what the authors
23   conclude. The authors conclude that: We found that
24   murine ovarian surface epithelial cells, MOSEC, a
25   prototype of certain forms of ovarian cancer, were

Page 195

1    present in larger numbers after co-culture with
2    macrophages treated to a combination of talc and
3    estradiol than to either agent alone or vehicle.
4        Control particles did not have this effect.
5    Co-exposure of macrophages to talc and estradiol has
6    led to increased production of reactive oxygen
7    species and changes in expression of macrophage
8    genes pertinent to cancer development and
9    immunosurveillance. These findings suggest that
10   in vitro exposure to talc, particularly in a
11   high-estrogen environment, may compromise
12   immunosurveillance functions of macrophages and
13   prompt further studies to elucidate this mechanism.
14       The authors' conclusion is significantly
15   different from yours, correct?
16   A.   I -- in this paragraph I do report on their
17   conclusion in the fourth or fifth sentence: The
18   authors reported that co-exposure of macrophages to
19   talc and estradiol led to increased production of
20   reactive oxygen species and changes in gene
21   expression.
22       And then I go on to indicate why I'm
23   cautious about their conclusions and the limitations
24   of their study and the fact that as I look at this
25   even more, it's not representative of what might

Page 196

1    happen in humans.
2    Q.   And this is strictly in vitro study,
3    correct?
4    A.   Yeah.
5    Q.   And is the -- if, in murine epithelial
6    cells, it did compromise immunosurveillance
7    function, that would be important to your opinion,
8    correct?
9        MR. JAMES: Just objection to form.
10   A.   Again, these cells are not representative of
11   human ovarian cancer cells.
12   Q.   Well, at least the authors say that they're
13   a prototype of certain forms of ovarian cancer?
14   A.   They say that. I think there could have
15   been other models that should have been used.
16   Q.   And one more cell study that you cited, the
17   Emi paper, we'll mark as Exhibit 22.
18       THE WITNESS: Thank you.
19       THE COURT REPORTER: You're welcome.
20   (Permuth Exhibit 22 was marked for identification.)
21   BY MS. THOMPSON:
22   Q.   And what was your take-home from the Emi
23   paper?
24   A.   So it seems, if I remember, this is the same
25   group and they try to demonstrate similar things,

Page 197

1    but here again, what they're looking at, the cell
2    lines are not representative of human ovarian cancer
3    cells.
4    Q.   Okay.
5    A.   So I don't put much weight into this study.
6    Q.   And the authors state that epigenomic
7    analysis reveal that both types of particles, with
8    or without estrogen, induced a substantial DNA
9    methylation change.
10       If those findings were correct, that would
11   be significant in regarding to whether there is a
12   plausible mechanism for talc and ovarian cancer.
13       MR. JAMES: Just objection to the form and
14   the hypothetical.
15   A.   With anything that would come out, I'd
16   consider it and then make an assessment.
17   Q.   And at least your conclusion after looking
18   at the cell studies that you looked at were: Taken
19   together, these lines of in vitro and in vivo work
20   are highly speculative.
21       What do you mean by speculative in that
22   context, the findings or the studies?
23   A.   There are some methodological concerns,
24   especially -- we didn't talk about the Saed
25   articles, that team, but, yeah, the methods are

50 (Pages 194 - 197)

Page 198

1  highly speculative, as are the interpretations, and
2  as I said before and as I say in this sentence, they
3  are not representative of the processes in humans,
4  and nothing that I've seen shows that talc is
5  genotoxic, that it causes mutation, that it induces
6  ovarian cancer.
7      Q.  Let's talk about asbestos.
8      A.  Okay.
9      Q.  Do you have an opinion as to whether
10  asbestos is genotoxic?
11     A.  It depends on the context.  I do feel
12  asbestos is a carcinogen -- is a carcinogen for
13  certain cancer types.
14     Q.  Is it genotoxic?
15     A.  And is toxic.
16     Q.  In the cancers that asbestos causes, is it
17  genotoxic?
18         MR. JAMES:  Just objection to the form.
19     A.  I would consider it to be for certain
20  cancers.
21     Q.  Okay.  Does asbestos and the cancers that it
22  causes cause mutations?
23     A.  I have not looked into that area to be able
24  to comment on that more.
25     Q.  So you did not look into the mechanism by

Page 199

1  which asbestos causes cancer?
2      A.  It -- I do not believe it causes ovarian
3  cancer, and that was my focus, and the studies I
4  came across did not look at mechanism and certainly
5  didn't look at mutation profiles.
6      Q.  My question, though, is did you look at the
7  mechanism by which asbestos causes the cancers that
8  you think it causes?
9          MR. JAMES:  Just objection to form.
10     A.  I did not explore that area.
11     Q.  Did you look at IARC 2010?
12     A.  Yes.
13     Q.  Did you look at IARC 2012?
14     A.  Yes.
15     Q.  And you did not see any mechanistic
16  discussion in those papers, in those treatises?
17     A.  I know there is mechanistic discussions.
18  That wasn't the focus of what I looked at.
19     Q.  So you did not look at any mechanistic
20  discussion in IARC 2012?
21         MR. JAMES:  Just objection to form.
22     A.  I recall looking at that.  I can't recall
23  specifics right now, and that is not a focus of what
24  I talked about in my report.
25     Q.  What is fibrous talc?

Page 200

1      A.  What I didn't do is get into the various
2  constituents of the different types of talc or the
3  different types of asbestos.  That was not what I
4  focused on.
5      Q.  Do you know what the structures of talc are?
6          MR. JAMES:  Object to form.
7      A.  That is something that I would defer to a
8  mineralogist to talk about rather than myself.  I
9  looked at the bulk of the data and the associations
10  of talc as a substance and not constituents and
11  ovarian cancer.
12     Q.  You know that IARC 2012 concludes that not
13  only does asbestos causes ovarian cancer, but talc
14  in a fiber form causes asbestos [sic].  Did you see
15  that?
16         MR. JAMES:  Just objection -- excuse me.
17  Objection to the form; assumes facts not in
18  evidence.
19     Q.  Did you see that talc in an asbestiform
20  habit is carcinogenic, Group 1 carcinogenic,
21  including ovarian cancer, in the 2012 IARC report?
22         MR. JAMES:  Same objection.
23     A.  I think there are limitations of those
24  assessments, which I talk about in my report.
25     Q.  And that wasn't my question.  Does IARC, in

Page 201

1  2012, conclude that talc in an asbestiform habit is
2  a Group 1 carcinogen and causes ovarian cancer?
3          MR. JAMES:  Objection to the form.
4  Objection, she's already told you she's not
5  offering expert opinions on specific mineralogy
6  questions, and objection -- she just referred to
7  your report.  If you want to take time again to
8  read your report, you're entitled to do so.
9      Q.  Please feel free.
10     A.  Could you relay what your specific question
11  is?
12     Q.  Well, do you know what talc in an
13  asbestiform habit means?
14     A.  I guess I'll say again that is not my area
15  of expertise.  I considered the substance as a whole
16  in their associations with ovarian cancer risk, so
17  I'm not going to be talking about how this one fiber
18  type differs from another, or habitus, whatever it
19  may be.
20     Q.  But do you know that IARC 2012 concludes
21  that talc in an asbestiform habit is a Group 1
22  carcinogen and causes ovarian cancer?
23         MR. JAMES:  Just objection to the form;
24  assumes facts not in evidence.
25         MS. THOMPSON:  Okay.  I guess we need to get

51 (Pages 198 - 201)

Page 202

1  IARC out.
2  A.  We can look at it.
3      MR. JAMES:  And objection; asked and
4  answered.
5  Q.  We can read it exactly.
6      Do you know that IARC 2012 discussed the
7  route of exposure to talc and asbestos as being the
8  perineal use of talc?
9      MR. JAMES:  Objection to form.
10 Q.  Okay.  I'll read both.  I'll read both.
11 A.  Do you have a copy of them?
12 Q.  I'm going to read it.  I don't have a copy
13 of IARC.
14     MS. THOMPSON:  Oh, we do.  Do we have -- all
15 right.  We have copies.  All right.  We'll mark
16 this 23.
17     MS. O'DELL:  I will say, for the record,
18 it's a subset because it's so large.
19 (Permuth Exhibit 23 was marked for identification.)
20 BY MS. THOMPSON:
21 Q.  Talc Containing Asbestiform --
22     MS. O'DELL:  Where are you, Margaret?
23     MS. THOMPSON:  Page 230, Section 1.6, and
24 were about four or five lines in.
25 Q.  Talc may form true mineral fibers that are

Page 203

1  asbestiform in habit.
2      And that's something that you're not going
3  to testify to, correct?
4      MR. JAMES:  Do you see where she is?
5      THE WITNESS:  Yes, I do.
6  Q.  And --
7      MS. O'DELL:  She didn't answer.
8  A.  Correct.
9  Q.  Okay.  And in the -- on the first page, Page
10 219, it states --
11 A.  So do I just have excerpts of this?
12 Q.  You have all of the asbestos section.
13 A.  But it goes from 219 to 230.
14     MS. O'DELL:  It's only excerpts because of
15 the pages.
16 Q.  That's all we have.
17     MS. O'DELL:  If you wanted other pages --
18 Q.  Yeah, sorry.  The questions I'll be asking
19 you are from this.
20     And it states in the middle of that
21 paragraph:  The conclusions reached in this
22 Monograph about asbestos and its carcinogenic risks
23 apply to these six types of fibers wherever they are
24 found, and that includes talc-containing asbestiform
25 fibers.

Page 204

1      MR. JAMES:  Okay.
2  Q.  What are the conclusions of this monograph,
3  do you know?
4      MR. JAMES:  Objection to the form and
5  whatever is going on here.
6      MS. THOMPSON:  I read her --
7  A.  There's a lot to this material.  I've told
8  you that I am not an expert on the constituents of
9  asbestos or talc and the different types of fibers.
10 I've looked at the epidemiologic data and I'm happy
11 to discuss that.
12 Q.  We're going to.  I asked you what the
13 conclusions of the IARC Working Group in 2012 are?
14     MR. JAMES:  What did you read?  I'm very
15 confused as to what we're doing.  Where did you
16 read, from her report or from the monograph?
17     MS. THOMPSON:  From IARC, and I said on
18 Page 230, talc may form --
19     MR. JAMES:  Oh, now we're on 230.  Okay.  I
20 thought you said 219.
21     MS. THOMPSON:  And then I went to Page 219.
22     MR. JAMES:  It's a little hard because there
23 are missing pages.  Okay.  Go ahead.
24     MS. THOMPSON:  Are you less confused now?
25     MR. JAMES:  No, but let's keep going.

Page 205

1      MS. THOMPSON:  Okay.  I don't want you to be
2  confused.  We can go over it again.
3      MR. JAMES:  Page 230, and what part did you
4  read?
5      MS. THOMPSON:  In the section on "Talc
6  containing asbestiform fibres."
7      MR. JAMES:  Okay.
8      MS. THOMPSON:  I read that talc may form --
9  also form true mineral fibers that are
10 asbestiform in habit.
11     MR. JAMES:  Is this anywhere in her report?
12     MS. THOMPSON:  IARC 2012 is.
13     MR. JAMES:  Is this commentary in there?
14 What are we asking her to comment on?  She's just
15 told you that she's not weighing into questions
16 that are asbestiform or nonasbestiform.
17     MS. THOMPSON:  She's weighing in as to
18 whether asbestos can cause ovarian cancer.
19     MR. JAMES:  Okay.
20     MS. THOMPSON:  And I'm talking about the
21 IARC monograph in 2012 and what it concludes.  I
22 believe that's totally within her opinions.
23     MR. JAMES:  I'm sorry.  Go back -- start
24 over.  Sorry.
25 BY MS. THOMPSON:

52 (Pages 202 - 205)

Page 206

1    Q.  Okay.  We are in the IARC 2012 monograph,
2  correct?
3    A.  Yes.
4    Q.  All right.  And we know that this monograph
5  refers to asbestos, correct?
6    A.  Uh-huh.
7    Q.  And I was asking you, do you know that this
8  monograph also addresses talc in an asbestiform
9  habit, and I asked you if you knew what that meant.
10  Do you?
11    A.  And that's why we're looking at 1.6, and
12  I told -- Section 1.6, and I told you I am not well
13  versed on various fiber types of talc or asbestos or
14  asbestiform fibers.  That is not what my focus was.
15  I was looking at the epidemiology regarding the
16  whole substance of talc and what may or may not be
17  in it.
18    Q.  Epidemiology includes mechanism, correct?
19        MR. JAMES:  Objection to the form there.
20    Q.  Does epidemiology include an understanding
21  of the mechanism by which something causes --
22    A.  It can.
23        MR. JAMES:  Objection to the form.
24    Q.  Okay.  Is mechanism part of Bradford Hill
25  biological plausibility?

Page 207

1    A.  Yes.
2        MR. JAMES:  Objection to the form.
3    Q.  And then we went to the conclusion that this
4  refers to all six types of asbestos fibers, wherever
5  they are found, and that includes talc-containing
6  asbestiform fibers.
7        MR. JAMES:  Where are you now?  You're just
8  jumping.  Where are you?
9        MS. THOMPSON:  We're in the same two places
10  we've been all along.
11        MR. JAMES:  You just said you went to the
12  conclusion.  Where are we going?
13        MS. THOMPSON:  No, I went to 230 and read
14  about --
15        MR. JAMES:  Just hold on.
16        MS. THOMPSON:  -- talc-containing
17  asbestiform fibers.  I went, in the copy I gave
18  you, I went to the page before, but it's 219:
19  The conclusions reached in this monograph about
20  asbestos and its carcinogenic risk apply to those
21  six types of fibers wherever they are found, and
22  that includes talc-containing asbestiform fibers.
23  BY MS. THOMPSON:
24    Q.  Okay.  Are we okay so far?
25    A.  I guess.  I'm unclear on the point but --

Page 208

1    Q.  Okay.
2    A.  Yeah.
3    Q.  And I believe the next question I asked you,
4  and it's not -- I'm not asking whether you agree
5  with IARC 2012.  I said what are the conclusions
6  from the IARC Working Group from the 2012 monograph
7  on asbestos and talc with asbestiform fibers?
8    A.  Well --
9        MR. JAMES:  Objection; form.
10    A.  Being that you keep repeating those
11  sentences on Page 219, which talks about their
12  conclusions, I don't know if you want me to restate
13  what's typed on this page.
14    Q.  No.  What --
15    A.  I don't -- there is nothing here that is
16  adding to what my opinions are in this case
17  scientifically.
18    Q.  Does the 2012 IARC monograph conclude that
19  asbestos and talc-containing asbestiform fibers can
20  cause mesothelioma, lung cancer, and ovarian cancer?
21        MR. JAMES:  Objection to the form of that
22  question.  Are you reading that from somewhere?
23        MS. THOMPSON:  No, I'm saying it.
24    Q.  Do you understand my question?
25    A.  I understand it.  This --

Page 209

1    Q.  Or do you know?
2    A.  This is the first time -- as we began this
3  discussion I brought up, say, lung cancer, and I
4  mentioned that I don't feel -- that I disagree that
5  asbestos causes ovarian cancer, so...
6    Q.  I understand.  The answer is nonresponsive.
7        Does the IARC Working Group conclude that
8  asbestos and asbestiform fibers cause ovarian
9  cancer?
10        MR. JAMES:  Just objection to the form there
11  and the wording.  Your wording keeps changing
12  also.  Just so you know, there you said asbestos
13  and asbestiform fibers.
14        MS. THOMPSON:  I believe I said talc
15  with asbestiform fibers.
16        MR. JAMES:  No, you didn't.
17        MS. THOMPSON:  Let me repeat it then.
18        MR. JAMES:  It keeps changing.
19        MS. THOMPSON:  Oh, it does not.
20        MS. O'DELL:  Have you ever sat in one of
21  your partners' depositions, Mark Hegarty?
22        MR. JAMES:  Thank you, Leigh.  This is not
23  your portion of the depo.
24        MS. THOMPSON:  It may be.  We may repeat it.
25  BY MS. THOMPSON:

53 (Pages 206 - 209)

Page 210

1    Q.   Do you know what IARC 2012 concludes?
2        MR. JAMES:  Objection to the form.
3        MS. THOMPSON:  I'm trying to just get it in
4    a way that's not objectionable.  There doesn't
5    seem to be anything.
6    A.   There are bits and pieces of this document.
7    I'm not seeing -- I'm seeing the first page.  I'm
8    not seeing a last page with conclusions.  If you are
9    asking me to tell you what the conclusions are --
10   Q.   Did you include IARC 2012 in your report?
11   A.   I did, and --
12   Q.   Do you want to look and see what IARC
13   concluded from your report?  Please feel free.
14   A.   I'm trying to make sure I reference the
15   right IARC paper.
16       I'm looking now to see if Citation 450 is
17   the 2012 year.  It is not.  449.
18   Q.   Yeah, it's 449.
19   A.   Yeah.  They say a causal association between
20   exposure to asbestos and ovarian cancer is clearly
21   established, and I disagree with that statement.  I
22   feel like it's a strong statement.
23   Q.   And I was asking you -- we can get to
24   whether you agree or not.  I was asking what does
25   IARC 100C in 2012 conclude, and you agree that it --

Page 211

1    well, let's go to Page 294 of the document you have.
2    A.   Okay.  I'm on 294.
3    Q.   And under Evaluation:  There is sufficient
4    evidence in humans for the carcinogenicity of all
5    forms of asbestos.  Asbestos causes mesothelioma and
6    cancer of the lung, larynx and ovary.
7        And you disagree with IARC's conclusion, I
8    understand that, but that's what IARC concludes,
9    correct?
10   A.   Yes, that's what they conclude.
11   Q.   And looking on that same page, under
12   Synthesis, and there is a -- I would call a robust
13   discussion of the mechanistic basis for asbestos
14   carcinogenicity.  Did you look at this?
15   A.   Yes, and I would say we're talking apples
16   and oranges in term of route of administration when
17   we're talking about asbestos.  Most studies really
18   refer to occupational or environmental exposure, not
19   perineal exposure, so very different.
20   Q.   Well, let's look at that.  Turn to Page 232.
21   And is it your opinion that IARC 2012 only deals
22   with occupational exposure?
23       MR. JAMES:  Objection; misstates her
24   testimony.
25   Q.   What was your testimony?  Go ahead and

Page 212

1    repeat it.
2    A.   I talked about or I mentioned occupational
3    and environmental exposure.
4    Q.   Okay.  All right.  Let's go to 232, "Human
5    exposure, Exposure of the general population."  Did
6    you read this when you looked at 2012 IARC?
7    A.   Exposure of the general population, yes.
8    Q.   And it states:  Consumer products (for
9    example, cosmetic, pharmaceuticals) are the primary
10   sources of exposure to talc for the general
11   population.  Inhalation and dermal contact (i.e.
12   through perineal application of talc particles
13   [sic]) are the primary routes of exposure.
14       So IARC 2012 considers exposure to talc
15   through perineal application talcum powders,
16   correct?
17       MR. JAMES:  Object to the form.  Thank you.
18   A.   You were asking about asbestos a moment ago.
19   Q.   In fibrous talc, but this exposure to talc
20   is in the asbestos monograph, you agree?
21   A.   Understood, but I was confused by your
22   question.
23   Q.   Okay.  Did you not understand that -- let me
24   ask you this question.  Is there such a thing as
25   talc that does not contain talc fibers, or do you

Page 213

1    know?
2        MR. JAMES:  Just objection to form.
3    A.   As I stated several times, here I'm not here to
4    talk about what is in talc fibers, no fibers,
5    asbestiform, et cetera.  That's not what I'm here to
6    talk about.
7    Q.   Do you have an opinion as to why IARC would
8    include the exposure by perineal application of
9    talcum powders in their monograph on asbestos and
10   talc fibers?
11       MR. JAMES:  Just objection; speculation.
12   A.   Yes.
13   Q.   What would be the reason?
14   A.   Because of concern that talc may be
15   contaminated by asbestos.
16   Q.   What do you mean by talc could be
17   contaminated by asbestos?
18   A.   I'm not sure.  Again, this is where -- you
19   know, I know in this monograph they're looking at
20   many things, many constituents, and that's not what
21   I'm here to talk about today.
22   Q.   Well, I believe they're talking about six
23   types of asbestos --
24   A.   Yes.
25   Q.   -- and talc in -- containing asbestiform

54 (Pages 210 - 213)

Page 214

1  fibers. Are they talking about other things in
2  this?
3       MR. JAMES: Just objection to form.
4  A.  Yeah.
5  Q.  What?
6  A.  They're talking about minerals or metals,
7  fibers, dust, many things in this monograph.
8  Q.  Where are you?
9  A.  The title of the monograph.
10  Q.  Well, we're in the section on asbestos -- on
11  asbestos. You're in another section of the 100C.
12  Did you know that when you reviewed 100C, 2012?
13  A.  I know there is many sections of it. I was
14  just clarifying.
15  Q.  And we're looking at the asbestos section,
16  correct?
17  A.  Yes.
18  Q.  Okay. And on the page -- I believe while
19  we're on IARC, that you looked at the Reid paper in
20  2009?
21  A.  Yes.
22  Q.  And that was supportive of your opinion that
23  talc does not cause ovarian cancer, correct?
24  A.  Correct.
25  Q.  Was the reason because of misclassification

Page 215

1  of peritoneal mesothelioma?
2  A.  That's part of the reason, yes.
3  Q.  Let's look at Page 255 of the IARC Working
4  Group monograph. In the middle of the page, first
5  column, IARC at least addresses that issue. It
6  says: To address the possibility that some
7  diagnosed cases of ovarian cancer in this cohort
8  might in fact have been cases of peritoneal
9  mesothelioma, Reid, et al., 2009, examined
10  pathologic material from nine of their cases. The
11  diagnosis of ovarian cancer was sustained in every
12  case.
13       So at least IARC felt that in the nine cases
14  that Reid examined, none were misdiagnosed as
15  primary peritoneal cancer, correct?
16  A.  I'd have to look back at the article about
17  that.
18  Q.  Okay. I think my question was just about
19  what IARC determined.
20  A.  They say that there but I don't recall that
21  in the article itself.
22  Q.  I was asking what IARC says.
23       And you will agree this is a comprehensive
24  review of the subject matter, correct?
25       MR. JAMES: Objection to form, please.

Page 216

1  A.  I believe it's a highly selective subset of
2  the environmental and occupational cases, so there
3  are some limitations of what they talk about here.
4  Q.  Is it faulty science that IARC reviewed,
5  flawed science, I guess is the word?
6  A.  There are limitations to what they talk
7  about in this, in their assessment.
8  Q.  Do they examine faulty flawed science to
9  make their conclusion in this monograph?
10  A.  There are fundamental limitations of the
11  design and the interpretation of those studies.
12  Q.  And that's in Dr. Permuth's opinion,
13  correct?
14  A.  It's Dr. Permuth's thoughts based on the
15  science, as well as others that I talk about in my
16  report on Page 46. Slomovitz does a nice job of
17  questioning IARC's assertions in this. Also, I talk
18  about the IARC Working Group reviewing papers that
19  had a nonsignificant risk of ovarian cancer but they
20  didn't include them in the consensus opinion.
21  Q.  Okay. We'll look at Slomovitz in a minute.
22  Did Slomovitz say that talcum powder with asbestos
23  is safe?
24       MR. JAMES: Just objection to form.
25  A.  I don't recall a statement saying talc is

Page 217

1  safe.
2  Q.  Okay. From anyone?
3       MR. JAMES: Objection to the form.
4  A.  I don't recall seeing that.
5  Q.  Okay. We'll look at Slomovitz in a minute.
6  And one more thing on IARC 2012, on Page 294, just
7  before the conclusion that we read. There is a
8  section on the general mechanisms that have been
9  proposed for the carcinogenicity of asbestos fibers.
10       Do you see that?
11  A.  Could you say the page number again?
12  Q.  294.
13  A.  Yes. Okay.
14  Q.  And it gives two mechanisms, one is direct
15  interaction between asbestos fibers and target cells
16  in vitro. In this mechanism, the direct mechanism,
17  asbestos and erionite fibers have been shown to
18  generate free radicals that directly induce
19  genotoxicity as assessed by DNA breaks and oxidized
20  bases in DNA.
21       Asbestos fibers have also been shown to
22  interfere with the mitotic apparatus by direct
23  physical interaction resulting in aneuploidy and
24  polyploidy.
25       Does this inform your opinion as to the

55 (Pages 214 - 217)

Page 218

1  mechanism by which asbestos can cause cancer?
2      A.  As I mentioned earlier, I did mention
3  genotoxicity and you wrote it down, so I
4  acknowledged that.
5      Q.  All right.
6      A.  I'd note also, though, there is no citations
7  here in this section and I don't recall any of these
8  studies being specific to ovarian cancer.
9      Q.  Well, we can go to Figure 4.1 and 4.2.  Oh,
10 it's not included in this.  All right.
11     And then there is the indirect mechanism:
12 In laboratory animals, asbestos fibers have been
13 shown to induce macrophage activation and persistent
14 inflammation that generate reactive oxygen and
15 nitrogen species contributing to tissue injury,
16 genotoxicity, and epigenetic alterations.
17 Persistent inflammation and chronic oxidative stress
18 have been associated with the activation of
19 intracellular signalling pathways, resistance to
20 apoptosis, and stimulation of cell proliferation.
21     Do you agree that at least some of the
22 mechanisms discussed in the IARC monograph on
23 asbestos are those that researchers found when talc
24 was looked at in both animal and in vitro studies?
25     MR. JAMES:  Objection to form.

Page 219

1      A.  I believe most of what they're talking about
2  likely relates to lung cancer or other cancers known
3  to be associated with asbestos exposure.
4      Q.  Does their mechanism for asbestos and
5  carcinogenicity state that it's only the
6  carcinogenic mechanism for lung cancer?
7      A.  It does not say that.  I just said I bet
8  that's the majority of the studies.
9      MS. THOMPSON:  Okay.  Yeah.  Let's take a
10 quick break.
11     (Recess from 3:07 p.m. until 3:15 p.m.)
12 (Permuth Exhibit 24 was marked for identification.)
13     MS. THOMPSON:  Back on the record.  We've
14 just marked Health Canada Screening Assessment as
15 Exhibit 24.
16 BY MS. THOMPSON:
17     Q.  And you have seen this document, correct?
18     A.  Yes.
19     Q.  I'm hoping we can go through this rather
20 quickly, because I'm just going to ask you
21 statements, point you to the page and ask you if you
22 agree or disagree, if that's okay.
23     A.  Understood.
24     Q.  But before, I want to ask you about a couple
25 of statements in your report, and that would be on

Page 220

1      Page 133, I believe.
2      A.  Yes.
3      (Discussion off the record.)
4  BY MS. THOMPSON:
5      Q.  You state on Page 134, actually, in your
6  conclusions regarding Health Canada:  Taken
7  together, the conclusions drawn from the Health
8  Canada report are unfounded.
9      Is that your opinion today?
10     A.  Yes.
11     Q.  And the second part of that sentence:  It is
12 noteworthy that this report does not explicitly
13 conclude that talc causes ovarian cancer as
14 plaintiffs' experts suggest that it did.
15     Is that still your opinion?
16     A.  Yes.
17     Q.  Can you tell me what you're referring to on
18 that statement?
19     A.  I think as written, I don't recall this
20 report concluded that talc causes ovarian cancer.
21     Q.  Okay.  Let's just go through -- well, let me
22 ask you something else.
23     Another concern you had was that it cited
24 expert reports created for litigation rather than
25 focusing on peer-reviewed literature.

Page 221

1      Is it your opinion that expert reports were
2  given more weight than peer-reviewed literature in
3  this approximately 50-page document with 250
4  references?
5      A.  I believe they were given a lot of weight.
6  I can't quantify how much or what proportion but it
7  was unique that they were relying on the plaintiff
8  expert reports rather than solely on peer-reviewed
9  literature.
10     Q.  Are you aware that Johnson & Johnson met
11 with Health Canada following the draft assessment
12 and presented them with a 5,000-page treatise on why
13 talc was safe?
14     A.  I am not aware of that.
15     Q.  Are you aware -- and are you aware that
16 Health Canada did not revise their draft assessment
17 based on those meetings?
18     A.  I'm not aware of that.
19     Q.  Are you aware that Johnson & Johnson
20 submitted the expert reports from both sides and
21 that Health Canada considered the expert reports
22 from both sides?
23     MR. JAMES:  Objection to form.
24     A.  I'm not aware of that.
25     Q.  Okay.  I'll give you the page, I'll just

56 (Pages 218 - 221)

Page 222

1 read a short excerpt, and my question will be do you
2 agree or disagree. Okay?
3    A. Okay.
4    Q. On Page iii.
5    A. I'm there.
6    Q. Next to the last paragraph: With regards to
7 perineal exposure, analyses of the available human
8 studies in the peer-reviewed literature indicate a
9 consistent and statistically significant positive
10 association between perineal exposure to talc and
11 ovarian cancer.
12        Do you agree with that statement?
13    A. No. It really should comment on the
14 prospective study design and how there is
15 inconsistency between that and the case-control
16 studies, and even within case-control studies there
17 is inconsistency.
18    Q. And the next sentence: The available data
19 are indicative of a causal effect.
20    A. Disagree completely.
21    Q. But you do agree that Canada does give a
22 causal effect opinion in its draft assessment?
23        MR. JAMES: Objection to the form; misstates
24 the document.
25    A. I had thought you had asked if I agree or

Page 223

1 disagree with that statement.
2    Q. I do. Yes. So you disagree with the
3 statement?
4    A. Correct.
5    Q. Does "the available data are indicative of a
6 causal effect," is that not saying to you that talc
7 causes cancer?
8        MR. JAMES: Just objection to form.
9    Q. Ovarian cancer?
10    A. I don't believe talc causes ovarian cancer.
11    Q. I know you don't believe that but are you
12 saying the expert -- the plaintiffs' experts
13 suggested that Health Canada gave a causation
14 statement that wasn't there? That is a causation
15 statement, correct?
16        MR. JAMES: Objection to the form and the
17 characterization.
18    A. I'm confused as to what you're asking.
19    Q. Okay. Is the statement, quote, "the
20 available data are indicative of a causal effect," a
21 causation statement by Health Canada?
22        MR. JAMES: Same objection.
23    A. They are saying their data support
24 causation.
25    Q. Correct. But is that not saying their data

Page 224

1 supports causation? Is that not a causality
2 statement?
3        MR. JAMES: Objection to the form there.
4    A. I guess I'm still confused as to what you're
5 asking.
6    Q. Is it your --
7    A. They are saying available data are
8 indicative of a causal effect.
9    Q. Okay. Are you saying that Health Canada
10 said that talcum powder use does not cause ovarian
11 cancer?
12        MR. JAMES: Objection to the form.
13    Q. I'm just trying to figure out how that is
14 not a conclusion that talc causes ovarian cancer.
15        MR. JAMES: Objection to the form.
16    Q. And yes, it's based on their data and their
17 review, I agree with that.
18        MR. JAMES: Objection to the form. The
19 sentence speaks for itself.
20    Q. Is it still your opinion that the
21 plaintiffs' experts suggest that Health Canada
22 concludes that talc causes ovarian cancer and it
23 does not, is that still your opinion?
24        MR. JAMES: Just objection to form.
25    A. I'm -- are we going back to what I've

Page 225

1 written now? I'm confused.
2    Q. You state: It is noteworthy that this
3 report does not explicitly conclude that talc causes
4 ovarian cancer as plaintiffs' experts suggest that
5 it did.
6    A. Got it.
7    Q. Is that still your opinion after reading
8 that statement?
9        MR. JAMES: Objection to form.
10    A. Got it. Now I'm going back to this statement
11 now that we've read. I think my statement was
12 literal in that, you know, I -- the words
13 "indicative of a causal effect," I didn't see them
14 strictly saying talc causes ovarian cancer. It's
15 indicative of a causative effect. I think there is
16 semantics here.
17    Q. All right. Okay. Let's go to Page 20.
18 Agree or disagree: With respect to talc and
19 induction of tumors -- the last paragraph -- local
20 chronic irritation leading to an inflammatory
21 response is one possible mechanism of tumor
22 progression that is frequently hypothesized in the
23 literature.
24    A. Yes, it's hypothesized.
25    Q. On Page 44, second sentence in the

57 (Pages 222 - 225)

Page 226

1  next-to-last paragraph:  The available human studies
2  on possible migration of talc to the ovaries and
3  presence of talc particles in the ovaries are
4  indicative but not definite.
5       Agree or disagree?
6    A.  I'm still trying to find the sentence.  I
7  found it.  I found it.
8    Q.  The available human studies on possible
9  migration of talc to the ovaries and presence of
10  talc particles in the ovaries are indicative but not
11  definitive.
12    A.  I agree they're not definitive.  And then
13  they go on to cite the limitations that I mentioned,
14  about the particles being administered in solution,
15  inserted into the reproductive tract under
16  anesthesia, all things that are not everyday what a
17  woman would do if she is dusting the perineal area.
18    Q.  But Health Canada concluded that that was
19  indicative.
20    A.  But not definitive, yes.
21    Q.  And on Page 45:  While there --
22       I'm reading the last sentence in the first
23  paragraph:  While there may not be consensus within
24  the scientific community regarding the
25  interpretation of epidemiological information, after

Page 227

1  weighing the available lines of evidence, the
2  assessment determined that the current data are
3  indicative of a causal effect.
4       Agree or disagree?
5    A.  Their assessment is as such.  I don't agree
6  with that assessment.
7    Q.  But again, Health Canada says it's
8  indicative of a causal effect, correct?
9    A.  They're saying that.
10    Q.  Okay.  On Page 36:  There are no adequate
11  animal models available to assess ovarian cancer
12  risk due to perineal talc exposure.  The animal
13  models available do however note inflammatory
14  response in the reproductive tract of rodents
15  exposed to talc particles.  As well research --
16  recent research with respect to specific mechanisms
17  add increased support to the biological plausibility
18  consistent with the possible human mode of action
19  data for cancer development.
20       Do you agree with that statement?
21    A.  I agree that's what's read here but I
22  don't -- I think they are missing information about
23  the limitations of those studies.
24    Q.  Okay.  And I'm not asking whether you agree
25  that I read it correctly.  It's whether you agree or

Page 228

1  disagree with the statement.
2    A.  I disagree with it.
3    Q.  At the last of that paragraph:  Overall,
4  there is a high degree of consistency in the
5  epidemiological studies across several decades
6  conducted in different parts of the world.  Although
7  there are uncertainties related to bias, there is
8  confidence in the robustness of the available
9  database for use in characterizing ovarian cancer
10  risk attributed to talc exposure.  Furthermore, the
11  available data are indicative of a causal
12  relationship.
13       And again, they're saying available data
14  indicative of a causal relationship.  Do you agree
15  or disagree with that --
16    A.  I disagree.
17    Q.  -- those two sentences?
18    A.  I disagree.  There is a lack of consistency
19  between different study designs.  They don't comment
20  on that.  They don't comment on the lack of dose
21  response.  They don't comment on a potential for
22  confounding.  It's not a balanced assessment.
23    Q.  Do you think they do not talk about
24  confounding in the --
25    A.  Right here in that sentence, they don't.

Page 229

1    Q.  But in the entire assessment they definitely
2  talk about confounding; would you agree?
3    A.  It's mentioned.
4    Q.  And Health Canada did a Bradford Hill
5  analysis, correct?
6    A.  Yes.
7    Q.  And they commissioned Taher to do a
8  meta-analysis, correct?
9    A.  Yes.
10    Q.  On Page 36, back to 36:  There is,
11  however --
12       Beginning in the middle of that paragraph:
13  There is, however, support for the idea that despite
14  greater susceptibility to biases, case-control
15  designs are well suited to study perineal talc
16  exposure and ovarian cancer.
17       Do you agree or disagree with that?
18    A.  Disagree because of the potential for recall
19  bias especially.
20    Q.  So at least three times Health Canada states
21  there is -- it's indicative of a causal
22  relationship, correct?
23    A.  Indicative.
24    (Permuth Exhibit 25 was marked for identification.)
25    (Permuth Exhibit 26 was marked for identification.)

58 (Pages 226 - 229)

Page 230

1  BY MS. THOMPSON:
2     Q.  Okay.  Let's look at some of the O'Brien
3  studies.  25 is the 2020 study that you had referred
4  to earlier.  I think I'll go ahead, while we're at
5  it, 26 are the tables that accompanied the O'Brien
6  2020 study, and I want to call your attention to the
7  tables -- the first table.  What is the hazard
8  ratio -- I need to look and see what they use -- for
9  all medically confirmed ovarian cancer cases and
10 frequent use of talc?
11    A.  So you said the first table but I'm assuming
12 not Table 1.
13    Q.  I'm sorry.  Table 4.  I'm sorry.  I had my
14 pages turned.
15    A.  No problem.
16    Q.  I'm in the tables.  I'm sorry, the
17 supplemental tables.
18    A.  Okay.  So not the main article.
19    Q.  Let's maybe start that all over.  Let's look
20 at the supplemental tables that are Exhibit B to
21 Dr. O'Brien's paper, and I want to call your
22 attention to two figures here.  One is the patent
23 tubes that we've talked about.  What is the risk of
24 patent tubes and frequent use?
25    A.  So I'm trying to figure out which table

Page 231

1  we're talking about.
2     Q.  I'm sorry.  E Table 3.
3     A.  Okay.  So frequent use among those with
4  patent reproductive tracts, is that what you were
5  asking?
6     Q.  Yes.
7     A.  So you want me to read the hazard ratio?
8     Q.  Yeah.
9     A.  1.19 with a confidence interval of 1.03 to
10 1.37.
11    Q.  And that's statistically significant,
12 correct?
13    A.  Yes.
14    Q.  Let's look at the next page, E Table 4?
15    A.  I just wanted to add nonpatent is not
16 significant and the heterogeneity p value is not
17 significant either.
18    Q.  Let's look at all medically confirmed cases
19 in E Table 4, and let's look at frequent use in all
20 medically confirmed cases, and what's the hazard
21 ratio there?
22    A.  1.17, and the confidence interval includes
23 1, and for long-term use, hazard ratio is 1.04 and
24 also includes 1, so neither are statistically
25 significant.

Page 232

1     Q.  The frequent use in all medically confirmed
2  cases is statistically significant?
3     A.  It includes 1.  I wouldn't consider it as
4  such.
5     Q.  Okay.  And then let's go to the paper itself
6  and I just want to look at the discussion to see
7  what O'Brien in 2020 says about mechanism.  If you
8  will look to the discussion on Page 56 -- in this
9  paper O'Brien is the lead author but there are other
10 authors as well, correct?
11    A.  Correct.
12    Q.  Trabert and Wentzensen we've discussed
13 earlier are NIH researchers, correct?
14    A.  Yes.
15    Q.  And in the discussion:  One of the primary
16 drivers of research on genital use of talc-based
17 products and ovarian cancer has been the potential
18 link between talc and asbestos, which can occur
19 together in nature.
20        And there's a discussion in that paragraph
21 of:  It was recently suggested that some products
22 may have contained asbestos after 1976, meaning that
23 there may not be a clearly defined time period in
24 which talc-based products did or did not contain
25 asbestos.

Page 233

1        So at least these authors were aware of a
2  potential of asbestos in talcum powder and thought
3  it was important to mention it, correct?
4     A.  Yes, they mentioned it, which was good.
5     Q.  The next paragraph:  By irritating
6  epithelial ovarian tissue or fallopian tubes
7  directly, powder could induce an inflammatory
8  response even in the absence of asbestos.  This
9  could set off a cascade of increased oxidative
10 stress levels, DNA damage and cell division, all of
11 which could contribute to carcinogenesis.
12        Wouldn't you agree that that indicates that
13 these authors thought that would be a plausible
14 mechanism?
15    MR. JAMES:  Just objection to form and calls
16    for speculation.
17    A.  That is one mechanism they propose.
18    Q.  Do you think they would put that as a
19 mechanism if they didn't think it was plausible or
20 possible?
21    MR. JAMES:  Objection; compound.
22    Q.  Okay.  Take out the possible.  Just say
23 plausible.
24    MR. JAMES:  Okay.  Now objection to form.
25    A.  I think they are trying to tie together a

59 (Pages 230 - 233)

Page 234

1 story and that was a suggestion for a purported
2 mechanism.
3    Q.   That wasn't my question.  Do you think they
4 would include this if it wasn't a possible
5 mechanism?
6    A.   They are reporting this --
7        MR. JAMES:  Objection to form.  I'm sorry.
8    A.   They're reporting this because they feel it
9 may be a possible mechanism.
10    Q.   Do you think they would report it if it were
11 not, in their opinion, a plausible mechanism?
12        MR. JAMES:  I'm sorry.  Did you say
13 plausible or possible?
14        MS. THOMPSON:  I said plausible that time.
15        MR. JAMES:  So that will be objection to
16 form.
17    A.   I think this is a line of investigation that
18 this group has looked at for some time.  I am not
19 surprised that they would comment on this or suggest
20 this.
21    Q.   Okay.
22    A.   At all.
23    Q.   And then the last sentence in that paragraph
24 states:  This observation lends support to the
25 hypothesis that powder with or without asbestos

Page 235

1 could irritate and inflame the reproductive tract,
2 as patency is required for there to be a direct
3 physical path between the genitals and the fallopian
4 tubes or ovaries.
5        Does that inform your opinion at all as to
6 whether this hypothesis is plausible?
7    A.   Not really.  As I pointed out, the
8 association was not significantly different between
9 those with patent and nonpatent reproductive tracts.
10 I'm not adding much weight to that.
11    Q.   But what about the part that this
12 observation lends support to the hypothesis that
13 powder with or without asbestos could irritate and
14 inflame the reproductive tract?
15        MR. JAMES:  Do you see where it --
16    A.   Yeah, I'm seeing the last sentence, yeah.
17        I know that inflammation has not really been
18 observed to a significant extent when looking at
19 ovaries that have talc embedded, so I am not
20 seeing -- this is not convincing to me.
21    Q.   Okay.  If the hazard ratio is 1.40, and the
22 confidence interval includes 1, would you view that
23 result as null?
24    A.   I'd view it as not statistically significant
25 when using a threshold of p equals .05.

Page 236

1    Q.   And you've testified before, and I believe
2 it's in your report, that you view a study that is
3 not statistically significant as negative even if
4 there is an increased risk shown?
5        MR. JAMES:  Objection to form.
6    A.   I view it as having no association.
7    Q.   No association.  That's what I was asking.
8 I'm just clarifying on that.
9        And then it says:  The positive
10 relationships between pelvic inflammatory disease
11 and ovarian cancer and chlamydia and infection in
12 ovarian cancer also support an inflammation-mediated
13 mechanism, as does the inverse association between
14 regular aspirin use and ovarian cancer.
15        Do you see that?
16    A.   Yes.  And some studies have reported such
17 associations.  Others have not.
18    Q.   But at least these authors -- including
19 Dr. Trabert, including Dr. Wentzensen, including --
20 who are both at NIH, including Dr. O'Brien,
21 Tworoger, Holly Harris -- those are all members of
22 OCAC, correct?
23    A.   Yes.
24    Q.   Some of them at least.
25        -- don't say there are studies that show one

Page 237

1 thing and another, do they?
2        MR. JAMES:  Objection to form.
3    A.   I'm not sure what you mean by one thing or
4 another.
5    Q.   Well, their statement is:  The positive
6 relationships between pelvic inflammatory disease
7 and ovarian cancer and chlamydia infection and
8 ovarian cancer also support an inflammation-mediated
9 mechanism, as does the inverse association between
10 regular aspirin use and ovarian cancer.
11        Is there a possible in any of those
12 associations?  Is there some studies show one thing
13 and some shows another?
14    A.   Yes.  Yes.  So with pelvic inflammatory
15 disease, as I talk about in my report, most of
16 what's seen in an association is borderline ovarian
17 cancers, and that's not what we're really talking
18 about here.
19        Chlamydia infections, the inflammatory
20 mechanism is different related to infectious disease
21 processes, which is not what we're talking about
22 here with talc.
23    Q.   I understand, but my question was regarding
24 what the authors concluded and stated.
25    A.   Yes, and my comment is it's not as balanced

60 (Pages 234 - 237)

Page 238

1  as one would hope for.
2      Q.  Okay.  So you disagree with their
3  conclusions that I read for your reasons but
4  that's --
5      A.  I disagree because it's not a balanced
6  statement.  It does not report on the null studies.
7      Q.  But that is what the authors concluded,
8  correct?
9      A.  That is.
10         MR. JAMES:  Just objection to form.
11         I know I asked it again but it was -- I
12  asked it twice but that's because I had to verify it
13  in my mind.
14         Okay.  27 are the letters that accompany the
15  O'Brien 2020 study.
16     (Permuth Exhibit 27 was marked for identification.)
17  BY MS. THOMPSON:
18     Q.  Have you seen these?
19     A.  Yes, I have.
20     Q.  The first letter is from Dr. Harlow and
21  Dr. Rothman.  Are you familiar with -- and
22  Dr. Murray.  Are you familiar with Dr. Harlow and
23  Dr. Rothman in particular?
24     A.  Yes.
25     Q.  Are they both well-regarded epidemiologists?

Page 239

1      A.  Yes.
2      Q.  Dr. Rothman wrote the textbook on
3  epidemiology or a well-regarded textbook, correct?
4         MR. JAMES:  Just objection to form.
5      A.  Correct.
6      Q.  Reading from the last paragraph, they state:
7  To conclude that "there is no statistically
8  significant association" based on an HR of 1.08, (95
9  percent CI, 0.99 to 1.17) is now recognized as poor
10  practice in population and clinical research."
11        Do you agree or disagree with that
12  statement?
13     A.  I disagree.
14     Q.  And you feel like you're qualified to
15  disagree with doctors Harlow and Rothman?
16     A.  Yes.
17     Q.  It goes on:  If the 95 percent CI had
18  instead been 1.01 to 1.19, would the authors have
19  had a completely different interpretation?  Given
20  that the authors reported a 13 percent increased
21  risk of ovarian cancer among women with intact
22  genital tracts who used powder, despite these
23  methodological issues, this study should be taken as
24  evidence of an effect.
25        Do you agree or disagree with that?

Page 240

1      A.  I disagree.
2      Q.  What does it mean "taken as evidence of an
3  effect"?
4      A.  I feel they're talking about cause and
5  effect, and they do point out the methodologic
6  issues involved.
7      Q.  Okay.  And you disagree with that?
8      A.  That this is not evidence of an effect.
9      Q.  Okay.
10     A.  And we've talked about how that hazard ratio
11  or that association gets attenuated or even lessened
12  when we look at confirmed cases, confirmed
13  pathologically.
14     Q.  We're going to look at the Katie O'Brien
15  reply.  It begins on the same page, the
16  next-to-the-last paragraph that begins with
17  "Conversely."  She says:  While true --
18        Well, sorry.  Let me start all over:  While
19  true never users are unlikely to report daily use,
20  some users may fail to report use and others may
21  misreport frequency and duration of use or type of
22  product used.
23        I want to focus on this statement.  Do you
24  agree that true never users are unlikely to report
25  daily use?

Page 241

1         MR. JAMES:  Objection to form.
2      A.  Unfortunately, it tends to apply to the
3  case-control status and that's where recall bias
4  comes in, and I think that the first sentence in
5  that paragraph is really important:  Empirical
6  evidence supports that recall bias is present in
7  retrospective studies.
8      Q.  Okay.  And I think everybody would agree
9  with that.  It's the extent of the recall issue that
10  I think we're dealing with.
11        On the second -- next page, first full
12  paragraph, this is from Dr. O'Brien and other
13  authors, including Dr. Wentzensen:  We completely
14  agree with Dr. Harlow and colleagues that our
15  results, particularly the analyses limited to women
16  with intact reproductive tracts, should not be
17  discounted because of lack of statistical
18  significance.
19        Do you agree or disagree with that
20  statement?
21     A.  I would want a qualifier that statistical
22  significance is not the only thing that should be
23  considered here.  Other criteria are important, too,
24  but I am of the camp, as are many colleagues, that
25  we have to have some type of a threshold.  I do

61 (Pages 238 - 241)

Page 242

1 think confidence intervals are important, just as p
2 values are.
3    Q.   But you've already testified that a 1.4 with
4 a confidence interval crossing 1 you would consider
5 no effect, correct?
6    A.   Yes.
7    Q.   No association, correct?
8    A.   Correct.
9    Q.   And Dr. O'Brien and colleagues would appear
10 to disagree with your analysis, correct?
11        MR. JAMES:  Just objection to the form
12 there.
13    A.   They're clarifying they never equated this
14 to evidence of no association.  I mean, other
15 factors -- the fact that -- the purported
16 association doesn't meet other Bradford Hill
17 criteria, in my mind.  Eliminates or reduces the
18 likelihood of causality, they don't get into that
19 here.
20    Q.   Let's look at next the -- let's go ahead and
21 look at -- I think we talked earlier that O'Brien,
22 in addition to looking at ovarian cancer, also
23 looked at other types of cancer, in particular
24 cervical and uterine, correct?
25    A.   Right.  Yes.

Page 243

1        MS. THOMPSON:  I only have a copy that's
2    highlighted, which we can mark as an Exhibit 28.
3    (Permuth Exhibit 28 was marked for identification.)
4 BY MS. THOMPSON:
5    Q.   It's my copy and we're not going to spend
6 very much time on this, but just to confirm what you
7 testified to earlier.  This is the pooled analysis
8 of the prospective studies that addresses uterine
9 cancer, correct?
10    A.   Yes.
11    Q.   And to confirm what you said earlier,
12 looking at the abstract:  There was no overall
13 association between ever genital powder use and
14 ovarian cancer, HR of 1.01 with a confidence
15 interval crossing 1.
16        So you would agree with the conclusions of
17 the authors regarding uterine cancer, correct?
18    A.   Yes.
19    Q.   That there is no association?
20    A.   Yes.
21    Q.   And just the first sentence on the
22 abstract -- and these are not all the same authors
23 but we have Katie O'Brien, Dr. Trabert,
24 Dr. Tworoger, Dr. Harris, Wentzensen, correct?
25    A.   Yes.

Page 244

1    Q.   The first sentence of the abstract:  When
2 powder is applied to the genital area, it has the
3 potential to reach internal reproductive organs and
4 promote carcinogenesis by irritating and inflaming
5 exposed tissues.
6        And you agree with the statement in this
7 context as well?
8        MR. JAMES:  Pardon?  Did you say agree?
9    Q.   Do you -- do you agree or disagree?
10        MR. JAMES:  Objection to the form.
11    A.   I disagree, and as we look at the
12 introduction, I just want to point out they point --
13 the purported hypothesis is that powder enters the
14 vagina, travels up, so ascends, would be the
15 terminology I used before, and they cite an article
16 by Henderson, which I believe I've commented on in
17 my report, and it has limitations.
18    Q.   Okay.  So upward to you means ascends the
19 reproductive tract?
20    A.   Yes.
21    Q.   Not upward that is counter to gravity,
22 because those are two different concepts, right?
23        MR. JAMES:  Objection to form.
24    Q.   I just want to understand, because you said
25 it would have to --

Page 245

1    A.   Well, we talked about different positions,
2 and you kept saying lying down, I kept saying if you
3 are standing upward.
4    Q.   So when you use the word -- because I do
5 agree that it ascends and it goes upward through
6 the reproductive tract.  I just don't think that's a
7 vertical axis when you're talking about gravity.
8        MR. JAMES:  Just objection to form.
9    Q.   Yeah.  No, that's fine.  We can clarify that
10 later.
11        You're familiar with the Cramer letter in
12 2022 -- 2021?
13    A.   Yes.
14    Q.   December 2021.
15        MS. THOMPSON:  We'll mark it as Exhibit 29.
16    (Permuth Exhibit 29 was marked for identification.)
17 BY MS. THOMPSON:
18    Q.   And the title of this correspondence with
19 Dr. Cramer in Gynecologic Oncology Reports is "The
20 association of talc use and ovarian cancer:  Biased
21 or causal."
22        I particularly want to look at the statement
23 that you included in your report on Page 90, that
24 Gossett editorial that accompanied the 2020 O'Brien
25 study.

62 (Pages 242 - 245)

Page 246

1    MS. O'DELL:  What page are we on?
2    MS. THOMPSON:  She talks about Gosset on
3  Page 90 but we're going to just move on because I
4  read the Cramer letter and I'm a little worried
5  about time.
6    Q.  Dr. Cramer talks about the Gosset editorial
7  that you included in your report, right?  And he
8  states that Wentzensen and O'Brien, in their review
9  paper:  Noted that retrospective case-control
10  studies have shown associations between genital
11  powder use and ovarian cancer with summary relative
12  risk estimates from 1.24 to 1.35.
13    Right?
14    A.  That's what it says.
15    Q.  Okay.  And then that the four large cohorts
16  "demonstrated a weak, but statistically significant
17  association among women with patent reproductive
18  tracts."
19    Right?  That's what Dr. Cramer says?
20    MR. JAMES:  Objection to form, and maybe I'm
21  lost.
22    MS. THOMPSON:  We're reading the first
23  paragraph of Dr. Cramer's paper.
24    MR. JAMES:  Did you just say he says
25  prospective cohort --

Page 247

1    MS. THOMPSON:  Four large cohorts
2  demonstrated, this is a quote, "demonstrated a
3  weak but statistically significant association
4  among women with patent reproductive tracts."
5    MR. JAMES:  Okay.  I missed the first half
6  of that sentence.
7    A.  Yeah, that wasn't read:  Prospective cohort
8  studies have not shown a statistically significant
9  association between genital powder use and ovarian
10  cancer.
11    Q.  Right.  Okay.  And I'll apologize for not
12  including that.  It was not intentional.
13    And then Dr. Cramer goes on:  This opinion,
14  I think correctly, departs from that expressed in an
15  editorial accompanying the pooled analysis paper
16  which concluded that only the "statistically
17  unsophisticated" would selectively highlight the
18  positive finding in women with intact genital tracts
19  with the overall hazard ratio of 1.08 with a lower
20  confidence limit of .99 missed statistical
21  significance.
22    But that's what you would conclude from the
23  hazard ratio of 1.8 [sic] with a lower confidence
24  level of .99?
25    A.  With a hazard ratio of 1.08?  Yes, and that

Page 248

1  lower confidence interval, yes, we discussed that.
2    Q.  All right.  We'll move on to O'Brien 2024.
3    (Permuth Exhibit 30 was marked for identification.)
4  BY MS. THOMPSON:
5    Q.  I just want to really ask you about two
6  things in the paper.  You include a discussion in
7  your report, correct?
8    A.  Yes.
9    Q.  On Page 13, with the first statement:  These
10  results do not establish causality.
11    Right?  But I want to read:  Some talc may
12  have been contaminated with asbestos or other
13  potentially harmful chemicals such as phthalates or
14  parabens.  Chronic irritation of the ovaries or
15  fallopian tubes from talc or talc-like products
16  could also potentially contribute to carcinogenesis.
17    Do you agree that the authors of this study
18  include chronic irritation of the ovaries as
19  potentially contributing to carcinogenesis?
20    A.  They are mentioning it.  I don't see a
21  citation for that but, again, this is the same group
22  that's been publishing in that area, so I'm not
23  surprised to read that.
24    Q.  And there certainly isn't a statement that
25  we don't think it's plausible for talcum powder or

Page 249

1  talcum powder with asbestos to cause ovarian cancer,
2  do they?
3    MR. JAMES:  Just object to the form.
4    A.  Can you repeat that?  Zoo.
5    Q.  Do the authors state they don't believe it's
6  plausible that talcum powder with or without
7  asbestos can cause ovarian cancer?
8    A.  I think --
9    MR. JAMES:  Same objection.
10    A.  They clearly state these results do not
11  establish causality and do not implicate any
12  specific cancer-inducing agent.
13    Q.  Okay.  That was not my question, though, and
14  I agree that the authors do not establish causality
15  or state that they do not cause -- establish
16  causality because there are other factors involved,
17  but they do state that some talc may have been
18  contaminated with asbestos and other potentially
19  harmful chemicals, such as phthalates and parabens.
20  Chronic irritation of the ovaries or fallopian tubes
21  from talc or talc-like products could also
22  potentially contribute to carcinogenesis.
23    Do you disagree that that would be a
24  plausible mechanism if you were doing a Bradford
25  Hill analysis?

63 (Pages 246 - 249)

Page 250

1    MR. JAMES: I'm sorry.
2    A.  They are postulating that.
3        MR. JAMES: I'm sorry.  Objection to form.
4    Go ahead now.
5    A.  No, I feel they are postulating that, but --
6    Q.  In Bradford Hill, for biological
7    plausibility, does it have to be proven, in your
8    mind?
9    A.  Some things are not yet proven and I haven't
10   seen evidence it being proved, but that's one of
11   many factors that I'm considering here in my
12   assessment.
13   Q.  What -- do these authors mention any other
14   plausible explanation?
15       MR. JAMES: Just objection.
16   Q.  Or unplausible explanation, for that matter?
17   A.  Explanation for?
18       MR. JAMES: Just objection to the form.
19   Q.  For how talc could potentially contribute to
20   carcinogenesis.
21   A.  I don't recall seeing much in terms of
22   mechanism other than what we've pointed out.
23   Q.  Okay.  And then in the next paragraph: Our
24   findings of a positive association between genital
25   talc use and ovarian cancer are consistent with

Page 251

1    previous studies.
2        Do you agree or disagree with that?
3    A.  I disagree.  I think that's misleading.  It
4    may be consistent with prior case-control studies
5    but certainly not with prospective studies, and,
6    importantly, this study is very hypothetical in
7    nature, based on lots of simulations and
8    assumptions, which I think are flawed.
9    Q.  Well, let's continue on:  Pooled analyses or
10   meta-analysis of case-control studies have produced
11   odds ratios of 1.2 to 1.4.  The hazard ratio from a
12   pooled analysis of prospective cohort studies also
13   indicated a positive albeit small association, HR
14   equals 1.08, and as previously noted, this effect
15   estimate is likely biased toward the null because of
16   nondifferential misclassification of exposure.
17       They are talking of the 2020 O'Brien study,
18   correct?
19   A.  I believe so.
20   Q.  Okay.  And then the last:  This possibility
21   is well illustrated by the Sister Study, where we
22   previously reported 27 percent ever use of genital
23   talc, but here observed 40 percent ever use across a
24   wider age range.
25   A.  Because of their assumptions.

Page 252

1    Q.  I'm just -- do the authors state -- of this
2    paper state their findings in this paper are
3    consistent with previous studies, including
4    case-control and cohort pooled study and the current
5    cohort study?
6    A.  They state that and I have expressed there
7    are limitations to what they're saying here.
8    Q.  And did you look at the editorial that
9    accompanies this paper by Holly Harris?
10   A.  Yes.
11       MS. THOMPSON:  And this will be Exhibit 31.
12   (Permuth Exhibit 31 was marked for identification.)
13   BY MS. THOMPSON:
14   Q.  Dr. Harris states, second paragraph in her
15   editorial:  Pooled analyses of case-control studies
16   have shown estimates of 24 percent to 32 percent
17   higher ovarian cancer risk for ever compared with
18   never use of genital powder, as well as the
19   suggestion of a higher risk with increasing number
20   of lifetime applications.
21       Is the higher risk with increasing number of
22   lifetime applications suggestive of a dose response?
23       MR. JAMES: Just object to form.
24   A.  What we see consistently throughout
25   case-control studies definitely is not a

Page 253

1    dose-response relationship, so I think that comment
2    is misleading.
3    Q.  So you would --
4    A.  Even in the Terry, et al., study, which they
5    are citing, she herself talks about lack of a
6    dose-response relationship.
7    Q.  So you disagree with the statement by Holly
8    Harris that there's a suggestion of a higher risk
9    with increasing number of lifetime applications?
10   A.  Yeah.  That's not true across the board.
11   Q.  Okay.
12   A.  Especially in prospective cohort studies.
13   Q.  Let's go to the takeaway on the second page.
14   The last sentence in the takeaway section is:  Given
15   that genital powder use and douching are modifiable
16   exposures potentially associated with a highly fatal
17   disease, these data suggest that people at risk for
18   ovarian cancer, particularly those in their twenties
19   and thirties, should be made aware of the potential
20   risks.
21       Are you making aware -- you're not seeing
22   patients currently, but do you disagree that people
23   at risk for ovarian cancer, particularly in their
24   twenties and thirties, should be made aware of the
25   potential risk of perineal talc exposure?

64 (Pages 250 - 253)

Page 254

1    A.  I don't.  It had never come up during my
2  days and gynecologic oncologists don't seem to have
3  it as part of their discussions with patients.
4    Q.  How do you know what gynecologic oncology
5  doctors are talking with their patients now?
6    A.  For example, in looking at many of the
7  depositions for gynecologic oncologists for the
8  plaintiffs, it didn't come up in their discussions.
9  They reported that.
10    Q.  Have you done any kind of survey or have you
11  seen a survey?
12    A.  I'm just talking that is the data I'm
13  relying on.
14    Q.  Based on depositions of treating doctors in
15  the litigation?
16    A.  Yes.
17    Q.  Okay.  And then going to the first page
18  again, let's go there:  After accounting for
19  potential biases, O'Brien, et al., report a
20  significant increase in ovarian cancer risk for
21  genital powder use, with effect estimates that are
22  in the range with previous studies.
23        And that's what you disagree with, correct?
24    A.  Yes.  I want on the record recall bias is
25  exacerbated by the analyses that they perform.

Page 255

1    Q.  And the last sentence in that paragraph:  In
2  this paper, even with misreporting of the exposure
3  (i.e. genital powder use) in half the cases, a
4  significant increase in ovarian cancer risk is still
5  observed, adding support to the plausibility of a
6  true association between genital powder use and
7  ovarian cancer risk.
8        And do you agree with the conclusion of
9  Dr. Harris?
10    A.  No.  No.
11    Q.  And ASCO, you mentioned, is a reputable
12  organization that you're a member of, correct?
13    A.  Yes.
14        MS. THOMPSON:  We'll mark 32.
15    (Permuth Exhibit 32 was marked for identification.)
16  BY MS. THOMPSON:
17    Q.  Were you aware that ASCO, the American
18  Society of Clinical Oncologists, released a press
19  release following this paper?
20    A.  I have not seen their press release.
21        MS. THOMPSON:  We'll mark it 32.
22        THE WITNESS:  Thank you.
23        THE COURT REPORTER:  You're welcome.
24  BY MS. THOMPSON:
25    Q.  In looking at the press release for

Page 256

1  immediate release, May 15th, from ASCO, the main
2  takeaway:  Genital talc use was found to be
3  positively associated with the risk of ovarian
4  cancer across multiple scenarios, even after
5  adjusting for potential reporting biases and
6  misclassification.  The association was particularly
7  strong among women who use talc frequently or
8  especially during periods of significant hormonal
9  changes or reproductive activity.
10    A.  I see that.  I don't agree with that.  It
11  doesn't get to the meat of the concerns related to
12  the analysis and how it was undertaken.
13    Q.  Okay.
14    A.  If we rely on data that was prospectively
15  collected in nature, it's in line with prior studies
16  of no association.  If we rely on retrospective
17  studies and all of the recall bias that went into
18  them, that is exaggerating and enhancing the hazards
19  ratio, so we're seeing a superficial association.
20    Q.  I'm going to show you just a few articles
21  that are dealing with some of the issues that we've
22  been talking about today.  The first is Dr. Ness in
23  2000.
24    (Permuth Exhibit 33 was marked for identification.)
25  BY MS. THOMPSON:

Page 257

1    Q.  It's an older paper.  And you know Dr. Ness,
2  correct?
3    A.  Yes, I know of her.
4    Q.  And you've published with Dr. Ness, I
5  believe.
6    A.  Probably is part of OCAC.
7    Q.  Okay.  And she's a respected epidemiologist,
8  you would agree?
9    A.  Yes.
10    Q.  And she, in fact, just received a lifetime
11  achievement award from the American Academy of
12  Epidemiology, if you're aware of that.  Are you?
13    A.  I may have seen her comment on that.
14    Q.  Okay.  Have you read her report in the
15  talcum powder litigation --
16    A.  I have in the past --
17    Q.  -- with the opinion that talc can cause
18  ovarian cancer?
19    A.  Yes.
20    Q.  Okay.  This paper, written in 2000, was
21  certainly before she became a litigation expert,
22  correct?
23    A.  Yes.
24    Q.  And the paper is titled "Factors Related to
25  Inflammation of the Ovarian Epithelium and Risk of

65 (Pages 254 - 257)

Page 258

1  Ovarian Cancer," and she is talking about asbestos
2  and talc exposure. In the second paragraph of the
3  paper, at the top of column two: All of these
4  factors -- including the ones she listed in the
5  first paragraph -- act by a common pathway -- that
6  includes talc and asbestos -- by modulating
7  inflammation of the ovarian epithelium, the cell
8  type from which more than 90 percent of ovarian
9  cancers arise. Ovulation entails disruption of the
10  ovarian epithelium by the extruded follicle,
11  followed by inflammation and wound repair.
12  Asbestos, talc, endometriosis, and pelvic
13  inflammatory disease all initiate marked local
14  inflammation.
15       Do you agree with that statement by Dr. Ness
16  so far from 2000?
17       MR. JAMES: Just objection to the form and I
18  think you omitted the word "may" in the first
19  sentence.
20       Q. All of these factors may act by a common
21  pathway. Let's make sure we put may in there. I
22  did not mean to misread it.
23       A. Yeah. I disagree with the emphasis on
24  inflammation and the lack of emphasis on alternate
25  hypothesis.

Page 259

1       Q. But that's consistent with the hypotheses in
2  the current literature, wouldn't you agree?
3       MR. JAMES: Objection to form.
4       A. I think some plaintiffs' experts talk about
5  this inflammatory hypothesis but don't talk about
6  other hypotheses, such as incessant ovulation.
7       Q. Well, I'm talking about the epidemiological
8  literature. We don't need to talk about plaintiffs'
9  experts to -- for you to agree that this is a
10  mechanism discussed in much of the epidemiological
11  literature, correct?
12       MR. JAMES: Just objection to form.
13       A. Yes, it is discussed in the literature.
14       Q. Okay. She goes on: Tubal ligation and
15  hysterectomy sever the pathway from the lower to the
16  upper genital tract, thereby disallowing
17  inflammatory substances to ascend through the lower
18  genital tract to the upper genital tract, and
19  ultimately to the ovarian epithelium.
20       Do you agree with that statement?
21       A. I believe there are alternate hypotheses to
22  explain how something like tubal ligation may reduce
23  the risk of ovarian cancer. So it's not that it is
24  talc going through the genital tract or ascending
25  and causing ovarian cancer.

Page 260

1       Q. Okay. Then she goes on: Inflammation
2  involves rapid cell division, DNA excision and
3  repair, oxidative stress and high concentrations of
4  cytokines and prostaglandins, all of which are
5  established promoters of mutagenesis.
6       Do you agree that Dr. Ness's description is
7  consistent with much of the literature today as far
8  as the potential for talc to cause chronic
9  inflammation and ovarian cancer?
10       MR. JAMES: Just objection to the form.
11       A. I think, again, it's her hypothesis. There
12  is some literature with ovarian but most of the bulk
13  of literature out there about inflammation and
14  cancer is with other cancer types, and I think some
15  of the citations are general review articles.
16       Q. But you would agree that Dr. Ness thought
17  that to be a plausible explanation or else she
18  wouldn't have had the entire paper devoted to
19  inflammation of the ovarian --
20       A. This has been --
21       MR. JAMES: Just -- I'm sorry. Just
22  objection. I'm sorry, Margaret. Were you done?
23       Q. The whole paper on inflammation of the
24  ovarian epithelium and risk of ovarian cancer and
25  including talc.

Page 261

1       MR. JAMES: Objection; calls for
2  speculation, and lack of foundation and form.
3       A. This is an area she seems to have been
4  interested in for a long time.
5       Q. I would agree. She had this paper published
6  in 2000.
7       This is the Brieger paper, and you talked
8  about the Brieger paper in your report, correct?
9       A. Yes.
10       Q. Primarily, as I recall, correct me if I'm
11  wrong, in regard to Dr. Levy relying on this paper?
12       A. Yes. Yes.
13       Q. Is this an OCAC study?
14       A. I am going to my report. It does seem that
15  it's a pooled analysis from OCAC, yes.
16       MS. THOMPSON: And this will be marked as
17  Exhibit 34.
18  (Permuth Exhibit 34 was marked for identification.)
19  BY MS. THOMPSON:
20       Q. If you look at the authors, we have some of
21  the authors that we've been --
22       MS. THOMPSON: I'm sorry.
23       Q. -- discussing through the day today.
24       A. Correct.
25       Q. And in this paper, under the "Overall

66 (Pages 258 - 261)

Page 262

1  analytic approach" on Page 5, talc is included as a
2  combined measure of inflammation-related risk
3  factors.
4        Do you agree with that?
5     A.  Yes.
6     Q.  And those risk factors are listed in the
7  introduction:  Chronic inflammation can directly
8  cause DNA damage, which is particularly relevant for
9  cancer initiation and progression.
10       The authors --
11    A.  Where are you reading that?
12    Q.  The introduction.
13    A.  Okay.  You're back at the introduction.
14 Okay.  I see that.
15    Q.  Not surprisingly, invasive epithelial
16 ovarian cancer, hereafter referred to as ovarian
17 cancer, risk is associated with proinflammatory
18 exposures, including smoking history, pelvic
19 inflammatory disease, endometriosis, and possibly
20 genetic [sic] talcum powder.
21    A.  I just wanted to note that References 1 and
22 2 pertain to all cancer types, it's not specific to
23 ovarian cancer.
24    Q.  Okay.
25    A.  And then I also --

Page 263

1     Q.  Well, there is no question, unless it's
2  related to this article.
3     A.  Related to this article, there's no
4  association when looking at talc by itself.
5     Q.  Okay.  If we look at some of what these
6  authors have stated before, Phung we've already
7  looked at, stated talc was a well-accepted risk
8  factor, correct?
9     A.  They stated that.
10    Q.  And we know that Cramer believes that talc
11 is not only a risk factor but causative, correct?
12    A.  Correct.
13    Q.  And are you familiar with Gentry-Maharaj?
14    A.  Yes.
15    Q.  Are you familiar with her article in a
16 cancer prevention textbook edited by Christine Berg,
17 who was Special Advisor to the Director at the
18 Division of Cancer Epidemiology and Genetics at NCI
19 and NIH?
20    A.  I don't know which article we're referring
21 to.  Do you have a copy of it?
22    Q.  No, but I will represent that
23 Dr. Gentry-Maharaj says the use of talc in the
24 genital area has consistently been shown to increase
25 the risk of ovarian cancer and, therefore, it's not

Page 264

1  recommended.
2        Dr. Wu, on his paper, states that talc is a
3  well-accepted risk factor, correct?  We've already
4  looked at her paper.
5        MR. JAMES:  Just objection to form.
6     A.  I believe we looked at that one.  We've
7  looked at so many.
8     Q.  And --
9     A.  And I think people are stating these things
10 but I'm not seeing much evidence behind them, so I
11 wanted that noted.
12    Q.  Do you think they're stating it but don't
13 believe it?
14       MR. JAMES:  Objection to form.
15    A.  I'm not saying that.
16    Q.  Okay.  We talked about the Savant paper
17 earlier, that we referenced.
18    A.  Yes.
19       MS. THOMPSON:  Exhibit 35.
20    (Permuth Exhibit 35 was marked for identification.)
21 BY MS. THOMPSON:
22    Q.  This paper is on your reliance list.  Do you
23 remember seeing it?
24    A.  May I have a copy?
25       (Discussion off the record.)

Page 265

1  BY MS. THOMPSON:
2     A.  So, yes, I do remember seeing this and
3  citing it.
4     Q.  This is a lengthy paper, you would agree?
5     A.  Yes, with small font, lots of pages.
6     Q.  Small font, 30 pages, with 231 references.
7     A.  (Nodding head.)
8     Q.  And the whole paper deals with the role of
9  -- or the title and the paper does deal with it.
10 "The Role of Inflammation and Inflammatory Mediators
11 in the Development, Progression, Metastasis, and
12 Chemoresistance of Epithelial Ovarian Cancer," is
13 the title.
14       And in the abstract:  Inflammation plays a
15 role in the initiation and development of many types
16 of cancers, including epithelial ovarian cancer and
17 high grade serous ovarian cancer, a type of EOC.
18       Is this evidence to you that inflammation
19 plays a role in carcinogenesis of the ovary?
20    A.  They're providing supporting data.  I'm not
21 sure this is particularly relevant to talc --
22    Q.  And why is that?
23    A.  -- as the purported association.  I'm not --
24 I don't recall seeing talc mentioned in here.
25 Inflammation is a pretty broad category.

67 (Pages 262 - 265)

Page 266

1    Q.  It goes on:  At sites of inflammation
2  epithelial cells are exposed to increased levels of
3  inflammatory mediators, such as reactive oxygen
4  species, cytokines, prostaglandins, and growth
5  factors that contribute to increased cell division
6  and genetic and epigenetic changes.
7        You would agree that's similar in this
8  review article of the role of inflammation to what
9  we've seen in the epidemiological studies, would you
10  agree?
11        MR. JAMES:  Just object to form, please.
12    A.  Not necessarily.
13    Q.  Have you seen in the epidemiologic studies
14  that we've talked about today the discussion of
15  reactive oxygen species?
16    A.  In some of them we've seen that mentioned.
17    Q.  Have you seen cytokines mentioned?
18    A.  We have and I commented on that earlier.
19    Q.  Have we seen prostaglandins mentioned?
20    A.  Yes.
21    Q.  Have we seen epigenetic changes mentioned?
22    A.  We have.
23    Q.  Have we seen cell division and cell
24  proliferation mentioned?
25    A.  Yes, and this is a review article meant to

Page 267

1  comment on those things.
2    Q.  Okay.  Well, let's turn to Page -- and this
3  is published in Cancers.  Let's turn to Page 6 of
4  30.  Let's look at the diagram on that page in
5  Figure 1, and you will see that talc exposure is
6  listed in this with an arrow pointing to the ovary
7  and with a production, if you believe the arrows, of
8  ROS, reactive oxygen species production, oxidative
9  stress, cytokines, and growth factors, and that is
10  inflammation, correct?
11        MR. JAMES:  Just object to form.
12    A.  I see the figure where it says talc
13  exposure.  What I haven't seen to date is data to
14  support talc exposure in leading to ROS
15  production --
16    Q.  Okay.  Let's read --
17    A.  -- oxidative stress, increased cytokines, or
18  growth factors.  What I've seen is erroneous in
19  vitro studies about that.
20    Q.  But you're -- did Savant look at -- or did
21  Savant cite any of what you consider erroneous
22  in vitro studies?
23    A.  I'd have to look.  If I had my computer, I
24  could quickly --
25    Q.  Well, there are 242 references.

Page 268

1    A.  Yeah.
2    Q.  231 references, so that was exclusively what
3  she looked at, and most of them published after
4  2018, when this article was published, would you
5  agree?
6        MR. JAMES:  Just objection to form.
7    A.  Lots of the citations are from earlier than
8  those years, but...
9    Q.  Okay.  And the citation with Figure 1 is
10  titled "Sources of inflammation in the ovary and
11  fimbriae:"  Ovulation, retrograde menstruation,
12  endometriosis, infections, exposure to talc,
13  polycystic ovarian syndrome and obesity result in
14  exposure of the ovary and fimbriae to reactive
15  oxygen species, ROS, oxidative stress, cytokines,
16  and growth factors, generating an inflammatory
17  response that leads to additional production of ROS
18  and cytokines in the ovary.  Unresolved chronic
19  inflammation is a critical risk factor for tumor
20  initiation.
21        So you would agree that the authors of this
22  paper would certainly believe it's plausible that
23  exposure to talc could cause ovarian cancer by an
24  inflammatory process?
25        MR. JAMES:  Sorry.  Just objection to the

Page 269

1  form.
2    A.  The authors are putting forth that
3  hypothesis.
4    Q.  Do you think they would put forth the
5  hypothesis if it was not plausible?
6        MR. JAMES:  Just objection to the form and
7  calls for speculation.
8    Q.  You don't need to answer that question if
9  you would have to speculate.
10    A.  Yes, it would be speculative.
11        MS. THOMPSON:  Exhibit 36.
12  (Permuth Exhibit 36 was marked for identification.)
13  BY MS. THOMPSON:
14    Q.  Have you seen this paper before?
15    A.  I don't recall this one.
16    Q.  It's published in 2022, and you would agree
17  that Gynecologic Oncology Reports is the companion
18  journal to Gynecologic Oncology, correct?
19    A.  I believe so.
20    Q.  So this paper is also about inflammation and
21  its relationship to ovarian cancer, correct?
22    A.  Yes.
23    Q.  Do you agree that the risk/protective
24  factors of ovarian cancer suggest that its etiology
25  is multifactorial?

68 (Pages 266 - 269)

Page 270

1    MR. JAMES:  Just objection to form.
2    Q.  Did I not read that correctly?
3        MR. JAMES:  I'm just looking for where you
4    are.
5        MS. THOMPSON:  In the abstract, the second
6    sentence.
7        MR. JAMES:  Okay.
8    A.  Yes, many factors can contribute to the
9    etiology of ovarian cancer.
10    Q.  Okay.  And then going down to the sentence
11    that begins "At sites of inflammation," these
12    authors state:  At sites of inflammation, exposure
13    to high levels of inflammatory mediators, such as
14    reactive oxygen species, cytokines, prostaglandins,
15    and growth factors, contributes to increased cell
16    division and genetic and epigenetic changes.  These
17    exposure-induced changes promote excessive cell
18    proliferation, increased survival,
19    malignant transformation and customer development.
20    Furthermore, the proinflammatory tumor
21    microenvironment contributes to ovarian cancer
22    metastasis and chemoresistance.
23        Isn't that description very similar to what
24    we just saw in the Savant paper?
25        MR. JAMES:  Sorry.  Objection to form,

Page 271

1    please.
2    A.  One thing we're not seeing is ovarian cancer
3    being specifically called out in those sentences you
4    just read.
5    Q.  Except for the title is "Etiopathogenesis of
6    ovarian cancer."
7    A.  That may be, but in the abstract they didn't
8    clarify that, in the sentences that you read.
9    Q.  Okay.
10    A.  And in a lot of the background material,
11    it's quite generic in terms of the cancers they are
12    looking at.
13    Q.  Okay.  But in the paragraph we read, the
14    first sentence was ovarian cancer is the most common
15    gynecologic cancers and has the highest mortality
16    rate, and the title of the paper is ovarian cancer,
17    so --
18    A.  Correct.
19    Q.  We'll let somebody make a decision -- make
20    their own interpretation as to whether that's
21    related to ovarian --
22    A.  Subsequent sentences are more generic,
23    that's all I was saying.
24    Q.  And in the introduction, the second
25    paragraph in the second column:  Inflammation has

Page 272

1    been considered a key mechanism for carcinogenesis
2    after detecting leukocytes in cancer tissues.
3        And it goes on and that's where the --
4    that's another citation with Savant, you would
5    agree?
6    A.  Another citation with --
7    Q.  With Savant?
8    A.  Oh, I see that at the bottom.
9    Q.  Among other factors, such as hereditary,
10    environmental, and lifestyle factors -- reading in
11    the next paragraph -- inflammation is an important
12    risk factor for ovarian cancer.
13        Do you disagree with that statement?
14        MR. JAMES:  Just objection to the form.
15    A.  Inflammation I think of more of a process or
16    a pathway or a mechanism, not as a risk factor per
17    se, and again, this is the first time I'm seeing
18    this article.
19    Q.  Okay.  And let's look at Figure 1.  Do you
20    agree talc exposure in the bottom left-hand corner?
21    A.  I see it in the bottom right corner.
22    Q.  Uh-huh.  And it's showing arrows going in
23    through the vagina, through the cervix, through the
24    uterus, and out the fallopian tube, correct, out
25    into the fallopian tube?

Page 273

1        MR. JAMES:  Just objection to form.
2    A.  I'm following the figure.
3    Q.  Okay.  And you agree that the arrows are
4    pointing from talc exposure through the reproductive
5    tract, correct?
6    A.  The purported route, yes.
7    Q.  Yeah.  This is the authors' diagram.
8    A.  (Nodding head.)
9    Q.  Do you disagree with that diagram?
10    A.  I'd have to look closely at all of the
11    aspects of the diagram, both what they're saying and
12    what's purported.  They're trying to show what we've
13    been talking about today.
14    Q.  So with this diagram they show talc actually
15    reaching at least the fallopian tubes, correct?
16        MR. JAMES:  Just objection to form.
17    A.  They're trying to show that.
18    Q.  Okay.
19    A.  But not remarking on alternative things,
20    like some important literature regarding the
21    fallopian tubes and the protective role of tubal
22    ligation.  I don't see that really mentioned here.
23    Q.  This is a patent reproductive tract in this
24    figure, wouldn't you agree?
25    A.  Yes.

69 (Pages 270 - 273)

Page 274

1    Q.   And talc is in the box that's titled
2   "Inflammation," correct?
3    A.   That's where they put it.
4    Q.   Okay.  Let's go to Page 3, where it
5   specifically talks about talc in this paper,
6   beginning in the bottom paragraph:  Another example
7   of an inflammatory factor involved in the
8   carcinogenesis of ovarian cancer is the use of
9   talcum powder in the genital area.
10       I think you've disagreed with that
11   statement, correct?
12    A.   And I would like to note there is no
13   citations there.
14    Q.   Talc, along with associated components such
15   as asbestos or quartz, which are known carcinogen
16   and can contaminate talc products, might ascend
17   through the genital tract and irritate the
18   epithelial lining of the fallopian tubes or ovaries.
19       And you disagree with that statement as
20   well?
21    A.   Correct, and again no citation.
22    Q.   This could possibly trigger an inflammatory
23   response that may promote carcinogenesis.
24       You disagree with that?
25    A.   Hypothesis, yes.

Page 275

1    Q.   Taken together, epidemiologic data suggest
2   that there may be a small positive association
3   between the use of genital powder and ovarian cancer
4   (Wentzensen and O'Brien 2021).
5       Do you agree that Wentzensen and O'Brien
6   2021 state that?
7    A.   They report on that.  I don't know why
8   that's cited but...
9    Q.   Okay.  And none of these inflammatory
10   articles that I have shown you today influence your
11   decision -- your opinion that talc does not reach
12   the ovary and talc does not cause inflammation and
13   the inflammation does not cause ovarian cancer?
14    A.   Correct.  My opinion has not changed.
15    MS. THOMPSON:  Was there a decision made
16   about --
17    MR. JAMES:  Yes.  We are going to object to
18   two attorneys taking the deposition because we
19   clarified today that she's not designated in the
20   MCL, and so that has not been done in any prior
21   cases for experts that are not duel designated.
22   I know you mentioned Sutcliffe but my
23   understanding is she's designated in both, but to
24   the extent that did happen at Sutcliffe, that's
25   dissimilar from this situation, and that's our

Page 276

1   position as we're objecting to that, and I don't
2   think it's been done for any other experts in the
3   MDL or MCL.
4    MS. THOMPSON:  Okay.
5    MS. O'DELL:  We've been going an hour and 20
6   minutes, or maybe a little bit less.
7    MS. THOMPSON:  Let's take a short break.
8    (Recess from 4:33 p.m. until 4:52 p.m.)
9    (Permuth Exhibit 37 was marked for identification.)
10   BY MS. THOMPSON:
11    Q.   Exhibit 37 is from your report, and I
12   believe it's Exhibit C.
13    MS. THOMPSON:  I do not have another copy.
14   I apologize.
15    MR. JAMES:  I have one.
16    A.   It looks like these are several copies of
17   Table 2.  Are you looking for your copy?
18    Q.   I'm actually just looking at Table 1.  So
19   let me --
20    A.   Okay.
21    Q.   I thought they were multiple copies but I
22   have all the copies of Table 1.
23    MS. THOMPSON:  This is the one I want to
24   actually mark.
25    (Discussion off the record.)

Page 277

1   BY MS. THOMPSON:
2    Q.   Dr. Permuth, this is your list of all the
3   case-specific and cohort studies, correct?
4    A.   Case-control and cohort.
5    Q.   I said case specific.  Case-control and
6   cohort studies.
7    A.   Yes.
8    Q.   And in the column "Talc on perineum" you are
9   considering any study on that list that is not
10   statistically significant as a negative study,
11   correct, or no association?
12    A.   Correct.
13    Q.   And the only two that have a risk ratio less
14   than 1, if I'm correct, are the Wong study that's
15   .92, and the Merritt study -- let me make sure I am
16   seeing across.  It's kind of small.
17       And the Goodman study, .99.
18    A.   So Wong, Goodman --
19    Q.   Is .92, and Goodman .9.  Are there any
20   others with the actual risk ratio less than 1?
21    A.   Gonzalez.
22    Q.   I was looking -- talking about the
23   case-control studies.
24    A.   Oh, yes.
25    Q.   But Gonzalez as the cohort also.  And the

70 (Pages 274 - 277)

Page 278

1  rest of the studies have a risk ratio above 1 but
2  some are statistically significant and there are
3  ones that are not, correct?
4      A.  I was just going to note that the confidence
5  intervals for many studies are -- you know, include
6  as a lower limit estimates below 1.
7      Q.  Right.  And that's what you're calling not
8  statistically significant?
9      A.  Correct.
10     Q.  Correct.  And that to you is a negative
11  study, no association?
12     A.  No association, yes.
13     Q.  Okay.  Is it your opinion that these studies
14  are inconsistent?
15     A.  Yes in that we see inconsistency across
16  designs in terms of the magnitude of effects and the
17  fact that prospective cohorts are not statistically
18  significant.  Those studies and the case-control
19  studies, some of them, show weak associations.
20  Others do not show any associations that are
21  significant.
22         MS. THOMPSON:  This will be Exhibit 38.
23  (Permuth Exhibit 38 was marked for identification.)
24  BY MS. THOMPSON:
25     Q.  Are you familiar with this paper?

Page 279

1      A.  Yes.
2      Q.  I believe this was on your reliance,
3  materials considered.
4      A.  Yes.
5      Q.  I just want to go over this study or this
6  editorial commentary published in 2019 in Nature,
7  correct?
8      A.  Yes.
9      Q.  And the authors are Amrhein, Greenland and
10  McShane.  Are you familiar with those
11  epidemiologists?
12     A.  Yes.
13     Q.  And I want to go through this study with you
14  and see where you stand on this comment.
15         There are 800 signatories for a call -- that
16  signed for a call for an end to hyped claims and the
17  dismissal of possibly crucial effects.
18         Is the -- under "Retire statistical
19  significance" -- let me just read it.
20         Valentin Amrhein, Sander Greenland, Blake
21  McShane and more than 800 signatories call for an
22  end to hyped claims and the dismissal of possibly
23  crucial effects.
24         You were not one of those 800 signatories,
25  correct?

Page 280

1      A.  Correct.
2      Q.  So it starts out:  When was the last time
3  you heard a seminar speaker claim there was no
4  difference between two groups because the difference
5  was statistically not significant?
6          And that was where you would fall today in
7  your discuss, right?
8      A.  Yes.
9      Q.  Going on to the next paragraph:  For several
10  generations, researchers have been warned that a
11  statistically nonsignificant result does not prove
12  the null hypothesis (the hypothesis that there is no
13  difference between groups or no effect of a
14  treatment on some measures outcome).
15          And that's where you would fall, right?
16     A.  Correct.
17     Q.  Okay.  And then under the paragraph
18  Pervasive Problem:  Let's be clear about what must
19  stop: we should never conclude that there is no
20  difference or no association just because a p value
21  is larger than a threshold or, equivalently, because
22  a confidence interval includes zero.  Neither should
23  we conclude that two studies conflict because one
24  had a statistically significant result and the other
25  did not.

Page 281

1          But that's exactly what you've done today.
2  Do you agree?
3          MR. JAMES:  Just objection to the form.
4      A.  I think what I've done today and in my
5  report is consider several lines of evidence and
6  several criteria, one of which is statistical
7  significance.
8      Q.  But you have testified that you consider a
9  study that's not statistically significant to be
10  negative or indicate no association, correct?
11     A.  I have.
12     Q.  Okay.  Going on to further down in Column 1
13  on the second page:  It is ludicrous to conclude
14  that the statistically nonsignificant results showed
15  no association when the interval estimate included
16  serious risk increases.
17          You would agree that ovarian cancer is a
18  serious risk, wouldn't you?
19          MR. JAMES:  Just objection to the form.
20     A.  I would say ovarian cancer is a serious
21  disease.
22     Q.  Okay.  Don't you think that's what that's
23  referring to as far as serious risk --
24     A.  Not sure.
25     Q.  -- serious risk of a -- or risk of a serious

71 (Pages 278 - 281)

Page 282

1  disease?
2      A.  I'm not sure.
3      Q.  Okay.  And then the table or the diagram
4  "Beware False Conclusions," and it shows two points,
5  one statistically significant and one not, and
6  states:  The observed effect (or point estimate) is
7  the same in both studies, so they are not in
8  conflict, even if one is significant and the other
9  is not.
10         But you would consider those in conflict,
11  wouldn't you?
12         MR. JAMES:  Just objection to form.
13     A.  I don't know if I would consider them in
14  conflict.  I'd be looking at statistical
15  significance as well as other factors.  It depends
16  on context and what we're talking about.
17     Q.  Okay.
18     A.  And I would also note, you know, there is
19  another editorial that talks about statistical
20  significance and other viewpoints that is also in
21  this journal.
22     Q.  And Exhibit 39, Rothman, "Six Persistent
23  Research Misconceptions."
24     (Permuth Exhibit 39 was marked for identification.)
25  BY MS. THOMPSON:

Page 283

1      Q.  Have you seen this paper?
2      A.  I don't recall it offhand.
3      Q.  Published in 2014 by Dr. Rothman, who we've
4  already talked about, and you do know that
5  Dr. Rothman is an expert for the plaintiffs in this
6  litigation?
7      A.  I do.
8      Q.  But this was certainly before he came on
9  board as a plaintiff expert, you would agree, 2014?
10         MR. JAMES:  Just objection; speculation.
11     A.  Could you repeat that?  I'm sorry.
12     Q.  Do you know whether this paper was published
13  before Dr. Rothman became an expert for the
14  plaintiffs?
15     A.  I don't know when he became an expert for
16  the plaintiffs.
17     Q.  So Misconception Number 1:  There is a
18  hierarchy of study designs; randomized trials
19  provide the greatest validity, followed by cohort
20  studies, with case-control studies being least
21  reliable.
22         That's what you've testified and written in
23  your report, correct?
24     A.  It is what I have in my report, correct.
25     Q.  And Dr. Rothman is calling that hierarchy a

Page 284

1  misconception, is he not?
2      A.  It looks like it.
3      Q.  Okay.  And then the next page, in the second
4  paragraph on the first column:  Similarly,
5  discrepancies between cohort studies and
6  case-control studies should not be explained away
7  superficially by a presumed validity advantage for
8  cohort studies over case-control studies.
9         You have done that, haven't you, in your
10  report and your testimony?
11         MR. JAMES:  Just hold on, please.  Just
12  objection to the form there.
13     A.  I do not believe I've superficially
14  explained away anything.  I think recall bias is
15  real and it is one of the limitations of
16  case-control studies.
17     Q.  Okay.  Let's take away superficially and say
18  you do presume there's a validity advantage for
19  cohort studies over case-control studies; is that
20  correct?
21     A.  I do.
22     Q.  Okay.  And Dr. Rothman states that:
23  Epidemiologists today understand case-control
24  studies to be conceptually identical to cohort
25  studies, apart from the efficiency gain that comes

Page 285

1  from sampling the denominators rather than
2  conducting a complete census.
3         You disagree with Dr. Rothman with that
4  statement?
5      A.  I do.  It depends on what he's talking about
6  in the context.  If he's talking about a nested
7  case-control study, there might be some similarity,
8  but he's not calling that out here.
9      Q.  Yeah.  He doesn't specify what case-control
10  study?
11     A.  No.  No.
12     Q.  And the final sentence in that misconception
13  that there's a hierarchy of study designs with
14  cohort being more valid than case-control study, the
15  final sentence says:  The type of study should not
16  be taken as a guide to a study's validity.
17         That's what you've done, though, hasn't it?
18         MR. JAMES:  Just objection to the form
19     there.
20     A.  I have considered study design, as have many
21  others, and, you know, I also in my report cite
22  Dr. Oleckno, who is a well-known epidemiologist as
23  well, who has talked about the hierarchy of evidence
24  with study designs and validity and basically does
25  comment on randomized trials followed by prospective

72 (Pages 282 - 285)

Page 286

1 studies being most valid.
2 Q. Let's go to Misconception 6: Significance
3 testing is useful and important for the
4 interpretation of data.
5     And Dr. Rothman is considering that a
6 misconception. Do you agree?
7     MR. JAMES: I'm sorry. Did you say
8 Number 6?
9     MS. THOMPSON: Misconception 6:
10 Significance testing is useful and important for
11 the interpretation of data.
12 A. I see that. Was there a question?
13 Q. Yes. Do you disagree with Dr. Rothman's
14 misconception that significance testing is useful
15 and important for the interpretation of data?
16     MR. JAMES: Just objection to form.
17 A. I believe it's important and no journal --
18 you will name one, but I will say very few journals
19 that are high profile would allow a paper to be
20 published that doesn't comment on statistical
21 significance.
22 Q. Okay. Let's go in this Misconception
23 Number 6, on the second column, beginning with "It
24 is unfortunate that a confidence interval." He
25 makes the statement: Significance tests are a poor

Page 287

1 classification scheme for study results; strong
2 effects may be incorrectly interpreted as null
3 findings because authors fallaciously interpret lack
4 of statistical significance to imply lack of effect,
5 or weak effects may be incorrectly interpreted as
6 important because they are statistically
7 significant.
8     Do you agree or disagree with that?
9 A. I disagree.
10 Q. And the bottom sentence on that page: Every
11 day there are important, regrettable and avoidable
12 misinterpretations of data that results from the
13 confusing fog of statistical significance testing.
14     Do you agree or disagree with that
15 statement?
16     MR. JAMES: Just objection to form.
17 A. I disagree with that.
18 Q. In the conclusion, five or six lines down:
19 It is easy to declare that a result is not
20 statistically significant, falsely implying that
21 there is no indication of an association, rather
22 than to consider quantitatively the range of
23 associations that the data actually support.
24     Isn't that what you did when you considered
25 the case-control studies in this case?

Page 288

1     MR. JAMES: Objection to the form, please.
2 A. Throughout my report I present all parameter
3 estimates, which do vary throughout study designs.
4 I also report statistical significance. I also
5 comment on other criteria throughout. So I'm
6 looking at the full range of things, not just
7 statistical significance, including biological
8 plausibility, as well as coherence and other
9 factors.
10 Q. But you've already stated that an increased
11 risk ratio that's not statistically significant you
12 consider no association or a negative study,
13 correct?
14 A. I consider it to be no association, correct.
15 Q. This is another paper from Dr. Rothman
16 titled "Causation and Causal Inference in
17 Epidemiology."
18     MS. THOMPSON: This we'll mark as
19 Exhibit 40.
20     (Permuth Exhibit 40 was marked for identification.)
21 BY MS. THOMPSON:
22 Q. Have you seen this paper?
23 A. I don't believe so.
24 Q. Ready? And I missed it. Did you say you
25 had seen this paper?

Page 289

1 A. I don't recall seeing this one.
2 Q. Okay. Under the heading Multicausality: A
3 given disease can be caused by more than one causal
4 mechanism, and every causal mechanism involves the
5 joint action of a multitude of component causes.
6     Do you agree with that statement?
7     MR. JAMES: Just objection to the form.
8 A. For the most part, that can be true, but
9 there are certain situations where there is what we
10 call a sufficient cause of disease, and I believe,
11 if I had time to look at this article, they define
12 that. It's a complete causal mechanism and, you
13 know, an example of that would be like human
14 papillomavirus in cervical cancer, for example.
15 Q. Are there any complete causes that you would
16 consider -- let me start all over.
17     Are there any complete causes of ovarian
18 cancer?
19     MR. JAMES: Objection, I think asked and
20 answered this morning, but I could be wrong.
21 A. So "complete" I mention because that's in
22 the text in the third column on the first page.
23 When I think about causal inference and factors that
24 pose the greatest risk, we talked about hereditary
25 factors earlier today.

73 (Pages 286 - 289)

Page 290

1  Q.  But you would agree even BRCA 1 and 2, not
2  all BRCA 1 and BRCA 2 women develop ovarian cancer,
3  correct?
4  A.  Correct, not all women with BRCA 1 and 2
5  mutations develop ovarian cancer, so there's not
6  what we call 100 percent penetrance.
7  Q.  And you would consider that different from
8  HPV and cervical cancer, correct?
9  MR. JAMES:  Objection to form.
10  A.  It's different in a way.
11  Q.  Because virtually 100 percent of HPV --
12  squamous cervical cancer is caused by HPV, would you
13  agree?
14  A.  I would say -- I don't know if it's 100.  I
15  believe it's pretty darn close to it.  If a woman
16  has cervical cancer, likelihood says that HPV
17  infection of certain oncogenic types were involved.
18  Q.  In the second column in the same section:
19  The importance of multicausality is that most
20  identified causes are neither necessary nor
21  sufficient to produce disease.  Nevertheless, a
22  cause need not be either necessary or sufficient for
23  its removal to result in disease prevention.
24  Would you agree with that statement from
25  Dr. Rothman?

Page 291

1  MR. JAMES:  Just object to form.
2  A.  I think it's context dependent.  It depends
3  on the factor that we're talking about.
4  Q.  What do you think Dr. Rothman is trying to
5  say with that sentence, or do you not have a
6  comment?
7  A.  I'm not sure.  I would want to look at this
8  article in its totality before commenting on that.
9  Q.  And do you agree that in the third column --
10  and I wish we had time to read that whole report out
11  loud, the whole paper out loud, but I'm selecting
12  things that I think are particularly relevant to the
13  case at hand.
14  In the third column:  The reason is that
15  given a specific causal mechanism, any of the
16  component causes can have strong or weak effects.
17  Do you agree with that statement?
18  A.  Again, context dependent.
19  Q.  And do you have any comment on what you
20  think Dr. Rothman is trying to say with that
21  statement?
22  A.  I don't want to speculate.
23  MR. JAMES:  You saved me from my objection.
24  THE WITNESS:  Sorry.
25  Q.  Going over to the next page, under the

Page 292

1  heading "Sum of Attributable Fractions."  I'm
2  looking at the last sentence, first paragraph of
3  second column:  In fact, since diet, smoking,
4  asbestos, and various occupational exposures, along
5  with other factors, interact with one another and
6  with genetic factors to cause cancer, each case of
7  cancer could be attributed repeatedly to many
8  separate component causes.  The sum of disease
9  attributable to various component causes thus has no
10  upper limit.
11  Would you agree with that statement?
12  MR. JAMES:  Just objection to form.
13  A.  I think it's context dependent.  It depends
14  on what type of cancer we're taking about, what kind
15  of factors may be acting together.
16  Q.  Would you agree that a patient, a woman with
17  endometriosis or cancer arising from endometriosis,
18  could also have obesity which presented a risk
19  factor as well?
20  A.  That could be possible.
21  Q.  And a woman with BRCA -- a strong risk, you
22  would agree, correct?
23  A.  Yes.
24  Q.  Could also have obesity, a much smaller,
25  weaker association or risk, agree?

Page 293

1  A.  I'm not following that sentence or that
2  question.
3  Q.  A women can have BRCA -- and you said
4  obesity is causal in your mind or one that can
5  contribute to cause.  A women could have BRCA and
6  obesity could also be contributing to her cause of
7  ovarian cancer, would you agree?
8  A.  If you're asking if there are multiple risk
9  factors that a particular woman could have that
10  could contribute to her disease, yes, that is
11  possible, and as a genetic counselor, that's what
12  I'm always considering.
13  Q.  And multiple causal factors?
14  A.  Yes, multiple factors that can contribute to
15  the cancer.
16  Q.  The development?
17  A.  Yes.
18  Q.  Okay.  We're on the same page then.
19  In the third column:  Many researchers have
20  spent considerable effort in developing hereditary
21  indices which are supposed to measure the fraction
22  of disease that is inherited.  Unfortunately, these
23  indices only assist the relative role of
24  environmental and genetic causes of disease in a
25  particular setting.  For example, some genetic

74 (Pages 290 - 293)

Page 294

1 causes may be necessary components of every causal
2 mechanism.
3        Would you agree with that statement?
4    A.  I would say for the most part, yes, but a
5 lot of it depends on what we're talking about.  I'd
6 have to get into more genetics to explain why I say
7 that.
8    Q.  And in the -- and Dr. Rothman has a
9 discussion of Bradford Hill in this paper, correct?
10   A.  It looks to be the case, yes.
11   Q.  Which we're not going to go into in detail,
12 but under the heading -- the final heading "Criteria
13 to Judge Whether Scientific Evidence is Valid" --
14   A.  I'm looking for that right now.
15   Q.  Last page.
16   A.  Okay.  Yes.  The last page of the article.
17   Q.  It states:  Some of the difficulty can be
18 understood by taking the view that scientific
19 evidence can usually be viewed as a form of
20 measurement.  If an epidemiologic study sets out to
21 assess the relation between exposure to tobacco
22 smoke and lung cancer risk, the results can and
23 should be framed as a measure of causal effect, such
24 as the ratio of the risk of lung cancer among
25 smokers to the risk among nonsmokers.

Page 295

1        Do you agree with that statement?
2        MR. JAMES:  Just objection to form.
3    A.  I'm not sure where he's going with this but
4 there's nothing glaringly wrong with that statement.
5    Q.  I think he's going to the causal effect with
6 an epidemiologic study.
7    A.  Right.
8    Q.  Is that how you interpret that?
9    A.  I'm just not --
10       MR. JAMES:  Just objection; speculation.
11   A.  I'm not seeing any incorporation of
12 commentary about bias or confounding, but again,
13 this is the first time I've seen this article.
14   Q.  And there is a discussion further down:  In
15 addition to statistical error, the measurement error
16 subsumes problems that relate to study design,
17 including subject selection and retention,
18 information acquisition, and uncontrolled
19 confounding and other sources of bias.
20   A.  Right.
21   Q.  Okay.  You're familiar with the Narod
22 article, aren't you?
23   A.  Narod publishes a lot.  Which article are we
24 talking about?
25   Q.  The one that's related to talc and ovarian

Page 296

1 cancer.  Have you seen this?  I believe it's on your
2 reliance.
3    A.  I believe so.
4    Q.  Narod does publish a lot.  In fact, he's one
5 of the most cited epidemiologists in the field,
6 would you agree?
7        MS. THOMPSON:  We'll mark this as
8 Exhibit 41.
9    A.  I agree.
10       (Discussion off the record.)
11   (Permuth Exhibit 41 was marked for identification.)
12 BY MS. THOMPSON:
13   Q.  Okay.  Does this paper look familiar?
14   A.  Yes.
15   Q.  And it starts out by saying -- well, let's
16 go to the top of the second column under
17 the introduction, first page.  Narod states:  The
18 case-control studies to date --
19       This was published in Gynecologic Oncology
20 in 2016.  Agree?
21   A.  Yes, it was.
22   Q.  The case-control studies to date are
23 consistent; given the small effect size it is not
24 surprising that some are positive (i.e., show a
25 significant increase in risk) and some are negative

Page 297

1 (i.e., show a nonsignificant increase in risk or no
2 risk difference).  Some say, based on this data,
3 that there is little or no evidence that talc is
4 associated with ovarian cancer.
5        And you would be included in the "some say,"
6 would you agree?
7        MR. JAMES:  Just object to form.
8    A.  I would agree with that and I would say,
9 again, it's based on statistical significance and
10 other criteria that we've talked about today.
11   Q.  Okay.  And then Narod goes on to say:  This
12 is a conservative opinion based on an uncompromising
13 interpretation of statistics and a demand for proof.
14       Would you agree that that's what you have
15 done?
16       MR. JAMES:  Just objection to form, please.
17   A.  I think that's strong language.  I don't
18 think it's an uncompromising interpretation of
19 statistics.
20   Q.  For the sake of argument, let us suppose
21 that the true risk ratio for ever use of talc and
22 the development of ovarian cancer is 1.2.
23       And that is Dr. Narod's hypothetical, not
24 mine.
25       And he goes on to say that -- talking about

75 (Pages 294 - 297)

Page 298

1 the Nurses' Health Study -- that: There was no
2 overall association with ever-use, 1.09 -- this is
3 Gertig -- but there was a modest and significant
4 increased risk for serous cancer, 1.40. These
5 figures could be dismissed as nonsignificant or as
6 due to chance, but if the real risk in fact was 1.2,
7 this is about what we would expect.
8      Do you disagree with Dr. Narod's analysis?
9    A. I'm just back a few sentences where it's
10 talking about the 20 percent risk beyond the
11 baseline, it would be challenging to convince the
12 community that there is danger. If you could repeat
13 your sentence or your question.
14    Q. Well, let's talk about that. Do you think a
15 .2 risk of ovarian cancer attributable to talc use,
16 do you think it would be difficult to convince the
17 public that that would be a concern?
18      MR. JAMES: Just object to form.
19    A. Based on the lack of scientific evidence and
20 plausibility to support that, yes, I think it would,
21 and that's why it's not a discussion with patients,
22 or it hasn't been historically, to avoid talc.
23    Q. But you're disagreeing with Dr. Narod.
24 Dr. Narod is not saying what you just said, is he?
25      MR. JAMES: Object to form.

Page 299

1    A. I don't know. That's speculative. I'm not
2 quite sure.
3    Q. Okay. Let's just continue reading then.
4    A. Sure.
5    Q. Neither prospective study confirmed the
6 association of talc use and ovarian cancer by the
7 case-control studies, but, either study was powered
8 to detect a risk of 1.2 and therefore we cannot
9 exclude the possibility.
10    A. I'm catching up to where you're at.
11    Q. I'm in the first paragraph -- that first
12 paragraph on the second page.
13    A. Right. And I know Berge has done power
14 calculations and showed adequate power, so I'm
15 trying to see or note what the differences are, but
16 anyway.
17    Q. Well, Berge was a meta-analysis, correct?
18    A. Yes, it is, but they also did power analyses
19 based on the prospective cohort.
20    Q. Dr. Narod is talking about the two
21 individual cohort studies, not a meta-analysis of
22 cohorts, correct?
23    A. It looks like it here.
24    Q. Okay. In order to -- the bottom of that
25 paragraph: In order to achieve statistical

Page 300

1 significance in a prospective study, we need a much
2 larger cohort, e.g., we will need to study upwards
3 of 200,000 women for 10 years.
4      Next paragraph: Given this inherent
5 limitation of cohort studies, it is not surprising
6 that we have not been able to confirm the
7 case-control studies with prospective studies, but
8 this does not mean that the case-control studies
9 were wrong.
10      Do you agree with Dr. Narod's analysis?
11    A. No, I don't, and I think it's impractical
12 and not necessary to have upwards of 200,000 women
13 for 10 years to achieve statistical significance.
14    Q. Further down: In studies where simple
15 exposures that are coded as never/ever use recall
16 bias is unlikely to be an important source of bias.
17      Do you agree with Dr. Narod?
18    A. I'm trying to find where you are at.
19    Q. That same paragraph, towards the bottom.
20    A. The paragraph starting with "Prospective
21 observational studies," or "Given this inherent
22 limitation," which paragraph?
23    Q. It was in the first column, the second full
24 paragraph, towards the bottom: In studies where
25 simple exposures that are coded as never/ever --

Page 301

1      And you will agree the cohort studies were
2 primarily coded as never/ever, correct?
3    A. Case-control as well. Okay. I see where
4 you are now.
5    Q. Recall bias is unlikely to be an important
6 cause of bias.
7    A. I don't agree with that.
8    Q. Okay. At the bottom of that column: It is
9 unlikely that the association between talc and
10 ovarian cancer is due to confounding and so it is
11 fair to say that if there is a statistically robust
12 relationship between talc and ovarian cancer, it is
13 likely to be causal (albeit with intermediate
14 factors such as inflammation).
15      Another mention of inflammation. Do you
16 disagree with Dr. Narod?
17    A. Yes.
18    Q. And: In any case, given the number of
19 hazard ratios reported in the literature between 1.1
20 -- I think that's supposed to be "and" 1.4 in both
21 case-control and cohort studies, it is disingenuous
22 to state that there is no evidence that talc is
23 associated with ovarian cancer.
24      That's your opinion, that there is no
25 evidence that talc is associated with ovarian

76 (Pages 298 - 301)

Page 302

1  cancer, correct?
2      A.  I don't believe it's a true association.
3      Q.  And so you would disagree with Dr. Narod?
4      A.  Yes.
5      Q.  Okay.  And then again, at the top of the
6  next column:  It has been suggested that talc passes
7  through the cervix and endometrium and becomes
8  lodged in the fallopian tube where it induces an
9  inflammatory reaction.
10      We're back to Dr. Cramer's hypothesis,
11  correct?
12      MR. JAMES:  Sorry.  Objection to form.
13      Q.  This is actually citing Ness that we've also
14  talked about.
15      A.  Yes.
16      Q.  And he goes on to say:  This is
17  hypothetical, but is supported by the observation of
18  talc particles within the pelvic organs and fits
19  with the paradigm that most serous ovarian cancers
20  originate in the fallopian tube and that
21  intraepithelial lesions in the fallopian epithelium
22  are the earliest manifestations of an impending
23  ovarian cancer.
24      Do you disagree with Dr. Narod's plausible
25  mechanism discussion?

Page 303

1      MR. JAMES:  Objection to form and that
2  wording.
3      A.  I don't believe there is evidence showing
4  that talc particles in pelvic organs have promoted
5  ovarian cancer, so I don't agree with that.
6      Q.  And in the last paragraph:  In the interest
7  of public health, I believe we should caution women
8  against using genital talcum powder.
9      Dr. Narod, in 2016, you disagree with that,
10  correct?
11      A.  Yes.
12      Q.  And you still, in 2024, would not caution
13  women against using talcum powder; is that correct?
14      A.  Would I caution women?
15      Q.  Yes.
16      A.  I don't believe it's causal, so it's not a
17  conversation I would have.
18      Q.  And would you not caution women against
19  using talcum powder even if you knew that talcum
20  powder obtained asbestos?
21      MR. JAMES:  Just objection to the form and
22  the hypothetical.
23      A.  I mean, with regard to asbestos, we've
24  talked about the fact that I don't believe it
25  contributes to ovarian cancer, but I'm not

Page 304

1  suggesting that asbestos, if it's known, should be
2  thrown around one's body and used because it's a
3  known carcinogen for other cancer types.
4      Q.  Okay.  But not ovarian, so the perineal use
5  would not concern you?
6      MR. JAMES:  No.  Objection to form;
7  mischaracterizes her testimony.
8      Q.  Sorry if I mischaracterized.  Is that what
9  you said?
10      A.  I don't believe talc as a whole causes
11  ovarian cancer.
12      Q.  With or without asbestos?
13      MR. JAMES:  Just objection to the form.
14      A.  And I talked today about the substance as a
15  whole.
16      Q.  Okay.  Have you seen --
17      MS. THOMPSON:  Well, let's mark 42.
18  (Permuth Exhibit 42 was marked for identification.)
19  BY MS. THOMPSON:
20      Q.  Have you seen this paper?
21      A.  I don't recall it at the moment.
22      Q.  This is a paper that discusses the
23  characteristics of carcinogens as a basis for
24  organizing data on mechanisms of carcinogenesis, and
25  that's causing cancer, right?

Page 305

1      MR. JAMES:  Margaret, do you happen to have
2  a copy?
3      MS. THOMPSON:  If I -- no.
4      MR. JAMES:  What's the name of it?
5      MS. THOMPSON:  Smith, Key Characteristics of
6  Carcinogens.
7      MS. O'DELL:  I'll send it to you.
8      MR. JAMES:  Okay.
9  BY MS. THOMPSON:
10      Q.  And they describe:  10 key characteristics
11  can provide a basis for systematically identifying,
12  organizing, and summarizing mechanistic information
13  as part of the carcinogen evaluation process.
14      And it refers to the EPA, National
15  Toxicology Program, IARC and others, and these are
16  the -- without going into a lot of detail -- these
17  are the 10 key characteristics of carcinogens, and
18  the ones that I want to address that we have talked
19  about today:  Is genotoxic.
20      It's your opinion that talc is not
21  genotoxic, correct?
22      A.  That is correct.
23      Q.  It is your opinion that asbestos is
24  genotoxic, correct?
25      MR. JAMES:  Just objection to form.

77 (Pages 302 - 305)

Page 306

1    A.   Yes, it's been observed in certain cancer
2    types.
3    Q.   Another characteristic:  It alters DNA
4    repair or causes genomic instability.
5        And we have seen evidence today of both talc
6    and asbestos altering DNA repair or causing genomic
7    instability, haven't we?
8        MR. JAMES:  Objection; form, and objection;
9    asked and answered and misstates her prior
10   testimony.
11   A.   No, I have not observed any evidence that
12   talc alters DNA repair or causes genomic
13   instability.
14   Q.   You've seen evidence that asbestos does,
15   correct?
16   A.   We saw that reported in the monograph but it
17   wasn't specific to ovarian cancer.
18   Q.   Number 4:  Induces epigenetic alterations.
19       You have seen evidence of that with talc
20   studies regardless of whether you consider them
21   reliable or not, correct?
22       MR. JAMES:  Objection to form.  Objection to
23   form.  Objection; misstates prior testimony.
24   A.   I have not seen evidence supporting talc
25   inducing epigenetic alterations.

Page 307

1    Q.   I believe one of our articles was actually
2    titled epigenetic alterations, correct?
3    A.   Yes.  I don't see evidence supporting that.
4    Q.   You've seen literature, you just don't --
5    A.   I don't believe --
6    Q.   -- accept it?
7    A.   Yes.
8    Q.   Okay.  Induces oxidative stress.
9        We've probably talked about that many times
10   today, correct, from papers?
11   A.   Yeah, and I comment on my opinions and that
12   of other reviewers of articles by the Saed, et al.,
13   team, about flaws in their data and their
14   interpretation and that talc does not induce
15   oxidative stress.
16   Q.   Have we talked about Saed at all today?
17   A.   No.  I'm talking about I'm mentioning it in
18   my report.
19   Q.   I'm asking about the other papers that we've
20   looked at today, and there were many, correct?
21   A.   Yep, and nothing was compelling.
22   Q.   And the same thing with Number 6:  Induces
23   chronic inflammation.
24       We've talked about many studies saying talc
25   can induce chronic inflammation, correct?

Page 308

1        MR. JAMES:  Just objection to form.
2    A.   We've seen review articles that suggest
3    that, but I haven't seen hard evidence of that.
4    Q.   Number 7:  Is immunosuppressive.
5        We've seen evidence of decreased
6    immunosurveillance and immune system dysfunction
7    with talc and asbestos, correct?
8        MR. JAMES:  Same objection to the form, and
9    to the extent you're talking about prior
10   testimony, misstates prior testimony.
11   A.   We cited limitations of articles that talk
12   about immunosuppressant as they relate to
13   macrophages.
14   Q.   Okay.  And then the final one:  Alters cell
15   proliferation, cell death or nutrient supply.
16       We've talked about the increase
17   proliferation as a result of talc, correct?
18   A.   That is purported.
19   Q.   Purported.
20       MR. JAMES:  And I'll get in my word here:
21   Same objections, objection to form, and to the
22   extent it's characterizing prior testimony, it
23   misstates prior testimony.
24   Q.   I'm going to provide you with a flowchart
25   that is from your report.  We'll mark it Exhibit 43.

Page 309

1    (Permuth Exhibit 43 was marked for identification.)
2    BY MS. THOMPSON:
3    Q.   And I don't have an extra copy but let's
4    mark 44 as the table in your report.  So if you can
5    go to Page 149, I have some questions about both of
6    these.
7        Did you create this chart on Page 149,
8    Dr. Permuth?
9    A.   Yes.
10   Q.   Do you have a reference that you relied on
11   in creating this chart?
12   A.   That's a great question.  I created it a
13   while ago and it's likely based on some classic
14   textbooks of epidemiology.
15       MS. O'DELL:  You guys, wait.  Did you intend
16   to mark this separately, Margaret?
17       MS. THOMPSON:  No.  I'm referring her to her
18   report.
19       MR. JAMES:  Dr. Permuth, I think she was
20   asking about your report chart on Page 149.
21       MS. O'DELL:  Hang on.  Let's go off the
22   record for a minute.
23       (Discussion off the record.)
24   BY MS. THOMPSON:
25   Q.   Dr. Permuth, are you clear with my confusing

78 (Pages 306 - 309)

Page 310

1 whatever question --
2     A.  Maybe we could start over.
3     Q.  Let's start all over.
4     A.  I know this is Exhibit 43 and it's a flow
5 diagram.
6     Q.  This is Exhibit 43 which is a flow diagram
7 that you created?
8     A.  Yes.
9     Q.  And we're going to Page 149 of your report
10 for what I would consider a companion chart.  Would
11 you agree?
12     A.  Yes.
13     Q.  And you created both the flowchart and the
14 chart on Page 149?
15     A.  I did.
16     Q.  And you don't have a citation on it and I
17 think my question is do you have a reference for
18 either one of these charts?
19     A.  Got it.  So I filled out this chart with my
20 assessment.  This framework I would say is from
21 classic epidemiologic textbooks, like from Oleckno,
22 Gordis, others.  I don't see a citation here but
23 this is a framework that I used in epidemiology.  As
24 an epidemiologist, these are the things I think
25 about when I'm evaluating statistical associations.

Page 311

1     Q.  Okay.  But you can't identify a scientific
2 article that uses something similar to this chart
3 that you've developed?
4         MR. JAMES:  Objection to the form and
5     misstates the answer.
6         MS. THOMPSON:  Misstates the answer?
7     A.  Yeah.  I just mentioned a couple books of
8 epidemiology where the authors talk about a
9 framework like this.
10     Q.  Okay.
11     A.  And I do cite Oleckno in my report, and
12 Victor Schoenbach I cite in my report.
13     Q.  And if we go through some of these, we
14 talked already about "Could the association be
15 noncausal due to confounding or because the outcome
16 preceded the exposure?"
17         I believe you said -- are you still sticking
18 with the outcome in some of these studies preceded
19 the exposure?
20         MR. JAMES:  Objection to form.
21     Q.  Can we eliminate that one?
22         MR. JAMES:  Objection to form; misstates
23     prior testimony.
24     A.  No, I don't want to eliminate anything.  I
25 believe we're referring to the Huncharek article

Page 312

1 where it talks about after an ovarian cancer
2 diagnosis, some women use talc, so, obviously, talc
3 use did not precede the outcome.
4     Q.  And that's just his speculation, right?  He
5 does not have any evidence of patients in his
6 meta-analysis that that was the case, correct?
7         MR. JAMES:  Objection to form.
8     A.  I don't have the article in front of me to
9 comment on that.
10     Q.  Okay.  "Could the association be spurious
11 due to chance or bias?"
12         That's the first one in your "Factors to
13 Consider When Assessing the Reported Talc Ovarian
14 Cancer Association."
15         Do you think that all of the reported
16 association between talcum powder and ovarian cancer
17 could be due to chance or bias?
18     A.  I think those are really important factors
19 to consider, yes.
20     Q.  And my question is could all of the reported
21 association be due to chance or bias?
22         MR. JAMES:  Objection; asked and answered,
23     form.
24     A.  Chance, bias, part of bias is measurement
25 error, these are all things I talk about in my

Page 313

1 report.
2     Q.  Okay.  I'm going to ask my question again.
3 Could the association -- start all over.
4         Could chance and bias -- I'm looking at your
5 chart.  I'm not making this up.
6         Could all of the association seen and
7 reported with talcum powder be due to chance and
8 bias?
9         MR. JAMES:  Objection; form.  Objection;
10     asked and answered.
11     A.  If we look at the table, I talk about
12 spurious associations due to chance and bias.  I
13 also talk about or refer to noncausal associations
14 due to confounding.  So that's another factor.
15     Q.  Do you think that all of the associations
16 seen could be due to confounding?
17     A.  I think that's a main factor, just like I
18 think chance and bias are.
19     Q.  And you know that the majority of the
20 studies generally accounted for any known or
21 suspected confounders, right?
22         MR. JAMES:  Objection; form, and objection;
23     assumes facts not in evidence.
24     A.  Again, it depends on the study.  Studies
25 adjusted for various confounders.  Some were more

79 (Pages 310 - 313)

Page 314

1  comprehensive than others but it wasn't harmonized
2  across all these studies.
3      Q.  What confounders are you thinking of that
4  could cause the association between talc and ovarian
5  cancer to be noncausal?
6      MR. JAMES:  Objection to the phrase of the
7  association and form.  Are you asking across all
8  studies?
9      MS. THOMPSON:  I'm reading her chart.  I'm
10  reading off her chart.  "Could the
11  association..."  It's her chart.
12      MR. JAMES:  It's not the association.
13  You're assuming there is a talc association.
14      MS. THOMPSON:  I'm reading off her chart and
15  the title of the chart is "Factors to Consider
16  When Assessing the Reported Talc Ovarian Cancer
17  Association."  I'm reading directly from her
18  chart that says "Could the association be
19  noncausal due to confounding," and you can object
20  to the form but I'm reading it from her report.
21  BY MS. THOMPSON:
22      Q.  Could the association, in your opinion, be
23  noncausal completely to confounding?
24      MR. JAMES:  Okay.  Objection; asked and
25  answered.

Page 315

1      A.  I've talked about the fact that confounding
2  is likely a big contributor to reported
3  associations, as per this table, also chance and
4  bias.
5      Q.  Okay.  We're on confounding now.  What
6  confounders are you thinking of?
7      A.  Many that are measured and some that are
8  unmeasured or unknown, and I talk about this in the
9  report, but if you want me to rattle some off, I
10  can.
11      Q.  I want you to rattle off the ones that you
12  think might be unknown.
13      MR. JAMES:  Objection to form.
14      A.  I think in -- I think there is so much yet
15  to be known in the cancer arena that is
16  environmental in nature, but in terms of what is
17  known that a lot of studies don't account for are
18  genetic and familial factors, demographic factors,
19  socioeconomic factors, conditions.
20      Q.  And we'll skip "Did the exposure precede the
21  outcome," which you have "usually."
22      "Is the association strong?"
23      And your opinion is the association is not
24  strong with talc, correct?
25      A.  Correct.

Page 316

1      Q.  And in your blue flowchart you have
2  parenthesis under "Is the magnitude of association
3  strong?"  Odds ratio or relative risk greater than
4  or equal to 3.
5      Is that what you would consider a strong
6  association?
7      A.  For this estimate I believe, you know, I'm
8  referring to a lot of literature that I've been
9  taught, and strong is typically an odds ratio or
10  relative risk over 3, so that's considered a higher
11  magnitude of association.
12      Q.  And you think that's generally accepted by
13  the epidemiologic --
14      A.  I would say that's widely accepted.
15      Q.  What's your source for that?
16      A.  Some of the books that I've already referred
17  to by Oleckno and colleagues and Vic Schoenbach,
18  which I've cited.
19      Q.  And you believe those say that --
20      A.  Yeah, and I believe if I -- if I, you know,
21  looked in my report, I would also have citations
22  too.
23      So it looks like I'm citing several things.
24  I'm looking those up.
25      Q.  Dr. Permuth, let's go to -- let's go to the

Page 317

1  portion of your report where you deal with the
2  individual plaintiffs in this report.  I believe it
3  begins on Page 144.
4      A.  Sure.  And if I just may add, I was
5  referring to and cited some texts that -- by
6  Schoenbach and others where I talk about magnitudes
7  of association on Page 119, so it wasn't coming out
8  of nowhere.
9      Okay.  Case specific.
10      MR. JAMES:  Did you say 144, Margaret?
11      MS. THOMPSON:  144.
12      A.  Okay.
13      Q.  Okay.  Let's go ahead and start with
14  Ms. Bondurant, which is the one that you are
15  discussing first, and you say, with the SDHA
16  mutation that was detected in her germline and the
17  details of her family history, you believe the
18  possibility remains that SDHA could be linked to
19  ovarian cancer.
20      Is that what you stated?
21      A.  It is.
22      Q.  Do you have any evidence of that?
23      A.  Yes.  So in my report I cite how SDHA
24  mutations have actually been reported in a woman
25  with clear cell ovarian cancer and endometriosis,

80 (Pages 314 - 317)

Page 318

1 which are similar to Ms. Bondurant. This, you know,
2 this gene has definitely been implicated in ovarian
3 tumorigenesis, so there is plausibility for how this
4 mutation could contribute to the disease.
5    Q.   Where did you see a history of endometriosis
6 in Ms. Bondurant?
7    A.   I believe I saw it several places. I looked
8 through a lot of her records in terms of her medical
9 records. I don't remember which one per se but
10 endometriosis was mentioned several times.
11    Q.   In her medical records?
12    A.   Yes. It might have been pathology.
13    Q.   Has endometriosis ever been confirmed in
14 Ms. Bondurant with pathology or visualization?
15    A.   I'm trying to remember. There were a lot of
16 records that I've looked through between -- you
17 know, I'd have to have them in front of me.
18    Q.   Okay.
19    A.   But I know it was clearly stated in several
20 places.
21    Q.   Can you testify to a reasonable degree of
22 medical certainty that the SDHA mutation contributed
23 to her ovarian cancer?
24    A.   I believe it may have. I also believe that
25 there could be a mutation in another gene that's yet

Page 319

1 to be identified. She has a significant family
2 history of multiple types of cancers that are
3 associated with the hereditary breast/ovarian cancer
4 syndrome, so that should not be discounted.
5    Q.   Well, that wasn't my question, so I'll move
6 to strike that.
7       My question is can you testify to a
8 reasonable degree of medical certainty that the SDHA
9 mutation is a cause of her ovarian cancer?
10    A.   It has a strong likelihood of
11 contributing -- having had contributed to her
12 diagnosis.
13    Q.   So to a reasonable degree of medical
14 certainty, it's a cause of her ovarian cancer?
15    A.   I don't know that it's the cause. I feel
16 that there is a decent degree of medical certainty
17 that it could have contributed to her diagnosis.
18 She also has a significant family history that could
19 have contributed to her diagnosis.
20    Q.   You understand why I need to have clarity on
21 this opinion, correct? Because when you say it may
22 have contributed, then I say it may not have as
23 well, and for us to know what your opinion is going
24 to be in trial, can you testify to a reasonable
25 degree of medical history -- and I did not say the

Page 320

1 cause. Can you testify to a reasonable degree of
2 medical certainty that the SDHA mutation was a cause
3 of her ovarian cancer?
4    A.   Looking at her history and the fact that
5 it's a pathogenic mutation, I do believe, with a
6 certain degree of medical certainty, that this could
7 have played a role in her diagnosis. That --
8    Q.   Could or did?
9    A.   May have.
10    Q.   And may not have?
11    A.   I can tell you one thing with a lot of
12 certainty. The genetic makeup and familial
13 predisposition, and her endometriosis, are all risk
14 factors that far supersede any inconclusive data
15 related to talc playing a role in her ovarian
16 cancer.
17    Q.   So this SDHA mutation, you would say that
18 there is more data as far as that being a causative
19 factor for ovarian cancer than there is for talc?
20    A.   I'm saying that the evidence that a germline
21 mutation in that gene or, as I say in my last
22 statement on Ms. Bondurant, a yet-to-be-identified
23 mutation causing hereditary breast and ovarian
24 cancer, HBOC, the possibility remains that those
25 items could have attributed -- been contributing to

Page 321

1 her disease.
2    Q.   Can you say to a reasonable degree of
3 medical certainty that an unknown genetic mutation
4 is a cause of her ovarian cancer?
5    A.   I think the likelihood that a familial or
6 hereditary predisposition played a really important
7 role in her cancer.
8    Q.   More likely than not is a cause?
9    A.   Yes.
10    Q.   And that goes for the SDHA mutation,
11 correct?
12    A.   Yes, I'm concerned about that mutation.
13    Q.   And that goes for an unknown genetic
14 mutation, correct?
15    A.   That's a possibility and that's why that's
16 in my --
17    Q.   I'm asking these questions for a reasonable
18 degree of medical certainty and I understand that
19 you want to use other words but I need to have what
20 you're going to testify to in trial. Understood?
21       Can you say to a reasonable degree of
22 medical certainty that an unknown genetic mutation
23 is a cause of Ms. Bondurant's ovarian cancer?
24       MR. JAMES: Objection to the form, and asked
25    and answered.

81 (Pages 318 - 321)

Page 322

1    A.    I guess all I can do is restate the last
2  sentence of my paragraph on Ms. Bondurant:  The
3  possibility remains that her ovarian cancer is
4  linked to her SDHA germline mutation, her history of
5  endometriosis, and/or a yet-to-be-identified
6  mutation causing hereditary breast and ovarian
7  cancer.
8    Q.    So your opinion is it's a possibility?
9    A.    Yes.
10   Q.    Okay.  And you agree that Ms. Bondurant had
11  genetic testing performed, correct?
12   A.    She did.
13   Q.    And I'll hand you her -- what are your
14  criteria for HBOC as far as family history?  Let's
15  start with that.
16   A.    In terms of what might be present?  So,
17  obviously, if a woman herself has a diagnosis of
18  ovarian cancer, that's concerning, and then if there
19  is a family history of ovarian cancer or breast
20  cancer, particularly at a young age, pancreatic
21  cancer can be in these families, colon cancer has
22  been reported.
23         So in her family history, there is a
24  maternal aunt with ovarian cancer, another one with
25  breast cancer, a maternal uncle with pancreatic

Page 323

1  cancer, an uncle with colon cancer, a mother with an
2  ovarian tumor.  We don't have the pathology on that.
3  It's reportedly benign.  There is a lot of family
4  history of cancer in this family.
5    Q.    And your increased risk of cancer is based
6  on multiple cancers in the family.  You will agree
7  there is not a first-degree relative with a high
8  risk cancer, correct?
9    A.    I don't know for sure what her mom had.  It
10  says a benign ovarian tumor.  We don't have more
11  data on that, but there are second-degree relatives
12  and we talked about that earlier today, in terms of
13  maternal aunts, one with breast, one with ovarian
14  cancer.
15         MS. THOMPSON:  We'll mark Exhibit 44.
16         THE WITNESS:  Thank you.
17    (Permuth Exhibit 44 was marked for identification.)
18  BY MS. THOMPSON:
19   Q.    This is the pathology report for
20  Ms. Bondurant.  Is there any indication of
21  endometriosis on her pathology report?
22   A.    I didn't see it on Page 1.  It may not be in
23  the pathology report.  I may have seen it in
24  clinical notes or on the plaintiff profile form.
25  There are, again, many plaintiffs.  I looked at a

Page 324

1  lot of records.
2    Q.    And I'm just asking about the pathology
3  report that I handed to you.
4    A.    I know.  No, I don't see it on here but this
5  is just one record in a slew of many.
6    Q.    It's her only pathology report, you would
7  agree?
8    A.    For this case?
9    Q.    For Ms. Bondurant.
10   A.    I'm just trying to remember.  Yeah, but I --
11   Q.    Is there a source for you -- that you use
12  for your definition of HBOC?
13   A.    You know, these days the National
14  Comprehensive Cancer Network, or NCCN, is one of the
15  main sources.  There is other -- I don't know.
16  There's other entities as well.
17   Q.    And can you give me your definition?
18   A.    Of hereditary breast and ovarian cancer?  I
19  believe I commented and it's in my report that we
20  would be talking about related cancers, ovarian,
21  breast, other cancer types, such as pancreatic, in a
22  family where we see generations of individuals
23  typically affected with a certain cancer type.
24  Sometimes we see multiple cancer types in one
25  individual, sometimes we see a bilateral nature of

Page 325

1  the cancer in the family, sometimes we see earlier
2  onset in the family.
3    Q.    Do you agree that most of familial or HBOC
4  is due to a genetic mutation?
5    A.    Most of familial HBOC is due to a mutation?
6  A significant proportion is.
7    Q.    Let's talk about the next plaintiff that you
8  discuss, and that would be Ms. Converse, and
9  Ms. Converse is an Ashkenazi Jew, correct?
10   A.    Yes.
11   Q.    But she had a full panel of genetic testing,
12  do you agree?
13   A.    She did.  She had testing for the
14  foundation -- or the founder mutations in the
15  Ashkenazi Jewish population, and she had
16  comprehensive BRCA analysis and then additional
17  testing at Yale.
18   Q.    And that testing was negative, correct?
19   A.    Initial testing with Myriad Genetics was
20  negative, and she had testing at Yale which did show
21  variants of unknown significance in two genes.
22   Q.    Do you have any evidence that the VUS in ATM
23  and TGFBR2 are related to ovarian cancer, pathogenic
24  for ovarian cancer?
25   A.    It's unclear, as I said in my report, but

82 (Pages 322 - 325)

Page 326

1 certainly variants in these genes have been seen in
2 families with ovarian cancer, particularly of the
3 clear cell type like she had, as well as breast
4 cancer.
5    Q.  And what's your reference for that?
6    A.  I believe I had a citation in here that I'm
7 not seeing right now, so I would have to look into
8 that.
9    Q.  Yeah, I did not see a citation.
10   A.  Yeah, I don't know if it was accidentally
11 deleted.
12   Q.  Does ClinVar consider either of those a
13 deleterious VUS?
14   A.  Not at this point.  Science evolves.
15   Q.  And do you plan to testify to a reasonable
16 degree of medical certainty that Ms. Converse has
17 HBOC?
18   A.  Her family history is concerning for HBOC
19 given that her mom had early onset breast cancer and
20 that there is pancreatic cancer in her family and
21 they are Ashkenazi Jewish, and testing has evolved
22 since she had testing at Yale.
23   Q.  Do you agree that the majority of Ashkenazi
24 Jewish women, the hereditary predisposition is
25 explained by BRCA 1 and BRCA 2 mutations?

Page 327

1    A.  To date, yes, but now we're offering
2 multigene panel testing and I think we're going to
3 find in the future other mutations in other genes
4 are also important in that population.
5    Q.  Do you plan to testify that any of these
6 plaintiffs had a mosaicism that could contribute to
7 or cause their ovarian cancer?
8    A.  I haven't seen any data to suggest that at
9 this point.
10   Q.  Is there any reason that a patient with a
11 deleterious mutation could not have other
12 contributing causative factors in their ovarian
13 cancer development?
14   A.  They may have factors in addition to the
15 mutation, germline mutation.
16   Q.  And I believe as we talked before, there may
17 be factors that are weaker than the genetic
18 mutation?
19   A.  Yes.
20   Q.  There might be a factor that's stronger than
21 a genetic mutation that's not known to be a
22 high-penetrant gene mutation, correct?
23   A.  Potentially, although I don't know of one
24 offhand.
25   Q.  Okay.  And you say that her significant

Page 328

1 personal history of ovarian cancer and family
2 history would suggest that this is a high-risk
3 family that should adhere to the management
4 recommendations of HBOC families.
5       What are those recommendations currently?
6    A.  Close surveillance with breast imaging, and
7 depending on the age of the woman, if childbearing
8 is complete and that's an option, sometimes
9 prophylactic or preventative removal of the ovaries
10 is recommended.  So those are all part of
11 discussions with a medical team that would be had.
12   Q.  Would it also be recommended that she have a
13 salpingectomy if in that age group?
14   A.  Potentially that's an appealing option for
15 some women.
16   Q.  Let's move on to Ms. Judkins.
17   A.  I would just say, too, my recommendation
18 does align with the genetics team at Yale.
19   Q.  And Ms. Judkins was diagnosed with high
20 grade serous ovarian cancer at age 60, not
21 particularly young for ovarian cancer.  You would
22 agree?
23   A.  Right now I'm blanking on the median age.
24   Q.  I think it's 63.  Would that sound right?
25   A.  So a little younger than that.

Page 329

1    Q.  So a little younger but in the range --
2    A.  Yes.
3    Q.  -- that is not considered two standard
4 deviations earlier or later.
5       And her only family history is breast cancer
6 in a paternal great aunt at unknown age.
7       Do you agree?
8    A.  I go on to say -- oh, yeah, there was one
9 who may have been diagnosed in her sixties and then
10 maybe another paternal aunt who was deceased from
11 breast cancer, so it seems like two paternal aunts.
12   Q.  But you would not consider that family
13 history suggestive of HBOC, would you?
14   A.  Earlier onset is more suggestive, but the
15 fact that there is two paternal aunts I'd be looking
16 at closely.  There's also a grandmother with
17 pancreatic cancer and then there are other cancer
18 types in the family, including bladder and kidney
19 cancer.
20   Q.  Let's see.  Do you consider that family
21 history -- do you consider that family history
22 indicative of an HBOC situation?
23   A.  It could be but there's also a PTEN variant
24 that's been identified in the family.
25   Q.  Yeah, we're going to talk about the PTEN

83 (Pages 326 - 329)

Page 330

1 variant in a minute.
2      Is it your opinion that the PTEN variant is,
3 to a reasonable degree of medical certainty, a
4 contributing cause of her ovarian cancer?
5   A.  It may have been.
6   Q.  To a reasonable degree of medical certainty
7 is it a contributing cause?
8   A.  As I said, it may have been.  It's a
9 possibility.
10   Q.  Possibility?
11   A.  Especially when thinking about the location
12 of the variant within the gene.  It's in a really
13 important part of the gene called a promoter.
14   Q.  So it may have been, it may not have been?
15   A.  I wish we knew things for certainty and I
16 had a crystal ball to tell you, but I don't, but I
17 do believe in science and the science is concerning.
18   Q.  And you do agree that Ms. Judkins does not
19 have any evidence of Cowden syndrome, correct?
20   A.  You know, it's hard to say.  Herself, I
21 don't have records of any skin findings or other
22 characteristics, but there are certain things in her
23 family that also point to Cowden syndrome or having
24 a germline PTEN mutation.
25   Q.  But not from Ms. Judkins herself, correct?

Page 331

1   A.  Well, I don't know that I'd quite say that
2 because there have been reports of ovarian cancer in
3 Cowden families.  Not every individual with Cowden
4 syndrome has the skin findings or other conditions
5 that are characteristics of these families, so there
6 is not complete penetrance, but breast cancer is
7 certainly one of the things that we see in Cowden
8 families and we do see that in several of her
9 relatives.
10   Q.  But Cowden syndrome is a specific
11 syndrome --
12   A.  It is.
13   Q.  -- representing the gene mutation, and there
14 are certain criteria for diagnosis of Cowden
15 syndrome in an individual, correct?
16   A.  There is certain clinical characteristics
17 and then that combined with genotype or genetic data
18 can help, but certainly some family members may not
19 express all of those things.
20   Q.  Agree we don't know about all the family
21 members.
22   A.  And herself, we don't know all the complete
23 data.
24   Q.  What are the criteria to diagnose Cowden
25 syndrome clinically?

Page 332

1   A.  Clinically, there are certain cancer types
2 that we see in the family, breast, thyroid, certain
3 colon conditions, the kidney could be affected,
4 there are certain skin tags, there are certain types
5 of polyps that are hamartomatous in nature.  So
6 that's very specific.
7      Again, I don't have all the records in the
8 world about her or her family but what we do have is
9 the genetic data, genetic data from her germline and
10 then we do have some interesting data from her tumor
11 testing at Myriad Genetics as well.
12   Q.  And what on her tumor testing
13 is interesting?
14   A.  Her tumor testing from Myriad Genetics
15 showed genomic instability associated with
16 homologous recombination deficiency, and this is
17 something that we see in BRCA families, as well as
18 it's looking like in some PTEN families.  So this
19 shows us that she would be in the same class of
20 individuals that may respond to certain types of
21 treatments.  So it's molecularly something is going
22 on that may be attributed to the underlying
23 homologous or combination deficiency and a PTEN
24 variant that may be concerning.
25   Q.  And like the two previous plaintiffs that

Page 333

1 we've discussed, there is no reason to believe that
2 if Ms. Judkins did have an HBOC, that she could not
3 have other contributing causes; is that correct?
4   A.  I think as we've talked about, a woman can
5 have a genetic predisposition and also have other
6 risk factors.
7   Q.  In fact, they have to have another risk
8 factor or a spurious cause for the development of
9 ovarian cancer even with a genetic mutation?
10      MR. JAMES:  Just objection to the form
11   there.
12   A.  If I could just go back to basics of epi of
13 ovarian cancer, one of the biggest risk factors is
14 age and being a woman, so, yes, there are other
15 factors.  I don't know about the spurious wording
16 that you threw in there, but yes, a woman can have a
17 genetic predisposition and have other risk factors
18 for the disease that contribute to her ovarian
19 cancer.
20      MR. JAMES:  I think you meant sporadic.
21      MS. THOMPSON:  Well, other experts say
22 spurious and I don't like it either.
23      MR. JAMES:  Very good.
24   Q.  Age or unknown causes as well?
25   A.  Yeah, yet to be identified.

84 (Pages 330 - 333)

Page 334

1    Q.  To be identified.  Okay.  And just to be
2  clear, you're not opining that Ms. Judkins has
3  Cowden syndrome, are you?
4    A.  I'd want to know more about the
5  pathogenicity of the mutation and, you know, truly
6  an evaluation by a geneticist would be helpful to
7  evaluate that.
8    Q.  And I don't believe I asked you, if I did, I
9  apologize and hopefully you don't mind answering it
10  again:  Is the PTEN variant a possible cause of her
11  ovarian cancer, in your opinion?
12    A.  Yes, I believe it is a possibility that
13  contributed to her cancer.
14    Q.  Can you answer the question to a reasonable
15  degree of medical certainty is the PTEN variant a
16  contributing cause of her ovarian cancer?
17    A.  I believe it may have contributed just like
18  her family history that we've talked about, and this
19  is a high risk family.
20    Q.  Okay.  So possible is still your best --
21    A.  Yes.
22    Q.  -- best description there, and that's fine.
23  I do not want to put words in your mouth.
24      And then next plaintiff is Ms. Newsome, and
25  we both have to be careful about calling plaintiffs

Page 335

1  patients, I would assume.
2      Ms. Newsome, endometrioid adenocarcinoma,
3  diagnosed as page 53, and she had germline testing.
4  She had a variant of -- a VUS in the MUTYH, correct?
5    A.  Yes.
6    Q.  And that was a monoallelic mutation,
7  correct?
8    A.  Yes.
9    Q.  Is there any literature that associates a
10  monoallelic MUTYH gene mutation, the VUS, with
11  ovarian cancer?
12    A.  So mostly what I've seen is with regard to
13  biallelic mutations, but some studies or I would say
14  one key study that I do cite earlier in my report
15  talks about monoallelic mutations and then having
16  what we call a second hit in the tumor as
17  contributing to ovarian cancer specifically.  This
18  plaintiff, I don't believe, had tumor testing but
19  there is plausibility that an individual with a
20  monoallelic mutation could develop ovarian cancer.
21    Q.  From a second hit --
22    A.  Possibly.
23    Q.  -- in the same area, you said?
24    A.  Yes, and that's Hutchcraft, et al., where --
25  that I'm talking about at Citation 78, where a

Page 336

1  monoallelic germline mutation combined with a
2  somatic MUTYH mutation may also contribute to
3  ovarian cancer development and therapeutic response.
4      And I do recall finding a study which
5  basically showed these monoallelic mutations in this
6  gene have been reported in women with ovarian and
7  breast cancer, so I did find a report of that and
8  that's Citation 79.
9    Q.  And same question with the VUS in the MUTYH:
10  Can you testify to a reasonable degree of medical
11  certainty that monoallelic gene mutation is a
12  cause of her ovarian cancer?
13    A.  It may have been contributed.  It's a
14  possibility --
15    Q.  A possibility?
16    A.  -- that we can't discount and that's what I
17  say in my last sentence.  It's also noteworthy, as I
18  put in the text, that she does have a family history
19  of renal cell carcinoma, which has been seen in
20  MUTYH mutation carriers.  Additionally, she has a
21  distant relative who has been diagnosed with ovarian
22  cancer as well.
23    Q.  Okay.  So in Ms. Newsome's family history,
24  you discuss a maternal grandmother that had been
25  diagnosed with ovarian cancer but lived to 106

Page 337

1  years.  Has -- is that documented anywhere in her
2  records or any information that you've seen on
3  Ms. Newsome?
4    A.  I'm not recalling at the moment where I read
5  that but either in her medical records or in her
6  depo.  I'm not recalling correctly at the moment but
7  I do recall seeing that.
8    Q.  Do you recall Ms. Newsome testifying that
9  she had some type of gyn cancer in her deposition?
10    A.  She herself as in the plaintiff --
11    Q.  No, the maternal --
12    A.  -- or this relative?
13    Q.  The maternal grandmother -- the maternal
14  great aunt.  Sorry?
15    A.  I remember seeing ovarian cancer in this
16  relative somewhere in the records.
17    Q.  And so your last --
18    A.  It looks like it was in the deposition
19  transcript.  It's right in front of my face, Page
20  124 through 125.
21    Q.  And then your conclusion with Ms. Newsome:
22  Taken together, the possibility remains that there
23  is a familial or inherited susceptibility to the
24  cancers...
25      Are you -- you're referring to her ovarian

85 (Pages 334 - 337)

Page 338

1 cancer. Is there evidence that Ms. Newsome had
2 other cancers?
3     A. Not herself but there is a family history
4 also of renal cell carcinoma, and that's been seen
5 in MUTYH carriers. It's also been seen in families
6 with Von Hippel-Landau who have mutations in the VHL
7 gene. That gene was not evaluated as part of the
8 panel she had testing for.
9     Q. The cancers plural is referring to the
10 family members?
11     A. Absolutely.
12     Q. Not Ms. Newsome?
13     A. Yes. Yes.
14     Q. I just wanted to make sure that was clear.
15     A. Correct.
16     Q. And you're not suggesting that Ms. Newsome
17 has Von Hippel-Lindau syndrome, are you?
18     A. It's a possibility based on the family
19 history but I'm not sitting here today saying that
20 she has that.
21     Q. Okay. And similar to Cowden, that is a
22 genetic syndrome with specific phenotypical
23 manifestations, correct?
24     A. Exactly. That would be in the differential
25 diagnosis and I am trying to be comprehensive as I

Page 339

1 would as a clinician in assessing their personal and
2 family history.
3     Q. And there's nothing in Ms. Newsome's records
4 regarding the possibility of a genetic syndrome,
5 correct, including Von --
6     A. Von Hippel-Lindau.
7     Q. -- Hippel-Lindau syndrome?
8     MR. JAMES: Just objection to form there.
9     A. I don't recall at the moment what the
10 genetic counselors may or may not have said about
11 her and that possibility, so I just don't recall at
12 the moment.
13     Q. She has not been diagnosed with that
14 syndrome?
15     A. Oh, not that I know of, correct.
16     MS. THOMPSON: Okay. Let's take a quick
17 break, please.
18     (Recess from 6:23 p.m. until 6:40 p.m.)
19 BY MS. THOMPSON:
20     Q. Dr. Permuth, I'm going to ask you a little
21 bit about asbestos studies that you have reviewed.
22 You reviewed Camargo, correct?
23     A. Yes.
24     Q. Published shortly after that IARC review,
25 correct?

Page 340

1     A. Right.
2     MS. THOMPSON: We'll go ahead and mark this
3 as Exhibit 45.
4     (Permuth Exhibit 45 was marked for identification.)
5 BY MS. THOMPSON:
6     Q. The conclusion of Camargo was that the
7 evidence supported IARC's 2012 conclusion; is that
8 correct?
9     A. That's their conclusion, yes.
10     Q. And stated in the second paragraph of the
11 first page: The association between ovarian cancer
12 risk and asbestos exposure was addressed by the
13 monograph's Working Group that was convened in March
14 2009 by IARC. After considering the potential role
15 of chance, confounding and other forms of bias, the
16 Working Group concluded that the evidence is
17 sufficient for a causal association between
18 occupational exposure to asbestos and ovarian
19 cancer.
20     Correct?
21     A. That's what it says.
22     Q. And in terms of mechanism, if we turn to the
23 last page, first column: Pathophysiologic
24 mechanisms by which asbestos may confer
25 susceptibility to ovarian cancer have been proposed.

Page 341

1 They relate mainly to the hypothesis that the
2 persistent presence of asbestos fibers in ovarian
3 cancer cause chronic inflammation. This hypothesis
4 is supported by reports of asbestos fibers in the
5 ovaries of woman occupationally and
6 nonoccupationally exposed to asbestos.
7     And that is proposed by these authors as a
8 hypothesis but a possible mechanism, correct?
9     A. Yes, I see that hypothesis is mentioned.
10     Q. And: Retrograde movement of particles
11 through the reproductive tract to the ovaries has
12 been suggested, with two cites.
13     And we've discussed that at length today,
14 correct?
15     A. Yeah, and I do see they admittedly say: The
16 mechanism of transportation of asbestos fibers to
17 the ovary is not clearly understood.
18     Q. And: The mechanism is supported by the
19 findings of in vivo studies in animal models
20 demonstrating changes in the ovaries of guinea pigs
21 and rabbits after perineal injection of asbestos
22 fibers, with a citation.
23     And: In addition, perineal exposure to
24 talc, which may in the past have contained asbestos
25 or talc fibers, has also been associated in a number

86 (Pages 338 - 341)

Page 342

1  of studies with an increased risk of ovarian cancer.
2      I think we've already established that you
3  do not believe talc or asbestos cause ovarian
4  cancer; is that right?
5      A.  Correct.
6      Q.  But the Camargo authors at least give a
7  possible mechanism, would you agree?
8          MR. JAMES:  Just object to form.
9      A.  They provide a purported hypothesis for a
10  mechanism.
11      Q.  And we discussed earlier that the Reid 2009
12  paper did examine the potential for
13  misclassification and reported none of the cancer
14  specimens that he looked at had been misclassified
15  in their study.  Do you recall that discussion
16  earlier?
17      A.  I do recall you bringing that up.
18          MR. JAMES:  Did you say Reid '09?
19          MS. THOMPSON:  Reid '09.
20      A.  I said I do recall you bringing that up.
21      Q.  Okay.  I'm sorry.  I thought you were
22  still --
23      A.  That's okay.
24      Q.  -- had not finished.
25          And then the conclusion:  Based on our

Page 343

1  sensitivity analysis, it appears unlikely that our
2  results can be fully explained by misclassification
3  of ovarian cancer and perineal mesothelioma or other
4  sources of bias and confounding.
5      A.  I don't have that article in front of me.
6      Q.  This is from Camargo.
7      A.  Oh, I thought we were just talking about
8  Reid.
9      Q.  No.  We were talking about Camargo.
10      A.  Okay.
11      Q.  And these authors' conclusion.
12      A.  Which is different from the conclusion from
13  Reid, et al., who do not support IARC's statement.
14      Q.  And Reid based that lack of support on the
15  misclassification, is that what you recall?
16      A.  That's part of the answer, yeah.
17      Q.  Okay.  You did review the Slomovitz review
18  article, correct?
19      A.  Yes.
20          MS. THOMPSON:  I'll mark that 46.
21      (Permuth Exhibit 46 was marked for identification.)
22  BY MS. THOMPSON:
23      Q.  Do you know that the authors of this paper
24  are J&J consultants?
25          MR. JAMES:  Objection to form and assumes

Page 344

1  facts not in evidence.
2      A.  I don't recall that.
3      Q.  And in the summary they discuss the Working
4  Group's conclusion and state below it:  The fact
5  that asbestos causes certain cancers is undisputed,
6  even if the pathogenesis requires further
7  elucidation.  Some of the clearest evidence of
8  increased risk due to asbestos exposure has been in
9  organs with direct exposure to asbestos dust, such
10  as pleural malignant mesothelioma and laryngeal
11  cancer.
12          You agree that asbestos exposure has also
13  been associated with peritoneal mesothelioma,
14  correct?
15      A.  Yes, I'm aware of those studies.
16      Q.  And the misclassification issue that's being
17  discussed is peritoneal mesotheliomas being
18  diagnosed as ovarian cancers, right?
19      A.  Yes.
20      Q.  And the reverse, ovarian cancers being
21  misdiagnosed as peritoneal mesotheliomas, right?
22      A.  I guess it could go both ways.
23      Q.  And in fact, Slomovitz, on the last page,
24  next to last paragraph says:  Given the quality of
25  the evidence, the counterargument could be made -

Page 345

1  namely, that the incidence of the rates of ovarian
2  cancer is actually much higher, and that the
3  peritoneal malignant mesothelioma cases are actually
4  misdiagnosed ovarian cancers.
5          So Slomovitz would agree with the statement
6  I have just made, correct?
7          MR. JAMES:  Just object to form.
8      A.  It seems so.
9      Q.  And what Slomovitz seems to be -- his major
10  criticism of the IARC Working Group is the
11  conclusion that there is a clear causal association
12  between ovarian cancer and heavy occupational
13  exposure to asbestos, correct?
14      A.  Correct.
15      Q.  Is there any mention in the IARC 2012
16  Working Group monograph that they are only
17  considering heavy occupational exposures to
18  asbestos?
19      A.  I don't recall at the moment.  I know
20  earlier we talked about occupational and some
21  environmental exposure.
22      Q.  Do you have any evidence that exposure to
23  the ovaries would be greater with occupational
24  exposure than it would be with perineal talc use?
25          MR. JAMES:  Objection to form.

87 (Pages 342 - 345)

Page 346

1    A.  Could you repeat your question?  I'm not
2  sure I'm understanding.
3    Q.  Yeah, and if you don't know, that's fine,
4  too.  Do you have any evidence that occupational
5  exposure to the ovaries is greater than exposure to
6  the ovaries from perineal talcum powder dusting?
7      MR. JAMES:  Just same objection, please.
8    A.  Yeah, I'm unclear on that.
9    Q.  Okay.  And then Slomovitz, in the last
10  paragraph, goes on to say:  While there is an
11  observed statistical association between asbestos
12  and ovarian cancer, it is weak and inconsistent.
13  Further scientific investigation is needed to
14  clarify the causal association of asbestos and
15  ovarian cancer.
16      Is Slomovitz in any way saying that talcum
17  powder with asbestos is safe?
18      MR. JAMES:  Just objection to the form.
19    A.  I don't believe he's saying that.
20    Q.  There have been some other recent
21  publications on ovarian cancer and its relationship
22  to asbestos.  Did you review the Turati paper?
23    A.  Yes.
24    Q.  And the Turati paper found that the
25  overall -- and the Turati paper was a meta-analysis,

Page 347

1  correct?
2    A.  It's an updated systematic review.
3    Q.  Updated systematic review.  It's a pooled
4  analysis actually, and if you will look at the force
5  plot on Page 4.
6    A.  I don't have the article in front of me.
7    Q.  I can give it to you.  47 is the Turati
8  paper published in 2023.
9    (Permutt Exhibit 47 was marked for identification.)
10  BY MS. THOMPSON:
11    Q.  As we said, it's a pooled analysis of 18
12  publications, and if you look at the force plot on
13  Page 4 --
14    A.  Yes.
15    Q.  Looking at the overall risk ratio, it's 1.79
16  with a confidence interval 1.38 to 2.31, so that's a
17  statistically increased risk, at least found in this
18  meta-analysis, correct?
19    A.  I see that there, but I also noted in my
20  report on Page 50 that higher SMRs were estimated in
21  Europe and Asia while ovarian cancer mortality was
22  actually lower in the United States and Australia,
23  and it was actually showing SMRs less than 1.
24    Q.  Okay.  And again, I'm just talking about
25  what's reported in this paper.  It states that

Page 348

1  asbestos fibers have been found in the ovaries, the
2  next to the last paragraph, correct?
3    A.  What page are we on?
4    Q.  The last page of the paper, the next to the
5  last paragraph.
6    A.  Yes, I see that.
7    Q.  And next to that it states -- these authors
8  state:  Asbestos fibers have been found in the
9  ovaries.  These may derive through the mesothelioma
10  and also possibly by retrograde movement through the
11  reproductive tract.
12      And the authors say:  The latter mechanism
13  being, however, likely negligible for occupational
14  exposure.
15      And you would agree with that statement that
16  it's unlikely for occupational exposure, correct?
17    A.  I guess we'd be talking a different mode of
18  transport.
19    Q.  Is the study of occupational exposure to
20  asbestos relevant to whether asbestos can cause
21  ovarian cancer if it's contained in talc?
22      MR. JAMES:  Objection to form.
23    A.  I considered that data but, again, it's very
24  different than a perineal administration of talc.
25    Q.  Did you look at the Kim study from 2023?

Page 349

1    A.  I don't recall at the moment.
2    (Permutt Exhibit 48 was marked for identification.)
3      THE WITNESS:  Thank you.
4  BY MS. THOMPSON:
5    Q.  The Kim study is a review article:
6  "Asbestos Exposure and Ovarian Cancer:  A
7  Meta-analysis."
8      Do you see that?
9    A.  Yes.
10    Q.  And the conclusion that we'll look at from
11  the abstract is:  This meta-analysis provides
12  evidence of a significant association between
13  asbestos exposure and ovarian cancer mortality.
14  While the possibility of misdiagnoses in earlier
15  studies cannot be completely ruled out, recent
16  findings suggest a robust correlation between
17  asbestos exposure and ovarian cancer.
18      Are these -- is that what the authors of the
19  Kim meta-analysis conclude?
20    A.  This is the first time I've seen this.
21  That's what they conclude.  I would also note that
22  significant heterogeneity was noted between studies
23  which really should preclude them from being
24  combined in an analysis like this.
25    Q.  Are you familiar with a Cogliano study?

88 (Pages 346 - 349)

Page 350

1    A.  I don't recall that.
2        MS. THOMPSON:  We'll mark that 49.
3    (Permuth Exhibit 49 was marked for identification.)
4    BY MS. THOMPSON:
5    Q.  This article was published in 2011.  It's
6    titled "Preventable Exposures Associated With Human
7    Cancers."  If you will turn to the chart on
8    Page 1826, the cancer sites are listed with the
9    carcinogenic agents that have been identified by
10   IARC, and with the ovary site, what are the
11   carcinogenic agents with sufficient evidence in
12   humans?  Can you see that?
13   A.  I see it.
14   Q.  I'll just represent there are:  Asbestos
15   (all forms); estrogen menopausal therapy; tobacco
16   smoking.
17       And if you look at the agents with limited
18   evidence in humans, it's talc-based body powder
19   (perineal use); X radiation and gamma radiation.
20       So that's a very small number of exposures
21   that IARC has identified as causing ovarian cancer,
22   would you agree?
23   A.  I might --
24       MR. JAMES:  Just objection to the form
25   there.

Page 351

1    A.  My eyes are just looking at talc-based
2    powder, perineal use, and limited evidence in
3    humans.
4    Q.  Well, that's what IARC found in 2010,
5    correct?
6    A.  Yes.
7    Q.  But IARC describes a possible carcinogen as
8    an agent associated with human cancers.  Do you know
9    that?
10       MR. JAMES:  Objection to the form.
11   A.  I know that in this column here they are
12   showing there is limited evidence in humans, so
13   they're showcasing that in this table.  I haven't
14   read the rest of this article to say more about it,
15   though.
16   Q.  Okay.  Based on looking at the abstract:
17   Based on IARC's review, the cancer sites
18   associated with each agent and then rearranged this
19   information to list the known --
20       Which would be the Group 1, correct, with
21   sufficient evidence?
22   A.  (Nodding head.)
23   Q.  -- and suspected causes of cancer at each
24   site.
25       The suspected are the agents with limited

Page 352

1    evidence, and that doesn't mean -- when IARC uses
2    limited evidence, they're not saying there isn't
3    evidence.  They're saying there is evidence but it's
4    limited so that it doesn't -- isn't sufficient to
5    make a Group 1 known carcinogen.
6        Are you familiar with that classification
7    system?
8        MR. JAMES:  Just objection to form.
9    A.  I am.
10   Q.  You discuss NCI, American Cancer Society,
11   and CDC as not listing talc as one of their risk
12   factors, correct?
13   A.  Correct.
14   Q.  Do any of those cites say talc is safe?
15   A.  The words "talc is safe" are not on there,
16   and in fact, I don't know, I'd have to look at the
17   cites to even say if they even mention talc, or if
18   it's just insufficient evidence.
19   Q.  Do you know whether NCI states that asbestos
20   causes cancer of the ovary?
21   A.  I don't recall what NCI says about asbestos
22   in the ovary at this moment.
23   Q.  Did you look for that?
24   A.  At one point I probably did.
25       MS. THOMPSON:  Exhibit 50.

Page 353

1    (Permuth Exhibit 50 was marked for identification.)
2    BY MS. THOMPSON:
3    Q.  This is from the NCI website:  Which cancers
4    are associated with exposure to asbestos?  Exposure
5    to asbestos causes most mesotheliomas (a relatively
6    rare cancer of the thin membranes that line the
7    chest and abdomen); it can also cause cancers of the
8    lung, larynx and ovary.
9    A.  But it's not surprising it cites IARC and
10   the document that we talked about.
11   Q.  But NCI does list asbestos as causing cancer
12   of the ovary, correct?
13   A.  It does say that here.
14   Q.  And American Cancer Society, did you look on
15   the American Cancer Society website as to whether
16   they list asbestos as a cause of ovarian cancer?
17       MS. THOMPSON:  51.
18   A.  At one point I may have seen that.
19   (Permuth Exhibit 51 was marked for identification.)
20   BY MS. THOMPSON:
21   Q.  And there is a question in this Q & A on
22   this Page 3:  What about asbestos in talc products?
23       And it states:  The main ingredient in
24   talcum powder (and some other cosmetic products) is
25   talc, a mineral that is mined from the earth.  In

89 (Pages 350 - 353)

Page 354

1  its natural form, talc can sometimes contain
2  asbestos. Since the mid '70s, all talc used in
3  cosmetic products in the United States is supposed
4  to have been free from detectable levels of
5  asbestos. However, concerns have been raised about
6  a possible increased risk of ovarian cancer among
7  women who have regularly applied talcum powder in
8  the genital area.
9       And this is the American Cancer Society in
10 the asbestos section, right?
11     A. They've mentioned this.
12        MR. JAMES: Just objection to form.
13     Q. And in the -- on Page 4, in "Other types of
14 cancer" it states: Studies have also found clear
15 links between workplace exposure to asbestos and
16 cancers of the larynx and ovaries.
17        Correct?
18     A. That's what it says. I'm confused about the
19 clear link part.
20     Q. We're just looking at American Cancer
21 Society since --
22     A. Yes.
23     Q. -- you have relied on agencies and societies
24 to some degree.
25        Do you know what CDC says about asbestos and

Page 355

1  cancer of the ovary?
2      A. I don't recall at the moment.
3      (Permut Exhibit 52 was marked for identification.)
4  BY MS. THOMPSON:
5      Q. Do you know what the ATSDR is?
6      A. Agency for Toxic Substances and Disease
7  Registry.
8      Q. I'm impressed. You read it on the --
9          Are you aware that -- I have to look at
10 it -- the ATSDR is an agency affiliated with CDC?
11        MR. JAMES: Objection; form.
12     A. I'm not aware of that.
13     Q. Well, you can see that the ATSDR website is
14 ATSDR.CDC.gov, correct?
15     A. On Page 2, if that's what you're referring
16 to, I see that now.
17     Q. And you agree it's a governmental agency,
18 right, at least?
19     A. It appears to be.
20     Q. And under the Acknowledgments the authors
21 are all CDC/ATSDR authors, planners, commenters,
22 et cetera, correct?
23        MR. JAMES: Just objection to form.
24     A. This is the first time I'm seeing this, so I
25 can't comment on that.

Page 356

1      Q. Page 51, there is a chart on carcinogenicity
2  of asbestos listing the IARC designation as a Group
3  1 known human carcinogen, correct?
4      A. Yeah.
5      Q. And the US EPA as a Group A known human
6  carcinogen, correct?
7      A. Yes.
8      Q. And the three processes hypothesized to
9  account for asbestos pathogenicity are, according to
10 CDC/ATSDR: Number one, direct interaction with
11 chromosomes; generation of reactive oxygen species;
12 three, other cell-mediated mechanisms (especially
13 inflammation).
14        Do you agree that that's what CDC/ATSDR
15 views as the key points of the carcinogenicity of
16 asbestos?
17     A. I see that here. I'm also noting at the top
18 that they are referring on this page to
19 mesotheliomas and lung cancer and asbestos.
20     Q. Well, we're going to get to that. This is,
21 I think, just the carcinogenicity of asbestos, and
22 the other key point, that asbestos is genotoxic and
23 carcinogenic.
24        And if you turn to Page 70, under Key Points
25 of this section: Asbestos exposure is a known risk

Page 357

1  factor for laryngeal cancer and ovarian cancer.
2      Do you agree that's what this document
3  states?
4      A. That's what this states. I don't see the
5  citations associated with it.
6      Q. Does this -- well, we don't want to look at
7  this entire document, but do you suspect anywhere in
8  this document it would say that talc with asbestos
9  is safe or asbestos is not associated with ovarian
10 cancer?
11        MR. JAMES: Just hold on. Objection to
12 form; speculation.
13     A. That would be speculative for me to say
14 that.
15        MS. THOMPSON: Okay. I'm done.
16        MR. JAMES: All good? Okay.
17        MS. THOMPSON: I apologize for rushing
18 through that.
19        THE WITNESS: That's okay.
20        MR. JAMES: I'll have just a few questions.
21     Brandy, are you planning to have any
22 questions?
23        MS. HARRIS: No, thank you.
24        MR. JAMES: Okay.
25            CROSS-EXAMINATION

90 (Pages 354 - 357)

Page 358

BY MR. JAMES:

1  BY MR. JAMES:
2  Q.  All right.  Dr. Permuth, in your extensive
3  report you set forth your analysis of the studies
4  that examine ovarian cancer by histology subtype to
5  the extent those studies measure histology, correct?
6  A.  Correct.
7  Q.  And is your basic conclusion on
8  histology-specific associations that the
9  associations vary and are inconsistent in the
10  literature?
11  A.  Yeah, and I think, you know, throughout my
12  report I comment on that in the text and in a table
13  that I've designated for histology-specific
14  estimates.
15  Q.  With respect to the question of temporality,
16  I know you were asked some questions about that and
17  you note usually met in your table at the end.
18  Is the fundamental point that with a
19  retrospective case-control study, if a case is asked
20  if they ever used talc and they have ovarian cancer,
21  that there's no guarantee in asking that question
22  that talc use preceded the ovarian cancer disease?
23  A.  I agree with that.  One would need to also
24  ask about the age at first use.
25  Q.  And is that -- we talked about the Huncharek

Page 359

1  paper, but is that another reason why you have
2  classified temporality as usually you have those
3  reservations about retrospective studies?
4  A.  Correct, just trying to be comprehensive
5  about my assessment.
6  Q.  With respect to the meta-analyses, you were
7  asked some questions about how they looked at cohort
8  studies and you were asked specifically about
9  Penninkilampi.  Do you recall that?
10  A.  I do.
11  Q.  And do you note in your report and is it
12  true that Penninkilampi actually does not factor in
13  the Gates 2010 additional follow-up?
14  A.  That's correct.
15  Q.  With respect to the issue of migration,
16  we've talked a lot about it today.  I don't intend
17  to unearth it further, hopefully, too much, but your
18  opinions on migration are set forth in your report,
19  correct?
20  A.  Correct.
21  Q.  You also note in your report IARC's
22  commentary on migration, correct?
23  A.  Correct.
24  Q.  And you reviewed the IARC 2010 monograph and
25  they include a discussion of the studies, many of

Page 360

1  which Ms. Thompson went over with you today,
2  correct?
3  A.  That's correct.
4  Q.  And at the end of the day -- actually, just
5  to be careful with your wording, on Page 69 of your
6  report, the second paragraph -- I'm sorry.  Are you
7  there?
8  A.  I am there.
9  Q.  You note:  Indeed, IARC specifically noted
10  that evidence to support this theory of migration
11  was weak.
12  You say that in your report, correct?
13  A.  Yes.
14  Q.  And that is consistent with the opinion that
15  you're offering today, correct?
16  A.  It is.
17  Q.  You were not convinced or you do not find
18  compelling evidence of the migration hypothesis; is
19  that fair?
20  A.  That is fair.
21  Q.  With respect to the question about sort of
22  multifactorial risks, do you believe that there is
23  any evidence that talc causes or contributes to
24  ovarian cancer, perineal talc use?
25  A.  I do not.

Page 361

1  Q.  Do you believe that there is any evidence
2  that talc interacts with any other risk factors to
3  cause or contribute to ovarian cancer?
4  A.  I do not.
5  Q.  Do you find any -- have you found any
6  compelling evidence on that question of interaction
7  with other risk factors, whether they be
8  environmental, genetic or familial?
9  A.  I have not.
10  Q.  With respect to your case-specific questions
11  that Ms. Thompson went -- excuse me, case-specific
12  opinions that Ms. Thompson went over with you today,
13  are all of the opinions that you intend to offer at
14  trial fairly set forth in your report and
15  additionally covered today with Ms. Thompson?
16  A.  Yes.
17  Q.  And I know you were asked some questions
18  with respect to a couple of the last plaintiffs
19  about possible and so forth.  You have fairly
20  summarized your conclusions in your report about how
21  you feel about these plaintiffs' familial history
22  and genetic risk, correct?
23  A.  I have.
24  Q.  And the opinions as you phrased them in your
25  report, have you offered them to a reasonable degree

91 (Pages 358 - 361)

Page 362

1  of medical certainty?
2      A.  I have.
3      Q.  And today has been a long day.  Thank you
4  for your patience.  Having sat through today, do you
5  continue to hold all of the opinions that you've set
6  forth in your report?
7      A.  I do.
8      Q.  Okay.  One more:  You were asked some
9  questions about the Reid papers on asbestos and
10  IARC.  Do you recall those questions?
11      A.  I do.
12      Q.  And just so it's clear, it's my
13  understanding that Reid authored a paper in 2011; is
14  that right?  Do you recall the date?  Just strike
15  that to short-circuit this.
16          On Page 45 of your report you discuss,
17  following your discussion of Camargo, you also
18  discuss Reid, correct?
19      A.  Right.
20      Q.  Ms. Thompson talked briefly with you about
21  both of those papers, correct?
22      A.  Yes.
23      Q.  And your opinions on Reid relevant to your
24  opinions in this case are set forth in your report,
25  correct?

Page 363

1      A.  They are.
2      Q.  And that includes your discussion of Reid's
3  notations on the suggestion of disease
4  misclassification, correct?
5      A.  Yes.
6      Q.  And again, those opinions are in your
7  report, correct?
8      A.  Yes.
9      Q.  And you hold those today, correct?
10      A.  Yes.
11      MS. THOMPSON:  One question.  Do you know --
12      MR. JAMES:  Just give me one second.
13      MS. THOMPSON:  Oh, I thought you were
14  finished.  I'm sorry.
15      MR. JAMES:  Okay.  Thank you for your time.
16  That's all I have.
17          REDIRECT EXAMINATION
18  BY MS. THOMPSON:
19      Q.  I have one question.  Were there any
20  gynecologists on the 2010 IARC Working Group, to
21  your knowledge?
22      A.  I don't recall offhand.
23      Q.  Do you know that IARC is meeting again this
24  summer to review perineal use of talc and the
25  relationship with ovarian cancer?

Page 364

1      A.  I did not know that.
2      MS. THOMPSON:  No further questions.
3      MR. JAMES:  Brandy, last chance?
4      MS. HARRIS:  No thank you.
5      MS. THOMPSON:  Dr. Permuth, I would also
6  like to thank you for sitting this long of a day.
7  It is important.
8      THE WITNESS:  Thank you.
9      (Whereupon, the deposition concluded at
10  7:14 p.m. EDT.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 365

1          C E R T I F I C A T E
2      I, Susan D. Wasilewski, Registered
3  Professional Reporter, Certified Realtime Reporter,
4  Certified Manager of Reporting Services, Certified
5  Realtime Captioner, and Florida Professional
6  Reporter, hereby certify that the witness named
7  herein appeared before me on Thursday,
8  June 13, 2024, and was duly sworn.
9      I FURTHER CERTIFY that I was authorized to
10  and did stenographically report the examination of
11  the witness named herein; that a review of the
12  transcript was not requested; and that the foregoing
13  transcript is a true record of my stenographic
14  notes.
15      I FURTHER CERTIFY that I am not related to
16  or an employee of any of the parties, nor am I
17  related to or an employee of any of the parties'
18  attorneys or counsel connected with this action, nor
19  am I financially interested in the outcome of this
20  action.
21      WITNESS my hand this 20th of June, 2024.
22
23
24  _____
25  Susan D. Wasilewski, RPR, CRR, CMRS, CRC, FPR

92 (Pages 362 - 365)

**[& - 15]**                                                    Page 1

| | | | |
|---|---|---|---|
| **&** | 278:1,6 281:12 | **1.37**  56:21 | **10:51**  75:5 |
| **&**  1:3,13 2:9 | 283:17 290:1,2 | **1.37.**  231:10 | **11**  3:13,15 4:9 |
| 6:11 12:16,18 | 290:4 323:22 | **1.38**  347:16 | 54:2 79:8,9 |
| 16:23 18:15 | 326:25 347:23 | **1.4**  242:3 | **112**  161:9 |
| 22:3 101:24 | 351:20 352:5 | 301:20 | 166:20 |
| 110:15,23 | 356:3 | **1.4.**  251:11 | **113**  188:13,22 |
| 111:4,8,12,17 | **1,000**  67:15 | **1.40**  141:4 | **115**  193:5,17 |
| 112:8,14,15,18 | **1.01**  239:18 | 235:21 | **119**  317:7 |
| 112:25 120:20 | 243:14 | **1.40.**  298:4 | **11th**  4:13 |
| 121:2 160:3,5 | **1.03**  231:9 | **1.409.**  141:8 | **12**  4:11 54:2 |
| 221:10,19 | **1.04**  231:23 | **1.43**  67:10 74:5 | 55:16,21 97:24 |
| 353:21 | **1.08**  56:20 | **1.44**  140:22 | 97:25 190:2 |
| **0** | 139:9 141:14 | **1.47**  138:7 | **121**  174:23 |
| **0.99**  239:9 | 239:8 247:19 | **1.49**  78:22 | **123**  186:15 |
| **00872**  8:14 | 247:25 251:14 | **1.6**  202:23 | **124**  337:20 |
| **05**  235:25 | **1.09**  141:4 | 206:11,12 | **125**  337:20 |
| **08002**  2:19 | 298:2 | **1.656.**  138:7 | **127**  51:20 |
| **09**  342:18,19 | **1.1**  301:19 | **1.79**  347:15 | **12:43**  159:7 |
| **1** | **1.13**  56:20 | **1.8**  247:23 | **13**  1:9 4:15 51:6 |
| **1**  3:13 7:18 | **1.13.**  139:15 | **1.98**  78:23 | 53:24 100:22 |
| 11:11,13 26:6 | **1.17**  139:10 | **10**  3:5 4:6 75:20 | 100:23 239:20 |
| 67:14,16 68:13 | 141:15 231:22 | 75:21 83:8,13 | 248:9 365:8 |
| 90:14 137:21 | 239:9 | 85:21 300:3,13 | **133**  220:1 |
| 138:4 141:24 | **1.19**  78:22 | 305:10,17 | **134**  5:4 220:5 |
| 143:22 144:5 | 231:9 239:18 | **100**  1:13 4:15 | **14**  3:16,18 4:18 |
| 200:20 201:2 | **1.2**  251:11 | 5:24 290:6,11 | 53:21,22,23,24 |
| 201:21 230:12 | 298:6 299:8 | 290:14 | 54:3,8,9 56:11 |
| 231:23,24 | **1.2.**  297:22 | **100c**  210:25 | 56:15 103:24 |
| 232:3 235:22 | **1.20**  56:21 | 214:11,12 | 103:25 190:23 |
| 242:4 243:15 | **1.24**  138:3 | **102**  159:11,21 | 192:1,23,25 |
| 262:21 267:5 | 246:12 | **103**  4:18 | **143**  153:8,15 |
| 268:9 272:19 | **1.31**  138:7 | **1048**  102:1,6 | **144**  317:3,10,11 |
| 276:18,22 | **1.33**  144:15 | **106**  4:22 336:25 | **149**  309:5,7,20 |
| 277:14,20 | **1.33.**  137:20 | **108**  4:14 | 310:9,14 |
| | **1.35.**  246:12 | **10:39**  75:5 | **15**  3:20 4:22 |
| | | | 15:12 20:23 |

**[15 - 24]**                                                                                           Page 2

106:3
**157**   5:6
**15th**   256:1
**16**   3:21 5:4 57:1
   57:1 134:6
**16-2738**   1:3
**161**   5:9
**166**   5:12
**17**   5:6 157:2
**1700**   67:16
   68:14
**18**   5:9 17:25
   67:5,24 72:20
   73:22 161:13
   161:14 347:11
**1826**   350:8
**188**   5:14
**19**   5:12 53:15
   75:7 166:17,18
**193**   5:18
**196**   5:21
**1976**   232:22
**1980s**   121:5
**1983**   51:24
   53:15
**1990s**   121:13
   121:16,19
   122:3 123:3
**1994**   45:25 46:3
   46:14 47:1 48:5
**1999**   187:15
**1:37**   159:7

**2**

**2**   3:15 11:17,19
   46:12,14 83:7

104:23 149:10
262:22 276:17
290:1,2,4
298:15 326:25
355:15
**2.26**   56:5
**2.31**   347:16
**20**   5:14 55:23
   133:15 159:2
   188:14,15
   225:17 276:5
   298:10
**200,000**   300:3
   300:12
**2000**   256:23
   257:20 258:16
   261:6
**2003**   118:3
   129:24 130:6
   137:19
**2005**   100:4
**2007**   4:13 98:11
   100:3
**2008**   4:14
**2009**   214:20
   215:9 340:14
   342:11
**201**   57:14,15
**2010**   199:11
   351:4 359:13
   359:24 363:20
**2011**   100:21
   103:6 350:5
   362:13
**2012**   199:13,20
   200:12,21

201:1,20 202:6
204:13 205:12
205:21 206:1
208:5,6,18
210:1,10,17,25
211:21 212:6
212:14 214:12
217:6 340:7
345:15
**2014**   158:15
   184:7,8,19
   185:18 186:9
   283:3,9
**2015**   72:22
   103:24 104:7
**2016**   296:20
   303:9
**2017**   16:25
   17:22,25 47:7
**2018**   16:25 17:6
   17:23 268:4
**2019**   279:6
**202**   5:23
**2020**   104:7
   114:14,15
   115:4 139:1
   230:3,6 232:7
   238:15 245:24
   251:17
**2021**   6:5 17:19
   18:1,8 19:5
   21:24 245:12
   245:14 275:4,6
**2022**   9:7 106:2
   245:12 269:16

**2023**   347:8
   348:25
**2024**   1:9 15:10
   17:19 20:2
   114:14,16
   141:19 148:9
   248:2 303:12
   365:8,21
**20th**   365:21
**21**   3:22,24 5:18
   135:20 193:6,7
**218**   2:5
**219**   6:4 203:10
   203:13 204:20
   204:21 207:18
   208:11
**22**   5:21 76:16
   196:17,20
**227-8008**   2:12
**229**   6:6,8
**23**   5:23 202:16
   202:19
**230**   202:23
   203:13 204:18
   204:19 205:3
   207:13
**231**   265:6 268:2
**232**   211:20
   212:4
**238**   6:11
**24**   6:4 61:21
   63:3,22 82:20
   85:19 91:25
   158:11 219:12
   219:15 252:16

**[240 - 5th]**

| | | | |
|---|---|---|---|
| **240** 72:20 | **3** | **36** 7:16 227:10 | 323:15,17 |
| **242** 267:25 | | 229:10,10 | **449** 153:9 |
| **243** 6:14 | **3** 2:18 3:16 | 269:11,12 | 210:17,18 |
| **245** 6:16 | 14:13,14 48:8 | **36103** 2:5 | **45** 8:15 99:16 |
| **248** 6:19 | 49:2 79:1,2 | **363** 3:7 | 157:4 226:21 |
| **24th** 17:19 20:5 | 231:2 274:4 | **37** 7:18 276:9 | 340:3,4 362:16 |
| **25** 6:6 229:24 | 316:4,10 | 276:11 | **450** 210:16 |
| 230:3 | 353:22 | **38** 7:20 106:5 | **46** 8:17 216:16 |
| **250** 221:3 | **30** 6:19 15:8 | 108:4 278:22 | 343:20,21 |
| **252** 6:22 | 248:3 265:6 | 278:23 | **47** 8:20 347:7,9 |
| **255** 7:4 215:3 | 267:4 | **39** 7:22 158:11 | **48** 8:22 349:2 |
| **256** 7:7 | **304** 8:7 | 282:22,24 | **49** 9:4 350:2,3 |
| **26** 6:8 79:3 | **309** 8:10 | **3:07** 219:11 | **4:33** 276:8 |
| 229:25 230:5 | **31** 6:22 252:11 | **3:15** 219:11 | **4:52** 276:8 |
| **261** 7:10 | 252:12 | | |
| **264** 7:13 | **310** 2:18 | **4** | **5** |
| **269** 7:16 75:17 | **317-7180** 2:19 | **4** 3:18 9:7 14:15 | **5** 3:20 15:16,19 |
| 75:18 | **32** 7:4 252:16 | 14:17 24:7 | 40:21 87:20 |
| **27** 6:11 135:20 | 255:14,15,21 | 104:23 230:13 | 88:2,3 262:1 |
| 238:14,16 | **32299** 365:23 | 231:14,19 | **5,000** 221:12 |
| 251:22 | **323** 8:12 | 306:18 347:5 | **50** 9:6 67:14 |
| **276** 7:18 | **33** 7:7 256:24 | 347:13 354:13 | 119:14 129:15 |
| **278** 7:20 | **34** 7:10 261:17 | **4.1** 218:9 | 221:3 347:20 |
| **27th** 20:1,16,19 | 261:18 | **4.2.** 218:9 | 352:25 353:1 |
| **28** 6:14 243:2,3 | **340** 8:15 | **40** 8:4 251:23 | **51** 9:8 353:17 |
| **282** 7:22 | **3400** 2:11 | 288:19,20 | 353:19 356:1 |
| **288** 8:4 | **343** 8:17 | **41** 8:6 296:8,11 | **52** 9:9 355:3 |
| **28th** 13:13 15:9 | **347** 8:20 | **413** 153:20 | **529** 71:11 |
| 15:10 | **349** 8:22 | **416** 153:20 | **53** 110:8,19 |
| **29** 6:16 245:15 | **35** 7:13 264:19 | **42** 8:7 304:17 | 335:3 |
| 245:16 | 264:20 | 304:18 | **56** 232:8 |
| **2900** 1:14 | **350** 9:4 | **43** 8:10 50:6 | **57** 113:16 |
| **294** 211:1,2 | **353** 9:6,8 | 308:25 309:1 | **58** 4:4 |
| 217:6,12 | **355** 9:9 | 310:4,6 | **5th** 21:24 |
| **296** 8:6 | **357** 3:6 | **44** 8:12 50:6 | |
| | | 225:25 309:4 | |

| 6 | 8 |
|---|---|
| **6**　3:21 16:6,8,19 26:2 29:2 90:14 137:16 149:11 267:3 286:2,8,9 286:23 307:22 | **8**　3:24 21:20,22 105:16 136:21 |
| **60**　105:11 129:15 328:20 | **80**　116:19 117:1 |
| **600**　2:11 12:11 13:8 149:25 151:24 152:12 191:17 | **800**　2:6 279:15 279:21,24 |
| | **80s**　121:23 |
| | **83**　118:2 |
| | **856**　2:19 |
| **63**　328:24 | **87**　131:11,13,19 132:6 |
| **652-657**　4:14 | **876**　8:14 |
| **653**　34:21 | **877.370.3377** 1:22 |
| **654**　35:16 | **89**　132:10 |
| **69**　360:5 | **898-2034**　2:6 |
| **6:23**　339:18 | **8th**　19:5 |
| **6:40**　339:18 | |

| 7 | 9 |
|---|---|
| **7**　3:22 21:11,13 48:7 49:1 308:4 | **9**　4:4 43:8 47:18 48:8 49:2 58:3 58:5 277:19 |
| **7.59.**　99:22 | **90**　133:10 245:23 246:3 258:8 |
| **7/23/2019**　8:13 | |
| **70**　356:24 | **90s**　121:23 |
| **70s**　354:2 | **92**　277:15,19 |
| **71**　71:11 | **94**　47:4 |
| **713**　2:12 | **95**　239:8,17 |
| **75**　4:6 | **97**　4:11 |
| **77002**　2:11 | **99**　139:10 141:14,24 247:20,24 277:17 |
| **78**　335:25 | |
| **79**　4:9 116:9,15 336:8 | |
| **7:14**　364:10 | **991**　172:9 |

**9:09**　1:15

**a**

**a.c.e.**　5:13
**a.m.**　1:15 75:5 75:5
**abdomen**　353:7
**abdominal** 123:18 172:11 174:2
**ability**　160:10 190:24 191:8 193:22,25
**able**　11:2 165:19 189:23 190:2 198:23 300:6
**above**　1:15 64:11 90:4 278:1
**absence**　233:8
**absolutely**　24:2 338:11
**abstract**　77:7 77:20,21 98:25 101:3 171:24 172:7 243:12 243:22 244:1 265:14 270:5 271:7 349:11 351:16
**academy** 257:11
**accept**　130:23 137:15 307:6

**acceptable** 61:18 120:16
**accepted** 104:11,15 149:14 263:7 264:3 316:12 316:14
**access**　192:6
**accidentally** 326:10
**accompanied** 230:5 245:24
**accompanies** 252:9
**accompany** 238:14
**accompanying** 247:15
**account**　71:24 315:17 356:9
**accounted** 105:11 313:20
**accounting** 254:18
**accurate**　16:11 16:14
**achieve**　299:25 300:13
**achievement** 257:11
**acknowledged** 218:4
**acknowledg...** 100:11 355:20
**acquisition** 295:18

[act - agree]                                                                    Page 5

**act** 258:5,20
**acting** 292:15
**action** 4:13
  227:18 289:5
  365:18,20
**activation**
  218:13,18
**active** 4:6 76:10
**activity** 256:9
**actual** 139:13
  162:7 277:20
**actually** 88:14
  104:12 108:15
  119:6 127:10
  130:3,15
  131:11 133:19
  171:9 189:10
  194:7,22 220:5
  273:14 276:18
  276:24 287:23
  302:13 307:1
  317:24 345:2,3
  347:4,22,23
  359:12 360:4
**add** 148:7
  227:17 231:15
  317:4
**added** 20:3
  23:25 194:12
**adding** 208:16
  235:10 255:5
**addition** 242:22
  295:15 327:14
  341:23
**additional** 13:5
  14:1 20:4 26:18

110:5 268:17
325:16 359:13
**additionally**
  336:20 361:15
**additive** 194:8
**address** 125:11
  215:6 305:18
**addressed** 42:9
  136:22 340:12
**addresses** 206:8
  215:5 243:8
**adenocarcino...**
  335:2
**adequate** 24:25
  62:2 148:19
  227:10 299:14
**adhere** 328:3
**adhesions**
  168:7 172:14
**adipocytes** 4:6
  77:9,11,16 78:1
  78:6,14
**adipokines**
  76:20
**adipose** 76:18
  77:13 90:12
**adiposity** 28:23
**adjusted**
  313:25
**adjusting** 256:5
**adjustment**
  56:19
**administered**
  226:14
**administration**
  118:25 162:5

211:16 348:24
**admittedly**
  341:15
**adolescent**
  28:17
**advance** 6:22
**advances** 77:25
**advantage**
  284:7,18
**advantages**
  116:10
**advisor** 263:17
**aetiological**
  165:8
**affected** 324:23
  332:3
**affiliated**
  355:10
**affirm** 10:4
**affirmatively**
  149:25
**african** 4:18
  71:14,16,19
  104:13 105:13
**age** 54:19,19
  55:3,3 67:14
  99:16 117:16
  251:24 322:20
  328:7,13,20,23
  329:6 333:14
  333:24 358:24
**agencies** 354:23
**agency** 151:22
  355:6,10,17
**agent** 42:20
  150:25 165:13

174:15 195:3
249:12 351:8
351:18
**agents** 90:17
  163:6 164:8
  350:9,11,17
  351:25
**aging** 7:17
**ago** 19:19 112:2
  169:24 212:18
  309:13
**agree** 31:11
  44:1 47:10 48:5
  48:11,25 49:14
  49:24 51:1 53:8
  53:14 55:6,11
  62:4 64:19,21
  65:9,21 66:5
  73:10 83:20
  85:2,5 87:5,8
  89:19,23 90:6
  93:20 94:3
  95:10,13 97:16
  98:17 99:23
  104:4,15 105:3
  105:13 113:23
  127:10 131:17
  132:25 133:4
  134:10,13
  135:8 136:23
  136:25 137:6
  137:21 144:15
  144:16 145:6
  145:11,18
  146:11,24
  163:3,16

**[agree - analysis]**                                          Page 6

| | | | |
|---|---|---|---|
| 164:16 165:10 | 295:1 296:6,9 | 307:12 335:24 | 257:11 352:10 |
| 175:7 185:7 | 296:20 297:6,8 | 343:13 | 353:14,15 |
| 208:4 210:24 | 297:14 300:10 | **alabama** 2:5 | 354:9,20 |
| 210:25 212:20 | 300:17 301:1,7 | **albeit** 251:13 | **americans** 4:18 |
| 215:23 218:21 | 303:5 310:11 | 301:13 | **amount** 18:14 |
| 219:22 222:2 | 322:10 323:6 | **algorithm** | **amrhein** 7:21 |
| 222:12,21,25 | 324:7 325:3,12 | 98:16 99:5,15 | 279:9,20 |
| 224:17 225:18 | 326:23 328:22 | **align** 328:18 | **ana** 4:5 |
| 226:5,12 227:4 | 329:7 330:18 | **alleging** 110:14 | **analyses** 133:1 |
| 227:5,20,21,24 | 331:20 342:7 | 110:21 111:2 | 153:10,19 |
| 227:25 228:14 | 344:12 345:5 | **allen** 2:3 | 222:7 241:15 |
| 229:2,17 | 348:15 350:22 | **allison** 4:17 | 251:9 252:15 |
| 233:12 239:11 | 355:17 356:14 | **allow** 158:3 | 254:25 299:18 |
| 239:25 240:24 | 357:2 358:23 | 178:17 286:19 | 359:6 |
| 241:8,14,19 | **agreed** 164:2 | **allowed** 73:17 | **analysis** 5:5 |
| 243:16 244:6,8 | **agrees** 49:10 | 96:4 147:19,20 | 6:15,20 8:16,23 |
| 244:9 245:5 | **ah** 146:20 | 170:23 | 22:11 55:23 |
| 248:17 249:14 | **ahead** 21:10 | **allows** 178:13 | 56:4 57:16 83:8 |
| 251:2 255:8 | 33:11 41:19 | **alluding** 164:9 | 83:13 110:10 |
| 256:10 257:8 | 71:8 88:13 | **alter** 77:11 | 110:20 115:8 |
| 258:15 259:2,9 | 101:15 147:2,6 | **alterations** | 117:22 118:2,6 |
| 259:20 260:6 | 204:23 211:25 | 218:16 306:18 | 130:17 132:14 |
| 260:16 261:5 | 230:4 242:20 | 306:25 307:2 | 132:18,22 |
| 262:4 265:4 | 250:4 317:13 | **altering** 306:6 | 137:19 144:9 |
| 266:7,10 268:5 | 340:2 | **alternate** 91:22 | 145:17 158:21 |
| 268:21 269:16 | **al** 4:5,8,10,17 | 258:24 259:21 | 194:3 197:7 |
| 269:23 272:5 | 4:21,24 5:5,11 | **alternative** | 229:5,8 242:10 |
| 272:20 273:3 | 5:13,17,20,22 | 273:19 | 243:7 247:15 |
| 273:24 275:5 | 6:7,10,15,21,23 | **alters** 306:3,12 | 249:25 251:10 |
| 281:2,17 283:9 | 7:9,12,15,17,21 | 308:14 | 251:12 256:12 |
| 286:6 287:8,14 | 8:5,9,16,19,21 | **amended** 21:5 | 261:15 298:8 |
| 289:6 290:1,13 | 8:23 9:5 72:21 | **american** 7:5 | 299:17,21 |
| 290:24 291:9 | 73:2 81:16 | 9:8 71:14,16,19 | 300:10 312:6 |
| 291:17 292:11 | 117:12 175:2 | 82:2,4,10 | 325:16 343:1 |
| 292:16,22,25 | 176:19 215:9 | 101:23 104:13 | 346:25 347:4 |
| 293:7 294:3 | 253:4 254:19 | 105:13 255:17 | 347:11,18 |

[analysis - article]                                                                 Page 7

349:7,11,19,24
358:3
**analytic** 262:1
**analytical**
116:21
**anatomy** 178:8
**ancestral** 54:21
**anderson** 8:12
**anesthesia**
226:16
**aneuploidy**
217:23
**angelo** 5:20
**angiogenesis**
90:24
**angle** 178:3
**animal** 38:11
39:1 40:8
182:16 218:24
227:11,12
341:19
**animals** 218:12
**anna** 4:21
**anovulation**
65:14
**answer** 27:16
45:22 49:18,19
50:20 61:19
68:5 95:23 96:4
110:6 112:7
120:17 157:21
157:23,24
167:3 178:11
178:22 181:12
203:7 209:6
269:8 311:5,6

334:14 343:16
**answered** 19:24
27:13,18 36:15
36:22 38:21
39:13 44:7 45:5
45:7 66:10 70:1
70:7 73:7 97:10
111:25 112:11
113:4,6 114:1
121:4 144:18
145:15,21
148:22,23
150:17 166:10
169:8 202:4
289:20 306:9
312:22 313:10
314:25 321:25
**answering**
128:16 155:23
334:9
**anti** 32:1 38:5
107:8
**anticipate** 11:3
**anyway** 299:16
**apart** 284:25
**apologize**
247:11 276:14
334:9 357:17
**apoptosis** 90:23
218:20
**apparatus**
217:22
**apparent**
190:10
**appealing**
328:14

**appear** 56:9
194:8 242:9
**appearances**
2:1,15
**appeared** 365:7
**appears** 343:1
355:19
**apples** 162:4
211:15
**application**
122:2 160:12
166:5 173:20
185:13 192:12
212:12,15
213:8
**applications**
252:20,22
253:9
**applied** 118:10
118:12,22
119:17 121:7
176:10 244:2
354:7
**apply** 203:23
207:20 241:2
**appreciate**
45:24
**approach** 262:1
**approaching**
116:2
**appropriate**
96:5 171:3
**appropriately**
181:2
**approximately**
18:3 49:1 221:3

**april** 6:5
**area** 6:6,9 94:8
175:1 176:18
177:14 179:2
181:21 198:23
199:10 201:14
226:17 244:2
248:22 261:3
263:24 274:9
335:23 354:8
**areas** 27:5
**arena** 315:15
**argue** 177:25
184:12
**argument**
297:20
**argumentative**
115:1,20
180:14,21
**arising** 292:17
**arrow** 267:6
**arrows** 267:7
272:22 273:3
**arsenic** 5:23
**article** 4:4,6,9
4:11,15,18,22
5:4,6,9,12,14
5:18,21 6:6,9
6:11,14,16,19
6:22 7:7,10,13
7:16,20,22 8:4
8:6,7,15,17,20
8:22 9:4 32:5
32:15 33:1
34:19,22 45:25
46:2,6 47:6,8

**[article - asked]** Page 8

| | | | |
|---|---|---|---|
| 47:12 50:17 | **articles** 33:6 | 203:22 204:9 | 353:11,16,22 |
| 51:19 61:7 68:6 | 37:12,18 39:15 | 205:18 206:5 | 354:2,5,10,15 |
| 68:7 71:9,10,17 | 50:7,9,12 65:24 | 206:13 207:4 | 354:25 356:2,9 |
| 75:11,19 76:17 | 72:3,6 75:11 | 207:20 208:7 | 356:16,19,21 |
| 76:25,25 77:5 | 93:2 94:9 | 208:19 209:5,8 | 356:22,25 |
| 86:11,11 88:11 | 129:15 137:1 | 209:12 210:20 | 357:8,9 362:9 |
| 88:15 92:6,8,18 | 146:4 149:3,24 | 211:5,5,13,17 | **ascend** 159:15 |
| 92:20,25 93:4 | 151:24 175:21 | 212:18,20 | 177:20 259:17 |
| 101:2 102:8,24 | 187:2 197:25 | 213:9,15,17,23 | 274:16 |
| 108:16 110:4 | 256:20 260:15 | 214:10,11,15 | **ascending** |
| 120:20,23 | 275:10 307:1 | 216:22 217:9 | 156:10 157:6 |
| 121:1 122:19 | 307:12 308:2 | 217:15,17,21 | 259:24 |
| 129:14 148:9 | 308:11 | 218:1,12,23 | **ascends** 244:14 |
| 148:16 149:13 | **articulate** | 219:3,4 232:18 | 244:18 245:5 |
| 149:21 150:4 | 128:14 | 232:22,25 | **ascent** 192:9 |
| 167:22 168:20 | **articulated** | 233:2,8 234:25 | 193:3 |
| 170:14,15,20 | 26:17 27:14 | 235:13 248:12 | **ascertained** |
| 170:24 173:17 | **asbestiform** | 249:1,7,18 | 117:17 |
| 179:1,22 | 200:19 201:1 | 258:1,6,12 | **ascertaining** |
| 181:23 182:1,2 | 201:13,21 | 274:15 292:4 | 117:15 |
| 187:12,15 | 202:21 203:1 | 303:20,23 | **asco** 109:16 |
| 189:4 190:4 | 203:24 205:6 | 304:1,12 | 255:11,17 |
| 191:6,16,20,24 | 205:10,16 | 305:23 306:6 | 256:1 |
| 193:11 215:16 | 206:8,14 207:6 | 306:14 308:7 | **ashkenazi** |
| 215:21 230:18 | 207:17,22 | 339:21 340:12 | 325:9,15 |
| 244:15 263:2,3 | 208:7,19 209:8 | 340:18,24 | 326:21,23 |
| 263:15,20 | 209:13,15 | 341:2,4,6,16,21 | **asia** 347:21 |
| 266:8,25 268:4 | 213:5,25 | 341:24 342:3 | **asked** 17:7,8 |
| 272:18 289:11 | **asbestos** 8:15 | 344:5,8,9,12 | 19:23 27:13,18 |
| 291:8 294:16 | 8:17,20,22 9:6 | 345:13,18 | 33:16,21 36:15 |
| 295:13,22,23 | 9:6,8,10 42:4 | 346:11,14,17 | 36:22 38:20 |
| 311:2,25 312:8 | 42:10,16,23 | 346:22 348:1,8 | 39:13 41:12 |
| 343:5,18 347:6 | 198:7,10,12,16 | 348:20,20 | 44:7 45:5 47:17 |
| 349:5 350:5 | 198:21 199:1,7 | 349:6,13,17 | 56:25 66:9 |
| 351:14 | 200:3,13,14 | 350:14 352:19 | 69:24 70:1,6,18 |
| | 202:7 203:12 | 352:21 353:4,5 | 72:2 73:7 82:10 |

**[asked - association]** Page 9

83:4 84:1 95:23
97:10 106:11
111:24 112:11
113:4 114:1
121:4 129:20
144:17,24
145:1,14,21
148:22 150:10
150:16 155:20
157:22 164:1
166:9 169:8
176:23 182:10
182:12 202:3
204:12 206:9
208:3 222:25
238:11,12
289:19 306:9
312:22 313:10
314:24 321:24
334:8 358:16
358:19 359:7,8
361:17 362:8
**asking** 26:9
34:9 36:7,15,18
36:20 49:9
56:23 61:3 69:8
69:16,17 70:3
74:2 85:13
94:25 121:22
122:25 123:8
125:5 135:4
143:25 148:18
151:13,14
152:4,10
163:23,24
170:19,21

173:16 177:3,7
179:8 180:8,15
180:22 181:9
181:23 182:20
188:11 190:6
191:19 203:18
205:14 206:7
208:4 210:9,23
210:24 212:18
215:22 223:18
224:5 227:24
231:5 236:7
293:8 307:19
309:20 314:7
321:17 324:2
358:21
**aspects** 273:11
**aspirin** 4:22
107:7,8,10
108:7,11,20,21
108:22 109:4
109:23 110:3
236:14 237:10
**assertions**
216:17
**assess** 142:20
146:21 188:25
227:11 294:21
**assessed** 20:12
217:19
**assessing** 4:15
312:13 314:16
339:1
**assessment** 6:4
117:9 194:20
197:16 216:7

219:14 221:11
221:16 222:22
227:2,5,6
228:22 229:1
250:12 310:20
359:5
**assessments**
200:24
**assign** 69:14
134:24
**assigned** 69:16
**assist** 293:23
**associated** 7:11
9:4 65:18 91:4
94:20 101:4
107:11,16,20
124:13,20
125:20 128:20
128:24 156:11
157:7 158:11
191:11 218:18
219:3 253:16
256:3 262:17
274:14 297:4
301:23,25
319:3 332:15
341:25 344:13
350:6 351:8,18
353:4 357:5,9
**associates**
335:9
**association** 4:4
4:22 6:6,9,16
7:4,19 8:10
57:18 60:20
61:22 63:20

64:2 65:13,15
91:7,11 94:23
108:6 109:4,14
114:4 118:14
124:5 125:14
127:14,16,19
127:22,24
128:1 130:10
142:17,23
143:2 145:17
146:13 154:25
155:3 158:16
158:18,20
175:11 210:19
222:10 235:8
236:6,7,13
237:9,16 239:8
240:11 242:7
242:14,16
243:13,19
245:20 246:17
247:3,9 250:24
251:13 255:6
256:6,16,19
263:4 265:23
275:2 277:11
278:11,12
280:20 281:10
281:15 287:21
288:12,14
292:25 298:2
299:6 301:9
302:2 311:14
312:10,14,16
312:21 313:3,6
314:4,7,11,12

[association - available]                                             Page 10

| | | | |
|---|---|---|---|
| 314:13,17,18 | atsdr.cdc.gov | aunts  43:21 | 165:11,20,24 |
| 314:22 315:22 | 355:14 | 323:13 329:11 | 166:24 167:5 |
| 315:23 316:2,6 | **attached**  3:11 | 329:15 | 171:23 172:5 |
| 316:11 317:7 | 4:2 5:2 6:2 7:2 | **australia** | 172:16,17,22 |
| 340:11,17 | 8:2 9:2 | 347:22 | 173:4 174:4 |
| 345:11 346:11 | **attachments** | **author**  50:4 | 188:22 189:10 |
| 346:14 349:12 | 29:12 | 72:15 83:2,4 | 189:15,23 |
| **associations** | **attempt**  115:24 | 94:4 106:9,11 | 190:6,9,21 |
| 119:7 131:23 | **attendees**  100:7 | 137:2 148:12 | 191:13,23 |
| 131:25 132:19 | **attention** | 159:23 179:18 | 194:16,17,22 |
| 200:9 201:16 | 158:14 230:6 | 232:9 | 194:23 195:14 |
| 236:17 237:12 | 230:22 | **authored** | 195:18 196:12 |
| 246:10 278:19 | **attenuated**  72:1 | 362:13 | 197:6 232:10 |
| 278:20 287:23 | 115:13 240:11 | **authorized** | 233:1,13 |
| 310:25 313:12 | **attorney**  17:13 | 365:9 | 236:18 237:24 |
| 313:13,15 | 17:16 | **authors**  40:15 | 238:7 239:18 |
| 315:3 358:8,9 | **attorneys**  16:23 | 40:15 58:11 | 239:20 241:13 |
| **assume**  21:6 | 275:18 365:18 | 59:10 60:17 | 243:17,22 |
| 40:24 125:6,9 | **attributable** | 61:10,22 62:5 | 248:17 249:5 |
| 132:11 136:17 | 69:11,15,17 | 62:17 64:3 | 249:14 250:13 |
| 335:1 | 71:13 292:1,9 | 65:10,22 67:11 | 252:1 261:20 |
| **assumes**  149:15 | 298:15 | 67:19 69:19 | 261:21 262:10 |
| 149:18 151:11 | **attribute**  175:3 | 72:25 73:4 77:8 | 263:6 268:21 |
| 200:17 201:24 | **attributed** | 78:5 82:20,24 | 269:2 270:12 |
| 313:23 343:25 | 69:12 228:10 | 83:7,20 84:1,3 | 273:7 279:9 |
| **assuming**  144:1 | 292:7 320:25 | 85:7,19 86:17 | 287:3 311:8 |
| 154:20 230:11 | 332:22 | 87:14,17 89:14 | 341:7 342:6 |
| 314:13 | **attributes** | 89:18 91:9 | 343:11,23 |
| **assumption** | 176:11 | 92:19 93:17 | 348:7,12 |
| 69:13 | **attributing** | 100:9 107:14 | 349:18 355:20 |
| **assumptions** | 176:20 | 107:22 108:8 | 355:21 |
| 251:8,25 | **attribution** | 109:17 117:21 | **available**  41:1 |
| **atm**  325:22 | 72:3 | 153:18 162:7 | 162:18,22 |
| **atsdr**  9:9 355:5 | **aunt**  44:16 | 162:15 163:1 | 190:15 222:7 |
| 355:10,13,21 | 322:24 329:6 | 163:11 164:10 | 222:18 223:5 |
| 356:10,14 | 329:10 337:14 | 164:17 165:5 | 223:20 224:7 |

**[available - believe]** Page 11

| | | | |
|---|---|---|---|
| 226:1,8 227:1 | **baby** 103:13 | 232:16,24 | 135:20 136:21 |
| 227:11,13 | **back** 16:16 29:4 | 239:8 251:7 | 161:11 240:15 |
| 228:8,11,13 | 51:23 56:11 | 254:14 297:2,9 | 240:16 270:11 |
| **avidity** 190:10 | 72:17,19,20 | 297:12 298:19 | 317:3 |
| **avoid** 298:22 | 95:25 100:10 | 299:19 309:13 | **begun** 22:3 |
| **avoidable** | 103:17 120:3 | 323:5 338:18 | **behalf** 10:15 |
| 287:11 | 124:10 130:20 | 342:25 343:14 | 19:3 |
| **avoided** 172:4 | 139:24 181:1 | 350:18 351:1 | **belief** 37:17 |
| **award** 257:11 | 190:4 205:23 | 351:16,17 | 174:10 |
| **aware** 16:4,5 | 215:16 219:13 | **baseline** 117:10 | **believe** 14:7,25 |
| 61:10,14 69:17 | 224:25 225:10 | 298:11 | 16:25 18:11,21 |
| 69:20,24 70:2,4 | 229:10 262:13 | **bases** 217:20 | 24:21 25:14 |
| 70:19,22 71:2 | 298:9 302:10 | **basic** 358:7 | 27:14,20 30:5 |
| 72:6 74:14 | 333:12 | **basically** 20:11 | 35:9 37:11,13 |
| 97:12,18 | **background** | 34:25 35:19,21 | 41:12 44:2 50:3 |
| 103:12 115:13 | 271:10 | 53:5 76:18 | 51:18 53:20 |
| 119:21 120:19 | **bacon** 1:13 2:9 | 285:24 336:5 | 57:23 66:11 |
| 126:15 143:9 | **balanced** 81:14 | **basics** 333:12 | 69:13 71:2,3,6 |
| 149:2,13 | 93:12 193:14 | **basis** 8:8 11:5 | 75:24 76:2 |
| 154:15 160:24 | 228:22 237:25 | 85:16 96:12 | 78:15 81:23 |
| 221:10,14,15 | 238:5 | 182:13 183:17 | 92:20 93:24 |
| 221:15,18,19 | **balkwill** 100:12 | 211:13 304:23 | 101:12 106:23 |
| 221:24 233:1 | 100:13 | 305:11 | 107:4 112:20 |
| 253:19,21,24 | **ball** 330:16 | **bat** 11:10 | 113:6,23 124:7 |
| 255:17 257:12 | **barely** 141:24 | **beasley** 2:3 | 129:22 130:2 |
| 344:15 355:9 | **based** 19:9 | **beasleyallen....** | 134:21 139:9 |
| 355:12 | 40:25 43:5 | 2:4 | 141:18 146:23 |
| **axis** 245:7 | 59:23 87:11 | **began** 23:18 | 148:10 149:4 |
| **b** | 100:4 105:9 | 103:12 209:2 | 150:7,12,14,18 |
| **b** 3:10,14,15 4:1 | 110:14,22 | **beginning** 75:7 | 151:6,17 |
| 5:1 6:1 7:1,9 | 111:8,13,17 | 87:21 102:7 | 152:18 153:21 |
| 8:1 9:1 230:20 | 115:2 147:10 | 132:7 162:8 | 154:2 155:4 |
| **babic** 4:5 57:14 | 147:24 148:11 | 229:12 274:6 | 160:1,20 163:5 |
| 58:4 61:20 | 179:15 191:3 | 286:23 | 164:1,3 165:14 |
| | 194:3 216:14 | **begins** 64:13 | 166:7 176:24 |
| | 221:17 224:16 | 110:9 132:10 | 187:18 191:22 |

**[believe - bottom]**                                                      Page 12

199:2 205:22
208:3 209:14
213:22 214:18
216:1 219:1
220:1 221:5
223:10,11
236:1 244:16
249:5 251:19
257:5 259:21
264:6,13 267:7
268:22 269:19
276:12 279:2
284:13 286:17
288:23 289:10
290:15 296:1,3
302:2 303:3,7
303:16,24
304:10 307:1,5
311:17,25
316:7,19,20
317:2,17 318:7
318:24,24
320:5 324:19
326:6 327:16
330:17 333:1
334:8,12,17
335:18 342:3
346:19 360:22
361:1
**believes**   263:10
**benefit**   99:12
**benefits**   151:8
**benign**   38:24
323:3,10
**beral**   72:15,21

**berchuck**   84:12
84:14 100:7
106:18
**berg**   263:16
**berge**   117:22
153:21,23
299:13,17
**best**   17:4 33:13
98:8 178:11
334:20,22
**bet**   187:2 219:7
**better**   39:7
178:22
**beware**   282:4
**beyond**   26:19
74:12 298:10
**bharris**   2:18
**biallelic**   335:13
**bias**   6:20
115:23 123:25
124:10,11,23
125:21 126:3
128:2,8 129:1
132:15 158:14
228:7 229:19
241:3,6 254:24
256:17 284:14
295:12,19
300:16,16
301:5,6 312:11
312:17,21,24
312:24 313:4,8
313:12,18
315:4 340:15
343:4

**biased**   6:17
245:20 251:15
**biases**   229:14
254:19 256:5
**big**   31:7 315:2
**biggest**   333:13
**bilateral**   324:25
**bill**   17:22,24
**billed**   18:14
19:7,16
**binder**   29:7
**bio**   133:14
**biologic**   86:21
91:7,10 94:22
174:23
**biological**   56:8
64:4,14,16
96:13 206:25
227:17 250:6
288:7
**biologically**
38:2 166:14
174:19
**biology**   91:22
190:14
**birefringent**
189:15
**births**   99:19
178:16
**bit**   25:7 27:22
28:15 94:7
118:1 122:20
276:6 339:21
**bits**   185:24
210:6

**bladder**   127:19
329:18
**blake**   279:20
**blanking**   17:3
17:15 328:23
**blood**   35:17
**blue**   316:1
**bmi**   83:14
**board**   62:1
78:25 126:4
128:12 253:10
283:9
**bodies**   156:10
157:6 191:12
**body**   12:7,12
12:13 76:18
118:16 166:4
191:10 304:2
350:18
**bondurant**
317:14 318:1,6
318:14 320:22
322:2,10
323:20 324:9
**bondurant's**
321:23
**bondurantl**
8:14
**books**   311:7
316:16
**border**   63:25
**borderline**
237:16
**bottom**   67:25
68:2 153:15
272:8,20,21

**[bottom - cancer]**                                                    Page 13

274:6 287:10
299:24 300:19
300:24 301:8
**box** 274:1
**boyd** 100:15,15
**bradford**
146:21 206:24
229:4 242:16
249:24 250:6
294:9
**brandy** 2:17
357:21 364:3
**brca** 45:18 46:7
47:18,22 290:1
290:2,2,4
292:21 293:3,5
325:16 326:25
326:25 332:17
**brca1** 46:12,14
**break** 74:25
75:2 133:12,14
133:15,20,24
133:24 134:1
159:4 219:10
276:7 339:17
**breaks** 217:19
**breast** 43:12
44:3 50:24
57:10 61:21
62:2,21 99:19
101:6 127:24
149:8 319:3
320:23 322:6
322:19,25
323:13 324:18
324:21 326:3

326:19 328:6
329:5,11 331:6
332:2 336:7
**breastfeeding**
4:4 57:2 59:11
61:4 62:9,12
63:13 64:5,17
64:23 65:13,17
67:2
**brian** 8:19
17:15
**briefly** 362:20
**brieger** 7:12
261:7,8
**bring** 14:20,23
115:24
**bringing**
342:17,20
**broad** 153:4
265:25
**broader** 85:15
**broken** 26:3
**brought** 32:20
95:2 118:23
209:3
**bulk** 42:11 43:6
76:15 200:9
260:12
**bunch** 37:9

**c**

**c** 5:24 276:12
365:1,1
**calculate** 18:10
**calculations**
117:20 299:14

**call** 3:24 12:2
22:7 23:24 25:7
211:12 230:6
230:21 279:15
279:16,21
289:10 290:6
335:16
**called** 10:9 77:2
271:3 330:13
**calling** 278:7
283:25 285:8
334:25
**calls** 59:14 60:2
60:13 61:12
103:4,8,15
233:15 261:1
269:7
**camargo** 8:16
339:22 340:6
342:6 343:6,9
362:17
**camp** 241:24
**campus** 2:18
**canada** 6:4
219:14 220:6,8
221:11,16,21
222:21 223:13
223:21 224:9
224:21 226:18
227:7 229:4,20
**canal** 167:7
172:25
**cancer** 3:13 4:4
4:7,9,12,13,15
4:19,23 5:4,8
5:19 6:7,10,12

6:14,17,23 7:5
7:8,11,15,17,19
8:6,12,15,18,20
8:23 9:6,8,8
22:17 23:20
24:12,22 25:24
27:9,21,24 28:3
28:9,20,24
29:18,20,21
30:8,11,13,16
30:24 31:9,17
32:3,7,17,24,25
33:2,9 35:2,6
35:18,22 36:2,9
36:13 37:1,4,5
37:7,13,21 38:7
38:13,17,19
39:4,12 41:6,24
43:10,11,12,15
44:4,4,13,16,20
45:2,11,20
47:13,25 48:1,7
48:10 49:1,4
50:11,16,23,24
50:25 51:14
52:2 54:6,25
55:22 56:1,6,10
56:15 57:9,17
60:21 61:21,22
62:1,3,9,13
63:15,19 64:6
64:17 65:20
66:18,22 67:9
67:15,16 68:14
69:3,14 70:24
70:24 72:7

| | | | |
|---|---|---|---|
| 74:16 75:25 | 150:18 152:2,7 | 249:12 250:25 | 321:4,7,23 |
| 76:4,14 77:17 | 153:11 154:1 | 252:17 253:18 | 322:3,7,18,19 |
| 78:13,15 83:9 | 154:10,15 | 253:23 254:20 | 322:20,21,21 |
| 83:14,18,22 | 156:12 157:8 | 255:4,7 256:4 | 322:24,25 |
| 85:22 86:5,9,12 | 158:2,12,17 | 257:18 258:1 | 323:1,1,4,5,8 |
| 87:1,11,23 88:8 | 165:13 166:15 | 259:23,25 | 323:14 324:14 |
| 88:21 89:7,13 | 171:17 174:18 | 260:9,14,14,24 | 324:18,21,23 |
| 90:16 91:8,11 | 174:21 185:15 | 262:9,16,17,22 | 324:24 325:1 |
| 92:15 93:22 | 186:23 193:23 | 262:23 263:16 | 325:23,24 |
| 94:5,23 95:11 | 194:25 195:8 | 263:18,25 | 326:2,4,19,20 |
| 96:10 97:3,9,14 | 196:11,13 | 265:12,16,17 | 327:7,13 328:1 |
| 97:21 98:17,24 | 197:2,12 198:6 | 268:23 269:21 | 328:20,21 |
| 101:5,13 105:1 | 198:13 199:1,3 | 269:24 270:9 | 329:5,11,17,17 |
| 105:11 106:24 | 200:11,13,21 | 270:21 271:2,6 | 329:19 330:4 |
| 107:11,12,21 | 201:2,16,22 | 271:14,16 | 331:2,6 332:1 |
| 108:7,12 109:5 | 205:18 208:20 | 272:2,12 274:8 | 333:9,13,19 |
| 109:21 110:3 | 208:20 209:3,5 | 275:3,13 | 334:11,13,16 |
| 110:10,16,24 | 209:9 210:20 | 281:17,20 | 335:11,17,20 |
| 111:2 113:18 | 211:6 214:23 | 289:14,18 | 336:3,7,12,22 |
| 114:5 115:12 | 215:7,11,15 | 290:2,5,8,12,16 | 336:25 337:9 |
| 117:19 118:13 | 216:19 218:1,8 | 292:6,7,14,17 | 337:15 338:1 |
| 119:3 122:9,23 | 219:2,6 220:13 | 293:7,15 | 340:11,19,25 |
| 124:6,13,19 | 220:20 222:11 | 294:22,24 | 341:3 342:1,4 |
| 126:16,17 | 223:7,9,10 | 296:1 297:4,22 | 342:13 343:3 |
| 127:1,4,6,8,11 | 224:11,14,22 | 298:4,15 299:6 | 344:11 345:2 |
| 127:17,20,22 | 225:4,14 | 301:10,12,23 | 345:12 346:12 |
| 127:24 128:4 | 227:11,19 | 302:1,23 303:5 | 346:15,21 |
| 128:11,18,19 | 228:9 229:16 | 303:25 304:3 | 347:21 348:21 |
| 128:25 129:11 | 230:9 232:17 | 304:11,25 | 349:6,13,17 |
| 130:11 131:24 | 236:11,12,14 | 306:1,17 312:1 | 350:8,21 |
| 132:1,3 133:2,5 | 237:7,8,10 | 312:14,16 | 351:17,23 |
| 136:12,13 | 239:21 242:22 | 314:5,16 | 352:10,20 |
| 137:2 139:9 | 242:23 243:9 | 315:15 317:19 | 353:6,11,14,15 |
| 145:8,20 | 243:14,17 | 317:25 318:23 | 353:16 354:6,9 |
| 146:15 147:24 | 245:20 246:11 | 319:3,9,14 | 354:14,20 |
| 149:7,8 150:13 | 247:10 249:1,7 | 320:3,16,19,24 | 355:1 356:19 |

[cancer - causality]                                                                    Page 15

357:1,1,10
358:4,20,22
360:24 361:3
363:25
**cancers**  5:7
6:20 9:4 24:13
24:14 66:20
72:7 77:10
87:22 88:8
92:14 126:15
128:2 198:16
198:20,21
199:7 219:2
237:17 258:9
265:16 267:3
271:11,15
302:19 319:2
323:6 324:20
337:24 338:2,9
344:5,18,20
345:4 350:7
351:8 353:3,7
354:16
**captioner**  1:18
365:5
**carcinogen**
198:12,12
201:2,22
274:15 304:3
305:13 351:7
352:5 356:3,6
**carcinogenesis**
8:9 28:4,10,24
31:21,25 32:7
38:3 39:19,22
39:24 62:24

65:1 66:6,14
91:1 107:16
108:1 184:20
233:11 244:4
248:16,19
249:22 250:20
265:19 272:1
274:8,23
304:24
**carcinogenic**
164:14 200:20
200:20 203:22
207:20 219:6
350:9,11
356:23
**carcinogenicity**
211:4,14 217:9
219:5 356:1,15
356:21
**carcinogens**
5:25 8:8 304:23
305:6,17
**carcinoma**
34:24 165:9
336:19 338:4
**care**  2:16 6:19
**career**  24:8
**careful**  334:25
360:5
**carefully**  81:10
**carriers**  336:20
338:5
**cascade**  233:9
**case**  3:16 5:16
9:9 10:24 12:17
13:1 14:9 16:24

19:22 23:21
56:8 60:10
105:9 117:17
120:17 124:1
124:19 129:5
131:12,14,15
131:21 132:7
132:15,19,21
140:5 146:12
146:23 148:1
148:21 158:13
190:12 208:16
215:12 222:15
222:16 229:14
241:3 246:9
251:4,10 252:4
252:15,25
277:3,4,5,5,23
278:18 283:20
284:6,8,16,19
284:23 285:7,9
285:14 287:25
287:25 291:13
292:6 294:10
296:18,22
299:7 300:7,8
301:3,18,21
312:6 317:9
324:8 358:19
358:19 361:10
361:11 362:24
**cases**  14:9
15:24 16:4
22:17,22 69:3
70:24 75:10
115:15 124:16

129:10 130:3,9
130:24 139:18
140:4,7 146:2
158:22 215:7,8
215:10,13
216:2 230:9
231:18,20
232:2 240:12
255:3 275:21
345:3
**catching**
299:10
**categorize**
68:21
**category**
265:25
**causal**  6:17 8:4
67:12,20
154:25 155:3
158:3,18
172:10 210:19
222:19,22
223:6,20 224:8
225:13 227:3,8
228:11,14
229:21 245:21
288:16 289:3,4
289:12,23
291:15 293:4
293:13 294:1
294:23 295:5
301:13 303:16
340:17 345:11
346:14
**causality**  25:11
30:3 69:13 94:2

[causality - certainty]                                                    Page 16

| | | | |
|---|---|---|---|
| 146:22 224:1 | 320:1,2 321:4,8 | 353:5 360:23 | 270:15,17 |
| 242:18 248:10 | 321:23 327:7 | **causing** 41:24 | 308:14,15 |
| 249:11,14,16 | 330:4,7 333:8 | 51:15 76:13 | 317:25 326:3 |
| **causation** 8:4 | 334:10,16 | 96:10 97:3 | 336:19 338:4 |
| 30:6 41:3 107:5 | 336:12 341:3 | 128:18 259:25 | 356:12 |
| 118:17 119:8 | 342:3 348:20 | 304:25 306:6 | **cells** 5:19 |
| 223:13,14,21 | 353:7,16 361:3 | 320:23 322:6 | 186:20 194:11 |
| 223:24 224:1 | **caused** 53:9 | 350:21 353:11 | 194:24 196:6 |
| 288:16 | 110:16,23 | **caution** 79:19 | 196:10,11 |
| **causative** | 158:2 289:3 | 80:3 81:6 95:3 | 197:3 217:15 |
| 174:16 225:15 | 290:12 | 95:6,20 96:1 | 266:2 |
| 263:11 320:18 | **causes** 24:14,17 | 303:7,12,14,18 | **census** 285:2 |
| 327:12 | 24:21 25:8 | **cautious** 80:13 | **center** 8:13 |
| **cause** 24:25 | 36:25 37:3,20 | 81:1 195:23 | **certain** 48:9 |
| 25:3,8,14 26:10 | 38:12 41:5 | **cavity** 5:10 | 49:3 69:12 |
| 26:22 27:8,11 | 52:25 69:14 | 123:18 160:11 | 76:19 78:23 |
| 27:17 28:20 | 87:1 89:5 111:2 | 162:9,24 | 93:18 165:7 |
| 29:20,23 30:1 | 150:18 153:25 | 163:15 165:22 | 194:25 196:13 |
| 31:17 32:23,25 | 171:17 186:23 | 167:7 172:25 | 198:13,19 |
| 33:2 38:17,19 | 198:5,16,22 | 174:2 175:25 | 289:9 290:17 |
| 53:1 67:8 88:20 | 199:1,2,7,8 | 177:19 184:12 | 306:1 320:6 |
| 150:13,19 | 200:13,14 | 184:22 191:5 | 324:23 330:22 |
| 152:2,7 153:11 | 201:2,22 | **cdc** 352:11 | 331:14,16 |
| 154:15 185:15 | 206:21 209:5 | 354:25 355:10 | 332:1,2,4,4,20 |
| 198:22 205:18 | 211:5 220:13 | 355:21 356:10 | 344:5 |
| 208:20 209:8 | 220:20 223:7 | 356:14 | **certainly** 39:9 |
| 214:23 218:1 | 223:10 224:14 | **cell** 22:17,19,22 | 141:21 154:8 |
| 224:10 240:4 | 224:22 225:3 | 29:18 30:16 | 181:6 199:4 |
| 249:1,7,15 | 225:14 289:5 | 56:21 64:24 | 248:24 251:5 |
| 257:17 260:8 | 289:15,17 | 90:22 126:12 | 257:21 268:22 |
| 262:8 268:23 | 290:20 291:16 | 127:16 128:24 | 283:8 326:1 |
| 275:12,13 | 292:8,9 293:24 | 186:22 196:16 | 331:7,18 |
| 289:10 290:22 | 294:1 304:10 | 197:1,18 | **certainty** 41:2 |
| 292:6 293:5,6 | 306:4,12 333:3 | 218:20 233:10 | 44:19 45:3 |
| 301:6 314:4 | 333:24 344:5 | 258:7 260:2 | 66:13 157:16 |
| 319:9,14,15 | 351:23 352:20 | 266:5,23,23 | 158:4,5 318:22 |

319:8,14,16
320:2,6,12
321:3,18,22
326:16 330:3,6
330:15 334:15
336:11 362:1
**certified**   1:17
1:17,18 365:3,4
365:4
**certify**   365:6,9
365:15
**cervical**   126:19
127:6,11 167:7
172:25 242:24
289:14 290:8
290:12,16
**cervix**   161:25
272:23 302:7
**cetera**   213:5
355:22
**challenges**   4:12
**challenging**
298:11
**chance**   298:6
312:11,17,21
312:24 313:4,7
313:12,18
315:3 340:15
364:3
**change**   42:14
117:11 147:11
147:23 148:12
148:17,20
173:21 183:15
183:20 192:18
197:9

**changed**   60:24
194:14 275:14
**changes**   77:13
117:5 194:7
195:7,20 256:9
266:6,21
270:16,17
341:20
**changing**   43:5
209:11,18
**characteristic**
117:10 306:3
**characteristics**
7:18 8:7 304:23
305:5,10,17
330:22 331:5
331:16
**characterizati...**
139:6 223:17
**characterized**
86:3 186:21
**characterizing**
228:9 308:22
**chart**   129:8
137:14,25
138:13 140:24
309:7,11,20
310:10,14,19
311:2 313:5
314:9,10,11,14
314:15,18
350:7 356:1
**charts**   310:18
**chase**   2:10
**check**   13:21

**chemical**
164:12 165:7
**chemicals**   53:9
248:13 249:19
**chemoresista...**
7:14 265:12
270:22
**cherry**   2:19
**chest**   353:7
**childbearing**
328:7
**children**   25:20
43:20
**chlamydia**
236:11 237:7
237:19
**choice**   137:1
**chose**   118:5
**christine**
263:16
**chromosomes**
356:11
**chronic**   34:24
107:15,25
109:22 156:9
157:5 218:17
225:20 248:14
248:18 249:20
260:8 262:7
268:18 307:23
307:25 341:3
**chronologically**
103:10
**ci**   239:9,17
**circuit**   362:15

**circulating**
107:19
**citation**   71:11
75:15,16 100:4
108:14 153:9
159:24 180:23
181:4,23 191:5
210:16 248:21
268:9 272:4,6
274:21 310:16
310:22 326:6,9
335:25 336:8
341:22
**citations**   12:6
50:11 73:1
152:13,18
172:15 182:20
187:13 218:6
260:15 268:7
274:13 316:21
357:5
**cite**   30:14 47:6
48:4 51:19,20
53:15 57:15
72:20 73:21
74:5 75:11
126:19 161:8
166:16 175:13
175:18,23
177:1 181:9
188:18 191:16
191:17 226:13
244:15 267:21
285:21 311:11
311:12 317:23
335:14

**[cited - combination]**                                    Page 18

| | | | |
|---|---|---|---|
| **cited** 13:20 | 271:8 346:14 | **clinically** | 283:19 284:5,8 |
| 32:11,21 45:25 | **clarifying** | 331:25 332:1 | 284:19,24 |
| 48:17 49:16 | 214:14 236:8 | **clinician** 339:1 | 285:14 299:19 |
| 50:5,8,9 51:23 | 242:13 | **clinvar** 326:12 | 299:21 300:2,5 |
| 56:12 71:2 | **clarity** 319:20 | **cloned** 46:12 | 301:1,21 359:7 |
| 92:17,24 93:2,4 | **class** 332:19 | **close** 15:14 | **cohorts** 55:23 |
| 137:8,9 139:14 | **classes** 76:19 | 179:6 180:2 | 117:23 138:24 |
| 149:3 151:25 | **classic** 309:13 | 290:15 328:6 | 246:15 247:1 |
| 170:14 171:19 | 310:21 | **closely** 53:12 | 278:17 299:22 |
| 175:6 187:8 | **classification** | 273:10 329:16 | **colleague** 71:6 |
| 188:13 193:1 | 287:1 352:6 | **closer** 43:24 | 71:11 |
| 196:16 220:23 | **classified** 359:2 | 44:9 45:9 | **colleagues** |
| 275:8 296:5 | **classify** 74:10 | 103:14 118:14 | 34:22 35:14 |
| 308:11 316:18 | 74:11 | 119:1 | 241:14,24 |
| 317:5 | **clear** 22:16,19 | **cmrs** 365:25 | 242:9 316:17 |
| **cites** 50:25 | 22:21 29:18 | **coach** 50:1 | **collected** |
| 140:21 175:16 | 30:16 56:21 | **coded** 300:15 | 256:15 |
| 341:12 352:14 | 70:21 126:12 | 300:25 301:2 | **college** 101:24 |
| 352:17 353:9 | 131:24 154:9 | **cogliano** 9:5 | **colon** 44:3 |
| **citing** 34:20,21 | 155:18 156:5,6 | 349:25 | 322:21 323:1 |
| 57:13 71:4 | 164:4 170:5 | **coherence** | 332:3 |
| 88:10 102:24 | 280:18 309:25 | 288:8 | **column** 83:11 |
| 175:19 185:11 | 317:25 326:3 | **coherent** 38:2 | 83:12 88:4 99:3 |
| 186:15,25 | 334:2 338:14 | **cohort** 23:21 | 157:5 215:5 |
| 191:4,4 253:5 | 345:11 354:14 | 55:22 56:7 | 258:3 271:25 |
| 265:3 302:13 | 354:19 362:12 | 114:8 116:13 | 277:8 281:12 |
| 316:23 | **clearest** 344:7 | 116:24 117:7 | 284:4 286:23 |
| **claim** 190:5 | **clearly** 52:10 | 117:18 127:12 | 289:22 290:18 |
| 280:3 | 182:17 210:20 | 129:4 132:23 | 291:9,14 292:3 |
| **claims** 110:14 | 232:23 249:10 | 133:4 141:12 | 293:19 296:16 |
| 110:21 111:1 | 318:19 341:17 | 146:6,12,23 | 300:23 301:8 |
| 279:16,22 | **clinical** 7:5 | 158:16 215:7 | 302:6 340:23 |
| **claire** 46:9 | 109:11,15 | 246:25 247:7 | 351:11 |
| **clarified** 275:19 | 239:10 255:18 | 251:12 252:4,5 | **comb** 52:7 |
| **clarify** 145:24 | 323:24 331:16 | 253:12 277:3,4 | **combination** |
| 147:14 245:9 | | 277:6,25 | 65:25 194:5 |

**[combination - concerning]**                                              Page 19

195:2 332:23
**combined**
    262:2 331:17
    336:1 349:24
**combining**
    144:22
**come** 32:23
    37:19 46:8 94:9
    95:25 116:7
    139:24 154:8
    179:14 180:3
    187:21 188:2
    197:15 254:1,8
**comers** 139:8
**comes** 175:22
    241:4 284:25
**coming** 38:14
    49:5 134:22
    317:7
**commencem...**
    158:15
**commencing**
    1:14
**comment** 6:11
    22:17 39:7 40:5
    50:17 56:23
    68:6 77:5,6
    86:19 96:3
    112:17 198:24
    205:14 222:13
    228:19,20,21
    234:19 237:25
    253:1 257:13
    267:1 279:14
    285:25 286:20
    288:5 291:6,19

307:11 312:9
    355:25 358:12
**commentary**
    116:1 171:3,4
    205:13 279:6
    295:12 359:22
**commented**
    37:9 61:2 72:3
    93:2 129:23
    244:16 266:18
    324:19
**commenters**
    355:21
**commenting**
    86:18 93:1
    291:8
**comments**
    86:21 153:8,13
    175:8
**commerce** 2:5
**commissioned**
    229:7
**committee**
    134:23 135:8
**common**
    117:13 188:24
    258:5,20
    271:14
**community**
    40:5 226:24
    298:12
**como** 4:13
**companion**
    269:17 310:10
**company** 12:19
    12:23 42:6,8

**compare** 173:9
**compared**
    57:11 116:21
    135:23 252:17
**compares** 69:1
    69:8,22
**comparing**
    104:12 162:4
**comparison**
    22:12
**compelling**
    28:17 31:16
    37:19,24,25
    38:10,13,16
    52:16,18,19
    63:14 307:21
    360:18 361:6
**complete** 285:2
    289:12,15,17
    289:21 328:8
    331:6,22
**completely**
    64:20 222:20
    239:19 241:13
    314:23 349:15
**component**
    289:5 291:16
    292:8,9
**components**
    274:14 294:1
**composition**
    44:11 45:16
**compound**
    233:21
**comprehensive**
    113:19,20

134:12,16
    194:6 215:23
    314:1 324:14
    325:16 338:25
    359:4
**compromise**
    195:11 196:6
**compromised**
    193:25
**compromises**
    194:21
**computer**
    267:23
**concentrate**
    128:8
**concentrations**
    194:2 260:3
**concept** 179:1
**concepts**
    244:22
**conceptually**
    284:24
**concern** 43:25
    100:2 117:18
    121:15 122:22
    123:14,25
    213:14 220:23
    298:17 304:5
**concerned**
    45:20 82:13
    137:9 321:12
**concerning**
    25:3 118:16
    322:18 326:18
    330:17 332:24

**[concerns - conservative]**                                          Page 20

**concerns**
    197:23 256:11
    354:5
**conclude**   71:17
    108:5 174:7
    194:23,23
    201:1 208:18
    209:7 210:25
    211:10 220:13
    225:3 239:7
    247:22 280:19
    280:23 281:13
    349:19,21
**concluded**
    67:11 68:8
    108:8 167:11
    188:22 189:23
    190:7 210:13
    220:20 226:18
    237:24 238:7
    247:16 340:16
    364:9
**concludes**
    185:16 200:12
    201:20 205:21
    210:1 211:8
    224:22
**concluding**
    108:12
**conclusion**
    68:10 105:13
    107:6 143:2
    147:23 161:21
    167:5 168:17
    171:24 172:23
    174:3 188:20

    193:10 195:14
    195:17 197:17
    207:3,12 211:7
    216:9 217:7
    224:14 255:8
    287:18 337:21
    340:6,7,9
    342:25 343:11
    343:12 344:4
    345:11 349:10
    358:7
**conclusions**
    23:1 32:24 35:9
    62:5 86:24
    105:18 139:20
    158:10,23
    171:23 172:5,7
    189:7 194:1,12
    194:16,17
    195:23 203:21
    204:2,13
    207:19 208:5
    208:12 210:8,9
    220:6,7 238:3
    243:16 282:4
    361:20
**concordant**
    102:3,15,21
**conditions**
    38:22 101:4
    315:19 331:4
    332:3
**condom**   122:18
**condoms**
    121:18,23,25
    122:2,6,11,15

    122:22
**conduct**   181:1
**conducted**
    54:17 228:6
**conducting**
    285:2
**confer**   340:24
**conference**
    98:10
**confers**   18:24
**confidence**
    137:20 138:4
    139:10 141:8,9
    141:14 143:10
    143:15 228:8
    231:9,22
    235:22 242:1,4
    243:14 247:20
    247:23 248:1
    278:4 280:22
    286:24 347:16
**confined**   146:1
**confirm**   243:6
    243:11 300:6
**confirmation**
    158:16
**confirmed**
    115:15 139:17
    146:2 158:21
    230:9 231:18
    231:20 232:1
    240:12,12
    299:5 318:13
**conflict**   280:23
    282:8,10,14

**confounders**
    313:21,25
    314:3 315:6
**confounding**
    132:16 228:22
    228:24 229:2
    295:12,19
    301:10 311:15
    313:14,16
    314:19,23
    315:1,5 340:15
    343:4
**confused**
    176:13,15
    204:15,24
    205:2 212:21
    223:18 224:4
    225:1 354:18
**confusing**
    147:13 148:3
    181:10,12,15
    181:24 287:13
    309:25
**confusion**
    144:21
**connect**   169:24
**connected**
    365:18
**connection**
    169:13 172:10
**consensus**
    216:20 226:23
**consequently**
    172:2
**conservative**
    297:12

**[consider - contribute]**

**consider**  24:5
24:24 29:19
38:1 43:1,13,19
44:16 45:23,24
54:22 63:17
80:12 81:10
85:3 87:6
114:16 178:1
197:16 198:19
232:3 242:4
267:21 281:5,8
282:10,13
287:22 288:12
288:14 289:16
290:7 306:20
310:10 312:13
312:19 314:15
316:5 326:12
329:12,20,21
**considerable**
293:20
**consideration**
116:11
**considered**
3:16,23 12:3,8
14:8,10 15:7
21:12 42:12
55:5 56:12 67:7
81:1 89:19,24
90:7 92:9 95:19
146:4,5,7 151:6
166:11 201:15
221:21 241:23
272:1 279:3
285:20 287:24
316:10 329:3

348:23
**considering**
4:16,20 42:20
250:11 277:9
286:5 293:12
340:14 345:17
**considers**  83:8
83:13 105:4
212:14
**consistency**
146:20 228:4
228:18
**consistent**
132:2 190:11
222:9 227:18
250:25 251:4
252:3 259:1
260:7 296:23
360:14
**consistently**
32:2 38:8 56:6
106:15 252:24
263:24
**consortia**  4:23
**consortium**
55:22 57:18
61:23
**constanza**  8:16
**constituents**
200:2,10 204:8
213:20
**constitute**
134:11
**constitutes**
43:21

**consultant**
160:2
**consultants**
343:24
**consumer**
212:8
**contact**  112:15
212:11
**contacted**
16:22 17:1,11
17:14,25 18:7
112:10
**contain**  212:25
232:24 354:1
**contained**
232:22 341:24
348:21
**containing**
202:21 203:24
205:6 207:5,16
207:22 208:19
213:25
**contains**  42:4
42:10,16,23
**contaminate**
274:16
**contaminated**
213:15,17
248:12 249:18
**contamination**
188:23 189:1,8
189:11,14
191:21
**contend**  179:16
**contends**  87:9

**content**  6:8
**contention**  41:5
118:18
**context**  26:5,7
45:15 74:2
76:25 80:5,7,20
86:20 87:2
158:25 164:19
183:21 185:16
197:22 198:11
244:7 282:16
285:6 291:2,18
292:13
**continue**  110:2
115:21 159:9
162:17 169:22
251:9 299:3
362:5
**continued**
115:19
**continues**  150:4
**continuing**
181:8
**contraceptive**
56:20 99:18
101:6 104:24
**contractions**
178:13
**contrary**  125:4
**contrast**  163:14
**contribute**  25:2
25:8,11,14
26:10,21 27:9
27:17 28:8,20
28:23 35:22
56:10 67:8 76:3

**[contribute - correct]**                                                    Page 22

77:3,12 78:14
154:10 233:11
248:16 249:22
250:19 266:5
270:8 293:5,10
293:14 318:4
327:6 333:18
336:2 361:3
**contributed**
318:22 319:11
319:17,19,22
334:13,17
336:13
**contributes**
27:8,11,20,23
29:21 89:12
270:15,21
303:25 360:23
**contributing**
25:8 29:20
54:24 218:15
248:19 293:6
319:11 320:25
327:12 330:4,7
333:3 334:16
335:17
**contributor**
31:24 76:13
315:2
**control**   23:21
56:8 76:9 105:9
117:17 124:1
129:5 131:12
131:14,15,21
132:7,15,19,21
146:12,23

158:13 195:4
222:15,16
229:14 241:3
246:9 251:4,10
252:4,15,25
277:4,5,23
278:18 283:20
284:6,8,16,19
284:23 285:7,9
285:14 287:25
296:18,22
299:7 300:7,8
301:3,21
358:19
**controls**   124:18
**convened**
340:13
**conversation**
303:17
**conversations**
59:24
**converse**   325:8
325:9 326:16
**conversely**
240:17
**convey**   80:9,11
**convince**
298:11,16
**convinced**
360:17
**convincing**
35:23,25 42:2
235:20
**convincingly**
42:15

**copies**   202:15
276:16,21,22
**copy**   11:14 29:7
48:22 49:8 58:8
75:23 98:3
156:13 161:16
184:8 202:11
202:12 207:17
243:1,5 263:21
264:24 276:13
276:17 305:2
309:3
**corner**   272:20
272:21
**cornstarch**
166:25
**corpus**   12:15
108:10
**correct**   10:19
10:24 11:3,4,6
12:4,8,10 14:24
17:20 19:10,16
21:18,25 22:4
26:16 28:11
30:9 31:12
40:11 46:1 47:2
52:2 53:17,22
57:3,4,14,18,20
58:14,20,22,24
62:5 63:1 65:3
66:6 73:8 75:8
75:9 76:4,10
78:8 79:13,15
81:7 82:21,25
83:23 84:6,8,10
85:22 86:2

87:18,24 91:1
92:19 97:9
98:13 99:25
100:8 101:11
101:24 105:21
105:23 106:7,8
106:15 108:2
108:22 109:7
109:18,24
115:5,12
119:18 127:14
127:15 130:7
132:12 133:2,5
133:24 135:9
135:20,21
136:10,14,18
136:19 137:22
138:1,5,8,24,25
139:4,10,11,16
140:22 141:3,6
141:11,12,13
141:15 142:3,9
143:3,11 146:4
150:8 152:22
152:23 158:6
158:24 159:17
166:13 167:19
169:7,19
170:16 176:21
186:24 188:18
189:12,17,20
189:25 190:21
192:20 195:15
196:3,8 197:10
203:3,8 206:2,5
206:18 211:9

**[correct - criteria]**                                                    Page 23

| | | | |
|---|---|---|---|
| 212:16 214:16 | 305:21,22,24 | 270:2 337:6 | 255:23 |
| 214:23,24 | 306:15,21 | **correlation** | **cousins**   43:23 |
| 215:15,24 | 307:2,10,20,25 | 34:23 349:16 | **covariants** |
| 216:13 219:17 | 308:7,17 312:6 | **correlative** | 71:25 |
| 223:4,15,25 | 315:24,25 | 5:16 188:24 | **covered**   361:15 |
| 227:8 229:5,8 | 319:21 321:11 | **correspondence** | **cowden**   330:19 |
| 229:22 231:12 | 321:14 322:11 | 245:18 | 330:23 331:3,3 |
| 232:10,11,13 | 323:8 325:9,18 | **cosmetic**   151:1 | 331:7,10,14,24 |
| 233:3 236:22 | 327:22 330:19 | 151:4,15,19 | 334:3 338:21 |
| 238:8 239:3,5 | 330:25 331:15 | 164:13 212:9 | **cramer**   6:13,18 |
| 242:5,7,8,10,24 | 333:3 335:4,7 | 353:24 354:3 | 22:13 51:24,25 |
| 243:9,17,24 | 338:15,23 | **council**   2:16 | 59:4,17 60:18 |
| 248:7 251:18 | 339:5,15,22,25 | **counsel**   2:2,8 | 84:10 100:11 |
| 254:23 255:12 | 340:8,20 341:8 | 2:16 17:2,6 | 102:22 103:6 |
| 257:2,22 | 341:14 342:5 | 94:15 365:18 | 103:18 117:12 |
| 259:11 261:8 | 343:18 344:14 | **counseled** | 175:2,5,14,16 |
| 261:10,24 | 345:6,13,14 | 24:11 120:4 | 175:23 176:11 |
| 263:8,11,12 | 347:1,18 348:2 | **counseling**   80:8 | 176:19,21,23 |
| 264:3 267:10 | 348:16 351:5 | **counselor** | 177:1,15 |
| 269:18,21 | 351:20 352:12 | 20:12 24:8 | 186:14,15 |
| 271:18 272:24 | 352:13 353:12 | 43:16 44:1 | 187:12,14 |
| 273:5,15 274:2 | 354:17 355:14 | 46:16 293:11 | 245:11,19 |
| 274:11,21 | 355:22 356:3,6 | **counselors** | 246:4,6,19 |
| 275:14 277:3 | 358:5,6 359:4 | 339:10 | 247:13 263:10 |
| 277:11,12,14 | 359:14,19,20 | **count**   82:22 | **cramer's**   53:14 |
| 278:3,9,10 | 359:22,23 | 136:4,20 | 246:23 302:10 |
| 279:7,25 280:1 | 360:2,3,12,15 | **counter**   244:21 | **crc**   365:25 |
| 280:16 281:10 | 361:22 362:18 | **counterargu...** | **create**   309:7 |
| 283:23,24 | 362:21,25 | 344:25 | **created**   220:24 |
| 284:20 288:13 | 363:4,7,9 | **couple**   128:7 | 309:12 310:7 |
| 288:14 290:3,4 | **correctly**   54:24 | 219:24 311:7 | 310:13 |
| 290:8 292:22 | 92:16 156:16 | 361:18 | **creating**   309:11 |
| 294:9 299:17 | 157:10,11 | **course**   190:18 | **criteria**   38:1 |
| 299:22 301:2 | 158:19 163:18 | **court**   1:1 2:23 | 73:11 146:21 |
| 302:1,11 | 163:19,24 | 10:2,8 15:25 | 241:23 242:17 |
| 303:10,13 | 227:25 247:14 | 134:8 196:19 | 281:6 288:5 |

294:12 297:10
322:14 331:14
331:24
**critical**  173:25
268:19
**criticism**
345:10
**criticized**
117:15
**cross**  3:6
137:21 138:4
357:25
**crosses**  141:24
**crossing**  242:4
243:15
**crr**  365:25
**crucial**  279:17
279:23
**crystal**  330:16
**cs**  1:23
**culture**  5:19
195:1
**current**  11:21
227:2 252:4
259:2
**currently**
253:22 328:5
**curriculum**
3:15
**curry**  17:16
**customer**
270:19
**cv**  11:20,21
**cycle**  55:25
**cycles**  25:21,22
26:12 56:9

62:12
**cytokines**  77:2
77:6 90:13,14
186:23 260:4
266:4,17 267:9
267:17 268:15
268:18 270:14

## d

**d**  1:15 3:2 365:2
365:25
**dai**  4:8 75:11,16
75:19 76:17
**daily**  118:20
119:11,13
140:15 240:19
240:25
**damage**  172:11
233:10 262:8
**danger**  298:12
**daniel**  6:13,18
**darn**  290:15
**data**  4:23 8:8
22:11 23:9
30:10,12 31:23
32:3 35:11
38:14,19 41:23
43:6 45:9 63:14
63:19 66:23
100:5 102:4,16
102:21 108:6
108:10,17
109:3,23 119:5
122:6 146:13
148:10,24
179:15 190:5

193:24 200:9
204:10 222:18
223:5,20,23,25
224:7,16 227:2
227:19 228:11
228:13 253:17
254:12 256:14
265:20 267:13
275:1 286:4,11
286:15 287:12
287:23 297:2
304:24 307:13
320:14,18
323:11 327:8
331:17,23
332:9,9,10
348:23
**database**  228:9
**date**  1:15 15:21
17:25 64:22
74:19 107:7
267:13 296:18
296:22 327:1
362:14
**dated**  21:24
**dates**  16:16
**dawn**  17:16
**day**  15:14
108:17 115:21
130:20 161:4
167:19 169:15
171:15,15
261:23 287:11
360:4 362:3
364:6

**days**  21:17
33:12 143:6
173:1 254:2
324:13
**deadline**  15:14
**deal**  31:4 265:9
317:1
**dealing**  241:10
256:21
**deals**  82:8
211:21 265:8
**death**  68:14
308:15
**deaths**  69:3
70:25 71:12
**debate**  183:6
**decades**  118:20
161:5 228:5
**deceased**
329:10
**december**
245:14
**decent**  319:16
**decided**  193:11
**decision**  271:19
275:11,15
**declare**  287:19
**decreased**  7:11
62:3 308:5
**deeply**  137:9
**defendants**  2:8
160:22
**defense**  15:11
100:17 112:8
**defer**  120:8
178:8 200:7

**deficiency**
332:16,23
**defies** 187:23
188:2
**define** 68:17
151:3 289:11
**defined** 232:23
**defines** 64:1
140:13
**definite** 226:4
**definitely** 30:15
85:2 175:5,20
229:1 252:25
318:2
**definition**
37:24 151:1,7,9
324:12,17
**definitive**
226:11,12,20
**degree** 41:2
43:19,21,22,24
44:2,3,9,18,19
45:1,3,11,13,14
45:19 66:12,13
228:4 318:21
319:8,13,16,25
320:1,6 321:2
321:18,21
323:7,11
326:16 330:3,6
334:15 336:10
354:24 361:25
**deleted** 24:1
326:11
**deleterious**
149:9 326:13

327:11
**demand** 297:13
**demographic**
315:18
**demonstrate**
160:15 196:25
**demonstrated**
52:5 246:16
247:2,2
**demonstrates**
165:21
**demonstrating**
341:20
**denominators**
285:1
**departs** 247:14
**depended** 78:20
**dependent**
80:20 291:2,18
292:13
**depending**
328:7
**depends** 34:18
45:18,21 55:12
64:1 80:5,7
119:12 137:6,7
140:13 198:11
282:15 285:5
291:2 292:13
294:5 313:24
**depo** 209:23
337:6
**deposed** 10:18
**deposited** 167:9
167:12 168:4
168:18,21

174:11
**depositing**
161:23
**deposition** 1:12
3:12,18 4:3 5:3
6:3 7:3 8:3 9:3
10:15 14:17
20:8,19 89:1
116:2 136:9
156:1 180:14
275:18 337:9
337:18 364:9
**depositions**
18:20 160:22
209:21 254:7
254:14
**derive** 102:10
348:9
**dermal** 212:11
**describe** 52:24
77:23 305:10
**describes** 53:5
351:7
**description**
260:6 270:23
334:22
**design** 42:19
56:7 137:10
216:11 222:14
285:20 295:16
**designated**
275:19,21,23
358:13
**designation**
356:2

**designs** 228:19
229:15 278:16
283:18 285:13
285:24 288:3
**despite** 229:13
239:22
**detail** 93:11
137:12 139:12
294:11 305:16
**details** 75:14
77:4 317:17
**detect** 299:8
**detectable**
354:4
**detected** 317:16
**detecting** 272:2
**determination**
166:12
**determine**
98:16 189:1
**determined**
54:22 99:20
215:19 227:2
**determining**
99:6
**develop** 30:15
110:16,24
290:2,5 335:20
**developed**
98:16 311:3
**developing** 35:3
293:20
**development**
7:14 27:10,21
27:24 28:3,9
29:21,22 30:13

**[development - discounted]**                                      Page 26

30:24 32:17
35:19 36:2,9
54:25 67:9 76:4
76:13 77:14
78:3,4,15 87:22
88:7 92:14
195:8 227:19
265:11,15
270:19 293:16
297:22 327:13
333:8 336:3
**develops**   31:9
33:10 129:7
**deviations**
329:4
**devoted**   260:18
**diagnose**
331:24
**diagnosed**
24:12 56:1
129:11 130:4
131:1 215:7
328:19 329:9
335:3 336:21
336:25 339:13
344:18
**diagnosis**   7:10
130:21 215:11
312:2 319:12
319:17,19
320:7 322:17
331:14 338:25
**diagram**   267:4
273:7,9,11,14
282:3 310:5,6

**diaphragm**
118:19,25
119:11,13,17
119:19,22,25
120:5,12 121:7
121:12
**diaphragms**
118:9,12,14
122:7
**diet**   292:3
**differ**   61:2
**difference**
91:18 280:4,4
280:13,20
297:2
**differences**
54:20 299:15
**different**   27:22
29:22 31:11,14
54:18 108:15
116:23 141:16
162:12,18,22
195:15 200:2,3
204:9 211:19
228:6,19 235:8
237:20 239:19
244:22 245:1
290:7,10
343:12 348:17
348:24
**differential**
338:24
**differentiation**
90:22
**differently**
91:20 171:14

**differs**   201:18
**difficult**   298:16
**difficulty**
294:17
**direct**   3:5 10:12
184:19 217:14
217:16,22
235:2 344:9
356:10
**direction**
162:13,19,23
**directly**   58:1
172:21 192:7
217:18 233:7
262:7 314:17
**director**   263:17
**disagree**   23:1,3
31:5 46:21
47:20 49:15
67:18 68:10,12
83:17,19 86:13
86:23 87:24
89:14 91:11
95:22 101:10
101:14,16
102:20 143:19
151:8 162:14
162:16 163:20
164:4,8 172:18
174:3 184:23
191:1,7 209:4
210:21 211:7
219:22 222:2
222:20 223:1,2
225:18 226:5
227:4 228:1,2

228:15,16,18
229:17,18
238:2,5 239:11
239:13,15,25
240:1,7 241:19
242:10 244:9
244:11 249:23
251:2,3 253:7
253:22 254:23
258:23 272:13
273:9 274:19
274:24 285:3
286:13 287:8,9
287:14,17
298:8 301:16
302:3,24 303:9
**disagreed**
274:10
**disagreeing**
163:21 298:23
**disagreement**
101:18,20
**disagrees**   95:7
114:23 115:16
143:5 163:23
163:25
**disallowing**
259:16
**disclosed**   15:23
16:1,3 120:23
121:2
**discount**
336:16
**discounted**
80:18,21
241:17 319:4

[discrepancies - dr]                                                          Page 27

**discrepancies**
  146:22 284:5
**discrepancy**
  22:21
**discuss**  22:19
  24:7,17,23
  25:18 33:7 51:6
  53:21 54:1,4
  57:2 75:8 94:11
  106:5 118:2
  153:21 204:11
  280:7 325:8
  336:24 344:3
  352:10 362:16
  362:18
**discussed**  18:20
  105:22 136:24
  202:6 218:22
  232:12 248:1
  259:10,13
  333:1 341:13
  342:11 344:17
**discusses**  90:9
  94:18 304:22
**discussing**
  132:3 261:23
  317:15
**discussion**
  87:20 88:1,3,5
  93:12 94:13
  120:10 156:8
  162:17,21
  199:16,20
  209:3 211:13
  220:3 232:6,8
  232:15,20

248:6 264:25
266:14 276:25
294:9 295:14
296:10 298:21
302:25 309:23
342:15 359:25
362:17 363:2
**discussions**
  199:17 254:3,8
  328:11
**disease**  24:15
  24:18 38:23
  69:11 89:19,24
  90:7 92:10,21
  107:19 236:10
  237:6,15,20
  253:17 258:13
  262:19 281:21
  282:1 289:3,10
  290:21,23
  292:8 293:10
  293:22,24
  318:4 321:1
  333:18 355:6
  358:22 363:3
**diseases**  116:12
  165:9
**disingenuous**
  301:21
**dismissal**
  279:17,22
**dismissed**  298:5
**dismissing**
  144:1
**disregarded**
  80:23 81:2,12

**disruption**
  107:17 258:9
**dissimilar**
  275:25
**dissolution**
  190:20
**distant**  44:24
  336:21
**distributions**
  54:18
**district**  1:1,1
**division**  1:21
  62:22 64:24
  186:22 233:10
  260:2 263:18
  266:5,23
  270:16
**dna**  186:22
  197:8 217:19
  217:20 233:10
  260:2 262:8
  306:3,6,12
**doctor**  106:20
**doctors**  239:15
  254:5,14
**document**
  14:18 23:25
  130:3 135:7
  210:6 211:1
  219:17 221:3
  222:24 353:10
  357:2,7,8
**documented**
  337:1
**documents**
  12:17,19,23

42:6,8,9
**doing**  62:13
  98:8 130:15
  159:3 204:15
  249:24
**dose**  194:3
  228:20 252:22
  253:1,6
**dots**  169:24
**doubtful**
  119:15
**douching**  71:25
  253:15
**dozens**  73:3
**dr**  3:22 10:14
  11:20 13:9 21:5
  21:18 22:8,13
  22:15,20,23
  39:25 40:3
  51:24,25 53:14
  58:19,22,24
  59:1,2,4,6,8,16
  59:16,17,17,17
  59:17 60:17,18
  60:18,18,18,19
  71:6 72:15 74:4
  75:3,7 84:4,4,6
  84:8,10,12,14
  84:16 93:17,20
  93:24 94:3
  96:19 100:7,11
  100:12 102:22
  103:6,18 106:6
  106:17,18,18
  106:19,19,20
  106:20 148:5

**[dr - effort]**

Page 28

159:9 160:1,2
160:21,23,24
175:14 176:2
179:13 181:18
183:5 216:12
216:14 230:21
236:19,19,20
238:20,21,22
238:22,23
239:2 241:12
241:13,14
242:9 243:23
243:24,24
245:19 246:6
246:19,23
247:13 252:14
255:9 256:22
257:1,4 258:15
260:6,16
261:11 263:23
264:2 277:2
283:3,5,13,25
284:22 285:3
285:22 286:5
286:13 288:15
290:25 291:4
291:20 294:8
297:23 298:8
298:23,24
299:20 300:10
300:17 301:16
302:3,10,24
303:9 309:8,19
309:25 316:25
339:20 358:2
364:5

**draft**   221:11,16
222:22
**draw**   43:18
194:1
**drawn**   220:7
**driven**   53:16,20
103:2
**drivers**   232:16
**drph**   7:23 8:5
**drugs**   32:1
**dryness**   130:21
**duces**   3:18
**due**   47:13 117:5
132:15 156:9
157:6 194:7
227:12 298:6
301:10 311:15
312:11,17,21
313:7,12,14,16
314:19 325:4,5
344:8
**duel**   275:21
**duke**   84:12
85:19
**duly**   10:10
365:8
**duration**   61:25
65:14 240:21
**dust**   119:22
121:12 122:1
130:20 214:7
344:9
**dusted**   118:8
121:18
**dusting**   118:20
121:25 122:6,7

122:10,15,18
162:1,6 172:13
226:17 346:6
**dusts**   5:24
**dyes**   163:13
**dysfunction**
308:6

**e**

**e**   3:2,10,24 4:1
5:1 6:1 7:1 8:1
9:1 21:17,20
22:7 58:9 231:2
231:14,19
365:1,1
**e.g.**   300:2
**earlier**   32:20
89:1 93:2 96:23
106:21,25
115:6 218:2
230:4 232:13
242:21 243:7
243:11 264:17
266:18 268:7
289:25 323:12
325:1 329:4,14
335:14 342:11
342:16 345:20
349:14
**earliest**   302:22
**early**   326:19
**earth**   353:25
**easier**   29:7
33:12 89:17
**easily**   163:14
164:11

**easy**   287:19
**echoed**   153:18
**edited**   263:16
**editorial**   46:18
46:18 245:24
246:6 247:15
252:8,15 279:6
282:19
**editorializing**
113:9 115:20
**edt**   1:15 364:10
**educated**   24:11
**effect**   5:18 55:3
55:6 71:15
118:8 130:10
195:4 222:19
222:22 223:6
223:20 224:8
225:13,15
227:3,8 239:24
240:3,5,8 242:5
251:14 254:21
280:13 282:6
287:4 294:23
295:5 296:23
**effects**   4:9 5:21
117:24 123:15
130:12 193:22
194:8 278:16
279:17,23
287:2,5 291:16
**efficiency**
284:25
**efficient**   11:9
**effort**   293:20

[eight - epithelial]

| | | | |
|---|---|---|---|
| **eight** 101:4 102:3 | **employed** 135:14,15 | **enhance** 77:14 | 154:13 175:10 204:10 266:13 |
| **either** 57:25 59:23 124:9,10 138:16 162:12 162:19,23 195:3 231:17 290:22 299:7 310:18 326:12 333:22 337:5 | **employee** 365:16,17 | **enhances** 90:23 | 275:1 294:20 |
| | **encompasses** 12:15 | **enhancing** 256:18 | 295:6 310:21 |
| | **endocrinology** 82:19 | **ensuring** 151:18 | 316:13 |
| | **endometrioid** 29:17 30:16 56:21 131:24 335:2 | **entails** 258:9 | **epidemiologi...** 175:8,12 |
| | | **enter** 164:9 | 176:25 226:25 |
| | | **enters** 244:13 | 228:5 259:7,10 |
| | | **entire** 50:8 | 266:9 |
| **elective** 4:16 | | 116:2 149:24 | **epidemiologist** |
| **electron** 5:16 | **endometriosis** 4:10 29:16,19 30:13,15,20,25 88:17,20,24 89:4,12,18,21 89:24 90:6,11 91:5 92:2,9,21 93:6 94:21 95:13 101:8 102:17 104:25 107:18 258:12 262:19 268:12 292:17,17 317:25 318:5 318:10,13 320:13 322:5 323:21 | 183:1 229:1 | 47:1 142:19 |
| **electronically** 161:17 | | 260:18 357:7 | 257:7 285:22 |
| **elevated** 52:25 53:8 | | **entirely** 65:14 | 310:24 |
| **eliminate** 311:21,24 | | **entities** 324:16 | **epidemiologi...** 143:19 238:25 |
| **eliminated** 143:15 | | **entitled** 18:13 18:21 201:8 | 279:11 284:23 |
| **eliminates** 242:17 | | **entity** 7:17 | 296:5 |
| **elucidate** 195:13 | | **environment** 195:11 | **epidemiology** 8:4 23:20 29:25 |
| **elucidated** 77:17 78:7 | | **environmental** 9:9 151:22 211:18 212:3 216:2 272:10 293:24 315:16 345:21 361:8 | 37:5 206:15,18 206:20 239:3 257:12 263:18 288:17 309:14 310:23 311:8 |
| **elucidation** 344:7 | | | **epigenetic** 218:16 266:6 |
| **embedded** 235:19 | | **eoc** 61:24 78:1 78:6 265:17 | 266:21 270:16 |
| **emi** 5:22 196:17 196:22 | **endometriotic** 90:12 | **epa** 305:14 356:5 | 306:18,25 307:2 |
| **emphasis** 86:13 258:23,24 | **endometrium** 302:7 | **epi** 42:5,11 333:12 | **epigenomic** 5:21 197:6 |
| **empirical** 241:5 | **ends** 135:6 | **epidemiologic** 6:22 102:4,16 102:21 114:3 119:5 122:6 | **epithelial** 4:7 7:15 56:5 62:22 64:24 77:16 107:17 126:16 |
| | **england** 143:14 | | |

**[epithelial - evidence]**                                                Page 30

| | | | |
|---|---|---|---|
| 136:13 194:24 196:5 233:6 262:15 265:12 265:16 266:2 274:18 | **establish** 248:10 249:11 249:14,15 | **et** 4:5,8,10,17 4:21,24 5:5,11 5:13,17,20,22 6:7,10,15,21,23 | **everyday** 226:16 |

    136:13 194:24
    196:5 233:6
    262:15 265:12
    265:16 266:2
    274:18
**epithelium** 7:8
    51:11,15 53:6
    257:25 258:7
    258:10 259:19
    260:24 302:21
**eppies** 13:13
**equal** 316:4
**equals** 235:25
    251:14
**equated** 242:13
**equivalent** 28:3
    82:17
**equivalently**
    280:21
**erionite** 217:17
**erroneous**
    267:18,21
**error** 295:15,15
    312:25
**especially**
    29:17 45:17
    61:25 65:6
    93:17 115:6
    158:14 165:9
    193:15 197:24
    229:19 253:12
    256:8 330:11
    356:12
**esquire** 2:3,4,9
    2:17

**establish**
    248:10 249:11
    249:14,15
**established**
    26:4 27:2 30:4
    30:18 63:18
    83:8,13,18,22
    84:19 85:4,21
    86:14 87:6,10
    97:8,13,20,22
    103:20 105:10
    105:20 158:4
    190:25 191:9
    210:21 260:5
    342:2
**estimate** 20:18
    69:18 72:7
    251:15 281:15
    282:6 316:7
**estimated** 69:2
    347:20
**estimates** 69:20
    69:25 70:5,19
    70:23 71:15
    72:1 78:24
    118:8 144:12
    246:12 252:16
    254:21 278:6
    288:3 358:14
**estradiol** 194:3
    194:5 195:3,5
    195:19
**estrogen** 27:1,4
    27:6,7,17 29:15
    195:11 197:8
    350:15

**et** 4:5,8,10,17
    4:21,24 5:5,11
    5:13,17,20,22
    6:7,10,15,21,23
    7:9,12,15,17,21
    8:5,9,16,19,21
    8:23 9:5 72:21
    73:2 81:16
    117:12 175:2
    176:19 213:5
    215:9 253:4
    254:19 307:12
    335:24 343:13
    355:22
**ethnicity** 99:18
    101:5
**etiology** 269:24
    270:9
**etiopathogen...**
    7:16 271:5
**europe** 347:21
**evaluate** 194:7
    334:7
**evaluated** 7:19
    131:21 169:13
    338:7
**evaluating**
    116:11 310:25
**evaluation**
    211:3 305:13
    334:6
**event** 129:10
**eventually** 48:9
    49:3
**everybody**
    241:8

**everyday**
    226:16
**evidence** 8:18
    24:25 30:8 41:1
    41:4 42:3 55:2
    62:3 65:17 67:1
    77:9 107:10
    109:20 112:23
    113:2 119:4,5
    126:14,18,21
    126:22,25
    127:3,6,8 131:5
    131:6 148:20
    148:25 149:1
    149:19 151:11
    153:16 154:14
    157:14 160:10
    162:11,18,21
    168:20 173:23
    177:17 200:18
    201:24 211:4
    227:1 239:24
    240:2,8 241:6
    242:14 250:10
    264:10 265:18
    281:5 285:23
    294:13,19
    297:3 298:19
    301:22,25
    303:3 306:5,11
    306:14,19,24
    307:3 308:3,5
    312:5 313:23
    317:22 320:20
    325:22 330:19
    338:1 340:7,16

[evidence - experts]                                        Page 31

344:1,7,25
345:22 346:4
349:12 350:11
350:18 351:2
351:12,21
352:1,2,3,3,18
360:10,18,23
361:1,6
**evidenced**
190:19
**evolved**   326:21
**evolves**   326:14
**exacerbated**
254:25
**exact**   26:21
36:16,19
103:16 125:6
150:2 152:4
184:15,16,18
**exactly**   54:7
72:5 139:3
146:16 183:4
202:5 281:1
338:24
**exaggerating**
256:18
**exam**   167:1
168:9,11
**examination**
3:5,6,7 10:12
172:1 173:2
357:25 363:17
365:10
**examine**   165:19
216:8 342:12
358:4

**examined**   215:9
215:14
**examining**   8:18
**example**   13:17
34:17 95:3
123:19 174:1
176:7,8 212:9
254:6 274:6
289:13,14
293:25
**examples**
103:22
**exams**   123:21
**except**   271:5
**excerpt**   222:1
**excerpts**   203:11
203:14
**excessive**
270:17
**exchange**   21:17
21:21 22:7
**excision**   260:2
**exclude**   299:9
**excluded**   99:8
**exclusively**
268:2
**excuse**   33:23
180:17 183:18
200:16 361:11
**executive**   2:18
**exhibit**   3:13,15
3:16,18,20,21
3:22,24 4:4,6,9
4:11,15,18,22
5:4,6,9,12,14
5:18,21,23 6:4

6:6,8,11,14,16
6:19,22 7:4,7
7:10,13,16,18
7:20,22 8:4,6,7
8:10,12,15,17
8:20,22 9:4,6,8
9:9 11:11,13,17
11:19 14:13,14
14:15,17 15:16
15:19 16:6,8,19
21:11,13,20,22
26:6 58:3,5
75:20,21 79:8,9
97:24,25
100:22,23
103:24,25
106:3 134:6
157:2 161:13
161:14 166:17
166:18 188:14
188:15 193:6,7
196:17,20
202:19 219:12
219:15 229:24
229:25 230:20
238:16 243:2,3
245:15,16
248:3 252:11
252:12 255:15
256:24 261:17
261:18 264:19
264:20 269:11
269:12 276:9
276:11,12
278:22,23
282:22,24

288:19,20
296:8,11
304:18 308:25
309:1 310:4,6
323:15,17
340:3,4 343:21
347:9 349:2
350:3 352:25
353:1,19 355:3
**exhibits**   3:12
4:3 5:3 6:3 7:3
8:3 9:3 11:9
**exists**   184:18,19
**expect**   31:25
44:12 162:5
298:7
**expert**   3:13
11:13 12:25
13:8,11,19 14:1
15:10,11 16:24
21:1,6,7 22:3
23:11 60:6
100:17 103:7
110:14,21
112:10 134:23
135:8,23
170:13 171:8
201:5 204:8
220:24 221:1,8
221:20,21
223:12 257:21
283:5,9,13,15
**expertise**
201:15
**experts**   15:11
21:8 41:3 61:25

**[experts - factors]**                                                        Page 32

| | | | |
|---|---|---|---|
| 69:21,23 70:3 | 192:8 194:21 | **expressed**  86:4 | 278:17 292:3 |
| 70:14 84:25 | 195:5,10,18 | 247:14 252:6 | 296:4 298:6 |
| 85:6,25 86:4 | 202:7 210:20 | **expression** | 303:24 315:1 |
| 134:21 220:14 | 211:18,19,22 | 194:6 195:7,21 | 320:4 329:15 |
| 223:12 224:21 | 212:3,5,5,7,10 | **extensive**  358:2 | 333:7 344:4,23 |
| 225:4 259:4,9 | 212:13,14,19 | **extent**  19:2 | 352:16 |
| 275:21 276:2 | 213:8 219:3 | 235:18 241:9 | **factor**  24:24 |
| 333:21 | 222:7,10 | 275:24 308:9 | 27:2,6 28:16 |
| **explain**  65:15 | 227:12 228:10 | 308:22 358:5 | 29:17 43:10 |
| 110:17 124:3,9 | 229:16 251:16 | **exterior**  166:4 | 48:19 50:22 |
| 124:11,22,23 | 253:25 255:2 | **external**  161:25 | 55:8 57:3,8,12 |
| 125:21 128:2 | 258:2 267:5,13 | 166:5 | 61:24 62:2 |
| 167:11 190:13 | 267:14 268:12 | **extra**  12:14 | 63:18 66:24 |
| 259:22 294:6 | 268:14,23 | 58:8 67:14,16 | 74:15 75:8,25 |
| **explained**  284:6 | 270:12,17 | 68:13 128:11 | 76:3,9 81:25 |
| 284:14 326:25 | 272:20 273:4 | 156:14 161:16 | 83:18,22,25 |
| 343:2 | 294:21 311:16 | 309:3 | 85:1,4 86:14 |
| **explanation** | 311:19 315:20 | **extremely** | 87:7,11 97:8,14 |
| 126:8 177:1 | 340:12,18 | 176:13 181:10 | 97:21 99:24 |
| 250:14,16,17 | 341:23 344:8,9 | 181:12 | 101:3,11,12 |
| 260:17 | 344:12 345:13 | **extruded** | 104:15 144:6 |
| **explicit**  81:9 | 345:21,22,24 | 258:10 | 149:14 263:8 |
| **explicitly** | 346:5,5 348:14 | **eyes**  351:1 | 263:11 264:3 |
| 220:12 225:3 | 348:16,19 | **f** | 268:19 272:12 |
| **explore**  110:2 | 349:6,13,17 | | 272:16 274:7 |
| 199:10 | 353:4,4 354:15 | **f**  4:17 5:11 8:21 | 291:3 292:19 |
| **exposed**  124:17 | 356:25 | 365:1 | 313:14,17 |
| 227:15 244:5 | **exposures**  9:4 | **face**  337:19 | 320:19 327:20 |
| 266:2 341:6 | 107:18 117:6 | **facilitate** | 333:8 357:1 |
| **exposure**  8:11 | 129:6 253:16 | 178:15 | 359:12 |
| 8:15,20,22 53:9 | 262:18 292:4 | **facilitators**  4:7 | **factors**  4:9,20 |
| 69:12 116:24 | 300:15,25 | **fact**  117:12 | 7:7 25:2,3,4,7 |
| 117:4,5 118:19 | 345:17 350:6 | 119:6 150:21 | 25:13,18 26:7 |
| 129:2 134:12 | 350:20 | 150:23 174:15 | 28:7 29:1 30:2 |
| 134:17 135:19 | **express**  331:19 | 195:24 215:8 | 30:5,20,21,22 |
| 146:14,19 | | 242:15 257:10 | 30:25 35:17 |

**[factors - fertility]**                                                    Page 33

38:23 47:14
50:10 54:14,20
66:5,13 67:8
76:2 83:9,14
85:22 86:22
98:24 99:2,10
99:16 101:17
102:3,12,13,16
103:20 104:11
104:20,23
105:4,10,20
107:13,16
109:21 149:7
242:15 249:16
250:11 257:24
258:4,20 262:3
262:6 266:5
267:9,18
268:16 269:24
270:8,15 272:9
272:10 282:15
288:9 289:23
289:25 292:5,6
292:15 293:9
293:13,14
301:14 312:12
312:18 314:15
315:18,18,19
320:14 327:12
327:14,17
333:6,13,15,17
352:12 361:2,7
**facts**   121:21
149:15,18
151:11 200:17
201:24 313:23

344:1
**fail**   240:20
**fair**   156:3
301:11 360:19
360:20
**fairly**   361:14
361:19
**fairness**   99:8
**fall**   280:6,15
**fallaciously**
287:3
**fallopian**   5:6
24:13 162:10
167:8 173:1
192:10 233:6
235:3 248:15
249:20 272:24
272:25 273:15
273:21 274:18
302:8,20,21
**false**   282:4
**falsely**   287:20
**familial**   25:4
315:18 320:12
321:5 325:3,5
337:23 361:8
361:21
**familiar**   75:12
79:12 109:12
119:18 238:21
238:22 245:11
263:13,15
278:25 279:10
295:21 296:13
349:25 352:6

**families**   322:21
326:2 328:4
331:3,5,8
332:17,18
338:5
**family**   24:15,18
24:22 25:15
26:10 29:14
43:8,10,13,17
43:18 44:11,14
44:15,23 45:15
45:19 46:11
47:13 48:8,18
49:2 50:9,23
93:3 99:17
104:25 149:7
317:17 319:1
319:18 322:14
322:19,23
323:3,4,6
324:22 325:1,2
326:18,20
328:1,3 329:5
329:12,18,20
329:21,24
330:23 331:18
331:20 332:2,8
334:18,19
336:18,23
338:3,10,18
339:2
**far**   77:17 78:7
103:17 173:12
207:24 258:16
260:7 281:23
320:14,18

322:14
**fashion**   174:9
**faster**   138:15
**fatal**   253:16
**father**   44:13
**faulty**   87:8
216:4,8
**fda**   42:8 184:3
184:9,23
185:16 186:9
**february**   9:7
**fed**   57:10
**feeding**   62:2,21
99:19 101:7
**feel**   27:14 41:23
42:2 62:10
63:19 68:11
86:22 91:16
96:5 115:5
139:4 166:14
185:17 187:6
194:13 198:11
201:9 209:4
210:13,22
234:8 239:14
240:4 250:5
319:15 361:21
**feels**   179:16,19
**felt**   80:20 118:9
215:13
**female**   5:12
82:9 162:9,20
162:23 178:9
**fertility**   81:17
81:18 82:18

**[fiber - flowchart]**                                              Page 34

**fiber** 200:14
201:17 206:13
**fibers** 202:25
203:23,25
204:9 205:9
206:14 207:4,6
207:17,21,22
208:7,19 209:8
209:13,15
212:25 213:4,4
213:10 214:1,7
217:9,15,17,21
218:12 341:2,4
341:16,22,25
348:1,8
**fibres** 5:24
205:6
**fibroids** 71:24
**fibrous** 199:25
212:19
**field** 47:5 296:5
**fifth** 195:17
**figure** 122:20
218:9 224:13
230:25 267:5
267:12 268:9
272:19 273:2
273:24
**figures** 230:22
298:5
**file** 18:19
**fill** 50:11
**filled** 310:19
**fimbriae**
268:11,14

**final** 157:13
285:12,15
294:12 308:14
**financially**
365:19
**find** 13:3 32:13
33:5,7,11 34:9
60:20 87:2
102:5 118:16
129:23 131:7
131:18 161:18
168:3 170:1
175:21 176:7,8
177:5,6 179:11
180:1,10,12,16
182:8 187:6
226:6 300:18
327:3 336:7
360:17 361:5
**finding** 95:13
132:19 144:25
145:2 247:18
336:4
**findings** 22:20
23:23 41:16
42:20 79:18
80:2,13 81:5,11
95:2,23 144:8
173:5 190:12
192:4 195:9
197:10,22
250:24 252:2
287:3 330:21
331:4 341:19
349:16

**finds** 7:4 138:3
**fine** 11:25 29:9
36:21 49:19
61:19 75:1 96:2
99:14 140:20
245:9 334:22
346:3
**fingertips**
75:14
**finish** 59:21
**finished** 59:19
79:4 147:3
342:24 363:14
**finishing**
157:21
**firm** 17:2,5
**first** 10:10
16:22 17:25
18:7 24:10
43:19 45:11
50:12,21 53:4
65:6 67:18,25
68:2 79:21
83:12 96:21
98:6 99:3 102:1
108:19 116:20
117:16 124:4
131:14,20
146:18,24
157:5 161:11
162:8,21
172:10 186:15
190:23 192:2
192:23 203:9
209:2 210:7
215:4 226:22

230:7,11
238:20 241:4
241:11 243:21
244:1 246:22
247:5 248:9
254:17 256:22
258:5,18
271:14 272:17
284:4 289:22
292:2 295:13
296:17 299:11
299:11 300:23
312:12 317:15
323:7 340:11
340:23 349:20
355:24 358:24
**fit** 156:12 157:9
**fits** 302:18
**five** 5:16 56:19
67:10,13 97:11
133:25 202:24
287:18
**flawed** 23:5
39:24 40:11,13
40:16 41:3 86:2
87:8,12 216:5,8
251:8
**flaws** 114:22
148:10 307:13
**flip** 29:8
**florida** 1:14,19
2:1,22 365:5
**flow** 187:4
310:4,6
**flowchart** 8:10
308:24 310:13

**[flowchart - form]**                                                                    Page 35

| | | | |
|---|---|---|---|
| 316:1 | 174:12 347:4 | 86:7 88:22 | 169:20 170:4 |
| **flows** 186:19 | 347:12 | 89:15,25 91:13 | 172:19 173:7 |
| 187:7,17 188:5 | **foregoing** | 92:5,22 93:10 | 173:13 174:5 |
| **fluids** 163:13 | 365:12 | 94:6 95:9 96:11 | 175:9,17 176:5 |
| **foci** 90:12 | **foreign** 156:10 | 96:23 97:17 | 176:12 177:2 |
| **focus** 93:14 | 157:6 172:12 | 100:1 103:3,8 | 178:5 179:7,20 |
| 199:3,18,23 | 191:10,12 | 103:15 107:3 | 180:13,19,21 |
| 206:14 240:23 | **forget** 77:4 | 109:2,8 111:6 | 182:25 183:16 |
| **focused** 140:10 | **forgetting** | 111:14,19,24 | 183:18 184:14 |
| 200:4 | 118:24 | 112:6,21 113:3 | 185:3 186:10 |
| **focusing** 220:25 | **form** 18:4,9 | 114:25 118:21 | 187:25 188:3 |
| **fog** 287:13 | 19:11,17 23:8 | 119:23 120:14 | 189:5 192:17 |
| **folding** 130:21 | 25:1,9,16 26:13 | 120:24 122:24 | 196:9 197:13 |
| **follicle** 51:13 | 26:20 27:12,19 | 123:4,6,16,22 | 198:18 199:9 |
| 258:10 | 28:1,5,12,21 | 124:25 126:2 | 199:21 200:6 |
| **follicles** 53:10 | 29:24 30:23 | 128:6,21 | 200:14,17 |
| **follow** 110:25 | 31:1,6,13 32:8 | 129:16 130:8 | 201:3,23 202:9 |
| 111:1 116:17 | 32:18 33:4 35:7 | 131:2,9 134:14 | 202:25 204:4 |
| 117:6 133:6 | 36:3,14 37:2,15 | 134:19 135:1 | 204:18 205:8,9 |
| 359:13 | 39:3,5,14 40:2 | 137:5 139:6 | 206:19,23 |
| **followed** | 40:12,18 41:21 | 140:6,16 141:7 | 207:2 208:9,21 |
| 258:11 283:19 | 42:17,24 43:4 | 141:25 142:10 | 209:10 210:2 |
| 285:25 | 44:21 45:4 46:4 | 143:12,17,23 | 212:17 213:2 |
| **following** 40:14 | 47:21 48:13,21 | 143:24 144:2,7 | 214:3 215:25 |
| 40:19 60:15 | 49:17,25 51:4 | 145:14 147:12 | 216:24 217:3 |
| 158:15 167:19 | 52:6,13,17 53:3 | 147:18 148:2 | 218:25 221:23 |
| 169:15 190:10 | 53:11,18 55:9 | 148:14 150:1,6 | 222:23 223:8 |
| 221:11 255:19 | 59:13 60:22,24 | 150:9,16,22 | 223:16 224:3 |
| 273:2 293:1 | 63:5,16,24 | 151:10,21 | 224:12,15,18 |
| 362:17 | 65:23 66:17 | 152:3 153:3 | 224:24 225:9 |
| **follows** 10:11 | 67:21 68:15 | 154:5,16,21 | 233:15,24 |
| **font** 265:5,6 | 69:5,9 72:9 | 155:5,19 163:4 | 234:7,16 236:5 |
| **force** 167:10,13 | 73:6,12,23 80:4 | 163:17,23 | 237:2 238:10 |
| 167:13,21,23 | 80:19,24 81:8 | 164:21 165:2 | 239:4 241:1 |
| 167:25 168:5 | 81:22 82:12 | 165:17 166:9 | 242:11 244:10 |
| 168:12,15 | 84:20 85:9,16 | 168:1,13 | 244:23 245:8 |

**[form - future]**                                                    Page 36

246:20 249:3
250:3,18
252:23 258:17
259:3,12
260:10 261:2
264:5,14
266:11 267:11
268:6 269:1,6
270:1,25
272:14 273:1
273:16 281:3
281:19 282:12
284:12 285:18
286:16 287:16
288:1 289:7
290:9 291:1
292:12 294:19
295:2 297:7,16
298:18,25
302:12 303:1
303:21 304:6
304:13 305:25
306:8,22,23
308:1,8,21
311:4,20,22
312:7,23 313:9
313:22 314:7
314:20 315:13
321:24 323:24
333:10 339:8
342:8 343:25
345:7,25
346:18 348:22
350:24 351:10
352:8 354:1,12
355:11,23

357:12
**forms**  194:25
  196:13 211:5
  340:15 350:15
**fornix**  161:24
**forth**  181:1
  269:2,4 358:3
  359:18 361:14
  361:19 362:6
  362:24
**forum**  4:13
**forward**  46:25
  113:11
**found**  21:2
  46:10 55:24
  68:4 101:4
  115:10 124:12
  124:20 127:14
  133:1,5 137:13
  140:22 141:14
  142:7 189:9,15
  189:18 194:23
  203:24 207:5
  207:21 218:23
  226:7,7 256:2
  346:24 347:17
  348:1,8 351:4
  354:14 361:5
**foundation**
  120:15 121:20
  122:4,24 123:6
  123:16,23
  125:1 126:1
  135:2 147:16
  147:20 148:3
  148:15 161:2

261:2 325:14
**founder**  325:14
**four**  138:24
  140:10,11
  149:4 173:1
  187:8,13
  202:24 246:15
  247:1
**fourth**  195:17
**fpr**  365:25
**fraction**  293:21
**fractions**  292:1
**frame**  104:8
**framed**  294:23
**framework**
  310:20,23
  311:9
**frances**  100:12
  100:12
**free**  139:4
  201:9 210:13
  217:18 354:4
**frequency**
  118:23 240:21
**frequent**  4:22
  107:10 139:21
  139:23 140:2,5
  140:11,13
  145:13 230:10
  230:24 231:3
  231:19 232:1
**frequently**  81:4
  170:12 171:7
  225:22 256:7
**front**  11:20
  35:8,10 36:5,10

48:16 73:9 98:4
  160:8 187:12
  312:8 318:17
  337:19 343:5
  347:6
**full**  44:15 102:1
  190:13 192:2
  192:23 241:11
  288:6 300:23
  325:11
**fully**  343:2
**function**  33:13
  33:19 65:7
  196:7
**functions**  77:11
  194:21 195:12
**fundamental**
  23:4 216:10
  358:18
**funded**  120:20
  135:13,13
**further**  18:23
  44:14 65:5
  77:14 109:25
  145:16 158:1
  195:13 281:12
  295:14 300:14
  344:6 346:13
  359:17 364:2
  365:9,15
**furthermore**
  228:10 270:20
**furthers**  43:23
**future**  158:1
  327:3

[gain - gloves]                                                                Page 37

**g**

**gain**  284:25
**gamma**  350:19
**gases**  163:13
**gates**  114:11
  133:7 146:7
  359:13
**gauze**  172:13
**gene**  46:10
  195:20 318:2
  318:25 320:21
  327:22 330:12
  330:13 331:13
  335:10 336:6
  336:11 338:7,7
**general**  44:23
  70:18 80:8 90:3
  173:24 212:5,7
  212:10 217:8
  260:15
**generally**  80:17
  313:20 316:12
**generate**
  217:18 218:14
**generating**
  268:16
**generation**
  190:16 356:11
**generations**
  280:10 324:22
**generic**  271:11
  271:22
**genes**  149:10
  195:8 325:21
  326:1 327:3

**genetic**  4:20
  20:12 24:8,18
  24:22 25:4,14
  30:20 43:8,11
  43:16 44:1 46:1
  46:3,7,16 47:7
  47:14 48:6,18
  50:24 99:9,10
  262:20 266:6
  270:16 292:6
  293:11,24,25
  315:18 320:12
  321:3,13,22
  322:11 325:4
  325:11 327:17
  327:21 331:17
  332:9,9 333:5,9
  333:17 338:22
  339:4,10 361:8
  361:22
**geneticist**  334:6
**genetics**  26:11
  45:22 50:10
  263:18 294:6
  325:19 328:18
  332:11,14
**genital**  5:13 6:6
  6:9,12,14 7:4
  91:4 94:20
  95:12 99:16
  136:9 150:15
  160:12 173:20
  177:20 185:13
  232:16 239:22
  243:13 244:2
  246:10 247:9

  247:18 250:24
  251:22 252:18
  253:15 254:21
  255:3,6 256:2
  259:16,18,18
  259:24 263:24
  274:9,17 275:3
  303:8 354:8
**genitalia**
  167:10 168:19
  168:22,23
  174:13
**genitals**  235:3
**genitourinary**
  192:9
**genomic**  306:4
  306:6,12
  332:15
**genotoxic**  198:5
  198:10,14,17
  305:19,21,24
  356:22
**genotoxicity**
  217:19 218:3
  218:16
**genotype**
  331:17
**gentry**  263:13
  263:23
**germ**  127:16
  128:23
**germline**
  317:16 320:20
  322:4 327:15
  330:24 332:9
  335:3 336:1

**gertig**  114:11
  114:12 115:4
  115:10 133:4
  141:4 142:5
  144:25 145:18
  146:3 298:3
**gist**  152:9
**give**  10:5 13:12
  17:10 18:5
  20:22 34:20
  37:22,24 45:15
  45:21 49:7
  50:25 73:14
  156:13 167:15
  183:20 184:16
  185:16 221:25
  222:21 324:17
  342:6 347:7
  363:12
**given**  98:7
  221:2,5 239:19
  253:14 289:3
  291:15 296:23
  300:4,21
  301:18 326:19
  344:24
**gives**  149:10
  172:15 217:14
**giving**  103:21
  157:23 158:25
**glaringly**  295:4
**glove**  5:12
  172:13 174:1
**gloves**  123:3,14
  166:25 172:2
  173:3

**[go - group]**

Page 38

**go**   17:19 20:23
21:10 29:1,2
32:12 33:7,11
33:22,24 35:11
39:17 41:19,20
43:23 44:2
50:15 55:11,20
55:20 56:3 57:1
61:16 67:3,5
71:8,18 79:3
88:13 101:15
103:17 104:19
110:8 113:10
113:16 126:20
134:5 137:11
137:18 139:12
143:18 144:14
144:18,20
147:2,5 156:25
161:8 163:13
164:10 165:5
168:16 170:10
170:12,17
176:6 178:17
180:8 181:5,7
181:11 183:2
195:22 204:23
205:2,23 211:1
211:25 212:4
218:9 219:19
220:21 225:17
226:13 230:4
232:5 242:20
250:4 253:13
254:18 274:4
279:5,13 286:2

286:22 294:11
296:16 309:5
309:21 311:13
316:25,25
317:13 329:8
333:12 340:2
344:22
**goes**   26:2 51:22
77:15 88:16
94:11 157:17
158:21 203:13
239:17 245:5
247:13 259:14
260:1 266:1
272:3 297:11
297:25 302:16
321:10,13
346:10
**going**   15:6,8
25:25 33:18,25
34:1,4,6,17
40:23 44:25
47:3 49:14
57:15 70:10
73:17 81:9
98:23 101:22
102:1 105:25
113:10 115:21
115:23,24
117:25 125:19
130:1 133:14
137:11,15,15
139:5,12,13,24
143:18 144:18
148:25 156:21
166:4 168:16

170:18 171:12
181:11 201:17
202:12 203:2
204:5,12,25
207:12 219:20
224:25 225:10
240:14 243:5
246:3 254:17
256:20 259:24
261:14 270:10
272:22 275:17
276:5 278:4
280:9 281:12
291:25 294:11
295:3,5 305:16
308:24 310:9
313:2 319:23
321:20 327:2
329:25 332:21
339:20 356:20
**golkow**   1:21,23
**gonadotropin**
51:7,8 53:16
**gonadotropins**
51:12 53:1,8
**gonzalez**
114:11 146:7
277:21,25
**good**   134:4
171:1 233:4
333:23 357:16
**goodman**
277:17,18,19
**gordis**   310:22
**gosset**   246:2,6

**gossett**   245:24
**gotten**   143:9
**governmental**
355:17
**grade**   71:22,22
265:17 328:20
**grain**   80:13
**grandmother**
329:16 336:24
337:13
**granulomatous**
191:12,14
**grasping**   155:7
**gravity**   177:16
177:18,24
180:12 181:22
187:23 188:2,6
244:21 245:7
**great**   12:15
31:4 38:11
44:15 165:6
309:12 329:6
337:14
**greater**   25:23
105:1 118:19
229:14 316:3
345:23 346:5
**greatest**   25:5
283:19 289:24
**green**   101:23
187:11
**greenland**
279:9,20
**group**   35:16
46:5 57:20
102:25 142:7

[group - heavy]

Page 39

196:25 200:20
201:2,21
204:13 208:6
209:7 215:4
216:18 234:18
248:21 328:13
340:13,16
345:10,16
351:20 352:5
356:2,5 363:20
**group's** 344:4
**groups** 54:21
280:4,13
**growing** 77:8
**growth** 193:23
266:4 267:9,18
268:16 270:15
**guarantee**
358:21
**guess** 63:25
68:22 173:13
185:24 201:14
201:25 207:25
216:5 224:4
322:1 344:22
348:17
**guide** 285:16
**guinea** 341:20
**guys** 171:7
309:15
**gyn** 82:18
160:21 178:7
337:9
**gynecologic**
4:14 98:11
120:9 126:15

172:1 245:19
254:2,4,7
269:17,18
271:15 296:19
**gynecological**
98:13 165:8
173:2
**gynecologist**
120:8 178:7,10
178:22
**gynecologists**
101:24 363:20

**h**

**h** 3:10 4:1,21
5:1 6:1 7:1 8:1
9:1
**habit** 200:20
201:1,13,21
203:1 205:10
206:9
**habitual** 117:9
**habitus** 201:18
**half** 74:25
247:5 255:3
**halfway** 102:2
**hamartomatous**
332:5
**hand** 10:3
35:11 131:6
163:2 272:20
291:13 322:13
365:21
**handed** 324:3
**handling** 156:1

**hands** 63:17
**hang** 309:21
**happen** 126:3
129:13 131:4
196:1 275:24
305:1
**happened**
129:6,15
**happening**
176:13
**happens** 129:9
**happy** 33:3
204:10
**hard** 143:5,6
148:6 165:18
204:22 308:3
330:20
**hardy** 1:13 2:9
16:12 17:6
**harlow** 13:19
238:20,22
239:15 241:14
**harmful** 150:25
172:3 173:25
248:13 249:19
**harmonized**
314:1
**harris** 2:17
6:23 58:19
59:16 60:17
106:17 236:21
243:24 252:9
252:14 253:8
255:9 357:23
364:4

**harvard** 85:19
**hazard** 230:7
231:7,20,23
235:21 240:10
247:19,23,25
251:11 301:19
**hazards** 256:18
**hboc** 320:24
322:14 324:12
325:3,5 326:17
326:18 328:4
329:13,22
333:2
**head** 87:16
109:19 123:24
138:12 169:17
265:7 273:8
351:22
**heading** 289:2
292:1 294:12
294:12
**health** 5:7 6:4
35:15 54:4 82:9
82:9,14 219:14
220:6,7 221:11
221:16,21
223:13,21
224:9,21
226:18 227:7
229:4,20 298:1
303:7
**hear** 128:25
**heard** 100:18
128:17 280:3
**heavy** 345:12
345:17

[hegarty - huh]                                                    Page 40

**hegarty**  209:21
**held**  1:13
**help**  130:20
    147:21 190:12
    331:18
**helpful**  80:10
    150:23 334:6
**helps**  62:12
**henderson**
    244:16
**henrich**  2:17
**hereditary**  48:9
    49:3 272:9
    289:24 293:20
    319:3 320:23
    321:6 322:6
    324:18 326:24
**heritability**
    54:20
**heritable**  50:14
    50:16
**heterogeneity**
    231:16 349:22
**hhmt**  4:13
**hierarchy**
    283:18,25
    285:13,23
**high**  7:10 44:24
    52:21 71:22
    136:1 149:10
    194:2 195:11
    228:4 260:3
    265:17 270:13
    286:19 323:7
    327:22 328:2
    328:19 334:19

**higher**  45:10,12
    45:13 56:5
    71:15,19,21
    90:11 91:4
    94:19 119:1,3
    252:17,19,21
    253:8 316:10
    345:2 347:20
**highest**  55:24
    271:15
**highlight**
    247:17
**highlighted**
    243:2
**highly**  147:13
    197:20 198:1
    216:1 253:16
**hill**  2:19 38:1
    146:21 206:24
    229:4 242:16
    249:25 250:6
    294:9
**hippel**  338:6,17
    339:6,7
**hispanic**  4:19
    104:12,12,13
    105:12
**hispanics**  4:19
    105:12
**histologic**
    131:12,22
**histologies**
    78:24
**histology**  71:20
    358:4,5,8,13

**historical**  8:18
**historically**
    298:22
**histories**  20:13
    43:17
**history**  24:19
    24:22 25:15,21
    26:11 29:14
    43:8,10,13
    44:23 48:8,18
    49:2 50:9,23
    53:22 54:1 55:5
    55:7,12 93:3
    99:9,10,17
    105:1 149:8
    262:18 317:17
    318:5 319:2,18
    319:25 320:4
    322:4,14,19,23
    323:4 326:18
    328:1,2 329:5
    329:13,21,21
    334:18 336:18
    336:23 338:3
    338:19 339:2
    361:21
**hit**  159:2
    335:16,21
**hold**  33:15
    112:16 163:22
    207:15 284:11
    357:11 362:5
    363:9
**holly**  6:23
    106:17 236:21
    252:9 253:7

**home**  189:3,6
    191:21,23
    193:10 196:22
**homologous**
    332:16,23
**hone**  25:6
**honest**  68:22
**hope**  46:24
    134:3 238:1
**hopefully**
    168:14 334:9
    359:17
**hoping**  219:19
**hormonal**
    30:21 54:13
    256:8
**hormone**  6:19
    29:16 51:12,13
    67:13,19 69:19
    72:14 74:15
    184:1
**hormones**  53:7
**host**  25:17
**houghton**
    141:12,23
**hour**  276:5
**hours**  19:20
    20:3,4,18 74:25
**houston**  2:11
**hpv**  290:8,11
    290:12,16
**hr**  239:8 243:14
    251:13
**hrt**  67:7
**huh**  17:21
    78:11 108:23

113:13 114:13
138:21 149:12
206:6 272:22
**human**   5:12,25
9:4 161:8
182:16 194:11
196:11 197:2
212:4 222:7
226:1,8 227:18
289:13 350:6
351:8 356:3,5
**humans**   172:1
196:1 198:3
211:4 350:12
350:18 351:3
351:12
**huncharek**
118:3 120:19
121:1 129:24
130:5 136:21
136:24 137:19
144:15 145:6
311:25 358:25
**hundred**   37:12
**hundreds**   24:11
**hunn**   149:13
**hurwitz**   4:24
105:22 108:4
**hutchcraft**
335:24
**hygienic**   164:13
**hyped**   279:16
279:22
**hypotheses**
41:3 52:11,22
91:23 165:4

259:1,6,21
**hypothesis**
32:12 35:12
38:15 39:16
51:6,7,8 52:5
52:12,23 53:16
62:20 64:22
93:15 148:9
175:1,3 176:11
176:18,20
177:6,14 183:3
186:15,18
187:3 234:25
235:6,12
244:13 258:25
259:5 260:11
269:3,5 274:25
280:12,12
302:10 341:1,3
341:8,9 342:9
360:18
**hypothesized**
178:24 180:2
182:11 225:22
225:24 356:8
**hypothetical**
114:21 124:22
125:1,2,17
126:2 147:13
147:15 148:4
148:15 151:11
197:14 251:6
297:23 302:17
303:22
**hysterectomy**
4:17 167:1

169:15 259:15

**i**

**i.e.**   212:11
255:3 296:24
297:1
**iarc**   5:23 153:8
153:9,18,24
199:11,13,20
200:12,21,25
201:20 202:1,6
202:13 204:13
204:17 205:12
205:21 206:1
208:5,6,18
209:7 210:1,10
210:12,15,25
211:8,21 212:6
212:14 213:7
214:19 215:3,5
215:13,19,22
216:4,18 217:6
218:22 305:15
339:24 340:14
345:10,15
350:10,21
351:4,7 352:1
353:9 356:2
359:24 360:9
362:10 363:20
363:23
**iarc's**   211:7
216:17 340:7
343:13 351:17
359:21

**idea**   69:1 168:4
177:3 229:13
**identical**
284:24
**identification**
11:11,17 14:14
14:15 15:19
16:8 21:13,22
58:5 75:21 79:9
97:25 100:23
103:25 106:3
134:6 157:2
161:14 166:18
188:15 193:7
196:20 202:19
219:12 229:24
229:25 238:16
243:3 245:16
248:3 252:12
255:15 256:24
261:18 264:20
269:12 276:9
278:23 282:24
288:20 296:11
304:18 309:1
323:17 340:4
343:21 347:9
349:2 350:3
353:1,19 355:3
**identified**   39:15
72:2 130:15
131:25 189:16
290:20 319:1
320:22 322:5
329:24 333:25
334:1 350:9,21

**[identify - incorrect]**

Page 42

| | | | |
|---|---|---|---|
| **identify** 60:9,12 117:24 311:1 | **implications** 24:15 | **inadequate** 146:13 148:25 | 363:2 |
| **identifying** 23:19 99:1 305:11 | **implied** 164:2 | **inanimate** 174:25 176:17 177:13 | **including** 15:3 25:19 51:7 58:16 69:21 76:20 83:14 |
| **ieoc** 105:10 | **imply** 287:4 | **inappropriate** 181:4 182:14 | 87:22 88:8 90:13 92:14 |
| **iii** 222:4 | **implying** 287:20 | **incessant** 52:22 62:11,14 259:6 | 153:19 190:15 200:21 236:18 |
| **il** 90:14,14 | **importance** 192:5 290:19 | **incidence** 6:19 345:1 | 236:19,19,20 241:13 247:12 |
| **illustrated** 251:21 | **important** 48:19 63:7 66:4 66:20 68:20,23 | **include** 43:20 76:23 84:3 85:20 100:7 | 252:3 258:4 260:25 262:18 |
| **imaging** 328:6 | 76:10 77:9 80:12 92:24 | 111:22 113:20 132:22 141:19 | 265:16 288:7 295:17 329:18 |
| **immediate** 256:1 | 117:7 118:10 142:18 156:18 | 149:7 193:11 194:16 206:20 | 339:5 |
| **immediately** 58:19 | 165:8 196:7 233:3 241:5,23 | 210:10 213:8 216:20 234:4 | **inclusion** 101:10 |
| **immune** 65:7 65:19 66:3,5,13 66:18,19 76:21 194:9 308:6 | 242:1 272:11 273:20 286:3 286:10,15,17 287:6,11 | 248:6,18 278:5 359:25 | **inconclusive** 32:4 63:19 108:6,18 109:3 109:23 320:14 |
| **immunosupp...** 308:12 | 300:16 301:5 312:18 321:6 | **included** 12:11 87:7 99:24 113:7 134:11 | **inconsistency** 222:15,17 278:15 |
| **immunosupp...** 186:21 | 327:4 330:13 364:7 | 189:19 193:13 218:10 245:23 | **inconsistent** 146:12,24 |
| **immunosupp...** 308:4 | **importantly** 251:6 | 246:7 262:1 281:15 297:5 | 278:14 346:12 358:9 |
| **immunosurve...** 195:9,12 196:6 308:6 | **impractical** 300:11 | **includes** 43:23 84:8,10,12,16 | **incorporate** 194:19 |
| **impact** 81:24 121:6 192:11 | **impressed** 355:8 | 203:24 206:18 207:5,22 | **incorporation** 295:11 |
| **impending** 302:22 | **improper** 125:1 125:3 126:1 | 231:22,24 232:3 235:22 | **incorrect** 169:3 169:7 186:11 |
| **implicate** 249:11 | **inaccurate** 141:1 | 258:6 280:22 | |
| **implicated** 318:2 | | | |

**[incorrectly - inflammatory]**                    Page 43

**incorrectly**
  287:2,5
**increase**  56:19
  90:15 128:3
  254:20 255:4
  263:24 296:25
  297:1 308:16
**increased**  7:5
  25:22 43:14
  51:13,15 53:1
  56:15 67:12
  88:16 93:5
  95:11,24 99:6
  115:11 118:13
  122:16 124:24
  132:13,20
  133:1,5 140:1
  141:23,24
  142:8,25 145:8
  145:12,19
  146:14 156:11
  157:8 158:12
  186:21 195:6
  195:19 227:17
  233:9 236:4
  239:20 266:2,5
  267:17 270:15
  270:18 288:10
  298:4 323:5
  342:1 344:8
  347:17 354:6
**increases**  44:4
  44:20 45:2
  122:8 281:16
**increasing**  32:2
  252:19,21

253:9
**indicate**  54:19
  158:10 192:5
  195:22 222:8
  281:10
**indicated**
  251:13
**indicates**  87:10
  233:12
**indication**
  287:21 323:20
**indicative**
  222:19 223:5
  223:20 224:8
  225:13,15
  226:4,10,19
  227:3,8 228:11
  228:14 229:21
  229:23 329:22
**indices**  293:21
  293:23
**indirect**  218:11
**indisputable**
  184:12,22
**individual**  4:23
  7:19 14:9 80:10
  117:11 140:7
  299:21 317:2
  324:25 331:3
  331:15 335:19
**individuals**
  60:5 61:1
  324:22 332:20
**induce**  190:24
  191:9 217:18
  218:13 233:7

307:14,25
**induced**  197:8
  270:17
**induces**  198:5
  302:8 306:18
  307:8,22
**inducing**
  249:12 306:25
**induction**
  225:19
**inert**  150:12
**infection**
  236:11 237:7
  290:17
**infections**
  172:12 237:19
  268:12
**infectious**
  237:20
**inference**  8:4
  288:16 289:23
**inflame**  235:1
  235:14
**inflaming**
  244:4
**inflamm**  7:17
**inflammation**
  7:7,10,13 31:8
  31:16,20,24
  32:6,16,23 33:7
  33:8,14 34:25
  35:1,5,11,22
  36:1,8,12,25
  37:3,4,6,9,12
  37:20 38:12,17
  38:18 39:2,11

39:18,21,23
  40:9,17,17
  57:25 66:21
  76:23 77:3
  87:21 88:5,19
  88:24 89:9,21
  90:12 91:6,9,24
  92:13 93:8,14
  94:5,21 106:24
  107:15,18,20
  107:25 109:22
  123:15 156:9
  157:6 186:20
  190:25 191:9
  218:14,17
  235:17 236:12
  237:8 257:25
  258:7,11,14,24
  260:1,9,13,19
  260:23 262:2,7
  265:10,14,18
  265:25 266:1,8
  267:10 268:10
  268:19 269:20
  270:11,12
  271:25 272:11
  272:15 274:2
  275:12,13
  301:14,15
  307:23,25
  341:3 356:13
**inflammatory**
  7:13 30:22,25
  32:1 35:17 38:5
  38:23 65:19
  77:1,2,6,12

**[inflammatory - intracellular]**                    Page 44

89:19,24 90:7
90:17,20 92:2,9
92:21 93:21
94:12 107:8,19
186:18,23
190:13,14,18
225:20 227:13
233:7 236:10
237:6,14,19
258:13 259:5
259:17 262:19
265:10 266:3
268:16,24
270:13 274:7
274:22 275:9
302:9
**influence** 65:20
96:8 97:1,4
275:10
**inform** 173:11
173:17 217:25
235:5
**information**
34:20 39:9 63:8
63:9 64:12
80:10 117:16
226:25 227:22
295:18 305:12
337:2 351:19
**ingredient**
353:23
**inhalation**
212:11
**inherent** 129:4
300:4,21

**inheritance**
149:8
**inherited** 47:14
47:19,23
293:22 337:23
**inhibits** 62:21
64:24 90:22
**initial** 190:10
190:18 192:8
325:19
**initially** 17:14
17:15,17
**initiate** 62:23
64:25 258:13
**initiation** 262:9
265:15 268:20
**injection**
341:21
**injury** 34:24
218:15
**insert** 120:12
**inserted** 168:21
226:15
**insoluble** 5:21
**instability**
306:4,7,13
332:15
**institute** 5:8 9:6
62:1
**instructions**
119:19 121:11
**insufficient**
157:15 352:18
**intact** 239:21
241:16 247:18

**intend** 309:15
359:16 361:13
**intense** 158:14
**intent** 99:11
130:16 137:7
**intentional**
247:12
**interact** 292:5
**interaction**
217:15,23
356:10 361:6
**interactions**
95:17
**interacts** 361:2
**intercourse**
160:19 161:1
**interest** 303:6
**interested**
88:12,15 111:3
114:20 169:4
261:4 365:19
**interesting**
332:10,13
**interfere**
217:22
**intermediate**
301:13
**internal** 12:19
12:23 167:10
168:18,22,22
174:12 244:3
**internally**
161:25
**international**
73:4

**interpret** 95:6
287:3 295:8
**interpretation**
23:3,6 39:25
40:4 95:21
137:10 216:11
226:25 239:19
271:20 286:4
286:11,15
297:13,18
307:14
**interpretations**
198:1
**interpreted**
79:18 80:2 81:5
287:2,5
**interpreting**
95:2
**interrupt** 20:21
147:4
**interval** 137:20
138:4 139:10
141:8,9,14
143:11,16
231:9,22
235:22 242:4
243:15 248:1
280:22 281:15
286:24 347:16
**intervals** 242:1
278:5
**intimate** 6:19
**intra** 172:11
**intracellular**
218:19

[intraepithelial - james]                                        Page 45

| intraepithelial | 274:7 290:17 | **j** | 61:12 63:5,16 |
|---|---|---|---|
| 302:21 | **involves** 134:21 | **j** 7:23 8:5 | 63:24 65:23 |
| **introduced** | 260:2 289:4 | **j&j** 343:24 | 66:9,17 67:21 |
| 65:16 163:14 | **irregular** | **j774** 5:22 | 67:25 68:15,19 |
| 168:8 | 117:14 | **james** 2:9 3:6 | 69:5,9 70:1,6 |
| **introduction** | **irrelevant** | 9:5 11:16,25 | 70:10,12 72:9 |
| 48:6 104:20 | 173:5,9 | 13:7,16 14:4,6 | 72:19 73:6,12 |
| 105:7 107:14 | **irritate** 235:1 | 15:6 16:15,17 | 73:16,19,23 |
| 149:3 244:12 | 235:13 274:17 | 16:20 17:4 18:4 | 74:1,6,9 75:1 |
| 262:7,12,13 | **irritates** 186:20 | 18:9,18 19:11 | 80:4,19,24 81:8 |
| 271:24 296:17 | **irritating** | 19:17,23 20:21 | 81:22 82:12 |
| **invasion** 90:23 | 164:14 233:5 | 23:8 25:1,9,16 | 84:20 85:9,13 |
| **invasive** 141:5 | 244:4 | 26:13,17,23 | 86:5,7 88:22 |
| 142:5 145:19 | **irritation** | 27:12,18,25 | 89:15,25 91:13 |
| 262:15 | 130:12 225:20 | 28:5,12,21 29:6 | 92:5,22 93:10 |
| **inverse** 65:13 | 248:14,18 | 29:12,24 30:23 | 94:6 95:9 96:3 |
| 236:13 237:9 | 249:20 | 31:1,6,13 32:8 | 96:11,18,23 |
| **investigating** | **ischemia** | 32:18 33:4,15 | 97:10,17 98:2,6 |
| 102:23 | 172:12 | 33:20,23,25 | 100:1,24 103:3 |
| **investigation** | **issue** 142:4 | 34:3,9,12,16 | 103:8,14 104:1 |
| 234:17 346:13 | 162:3 163:2 | 35:7 36:3,14,22 | 104:17 107:1,3 |
| **investigators** | 186:4 215:5 | 37:2,15 38:20 | 109:1,8 110:18 |
| 135:13,14 | 241:9 344:16 | 39:3,5,13 40:2 | 111:6,14,19,24 |
| 148:7 | 359:15 | 40:12,18 41:19 | 112:3,4,6,11,16 |
| **invoice** 3:21 | **issues** 95:19 | 41:21 42:1,17 | 112:21 113:3,9 |
| 18:1 | 128:7 136:22 | 42:24 43:4 44:7 | 113:13 114:1 |
| **invoices** 15:4 | 138:20,22 | 44:21 45:4 46:4 | 114:25 115:19 |
| 16:7,11 17:18 | 239:23 240:6 | 46:17,21 47:21 | 115:25 116:5 |
| 18:11,21 19:8 | 256:21 | 48:13,21,24 | 118:21 119:23 |
| **involve** 168:11 | **itemize** 15:9 | 49:6,11,17,20 | 120:1,14,24 |
| **involved** 58:1 | **items** 164:8 | 50:2 51:4 52:6 | 121:4,20 122:4 |
| 89:9 90:18 | 320:25 | 52:13,17 53:3 | 122:24 123:4,6 |
| 148:7 165:13 | **iturralde** | 53:11,18,24 | 123:10,16,22 |
| 167:9,12,18 | 161:12 | 55:9 59:13 60:2 | 124:25 125:4,9 |
| 174:11 178:19 | | 60:11,13,22,24 | 125:15,23 |
| 240:6 249:16 | | | 126:1 128:6,21 |

**[james - jewish]**                                                                Page 46

| | | | |
|---|---|---|---|
| 129:16,19 | 170:23 171:2 | 221:23 222:23 | 304:13 305:1,4 |
| 130:8 131:2,9 | 172:19 173:7 | 223:8,16,22 | 305:8,25 306:8 |
| 132:5,8 133:17 | 173:13 174:5 | 224:3,12,15,18 | 306:22 308:1,8 |
| 133:23 134:2,4 | 175:9,17 176:5 | 224:24 225:9 | 308:20 309:19 |
| 134:14,19 | 176:12 177:2 | 233:15,21,24 | 311:4,20,22 |
| 135:1,25 137:4 | 178:5 179:7,20 | 234:7,12,15 | 312:7,22 313:9 |
| 137:23 138:9 | 179:23 180:13 | 235:15 236:5 | 313:22 314:6 |
| 138:15,18 | 180:17,20,25 | 237:2 238:10 | 314:12,24 |
| 139:5 140:6,16 | 181:7,16 | 239:4 241:1 | 315:13 317:10 |
| 141:7,25 | 182:25 183:6 | 242:11 244:8 | 321:24 333:10 |
| 142:10 143:12 | 183:11,16,18 | 244:10,23 | 333:20,23 |
| 143:17,23,25 | 184:14,25 | 245:8 246:20 | 339:8 342:8,18 |
| 144:7,17,22 | 185:3,8,22,24 | 246:24 247:5 | 343:25 345:7 |
| 145:4,14,21 | 186:10 187:25 | 249:3,9 250:1,3 | 345:25 346:7 |
| 147:12,16,19 | 188:3 189:5 | 250:15,18 | 346:18 348:22 |
| 148:2,14,22 | 190:1 192:15 | 252:23 258:17 | 350:24 351:10 |
| 149:15,18 | 192:17,21,25 | 259:3,12 | 352:8 354:12 |
| 150:1,6,9,16,22 | 193:3,17 196:9 | 260:10,21 | 355:11,23 |
| 151:10,20 | 197:13 198:18 | 261:1 264:5,14 | 357:11,16,20 |
| 152:3,10,14 | 199:9,21 200:6 | 266:11 267:11 | 357:24 358:1 |
| 153:3,6 154:5 | 200:16,22 | 268:6,25 269:6 | 363:12,15 |
| 154:16,21 | 201:3,23 202:3 | 270:1,3,7,25 | 364:3 |
| 155:5,7,10,14 | 202:9 203:4 | 272:14 273:1 | **jeffrey**    100:15 |
| 155:19,25 | 204:1,4,14,19 | 273:16 275:17 | 100:15 |
| 156:13,17,21 | 204:22,25 | 276:15 281:3 | **jelly**    121:6 |
| 156:25 157:21 | 205:3,7,11,13 | 281:19 282:12 | **jennifer**    1:12 |
| 158:7 159:2,6 | 205:19,23 | 283:10 284:11 | 3:4,12,14,15,18 |
| 161:2,18 163:4 | 206:19,23 | 285:18 286:7 | 3:20,22 4:3 5:3 |
| 163:17,22 | 207:2,7,11,15 | 286:16 287:16 | 6:3 7:3 8:3 9:3 |
| 164:6,21 165:2 | 208:9,21 | 288:1 289:7,19 | 10:9 |
| 165:17 166:9 | 209:10,16,18 | 290:9 291:1,23 | **jersey**    1:1 2:19 |
| 166:20,22 | 209:22 210:2 | 292:12 295:2 | 15:25 |
| 167:3 168:1,13 | 211:23 212:17 | 295:10 297:7 | **jew**    325:9 |
| 168:24 169:8 | 213:2,11 214:3 | 297:16 298:18 | **jewish**    99:18 |
| 169:20 170:4 | 215:25 216:24 | 298:25 302:12 | 101:5 325:15 |
| 170:11,16,18 | 217:3 218:25 | 303:1,21 304:6 | 326:21,24 |

**[job - know]**

**job** 216:16
**johnson** 1:3,3
  12:16,16,18,18
  16:23,23 18:15
  18:15 22:3,3
  103:13 110:15
  110:16,23,23
  111:4,4,8,8,12
  111:12,17,17
  112:8,9,14,14
  112:15,15,18
  112:18,25,25
  120:20,20
  121:2,2 160:3,3
  160:5,5 221:10
  221:10,19,19
**joint** 289:5
**jones** 47:6,12
  50:6
**journal** 81:19
  81:24 82:1,3,8
  101:23,23
  109:11,12
  143:5,14
  269:18 282:21
  286:17
**journals** 143:9
  286:18
**jpmorgan** 2:10
**judge** 294:13
**judkins** 328:16
  328:19 330:18
  330:25 333:2
  334:2
**jump** 183:23

**jumping** 207:8
**june** 1:9 365:8
  365:21

### k

**k** 7:12
**katharine** 7:12
**kathryn** 21:18
**katie** 6:7,10,15
  6:21 240:14
  243:23
**keep** 25:25
  70:10 73:17
  86:18 144:22
  170:6,9 204:25
  208:10
**keeps** 209:11
  209:18
**kenneth** 7:23
  8:5
**kept** 245:2,2
**key** 8:7 23:19
  33:9 107:15
  108:1 109:22
  137:8 146:21
  189:9 272:1
  305:5,10,17
  335:14 356:15
  356:22,24
**kidney** 329:18
  332:3
**kim** 8:23
  348:25 349:5
  349:19
**kind** 60:15
  76:16 178:4

254:10 277:16
  292:14
**king** 46:9
**knew** 150:10
  206:9 303:19
  330:15
**know** 13:24,25
  16:1 17:9 18:19
  20:12 22:9
  28:15,16,22,25
  29:5,25 30:14
  31:24 32:19
  33:6 36:7,11,12
  37:17,17,25
  38:3,15 46:10
  46:16 48:20
  51:19 52:9,14
  55:10,12 56:6
  59:2,15,16,23
  60:4,12 61:8,17
  61:18 63:6,8,25
  66:18 68:25
  69:7,7,8 71:15
  74:13 75:13
  79:24 80:7 81:3
  81:9,10,20,24
  82:1,3,4,11,14
  82:14 84:4,14
  89:11,22 91:22
  93:18,23 94:5,7
  95:5 98:12
  100:12,15,16
  100:17,19
  102:22 105:19
  107:5 111:7,20
  112:8,13

115:10 120:11
  120:16 121:1,5
  121:6,11,14,15
  121:17,18,21
  121:22,24
  122:1,5,5,21
  123:1,2,5,13,17
  123:19,20,21
  128:12,13,14
  128:18,23
  129:3 130:20
  131:10 134:20
  135:10,11
  139:25 140:1
  140:12,17,18
  143:13,14
  144:2 146:16
  149:17,20,23
  151:2,3,5,12,18
  153:1 154:12
  154:24 155:1
  155:23 159:23
  160:2,5 161:19
  164:23 165:4
  165:14,15
  167:17,23
  169:5,11
  173:10 175:5
  178:3,20
  182:16 183:9
  185:11 188:21
  193:21 199:17
  200:5,12
  201:12,20
  202:6 204:3
  206:4,7 208:12

**[know - ligation]** Page 48

209:1,12 210:1
213:1,19,19
214:12,13
223:11 225:12
235:17 238:11
254:4 257:1,3
263:10,20
275:7,22 278:5
282:13,18
283:4,12,15
285:21 289:13
290:14 299:1
299:13 310:4
313:19 316:7
316:20 318:1
318:17,19
319:15,23
323:9 324:4,13
324:15 326:10
327:23 330:20
331:1,20,22
333:15 334:4,5
339:15 343:23
345:19 346:3
351:8,11
352:16,19
354:25 355:5
358:11,16
361:17 363:11
363:23 364:1
**knowing** 59:18
66:18
**knowledge**
15:23 106:19
112:24 127:17
363:21

**known** 99:24
219:2 274:15
285:22 304:1,3
313:20 315:15
315:17 327:21
351:19 352:5
356:3,5,25
**knows** 36:16
122:25 123:9
154:20

**l**

**lab** 189:1,11
**label** 185:17,17
**labor** 178:19
**laboratory**
218:12
**lack** 147:16
161:23 166:2
171:18 228:18
228:20 241:17
253:5 258:24
261:2 287:3,4
298:19 343:14
**lacking** 41:4,17
**lacks** 171:20
**lactation** 57:2
61:23 62:11
**lake** 4:13
**lan** 4:8
**lancet** 72:24
**language** 96:19
104:18 155:20
155:21 156:18
297:17

**large** 74:7,10
74:11 161:23
202:18 246:15
247:1
**largely** 67:12
67:20
**larger** 126:6
195:1 280:21
300:2
**largest** 107:7
109:17
**laryngeal**
344:10 357:1
**larynx** 211:6
353:8 354:16
**late** 104:7
**latest** 114:18
148:9
**lauren** 4:24
**law.com** 2:18
**lawyer** 17:11
112:18,19,22
116:5
**lead** 72:15
232:9
**leading** 62:20
64:22 225:20
267:14
**leads** 130:12
268:17
**led** 195:6,19
**left** 272:20
**legitimate**
113:5
**leigh** 2:4 155:25
209:22

**leigh.odell** 2:4
**lends** 234:24
235:12
**length** 25:22
341:13
**lengthy** 265:4
**lesions** 302:21
**lessened** 240:11
**letter** 184:7,8
185:4,5,9,14,25
186:3,5,9
238:20 245:11
246:4
**letters** 238:14
**leukocytes**
272:2
**level** 4:23 136:1
247:24
**levels** 90:11
233:10 266:2
270:13 354:4
**levy** 261:11
**liability** 1:5
**lie** 177:22
183:22 188:9
**life** 28:18 68:23
**lifestyle** 76:10
272:10
**lifetime** 25:21
25:23 26:11
53:21 54:1,23
55:4,7,11,24
56:9 252:20,22
253:9 257:10
**ligation** 99:19
101:7 102:17

**[ligation - longer]**

Page 49

104:25 259:14
259:22 273:22
**light**  5:16 174:6
188:25
**likelihood**
242:18 290:16
319:10 321:5
**likely**  32:24
45:12 46:13
50:16 55:3 56:1
66:16 71:25
103:21 107:15
108:1 109:22
116:16 117:9
117:10 132:15
192:5 219:2
251:15 301:13
309:13 315:2
321:8 348:13
**limit**  247:20
278:6 292:10
**limitation**
300:5,22
**limitations**
64:10 94:1 95:4
107:4 116:11
116:13 189:7
193:25 195:23
200:23 216:3,6
216:10 226:13
227:23 244:17
252:7 284:15
308:11
**limited**  139:17
241:15 350:17
351:2,12,25

352:2,4
**lindau**  338:6,17
339:6,7
**line**  62:25 91:3
94:19 160:17
234:17 256:15
353:6
**lines**  31:22
65:16 161:11
197:2,19
202:24 227:1
281:5 287:18
**lining**  274:18
**link**  30:10
232:18 354:19
**linked**  162:10
317:18 322:4
**linking**  126:15
**links**  354:15
**list**  3:17 12:2,8
12:11 13:3 14:4
14:7 15:8 16:2
50:6 52:21 97:7
97:13,20
101:11 137:17
149:24 151:24
182:6 264:22
277:2,9 351:19
353:11,16
**listed**  27:2 62:2
76:3 101:17
138:14 258:4
262:6 267:6
350:8 351:17
**listen**  32:15

**listing**  26:24
104:14 352:11
356:2
**lists**  12:14
98:23 104:10
104:16 136:4
149:13
**literal**  225:12
**literature**  20:14
23:22 31:4,19
32:21 33:1 42:5
42:8,12 52:7
53:13 59:24
69:18,24 70:4,5
70:17,22,23
76:15 78:19
94:1 113:19,20
113:24 130:24
148:11 171:21
190:15 193:14
194:13 220:25
221:2,9 222:8
225:23 259:2,8
259:11,13
260:7,12,13
273:20 301:19
307:4 316:8
335:9 358:10
**litigation**  1:5
10:19,21 17:9
18:15 23:19
53:16,19,20
103:2,7,12
112:5 116:6
128:10 158:15
220:24 254:15

257:15,21
283:6
**litigations**
163:9
**little**  11:9 25:6
27:22 28:15
33:18 89:16
100:21 118:1
135:20 171:14
204:22 246:4
276:6 297:3
328:25 329:1
339:20
**live**  23:24 99:19
**lived**  336:25
**lives**  68:25
**llp**  1:13
**local**  225:19
258:13
**location**  192:8
330:11
**lodged**  302:8
**lodges**  186:19
**logical**  178:24
179:5 180:4
182:12
**long**  34:2,18
61:25 65:18
99:16 102:22
135:21 169:21
169:23 171:1
190:17 231:23
261:4 362:3
364:6
**longer**  65:13
115:14 133:24

**[longer - lower]**

| | | | |
|---|---|---|---|
| 133:25 139:18 | 184:3,5 187:9 | 204:10 212:6 | 354:20 |
| 145:17 146:1 | 188:12 189:21 | 214:19 218:24 | **looks** 45:16 |
| 170:7 | 190:4 191:20 | 234:18 242:23 | 82:22 159:19 |
| **look** 20:24 | 193:1,21 | 263:7 264:4,6,7 | 187:8 276:16 |
| 23:11 31:22 | 194:17 195:24 | 268:3 307:20 | 284:2 294:10 |
| 32:10,22 34:4 | 198:25 199:4,5 | 316:21 318:7 | 299:23 316:23 |
| 39:6 42:3 44:10 | 199:6,11,13,19 | 318:16 323:25 | 337:18 |
| 44:14,22 46:2,6 | 202:2 210:12 | 342:14 359:7 | **lose** 68:25 |
| 46:13 51:20 | 211:14,20 | **looking** 18:12 | **loss** 68:22 |
| 53:12 54:3,9 | 215:3,16 | 20:24 28:17 | 116:17 |
| 57:24 61:20 | 216:21 217:5 | 32:5,15 33:15 | **losses** 116:20 |
| 65:24 67:3 68:5 | 230:2,8,19 | 42:19 54:5 | **lost** 116:22 |
| 71:5,7,8 74:17 | 231:14,18,19 | 55:17,19 62:19 | 246:21 |
| 77:5 78:23 79:7 | 232:6,8 240:12 | 72:22 77:19 | **lot** 23:18 30:2 |
| 79:20 86:19 | 240:14 242:20 | 78:18 88:9 98:2 | 31:23 32:20 |
| 87:20 88:14,23 | 242:21 244:11 | 99:9 101:2 | 35:16 46:10 |
| 93:11 97:23 | 245:22 252:8 | 115:9 129:17 | 82:3 91:16 |
| 98:21 99:14 | 261:20 263:5 | 138:13 168:24 | 114:21 115:22 |
| 100:9,20 | 267:4,20,23 | 169:22 170:6,9 | 144:21 170:13 |
| 103:19 118:7 | 272:19 273:10 | 170:25 193:24 | 180:5,5 191:18 |
| 118:10 122:12 | 289:11 291:7 | 197:1,17 | 204:7 221:5 |
| 124:18 126:13 | 296:13 313:11 | 199:22 206:11 | 271:10 294:5 |
| 129:19 135:12 | 326:7 347:4,12 | 206:15 210:16 | 295:23 296:4 |
| 135:17,18 | 348:25 349:10 | 211:11 213:19 | 305:16 315:17 |
| 137:14 138:10 | 350:17 352:16 | 214:15 235:18 | 316:8 318:8,15 |
| 139:21,23,25 | 352:23 353:14 | 242:22 243:12 | 320:11 323:3 |
| 140:3,7,9,14,24 | 355:9 357:6 | 254:6 255:25 | 324:1 359:16 |
| 144:9 149:5 | **looked** 12:15 | 263:4 270:3 | **lots** 20:14 251:7 |
| 152:15 154:6 | 14:3 20:10,13 | 271:12 276:17 | 265:5 268:7 |
| 155:2 159:24 | 42:5,11 43:6 | 276:18 277:22 | **loud** 291:11,11 |
| 160:8 161:10 | 61:7 124:16 | 282:14 288:6 | **love** 28:25 |
| 162:7 167:14 | 127:11 131:8 | 292:2 294:14 | 93:12 176:8 |
| 170:23 171:8 | 140:4 149:20 | 313:4 316:24 | **lower** 4:19 38:6 |
| 171:21,23 | 169:23 186:12 | 320:4 329:15 | 62:13 63:10 |
| 175:20 176:3 | 197:18 198:23 | 332:18 347:15 | 107:11 247:19 |
| 180:9 182:4 | 199:18 200:9 | 351:1,16 | 247:23 248:1 |

[lower - marked]                                                Page 51

259:15,17
278:6 347:22
**lowest**  56:2
**ludicrous**
281:13
**lunch**  133:13
133:24 159:4
**lung**  208:20
209:3 211:6
219:2,6 294:22
294:24 353:8
356:19
**luteinizing**
51:12
**lying**  245:2
**lymph**  189:2,16
192:3,13
**lymphatic**
192:5
**lymphatics**
192:7

---

**m**

**m**  4:24 6:7,10
6:15,21 8:16
**m.p.h.**  4:10
**macrophage**
190:14 195:7
218:13
**macrophages**
5:22 189:25
190:3,11
193:22 194:5
194:21 195:2,5
195:12,18
308:13

**made**  69:18,20
69:25 70:3,5,23
94:10 96:24
166:12 180:23
253:19,24
275:15 344:25
345:6
**magnesium**
189:22
**magnitude**  55:2
55:6 278:16
316:2,11
**magnitudes**
64:1 317:6
**maharaj**
263:13,23
**mail**  3:24 21:17
21:20 22:7 58:9
**main**  31:2,8,24
65:4,5 86:13
89:12 100:2
144:8 230:18
256:1 313:17
324:15 353:23
**major**  345:9
**majority**  47:12
175:13 219:8
313:19 326:23
**make**  38:4
50:21 54:23
89:16 92:7
94:16 116:22
138:9 150:19
197:16 210:14
216:9 258:21
271:19,19

277:15 338:14
352:5
**makes**  52:15
65:25 174:6
286:25
**makeup**  320:12
**making**  73:16
123:10 180:17
253:21 313:5
**malignant**  28:8
38:25 51:16
52:4 53:2
270:19 344:10
345:3
**malmburg**
34:22 35:4
**management**
328:3
**manager**  1:17
365:4
**mandarino**
5:20 193:5,11
**manifest**  48:9
49:3
**manifestations**
302:22 338:23
**manuel**  7:17
**manufacture**
112:25
**manufactured**
110:15,22
111:4,8,17
112:20
**manufactures**
111:13

**march**  4:13
17:19 141:19
340:13
**margaret**  2:3
10:14 13:11
16:17 20:21
29:6 73:16 98:3
104:17 166:20
171:2 180:25
192:22 202:22
260:22 305:1
309:16 317:10
**mark**  11:9
14:12 15:16
16:6,15,17
21:10 58:3
75:19 79:8
103:23 156:21
156:23 161:12
196:17 202:15
209:21 243:2
245:15 255:14
255:21 276:24
288:18 296:7
304:17 308:25
309:4,16
323:15 340:2
343:20 350:2
**marked**  11:11
11:17 14:14,15
15:19 16:8,18
21:13,22 29:13
58:5 75:21 79:9
97:25 100:23
103:25 106:3
134:6 157:2

**[marked - mechanisms]**                                    Page 52

| | | | |
|---|---|---|---|
| 161:14 166:18 | 323:13 336:24 | 300:8 303:23 | 152:1,6,19,22 |
| 188:15 193:7 | 337:11,13,13 | 352:1 | 152:25 153:2 |
| 196:20 202:19 | **mathey** 10:24 | **meaning** | 153:25 154:4,9 |
| 219:12,14 | **matter** 42:22 | 232:22 | 154:14 155:4 |
| 229:24,25 | 42:25 60:1 | **means** 73:25 | 155:16,17,18 |
| 238:16 243:3 | 215:24 250:16 | 142:16 201:13 | 156:10 157:7 |
| 245:16 248:3 | **matters** 45:15 | 244:18 | 157:15,22 |
| 252:12 255:15 | **mcdevitt** 2:17 | **meant** 46:20,23 | 158:2 166:15 |
| 256:24 258:13 | **mcdonald** 5:17 | 108:12 134:18 | 173:24 174:19 |
| 261:16,18 | 188:12,18 | 136:1 206:9 | 174:20,24 |
| 264:20 269:12 | 189:3 | 266:25 333:20 | 175:19,24 |
| 276:9 278:23 | **mcl** 13:12 20:22 | **measure** 35:16 | 176:9,16 |
| 282:24 288:20 | 275:20 276:3 | 262:2 293:21 | 177:10,12 |
| 296:11 304:18 | **mcshane** | 294:23 358:5 | 194:9 195:13 |
| 309:1 323:17 | 279:10,21 | **measured** | 197:12 198:25 |
| 340:4 343:21 | **mctiernan** | 315:7 | 199:4,7 206:18 |
| 347:9 349:2 | 13:19 | **measurement** | 206:21,24 |
| 350:3 353:1,19 | **md** 5:17 6:13 | 294:20 295:15 | 217:16,16 |
| 355:3 | 8:12 | 312:24 | 218:1,11 219:4 |
| **markers** 35:17 | **mdamr** 8:14 | **measures** | 219:6 225:21 |
| 35:21 77:1,2 | **mdl** 1:3 3:23 | 280:14 | 232:7 233:14 |
| 107:20 | 10:20 15:24 | **meat** 256:11 | 233:17,19 |
| **marketing** 1:4 | 18:12,22 19:3,6 | **mechanically** | 234:2,5,9,11 |
| **martyn** 8:9 | 19:16,21 21:12 | 179:3 | 236:13 237:9 |
| **mary** 46:9 | 276:3 | **mechanism** | 237:20 249:24 |
| **mas** 1:3 | **mean** 12:18 | 30:17,18,19 | 250:22 259:10 |
| **material** 180:5 | 41:14 45:8 | 33:9 35:2,24 | 272:1,16 289:4 |
| 204:7 215:10 | 51:22 57:7 | 51:17 52:24,25 | 289:4,12 |
| 271:10 | 63:17 68:17,18 | 62:8,10,18 63:1 | 291:15 294:2 |
| **materials** 3:16 | 79:17 80:2,17 | 64:4 65:3,4,5 | 302:25 340:22 |
| 3:23 12:3,7,14 | 80:23 81:1,6 | 76:6,12 77:8 | 341:8,16,18 |
| 13:4 14:8,9,21 | 136:18 137:6 | 78:12 88:20 | 342:7,10 |
| 15:7 21:11,16 | 164:22 174:8 | 89:4 90:10 91:7 | 348:12 |
| 172:12 279:3 | 197:21 213:16 | 91:10,15 93:7 | **mechanisms** |
| **maternal** 43:18 | 237:3 240:2 | 93:21 94:22 | 8:8 31:9 64:5 |
| 322:24,25 | 242:14 258:22 | 96:9,14 97:2 | 64:14,16 65:8 |

**[mechanisms - methods]**                                      Page 53

89:12 93:13,18
94:2 153:7,10
153:17,22
217:8,14
218:22 227:16
304:24 340:24
356:12
**mechanistic**
30:8,10,12
159:10 199:15
199:17,19
211:13 305:12
**mechanistically**
28:22 178:24
179:4,5 180:4
182:12
**media** 128:9
158:14 163:14
**median** 328:23
**mediated**
236:12 237:8
356:12
**mediators** 7:13
265:10 266:3
270:13
**medical** 8:12
20:10 44:19
45:3 66:12,13
151:8 318:8,11
318:22 319:8
319:13,16,25
320:2,6 321:3
321:18,22
326:16 328:11
330:3,6 334:15
336:10 337:5

362:1
**medically**
115:14 230:9
231:18,20
232:1
**medicinal**
164:13
**medicine** 9:10
82:2,5,11
**meet** 18:24
242:16
**meeting** 363:23
**meetings**
221:17
**member** 57:20
109:14 134:23
255:12
**members** 24:16
236:21 331:18
331:21 338:10
**membranes**
353:6
**memorized**
179:24 180:6
**men** 44:15
**menarche**
54:19 55:3
**menopausal**
71:21 350:15
**menopause**
54:19 55:4
**menstruation**
268:11
**mentees** 102:23
176:1

**mention** 61:8
66:1 74:15
88:19 93:7
100:2 107:22
167:13,21,24
182:2 218:2
233:3 250:13
289:21 301:15
345:15 352:17
**mentioned**
27:23 30:7
38:23 50:3
66:25 71:14
79:25 105:6
106:21 122:18
129:9 139:2
153:18 186:12
187:4 209:4
212:2 218:2
226:13 229:3
233:4 255:11
265:24 266:16
266:17,19,21
266:24 273:22
275:22 311:7
318:10 341:9
354:11
**mentioning**
248:20 307:17
**mentor** 22:13
**merritt** 277:15
**mesothelioma**
208:20 211:5
215:1,9 343:3
344:10,13
345:3 348:9

**mesotheliomas**
344:17,21
353:5 356:19
**met** 221:10
358:17
**meta** 5:5 8:16
8:23 56:4
117:22 118:2,6
130:17 132:14
132:18,22
133:1 137:19
153:10,19
229:8 251:10
299:17,21
312:6 346:25
347:18 349:7
349:11,19
359:6
**metabolic**
65:19 76:20
77:12
**metabolites**
53:9
**metals** 5:23
214:6
**metastasis** 7:14
265:11 270:22
**methodologic**
95:18 240:5
**methodological**
197:23 239:23
**methodologic...**
39:24
**methods** 6:22
110:9,19
167:14 197:25

[methylation - modify]                                                    Page 54

**methylation**
   197:9
**mhs**   4:24
**microenviron...**
   76:22 77:13
   270:21
**microscopy**
   5:17 188:25
**mid**   354:2
**middle**   24:10
   88:2,4 157:4
   203:20 215:4
   229:12
**migrate**   159:15
   167:6 172:3,24
   174:1,25
   176:17 177:13
   177:16,18
   179:2 180:11
   181:19,22
   182:17 184:10
   184:21
**migrates**
   171:16 174:8
**migrating**
   174:16 175:24
**migration**   5:9
   5:12,14 162:3
   162:12,18,22
   165:6 166:5
   171:25 173:12
   173:23 175:4
   175:16 176:9
   183:3 184:4
   186:4,6 192:1,2
   192:6 226:2,9

359:15,18,22
   360:10,18
**mind**   63:20
   70:13 74:20
   78:12,18 80:18
   91:19 154:4
   175:22 238:13
   242:17 250:8
   293:4 334:9
**mine**   61:3
   297:24
**mined**   353:25
**mineral**   202:25
   205:9 353:25
**mineralogist**
   200:8
**mineralogy**
   201:5
**minerals**   214:6
**minh**   4:10
**minimal**   135:24
**minute**   98:21
   133:25 216:21
   217:5 309:22
   330:1
**minutes**   3:24
   15:8,12 20:23
   133:15 153:5
   159:3 276:6
**mischaracterize**
   92:6,8 106:22
**mischaracteri...**
   85:11 304:8
**mischaracteri...**
   85:10 92:23
   304:7

**misclassificat...**
   117:5 214:25
   251:16 256:6
   342:13 343:2
   343:15 344:16
   363:4
**misclassified**
   342:14
**misconception**
   283:17 284:1
   285:12 286:2,6
   286:9,14,22
**misconceptions**
   7:23 282:23
**misdiagnosed**
   215:14 344:21
   345:4
**misdiagnoses**
   349:14
**misinterpreta...**
   170:3
**misinterpreta...**
   287:12
**misinterpreted**
   169:18
**misleading**
   80:12 251:3
   253:2
**misread**   258:22
**misreport**
   240:21
**misreporting**
   255:2
**misrepresent**
   94:17,24

**misrepresented**
   94:15
**misrepresenti...**
   185:4
**missed**   15:13
   141:7 247:5,20
   288:24
**missing**   156:17
   204:23 227:22
**misstated**   139:3
**misstatement**
   108:24 173:14
**misstates**   142:1
   211:23 222:23
   306:9,23
   308:10,23
   311:5,6,22
**mitotic**   217:22
**mode**   162:5
   227:18 348:17
**model**   194:10
**models**   38:11
   193:24 196:15
   227:11,13
   341:19
**moderate**   74:13
**modes**   122:8
**modest**   298:3
**modifiable**
   61:24 63:10
   76:8 253:15
**modification**
   4:22
**modified**   117:7
**modify**   43:2
   68:24 147:9,25

**[modulating - narod's]**                                                        Page 55

**modulating**
258:6
**modulation**
65:18
**molecularly**
332:21
**mom** 323:9
326:19
**moment** 20:20
72:11,13 79:2
167:15 176:6
182:2,22 184:6
212:18 304:21
337:4,6 339:9
339:12 345:19
349:1 352:22
355:2
**money** 18:6
**monkey** 159:16
159:20 160:9
**monkeys**
160:19 161:4,7
**monoallelic**
335:6,10,15,20
336:1,5,11
**monograph**
5:23 203:22
204:2,16
205:21 206:1,4
206:8 207:19
208:6,18
212:20 213:9
213:19 214:7,9
215:4 216:9
218:22 306:16
345:16 359:24

**monograph's**
340:13
**montgomery**
2:5
**months** 65:7
**morning** 13:12
112:12 113:10
289:20
**morphologic**
190:12 192:4
**mortality**
271:15 347:21
349:13
**mosaicism**
327:6
**mosec** 194:24
**mother** 323:1
**mouse** 38:11
193:23
**mouth** 334:23
**move** 36:24
40:20 46:25
103:20 113:8
125:14 156:3
169:21 177:8
177:20 182:24
183:14 185:23
191:24 246:3
248:2 319:5
328:16
**moved** 148:19
**movement**
178:15,17
341:10 348:10
**mph** 6:23

**mucinous**
124:5,15,19
125:8,11,12
126:4,9 128:19
131:25 132:3
**multicausality**
289:2 290:19
**multifactorial**
269:25 360:22
**multigene**
327:2
**multiple** 5:15
20:10 38:13
77:10 256:4
276:21 293:8
293:13,14
319:2 323:6
324:24
**multistep** 28:6
**multitude**
289:5
**murine** 194:24
196:5
**murray** 238:22
**mutagenesis**
260:5
**mutation** 198:5
199:5 317:16
318:4,22,25
319:9 320:2,5
320:17,21,23
321:3,10,12,14
321:22 322:4,6
325:4,5 327:11
327:15,15,18
327:21,22

330:24 331:13
333:9 334:5
335:6,10,20
336:1,2,11,20
**mutations**
149:9 198:22
290:5 317:24
325:14 326:25
327:3 335:13
335:15 336:5
338:6
**mutyh** 335:4,10
336:2,9,20
338:5
**myriad** 325:19
332:11,14

**n**

**n** 3:2
**name** 17:3,13
17:16 30:21
32:9 50:3 97:15
100:18 111:7
286:18 305:4
**named** 60:17
365:6,11
**names** 106:14
**narod** 8:6
295:21,23
296:4,17
297:11 298:23
298:24 299:20
300:17 301:16
302:3 303:9
**narod's** 297:23
298:8 300:10

302:24
**national**   5:8 9:6
   62:1 305:14
   324:13
**natural**   354:1
**nature**   38:6
   114:21 180:14
   232:19 251:7
   256:15 279:6
   315:16 324:25
   332:5
**nccn**   324:14
**nci**   93:25 134:5
   263:18 352:10
   352:19,21
   353:3,11
**near**   55:20
   161:25
**nearly**   55:25
**necessarily**
   63:21 174:14
   266:12
**necessary**
   290:20,22
   294:1 300:12
**need**   13:11
   44:16,22 49:20
   49:21 51:20
   68:5 81:4 96:16
   110:6 116:22
   129:20,23
   133:14 137:14
   142:11 153:5
   157:25 161:17
   167:14 169:22
   170:7 171:2

178:1 180:6
185:20 201:25
230:8 259:8
269:8 290:22
300:1,2 319:20
321:19 358:23
**needed**   188:25
   346:13
**needs**   109:25
   110:5 171:8
**negating**
   164:24
**negative**   236:3
   277:10 278:10
   281:10 288:12
   296:25 325:18
   325:20
**negligible**
   348:13
**neither**   231:24
   280:22 290:20
   299:5
**ness**   7:9 58:22
   59:16 60:18
   100:12 187:15
   256:22 257:1,4
   258:15 260:16
   302:13
**ness's**   260:6
**nested**   285:6
**network**   324:14
**never**   25:20
   80:11 85:3
   98:19 116:5
   124:12,20
   131:3 240:19

240:24 242:13
252:18 254:1
280:19 300:15
300:25 301:2
**nevertheless**
   55:2 290:21
**new**   1:1 2:19
   15:7,25 19:13
   20:14 133:11
   143:14 147:10
   148:12
**newly**   24:12
**newsome**
   334:24 335:2
   337:3,8,21
   338:1,12,16
**newsome's**
   336:23 339:3
**nguyen**   48:6,12
   50:3,6
**nice**   216:16
**nieces**   43:22
**nih**   84:6 85:19
   106:21 135:9
   135:13,14
   232:13 236:20
   263:19
**nine**   215:10,13
**nitrogen**
   218:15
**nodding**   87:16
   109:19 138:12
   169:17 265:7
   273:8 351:22
**nodes**   189:2,16
   192:3,13

**non**   4:19,20
   104:12 105:12
**nonasbestiform**
   205:16
**noncausal**
   311:15 313:13
   314:5,19,23
**nondifferential**
   251:16
**nonhigh**   71:22
**nonmucinous**
   56:21
**nonoccupatio...**
   341:6
**nonpatent**
   231:15 235:9
**nonresponsive**
   50:20 96:7
   209:6
**nonsignificant**
   216:19 280:11
   281:14 297:1
   298:5
**nonsmokers**
   294:25
**nonsteroidal**
   32:1
**nope**   115:18
**normal**   184:1
**north**   1:13
**notations**   363:3
**note**   93:16
   125:15 187:1
   218:6 227:13
   262:21 274:12
   278:4 282:18

**[note - objection]**                                                     Page 57

299:15 349:21
358:17 359:11
359:21 360:9
**notebook** 29:11
**noted** 71:24
158:20 189:7
246:9 251:14
264:11 347:19
349:22 360:9
**notes** 323:24
365:14
**noteworthy**
105:6 117:8
220:12 225:2
336:17
**notice** 3:18
14:17
**noting** 185:1
356:17
**nsaid** 38:19
108:20
**nsaids** 38:5
108:11
**null** 235:23
238:6 251:15
280:12 287:2
**nulliparity**
26:11 101:6
104:24
**nulliparous**
25:20
**number** 11:13
18:5 104:19
217:11 252:19
252:21 253:9
283:17 286:8

286:23 301:18
306:18 307:22
308:4 341:25
350:20 356:10
**numbered** 64:9
**numbers** 18:2
142:1 161:24
195:1
**numerous**
34:18 58:11
116:10 153:18
**nurses** 35:15
54:4 298:1
**nutrient** 308:15
**nutter** 17:2

**o**

**o'brien** 6:7,10
6:15,21 106:19
114:11,12,14
114:16 115:4
127:10 133:11
138:23 139:13
139:24 141:19
144:24 145:11
147:10,25
148:9 230:2,5
232:7,9 236:20
238:15 240:14
241:12 242:9
242:21 243:23
245:24 246:8
248:2 251:17
254:19 275:4,5
**o'brien's** 115:6
230:21

**o'dell** 2:4 29:10
46:19 47:17
49:25 58:9
59:19 136:5,7
155:24 156:3
161:17 171:9
183:8 202:17
202:22 203:7
203:14,17
209:20 246:1
276:5 305:7
309:15,21
**obesity** 28:16
28:17,19,22
29:15 30:8,11
75:8,24 76:6,12
77:11 78:18,19
90:9,10 92:2
94:11 101:8
102:18 268:13
292:18,24
293:4,6
**object** 18:4,9
19:11,17 25:1
32:8 34:7 49:25
50:19 63:16,24
80:4,19,24 81:8
81:22 82:12
89:15,25 96:6
103:3,8,15
107:1,3 118:21
119:23 128:6
128:21 131:2,9
134:14 139:5
147:18 153:3
154:21 173:7

200:6 212:17
249:3 252:23
266:11 267:11
275:17 291:1
297:7 298:18
298:25 314:19
342:8 345:7
**objecting** 276:1
**objection** 19:23
23:8 25:9,16
26:13,15,19,23
27:12,18,25
28:1,5,12,21
29:24 30:23
31:1,6,13 32:18
33:4 35:7 36:3
36:14,22 37:2
37:15 38:20
39:3,5,13,14
40:2,12,18
41:21 42:1,17
42:24 43:4 44:7
44:21 45:4,5
46:4,17 47:21
48:13,21,22
49:6,17 51:4
52:6,13,17 53:3
53:11,18 55:9
59:13 60:2,13
60:22 61:12
63:5 65:23 66:9
66:17 67:21
68:15 69:5,9
70:1,6 72:9
73:6,12,15,23
74:1,6,9 84:20

[objection - occupational]                                           Page 58

| | | | |
|---|---|---|---|
| 85:9,15 86:7 | 168:1,13,24 | 244:23 245:8 | **objectionable** |
| 88:22 91:13 | 169:8,20 170:4 | 246:20 249:9 | 210:4 |
| 92:5,6,22 93:10 | 172:19 173:13 | 250:3,15,18 | **objections** 15:5 |
| 94:6 95:9 96:3 | 174:5 175:9,17 | 258:17 259:3 | 18:19,23 73:16 |
| 96:11,12,15,24 | 176:5,12 177:2 | 259:12 260:10 | 96:17 123:11 |
| 97:10,17 100:1 | 178:5 179:7,9 | 260:22 261:1 | 125:23 148:14 |
| 109:1,1,8 111:6 | 179:20 180:13 | 264:5,14 268:6 | 180:18 308:21 |
| 111:14,19,24 | 180:20,21 | 268:25 269:6 | **objective** 82:15 |
| 112:4,6,11,16 | 182:25 183:16 | 270:1,25 | **observation** |
| 112:21 113:3,3 | 183:18 184:14 | 272:14 273:1 | 91:4 94:19 |
| 113:9 114:1,25 | 185:3,3,22 | 273:16 281:3 | 234:24 235:12 |
| 115:1,19 116:1 | 186:10,10 | 281:19 282:12 | 302:17 |
| 120:1,14,24 | 187:25 188:3 | 283:10 284:12 | **observational** |
| 121:4,20 122:4 | 189:5 192:15 | 285:18 286:16 | 165:18 300:21 |
| 122:24 123:4 | 196:9 197:13 | 287:16 288:1 | **observed** 8:11 |
| 123:16,22 | 198:18 199:9 | 289:7,19 290:9 | 57:10 65:12 |
| 124:25 125:15 | 199:21 200:16 | 291:23 292:12 | 132:14 235:18 |
| 129:16 130:8 | 200:17,22 | 295:2,10 | 251:23 255:5 |
| 134:19 135:1 | 201:3,4,6,23 | 297:16 302:12 | 282:6 306:1,11 |
| 135:25 137:4 | 202:3,9 204:4 | 303:1,21 304:6 | 346:11 |
| 140:6,16 141:7 | 206:19,23 | 304:13 305:25 | **obstetrician** |
| 141:25 142:10 | 207:2 208:9,21 | 306:8,8,22,22 | 101:24 |
| 143:12,17,23 | 209:10 210:2 | 306:23 308:1,8 | **obtained** |
| 144:2,7,17 | 211:23 213:2 | 308:21 311:4 | 303:20 |
| 145:14,21 | 213:11 214:3 | 311:20,22 | **obviously** 312:2 |
| 147:12,13,16 | 215:25 216:24 | 312:7,22 313:9 | 322:17 |
| 147:17 148:2,3 | 217:3 218:25 | 313:9,22,22 | **ocac** 57:24 |
| 148:3,22 | 221:23 222:23 | 314:6,24 | 58:12 82:24 |
| 149:15,18 | 223:8,16,22 | 315:13 321:24 | 83:20 87:15 |
| 150:1,6,9,16,22 | 224:3,12,15,18 | 333:10 339:8 | 91:25 106:6 |
| 151:10,20,21 | 224:24 225:9 | 343:25 345:25 | 108:8 109:6,9 |
| 152:3 154:5,16 | 233:15,21,24 | 346:7,18 | 236:22 257:6 |
| 155:5,19 158:7 | 234:7,15 236:5 | 348:22 350:24 | 261:13,15 |
| 161:2 163:4,17 | 237:2 238:10 | 351:10 352:8 | **occupational** |
| 163:22 164:21 | 239:4 241:1 | 354:12 355:11 | 8:15,20 211:18 |
| 165:2,17 166:9 | 242:11 244:10 | 355:23 357:11 | 211:22 212:2 |

**[occupational - okay]**                                                   Page 59

| | | | |
|---|---|---|---|
| 216:2 292:4 | 18:18 19:20 | 130:1,5 131:11 | 221:25 222:2,3 |
| 340:18 345:12 | 23:11 27:22 | 131:20 132:8 | 223:19 224:9 |
| 345:17,20,23 | 29:6,19 32:14 | 132:22 133:22 | 225:17 227:10 |
| 346:4 348:13 | 33:11,17 34:17 | 134:4 136:3 | 227:24 230:2 |
| 348:16,19 | 35:13 40:20 | 137:11,18 | 230:18 231:3 |
| **occupationally** | 41:17,25 42:3 | 138:11 139:8 | 232:5 233:22 |
| 341:5 | 43:7 46:15,25 | 139:19 142:6 | 233:24 234:21 |
| **occur** 232:18 | 48:4 49:23 51:3 | 144:14,17 | 235:21 238:2 |
| **occurs** 166:15 | 53:14 54:3,12 | 145:3 146:20 | 238:14 240:7,9 |
| **october** 18:1,1 | 54:14 56:25 | 149:22 150:8 | 241:8 244:18 |
| 18:8 19:3,4,5 | 57:16 60:25 | 154:7 155:6 | 246:15 247:5 |
| 21:24 | 64:3,11,16 66:5 | 156:8 158:5 | 247:11 249:13 |
| **odds** 56:5 78:17 | 66:21 68:9,13 | 159:1,13 | 250:23 251:20 |
| 251:11 316:3,9 | 70:11 71:8 | 163:10 164:10 | 253:11 254:17 |
| **offer** 361:13 | 72:14,22,23 | 165:5 166:16 | 256:13 257:7 |
| **offered** 361:25 | 73:10,19 74:9 | 166:22 167:16 | 257:14,20 |
| **offering** 201:5 | 74:11,14,18,24 | 170:9 172:22 | 259:14 260:1 |
| 327:1 360:15 | 75:18 79:3,4,6 | 173:22 174:10 | 262:13,14,24 |
| **offhand** 97:15 | 81:3,13,16 | 178:23 182:8 | 263:5 264:16 |
| 111:10 122:19 | 82:16 84:3 | 183:11,13,25 | 267:2,16 268:9 |
| 124:8 283:2 | 85:11,18 86:15 | 185:14 186:13 | 270:7,10 271:9 |
| 327:24 363:22 | 86:17,25 87:4 | 186:17 187:20 | 271:13 272:19 |
| **officially** 47:4 | 87:13 88:6,10 | 188:7 190:9 | 273:3,18 274:4 |
| **oh** 47:18 52:19 | 88:14,25 92:7 | 193:1 197:4 | 275:9 276:4,20 |
| 60:25 79:22 | 93:5 97:5 98:21 | 198:8,21 | 278:13 280:17 |
| 83:10 93:1 98:6 | 102:7 104:23 | 201:25 202:10 | 281:12,22 |
| 103:17 115:25 | 106:1 107:6 | 203:9 204:1,19 | 282:3,17 284:3 |
| 116:7 131:20 | 110:11 111:3 | 204:23 205:1,7 | 284:17,22 |
| 202:14 204:19 | 112:10,23 | 205:19 206:1 | 286:22 289:2 |
| 209:19 218:9 | 113:17 115:4,7 | 206:24 207:24 | 293:18 294:16 |
| 272:8 277:24 | 116:4 117:25 | 207:24 208:1 | 295:21 296:13 |
| 329:8 339:15 | 119:16 120:19 | 211:2 212:4,23 | 297:11 299:3 |
| 343:7 363:13 | 120:25 121:11 | 214:18 215:18 | 299:24 301:3,8 |
| **okay** 11:23 | 122:21 123:2,8 | 216:21 217:2,5 | 302:5 304:4,16 |
| 12:16,22 13:15 | 125:25 126:8 | 217:13 219:9 | 305:8 307:8 |
| 15:13 16:3 17:5 | 126:14,25 | 219:22 220:21 | 308:14 311:1 |

311:10 312:10
313:2 314:24
315:5 317:9,12
317:13 318:18
322:10 327:25
334:1,20
336:23 338:21
339:16 342:21
342:23 343:10
343:17 346:9
347:24 351:16
357:15,16,19
357:24 362:8
363:15
**okaying** 135:7
**older** 257:1
**oleckno** 285:22
310:21 311:11
316:17
**omitted** 96:15
96:18,20,24
258:18
**once** 65:16
146:1
**oncogenic**
290:17
**oncologist**
120:9 160:21
**oncologists** 7:6
98:13 254:2,7
255:18
**oncology** 4:14
98:11 109:12
109:15 245:19
254:4 269:17
269:18 296:19

**one's** 44:12
304:2
**ones** 16:1 26:9
58:16 114:10
136:22 187:11
258:4 278:3
305:18 315:11
**online** 6:8
**onset** 325:2
326:19 329:14
**ooh** 75:16
**oophorectomy**
4:16,20
**operative**
172:11
**operatively**
168:7
**opining** 70:16
334:2
**opinion** 25:6
26:10 27:7
28:19 31:12,20
34:14 40:24
41:1,7,9 48:18
56:13 57:5 62:4
63:4,12 66:2
67:2 74:4 86:4
96:9 97:1,4
109:24,25
110:14,21
111:11 120:9
123:25 125:6
132:11 142:15
150:8,11
152:21 153:23
160:9 162:2

165:1 166:1
173:4,6,11,17
173:21 178:18
181:24 182:13
187:16 192:11
192:18 196:7
198:9 211:21
213:7 214:22
216:12,20
217:25 220:9
220:15 221:1
222:22 224:20
224:23 225:7
234:11 235:5
247:13 257:17
275:11,14
278:13 297:12
301:24 305:20
305:23 314:22
315:23 319:21
319:23 322:8
330:2 334:11
360:14
**opinions** 11:2,5
17:9,10 31:14
42:14,22 43:2,5
59:11,25 60:6
60:10 61:2,11
95:7 114:24
115:2,17
147:10 148:1
148:13,17,20
159:11 194:14
201:5 205:22
208:16 307:11
359:18 361:12

361:13,24
362:5,23,24
363:6
**opportunities**
4:11
**opportunity**
62:23 64:25
**opposed** 117:13
**opposite** 125:6
183:5
**option** 328:8,14
**oral** 3:18 56:20
101:6 104:24
**oranges** 162:4
211:16
**order** 299:24
299:25
**organ** 5:15
**organization**
255:12
**organizing** 8:8
304:24 305:12
**organs** 174:18
244:3 302:18
303:4 344:9
**orient** 167:17
**orienting**
160:13
**origin** 44:12
45:17
**original** 21:7
77:11 116:23
**originate**
302:20
**outcome** 8:11
116:24 129:6

**[outcome - ovarian]**                                    Page 61

| | | | |
|---|---|---|---|
| 280:14 311:15 | 51:14,14 52:1 | 126:16,23 | 236:11,12,14 |
| 311:18 312:3 | 53:6 54:5,24 | 127:17 128:4 | 237:7,8,10,16 |
| 315:21 365:19 | 55:22 56:1,5,10 | 128:11,18,25 | 239:21 242:22 |
| **outdated**   100:3 | 56:15 57:9,17 | 129:11 130:11 | 243:14 245:20 |
| **outside**   118:15 | 60:21 61:22 | 131:25 136:12 | 246:11 247:9 |
| 162:10,25 | 62:3,9,13 63:15 | 136:13 137:2 | 249:1,7 250:25 |
| **ovarian**   3:13 | 63:18 64:6,17 | 139:9 145:8 | 252:17 253:18 |
| 4:4,7,9,12,13 | 65:20 66:6,14 | 146:15 147:24 | 253:23 254:20 |
| 4:15,19,23 5:4 | 66:21 67:9,15 | 149:7,8 150:13 | 255:4,7 256:3 |
| 5:6,19 6:7,10 | 67:16 68:14 | 152:2,7 153:11 | 257:18,25 |
| 6:12,17,22 7:5 | 69:2,14 72:7 | 153:25 154:10 | 258:1,7,8,10 |
| 7:7,8,11,15,16 | 74:15 75:25 | 154:15 156:11 | 259:19,23,25 |
| 7:19 8:6,15,17 | 76:4,14 77:16 | 157:8 158:2,12 | 260:9,12,19,24 |
| 8:20,23 22:17 | 78:13,14 83:8 | 158:17 166:15 | 260:24 262:16 |
| 23:20 24:12,22 | 83:13,18,22 | 169:12 171:17 | 262:16,23 |
| 25:24 27:9,20 | 85:22 86:5,9,12 | 174:21 184:20 | 263:25 265:12 |
| 27:24 28:3,20 | 87:1,11,22 88:8 | 185:15 186:20 | 265:16,17 |
| 29:18,20,21 | 88:20 89:7,13 | 193:23 194:24 | 268:13,23 |
| 30:8,11,13,16 | 90:15,25 91:8 | 194:25 196:11 | 269:21,24 |
| 30:24 31:8,17 | 91:11 92:14 | 196:13 197:2 | 270:9,21 271:2 |
| 31:21,25 32:2,7 | 93:21 94:5,23 | 197:12 198:6 | 271:6,14,16,21 |
| 32:17,23,25 | 95:11 96:10 | 199:2 200:11 | 272:12 274:8 |
| 33:2,9 35:2,6 | 97:3,9,14,21 | 200:13,21 | 275:3,13 |
| 35:18,22 36:2,9 | 98:17,24 101:5 | 201:2,16,22 | 281:17,20 |
| 36:13,25 37:4,5 | 101:13 102:18 | 205:18 208:20 | 289:17 290:2,5 |
| 37:6,13,21 38:3 | 105:1,11 | 209:5,8 210:20 | 293:7 295:25 |
| 38:7,13,17,19 | 106:24 107:12 | 214:23 215:7 | 297:4,22 |
| 38:25 39:4,12 | 107:16,20 | 215:11 216:19 | 298:15 299:6 |
| 39:19,22,24 | 108:1,7,12 | 218:8 220:13 | 301:10,12,23 |
| 41:5,24 43:10 | 109:5 110:3,10 | 220:20 222:11 | 301:25 302:19 |
| 43:11,15 44:3,4 | 110:16,24 | 223:9,10 | 302:23 303:5 |
| 44:13,16,20 | 111:2 113:18 | 224:10,14,22 | 303:25 304:4 |
| 45:2,11,20 | 114:4 115:12 | 225:4,14 | 304:11 306:17 |
| 47:13,25 48:1,7 | 118:13 119:2 | 227:11 228:9 | 312:1,13,16 |
| 49:1 50:10,15 | 122:8,23 124:6 | 229:16 230:9 | 314:4,16 |
| 50:23,24 51:11 | 124:13 126:16 | 232:17 233:6 | 317:19,25 |

**[ovarian - page]**

Page 62

| | | | |
|---|---|---|---|
| 318:2,23 319:3 | 173:6,18 | **ovulation** 52:22 | **p.m.** 159:7,7 |
| 319:9,14 320:3 | 174:17 175:1 | 54:5 62:11,15 | 219:11,11 |
| 320:15,19,23 | 176:10,18 | 62:20 64:23 | 276:8,8 339:18 |
| 321:4,23 322:3 | 177:14 179:3 | 65:15 107:17 | 339:18 364:10 |
| 322:6,18,19,24 | 181:21 184:11 | 258:9 259:6 | **page** 3:4,12 4:3 |
| 323:2,10,13 | 186:19 192:10 | 268:11 | 5:3 6:3 7:3 8:3 |
| 324:18,20 | 192:12 226:2,3 | **ovulatory** | 9:3 24:7 40:21 |
| 325:23,24 | 226:9,10 235:4 | 25:21 26:12 | 43:8 47:15,17 |
| 326:2 327:7,12 | 235:19 248:14 | 53:21 54:1,23 | 47:18 50:11 |
| 328:1,20,21 | 248:18 249:20 | 55:4,7,11,25 | 51:6 53:21 54:3 |
| 330:4 331:2 | 274:18 328:9 | 56:9 62:12 | 54:8,9 55:16,20 |
| 333:9,13,18 | 341:5,11,20 | **own** 102:24 | 55:21 56:11 |
| 334:11,16 | 345:23 346:5,6 | 271:20 | 57:1,1 64:8,10 |
| 335:11,17,20 | 348:1,9 354:16 | **oxidative** | 67:5,24 71:11 |
| 336:3,6,12,21 | **ovary** 101:8 | 186:22 218:17 | 71:18 72:18,19 |
| 336:25 337:15 | 159:16 165:9 | 233:9 260:3 | 72:20 75:7 |
| 337:25 340:11 | 211:6 265:19 | 267:8,17 | 76:16 79:3 83:7 |
| 340:18,25 | 267:6 268:10 | 268:15 307:8 | 87:20 88:2,3 |
| 341:2 342:1,3 | 268:14,18 | 307:15 | 99:4 101:22 |
| 343:3 344:18 | 275:12 341:17 | **oxidized** 217:19 | 102:1,6 105:16 |
| 344:20 345:1,4 | 350:10 352:20 | **oxygen** 190:16 | 106:5 108:4 |
| 345:12 346:12 | 352:22 353:8 | 195:6,20 | 110:8,19 |
| 346:15,21 | 353:12 355:1 | 218:14 266:3 | 113:16 116:9 |
| 347:21 348:21 | **overall** 138:23 | 266:15 267:8 | 116:15,16 |
| 349:6,13,17 | 141:4 228:3 | 268:15 270:14 | 117:1 118:2 |
| 350:21 353:16 | 243:12 247:19 | 356:11 | 131:11,13,19 |
| 354:6 357:1,9 | 261:25 298:2 | **oxygenation** | 132:6,10 |
| 358:4,20,22 | 346:25 347:15 | 190:17 | 133:10 135:19 |
| 360:24 361:3 | **overstated** | **oxytocin** 183:25 | 135:21 153:8 |
| 363:25 | 83:24 | 184:2 | 153:14,15 |
| **ovaries** 5:10 | **overstimulating** | | 157:4 159:11 |
| 28:24 118:15 | 51:14 | **p** | 159:17,21 |
| 119:2 160:11 | **overview** 110:9 | **p** 2:4 5:11 143:7 | 161:9 172:9,10 |
| 162:24 164:22 | 110:19 | 143:10,15 | 174:23 186:15 |
| 164:23 165:23 | **overweight** | 231:16 235:25 | 188:13 190:1,2 |
| 166:6 169:14 | 90:10 | 242:1 280:20 | 190:10,23 |

**[page - paragraph]**                                                    Page 63

| | | | |
|---|---|---|---|
| 192:1,23 193:5 | 356:18,24 | 98:15,19,23 | 288:15,22,25 |
| 193:17 202:23 | 360:5 362:16 | 99:23 100:20 | 291:11 294:9 |
| 203:9,9 204:18 | **pages** 54:2 64:8 | 103:2,19,23 | 296:13 304:20 |
| 204:21 205:3 | 203:15,17 | 104:21 105:14 | 304:22 342:12 |
| 207:18 208:11 | 204:23 230:14 | 105:17,22 | 343:23 346:22 |
| 208:13 210:7,8 | 265:5,6 | 106:6,9,12 | 346:24,25 |
| 211:1,11,20 | **paid** 18:7 160:2 | 107:6 108:14 | 347:8,25 348:4 |
| 214:18 215:3,4 | **painful** 101:7 | 109:6 110:7 | 359:1 362:13 |
| 216:16 217:6 | **pancreatic** | 114:18 115:6 | **papers** 40:10 |
| 217:11 219:21 | 322:20,25 | 154:17,22 | 60:19 97:13,18 |
| 220:1,5 221:3 | 324:21 326:20 | 156:14 158:7 | 102:25 104:5 |
| 221:12,25 | 329:17 | 159:23 160:7 | 133:11 199:16 |
| 222:4 225:17 | **panel** 134:21 | 167:13 168:25 | 216:18 307:10 |
| 225:25 226:21 | 135:12,17 | 169:9,21 | 307:19 362:9 |
| 227:10 229:10 | 325:11 327:2 | 171:24 175:15 | 362:21 |
| 231:14 232:8 | 338:8 | 175:19,23 | **papillomavirus** |
| 240:15 241:11 | **paper** 22:12 | 188:12,18,20 | 289:14 |
| 245:23 246:1,3 | 23:2,5,7,10 | 189:11 193:1,5 | **parabens** |
| 248:9 253:13 | 35:8,10 36:5,7 | 196:17,23 | 248:14 249:19 |
| 254:17 262:1 | 36:10,16 40:11 | 210:15 214:19 | **paradigm** |
| 267:2,3,4 274:4 | 40:13,16 48:4,6 | 230:21 232:5,9 | 302:19 |
| 281:13 284:3 | 48:12,14,15,16 | 246:9,23 | **paragraph** |
| 287:10 289:22 | 49:7,8,11,13,15 | 247:15 248:6 | 24:10 54:17 |
| 291:25 293:18 | 49:20,21,22 | 252:2,2,9 255:2 | 56:18 64:11,13 |
| 294:15,16 | 50:5 57:13,14 | 255:19 257:1 | 68:1,3 73:22,22 |
| 296:17 299:12 | 57:22 58:11 | 257:20,24 | 79:23 80:6 |
| 309:5,7,20 | 61:4,20 64:10 | 258:3 260:18 | 83:11,12 88:2,5 |
| 310:9,14 317:3 | 67:1 72:25 73:4 | 260:23 261:5,7 | 90:4 93:8 95:4 |
| 317:7 323:22 | 73:5 74:5 79:8 | 261:8,11,25 | 102:2,7 108:13 |
| 335:3 337:19 | 79:12,15 81:16 | 264:2,4,16,22 | 110:2,12 |
| 340:11,23 | 82:20 83:2,3,5 | 265:4,8,9 | 131:14,20 |
| 344:23 347:5 | 83:21 85:18 | 268:22 269:14 | 132:6,10,11 |
| 347:13,20 | 87:15 90:1,2 | 269:20 270:24 | 149:6 153:15 |
| 348:3,4 350:8 | 93:9 94:16,17 | 271:16 274:5 | 157:5,14,18,25 |
| 353:22 354:13 | 94:24 95:11,14 | 278:25 283:1 | 159:18 161:11 |
| 355:15 356:1 | 96:8,12 97:1,7 | 283:12 286:19 | 166:17,21 |

**[paragraph - patients]**                                                    Page 64

172:9,23
180:24 182:11
186:16 188:22
192:2,24
195:16 203:21
222:6 225:19
226:1,23 228:3
229:12 232:20
233:5 234:23
239:6 240:16
241:5,12
246:23 250:23
252:14 255:1
258:2,5 271:13
271:25 272:11
274:6 280:9,17
284:4 292:2
299:11,12,25
300:4,19,20,22
300:24 303:6
322:2 340:10
344:24 346:10
348:2,5 360:6
**paragraphs**
110:25
**parameter**
144:12 288:2
**paraphrase**
186:24
**paraphrasing**
154:18,22
**pardon** 244:8
**parenthesis**
316:2
**parents** 43:20

**parity** 54:11
56:19
**pars** 71:19,21
**part** 12:3,7
21:16 35:15
56:22,25 58:11
89:3,21 95:22
96:21 127:11
168:16 172:18
183:25 186:3
205:3 206:24
215:2 220:11
235:11 254:3
257:6 289:8
294:4 305:13
312:24 328:10
330:13 338:7
343:16 354:19
**particles** 5:19
5:22 159:14
160:10 161:24
165:22 166:3
167:6,9,12
168:4,8,18,21
172:13,24
173:9,12,17
174:11,25
175:4,16 176:9
176:17 177:13
177:17 179:2
181:20 184:4
184:10 189:15
189:18 192:3
195:4 197:7
212:12 226:3
226:10,14

227:15 302:18
303:4 341:10
**particular**
124:12 182:1
238:23 242:23
293:9,25
**particularly**
111:3 118:5
195:10 241:15
245:22 253:18
253:23 256:6
262:8 265:21
291:12 322:20
326:2 328:21
**particulate** 5:9
185:2
**particulates**
184:21 185:1
**parties** 18:24
365:16,17
**partners**
209:21
**parts** 228:6
**passes** 302:6
**past** 129:1
257:16 341:24
**patency** 235:2
**patent** 139:15
144:25 145:12
230:22,24
231:4 235:9
246:17 247:4
273:23
**paternal** 43:19
44:12 45:17
329:6,10,11,15

**path** 235:3
**pathogenesis**
35:6 77:16 78:6
344:6
**pathogenic**
320:5 325:23
**pathogenicity**
334:5 356:9
**pathologic**
215:10
**pathologically**
146:2 240:13
**pathology**
188:24 318:12
318:14 323:2
323:19,21,23
324:2,6
**pathophysiol...**
340:23
**pathway** 30:5
31:8 35:1 66:24
90:19,20,25
258:5,21
259:15 272:16
**pathways** 65:19
66:1 192:5
218:19
**patience** 362:4
**patient** 292:16
327:10
**patients** 48:7
49:1 130:14
150:24 253:22
254:3,5 298:21
312:5 335:1

**pattern** 117:13
**pdq** 5:7 134:11
134:16,20,23
135:9 136:3
137:2 139:14
140:21 141:18
146:3,11 147:9
147:23 148:7
148:18,18
**pdq's** 146:10
**pedigrees** 43:17
**peer** 70:4,23
81:24 82:19
220:25 221:2,8
222:8
**pelvic** 5:15
38:23 107:19
123:21 167:1
168:9,11 192:3
192:13 236:10
237:6,14
258:12 262:18
302:18 303:4
**penetrance**
149:10 290:6
331:6
**penetrant**
327:22
**penninkilampi**
5:5 133:2
153:21,24
154:12,24
155:16 156:9
156:22,24
157:22 158:9
158:24 359:9

359:12
**people** 164:24
253:17,22
264:9
**percent** 48:7,8
49:1,2 56:15
61:21 63:3,22
105:11 158:12
239:9,17,20
251:22,23
252:16,16
258:8 290:6,11
298:10
**percentile**
55:25 56:2
**peres** 71:6,10
71:17
**perfectly** 61:18
120:16
**perform** 254:25
**performed**
169:16 322:11
**perineal** 5:4
118:20 134:12
134:16 135:19
136:3,8 146:14
146:18 158:11
158:17 162:1,6
175:1 176:18
177:14 179:2
181:21 202:8
211:19 212:12
212:15 213:8
222:7,10
226:17 227:12
229:15 253:25

304:4 341:21
341:23 343:3
345:24 346:6
348:24 350:19
351:2 360:24
363:24
**perineum** 5:15
176:10 184:21
192:7,13 277:8
**period** 232:23
**periods** 101:7
256:8
**peristaltic**
178:12,19
**peritoneal** 5:7
5:10 24:13
160:11 162:9
162:24 163:15
165:22 175:25
177:19 184:12
184:22 215:1,8
215:15 344:13
344:17,21
345:3
**permuth** 1:12
3:4,12,14,15,18
3:20,22 4:3 5:3
6:3 7:3 8:3 9:3
10:9,14 11:11
11:17,20 13:9
14:14,15 15:19
16:8 21:5,13,22
39:25 40:3 58:5
75:3,7,21 79:9
96:19 97:25
100:23 103:25

106:3,6 134:6
148:5,6 157:2
159:9 161:14
166:18 179:13
181:18 183:5
188:15 193:7
196:20 202:19
219:12 229:24
229:25 238:16
243:3 245:16
248:3 252:12
255:15 256:24
261:18 264:20
269:12 276:9
277:2 278:23
282:24 288:20
296:11 304:18
309:1,8,19,25
316:25 323:17
339:20 340:4
343:21 347:9
349:2 350:3
353:1,19 355:3
358:2 364:5
**permuth's** 74:4
216:12,14
**perplexing**
118:16 119:8
**persistent** 7:22
218:13,17
282:22 341:2
**personal** 2:16
328:1 339:1
**personally**
14:23 24:11
100:19

**[perspective - please]**                                        Page 66

perspective
    4:12 80:8
pertain  262:22
pertinent  15:1
    18:11 23:19
    65:6 195:8
pervasive
    280:18
ph  1:22
ph.d.  1:13 3:4
    3:12,15,18 4:3
    4:10 5:3 6:3 7:3
    8:3 9:3 10:9
phagocytes
    5:19
phagocytotic
    189:24 190:3
pharmaceutic...
    212:9
phd  3:14,20 4:5
    4:24 6:7,10
phenomena
    190:16
phenotypical
    338:22
philadelphia
    16:4
phone  22:7
phrase  314:6
phrased  361:24
phrasing  96:24
phthalates
    248:13 249:19
phung  4:10
    79:7 81:16
    87:14 96:8 97:1

263:6
physical  76:9
    217:23 235:3
physicians
    82:17
physiology
    178:9
picture  45:23
    45:25 156:12
    157:9
pictures  189:19
pieces  185:25
    210:6
pigs  341:20
place  47:7
    164:11
places  207:9
    318:7,20
plaintiff  12:25
    13:8,10,19 14:3
    15:10 20:25
    60:5 84:25 85:6
    85:25 86:3
    103:7 140:4,7
    221:7 283:9
    323:24 325:7
    334:24 335:18
    337:10
plaintiffs  2:2
    10:10,16 20:11
    20:13 41:2
    69:21,23 70:3
    70:14 153:16
    220:14 223:12
    224:21 225:4
    254:8 259:4,8

283:5,14,16
317:2 323:25
327:6 332:25
334:25 361:18
361:21
plan  326:15
    327:5
planners
    355:21
planning
    357:21
plausibility
    38:9 52:15 56:9
    63:7,12 86:22
    91:17,18,21
    174:23 206:25
    227:17 250:7
    255:5 288:8
    298:20 318:3
    335:19
plausible  31:10
    38:2 51:17
    62:10 63:1
    74:20 78:12
    88:18 92:3 93:6
    96:9 152:1,6,9
    152:22,25
    153:1,25 154:3
    155:17 164:20
    166:13,15
    175:24 197:12
    233:13,19,23
    234:11,13,14
    235:6 248:25
    249:6,24
    250:14 260:17

268:22 269:5
302:24
play  25:22
    31:20 32:1,6,17
    35:5 36:1,8,13
    66:6,13 77:9
    165:7
played  320:7
    321:6
playing  39:4,11
    39:18,21 40:9
    320:15
plays  39:23
    66:19 87:21
    88:7 92:13
    107:15 108:1
    109:22 265:14
    265:19
please  18:9
    19:17 23:8 25:1
    25:10 26:14
    28:21 31:13
    40:18 42:18
    49:25 51:5
    52:13 53:11
    65:23 68:16
    69:6,9 72:10
    73:13 74:9
    84:21 91:14
    95:9 98:3
    125:24 128:6
    132:5 134:15
    134:19 137:5
    148:14 150:6
    155:24 159:6
    180:1 201:9

**[please - powder]**

Page 67

210:13 215:25
266:11 271:1
284:11 288:1
297:16 339:17
346:7
**pleural**  191:5
344:10
**pleurodesis**
150:24
**plot**  347:5,12
**plural**  338:9
**point**  37:8 47:4
52:10 104:17
129:14 155:22
157:13 169:2
176:3 179:5,8
192:8 207:25
219:21 240:5
244:12,12
282:6 326:14
327:9 330:23
352:24 353:18
356:22 358:18
**pointed**  171:25
235:7 250:22
**pointing**  153:20
267:6 273:4
**points**  282:4
356:15,24
**polycystic**
101:8 102:18
268:13
**polygenic**
108:16
**polyploidy**
217:24

**polyps**  332:5
**poole**  35:14
**pooled**  6:14
22:11 57:16
115:8 127:12
137:25 138:24
243:7 247:15
251:9,12 252:4
252:15 261:15
347:3,11
**poor**  239:9
286:25
**popping**  55:19
**population**
71:13 105:9
212:5,7,11
239:10 325:15
327:4
**populations**
54:18
**portion**  40:22
69:15,17 156:1
209:23 317:1
**pose**  25:4 77:8
289:24
**position**  178:4
181:13 276:1
**positions**
183:15,20
245:1
**positive**  45:18
48:8 49:2 114:4
132:19 222:9
236:9 237:5
247:18 250:24
251:13 275:2

296:24
**positively**  256:3
**posits**  51:8
**possibility**
91:19 165:21
188:25 189:11
215:6 251:20
299:9 317:18
320:24 321:15
322:3,8 330:9
330:10 334:12
336:14,15
337:22 338:18
339:4,11
349:14
**possible**  24:14
24:17 76:13
91:6,10,15
93:13 94:22
96:13 97:2
130:19 152:9
182:4,7 225:21
226:2,8 227:18
233:20,22
234:4,9,13
237:11 292:20
293:11 334:10
334:20 341:8
342:7 351:7
354:6 361:19
**possibly**  15:25
39:23 44:9
97:22 138:21
262:19 274:22
279:17,22
335:22 348:10

**posterior**
161:24
**postmenopau...**
27:4 71:23
**postoperative**
172:14
**postpartum**
65:7
**postulating**
250:2,5
**potential**  16:24
116:20 158:1
164:14 184:10
184:20 185:15
189:24 190:3
190:13 228:21
229:18 232:17
233:2 244:3
253:19,25
254:19 256:5
260:8 340:14
342:12
**potentially**
34:23 172:3
176:1 248:13
248:16,19
249:18,22
250:19 253:16
327:23 328:14
**powder**  1:4
3:13 5:12 6:6,9
6:12,14 10:21
15:24 18:15
23:20 42:4,10
42:15,23 52:1
58:17 59:12

**[powder - probably]** Page 68

60:1,21 61:6
63:14 69:4 71:1
72:8 83:14,17
85:21 87:6
96:10 97:2,20
99:24 103:13
103:13 106:15
112:20 113:18
118:18 119:17
121:19,23
122:2,21 123:2
124:5,13,20
125:20 128:17
129:12 130:4
130:25 144:5
145:8 148:19
149:14 151:4
151:14 160:25
172:2,14 174:1
185:15 216:22
224:10 233:2,7
234:25 235:13
239:22 243:13
244:2,13
246:11 247:9
248:25 249:1,6
252:18 253:15
254:21 255:3,6
257:15 262:20
274:9 275:3
303:8,13,19,20
312:16 313:7
346:6,17
350:18 351:2
353:24 354:7

**powdered**
  166:25 172:1
  173:2
**powders**
  212:15 213:9
**power**  117:18
  117:20 299:13
  299:14,18
**powered**
  117:23 299:7
**pq**  134:5
**practical**  165:6
  165:12
**practice**  239:10
**practices**  1:4
**pre**  7:10
**precede**  53:19
  312:3 315:20
**preceded**
  311:16,18
  358:22
**preclude**
  349:23
**predictor**  47:19
  47:23
**predisposition**
  43:9,11 50:24
  320:13 321:6
  326:24 333:5
  333:17
**premenopausal**
  27:3 71:23
**preparation**
  20:6
**prepare**  20:7

**preparing**
  20:19
**presence**
  107:12 226:3,9
  341:2
**present**  2:22
  78:5 189:2
  195:1 241:6
  288:2 322:16
**presented**  67:1
  67:10 110:13
  110:20 221:12
  292:18
**press**  7:4
  255:18,20,25
**pressed**  143:5
  148:6
**presume**
  284:18
**presumed**
  284:7
**pretty**  156:18
  265:25 290:15
**prevalent**
  124:16
**preventable**  9:4
  350:6
**preventative**
  99:12 328:9
**prevented**  69:3
  70:25 71:12
  72:8
**prevention**  5:7
  62:1 110:3
  263:16 290:23

**previous**  19:10
  19:15 136:22
  171:19 251:1
  252:3 254:22
  332:25
**previously**  90:5
  251:14,22
**prieto**  7:17
**primarily**
  24:13 261:10
  301:2
**primary**  5:7
  40:24 100:5
  212:9,13
  215:15 232:15
**print**  15:6
**printed**  13:14
  29:5
**printing**  14:5
**prior**  3:20
  15:16 18:20
  19:3,4 48:5
  54:2 96:14
  167:1 251:4
  256:15 275:20
  306:9,23 308:9
  308:10,22,23
  311:23
**probable**  30:4
**probably**  17:6
  17:8 32:22
  68:11 80:22
  94:3,9 99:3
  133:14 151:22
  154:2 164:11
  168:6 169:1

[probably - proven]                                                      Page 69

257:6 307:9
352:24
**problem** 93:21
145:4 181:8
230:15 280:18
**problems** 93:18
295:16
**procedure**
167:18
**process** 23:16
28:6,6,9,10
90:18 92:2
94:12 178:24
180:2 182:11
268:24 272:15
305:13
**processes** 77:4
198:3 237:21
356:8
**processing**
23:25
**produce** 90:13
290:21
**produced** 18:22
183:25 251:10
**product** 151:1
151:4,7,15,19
240:22
**production**
184:1 195:6,19
267:7,8,15
268:17
**products** 1:4,5
2:16 6:19
110:15,22
111:9,13,18

112:20 212:8
232:17,21,24
248:15 249:21
274:16 353:22
353:24 354:3
**professional**
1:16,19 5:8
45:22 365:3,5
**profile** 286:19
323:24
**profiles** 199:5
**profiling** 194:6
**profound** 32:2
**prognosis** 67:15
**program**
305:15
**progression** 4:7
7:14 77:10 78:2
78:3,4,15
225:22 262:9
265:11
**proinflammat...**
77:3 90:13,14
262:17 270:20
**proliferation**
51:15 53:1
62:22 64:24
218:20 266:24
270:18 308:15
308:17
**promised** 20:22
**promote** 62:23
65:1 90:16
174:20 244:4
270:17 274:23

**promoted**
303:4
**promoter**
330:13
**promoters**
260:5
**promotes** 51:13
186:20
**promoting** 94:4
**promotion**
165:13
**prompt** 195:13
**prompted**
96:14
**prone** 158:13
**pronounced**
128:11
**proof** 184:19
297:13
**proper** 125:16
**properties**
164:15
**prophylactic**
328:9
**proportion**
50:15 221:6
325:6
**proportions**
126:13
**propose** 233:17
**proposed** 91:6
94:21 96:13,20
153:7,10,16
217:9 340:25
341:7

**proposing**
175:18
**prospective**
6:15 55:23
114:8 116:9
117:7,14,23
129:4 146:6
222:14 243:8
246:25 247:7
251:5,12
253:12 278:17
285:25 299:5
299:19 300:1,7
300:20
**prospectively**
256:14
**prostaglandins**
90:16,17 260:4
266:4,19
270:14
**protective** 57:3
57:7,12 63:18
119:7 144:6
269:23 273:21
**protects** 61:24
**proteins** 76:19
76:20
**prototype**
194:25 196:13
**prove** 165:5,16
280:11
**proved** 250:10
**proven** 52:12
52:14 94:2
164:18 250:7,9

**[proves - questionnaire]**

**proves** 177:5,6
**provide** 12:6
14:22 15:9
48:23 81:14
283:19 305:11
308:24 342:9
**provided** 12:22
15:3 17:18
34:15 36:23
**provides**
107:10 109:20
137:19 349:11
**providing** 11:3
31:18 265:20
**pten** 329:23,25
330:2,24
332:18,23
334:10,15
**public** 298:17
303:7
**publication**
82:25 87:15
98:12 100:5
**publications**
346:21 347:12
**publish** 296:4
**published**
35:15 50:16
52:1 58:16
60:19 61:2
72:24 81:17,23
85:20 93:24
94:4,7 98:11
101:22 102:4
102:15,21
103:6 104:4

106:2,14,18
109:6,11 110:4
143:6 147:25
153:19 257:4
261:5 267:3
268:3,4 269:16
279:6 283:3,12
286:20 296:19
339:24 347:8
350:5
**publishes**
295:23
**publishing**
248:22
**pubmed** 23:18
**pull** 46:2 187:2
**pulled** 152:17
**pump** 178:12
178:19
**purely** 165:18
**purport** 176:23
187:1
**purported**
171:22 175:2
176:19 177:15
187:3 234:1
242:15 244:13
265:23 273:6
273:12 308:18
308:19 342:9
**purports**
176:25
**purpose** 11:1
**purposes**
164:13

**purview** 120:6
**pushed** 160:25
**put** 37:3 56:11
118:15 163:7
197:5 233:18
258:21 269:4
274:3 334:23
336:18
**putting** 118:25
269:2

**q**

**qualified**
239:14
**qualifier**
241:21
**quality** 344:24
**quantify** 69:21
71:12 221:6
**quantitative**
6:20
**quantitatively**
287:22
**quartz** 274:15
**question** 26:24
32:14,15 33:21
34:4,7 36:17
37:16,16 39:10
40:14,19 41:10
44:25 59:20,21
60:15 68:5 70:9
70:13,19,21
72:5,6,12 73:15
73:20 85:14,24
86:15,17 87:13
96:17,19,21,22

110:6 113:6
118:24 124:4
128:1 134:25
142:11,14,22
142:24 148:5
148:23 150:14
151:12 153:4
155:23 157:19
164:7 166:7
173:16 176:15
178:6 181:13
181:15,18
182:15,20
186:13 191:7
199:6 200:25
201:10 208:3
208:22,24
212:22,24
215:18 222:1
234:3 237:23
249:13 263:1
269:8 286:12
293:2 298:13
309:12 310:1
310:17 312:20
313:2 319:5,7
334:14 336:9
346:1 353:21
358:15,21
360:21 361:6
363:11,19
**questioning**
216:17
**questionnaire**
128:17

**[questions - reading]**                                                      Page 71

| | | | |
|---|---|---|---|
| **questions** 22:14 | **randomized** | **ratios** 251:11 | 169:9 174:22 |
| 96:5 98:22 | 283:18 285:25 | 301:19 | 176:14 185:20 |
| 119:10 132:17 | **range** 78:21 | **rattle** 315:9,11 | 186:3,7 191:5 |
| 133:9,19 161:7 | 251:24 254:22 | **reach** 160:11 | 194:22 201:8 |
| 170:19 178:8 | 287:22 288:6 | 164:22 173:6 | 202:5,10,10,12 |
| 181:9,10 201:6 | 329:1 | 173:18 176:10 | 204:6,14,16 |
| 203:18 205:15 | **ranges** 78:22 | 177:19 184:11 | 205:4,8 207:13 |
| 309:5 321:17 | **rapid** 260:2 | 192:12 244:3 | 212:6 217:7 |
| 357:20,22 | **rare** 117:19 | 275:11 | 222:1 225:11 |
| 358:16 359:7 | 353:6 | **reached** 203:21 | 227:21,25 |
| 361:10,17 | **rarer** 126:10,12 | 207:19 | 231:7 238:3 |
| 362:9,10 364:2 | 131:3 | **reaching** | 246:4 247:7 |
| **quick** 3:24 | **rat** 159:18 | 273:15 | 248:11,23 |
| 219:10 339:16 | **rate** 190:20 | **reaction** 191:10 | 257:14 267:16 |
| **quickly** 219:20 | 271:16 | 191:14 302:9 | 270:2 271:4,8 |
| 267:24 | **rates** 4:20 | **reactions** | 271:13 279:19 |
| **quite** 32:4 | 186:21 345:1 | 172:12 | 291:10 337:4 |
| 82:22,24 94:7 | **rather** 38:25 | **reactive** 190:16 | 351:14 355:8 |
| 97:22 165:3 | 200:8 219:19 | 195:6,20 | **reading** 48:14 |
| 271:11 299:2 | 220:24 221:8 | 218:14 266:3 | 48:14,15 49:7 |
| 331:1 | 285:1 287:21 | 266:15 267:8 | 49:11,13 62:6 |
| **quote** 68:7 | **ratio** 67:10 | 268:14 270:14 | 64:4,13 67:6,22 |
| 184:15,17,18 | 78:17,17 | 356:11 | 67:23 68:4 |
| 223:19 247:2 | 137:17 138:7,7 | **read** 53:5 56:14 | 83:16 87:14 |
| | 138:23 142:25 | 56:18,22,25 | 89:25 90:2 |
| **r** | 143:22,25 | 64:12 75:13 | 105:15 156:8 |
| | 230:8 231:7,21 | 77:7,18 78:9 | 157:4 158:23 |
| **r** 6:23 365:1 | 231:23 235:21 | 90:4 92:11,16 | 184:25 185:24 |
| **rabbits** 341:21 | 240:10 247:19 | 94:14 98:19 | 192:1,22 |
| **radiation** | 247:23,25 | 105:17 107:23 | 208:22 225:7 |
| 350:19,19 | 251:11 256:19 | 108:25 117:2 | 226:22 239:6 |
| **radicals** 217:18 | 277:13,20 | 146:17 155:6 | 246:22 262:11 |
| **radioactive** | 278:1 288:11 | 156:16 157:10 | 272:10 299:3 |
| 5:10 | 294:24 297:21 | 157:11 158:19 | 314:9,10,14,17 |
| **raise** 10:2 | 316:3,9 347:15 | 160:21 163:18 | 314:20 |
| **raised** 354:5 | | 163:19,24 | |

**[reads - reference]**

Page 72

| | | | |
|---|---|---|---|
| **reads** 40:21,25 132:13 | 320:1 321:2,17 321:21 326:15 | 339:11 342:15 342:17,20 | 33:25 34:5 145:24 170:10 |
| **ready** 171:11 288:24 | 330:3,6 334:14 336:10 361:25 | 343:15 344:2 345:19 349:1 | 170:13,17,19 171:7 181:6,7 |
| **real** 284:15 298:6 | **reasons** 238:3 **reassessment** | 350:1 352:21 355:2 359:9 | 181:11 202:17 219:13 220:3 |
| **reality** 41:16 | 117:6 | 362:10,14 363:22 | 254:24 264:25 276:25 296:10 |
| **really** 28:16 31:24 32:21 | **recall** 17:4 19:18,20 58:1 | **recalling** 337:4 337:6 | 309:22,23 324:5 365:13 |
| 61:5 76:21 98:22 100:3 | 67:4 73:1,7,8 111:15 112:1 | **received** 14:8 21:16 257:10 | **records** 20:10 318:8,9,11,16 |
| 118:9 173:10 174:15,16 | 113:1,2 120:21 121:3 122:19 | **recent** 77:25 79:15 100:21 | 324:1 330:21 332:7 337:2,5 |
| 194:2 211:17 222:13 235:7 | 123:25 124:9 124:11,23 | 105:25 147:24 153:19 227:16 | 337:16 339:3 **recount** 72:13 |
| 235:17 237:17 241:5 248:5 | 125:21 126:3 128:2,8 129:1 | 346:20 349:15 | **rectal** 127:22 **redirect** 3:7 |
| 273:22 312:18 321:6 330:12 | 129:25 140:19 150:4,10 | **recently** 232:21 **recess** 75:5 | 363:17 **reduce** 64:5,17 |
| 349:23 **realtime** 1:17 | 158:13 160:4,7 160:20,23 | 159:7 219:11 276:8 339:18 | 259:22 **reduced** 61:21 |
| 1:18 365:3,5 **rearranged** | 161:3 168:14 184:5 189:13 | **recognize** 58:14 **recognized** | **reduces** 62:9 242:17 |
| 351:18 **reason** 67:18 | 193:24 199:22 199:22 215:20 | 97:8 239:9 **recombination** | **reducing** 62:23 64:25 |
| 118:5 134:25 170:1 193:11 | 216:25 217:4 218:7 220:19 | 332:16 **recommendat...** | **reduction** 57:9 63:3,13,23 |
| 213:13 214:25 215:2 291:14 | 229:18 241:3,6 241:9 250:21 | 119:16,21 173:24 328:17 | **refer** 13:24 92:1 136:22 |
| 327:10 333:1 359:1 | 254:24 256:17 261:10 265:24 | **recommendat...** 328:4,5 | 178:25 179:23 211:18 313:13 |
| **reasonable** 41:1 44:18 45:3 | 269:15 283:2 284:14 289:1 | **recommended** 264:1 328:10 | **reference** 34:21 35:16 136:21 |
| 66:12 157:16 318:21 319:8 | 300:15 301:5 304:21 336:4 | 328:12 **record** 8:12 | 187:6 210:14 309:10 310:17 |
| 319:13,24 | 337:7,8 339:9 | 16:11 33:22,24 | |

326:5
**referenced**
264:17
**references**
12:11 13:9,16
20:25 136:20
136:25 149:10
188:11 221:4
262:21 265:6
267:25 268:2
**referred** 201:6
230:3 262:16
316:16
**referring** 42:7
54:7 69:10 71:9
88:11,25 102:3
104:14 108:10
114:6,8 130:5
168:6 191:14
220:17 263:20
281:23 309:17
311:25 316:8
317:5 337:25
338:9 355:15
356:18
**refers** 206:5
207:4 305:14
**refute** 38:15
39:1,18
**refutes** 38:18
39:11
**refuting** 39:16
40:9
**regard** 119:9
174:24 176:16
177:10,12

261:11 303:23
335:12
**regarded** 87:18
92:1 109:7,9
238:25 239:3
**regarding**
37:12 53:15
59:12 60:7
63:14 67:6 69:2
86:8 108:6
109:4 132:3
136:3 156:20
185:14 189:6
197:11 206:15
220:6 226:24
237:23 243:17
273:20 339:4
**regardless** 56:7
107:11 109:21
306:20
**regards** 222:6
**registered** 1:16
365:2
**registry** 355:7
**regrettable**
287:11
**regular** 183:17
236:14 237:10
**regularly** 354:7
**regulate** 76:21
**reid** 214:19
215:9,14
342:11,18,19
343:8,13,14
362:9,13,18,23

**reid's** 363:2
**reilly** 2:17
**rejected** 158:4
**relate** 30:19,20
30:21,25
295:16 308:12
341:1
**related** 6:19 7:7
7:10 14:8 19:6
22:10,16 24:13
71:14 78:3
86:21 102:16
107:18 171:22
172:21 175:10
228:7 237:20
256:11 257:24
262:2 263:2,3
271:21 295:25
320:15 324:20
325:23 365:15
365:17
**relates** 38:24
62:11 186:5
219:2
**relating** 24:18
61:21
**relation** 294:21
**relationship**
35:18 43:24
44:9 45:10
74:22 78:13
86:8 125:8,10
158:3 228:12
228:14 229:22
253:1,6 269:21
301:12 346:21

363:25
**relationships**
236:10 237:6
**relative** 44:2,3
44:19,24 45:1
45:11,13,14,19
246:11 293:23
316:3,10 323:7
336:21 337:12
337:16
**relatively** 79:15
117:19 353:5
**relatives** 43:19
43:21,22
323:11 331:9
**relay** 201:10
**release** 7:4
255:19,20,25
256:1
**released** 255:18
**relevance**
161:23 166:2
171:19,20
**relevant** 162:3
163:2,11 166:8
186:4 262:8
265:21 291:12
348:20 362:23
**reliable** 41:4
283:21 306:21
**reliance** 12:2
12:14 13:4,6
15:4 50:6 182:5
264:22 279:2
296:2

**[relied - reportedly]** Page 74

| | | | |
|---|---|---|---|
| **relied** 309:10 | 306:4,6,12 | 110:8,13,21 | 283:23,24 |
| 354:23 | **repeat** 70:21 | 111:23 113:7 | 284:10 285:21 |
| **rely** 256:14,16 | 209:17,24 | 113:21 115:23 | 288:2,4 291:10 |
| **relying** 31:15 | 212:1 249:4 | 121:24 122:13 | 307:18 308:25 |
| 31:19 221:7 | 283:11 298:12 | 122:14 125:5 | 309:4,18,20 |
| 254:13 261:11 | 346:1 | 125:12 129:17 | 310:9 311:11 |
| **remain** 4:19 | **repeatedly** | 129:20 131:13 | 311:12 313:1 |
| 65:8 108:6,18 | 292:7 | 133:20 135:23 | 314:20 315:9 |
| 109:3 190:17 | **repeating** | 140:10 144:10 | 316:21 317:1,2 |
| **remainder** | 208:10 | 145:10,16 | 317:23 323:19 |
| 110:13,20 | **rephrase** 142:6 | 151:25 152:10 | 323:21,23 |
| **remains** 157:14 | 142:11 | 152:12,15,17 | 324:3,6,19 |
| 317:18 320:24 | **replacement** | 153:9 159:12 | 325:25 335:14 |
| 322:3 337:22 | 29:16 69:19 | 160:22 169:12 | 336:7 347:20 |
| **remarked** | 72:15 | 170:20 174:23 | 358:3,12 |
| 175:5 | **reply** 240:15 | 176:7 179:24 | 359:11,18,21 |
| **remarking** | **report** 3:13 | 180:1,9 181:5 | 360:6,12 |
| 273:19 | 11:13 12:3,7,12 | 181:19 182:5 | 361:14,20,25 |
| **remember** | 12:13 13:18,24 | 183:1,9 188:13 | 362:6,16,24 |
| 51:23 72:24 | 14:2 19:9,10,12 | 193:2,6,18 | 363:7 365:10 |
| 73:3 89:2 | 19:15 20:9,25 | 195:16 199:24 | **reported** 22:11 |
| 159:25 191:18 | 22:18 23:11,12 | 200:21,24 | 78:21 114:3 |
| 191:19 196:24 | 23:17,24 24:5,7 | 201:7,8 204:16 | 117:12 138:19 |
| 264:23 265:2 | 24:23 25:18 | 205:11 210:10 | 139:19 145:25 |
| 318:9,15 | 29:7 32:10 | 210:13 216:16 | 164:24 195:18 |
| 324:10 337:15 | 33:16 34:5 | 219:25 220:8 | 236:16 239:20 |
| **remind** 52:8 | 37:10 39:6 40:6 | 220:12,20 | 251:22 254:9 |
| **removal** 123:13 | 40:22,25 41:8 | 225:3 234:10 | 301:19 306:16 |
| 290:23 328:9 | 47:18 48:14 | 236:2 237:15 | 312:13,15,20 |
| **removed** | 50:14 51:22 | 238:6 240:19 | 313:7 314:16 |
| 121:12 122:2 | 67:5,6,23 68:9 | 240:20,24 | 315:2 317:24 |
| 122:22 123:3 | 71:3,5,8 75:15 | 244:17 245:23 | 322:22 336:6 |
| **renal** 336:19 | 78:25 79:3 80:1 | 246:7 248:7 | 342:13 347:25 |
| 338:4 | 88:23 97:6 | 254:19 257:14 | **reportedly** |
| **repair** 186:22 | 98:10 105:23 | 261:8,14 275:7 | 323:3 |
| 258:11 260:3 | 106:5 108:5 | 276:11 281:5 | |

[reporter - reverse]                                                    Page 75

**reporter** 1:16
1:17,19 2:23
10:2,8 134:8
196:19 255:23
365:3,3,6
**reporting** 1:18
234:6,8 256:5
365:4
**reports** 12:25
13:8,11,19 14:1
14:3 15:10,11
21:1,6,7 145:11
164:23 220:24
221:1,8,20,21
245:19 269:17
331:2 341:4
**represent** 82:16
99:13 112:3
263:22 350:14
**representative**
163:8 185:12
195:25 196:10
197:2 198:3
**representing**
16:23 112:18
112:19 155:11
331:13
**reproductive**
25:17,21 54:14
82:2,5,9,11,14
102:16 119:1
120:7 121:10
139:15 145:13
160:17,25
162:23 171:17
174:17 178:9

178:14 182:18
184:11 226:15
227:14 231:4
235:1,9,14
241:16 244:3
244:19 245:6
246:17 247:4
256:9 273:4,23
341:11 348:11
**reputable**
255:11
**request** 18:16
**requested**
12:21 14:21
365:12
**requesting**
143:10
**required**
185:18 235:2
**requires** 344:6
**research** 4:12
7:22 33:14
158:1 227:15
227:16 232:16
239:10 282:23
**researcher**
22:23
**researchers**
218:23 232:13
280:10 293:19
**researches**
84:18
**resemble**
167:25 194:11
**reservations**
106:23 359:3

**resistance**
218:19
**resources** 74:17
**respect** 22:23
63:9 225:18
227:16 358:15
359:6,15
360:21 361:10
361:18
**respected** 257:7
**respond** 332:20
**responding**
34:3
**response** 6:11
190:18 194:4
225:21 227:14
228:21 233:8
252:22 253:1,6
268:17 274:23
336:3
**responses**
190:15
**responsible**
112:24 124:23
128:3 151:18
**responsive**
14:21
**rest** 278:1
351:14
**restate** 26:19
208:12 322:1
**restricted**
132:14,18
**restricting**
115:14

**result** 118:19
235:23 268:13
280:11,24
287:19 290:23
308:17
**resulting**
217:23
**results** 46:14
95:21 101:3
105:8 146:11
156:12 157:9
158:10,13
172:23 241:15
248:10 249:10
281:14 287:1
287:12 294:22
343:2
**retention**
295:17
**rethink** 169:5
**retire** 7:20
279:18
**retrograde**
5:12 171:25
173:23 268:11
341:10 348:10
**retrospective**
241:7 246:9
256:16 358:19
359:3
**returns** 65:16
**reveal** 194:4
197:7
**revealed** 71:21
**reverse** 344:20

**[review - risk]**                                                     Page 76

| | | | |
|---|---|---|---|
| **review** 5:4,25 | **right** 10:3 | 328:23,24 | 94:19 95:11,24 |
| 8:21 12:16,25 | 12:12 13:14 | 337:19 340:1 | 97:8,13,21 |
| 42:9 81:14 | 14:10 15:14 | 342:4 344:18 | 98:17,24 99:2,2 |
| 88:11 92:17 | 18:12 26:22,25 | 344:21 354:10 | 99:6,10,15,21 |
| 93:4 113:19,24 | 36:24 44:13 | 355:18 358:2 | 99:24 101:2,11 |
| 134:12,16 | 50:2 57:22 | 362:14,19 | 101:12,16 |
| 148:12,16 | 58:12 62:6,19 | **rinse** 120:12 | 102:2,12,13 |
| 158:10 170:14 | 68:11 71:10 | **rinsed** 121:7 | 103:20 104:11 |
| 215:24 224:17 | 72:16 76:5 | **risk** 3:13 4:5,9 | 104:15,19,23 |
| 246:8 260:15 | 78:10 82:19 | 4:16,19,20 6:6 | 105:4,10,12,20 |
| 266:8,25 308:2 | 85:1 86:2 87:15 | 6:9,14,23 7:5,8 | 107:11,12 |
| 339:24 343:17 | 89:6,8 91:12 | 7:10 9:8 24:24 | 108:7,17 109:5 |
| 343:17 346:22 | 92:7,11 95:16 | 25:2,3,7,13,23 | 109:24 114:5 |
| 347:2,3 349:5 | 97:12 98:4 99:3 | 26:7 27:2,6 | 115:11 118:13 |
| 351:17 363:24 | 108:15 117:3 | 29:1,17 30:4 | 119:3,6 122:8 |
| 365:11 | 131:6,7 135:13 | 32:3 38:7 43:9 | 122:15,16 |
| **reviewed** 14:1 | 135:24 144:13 | 43:14 44:4,20 | 124:24 132:13 |
| 20:14 21:5,6 | 145:3 152:14 | 44:24 45:2,10 | 132:20 133:1,5 |
| 23:21,22 70:4 | 159:20 160:14 | 45:11 47:13,19 | 137:13,17,20 |
| 70:23 81:24 | 163:16 168:9 | 47:24 48:18,19 | 138:3,7,23 |
| 82:19 159:10 | 169:16 170:5 | 50:10,14,22 | 139:14 141:23 |
| 161:22 214:12 | 185:8,10 | 51:14 54:5,23 | 141:24 142:8 |
| 216:4 220:25 | 187:24 199:23 | 55:7,13 56:15 | 142:25 143:22 |
| 221:2,8 222:8 | 202:15,15 | 57:9 61:22 62:9 | 143:25 145:8 |
| 339:21,22 | 206:4 210:15 | 62:13 63:13 | 145:12,19,25 |
| 359:24 | 212:4 218:5,10 | 64:17 67:9,12 | 146:14 149:4,6 |
| **reviewer** | 225:17 228:25 | 68:24 69:11 | 149:7,14 |
| 134:24 135:3,6 | 242:25 244:22 | 71:13 72:1 | 156:12 157:8 |
| 137:1 | 246:7,13,19 | 73:11,20,21,25 | 158:12 201:16 |
| **reviewers** | 247:11 248:2 | 74:4,15 75:8,24 | 207:20 216:19 |
| 307:12 | 248:11 272:21 | 76:8 78:17,19 | 227:12 228:10 |
| **reviewing** | 278:7 280:7,15 | 78:24 83:9,14 | 230:23 236:4 |
| 59:24 216:18 | 294:14 295:7 | 83:18,22,24 | 239:21 246:12 |
| **reviews** 190:14 | 295:20 299:13 | 85:1,4,21 86:14 | 252:17,19,21 |
| **revise** 221:16 | 304:25 312:4 | 87:6,10 88:17 | 253:8,17,23,25 |
| | 313:21 326:7 | 90:15 91:4 93:6 | 254:20 255:4,7 |

**[risk - saying]**

256:3 257:25
259:23 260:24
262:2,6,17
263:7,11,25
264:3 268:19
269:23 272:12
272:16 277:13
277:20 278:1
281:16,18,23
281:25,25
288:11 289:24
292:18,21,25
293:8 294:22
294:24,25
296:25 297:1,2
297:21 298:4,6
298:10,15
299:8 316:3,10
320:13 323:5,8
328:2 333:6,7
333:13,17
334:19 340:12
342:1 344:8
347:15,17
352:11 354:6
356:25 361:2,7
361:22
**risks**   25:5 30:11
62:3 63:10 64:6
203:22 253:20
360:22
**rls**   1:3
**rmh**   2:18
**roberta**   7:9
**robust**   41:4,14
67:2,4 114:5,7

114:17 115:5
211:12 301:11
349:16
**robustness**
228:8
**rodents**   227:14
**role**   7:13 25:22
31:20 32:2,6,17
35:5 36:1,8,13
39:4,12,18,21
39:23 40:9 66:6
66:14,20 87:21
88:7 92:13 94:4
107:15 108:1
109:22 110:3
165:8 265:8,10
265:15,19
266:8 273:21
293:23 320:7
320:15 321:7
340:14
**roles**   77:9,15
78:1,6
**rolls**   53:24
**ros**   267:8,14
268:15,17
**ross**   5:5
**rothman**   7:23
8:5 238:21,23
239:2,15
282:22 283:3,5
283:13,25
284:22 285:3
286:5 288:15
290:25 291:4
291:20 294:8

**rothman's**
286:13
**round**   117:12
**route**   202:7
211:16 273:6
**routes**   212:13
**rpr**   365:25
**ruled**   189:10
349:15
**run**   183:23
190:18
**rushed**   138:10
138:16
**rushing**   357:17

**s**

**s**   3:10 4:1 5:1
6:1 7:1,15 8:1
9:1
**saed**   15:10
197:24 307:12
307:16
**saenz**   160:21,23
160:24
**safe**   149:25
150:3,11,15
216:23 217:1
221:13 346:17
352:14,15
357:9
**safety**   151:19
**sake**   297:20
**sales**   1:4
**salpingectomy**
328:13

**salt**   80:13
**sample**   22:16
126:6
**sampling**   285:1
**sanchez**   7:17
**sander**   279:20
**sandra**   5:17
**sat**   209:20
362:4
**savant**   7:15
88:10,14
264:16 267:20
267:21 270:24
272:4,7
**saved**   291:23
**saw**   270:24
306:16 318:7
**saying**   40:7
41:18 43:3
81:11 84:22
85:7,18 93:23
152:14 154:19
160:18 163:5
173:8,8 174:6
208:23 216:25
223:6,12,23,25
224:7,9 225:14
227:9 228:13
245:2,2 252:7
264:15 271:23
273:11 296:15
298:24 307:24
320:20 338:19
346:16,19
352:2,3

**[says - see]**                                                                     Page 78

| | | | |
|---|---|---|---|
| **says** 33:2 34:12 | 40:4 41:16 | **search** 23:18 | 205:5 206:12 |
| 55:1 56:14 | 84:19,23 86:2 | 33:12,19 34:2 | 214:10,11,15 |
| 62:19 88:12 | 87:8,12 115:3 | 36:25 37:4,6 | 217:8 218:7 |
| 92:20 94:12 | 179:15 216:4,5 | **searches** 37:1 | 253:14 290:18 |
| 96:12 99:5 | 216:8,15 | **seasonal** 117:13 | 354:10 356:25 |
| 102:2 108:20 | 326:14 330:17 | **second** 43:21 | **sections** 111:1 |
| 134:23 154:20 | 330:17 | 45:13 83:10,11 | 214:13 |
| 155:16 172:8 | **scientific** 40:5 | 83:12 88:2,4,4 | **see** 32:3 35:19 |
| 175:20 176:14 | 41:2,4 226:24 | 95:22 117:4 | 38:6,24 49:20 |
| 179:1,6 180:2 | 294:13,18 | 149:6 168:16 | 49:21,22 50:17 |
| 183:5 184:9 | 298:19 311:1 | 182:10 187:14 | 51:9 58:19 59:2 |
| 215:6,22 227:7 | 346:13 | 220:11 225:25 | 64:3 67:22 71:5 |
| 232:7 236:9 | **scientifically** | 241:11 252:14 | 71:9 75:17 |
| 240:17 246:14 | 208:17 | 253:13 258:2 | 77:19 78:20,21 |
| 246:19,24 | **scientist** 22:24 | 270:5 271:24 | 78:23 80:6 |
| 263:23 267:12 | **scientists** 92:1 | 271:25 281:13 | 83:10,16 87:2 |
| 285:15 290:16 | 109:7,9 135:9 | 284:3 286:23 | 90:8 93:12 99:1 |
| 314:18 323:10 | **score** 7:10 | 290:18 292:3 | 99:2,11 102:12 |
| 340:21 344:24 | 101:3 102:10 | 296:16 299:12 | 103:1 105:5,15 |
| 352:21 354:18 | **scores** 108:17 | 300:23 323:11 | 106:14 115:22 |
| 354:25 | **scott** 2:9 11:15 | 335:16,21 | 129:16 135:17 |
| **scanning** 5:16 | 11:24 15:2 | 340:10 360:6 | 136:20 138:19 |
| **scd** 6:13,23 | 26:15 58:9 | 363:12 | 144:9 146:22 |
| **scenarios** 256:4 | 112:3 145:24 | **secondary** | 149:4 163:5 |
| **scheme** 31:7 | 155:24 183:9 | 130:10 | 172:6 174:18 |
| 287:1 | **screening** 6:4 | **seconding** | 177:9 180:10 |
| **schildkraut** | 62:1 219:14 | 157:5 | 182:9 187:10 |
| 58:24 59:17 | **sdha** 317:15,18 | **secondly** 35:14 | 190:4 193:3 |
| 60:18 106:17 | 317:23 318:22 | **secrete** 76:19 | 199:15 200:14 |
| 140:21,21 | 319:8 320:2,17 | **section** 13:10 | 200:19 203:4 |
| 145:7 | 321:10 322:4 | 13:17 50:8,22 | 210:12,16 |
| **schoenbach** | **se** 52:14 86:11 | 54:13 55:12 | 217:10 225:13 |
| 311:12 316:17 | 93:23 111:21 | 99:1 133:11 | 230:8 232:6 |
| 317:6 | 172:20 180:6 | 135:19 137:2 | 235:15 236:15 |
| **science** 23:4 | 272:17 318:9 | 148:19 183:1 | 248:20 252:24 |
| 31:15 32:22 | | 202:23 203:12 | 256:10 262:14 |

267:5,12 272:8
272:21 273:22
278:15 279:14
286:12 299:15
301:3 307:3
310:22 318:5
323:22 324:4
324:22,24,25
325:1 326:9
329:20 331:7,8
332:2,17 341:9
341:15 347:19
348:6 349:8
350:12,13
355:13,16
356:17 357:4
**seeing** 38:8,9
53:23 72:25
73:3 78:24 79:2
102:24 126:6
166:6 169:13
210:7,7,8 217:4
235:16,20
250:21 253:21
256:19 264:10
264:23 265:2
265:24 271:2
272:17 277:16
289:1 295:11
326:7 337:7,15
355:24
**seem** 91:23
103:10 117:23
169:11 194:10
194:20 210:5
254:2 261:14

**seems** 63:2
144:21 189:8
196:24 261:3
329:11 345:8,9
**seen** 14:18 27:5
31:15 37:12
38:16,18 39:1
39:11,17,20
60:20 66:23
98:19 116:5
119:7 122:12
122:16,17
124:7,10 127:2
127:5 132:20
185:9 186:9
198:4 219:17
237:16 238:18
250:10 254:11
255:20 257:13
266:9,13,16,17
266:19,21,23
267:13,18
269:14 283:1
288:22,25
295:13 296:1
304:16,20
306:5,14,19,24
307:4 308:2,3,5
313:6,16
323:23 326:1
327:8 335:12
336:19 337:2
338:4,5 349:20
353:18
**segregation**
46:11

**selected** 7:18
137:3 146:3
149:9
**selecting**
291:11
**selection** 137:7
295:17
**selective** 216:1
**selectively**
247:17
**semantics**
225:16
**seminar** 280:3
**send** 305:7
**sense** 38:4
52:15 65:25
174:7
**sensitivity**
343:1
**sentence** 40:21
53:4 55:1 56:14
56:16 77:22
78:9 90:4 96:20
102:13 107:23
108:15,24
110:17 116:15
117:1 131:13
131:20 132:7
146:18,25
157:13 162:9
162:21 168:17
173:22 177:11
185:8 186:6
188:21 190:23
195:17 198:2
220:11 222:18

224:19 225:25
226:6,22
228:25 234:23
235:16 241:4
243:21 244:1
247:6 253:14
255:1 258:19
270:6,10
271:14 285:12
285:15 287:10
291:5 292:2
293:1 298:13
322:2 336:17
**sentences** 54:17
208:11 228:17
271:3,8,22
298:9
**sentiments** 85:3
153:17
**seo** 8:23
**separate** 292:8
**separately**
309:16
**series** 190:12
**serious** 281:16
281:18,20,23
281:25,25
**serous** 34:24
56:20 71:22,22
115:11 131:24
133:1,3,5 141:5
142:5 145:1,19
158:17 265:17
298:4 302:19
328:20

[serves - similar]                                                    Page 80

serves 60:5
services 1:18
    365:4
set 133:8 233:9
    358:3 359:18
    361:14 362:5
    362:24
sets 294:20
setting 293:25
seven 99:15,21
    101:17 136:4
    136:20,25
    141:22 144:18
    146:4
sever 259:15
several 11:9
    16:16 22:9,12
    31:22 32:11
    37:12 65:16
    79:24,25 104:4
    105:24 117:21
    122:12 187:1,3
    213:3 228:5
    276:16 280:9
    281:5,6 316:23
    318:7,10,19
    331:8
sgo 82:17
shaking 123:24
share 29:6
    61:11
shb.com 2:10
shook 1:13 2:9
    16:12 17:6
short 222:1
    276:7 362:15

shortly 115:9
    339:24
show 33:1
    35:21 50:9
    75:19 116:18
    122:14,16
    130:9 142:13
    143:21 144:4
    145:7 166:3
    171:16 172:24
    175:15 186:2
    236:25 237:12
    256:20 273:12
    273:14,17
    278:19,20
    296:24 297:1
    325:20
showcase 35:1
    39:23
showcases
    37:20
showcasing
    38:14 351:13
showed 34:23
    56:4 118:11
    189:13 281:14
    299:14 332:15
    336:5
showing 40:17
    189:22 190:19
    272:22 303:3
    347:23 351:12
shown 42:15
    49:12 90:15
    150:23 172:10
    182:17 194:8

217:17,21
218:13 236:4
246:10 247:8
252:16 263:24
275:10
shows 76:16
119:6 122:7
142:25 145:18
198:4 237:13
282:4 332:19
siblings 43:20
sic 116:12
200:14 212:13
247:23 262:20
side 130:12
sides 18:20
43:18 221:20
221:22
signalling
218:19
signatories
279:15,21,24
signature
365:23
signed 279:16
significance
7:21 142:19,21
143:8 241:18
241:22 247:21
279:19 281:7
282:15,20
286:2,10,14,21
286:25 287:4
287:13 288:4,7
297:9 300:1,13
325:21

significant
43:14 63:3,9
68:14,17,18,23
95:18,24
115:11 131:23
138:6,8 139:16
139:18 140:2
140:22 141:5
141:10,17,23
142:8,16 143:1
144:15 145:7
145:12 146:1
194:4 197:11
222:9 231:11
231:16,17,25
232:2 235:18
235:24 236:3
239:8 246:16
247:3,8 254:20
255:4 256:8
277:10 278:2,8
278:18,21
280:5,24 281:9
282:5,8 287:7
287:20 288:11
296:25 298:3
319:1,18 325:6
327:25 349:12
349:22
significantly
195:14 235:8
signs 34:24
silicone 189:22
similar 36:21
152:5 196:25
266:7 270:23

[similar - specifically]                                                    Page 81

311:2 318:1
338:21
**similarity**
285:7
**similarly** 284:4
**simple** 102:10
300:14,25
**simply** 174:18
**simulations**
251:7
**sister** 251:21
**sit** 188:9
**site** 350:10
351:24
**sites** 5:15 192:4
266:1 270:11
270:12 350:8
351:17
**sitting** 37:18
52:9 84:22
94:15 338:19
364:6
**situation**
125:22 275:25
329:22
**situations**
289:9
**six** 7:22 99:21
104:11 105:10
105:20 141:22
203:23 207:4
207:21 213:22
282:22 287:18
**sixties** 329:9
**size** 22:16
296:23

**sizes** 126:6
**sjames** 2:10
**sjosten** 5:13
166:16
**skimming**
98:25
**skin** 130:21
330:21 331:4
332:4
**skip** 315:20
**slew** 324:5
**slomovitz** 8:19
216:16,21,22
217:5 343:17
344:23 345:5,9
346:9,16
**slow** 138:17
190:19 193:23
**slower** 137:23
**sm** 4:17
**small** 55:3,7
73:11,20,21,25
74:5 251:13
265:5,6 275:2
277:16 296:23
350:20
**smaller** 292:24
**smith** 8:9 305:5
**smoke** 294:22
**smokers** 294:25
**smoking** 262:18
292:3 350:16
**smrs** 347:20,23
**societies** 354:23
**society** 7:5 9:8
82:2,4,10,13

98:13 255:18
352:10 353:14
353:15 354:9
354:21
**socioeconomic**
315:19
**solely** 221:8
**solemnly** 10:4
**solids** 65:16
**solution** 163:7
226:14
**somatic** 336:2
**somebody**
271:19
**sorry** 37:22
39:5 41:19 45:4
86:7 90:1 99:18
116:14 120:2
145:24 149:16
150:22 161:15
192:22 203:18
205:23,24
230:13,13,16
231:2 234:7,12
240:18 250:1,3
260:21,22
261:22 268:25
270:25 283:11
286:7 291:24
302:12 304:8
337:14 342:21
360:6 363:14
**sort** 360:21
**sound** 72:16
328:24

**sounds** 169:18
**source** 300:16
316:15 324:11
**sources** 212:10
268:10 295:19
324:15 343:4
**speaker** 280:3
**speaking** 96:16
129:8
**speaks** 158:7
224:19
**special** 263:17
**specialist** 120:7
121:10
**specialty** 82:18
**species** 190:16
195:7,20
218:15 266:4
266:15 267:8
268:15 270:14
356:11
**specific** 3:16
14:9 34:8 80:15
86:5,12 89:17
155:21 170:19
170:20 190:1
201:5,10 218:8
227:16 249:12
262:22 277:3,5
291:15 306:17
317:9 331:10
332:6 338:22
358:8,13
361:10,11
**specifically**
34:13 85:14

**[specifically - statement]** Page 82

88:17 191:11
271:3 274:5
335:17 359:8
360:9
**specifics** 140:14
199:23
**specify** 285:9
**specifying**
136:16
**specimens**
188:24 342:14
**speculate** 269:9
291:22
**speculated**
130:7
**speculation**
59:14 60:3,14
60:23 61:13,15
103:4,9,15
147:20 213:11
233:16 261:2
269:7 283:10
295:10 312:4
357:12
**speculative**
153:12,17
197:20,21
198:1 269:10
299:1 357:13
**spend** 130:1
243:5
**spent** 20:19
293:20
**spermicidal**
121:6

**spoke** 17:5,17
**sponsored**
160:5
**sporadic**
333:20
**spurious**
312:10 313:12
333:8,15,22
**squamous**
290:12
**stand** 18:23
188:7 279:14
**standard** 329:3
**standing** 73:15
178:2 188:5
245:3
**starch** 167:6
171:25 172:24
**start** 17:23
110:12 130:4
130:25 133:20
159:16,18,20
205:23 230:19
240:18 289:16
310:2,3 313:3
317:13 322:15
**started** 54:11
98:25 129:12
213:3 237:24
**starting** 54:2
102:13 300:20
**starts** 53:24
133:10 280:2
296:15
**state** 15:25
28:13 31:5
32:24 35:4 36:1

43:9 51:7 54:16
54:24 61:23
68:9 76:8 78:5
83:7 84:24
86:13 87:7
89:18 107:2,15
108:3,25 114:2
116:9 131:13
142:18 149:25
151:25 164:10
165:20,24,25
166:24 174:24
177:8 178:23
181:18 186:14
190:9,21 197:6
219:5 220:5
225:2 239:6
249:5,10,15,17
252:1,2,6
270:12 275:6
301:22 344:4
348:8
**stated** 48:20
83:21 84:2
85:25 92:19
95:1 97:6
172:16,17
213:3 237:24
263:6,7,9
288:10 317:20
318:19 340:10
**statement** 28:1
47:20 48:11,25
49:10,15,24
50:21,22,25
65:9,21 87:24

89:20,23 94:10
108:19 110:1
112:1 130:23
132:2 146:10
146:11 147:9
162:14 163:25
164:3,16
165:10 169:3
170:22 171:13
173:5 174:7
182:21 184:3
184:24 185:20
186:1 191:8
210:21,22
216:25 220:18
222:12 223:1,3
223:14,15,19
223:21 224:2
225:8,10,11
227:20 228:1
237:5 238:6
239:12 240:23
241:20 244:6
245:22 248:9
248:24 253:7
258:15 259:20
272:13 274:11
274:19 285:4
286:25 287:15
289:6 290:24
291:17,21
292:11 294:3
295:1,4 320:22
343:13 345:5
348:15

**statements**
180:23 181:5
219:21,25
**states**  1:1 32:6
32:16 36:7,12
47:12 48:7 65:5
94:24 129:15
150:5 154:13
154:24 158:9
188:22 203:10
203:20 212:8
229:20 234:24
246:8 252:14
264:2 282:6
284:22 294:17
296:17 347:22
347:25 348:7
352:19 353:23
354:3,14 357:3
357:4
**stating**  24:10
85:23 106:24
190:8 264:9,12
**statistical**  7:20
8:10 142:19
143:8 241:17
241:21 247:20
279:18 281:6
282:14,19
286:20 287:4
287:13 288:4,7
295:15 297:9
299:25 300:13
310:25 346:11
**statistically**
95:10,17,24

115:11 131:23
138:6,8 139:16
140:1,22 141:5
141:10,22
142:8,16 143:1
144:15 145:7
145:12,19
146:1 222:9
231:11,24
232:2 235:24
236:3 239:7
246:16 247:3,8
247:16 277:10
278:2,8,17
280:5,11,24
281:9,14 282:5
287:6,20
288:11 301:11
347:17
**statistics**
297:13,19
**status**  71:21
116:24 117:5
241:3
**stenographic**
365:13
**stenographic...**
365:10
**step**  84:19,23
84:25 85:6,7
86:1,18,20,23
**sterility**  81:17
81:18
**steven**  8:6
**sticking**  311:17

**stimulate**
189:24 190:2
**stimulating**
51:13 53:6
**stimulation**
51:9 218:20
**stop**  41:20
280:19
**storage**  119:18
119:22 121:12
**story**  234:1
**straightforward**
45:21
**stratification**
71:20
**straws**  155:8
**street**  1:14 2:5
2:11
**strengths**  64:9
**stress**  186:22
218:17 233:10
260:3 267:9,17
268:15 307:8
307:15
**strictly**  196:2
225:14
**strike**  319:6
362:14
**strong**  38:16
44:8 45:8,8
66:23 101:18
126:18,21,23
194:1 210:22
256:7 287:1
291:16 292:21
297:17 315:22

315:24 316:3,5
316:9 319:10
**stronger**  47:19
65:12 91:23
327:20
**strongest**  43:9
47:23 50:10,22
**strongly**  42:2
56:12 68:11
**structures**
192:14 200:5
**student**  47:4
**studied**  47:8
122:17 126:4,9
126:10 167:1
**studies**  5:16
6:15 7:19 9:9
19:13 23:23
27:5 28:16
32:11 33:5,8
38:12 39:1,18
39:20 40:1,8
46:11 48:17,19
48:20 54:4,17
55:14 56:3,13
57:24 78:21
105:9 114:3,5,6
114:7,9 116:10
116:13,21
117:8,15,17,18
121:24 124:1
124:18 126:19
129:5,5,11
130:2 131:14
131:15,21
132:7,15,19,21

**[studies - substantial]**                                              Page 84

| | | | |
|---|---|---|---|
| 132:23 137:8 | 286:1 287:25 | 147:10,24 | 313:24 335:14 |
| 137:12,13 | 296:18,22 | 154:25 155:10 | 336:4 342:15 |
| 138:11 139:14 | 299:7,21 300:5 | 155:12 159:16 | 348:19,25 |
| 142:12,13 | 300:7,7,8,14,21 | 159:17,18,21 | 349:5,25 |
| 143:21 144:4 | 300:24 301:1 | 160:6,10,13 | 358:19 |
| 146:12,23 | 301:21 306:20 | 161:10,12,21 | **study's**  285:16 |
| 158:13,16 | 307:24 311:18 | 161:22 162:2,8 | **subgroups** |
| 159:10 161:8 | 313:20,24 | 163:2 165:15 | 144:23 |
| 163:6 165:18 | 314:2,8 315:17 | 165:20 166:1,3 | **subject**  3:24 |
| 182:16 183:2,4 | 335:13 339:21 | 166:17,25 | 116:20 215:24 |
| 185:11 187:1,8 | 341:19 342:1 | 167:2,9,12 | 295:17 |
| 190:19 193:16 | 344:15 349:15 | 169:18 170:3 | **submitted**  14:2 |
| 195:13 197:18 | 349:22 354:14 | 171:8,18,19,24 | 16:6,7,12 19:9 |
| 197:22 199:3 | 358:3,5 359:3,8 | 174:11 175:8 | 221:20 |
| 211:17 216:11 | 359:25 | 175:10 176:25 | **subsequent** |
| 218:8,24 219:8 | **study**  7:4 32:5 | 189:8 192:4 | 51:16 53:2 |
| 222:8,16,16 | 32:16 34:10,11 | 195:24 196:2 | 166:5 271:22 |
| 226:1,8 227:23 | 34:23 35:4,15 | 196:16 197:5 | **subset**  144:9 |
| 228:5 230:3 | 35:25 36:4,11 | 222:14 228:19 | 202:18 216:1 |
| 236:16,25 | 40:16 42:19 | 229:15 230:3,6 | **subsidiary** |
| 237:12 238:6 | 46:5 48:23 | 236:2 238:15 | 110:15,23 |
| 241:7 243:8 | 53:15 54:4 | 239:23 245:25 | 111:4,5,7,12,16 |
| 246:10 247:8 | 55:12,17,21 | 248:17 251:6 | 112:19,24 |
| 251:1,4,5,10,12 | 56:7 58:4 59:11 | 251:17,21 | **substance**  22:6 |
| 252:3,15,25 | 74:3 77:23 | 252:4,5 253:4 | 42:12 43:1 |
| 253:12 254:22 | 78:20 92:17 | 261:13 277:9 | 150:12 172:3 |
| 256:15,17 | 95:5 109:18 | 277:10,14,15 | 200:10 201:15 |
| 266:9,13 | 122:10 126:5 | 277:17 278:11 | 206:16 304:14 |
| 267:19,22 | 127:12 129:21 | 279:5,13 281:9 | **substances** |
| 277:3,6,23 | 129:22 130:14 | 283:18 285:7 | 162:12,19,22 |
| 278:1,5,13,18 | 133:4,6 137:9 | 285:10,13,14 | 164:12 165:7 |
| 278:19 280:23 | 137:18 138:1 | 285:15,20,24 | 173:25 259:17 |
| 282:7 283:20 | 138:20,22,24 | 287:1 288:3,12 | 355:6 |
| 283:20 284:5,6 | 141:12,19 | 294:20 295:6 | **substantial** |
| 284:8,8,16,19 | 142:15,20,24 | 295:16 298:1 | 157:25 197:8 |
| 284:19,24,25 | 143:6 146:6 | 299:5,7 300:1,2 | |

**substantive**
148:8 194:14
**substitute**
152:8
**subsumes**
295:16
**subtype**  124:12
125:10,19
131:12 358:4
**subtypes**  29:18
124:21 126:11
**sudha**  7:15
**suffer**  171:18
**suffers**  161:22
166:2
**sufficient**
147:18 211:3
289:10 290:21
290:22 340:17
350:11 351:21
352:4
**suggest**  33:8
35:9 38:9,12
45:9 65:17
105:9 137:15
194:20 195:9
220:14 224:21
225:4 234:19
253:17 269:24
275:1 308:2
327:8 328:2
349:16
**suggested**
130:9 167:6
223:13 232:21
302:6 341:12

**suggesting**
65:14 304:1
338:16
**suggestion**
234:1 252:19
253:8 363:3
**suggestive**
154:25 158:18
252:22 329:13
329:14
**suggests**  55:2
173:23 177:9
177:15 186:18
**suite**  1:14 2:11
2:18
**suited**  178:11
229:15
**sum**  132:11,13
292:1,8
**summarize**
77:25
**summarized**
114:3 361:20
**summarizing**
76:16 305:12
**summary**
77:24 105:8,16
134:18 136:2
185:25 246:11
344:3
**summer**  363:24
**summing**  101:4
**superficial**
256:19
**superficially**
284:7,13,17

**superior**  129:5
**supersede**
320:14
**supplemental**
3:22 6:8 13:5
13:12 14:4,7
15:4,7 20:22
21:11 230:17
230:20
**supplied**  14:25
16:13
**supply**  308:15
**support**  27:5
30:10,12 31:16
32:11 33:6
35:23 37:23
38:14,16 39:16
39:21 40:9,17
41:5,23 56:13
59:25 60:9
66:23 93:15
146:13 148:8
148:25 194:9
223:23 227:17
229:13 234:24
235:12 236:12
237:8 255:5
267:14 287:23
298:20 343:13
343:14 360:10
**supported**  39:9
153:13 302:17
340:7 341:4,18
**supporting**
65:24 265:20
306:24 307:3

**supportive**
118:17 119:8
149:1 214:22
**supports**  34:14
154:14 181:24
190:5 224:1
241:6
**suppose**  28:2
297:20
**supposed**  38:5
293:21 301:20
354:3
**suppress**  62:12
**suppressed**
65:8
**suppression**
62:21 64:23
194:10
**sure**  13:21 18:2
19:25 20:20
29:3 30:2 54:15
54:23 75:4
87:25 92:8
94:16 103:5,16
116:22 119:24
120:18 135:7
138:10 144:11
151:13,23
156:15,23
165:3 170:8
176:8 191:15
210:14 213:18
237:3 258:21
265:21 277:15
281:24 282:2
291:7 295:3

**[sure - talc]** Page 86

299:2,4 317:4
323:9 338:14
346:2
**surface** 51:11
188:23 189:14
191:22 194:24
**surges** 53:6
**surgical** 99:12
123:3,14
167:18 188:23
**surmise** 82:8
119:2
**surprised**
102:25 234:19
248:23
**surprising**
296:24 300:5
353:9
**surprisingly**
262:15
**surveillance**
65:8 66:3,19
328:6
**survey** 254:10
254:11
**survival** 7:11
270:18
**susan** 1:15 2:23
11:8 133:17
365:2,25
**susceptibility**
229:14 337:23
340:25
**suspect** 161:6
357:7

**suspected**
313:21 351:23
351:25
**sustained**
215:11
**sutcliffe** 275:22
275:24
**sutures** 172:13
**swear** 10:4
**sworn** 10:10
365:8
**syndrome**
102:18 268:13
319:4 330:19
330:23 331:4
331:10,11,15
331:25 334:3
338:17,22
339:4,7,14
**syndromes**
48:10 49:4
**synthesis** 90:16
211:12
**system** 66:19
76:21 162:24
308:6 352:7
**systematic** 5:4
8:21 347:2,3
**systematically**
23:21 116:23
305:11

t

**t** 3:10 4:1 5:1
5:22 6:1 7:1 8:1
8:9 9:1 365:1,1

**table** 7:18
11:24 26:2 29:2
104:23,23
105:5 137:16
137:17 139:22
157:20 230:7
230:11,12,13
230:25 231:2
231:14,19
276:17,18,22
282:3 309:4
313:11 315:3
351:13 358:12
358:17
**tables** 230:5,7
230:16,17,20
**tack** 136:3,7
**tags** 332:4
**taher** 229:7
**take** 33:18,20
34:1,19 43:17
46:24 74:24
98:21 120:2
122:20 124:10
129:19 132:17
133:12,13
137:23 152:14
153:6 164:11
168:1 169:9
180:7 189:3,6
191:21,23
193:10 196:22
201:7 219:9
233:22 276:7
284:17 339:16

**takeaway**
253:13,14
256:2
**taken** 95:20
108:5,25 109:3
197:18 220:6
239:23 240:2
275:1 285:16
337:22
**takes** 32:21
118:7 170:13
**talc** 5:4,14,18
6:4,16 7:4,19
8:6 17:9 41:5
41:23 42:12
57:25 61:8
63:19 69:13
72:3 83:21 85:1
85:3,13,20 86:5
86:8,12,13 87:1
87:10 91:5 92:3
94:1,20 95:12
97:7,13 99:16
100:4 101:8,10
101:12 102:17
102:20,23
104:14,16
105:1,3,19
106:19 107:22
110:10,14,22
111:2,8,13,17
114:4 117:8,16
118:8,10,11,15
118:22,25
119:9 122:7,18
124:17 126:15

**[talc - talcum]**                                                    Page 87

| | | | |
|---|---|---|---|
| 128:25 130:13 | 190:2,11,13,17 | 250:19,25 | 358:20,22 |
| 130:20 131:23 | 190:19 191:11 | 251:23 253:25 | 360:23,24 |
| 134:12,17 | 191:21 192:6,6 | 256:2,7 257:17 | 361:2 363:24 |
| 135:19 136:5,8 | 192:11 193:22 | 258:2,6,12 | **talc's** 91:7,10 |
| 136:8,10 137:2 | 194:2,7,15 | 259:24 260:8 | 94:22 190:24 |
| 140:5,11 | 195:2,5,10,19 | 260:25 262:1 | 191:8 |
| 146:14,19 | 197:12 198:4 | 263:4,7,10,23 | **talcum** 1:4 3:13 |
| 147:24 148:8 | 199:25 200:2,5 | 264:2 265:21 | 10:21,22 15:24 |
| 148:25 149:25 | 200:10,13,19 | 265:24 267:5 | 18:14 23:20 |
| 150:3,11,12,15 | 201:1,12,21 | 267:12,14 | 42:4,10,15,23 |
| 150:23 152:1,7 | 202:7,8,21,25 | 268:12,23 | 52:1 58:16 |
| 153:11,25 | 203:24 204:9 | 272:20 273:4 | 59:12,25 60:21 |
| 154:9,9,14 | 204:18 205:5,8 | 273:14 274:1,5 | 61:5 63:14 69:3 |
| 156:11 157:7 | 206:8,13,16 | 274:14,16 | 70:25 72:8 |
| 158:3,11,17 | 207:5,16,22 | 275:11,12 | 83:14,17 85:20 |
| 159:14 160:12 | 208:7,19 | 277:8 295:25 | 87:6 96:10 97:2 |
| 160:16 161:4 | 209:14 212:10 | 297:3,21 | 97:20 99:24 |
| 162:1 164:19 | 212:12,14,19 | 298:15,22 | 103:13 106:15 |
| 164:22,23,25 | 212:19,25,25 | 299:6 301:9,12 | 112:20 113:18 |
| 165:14 166:6 | 213:4,10,14,16 | 301:22,25 | 118:18 119:17 |
| 171:16 172:21 | 213:25 214:23 | 302:6,18 303:4 | 121:19,23 |
| 173:6,10,12,17 | 216:25 218:23 | 304:10 305:20 | 122:1,21 123:2 |
| 174:8,15,20,20 | 220:13,20 | 306:5,12,19,24 | 124:5,13,20 |
| 174:25 175:4 | 221:13 222:10 | 307:14,24 | 125:20 128:17 |
| 175:11,16,24 | 223:6,10 | 308:7,17 312:2 | 129:12 130:4 |
| 176:9,17 177:9 | 224:14,22 | 312:2,13 314:4 | 130:25 144:5 |
| 177:13,15,17 | 225:3,14,18 | 314:13,16 | 145:8 148:19 |
| 180:11 181:20 | 226:2,3,9,10 | 315:24 320:15 | 149:14 151:4 |
| 181:20,21 | 227:12,15 | 320:19 341:24 | 151:14 160:25 |
| 182:17 184:20 | 228:10 229:15 | 341:25 342:3 | 185:15 212:15 |
| 185:2,6,13,19 | 230:10 232:16 | 345:24 348:21 | 213:9 216:22 |
| 186:6,19 187:3 | 232:18,24 | 348:24 350:18 | 224:10 233:2 |
| 187:4,7,17 | 235:19 237:22 | 351:1 352:11 | 248:25 249:1,6 |
| 188:23 189:1 | 245:20 248:11 | 352:14,15,17 | 257:15 262:20 |
| 189:16,18,20 | 248:15,15 | 353:22,25 | 274:9 303:8,13 |
| 189:22,23 | 249:17,21,21 | 354:1,2 357:8 | 303:19,19 |

**[talcum - testimony]**                                                          Page 88

| | | | |
|---|---|---|---|
| 312:16 313:7 | 308:16 311:14 | 324:20 335:25 | 231:23 |
| 346:6,16 | 315:1 323:12 | 343:7,9 347:24 | **terminology** |
| 353:24 354:7 | 327:16 333:4 | 348:17 | 26:18 244:15 |
| **talk**   28:15 30:1 | 334:18 345:20 | **talks**   13:10,18 | **terms**   23:19 |
| 50:15 55:21 | 353:10 358:25 | 108:16 122:15 | 26:3 30:3 31:17 |
| 61:16 76:17 | 359:16 362:20 | 175:15 208:11 | 37:4 50:14 56:8 |
| 95:25 108:4,14 | **talking**   19:18 | 246:2,6 253:5 | 99:2 116:24 |
| 116:16 117:25 | 28:7 29:1 30:4 | 274:5 282:19 | 119:5 137:10 |
| 131:11 136:8 | 42:6 48:2 50:18 | 312:1 335:15 | 153:7 175:19 |
| 152:18 153:10 | 55:13 86:10 | **tampa**   1:14,14 | 194:12 250:21 |
| 197:24 198:7 | 93:14 95:4 | 2:1,22 | 271:11 278:16 |
| 200:8,24 213:4 | 98:15 99:3 | **target**   217:15 | 315:16 318:8 |
| 213:6,21 216:3 | 100:3 111:1 | **taught**   143:3 | 322:16 323:12 |
| 216:6,15,17 | 114:20 118:22 | 316:9 | 340:22 |
| 228:23 229:2 | 118:24 128:13 | **team**   14:25 | **terry**   21:18 |
| 237:15 259:4,5 | 136:9,12,13 | 102:23 197:25 | 22:8,15,23 59:8 |
| 259:8 298:14 | 147:7 153:15 | 307:13 328:11 | 59:17 60:19 |
| 308:11 311:8 | 155:10 158:5 | 328:18 | 84:8 137:25 |
| 312:25 313:11 | 163:8,10 | **tecum**   3:19 | 138:3 145:6 |
| 313:13 315:8 | 178:16 185:12 | **telephone**   2:6 | 176:2 253:4 |
| 317:6 325:7 | 185:18 188:4 | 2:12,19 | **terry's**   22:20 |
| 329:25 | 201:17 205:20 | **tell**   22:6 23:16 | **testified**   10:11 |
| **talked**   29:14,15 | 211:15,17 | 49:21,23 80:16 | 10:23 160:24 |
| 29:15 71:18 | 213:22 214:1,6 | 85:12 116:25 | 236:1 242:3 |
| 77:1 93:17,25 | 219:1 231:1 | 156:15 179:18 | 243:7 281:8 |
| 107:4 120:4 | 237:17,21 | 179:18 184:9 | 283:22 |
| 144:13 199:24 | 240:4 245:7 | 192:21 193:9 | **testify**   18:6 |
| 212:2 230:23 | 251:17 254:5 | 210:9 220:17 | 183:8 203:3 |
| 240:10 242:21 | 254:12 256:22 | 320:11 330:16 | 318:21 319:7 |
| 245:1 261:7 | 258:1 259:7 | **temporality** | 319:24 320:1 |
| 264:16 266:14 | 273:13 277:22 | 358:15 359:2 | 321:20 326:15 |
| 283:4 285:23 | 282:16 285:5,6 | **tendency**   30:15 | 327:5 336:10 |
| 289:24 297:10 | 291:3 294:5 | **tends**   241:2 | **testifying**   337:8 |
| 302:14 303:24 | 295:24 297:25 | **term**   61:25 | **testimony**   3:4 |
| 304:14 305:18 | 298:10 299:20 | 65:18 97:22 | 3:20 10:5 15:17 |
| 307:9,16,24 | 307:17 308:9 | 99:16 211:16 | 85:10 92:23 |

**[testimony - think]**                                                      Page 89

| | | | |
|---|---|---|---|
| 106:22,25 | 134:7 138:18 | 288:6 291:12 | 142:10,18 |
| 139:4,7 173:14 | 147:21 155:25 | 310:24 312:25 | 144:24 145:1 |
| 211:24,25 | 156:2 157:1 | 316:23 330:15 | 148:6,16,23,24 |
| 284:10 304:7 | 166:19,22 | 330:22 331:7 | 150:24 151:20 |
| 306:10,23 | 180:20 184:25 | 331:19 | 156:17 159:2 |
| 308:10,10,22 | 185:1 188:16 | **think**   13:7,16 | 163:1,11 164:2 |
| 308:23 311:23 | 193:4 196:18 | 13:20 18:13,18 | 164:4 165:12 |
| **testing**   46:1,3,7 | 209:22 212:17 | 22:10 25:2,11 | 168:6 169:1,4 |
| 46:8 47:7 48:6 | 255:22 323:16 | 25:17,20 26:17 | 170:7 172:20 |
| 286:3,10,14 | 349:3 357:23 | 26:21 30:3 31:3 | 174:8,19 176:7 |
| 287:13 322:11 | 362:3 363:15 | 31:7,9,22,23 | 179:10 181:3 |
| 325:11,13,17 | 364:4,6,8 | 32:19,20 38:22 | 189:13,21 |
| 325:18,19,20 | **theory**   62:15 | 44:8 45:7 46:9 | 191:10,13 |
| 326:21,22 | 360:10 | 47:3 54:1 55:10 | 193:21 194:19 |
| 327:2 332:11 | **therapeutic** | 59:19 63:6,7,9 | 196:14 199:8 |
| 332:12,14 | 336:3 | 66:15,19 68:13 | 200:23 215:18 |
| 335:3,18 338:8 | **therapy**   27:1,4 | 69:12 70:8 | 220:19 225:11 |
| **tests**   286:25 | 29:16 67:13,19 | 76:15 78:20 | 225:15 227:22 |
| **texas**   2:11 | 74:15 350:15 | 79:22 80:5,9,25 | 228:23 230:4 |
| **text**   289:22 | **thin**   353:6 | 83:24 85:14 | 233:18,19,25 |
| 336:18 358:12 | **thing**   85:8 | 87:13,17 88:25 | 234:3,10,17 |
| **textbook**   179:1 | 126:7 156:20 | 89:9,11 91:25 | 241:4,8,10 |
| 239:2,3 263:16 | 175:8 182:10 | 92:3 95:1,6 | 242:1,21 245:6 |
| **textbooks** | 182:13 212:24 | 103:15 105:18 | 247:14 248:25 |
| 309:14 310:21 | 217:6 237:1,3 | 105:19 106:22 | 249:8 251:3,8 |
| **texts**   317:5 | 237:12 241:22 | 108:17 114:21 | 253:1 258:18 |
| **tgfbr2**   325:23 | 271:2 307:22 | 118:23 119:7 | 259:4 260:11 |
| **thank**   10:8 | 320:11 | 124:15 125:16 | 260:14 264:9 |
| 11:16,25 15:18 | **things**   20:9,11 | 126:3,4 128:5,7 | 264:12 269:4 |
| 16:9,20 21:2,14 | 31:2,7 56:24 | 128:10,16,18 | 272:15 274:10 |
| 41:22 46:15 | 57:16 81:15 | 128:23,25 | 276:2 281:4,22 |
| 58:6 72:14 | 191:24 196:25 | 129:3,10,13 | 284:14 289:19 |
| 75:22 79:10 | 213:20 214:1,7 | 130:16,19,22 | 289:23 291:2,4 |
| 98:1,7 100:24 | 226:16 248:6 | 131:3,7 136:1 | 291:12,20 |
| 100:25 104:1,2 | 250:9 264:9 | 137:8 138:13 | 292:13 295:5 |
| 123:7 132:8 | 267:1 273:19 | 139:2 141:25 | 297:17,18 |

**[think - three]**                                                     Page 90

| | | | |
|---|---|---|---|
| 298:14,16,20 | 46:20,22 49:9 | 170:25 171:4,6 | 277:1 278:22 |
| 300:11 301:20 | 50:19 58:3,7,10 | 171:10 173:15 | 278:24 282:25 |
| 309:19 310:17 | 60:23,25 61:14 | 179:10,12 | 286:9 288:18 |
| 310:24 312:15 | 67:23 68:2 70:2 | 180:15,19,22 | 288:21 296:7 |
| 312:18 313:15 | 70:8,11 73:14 | 181:3,14,17 | 296:12 304:17 |
| 313:17,18 | 73:18 74:24 | 182:14 183:4 | 304:19 305:3,5 |
| 315:12,14,14 | 75:2,6,23 79:7 | 183:12 184:16 | 305:9 309:2,17 |
| 316:12 321:5 | 79:11 85:11,17 | 185:5 186:2,8 | 309:24 311:6 |
| 327:2 328:24 | 86:6 90:2 96:16 | 188:14,17 | 314:9,14,21 |
| 333:4,20 342:2 | 96:22,25 97:24 | 192:23 193:8 | 317:11 323:15 |
| 356:21 358:11 | 98:4,8,9 100:22 | 193:19 196:21 | 323:18 333:21 |
| **thinking** 91:21 | 101:1 103:23 | 201:25 202:14 | 339:16,19 |
| 117:22 169:1 | 104:3,19,22 | 202:20,23 | 340:2,5 342:19 |
| 174:14 314:3 | 106:4 110:19 | 204:6,17,21,24 | 343:20,22 |
| 315:6 330:11 | 112:13 113:5 | 205:1,5,8,12,17 | 347:10 349:4 |
| **third** 43:22 | 113:12,14,15 | 205:20,25 | 350:2,4 352:25 |
| 44:2,3,19 45:1 | 115:22 116:4,7 | 207:9,13,16,23 | 353:2,17,20 |
| 45:14,19 | 116:8 122:25 | 208:23 209:14 | 355:4 357:15 |
| 289:22 291:9 | 123:8,12 125:2 | 209:17,19,24 | 357:17 360:1 |
| 291:14 293:19 | 125:7,13,16,18 | 209:25 210:3 | 361:11,12,15 |
| **thirties** 253:19 | 125:25 132:6,9 | 219:9,13,16 | 362:20 363:11 |
| 253:24 | 133:18,25 | 220:4 230:1 | 363:13,18 |
| **thompson** 2:3 | 134:3,5,9 136:6 | 234:14 238:17 | 364:2,5 |
| 3:5,7 10:13,14 | 138:17 143:24 | 243:1,4 245:15 | **thought** 46:15 |
| 11:8,12,14,18 | 144:3,20 145:3 | 245:17 246:2 | 65:2 70:15,18 |
| 11:23 12:1 | 145:5,23 | 246:22 247:1 | 72:4 94:15 |
| 13:15,21 14:12 | 147:14,18,22 | 248:4 252:11 | 180:19 191:23 |
| 14:16 15:2,13 | 152:5,12 | 252:13 255:14 | 204:20 222:25 |
| 15:15,20 16:10 | 154:19,23 | 255:16,21,24 | 233:2,13 |
| 16:18,21 18:16 | 155:6,9,13,15 | 256:25 261:16 | 260:16 276:21 |
| 19:1 21:2,4,10 | 156:5,7,15,19 | 261:19,22 | 342:21 343:7 |
| 21:15,20,23 | 156:23 159:4,8 | 264:19,21 | 363:13 |
| 26:15,25 29:9 | 161:15,20 | 265:1 269:11 | **thoughts** |
| 33:17,22,24 | 164:1 166:21 | 269:13 270:5 | 216:14 |
| 34:1,7,11,14 | 166:23 170:10 | 275:15 276:4,7 | **three** 15:11,14 |
| 36:18 45:6 | 170:12,17,21 | 276:10,13,23 | 56:12 145:22 |

**[three - tracts]**

Page 91

229:20 356:8
356:12
**threshold** 143:8
235:25 241:25
280:21
**threw** 333:16
**throwing** 11:24
**thrown** 304:2
**thursday** 1:9
365:7
**thyroid** 332:2
**tie** 233:25
**tied** 62:14
**time** 4:16 17:7
17:8 19:12 20:1
22:7 33:18,20
34:2 46:12 56:5
81:5 96:1
103:11 104:7
117:11 122:20
129:19 130:1
140:17 152:15
153:6 163:6
168:2 169:9,24
170:13 180:7
182:3 201:7
209:2 232:23
234:14,18
243:6 246:5
261:4 272:17
280:2 289:11
291:10 295:13
349:20 355:24
363:15
**times** 20:10
37:9 55:25

79:24 80:1 81:3
97:11 145:22
213:3 229:20
307:9 318:10
**tissue** 76:18
77:13 169:12
172:11 190:20
218:15 233:6
**tissues** 28:23
90:13 189:2
244:5 272:2
**title** 214:9
245:18 265:9
265:13 271:5
271:16 314:15
**titled** 257:24
268:10 274:1
288:16 307:2
350:6
**titus** 59:1,2
**tnf** 90:14
**tobacco** 294:21
350:15
**today** 10:15
14:20 17:18
20:6,8 30:2
37:19 52:9 89:1
171:13 176:4
179:25 181:8
185:12 213:21
220:9 256:22
260:7 261:23
266:14 273:13
275:10,19
280:6 281:1,4
284:23 289:25

297:10 304:14
305:19 306:5
307:10,16,20
323:12 338:19
341:13 359:16
360:1,15
361:12,15
362:3,4 363:9
**together** 16:18
38:14 108:5,25
109:3 134:22
155:2 197:19
220:7 232:19
233:25 275:1
292:15 337:22
**told** 111:16,20
182:22 201:4
204:7 205:15
206:12,12
**tone** 48:22
**tool** 142:19
**toolbox** 142:20
**top** 53:22,23
54:9 55:21 64:8
116:19 117:1
132:6 142:22
258:3 296:16
302:5 356:17
**topic** 18:25
50:17 60:7
133:8 159:14
**total** 18:13
19:21
**totality** 40:25
78:18 291:8

**totally** 81:12
125:4 128:3
205:22
**toward** 192:9
251:15
**towards** 300:19
300:24
**tower** 2:10
**toxic** 53:10
198:15 355:6
**toxicity** 9:10
194:3,4
**toxicology**
305:15
**trabert** 55:22
84:4,4,6 93:17
93:20 94:3
106:20 232:12
236:19 243:23
**tracer** 5:10
**tract** 5:13 119:1
139:15 145:13
160:17 161:1
171:17 174:17
177:21 178:9
178:14 182:18
184:11 192:9
226:15 227:14
235:1,14
244:19 245:6
259:16,18,18
259:24 273:5
273:23 274:17
341:11 348:11
**tracts** 231:4
235:9 239:22

**[tracts - tworoger]**

241:16 246:18
247:4,18
**training** 82:18
**transcript** 3:11
4:2 5:2 6:2 7:2
8:2 9:2 337:19
365:12,13
**transcriptomic**
5:21
**transcripts**
20:15
**transformation**
28:8 51:16 52:4
53:2 270:19
**transit** 164:11
165:21
**translocation**
160:16
**transport**
348:18
**transportation**
341:16
**travels** 244:14
**travis** 2:11
**treated** 195:2
**treating** 254:14
**treatise** 221:12
**treatises** 199:16
**treatment**
99:12 130:10
130:11 280:14
**treatments**
332:21
**tree** 44:14
45:16

**trial** 10:23 11:3
319:24 321:20
361:14
**trials** 283:18
285:25
**trick** 141:1
**tried** 45:14
193:13
**tries** 181:12
**trigger** 274:22
**true** 41:16
120:21 132:18
135:10 171:6,9
202:25 205:9
240:17,19,24
253:10 255:6
289:8 297:21
302:2 359:12
365:13
**truly** 81:1
86:11 165:13
334:5
**trust** 41:15
**truth** 10:5,6,6
**try** 11:8 35:21
39:22 93:15
122:19 147:14
196:25
**trying** 46:9
47:3 78:22
79:20 80:6
100:9 102:5
131:18 141:1
167:17 168:3
169:24 172:6
177:10 183:8

193:21 210:3
210:14 224:13
226:6 230:25
233:25 273:12
273:17 291:4
291:20 299:15
300:18 318:15
324:10 338:25
359:4
**tubal** 34:24
99:19 101:7
102:17 104:25
259:14,22
273:21
**tube** 5:6 24:14
167:8 272:24
272:25 302:8
302:20
**tubes** 160:11
162:10,25
173:1 192:10
230:23,24
233:6 235:4
248:15 249:20
273:15,21
274:18
**tumor** 65:7
77:14 128:24
225:21 268:19
270:20 323:2
323:10 332:10
332:12,14
335:16,18
**tumorigenesis**
318:3

**tumors** 38:25
225:19
**tung** 4:10
**turati** 8:21
346:22,24,25
347:7
**turn** 90:22
116:16 128:12
159:11 186:23
211:20 267:2,3
340:22 350:7
356:24
**turned** 230:14
**turning** 116:19
**twenties** 253:18
253:24
**twice** 238:12
**two** 4:23 48:17
48:19 50:5,7,12
50:13,25 54:16
55:25 91:20
93:2 132:17
145:22 207:9
217:14 228:17
230:22 244:22
248:5 258:3
275:18 277:13
280:4,23 282:4
299:20 325:21
329:3,11,15
332:25 341:12
**twofold** 55:13
55:18
**tworoger**
106:20 236:21
243:24

**[type - unresolved]**                                                                 Page 93

| | | | |
|---|---|---|---|
| **type** 76:20 | **ultimately** | **undergoing** | **undisputed** |
| 131:22 191:10 | 118:11 259:19 | 130:11 | 344:5 |
| 201:18 240:21 | **umbrella** 41:7 | **underlined** | **unearth** 359:17 |
| 241:25 258:8 | **unbelievable** | 40:22,23 | **unfamiliar** |
| 265:17 285:15 | 115:25 | **underlying** | 170:15 |
| 292:14 324:23 | **unbiased** 32:20 | 332:22 | **unfortunate** |
| 326:3 337:9 | 113:24 171:21 | **understand** | 286:24 |
| **typed** 208:13 | **unbiassed** 24:5 | 11:1,2 44:10 | **unfortunately** |
| **types** 28:25 | 32:21 | 72:12 73:18,25 | 157:14 241:2 |
| 38:14 116:21 | **uncertainties** | 80:1 138:21 | 293:22 |
| 128:2 197:7 | 228:7 | 148:5 157:15 | **unfounded** |
| 198:13 200:2,3 | **uncle** 322:25 | 177:11 178:6 | 220:8 |
| 203:23 204:9 | 323:1 | 182:19 208:24 | **unique** 221:7 |
| 206:13 207:4 | **unclear** 100:6 | 208:25 209:6 | **united** 1:1 |
| 207:21 213:23 | 121:9 128:22 | 211:8 212:23 | 347:22 354:3 |
| 242:23 260:14 | 152:19,25 | 237:23 244:24 | **unknown** 315:8 |
| 262:22 265:15 | 154:2,3 171:12 | 284:23 319:20 | 315:12 321:3 |
| 290:17 304:3 | 207:25 325:25 | 321:18 | 321:13,22 |
| 306:2 319:2 | 346:8 | **understandably** | 325:21 329:6 |
| 324:21,24 | **uncles** 43:22 | 66:24 | 333:24 |
| 329:18 332:1,4 | **uncompromi...** | **understanding** | **unmeasured** |
| 332:20 354:13 | 297:12,18 | 6:22 10:16 19:7 | 315:8 |
| **typical** 67:16 | **uncontrolled** | 78:1 164:6 | **unnecessary** |
| 117:10 192:7 | 295:18 | 167:2 190:24 | 115:20 |
| **typically** 43:16 | **under** 54:13 | 191:8 206:20 | **unopposed** 27:1 |
| 65:15 78:4 | 86:16 87:20 | 275:23 346:2 | 27:6,7,16 |
| 119:11 168:11 | 88:5 113:18 | 362:13 | **unplausible** |
| 316:9 324:23 | 172:7 174:23 | **understood** | 250:16 |
| | 211:3,11 | 41:10 64:6,18 | **unprofessional** |
| **u** | 226:15 261:25 | 64:20 123:10 | 46:18,19,23 |
| | 279:18 280:17 | 212:21 219:23 | 116:3 |
| **uh** 17:21 78:11 | 289:2 291:25 | 294:18 321:20 | **unreliable** 23:7 |
| 108:23 113:13 | 294:12 296:16 | 341:17 | 23:10 |
| 114:13 138:21 | 316:2 355:20 | **undertaken** | **unresolved** |
| 149:12 206:6 | 356:24 | 256:12 | 268:18 |
| 272:22 | | | |

**[unsafe - variant]**                                                    Page 94

| | | | |
|---|---|---|---|
| **unsafe** 150:20 | 120:5 124:5,14 | 80:6,25 81:3 | **uterus** 162:11 |
| **unsophisticated** | 124:21,21 | 85:25 86:1 99:7 | 162:25 169:2 |
| 247:17 | 125:20 130:13 | 119:25 123:18 | 272:24 |
| **updated** 8:20 | 136:10 139:9 | 123:21 164:12 | **v** |
| 19:12,15 | 145:9,13 | 167:23 168:15 | **vagina** 5:10 |
| 141:18 347:2,3 | 149:25 150:3 | 194:2,10 | 121:8 159:15 |
| **updates** 13:13 | 150:11,15 | 196:15 239:22 | 162:11,25 |
| **upper** 259:16 | 152:8 157:7 | 240:22 244:15 | 163:15 164:9 |
| 259:18 292:10 | 158:11,17 | 304:2 310:23 | 165:22 167:7 |
| **upstream** | 161:4 202:8 | 354:2 358:20 | 168:22 172:4 |
| 186:19 187:4,7 | 224:10 228:9 | **useful** 286:3,10 | 172:25 174:2 |
| 187:17 188:5 | 230:8,10,24 | 286:14 | 175:25 178:3 |
| **upward** 188:5 | 231:3,19,23 | **users** 67:15,17 | 184:21 244:14 |
| 244:18,21 | 232:1,16 | 68:14 139:8,21 | 272:23 |
| 245:3,5 | 236:14 237:10 | 140:2,5,11,15 | **vaginal** 127:3 |
| **upwards** | 240:19,20,21 | 240:19,20,24 | **vague** 33:21 |
| 177:16,18 | 240:25 243:13 | **uses** 146:21 | 34:4,8 183:19 |
| 180:11 181:22 | 245:4,20 | 311:2 352:1 | **vagueness** |
| 300:2,12 | 246:11 247:9 | **using** 4:23 | 179:9 |
| **usage** 71:1 | 250:25 251:22 | 31:17 77:22 | **valentin** 7:21 |
| **use** 5:4 6:6,9,12 | 251:23 252:18 | 86:2 87:7 99:15 | **valid** 285:14 |
| 6:14,16 7:4 | 253:15 254:21 | 129:12 130:4 | 286:1 294:13 |
| 38:6 46:8 56:20 | 255:3,6 256:2,7 | 130:25 150:3 | **validity** 41:15 |
| 60:21 67:7,11 | 263:23 274:8 | 235:25 303:8 | 283:19 284:7 |
| 67:19 74:8 | 275:3 297:21 | 303:13,19 | 284:18 285:16 |
| 83:15,17,21 | 298:2,15 299:6 | **usually** 129:9 | 285:24 |
| 85:1,21 91:5,19 | 300:15 304:4 | 130:23 294:19 | **value** 143:7,10 |
| 92:3 94:20 | 312:2,3 321:19 | 315:21 358:17 | 143:15 165:6 |
| 95:12 99:17,18 | 324:11 345:24 | 359:2 | 231:16 280:20 |
| 101:9,10 | 350:19 351:2 | **uterine** 6:14 | **values** 242:2 |
| 102:17,20,23 | 358:22,24 | 126:18 127:8 | **variant** 329:23 |
| 105:1,3,20,25 | 360:24 363:24 | 127:11 167:7 | 330:1,2,12 |
| 107:7,8,11 | **used** 23:16,25 | 172:25 178:12 | 332:24 334:10 |
| 108:7,20 117:8 | 26:21 29:22 | 178:18 242:24 | 334:15 335:4 |
| 117:12,14,16 | 32:3 42:21 | 243:8,17 | |
| 119:10,13,19 | 67:13 69:4 72:8 | | |

**[variants - weight]**

Page 95

| | | | |
|---|---|---|---|
| **variants** 325:21 | **visualization** | 144:20 147:3 | **ways** 344:22 |
| 326:1 | 318:14 | 152:8,21 154:6 | **we've** 18:22 |
| **various** 23:23 | **vitae** 3:15 | 155:21 159:4 | 29:14 132:2 |
| 35:17 76:19 | **vitonis** 4:17 | 169:9 170:5 | 143:3 207:10 |
| 94:2 165:4 | 100:20 | 179:21 201:7 | 219:13 225:11 |
| 200:1 206:13 | **vitro** 38:12 | 205:1 208:12 | 230:23 232:12 |
| 292:4,9 313:25 | 39:17 40:8 | 210:12 219:24 | 240:10 250:22 |
| **vary** 288:3 | 193:15 195:10 | 230:6,21 231:7 | 256:21 261:21 |
| 358:9 | 196:2 197:19 | 232:6 240:23 | 263:6 264:3,6 |
| **vehicle** 195:3 | 217:16 218:24 | 241:21 244:12 | 266:9,14,16 |
| **venter** 5:11 | 267:19,22 | 244:24 245:22 | 273:12 276:5 |
| 161:10,12,21 | **vivo** 197:19 | 248:5,11 | 283:3 297:10 |
| **verify** 238:12 | 341:19 | 254:24 276:23 | 302:13 303:23 |
| **veritext** 1:21 | **vlaentin** 279:20 | 279:5,13 291:7 | 307:9,19,24 |
| **veritext.com** | **volume** 5:24 | 291:22 305:18 | 308:2,5,16 |
| 1:23 | **von** 338:6,17 | 311:24 315:9 | 333:1,4 334:18 |
| **versed** 206:13 | 339:5,6 | 315:11 321:19 | 341:13 342:2 |
| **version** 5:8 | **vulvar** 127:1 | 334:4,23 357:6 | 359:16 |
| **versus** 71:22,23 | **vus** 325:22 | **wanted** 142:5 | **weak** 63:20,21 |
| 124:17 161:25 | 326:13 335:4 | 203:17 231:15 | 153:11,17 |
| **vertical** 245:7 | 335:10 336:9 | 262:21 264:11 | 246:16 247:3 |
| **vhl** 338:6 | **w** | 338:14 | 278:19 287:5 |
| **vic** 316:17 | | **warned** 280:10 | 291:16 346:12 |
| **victor** 311:12 | **w** 6:13,18 | **warrant** 116:11 | 360:11 |
| **view** 52:16,20 | **wait** 33:17 | **wasilewski** 1:16 | **weaker** 74:13 |
| 193:14 235:22 | 309:15 | 2:23 365:2,25 | 292:25 327:17 |
| 235:24 236:2,6 | **want** 11:19 | **way** 28:13 | **website** 353:3 |
| 294:18 | 25:25 34:18 | 42:14 46:24 | 353:15 355:13 |
| **viewed** 96:1 | 68:20,21,25 | 93:16 103:17 | **wehner** 159:17 |
| 294:19 | 74:8 75:1 80:1 | 124:23 125:11 | 160:1,1,2,6 |
| **viewpoints** | 80:9,11 92:7 | 128:13 135:11 | **weighing** |
| 282:20 | 94:16 95:6,25 | 141:2 145:23 | 205:15,17 |
| **views** 356:15 | 99:14 106:21 | 178:15 179:17 | 227:1 |
| **vincent** 9:5 | 126:20 128:14 | 179:19 192:19 | **weight** 76:9 |
| **virtually** 175:7 | 133:12,13 | 210:4 290:10 | 197:5 221:2,5 |
| 290:11 | 137:12 138:16 | 346:16 | 235:10 |

**[weird - wrong]**                                                    Page 96

**weird**  46:17
**welcome**   134:8
  186:2 196:19
  255:23
**went**   142:1
  183:2 204:21
  207:3,11,13,17
  207:18 256:17
  360:1 361:11
  361:12
**wentzensen**
  93:24 106:18
  232:12 236:19
  241:13 243:24
  246:8 275:4,5
**whatsoever**
  131:5
**white**  71:16,20
  104:12
**whites**  4:20
  104:13 105:12
**wholly**  67:12
  67:20
**widely**  52:1
  316:14
**wider**  251:24
**wish**  45:21
  291:10 330:15
**witness**  10:7,9
  14:3 16:9,24
  21:14 50:1 58:6
  60:5,6 75:4,22
  79:10 98:1
  100:25 104:2
  129:18 134:7
  138:12 155:12

157:1 159:5
166:19 181:4
188:16 193:20
196:18 203:5
255:22 291:24
323:16 349:3
357:19 364:8
365:6,11,21
**woman**  25:19
42:21 45:2
119:12,13
178:1,4 226:17
290:15 292:16
292:21 293:9
317:24 322:17
328:7 333:4,14
333:16 341:5
**woman's**  25:23
44:4,20 122:8
184:1
**women**  4:9
24:12 55:24
56:2 57:10,11
63:8,10 67:13
71:14,16,16,20
71:23 88:17
90:10 91:5
94:20 98:16
99:1,6,8 110:16
110:23 118:9
119:10 120:4,5
120:12 128:16
128:25 129:12
130:11,19,24
162:6 177:22
183:13,15

188:7 239:21
241:15 246:17
247:4,18 256:7
290:2,4 293:3,5
300:3,12 303:7
303:13,14,18
312:2 326:24
328:15 336:6
354:7
**wong**   277:14,18
**woolen**  138:6
145:6
**word**  23:14,25
30:1 33:12,19
74:7 152:8
167:23,25
168:14 180:3
185:1 193:3
216:5 245:4
258:18 308:20
**wording**  73:24
85:5 134:15
135:25 137:4
139:6 154:6
155:2 169:5
209:11,11
303:2 333:15
360:5
**wordings**  85:4
**words**  24:3
26:21 32:19
36:16,19 80:25
84:18 86:1,1
91:20 139:3
150:2 152:4
153:12 179:13

181:19 188:4
225:12 321:19
334:23 352:15
**work**  19:2,14
22:3 109:25
110:2,5 175:6
197:19
**working**  18:14
204:13 208:6
209:7 215:3
216:18 340:13
340:16 344:3
345:10,16
363:20
**workplace**
354:15
**works**  53:5
133:16
**world**  228:6
332:8
**worried**  246:4
**wound**  258:11
**wow**  115:25
**write**  23:12
134:22 169:12
171:14 186:25
**writes**  135:9
**writing**  23:17
23:23
**written**  56:24
93:16 134:20
135:3 160:14
220:19 225:1
257:20 283:22
**wrong**  104:21
143:24 188:21

**[wrong - zoom]**

261:11 289:20
295:4 300:9
**wrote** 112:1
132:4 169:25
170:2 171:13
218:3 239:2
**wu** 4:21 59:6,17
60:18 84:16
103:23 104:4
104:21 105:4
105:14 106:19
264:2
**wynn** 48:4

**x**

**x** 3:2,10 4:1 5:1
6:1 7:1 8:1 9:1
350:19

**y**

**y'all** 133:17
**yale** 325:17,20
326:22 328:18
**yeah** 14:2 22:21
27:14,20 33:5
51:24 54:10
57:15,16 59:15
59:22 71:10
77:22 79:25
86:8 87:4 88:9
88:11,12
101:25 105:5
122:14 126:24
129:18 134:2
140:19,20
146:20 149:20
153:7 156:5

158:25 167:20
167:20 169:1
187:13 193:20
196:4 197:25
203:18 208:2
210:18,19
214:4 219:9
231:8 235:16
235:16 245:9
247:7 253:10
258:23 268:1
273:7 285:9
307:11 311:7
316:20 324:10
326:9,10 329:8
329:25 333:25
341:15 343:16
346:3,8 356:4
358:11
**year** 56:19
101:5 103:16
104:25 105:2
117:12 210:17
**years** 16:16
19:18 22:9,12
43:6 51:23
67:11,14,14
112:2 119:14
143:4 268:8
300:3,13 337:1
**yep** 59:7 307:21
**yoga** 183:22
**young** 8:23
322:20 328:21
**younger** 328:25
329:1

**z**

**zero** 280:22
**zoo** 249:4
**zoom** 2:15

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.