# Exhibit 7

Page 1

1                    SUPERIOR COURT OF NEW JERSEY

2                    LAW DIVISION: ATLANTIC COUNTY

3                    DOCKET NO:   ATL-L-6546-14

    _____

4

                IN RE:  TALC-BASED PRODUCTS LITIGATION

5

                         CASE NO. 300

6   _____

7   BRANDI CARL and JOEL CARL, W/H,

8   vs.

9   JOHNSON & JOHNSON, et al.

    _____

10

11

12

13

14

15              The deposition of MICHAEL FINAN, M.D., F.A.C.S.,

16              taken at the law offices of McDowell, Knight,

17              Roedder and Sledge, 11 North Water Street,

18              Mobile, Alabama, on the 10th day of May, 2024,

19              commencing at approximately 9:00 a.m.

20

21

22

23

24

Page 2

```
1           A P P E A R A N C E S
2  COUNSEL FOR PLAINTIFFS:
3       MARGARET THOMPSON, M.D., ESQ.
        3813 Tilley Street
4       Austin, Texas  78723
        Mthompsonmd@gmail.com
5
        BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
6       218 Commerce Street
        Montgomery, Alabama  36103
7       BY: Ryan Beattie, Esquire
           Ryan.beattie@beasleyallen.com
8          David Dearing, Esquire (Via Zoom)
9  ANAPOL WEISS
        One Logan Square
10      130 N. 18th Street, Suite 1600
        Philadelphia, Pennsylvania  19103
11      BY: Richard Golomb, Esquire (Via Zoom)
           Rgolomb@anapolweiss.com
12
13 FOR THE DEFENDANT:
14      NUTTER, McCLENNAN & FISH, LLP
        155 Seaport Boulevard
15      Boston, Massachusetts  02210
        BY: Dawn M. Curry, Esquire
16         Dcurry@nutter.com
17
18
    ALSO PRESENT: (Via Zoom)
19      Kevin Kolch, Esquire
        FOR PCPC
20
21
        Lois Anne Robinson, RPR, RDR, CRR
22      Court Reporter
23
24
```

Page 3

```
1              I N D E X
2  EXAMINATION                        PAGE
3  By Ms. Thompson                      7
4  By Ms. Curry                       281
5
6              * * * * * *
7  EXHIBITS                           PAGE
8  Exhibit 1              8
9    Expert report of Michael Finan, M.D.
10 Exhibit 2              9
11   December 28, 2021, invoice
12 Exhibit 3             19
13   Materials considered
14 Exhibit 4             23
15   Curriculum vitae
16 Exhibit 5             25
17   Fee schedule for Medical-Legal consulting work
18 Exhibit 6             28
19   Defendants' Response to Amended Notice of Deposition
20 Exhibit 7             42
21   About SGO Clinical Practice Committee
22 Exhibit 8             45
23   Clinical Consensus Methodology - ACOG - September 2021
24
```

Page 4

```
1        I N D E X - (continued)
2  Exhibit 9              52
3    ACOG - "Talc Use and Ovarian Cancer"
4  Exhibit 10            104
5    "A novel proteomic-based screening method for ovarian cancer
6    using cervicovaginal fluids: A window into the abdomen" -
7    Rocconi, et al.
8  Exhibit 11            110
9    "Genetic Testing and Results in a Population-Based Cohort of
10   Breast Cancer Patients and Ovarian Cancer Patients" -
11   Kurian, et al.
12 Exhibit 12            117
13   "Effects of risk factors for ovarian cancer in women with and
14   without endometriosis" - Phung, et al.
15 Exhibit 13            131
16   Pyramid of Quality of Evidence
17 Exhibit 14            139
18   "Epidemiology of Commonly Used Statistical Terms and Analysis
19   of Clinical Studies" - Brewster, et al.
20 Exhibit 15            174
21   ATSDR Case Studies in Environmental Medicine - Asbestos
22   Toxicity
23 Exhibit 16            198
24   "What is your cervix?" - Cleveland Clinic
```

Page 5

```
1        I N D E X - (continued)
2  Exhibit 17            204
3    ThinPrep - Endocervical Brush/Spatula Protocol
4  Exhibit 18            205
5    Picture of an endocervical brush
6  Exhibit 19            207
7    Drawing of endocervical brush in cervical canal
8  Exhibit 20            252
9    Abington Memorial Hospital records - CarlB_AHPMR-00264 to 67
10 Exhibit 21            256
11   Operative report - 9/26/14
12 Exhibit 22            256
13   Operative report - 11/30/12
14 Exhibit 23            261
15   Surgical Pathology report - CarlB_AHPMR-00023 to 29
16 Exhibit 24            264
17   "Peritoneal Exposure to Tac and Ovarian Cancer Risk" -
18   Harlow, Cramer, et al.
19 Exhibit 25            265
20   Cancer Prevention Research - "Genital Powder Use and Risk of
21   Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859
22   Controls" - Kathryn L. Terry, et al.
23
24
```

2 (Pages 2 - 5)

Page 6

I N D E X - (continue)

1
2  Exhibit 26                265
3  "Genital use of talc and risk of ovarian cancer: a
4     meta-analysis" - Berge, et al.
5  Exhibit 27                266
6  "Peritoneal Talc Use and Ovarian Cancer" - Penninkilampi,
7     et al.
8  Exhibit 28                267
9  "Critical review of the association between peritoneal use of
10    talc powder and risk of ovarian cancer" - Taher, et al.
11 Exhibit 29                269
12 Letter from John Godleski to David Dearing - 8/25/21
13
14
15
16
17
18
19
20
21
22
23
24

Page 7

1          MICHAEL FINAN, M.D.,
2      the witness, after having first been
3  duly sworn to tell the truth, the whole truth,
4  and nothing but the truth, was examined and
5  testified as follows:
6              EXAMINATION
7  BY MS. THOMPSON:
8  Q      Good morning, Dr. Finan.
9  A      Good morning.
10 Q      How are you? I'm Margaret Thompson,
11 and we met just before this deposition; right?
12 A      Correct.
13 Q      And I know you've been through this
14 process before, so I don't need to go through any
15 instructions with you; right?
16 A      Correct.
17 Q      And you understand that the purpose of
18 today is for me to understand what your opinions
19 will be in this case. Correct?
20 A      Correct.
21 Q      And also to understand and learn what
22 you looked at and used to formulate those
23 opinions. Right?
24 A      Correct.

Page 8

1  Q      Okay. So let's start out marking
2  exhibits. The first will be your expert report.
3  It's Exhibit Number 1.
4          (PLAINTIFF'S EXHIBIT NUMBER 1
5           WAS MARKED FOR IDENTIFICATION.)
6  MS. THOMPSON:
7  Q      And I received the first expert report
8  on April 3rd of 2024, and then we received a --
9  an amended report yesterday that was dated
10 May 8th. What were the changes in those two
11 reports that you made?
12 A      Somehow when we printed the one we
13 submitted the earlier date --
14         I think you said it was May 3rd?
15 Q      April 3rd.
16 A      April 3rd.
17         -- it was missing these three graphics,
18 the one on page 44, one on page 46, and one on
19 page 47. So I had referred to the graphics, but
20 the graphics were missing. And I don't know how
21 that happened. It was some sort of electronic
22 error, I believe.
23 Q      And was that the only change --
24 A      Correct.

Page 9

1  Q      -- that you're aware of? That's what
2  we thought, too. I just wanted to make sure that
3  was the case.
4  A      Yes.
5  Q      And those changes or the addition of
6  those graphics were just because they had been
7  inadvertently left off the first report.
8  A      That is correct.
9  Q      And I think you left your CV off this
10 amended report, and I assume that's because we
11 already had that. Is that correct?
12 A      Correct.
13 Q      Were there any additions to the
14 materials considered, the Exhibit B reliance
15 list?
16 A      No, ma'am.
17 Q      Okay. Let's go ahead and mark the
18 invoice that we received yesterday, too, as
19 Exhibit 2.
20         (PLAINTIFF'S EXHIBIT NUMBER 2
21          WAS MARKED FOR IDENTIFICATION.)
22 MS. THOMPSON:
23 Q      And we received this this week as well.
24 Is this the only invoice that you submitted in

3 (Pages 6 - 9)

Page 10

1 the Carl case?
2 A      Yes, ma'am.
3 Q      And have you been paid for this
4 invoice?
5 A      Yes.
6 Q      And your hourly rate is $650.00; is
7 that correct?
8 A      Correct.
9 Q      And the invoice is for
10 $17,700-something dollars; correct?
11 A      Correct.
12 Q      And I believe that would represent
13 about 28 hours' work on the Carl case.
14 A      That is correct.
15 Q      And what does that 28 hours include?
16 A      Review of documents, review of medical
17 records, literature review, meetings with
18 attorneys, and working on the expert report.
19 Q      Was -- was -- were all of those
20 included in the 17,000 or were there other
21 invoices for parts of that?
22 MS. CURRY:
23        Object to the form.
24 A      There were no other invoices.

Page 11

1 MS. THOMPSON:
2 Q      Okay.  So that would include the
3 writing of the report as well as the medical
4 records and literature specific to Miss Carl?
5 MS. CURRY:
6        Object to the form.
7 A      Well, working on it to date.  This
8 invoice was dated December 28th, 2021.
9 MS. THOMPSON:
10 Q      Okay.
11 A      So that was two-and-a-half years ago.
12 Q      Fair enough.
13        And what work have you done since that
14 time?
15 A      Similar work.  Review of documents,
16 review of medical records, literature review,
17 meetings with attorneys, and then continuing to
18 work on the expert report.
19 Q      Okay.  Can you estimate or have you --
20 can you estimate the number of hours that you
21 spent since December, when this invoice was
22 submitted?
23 A      I would estimate around 40 to 50 or so.
24 Q      Okay.  Is it possible for you to break

Page 12

1 down the hours --
2        Well, let me put it this way.  Let's
3 try to break down the hours, approximately, of --
4        That would be approximately 50 to 60
5 hours total.  How much was spent with literature
6 review?
7 MS. CURRY:
8        Object to the form.
9 A      I'll be honest with you.  I don't
10 really -- I don't know.
11 MS. THOMPSON:
12 Q      How about how much was spent writing
13 the report?
14 A      I don't know.
15 Q      And do you know how much time you spent
16 with Miss Carl's medical records?
17 A      I don't know.
18 Q      Okay.  And, so, that was just all
19 lumped into the --
20 A      Right.
21 Q      -- the number.
22 A      I don't really keep track of it
23 separately.
24 Q      Okay.  What did you do to prepare for

Page 13

1 the deposition today?
2 A      Well, I reviewed the --
3        Let me get back to my expert report.
4        I reviewed Brandi Carl's Plaintiff Fact
5 Sheet and the amended fact sheet.  I reviewed the
6 deposition of Brandi Carl.  I reviewed the two
7 depositions of Dr. Judith Wolf.  I reviewed the
8 expert records of Dr. Godleski and Dr. Wolf.  And
9 then I reviewed select medical records.  I can't
10 really be more specific than that.  And then the
11 literature that I've referenced, the national
12 society reports and then the contents of my
13 expert report, and then met with our -- the
14 attorneys a handful of times.
15 Q      Can you pin that down more than a
16 handful of times?  How many times did you meet
17 with attorneys in preparation for this
18 deposition?
19 A      I think three.
20 Q      And were those in person or Zoom?
21 A      Zoom.
22 Q      Did you meet in person with the
23 attorneys in preparation for the deposition?
24 A      Not other than this morning --

4 (Pages 10 - 13)

Page 14

1 Q      Okay.
2 A      -- when we walked up.
3 Q      And how many hours were each of those
4 meetings?
5 A      Between one and two.
6 Q      Each one?
7 A      Correct.
8 Q      And who was at those -- who attended
9 those Zoom meetings?
10 A      That would have been myself, Dawn
11 Curry, who's present here --
12 Q      Yes.
13 A      -- and then Su-Lyn Combs.
14 Q      And who is Su-Lyn Combs?
15 A      It's spelled S-U, hyphen, L-Y-N.
16 Q      Okay.
17 A      She's an attorney out in Los Angeles.
18 Burnham?  I'm not sure.
19 Q      That's okay.
20       And you prepared this report for the
21 Carl case; correct?  Your general portion of the
22 report.
23 A      Correct.
24 MS. CURRY:

Page 15

1       Object to the form.
2 MS. THOMPSON:
3 Q      Let me say it again.  It wasn't very
4 good.
5       Did you prepare the general portion of
6 the report for the Carl case?
7 A      I did.
8 MS. CURRY:
9       Object to the form.
10 MS. THOMPSON:
11 Q      Do you intend to use the general
12 portion of the report in any other cases?
13 A      Yes.
14 Q      Have you been disclosed in those cases?
15 A      Disclosed is a legal term, so I'm not
16 really sure.
17 Q      Can you give me the names of the other
18 cases that -- that you intend to use the report
19 in?
20 MS. CURRY:
21       Object to the form.
22       And please only disclose the names of
23 the cases in which you know that you have already
24 been disclosed as an expert.

Page 16

1 A      Um --
2 MS. CURRY:
3       I can't help you with the response, but
4 if you do not know --
5 A      Bondurant.
6 MS. THOMPSON:
7 Q      And Bondurant case is in the MDL;
8 correct?
9 A      Correct.
10 Q      And we don't need to go into that any
11 further.
12       And you've testified at least two cases
13 in the talcum powder litigation; correct?
14 A      I think three.
15 Q      Okay.  I know Matthey and the Seskin
16 case.  What is the third?
17 A      I think Cadigan.
18 Q      Cadigan?
19 A      And I believe -- I'm gonna confess I'm
20 terrible with names, but I believe it was
21 Monroe Evans.
22 MR. BEATTIE:
23       That's an asbestos case, I think.  It's
24 not ours.

Page 17

1 MS. CURRY:
2       Just so the record is clear, he did not
3 testify in the Seskin case.
4 MS. THOMPSON:
5       That's right.
6 MS. CURRY:
7       And he has not testified in any of the
8 asbestos talc litigation.
9 MS. THOMPSON:
10 Q      What can you tell me about the Monroe
11 Evans case?
12 A      That's a pretty broad question.
13 Q      Was that an ovarian cancer case?
14 A      Yes.
15 Q      Where did it take place?
16 A      East St. Louis.
17 Q      And did you testify in deposition?
18 A      Yes.
19 Q      Did you testify in trial?
20 A      Yes.
21 Q      How many hours would you say you have
22 worked total in the talcum powder litigation?
23 A      I have no idea.
24 Q      How much have you billed, in dollars,

5 (Pages 14 - 17)

Page 18

1  in the talcum powder litigation?
2  A      I have no idea.
3  Q      No idea?
4  A      Well, I don't want to give you an
5  inaccurate number, and I really just -- I don't
6  keep track of it.
7  Q      Okay.
8  A      I mean, I submit an invoice and I get
9  paid and I move on to my next patient, my next
10 case. I'm primarily a clinician.
11 Q      Understood.
12 MS. THOMPSON:
13       Dawn, we'd request the invoices for all
14 the talcum powder litigation. I think that's
15 been provided with other experts.
16 MS. CURRY:
17       If you can make the request in writing,
18 that would be wonderful.
19 MS. THOMPSON:
20 Q      Can you estimate what percentage of
21 your income over the past year has been related
22 to talcum powder litigation?
23 A      Less than 5 percent.
24 Q      Okay. Let's mark as Exhibit 3 -- this

Page 19

1  is Exhibit B on your expert report, which is your
2  materials considered list. And we're going to be
3  using that, so I thought it would be easier to
4  have it as a separate exhibit rather than having
5  to flip through the report each time.
6       (PLAINTIFF'S EXHIBIT NUMBER 3
7         WAS MARKED FOR IDENTIFICATION.)
8  MS. THOMPSON:
9  Q      Did you find the literature on the
10 materials considered list?
11 A      It was a mix. I found some, and Dawn
12 and Su-Lyn found some.
13 Q      And what was your process that you used
14 for finding that literature on the materials
15 considered list?
16 A      PubMed search and -- some PubMed
17 searches. I use UpToDate and look at references
18 that they cite, and then I -- as I'm going
19 through various pieces of literature, I'll pull
20 references that are cited in the literature.
21 Q      Do you consider UpToDate a reliable
22 resource for opinions or information -- let's
23 take out opinions -- for information on various
24 medical topics?

Page 20

1  MS. CURRY:
2       Object to the form.
3  A      I use it on a regular basis to -- to
4  keep myself up to date.
5  MS. THOMPSON:
6  Q      And is it a reliable source, do you
7  consider?
8  MS. CURRY:
9       Object to the form.
10 A      Is --
11       Are you using "reliable" in a legal
12 sense?
13 MS. THOMPSON:
14 Q      No. We're using it in a --
15 A      Just a general sense?
16 Q      A general sense.
17 A      Yes, it's reliable.
18 Q      If you're thinking about evidence-based
19 medicine, would it be a source you would go to to
20 assure that whatever practices you are doing are
21 consistent with what -- where there is evidence?
22 MS. CURRY:
23       Object to the form.
24 A      Along with other sources, sure. I use

Page 21

1  the NCCN guidelines as well, as well as other
2  sources. But, yes, it's one of many.
3  MS. THOMPSON:
4  Q      Okay. When were you first contacted by
5  the defendants for any talc case?
6  A      I believe it was 2015, if I'm not
7  mistaken. I have -- don't -- I do not have a
8  photographic memory, though.
9  Q      Neither do I.
10       Do you remember what the case was that
11 you reviewed initially?
12 A      I do not.
13 Q      Were you initially asked just to give
14 general opinions rather than a specific
15 plaintiff's case?
16 A      I was -- I was asked if I was -- if I
17 was interested in working on the talcum powder
18 litigation on the defense side, and I said yes.
19 And I really can't remember the details of the
20 initial meetings, whether it was records sent to
21 me or whether it was a phone call or a meeting.
22 That was -- what? -- nine years ago.
23 Q      And who initially contacted you?
24 A      Actually, an attorney locally, who,

Page 22

1  again, I'm forgetting his name.  But I had his
2  niece --
3        I was cancer center director at the
4  Mitchell Cancer Center Institute here in Mobile,
5  which is part of University of South Alabama, and
6  he had called me -- he was a supporter of the
7  cancer institute, a financial supporter,
8  community supporter, and he had asked me if I
9  could arrange for his niece to do a research --
10  get a summer experience in research.  So --
11        And we did that all the time for
12  various people who would apply.
13        So he took me out in the fall and just
14  asked me if I would join him for lunch to thank
15  me for doing that, and it just came up over
16  lunch.
17  Q      And you were specifically asked if you
18  would be interested in working on the defense
19  side; correct?
20  A      That's what he asked me, yes.
21  Q      And you said yes.
22  A      I said I was interested, yes.
23  Q      Okay.  Through this process, did you
24  receive any J&J company documents?

Page 23

1  A      No, ma'am.
2  Q      None?
3  A      None that I recall, no.
4  Q      And, through this process, have you
5  ever asked for any company documents?
6  A      No.
7  Q      Let's mark Exhibit 4, is your CV.
8        (PLAINTIFF'S EXHIBIT NUMBER 4
9        WAS MARKED FOR IDENTIFICATION.)
10  MS. THOMPSON:
11  Q      And is this a current CV?
12  A      Yes, ma'am.
13  Q      And what is your current position,
14  Dr. Finan?
15  A      Well, I'm a practicing gynecologic
16  oncologist.  That's my primary role.  And then
17  I'm also cancer center director for Singing River
18  Health System, and I'm also chief of women's
19  health for Singing River Health System.
20  Q      And that's a clinical job, other than
21  the administrative work as program director?
22  A      Correct.
23        And Singing River is -- if y'all aren't
24  from around here, it's on the Mississippi Gulf

Page 24

1  Coast; Gulfport, Ocean Springs, and Pascagoula,
2  Mississippi.
3  Q      Have you ever published any articles on
4  talc and ovarian cancer?
5  A      No.
6  Q      Do you intend to?
7  A      I do not.
8  Q      Have you ever published any articles on
9  risk factors for ovarian cancer?
10  A      No.  Not that I recall.
11  Q      Do you intend to?
12  A      No.
13  Q      Do you intend to publish articles,
14  research during the remainder of your career?
15  MS. CURRY:
16        Object to the form.
17  A      If -- if -- I mean, I'm still engaged
18  with my former associates and partners at
19  South Alabama, so if something comes up that
20  interests me, yes, or if something comes up
21  that's a result of our prior research.  I think
22  our last paper was published within the last year
23  or two.  Let's see.  Yeah, 2021.
24  Q      '22.  '21?

Page 25

1  A      Yeah.  So that was the -- so we still
2  have quite a bit of data from that project.  And
3  that could -- that's a possibility.  But I'm not
4  actively involved in --
5        Other than our clinical research
6  program at Singing River, I'm really not actively
7  involved in research anymore.
8  Q      What did you bring with you today?
9  A      I brought my -- a copy -- the same copy
10  you have of my expert report, with those graphics
11  added, and then my fee schedule, which I'll share
12  with you.
13  Q      Okay.  Let's go ahead and mark the fee
14  schedule.
15        (PLAINTIFF'S EXHIBIT NUMBER 5
16        WAS MARKED FOR IDENTIFICATION.)
17  MS. THOMPSON:
18  Q      Did you look at the -- what we call the
19  notice for deposition?
20  A      I did.
21  Q      And did you look at what we asked you
22  to bring?
23  A      I did.
24  Q      And other than the objections, which I

7 (Pages 22 - 25)

Page 26

1 noted, was there nothing in that request for
2 things to bring that you could find or had?
3 MS. CURRY:
4       Object to the form.
5       Along with the objections, there were
6 two documents that were produced in response to
7 the deposition notice.
8 MS. THOMPSON:
9       The invoice.
10 MS. CURRY:
11       The invoice as well as the submission
12 for the --
13 MS. THOMPSON:
14 Q      The draft of the --
15 MS. CURRY:
16       -- publication, which was one of your
17 requests as well.
18 MS. THOMPSON:
19 Q      Okay. We asked you specifically for
20 reviewer comments on the paper. Did you see
21 that?
22 A      I did see that.
23 Q      And do you have in your possession
24 reviewer comments from the submission of that

Page 27

1 paper?
2 A      I don't. The first author handled all
3 that. Typically, the way a publication works is
4 the first author is the corresponding author, and
5 they generally interact with the journal. I was
6 sent revisions -- I was sent that draft to -- to
7 comment and sign off on, but I did not see any
8 comments, no.
9 Q      So Dr. Rocconi?
10 A      Rocconi.
11 Q      Dr. Rocconi did not send you review
12 comments?
13 A      He did not. And, actually, I think he
14 had a fellow working on it, so she may have been
15 the one --
16       Let me just see who the second
17 author --
18       I think it was -- yeah. A. Wilhite.
19 Q      Okay.
20 A      It was either him or Wilhite who were
21 handling those details. By that time, I had
22 already moved to Singing River, and, you know,
23 that's just how we worked it. We're very close
24 friends and close colleagues.

Page 28

1 Q      So if we wanted to get the reviewer
2 comments, we would have to contact Dr. Wilhite or
3 Dr. Rocconi?
4 A      Correct.
5 Q      We'll mark that notice with objections
6 as 6.
7       (PLAINTIFF'S EXHIBIT NUMBER 6
8       WAS MARKED FOR IDENTIFICATION.)
9 MS. THOMPSON:
10 Q      Let's turn now again to your expert
11 report. And did you write this report?
12 A      I did.
13 Q      Every word?
14 A      Yes.
15 Q      And just from beginning to
16 completion --
17 A      Well, I take it back. The folks who
18 work at the law firms with Dawn and Su-Lyn, they
19 would have -- they helped a lot with getting the
20 references in order and making it, you know --
21 putting it into the format with the -- the
22 references at the bottom of each page.
23 Q      So you had help with the footnotes.
24 A      The footnotes, yes.

Page 29

1 Q      And did you have help with the reliance
2 list, the materials considered list?
3 A      Not really. What do you mean by
4 "help"?
5 Q      Help formulating and gathering.
6 MS. CURRY:
7       Object to the form.
8 A      Well, I -- as I've said earlier,
9 I've -- I've found a number of articles, and when
10 they would find one that was pertinent, they
11 would send it to me for my opinion. So we
12 exchanged articles. I don't know --
13       If you want to call that help, then
14 yes.
15 Q      As far as writing or entering the
16 materials that you used, did you have help with
17 that?
18 A      No.
19 Q      So you typed up all those articles?
20 A      Every single word I typed, yes, ma'am.
21 And, actually, I took screenshots of the tables.
22 I did have help with one table that was crooked,
23 and I couldn't figure out how to straighten it
24 out, and I did ask for help. I think it might

8 (Pages 26 - 29)

Page 30

1  have been this one, actually. That was driving
2  me crazy.
3  MS. CURRY:
4        I believe she was asking about the
5  materials considered list.
6  MS. THOMPSON:
7  Q      Yeah. I think we weren't connecting.
8  That's probably my fault.
9  A      Sorry.
10  Q      Let's return to the materials
11  considered, Exhibit B.
12  A      Exhibit B. Gotcha. Go ahead.
13  Q      And then we have that as a separate
14  exhibit as well.
15  A      Sorry.
16  MS. CURRY:
17        While he's looking at that, I just want
18  to note I believe when you marked Exhibit 6, you
19  had stated that it was the deposition notice with
20  objections. The copy that I believe was marked
21  was not the version with objections.
22  MS. THOMPSON:
23        It was the original.
24  MS. CURRY:

Page 31

1        Correct.
2  MS. THOMPSON:
3        Okay. We can correct that for the
4  record.
5  Q      So my question is: Did you have -- did
6  you type up every word of that materials
7  considered list?
8  A      I did not type this at all.
9  Q      Okay.
10  A      No.
11  Q      Okay. I -- we just --
12  A      I was on a different page. I'm sorry.
13  I thought you were referring to my --
14  Q      Your report.
15  A      -- my expert report. Yes.
16  Q      Yes. We were on a different page on
17  that one. But I understand that you wrote and
18  typed every word of the text of your report;
19  correct?
20  A      Correct. Yes, ma'am.
21  Q      Okay. Let's go to --
22        I don't have a copy of the expert
23  report. That was the one I left in the room. So
24  will you just grab me --

Page 32

1        No. You need that one. Thank you,
2  though.
3        Let's turn in your report to the
4  summary of opinions on page 3. And I appreciate
5  the summary of opinions, because that's helpful.
6  But I'd like to go through these initially and
7  just make sure I understand what you meant to
8  convey with these opinions. Okay?
9  A      Yes, ma'am.
10  Q      All right. The first opinion, "the
11  application of talcum powder, regardless of its
12  constituents, to the female perineum, does not
13  cause or contribute to the development of ovarian
14  cancer," is that your opinion to date?
15  A      Yes.
16  Q      And you've testified previously -- and
17  I think it's included in this opinion -- that it
18  doesn't matter what the constituents are. It's
19  the talcum powder itself. Correct?
20  A      Regardless of its constituents, that's
21  correct.
22  Q      Okay. And what do you mean by
23  "contribute" in that sentence?
24  A      Well, ovarian cancer is a complex

Page 33

1  disease. And, really, other than genetic
2  mutations, we don't really know what causes it or
3  contributes to its development. There are
4  multiple theories, such as inflammation. And I
5  guess what I mean there is that talcum powder
6  doesn't contribute to the -- whatever sequence of
7  events occur that causes ovarian cancer to
8  develop.
9  Q      Would that be the same thing as saying
10  talc --
11        And when we say "talc," can we just
12  have an agreement that that means Johnson's
13  talcum powder products?
14  A      Sure.
15  Q      And when we say "talc," can we also
16  assume that we're referring to the perineal
17  application by women dusting with the powder?
18  A      That would make things a lot easier,
19  yes.
20  Q      Thank you.
21  MS. CURRY:
22        If there is a circumstance throughout
23  the deposition in which those definitions do not
24  apply, then let's just make that clear as well.

9 (Pages 30 - 33)

Page 34

1  THE WITNESS:
2      Of course.
3  MS. THOMPSON:
4  Q      If either one of us intends another
5  meaning of that, we'll make sure that we have
6  that clear.
7  A      Agree.
8  Q      Okay?  Thank you.
9      Is your opinion that it doesn't
10  contribute, is that equivalent to saying it's not
11  a risk factor?
12  A      Yes.
13  Q      Okay.  So we could use those
14  interchangeably, in your mind?
15  MS. CURRY:
16      Object to the form.
17  A      We could.
18  MS. THOMPSON:
19  Q      Okay.  And opinion number 2 in your
20  summary of opinions -- they're not numbered, but
21  it's the second one -- I think says something
22  similar to what you've just said, and that's
23  other than germline genetic mutations, other
24  ovarian cancers are sporadic, and there is no

Page 35

1  identifiable or known cause.
2      Is that your opinion?
3  MS. CURRY:
4      I believe you said "other ovarian
5  cancers."
6  MS. THOMPSON:
7      I said other ovarian cancers?  Okay.
8  Q      "Most ovarian cancers are sporadic."
9  A      That is correct.  And that's not just
10  my opinion.  That's the opinion of our national
11  organizations as well.
12  Q      Yeah.  We're gonna get there.  I want
13  to get your opinion first, and then we'll talk
14  about the --
15  A      Yes.
16  Q      -- the national organizations.
17      And we can make another stipulation, I
18  think.  If we're talking about ovarian cancer,
19  we'll be talking about epithelial ovarian cancer,
20  unless otherwise specified.  Fair enough?
21  A      Fair enough.
22  Q      Okay.  So let's --
23      And, for this opinion, I think you've
24  just said this.  You rely primarily on the

Page 36

1  national organizations for the opinion that
2  talcum powder use is not a risk factor for
3  ovarian cancer.
4  MS. CURRY:
5      Object to the form.
6  MS. THOMPSON:
7  Q      Correct?
8  A      Well, not primarily.  That's one of the
9  sources.  I rely on the medical literature, my
10  national organizations, and my 30-plus years of
11  experience as a gynecologic oncologist.
12  Q      But, at least in this opinion, you
13  state there are established risk factors that are
14  outlined by major national organizations and
15  societies in the United States that gynecologic
16  oncologists and patients rely on for information
17  about ovarian cancer; correct?
18  A      That is correct, yes.
19  Q      And, for this opinion, you did not
20  include any other literature; correct?
21  MS. CURRY:
22      Object to the form.
23  A      Well, in my summary of opinions, it's
24  based on this entire report.  The summary of

Page 37

1  opinions is meant to sort of summarize the
2  70-plus pages of the report.  So these -- these
3  points are meant to sort of simplify the report
4  or summarize it in a -- in a single -- roughly, a
5  single page.  So --
6      But they're based on the entire report.
7  Q      Why did you consider it important to
8  not only say that you relied on the national
9  organizations for the information but to list
10  each one out?
11  MS. CURRY:
12      Object to the form.
13  A      Well, I wanted to list the national
14  organizations that I relied on, that I look to on
15  a regular basis.
16  MS. THOMPSON:
17  Q      But you didn't list any literature in
18  this opinion.
19  MS. CURRY:
20      Object to the form.
21  A      I listed the literature back here.
22  MS. THOMPSON:
23  Q      I didn't ask you that.
24      Did you list any literature in your

10 (Pages 34 - 37)

Page 38

1 opinion that talcum powder is not a risk factor
2 for ovarian cancer --
3 MS. CURRY:
4      Object to the form.
5 MS. THOMPSON:
6 Q      -- in the summary of opinions?
7 MS. CURRY:
8      Asked and answered.
9 A      The summary of opinions is based on the
10 entire report. It's meant to condense it into a
11 few bullet points --
12 Q      Okay. That wasn't --
13 A      So that the reader --
14 Q      I'm sorry.
15 A      I wasn't finished.
16      -- so that the reader of this 70-plus
17 page or 60-plus page of this report can look at
18 the bullet points and glean 60 pages of
19 information in roughly a dozen bullet points.
20 They're -- they're not separable. They are not
21 separable. The summary of opinions is based on
22 the report, which includes the literature.
23 Q      I've heard you say that. But that
24 wasn't my question.

Page 39

1      My question was: Did you include any
2 literature in the summary opinions --
3 A      I did not.
4 Q      -- as a risk factor?
5 MS. CURRY:
6      Object to the form. Asked and
7 answered.
8 MS. THOMPSON:
9 Q      Did you consider the organizations more
10 important than literature?
11 MS. CURRY:
12      Object to the form.
13 A      Everything in the report is important.
14 I'm not gonna weigh the importance of one over
15 the other.
16 MS. THOMPSON:
17 Q      Okay. But you did include one over the
18 other in the summary of opinions; correct?
19 MS. CURRY:
20      Object to the form.
21 A      No, I didn't. I included all the
22 literature in the summary of opinions, all of it.
23 MS. THOMPSON:
24 Q      Okay. You just didn't write it when

Page 40

1 you wrote every word of your report; right?
2 MS. CURRY:
3      Object to the form.
4 A      They're attached.
5      I'm not going -- I'm not going to bend
6 on this.
7 MS. THOMPSON:
8 Q      I just want you to answer my question.
9 I don't want you to go anywhere. I just want you
10 to answer my questions. We'll get through a lot
11 faster.
12      Okay. Let's just look and discuss some
13 of those societies and what they looked at.
14      Okay. And you include in this the NIH,
15 NCI, SGO, ACOG, FDA, the National Comprehensive
16 Cancer Network, NCCN, the American Cancer
17 Society, and the CDC; correct?
18 A      Correct.
19 Q      Did any of these agencies do a
20 comprehensive review of the issue?
21 MS. CURRY:
22      Object to the form.
23 A      I'm sure they did when -- before they
24 issued their report.

Page 41

1 MS. THOMPSON:
2 Q      How are you sure they did?
3 A      Well, I -- I personally know folks in
4 some of these agencies. I served on a -- one of
5 the committees on SGO, so I know how the
6 committees function. I was close friends with
7 the president of ACOG from several years ago. I
8 had a partner at the Mitchell Cancer Institute
9 who worked for the CDC and the NIH. So my
10 knowledge is based on discussions with those
11 people and how committees function and how
12 reports are issued.
13 Q      Did any of those individuals actually
14 tell you that SGO had done a comprehensive review
15 of the issue?
16 A      No.
17 Q      And I presume the president of SGO that
18 you knew is Dr. Huh?
19 A      I know several former presidents of
20 SGO; Ronnie Alvarez, Warner Huh.
21 Q      Did you ask Dr. Huh if SGO had
22 performed a comprehensive review of the issue of
23 can talcum powder cause ovarian cancer?
24 A      I had no reason to ask him that.

11 (Pages 38 - 41)

Page 42

1  Q       Okay.  Because you knew that they did.
2  MS. CURRY:
3          Object to the form.
4  A       I know how committees function, and I
5  know what goes into a national organization
6  issuing a statement.
7  MS. THOMPSON:
8  Q       Okay.  Are you familiar with --
9          Will you mark this as Exhibit 7?
10         (PLAINTIFF'S EXHIBIT NUMBER 7
11         WAS MARKED FOR IDENTIFICATION.)
12 MS. THOMPSON:
13 Q       I'll give you a chance to look at that.
14         Is this the committee that you served
15 on, the clinical practice committee for SGO?
16 A       That's not the committee I served on,
17 no.
18 Q       Okay.  The clinical practice
19 committee --
20         And I just gave you a statement from
21 the SGO website that describes that committee,
22 and it states that it works to coordinate and
23 peer-review the development of clinical
24 statements and recommendations for practice in

Page 43

1  the diagnosis, management, and treatment of
2  gynecologic cancers.
3          Did I read that correctly?
4  A       You did.
5  Q       Are you familiar with the clinical
6  practice committee?
7  A       Yes.  Not intimately familiar with it,
8  but I'm a member of SGO, and I've referred to
9  their website.  I go to their meetings on
10 frequent occasion.
11 Q       Okay.
12 A       I have --
13 Q       If you could try just to answer my
14 question.
15 A       I did.
16 Q       I know you go to meetings, but my
17 question is are you familiar with this committee?
18 MS. CURRY:
19         Object to the form.
20 A       Vaguely.
21 MS. THOMPSON:
22 Q       Okay.  And it also says "this is to
23 stay current with issues that affect the way you
24 practice.  SGO resources are intended to provide

Page 44

1  assistance in all facets of practice management
2  to help improve healthcare outcomes for your
3  patients."
4          Did I read that correctly?
5  A       Yes.
6  Q       Did the clinical practice committee
7  issue a statement on talcum powder and ovarian
8  cancer?
9  MS. CURRY:
10         Object to the form.
11 A       I'm not sure which committee issued it.
12 MS. THOMPSON:
13 Q       I --
14         Okay.  My question was those clinical
15 practice committee statements are published on
16 the SGO website; correct?
17 MS. CURRY:
18         Object to the form.
19 A       Yes.
20 MS. THOMPSON:
21 Q       Was there a clinical practice committee
22 statement published on SGO about the issue of
23 talcum powder and ovarian cancer?
24 MS. CURRY:

Page 45

1          Object to the form.  Asked and
2  answered.
3  A       I'm not sure.  I don't know.
4  MS. THOMPSON:
5  Q       Okay.  If I told you there was not,
6  would you have any reason not to believe me?
7  A       I would have no reason not to believe
8  you, no.
9  Q       And ACOG, for that matter, has a
10 similar committee.  Are you aware of that?
11 MS. CURRY:
12         Object to the form.
13 A       I would have to see what you're
14 referring to.
15         (PLAINTIFF'S EXHIBIT NUMBER 8
16         WAS MARKED FOR IDENTIFICATION.)
17 MS. THOMPSON:
18 Q       This will be Exhibit 8.  The name of
19 the ACOG committee is the --
20 A       Committee on Clinical Consensus.
21 Q       Okay.  Thank you.  The Committee on
22 Clinical Consensus.  Are you familiar with that
23 committee at ACOG?
24 A       Not specifically, but I am now.

12 (Pages 42 - 45)

Page 46

1 Q      Have you ever served on this committee?

2 A      No, ma'am.

3 Q      And would you --

4      If you need a minute to read through

5 that, you may. When you're ready, tell me.

6 A      Go ahead.

7 Q      And it says that this committee was

8 developed by ACOG, the evidence-based medicine

9 expert work group --

10 MS. CURRY:

11      Sorry. Where are you reading from?

12 MS. THOMPSON:

13      I'm reading from the first page.

14 Q      -- to look at --

15      Now I'm paraphrasing --

16 A      Expert group.

17 MS. CURRY:

18      Uh-huh.

19 Q      -- look at issues that are relevant for

20 its members. The committee consists of a chair

21 and vice chair, approximately 20 members in

22 various specialties. It says that they look,

23 consult other experts, if needed, and these --

24 this committee also issues opinion statements and

Page 47

1 clinical guidelines for ACOG members. Are you

2 aware of that?

3 MS. CURRY:

4      Object to the form.

5 A      I am now.

6 MS. THOMPSON:

7 Q      Did the Clinical Consensus Committee at

8 ACOG look at the issue of talcum powder and

9 ovarian cancer?

10 MS. CURRY:

11      Object to the form. Calls for

12 speculation.

13 A      Well, it says here -- it says here that

14 topics selected for development as a clinical

15 consensus document are those that are deemed

16 clinically important to the practice of

17 obstetrics and gynecology. I don't recall --

18      The only -- the only document I recall

19 ACOG issuing is that talcum powder is recommended

20 in obese patients who have had surgery to apply

21 to the lower abdomen. So --

22 MS. THOMPSON:

23 Q      Dr. Finan, was that my question? My

24 question was: Did the Clinical Consensus, the

Page 48

1 clinical committee at ACOG that looks at

2 important issues that are relevant to their

3 members, issue and publish a statement on the

4 issue of talcum powder use and ovarian cancer?

5 MS. CURRY:

6      Object to the form.

7 A      That's what I was getting to.

8 MS. THOMPSON:

9 Q      I didn't ask anything at all about

10 using it on the pannus after a surgical

11 procedure, did I?

12 A      Well, I don't know -- I don't know

13 which -- my point is I don't know which committee

14 of ACOG issued that document. That's the only

15 document I've seen recommending talc from ACOG.

16 Q      And that's for a very limited purpose.

17 Does that have anything to do with the use of

18 talcum powder on the perineum and ovarian cancer?

19 MS. CURRY:

20      Object to the form.

21 A      I would argue it does, because they

22 wouldn't recommend it if they thought it caused

23 cancer.

24 MS. THOMPSON:

Page 49

1 Q      For a several-time use after a surgical

2 procedure on the abdomen?

3 A      Yes.

4 Q      Do you think they would recommend using

5 it even for that purpose if it was known to

6 contain asbestos?

7 MS. CURRY:

8      Object to the form.

9 A      They recommend it. I don't know how

10 else to say it. They recommend it.

11 MS. THOMPSON:

12 Q      Did they recommend perineal use of

13 talcum powder on the perineum?

14 A      No.

15 Q      Okay. Did they ever, in any document,

16 say talc is safe?

17 MS. CURRY:

18      Object to the form.

19 A      I don't recall seeing that. No.

20 MS. THOMPSON:

21 Q      That is your opinion; correct?

22 A      Talcum powder is safe when applied to

23 the perineum, yes.

24 Q      And I think you actually gave the

13 (Pages 46 - 49)

Page 50

1  opinion that talcum powder shouldn't be applied
2  to an open wound; right?
3  MS. CURRY:
4        Object to the form.
5  A      I can't imagine why you would apply
6  talcum powder to an open wound, although the CDC
7  recommends it after treatment for genital warts.
8  They do recommend applying it as a soothing
9  measure when genital warts are treated with TCA.
10  MS. THOMPSON:
11  Q      Do they recommend using it or they say
12  it's something that you can use for comfort?
13  A      I don't recall the wording.
14  Q      Did they say anything about talc is
15  safe to use on the vulva for lifetime?
16  A      No.
17  Q      And I think you gave the opinion
18  previously that the issue has been settled.  Is
19  that still your opinion --
20  MS. CURRY:
21        Object to the form.
22  MS. THOMPSON:
23  Q      -- on whether talcum powder can cause
24  ovarian cancer?

Page 51

1  A      In my opinion, the issue has been
2  settled, yes.
3  Q      And the question has been answered.
4  A      Yes.
5  Q      And that question being whether talcum
6  powder can cause or contribute to ovarian cancer.
7  A      Correct.
8  Q      You recently bought baby powder on
9  Amazon for personal use; correct?
10  A      Correct.
11  Q      And you testified that female family
12  members also use Johnson's Baby Powder.
13  A      Correct.
14  Q      And you have never advised them to
15  discontinue that practice?
16  A      No.
17  Q      And you also testified that you would
18  not advise a patient to avoid the genital
19  application of Johnson's Baby Powder; correct?
20  A      Correct.
21  Q      And that's still the case?
22  A      Yes.
23  Q      And you've testified that the data is
24  overwhelming that talcum powder use is not

Page 52

1  causing ovarian cancer.  Is that still your
2  opinion?
3  A      That is correct.
4  Q      And that's, I assume, why you don't
5  recommend that anyone discontinue its use?
6  A      Right.
7  MS. CURRY:
8        Object to the form.
9  MS. THOMPSON:
10  Q      Is the use of genital talcum powder a
11  safe practice for women?
12  A      Yes.
13  Q      One of the documents that you've used
14  from ACOG is the "Talc and Ovarian Cancer."  Are
15  you familiar with that, written by Hal Lawrence?
16  A      Yes.
17        (PLAINTIFF'S EXHIBIT NUMBER 9
18        WAS MARKED FOR IDENTIFICATION.)
19  MS. THOMPSON:
20  Q      All right.  Are you familiar with
21  this --
22        I just have two copies, and I'll give
23  this to you.
24  MS. CURRY:

Page 53

1        That's okay.  I'm familiar with the
2  document.
3  MS. THOMPSON:
4  Q      And you're familiar with this; correct?
5  A      I am.
6  Q      When did you last look at --
7        And this document was -- or this web
8  statement was submitted, it appears, September
9  11th, 2017; correct?
10  A      It says 2018 on the --
11        Oh, that must be the date it was --
12        The only date I see here is 8-27-2018.
13  Q      Okay.  And it's -- underneath, it
14  appears to be a heading, "Talc Use and Ovarian
15  Cancer," September 11th, 2017.
16  A      Oh, yes, you're right.
17  Q      Okay.  And this was a statement issued,
18  it appears, to the press, because it released the
19  following statement.  And this was by Hal
20  Lawrence.  Who is Hal Lawrence?
21  MS. CURRY:
22        Object to the form about the --
23  A      I believe he was the president --
24  MS. CURRY:

14 (Pages 50 - 53)

Page 54

1      Sorry.
2      -- about it being submitted for
3  purposes of the press.
4  MS. THOMPSON:
5      Well, it says "released the following
6  statement." So we can interpret however we want
7  to.
8      Oh. It says it's a news release on the
9  other side.
10 Q     But -- but whatever. That would be
11 speculation. I won't ask you what the purpose of
12 it was.
13     Is this -- is this released statement
14 still up on the ACOG website, to your knowledge?
15 A     The last -- the statement that I
16 reference in my expert report states it was last
17 updated May of 2022.
18 Q     My question is --
19 A     So --
20 Q     -- is it still up on the --
21     Can I go to the ACOG site now and still
22 see the statement?
23 A     I presume so.
24 Q     When did you last look at it on the

Page 55

1  ACOG website?
2  A     Within the last six months or so.
3  Q     And when you looked at it last time, or
4  any time, did you go to the four links listed
5  under "Read ACOG's Guidance on Screening for
6  Ovarian Cancer in Average-Risk Women"? And then
7  there are four links; correct?
8  A     There are four links, yes.
9  Q     Did you look at those four links when
10 you pulled up this --
11 A     I did.
12 Q     -- statement on ACOG?
13     Do you remember anything about them?
14 A     Well, the American Cancer Society and
15 the Ovarian Cancer Research Fund Alliance I
16 recall. But, to be honest with you, my memory is
17 such that if we're gonna discuss a document, I'm
18 gonna have to see it.
19 Q     Okay.
20 A     So to ask me --
21 Q     No. I was just asking if you look at
22 these websites --
23 A     I did.
24 Q     You did. That was my only question.

Page 56

1      So in regard to the opinions that are
2  summarized as talc is safe, the first opinion, do
3  you have a hundred percent confidence in that
4  opinion?
5  A     I do.
6  Q     All right. Opinion -- the next few
7  opinions actually deal with the mechanism or the
8  biologic plausibility. Would you agree?
9  A     Yes.
10 Q     Opinion 3 is --
11     Oh, that's -- oh.
12     "The female reproductive system is not
13 an open system and has several anatomic and
14 physiologic barriers to protect it from exposure
15 to foreign elements."
16     Is that still your opinion?
17 A     Yes. But that's bullet point number 4.
18 Q     Okay.
19 A     Just for the record.
20 Q     I thought about that as soon as I said
21 that. So bullet point --
22 A     Four.
23 Q     -- 4. And that continues to be your
24 opinion?

Page 57

1  A     Yes.
2  Q     Do any of the organizations and
3  agencies that you listed in opinion number 2,
4  opinion -- yeah, number 1 and 2 --
5      No. Scratch that. We're gonna start
6  all over on that one.
7      Do any of the organizations state, to
8  your knowledge, that the female reproductive
9  system is not an open system?
10 MS. CURRY:
11     Object to the form.
12     Are you referring to bullet 3, the
13 organizations in bullet 3?
14 MS. THOMPSON:
15     I'm saying do NIH, SGO, ACOG, FDA,
16 NCCN, American Cancer Society, or the CDC say
17 anything about the female reproductive system is
18 not an open system?
19 MS. CURRY:
20     Object to the form.
21 MS. THOMPSON:
22 Q     To your knowledge.
23 A     I do believe there's a statement or a
24 letter from the FDA that claims that -- that the

Page 58

1 female reproductive system is an open system.
2 Q    But you're saying it's not an open
3 system. So you disagree with FDA from 2014.
4 A    Correct.
5 Q    In fact, they say it's indisputable;
6 correct?
7 MS. CURRY:
8        Object to the form.
9 A    They do.
10 MS. THOMPSON:
11 Q    Can --
12 A    And I disagree with that.
13 Q    Your statement that it's not an open
14 system, is that the same thing as saying it's a
15 closed system?
16 A    No.
17 Q    How are those different?
18 A    Well, there are multiple barriers to
19 allowing foreign bodies in, and that's to -- the
20 purpose of that, I'm sure, is to protect the
21 integrity of the reproductive system.
22        So if the system were an open system
23 and allowed any particle in, the tubes would
24 likely quickly become obstructed from

Page 59

1 inflammation. It's -- it's got selective access.
2        There's a thick mucous plug in the
3 cervix that allows sperm to swim through. So you
4 can't say it's -- you can't say it's completely
5 closed, because it allows sperm.
6 Q    And that's the only substance that
7 you're aware of that it allows through?
8 A    Well, sperm can carry gonorrhea and
9 other organisms that have evolved over millions
10 of years to be carried through, such as
11 chlamydia. But outside of those, which are
12 disease processes, I would argue it's a -- it's
13 a -- primarily a closed system, outside of those
14 exceptions, yes.
15 Q    Can you point me to anything on your
16 materials considered list that would state that
17 the female reproductive system is not an open
18 system?
19 A    Yes. Let me get to that.
20        Migration is on page -- starts on page
21 46.
22 Q    We're not talking about migration now.
23 We're talking about is there anything on your
24 reliance list, on your materials considered, that

Page 60

1 would state that the female reproductive system
2 is not an open system?
3 A    Yes. Pages 46, 47, 48, and 49. Yes.
4 Q    Tell me again the --
5 A    Forty-six through 49. And, again,
6 these bullet points are meant to -- to summarize
7 my expert report. So you can't take the bullet
8 points out of context.
9 Q    I -- I understand that. But whether
10 the --
11        Okay. Let's just go through each one.
12 Tell me which article you're referring to that
13 would claim that the female reproductive system
14 is not an open system.
15 A    Well, the fact that they had to, in --
16 in these references that I cite, they had to use
17 artificial conditions and measures, including
18 oxytocin to stimulate uterine contractions,
19 placing the woman in Trendelenburg position,
20 placing the particulate matter in the vaginal
21 fornix. At one point they had monkeys strapped
22 to a cross.
23 Q    That wasn't my question. Listen to my
24 question, please.

Page 61

1 A    Well, I'm trying to answer it.
2 Q    I asked a very specific question.
3        Can you point to an article that states
4 the female reproductive system is not an open
5 system?
6 A    Oh, that --
7 Q    In fact, the authors of all those
8 papers claim it is. And we can go look at all of
9 them if you want to.
10 A    Right. You -- you --
11        I cannot cite an article that states
12 that, no. But the evidence in the literature is
13 clear that you have to use artificial conditions
14 to -- to get things to move up into the uterus,
15 which is my point.
16 Q    Do women ever get into a Trendelenburg
17 position --
18 MS. CURRY:
19        Object to the form.
20 MS. THOMPSON:
21 Q    -- in normal activities?
22 A    No.
23 Q    Do they ever do yoga?
24 A    Not while they're applying talcum

16 (Pages 58 - 61)

Page 62

1  powder, hopefully.
2  Q      With talcum powder on their perineum?
3  MS. CURRY:
4        Object to the form.
5  A      Well, maybe so.
6  MS. THOMPSON:
7  Q      Thank you.
8        Do they --
9        Is oxytocin produced in normal female
10 physiology on a regular basis?
11 A      Yes.
12 MS. CURRY:
13       Object to the form.
14 MS. THOMPSON:
15 Q      Thank you.
16       And we are not monkeys, are we?
17 A      No.
18 Q      And women have intercourse.
19 A      They do.
20 Q      With talcum powder on their perineum?
21 MS. CURRY:
22       Object to the form.
23 A      They do.
24 MS. THOMPSON:

Page 63

1  Q      You assume; right?
2  A      Yes.
3  Q      And women use tampons with talcum
4  powder on their perineum, you would assume;
5  correct?
6  MS. CURRY:
7        Object to the form.
8  A      Correct.  But that doesn't push the
9  talcum powder into the tube and the ovary.
10 MS. THOMPSON:
11 Q      Did I ask you that question?  But I'm
12 glad to have it.  So it doesn't push talcum
13 powder into the tubes and ovary.  Okay.
14       But my question is --
15       And we've at least gotten that there
16 are no articles on your materials reliance list
17 that says the female reproductive system is not
18 an open system.
19       Can you refer me to any literature, any
20 textbook, or any article or any source whatsoever
21 that would give the statement the female
22 reproductive system is not an open system?
23 MS. CURRY:
24       Object to the form.

Page 64

1  MS. THOMPSON:
2  Q      Because I found just the opposite when
3  I looked.
4  A      Well, that's based on my 30-plus years
5  as a practicing gynecologic oncologist and the
6  literature that I cited that -- that clearly
7  shows that they had to use artificial conditions
8  to basically inject the talcum powder to get it
9  past the cervix.
10 Q      And that wasn't my question.  I am
11 looking for a source.
12       And I have 30-plus years of gynecologic
13 experience as well.
14       I am looking for a source of any kind
15 that would make the statement the female
16 reproductive system is not an open system.
17 A      I don't have a source --
18 MS. CURRY:
19       Object to the form.
20 A      -- for that.
21 MS. THOMPSON:
22 Q      Let's go to opinion number 4.  And I
23 think this is what you were trying to answer
24 before when I was asking about the female

Page 65

1  reproductive system.
2        "There are no studies that demonstrate
3  that talcum powder applied as a dusting to the
4  female perineum can migrate towards the female
5  genital tract, tubes, and ovaries."
6        So that is your opinion now; right?
7  MS. CURRY:
8        I think you're off by one on all of
9  your opinions.  Opinion 5.
10 MS. THOMPSON:
11 Q      Opinion 5.
12 A      That is correct.  That is still my
13 opinion.
14 Q      I'll just say "the next opinion" right
15 now.
16       So that would mean that talcum powder
17 particles applied to the genital area cannot
18 reach the tubes or ovaries; correct?
19 A      Not without artificial conditions.
20 Q      And we've already determined that many
21 of those things you call artificial conditions
22 happen in regular activity of women; correct?
23 MS. CURRY:
24       Object to the form.

17 (Pages 62 - 65)

Page 66

1  A       On occasion. I would argue that the
2  majority of the United States of America does not
3  do yoga. That's just my opinion, based on my
4  observations of the population in Walmart.
5  MS. THOMPSON:
6  Q       Okay. Are we just talking about women
7  that go to Walmart in this litigation?
8  A       I would argue that yoga is not
9  ubiquitous in American society.
10  Q       Do you consider yoga related to ovarian
11  cancer in any way?
12  A       You brought up yoga.
13  Q       Well, I won't argue.
14         You actually testified that this would
15  have to be a magical process to occur; correct?
16  A       In my opinion, yes.
17  Q       And this would refer not only to talcum
18  powder particles but also any asbestos or fibers
19  that are in the talcum powder product; correct?
20  A       Correct.
21  Q       Can particles or fibers be absorbed
22  through the vagina into blood vessels or
23  lymphatics, in your opinion?
24  A       Can particles or fibers be absorbed

Page 67

1  through the vagina into the bloodstream.
2  MS. CURRY:
3         Object to the form.
4  A       I don't know.
5  MS. THOMPSON:
6  Q       Have you seen any literature that says
7  that could not appear -- could not happen?
8  A       I don't recall.
9  Q       Have you seen any literature that
10  states that that does happen and explains the
11  findings of particles and fibers in the lymph
12  nodes, pelvic lymph nodes, of women?
13  A       I do not recall that, no.
14  Q       And are you equally confident in this
15  opinion as you were in the talc is safe opinion?
16  A       Absolutely.
17  Q       One hundred percent?
18  A       Yes.
19  MS. CURRY:
20         I'm sorry. Object to the form. Which
21  opinion? He said he wasn't aware of literature
22  about particles being absorbed into the vagina,
23  so I just want to clarify what opinion you're
24  asking.

Page 68

1  MS. THOMPSON:
2         Thank you for having me clarify that.
3  Q       The opinion that talc particles and
4  fibers cannot reach the tubes, ovaries, and
5  peritoneal cavity, is that your opinion?
6  MS. CURRY:
7         Object to the form.
8  A       My opinion is that there are no studies
9  that demonstrate that talcum powder applied as a
10  dusting to the female perineum can migrate
11  upwards through the female genital tract and
12  reach the fallopian tubes or ovaries. That's my
13  opinion.
14  MS. THOMPSON:
15  Q       Okay. So that's different than they
16  can't do it. You just said there's no evidence.
17  A       I'm not sure what you're asking me.
18  Please repeat your question.
19  Q       I'm asking do you think that particles
20  from talcum powder applied to the perineum can
21  reach the tubes, ovaries, and peritoneal cavity?
22  A       Not in my opinion, no.
23  Q       Opinion number 6.
24         Am I on the right numbers now?

Page 69

1  A       Yes.
2  Q       "Inflammation does not cause ovarian
3  cancer."
4  A       That is --
5         Go ahead.
6  Q       Is that your opinion to date?
7  A       Yes, that is.
8  Q       Could you explain to me what that
9  statement means to you?
10  A       Well, outside of genetics, we don't
11  really know what causes ovarian cancer. And the
12  studies -- all of the studies that are done on
13  inflammation use advanced ovarian cancer. So
14  advanced ovarian cancer causes the inflammation
15  as it invades, and inflammation doesn't cause the
16  cancer.
17  Q       Is it your testimony that all the
18  research with inflammation and its relationship
19  to ovarian cancer is looking at advanced cancer?
20  A       Oh, I'm sorry. I misstated that.
21         Much of it is. Much of it is.
22  Q       And you do not --
23         Is it your opinion that inflammation is
24  not involved in the initiation of ovarian cancer?

18 (Pages 66 - 69)

Page 70

1  A       That is correct.
2  Q       And are you referring in this opinion
3  to any particular type of inflammation; acute
4  inflammation versus chronic inflammation, for
5  example?
6  A       Both. In fact, they may be protective.
7  Q       And could we also add to this opinion
8  does not cause --
9           Would you -- is your opinion that it
10 does not contribute either?
11 A       Correct.
12 Q       You do agree that inflammation can
13 exist at a cellular level that you cannot see
14 with the naked eye or a light microscope;
15 correct?
16 MS. CURRY:
17          Object to the form.
18 A       Sure.
19 MS. THOMPSON:
20 Q       What is a tumor microenvironment?
21 A       It's the cellular and molecular milieu
22 around the tumor.
23 Q       Can that include inflammation?
24 A       It can.

Page 71

1  Q       And it's your opinion because
2  inflammation does not cause or contribute to
3  ovarian carcinogenesis, does it play no role
4  other than possibly protective?
5  A       And it's reactive. As the cancer
6  grows, it invades other organs and causes an
7  inflammatory response.
8  Q       So the inflammatory response is a
9  result of the cancer, is what you're saying?
10 A       Correct.
11 Q       And, as well as with your other
12 opinions, are you confident about that opinion?
13 A       Yes.
14 Q       That inflammation does not cause or
15 contribute to ovarian cancer?
16 A       I am.
17 Q       One hundred percent?
18 A       Yes.
19 Q       No doubts?
20 A       Correct.
21 MS. CURRY:
22          Object to the form.
23 MS. THOMPSON:
24 Q       And I also saw testimony that said

Page 72

1  that, regarding inflammation and any role with
2  ovarian cancer, that "the plaintiffs have created
3  a magical, invisible process that we cannot see."
4           Do you continue to have that opinion?
5  A       I do.
6  Q       That the plaintiffs have created the
7  idea that inflammation can cause or contribute to
8  ovarian cancer?
9  MS. CURRY:
10          Object to the form.
11 A       I do.
12 MS. THOMPSON:
13 Q       And the next three opinions, I believe,
14 have to do with support for your inflammation
15 opinion. Is that correct?
16 A       That is correct.
17 Q       And I want to go to those when we're
18 looking at your actual report.
19          And then the final opinion relates to
20 the case-specific opinions regarding Brandi Carl;
21 correct?
22 A       Correct.
23 Q       And we'll get to that later as well.
24 MS. CURRY:

Page 73

1           And then I believe we skipped one
2  opinion, the second-to-last opinion.
3  MS. THOMPSON:
4           Oh, I did. And I didn't want to. I
5  think it was a defect with my numbering.
6  Q       The next-to-last opinion, "there are no
7  studies that demonstrate that talcum powder
8  applied to benign ovarian cells can transform
9  these benign ovarian cells into malignant ovarian
10 cancer cells," is that your opinion today?
11 A       Yes.
12 Q       And I think you testified at one point
13 previously that that wouldn't impact your opinion
14 as to talc being safe and not causing cancer one
15 way or the other.
16 MS. CURRY:
17          Object to the form.
18 MS. THOMPSON:
19 Q       Is that correct today?
20 A       The studies that have been done do not
21 support that argument. Correct.
22 Q       Would this be a good time for a break?
23 I'm going to start another topic.
24 MS. CURRY:

19 (Pages 70 - 73)

Page 74

1        Yes.
2            (BRIEF RECESS.)
3  MS. THOMPSON:
4  Q        Are you ready, Dr. Finan --
5  A        Absolutely.
6  Q        -- to continue?
7  A        Yes, ma'am.  This is fun.
8  Q        I want to read some statements and ask
9  you if you agree or disagree with them.  Okay?
10  A        Okay.
11  Q        Inflammation plays a role in the
12  initiation and development of many types of
13  cancer, including epithelial ovarian cancer.
14  MS. CURRY:
15        Objection.
16        Are you reading from an article or --
17  MS. THOMPSON:
18        I'm reading from my notes.
19  MS. CURRY:
20        Just your own notes.
21  MS. THOMPSON:
22        Uh-huh.
23  MS. CURRY:
24        Sorry.  Can you repeat the question?

Page 75

1  A        That's a broad statement.
2  MS. CURRY:
3        I didn't catch the question.
4  MS. THOMPSON:
5  Q        Inflammation plays a role in the
6  initiation and development of many types of
7  cancer, including epithelial ovarian cancer.
8  MS. CURRY:
9        Objection.
10  A        No.
11  MS. THOMPSON:
12  Q        You disagree?
13  A        I disagree with the statement about
14  epithelial ovarian cancers.
15  Q        Okay.
16  A        It certainly plays a role in the
17  development of some cancers, like colon, for
18  instance, and pancreas.
19  Q        Chronic, dysregulated, persistent, and
20  unresolved inflammation is associated with risk
21  of malignant disease.
22  MS. CURRY:
23        Object to --
24  MS. THOMPSON:

Page 76

1  Q        Agree or disagree?
2  MS. CURRY:
3        Object to the form.
4  A        That's a very broad statement.  So can
5  you say it again?
6  MS. THOMPSON:
7  Q        Chronic, dysregulated, persistent and
8  unresolved inflammation is associated with risk
9  of malignant disease.
10  MS. CURRY:
11        Objection.
12  A        In -- in certain malignancies, I'll
13  agree to that, yes.
14  MS. THOMPSON:
15  Q        Inflammatory cells have powerful
16  effects on tumor development.
17  MS. CURRY:
18        Object to the form.
19  A        Yes.  Agree.
20  MS. THOMPSON:
21        And the objections to form are?
22  MS. CURRY:
23        "Powerful," I'm not sure in what
24  context that you're referring to.  Just vague and

Page 77

1  ambiguous.
2  MS. THOMPSON:
3        The statement is vague and ambiguous?
4  MS. CURRY:
5        Yep.  That's my objection.
6  MS. THOMPSON:
7        Is there a way I can correct that?
8  Because they don't seem vague at all to me.
9  MS. CURRY:
10        I'm not sure where you're pulling it
11  from.
12  MS. THOMPSON:
13        I'm pulling it from my brain.
14  MS. CURRY:
15        Say it again.
16  MS. THOMPSON:
17        That one?
18  MS. CURRY:
19        Yep.
20  MS. THOMPSON:
21  Q        Inflammatory cells have powerful
22  effects on tumor development.
23  MS. CURRY:
24        So I don't know what effects, how --

20 (Pages 74 - 77)

Page 78

1 what do you mean by powerful? Just -- it's vague
2 to me. If you want to try and clarify it --
3 MS. THOMPSON:
4 Q    And you agree with that one; right,
5 Dr. Finan?
6 A    In some cases, yes.
7 Q    Okay. Inflammation impacts every
8 single step of tumorigenesis, from initiation
9 through tumor promotion, all the way to
10 metastatic progression.
11 MS. CURRY:
12    Object to the form.
13 A    That's a very broad statement. Yes.
14 I'm gonna -- I'm not sure I agree with that. I'd
15 have to see the context, I think.
16 MS. THOMPSON:
17 Q    Okay. And "I don't know" or "not sure"
18 is a fine answer, as well as agree and disagree.
19    A rule for inflammation in
20 tumorigenesis is now generally accepted, and it
21 has become evident that an inflammatory
22 microenvironment is an essential component of all
23 tumors, including some with a direct causal
24 relationship, with inflammation not yet proven.

Page 79

1 MS. CURRY:
2    Object to the form.
3 A    Of all tumors, did you say? Did you
4 say "all tumors"?
5 MS. THOMPSON:
6 Q    Of all tumors.
7 A    I'm gonna disagree with that.
8 Q    Tumor development and progression are
9 accelerated inevitably by inflammation caused
10 from foreign bodies and that reactive oxygen
11 species derived from inflammatory cells are one
12 of the most important genotoxic mediators to
13 accelerate the process.
14 MS. CURRY:
15    Object to the form.
16 A    These sounds an awful lot like they're
17 from the literature, picked directly from
18 articles.
19 MS. THOMPSON:
20 Q    I'm just asking you if you agree or
21 disagree with the statement.
22 A    Okay. Let's -- let me hear it again,
23 please.
24 Q    Tumor development and progression are

Page 80

1 accelerated inevitably by inflammation caused
2 from foreign bodies and that reactive oxygen
3 species derived from inflammatory cells are one
4 of the most important genotoxic mediators to
5 accelerate the process.
6 MS. CURRY:
7    Objection. Vague and ambiguous.
8 A    No. Not agree.
9 MS. THOMPSON:
10 Q    Disagree.
11    What are genotoxic mediators?
12 A    I would have to defer to a cell
13 biologist on that question.
14 Q    Can you see genotoxic mediators?
15 MS. CURRY:
16    Object to the form.
17 A    I presume not.
18 MS. THOMPSON:
19 Q    At sites of inflammation, epithelial
20 cells are exposed to increased levels of
21 inflammatory mediators, such as reactive oxygen
22 species, cytokines, prostaglandins, and growth
23 factors that contribute to increase cell division
24 and genetic and epigenetic changes.

Page 81

1 MS. CURRY:
2    Object to the form.
3 A    These are very complex statements. I'm
4 gonna have to ask you to read that again. I'm
5 trying my best to hang in there with you.
6 MS. THOMPSON:
7 Q    That's fair. I'm happy to read it
8 again.
9    At sites of inflammation, epithelial
10 cells are exposed to increased levels of
11 inflammatory mediators, such as reactive oxygen
12 species, cytokines, prostaglandins, and growth
13 factors that contribute to increase cell division
14 and genetic and epigenetic changes.
15 MS. CURRY:
16    Object to the form.
17 A    Not sure.
18 MS. THOMPSON:
19 Q    Exposure-induced changes promote
20 excessive cell proliferation, increased survival,
21 malignant transformation, and cancer development.
22 MS. CURRY:
23    Object to the form.
24 A    Exposure to changes? Can you read that

21 (Pages 78 - 81)

Page 82

1 again, please?
2 MS. THOMPSON:
3 Q      Exposure to inflammatory changes
4 promote excessive cell proliferation, increased
5 survival, malignant transformation, and cancer
6 development.
7 MS. CURRY:
8      Same objection.
9 A      Yeah. I'm gonna have to defer to a
10 cellular biologist on that one, too.
11 MS. THOMPSON:
12 Q      One mechanism of cancer initiation is
13 genomic instability due to DNA damage.
14 MS. CURRY:
15      Object to the form.
16 A      Repeat it again, please.
17 MS. THOMPSON:
18 Q      One mechanism of cancer initiation is
19 genomic instability due to DNA damage.
20 MS. CURRY:
21      Object to the form.
22 A      Yes, I'll agree to that, in some cases.
23 MS. THOMPSON:
24 Q      Epithelial ovarian cancer's genomic

Page 83

1 instability is due to DNA damage.
2 MS. CURRY:
3      Object to the form.
4 A      I will agree to that, yes.
5 MS. THOMPSON:
6 Q      Epithelial ovarian cancers exhibit a
7 high number of chromosomal aberrations and
8 genomic instability.
9 MS. CURRY:
10      Object to the form.
11 A      They do.
12 MS. THOMPSON:
13 Q      Can you see chromosomal aberrations?
14 A      With the right equipment, yes. With
15 the right equipment, yes.
16 Q      You said --
17 A      Not with the naked eye, though.
18 Q      And not on histology?
19 A      No.
20 Q      So when you refer in your report and
21 testimony that you don't see inflammation, what
22 are you referring to? Naked eye?
23 A      Both naked eye and on H&E stains.
24 Q      So routine histology.

Page 84

1 A      Right.
2 Q      Okay. Can you see genomic instability?
3 A      No.
4 Q      Can you see biomarkers?
5 MS. CURRY:
6      Object to the form.
7 A      No.
8 MS. THOMPSON:
9 Q      Are the biomarkers that -- in your
10 paper that you identify, the five biomarkers, are
11 they inflammatory biomarkers?
12 MS. CURRY:
13      Object to the form.
14      Which paper are you referring to?
15 MS. THOMPSON:
16      His 2022 paper that's titled, I think,
17 "Biomarkers" or something to that effect.
18 MS. CURRY:
19      The one from his CV? Nothing in his
20 expert report?
21 MS. THOMPSON:
22      No.
23 MS. CURRY:
24      Okay.

Page 85

1 MS. THOMPSON:
2      His paper that he authored.
3 A      The question was --
4 MS. THOMPSON:
5 Q      The biomarkers that you studied with
6 Dr. Rocconi --
7 A      Rocconi.
8 Q      -- were those inflammatory markers?
9 A      I would have to go back and look at
10 them, to be honest with you.
11 Q      So you're not sure about that one
12 today.
13 A      Not sure.
14 Q      But you did claim in that paper that
15 those biomarkers were relevant even in early
16 cancer, not advanced ovarian cancer; correct?
17 A      Correct.
18 Q      Okay. Another statement.
19      And you don't see the proteases.
20 A      I'm sorry?
21 Q      You can't see proteases.
22 A      Correct.
23 Q      Subclinical, often undetectable,
24 inflammation is important in increasing cancer

22 (Pages 82 - 85)

Page 86

1 risk.
2 MS. CURRY:
3        Object to the form.
4 A      I'm sorry.  Say it again, please.
5 MS. THOMPSON:
6 Q      Subclinical, often undetectable,
7 inflammation is important in increasing cancer
8 risk.
9 MS. CURRY:
10       Same objection.
11 A     I'm not gonna agree to that, no.
12 MS. THOMPSON:
13 Q     Considerable evidence has demonstrated
14 that reactive oxygen species are involved in the
15 link between chronic inflammation and cancer.
16 MS. CURRY:
17       Object to the form.
18 A     Yes.
19 MS. THOMPSON:
20 Q     Can you see reactive oxygen species?
21 A     No.
22 Q     Cancer is a multistage process defined
23 by at least three stages:  Initiation, promotion
24 and progression.

Page 87

1        Agree or disagree?
2 A      That's one theory, yes.
3 Q      Are theories plausible, in your mind?
4 MS. CURRY:
5        Object to the form.
6 A      That's a pretty broad question.
7 MS. THOMPSON:
8 Q      You can't answer that question?
9 A      Are theories plausible.  Sometimes they
10 are.  Sometimes they're not.
11 Q     Okay.  We'll talk about that a little
12 more, what you mean by plausible.
13       Oxidative stress interacts with all
14 three stages of this process, DNA damage by
15 introducing gene mutations and structural
16 alterations of DNA for initiation.
17 MS. CURRY:
18       Object to the form.
19 A     I would have to defer to a cell
20 biologist on that one.
21 MS. THOMPSON:
22 Q     Promotion, abnormal gene expression,
23 and interference with communication resulting in
24 increase in self-proliferation and decrease in

Page 88

1 apoptosis.
2 MS. CURRY:
3        Object to the form.
4 A      I'm gonna refer to a cell biologist.
5 MS. THOMPSON:
6 Q      Do you need to refer to a cell
7 biologist on your opinion that inflammation
8 doesn't contribute or cause to ovarian cancer?
9 A      No.
10 Q     Okay.
11       A range of inflammatory mediators,
12 including cytokines, chemokines, free radicals,
13 prostaglandins, growth and transcription factors,
14 micro RNAs and enzymes, as cyclooxygenase and
15 matrix metalloproteinase, collectively act to
16 create a favorable microenvironment for the
17 development of tumors.
18 MS. CURRY:
19       Object to the form.
20 A     So you said these questions just popped
21 into your head; that they're not lifted from
22 journal articles?
23 MS. THOMPSON:
24 Q     I ask the questions.

Page 89

1 A      Repeat it, please.
2 Q      A range of inflammation mediators,
3 including cytokines, chemokines, free radicals,
4 prostaglandins, growth and transcription factors,
5 micro RNAs and enzymes, cyclooxygenase and matrix
6 metalloproteinase collectively act to create a
7 favorable microenvironment for the development of
8 tumors.
9 MS. CURRY:
10       Same objection.
11 A     I'm gonna defer that favorable
12 microenvironment to a cell biologist.
13 MS. THOMPSON:
14 Q     You already answered, though, what is a
15 tumor microenvironment, though; correct?
16 A     Yes.
17 Q     Can you see prostaglandins?
18 A     No.
19 Q     Can you see mRNA?
20 A     With the right equipment, yes.
21 Q     But with H&E stain?
22 A     No.
23 Q     Can you see free radicals?
24 A     No.

23 (Pages 86 - 89)

Page 90

1 Q      New statement: Rapidly dividing tumor
2 cells in an inflammatory environment acquire
3 mutations.
4 MS. CURRY:
5        Object to the form.
6 A      Say again, please.
7 MS. THOMPSON:
8 Q      Rapidly dividing tumor cells in an
9 inflammatory environment acquire mutations.
10 A      That's a pretty broad statement. I'm
11 not sure about that.
12 Q      Can you see cell division on -- with
13 the naked eye or routine histology?
14 A      You can see mitotic figures, certainly.
15 Q      Inflammation entails cell damage,
16 oxidative stress, and elevations of cytokines and
17 prostaglandins, all of which may be mutagenic.
18 MS. CURRY:
19        Object to the form.
20 A      May be mutagenic? I'll agree with "may
21 be," sure.
22 MS. THOMPSON:
23 Q      Inflammation entails cell damage,
24 oxidative stress, and elevation of cytokines and

Page 91

1 prostaglandins that cause gene mutations.
2 MS. CURRY:
3        Object to the form.
4 A      I'm sorry. I'm gonna have to ask you
5 to repeat that question.
6 MS. THOMPSON:
7 Q      Inflammation entails cell damage,
8 oxidative stress, and elevations of cytokines and
9 prostaglandins that cause mutations.
10 MS. CURRY:
11        Same objection.
12 A      Not sure.
13 MS. THOMPSON:
14 Q      The tumor milieu in which epithelial
15 ovarian cancer develops has been described as one
16 enriched with broad spectrum of pro-inflammatory
17 cytokines and chemokines. Increasing evidence
18 suggests that inflammation contributes
19 significantly to the etiology of EOC.
20 MS. CURRY:
21        Object to the form.
22 A      Yeah. I disagree with that.
23 MS. THOMPSON:
24 Q      What does etiology mean in that

Page 92

1 context?
2 A      Cause.
3 Q      Inflammation is known to be a causal
4 factor in promoting tubal tumorigenesis.
5 A      Disagree.
6 Q      If serous ovarian cancer stems from the
7 tubal fimbriae, ovarian cancer is, by nature,
8 inflammatory.
9 MS. CURRY:
10        Object to the form.
11 A      Disagree.
12 MS. THOMPSON:
13 Q      Inflammation is a hallmark of cancer.
14 MS. CURRY:
15        Object to the form.
16 A      It's a hallmark of advanced cancer, for
17 sure.
18 MS. THOMPSON:
19 Q      But not the initiation?
20 A      Not of ovarian cancer. Certainly not.
21 Q      Other cancers?
22 A      Pancreas and colon come to mind.
23 Q      Smoldering, nonresolving inflammation
24 is one of the consistent features of the tumor

Page 93

1 microenvironment. Macrophages are a common and
2 fundamental component of cancer-promoting
3 inflammation.
4 MS. CURRY:
5        Object to the form.
6 A      Say again, please.
7 MS. THOMPSON:
8 Q      Smoldering, nonresolving inflammation
9 is one of the consistent features of the tumor
10 microenvironment. Macrophages are a common and
11 fundamental component of cancer-promoting
12 inflammation.
13 MS. CURRY:
14        Same objection.
15 A      I would say in select cases. Not
16 ovarian cancer but in some cancers, yes.
17 MS. THOMPSON:
18 Q      An additional mechanism involved in
19 cancer-related inflammation is induction of
20 genetic instability by inflammatory mediators
21 leading to accumulation of random genetic
22 alterations in cancer cells.
23 MS. CURRY:
24        Object to the form.

24 (Pages 90 - 93)

Page 94

1 A      I'm having trouble with that one. Read
2 it again, please.
3 MS. THOMPSON:
4 Q      An additional mechanism involved in
5 cancer-related inflammation is induction of
6 genetic instability by inflammatory mediators,
7 leading to accumulation of random genetic
8 alterations in cancer cells.
9 MS. CURRY:
10      Same objection.
11 A      I'm not sure.
12 MS. THOMPSON:
13 Q      Have you designed or performed any cell
14 studies to test your opinions in this case?
15 A      No.
16 Q      Has Johnson & Johnson, to your
17 knowledge, designed or performed any cell studies
18 looking at the biological effects of talc in cell
19 culture?
20 MS. CURRY:
21      Object to the form.  Calls for
22 speculation.
23 A      I have no idea.
24 MS. THOMPSON:

Page 95

1 Q      Did you ask?
2 A      No.
3 Q      Would that have been relevant?
4 A      No.  My opinions are based on the
5 published medical literature.
6 Q      So if Johnson & Johnson had performed
7 their own cell studies that showed biological
8 effects that is applied to cell culture,
9 that would not change your opinions?
10 MS. CURRY:
11      Object to the form.
12 A      Not unless it's published in the
13 peer-reviewed literature, no.
14 MS. THOMPSON:
15 Q      Do you think Johnson & Johnson would
16 publish that in the peer-reviewed literature if
17 they had that information?
18 MS. CURRY:
19      Object to the form.
20 A      I have no idea.
21 MS. THOMPSON:
22 Q      But they did not publish anything about
23 the effects of talcum powder in cell culture;
24 correct?

Page 96

1 A      I do not know.  Not that I know of.
2 Q      Can you point me to anything in the
3 peer-reviewed literature that would indicate that
4 talc has no biological effect when applied to
5 cell culture?
6 MS. CURRY:
7      Object to form.
8 A      No.
9 MS. THOMPSON:
10 Q      So you're not aware of any studies that
11 would use talc as a control, for example?
12 MS. CURRY:
13      Object to the form.
14 A      I'm not aware.
15 MS. THOMPSON:
16 Q      You are aware of multiple studies that
17 do show effects when talc -- when cells in
18 culture are exposed to talc; correct?
19 MS. CURRY:
20      Object to the form.
21 A      Yes.  But they don't -- they have not
22 shown that those cells convert to malignant
23 cells.
24 MS. THOMPSON:

Page 97

1 Q      My question, have you -- you know there
2 are multiple studies that show biologic effects
3 when cell cultures are exposed to talcum powder;
4 correct?
5 A      Of course.
6 MS. CURRY:
7      Object to the form.  Vague and
8 ambiguous.
9 A      And I cited some of those in my expert
10 summary.
11 MS. THOMPSON:
12 Q      Yes, you did.
13 A      Or expert report.
14 Q      But it's still your opinion that
15 inflammation, reactive oxygen species, genetic
16 instability, those types of inflammation that you
17 can't see, are not related to epithelial ovarian
18 cancer.
19 MS. CURRY:
20      Object to the form.
21 A      Well, they lead --
22      I'm sorry.
23 MS. CURRY:
24      Go ahead.

25 (Pages 94 - 97)

Page 98

1 A    They lead -- those effects lead to
2 chronic inflammation, which you can see. You
3 cannot see the molecular components, but you can
4 see the effects of them, and they show up as
5 chronic inflammation.
6 MS. THOMPSON:
7 Q    I think my question was in cell
8 culture.
9 A    I'm sorry. Repeat the question.
10 Q    I'll try.
11    The inflammation and its resulting
12 effects caused when cell cultures are exposed to
13 talc is not relevant to your opinion that
14 inflammation does not cause or contribute to
15 ovarian cancer; correct?
16 MS. CURRY:
17    Object to the form.
18 A    I would say it is relevant.
19 MS. THOMPSON:
20 Q    How is it relevant?
21 A    Well, let's go through my expert
22 report. I can answer that.
23 Q    Let me ask that question another way.
24 A    Okay.

Page 99

1 Q    Does it support your opinion that
2 inflammation isn't involved in ovarian cancer or
3 does it contradict your opinion that inflammation
4 is not involved in ovarian cancer?
5 MS. CURRY:
6    Object to the form.
7 A    My opinion is that inflammation does
8 not cause or contribute to the development of
9 ovarian cancer. I'm not sure how much more clear
10 I can be.
11 MS. THOMPSON:
12 Q    Okay. So the cell studies that show
13 inflammation when cells in culture are exposed to
14 talc don't impact that opinion one way or the
15 other. Is that what you're saying?
16 MS. CURRY:
17    Object to the form.
18 A    I'm saying that talc does not get to
19 the ovaries and it doesn't get to the tubes --
20 Q    Okay.
21 A    -- so it cannot cause ovarian cancer.
22 And there's no inflammatory effects of talc when
23 we operate on these people, and there's no
24 inflammatory effects of talc on the tube when you

Page 100

1 find a STIC lesion. That's what I'm saying. All
2 of that's in my expert report.
3 Q    I -- I agree. I'm just trying to talk
4 about cell studies and their significance for
5 you. So let me see if I understand.
6    Your migration opinion is very
7 important; correct?
8 A    Yes.
9 Q    Because if talcum powder and asbestos
10 and fibers cannot reach the ovaries, then there's
11 no need to talk about whether or not they can
12 create cellular inflammation in the ovaries;
13 correct?
14 A    Inflammation does not cause ovarian
15 cancer. I made that very clear.
16 Q    Okay. I think I understand you. And
17 you agree that there are many scientists that
18 would disagree with you regarding that opinion?
19 A    Yes. Scientists working in a lab with
20 cells. They're not a gynecologic oncologist
21 operating on women with cancer.
22 Q    But you have already testified that you
23 can't see all these molecular changes that I've
24 just described; correct?

Page 101

1 A    But you can see the effects of those
2 molecular changes. No, I can't see the molecular
3 changes, but I can see chronic inflammation.
4 Yes. But I cannot see the molecular changes, no.
5 But I can see chronic inflammation.
6 Q    So how --
7 A    And I can see inflammation on an H&E
8 stain when I see a STIC lesion, and it's not
9 there.
10 Q    I agree. There are others that
11 disagree with you as to whether inflammation is
12 involved in STIC lesions. Are you aware of that?
13 A    I'd have to see the paper.
14 Q    You have not looked at any papers that
15 associate inflammation with STIC lesions?
16 MS. CURRY:
17    Object to the form.
18 A    I have. Malmberg, I believe. If you
19 look at page 51 of my report, Malmberg reported
20 in 2016, found no evidence of inflammation or
21 inflammatory markers associated with STIC
22 lesions.
23 MS. THOMPSON:
24 Q    Are you aware of any other studies that

26 (Pages 98 - 101)

Page 102

1 have found something different than that?
2 A    I'd have to see the paper. I don't
3 recall.
4 Q    Okay. You are aware that talc does
5 cause an inflammatory response in human tissues;
6 correct?
7 MS. CURRY:
8        Object to the form.
9 A    Is that why it's so soothing and
10 millions of women have placed it on their
11 perineum and on condoms and on diaphragms,
12 because it's so inflammatory?
13 MS. THOMPSON:
14 Q    That's why it's used for pleurodesis,
15 is it not?
16 A    Right. It is.
17 Q    And --
18 A    Which is a very different environment
19 than the vaginal mucosa.
20 Q    What is your reference for that
21 statement?
22 A    Well, let's look at pleurodesis. The
23 pleural lining is not a mucosal membrane, first
24 of all.

Page 103

1 Q    Is the peritoneum a mucosal membrane?
2 A    No.
3 Q    So in that way, they're similar;
4 correct?
5 A    Yes. To the pleura, yes.
6 Q    In the peritoneum.
7        Is the ovarian epithelium a mucosal
8 surface?
9 A    No.
10 Q    Okay. In that way, it's similar to the
11 pleura as well; correct?
12 A    Right.
13 Q    I want to ask you about some of the
14 articles that you do have cited in your expert
15 report. Let me find them.
16 MS. CURRY:
17        Off the record for a minute.
18        (OFF THE RECORD.)
19 MS. THOMPSON:
20 Q    Okay. I want to ask you some questions
21 about articles that were in your expert report.
22 And let's start with the one on which you were
23 coauthor, the Rocconi paper, which will be
24 Exhibit 10.

Page 104

1        (PLAINTIFF'S EXHIBIT NUMBER 10
2        WAS MARKED FOR IDENTIFICATION.)
3 MS. THOMPSON:
4 Q    I asked you about whether the markers
5 that you studied in this research were
6 inflammatory markers, and you said you would need
7 to look at the paper. So does seeing the paper
8 help you at all to answer that question of
9 whether these are inflammatory markers, any of
10 the five?
11 A    Yes. But, to be honest with you, my
12 main role in this study, I was the principal
13 investigator for the R01 funded trial, which
14 involved collecting the specimens from about
15 twenty sites around the country, and the science
16 was done by Dr. Pannel, Louis Pannel.
17        And I'm looking here. I'm not sure we
18 reported --
19        Oh, yeah. A stage -- 67 percent of the
20 patients had stage 3 and 4 disease --
21        That's on table 1.
22        -- which could account for some of the
23 markers being inflammatory, like serine protease
24 inhibitor. So the majority of patients had

Page 105

1 advanced-stage disease.
2 Q    But you also claimed that these markers
3 could be beneficial in identifying early-stage
4 disease; correct?
5 A    We did.
6 Q    And that would be the whole purpose of
7 having a screening test; correct?
8 A    Correct.
9 Q    Do you know whether any of your
10 coauthors on this paper would have the same
11 opinion as you do, that inflammation does not
12 cause or contribute to ovarian carcinogenesis?
13 MS. CURRY:
14        Object to the form. Calls for
15 speculation.
16 A    I have no idea. But the inflammatory
17 markers can certainly be seen in early ovarian
18 cancer as it develops, as it starts growing and
19 dividing. The inflammation -- the inflammatory
20 markers can certainly be a result of the cancer,
21 just like smoke is the result of a fire, not the
22 cause of the fire.
23 MS. THOMPSON:
24 Q    I thought you said earlier that

27 (Pages 102 - 105)

Page 106

1 inflammation wasn't seen in early ovarian cancer.
2 MS. CURRY:
3        Object to the form. Misstates the
4 testimony.
5 A    What I said was inflammation is not
6 causing ovarian cancer.
7        If you have another quote from me, I'd
8 like to hear it regarding that topic.
9 MS. THOMPSON:
10 Q    Oh, you want some more quotes?
11 A    You just claimed that I said something
12 that I don't recall.
13 Q    Oh. I thought you said earlier today.
14 Was I mistaken?
15 A    You are mistaken. Unless you want to
16 read something back to me.
17 Q    We'll let the record stand on that.
18 A    Okay.
19 Q    Describe to me how this paper came
20 about.
21 A    Well, that's a good question. We had a
22 conference every week where we talked -- we would
23 present patients -- the residents, OB-GYN
24 residents would present patients, and we would

Page 107

1 discuss those patients, sort of like an
2 educational tumor board for the residents. And
3 Dr. Pannel, who's a proteomics expert, would
4 attend those, along with Lindsey Schambeau, who
5 is --
6        That's S-C-H-A-M-B-E-A-U. Panell is
7 P-A-N-E-L-L.
8        -- would attend those just to try
9 to -- they're both basic scientists, and they
10 would attend just to try to learn some clinical
11 aspects to try to expand their research into
12 translational research.
13        And I brought up the fact that we
14 didn't have a screening test for ovarian cancer
15 or endometrial cancer, and the three of us met
16 out in the hallway after that conference --
17 that's Dr. Rocconi, R-O-C-C-O-N-I, myself, and
18 Dr. Panell -- and that's when the idea came about
19 that we might be able to use the mucus, the
20 cervical mucus, to search for proteins that might
21 allow us to detect either endometrial cancer
22 early or ovarian cancer early.
23        So I was the principal investigator for
24 the collection of the specimens. Dr. Panell and

Page 108

1 Dr. Rocconi -- Dr. Panell did the proteomics, and
2 Dr. Rocconi sort of was our bridge between the
3 clinical and the basic science.
4 Q    So you were not the science guy.
5 MS. CURRY:
6        Object to the form.
7 A    I am not a science guy, no.
8 MS. THOMPSON:
9 Q    Let's --
10        Oh. Something else. I notice that
11 there was no disclosure as to the work that you
12 have done with Johnson & Johnson in this
13 litigation, is there?
14 A    I submitted a disclosure. I don't know
15 if it made it onto the paper or not, but I did
16 submit one.
17 Q    Well, that said that you were a --
18 A    Oh.
19 Q    -- paid consultant with Johnson &
20 Johnson in talcum powder litigation for the
21 defense?
22 A    I'm sorry. I did not, because this
23 paper was not regarding -- this paper had nothing
24 to do with talcum powder.

Page 109

1 Q    And --
2 A    So I did not disclose that.
3 Q    And, so, you don't believe that it
4 required a disclosure, even though it had to do
5 with ovarian cancer?
6 A    That was my opinion, yes. It's not a
7 talcum powder paper. It's a paper really of
8 looking at early detection of ovarian cancer.
9 Q    Did you consult with Johnson & Johnson
10 attorneys as to whether a disclosure would have
11 been indicated with this type of paper?
12 MS. CURRY:
13        Object to the form. Calls for
14 privileged information.
15        Don't disclose any information or
16 discussions that you've had with any of the
17 attorneys for Johnson & Johnson.
18 MS. THOMPSON:
19 Q    So you will not answer that question?
20 A    No.
21 Q    Okay. Let's look at, in your report,
22 the Kurian paper. It's on page 6, under
23 genetics, family tree. We'll mark that as
24 Exhibit 11.

28 (Pages 106 - 109)

Page 110

1    (PLAINTIFF'S EXHIBIT NUMBER 11
2    WAS MARKED FOR IDENTIFICATION.)
3 MS. THOMPSON:
4 Q    And your first statement in that
5 section is "overall, about 30 percent of women
6 with serous ovarian cancer have a known genetic
7 mutation as the etiology."
8    And we've already determined that means
9 cause.
10 MS. CURRY:
11    Wait. I'm so sorry. Can you just
12 point us to where in the report?
13 MS. THOMPSON:
14 Q    Page 6, the first sentence under
15 genetics, family history.
16 MS. CURRY:
17    I'm on page 7. I apologize.
18 MS. THOMPSON:
19    No apologies necessary today.
20 Q    Do you need to take a minute to look at
21 that article or are you ready for questions?
22 A    Let me look at the article for a
23 second.
24 Q    Let me know when you're ready.

Page 111

1 A    Go ahead.
2 Q    Your statement that 30 percent of women
3 with serous ovarian cancer have a known genetic
4 mutation as the etiology, where in this paper did
5 you find that percentage?
6 A    That's what I'm looking for. I think
7 the number is 27 percent. Let's see.
8    Okay. I think what I did was I got the
9 pathogenic variance and the VUSes, the variance
10 of undetermined significance, if I'm not
11 mistaken --
12 Q    Are you saying you added --
13 A    I believe so, yeah.
14 Q    -- the pathogenic with the VUSes --
15 A    Yes.
16 Q    -- to get the 30 percent?
17 A    Yes.
18 Q    And you'll agree that VUSes cannot be
19 described as causes of ovarian cancer or any
20 cancer; correct?
21 A    Well, they're -- as I said, they're
22 commonly found to be associated with diseases as
23 further testing is refined over time. So that's
24 why I included them. And I've had --

Page 112

1    Over my years, I've had several letters
2 from myriad stating that I've had a patient 10
3 years ago that had a VUS, and now they've
4 identified it as pathogenic. So...
5 Q    And some VUSes are identified as
6 insignificant.
7 A    Sure.
8 Q    And some even are protective against
9 cancer; correct?
10 A    Sure.
11 Q    So it is just incorrect to say that the
12 VUSes are -- were a known genetic mutation
13 causing the individual's ovarian cancer; correct?
14 A    I think that's debatable.
15 Q    So you'll STIC with that a VUS would be
16 a known genetic mutation as to the etiology of an
17 individual's ovarian cancer?
18 MS. CURRY:
19    Object to the form.
20 A    It's a -- it's a known genetic
21 mutation. It's listed in the report. They're
22 listed here.
23 MS. THOMPSON:
24 Q    Okay. I know they're listed.

Page 113

1 A    It's a known genetic mutation. And I
2 state, I state in a few sentences later --
3 Q    I didn't ask you about a few sentences
4 later.
5    All right. Do you stand by this
6 statement overall, "about 30 percent of women
7 with serous ovarian cancer have a known genetic
8 mutation as to etiology," based on the Kurian
9 article?
10 A    I stand with my expert summary. I'm
11 not gonna --
12 Q    I'm asking you the question --
13 A    I'm not gonna answer it.
14 Q    You're not gonna answer the question of
15 whether the statement is true or false?
16 A    It's true in the context of the whole
17 report.
18 Q    Did the authors of this paper in any
19 way suggest that the VUSes were genetic mutations
20 known to cause ovarian cancer?
21 A    Again, variants of unknown significance
22 are commonly found to be associated with diseases
23 as further testing is refined over time.
24    They list more than a dozen VUSes.

29 (Pages 110 - 113)

Page 114

1  P10.
2  Q       That's still not my question.
3         And you agree that some VUSes are
4  eventually found out to be protective; correct?
5  A       Sure.
6  Q       But you -- you are --
7         This statement is just a Finan
8  statement that has -- that you cannot support
9  with the Kurian paper; correct?
10  MS. CURRY:
11        Object to the form.
12  A       Disagree.  We agree to disagree.
13  MS. THOMPSON:
14  Q       Well, I'm not gonna agree to disagree,
15  because that's just wrong, isn't it?
16  MS. CURRY:
17        Object to the form.
18  A       We disagree.
19  MS. THOMPSON:
20  Q       But you want to continue with the
21  statement and not revise it in any way, that
22  "overall, about 30 percent of women with serous
23  ovarian cancer have a known genetic mutation as
24  to etiology"?

Page 115

1  A       Yes.
2  Q       Okay.
3  A       I think the actual number is about 27
4  percent now.
5  Q       Well, from the paper, if you combine
6  the pathogenic mutations at 15 -- at 14.5 percent
7  with the VUSes at 15.6 percent, you would get
8  30.1 percent.  Isn't that right?
9  A       There you go.  We agree.
10  Q       No, we don't.  Because the VUSes are
11  not known genetic mutations to cause ovarian
12  cancer.  That's why they're VUSes.  But we can
13  move on.
14  A       Please do.
15  Q       And you would agree, in looking at the
16  medical literature, generally speaking, regarding
17  genetic mutations and ovarian cancer, inherited
18  genetic mutations, the percentage is typically 15
19  to 20 percent, including all.  Would you agree
20  with that?
21  MS. CURRY:
22        Object to the form.
23  A       It's been reported up to 25 percent.
24  27 percent, actually.

Page 116

1  MS. THOMPSON:
2  Q       What reference can you give me for
3  that?
4  A       I can't right now.
5  Q       But you are confident that there is an
6  article that says there are -- 27 percent have an
7  identified germline mutation?
8  A       I tell you, I've got to have the
9  article in front of me that I'm citing, and I
10  don't recall the name of it.  And I've -- I just
11  don't have that type of memory.
12  Q       Am I supposed to just read your mind as
13  to what article you're referring to?
14  MS. CURRY:
15        Objection.  Argumentative.
16  MS. THOMPSON:
17  Q       Is it on your materials -- is it on
18  your reliance list?  You're welcome to look and
19  see if you can find it.
20  A       I don't have that right now -- right
21  with me, that I know of.  I can look, though.
22  Q       That would be an important article,
23  wouldn't it?
24  MS. CURRY:

Page 117

1         Object to the form.
2  MS. THOMPSON:
3  Q       That would be an important article;
4  correct?
5  MS. CURRY:
6         Same objection.
7  A       I can get back with you on that
8  article.
9  MS. THOMPSON:
10  Q       Okay.  I hope you do.  Because that
11  would certainly be outside the mainstream
12  literature regarding the known germline mutations
13  and ovarian cancer, so --
14  MS. CURRY:
15        Object to the form.
16  MS. THOMPSON:
17  Q       -- if you'd get back to me, that would
18  be great.
19        Let's look at the Phung paper that is
20  cited in your report.
21        (PLAINTIFF'S EXHIBIT NUMBER 12
22         WAS MARKED FOR IDENTIFICATION.)
23  MS. THOMPSON:
24  Q       And do you remember reading this

30 (Pages 114 - 117)

Page 118

1 article?
2 A        I do.
3 Q        And if you go to your report on page 8,
4 I'm reading just your sentence, first sentence
5 regarding the Phung article. "Phung, et al.,
6 published an article in November 2022 with talc
7 plaintiff's expert Daniel Cramer as a coauthor
8 which concluded that there is a greater risk of
9 ovarian cancer with talc use in women with
10 endometriosis versus without. However, this
11 interaction was not statistically significant."
12        Was that your take-home from the Phung
13 article?
14 A        Let's -- let me just take a look.
15 MS. CURRY:
16        Objection.
17 A        Let me take a look at the article.
18 This is --
19        Well, the interaction was not
20 statistically significant. Yes. As they say,
21 neither of these interactions was statistically
22 significant, p-value of 0.65.
23 MS. THOMPSON:
24 Q        And what was the significance of the

Page 119

1 interaction?
2 A        P was 0.65 and 0.96, respectively.
3 Q        Okay. Did talcum powder use with
4 endometriosis have a statistically significant
5 increased risk?
6 A        In table 2 they list an odds ratio of
7 1.12 and a confidence interval of 1.01. Oh,
8 that's without endometriosis.
9 Q        That's what I asked.
10 A        Odds ratio of 1.38, 1.04 to 1.84. So
11 their p-value there was .20, I believe.
12 Q        That's the interaction; correct?
13 A        Right. Yes.
14 Q        But talcum powder ever use in the
15 genital area had a statistically significant
16 increased risk in women with and without
17 endometriosis in this paper; correct?
18 A        Let me --
19 Q        Is that correct? You just read it.
20 A        Well, that's one point out of the
21 table. I'm trying to --
22        They had -- they -- they do say they
23 had limited -- limited numbers to examine, and
24 they only -- only 40 percent of their cases did

Page 120

1 they have talc use data. The percentage of cases
2 and controls with genital talc use was only about
3 10 percent.
4 Q        But --
5 A        So let me get --
6 Q        But you have relied through this entire
7 litigation of statistical significance. You
8 haven't said the numbers were not enough to have
9 statistical significance, and these numbers are.
10 Why is that an important point to you?
11 MS. CURRY:
12        Object to the form.
13 A        Well, I'm trying to answer you, if
14 you'll just give me a minute.
15 MS. THOMPSON:
16 Q        Well, my question is: Did talc use
17 have an increased risk of ovarian cancer in this
18 study both with endometriosis and without
19 endometriosis? And the only thing that was not
20 significant was the p interaction.
21 MS. CURRY:
22        Object to the form. Asked and
23 answered.
24 MS. THOMPSON:

Page 121

1        I don't believe so. I can't get him to
2 answer it.
3 A        I'm trying to. But this -- this paper
4 has the same bias as all of the other
5 retrospective case-control studies, which is
6 recall bias and selection bias. So it wouldn't
7 surprise me.
8 MS. THOMPSON:
9 Q        But you didn't have any problem with
10 using this paper to state that there was a
11 greater risk of ovarian cancer with talc use in
12 women with endometriosis versus without, but this
13 interaction was not statistically significant.
14 It means they couldn't tell to a significant
15 degree that endometriosis increased the risk with
16 talc use -- correct? -- versus no endometriosis?
17 MS. CURRY:
18        Object to the form.
19 A        Well, what I say is that Phung, et al.,
20 and Dr. Cramer, what they concluded, that there
21 is a greater risk of ovarian cancer with talc use
22 in women with endometriosis versus without. And
23 I state that this interaction was not
24 statistically significant.

31 (Pages 118 - 121)

Page 122

1    So I'm not sure --
2 Q    Why did you not state that the use of
3 talc was statistically significant and
4 increased --
5 A    I'm not sure --
6 Q    -- in both instances?
7 A    Would you like me to revise it to say
8 that?
9 Q    I'm just asking why you didn't say
10 that. That is the main conclusion of the paper,
11 not that there was --
12 A    Well --
13 Q    -- not statistical significance between
14 the use -- between endometriosis and no
15 endometriosis.
16 MS. CURRY:
17        Object to the form.
18 A    I'm not sure what we're arguing about.
19 I stated clearly what their conclusion was, and I
20 stated clearly that the interaction was not
21 statistically significant.
22 MS. THOMPSON:
23 Q    Okay. But I want you to answer my
24 question. It is: Was there a statistically

Page 123

1 significant increased risk in this paper with
2 talc use and no endometriosis?
3 MS. CURRY:
4        Objection. Asked and answered.
5 MS. THOMPSON:
6 Q    Yes or no?
7 A    Like all of the case-control studies --
8 Q    Yes or no?
9 A    -- that have selection bias --
10 Q    Yes or no?
11 A    -- and recall bias, yes, they found a
12 slight increase in --
13 Q    This paper showed an increased risk
14 with no talc use.
15 A    Like all of the other -- like many of
16 the other case-control studies, about half of
17 them.
18 Q    And this paper showed a more increased
19 risk when the talc was --
20 A    And I --
21 Q    -- when the talc use was combined with
22 endometriosis, but that was not statistically
23 significant; correct?
24 MS. CURRY:

Page 124

1        Object to the form.
2 A    And that's exactly what I said.
3 MS. THOMPSON:
4 Q    But you did not say that it showed
5 increased risk with talc use and no endometriosis
6 and significant increased risk with talc use and
7 endometriosis. Just you didn't say that; right?
8 A    I said that they concluded that there
9 is a greater risk of ovarian cancer. I'm not
10 sure how else I can say that. But if --
11 Q    You said in women with endometriosis.
12 And it implies that it was not statistically
13 significant. And I'm just getting you to confirm
14 that it was statistically significant.
15 A    Just like many of the other
16 case-control studies with the same bias, yes.
17        Okay. And you make a special point of
18 identifying Dr. Cramer as one of the authors of
19 this paper, implying something from that. What
20 was your implication?
21 MS. CURRY:
22        Object to the form.
23 A    Well, let's see.
24 MS. THOMPSON:

Page 125

1 Q    Let me ask it another way if you need
2 to look in the paper.
3        Was the implication by including
4 Dr. Cramer that for some reason this paper
5 shouldn't be trusted?
6 A    No. It's just another point of bias.
7 You have multiple forms of bias in the
8 literature. One of them is selection bias, one
9 of them is recall bias, and one of them is author
10 bias. And that just points that out.
11 Q    And this paper was from the ovarian
12 cancer association -- consortium; correct?
13 A    Correct.
14 Q    And that's a regarded research group in
15 ovarian cancer. Would you agree?
16 MS. CURRY:
17        Object to the form.
18 A    I presume so.
19 MS. THOMPSON:
20 Q    And this paper was published in Fert
21 and Ster, Fertility and Sterility; correct?
22 A    Yes.
23 Q    And that's a well-regarded journal;
24 correct?

32 (Pages 122 - 125)

Page 126

1 A      Like many other journals, yes.
2 Q      And the Fert and Ster represents the
3 American Society of Reproductive Medicine;
4 correct?
5 A      Yes.
6 Q      What is the American Society of
7 Reproductive Medicine?
8 A      It's a society that represents doctors
9 who specialize in infertility.
10 Q      And it would be the equivalent of SGO
11 for reproductive endocrinologists and infertility
12 specialists; correct?
13 MS. CURRY:
14      Object to the form.
15 A      Yes.  I presume so, yes.
16 MS. THOMPSON:
17 Q      They're OB-GYNs with fellowship
18 training as well; right?
19 A      Right.
20 Q      And this paper from the Ovarian Cancer
21 Association Consortium, OCAC, has 25, I believe,
22 authors; correct?
23 A      Thereabouts.
24 Q      But you still believe that the fact

Page 127

1 that Dr. Cramer is one of those 25 authors would
2 contribute to bias in the paper?
3 A      I don't disagree with that, no.
4 Q      And you're familiar with Dr. Trabert?
5 A      I've read papers.  I don't know
6 Dr. Trabert.
7 Q      And are you familiar with Dr. Terry?
8 A      I've, of course, read papers by
9 Dr. Terry.
10 Q      Are you familiar with Andy Berchuck?
11 A      Yes.
12 Q      Where is Andy Berchuck?
13 A      Second-to-last line.
14 Q      I mean where is his practice?
15 A      Oh.  I can't recall.  We'd have to
16 look.
17 Q      Would it be Duke?
18 A      Maybe so.
19 Q      And Dr. Wu is on this paper; correct?
20 A      Anna Wu, yes.
21 Q      And you recognize some of those names
22 from other literature; correct?
23 A      I do.
24 Q      And those names I just read are not

Page 128

1 currently disclosed experts in the talcum powder
2 litigation for the plaintiffs; correct?
3 A      Correct.
4 Q      And this paper also states --
5      Well, let's look at that --
6      What was the objective of this paper by
7 the 25 authors of OCAC?
8 MS. CURRY:
9      Objection.
10      Are you just asking him to read from
11 the page --
12 MS. THOMPSON:
13 Q      You can read from the abstract.
14 A      Yeah.  They were evaluating the
15 associations between ten well-established ovarian
16 cancer risk factors and the risk of ovarian
17 cancer among women with versus without
18 endometriosis.  Correct.
19 Q      And was genital talcum powder use one
20 of the well-established ovarian cancer risk
21 factors that this paper identified?
22 MS. CURRY:
23      Object to the form.
24 A      That's one of the -- that's one of the

Page 129

1 risk factors that they studied, yes.
2 MS. THOMPSON:
3 Q      And, so, at least these 25 authors in
4 OCAC identified genital talcum powder use as one
5 of ten well-established ovarian cancer risk
6 factors; right?
7 A      Like --
8 MS. CURRY:
9      Object to the form.
10 A      Like many authors that I've cited, yes.
11 MS. THOMPSON:
12 Q      Okay.  So many authors you've cited do
13 identify genital talcum powder use as a risk
14 factor.  But Dr. Finan, you, do not; correct?
15 A      I don't, nor do my national societies
16 that I belong to.
17 Q      Did I ask about national societies?
18 A      You did earlier.
19 Q      I didn't on that question, though.
20      And many of these authors are members
21 of SGO as well; correct?
22 A      Of course, yes.
23 Q      And they would identify, and they
24 identified, genital talc use as one of ten

33 (Pages 126 - 129)

Page 130

1 well-established cancer risk factors; correct?
2 A     They did.
3 Q     So there's clearly members of SGO that
4 have identified genital talcum powder use as a
5 well-established risk factor; correct?
6 MS. CURRY:
7       Object to the form.
8 A     I'm trying to see where they reference
9 their reasons for choosing these risk factors.
10 They say "we considered ten risk factors whose
11 associations with ovarian cancer have been well
12 established in the literature."
13 MS. THOMPSON:
14 Q     Okay.  We can leave it at that.
15 A     Well established in the literature.
16 Q     Well established in the literature.
17 And that's really what you're talking -- we're
18 talking about; right?
19 MS. CURRY:
20      Object to the form.
21 A     Well, again, I referenced many articles
22 authored by people who believe that talcum powder
23 is a risk factor in the literature.
24 MS. THOMPSON:

Page 131

1 Q     Okay.
2 A     But none of our societies agree with
3 that.
4 Q     Okay.  Are you familiar with the --
5 with evidence-based medicine, particularly the
6 pyramid of quality of evidence?
7 A     Yes.
8 Q     What's at the top of the pyramid for
9 quality of evidence?
10 MS. CURRY:
11      Object to the form.
12 A     Well, prospective cohort studies is --
13 the pyramid goes from case-control studies to
14 prospective cohort studies to meta-analyses.
15 MS. THOMPSON:
16 Q     And those are just three things on that
17 pyramid?
18 A     No, at the -- those are at the top.
19 MS. THOMPSON:
20      We'll mark this.
21 MR. BEATTIE:
22      Thirteen.
23      (PLAINTIFF'S EXHIBIT NUMBER 13
24      WAS MARKED FOR IDENTIFICATION.)

Page 132

1 MS. THOMPSON:
2 Q     Here's one I pulled.  I think it's from
3 DMJ, but I didn't intend to use it, so I can't
4 exactly tell you where.
5 A     Oh, yeah.
6 Q     What's at the top?
7 A     Systematic Reviews.
8 Q     And that would be a systematic review
9 in the med masses, typically; correct?
10 A     Right.
11 Q     And under that is?
12 A     Randomized control trials.
13 Q     Has there been a randomized control
14 trial with talc?
15 A     Not that I'm aware of.
16 Q     I think you testified that there would
17 be no reason not to do one.  Is that still your
18 opinion?
19 A     Sure.
20 MS. CURRY:
21      Object to the form.
22 MS. THOMPSON:
23 Q     You don't think there would be ethical
24 issues with doing a randomized controlled trial

Page 133

1 that exposed one group to genital talc use and
2 another group to no genital talc use and follow
3 it over a period of time?
4 A     Well, I don't believe talc causes
5 ovarian cancer, so, no.
6 Q     So there would not be any concerns with
7 doing that.  It just hasn't been done yet.  Is
8 that --
9 A     Well, it would be tough to recruit
10 patients because of all the TV ads --
11 Q     Okay.  So that would be a problem --
12 A     -- promoting the litigation.
13 Q     -- if you have to recruit patients.
14 A     Sure would.
15 Q     Would it also be tough to pay for that
16 since Johnson & Johnson has removed talcum powder
17 from the market?
18 MS. CURRY:
19      Object to the form.
20 A     I have no idea.
21 MS. THOMPSON:
22 Q     Would it be a --
23      Could you get a randomized control
24 trial through an IRB currently?

34 (Pages 130 - 133)

Page 134

1  A      I don't know.  I haven't tried.
2  Q      Could you get a randomized controlled
3  trial using talcum powder containing asbestos
4  through an IRB?
5  A      No.
6  Q      Why would that be?
7  A      Well, asbestos is a known carcinogen to
8  the -- to the lungs and to the peritoneum.
9  Q      How does asbestos get to the
10 peritoneum?
11 A      I have no idea.
12 Q      You have no idea?
13 A      No, ma'am.
14 Q      But the reason talcum powder with
15 asbestos could not pass an IRB evaluation for
16 genital use would be because it causes lung
17 cancer?
18 MS. CURRY:
19         Object to the form.  Calls for
20 speculation.
21 A      It causes mesothelioma.
22 MS. THOMPSON:
23 Q      Because it causes mesothelioma.  But --
24 but you don't think the IRB would use the

Page 135

1  evidence that IARC and many other organizations
2  have considered talcum powder with asbestos to be
3  carcinogenic to the ovaries as well?
4  MS. CURRY:
5         Object to the form.  Calls for
6  speculation.
7  A      Yeah.  I'm not gonna speculate on what
8  an IRB may or may not choose.  I just know that
9  any study that is going to include asbestos,
10 they're not even going to consider.  That's a
11 ridiculous question.
12 MS. THOMPSON:
13 Q      But would you, Dr. Finan, be willing to
14 do that study?
15 A      No.
16 Q      Talcum powder containing asbestos?
17 A      No.
18 Q      But you still believe it's safe.
19 A      Whatever the constituents are in talcum
20 powder, they're safe, yes.
21 Q      Okay.
22 A      Confident of that.
23 Q      All right.  What's below randomized
24 controlled trial?

Page 136

1  A      Nonrandomized control trials, which
2  essentially would be --
3         I'm sorry.  Nonrandomized control
4  trials.
5  Q      And below that?
6  A      Observational studies with comparison
7  groups.
8  Q      And that would include cohort and
9  case-control studies; correct?
10 A      No.  An obs- --
11        Well, I guess you could.  I'm thinking
12 that's prospective observational studies with
13 comparison groups.  I look at that as a higher
14 level than --
15        I consider case-control studies as
16 essentially case series.  I think that would be a
17 better box for a case-control study.
18 Q      By at least this chart doesn't
19 distinguish between cohort and case-control.
20 They're both --
21 A      Well, they say --
22 Q      -- observa- --
23        Shh.
24 A      I'm sorry.

Page 137

1  Q      Let me finish.  Sorry.  I didn't mean
2  to say "shh."
3         They're both cohort and case --
4         Cohort and case-control studies are
5  both observational studies with comparison
6  groups; correct?
7  A      They are.  But I think case-control
8  studies falls closer to case series than
9  observational studies with comparison groups,
10 because you're not really observing these groups
11 going forward.  You're looking back at a case
12 series --
13 Q      But they're --
14 A      -- and dividing them into two groups.
15 Q      They're both considered observational
16 studies.  Does case series have a control group?
17 A      I disagree with --
18 Q      My --
19        Answer my question.  Do case series
20 have a comparison group?
21 A      Do case --
22        They can, yes.
23 Q      Will you show me an example of that?
24 The whole case series is you're reporting on a

35 (Pages 134 - 137)

Page 138

1 series of cases. You're not comparing it with a
2 control group.
3 A       I think we can both admit that
4 case-control studies are not listed on this
5 pyramid.
6 Q       They're under observational studies
7 with comparison groups; correct?
8 A       My opinion is that a prospective cohort
9 study lies higher on this pyramid than
10 case-control studies, and I'm -- that's -- that's
11 nonnegotiable.
12 Q       That's your opinion, but that's not
13 what this pyramid shows, is it?
14 A       I disagree.
15 Q       Okay. And, then, society statements
16 would fall in this very bottom, under expert
17 opinions, wouldn't it?
18 MS. CURRY:
19       Object to the form.
20 A       No. Because they're basing their
21 opinion on all of these things.
22 MS. THOMPSON:
23 Q       Have you seen these evidence pyramids
24 that put society opinions at the very bottom?

Page 139

1 A       I have not.
2 Q       What textbook do you use for
3 gynecologic oncology, generally?
4 MS. CURRY:
5       Object to the form.
6 A       I don't think I've bought a textbook in
7 20 years.
8 MS. THOMPSON:
9 Q       Could you name a textbook in GYN
10 oncology?
11 A       Desai and Kreisman.
12 Q       Okay. Let's look at Desai and
13 Kreisman, the chapter on epidemiology. Okay?
14       (PLAINTIFF'S EXHIBIT NUMBER 14
15       WAS MARKED FOR IDENTIFICATION.)
16 MS. THOMPSON:
17 Q       Do you know Dr. Wendy Brewster, M.D.,
18 P.M.D.?
19 A       No. But I know Dr. Kreisman.
20 Q       I do as well.
21       Do you agree that Dr. Desai and
22 Dr. Kreisman selected experts with specific
23 knowledge and expertise to author certain
24 chapters in this paper -- in their book?

Page 140

1 MS. CURRY:
2       Objection.
3 MS. THOMPSON:
4 Q       In their textbook?
5 MS. CURRY:
6       Objection. Calls for speculation.
7       I'm sorry. I did not mean to cut you
8 off.
9 MS. THOMPSON:
10       I just asked him if he knew whether
11 Desai and Kreisman chose authors with expertise
12 to write their chapters.
13 A       I would have to speculate.
14 MS. THOMPSON:
15 Q       Is that typically what textbooks do?
16 MS. CURRY:
17       Object to the form.
18 A       Again, I'm not gonna opine on how they
19 choose people to write their chapters.
20 MS. THOMPSON:
21 Q       Okay. But you would assume that
22 Dr. Brewster --
23       And Dr. Brewster is a gynecologic
24 oncologist; correct?

Page 141

1 A       Correct.
2 Q       And she is also an epidemiologist;
3 correct?
4 A       I don't know.
5 Q       Do you know what her Ph.D. degree is
6 in?
7 A       I'm sorry. I don't.
8 Q       Okay. Well, let's look at her paper.
9 And -- and since Desai and Kreisman was the only
10 textbook you could name, would you consider it
11 authoritative?
12 MS. CURRY:
13       Object to the form.
14 A       I don't think anything's authoritative
15 other than the Bible.
16 MS. THOMPSON:
17 Q       What does Dr. Brewster say about --
18 A       I'm sorry.
19       This is missing a reference that I need
20 to --
21       Wait. Maybe it's not.
22       She references types of bias to
23 consider when evaluating a manuscript are listed
24 in table 22.2, which I don't see here. Is there

36 (Pages 138 - 141)

Page 142

1 a reason you left that out?

2 Q    I don't think there were any pages

3 missing, but let me check.

4 A    Oh, there it is. There we go.

5 Q    Okay.

6 A    I found it. I'm sorry.

7 Q    Okay. Take a minute to look at this,

8 if you'd like.

9 A    That's what I'm trying to do.

10 Q    And let's go to that first paragraph on

11 evidence-based medicine from Kreisman and Desai,

12 the textbook that you recollected for us --

13 A    That I recollected from 20 years ago,

14 yes.

15 Q    Okay. This wasn't published 20 years

16 ago, was it, though?

17 A    Right. But I don't really reference

18 textbooks anymore.

19 Q    Okay. Did I ask you that question?

20     Are Dr. Kreisman and Dr. Desai

21 well-regarded GYN oncologists?

22 A    Of course.

23 Q    Okay. And they put their name on this

24 textbook; correct?

Page 143

1 A    Yes.

2 Q    All right. Let's look at

3 evidence-based medicine from Dr. Brewster, an

4 epidemiologist and GYN oncologist.

5     "As much as possible, medical decisions

6 should be based on quality evidence."

7     Correct?

8 A    Where are you?

9 Q    Evidence-based medicine.

10 A    Yeah. Yes.

11 Q    The best --

12     You agree with that statement?

13 A    Yes.

14 Q    "The best evidence is a properly

15 designed randomized controlled trial."

16     Would you agree with that statement?

17 A    Yes.

18 Q    "Evidence from nonrandomized but

19 well-designed controlled trials is of lesser

20 quality."

21     Would you agree with that?

22 A    Yes.

23 Q    "Next in reliability is a well-designed

24 cohort or case-control study, which have been

Page 144

1 repeated by several investigators."

2     Does Dr. Brewster distinguish between

3 cohort and case-control studies?

4 A    She does not. But this is --

5 Q    Okay. That's my question. She does

6 not.

7 A    And textbooks are opinions. Yeah.

8 Q    And this article in a well-regarded

9 textbook does not distinguish between -- it does

10 not state that cohort studies are better than

11 case-control studies, does it?

12 A    No.

13 MS. CURRY:

14     Object to the form.

15 A    That's her opinion.

16 MS. THOMPSON:

17 Q    And, then --

18     Fair enough.

19     Are you an epidemiologist?

20 A    No.

21 Q    Do you have a Ph.D. in epidemiology?

22 A    No.

23 Q    Have you ever written an

24 epidemiological paper?

Page 145

1 A    No. But I've certainly relied on

2 epidemiology in all the papers I've written and

3 consider myself well versed in it. It was a part

4 of -- a critical part of my research career, my

5 teaching career for over 30 years.

6 Q    Okay. And the last sentence says

7 "opinions of respected authorities and extensive

8 clinical experience are less reliable -- are the

9 least reliable."

10     Would you agree with that statement?

11 A    Sure.

12 Q    And that would include society

13 statements of which we don't even have, do we?

14 MS. CURRY:

15     Object to the form.

16 A    I disagree with that. Totally disagree

17 with that.

18 MS. THOMPSON:

19 Q    Disagree with what?

20 A    With what you just said.

21 Q    You don't consider these organizations

22 respected authorities?

23 MS. CURRY:

24     Object to the form.

37 (Pages 142 - 145)

Page 146

1  MS. THOMPSON:
2  Q      What are you disagreeing with?
3  A      You're trying to twist her words to
4  suit your case, and it's just not working.
5  Q      I am just reading her words.
6  "Opinions" --
7          And you can say you agree or disagree.
8          "Opinions of respected authorities and
9  extensive clinical experience are least
10 reliable."
11 A      She said nothing about national society
12 statements.  You're twisting her words to suit
13 your argument.  And that's fine.
14 Q      No.  We have not even had a statement
15 from a national authority that talcum powder use
16 is safe, do we?
17 MS. CURRY:
18         Object to the form.
19 A      We have both the CDC and ACOG
20 recommending talc use.
21 MS. THOMPSON:
22 Q      For the pannus after surgical [sic].
23 There is nobody recommending use for genital
24 talcum powder dusting, is there?

Page 147

1  A      And they're not recommending drinking
2  Dr. Pepper and Coke either.
3  Q      Well, but I didn't ask a question about
4  Diet Dr. Pepper and Coke.
5          Does any society recommend the genital
6  dusting of powder, recommend the use for women?
7  A      And they don't recommend 7 Up.
8  Q      I didn't --
9          Does any society --
10         Do you not hear my question?
11 A      Why would they recommend it?  Why would
12 they recommend something that's perfectly safe?
13 Q      I think --
14         You can recommend birth control pills
15 for a woman at high risk for ovarian cancer.  I
16 mean, you think it's safe.  Why don't they say
17 apply talcum powder to your genitals; it makes
18 you feel comfortable?
19 MS. CURRY:
20         Object to the form.
21 A      They don't recommend applying deodorant
22 under the arms, either.  I mean, it's a
23 ridiculous question.
24 MS. THOMPSON:

Page 148

1  Q      It may be ridiculous, but you're still
2  supposed to answer it.
3          Does any statement -- does any society
4  say talcum powder use is safe?
5  A      Yes.  ACOG and CDC both recommend it.
6  Q      Does anybody --
7          We decided that when we say "talc use,"
8  we're referring to the genital use.
9  A      Ah.
10 Q      Does any society or organization state
11 that talcum powder applied to the genital area is
12 safe?
13 MS. CURRY:
14         Object to the form.
15 MS. THOMPSON:
16 Q      Yes or no?
17 MS. CURRY:
18         Object to the form.
19 MS. THOMPSON:
20 Q      Or you don't know.
21 A      I --
22         They don't list it as a risk factor for
23 ovarian cancer.  None of them do.
24 Q      But they also do not say that it is not

Page 149

1  a risk factor, do they?  They are silent on it.
2  MS. CURRY:
3          Object to the form.
4  A      They're silent on it, yes.
5  MS. THOMPSON:
6  Q      And there are other risk factors that
7  you have actually described that are also not on
8  the risk factor list of these organizations.  For
9  example, obesity.
10 MS. CURRY:
11         Object to the form.
12 A      I don't know what to say.
13 MS. THOMPSON:
14 Q      Okay.  But that's true; correct?
15         Is there a statement that this is a
16 comprehensive list of all risk factors?
17 A      Is --
18         I'm sorry.  What are you referring to?
19 Q      When you say it's not on their list of
20 risk factors, is there anything that states this
21 is meant to be a list of all risk factors?  Is
22 there or is there not, or you don't know?
23 A      I don't think they state that
24 specifically, no.

38 (Pages 146 - 149)

Page 150

1 Q      Okay.  And Johnson & Johnson
2 contributes to national organizations; correct?
3 MS. CURRY:
4        Object to the form.
5 A      As -- as do many corporations, yes.
6 MS. THOMPSON:
7 Q      My question was about
8 Johnson & Johnson, wasn't it?
9 MS. CURRY:
10        Object to the form.  Calls for
11 speculation.
12 MS. THOMPSON:
13 Q      Do you know if Johnson & Johnson
14 contributes to SGO?
15 A      Yes.  I've seen their booth at the
16 meeting, as I've seen dozens of other companies'
17 booths, Ethicon --
18 Q      I'm just asking --
19        Yeah.  And Ethicon is part of
20 Johnson & Johnson, isn't it?
21 A      I really don't know who owns Ethicon.
22 Q      Okay.  But I'm just asking about
23 Johnson & Johnson.
24 A      Intuitive Surgical.

Page 151

1 Q      I don't know if Intuitive is
2 Johnson & Johnson or not.
3 A      They're not.
4 Q      The question was just about
5 Johnson & Johnson, not about other corporations.
6 Can we do that?
7 A      They have booths at every meeting I go
8 to.
9 Q      Okay.  Do they contribute in other --
10 for meetings?  Yes?
11 MS. CURRY:
12        Object to the form.
13 A      They have booths at meetings, and it
14 costs money to have a booth, yes.
15 MS. THOMPSON:
16 Q      Do you know how much Johnson & Johnson
17 contributes to ACOG and SGO on a yearly basis?
18 A      I don't know.
19 Q      Is it possible that ACOG and SGO did
20 not issue a statement about talcum powder use and
21 ovarian cancer for financial reasons?
22 MS. CURRY:
23        Object to the form.  Calls for
24 speculation.

Page 152

1 A      I doubt that.  You showed me yourself
2 how ACOG comes up with their statements.  You
3 showed me earlier this morning that it's the
4 committee of 20.  They look at the literature.
5 You -- you spelled it out yourself.
6 MS. THOMPSON:
7 Q      Is it possible that ACOG and SGO did
8 not send this to their committees for financial
9 reasons?
10 MS. CURRY:
11        Object to the form.  Argumentative.
12 Speculative.
13 A      I personally know the presidents of
14 these organizations, the past presidents.  And if
15 you're accusing them -- your veiled accusation is
16 that they're being bought off.  And I know these
17 people, and I'm offended by that question.
18 MS. THOMPSON:
19 Q      So it's not possible, in your mind?
20 MS. CURRY:
21        Object to the form.  Calls for
22 speculation.
23 A      I'm not gonna answer it.
24 MS. THOMPSON:

Page 153

1 Q      Is it possible that they did not send
2 this to the committee to do a comprehensive
3 review for political reasons?
4 MS. CURRY:
5        Objection.  Argumentative.
6 A      That would -- that would be extremely
7 difficult when you have a committee of 20.  And
8 I've even pointed out in my paper how the
9 National Cancer Institute PDQs are developed.
10 It's a multidisciplinary committee, and it's --
11 it'd be impossible to sweep something under the
12 rug like you're describing.
13 MS. THOMPSON:
14 Q      Would it be possible that ACOG and SGO
15 did not perform a comprehensive review or issue a
16 statement because they were concerned about
17 litigation?
18 MS. CURRY:
19        Object to the form.  Argumentative.
20 A      So you're -- what you're suggesting is
21 that there was a collusion amongst eight
22 different societies and they all agreed to not
23 publish anything on talc?
24 MS. THOMPSON:

39 (Pages 150 - 153)

Page 154

1  Q      No.  My question was about SGO and
2  ACOG.
3  A      This is a --
4  MS. CURRY:
5        Objection.
6  A      -- ridiculous line of questioning.  I'm
7  not gonna answer it.
8  MS. THOMPSON:
9  Q      And the reason you won't answer is
10 because there wouldn't be any chance of that;
11 correct?
12 A      It's beyond belief.  Yes.
13 Q      You are 100 percent confident that ACOG
14 and SGO did not have any ulterior motive for not
15 performing a systematic review or issuing a
16 statement, not one way -- about talcum powder use
17 and ovarian cancer?
18 MS. CURRY:
19       Object to the form.
20 A      I'm not gonna say a hundred percent.  I
21 think this whole line of questioning is
22 ridiculous, and I'm having trouble wrapping my
23 mind about it.  That's the truth.
24 MS. THOMPSON:

Page 155

1  Q      And the reason is because you know the
2  people, and it's just not possible, in your mind?
3  MS. CURRY:
4        Object to the form.
5  A      Yes.  And not only do I know the
6  people.  I know their methods, because they've
7  been published.  You showed me the publication
8  this morning.
9  MS. THOMPSON:
10 Q      That they did not do regarding talc use
11 and ovarian cancer; correct?
12 A      We've already gone over this.
13 Q      Okay.  I just wanted to make sure that
14 we were clear on that.
15       Regarding --
16       Back to the Phung paper --
17       We got a little sidetracked.
18       -- reading from page 5 in the
19 discussion --
20 A      Which paper?
21 Q      Phung.  Still on Phung.
22 A      Okay.
23 Q      In the middle of the second paragraph
24 under the discussion, I am reading.  "Because

Page 156

1  inflammation plays a role in the development of
2  many cancers, including ovarian cancer" --
3        Did I read that correctly?
4  A      You did.
5  Q      -- "the increased risk observed
6  specifically among women with endometriosis is
7  plausible because overweight women with
8  endometriosis may have higher levels of
9  inflammation."
10       Did I read that correctly?
11 A      You did.
12 Q      "Both endometriotic foci and adipose
13 tissues produce pro-inflammatory cytokines,
14 including INF [sic] alpha, IL-1, and IL-6 --
15 MS. CURRY:
16       That's TNF.  It's TNF-alpha.
17 MS. THOMPSON:
18       Oh, TNF.  Sorry.  I had underlined it.
19 TNF.
20 Q      "These proinflammatory cytokines have
21 shown to increase the risk of ovarian cancer as
22 they promote the synthesis of prostaglandins,
23 which in turn initiates [sic] cell
24 differentiation and apoptosis and enhances

Page 157

1  invasion and angiogenesis."
2  MS. CURRY:
3        It says the opposite.  It says it
4  inhibits.
5  MS. THOMPSON:
6        Inhibits.  Thank you.  I should have
7  read that correctly.
8  Q      Did I read that correctly?
9  A      Parts of it, you did, yes.
10 Q      Okay.  Let me read it again.  You want
11 me to start at the beginning?
12 A      No.  That -- I'll -- you were reading
13 it correctly.  I'll give you that, as much as I
14 believe I can.
15 Q      Does that sound like a lot of the
16 statements I asked you about earlier today?
17 A      It does, yes.
18 Q      So at least these authors don't agree
19 with you that inflammation is not involved in the
20 initiation of the development of cancer, many
21 cancers, including ovarian cancer.
22 MS. CURRY:
23       Object to the form.
24 A      We don't know what caused --

40 (Pages 154 - 157)

Page 158

1      If we knew what causes ovarian
2  cancer --
3  Q      I didn't ask you.  I asked do these
4  authors.
5  A      These authors do cite exactly what you
6  stated, yes.
7  Q      Okay.  And there are 25 authors.
8  A      Yes.
9  Q      And they're from institutions like
10  Harvard, Yale, Duke, and they're well regarded;
11  correct?
12  A      Yes.  And I'm not disagreeing with
13  them.  Their findings are clear as day here.
14  Q      You're not disagreeing with them that
15  inflammation plays a role in the development of
16  ovarian cancer?
17  A      No.  I'm not disagreeing with the fact
18  that both endometriotic foci and adipose tissues
19  produce pro-inflammatory cytokines.
20  Q      Okay.  But they're giving that as the
21  mechanism by which inflammation plays a role in
22  the development of ovarian cancer; correct?
23  A      That's -- that's one of the statements
24  that they make, yes.

Page 159

1  Q      Okay.  But it's a statement that
2  precedes the rest of the descriptions of the
3  mechanism; correct?
4  MS. CURRY:
5       Object to the form.
6  A      I'll --
7       Would you like me to read what I agree
8  with?
9  MS. THOMPSON:
10  Q      No.
11      Okay.  I'll read the next sentence.
12      "This would also be in line with our
13  observation of a higher risk associated with
14  genital talc use for women with endometriosis
15  since inflammation has been proposed as a
16  possible biologic mechanism of talc's association
17  with ovarian cancer."
18      Did I read that correctly?
19  A      You read that correctly.
20  Q      Okay.
21  A      And I disagree with it.
22  Q      And you disagree.
23  A      Yes.
24  Q      But at least these 25 authors from --

Page 160

1  that are well regarded, from important
2  institutions and part of an ovarian cancer
3  consortium, do believe that inflammation is
4  associated with ovarian cancer --
5  MS. CURRY:
6       Object to the form.
7  MS. THOMPSON:
8  Q      -- and it's a proposed -- that's a
9  possible biological mechanism for talc
10  association; correct?
11  MS. CURRY:
12       Object to the form.
13  A      We've been talking about that all
14  morning.  Yes.
15  MS. THOMPSON:
16  Q      Okay.  So this Phung paper that you
17  cited in your report contradicts some of your
18  opinions; correct?
19  MS. CURRY:
20       Object to the form.
21  A      I think what you're doing is --
22  MS. THOMPSON:
23  Q      Just can you answer that yes or no?
24  Does it contradict some of your opinions?

Page 161

1  A      No.
2  Q      So does it contradict your opinion that
3  no one considers talc use as a risk factor?
4  A      They, again, based their choices on
5  things that were reported in the literature as
6  risk factors.
7  Q      Well, do you think these authors would
8  say it's a well-established risk factor if they
9  didn't think that was the case?
10  MS. CURRY:
11       Objection.  Calls for speculation.
12  A      It's well -- it's well-reported in the
13  literature.
14  MS. THOMPSON:
15  Q      But they don't use well-reported.  They
16  use the word "well-established," don't they?  Yes
17  or no?  Do they use "well" --
18  A      They used "well-established."
19  Q      Okay.  And they --
20      This paper contradicts your opinion
21  that inflammation is not involved in the etiology
22  of ovarian cancer, doesn't it?
23  A      It -- it actually supports what I've
24  been saying all along, because these --

41 (Pages 158 - 161)

Page 162

1  Q      We just read the whole paragraph of
2  inflammation and the development of ovarian
3  cancer, and you're saying it -- it's consistent
4  with your opinion that inflammation is not
5  involved in ovarian cancer and supports your
6  opinion?
7  A      What it does, with these odds ratios --
8  Q      I didn't ask anything about an odds
9  ratio.
10 A      Well, I'm going back to the root of
11 their conclusion.
12 Q      The odds ratio has nothing to do
13 whether -- as to whether inflammation is involved
14 in the etiology of ovarian cancer.
15 A      We don't know what causes ovarian
16 cancer.
17 Q      Okay.  But why are you going back to an
18 odds ratio table?  These authors say it does;
19 correct?
20 A      These authors do.
21 Q      Okay.
22 A      And I disagree with them.
23 Q      Okay.  That's fine.  It's fine for you
24 to disagree with them.  I'm just asking you what

Page 163

1  these authors said.
2  A      You read it correctly.
3  Q      Okay.  Well, I not only read it
4  correctly.  These authors put this in their
5  paper.
6  A      In the discussion, right.  The
7  discussion is an area where you can expound on
8  your own opinions.
9  Q      But it's based on the results from this
10 paper; correct?
11 MS. CURRY:
12      Object to the form.
13 A      Which I was trying to go back to.
14 MS. THOMPSON:
15 Q      Okay.  And they also -- it also
16 contradicts your lack of a plausible mechanism,
17 doesn't it?
18 A      Yes.
19 Q      Okay.  So, from what I read, this paper
20 contradicts your opinion that talc use is not a
21 risk factor; correct?
22 A      Along with eight of our major national
23 societies, yes.
24 Q      I didn't ask about national societies.

Page 164

1  You can bring up -- we'll do national societies
2  in a minute.
3      This paper contradicts your opinion
4  that it's not a risk factor; correct?
5  A      It does, yes.
6  Q      And this paper contradicts your opinion
7  that inflammation is not involved in the etiology
8  of ovarian cancer; correct?
9  MS. CURRY:
10      Objection.  Asked and answered.
11 A      Outside of genetics, we don't really
12 know what causes ovarian cancer.  If we did, we'd
13 have the Nobel Prize.
14 MS. THOMPSON:
15 Q      Is that an answer to my question,
16 Doctor?  I don't think it is.
17      This paper contradicts your opinion
18 that inflammation is not involved in the etiology
19 of ovarian cancer.
20 MS. CURRY:
21      Objection.  Asked and answered.
22 A      Yes.  We don't know what causes ovarian
23 cancer, so --
24 MS. THOMPSON:

Page 165

1  Q      But you -- you don't say we don't know
2  what causes ovarian cancer.  You say inflammation
3  does not cause or contribute to the development
4  of ovarian cancer.
5  A      Right.  And I'm very confident on that.
6  Q      You were a hundred percent confident.
7  But I'm saying this paper would contradict that
8  opinion.  Correct?
9  A      You've said that ten times.
10 Q      Well, but you've never said "correct."
11 A      Correct.
12 Q      Thank you.
13      And you've said there's no plausible
14 mechanism for how talcum powder could cause or
15 contribute to ovarian cancer; correct?
16 A      That's correct.
17 Q      And this paper contradicts that opinion
18 as well.
19 MS. CURRY:
20      Object to the form.
21 MS. THOMPSON:
22 Q      Because they just described it in what
23 I read; correct?
24 A      They describe a very common theory that

42 (Pages 162 - 165)

Page 166

1 a lot of people subscribe to, yes.
2 Q    Well, let's get to what you mean by
3 plausible when you say there's no plausible
4 mechanism.  Because when I looked up the meaning
5 of plausibility, I found it's potential, it's
6 believable in terms of scientific biological
7 knowledge, or it could cause, based on logic or
8 relevant literature.  But your opinion is it is
9 not plausible.
10 A    Right.
11 MS. CURRY:
12    Object to the form.
13 A    Right.  And I've -- I've spent over 60
14 pages describing exactly why that is.  Yes.
15 MS. THOMPSON:
16 Q    Well, I'm not sure if that's correct.
17 But...
18    So you don't have to prove something to
19 make it plausible; correct?
20 A    That's a pretty vague statement.
21 Q    Can you -- you can't answer it?
22 A    Not as worded, no.
23 Q    Can something be plausible that hasn't
24 yet been proven?

Page 167

1 A    I presume so.
2 Q    Okay.
3 A    I'm gonna need something to eat soon.
4 I'm sorry to say I'm about to get hangry.
5 Q    You're about to get angry?
6 A    Hangry, with an H.  Let the record show
7 the H.
8 Q    I've got, I think, two more questions,
9 and then we can see about lunch.
10    Do you consider obesity to be a risk
11 factor for ovarian cancer?
12 A    Yes.
13 Q    And that's in some studies; correct?
14 A    It is in some studies, yes.
15 Q    But it's not on most of the -- or many
16 of the lists from your societies; correct?
17 MS. CURRY:
18    Object to the form.
19 A    It's on some of them but not all of
20 them.  Correct.
21 MS. THOMPSON:
22 Q    And what is the proposed mechanism for
23 how obesity can contribute to ovarian cancer?
24 A    I don't really know.

Page 168

1 Q    What's the --
2 A    I mean, I know what's been discussed,
3 what you're --
4    You know, there have been papers
5 written on obesity and inflammation and chronic
6 inflammatory markers.  But there have also been
7 papers that show that those chronic inflammatory
8 markers are not associated with ovarian cancer.
9 So the data's mixed.
10 Q    Okay.  Data mixed.  But it is a
11 plausible mechanism in your mind or not?
12 A    Inflammation does not cause ovarian
13 cancer.
14 Q    That wasn't my question.
15 A    Obesity also causes peripheral
16 conversion of various hormones to estrogen, and
17 it could be the estrogen exposure, essentially
18 unopposed estrogen, endogenous.
19 Q    My question is:  And obesity is
20 associated with many other cancers as well;
21 correct?
22 A    It is.
23 Q    That are not estrogen dependent;
24 correct?

Page 169

1 A    Correct.
2 Q    Is the mechanism through which obesity
3 can cause an increased risk in cancer through
4 inflammation, is that a plausible mechanism?
5 MS. CURRY:
6    Object to the form.
7 A    For some cancers.
8 MS. THOMPSON:
9    Okay.  Let me just phrase it again so I
10 don't get the objection, because I agree with
11 your objection.
12 Q    The mechanism that has been proposed
13 for the reason that obesity causes or contributes
14 to the development of many cancers is through
15 systemic inflammation.  Is that correct?
16 MS. CURRY:
17    Object to the form.
18 MS. THOMPSON:
19 Q    That is a proposed mechanism.
20 A    That is what has been published in the
21 literature, and that is what has been proposed.
22 That is correct, yes.
23 Q    Okay.  And is that a plausible
24 mechanism?

43 (Pages 166 - 169)

Page 170

1 A    Not for ovarian.
2 Q    For --
3 A    Yes.
4 Q    -- any cancer?
5 A    It's plausible for colon, pancreas.
6 Q    But it's not plausible for ovarian
7 cancer.
8 A    Not in my opinion.
9 Q    And if someone said otherwise, they'd
10 be wrong?
11 A    Uh-huh.
12 Q    Okay. And regarding your other
13 opinions that we've been through this morning, if
14 someone has an opinion other than you, that's
15 different from yours, that contradicts yours --
16 let's go with that -- if someone has an opinion
17 that's different from yours, would they be wrong?
18 MS. CURRY:
19        Object to the form.
20 A    If someone that has an opinion that's
21 different from mine, would they be wrong? That's
22 a very broad statement.
23 MS. THOMPSON:
24 Q    Okay. Let's narrow it down a little

Page 171

1 bit. If someone had an opinion that talc use is
2 not safe, would they be wrong?
3 A      Yes.
4 Q    If someone has the opinion that
5 particles can get to the ovary through genital
6 dusting, would they be wrong?
7 A      Yes.
8 Q    If someone had the opinion that
9 inflammation does not cause or contribute to the
10 development of ovarian cancer, would they be
11 wrong?
12 MS. CURRY:
13        I'm sorry.
14 A      Would you read that back, please, or
15 say it again?
16 MS. THOMPSON:
17 Q    I may have said it wrong.
18        If someone had the opinion that
19 inflammation does cause or contribute to ovarian
20 cancer, would they be wrong?
21 A      Yes.
22 MS. CURRY:
23        You mean the development of ovarian
24 cancer.

Page 172

1 MS. THOMPSON:
2 Q    Development of ovarian cancer, the
3 etiology of ovarian cancer.
4 A      They would be wrong.
5 A      In ovarian carcinogenesis.
6 A      They would be wrong.
7 Q    And if someone had the opinion that the
8 ascension of talc particles from the perineum
9 that create an inflammatory microenvironment that
10 contributes to genetic instability, would they be
11 wrong?
12 MS. CURRY:
13        Object to the form.
14 A    Yes. They'd be wrong.
15 MS. THOMPSON:
16 Q    Okay. Let's break for lunch.
17        (LUNCH RECESS.)
18 MS. THOMPSON:
19 Q    Dr. Finan, you testified that the CDC
20 has a statement that talc is not a risk factor of
21 ovarian cancer; correct? Is that your opinion?
22 A    Yes.
23 Q    And is it like SGO and ACOG, where it's
24 silent on the issue?

Page 173

1 A    To my knowledge, yes.
2 Q    Do you know if the CDC has made a
3 statement as to asbestos causing ovarian cancer?
4 A    I do seem to recall reading something
5 recently, yes. I'd have to see it, though.
6 Q    Okay. Are you familiar with the ATSDR,
7 the Agency For Toxic Substances and Disease
8 Registry?
9 A    I am not.
10 Q    It is the agency within the CDC that
11 examines environmental substances and their
12 health effects. Can you accept that?
13 A    Sure.
14 Q    Okay. And they have done a
15 comprehensive review.
16 MS. THOMPSON:
17        I have two copies of this.
18        Dawn, would you be okay if I used the
19 cover page of the page I want to use out of this?
20 MS. CURRY:
21        Yes. And we will receive --
22 MS. THOMPSON:
23        But I'll let you see it first, then
24 have you take it, if it's okay.

44 (Pages 170 - 173)

Page 174

Q This is Exhibit 15, but we may change that exhibit to just the cover page.
(PLAINTIFF'S EXHIBIT NUMBER 15 WAS MARKED FOR IDENTIFICATION.)
MS. THOMPSON:
Q This is a 129-page document that's titled "ATSDR." That's the Agency For Toxic Substances Disease Registry in the Department of Human Health Services under the CDC umbrella.
And this treatise on asbestos toxicity, if you'll just look on page 70, key points, and the key points in this document are pleural and peritoneal mesothelioma is a rare, rapidly invasive tumor caused by asbestos exposure.
You would agree with that; right?
A Yes.
Q And asbestos exposure is a known risk factor for laryngeal cancer and ovarian cancer. Did I read that correctly?
A You read that correctly.
Q So the CDC agency that is specifically devoted to looking at toxic substances has recognized asbestos as a risk factor for ovarian cancer; correct?

Page 175

A Well, I'd like to see the reference --
This --
Let me convey that this is the first time I'm seeing this 120-plus-page document.
Q Well, it is a comprehensive review. Do you agree?
MS. CURRY:
Object to the form.
A This is the first time I'm seeing it. And if they relied on IARC, IARC is over 10 years old. I just want to see if they cite it -- if they cite IARC. Yes.
So that document that they cite is from 2012 and has a lot of flaws. They base their opinions on death certificates. And according to Slomovitz --
Well, let me just say I disagree.
MS. THOMPSON:
Q Okay.
A The data's 12 years old.
Q And would you trust Dr. Slomovitz's article or would you -- would you describe Dr. Slomovitz's article as more authoritative than the ATSDR 100-page document that looks at

Page 176

asbestos toxicity?
MS. CURRY:
Object to the form.
A I would say IARC needs to meet again and review the updated data.
MS. THOMPSON:
Q And you're aware that IARC is meeting again, are you not?
A I am. Yes.
Q And is it still your opinion that you anticipate that they'll reverse their 2010 conclusion?
A I believe they will, based on the literature, yes.
Q Have you looked at any of the members of that committee?
A No.
MS. CURRY:
If it's okay, can we leave the entire exhibit marked, just because I haven't had an opportunity to look at it in full?
MS. THOMPSON:
Yes, that's fine. I was just trying to...

Page 177

MS. CURRY:
Save trees?
THE WITNESS:
We're beyond saving trees at this point, I think.
MS. THOMPSON:
Q Honestly. Isn't that the truth.
Let's go to your report, and, specifically, I'm going to look at that biologic plausibility section, under the migration opinions.
And I can't find the page either.
A Migration.
Q Okay. Here it is. I've got it. It's on page 47.
A Okay.
Q And we've already talked some about migration and the ability of particles to reach the ovaries, but I want to specifically talk about the section on the pelvic anatomy. We talked about the studies that demonstrate the movement of particles. I want to start with this sentence:
"The female anatomy has a number of

Page 178

1 protective anatomic functional and physiologic
2 measures to protect the reproductive system from
3 contaminants. These include labia majora are
4 apposed from side to side, placing pressure on
5 the labia minora."
6        Is apposed your word?
7 A    Yes.
8 Q    What does that mean?
9 A    Pushed against each other.
10 Q    Have you ever seen the word "apposed"
11 used in a description of the female labia majora?
12 A    I don't know. That's just the way I
13 described it.
14 Q    But does that mean that they're fused?
15 A    No. I didn't say fused.
16 Q    Well, I'm just trying to see what you
17 mean by apposed, because I tried to search for
18 the word "apposed" in relationship to the labia
19 majora, and I could not find a single
20 reference --
21 A    That's just the word --
22 Q    -- using that word.
23 A    That's just the word I chose to
24 describe it.

Page 179

1 Q    There is quite a bit of articles,
2 literature, commentary using that word,
3 "apposed," but only in the context of female
4 genital mutilation by surgical techniques. And
5 I'll get emotional on this. But that's not what
6 you mean, certainly.
7 MS. CURRY:
8        Object to the form. Argumentative.
9 A    Absolutely not.
10 MS. THOMPSON:
11 Q    And I am -- I could not find any
12 reference in textbook, peer-reviewed article,
13 women's magazine, anything else that used the
14 word "apposed" in relationship to the labia
15 majora.
16 MS. CURRY:
17        Object to the form.
18        Is there a question following that?
19 MS. THOMPSON:
20 Q    And --
21        But you chose this word; correct?
22 MS. CURRY:
23        Object to the form.
24 A    That's just --

Page 180

1        I didn't mean to offend you. I just
2 thought it would describe the fact that they were
3 pushed up against each other.
4 MS. THOMPSON:
5 Q    But no other textbook or reference that
6 I could find --
7 A    I didn't get this from a textbook.
8 Q    So you don't have any basis in the
9 medical literature to use the word "apposed."
10 Correct?
11 MS. CURRY:
12        Object to the form.
13 A    I have 30-plus -- well, close to 40
14 years of experience, if you include my residency
15 and fellowship, and that's just how I chose to
16 describe it. I didn't realize it was offensive.
17 MS. THOMPSON:
18 Q    The point is not that it's offensive.
19 The point is that I -- I couldn't find that word
20 ever used in -- in the whole history of anatomy.
21 MS. CURRY:
22        There's no question pending.
23 A    Huh.
24 MS. THOMPSON:

Page 181

1 Q    So I wanted to see what you meant by
2 it.
3        And I could not also find that the
4 labia minora are apposed from side to side. But
5 do you mean the same thing with that?
6 A    I never meant to offend anyone with
7 these words.
8 Q    I never said I was offended, did I? I
9 said I was surprised you used that word.
10 A    That's the way I described it.
11 Q    But that doesn't mean closed; correct?
12 A    It's not -- it --
13        The system is designed -- the female
14 reproductive system is beautifully designed to
15 protect the uterus, fallopian tubes, and ovaries
16 from foreign contaminants. So I would argue
17 there are a number of barriers, as I've listed
18 here, that prevent foreign contaminants from
19 getting up into the tubes.
20 Q    And what is your reference that you're
21 using for that, that it's a closed system?
22 A    Well, the fact that a woman dusting
23 powder on her perineum does not experience
24 migration of that powder into the tubes or

46 (Pages 178 - 181)

Page 182

1 ovaries.
2 Q    And how do you know that? What are you
3 relying on?
4 A    Well, you would see inflammation, just
5 like you do in the chest when you put talcum
6 powder in the chest. You see an inflammatory
7 response. The lung sticks to the chest wall.
8 Q    Have you seen any study or article that
9 compares pleurodesis with genital dusting and
10 states that that shows somehow that the talc
11 particles don't get to the ovaries?
12 A    I've operated on close to 10,000 women.
13 Q    I asked if you've seen any literature.
14 A    No.
15 Q    I understand you've operated, but
16 that's not my question.
17 A    No.
18 Q    You have not seen any literature that
19 compares the two.
20 A    No.
21 Q    You say the vaginal walls are apposed
22 anterior-posterior. That doesn't mean closed,
23 does it?
24 A    Well, they're -- they're apposed.

Page 183

1 They're pushed up against each other, like front
2 to back.
3 Q    And is it your opinion that that would
4 keep talc particles from ascending through the
5 reproductive tract?
6 MS. CURRY:
7    Object to the form.
8 A    The system is designed --
9 MS. THOMPSON:
10 Q    I didn't ask how the system is
11 designed.
12    Would the approximation of the vaginal
13 walls prevent talc particles from ascending, or
14 any articles from ascending?
15 A    Outside of intercourse or inserting a
16 tampon, yes.
17 Q    But you would agree that inserting a
18 tampon or having intercourse would push the
19 particles through that reproductive tract?
20 MS. CURRY:
21    Object to the form.
22 A    As would -- as would a diaphragm or a
23 condom, yes.
24 MS. THOMPSON:

Page 184

1 Q    Did I ask about a diaphragm or condom?
2 A    I said yes, as would a diaphragm or
3 condom.
4 Q    Okay. That's a different process that
5 I did not ask about; we can discuss another day.
6    And regarding that cervical os --
7    Well, let's -- yeah. Regarding the
8 cervix, you even go beyond that and say "the
9 cervix is most certainly closed." So --
10 A    Correct.
11 Q    -- you feel pretty positive about that;
12 right?
13 A    Except for admitting sperm, yes.
14 Q    Did you know that dead sperm and sperm
15 particles also get through the cervix?
16 MS. CURRY:
17    Object to the form.
18 A    Yes.
19 MS. THOMPSON:
20 Q    So sperm don't have to be motile;
21 correct?
22 A    Correct.
23 Q    Do you have any literature or evidence
24 that somehow the cervical mucus impedes the

Page 185

1 transport of talc particles to the reproductive
2 system?
3 A    Well, it magically doesn't allow
4 E. coli?
5 Q    Did I ask about E. coli? I asked if
6 you had any literature or references that say the
7 mucus prevents particles from ascending through
8 the reproductive tract.
9 A    The articles that I cite here support
10 my argument.
11 Q    You're --
12 A    None of --
13 Q    You're suggesting those articles say
14 something to the effect that the mucus keeps talc
15 particles from ascending?
16 A    The system does. The system is
17 described here.
18 Q    That's not my question. Is the
19 cervical -- do you have any evidence whatsoever
20 that the cervical mucus prevents particles from
21 entering uterus, tubes, ovaries?
22 A    I have 30 years of experience.
23 Q    Did I ask you about experience?
24 MS. CURRY:

47 (Pages 182 - 185)

Page 186

1        You did, actually, in your question.
2 You said any evidence.
3 MS. THOMPSON:
4        I said evidence.  Okay.
5 Q      Any peer-reviewed literature or
6 articles?
7 A      These articles that I cited demonstrate
8 that you have to use artificial measures to get
9 anything past the cervix.
10 Q      Okay.
11 A      Every single one of these uses
12 artificial means.
13 Q      My question is:  Do any of those
14 articles --
15        And if you say they do, that's fine.  I
16 just want an answer to my question.
17        Do any of those articles state in any
18 kind of words that the cervical mucus prevents
19 particles from entering the uterus from the
20 vagina?
21 A      Not that I know of.
22 Q      Okay.  Let's --
23        Have you ever heard of a uterine
24 peristaltic pump?

Page 187

1 A      Yes.
2 Q      What is it?
3 A      It's where oxytocin causes the uterus
4 to contract and squeeze, so to speak, which can
5 result in the endometrium being ejected out of
6 the fallopian tubes, and it also helps the
7 endometrium being ejected out of the cervix.
8 Q      And other particle substances as well;
9 correct?
10 MS. CURRY:
11        Object to the form.
12 A      No.
13 MS. THOMPSON:
14 Q      You've never seen anything that the
15 uterine peristaltic pump works in both directions
16 to move substances upwards and downwards through
17 the female reproductive tract?
18 A      With -- with artificial measures, yes.
19 But not naturally, no.  It's not a vacuum pump.
20 It's not a vacuum cleaner pump -- type pump.
21 Q      And you've already said that women do
22 get in yoga positions that you consider -- what
23 was the word?  A contrived position or something
24 like that?

Page 188

1 A      My daughter does yoga.  I've done yoga.
2 Q      I haven't asked about your daughter
3 doing yoga, but that's great.
4 A      I've done yoga.
5 Q      And I think it's great that you do
6 yoga.
7        But you said those studies put women in
8 a natural position or something to that effect?
9 MS. CURRY:
10        Object to the form.
11 A      What I said is that the positions that
12 are described in those articles are not typical
13 for a woman applying talc to her perineum after a
14 bath or a shower.
15 MS. THOMPSON:
16 Q      And how do you know that?
17 A      Well, I'm married.  I have a wife.  I
18 have a daughter.  Taking care of women my whole
19 life, worked with women my whole life, so I guess
20 we talked.
21 Q      Have you ever seen in the peer-reviewed
22 literature something to the effect that women
23 don't get into positions after they apply talcum
24 powder to their perineum?

Page 189

1 A      No.
2 Q      Have you ever asked patients what
3 positions they get into after they apply talcum
4 powder to their perineum?
5 A      No.
6 Q      And we already said that oxytocin is
7 regularly produced in women to elicit
8 contractions of the uterus; correct?
9 MS. CURRY:
10        Object to the form.
11 A      Correct.
12 MS. THOMPSON:
13 Q      You also stated that water and sand do
14 not move up the female reproductive tract.  Do
15 you have any medical literature that supports
16 that opinion?
17 A      No.  But, growing up on the Gulf Coast,
18 I've seen a lot of girls, young ladies, and women
19 jump into water, and they don't seem to get a
20 pelvis full of saltwater.
21 Q      But my question to you, is there any
22 medical literature to support that?  The answer
23 is no?
24 A      Well, I'm not sure that's a subject

48 (Pages 186 - 189)

Page 190

1 that would be well deserving of a randomized
2 study.
3 Q      So this is something else that's based
4 on -- and solely on your 30 years of experience;
5 correct?
6 MS. CURRY:
7         Object to the form.
8 A      That -- that is based on 64 years of
9 experience, because I've seen girls jumping into
10 the pool since I was a little kid.
11 MS. THOMPSON:
12 Q      Have you ever asked a woman if sand or
13 water has entered her vagina when she's at the
14 beach?
15 A      I would -- that would be a rude
16 question in the south.
17 Q      But you never have asked it; right?
18 A      No.
19 Q      You've just assumed it; right?
20 A      Well, it doesn't get into the pelvis.
21 It may get into the vagina.
22 Q      And how do you know that it doesn't get
23 into the pelvis?
24         It wasn't meant to be a funny question.

Page 191

1 I'm just trying to find the basis for your
2 opinions.
3 A      You've got me at a loss of words.
4 Q      Have you ever performed a survey of
5 your patients that asked them if they've ever
6 noticed sand and water entering their vagina?
7 A      That's a good idea. I may have to do
8 that.
9 Q      And you yourself have never experienced
10 sand or water entering your vagina; right?
11 MS. CURRY:
12         Object to the form.
13 A      Not my vagina.
14 MS. THOMPSON:
15 Q      I'll agree with that one, too. Because
16 I think women would say it's a given. But you
17 disagree with that; correct?
18 MS. CURRY:
19         Objection.
20 A      I did not disagree with that. What
21 I've said was sand and water does not enter the
22 pelvis, the female pelvis.
23 MS. THOMPSON:
24 Q      But you have no evidence in the medical

Page 192

1 literature to support that opinion; correct?
2 A      Well, I've never seen sand on anyone
3 I've operated on. I've never seen sand in their
4 pelvis. And you would think out of 10,000
5 operations and all these women living on the Gulf
6 Coast, that sand would be visible when I operate.
7 Does it magically disappear?
8 Q      You say you can see a sand particle?
9 A      I could see a sand particle. Yes, I
10 can.
11 Q      Have you reviewed Dr. Godleski's
12 reports of his examination of tissue from these
13 plaintiffs?
14 A      I did a while back. I don't remember
15 specifics. But I'd be happy to look at it again.
16 Q      Well, we'll look at it when we talk
17 about Miss Carl.
18         Would you be surprised if Dr. Godleski,
19 in addition to talc and asbestos, finds sand and
20 numerous other particles in the tissues that are
21 removed surgically?
22 MS. CURRY:
23         Object to the form.
24 A      Well, it's common to have contaminants

Page 193

1 in a pathology lab, so nothing would surprise me.
2 Pathology labs are filthy. They're absolutely
3 filthy. So nothing would surprise me, to find
4 anything in a specimen.
5 MS. THOMPSON:
6 Q      And it wouldn't surprise you to find
7 those particles in the interior of a lymph node?
8 A      No. Anything's possible in a path lab.
9 They're full of dirt.
10 Q      So -- and are you saying that
11 Godleski's findings are totally contamination
12 from lab?
13 MS. CURRY:
14         Object to the form.
15 A      Well, not only lab but the lack of
16 chain of custody is demonstrated throughout the
17 world of surgery. There's very little chain of
18 custody with specimens. So it could be
19 contaminants in the path lab. It could be
20 sitting in a closet. We have it sitting in a
21 closet overnight.
22 MS. THOMPSON:
23 Q      And you believe that it's more likely
24 that those particles that are found in tissue by

49 (Pages 190 - 193)

Page 194

1 numerous authors and researchers, including FDA,
2 are more likely from contamination in the path
3 lab or lack of chain of custody rather than the
4 obvious, that they enter through the female
5 reproductive tract?
6 A      Yes.
7 Q      Do you have any literature, medical
8 articles, that say that particles that are found
9 in the female reproductive ovaries, lymph nodes,
10 all tissue, do not occur from passages of
11 particles through the reproductive tract?
12 MS. CURRY:
13        Object to the form.
14 A      I'd have to -- I'd have to look at all
15 the literature I've reviewed.  I don't recall
16 offhand.
17 MS. THOMPSON:
18 Q      You don't recall one offhand that would
19 say that; right?
20 A      I actually do recall.  I just can't
21 remember the authors.  I do recall seeing
22 articles written on contamination.  Yes.  I just
23 don't recall the authors.
24 Q      Okay.  Well, you could get those to me,

Page 195

1 too, because I don't have them either.
2        Do you have any medical literature that
3 said if you see particles in tissue, that it
4 would be a problem with the chain of custody?
5 MS. CURRY:
6        Object to the form.
7 A      I would have to look at the literature.
8 My point there was that the chain -- there's very
9 little control over a specimen during the chain
10 of custody where the specimen is moved from the
11 operating table to a bucket, to another
12 container, to a closet, then into the path lab.
13 There's -- there's a whole bunch of points in
14 that transport where it can get contaminated.
15 It's not just the path lab.
16 MS. THOMPSON:
17 Q      And, but you cannot give me a cite
18 towards a peer-reviewed article that would state
19 that?
20 A      Not right now, no.
21 Q      Are you a pathologist?
22 A      No.
23 Q      Do you know the lab protocols?  Or
24 you're just saying you've been in a lot of labs

Page 196

1 that are dirty from your 30 years' experience?
2 A      I've been in a lot of labs that are
3 dirty from my 30-plus years of experience.
4 Every -- I would say every week I'm down in the
5 pathology lab on a weekly basis.
6 Q      I'm sure you are.  And you see all the
7 dirt and sand and asbestos and talc in the lab;
8 correct?
9 MS. CURRY:
10        Object to the form.
11 A      I just see that they're filthy.  It's
12 no offense to them.  They just don't need to be
13 sterile like an operating room.  I'm not trying
14 to offend any pathologist.  But they're filthy.
15 MS. THOMPSON:
16 Q      Okay.  Let's -- I want to talk a little
17 bit more about this opinion that the cervix is
18 most certainly closed.  Okay?
19 A      Sure.
20 Q      You do say that --
21        Well, there -- there are lots of
22 intrauterine procedures that are done through the
23 cervix; correct?
24 A      Correct.

Page 197

1 Q      That would include IUD insertion?
2 A      Right.
3 Q      Endometrial biopsies?
4 A      Right.
5 Q      HSG?
6 A      Yes.
7 Q      And you would agree that most of the
8 time these procedures don't require cervical
9 dilation; correct?
10 A      Correct, yes.
11 Q      And particularly in parous --
12 reproductive women.
13 A      Right.
14 Q      Women of reproductive age is what I
15 meant by that.
16 A      Yes.
17 Q      What is the diameter of the
18 endocervical canal?
19 A      I don't know offhand.
20 Q      If the medical literature said 7 to 8
21 millimeters, would you disagree with that?
22 A      I would definitely disagree with that.
23 Q      Well, I believe you testified before
24 that you could not find a graphic that was

50 (Pages 194 - 197)

Page 198

1 consistent with your views of it being a closed
2 system. Is that still the case?
3 A    Yes. Because the graphics that are
4 drawn are drawn in sort of a cartoonish way to
5 demonstrate anatomy.
6 Q    I could not find any diagram that would
7 fit with your description either. I found a lot
8 of diagrams of cervical anatomy. This is an
9 example from the Cleveland Clinic we'll mark as
10 Exhibit 16.
11    (PLAINTIFF'S EXHIBIT NUMBER 16
12    WAS MARKED FOR IDENTIFICATION.)
13 MS. THOMPSON:
14 Q    Do you think this diagram is
15 inaccurate?
16 A    It's a -- it's a re- -- like many that
17 I've seen, it's a reasonable way to demonstrate
18 the anatomy. But the first thing I notice is
19 that the vagina is open, and the vagina -- the
20 vaginal walls are not separated. They're --
21 they're right next to each other.
22 Q    Well, it doesn't show that --
23    It's --
24    You don't have a front wall of the

Page 199

1 vagina in the sagittal section.
2 A    This -- this demonstrates the front
3 wall of the vagina, which is right below the
4 bladder, and the posterior wall of the vagina,
5 and there's -- there's a space between them. And
6 it's drawn that way to demonstrate the anatomy.
7 But, in reality, there is no space, if -- there
8 is no space between them, unless you insert
9 something.
10 Q    Well, let's look at the cervix. It
11 would be very easy for this diagram to show the
12 cervix being closed; correct?
13 A    It would. But it wouldn't demonstrate
14 that there's a canal there.
15 Q    Well, if there's a canal, it's not
16 closed.
17 A    It's a canal full of thick mucus, which
18 closes it off.
19 Q    Okay. And we've already established
20 that you have not given us a basis for mucus
21 keeping talc particles out; correct?
22 MS. CURRY:
23    Objection.
24 A    Well, it keeps E. coli out, which is

Page 200

1 smaller --
2 MS. THOMPSON:
3 Q    I did not ask about E. coli. I asked
4 about talc particles.
5 A    E. coli is smaller than a talc
6 particle.
7 Q    Does it keep talc particles out, that
8 you're aware of?
9 A    It does.
10 Q    What is your basis for that opinion --
11 A    Because I don't --
12 Q    -- besides your experience?
13 A    Well, I don't see inflammation in the
14 fallopian tube, and most women are not infertile.
15 If talc was getting into the tubes and if it
16 caused inflammation, it would block the tubes.
17 It would cause adhesions.
18 Q    But you still have no literature that
19 you can direct me to that would indicate mucus
20 keeps talcum particles out of the cervix;
21 correct?
22 A    The fact that the majority of the
23 population is not infertile tells us that talc
24 particles are not making it up there and causing

Page 201

1 inflammation.
2 Q    And that's what you're using for your
3 basis as to the cervix keeps talc particles out?
4 A    Yes.
5 Q    All right. And I'll give you something
6 else.
7 A    Well, in addition to these -- in
8 addition to these literature that I cited and
9 mentioned earlier that says that every single one
10 of them had to use artificial circumstances to
11 get the particles beyond the cervix.
12 Q    Yes. And we've already discussed that.
13 A    So it's both of them.
14 Q    And I have a literature that indicates
15 that the endocervical canal is 7 to 8
16 millimeters. So I'm gonna just tell you that
17 that's -- that's just for a hypothetical.
18 MS. CURRY:
19    Object to the form.
20 A    That's not what I see.
21 MS. CURRY:
22    Object to the form.
23    I'm sorry. What was the question?
24 MS. THOMPSON:

51 (Pages 198 - 201)

Page 202

1    The question is I asked him if he knew
2  the diameter of the cervix, and he said no. And
3  I have literature that says it's 7 to 8
4  millimeters.
5  MS. CURRY:
6        Is that your testimony?
7  MS. THOMPSON:
8        I was gonna ask him a question with an
9  assumption, but I can ask --
10  MS. CURRY:
11        Oh. I was waiting for the question.
12  That's all I was waiting for. That can be a
13  built-in assumption. I just didn't hear a
14  question after the assumption.
15  MS. THOMPSON:
16  Q    If the medical literature says that the
17  diameter of the endocervix is 7 to 8 millimeters,
18  would you have any basis to disagree with that?
19  A    That's not what I see on a daily basis.
20  When I try to get a Pipelle into a cervix, many
21  times it's a struggle. A Pipelle is 2 or 3
22  millimeters.
23  Q    Would you have any medical literature
24  that would contradict the 7- to 8-millimeter

Page 203

1  endocervical canal?
2  A    I would have to look.
3  Q    That's what I found, so I'd be
4  surprised if you find something, but you please
5  look and provide that to me.
6        You mentioned that --
7        What's the smallest -- the diameter of
8  the smallest Hegar dilator, the very smallest,
9  the tiny one?
10  A    I would say maybe 1.5 millimeters or --
11  I don't know. It's -- I believe they're listed
12  in French.
13  Q    They are. But French --
14  A    Converts.
15  Q    -- converts, yes.
16        If I told you 3.5 millimeters is the
17  smallest Hegar dilator, would you disagree with
18  that?
19  A    I would not disagree with that.
20  Q    Okay. And you also talked about using
21  an endocervical brush for a pap smear; right?
22  A    Yes.
23  Q    Do you use ThinPrep?
24  A    I did in my old practice. We use

Page 204

1  SurePath --
2  Q    Okay.
3  A    -- where I am now.
4  Q    But you're familiar with the
5  ThinPath -- ThinPrep technique for pap smear;
6  correct?
7  A    Yes. That's actually what -- the
8  transport media that we used in our research.
9  Q    Okay. And 90 percent of practitioners
10  use ThinPrep now. Would you --
11  A    Correct.
12  Q    -- disagree with that?
13        Okay?
14        (PLAINTIFF'S EXHIBIT NUMBER 17
15        WAS MARKED FOR IDENTIFICATION.)
16  MS. THOMPSON:
17  Q    We'll mark as Exhibit 17 -- this is the
18  reference guide for obtaining a pap smear with
19  the endocervical technique. Would you agree that
20  this is what's provided by ThinPath -- ThinPrep
21  for obtaining a pap smear with ThinPrep?
22  A    Yes.
23  Q    And I actually found dimensions of the
24  endocervical brush that's used with the ThinPrep

Page 205

1  system. Would you have any --
2        And this we'll mark as Exhibit 18.
3        (PLAINTIFF'S EXHIBIT NUMBER 18
4        WAS MARKED FOR IDENTIFICATION.)
5  MS. THOMPSON:
6  Q    Would you have any reason to disagree
7  with the dimensions provided by ThinPrep?
8  A    No.
9  Q    So the -- the diameter of the actual
10  brush is 7 millimeters. Would you disagree with
11  that?
12  A    That's correct.
13  Q    And the length of the brush is 20
14  millimeters. Would you disagree with that?
15  A    No.
16  Q    And the instructions for use for
17  ThinPrep do recommend that you insert the brush
18  all the way into the endocervical canal; correct?
19  A    Correct.
20  Q    And I'll go back to the medical
21  literature. You would agree that the
22  endocervical -- endocervix is described as a
23  canal; correct?
24  A    Correct.

52 (Pages 202 - 205)

Page 206

1 Q    Oftentimes as a tunnel; correct?
2 A    Yes.
3 Q    And I've also seen in the medical
4 literature the cervix described as a doughnut.
5 Correct?
6 A    Yes.
7 Q    But that, in your opinion, would be a
8 doughnut that's closed, a hole -- a doughnut
9 without a hole.
10 A    I didn't say that.  It's closed off
11 with mucus is what I said.
12 Q    Okay.  So it would be --
13 A    It has a mucus-filled plug.
14 Q    -- a cream-filled doughnut.
15 A    It has a -- it has a -- it has a mucus
16 plug, which I think most people have heard of.
17 Q    Yeah.  But you don't have any problem
18 getting your endocervical brush into the --
19 through the mucus, do you?
20 A    No.  And the mucus comes out with it.
21 Q    Yeah.  Sure.  I know that.
22    But you don't have trouble inserting
23 the brush because there's mucus there; correct?
24 A    Not at all.

Page 207

1 Q    So we're not talking about some kind of
2 thick goo.
3 A    It's pretty thick, but it's certainly
4 easily done with a pap smear.
5 Q    It can be thicker or thinner in some
6 women --
7 A    Yes.
8 Q    -- and some women don't have very much
9 mucus at all; correct?
10 A    Right.
11 Q    So I enlarged figure 3.  And we're
12 gonna do some math.  Okay?
13 A    Okay.
14    (PLAINTIFF'S EXHIBIT NUMBER 19
15    WAS MARKED FOR IDENTIFICATION.)
16 MS. CURRY:
17    Figure 3 from what?
18 MS. THOMPSON:
19    The last exhibit, the third figure
20 down, showing the endocervical brush in the
21 canal.
22 Q    And these figures certainly don't show
23 the cervix closed, that you have to break it open
24 to put in an endocervical brush, do they?

Page 208

1 A    Many times you do.  I would argue
2 you --
3    I mean, I can't see into the uterus, if
4 that's what you're saying.
5 Q    Okay.
6 A    You should be able to see through a
7 7-millimeter hole.
8 Q    I'm going to ask you to do some math.
9 If you want to use a calculator, you can, or else
10 we'll have Ryan do the math on his.  Would you be
11 okay with that?
12 MS. CURRY:
13    I'm going to object to that.
14 MS. THOMPSON:
15    To doing math?
16 MS. CURRY:
17    Yes.
18 MS. THOMPSON:
19    To Ryan doing it or to me asking the
20 question?
21 MS. CURRY:
22    We'll see what the question is and how
23 complicated it is.  But if it requires a
24 calculator --

Page 209

1 MS. THOMPSON:
2    Okay.  It's going to call for a
3 calculator, but I don't know what the objection
4 would be to it.
5 MS. CURRY:
6    Well, I just want to see exactly --
7 MS. THOMPSON:
8 Q    We are going to calculate --
9    We can draw it on the exhibit.  We're
10 gonna calculate the volume of the brush in the
11 endocervical canal.  Okay?
12    Now, you say there's mucus, but you've
13 displaced the mucus with the brush; correct?
14 A    Right.  And I still can't see through
15 it.  I still can't see through the canal.
16 Q    Okay.  Just go with my questions, if
17 you can.
18 A    Seven millimeters, I should be able to
19 see.
20 Q    So about 20 millimeters here, the
21 length.  We've got 7.5, the diameter.  And I will
22 represent to you that the formula for calculating
23 that volume here is pi, 3.14 --
24    I bet you remember that.

53 (Pages 206 - 209)

Page 210

1  A      I do.
2  Q      -- times the radius squared.
3  A      Okay.
4  MR. BEATTIE:
5        Times the height.
6  MS. THOMPSON:
7  Q      And then times the height.  I was going
8  to do it in segments.  Okay.
9        Would you disagree with that formula --
10  A      That's a fair --
11  Q      -- calculating the volume of the
12  cylinder?
13  A      That's a fair statement.
14  Q      And the -- if we use 7 millimeters,
15  which, conveniently, is the diameter of the brush
16  and what's in the medical literature as the
17  diameter of the cervical endocervix and multiply
18  that to get the volume, it would come to --
19        Ryan?
20  MR. BEATTIE:
21        Well, we have to change it to microns
22  first.
23  MS. THOMPSON:
24  Q      So we have to change it to microns, so

Page 211

1  we're going to multiply it by a thousand.  Does
2  that millimeter --
3        Just follow along.  If you can't
4  understand it, just say "I don't understand it."
5  But we're going to do it.
6  MS. CURRY:
7        I'm going to object to this entire
8  question.
9  MS. THOMPSON:
10  Q      Okay.  How big is a talc particle?
11  You've testified to that before.
12  A      I think it's 5 microns.
13  Q      It's 5 microns.  And how many microns
14  are in a millimeter?
15  A      I'd have to look that up.
16  Q      Does a thousand sound right?
17  A      I would have to look that up.  But I
18  trust you.
19  Q      Okay.  All right.  Let's say it is.
20        And the average talc particle is 5
21  microns.  I'll agree with you on that, so you
22  don't have to look that up.
23  A      Well, I just want to remind myself of
24  something.  Go ahead.  I'm listening.

Page 212

1  Q      Okay.  And you'll agree that talc and
2  asbestos come in different shapes; right?
3  A      They do.
4  Q      They could be fiber or needlelike.
5  MS. CURRY:
6        Object to the form.
7  A      I -- I'm -- to be honest with you, I'm
8  gonna defer to a mineralogist on the shapes and
9  the --
10  MS. THOMPSON:
11  Q      Okay.  But they --
12  A      Anything --
13  Q      You do know they come in different
14  shapes, and they can come in fibers; correct?
15  A      I've -- I've -- I've read that.
16  Q      Do you know that much?
17  A      I've read that, yes.
18  MS. CURRY:
19        You guys are talking over each other.
20  I'm sure that the court reporter is not happy.
21  MS. THOMPSON:
22        I'm sorry.  We'll try to do better.
23  Q      Okay.  So we are going to convert --
24        You've already agreed to the formula

Page 213

1  for a cylinder.  We're going to convert the
2  millimeters to microns.  That's not difficult;
3  correct?
4  MS. CURRY:
5        Object to the form.
6  MS. THOMPSON:
7  Q      Did you hear my question?
8  A      Yes.
9  Q      That's not difficult to convert microns
10  to millimeters.
11  A      Proceed.
12  Q      Okay.  And so the volume of that
13  endocervical canal where you place your brush for
14  a pap smear would be --
15        Ryan?
16  MR. BEATTIE:
17        What's the --
18  MS. THOMPSON:
19        The volume of the cylinder in microns.
20  MR. BEATTIE:
21        It's 700 -- well, it's the 769 billion.
22  MS. THOMPSON:
23  Q      So it's 769 billion --
24  A      Okay.

54 (Pages 210 - 213)

Page 214

1  Q       -- microns.
2  MS. CURRY:
3          Objection. Counsel should not be
4  testifying, doing math problems, and saying what
5  the figures are here.
6  MS. THOMPSON:
7          I asked him if he wanted to do it
8  himself. You're welcome to take out your
9  calculator and do these yourself. So far he
10 hasn't disagreed with any of the method for
11 calculating. I was just offering to do the --
12 A       E. coli is 2 microns.
13 MS. THOMPSON:
14 Q       Okay. We're talking about talc that's
15 average 5 microns now, though.
16 A       So E. coli's smaller.
17 Q       You don't even know what I'm asking
18 you. I'm just asking you -- I've asked you so
19 far the volume of the where you put your
20 endocervical --
21         I hope you're not putting E. coli in
22 with your cervical brush. And so --
23         And then we're going to divide that by
24 5, because particles are 5 microns. Correct?

Page 215

1  A       Correct.
2  MS. CURRY:
3          Object to the form.
4  MS. THOMPSON:
5  Q       Do you know how many talc particles you
6  could fit in this volume of the cervix that you
7  used when you used an endocervical brush for a
8  pap smear?
9  A       No.
10 MS. CURRY:
11         Object to the form.
12 MS. THOMPSON:
13 Q       Do you want to calculate it yourself?
14 A       Hmmm.
15 Q       I mean using the formula.
16 A       Sure. I'll do that.
17 Q       Okay. All right. You just let me know
18 what information you need.
19 A       Well, I'll pass. You go ahead.
20 Q       Okay.
21 MS. THOMPSON:
22         Ryan, we can see if we get the same
23 numbers.
24 Q       But that would be 153,860,000,000

Page 216

1  particles of talc in this volume of the
2  endocervix. And are you saying that that cervix
3  is closed so that you couldn't get one single
4  particle through it?
5  MS. CURRY:
6          Continuing objection to this line of
7  questioning.
8  A       I'm just curious why E. coli doesn't
9  get through there, because it lives in that area.
10 MS. THOMPSON:
11 Q       Well, E. coli does get through. Women
12 get PID, don't they?
13 A       PID is a sexually transmitted disease.
14 So, I mean, sexually transmitted diseases have
15 evolved over millions of years to be carried up
16 with the sperm. I don't know that talc is
17 evolving as fast as STDs. I just don't know.
18 Q       All right. But you will agree that in
19 that volume of the cervix, you, using the average
20 size of a talc particle, you would have 154
21 billion particles.
22 MS. CURRY:
23         Objection.
24 A       And I would argue that I should be able

Page 217

1  to see inside the uterus through 7 millimeters,
2  because I can see the Mobile River through 7
3  millimeters.
4  MS. THOMPSON:
5  Q       Okay. I'll move on.
6  A       So I just can't see through --
7          I can't see the endometrium.
8  Q       But your testimony is that, in your
9  opinion, a 5-micron talc particle cannot get
10 through the cervical barrier because it is most
11 certainly closed. Is that your testimony?
12 A       Closed with mucus. Yes, that's my
13 testimony. Closed with a thick mucus that
14 protects the female reproductive tract.
15 Q       And that doesn't allow a talc particle
16 to go through?
17 A       It protects the reproductive tract from
18 all foreign bodies, with the exception of STDs.
19 Q       And do you know of any literature to
20 that effect?
21 A       Well, again, going back to these
22 articles that I've cited --
23 Q       Those are -- we already determined
24 those articles don't say that the cervix keeps

55 (Pages 214 - 217)

Page 218

1 the particles out, because those articles say
2 particles get through.
3 A        But they had to use artificial
4 conditions in every single one of them to do
5 that.
6 Q        But any of those particles --
7 MS. CURRY:
8            Please just stop cutting him off.
9            Also, wait until she's finished with
10 the question, and then respond.  And please wait
11 until he's done.
12 MS. THOMPSON:
13 Q        Did any of those articles say the
14 particles got through because they used
15 artificial conditions?  Did any of them say that?
16 A        The artificial conditions are
17 described.  Monkeys were strapped to a cross.
18 Q        I didn't --
19 A        The pelvis was elevated to 25 to 30
20 degrees, head down and pelvis up.  The legs were
21 held to the knees, bent, with a Velcro strap.
22 Each of the monkeys was injected with an
23 artificial, produced talc slurry.  Once a week --
24 once a week the monkeys were injected with ten

Page 219

1 units of oxytocin.
2            I'm sorry.  That's not like a woman
3 sprinkling talcum powder on her perineum.  I will
4 not agree to that.
5 MS. THOMPSON:
6            Okay.  I'm going to move to strike all
7 the testimony.
8 Q        And we can move through this a lot
9 easier if you'll listen to my question and answer
10 my question.
11            My question was:  Did any of the
12 articles state that the only reason particles got
13 through was because they put women in artificial
14 positions?
15 A        No.
16 MS. CURRY:
17            Object to the form.
18 MS. THOMPSON:
19 Q        All right.  I'll move to another topic.
20            Tell me everything you know about
21 asbestos.
22 MS. CURRY:
23            Object to the form.
24 A        I know that it's related to thoracic

Page 220

1 mesothelioma.
2 MS. THOMPSON:
3 Q        Is it causative for malignant
4 mesothelioma?
5 A        I believe it is.  And I believe it's
6 causative of peritoneal mesothelioma.
7 Q        But you have no idea how the asbestos
8 gets to the perineum; right?
9 A        Right.
10 Q        You know how it gets to the lung and
11 pleura; correct?
12 A        Through patients breathing it in?  Yes.
13 Q        What else?
14 MS. CURRY:
15            Objection.
16 A        In my opinion, it's not related to a
17 cancer of the ovary.
18 MS. THOMPSON:
19 Q        That's something you know about
20 asbestos?
21 A        Yes.
22 Q        But you would agree with me that IARC
23 does say it's related to cancer of the ovary;
24 correct?

Page 221

1 A        Based on studies that were done on
2 death certificates, yes, they do state that.
3 Q        Okay.
4 A        But it's -- I think they're going to
5 overturn that next time they meet.
6 Q        How confident are you of that?
7 A        Very.
8 Q        What would happen to your opinions --
9            Would they change if IARC determines
10 that the perineal use of talcum powder causes
11 ovarian cancer?
12 A        I'd have to see their monograph and
13 what data it's based on.  The data that they
14 cited for talc was prior -- 2006 and prior.  So
15 that data's almost 20 years old.
16 Q        Okay.
17 A        So I'd have to see the studies that
18 they cite.
19 Q        Okay.  Well, let's stay with asbestos.
20 What else do you know about asbestos?
21 A        Very little.  I'm not really gonna
22 opine on asbestos for their...
23 Q        So you're going to defer to whom for
24 your -- for any opinions about asbestos?

56 (Pages 218 - 221)

Page 222

1 MS. CURRY:
2        Object to the form.
3 A        I would say a mineralogist or an
4 epidemiologist. I'm just not going to opine on
5 asbestos.
6 MS. THOMPSON:
7 Q        Other than that it doesn't cause
8 ovarian cancer?
9 A        Right. It does not ---
10 Q        That's the one opinion that you're
11 willing to give about asbestos?
12 A        Well, I'm a gynecologic oncologist. I
13 ought to know the risk factors for ovarian
14 cancer, and asbestos is not one of them.
15 Q        Do you know the mechanism as to how
16 asbestos causes cancer of any kind?
17 MS. CURRY:
18        Object to the form.
19 A        I don't.
20 MS. THOMPSON:
21 Q        Do you know the different types of
22 asbestos?
23 A        I do not. I've read about them, but I
24 can't recite them.

Page 223

1 Q        Have you seen any Johnson & Johnson
2 documents as to the presence of asbestos in
3 talcum powder?
4 A        No.
5 Q        Have you seen any Johnson & Johnson
6 documents as to whether asbestos causes ovarian
7 cancer?
8 A        I have not.
9 Q        Do you know what types of asbestos are
10 in Johnson's Baby Powder?
11 MS. CURRY:
12        Object to the form. Lacks foundation.
13 MS. THOMPSON:
14 Q        Do you know which types are
15 carcinogenic?
16 A        I do not.
17 Q        Do you know what conditions have been
18 linked to asbestos?
19 A        No.
20 Q        Do you know other cancers besides
21 pleural mesothelioma that have been linked with
22 asbestos exposure?
23 MS. CURRY:
24        Object to the form.

Page 224

1 A        I'm really not gonna opine on asbestos
2 outside of what I said.
3 MS. THOMPSON:
4 Q        Okay. Do you know?
5 A        What's the question, again?
6 Q        What other types of cancers have been
7 linked to asbestos?
8 A        Oh. Not really, no. That's really not
9 part of my practice.
10 Q        Yeah. And I didn't ask if it was a
11 part of your practice. I was just asking if you
12 knew.
13 A        It's --
14        My practice is gynecologic oncology,
15 and I can opine on things related to that, but --
16 Q        Okay. But you are a physician;
17 correct?
18 A        I am.
19 Q        All right. So just asking the question
20 to see what your knowledge base is.
21        Do you know when asbestos was first
22 identified as a carcinogen?
23 MS. CURRY:
24        Objection. Lack of foundation.

Page 225

1 A        I don't.
2 MS. THOMPSON:
3 Q        Do you know what morphology asbestos
4 appears in?
5 MS. CURRY:
6        Objection.
7 A        I don't.
8 MS. THOMPSON:
9 Q        Do you know the definition of a fiber?
10 A        To be honest with you, I've read a
11 little bit about these things, but I didn't
12 retain much. It's really not my area of
13 expertise.
14 Q        Okay. Do you know what aspect ratio
15 means?
16 A        No.
17 Q        Do you know the definition of an
18 asbestiform habit?
19 A        No.
20 Q        Do you know what a cleavage fragment
21 is?
22 A        No.
23 Q        Do you know what IARC says about
24 fibrous talc?

57 (Pages 222 - 225)

Page 226

1 A       Again, the -- the -- the description at
2 a microscopic level, I'm gonna leave that up to a
3 mineralogist.
4 Q       Do you think a mineralogist can explain
5 the molecular actions of asbestos?
6 MS. CURRY:
7           Object to the form.  Calls for
8 speculation.
9 A       I don't know.
10 MS. THOMPSON:
11 Q       Has any agency identified a safe level
12 of asbestos exposure?
13 MS. CURRY:
14           Object to the form.
15 MS. THOMPSON:
16 Q       To your knowledge.
17 A       Well, asbestos is ubiquitous in the
18 environment.  I do remember IARC saying that.
19 It's present throughout the environment.  So
20 there must be some safe level.
21 Q       Listen to my question, please.
22           Has any agency identified a safe level
23 of asbestos?
24 MS. CURRY:

Page 227

1           Object to the form.
2 A       Not that I know of.
3 MS. THOMPSON:
4 Q       How is testing for asbestos performed?
5 MS. CURRY:
6           Object to the form.  Lack of
7 foundation.
8 A       I don't know.
9 MS. THOMPSON:
10 Q       What is the J41 method for asbestos
11 testing?
12 A       I don't know.
13 MS. CURRY:
14           Objection.  Lack of foundation.
15 MS. THOMPSON:
16 Q       What is an EMP?
17 A       I don't know.
18 Q       What does EMP stand for?
19 MS. CURRY:
20           Objection.  Lack of foundation.
21 A       Um, I would have to guess.
22 MS. THOMPSON:
23 Q       What's your guess?
24 MS. CURRY:

Page 228

1           Please don't speculate.
2 A       That's just not a term I use in my
3 practice, so I -- I don't know.
4 MS. THOMPSON:
5 Q       Are you familiar with the term of
6 elongate mineral particle?
7 A       No.
8 Q       Do you know anything about health
9 effects of elongate mineral particles?
10 MS. CURRY:
11           Object to the form.
12 A       No.
13 MS. THOMPSON:
14 Q       How does asbestos interact with DNA and
15 chromosomes?
16 A       I don't know.
17 Q       What is the importance of fiber length?
18 MS. CURRY:
19           Of what?
20 MS. THOMPSON:
21           Fiber length.
22 A       Fiber length.  That's a good question.
23 MS. CURRY:
24           Object to the form.  Lack of

Page 229

1 foundation.
2 A       I don't really know.
3 MS. THOMPSON:
4 Q       Anyone need a break?
5 A       No.  I just had a message from the
6 hospital.  It can wait.
7 Q       Well, we're in between sections, if you
8 want.
9 A       I can check it, at least.  Go off the
10 record for a minute.
11           (OFF THE RECORD.)
12 MS. THOMPSON:
13 Q       I have a couple of questions just
14 relating to general opinions, and then we'll go
15 ahead and get to Brandi Carl's case, if that's
16 okay.
17           When you had looked at the case-control
18 studies, you testified in the past that you
19 consider any of the case control that show an
20 increase that's not statistically significant as
21 indicating that there's no association.  Is
22 that --
23 A       That's corr- --
24 Q       -- still your opinion?

58 (Pages 226 - 229)

Page 230

1  A      That is correct.
2  Q      And do you understand that that opinion
3  is not consistent with current thinking in the
4  field of epidemiology?
5  MS. CURRY:
6          Object to the form.
7  A      Statistical significance is present --
8  it's throughout the literature, in everything
9  published. So my opinion is based on current
10 publications of data that I read in journal
11 articles throughout the literature that reference
12 odds ratios and confidence intervals. So if that
13 deviates from epidemiologists --
14         And I know at the most recent trial --
15         Well, yes, I'm aware of that.
16 MS. CURRY:
17         You've answered the question.
18 MS. THOMPSON:
19 Q      You can finish your question. And that
20 would be Dr. Rothman; right?
21 A      Yes.
22 Q      And do you know that hundreds of other
23 epidemiologists have signed on to statistical
24 significance does not mean that there's not an

Page 231

1  association; correct?
2  A      I'm aware of that.
3  Q      Did you read the letters to the editor
4  and response from Dr. O'Brien on her paper?
5  A      I'm not sure.
6  Q      Okay. You're not an epidemiologist.
7  A      No.
8  Q      But if an epidemiologist said that the
9  lack of statistical significance does not mean
10 that the study does not show an association,
11 particularly in aggregate, they would be wrong;
12 correct?
13 A      I think that would be conflicting with
14 most of the literature that's being published
15 today, every day, in medical and scientific
16 journals, yes.
17 Q      Would it be inconsistent with your
18 opinion?
19 A      And my opinion is in line with the
20 majority of articles that are published. You
21 cannot publish an article without using
22 statistical significance.
23 Q      Well, maybe my question wasn't as I
24 intended. My question is: Do the articles state

Page 232

1  that because of the lack of statistical
2  significance, that their findings of increased
3  risks are insignificant --
4  MS. CURRY:
5          Object --
6  MS. THOMPSON:
7  Q      -- or are -- are meant to show there's
8  no association?
9  MS. CURRY:
10         Object to form.
11 A      That's a very broad statement. I'd
12 have to --
13         Can you be more specific?
14 MS. THOMPSON:
15 Q      In the case-specific control studies
16 that you looked at that showed an association but
17 a lack of statistical significance, did those
18 authors conclude that that meant there was no
19 association between talc and ovarian cancer?
20 MS. CURRY:
21         Object to the form.
22 MS. THOMPSON:
23 Q      Or did Dr. Finan conclude that?
24 A      No. Some of the authors claimed an

Page 233

1  association, despite the fact that there was no
2  statistically significant difference between the
3  two groups, that the confidence interval crossed
4  1.
5  Q      But your opinion is still that means no
6  association. Not an increased association that
7  wasn't statistically significant for --
8          There are lots of other reasons why
9  something can be not statistically significant
10 without there being a no association; correct?
11 MS. CURRY:
12         Object to the form.
13 A      Sure.
14 MS. THOMPSON:
15 Q      Like the numbers in the study.
16 A      Sure. And my opinion is in line with
17 hundreds, if not thousands, of other authors that
18 publish every single day in medical and
19 scientific literature.
20 Q      And another reason could be the power
21 of the study; correct?
22 A      Yes.
23 Q      And I believe you testified previously
24 that in addition to recall bias, publication

59 (Pages 230 - 233)

Page 234

1 bias, and other biases in the case-control
2 studies, you also said there could be author
3 bias.
4 A    Of course.
5 Q    What do you mean by that?
6 A    Well, when an author designs a study,
7 they have to make choices. They have to make
8 choices as to who they're gonna include, who
9 they're gonna exclude. They have to make choices
10 about control groups. How are they gonna contact
11 the control groups? How many exclusions are
12 there gonna be to the controls? How are they
13 gonna match the controls?
14    So that is an opportunity to insert
15 bias in some cases. And it's -- it's true
16 throughout the literature as well. It's not
17 unique to this topic.
18 Q    And is it your opinion that that author
19 bias would just be in the studies that show that
20 statistically significant increase or both?
21 A    No, of course not. I just said that
22 there's author bias throughout the literature and
23 there's author bias on both sides of this topic.
24 Q    Okay. So you're not suggesting that

Page 235

1 Dr. Cramer, who published his first study showing
2 the increased risk, was influenced by lawsuits or
3 lawyers?
4 A    No, not at all. No.
5 Q    Okay. And the same would be true for
6 the studies being published today?
7 A    In many cases, yes. It's just a --
8 it's just a well-described bias that's present
9 throughout the literature.
10 Q    So it's not a reason, just because an
11 expert or scientist has consulted with either
12 side, that you discount their findings; right?
13 MS. CURRY:
14    Object to the form.
15 A    No. It's just a well -- it's a
16 well-described bias, not just because -- not just
17 from experts but authors in general. Everyone
18 has bias, just like news commentaries have bias,
19 and they can choose how they present a particular
20 news article on TV. There's bias everywhere.
21 It's not -- it's not something that you can just
22 exclude. It's -- it's a known, well-described
23 point of bias.
24 Q    All right. Let's move along to

Page 236

1 Brandi Carl. Tell me the methodology that you
2 used to give your opinions on the Brandi Carl
3 case as to whether talcum powder caused or
4 contributed to her borderline ovarian cancer, or
5 her borderline -- excuse me -- her borderline
6 ovarian tumor.
7 A    Well, I reviewed her medical records, I
8 reviewed the medical literature, I reviewed
9 essentially everything that I've described in
10 this paper, and I used Bradford Hill analysis to
11 sort of guide me in that review.
12 Q    Have you ever done a Bradford Hill
13 analysis in any other work you've done?
14 MS. CURRY:
15    Object to the form.
16 A    To be honest with you, only in this --
17 only in this work have I used a Bradford Hill
18 analysis.
19 MS. THOMPSON:
20 Q    So it's not part of your regular
21 practice of medicine?
22 A    Well, I take that back. When I -- you
23 know, when -- when looking at the cause of
24 cervical cancer or lung cancer or when articles

Page 237

1 are published trying to search for a reason for
2 any cancer, I guess I do use that method, yes.
3 So I misspoke there.
4 Q    You performed your own Bradford Hill
5 analysis when you looked at cause of cervical
6 cancer?
7 A    No.
8 Q    Or you just read --
9 A    I read the articles that described --
10 you know, they initially thought, as you well
11 know -- I'm not telling you anything you don't
12 know -- they initially thought that herpes was a
13 cause, yet herpes was just associated with it.
14 It ended up being caused by HPV. No. I just
15 read the literature.
16 Q    So the answer to the question have you
17 ever performed a Bradford Hill analysis yourself
18 would be no.
19 MS. CURRY:
20    Object to the form.
21 A    Not a formal one. I guess I do it in
22 my mind when I'm, you know, reading anything new
23 that comes up with regard to causes of various
24 cancers.

60 (Pages 234 - 237)

Page 238

1 MS. THOMPSON:
2 Q    Would you have known or could you have
3 recited the Bradford Hill factors prior to
4 working on these cases?
5 A    No.
6 Q    And you have stated that the only
7 potential cause of ovarian cancer is a genetic
8 mutation like BRCA; correct?
9 A    The only known cause.
10 Q    Yes.
11       And is there any evidence that
12 Miss Carl had a genetic cause for her borderline
13 tumor?
14 A    No.
15 Q    Did she have genetic testing?
16 A    She had genetic testing as part of her
17 infertility workup, but I think it was limited to
18 those genes that are pertinent to infertility, if
19 I'm not mistaken.  She underwent a carrier-type
20 analysis --
21 Q    Okay.
22 A    -- that did not reveal any genetic
23 mutations.  That was on October 12th, 2012, by
24 Integrated Genetics.

Page 239

1 Q    Okay.  And that's not the same thing
2 as --
3 A    No.
4 Q    -- ovarian cancer genetic panel;
5 correct?
6 A    Correct.
7 Q    Does she have any relevant family
8 history?
9 A    Not that I know of, no.
10 Q    And did you read the deposition of her
11 treating doctor, Dr. Elizabeth Burton?
12 A    Oh.  Let me see.  I'd have to look at
13 my --
14       Yes, I did.
15 Q    And do you recall Dr. Burton testifying
16 that genetic mutations are typically not
17 associated with borderline tumors?
18 A    That is true.
19 Q    And you would agree with that?
20 A    Yes.
21 Q    Did you see Dr. Burton's testimony
22 that --
23 A    Well, I should say they're -- they're
24 much less commonly involved than with invasive

Page 240

1 ovarian cancer.  They are present but at a much
2 lower level.
3 Q    Did you see Dr. Burton's testimony that
4 every tumor has a genetic and an environmental
5 cause?
6 A    I don't recall that.
7 Q    Would you agree with that statement
8 from Dr. Burton?
9 MS. CURRY:
10       Object to the form.
11 A    We don't know the cause of most
12 cancers, so I don't -- I don't think that's a
13 fair statement.  We only know the cause of a
14 handful of cancers.
15 MS. THOMPSON:
16 Q    So you would disagree that, in addition
17 to a genetic mutation that can cause ovarian
18 cancer, there has to be something along with it?
19 A    The truth is we don't know what causes
20 most cancers.  There's a lot of research being
21 done, there's a lot of theories, but we just
22 don't know.
23 Q    What's your explanation for why not all
24 BRCA1 and 2 patients get ovarian or breast

Page 241

1 cancer?
2 A    Well, it's the same explanation as to
3 why don't all smokers get lung cancer.  You can
4 smoke for 80 years and not get lung cancer.  It
5 just -- it's...
6 Q    But you will not agree that the genetic
7 mutation is also accompanied by an environmental
8 exposure?
9 A    I --
10 MS. CURRY:
11       Object to the form.
12 A    I don't think that's been proven.  No.
13 It's certainly a theory.
14 MS. THOMPSON:
15 Q    Is it plausible?
16 A    Are you using a legal definition of
17 plausible?
18 Q    I -- I am just using the everyday
19 definition of --
20       I don't know a legal definition of
21 plausible, honestly.
22 A    I'm just asking.
23 Q    Oh.
24 A    I don't want to, you know --

Page 242

1  Q        There's certainly a definition in
2  Bradford Hill criteria of plausibility; correct?
3  A        Right.  Yes.  I'd say it's plausible,
4  yes.
5  Q        And that's not a legal definition of
6  plausibility.
7  A        I'm trying to stay out of impeachment
8  jail.  So I want to make sure that if a legal
9  term is used, I know it's a legal term.
10  Q        Okay.
11  A        That was my only motivation for asking
12  you that.
13  Q        Have you thought I'm trying to send you
14  to impeachment jail?
15  A        No.
16  MS. CURRY:
17        For the record, there's no such thing
18  as impeachment jail.
19  MS. THOMPSON:
20  Q        There is contempt jail.
21  A        Yes.
22  Q        But I don't think anything's risen to
23  that level today.
24        At the beginning of your review of the

Page 243

1  medical records and other documents that you
2  looked at with Miss Carl, did you know beforehand
3  that your conclusion would be that talcum powder
4  did not contribute to her borderline tumor?
5  A        I'm not sure I understand the question.
6  Q        Did you know before you looked at all
7  the records that you would not give an opinion
8  that talcum powder use contributed to her
9  borderline tumor?
10  A        Um, well, since I had already come to
11  the conclusion that the migration theory doesn't
12  hold water, that the inflammation theory doesn't
13  hold water, and based on all of the work that I
14  had done since 2015, I would say certainly that
15  experience influenced my opinion and was
16  supportive of it.  But the truth is when I saw
17  that she had a borderline tumor, I did look at it
18  very carefully to see if perhaps I was missing
19  something.  You know, the only risk factors known
20  for borderline tumors don't include talc.
21  Q        Have you ever looked at a case and
22  determined that the talcum powder use contributed
23  to her ovarian cancer of whatever kind?
24  A        No.

Page 244

1  Q        Because you don't believe it's
2  associated with it; correct?
3  A        I know it's not associated with it.
4  Q        You know a hundred percent; right?
5  A        Yes.
6  Q        So -- so looking at medical records is
7  just an exercise.  It's not an actual process by
8  which you determine whether or not her ovarian
9  cancer was caused or whether talcum powder use
10  was a cause of the cancer.
11  MS. CURRY:
12        Object to the form.
13  A        I disagree.  I think every case is
14  unique, and I respect every patient, all they go
15  through.  You know, she's been through chemo.
16  She's been through infertility, lost her female
17  reproductive organs at a young age.  I think
18  that's unfair.
19  Q        So when you were looking at her case,
20  it was in the interest of seeing what other
21  factors might have contributed to the borderline
22  cancer, but you knew you weren't going to say
23  talc was; right?
24  MS. CURRY:

Page 245

1        Object to the form.
2  A        I am not going to agree to that
3  statement, no.  I think --
4  MS. THOMPSON:
5  Q        What does a patient --
6        Can you imagine any patient with a
7  history or diagnosis that you would say to
8  yourself, "oh, I believe talc contributed to that
9  case"?
10  A        I'd have to see the case.  To be honest
11  with you, in my roughly nine years of work with
12  this topic, this is the -- this is actually the
13  first borderline tumor that I've seen.
14  Q        So this is the first one that you
15  actually wanted to go back and look at the risk
16  factors; correct?
17  MS. CURRY:
18        Object to the form.
19  A        No.  I look at them in every case.
20  MS. THOMPSON:
21  Q        Okay.  But talc is not one of the risk
22  factors in any case of ovarian cancer; right?
23  Isn't that what you've been telling us today?
24  A        Correct.

62 (Pages 242 - 245)

Page 246

1  Q      Okay.  So -- so how can you envision a
2  case that you would say talc was a contributing
3  factor?
4  MS. CURRY:
5        Object to the form.
6  A      I'm not sure where you're going with
7  this.
8  MS. THOMPSON:
9  Q      I'm not going anywhere.  I'm just
10  asking a question.
11        Can you envision a case where you would
12  say talc a contributing factor?
13  A      To what?
14  Q      To an ovarian cancer of any type.
15  A      Well, this patient didn't have an
16  ovarian cancer.
17  Q      That's not my question.
18  A      She had a borderline tumor.
19  Q      My question is --
20        Okay.  Let me rephrase the question.
21        Can you envision any case of ovarian
22  cancer or any type of pelvic condition where you
23  would say talc was a contributing factor?
24  A      I cannot right now.  But, again, each

Page 247

1  case I look at is an individual case, and I take
2  that case and look at all the factors.
3  Q      I understand.
4  A      I don't -- I don't want to discount the
5  fact that each patient is unique, each patient
6  has their own journey that they've gone through,
7  very, very difficult journey, and I try to take
8  each case individually.
9  Q      Yeah.  I -- I appreciate that, and I --
10  I think that you have done that.  But my question
11  is:  Is there any case --
12        And you'll look at other risk factors,
13  ones that you believe are risk factors; right?
14  A      Sure.
15  Q      And you look at her age; correct?
16  A      Right.
17  Q      You look at her family history;
18  correct?
19  A      Yes.
20  Q      And I assume you look at what her
21  talcum powder usage was; correct?
22  A      Yes.
23  Q      Is there a case that you can think of
24  that you would say the talcum powder was a

Page 248

1  contributing cause in this case?
2  A      Not that I can imagine.  But I would
3  have to see the case.
4  Q      Why would you have to see the case?
5  A      Because, again, each case is unique.
6  Q      Okay.  Well, let me just -- I can just
7  name every potential case, and you can tell me
8  yes or no.  I think it would be easier if you
9  could tell me what case you might be able to
10  envision.
11  MS. CURRY:
12        Object to the form.
13  A      Yeah.  Somehow I feel like you're
14  trying to trick me.
15  MS. THOMPSON:
16  Q      I am not.  I am not nearly
17  sophisticated enough to trick you.  I just --
18        No.  This is no trick.  And we can go
19  through them.
20        Any of the invasive epithelial ovarian
21  cancer, is there one type that you would say this
22  could be caused by talcum powder use?
23  A      No.  Not -- not based on this, you
24  know, 60-plus pages of expert opinion --

Page 249

1  Q      Yeah.  That's -- that's all -- that's
2  all I'm asking.
3  A      Okay.  Yeah.
4  Q      Are there any nonepithelial ovarian
5  cancers that you can say, oh, that might be
6  caused by talc use?
7  A      I don't think so.
8  Q      Peritoneal mesothelioma, you have said,
9  can be caused by talc use, but you say not
10  genital talc use; correct?
11  A      Well --
12  MS. CURRY:
13        Object to the form.  And misstates the
14  testimony.
15  A      I said it's caused by asbestos
16  exposure.
17  MS. THOMPSON:
18  Q      Okay.  I'm sorry.  You're right.  So
19  that would not be one.
20        Would there be any kind of uterine
21  cancer that you'd say talc can be a contributing
22  factor?
23  A      No, ma'am.
24  Q      Is there any kind of cervical cancer

63 (Pages 246 - 249)

Page 250

1  you would say talc could be a contributing
2  factor?
3  A      No.
4  Q      Any kind of vaginal cancer that talc
5  could be a contributing factor?
6  A      No.
7  Q      Any kind of vulvar cancer that talc
8  could be a contributing factor?
9  A      No, not that we know of.
10 Q      Are there any benign pelvic conditions,
11 with the exception of borderline, which we're
12 talking about now, which would be controversial
13 whether it's benign or not, but are there any
14 benign gynecologic conditions that you think you
15 could testify that, oh, talc might have
16 contributed to fibroids, endometriosis, any other
17 pelvic inflammatory disease, any other conditions
18 that you would look at a case and say "I would
19 have to say talc use could be a contributing
20 factor in that case"?
21 MS. CURRY:
22         Object to the form.
23 A      Yeah.  I'd -- I'd really have to see
24 the case.  I mean, you're asking me a lot of

Page 251

1  broad questions here, and --
2  MS. THOMPSON:
3  Q      Still too broad?
4  A      Well, there may be --
5          I don't know.  At trial you could pull
6  out a case report of a talcoma.  I've never heard
7  of one.  But my point is I feel like you're
8  trying to trick me.
9  Q      Well, I'm just asking you a question.
10 No trick -- no trick certainly intended.  If I
11 do, I'm -- you know, more power to me.  But --
12 A      If you're talking about --
13 Q      So if I present you with a talcoma
14 case, you might say, hey, that might be caused by
15 her talc use?
16 MS. CURRY:
17         Object to the form.
18 MS. THOMPSON:
19 Q      Anything else --
20 A      I'd have to see it.  But yes.  Outside
21 of that, I would say the common gynecologic
22 conditions that I see every week, talc is not a
23 contributing or causative factor.
24 Q      And that would include all the types of

Page 252

1  ovarian cancer that you and I know today.
2  A      Okay.
3  Q      Okay.  That --
4          We sometimes get the answer.  It takes
5  a little while.
6          Okay.  Let's go back to Brandi Carl.
7  Do you -- did you have any reason to question or
8  criticize Miss Carl's care and treatment by
9  Dr. Burton?
10 A      No.  None whatsoever.
11 Q      Let's look at a few medical records.
12 And I believe you've reviewed this.
13 MS. THOMPSON:
14         What number are we on?
15 MR. BEATTIE:
16         Twenty.
17         (PLAINTIFF'S EXHIBIT NUMBER 20
18         WAS MARKED FOR IDENTIFICATION.)
19 MS. THOMPSON:
20 Q      This is 21.  This is the initial visit
21 with Dr. Burton.
22 MS. CURRY:
23         This is 20.
24 MR. BEATTIE:

Page 253

1          You're right.  I got ahead of myself.
2  MS. THOMPSON:
3          No, that's not --
4  Q      Okay.  And this record says that
5  Miss Carl is a 36-year-old G zero.  What does
6  that mean?
7  A      Nulliparous.  No children.
8  Q      With six months of infertility.  That's
9  what Dr. Burton described; correct?
10 A      That's what she has written here.
11 Q      And she was referred, actually, by the
12 infertility doctor; correct?
13 A      Yes.
14 Q      And that's because the infertility
15 doctor --
16         I think it's a he.  And I can't
17 remember his name.
18         -- on examination found bilateral
19 adnexal masses; correct?
20 A      That is correct.
21 Q      And of significant size; correct?
22 A      Yes.
23 Q      One 7-by-7 centimeters on the right is
24 what Dr. Burton describes; correct?

64 (Pages 250 - 253)

Page 254

1 A      Yes.
2 Q      And 11-by-8 centimeters on the left
3 described by Dr. Burton; correct?
4 A      Yes.
5 Q      And in the other -- rest of the
6 history, she does state that her past GYN
7 history, she was on the pill or NuvaRing for ten
8 years.  And that would be a protective factor;
9 correct?
10 A      Yes.  Well, for ovarian cancer, yes.
11 Q      For ovarian cancer.  And -- well, yeah.
12      For borderline tumor, is that a
13 protective factor?
14 A      I presume so.
15 Q      And she was a former smoker, quit six
16 to twelve months ago.
17      Is smoking related to borderline
18 ovarian tumor?
19 A      There have been a number of studies
20 that say that it's related and it's associated
21 with it, with an odds ratio and confidence
22 interval that are significantly different.  But
23 it's not listed by most societies or --
24      Like, UpToDate doesn't list it as a

Page 255

1 risk factor.
2 Q      And --
3 A      But I think you could find half a dozen
4 articles that list it.
5 Q      And there are mucinous borderline
6 tumors as well as serous; correct?
7 A      Of course, yes.
8 Q      And is that at times an explanation for
9 smoking being associated with borderline tumors?
10 MS. CURRY:
11      Object to the form.
12 A      I suppose it could be.
13 MS. THOMPSON:
14 Q      And, in your report, you say her BMI is
15 32.3; correct?
16 A      Yes.
17 Q      Was that on this initial visit as well?
18 A      I don't recall.  I'd have to calculate
19 it.  But I --
20 Q      Okay.  But that was from medical
21 records that you reviewed; correct?
22 A      Yes.  Yes.
23 Q      Okay.  Let's look at her operative
24 report from the oophorectomy.

Page 256

1      (PLAINTIFF'S EXHIBIT NUMBER 21
2      WAS MARKED FOR IDENTIFICATION.)
3 MS. THOMPSON:
4 Q      And that will be 21.
5      Oh.  I gave you the wrong one.
6 A      This is Dr. Burton's operative report.
7 Q      Yeah.  That's the hysterectomy.  But
8 we'll just keep that as 21.  And we'll do her
9 first procedure as 22 and talk about them
10 together, if that's okay.
11 A      Okay.
12      (PLAINTIFF'S EXHIBIT NUMBER 22
13      WAS MARKED FOR IDENTIFICATION.)
14 MS. THOMPSON:
15 Q      So on 22, it describes the procedure
16 that Dr. Burton performed initially on August
17 26th, 1970 --
18      Oh.  That's her date of birth.
19      -- on 11-30-2012; correct?
20 A      Uh-huh.
21 Q      Would you call this a staging procedure
22 for a borderline?
23 A      Yes.
24 Q      She did have omentectomy, biopsies,

Page 257

1 wash.  I don't believe she had a lymphadenectomy
2 at this point; correct?
3 A      Correct, yeah.
4 Q      And that was an appropriate procedure
5 to be done with her presentation?
6 A      Yes.
7 Q      And, as time went on, Miss Carl, in
8 consultation with Dr. Burton, decided
9 hysterectomy was in her best interest because of
10 the pathological findings; correct?
11 A      Yes.
12 Q      And would you agree with that decision
13 both by Dr. Burton and Dr. -- and Miss Carl in
14 conjunction with each other?
15 A      Of course.
16 Q      I'm gonna give you the --
17      And this is actually the path report
18 from the initial surgery.  And --
19 A      This is from the initial surgery.
20 Q      Yes.  Because it talks -- it includes
21 the left tube and ovary.  I was questioning that
22 myself.
23      And this path report does confirm the
24 micropapillary serous borderline tumor; correct?

65 (Pages 254 - 257)

Page 258

1 A    Correct.
2 Q    That was relatively extensive as far as
3 borderline tumors go.  Would you agree with that?
4 A    Yes.  The only point I disagree with is
5 our pathology expert did not find the implants to
6 be invasive.  But I certainly won't criticize
7 this -- the decisions made.
8 Q    Okay.  And that was Dr. Felix?
9 A    Right.
10    I'm certainly not going to criticize
11 anyone for deciding to treat her with this path
12 report.
13 Q    And so he agreed with the
14 micropapillary serous borderline tumor dia- --
15 pathologic diagnosis but did not believe it rose
16 to an invasive?
17 A    Right.  His impression was that the
18 implants were noninvasive.  And, admittedly, that
19 is a very difficult thing to determine.
20 Q    And she had the serous borderline tumor
21 in lymph nodes?
22 A    Yes.
23 Q    And appendix?
24 A    Yes.

Page 259

1 Q    In the omentum?
2 A    Yes.
3 Q    And on peritoneal biopsies; correct?
4 A    Correct.
5 Q    Did this path report find any
6 endometriosis?
7 A    Not that I saw, no.
8 Q    Would you have any reason to question
9 the surgical pathologist at the hospital where
10 the procedures were performed in the diagnosis or
11 lack of diagnosis of endometriosis?
12 MS. CURRY:
13    Object to the form.
14 A    No.  But certainly when you have this
15 much tissue and this much tumor --
16    I mean, one of the tumors you cited was
17 8 centimeters.  The other one was 11 centimeters.
18 I'm not sure that endometriosis would --
19    You know, they don't biopsy every
20 single micron of tissue.  And, in addition to
21 that, she had taken birth control pills, which
22 may have made any prior endometriotic implants
23 resolve.  That's a well-accepted treatment for
24 endometriosis.

Page 260

1 Q    Did you see any note in her medical
2 records that suggested that she had endometriosis
3 prior to her visit with the fertility specialist?
4 A    I would have to go back and look.  I
5 know she claimed to have a history of
6 endometriosis.
7 Q    I think my question was did you see
8 anything in the medical record to indicate
9 suspicion for endometriosis by her providers?
10 A    I have four binders of medical records
11 this thick.  I'll have to -- I'll have to go back
12 and check.
13 Q    You did not include it in your report;
14 correct?  Any notation of endometriosis?
15 A    No.
16 Q    Miss Carl, I believe, did report
17 dysmenorrhea following discontinuation of her
18 hormonal birth control method.  Do you remember
19 that?  It may be in that --
20 A    Yes.
21 Q    -- initial --
22    But that doesn't mean she had
23 endometriosis, does it?
24 MS. CURRY:

Page 261

1    Object to the form.
2 A    No, it doesn't necessarily mean that
3 she had endometriosis.
4 MR. BEATTIE:
5    For the record, that last path report
6 was marked Exhibit 23.
7 MS. THOMPSON:
8    Okay.  Thank you.
9    (PLAINTIFF'S EXHIBIT NUMBER 23
10    WAS MARKED FOR IDENTIFICATION.)
11 A    Oh, we're on to something else.
12 MS. THOMPSON:
13    Did you have something?
14 MS. CURRY:
15    No.  I didn't know if you had marked a
16 new exhibit.
17 THE WITNESS:
18    23.
19 MS. THOMPSON:
20 Q    Do you consider her BMI of 32.6 a risk
21 factor for a borderline tumor, serous borderline
22 tumor?
23 A    I think obesity -- yes, obesity is a
24 risk factor.

66 (Pages 258 - 261)

Page 262

1 Q    Do you know -- do you have an opinion
2 as to the degree of risk?
3 A    No.
4 Q    Do you remember an odds ratio and a
5 risk ratio for obesity and borderline --
6 A    No.  And I know she -- I think she was
7 heavier earlier in life, too.  So she was heavy
8 for a number of years.  But, no, I don't recall.
9 Q    Would you agree that the large tumors
10 found by the infertility doctor on her
11 presentation could also cause her infertility?
12 MS. CURRY:
13       Sorry.  Can you repeat that one more
14 time?
15 MS. THOMPSON:
16 Q    Do you have an opinion as to whether
17 the large tumors on her ovary could actually
18 cause her infertility of six months?
19 MS. CURRY:
20       Object to the form.
21 A    Sure.
22 MS. THOMPSON:
23 Q    That was easy.
24 A    There could be other causes, too.  I

Page 263

1 mean...
2 Q    I get it.
3 A    She was 32 years old, and, I mean --
4 Q    But they could be a cause.
5 A    Sure.
6 Q    Particularly with a six-month history.
7 A    She actually had infertility for two
8 years.
9 Q    The medical records say six months;
10 correct?
11 A    Her deposition says two years.
12 Q    I just asked you about the medical
13 records.  Says six months?
14 A    Page 103 of her deposition, line 3.
15 Q    I didn't ask about a deposition.
16 A    Well, it's the truth.
17 Q    That information's always good to have.
18      I think we will go over some literature
19 for borderline just to look at what some odds
20 ratios are that do look at borderline.
21      Will you agree with me that many of the
22 epidemiological studies either don't include
23 borderline tumors intentionally or don't
24 distinguish between borderline and invasive

Page 264

1 tumors?
2 MS. CURRY:
3       Object to the form.
4 A    Most don't.  You're right.
5 MS. THOMPSON:
6 Q    There are some that did separate out
7 borderline; correct?
8 A    Sure.
9 Q    Do you remember seeing the Harlow study
10 of 1992?
11 A    Yes, I do.
12 Q    One of the early case-control studies?
13 Exhibit --
14 MR. BEATTIE:
15       24.
16 MS. THOMPSON:
17 Q    -- 24.
18      (PLAINTIFF'S EXHIBIT NUMBER 24
19      WAS MARKED FOR IDENTIFICATION.)
20 MS. THOMPSON:
21 Q    And if we look to table 5, you will see
22 that these authors found any use of talcum powder
23 to have an adjusted OR of 2.4 with a confidence
24 interval 1.2 to 4.5; correct?

Page 265

1 A    Correct.
2 Q    Are you familiar with the Terry study?
3 A    Yes.
4      (PLAINTIFF'S EXHIBIT NUMBER 25
5      WAS MARKED FOR IDENTIFICATION.)
6 MS. THOMPSON:
7 Q    What is the Terry study?
8 A    Well, I believe I cited it in my --
9 Q    It's a pooled analysis; correct?
10 A    Yes.  Yes.
11 Q    And the Terry study did separate out
12 borderline tumors.  And do you recall what the
13 odds ratio was for the -- for borderline tumors?
14 A    It looks like an odds ratio of 1.3 with
15 a confidence interval of 1.15 to 1.47.
16 Q    And that's statistically significant;
17 correct?
18 A    Yes.
19 Q    Are you familiar with the Berge
20 analysis?
21      Terry is 25.  Berge is 26.
22 A    Thank you.
23      (PLAINTIFF'S EXHIBIT NUMBER 26
24      WAS MARKED FOR IDENTIFICATION.)

67 (Pages 262 - 265)

Page 266

1 MS. THOMPSON:
2 Q      And on Berge, if you could turn to page
3 6, the Berge meta-analysis was able to separate
4 borderline tumors; correct?
5 A      Yes.
6 Q      And what was the risk ratio?
7 A      1.27. Confidence interval, 1.09 to
8 1.44.
9 Q      And that would be a statistically
10 significant increased risk; correct?
11 A      Yes.
12 Q      Are you familiar with the Penninkilampi
13 study?
14 A      Yes.
15 Q      And the Penninkilampi study is a
16 meta-analysis as well; correct?
17 A      Correct.
18        (PLAINTIFF'S EXHIBIT NUMBER 27
19        WAS MARKED FOR IDENTIFICATION.)
20 MS. THOMPSON:
21 Q      And the Penninkilampi study, if you'll
22 turn to page 5, table 2, actually separated
23 serous borderline as well as mucinous borderline;
24 correct?

Page 267

1 A      Right.
2 Q      And what did the Penninkilampi study
3 find as the odds ratio for serous borderline?
4 A      1.39. Confidence interval, 1.09 to
5 1.78.
6 Q      And that's statistically significant;
7 correct?
8 A      Yes.
9 Q      And are you familiar with the Taher
10 meta-analysis?
11 A      I am.
12 MS. THOMPSON:
13        26?
14 MR. BEATTIE:
15        28. Penninkilampi was 27.
16 THE WITNESS:
17        To think you started out with nine.
18 That was wishful thinking.
19        (PLAINTIFF'S EXHIBIT NUMBER 28
20        WAS MARKED FOR IDENTIFICATION.)
21 MS. THOMPSON:
22 Q      And what's the Taher study?
23 A      It's a -- I think it's a meta-analysis,
24 if I'm not mistaken.

Page 268

1 Q      And was the Taher study performed at
2 the request of Health Canada? Do you remember or
3 do you recall?
4 A      I believe there was some association
5 there. I don't recall the details.
6 Q      Have any of the societies that you've
7 mentioned today and are included in your report
8 performed and published a meta-analysis, that
9 you're aware of?
10 A      Not that I'm aware of.
11 Q      That would include SGO?
12 A      Yes.
13 Q      ACOG?
14 A      Yes.
15 Q      NCI, NIH?
16 A      Yes.
17 Q      CDC?
18 A      Yes.
19 Q      FDA?
20 A      Yes.
21 Q      NCCN?
22 A      Uh-huh.
23 Q      Any other agency that you're aware of?
24 A      Not that I'm aware of, no.

Page 269

1 Q      Did you review Dr. Godleski's report in
2 Miss Carl's case?
3 A      I did.
4 Q      And I only have one copy of this, so
5 I'll have you-all share this. This is Exhibit
6 29. And get my notes.
7        (PLAINTIFF'S EXHIBIT NUMBER 29
8        WAS MARKED FOR IDENTIFICATION.)
9 MS. THOMPSON:
10 Q      And you've seen these reports from
11 Dr. Godleski before; correct?
12 A      I have.
13 Q      And do you have any criticism as to
14 Dr. Godleski's methodology when he's looking at
15 tissues from the ovarian cancer plaintiffs in
16 this litigation?
17 A      I'm sorry. I'm not sure I understood
18 the question.
19 Q      Fair enough.
20        Do you know the methodology that
21 Dr. Godleski uses when he's identifying these
22 particles?
23 A      I've read it.
24 Q      Do you have any criticism of that

68 (Pages 266 - 269)

Page 270

1 methodology?
2 A    I -- tell you, I think I would have
3 to defer to a cell biologist on that. But I
4 would say that I don't think anyone can exclude
5 contamination, even with the meticulous methods
6 that he carried out, because we don't know the
7 chain of custody and we don't know how filthy the
8 pathology lab was where these specimens came
9 from.
10 Q    Have you studied any of Dr. Godleski's
11 deposition or trial testimony?
12 A    I --
13       Let me -- I don't want to say anything
14 untrue, so let me look back at my list of
15 reliance materials.
16       I studied his expert report and his
17 deposition from 2016, yes.
18 Q    Do you have any knowledge of the
19 protocols in his lab that prohibit the
20 possibility of contamination?
21 A    I think his techniques are very good at
22 prohibiting contamination in his lab. What I
23 can't get over is the fact that these specimens
24 were likely contaminated before they got to his

Page 271

1 lab. Because he doesn't have documentation of
2 the chain of custody between the operating table
3 and the pathology department, wherever they came
4 from, and then he has no control of how the
5 specimens were handled in that pathology
6 department.
7 Q    Which --
8 A    So I think his handling of the tissues
9 is impeccable. But the trouble is the handling
10 of the tissues before they get to him.
11 Q    Would you defer to Dr. Godleski to
12 describe what he knows about the chain of custody
13 of the specimen that he received?
14 A    Would I defer to him to testify
15 regarding the chain of custody?
16 Q    If he knows something about the chain
17 of custody?
18 A    I -- I would say I guess so.
19 Q    Okay. Let's turn to Dr. Godleski's
20 conclusions. And it should be on the final --
21 last page. And if you can tell me what
22 Dr. Godleski found in Miss Carl's tissues.
23 A    Where do you want me to start? Oh, the
24 very end?

Page 272

1 Q    How many particles did he find in
2 total?
3 A    The finding of 21 talc particles by
4 analytical microscopy cumulatively across six
5 paraffin blocks. That could be from
6 contamination from the operating room or the
7 pathology lab where they sat.
8 Q    So your opinion is it could be from
9 contamination. And if Dr. Godleski explains why
10 it was not from contamination, would you
11 automatically disagree with him?
12 MS. CURRY:
13       Object to the form.
14 A    I'd have to hear his testimony. I'm
15 not gonna automatically disagree with someone.
16 That wouldn't be very polite. The -- the blocks
17 came from Abington Memorial Hospital in Abington,
18 Pennsylvania.
19 Q    Correct.
20 A    I don't believe he's familiar with the
21 chain of custody in Abington, Pennsylvania,
22 unless I'm maybe mistaken. I think he's at
23 Harvard.
24 Q    Would you defer to --

Page 273

1       If Dr. Godleski testifies that these
2 are not caused by contamination in this case,
3 would you disagree with him?
4 A    I'm gonna have to hear his testimony.
5 Q    You read his testimony. You've seen
6 his expert reports. Correct?
7 A    It was a while back. I didn't do it
8 yesterday.
9 Q    When you've read his deposition, trial
10 testimony, expert report, do you recall the
11 explanation of why these samples are not lab
12 contamination?
13 A    I don't.
14 Q    Are you a pathologist?
15 A    No.
16 Q    Would you have the knowledge base to
17 disagree with Dr. Godleski if he states that
18 these particles that he's found are 100 percent
19 not contamination from the lab?
20 MS. CURRY:
21       Object to the form.
22 A    I've been in too many pathology labs
23 and seen how specimens are handled. They set
24 them on paper. Most paper specimens have talc in

69 (Pages 270 - 273)

Page 274

1 them. I'm sorry, but that's the truth. And I'm
2 just not gonna agree with that.
3 MS. THOMPSON:
4 Q      Do you know --
5 A      I've seen -- I've seen specimens from
6 the OR to every point at which they end up on the
7 pathologist's table, and they go through multiple
8 staining bins where hundreds, if not thousands,
9 of other specimens have passed.
10      So, no, I'm just not gonna -- I'm not
11 gonna agree to that.
12 Q      If a particle is found within a
13 macrophage, can that be lab contamination as
14 well?
15 A      That would be less likely to be lab
16 contamination, yes.
17 Q      And you know that talc and asbestos
18 fibers have been found within macrophage, and
19 other particles.
20 MS. CURRY:
21      Object to the form.
22 MS. THOMPSON:
23 Q      Correct?
24 A      Are you referring to this report?

Page 275

1 Q      No. I'm referring to in general. You
2 know that particles have been found within
3 macrophages in the ovaries in pelvic organs.
4 A      I'd have to see the article.
5 Q      So you have not seen any article
6 showing particles in pelvic tissues and including
7 photomicrographs of --
8 A      Well, the article --
9 Q      -- of particles within a macrophage?
10 A      The articles I've seen don't have
11 inflammation. There's no inflammatory response.
12 Q      That wasn't my question.
13      Have you seen articles with particles
14 within macrophages?
15 A      I have. But the trouble with your
16 theory is that talc causes inflammation. And
17 when you see those particles in ovaries, there's
18 no inflammation.
19 Q      I didn't give you any theory. We were
20 talking about particles and contamination.
21      Can a particle within a macrophage be a
22 result of contamination in a lab or chain of
23 custody?
24 A      I don't think so, no.

Page 276

1 Q      And how --
2      The contamination from a lab or
3 handling would be surface contamination; correct?
4 MS. CURRY:
5      Object to the form.
6 A      Not really. Because in the lab, they
7 cut up the tissues and they lay them on paper to
8 dry them out, and the paper has talc in it. So
9 that's deep in the tissue.
10 MS. THOMPSON:
11 Q      So deeply embedded in the tissue you
12 think can still be contamination from the lab?
13 A      I know it can be because I've seen it.
14 Q      You know 100 percent?
15 A      I've seen it. Yes.
16 Q      So if Dr. Godleski testifies that it is
17 not lab contamination, you're right, and he's
18 wrong.
19 MS. CURRY:
20      Object to the form.
21 MS. THOMPSON:
22 Q      Correct?
23      Well, when you're a hundred percent
24 sure on these issues, somebody's got to be right

Page 277

1 and somebody's got to be wrong.
2 A      But I'm -- what I'm stating is that lab
3 contamination is a very well-known and very
4 well-described fact; that particles get implanted
5 on the tissues, deep in the tissues, because
6 they're cutting it up and placing it on paper,
7 and then they're running it through wells of
8 stain that have been used for hundreds and
9 hundreds and hundreds of other specimens. It's a
10 filthy process.
11 Q      Okay. But you will -- you will give
12 that inside a macrophage is not lab
13 contamination; correct?
14 A      Yes.
15 Q      Okay.
16 A      And I'll also give that I don't see
17 inflammation with these particles.
18 Q      I don't think that was a question.
19      Macrophages are associated with
20 inflammation; correct?
21 MS. CURRY:
22      Object to the form.
23 MS. THOMPSON:
24 Q      That was a question.

70 (Pages 274 - 277)

Page 278

1  A      In some cases.
2  Q      And macrophages are associated with
3  tumor initiation; correct?
4  MS. CURRY:
5        Object to the form.
6  A      We don't really know what causes
7  ovarian cancer tumors, outside of genetics.  So I
8  don't think that you can say that
9  macrophages are --
10       They may be a result of tumor
11 formation, not a cause.
12 MS. THOMPSON:
13 Q      Let's talk about cancers generally.
14 Macrophage recruitment is a part of early cancer
15 development; correct?
16 MS. CURRY:
17       Object to the form.
18 A      But, in my opinion, it's a reactive --
19 it's a reaction to the tumor development, not a
20 cause.
21 MS. THOMPSON:
22 Q      And it's a reaction to chronic
23 inflammation as well; correct?
24 A      Yes.

Page 279

1  Q      Would you be agreeable to having your
2  opinions that you've given today peer-reviewed?
3  A      Sure.
4  Q      Would you be willing to have the
5  opinion that talc is safe peer-reviewed?
6  A      Yes.
7  Q      Would you be willing to have the
8  opinion talc, even with asbestos, is safe?
9  MS. CURRY:
10       Object to the form.
11 MS. THOMPSON:
12 Q      And we're back to the genital
13 application of talcum powder --
14 A      Right.
15 Q      -- causing ovarian cancer or
16 contributing to ovarian cancer.
17 A      And if you remember our conversation
18 with asbestos, I said it was not safe.
19 Q      You said talcum powder, if it contains
20 asbestos, is safe.
21 A      What I said was talcum powder,
22 regarding -- regardless of its constituents,
23 whatever's in it is not causing cancer.
24 Q      Okay.  So even -- so if -- would you be

Page 280

1  willing --
2        Well, let's just use exactly what you
3  said.
4        Would you be willing to have the
5  opinion the application of talcum powder,
6  regardless of its constituents, even if one of
7  those constituents was asbestos, does not cause
8  or contribute to the development of ovarian
9  cancer?
10 A      That's my opinion.
11 Q      Okay.  Would you be willing to have the
12 opinion that particles from the external
13 environment cannot reach the ovaries?  Would you
14 be willing to have that opinion peer-reviewed?
15 A      Not without some sort of artificial
16 circumstances.  That's correct.
17 Q      Would you be willing to have the
18 opinion that inflammation, chronic inflammation,
19 does not cause or contribute to ovarian cancer
20 peer-reviewed?
21 A      Sure.
22 MS. THOMPSON:
23       If you'll just give me a minute to --
24 MS. CURRY:

Page 281

1        Sure.
2  MS. THOMPSON:
3        -- look over, make sure.  And I think
4  I'm probably -- I think I'm probably done.
5  THE WITNESS:
6        Can we go off the record for a minute?
7  MS. THOMPSON:
8        Let's go off the record and take a
9  five-minute break.
10 MS. CURRY:
11       Sure.
12       (OFF THE RECORD.)
13 MS. THOMPSON:
14       I have no further questions for
15 Dr. Finan.
16       EXAMINATION
17 BY MS. CURRY:
18 Q      I have just two questions for you,
19 Dr. Finan.
20       Earlier in the day you testified that
21 plaintiffs have created the idea that
22 inflammation can cause or contribute to ovarian
23 cancer.  When you used the term "plaintiffs," are
24 you referring to Miss Carl and other talcum

71 (Pages 278 - 281)

Page 282

1 powder plaintiffs?
2 A    Oh, God, no.  That's -- I was referring
3 to plaintiffs' experts.
4 Q    Okay.  And you were also shown today
5 Exhibit 13, a pyramid of evidence.  Do you --
6        Is there any citation on here?  Can you
7 tell where this document comes from?
8 A    No.
9 Q    Okay.  And have you seen throughout the
10 course of your career other versions of the
11 pyramid of evidence?
12 A    Yes.  There are actually hundreds of
13 examples, and they're not -- they don't all look
14 exactly like this.  There's -- there's a variety
15 of different opinions on what should be at the
16 top and the order of ascent.
17 Q    Have you seen examples of the pyramid
18 of evidence where prospective cohort studies are
19 ranked higher than retrospective case-control
20 studies?
21 A    Yes.
22 MS. CURRY:
23        Okay.  No further questions.
24 MS. THOMPSON:

Page 283

1        I have no further questions.
2 MS. CURRY:
3        I want a rough draft, please.
4 MS. THOMPSON:
5        And we'll request a rough draft, also.
6        (Deposition concluded at 3:50 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 284

1        C E R T I F I C A T E
2
3        I do hereby certify that the above and
4 foregoing transcript of proceedings in the matter
5 aforementioned was taken down by me in machine
6 shorthand, and the questions and answers thereto
7 were reduced to writing under my personal
8 supervision, and that the foregoing represents a
9 true and correct transcript of the proceedings
10 given by said witness upon said hearing.
11        I further certify that I am neither of
12 counsel nor of kin to the parties to the action,
13 nor am I in anywise interested in the result of
14 said cause.
15
16
17
18   /s:// Lois Anne Robinson
     LOIS ANNE ROBINSON, RPR, RMR
19   REGISTERED DIPLOMATE REPORTER
     CERTIFIED REALTIME REPORTER
20
21
22
23
24

72 (Pages 282 - 284)

[& - 25]                                                                    Page 1

| & | | | |
|---|---|---|---|
| **&**  1:9 2:5,14 94:16 95:6,15 108:12,19 109:9,17 133:16 150:1,8 150:13,20,23 151:2,5,16 223:1,5 | **1.5**  203:10<br>**1.78.**  267:5<br>**1.84.**  119:10<br>**10**  4:4 103:24 104:1 112:2 120:3 175:10<br>**10,000**  182:12 192:4<br>**100**  154:13 175:24 273:18 276:14 | **15**  4:20 115:6 115:18 174:1,3<br>**15.6**  115:7<br>**153,860,000,...** 215:24<br>**154**  216:20<br>**155**  2:14<br>**16**  4:23 198:10 198:11<br>**1600**  2:10 | **209:20 221:15** 252:17,23<br>**2006**  221:14<br>**2010**  176:11<br>**2012**  175:14 238:23<br>**2014**  58:3<br>**2015**  21:6 243:14<br>**2016**  101:20 270:17 |

**0**

| | | | |
|---|---|---|---|
| **0.65**  119:2<br>**0.65.**  118:22<br>**0.96**  119:2<br>**00023**  5:15<br>**00264**  5:9<br>**02210**  2:15 | **103**  263:14<br>**104**  4:4<br>**10th**  1:18<br>**11**  1:17 4:8 109:24 110:1 254:2 259:17 | **17**  5:2 204:14 204:17<br>**17,000**  10:20<br>**17,700**  10:10<br>**174**  4:20<br>**18**  5:4 205:2,3<br>**18th**  2:10 | **2017**  53:9,15<br>**2018**  53:10<br>**2021**  3:11,23 11:8 24:23<br>**2022**  54:17 84:16 118:6<br>**2024**  1:18 8:8 |

**1**

| | | | |
|---|---|---|---|
| **1**  3:8 8:3,4 57:4 104:21 156:14 233:4<br>**1.01.**  119:7<br>**1.04**  119:10<br>**1.09**  266:7 267:4<br>**1.12**  119:7<br>**1.15**  265:15<br>**1.2**  264:24<br>**1.27.**  266:7<br>**1.3**  265:14<br>**1.38**  119:10<br>**1.39.**  267:4<br>**1.44.**  266:8<br>**1.47.**  265:15 | **11-30-2012** 256:19<br>**11/30/12**  5:13<br>**110**  4:8<br>**117**  4:12<br>**11th**  53:9,15<br>**12**  4:12 117:21 175:20<br>**120**  175:4<br>**129**  174:6<br>**12th**  238:23<br>**13**  4:15 131:23 282:5<br>**130**  2:10<br>**131**  4:15<br>**139**  4:17<br>**14**  4:17 139:14<br>**14.5**  115:6 | **19**  3:12 5:6 207:14<br>**19103**  2:10<br>**1970**  256:17<br>**198**  4:23<br>**1992**  264:10 | **204**  5:2<br>**205**  5:4<br>**2067**  284:17<br>**207**  5:6<br>**21**  5:10 24:24 252:20 256:1,4 256:8 272:3<br>**218**  2:6<br>**22**  5:12 24:24 256:9,12,15<br>**22.2**  141:24<br>**23**  3:14 5:14 261:6,9,18<br>**24**  5:16 264:15 264:17,18<br>**25**  3:16 5:19 115:23 126:21 127:1 128:7 |

**2**

| | |
|---|---|
| **2**  3:10 9:19,20 34:19 57:3,4 119:6 202:21 214:12 240:24 266:22<br>**2.4**  264:23<br>**20**  5:8 46:21 115:19 119:11 139:7 142:13 142:15 152:4 153:7 205:13 | |

**[25 - able]**

129:3 158:7
159:24 218:19
265:4,21
**252**  5:8
**256**  5:10,12
**26**  6:2 265:21
265:23 267:13
**261**  5:14
**264**  5:16
**265**  5:19 6:2
**266**  6:5
**267**  6:8
**269**  6:11
**26th**  256:17
**27**  6:5 111:7
115:3,24 116:6
266:18 267:15
**28**  3:11,18 6:8
10:13,15
267:15,19
**281**  3:4
**28th**  11:8
**29**  5:15 6:11
269:6,7

### 3

**3**  3:12 18:24
19:6 32:4 56:10
57:12,13
104:20 202:21
207:11,17
263:14
**3.14**  209:23
**3.5**  203:16
**30**  36:10 64:4
64:12 110:5

111:2,16 113:6
114:22 145:5
180:13 185:22
190:4 196:1,3
218:19
**30.1**  115:8
**300**  1:5
**32**  263:3
**32.3**  255:15
**32.6**  261:20
**36**  253:5
**36103**  2:6
**3813**  2:3
**3:50**  283:6
**3rd**  8:8,14,15
8:16

### 4

**4**  3:14 23:7,8
56:17,23 64:22
104:20
**4.5**  264:24
**40**  11:23 119:24
180:13
**42**  3:20
**44**  8:18
**45**  3:22
**46**  8:18 59:21
60:3
**47**  8:19 60:3
177:15
**48**  60:3
**49**  60:3,5

### 5

**5**  3:16 18:23
25:15 65:9,11
155:18 211:12
211:13,20
214:15,24,24
217:9 264:21
266:22
**50**  11:23 12:4
**51**  101:19
**52**  4:2

### 6

**6**  3:18 28:6,7
30:18 68:23
109:22 110:14
156:14 266:3
**60**  12:4 38:17
38:18 166:13
248:24
**64**  190:8
**650.00**  10:6
**6546-14**  1:3
**67**  5:9 104:19

### 7

**7**  3:3,20 42:9,10
110:17 147:7
197:20 201:15
202:3,17,24
205:10 208:7
210:14 217:1,2
253:23,23
**7.5**  209:21
**70**  37:2 38:16
174:11

**700**  213:21
**769**  213:21,23
**78723**  2:4

### 8

**8**  3:8,22 45:15
45:18 118:3
197:20 201:15
202:3,17,24
254:2 259:17
**8,525**  5:21
**8-27-2018**
53:12
**8/25/21**  6:12
**80**  241:4
**8th**  8:10

### 9

**9**  3:10 4:2 52:17
**9,859**  5:21
**9/26/14**  5:11
**90**  204:9
**9:00**  1:19

### a

**a.m.**  1:19
**abdomen**  4:6
47:21 49:2
**aberrations**
83:7,13
**ability**  177:18
**abington**  5:9
272:17,17,21
**able**  107:19
208:6 209:18
216:24 248:9
266:3

**[abnormal - agreement]**                                    Page 3

**abnormal**
  87:22
**above**  284:3
**absolutely**
  67:16 74:5
  179:9 193:2
**absorbed**  66:21
  66:24 67:22
**abstract**  128:13
**accelerate**
  79:13 80:5
**accelerated**
  79:9 80:1
**accept**  173:12
**accepted**  78:20
  259:23
**access**  59:1
**accompanied**
  241:7
**account**  104:22
**accumulation**
  93:21 94:7
**accusation**
  152:15
**accusing**
  152:15
**acog**  3:23 4:3
  40:15 41:7 45:9
  45:19,23 46:8
  47:1,8,19 48:1
  48:14,15 52:14
  54:14,21 55:1
  55:12 57:15
  146:19 148:5
  151:17,19
  152:2,7 153:14

154:2,13
  172:23 268:13
**acog's**  55:5
**acquire**  90:2,9
**act**  88:15 89:6
**action**  284:12
**actions**  226:5
**actively**  25:4,6
**activities**  61:21
**activity**  65:22
**actual**  72:18
  115:3 205:9
  244:7
**actually**  21:24
  27:13 29:21
  30:1 41:13
  49:24 56:7
  66:14 115:24
  149:7 161:23
  186:1 194:20
  204:7,23
  245:12,15
  253:11 257:17
  262:17 263:7
  266:22 282:12
**acute**  70:3
**add**  70:7
**added**  25:11
  111:12
**addition**  9:5
  192:19 201:7,8
  233:24 240:16
  259:20
**additional**
  93:18 94:4

**additions**  9:13
**adhesions**
  200:17
**adipose**  156:12
  158:18
**adjusted**
  264:23
**administrative**
  23:21
**admit**  138:3
**admittedly**
  258:18
**admitting**
  184:13
**adnexal**  253:19
**ads**  133:10
**advanced**  69:13
  69:14,19 85:16
  92:16 105:1
**advise**  51:18
**advised**  51:14
**affect**  43:23
**aforementioned**
  284:5
**age**  197:14
  244:17 247:15
**agencies**  40:19
  41:4 57:3
**agency**  173:7
  173:10 174:7
  174:21 226:11
  226:22 268:23
**aggregate**
  231:11
**ago**  11:11 21:22
  41:7 112:3

142:13,16
  254:16
**agree**  34:7 56:8
  70:12 74:9 76:1
  76:13,19 78:4
  78:14,18 79:20
  80:8 82:22 83:4
  86:11 87:1
  90:20 100:3,17
  101:10 111:18
  114:3,12,14
  115:9,15,19
  125:15 131:2
  139:21 143:12
  143:16,21
  145:10 146:7
  157:18 159:7
  169:10 174:15
  175:6 183:17
  191:15 197:7
  204:19 205:21
  211:21 212:1
  216:18 219:4
  220:22 239:19
  240:7 241:6
  245:2 257:12
  258:3 262:9
  263:21 274:2
  274:11
**agreeable**
  279:1
**agreed**  153:22
  212:24 258:13
**agreement**
  33:12

[ah - argue]                                                    Page 4

**ah**  148:9
**ahead**  9:17
  25:13 30:12
  46:6 69:5 97:24
  111:1 211:24
  215:19 229:15
  253:1
**ahpmr**  5:9,15
**al**  1:9 4:7,11,14
  4:19 5:18,22
  6:4,7,10 118:5
  121:19
**alabama**  1:18
  2:6 22:5 24:19
**allen**  2:5
**alliance**  55:15
**allow**  107:21
  185:3 217:15
**allowed**  58:23
**allowing**  58:19
**allows**  59:3,5,7
**alpha**  156:14
  156:16
**alterations**
  87:16 93:22
  94:8
**alvarez**  41:20
**amazon**  51:9
**ambiguous**
  77:1,3 80:7
  97:8
**amended**  3:19
  8:9 9:10 13:5
**america**  66:2
**american**  40:16
  55:14 57:16

66:9 126:3,6
**analyses**  131:14
**analysis**  4:18
  5:21 6:4 236:10
  236:13,18
  237:5,17
  238:20 265:9
  265:20 266:3
  266:16 267:10
  267:23 268:8
**analytical**
  272:4
**anapol**  2:9
**anapolweiss....**
  2:11
**anatomic**  56:13
  178:1
**anatomy**
  177:20,24
  180:20 198:5,8
  198:18 199:6
**andy**  127:10,12
**angeles**  14:17
**angiogenesis**
  157:1
**angry**  167:5
**anna**  127:20
**anne**  2:21
  284:18,18
**answer**  40:8,10
  43:13 61:1
  64:23 78:18
  87:8 98:22
  104:8 109:19
  113:13,14
  120:13 121:2

122:23 137:19
  148:2 152:23
  154:7,9 160:23
  164:15 166:21
  186:16 189:22
  219:9 237:16
  252:4
**answered**  38:8
  39:7 45:2 51:3
  89:14 120:23
  123:4 164:10
  164:21 230:17
**answers**  284:6
**anterior**  182:22
**anticipate**
  176:11
**anybody**  148:6
**anymore**  25:7
  142:18
**anything's**
  141:14 193:8
  242:22
**anywise**  284:13
**apologies**
  110:19
**apologize**
  110:17
**apoptosis**  88:1
  156:24
**appear**  67:7
**appears**  53:8
  53:14,18 225:4
**appendix**
  258:23
**application**
  32:11 33:17

51:19 279:13
  280:5
**applied**  49:22
  50:1 65:3,17
  68:9,20 73:8
  95:8 96:4
  148:11
**apply**  22:12
  33:24 47:20
  50:5 147:17
  188:23 189:3
**applying**  50:8
  61:24 147:21
  188:13
**apposed**  178:4
  178:6,10,17,18
  179:3,14 180:9
  181:4 182:21
  182:24
**appreciate**  32:4
  247:9
**appropriate**
  257:4
**approximately**
  1:19 12:3,4
  46:21
**approximation**
  183:12
**april**  8:8,15,16
**area**  65:17
  119:15 148:11
  163:7 216:9
  225:12
**argue**  48:21
  59:12 66:1,8,13
  181:16 208:1

216:24
**arguing**  122:18
**argument**
  73:21 146:13
  185:10
**argumentative**
  116:15 152:11
  153:5,19 179:8
**arms**  147:22
**arrange**  22:9
**article**  60:12
  61:3,11 63:20
  74:16 110:21
  110:22 113:9
  116:6,9,13,22
  117:3,8 118:1,5
  118:6,13,17
  144:8 175:22
  175:23 179:12
  182:8 195:18
  231:21 235:20
  275:4,5,8
**articles**  24:3,8
  24:13 29:9,12
  29:19 63:16
  79:18 88:22
  103:14,21
  130:21 179:1
  183:14 185:9
  185:13 186:6,7
  186:14,17
  188:12 194:8
  194:22 217:22
  217:24 218:1
  218:13 219:12
  230:11 231:20

231:24 236:24
237:9 255:4
275:10,13
**artificial**  60:17
  61:13 64:7
  65:19,21 186:8
  186:12 187:18
  201:10 218:3
  218:15,16,23
  219:13 280:15
**asbestiform**
  225:18
**asbestos**  4:21
  16:23 17:8 49:6
  66:18 100:9
  134:3,7,9,15
  135:2,9,16
  173:3 174:10
  174:14,17,23
  176:1 192:19
  196:7 212:2
  219:21 220:7
  220:20 221:19
  221:20,22,24
  222:5,11,14,16
  222:22 223:2,6
  223:9,18,22
  224:1,7,21
  225:3 226:5,12
  226:17,23
  227:4,10
  228:14 249:15
  274:17 279:8
  279:18,20
  280:7

**ascending**
  183:4,13,14
  185:7,15
**ascension**  172:8
**ascent**  282:16
**asked**  21:13,16
  22:8,14,17,20
  23:5 25:21
  26:19 38:8 39:6
  45:1 61:2 104:4
  119:9 120:22
  123:4 140:10
  157:16 158:3
  164:10,21
  182:13 185:5
  188:2 189:2
  190:12,17
  191:5 200:3
  202:1 214:7,18
  263:12
**asking**  30:4
  55:21 64:24
  67:24 68:17,19
  79:20 113:12
  122:9 128:10
  150:18,22
  162:24 208:19
  214:17,18
  224:11,19
  241:22 242:11
  246:10 249:2
  250:24 251:9
**aspect**  225:14
**aspects**  107:11
**assistance**  44:1

**associate**
  101:15
**associated**
  75:20 76:8
  101:21 111:22
  113:22 159:13
  160:4 168:8,20
  237:13 239:17
  244:2,3 254:20
  255:9 277:19
  278:2
**associates**
  24:18
**association**  6:9
  125:12 126:21
  159:16 160:10
  229:21 231:1
  231:10 232:8
  232:16,19
  233:1,6,6,10
  268:4
**associations**
  128:15 130:11
**assume**  9:10
  33:16 52:4 63:1
  63:4 140:21
  247:20
**assumed**
  190:19
**assumption**
  202:9,13,14
**assure**  20:20
**atl**  1:3
**atlantic**  1:2
**atsdr**  4:21
  173:6 174:7

175:24
**attached** 40:4
**attend** 107:4,8
107:10
**attended** 14:8
**attorney** 14:17
21:24
**attorneys** 10:18
11:17 13:14,17
13:23 109:10
109:17
**august** 256:16
**austin** 2:4
**author** 27:2,4,4
27:17 125:9
139:23 234:2,6
234:18,22,23
**authored** 85:2
130:22
**authoritative**
141:11,14
175:23
**authorities**
145:7,22 146:8
**authority**
146:15
**authors** 61:7
113:18 124:18
126:22 127:1
128:7 129:3,10
129:12,20
140:11 157:18
158:4,5,7
159:24 161:7
162:18,20
163:1,4 194:1

194:21,23
232:18,24
233:17 235:17
264:22
**automatically**
272:11,15
**average** 55:6
211:20 214:15
216:19
**avoid** 51:18
**aware** 9:1
45:10 47:2 59:7
67:21 96:10,14
96:16 101:12
101:24 102:4
132:15 176:7
200:8 230:15
231:2 268:9,10
268:23,24
**awful** 79:16

**b**

**b** 9:14 19:1
30:11,12 107:6
**baby** 51:8,12
51:19 223:10
**back** 13:3 28:17
37:21 85:9
106:16 117:7
117:17 137:11
155:16 162:10
162:17 163:13
171:14 183:2
192:14 205:20
217:21 236:22
245:15 252:6

260:4,11
270:14 273:7
279:12
**barrier** 217:10
**barriers** 56:14
58:18 181:17
**base** 175:14
224:20 273:16
**based** 1:4 4:5,9
20:18 36:24
37:6 38:9,21
41:10 46:8 64:4
66:3 95:4 113:8
131:5 142:11
143:3,6,9 161:4
163:9 166:7
176:13 190:3,8
221:1,13 230:9
243:13 248:23
**basic** 107:9
108:3
**basically** 64:8
**basing** 138:20
**basis** 20:3
37:15 62:10
151:17 180:8
191:1 196:5
199:20 200:10
201:3 202:18
202:19
**bath** 188:14
**beach** 190:14
**beasley** 2:5
**beasleyallen....**
2:7

**beattie** 2:7
16:22 131:21
210:4,20
213:16,20
252:15,24
261:4 264:14
267:14
**beautifully**
181:14
**beginning**
28:15 157:11
242:24
**belief** 154:12
**believable**
166:6
**believe** 8:22
10:12 16:19,20
21:6 30:4,18,20
35:4 45:6,7
53:23 57:23
72:13 73:1
101:18 109:3
111:13 119:11
121:1 126:21
126:24 130:22
133:4 135:18
157:14 160:3
176:13 193:23
197:23 203:11
220:5,5 233:23
244:1 245:8
247:13 252:12
257:1 258:15
260:16 265:8
268:4 272:20

**[belong - brush]**                                                    Page 7

**belong**  129:16
**bend**  40:5
**beneficial**
    105:3
**benign**  73:8,9
    250:10,13,14
**bent**  218:21
**berchuck**
    127:10,12
**berge**  6:4
    265:19,21
    266:2,3
**best**  81:5
    143:11,14
    257:9
**bet**  209:24
**better**  136:17
    144:10 212:22
**beyond**  154:12
    177:4 184:8
    201:11
**bias**  121:4,6,6
    123:9,11
    124:16 125:6,7
    125:8,9,10
    127:2 141:22
    233:24 234:1,3
    234:15,19,22
    234:23 235:8
    235:16,18,18
    235:20,23
**biases**  234:1
**bible**  141:15
**big**  211:10
**bilateral**  253:18

**billed**  17:24
**billion**  213:21
    213:23 216:21
**binders**  260:10
**bins**  274:8
**biologic**  56:8
    97:2 159:16
    177:9
**biological**  94:18
    95:7 96:4 160:9
    166:6
**biologist**  80:13
    82:10 87:20
    88:4,7 89:12
    270:3
**biomarkers**
    84:4,9,10,11,17
    85:5,15
**biopsies**  197:3
    256:24 259:3
**biopsy**  259:19
**birth**  147:14
    256:18 259:21
    260:18
**bit**  25:2 171:1
    179:1 196:17
    225:11
**bladder**  199:4
**block**  200:16
**blocks**  272:5,16
**blood**  66:22
**bloodstream**
    67:1
**bmi**  255:14
    261:20

**board**  107:2
**bodies**  58:19
    79:10 80:2
    217:18
**bondurant**  16:5
    16:7
**book**  139:24
**booth**  150:15
    151:14
**booths**  150:17
    151:7,13
**borderline**
    236:4,5,5
    238:12 239:17
    243:4,9,17,20
    244:21 245:13
    246:18 250:11
    254:12,17
    255:5,9 256:22
    257:24 258:3
    258:14,20
    261:21,21
    262:5 263:19
    263:20,23,24
    264:7 265:12
    265:13 266:4
    266:23,23
    267:3
**boston**  2:15
**bottom**  28:22
    138:16,24
**bought**  51:8
    139:6 152:16
**boulevard**  2:14
**box**  136:17

**bradford**
    236:10,12,17
    237:4,17 238:3
    242:2
**brain**  77:13
**brandi**  1:7 13:4
    13:6 72:20
    229:15 236:1,2
    252:6
**brca**  238:8
**brca1**  240:24
**break**  11:24
    12:3 73:22
    172:16 207:23
    229:4 281:9
**breast**  4:10
    240:24
**breathing**
    220:12
**brewster**  4:19
    139:17 140:22
    140:23 141:17
    143:3 144:2
**bridge**  108:2
**brief**  74:2
**bring**  25:8,22
    26:2 164:1
**broad**  17:12
    75:1 76:4 78:13
    87:6 90:10
    91:16 170:22
    232:11 251:1,3
**brought**  25:9
    66:12 107:13
**brush**  5:3,5,7
    203:21 204:24

**[brush - cancers]**                                              Page 8

205:10,13,17
206:18,23
207:20,24
209:10,13
210:15 213:13
214:22 215:7
**bucket**  195:11
**built**  202:13
**bullet**  38:11,18
38:19 56:17,21
57:12,13 60:6,7
**bunch**  195:13
**burnham**  14:18
**burton**  239:11
239:15 240:8
252:9,21 253:9
253:24 254:3
256:16 257:8
257:13
**burton's**
239:21 240:3
256:6

**c**

**c**  2:1 107:6,17
107:17 284:1,1
**cadigan**  16:17
16:18
**calculate**  209:8
209:10 215:13
255:18
**calculating**
209:22 210:11
214:11
**calculator**
208:9,24 209:3

214:9
**call**  21:21 25:18
29:13 65:21
209:2 256:21
**called**  22:6
**calls**  47:11
94:21 105:14
109:13 134:19
135:5 140:6
150:10 151:23
152:21 161:11
226:7
**canada**  268:2
**canal**  5:7
197:18 199:14
199:15,17
201:15 203:1
205:18,23
207:21 209:11
209:15 213:13
**cancer**  4:3,5,10
4:10,13 5:17,20
5:21 6:3,6,10
17:13 22:3,4,7
23:17 24:4,9
32:14,24 33:7
35:18,19 36:3
36:17 38:2
40:16,16 41:8
41:23 44:8,23
47:9 48:4,18,23
50:24 51:6 52:1
52:14 53:15
55:6,14,15
57:16 66:11
69:3,11,13,14

69:16,19,19,24
71:5,9,15 72:2
72:8 73:10,14
74:13,13 75:7,7
81:21 82:5,12
82:18 85:16,16
85:24 86:7,15
86:22 88:8
91:15 92:6,7,13
92:16,20 93:2
93:11,16,19,22
94:5,8 97:18
98:15 99:2,4,9
99:21 100:15
100:21 105:18
105:20 106:1,6
107:14,15,21
107:22 109:5,8
110:6 111:3,19
111:20 112:9
112:13,17
113:7,20
114:23 115:12
115:17 117:13
118:9 120:17
121:11,21
124:9 125:12
125:15 126:20
128:16,17,20
129:5 130:1,11
133:5 134:17
147:15 148:23
151:21 153:9
154:17 155:11
156:2,21
157:20,21

158:2,16,22
159:17 160:2,4
161:22 162:3,5
162:14,16
164:8,12,19,23
165:2,4,15
167:11,23
168:8,13 169:3
170:4,7 171:10
171:20,24
172:2,3,21
173:3 174:18
174:18,24
220:17,23
221:11 222:8
222:14,16
223:7 232:19
236:4,24,24
237:2,6 238:7
239:4 240:1,18
241:1,3,4
243:23 244:9
244:10,22
245:22 246:14
246:16,22
248:21 249:21
249:24 250:4,7
252:1 254:10
254:11 269:15
278:7,14
279:15,16,23
280:9,19
281:23
**cancer's**  82:24
**cancers**  34:24
35:5,7,8 43:2

[cancers - cell]                                                        Page 9

75:14,17 83:6
92:21 93:16
156:2 157:21
168:20 169:7
169:14 223:20
224:6 237:24
240:12,14,20
249:5 278:13
**carcinogen**
134:7 224:22
**carcinogenesis**
71:3 105:12
172:5
**carcinogenic**
135:3 223:15
**care**  188:18
252:8
**career**  24:14
145:4,5 282:10
**carefully**
243:18
**carl**  1:7,7 10:1
10:13 11:4 13:6
14:21 15:6
72:20 192:17
236:1,2 238:12
243:2 252:6
253:5 257:7,13
260:16 281:24
**carl's**  12:16
13:4 229:15
252:8 269:2
271:22
**carlb**  5:9,15
**carried**  59:10
216:15 270:6

**carrier**  238:19
**carry**  59:8
**cartoonish**
198:4
**case**  1:5 4:21
7:19 9:3 10:1
10:13 14:21
15:6 16:7,16,23
17:3,11,13
18:10 21:5,10
21:15 51:21
72:20 94:14
121:5 123:7,16
124:16 131:13
136:9,15,16,17
136:19 137:3,4
137:7,8,11,16
137:19,21,24
138:4,10
143:24 144:3
144:11 146:4
161:9 198:2
229:15,17,19
232:15 234:1
236:3 243:21
244:13,19
245:9,10,19,22
246:2,11,21
247:1,1,2,8,11
247:23 248:1,3
248:4,5,7,9
250:18,20,24
251:6,14
264:12 269:2
273:2 282:19

**cases**  5:21
15:12,14,18,23
16:12 78:6
82:22 93:15
119:24 120:1
138:1 234:15
235:7 238:4
278:1
**catch**  75:3
**causal**  78:23
92:3
**causative**  220:3
220:6 251:23
**cause**  32:13
35:1 41:23
50:23 51:6 69:2
69:15 70:8 71:2
71:14 72:7 88:8
91:1,9 92:2
98:14 99:8,21
100:14 102:5
105:12,22
110:9 113:20
115:11 165:3
165:14 166:7
168:12 169:3
171:9,19
200:17 222:7
236:23 237:5
237:13 238:7,9
238:12 240:5
240:11,13,17
244:10 248:1
262:11,18
263:4 278:11
278:20 280:7

280:19 281:22
284:14
**caused**  48:22
79:9 80:1 98:12
157:24 174:14
200:16 236:3
237:14 244:9
248:22 249:6,9
249:15 251:14
273:2
**causes**  33:2,7
69:11,14 71:6
111:19 133:4
134:16,21,23
158:1 162:15
164:12,22
165:2 168:15
169:13 187:3
221:10 222:16
223:6 237:23
240:19 262:24
275:16 278:6
**causing**  52:1
73:14 106:6
112:13 173:3
200:24 279:15
279:23
**cavity**  68:5,21
**cdc**  40:17 41:9
50:6 57:16
146:19 148:5
172:19 173:2
173:10 174:9
174:21 268:17
**cell**  80:12,23
81:13,20 82:4

[cell - clear]                                                                Page 10

87:19 88:4,6
89:12 90:12,15
90:23 91:7
94:13,17,18
95:7,8,23 96:5
97:3 98:7,12
99:12 100:4
156:23 270:3
**cells** 73:8,9,10
76:15 77:21
79:11 80:3,20
81:10 90:2,8
93:22 94:8
96:17,22,23
99:13 100:20
**cellular** 70:13
70:21 82:10
100:12
**center** 22:3,4
23:17
**centimeters**
253:23 254:2
259:17,17
**certain** 76:12
139:23
**certainly** 75:16
90:14 92:20
105:17,20
117:11 145:1
179:6 184:9
196:18 207:3
207:22 217:11
241:13 242:1
243:14 251:10
258:6,10
259:14

**certificates**
175:15 221:2
**certified** 284:19
**certify** 284:3,11
**cervical** 5:7
107:20 184:6
184:24 185:19
185:20 186:18
197:8 198:8
210:17 214:22
217:10 236:24
237:5 249:24
**cervicovaginal**
4:6
**cervix** 4:24
59:3 64:9 184:8
184:9,15 186:9
187:7 196:17
196:23 199:10
199:12 200:20
201:3,11 202:2
202:20 206:4
207:23 215:6
216:2,19
217:24
**chain** 193:16,17
194:3 195:4,8,9
270:7 271:2,12
271:15,16
272:21 275:22
**chair** 46:20,21
**chance** 42:13
154:10
**change** 8:23
95:9 174:1
210:21,24

221:9
**changes** 8:10
9:5 80:24 81:14
81:19,24 82:3
100:23 101:2,3
101:4
**chapter** 139:13
**chapters**
139:24 140:12
140:19
**chart** 136:18
**check** 142:3
229:9 260:12
**chemo** 244:15
**chemokines**
88:12 89:3
91:17
**chest** 182:5,6,7
**chief** 23:18
**children** 253:7
**chlamydia**
59:11
**choices** 161:4
234:7,8,9
**choose** 135:8
140:19 235:19
**choosing** 130:9
**chose** 140:11
178:23 179:21
180:15
**chromosomal**
83:7,13
**chromosomes**
228:15
**chronic** 70:4
75:19 76:7

86:15 98:2,5
101:3,5 168:5,7
278:22 280:18
**circumstance**
33:22
**circumstances**
201:10 280:16
**citation** 282:6
**cite** 19:18 60:16
61:11 158:5
175:11,12,13
185:9 195:17
221:18
**cited** 19:20 64:6
97:9 103:14
117:20 129:10
129:12 160:17
186:7 201:8
217:22 221:14
259:16 265:8
**citing** 116:9
**claim** 60:13
61:8 85:14
**claimed** 105:2
106:11 232:24
260:5
**claims** 57:24
**clarify** 67:23
68:2 78:2
**cleaner** 187:20
**clear** 17:2
33:24 34:6
61:13 99:9
100:15 155:14
158:13

**[clearly - comprehensive]**                    Page 11

**clearly** 64:6
  122:19,20
  130:3
**cleavage**
  225:20
**cleveland** 4:24
  198:9
**clinic** 4:24
  198:9
**clinical** 3:21,23
  4:19 23:20 25:5
  42:15,18,23
  43:5 44:6,14,21
  45:20,22 47:1,7
  47:14,24 48:1
  107:10 108:3
  145:8 146:9
**clinically** 47:16
**clinician** 18:10
**close** 27:23,24
  41:6 180:13
  182:12
**closed** 58:15
  59:5,13 181:11
  181:21 182:22
  184:9 196:18
  198:1 199:12
  199:16 206:8
  206:10 207:23
  216:3 217:11
  217:12,13
**closer** 137:8
**closes** 199:18
**closet** 193:20
  193:21 195:12

**coast** 24:1
  189:17 192:6
**coauthor**
  103:23 118:7
**coauthors**
  105:10
**cohort** 4:9
  131:12,14
  136:8,19 137:3
  137:4 138:8
  143:24 144:3
  144:10 282:18
**coke** 147:2,4
**coli** 185:4,5
  199:24 200:3,5
  214:12,21
  216:8,11
**coli's** 214:16
**colleagues**
  27:24
**collecting**
  104:14
**collection**
  107:24
**collectively**
  88:15 89:6
**collusion**
  153:21
**colon** 75:17
  92:22 170:5
**combine** 115:5
**combined**
  123:21
**combs** 14:13,14
**come** 92:22
  210:18 212:2

212:13,14
  243:10
**comes** 24:19,20
  152:2 206:20
  237:23 282:7
**comfort** 50:12
**comfortable**
  147:18
**commencing**
  1:19
**comment** 27:7
**commentaries**
  235:18
**commentary**
  179:2
**comments**
  26:20,24 27:8
  27:12 28:2
**commerce** 2:6
**committee** 3:21
  42:14,15,16,19
  42:21 43:6,17
  44:6,11,15,21
  45:10,19,20,21
  45:23 46:1,7,20
  46:24 47:7 48:1
  48:13 152:4
  153:2,7,10
  176:16
**committees**
  41:5,6,11 42:4
  152:8
**common** 93:1
  93:10 165:24
  192:24 251:21

**commonly** 4:18
  111:22 113:22
  239:24
**communication**
  87:23
**community**
  22:8
**companies**
  150:16
**company** 22:24
  23:5
**compares**
  182:9,19
**comparing**
  138:1
**comparison**
  136:6,13 137:5
  137:9,20 138:7
**completely**
  59:4
**completion**
  28:16
**complex** 32:24
  81:3
**complicated**
  208:23
**component**
  78:22 93:2,11
**components**
  98:3
**comprehensive**
  40:15,20 41:14
  41:22 149:16
  153:2,15
  173:15 175:5

**[concerned - contribute]**                                                    Page 12

**concerned**
153:16
**concerns**  133:6
**conclude**
232:18,23
**concluded**
118:8 121:20
124:8 283:6
**conclusion**
122:10,19
162:11 176:12
243:3,11
**conclusions**
271:20
**condense**  38:10
**condition**
246:22
**conditions**
60:17 61:13
64:7 65:19,21
218:4,15,16
223:17 250:10
250:14,17
251:22
**condom**  183:23
184:1,3
**condoms**
102:11
**conference**
106:22 107:16
**confess**  16:19
**confidence**  56:3
119:7 230:12
233:3 254:21
264:23 265:15
266:7 267:4

**confident**  67:14
71:12 116:5
135:22 154:13
165:5,6 221:6
**confirm**  124:13
257:23
**conflicting**
231:13
**conjunction**
257:14
**connecting**
30:7
**consensus**  3:23
45:20,22 47:7
47:15,24
**consider**  19:21
20:7 37:7 39:9
66:10 135:10
136:15 141:10
141:23 145:3
145:21 167:10
187:22 229:19
261:20
**considerable**
86:13
**considered**
3:13 9:14 19:2
19:10,15 29:2
30:5,11 31:7
59:16,24
130:10 135:2
137:15
**considers**  161:3
**consistent**
20:21 92:24
93:9 162:3

198:1 230:3
**consists**  46:20
**consortium**
125:12 126:21
160:3
**constituents**
32:12,18,20
135:19 279:22
280:6,7
**consult**  46:23
109:9
**consultant**
108:19
**consultation**
257:8
**consulted**
235:11
**consulting**  3:17
**contact**  28:2
234:10
**contacted**  21:4
21:23
**contain**  49:6
**container**
195:12
**containing**
134:3 135:16
**contains**  279:19
**contaminants**
178:3 181:16
181:18 192:24
193:19
**contaminated**
195:14 270:24
**contamination**
193:11 194:2

194:22 270:5
270:20,22
272:6,9,10
273:2,12,19
274:13,16
275:20,22
276:2,3,12,17
277:3,13
**contempt**
242:20
**contents**  13:12
**context**  60:8
76:24 78:15
92:1 113:16
179:3
**continue**  6:1
72:4 74:6
114:20
**continued**  4:1
5:1
**continues**  56:23
**continuing**
11:17 216:6
**contract**  187:4
**contractions**
60:18 189:8
**contradict**  99:3
160:24 161:2
165:7 202:24
**contradicts**
160:17 161:20
163:16,20
164:3,6,17
165:17 170:15
**contribute**
32:13,23 33:6

**[contribute - correct]**                                                      Page 13

| | | | |
|---|---|---|---|
| 34:10 51:6 | 144:11 147:14 | **corporations** | 125:12,13,21 |
| 70:10 71:2,15 | 195:9 229:17 | 150:5 151:5 | 125:24 126:4 |
| 72:7 80:23 | 229:19 232:15 | **corr**  229:23 | 126:12,22 |
| 81:13 88:8 | 234:1,10,11 | **correct**  7:12,16 | 127:19,22 |
| 98:14 99:8 | 259:21 260:18 | 7:19,20,24 8:24 | 128:2,3,18 |
| 105:12 127:2 | 264:12 271:4 | 9:8,11,12 10:7 | 129:14,21 |
| 151:9 165:3,15 | 282:19 | 10:8,10,11,14 | 130:1,5 132:9 |
| 167:23 171:9 | **controlled** | 14:7,21,23 16:8 | 136:9 137:6 |
| 171:19 243:4 | 132:24 134:2 | 16:9,13 22:19 | 138:7 140:24 |
| 280:8,19 | 135:24 143:15 | 23:22 28:4 31:1 | 141:1,3 142:24 |
| 281:22 | 143:19 | 31:3,19,20 | 143:7 149:14 |
| **contributed** | **controls**  5:22 | 32:19,21 35:9 | 150:2 154:11 |
| 236:4 243:8,22 | 120:2 234:12 | 36:7,17,18,20 | 155:11 158:11 |
| 244:21 245:8 | 234:13 | 39:18 40:17,18 | 158:22 159:3 |
| 250:16 | **controversial** | 44:16 49:21 | 160:10,18 |
| **contributes** | 250:12 | 51:7,9,10,13,19 | 162:19 163:10 |
| 33:3 91:18 | **conveniently** | 51:20 52:3 53:4 | 163:21 164:4,8 |
| 150:2,14 | 210:15 | 53:9 55:7 58:4 | 165:8,10,11,15 |
| 151:17 169:13 | **conversation** | 58:6 63:5,8 | 165:16,23 |
| 172:10 | 279:17 | 65:12,18,22 | 166:16,19 |
| **contributing** | **conversion** | 66:15,19,20 | 167:13,16,20 |
| 246:2,12,23 | 168:16 | 70:1,11,15 | 168:21,24 |
| 248:1 249:21 | **convert**  96:22 | 71:10,20 72:15 | 169:1,15,22 |
| 250:1,5,8,19 | 212:23 213:1,9 | 72:16,21,22 | 172:21 174:24 |
| 251:23 279:16 | **converts** | 73:19,21 77:7 | 179:21 180:10 |
| **contrived** | 203:14,15 | 85:16,17,22 | 181:11 184:10 |
| 187:23 | **convey**  32:8 | 89:15 95:24 | 184:21,22 |
| **control**  96:11 | 175:3 | 96:18 97:4 | 187:9 189:8,11 |
| 121:5 123:7,16 | **coordinate** | 98:15 100:7,13 | 190:5 191:17 |
| 124:16 131:13 | 42:22 | 100:24 102:6 | 192:1 196:8,23 |
| 132:12,13 | **copies**  52:22 | 103:4,11 105:4 | 196:24 197:9 |
| 133:23 136:1,3 | 173:17 | 105:7,8 111:20 | 197:10 199:12 |
| 136:9,15,17,19 | **copy**  25:9,9 | 112:9,13 114:4 | 199:21 200:21 |
| 137:4,7,16 | 30:20 31:22 | 114:9 117:4 | 204:6,11 |
| 138:2,4,10 | 269:4 | 119:12,17,19 | 205:12,18,19 |
| 143:24 144:3 | | 121:16 123:23 | 205:23,24 |

206:1,5,23
207:9 209:13
212:14 213:3
214:24 215:1
220:11,24
224:17 230:1
231:1,12
233:10,21
238:8 239:5,6
242:2 244:2
245:16,24
247:15,18,21
249:10 253:9
253:12,19,20
253:21,24
254:3,9 255:6
255:15,21
256:19 257:2,3
257:10,24
258:1 259:3,4
260:14 263:10
264:7,24 265:1
265:9,17 266:4
266:10,16,17
266:24 267:7
269:11 272:19
273:6 274:23
276:3,22
277:13,20
278:3,15,23
280:16 284:9
**correctly**  43:3
44:4 156:3,10
157:7,8,13
159:18,19
163:2,4 174:19

174:20
**corresponding**
27:4
**costs**  151:14
**counsel**  2:2
214:3 284:12
**country**  104:15
**county**  1:2
**couple**  229:13
**course**  34:2
97:5 127:8
129:22 142:22
234:4,21 255:7
257:15 282:10
**court**  1:1 2:22
212:20
**cover**  173:19
174:2
**cramer**  5:18
118:7 121:20
124:18 125:4
127:1 235:1
**crazy**  30:2
**cream**  206:14
**create**  88:16
89:6 100:12
172:9
**created**  72:2,6
281:21
**criteria**  242:2
**critical**  6:9
145:4
**criticism**
269:13,24
**criticize**  252:8
258:6,10

**crooked**  29:22
**cross**  60:22
218:17
**crossed**  233:3
**crow**  2:5
**crr**  2:21
**culture**  94:19
95:8,23 96:5,18
98:8 99:13
**cultures**  97:3
98:12
**cumulatively**
272:4
**curious**  216:8
**current**  23:11
23:13 43:23
230:3,9
**currently**  128:1
133:24
**curriculum**
3:15
**curry**  2:15 3:4
10:22 11:5 12:7
14:11,24 15:8
15:20 16:2 17:1
17:6 18:16 20:1
20:8,22 24:15
26:3,10,15 29:6
30:3,16,24
33:21 34:15
35:3 36:4,21
37:11,19 38:3,7
39:5,11,19 40:2
40:21 42:2
43:18 44:9,17
44:24 45:11

46:10,17 47:3
47:10 48:5,19
49:7,17 50:3,20
52:7,24 53:21
53:24 57:10,19
58:7 61:18 62:3
62:12,21 63:6
63:23 64:18
65:7,23 67:2,19
68:6 70:16
71:21 72:9,24
73:16,24 74:14
74:19,23 75:2,8
75:22 76:2,10
76:17,22 77:4,9
77:14,18,23
78:11 79:1,14
80:6,15 81:1,15
81:22 82:7,14
82:20 83:2,9
84:5,12,18,23
86:2,9,16 87:4
87:17 88:2,18
89:9 90:4,18
91:2,10,20 92:9
92:14 93:4,13
93:23 94:9,20
95:10,18 96:6
96:12,19 97:6
97:19,23 98:16
99:5,16 101:16
102:7 103:16
105:13 106:2
108:5 109:12
110:10,16
112:18 114:10

**[curry - december]**                                                          Page 15

| | | | |
|---|---|---|---|
| 114:16 115:21 | 179:22 180:11 | 260:24 261:14 | 87:14 90:15,23 |
| 116:14,24 | 180:21 183:6 | 262:12,19 | 91:7 |
| 117:5,14 | 183:20 184:16 | 264:2 272:12 | **daniel** 118:7 |
| 118:15 120:11 | 185:24 187:10 | 273:20 274:20 | **data** 25:2 51:23 |
| 120:21 121:17 | 188:9 189:9 | 276:4,19 | 120:1 168:10 |
| 122:16 123:3 | 190:6 191:11 | 277:21 278:4 | 176:5 221:13 |
| 123:24 124:21 | 191:18 192:22 | 278:16 279:9 | 221:13 230:10 |
| 125:16 126:13 | 193:13 194:12 | 280:24 281:10 | **data's** 168:9 |
| 128:8,22 129:8 | 195:5 196:9 | 281:17 282:22 | 175:20 221:15 |
| 130:6,19 | 199:22 201:18 | 283:2 | **date** 8:13 11:7 |
| 131:10 132:20 | 201:21 202:5 | **custody** 193:16 | 20:4 32:14 |
| 133:18 134:18 | 202:10 207:16 | 193:18 194:3 | 53:11,12 69:6 |
| 135:4 138:18 | 208:12,16,21 | 195:4,10 270:7 | 256:18 |
| 139:4 140:1,5 | 209:5 211:6 | 271:2,12,15,17 | **dated** 8:9 11:8 |
| 140:16 141:12 | 212:5,18 213:4 | 272:21 275:23 | **daughter** 188:1 |
| 144:13 145:14 | 214:2 215:2,10 | **cut** 140:7 276:7 | 188:2,18 |
| 145:23 146:17 | 216:5,22 218:7 | **cutting** 218:8 | **david** 2:8 6:12 |
| 147:19 148:13 | 219:16,22 | 277:6 | **dawn** 2:15 |
| 148:17 149:2 | 220:14 222:1 | **cv** 9:9 23:7,11 | 14:10 18:13 |
| 149:10 150:3,9 | 222:17 223:11 | 84:19 | 19:11 28:18 |
| 151:11,22 | 223:23 224:23 | **cyclooxygenase** | 173:18 |
| 152:10,20 | 225:5 226:6,13 | 88:14 89:5 | **day** 1:18 158:13 |
| 153:4,18 154:4 | 226:24 227:5 | **cylinder** 210:12 | 184:5 231:15 |
| 154:18 155:3 | 227:13,19,24 | 213:1,19 | 233:18 281:20 |
| 156:15 157:2 | 228:10,18,23 | **cytokines** 80:22 | **dcurry** 2:16 |
| 157:22 159:4 | 230:5,16 232:4 | 81:12 88:12 | **dead** 184:14 |
| 160:5,11,19 | 232:9,20 | 89:3 90:16,24 | **deal** 56:7 |
| 161:10 163:11 | 233:11 235:13 | 91:8,17 156:13 | **dearing** 2:8 |
| 164:9,20 | 236:14 237:19 | 156:20 158:19 | 6:12 |
| 165:19 166:11 | 240:9 241:10 | **d** | **death** 175:15 |
| 167:17 169:5 | 242:16 244:11 | **d** 3:1 4:1 5:1 | 221:2 |
| 169:16 170:18 | 244:24 245:17 | 6:1 | **debatable** |
| 171:12,22 | 246:4 248:11 | **daily** 202:19 | 112:14 |
| 172:12 173:20 | 249:12 250:21 | **damage** 82:13 | **december** 3:11 |
| 175:7 176:2,18 | 251:16 252:22 | 82:19 83:1 | 11:8,21 |
| 177:1 179:7,16 | 255:10 259:12 | | |

[decided - diameter]                                                     Page 16

| | | | |
|---|---|---|---|
| **decided**  148:7 | **demonstrate** | **described**  91:15 | **determined** |
| 257:8 | 65:2 68:9 73:7 | 100:24 111:19 | 65:20 110:8 |
| **deciding**  258:11 | 177:21 186:7 | 149:7 165:22 | 217:23 243:22 |
| **decision**  257:12 | 198:5,17 199:6 | 178:13 181:10 | **determines** |
| **decisions**  143:5 | 199:13 | 185:17 188:12 | 221:9 |
| 258:7 | **demonstrated** | 205:22 206:4 | **develop**  33:8 |
| **decrease**  87:24 | 86:13 193:16 | 218:17 235:8 | **developed**  46:8 |
| **deemed**  47:15 | **demonstrates** | 235:16,22 | 153:9 |
| **deep**  276:9 | 199:2 | 236:9 237:9 | **development** |
| 277:5 | **deodorant** | 253:9 254:3 | 32:13 33:3 |
| **deeply**  276:11 | 147:21 | 277:4 | 42:23 47:14 |
| **defect**  73:5 | **department** | **describes**  42:21 | 74:12 75:6,17 |
| **defendant**  2:13 | 174:8 271:3,6 | 253:24 256:15 | 76:16 77:22 |
| **defendants** | **dependent** | **describing** | 79:8,24 81:21 |
| 3:19 21:5 | 168:23 | 153:12 166:14 | 82:6 88:17 89:7 |
| **defense**  21:18 | **deposition**  1:15 | **description** | 99:8 156:1 |
| 22:18 108:21 | 3:19 7:11 13:1 | 178:11 198:7 | 157:20 158:15 |
| **defer**  80:12 | 13:6,18,23 | 226:1 | 158:22 162:2 |
| 82:9 87:19 | 17:17 25:19 | **descriptions** | 165:3 169:14 |
| 89:11 212:8 | 26:7 30:19 | 159:2 | 171:10,23 |
| 221:23 270:3 | 33:23 239:10 | **deserving** | 172:2 278:15 |
| 271:11,14 | 263:11,14,15 | 190:1 | 278:19 280:8 |
| 272:24 | 270:11,17 | **designed**  94:13 | **develops**  91:15 |
| **defined**  86:22 | 273:9 283:6 | 94:17 143:15 | 105:18 |
| **definitely** | **depositions** | 143:19,23 | **deviates**  230:13 |
| 197:22 | 13:7 | 181:13,14 | **devoted**  174:22 |
| **definition** | **derived**  79:11 | 183:8,11 | **dia**  258:14 |
| 225:9,17 | 80:3 | **designs**  234:6 | **diagnosis**  43:1 |
| 241:16,19,20 | **desai**  139:11,12 | **despite**  233:1 | 245:7 258:15 |
| 242:1,5 | 139:21 140:11 | **details**  21:19 | 259:10,11 |
| **definitions** | 141:9 142:11 | 27:21 268:5 | **diagram**  198:6 |
| 33:23 | 142:20 | **detect**  107:21 | 198:14 199:11 |
| **degree**  121:15 | **describe**  106:19 | **detection**  109:8 | **diagrams**  198:8 |
| 141:5 262:2 | 165:24 175:22 | **determine** | **diameter** |
| **degrees**  218:20 | 178:24 180:2 | 244:8 258:19 | 197:17 202:2 |
| | 180:16 271:12 | | 202:17 203:7 |

[diameter - dollars]                                                                    Page 17

205:9 209:21
210:15,17
**diaphragm**
183:22 184:1,2
**diaphragms**
102:11
**diet** 147:4
**difference**
233:2
**different** 31:12
31:16 58:17
68:15 102:1,18
153:22 170:15
170:17,21
184:4 212:2,13
222:21 254:22
282:15
**differentiation**
156:24
**difficult** 153:7
213:2,9 247:7
258:19
**dilation** 197:9
**dilator** 203:8
203:17
**dimensions**
204:23 205:7
**diplomate**
284:19
**direct** 78:23
200:19
**directions**
187:15
**directly** 79:17
**director** 22:3
23:17,21

**dirt** 193:9
196:7
**dirty** 196:1,3
**disagree** 58:3
58:12 74:9
75:12,13 76:1
78:18 79:7,21
80:10 87:1
91:22 92:5,11
100:18 101:11
114:12,12,14
114:18 127:3
137:17 138:14
145:16,16,19
146:7 159:21
159:22 162:22
162:24 175:17
191:17,20
197:21,22
202:18 203:17
203:19 204:12
205:6,10,14
210:9 240:16
244:13 258:4
272:11,15
273:3,17
**disagreed**
214:10
**disagreeing**
146:2 158:12
158:14,17
**disappear**
192:7
**disclose** 15:22
109:2,15

**disclosed** 15:14
15:15,24 128:1
**disclosure**
108:11,14
109:4,10
**discontinuation**
260:17
**discontinue**
51:15 52:5
**discount**
235:12 247:4
**discuss** 40:12
55:17 107:1
184:5
**discussed** 168:2
201:12
**discussion**
155:19,24
163:6,7
**discussions**
41:10 109:16
**disease** 33:1
59:12 75:21
76:9 104:20
105:1,4 173:7
174:8 216:13
250:17
**diseases** 111:22
113:22 216:14
**displaced**
209:13
**distinguish**
136:19 144:2,9
263:24
**divide** 214:23

**dividing** 90:1,8
105:19 137:14
**division** 1:2
80:23 81:13
90:12
**dmj** 132:3
**dna** 82:13,19
83:1 87:14,16
228:14
**docket** 1:3
**doctor** 164:16
239:11 253:12
253:15 262:10
**doctors** 126:8
**document**
47:15,18 48:14
48:15 49:15
53:2,7 55:17
174:6,12 175:4
175:13,24
282:7
**documentation**
271:1
**documents**
10:16 11:15
22:24 23:5 26:6
52:13 223:2,6
243:1
**doing** 20:20
22:15 132:24
133:7 160:21
188:3 208:15
208:19 214:4
**dollars** 10:10
17:24

[doubt - endocervical]                                          Page 18

**doubt** 152:1
**doubts** 71:19
**doughnut**
 206:4,8,8,14
**downwards**
 187:16
**dozen** 38:19
 113:24 255:3
**dozens** 150:16
**dr** 7:8 13:7,8,8
 23:14 27:9,11
 28:2,3 41:18,21
 47:23 74:4 78:5
 85:6 104:16
 107:3,17,18,24
 108:1,1,2
 121:20 124:18
 125:4 127:1,4,6
 127:7,9,19
 129:14 135:13
 139:17,19,21
 139:22 140:22
 140:23 141:17
 142:20,20
 143:3 144:2
 147:2,4 172:19
 175:21,23
 192:11,18
 230:20 231:4
 232:23 235:1
 239:11,15,21
 240:3,8 252:9
 252:21 253:9
 253:24 254:3
 256:6,16 257:8
 257:13,13

 258:8 269:1,11
 269:14,21
 270:10 271:11
 271:19,22
 272:9 273:1,17
 276:16 281:15
 281:19
**draft** 26:14
 27:6 283:3,5
**draw** 209:9
**drawing** 5:7
**drawn** 198:4,4
 199:6
**drinking** 147:1
**driving** 30:1
**dry** 276:8
**due** 82:13,19
 83:1
**duke** 127:17
 158:10
**duly** 7:3
**dusting** 33:17
 65:3 68:10
 146:24 147:6
 171:6 181:22
 182:9
**dysmenorrhea**
 260:17
**dysregulated**
 75:19 76:7

**e**

**e** 2:1,1 3:1 4:1
 5:1 6:1 107:6,7
 185:4,5 199:24
 200:3,5 214:12

 214:16,21
 216:8,11 284:1
 284:1
**earlier** 8:13
 29:8 105:24
 106:13 129:18
 152:3 157:16
 201:9 262:7
 281:20
**early** 85:15
 105:3,17 106:1
 107:22,22
 109:8 264:12
 278:14
**easier** 19:3
 33:18 219:9
 248:8
**easily** 207:4
**east** 17:16
**easy** 199:11
 262:23
**eat** 167:3
**editor** 231:3
**educational**
 107:2
**effect** 84:17
 96:4 185:14
 188:8,22
 217:20
**effects** 4:13
 76:16 77:22,24
 94:18 95:8,23
 96:17 97:2 98:1
 98:4,12 99:22
 99:24 101:1
 173:12 228:9

**eight** 153:21
 163:22
**either** 27:20
 34:4 70:10
 107:21 147:2
 147:22 177:12
 195:1 198:7
 235:11 263:22
**ejected** 187:5,7
**electronic** 8:21
**elements** 56:15
**elevated** 218:19
**elevation** 90:24
**elevations**
 90:16 91:8
**elicit** 189:7
**elizabeth**
 239:11
**elongate** 228:6
 228:9
**embedded**
 276:11
**emotional**
 179:5
**emp** 227:16,18
**ended** 237:14
**endocervical**
 5:3,5,7 197:18
 201:15 203:1
 203:21 204:19
 204:24 205:18
 205:22 206:18
 207:20,24
 209:11 213:13
 214:20 215:7

**endocervix**
202:17 205:22
210:17 216:2

**endocrinolog...**
126:11

**endogenous**
168:18

**endometrial**
107:15,21
197:3

**endometriosis**
4:14 118:10
119:4,8,17
120:18,19
121:12,15,16
121:22 122:14
122:15 123:2
123:22 124:5,7
124:11 128:18
156:6,8 159:14
250:16 259:6
259:11,18,24
260:2,6,9,14,23
261:3

**endometriotic**
156:12 158:18
259:22

**endometrium**
187:5,7 217:7

**engaged**  24:17

**enhances**
156:24

**enlarged**
207:11

**enriched**  91:16

**entails**  90:15,23
91:7

**enter**  191:21
194:4

**entered**  190:13

**entering**  29:15
185:21 186:19
191:6,10

**entire**  36:24
37:6 38:10
120:6 176:19
211:7

**environment**
90:2,9 102:18
226:18,19
280:13

**environmental**
4:21 173:11
240:4 241:7

**envision**  246:1
246:11,21
248:10

**enzymes**  88:14
89:5

**eoc**  91:19

**epidemiologi...**
144:24 263:22

**epidemiologist**
141:2 143:4
144:19 222:4
231:6,8

**epidemiologi...**
230:13,23

**epidemiology**
4:18 139:13
144:21 145:2

230:4

**epigenetic**
80:24 81:14

**epithelial**  35:19
74:13 75:7,14
80:19 81:9
82:24 83:6
91:14 97:17
248:20

**epithelium**
103:7

**equally**  67:14

**equipment**
83:14,15 89:20

**equivalent**
34:10 126:10

**error**  8:22

**esq**  2:3

**esquire**  2:7,8
2:11,15,19

**essential**  78:22

**essentially**
136:2,16
168:17 236:9

**established**
36:13 128:15
128:20 129:5
130:1,5,12,15
130:16 161:8
161:16,18
199:19

**estimate**  11:19
11:20,23 18:20

**estrogen**
168:16,17,18
168:23

**et**  1:9 4:7,11,14
4:19 5:18,22
6:4,7,10 118:5
121:19

**ethical**  132:23

**ethicon**  150:17
150:19,21

**etiology**  91:19
91:24 110:7
111:4 112:16
113:8 114:24
161:21 162:14
164:7,18 172:3

**evaluating**
128:14 141:23

**evaluation**
134:15

**evans**  16:21
17:11

**events**  33:7

**eventually**
114:4

**everyday**
241:18

**evidence**  4:16
20:18,21 46:8
61:12 68:16
86:13 91:17
101:20 131:5,6
131:9 135:1
138:23 142:11
143:3,6,9,14,18
184:23 185:19
186:2,4 191:24
238:11 282:5
282:11,18

[evident - factor]                                                                    Page 20

**evident**  78:21
**evolved**  59:9
  216:15
**evolving**  216:17
**exactly**  124:2
  132:4 158:5
  166:14 209:6
  280:2 282:14
**examination**
  3:2 7:6 192:12
  253:18 281:16
**examine**  119:23
**examined**  7:4
**examines**
  173:11
**example**  70:5
  96:11 137:23
  149:9 198:9
**examples**
  282:13,17
**except**  184:13
**exception**
  217:18 250:11
**exceptions**
  59:14
**excessive**  81:20
  82:4
**exchanged**
  29:12
**exclude**  234:9
  235:22 270:4
**exclusions**
  234:11
**excuse**  236:5
**exercise**  244:7

**exhibit**  3:8,10
  3:12,14,16,18
  3:20,22 4:2,4,8
  4:12,15,17,20
  4:23 5:2,4,6,8
  5:10,12,14,16
  5:19 6:2,5,8,11
  8:3,4 9:14,19
  9:20 18:24 19:1
  19:4,6 23:7,8
  25:15 28:7
  30:11,12,14,18
  42:9,10 45:15
  45:18 52:17
  83:6 103:24
  104:1 109:24
  110:1 117:21
  131:23 139:14
  174:1,2,3
  176:20 198:10
  198:11 204:14
  204:17 205:2,3
  207:14,19
  209:9 252:17
  256:1,12 261:6
  261:9,16
  264:13,18
  265:4,23
  266:18 267:19
  269:5,7 282:5
**exhibits**  3:7 8:2
**exist**  70:13
**expand**  107:11
**experience**
  22:10 36:11
  64:13 145:8

  146:9 180:14
  181:23 185:22
  185:23 190:4,9
  196:1,3 200:12
  243:15
**experienced**
  191:9
**expert**  3:9 8:2,7
  10:18 11:18
  13:3,8,13 15:24
  19:1 25:10
  28:10 31:15,22
  46:9,16 54:16
  60:7 84:20 97:9
  97:13 98:21
  100:2 103:14
  103:21 107:3
  113:10 118:7
  138:16 235:11
  248:24 258:5
  270:16 273:6
  273:10
**expertise**
  139:23 140:11
  225:13
**experts**  18:15
  46:23 128:1
  139:22 235:17
  282:3
**explain**  69:8
  226:4
**explains**  67:10
  272:9
**explanation**
  240:23 241:2
  255:8 273:11

**exposed**  80:20
  81:10 96:18
  97:3 98:12
  99:13 133:1
**exposure**  5:17
  56:14 81:19,24
  82:3 168:17
  174:14,17
  223:22 226:12
  241:8 249:16
**expound**  163:7
**expression**
  87:22
**extensive**  145:7
  146:9 258:2
**external**  280:12
**extremely**
  153:6
**eye**  70:14 83:17
  83:22,23 90:13

**f**

**f**  284:1
**f.a.c.s.**  1:15
**facets**  44:1
**fact**  13:4,5 58:5
  60:15 61:7 70:6
  107:13 126:24
  158:17 180:2
  181:22 200:22
  233:1 247:5
  270:23 277:4
**factor**  34:11
  36:2 38:1 39:4
  92:4 129:14
  130:5,23

148:22 149:1,8
161:3,8 163:21
164:4 167:11
172:20 174:18
174:23 246:3
246:12,23
249:22 250:2,5
250:8,20
251:23 254:8
254:13 255:1
261:21,24
**factors**   4:13
24:9 36:13
80:23 81:13
88:13 89:4
128:16,21
129:1,6 130:1,9
130:10 149:6
149:16,20,21
161:6 222:13
238:3 243:19
244:21 245:16
245:22 247:2
247:12,13
**fair**   11:12 35:20
35:21 81:7
144:18 210:10
210:13 240:13
269:19
**fall**   22:13
138:16
**fallopian**   68:12
181:15 187:6
200:14
**falls**   137:8

**false**   113:15
**familiar**   42:8
43:5,7,17 45:22
52:15,20 53:1,4
127:4,7,10
131:4 173:6
204:4 228:5
265:2,19
266:12 267:9
272:20
**family**   51:11
109:23 110:15
239:7 247:17
**far**   29:15 214:9
214:19 258:2
**fast**   216:17
**faster**   40:11
**fault**   30:8
**favorable**   88:16
89:7,11
**fda**   40:15 57:15
57:24 58:3
194:1 268:19
**features**   92:24
93:9
**fee**   3:17 25:11
25:13
**feel**   147:18
184:11 248:13
251:7
**felix**   258:8
**fellow**   27:14
**fellowship**
126:17 180:15
**female**   32:12
51:11 56:12

57:8,17 58:1
59:17 60:1,13
61:4 62:9 63:17
63:21 64:15,24
65:4,4 68:10,11
177:24 178:11
179:3 181:13
187:17 189:14
191:22 194:4,9
217:14 244:16
**fert**   125:20
126:2
**fertility**   125:21
260:3
**fiber**   212:4
225:9 228:17
228:21,22
**fibers**   66:18,21
66:24 67:11
68:4 100:10
212:14 274:18
**fibroids**   250:16
**fibrous**   225:24
**field**   230:4
**figure**   29:23
207:11,17,19
**figures**   90:14
207:22 214:5
**filled**   206:13,14
**filthy**   193:2,3
196:11,14
270:7 277:10
**fimbriae**   92:7
**final**   72:19
271:20

**finan**   1:15 3:9
7:1,8 23:14
47:23 74:4 78:5
114:7 129:14
135:13 172:19
232:23 281:15
281:19
**financial**   22:7
151:21 152:8
**find**   19:9 26:2
29:10 100:1
103:15 111:5
116:19 177:12
178:19 179:11
180:6,19 181:3
191:1 193:3,6
197:24 198:6
203:4 255:3
258:5 259:5
267:3 272:1
**finding**   19:14
272:3
**findings**   67:11
158:13 193:11
232:2 235:12
257:10
**finds**   192:19
**fine**   78:18
146:13 162:23
162:23 176:23
186:15
**finish**   137:1
230:19
**finished**   38:15
218:9

**[fire - formula]**                                                      Page 22

| | | | |
|---|---|---|---|
| **fire**   105:21,22 | 217:18 | 102:8 105:14 | 191:12 192:23 |
| **firms**   28:18 | **forgetting**   22:1 | 106:3 108:6 | 193:14 194:13 |
| **first**   7:2 8:2,7 | **form**   10:23 | 109:13 112:19 | 195:6 196:10 |
| 9:7 21:4 27:2,4 | 11:6 12:8 15:1 | 114:11,17 | 201:19,22 |
| 32:10 35:13 | 15:9,21 20:2,9 | 115:22 117:1 | 212:6 213:5 |
| 46:13 56:2 | 20:23 24:16 | 117:15 120:12 | 215:3,11 |
| 102:23 110:4 | 26:4 29:7 34:16 | 120:22 121:18 | 219:17,23 |
| 110:14 118:4 | 36:5,22 37:12 | 122:17 124:1 | 222:2,18 |
| 142:10 173:23 | 37:20 38:4 39:6 | 124:22 125:17 | 223:12,24 |
| 175:3,9 198:18 | 39:12,20 40:3 | 126:14 128:23 | 226:7,14 227:1 |
| 210:22 224:21 | 40:22 42:3 | 129:9 130:7,20 | 227:6 228:11 |
| 235:1 245:13 | 43:19 44:10,18 | 131:11 132:21 | 228:24 230:6 |
| 245:14 256:9 | 45:1,12 47:4,11 | 133:19 134:19 | 232:10,21 |
| **fish**   2:14 | 48:6,20 49:8,18 | 135:5 138:19 | 233:12 235:14 |
| **fit**   198:7 215:6 | 50:4,21 52:8 | 139:5 140:17 | 236:15 237:20 |
| **five**   84:10 | 53:22 57:11,20 | 141:13 144:14 | 240:10 241:11 |
| 104:10 281:9 | 58:8 61:19 62:4 | 145:15,24 | 244:12 245:1 |
| **flaws**   175:14 | 62:13,22 63:7 | 146:18 147:20 | 245:18 246:5 |
| **flip**   19:5 | 63:24 64:19 | 148:14,18 | 248:12 249:13 |
| **fluids**   4:6 | 65:24 67:3,20 | 149:3,11 150:4 | 250:22 251:17 |
| **foci**   156:12 | 68:7 70:17 | 150:10 151:12 | 255:11 259:13 |
| 158:18 | 71:22 72:10 | 151:23 152:11 | 261:1 262:20 |
| **folks**   28:17 41:3 | 73:17 76:3,18 | 152:21 153:19 | 264:3 272:13 |
| **follow**   133:2 | 76:21 78:12 | 154:19 155:4 | 273:21 274:21 |
| 211:3 | 79:2,15 80:16 | 157:23 159:5 | 276:5,20 |
| **following**   53:19 | 81:2,16,23 | 160:6,12,20 | 277:22 278:5 |
| 54:5 179:18 | 82:15,21 83:3 | 163:12 165:20 | 278:17 279:10 |
| 260:17 | 83:10 84:6,13 | 166:12 167:18 | **formal**   237:21 |
| **follows**   7:5 | 86:3,17 87:5,18 | 169:6,17 | **format**   28:21 |
| **footnotes**   28:23 | 88:3,19 90:5,19 | 170:19 172:13 | **formation** |
| 28:24 | 91:3,21 92:10 | 175:8 176:3 | 278:11 |
| **foregoing**   284:4 | 92:15 93:5,24 | 179:8,17,23 | **former**   24:18 |
| 284:8 | 94:21 95:11,19 | 180:12 183:7 | 41:19 254:15 |
| **foreign**   56:15 | 96:7,13,20 97:7 | 183:21 184:17 | **forms**   125:7 |
| 58:19 79:10 | 97:20 98:17 | 187:11 188:10 | **formula**   209:22 |
| 80:2 181:16,18 | 99:6,17 101:17 | 189:10 190:7 | 210:9 212:24 |

**[formula - go]**

Page 23

215:15
**formulate** 7:22
**formulating**
29:5
**fornix** 60:21
**forty** 60:5
**forward** 137:11
**found** 19:11,12
29:9 64:2
101:20 102:1
111:22 113:22
114:4 123:11
142:6 166:5
193:24 194:8
198:7 203:3
204:23 253:18
262:10 264:22
271:22 273:18
274:12,18
275:2
**foundation**
223:12 224:24
227:7,14,20
229:1
**four** 55:4,7,8,9
56:22 260:10
**fragment**
225:20
**free** 88:12 89:3
89:23
**french** 203:12
203:13
**frequent** 43:10
**friends** 27:24
41:6

**front** 116:9
183:1 198:24
199:2
**full** 176:21
189:20 193:9
199:17
**fun** 74:7
**function** 41:6
41:11 42:4
**functional**
178:1
**fund** 55:15
**fundamental**
93:2,11
**funded** 104:13
**funny** 190:24
**further** 16:11
111:23 113:23
281:14 282:23
283:1 284:11
**fused** 178:14,15

**g**

**g** 253:5
**gathering** 29:5
**gene** 87:15,22
91:1
**general** 14:21
15:5,11 20:15
20:16 21:14
229:14 235:17
275:1
**generally** 27:5
78:20 115:16
139:3 278:13

**genes** 238:18
**genetic** 4:9 33:1
34:23 80:24
81:14 93:20,21
94:6,7 97:15
110:6 111:3
112:12,16,20
113:1,7,19
114:23 115:11
115:17,18
172:10 238:7
238:12,15,16
238:22 239:4
239:16 240:4
240:17 241:6
**genetics** 69:10
109:23 110:15
164:11 238:24
278:7
**genital** 5:20 6:3
50:7,9 51:18
52:10 65:5,17
68:11 119:15
120:2 128:19
129:4,13,24
130:4 133:1,2
134:16 146:23
147:5 148:8,11
159:14 171:5
179:4 182:9
249:10 279:12
**genitals** 147:17
**genomic** 82:13
82:19,24 83:8
84:2

**genotoxic** 79:12
80:4,11,14
**germline** 34:23
116:7 117:12
**getting** 28:19
48:7 124:13
181:19 200:15
206:18
**girls** 189:18
190:9
**give** 15:17 18:4
21:13 42:13
52:22 63:21
116:2 120:14
157:13 195:17
201:5 222:11
236:2 243:7
257:16 275:19
277:11,16
280:23
**given** 191:16
199:20 279:2
284:10
**giving** 158:20
**glad** 63:12
**glean** 38:18
**gmail.com** 2:4
**go** 7:14 9:17
16:10 20:19
25:13 30:12
31:21 32:6 40:9
43:9,16 46:6
54:21 55:4
60:11 61:8
64:22 66:7 69:5
72:17 85:9

**[go - hang]** Page 24

97:24 98:21
111:1 115:9
118:3 142:4,10
151:7 163:13
170:16 177:8
184:8 205:20
209:16 211:24
215:19 217:16
229:9,14
244:14 245:15
248:18 252:6
258:3 260:4,11
263:18 274:7
281:6,8
**god** 282:2
**godleski** 6:12
13:8 192:18
269:11,21
271:11,22
272:9 273:1,17
276:16
**godleski's**
192:11 193:11
269:1,14
270:10 271:19
**goes** 42:5
131:13
**going** 19:2,18
40:5,5 73:23
135:9,10
137:11 162:10
162:17 177:9
208:8,13 209:2
209:8 210:7
211:1,5,7
212:23 213:1

214:23 217:21
219:6 221:4,23
222:4 244:22
245:2 246:6,9
258:10
**golomb** 2:11
**gonna** 16:19
35:12 39:14
55:17,18 57:5
78:14 79:7 81:4
82:9 86:11 88:4
89:11 91:4
113:11,13,14
114:14 135:7
140:18 152:23
154:7,20 167:3
201:16 202:8
207:12 209:10
212:8 221:21
224:1 226:2
234:8,9,10,12
234:13 257:16
272:15 273:4
274:2,10,11
**gonorrhea** 59:8
**goo** 207:2
**good** 7:8,9 15:4
73:22 106:21
191:7 228:22
263:17 270:21
**gotcha** 30:12
**gotten** 63:15
**grab** 31:24
**graphic** 197:24
**graphics** 8:17
8:19,20 9:6

25:10 198:3
**great** 117:18
188:3,5
**greater** 118:8
121:11,21
124:9
**group** 46:9,16
125:14 133:1,2
137:16,20
138:2
**groups** 136:7
136:13 137:6,9
137:10,14
138:7 233:3
234:10,11
**growing** 105:18
189:17
**grows** 71:6
**growth** 80:22
81:12 88:13
89:4
**guess** 33:5
136:11 188:19
227:21,23
237:2,21
271:18
**guidance** 55:5
**guide** 204:18
236:11
**guidelines** 21:1
47:1
**gulf** 23:24
189:17 192:5
**gulfport** 24:1
**guy** 108:4,7

**guys** 212:19
**gyn** 106:23
139:9 142:21
143:4 254:6
**gynecologic**
23:15 36:11,15
43:2 64:5,12
100:20 139:3
140:23 222:12
224:14 250:14
251:21
**gynecology**
47:17
**gyns** 126:17

**h**

**h** 1:7 107:6
167:6,7
**h&e** 83:23
89:21 101:7
**habit** 225:18
**hal** 52:15 53:19
53:20
**half** 11:11
123:16 255:3
**hallmark** 92:13
92:16
**hallway** 107:16
**handful** 13:14
13:16 240:14
**handled** 27:2
271:5 273:23
**handling** 27:21
271:8,9 276:3
**hang** 81:5

[hangry - identified]                                                          Page 25

| | | | i |
|---|---|---|---|

**hangry** 167:4,6
**happen** 65:22
  67:7,10 221:8
**happened** 8:21
**happy** 81:7
  192:15 212:20
**harlow** 5:18
  264:9
**harvard** 158:10
  272:23
**head** 88:21
  218:20
**heading** 53:14
**health** 23:18,19
  23:19 173:12
  174:9 228:8
  268:2
**healthcare** 44:2
**hear** 79:22
  106:8 147:10
  202:13 213:7
  272:14 273:4
**heard** 38:23
  186:23 206:16
  251:6
**hearing** 284:10
**heavier** 262:7
**heavy** 262:7
**hegar** 203:8,17
**height** 210:5,7
**held** 218:21
**help** 16:3 28:23
  29:1,4,5,13,16
  29:22,24 44:2
  104:8

**helped** 28:19
**helpful** 32:5
**helps** 187:6
**herpes** 237:12
  237:13
**hey** 251:14
**high** 83:7
  147:15
**higher** 136:13
  138:9 156:8
  159:13 282:19
**hill** 236:10,12
  236:17 237:4
  237:17 238:3
  242:2
**histology** 83:18
  83:24 90:13
**history** 110:15
  180:20 239:8
  245:7 247:17
  254:6,7 260:5
  263:6
**hmmm** 215:14
**hold** 243:12,13
**hole** 206:8,9
  208:7
**home** 118:12
**honest** 12:9
  55:16 85:10
  104:11 212:7
  225:10 236:16
  245:10
**honestly** 177:7
  241:21
**hope** 117:10
  214:21

**hopefully** 62:1
**hormonal**
  260:18
**hormones**
  168:16
**hospital** 5:9
  229:6 259:9
  272:17
**hourly** 10:6
**hours** 10:13,15
  11:20 12:1,3,5
  14:3 17:21
**hpv** 237:14
**hsg** 197:5
**huh** 41:18,20
  41:21 46:18
  74:22 170:11
  180:23 256:20
  268:22
**human** 102:5
  174:9
**hundred** 56:3
  67:17 71:17
  154:20 165:6
  244:4 276:23
**hundreds**
  230:22 233:17
  274:8 277:8,9,9
  282:12
**hyphen** 14:15
**hypothetical**
  201:17
**hysterectomy**
  256:7 257:9

**iarc** 135:1
  175:10,10,12
  176:4,7 220:22
  221:9 225:23
  226:18
**idea** 17:23 18:2
  18:3 72:7 94:23
  95:20 105:16
  107:18 133:20
  134:11,12
  191:7 220:7
  281:21
**identifiable**
  35:1
**identification**
  8:5 9:21 19:7
  23:9 25:16 28:8
  42:11 45:16
  52:18 104:2
  110:2 117:22
  131:24 139:15
  174:4 198:12
  204:15 205:4
  207:15 252:18
  256:2,13
  261:10 264:19
  265:5,24
  266:19 267:20
  269:8
**identified** 112:4
  112:5 116:7
  128:21 129:4
  129:24 130:4
  224:22 226:11

**[identified - inflammation]**                                        Page 26

226:22
**identify**  84:10
129:13,23
**identifying**
105:3 124:18
269:21
**il**  156:14,14
**imagine**  50:5
245:6 248:2
**impact**  73:13
99:14
**impacts**  78:7
**impeachment**
242:7,14,18
**impeccable**
271:9
**impedes**  184:24
**implanted**
277:4
**implants**  258:5
258:18 259:22
**implication**
124:20 125:3
**implies**  124:12
**implying**
124:19
**importance**
39:14 228:17
**important**  37:7
39:10,13 47:16
48:2 79:12 80:4
85:24 86:7
100:7 116:22
117:3 120:10
160:1

**impossible**
153:11
**impression**
258:17
**improve**  44:2
**inaccurate**  18:5
198:15
**inadvertently**
9:7
**include**  10:15
11:2 36:20 39:1
39:17 40:14
70:23 135:9
136:8 145:12
178:3 180:14
197:1 234:8
243:20 251:24
260:13 263:22
268:11
**included**  10:20
32:17 39:21
111:24 268:7
**includes**  38:22
257:20
**including**  60:17
74:13 75:7
78:23 88:12
89:3 115:19
125:3 156:2,14
157:21 194:1
275:6
**income**  18:21
**inconsistent**
231:17
**incorrect**
112:11

**increase**  80:23
81:13 87:24
123:12 156:21
229:20 234:20
**increased**  80:20
81:10,20 82:4
119:5,16
120:17 121:15
122:4 123:1,13
123:18 124:5,6
156:5 169:3
232:2 233:6
235:2 266:10
**increasing**
85:24 86:7
91:17
**indicate**  96:3
200:19 260:8
**indicated**
109:11
**indicates**
201:14
**indicating**
229:21
**indisputable**
58:5
**individual**
247:1
**individual's**
112:13,17
**individually**
247:8
**individuals**
41:13
**induced**  81:19

**induction**  93:19
94:5
**inevitably**  79:9
80:1
**inf**  156:14
**infertile**  200:14
200:23
**infertility**  126:9
126:11 238:17
238:18 244:16
253:8,12,14
262:10,11,18
263:7
**inflammation**
33:4 59:1 69:2
69:13,14,15,18
69:23 70:3,4,4
70:12,23 71:2
71:14 72:1,7,14
74:11 75:5,20
76:8 78:7,19,24
79:9 80:1,19
81:9 83:21
85:24 86:7,15
88:7 89:2 90:15
90:23 91:7,18
92:3,13,23 93:3
93:8,12,19 94:5
97:15,16 98:2,5
98:11,14 99:2,3
99:7,13 100:12
100:14 101:3,5
101:7,11,15,20
105:11,19
106:1,5 156:1,9
157:19 158:15

**[inflammation - investigator]**                          Page 27

158:21 159:15
160:3 161:21
162:2,4,13
164:7,18 165:2
168:5,12 169:4
169:15 171:9
171:19 182:4
200:13,16
201:1 243:12
275:11,16,18
277:17,20
278:23 280:18
280:18 281:22
**inflammatory**
71:7,8 76:15
77:21 78:21
79:11 80:3,21
81:11 82:3
84:11 85:8
88:11 90:2,9
91:16 92:8
93:20 94:6
99:22,24
101:21 102:5
102:12 104:6,9
104:23 105:16
105:19 156:13
158:19 168:6,7
172:9 182:6
250:17 275:11
**influenced**
235:2 243:15
**information**
19:22,23 36:16
37:9 38:19
95:17 109:14

109:15 215:18
**information's**
263:17
**inherited**
115:17
**inhibitor**
104:24
**inhibits**  157:4,6
**initial**  21:20
252:20 255:17
257:18,19
260:21
**initially**  21:11
21:13,23 32:6
237:10,12
256:16
**initiates**  156:23
**initiation**  69:24
74:12 75:6 78:8
82:12,18 86:23
87:16 92:19
157:20 278:3
**inject**  64:8
**injected**  218:22
218:24
**insert**  199:8
205:17 234:14
**inserting**
183:15,17
206:22
**insertion**  197:1
**inside**  217:1
277:12
**insignificant**
112:6 232:3

**instability**
82:13,19 83:1,8
84:2 93:20 94:6
97:16 172:10
**instance**  75:18
**instances**  122:6
**institute**  22:4,7
41:8 153:9
**institutions**
158:9 160:2
**instructions**
7:15 205:16
**integrated**
238:24
**integrity**  58:21
**intend**  15:11,18
24:6,11,13
132:3
**intended**  43:24
231:24 251:10
**intends**  34:4
**intentionally**
263:23
**interact**  27:5
228:14
**interaction**
118:11,19
119:1,12
120:20 121:13
121:23 122:20
**interactions**
118:21
**interacts**  87:13
**interchangea...**
34:14

**intercourse**
62:18 183:15
183:18
**interest**  244:20
257:9
**interested**
21:17 22:18,22
284:13
**interests**  24:20
**interference**
87:23
**interior**  193:7
**interpret**  54:6
**interval**  119:7
233:3 254:22
264:24 265:15
266:7 267:4
**intervals**
230:12
**intimately**  43:7
**intrauterine**
196:22
**introducing**
87:15
**intuitive**  150:24
151:1
**invades**  69:15
71:6
**invasion**  157:1
**invasive**  174:14
239:24 248:20
258:6,16
263:24
**investigator**
104:13 107:23

**investigators**
144:1
**invisible** 72:3
**invoice** 3:11
9:18,24 10:4,9
11:8,21 18:8
26:9,11
**invoices** 10:21
10:24 18:13
**involved** 25:4,7
69:24 86:14
93:18 94:4 99:2
99:4 101:12
104:14 157:19
161:21 162:5
162:13 164:7
164:18 239:24
**irb** 133:24
134:4,15,24
135:8
**issue** 40:20
41:15,22 44:7
44:22 47:8 48:3
48:4 50:18 51:1
151:20 153:15
172:24
**issued** 40:24
41:12 44:11
48:14 53:17
**issues** 43:23
46:19,24 48:2
132:24 276:24
**issuing** 42:6
47:19 154:15
**it'd** 153:11

**iud** 197:1

**j**

**j&j** 22:24
**j41** 227:10
**jail** 242:8,14,18
242:20
**jersey** 1:1
**job** 23:20
**joel** 1:7
**john** 6:12
**johnson** 1:9,9
94:16,16 95:6,6
95:15,15
108:12,12,19
108:20 109:9,9
109:17,17
133:16,16
150:1,1,8,8,13
150:13,20,20
150:23,23
151:2,2,5,5,16
151:16 223:1,1
223:5,5
**johnson's** 33:12
51:12,19
223:10
**join** 22:14
**journal** 27:5
88:22 125:23
230:10
**journals** 126:1
231:16
**journey** 247:6
247:7

**judith** 13:7
**jump** 189:19
**jumping** 190:9

**k**

**kathryn** 5:22
**keep** 12:22 18:6
20:4 183:4
200:7 256:8
**keeping** 199:21
**keeps** 185:14
199:24 200:20
201:3 217:24
**kevin** 2:19
**key** 174:11,12
**kid** 190:10
**kin** 284:12
**kind** 64:14
186:18 207:1
222:16 243:23
249:20,24
250:4,7
**knees** 218:21
**knew** 41:18
42:1 140:10
158:1 202:1
224:12 244:22
**knight** 1:16
**know** 7:13 8:20
12:10,14,15,17
15:23 16:4,15
27:22 28:20
29:12 33:2 41:3
41:5,19 42:4,5
43:16 45:3
48:12,12,13

49:9 67:4 69:11
77:24 78:17
96:1,1 97:1
105:9 108:14
110:24 112:24
116:21 127:5
134:1 135:8
139:17,19
141:4,5 148:20
149:12,22
150:13,21
151:1,16,18
152:13,16
155:1,5,6
157:24 162:15
164:12,22
165:1 167:24
168:2,4 173:2
178:12 182:2
184:14 186:21
188:16 190:22
195:23 197:19
203:11 206:21
209:3 212:13
212:16 214:17
215:5,17
216:16,17
217:19 219:20
219:24 220:10
220:19 221:20
222:13,15,21
223:9,14,17,20
224:4,21 225:3
225:9,14,17,20
225:23 226:9
227:2,8,12,17

**[know - link]** Page 29

228:3,8,16
229:2 230:14
230:22 236:23
237:10,11,12
237:22 239:9
240:11,13,19
240:22 241:20
241:24 242:9
243:2,6,19
244:3,4,15
248:24 250:9
251:5,11 252:1
259:19 260:5
261:15 262:1,6
269:20 270:6,7
274:4,17 275:2
276:13,14
278:6
**knowledge**
41:10 54:14
57:8,22 94:17
139:23 166:7
173:1 224:20
226:16 270:18
273:16
**known** 35:1
49:5 92:3 110:6
111:3 112:12
112:16,20
113:1,7,20
114:23 115:11
117:12 134:7
174:17 235:22
238:2,9 243:19
277:3

**knows** 271:12
271:16
**kolch** 2:19
**kreisman**
139:11,13,19
139:22 140:11
141:9 142:11
142:20
**kurian** 4:11
109:22 113:8
114:9

**l**

**l** 1:3 5:22 14:15
107:7,7
**lab** 100:19
193:1,8,12,15
193:19 194:3
195:12,15,23
196:5,7 270:8
270:19,22
271:1 272:7
273:11,19
274:13,15
275:22 276:2,6
276:12,17
277:2,12
**labia** 178:3,5,11
178:18 179:14
181:4
**labs** 193:2
195:24 196:2
273:22
**lack** 163:16
193:15 194:3
224:24 227:6

227:14,20
228:24 231:9
232:1,17
259:11
**lacks** 223:12
**ladies** 189:18
**large** 262:9,17
**laryngeal**
174:18
**law** 1:2,16
28:18
**lawrence** 52:15
53:20,20
**lawsuits** 235:2
**lawyers** 235:3
**lay** 276:7
**lead** 97:21 98:1
98:1
**leading** 93:21
94:7
**learn** 7:21
107:10
**leave** 130:14
176:19 226:2
**left** 9:7,9 31:23
142:1 254:2
257:21
**legal** 3:17 15:15
20:11 241:16
241:20 242:5,8
242:9
**legs** 218:20
**length** 205:13
209:21 228:17
228:21,22

**lesion** 100:1
101:8
**lesions** 101:12
101:15,22
**lesser** 143:19
**letter** 6:12
57:24
**letters** 112:1
231:3
**level** 70:13
136:14 226:2
226:11,20,22
240:2 242:23
**levels** 80:20
81:10 156:8
**lies** 138:9
**life** 188:19,19
262:7
**lifetime** 50:15
**lifted** 88:21
**light** 70:14
**likely** 58:24
193:23 194:2
270:24 274:15
**limited** 48:16
119:23,23
238:17
**lindsey** 107:4
**line** 127:13
154:6,21
159:12 216:6
231:19 233:16
263:14
**lining** 102:23
**link** 86:15

**[linked - louis]**                                                    Page 30

**linked**  223:18
  223:21 224:7
**links**  55:4,7,8,9
**list**  9:15 19:2,10
  19:15 29:2,2
  30:5 31:7 37:9
  37:13,17,24
  59:16,24 63:16
  113:24 116:18
  119:6 148:22
  149:8,16,19,21
  254:24 255:4
  270:14
**listed**  37:21
  55:4 57:3
  112:21,22,24
  138:4 141:23
  181:17 203:11
  254:23
**listen**  60:23
  219:9 226:21
**listening**
  211:24
**lists**  167:16
**literature**  10:17
  11:4,16 12:5
  13:11 19:9,14
  19:19,20 36:9
  36:20 37:17,21
  37:24 38:22
  39:2,10,22
  61:12 63:19
  64:6 67:6,9,21
  79:17 95:5,13
  95:16 96:3
  115:16 117:12

125:8 127:22
130:12,15,16
130:23 152:4
161:5,13 166:8
169:21 176:14
179:2 180:9
182:13,18
184:23 185:6
186:5 188:22
189:15,22
192:1 194:7,15
195:2,7 197:20
200:18 201:8
201:14 202:3
202:16,23
205:21 206:4
210:16 217:19
230:8,11
231:14 233:19
234:16,22
235:9 236:8
237:15 263:18
**litigation**  1:4
  16:13 17:8,22
  18:1,14,22
  21:18 66:7
  108:13,20
  120:7 128:2
  133:12 153:17
  269:16
**little**  87:11
  155:17 170:24
  190:10 193:17
  195:9 196:16
  221:21 225:11
  252:5

**lives**  216:9
**living**  192:5
**llp**  2:14
**locally**  21:24
**logan**  2:9
**logic**  166:7
**lois**  2:21 284:18
  284:18
**look**  19:17
  25:18,21 37:14
  38:17 40:12
  42:13 46:14,19
  46:22 47:8 53:6
  54:24 55:9,21
  61:8 85:9
  101:19 102:22
  104:7 109:21
  110:20,22
  116:18,21
  117:19 118:14
  118:17 125:2
  127:16 128:5
  136:13 139:12
  141:8 142:7
  143:2 152:4
  174:11 176:21
  177:9 192:15
  192:16 194:14
  195:7 199:10
  203:2,5 211:15
  211:17,22
  239:12 243:17
  245:15,19
  247:1,2,12,15
  247:17,20
  250:18 252:11

255:23 260:4
263:19,20
264:21 270:14
281:3 282:13
**looked**  7:22
  40:13 55:3 64:3
  101:14 166:4
  176:15 229:17
  232:16 237:5
  243:2,6,21
**looking**  30:17
  64:11,14 69:19
  72:18 94:18
  104:17 109:8
  111:6 115:15
  137:11 174:22
  236:23 244:6
  244:19 269:14
**looks**  48:1
  175:24 265:14
**los**  14:17
**loss**  191:3
**lost**  244:16
**lot**  28:19 33:18
  40:10 79:16
  157:15 166:1
  175:14 189:18
  195:24 196:2
  198:7 219:8
  240:20,21
  250:24
**lots**  196:21
  233:8
**louis**  17:16
  104:16

**lower**  47:21
  240:2
**lumped**  12:19
**lunch**  22:14,16
  167:9 172:16
  172:17
**lung**  134:16
  182:7 220:10
  236:24 241:3,4
**lungs**  134:8
**lymph**  67:11,12
  193:7 194:9
  258:21
**lymphadenec...**
  257:1
**lymphatics**
  66:23
**lyn**  14:13,14
  19:12 28:18

**m**

**m**  2:15 107:6
**m.d.**  1:15 2:3
  3:9 7:1 139:17
**ma'am**  9:16
  10:2 23:1,12
  29:20 31:20
  32:9 46:2 74:7
  134:13 249:23
**machine**  284:5
**macrophage**
  274:13,18
  275:9,21
  277:12 278:14
**macrophages**
  93:1,10 275:3

  275:14 277:19
  278:2,9
**made**  8:11
  100:15 108:15
  173:2 258:7
  259:22
**magazine**
  179:13
**magical**  66:15
  72:3
**magically**
  185:3 192:7
**main**  104:12
  122:10
**mainstream**
  117:11
**major**  36:14
  163:22
**majora**  178:3
  178:11,19
  179:15
**majority**  66:2
  104:24 200:22
  231:20
**make**  9:2 18:17
  32:7 33:18,24
  34:5 35:17
  64:15 124:17
  155:13 158:24
  166:19 234:7,7
  234:9 242:8
  281:3
**makes**  147:17
**making**  28:20
  200:24

**malignancies**
  76:12
**malignant**  73:9
  75:21 76:9
  81:21 82:5
  96:22 220:3
**malmberg**
  101:18,19
**management**
  43:1 44:1
**manuscript**
  141:23
**margaret**  2:3
  7:10
**mark**  9:17
  18:24 23:7
  25:13 28:5 42:9
  109:23 131:20
  198:9 204:17
  205:2
**marked**  8:5
  9:21 19:7 23:9
  25:16 28:8
  30:18,20 42:11
  45:16 52:18
  104:2 110:2
  117:22 131:24
  139:15 174:4
  176:20 198:12
  204:15 205:4
  207:15 252:18
  256:2,13 261:6
  261:10,15
  264:19 265:5
  265:24 266:19
  267:20 269:8

**markers**  85:8
  101:21 104:4,6
  104:9,23 105:2
  105:17,20
  168:6,8
**market**  133:17
**marking**  8:1
**married**  188:17
**massachusetts**
  2:15
**masses**  132:9
  253:19
**match**  234:13
**materials**  3:13
  9:14 19:2,10,14
  29:2,16 30:5,10
  31:6 59:16,24
  63:16 116:17
  270:15
**math**  207:12
  208:8,10,15
  214:4
**matrix**  88:15
  89:5
**matter**  32:18
  45:9 60:20
  284:4
**matthey**  16:15
**mcclennan**
  2:14
**mcdowell**  1:16
**mdl**  16:7
**mean**  18:8
  24:17 29:3
  32:22 33:5
  65:16 78:1

**[mean - microscopic]**                                                      Page 32

87:12 91:24
127:14 137:1
140:7 147:16
147:22 166:2
168:2 171:23
178:8,14,17
179:6 180:1
181:5,11
182:22 208:3
215:15 216:14
230:24 231:9
234:5 250:24
253:6 259:16
260:22 261:2
263:1,3
**meaning**  34:5
166:4
**means**  33:12
69:9 110:8
121:14 186:12
225:15 233:5
**meant**  32:7
37:1,3 38:10
60:6 149:21
181:1,6 190:24
197:15 232:7
232:18
**measure**  50:9
**measures**  60:17
178:2 186:8
187:18
**mechanism**
56:7 82:12,18
93:18 94:4
158:21 159:3
159:16 160:9

163:16 165:14
166:4 167:22
168:11 169:2,4
169:12,19,24
222:15
**med**  132:9
**media**  204:8
**mediators**
79:12 80:4,11
80:14,21 81:11
88:11 89:2
93:20 94:6
**medical**  3:17
10:16 11:3,16
12:16 13:9
19:24 36:9 95:5
115:16 143:5
180:9 189:15
189:22 191:24
194:7 195:2
197:20 202:16
202:23 205:20
206:3 210:16
231:15 233:18
236:7,8 243:1
244:6 252:11
255:20 260:1,8
260:10 263:9
263:12
**medicine**  4:21
20:19 46:8
126:3,7 131:5
142:11 143:3,9
236:21
**meet**  13:16,22
176:4 221:5

**meeting**  21:21
150:16 151:7
176:7
**meetings**  10:17
11:17 14:4,9
21:20 43:9,16
151:10,13
**member**  43:8
**members**  46:20
46:21 47:1 48:3
51:12 129:20
130:3 176:15
**membrane**
102:23 103:1
**memorial**  5:9
272:17
**memory**  21:8
55:16 116:11
**mentioned**
201:9 203:6
268:7
**mesothelioma**
134:21,23
174:13 220:1,4
220:6 223:21
249:8
**message**  229:5
**met**  7:11 13:13
107:15
**meta**  6:4
131:14 266:3
266:16 267:10
267:23 268:8
**metalloprotei...**
88:15 89:6

**metastatic**
78:10
**method**  4:5
214:10 227:10
237:2 260:18
**methodology**
3:23 236:1
269:14,20
270:1
**methods**  155:6
270:5
**methvin**  2:5
**meticulous**
270:5
**michael**  1:15
3:9 7:1
**micro**  88:14
89:5
**microenviron...**
70:20 78:22
88:16 89:7,12
89:15 93:1,10
172:9
**micron**  217:9
259:20
**microns**  210:21
210:24 211:12
211:13,13,21
213:2,9,19
214:1,12,15,24
**micropapillary**
257:24 258:14
**microscope**
70:14
**microscopic**
226:2

microscopy 272:4
middle 155:23
migrate 65:4 68:10
migration 59:20,22 100:6 177:10,13,18 181:24 243:11
miles 2:5
milieu 70:21 91:14
millimeter 202:24 208:7 211:2,14
millimeters 197:21 201:16 202:4,17,22 203:10,16 205:10,14 209:18,20 210:14 213:2 213:10 217:1,3
millions 59:9 102:10 216:15
mind 34:14 87:3 92:22 116:12 152:19 154:23 155:2 168:11 237:22
mine 170:21
mineral 228:6 228:9
mineralogist 212:8 222:3 226:3,4

minora 178:5 181:4
minute 46:4 103:17 110:20 120:14 142:7 164:2 229:10 280:23 281:6,9
missing 8:17,20 141:19 142:3 243:18
mississippi 23:24 24:2
misspoke 237:3
misstated 69:20
misstates 106:3 249:13
mistaken 21:7 106:14,15 111:11 238:19 267:24 272:22
mitchell 22:4 41:8
mitotic 90:14
mix 19:11
mixed 168:9,10
mobile 1:18 22:4 217:2
molecular 70:21 98:3 100:23 101:2,2 101:4 226:5
money 151:14
monkeys 60:21 62:16 218:17 218:22,24

monograph 221:12
monroe 16:21 17:10
montgomery 2:6
month 263:6
months 55:2 253:8 254:16 262:18 263:9 263:13
morning 7:8,9 13:24 152:3 155:8 160:14 170:13
morphology 225:3
motile 184:20
motivation 242:11
motive 154:14
move 18:9 61:14 115:13 187:16 189:14 217:5 219:6,8 219:19 235:24
moved 27:22 195:10
movement 177:22
mrna 89:19
mthompsonmd 2:4
mucinous 255:5 266:23

mucosa 102:19
mucosal 102:23 103:1,7
mucous 59:2
mucus 107:19 107:20 184:24 185:7,14,20 186:18 199:17 199:20 200:19 206:11,13,15 206:19,20,23 207:9 209:12 209:13 217:12 217:13
multidiscipli... 153:10
multiple 33:4 58:18 96:16 97:2 125:7 274:7
multiply 210:17 211:1
multistage 86:22
mutagenic 90:17,20
mutation 110:7 111:4 112:12 112:16,21 113:1,8 114:23 116:7 238:8 240:17 241:7
mutations 33:2 34:23 87:15 90:3,9 91:1,9 113:19 115:6

[mutations - nutter.com]   Page 34

115:11,17,18
117:12 238:23
239:16
**mutilation**
179:4
**myriad**   112:2

**n**

**n**   2:1,10 3:1 4:1
5:1 6:1 14:15
107:7,17
**naked**   70:14
83:17,22,23
90:13
**name**   22:1
45:18 116:10
139:9 141:10
142:23 248:7
253:17
**names**   15:17,22
16:20 127:21
127:24
**narrow**   170:24
**national**   13:11
35:10,16 36:1
36:10,14 37:8
37:13 40:15
42:5 129:15,17
146:11,15
150:2 153:9
163:22,24
164:1
**natural**   188:8
**naturally**
187:19

**nature**   92:7
**nccn**   21:1 40:16
57:16 268:21
**nci**   40:15
268:15
**nearly**   248:16
**necessarily**
261:2
**necessary**
110:19
**need**   7:14 16:10
32:1 46:4 88:6
100:11 104:6
110:20 125:1
141:19 167:3
196:12 215:18
229:4
**needed**   46:23
**needlelike**
212:4
**needs**   176:4
**neither**   21:9
118:21 284:11
**network**   40:16
**never**   51:14
165:10 181:6,8
187:14 190:17
191:9 192:2,3
251:6
**new**   1:1 90:1
237:22 261:16
**news**   54:8
235:18,20
**niece**   22:2,9
**nih**   40:14 41:9
57:15 268:15

**nine**   21:22
245:11 267:17
**nobel**   164:13
**node**   193:7
**nodes**   67:12,12
194:9 258:21
**nonepithelial**
249:4
**noninvasive**
258:18
**nonnegotiable**
138:11
**nonrandomized**
136:1,3 143:18
**nonresolving**
92:23 93:8
**normal**   61:21
62:9
**north**   1:17
**notation**   260:14
**note**   30:18
260:1
**noted**   26:1
**notes**   74:18,20
269:6
**notice**   3:19
25:19 26:7 28:5
30:19 108:10
198:18
**noticed**   191:6
**novel**   4:5
**november**
118:6
**nulliparous**
253:7

**number**   8:3,4
9:20 11:20
12:21 18:5 19:6
23:8 25:15 28:7
29:9 34:19
42:10 45:15
52:17 56:17
57:3,4 64:22
68:23 83:7
104:1 110:1
111:7 115:3
117:21 131:23
139:14 174:3
177:24 181:17
198:11 204:14
205:3 207:14
252:14,17
254:19 256:1
256:12 261:9
262:8 264:18
265:4,23
266:18 267:19
269:7
**numbered**
34:20
**numbering**
73:5
**numbers**   68:24
119:23 120:8,9
215:23 233:15
**numerous**
192:20 194:1
**nutter**   2:14
**nutter.com**
2:16

**[nuvaring - observed]**                                              Page 35

| | | | |
|---|---|---|---|
| **nuvaring**  254:7 | 79:2,15 80:16 | 157:23 159:5 | 273:21 274:21 |
| **o** | 81:2,16,23 | 160:6,12,20 | 276:5,20 |
| **o**  107:17,17 | 82:15,21 83:3 | 163:12 165:20 | 277:22 278:5 |
| **o'brien**  231:4 | 83:10 84:6,13 | 166:12 167:18 | 278:17 279:10 |
| **ob**  106:23 | 86:3,17 87:5,18 | 169:6,17 | **objection**  74:15 |
| 126:17 | 88:3,19 90:5,19 | 170:19 172:13 | 75:9 76:11 77:5 |
| **obese**  47:20 | 91:3,21 92:10 | 175:8 176:3 | 80:7 82:8 86:10 |
| **obesity**  149:9 | 92:15 93:5,24 | 179:8,17,23 | 89:10 91:11 |
| 167:10,23 | 94:21 95:11,19 | 180:12 183:7 | 93:14 94:10 |
| 168:5,15,19 | 96:7,13,20 97:7 | 183:21 184:17 | 116:15 117:6 |
| 169:2,13 | 97:20 98:17 | 187:11 188:10 | 118:16 123:4 |
| 261:23,23 | 99:6,17 101:17 | 189:10 190:7 | 128:9 140:2,6 |
| 262:5 | 102:8 105:14 | 191:12 192:23 | 153:5 154:5 |
| **object**  10:23 | 106:3 108:6 | 193:14 194:13 | 161:11 164:10 |
| 11:6 12:8 15:1 | 109:13 112:19 | 195:6 196:10 | 164:21 169:10 |
| 15:9,21 20:2,9 | 114:11,17 | 201:19,22 | 169:11 191:19 |
| 20:23 24:16 | 115:22 117:1 | 208:13 211:7 | 199:23 209:3 |
| 26:4 29:7 34:16 | 117:15 120:12 | 212:6 213:5 | 214:3 216:6,23 |
| 36:5,22 37:12 | 120:22 121:18 | 215:3,11 | 220:15 224:24 |
| 37:20 38:4 39:6 | 122:17 124:1 | 219:17,23 | 225:6 227:14 |
| 39:12,20 40:3 | 124:22 125:17 | 222:2,18 | 227:20 |
| 40:22 42:3 | 126:14 128:23 | 223:12,24 | **objections** |
| 43:19 44:10,18 | 129:9 130:7,20 | 226:7,14 227:1 | 25:24 26:5 28:5 |
| 45:1,12 47:4,11 | 131:11 132:21 | 227:6 228:11 | 30:20,21 76:21 |
| 48:6,20 49:8,18 | 133:19 134:19 | 228:24 230:6 | **objective**  128:6 |
| 50:4,21 52:8 | 135:5 138:19 | 232:5,10,21 | **obs**  136:10 |
| 53:22 57:11,20 | 139:5 140:17 | 233:12 235:14 | **observa**  136:22 |
| 58:8 61:19 62:4 | 141:13 144:14 | 236:15 237:20 | **observation** |
| 62:13,22 63:7 | 145:15,24 | 240:10 241:11 | 159:13 |
| 63:24 64:19 | 146:18 147:20 | 244:12 245:1 | **observational** |
| 65:24 67:3,20 | 148:14,18 | 245:18 246:5 | 136:6,12 137:5 |
| 68:7 70:17 | 149:3,11 150:4 | 248:12 249:13 | 137:9,15 138:6 |
| 71:22 72:10 | 150:10 151:12 | 250:22 251:17 | **observations** |
| 73:17 75:23 | 151:23 152:11 | 255:11 259:13 | 66:4 |
| 76:3,18 78:12 | 152:21 153:19 | 261:1 262:20 | **observed**  156:5 |
| | 154:19 155:4 | 264:3 272:13 | |

**[observing - omentum]** Page 36

| | | | |
|---|---|---|---|
| **observing** 137:10 | **oh** 53:11,16 54:8 56:11,11 | 88:10 98:24 99:12,20 | 204:2,9,13 206:12 207:12 |
| **obstetrics** 47:17 | 61:6 69:20 73:4 104:19 106:10 | 100:16 102:4 103:10,20 | 207:13 208:5 208:11 209:2 |
| **obstructed** 58:24 | 106:13 108:10 108:18 119:7 | 106:18 109:21 111:8 112:24 | 209:11,16 210:3,8 211:10 |
| **obtaining** 204:18,21 | 127:15 132:5 142:4 156:18 | 115:2 117:10 119:3 122:23 | 211:19 212:1 212:11,23 |
| **obvious** 194:4 | 202:11 224:8 | 124:17 129:12 | 213:12,24 |
| **ocac** 126:21 128:7 129:4 | 239:12 241:23 245:8 249:5 | 130:14 131:1,4 133:11 135:21 | 214:14 215:17 215:20 217:5 |
| **occasion** 43:10 66:1 | 250:15 256:5 256:18 261:11 | 138:15 139:12 139:13 140:21 | 219:6 221:3,16 221:19 224:4 |
| **occur** 33:7 66:15 194:10 | 271:23 282:2 **okay** 8:1 9:17 | 141:8 142:5,7 142:15,19,23 | 224:16 225:14 229:16 231:6 |
| **ocean** 24:1 | 11:2,10,19,24 | 144:5 145:6 | 234:24 235:5 |
| **october** 238:23 | 12:18,24 14:1 | 149:14 150:1 | 238:21 239:1 |
| **odds** 119:6,10 162:7,8,12,18 | 14:16,19 16:15 18:7,24 21:4 | 150:22 151:9 155:13,22 | 242:10 245:21 246:1,20 248:6 |
| 230:12 254:21 262:4 263:19 | 22:23 25:13 26:19 27:19 | 157:10 158:7 158:20 159:1 | 249:3,18 252:2 252:3,6 253:4 |
| 265:13,14 267:3 | 31:3,9,11,21 32:8,22 34:8,13 | 159:11,20 160:16 161:19 | 255:20,23 256:10,11 |
| **offend** 180:1 181:6 196:14 | 34:19 35:7,22 38:12 39:17,24 | 162:17,21,23 163:3,15,19 | 258:8 261:8 271:19 277:11 |
| **offended** 152:17 181:8 | 40:12,14 42:1,8 42:18 43:11,22 | 167:2 168:10 169:9,23 | 277:15 279:24 280:11 282:4,9 |
| **offense** 196:12 | 44:14 45:5,21 49:15 53:1,13 | 170:12,24 172:16 173:6 | 282:23 |
| **offensive** 180:16,18 | 53:17 55:19 56:18 60:11 | 173:14,18,24 175:19 176:19 | **old** 175:11,20 203:24 221:15 |
| **offering** 214:11 | 63:13 66:6 68:15 74:9,10 | 177:14,16 184:4 186:4,10 | 253:5 263:3 |
| **offhand** 194:16 194:18 197:19 | 75:15 78:7,17 79:22 84:2,24 | 186:22 194:24 196:16,18 | **omentectomy** 256:24 |
| **offices** 1:16 | 85:18 87:11 | 199:19 203:20 | **omentum** 259:1 |
| **oftentimes** 206:1 | | | |

| | | | |
|---|---|---|---|
| **once**  218:23,24 | 224:1,15 | 189:16 192:1 | **organisms**  59:9 |
| **oncologist** | **opinion**  29:11 | 196:17 200:10 | **organization** |
| 23:16 36:11 | 32:10,14,17 | 206:7 217:9 | 42:5 148:10 |
| 64:5 100:20 | 34:9,19 35:2,10 | 220:16 222:10 | **organizations** |
| 140:24 143:4 | 35:10,13,23 | 229:24 230:2,9 | 35:11,16 36:1 |
| 222:12 | 36:1,12,19 | 231:18,19 | 36:10,14 37:9 |
| **oncologists** | 37:18 38:1 | 233:5,16 | 37:14 39:9 57:2 |
| 36:16 142:21 | 46:24 49:21 | 234:18 243:7 | 57:7,13 135:1 |
| **oncology**  139:3 | 50:1,17,19 51:1 | 243:15 248:24 | 145:21 149:8 |
| 139:10 224:14 | 52:2 56:2,4,6 | 262:1,16 272:8 | 150:2 152:14 |
| **ones**  247:13 | 56:10,16,24 | 278:18 279:5,8 | **organs**  71:6 |
| **oophorectomy** | 57:3,4 64:22 | 280:5,10,12,14 | 244:17 275:3 |
| 255:24 | 65:6,9,11,13,14 | 280:18 | **original**  30:23 |
| **open**  50:2,6 | 66:3,16,23 | **opinions**  7:18 | **os**  184:6 |
| 56:13 57:9,18 | 67:15,15,21,23 | 7:23 19:22,23 | **ought**  222:13 |
| 58:1,2,13,22 | 68:3,5,8,13,22 | 21:14 32:4,5,8 | **outcomes**  44:2 |
| 59:17 60:2,14 | 68:23 69:6,23 | 34:20 36:23 | **outlined**  36:14 |
| 61:4 63:18,22 | 70:2,7,9 71:1 | 37:1 38:6,9,21 | **outside**  59:11 |
| 64:16 198:19 | 71:12 72:4,15 | 39:2,18,22 56:1 | 59:13 69:10 |
| 207:23 | 72:19 73:2,2,6 | 56:7 65:9 71:12 | 117:11 164:11 |
| **operate**  99:23 | 73:10,13 88:7 | 72:13,20 94:14 | 183:15 224:2 |
| 192:6 | 97:14 98:13 | 95:4,9 138:17 | 251:20 278:7 |
| **operated** | 99:1,3,7,14 | 138:24 144:7 | **ovarian**  4:3,5 |
| 182:12,15 | 100:6,18 | 145:7 146:6,8 | 4:10,13 5:17,21 |
| 192:3 | 105:11 109:6 | 160:18,24 | 6:3,6,10 17:13 |
| **operating** | 132:18 138:8 | 163:8 170:13 | 24:4,9 32:13,24 |
| 100:21 195:11 | 138:12,21 | 175:15 177:11 | 33:7 34:24 35:4 |
| 196:13 271:2 | 144:15 161:2 | 191:2 221:8,24 | 35:7,8,18,19 |
| 272:6 | 161:20 162:4,6 | 229:14 236:2 | 36:3,17 38:2 |
| **operations** | 163:20 164:3,6 | 279:2 282:15 | 41:23 44:7,23 |
| 192:5 | 164:17 165:8 | **opportunity** | 47:9 48:4,18 |
| **operative**  5:11 | 165:17 166:8 | 176:21 234:14 | 50:24 51:6 52:1 |
| 5:13 255:23 | 170:8,14,16,20 | **opposite**  64:2 | 52:14 53:14 |
| 256:6 | 171:1,4,8,18 | 157:3 | 55:6,15 66:10 |
| **opine**  140:18 | 172:7,21 | **order**  28:20 | 69:2,11,13,14 |
| 221:22 222:4 | 176:10 183:3 | 282:16 | 69:19,24 71:3 |

71:15 72:2,8
73:8,9,9 74:13
75:7,14 82:24
83:6 85:16 88:8
91:15 92:6,7,20
93:16 97:17
98:15 99:2,4,9
99:21 100:14
103:7 105:12
105:17 106:1,6
107:14,22
109:5,8 110:6
111:3,19
112:13,17
113:7,20
114:23 115:11
115:17 117:13
118:9 120:17
121:11,21
124:9 125:11
125:15 126:20
128:15,16,20
129:5 130:11
133:5 147:15
148:23 151:21
154:17 155:11
156:2,21
157:21 158:1
158:16,22
159:17 160:2,4
161:22 162:2,5
162:14,15
164:8,12,19,22
165:2,4,15
167:11,23
168:8,12 170:1

170:6 171:10
171:19,23
172:2,3,5,21
173:3 174:18
174:23 221:11
222:8,13 223:6
232:19 236:4,6
238:7 239:4
240:1,17,24
243:23 244:8
245:22 246:14
246:16,21
248:20 249:4
252:1 254:10
254:11,18
269:15 278:7
279:15,16
280:8,19
281:22
**ovaries** 65:5,18
68:4,12,21
99:19 100:10
100:12 135:3
177:19 181:15
182:1,11
185:21 194:9
275:3,17
280:13
**ovary** 63:9,13
171:5 220:17
220:23 257:21
262:17
**overall** 110:5
113:6 114:22
**overnight**
193:21

**overturn** 221:5
**overweight**
156:7
**overwhelming**
51:24
**own** 74:20 95:7
163:8 237:4
247:6
**owns** 150:21
**oxidative** 87:13
90:16,24 91:8
**oxygen** 79:10
80:2,21 81:11
86:14,20 97:15
**oxytocin** 60:18
62:9 187:3
189:6 219:1

**p**

**p** 2:1,1 107:7
118:22 119:2
119:11 120:20
**p.c.** 2:5
**p.m.** 283:6
**p.m.d.** 139:18
**p10** 114:1
**page** 3:2,7 8:18
8:18,19 28:22
31:12,16 32:4
37:5 38:17,17
46:13 59:20,20
101:19 109:22
110:14,17
118:3 128:11
155:18 173:19
173:19 174:2,6

174:11 175:4
175:24 177:12
177:15 263:14
266:2,22
271:21
**pages** 37:2
38:18 60:3
142:2 166:14
248:24
**paid** 10:3 18:9
108:19
**pancreas** 75:18
92:22 170:5
**panel** 239:4
**panell** 107:6,18
107:24 108:1
**pannel** 104:16
104:16 107:3
**pannus** 48:10
146:22
**pap** 203:21
204:5,18,21
207:4 213:14
215:8
**paper** 24:22
26:20 27:1
84:10,14,16
85:2,14 101:13
102:2 103:23
104:7,7 105:10
106:19 108:15
108:23,23
109:7,7,11,22
111:4 113:18
114:9 115:5
117:19 119:17

121:3,10
122:10 123:1
123:13,18
124:19 125:2,4
125:11,20
126:20 127:2
127:19 128:4,6
128:21 139:24
141:8 144:24
153:8 155:16
155:20 160:16
161:20 163:5
163:10,19
164:3,6,17
165:7,17 231:4
236:10 273:24
273:24 276:7,8
277:6
**papers**  61:8
101:14 127:5,8
145:2 168:4,7
**paraffin**  272:5
**paragraph**
142:10 155:23
162:1
**paraphrasing**
46:15
**parous**  197:11
**part**  22:5 145:3
145:4 150:19
160:2 224:9,11
236:20 238:16
278:14
**particle**  58:23
187:8 192:8,9
200:6 211:10

211:20 216:4
216:20 217:9
217:15 228:6
274:12 275:21
**particles**  65:17
66:18,21,24
67:11,22 68:3
68:19 171:5
172:8 177:18
177:22 182:11
183:4,13,19
184:15 185:1,7
185:15,20
186:19 192:20
193:7,24 194:8
194:11 195:3
199:21 200:4,7
200:20,24
201:3,11
214:24 215:5
216:1,21 218:1
218:2,6,14
219:12 228:9
269:22 272:1,3
273:18 274:19
275:2,6,9,13,17
275:20 277:4
277:17 280:12
**particular**  70:3
235:19
**particularly**
131:5 197:11
231:11 263:6
**particulate**
60:20

**parties**  284:12
**partner**  41:8
**partners**  24:18
**parts**  10:21
157:9
**pascagoula**
24:1
**pass**  134:15
215:19
**passages**
194:10
**passed**  274:9
**past**  18:21 64:9
152:14 186:9
229:18 254:6
**path**  193:8,19
194:2 195:12
195:15 257:17
257:23 258:11
259:5 261:5
**pathogenic**
111:9,14 112:4
115:6
**pathologic**
258:15
**pathological**
257:10
**pathologist**
195:21 196:14
259:9 273:14
**pathologist's**
274:7
**pathology**  5:15
193:1,2 196:5
258:5 270:8
271:3,5 272:7

273:22
**patient**  18:9
51:18 112:2
244:14 245:5,6
246:15 247:5,5
**patients**  4:10
4:10 36:16 44:3
47:20 104:20
104:24 106:23
106:24 107:1
133:10,13
189:2 191:5
220:12 240:24
**pay**  133:15
**pcpc**  2:19
**pdqs**  153:9
**peer**  42:23
95:13,16 96:3
179:12 186:5
188:21 195:18
279:2,5 280:14
280:20
**pelvic**  67:12
177:20 246:22
250:10,17
275:3,6
**pelvis**  189:20
190:20,23
191:22,22
192:4 218:19
218:20
**pending**  180:22
**penninkilampi**
6:6 266:12,15
266:21 267:2
267:15

**[pennsylvania - plays]** Page 40

**pennsylvania**
2:10 272:18,21
**people** 22:12
41:11 99:23
130:22 140:19
152:17 155:2,6
166:1 206:16
**pepper** 147:2,4
**percent** 18:23
56:3 67:17
71:17 104:19
110:5 111:2,7
111:16 113:6
114:22 115:4,6
115:7,8,19,23
115:24 116:6
119:24 120:3
154:13,20
165:6 204:9
244:4 273:18
276:14,23
**percentage**
18:20 111:5
115:18 120:1
**perfectly**
147:12
**perform** 153:15
**performed**
41:22 94:13,17
95:6 191:4
227:4 237:4,17
256:16 259:10
268:1,8
**performing**
154:15

**perineal** 33:16
49:12 221:10
**perineum**
32:12 48:18
49:13,23 62:2
62:20 63:4 65:4
68:10,20
102:11 172:8
181:23 188:13
188:24 189:4
219:3 220:8
**period** 133:3
**peripheral**
168:15
**peristaltic**
186:24 187:15
**peritoneal** 5:17
6:6,9 68:5,21
174:13 220:6
249:8 259:3
**peritoneum**
103:1,6 134:8
134:10
**persistent**
75:19 76:7
**person** 13:20
13:22
**personal** 51:9
284:7
**personally** 41:3
152:13
**pertinent** 29:10
238:18
**ph.d.** 141:5
144:21

**philadelphia**
2:10
**phone** 21:21
**photographic**
21:8
**photomicrogr...**
275:7
**phrase** 169:9
**phung** 4:14
117:19 118:5,5
118:12 121:19
155:16,21,21
160:16
**physician**
224:16
**physiologic**
56:14 178:1
**physiology**
62:10
**pi** 209:23
**picked** 79:17
**picture** 5:5
**pid** 216:12,13
**pieces** 19:19
**pill** 254:7
**pills** 147:14
259:21
**pin** 13:15
**pipelle** 202:20
202:21
**place** 17:15
213:13
**placed** 102:10
**placing** 60:19
60:20 178:4
277:6

**plaintiff** 13:4
**plaintiff's** 8:4
9:20 19:6 21:15
23:8 25:15 28:7
42:10 45:15
52:17 104:1
110:1 117:21
118:7 131:23
139:14 174:3
198:11 204:14
205:3 207:14
252:17 256:1
256:12 261:9
264:18 265:4
265:23 266:18
267:19 269:7
**plaintiffs** 2:2
72:2,6 128:2
192:13 269:15
281:21,23
282:1,3
**plausibility**
56:8 166:5
177:10 242:2,6
**plausible** 87:3,9
87:12 156:7
163:16 165:13
166:3,3,9,19,23
168:11 169:4
169:23 170:5,6
241:15,17,21
242:3
**play** 71:3
**plays** 74:11
75:5,16 156:1
158:15,21

[please - present]                                                                Page 41

**please**  15:22
60:24 68:18
79:23 82:1,16
86:4 89:1 90:6
93:6 94:2
115:14 171:14
203:4 218:8,10
226:21 228:1
283:3
**pleura**  103:5,11
220:11
**pleural**  102:23
174:12 223:21
**pleurodesis**
102:14,22
182:9
**plug**  59:2
206:13,16
**plus**  36:10 37:2
38:16,17 64:4
64:12 175:4
180:13 196:3
248:24
**point**  48:13
56:17,21 59:15
60:21 61:3,15
73:12 96:2
110:12 119:20
120:10 124:17
125:6 177:5
180:18,19
195:8 235:23
251:7 257:2
258:4 274:6
**pointed**  153:8

**points**  37:3
38:11,18,19
60:6,8 125:10
174:11,12
195:13
**polite**  272:16
**political**  153:3
**pool**  190:10
**pooled**  5:21
265:9
**popped**  88:20
**population**  4:9
66:4 200:23
**portion**  14:21
15:5,12
**portis**  2:5
**position**  23:13
60:19 61:17
187:23 188:8
**positions**
187:22 188:11
188:23 189:3
219:14
**positive**  184:11
**possession**
26:23
**possibility**  25:3
270:20
**possible**  11:24
143:5 151:19
152:7,19 153:1
153:14 155:2
159:16 160:9
193:8
**possibly**  71:4

**posterior**
182:22 199:4
**potential**  166:5
238:7 248:7
**powder**  5:20
6:10 16:13
17:22 18:1,14
18:22 21:17
32:11,19 33:5
33:13,17 36:2
38:1 41:23 44:7
44:23 47:8,19
48:4,18 49:13
49:22 50:1,6,23
51:6,8,12,19,24
52:10 62:1,2,20
63:4,9,13 64:8
65:3,16 66:18
66:19 68:9,20
73:7 95:23 97:3
100:9 108:20
108:24 109:7
119:3,14 128:1
128:19 129:4
129:13 130:4
130:22 133:16
134:3,14 135:2
135:16,20
146:15,24
147:6,17 148:4
148:11 151:20
154:16 165:14
181:23,24
182:6 188:24
189:4 219:3
221:10 223:3

223:10 236:3
243:3,8,22
244:9 247:21
247:24 248:22
264:22 279:13
279:19,21
280:5 282:1
**power**  233:20
251:11
**powerful**  76:15
76:23 77:21
78:1
**practice**  3:21
42:15,18,24
43:6,24 44:1,6
44:15,21 47:16
51:15 52:11
127:14 203:24
224:9,11,14
228:3 236:21
**practices**  20:20
**practicing**
23:15 64:5
**practitioners**
204:9
**precedes**  159:2
**preparation**
13:17,23
**prepare**  12:24
15:5
**prepared**  14:20
**presence**  223:2
**present**  2:18
14:11 106:23
106:24 226:19
230:7 235:8,19

**[present - publication]** Page 42

240:1 251:13
**presentation**
257:5 262:11
**president** 41:7
41:17 53:23
**presidents**
41:19 152:13
152:14
**press** 53:18
54:3
**pressure** 178:4
**presume** 41:17
54:23 80:17
125:18 126:15
167:1 254:14
**pretty** 17:12
87:6 90:10
166:20 184:11
207:3
**prevent** 181:18
183:13
**prevention**
5:20
**prevents** 185:7
185:20 186:18
**previously**
32:16 50:18
73:13 233:23
**primarily**
18:10 35:24
36:8 59:13
**primary** 23:16
**principal**
104:12 107:23
**printed** 8:12

**prior** 24:21
221:14,14
238:3 259:22
260:3
**privileged**
109:14
**prize** 164:13
**pro** 91:16
156:13 158:19
**probably** 30:8
281:4,4
**problem** 121:9
133:11 195:4
206:17
**problems** 214:4
**procedure**
48:11 49:2
256:9,15,21
257:4
**procedures**
196:22 197:8
259:10
**proceed** 213:11
**proceedings**
284:4,9
**process** 7:14
19:13 22:23
23:4 66:15 72:3
79:13 80:5
86:22 87:14
184:4 244:7
277:10
**processes** 59:12
**produce** 156:13
158:19

**produced** 26:6
62:9 189:7
218:23
**product** 66:19
**products** 1:4
33:13
**program** 23:21
25:6
**progression**
78:10 79:8,24
86:24
**prohibit** 270:19
**prohibiting**
270:22
**proinflammat...**
156:20
**project** 25:2
**proliferation**
81:20 82:4
87:24
**promote** 81:19
82:4 156:22
**promoting** 92:4
93:2,11 133:12
**promotion** 78:9
86:23 87:22
**properly**
143:14
**proposed**
159:15 160:8
167:22 169:12
169:19,21
**prospective**
131:12,14
136:12 138:8
282:18

**prostaglandins**
80:22 81:12
88:13 89:4,17
90:17 91:1,9
156:22
**protease**
104:23
**proteases** 85:19
85:21
**protect** 56:14
58:20 178:2
181:15
**protective** 70:6
71:4 112:8
114:4 178:1
254:8,13
**protects** 217:14
217:17
**proteins** 107:20
**proteomic** 4:5
**proteomics**
107:3 108:1
**protocol** 5:3
**protocols**
195:23 270:19
**prove** 166:18
**proven** 78:24
166:24 241:12
**provide** 43:24
203:5
**provided** 18:15
204:20 205:7
**providers** 260:9
**publication**
26:16 27:3
155:7 233:24

[publications - ratio]                                                          Page 43

**publications**
230:10
**publish**  24:13
48:3 95:16,22
153:23 231:21
233:18
**published**  24:3
24:8,22 44:15
44:22 95:5,12
118:6 125:20
142:15 155:7
169:20 230:9
231:14,20
235:1,6 237:1
268:8
**pubmed**  19:16
19:16
**pull**  19:19
251:5
**pulled**  55:10
132:2
**pulling**  77:10
77:13
**pump**  186:24
187:15,19,20
187:20
**purpose**  7:17
48:16 49:5
54:11 58:20
105:6
**purposes**  54:3
**push**  63:8,12
183:18
**pushed**  178:9
180:3 183:1

**put**  12:2 138:24
142:23 163:4
182:5 188:7
207:24 214:19
219:13
**putting**  28:21
214:21
**pyramid**  4:16
131:6,8,13,17
138:5,9,13
282:5,11,17
**pyramids**
138:23

**q**

**quality**  4:16
131:6,9 143:6
143:20
**question**  17:12
31:5 38:24 39:1
40:8 43:14,17
44:14 47:23,24
51:3,5 54:18
55:24 60:23,24
61:2 63:11,14
64:10 68:18
74:24 75:3
80:13 85:3 87:6
87:8 91:5 97:1
98:7,9,23 104:8
106:21 109:19
113:12,14
114:2 120:16
122:24 129:19
135:11 137:19
142:19 144:5

147:3,10,23
150:7 151:4
152:17 154:1
164:15 168:14
168:19 179:18
180:22 182:16
185:18 186:1
186:13,16
189:21 190:16
190:24 201:23
202:1,8,11,14
208:20,22
211:8 213:7
218:10 219:9
219:10,11
224:5,19
226:21 228:22
230:17,19
231:23,24
237:16 243:5
246:10,17,19
246:20 247:10
251:9 252:7
259:8 260:7
269:18 275:12
277:18,24
**questioning**
154:6,21 216:7
257:21
**questions**  40:10
88:20,24
103:20 110:21
167:8 209:16
229:13 251:1
281:14,18
282:23 283:1

284:6
**quickly**  58:24
**quit**  254:15
**quite**  25:2
179:1
**quote**  106:7
**quotes**  106:10

**r**

**r**  2:1 107:17
284:1
**r01**  104:13
**radicals**  88:12
89:3,23
**radius**  210:2
**random**  93:21
94:7
**randomized**
132:12,13,24
133:23 134:2
135:23 143:15
190:1
**range**  88:11
89:2
**ranked**  282:19
**rapidly**  90:1,8
174:13
**rare**  174:13
**rate**  10:6
**rather**  19:4
21:14 194:3
**ratio**  119:6,10
162:9,12,18
225:14 254:21
262:4,5 265:13
265:14 266:6

**[ratio - refer]**                                                    Page 44

267:3
**ratios**  162:7
  230:12 263:20
**rdr**  2:21
**reach**  65:18
  68:4,12,21
  100:10 177:18
  280:13
**reaction**  278:19
  278:22
**reactive**  71:5
  79:10 80:2,21
  81:11 86:14,20
  97:15 278:18
**read**  43:3 44:4
  46:4 55:5 74:8
  81:4,7,24 94:1
  106:16 116:12
  119:19 127:5,8
  127:24 128:10
  128:13 156:3
  156:10 157:7,8
  157:10 159:7
  159:11,18,19
  162:1 163:2,3
  163:19 165:23
  171:14 174:19
  174:20 212:15
  212:17 222:23
  225:10 230:10
  231:3 237:8,9
  237:15 239:10
  269:23 273:5,9
**reader**  38:13,16
**reading**  46:11
  46:13 74:16,18

117:24 118:4
146:5 155:18
155:24 157:12
173:4 237:22
**ready**  46:5 74:4
  110:21,24
**reality**  199:7
**realize**  180:16
**really**  12:10,22
  13:10 15:16
  18:5 21:19 25:6
  29:3 33:1,2
  69:11 109:7
  130:17 137:10
  142:17 150:21
  164:11 167:24
  221:21 224:1,8
  224:8 225:12
  229:2 250:23
  276:6 278:6
**realtime**  284:19
**reason**  41:24
  45:6,7 125:4
  132:17 134:14
  142:1 154:9
  155:1 169:13
  205:6 219:12
  233:20 235:10
  237:1 252:7
  259:8
**reasonable**
  198:17
**reasons**  130:9
  151:21 152:9
  153:3 233:8

**recall**  23:3
  24:10 47:17,18
  49:19 50:13
  55:16 67:8,13
  102:3 106:12
  116:10 121:6
  123:11 125:9
  127:15 173:4
  194:15,18,20
  194:21,23
  233:24 239:15
  240:6 255:18
  262:8 265:12
  268:3,5 273:10
**receive**  22:24
  173:21
**received**  8:7,8
  9:18,23 271:13
**recent**  230:14
**recently**  51:8
  173:5
**recess**  74:2
  172:17
**recite**  222:24
**recited**  238:3
**recognize**
  127:21
**recognized**
  174:23
**recollected**
  142:12,13
**recommend**
  48:22 49:4,9,10
  49:12 50:8,11
  52:5 147:5,6,7
  147:11,12,14

147:21 148:5
205:17
**recommendat...**
  42:24
**recommended**
  47:19
**recommending**
  48:15 146:20
  146:23 147:1
**recommends**
  50:7
**record**  17:2
  31:4 56:19
  103:17,18
  106:17 167:6
  229:10,11
  242:17 253:4
  260:8 261:5
  281:6,8,12
**records**  5:9
  10:17 11:4,16
  12:16 13:8,9
  21:20 236:7
  243:1,7 244:6
  252:11 255:21
  260:2,10 263:9
  263:13
**recruit**  133:9
  133:13
**recruitment**
  278:14
**reduced**  284:7
**refer**  63:19
  66:17 83:20
  88:4,6

**[reference - reporting]** Page 45

**reference** 54:16
102:20 116:2
130:8 141:19
142:17 175:1
178:20 179:12
180:5 181:20
204:18 230:11
**referenced**
13:11 130:21
**references**
19:17,20 28:20
28:22 60:16
141:22 185:6
**referred** 8:19
43:8 253:11
**referring** 31:13
33:16 45:14
57:12 60:12
70:2 76:24
83:22 84:14
116:13 148:8
149:18 274:24
275:1 281:24
282:2
**refined** 111:23
113:23
**regard** 56:1
237:23
**regarded**
125:14,23
142:21 144:8
158:10 160:1
**regarding** 72:1
72:20 100:18
106:8 108:23
115:16 117:12

118:5 155:10
155:15 170:12
184:6,7 271:15
279:22
**regardless**
32:11,20
279:22 280:6
**registered**
284:19
**registry** 173:8
174:8
**regular** 20:3
37:15 62:10
65:22 236:20
**regularly** 189:7
**related** 18:21
66:10 93:19
94:5 97:17
219:24 220:16
220:23 224:15
254:17,20
**relates** 72:19
**relating** 229:14
**relationship**
69:18 78:24
178:18 179:14
**relatively** 258:2
**release** 54:8
**released** 53:18
54:5,13
**relevant** 46:19
48:2 85:15 95:3
98:13,18,20
166:8 239:7
**reliability**
143:23

**reliable** 19:21
20:6,11,17
145:8,9 146:10
**reliance** 9:14
29:1 59:24
63:16 116:18
270:15
**relied** 37:8,14
120:6 145:1
175:10
**rely** 35:24 36:9
36:16
**relying** 182:3
**remainder**
24:14
**remember**
21:10,19 55:13
117:24 192:14
194:21 209:24
226:18 253:17
260:18 262:4
264:9 268:2
279:17
**remind** 211:23
**removed**
133:16 192:21
**repeat** 68:18
74:24 82:16
89:1 91:5 98:9
262:13
**repeated** 144:1
**rephrase**
246:20
**report** 3:9 5:11
5:13,15 8:2,7,9
9:7,10 10:18

11:3,18 12:13
13:3,13 14:20
14:22 15:6,12
15:18 19:1,5
25:10 28:11,11
31:14,15,18,23
32:3 36:24 37:2
37:3,6 38:10,17
38:22 39:13
40:1,24 54:16
60:7 72:18
83:20 84:20
97:13 98:22
100:2 101:19
103:15,21
109:21 110:12
112:21 113:17
117:20 118:3
160:17 177:8
251:6 255:14
255:24 256:6
257:17,23
258:12 259:5
260:13,16
261:5 268:7
269:1 270:16
273:10 274:24
**reported**
101:19 104:18
115:23 161:5
161:12,15
**reporter** 2:22
212:20 284:19
284:19
**reporting**
137:24

**[reports - right]**                                                Page 46

**reports** 8:11
  13:12 41:12
  192:12 269:10
  273:6
**represent** 10:12
  209:22
**represents**
  126:2,8 284:8
**reproductive**
  56:12 57:8,17
  58:1,21 59:17
  60:1,13 61:4
  63:17,22 64:16
  65:1 126:3,7,11
  178:2 181:14
  183:5,19 185:1
  185:8 187:17
  189:14 194:5,9
  194:11 197:12
  197:14 217:14
  217:17 244:17
**request** 18:13
  18:17 26:1
  268:2 283:5
**requests** 26:17
**require** 197:8
**required** 109:4
**requires** 208:23
**research** 5:20
  22:9,10 24:14
  24:21 25:5,7
  55:15 69:18
  104:5 107:11
  107:12 125:14
  145:4 204:8
  240:20

**researchers**
  194:1
**residency**
  180:14
**residents**
  106:23,24
  107:2
**resolve** 259:23
**resource** 19:22
**resources** 43:24
**respect** 244:14
**respected** 145:7
  145:22 146:8
**respectively**
  119:2
**respond** 218:10
**response** 3:19
  16:3 26:6 71:7
  71:8 102:5
  182:7 231:4
  275:11
**rest** 159:2
  254:5
**result** 24:21
  71:9 105:20,21
  187:5 275:22
  278:10 284:13
**resulting** 87:23
  98:11
**results** 4:9
  163:9
**retain** 225:12
**retrospective**
  121:5 282:19
**return** 30:10

**reveal** 238:22
**reverse** 176:11
**review** 6:9
  10:16,16,17
  11:15,16,16
  12:6 27:11
  40:20 41:14,22
  42:23 132:8
  153:3,15
  154:15 173:15
  175:5 176:5
  236:11 242:24
  269:1
**reviewed** 13:2
  13:4,5,6,7,9
  21:11 95:13,16
  96:3 179:12
  186:5 188:21
  192:11 194:15
  195:18 236:7,8
  236:8 252:12
  255:21 279:2,5
  280:14,20
**reviewer** 26:20
  26:24 28:1
**reviews** 132:7
**revise** 114:21
  122:7
**revisions** 27:6
**rgolomb** 2:11
**richard** 2:11
**ridiculous**
  135:11 147:23
  148:1 154:6,22
**right** 7:11,15
  7:23 12:20 17:5

32:10 40:1 50:2
52:6,20 53:16
56:6 61:10 63:1
65:6,14 68:24
78:4 83:14,15
84:1 89:20
102:16 103:12
113:5 115:8
116:4,20,20
119:13 124:7
126:18,19
129:6 130:18
132:10 135:23
142:17 143:2
163:6 165:5
166:10,13
174:15 184:12
190:17,19
191:10 194:19
195:20 197:2,4
197:13 198:21
199:3 201:5
203:21 207:10
209:14 211:16
211:19 212:2
215:17 216:18
219:19 220:8,9
222:9 224:19
230:20 235:12
235:24 242:3
244:4,23
245:22 246:24
247:13,16
249:18 253:1
253:23 258:9
258:17 264:4

**[right - second]**                                          Page 47

267:1 276:17
276:24 279:14
**risen**  242:22
**risk**  4:13 5:17
5:20 6:3,10
24:9 34:11 36:2
36:13 38:1 39:4
55:6 75:20 76:8
86:1,8 118:8
119:5,16
120:17 121:11
121:15,21
123:1,13,19
124:5,6,9
128:16,16,20
129:1,5,13
130:1,5,9,10,23
147:15 148:22
149:1,6,8,16,20
149:21 156:5
156:21 159:13
161:3,6,8
163:21 164:4
167:10 169:3
172:20 174:17
174:23 222:13
235:2 243:19
245:15,21
247:12,13
255:1 261:20
261:24 262:2,5
266:6,10
**risks**  232:3
**river**  23:17,19
23:23 25:6
27:22 217:2

**rmr**  284:18
**rnas**  88:14 89:5
**robinson**  2:21
284:18,18
**rocconi**  4:7
27:9,10,11 28:3
85:6,7 103:23
107:17 108:1,2
**roedder**  1:17
**role**  23:16 71:3
72:1 74:11 75:5
75:16 104:12
156:1 158:15
158:21
**ronnie**  41:20
**room**  31:23
196:13 272:6
**root**  162:10
**rose**  258:15
**rothman**
230:20
**rough**  283:3,5
**roughly**  37:4
38:19 245:11
**routine**  83:24
90:13
**rpr**  2:21 284:18
**rude**  190:15
**rug**  153:12
**rule**  78:19
**running**  277:7
**ryan**  2:7 208:10
208:19 210:19
213:15 215:22
**ryan.beattie**
2:7

**s**

**s**  2:1 14:15
107:6 284:18
**safe**  49:16,22
50:15 52:11
56:2 67:15
73:14 135:18
135:20 146:16
147:12,16
148:4,12 171:2
226:11,20,22
279:5,8,18,20
**sagittal**  199:1
**saltwater**
189:20
**samples**  273:11
**sand**  189:13
190:12 191:6
191:10,21
192:2,3,6,8,9
192:19 196:7
**sat**  272:7
**save**  177:2
**saving**  177:4
**saw**  71:24
243:16 259:7
**saying**  33:9
34:10 57:15
58:2,14 71:9
99:15,18 100:1
111:12 161:24
162:3 165:7
193:10 195:24
208:4 214:4
216:2 226:18

**says**  34:21
43:22 46:7,22
47:13,13 53:10
54:5,8 63:17
67:6 116:6
145:6 157:3,3
201:9 202:3,16
225:23 253:4
263:11,13
**schambeau**
107:4
**schedule**  3:17
25:11,14
**science**  104:15
108:3,4,7
**scientific**  166:6
231:15 233:19
**scientist**  235:11
**scientists**
100:17,19
107:9
**scratch**  57:5
**screening**  4:5
55:5 105:7
107:14
**screenshots**
29:21
**seaport**  2:14
**search**  19:16
107:20 178:17
237:1
**searches**  19:17
**second**  27:16
34:21 73:2
110:23 127:13
155:23

**[section - show]**                                                                        Page 48

| | | | |
|---|---|---|---|
| **section** 110:5 | 250:23 251:20 | **send** 27:11 | **served** 41:4 |
| 177:10,20 | 251:22 260:1,7 | 29:11 152:8 | 42:14,16 46:1 |
| 199:1 | 264:21 275:4 | 153:1 242:13 | **services** 174:9 |
| **sections** 229:7 | 275:17 277:16 | **sense** 20:12,15 | **seskin** 16:15 |
| **see** 24:23 26:20 | **seeing** 49:19 | 20:16 | 17:3 |
| 26:22 27:7,16 | 104:7 175:4,9 | **sent** 21:20 27:6 | **set** 273:23 |
| 45:13 53:12 | 194:21 244:20 | 27:6 | **settled** 50:18 |
| 54:22 55:18 | 264:9 | **sentence** 32:23 | 51:2 |
| 70:13 72:3 | **seem** 77:8 | 110:14 118:4,4 | **seven** 209:18 |
| 78:15 80:14 | 173:4 189:19 | 145:6 159:11 | **several** 41:7,19 |
| 83:13,21 84:2,4 | **seen** 48:15 67:6 | 177:23 | 49:1 56:13 |
| 85:19,21 86:20 | 67:9 105:17 | **sentences** 113:2 | 112:1 144:1 |
| 89:17,19,23 | 106:1 138:23 | 113:3 | **sexually** 216:13 |
| 90:12,14 97:17 | 150:15,16 | **separable** 38:20 | 216:14 |
| 98:2,3,4 100:5 | 178:10 182:8 | 38:21 | **sgo** 3:21 40:15 |
| 100:23 101:1,2 | 182:13,18 | **separate** 19:4 | 41:5,14,17,20 |
| 101:3,4,5,7,8 | 187:14 188:21 | 30:13 264:6 | 41:21 42:15,21 |
| 101:13 102:2 | 189:18 190:9 | 265:11 266:3 | 43:8,24 44:16 |
| 111:7 116:19 | 192:2,3 198:17 | **separated** | 44:22 57:15 |
| 124:23 130:8 | 206:3 223:1,5 | 198:20 266:22 | 126:10 129:21 |
| 141:24 167:9 | 245:13 269:10 | **separately** | 130:3 150:14 |
| 173:5,23 175:1 | 273:5,23 274:5 | 12:23 | 151:17,19 |
| 175:11 178:16 | 274:5 275:5,10 | **september** 3:23 | 152:7 153:14 |
| 181:1 182:4,6 | 275:13 276:13 | 53:8,15 | 154:1,14 |
| 192:8,9 195:3 | 276:15 282:9 | **sequence** 33:6 | 172:23 268:11 |
| 196:6,11 | 282:17 | **series** 136:16 | **shapes** 212:2,8 |
| 200:13 201:20 | **segments** 210:8 | 137:8,12,16,19 | 212:14 |
| 202:19 208:3,6 | **select** 13:9 | 137:24 138:1 | **share** 25:11 |
| 208:22 209:6 | 93:15 | **serine** 104:23 | 269:5 |
| 209:14,15,19 | **selected** 47:14 | **serous** 92:6 | **sheet** 13:5,5 |
| 215:22 217:1,2 | 139:22 | 110:6 111:3 | **shh** 136:23 |
| 217:6,7 221:12 | **selection** 121:6 | 113:7 114:22 | 137:2 |
| 221:17 224:20 | 123:9 125:8 | 255:6 257:24 | **shorthand** |
| 239:12,21 | **selective** 59:1 | 258:14,20 | 284:6 |
| 240:3 243:18 | **self** 87:24 | 261:21 266:23 | **show** 96:17 |
| 245:10 248:3,4 | | 267:3 | 97:2 98:4 99:12 |

**[show - sort]**                                                                                       Page 49

137:23 167:6
168:7 198:22
199:11 207:22
229:19 231:10
232:7 234:19
**showed** 95:7
123:13,18
124:4 152:1,3
155:7 232:16
**shower** 188:14
**showing** 207:20
235:1 275:6
**shown** 96:22
156:21 282:4
**shows** 64:7
138:13 182:10
**sic** 146:22
156:14,23
**side** 21:18
22:19 54:9
178:4,4 181:4,4
235:12
**sides** 234:23
**sidetracked**
155:17
**sign** 27:7
**signature**
284:17
**signed** 230:23
**significance**
100:4 111:10
113:21 118:24
120:7,9 122:13
230:7,24 231:9
231:22 232:2
232:17

**significant**
118:11,20,22
119:4,15
120:20 121:13
121:14,24
122:3,21 123:1
123:23 124:6
124:13,14
229:20 233:2,7
233:9 234:20
253:21 265:16
266:10 267:6
**significantly**
91:19 254:22
**silent** 149:1,4
172:24
**similar** 11:15
34:22 45:10
103:3,10
**simplify** 37:3
**singing** 23:17
23:19,23 25:6
27:22
**single** 29:20
37:4,5 78:8
178:19 186:11
201:9 216:3
218:4 233:18
259:20
**site** 54:21
**sites** 80:19 81:9
104:15
**sitting** 193:20
193:20
**six** 55:2 60:5
253:8 254:15

262:18 263:6,9
263:13 272:4
**size** 216:20
253:21
**skipped** 73:1
**sledge** 1:17
**slight** 123:12
**slomovitz**
175:16
**slomovitz's**
175:21,23
**slurry** 218:23
**smaller** 200:1,5
214:16
**smallest** 203:7
203:8,8,17
**smear** 203:21
204:5,18,21
207:4 213:14
215:8
**smoke** 105:21
241:4
**smoker** 254:15
**smokers** 241:3
**smoking** 254:17
255:9
**smoldering**
92:23 93:8
**societies** 36:15
40:13 129:15
129:17 131:2
153:22 163:23
163:24 164:1
167:16 254:23
268:6

**society** 13:12
40:17 55:14
57:16 66:9
126:3,6,8
138:15,24
145:12 146:11
147:5,9 148:3
148:10
**solely** 190:4
**somebody's**
276:24 277:1
**soon** 56:20
167:3
**soothing** 50:8
102:9
**sophisticated**
248:17
**sorry** 30:9,15
31:12 38:14
46:11 54:1
67:20 69:20
74:24 85:20
86:4 91:4 97:22
98:9 108:22
110:11 136:3
136:24 137:1
140:7 141:7,18
142:6 149:18
156:18 167:4
171:13 201:23
212:22 219:2
249:18 262:13
269:17 274:1
**sort** 8:21 37:1,3
107:1 108:2
198:4 236:11

280:15
**sound** 157:15
211:16
**sounds** 79:16
**source** 20:6,19
63:20 64:11,14
64:17
**sources** 20:24
21:2 36:9
**south** 22:5
24:19 190:16
**space** 199:5,7,8
**spatula** 5:3
**speak** 187:4
**speaking**
115:16
**special** 124:17
**specialist** 260:3
**specialists**
126:12
**specialize** 126:9
**specialties**
46:22
**species** 79:11
80:3,22 81:12
86:14,20 97:15
**specific** 11:4
13:10 21:14
61:2 72:20
139:22 232:13
232:15
**specifically**
22:17 26:19
45:24 149:24
156:6 174:21
177:9,19

**specifics** 192:15
**specified** 35:20
**specimen** 193:4
195:9,10
271:13
**specimens**
104:14 107:24
193:18 270:8
270:23 271:5
273:23,24
274:5,9 277:9
**spectrum** 91:16
**speculate** 135:7
140:13 228:1
**speculation**
47:12 54:11
94:22 105:15
134:20 135:6
140:6 150:11
151:24 152:22
161:11 226:8
**speculative**
152:12
**spelled** 14:15
152:5
**spent** 11:21
12:5,12,15
166:13
**sperm** 59:3,5,8
184:13,14,14
184:20 216:16
**sporadic** 34:24
35:8
**springs** 24:1
**sprinkling**
219:3

**square** 2:9
**squared** 210:2
**squeeze** 187:4
**st** 17:16
**stage** 104:19,20
105:1,3
**stages** 86:23
87:14
**staging** 256:21
**stain** 89:21
101:8 277:8
**staining** 274:8
**stains** 83:23
**stand** 106:17
113:5,10
227:18
**start** 8:1 57:5
73:23 103:22
157:11 177:22
271:23
**started** 267:17
**starts** 59:20
105:18
**state** 36:13 57:7
59:16 60:1
113:2,2 121:10
121:23 122:2
144:10 148:10
149:23 186:17
195:18 219:12
221:2 231:24
254:6
**stated** 30:19
122:19,20
158:6 189:13
238:6

**statement** 42:6
42:20 44:7,22
48:3 53:8,17,19
54:6,13,15,22
55:12 57:23
58:13 63:21
64:15 69:9 75:1
75:13 76:4 77:3
78:13 79:21
85:18 90:1,10
102:21 110:4
111:2 113:6,15
114:7,8,21
143:12,16
145:10 146:14
148:3 149:15
151:20 153:16
154:16 159:1
166:20 170:22
172:20 173:3
210:13 232:11
240:7,13 245:3
**statements**
42:24 44:15
46:24 74:8 81:3
138:15 145:13
146:12 152:2
157:16 158:23
**states** 36:15
42:22 54:16
61:3,11 66:2
67:10 128:4
149:20 182:10
273:17
**stating** 112:2
277:2

**[statistical - sure]**

**statistical** 4:18
  120:7,9 122:13
  230:7,23 231:9
  231:22 232:1
  232:17
**statistically**
  118:11,20,21
  119:4,15
  121:13,24
  122:3,21,24
  123:22 124:12
  124:14 229:20
  233:2,7,9
  234:20 265:16
  266:9 267:6
**stay** 43:23
  221:19 242:7
**stds** 216:17
  217:18
**stems** 92:6
**step** 78:8
**ster** 125:21
  126:2
**sterile** 196:13
**sterility** 125:21
**stic** 100:1 101:8
  101:12,15,21
  112:15
**sticks** 182:7
**stimulate** 60:18
**stipulation**
  35:17
**stop** 218:8
**straighten**
  29:23

**strap** 218:21
**strapped** 60:21
  218:17
**street** 1:17 2:3
  2:6,10
**stress** 87:13
  90:16,24 91:8
**strike** 219:6
**structural**
  87:15
**struggle** 202:21
**studied** 85:5
  104:5 129:1
  270:10,16
**studies** 4:19,21
  65:2 68:8 69:12
  69:12 73:7,20
  94:14,17 95:7
  96:10,16 97:2
  99:12 100:4
  101:24 121:5
  123:7,16
  124:16 131:12
  131:13,14
  136:6,9,12,15
  137:4,5,8,9,16
  138:4,6,10
  144:3,10,11
  167:13,14
  177:21 188:7
  221:1,17
  229:18 232:15
  234:2,19 235:6
  254:19 263:22
  264:12 282:18
  282:20

**study** 104:12
  120:18 135:9
  135:14 136:17
  138:9 143:24
  182:8 190:2
  231:10 233:15
  233:21 234:6
  235:1 264:9
  265:2,7,11
  266:13,15,21
  267:2,22 268:1
**su** 14:13,14
  19:12 28:18
**subclinical**
  85:23 86:6
**subject** 189:24
**submission**
  26:11,24
**submit** 18:8
  108:16
**submitted** 8:13
  9:24 11:22 53:8
  54:2 108:14
**subscribe** 166:1
**substance** 59:6
**substances**
  173:7,11 174:8
  174:22 187:8
  187:16
**suggest** 113:19
**suggested**
  260:2
**suggesting**
  153:20 185:13
  234:24

**suggests** 91:18
**suit** 146:4,12
**suite** 2:10
**summarize**
  37:1,4 60:6
**summarized**
  56:2
**summary** 32:4
  32:5 34:20
  36:23,24 38:6,9
  38:21 39:2,18
  39:22 97:10
  113:10
**summer** 22:10
**superior** 1:1
**supervision**
  284:8
**support** 72:14
  73:21 99:1
  114:8 185:9
  189:22 192:1
**supporter** 22:6
  22:7,8
**supportive**
  243:16
**supports**
  161:23 162:5
  189:15
**suppose** 255:12
**supposed**
  116:12 148:2
**sure** 9:2 14:18
  15:16 20:24
  32:7 33:14 34:5
  40:23 41:2
  44:11 45:3

**[sure - talcum]**

Page 52

| | | | |
|---|---|---|---|
| 58:20 68:17 | **surprise** 121:7 | **table** 29:22 | 124:5,6 129:24 |
| 70:18 76:23 | 193:1,3,6 | 104:21 119:6 | 132:14 133:1,2 |
| 77:10 78:14,17 | **surprised** 181:9 | 119:21 141:24 | 133:4 146:20 |
| 81:17 85:11,13 | 192:18 203:4 | 162:18 195:11 | 148:7 153:23 |
| 90:11,21 91:12 | **survey** 191:4 | 264:21 266:22 | 155:10 159:14 |
| 92:17 94:11 | **survival** 81:20 | 271:2 274:7 | 160:9 161:3 |
| 99:9 104:17 | 82:5 | **tables** 29:21 | 163:20 171:1 |
| 112:7,10 114:5 | **suspicion** 260:9 | **tac** 5:17 | 172:8,20 |
| 122:1,5,18 | **sweep** 153:11 | **taher** 6:10 | 182:10 183:4 |
| 124:10 132:19 | **swim** 59:3 | 267:9,22 268:1 | 183:13 185:1 |
| 133:14 145:11 | **sworn** 7:3 | **take** 17:15 | 185:14 188:13 |
| 155:13 166:16 | **synthesis** | 19:23 28:17 | 192:19 196:7 |
| 173:13 189:24 | 156:22 | 60:7 110:20 | 199:21 200:4,5 |
| 196:6,19 | **system** 23:18 | 118:12,14,17 | 200:7,15,23 |
| 206:21 212:20 | 23:19 56:12,13 | 142:7 173:24 | 201:3 211:10 |
| 215:16 231:5 | 57:9,9,17,18 | 214:8 236:22 | 211:20 212:1 |
| 233:13,16 | 58:1,1,3,14,15 | 247:1,7 281:8 | 214:14 215:5 |
| 242:8 243:5 | 58:21,22,22 | **taken** 1:16 | 216:1,16,20 |
| 246:6 247:14 | 59:13,17,18 | 259:21 284:5 | 217:9,15 |
| 259:18 262:21 | 60:1,2,13,14 | **takes** 252:4 | 218:23 221:14 |
| 263:5 264:8 | 61:4,5 63:17,18 | **talc** 1:4 4:3 6:3 | 225:24 232:19 |
| 269:17 276:24 | 63:22,22 64:16 | 6:6,10 17:8 | 243:20 244:23 |
| 279:3 280:21 | 64:16 65:1 | 21:5 24:4 33:10 | 245:8,21 246:2 |
| 281:1,3,11 | 178:2 181:13 | 33:11,15 48:15 | 246:12,23 |
| **surepath** 204:1 | 181:14,21 | 49:16 50:14 | 249:6,9,10,21 |
| **surface** 103:8 | 183:8,10 185:2 | 52:14 53:14 | 250:1,4,7,15,19 |
| 276:3 | 185:16,16 | 56:2 67:15 68:3 | 251:15,22 |
| **surgery** 47:20 | 198:2 205:1 | 73:14 94:18 | 272:3 273:24 |
| 193:17 257:18 | **systematic** | 95:8 96:4,11,17 | 274:17 275:16 |
| 257:19 | 132:7,8 154:15 | 96:18 98:13 | 276:8 279:5,8 |
| **surgical** 5:15 | **systemic** | 99:14,18,22,24 | **talc's** 159:16 |
| 48:10 49:1 | 169:15 | 102:4 118:6,9 | **talcoma** 251:6 |
| 146:22 150:24 | | 120:1,2,16 | 251:13 |
| 179:4 259:9 | **t** | 121:11,16,21 | **talcum** 16:13 |
| **surgically** | | 122:3 123:2,14 | 17:22 18:1,14 |
| 192:21 | **t** 284:1,1 | 123:19,21 | 18:22 21:17 |

**[talcum - thicker]**

32:11,19 33:5
33:13 36:2 38:1
41:23 44:7,23
47:8,19 48:4,18
49:13,22 50:1,6
50:23 51:5,24
52:10 61:24
62:2,20 63:3,9
63:12 64:8 65:3
65:16 66:17,19
68:9,20 73:7
95:23 97:3
100:9 108:20
108:24 109:7
119:3,14 128:1
128:19 129:4
129:13 130:4
130:22 133:16
134:3,14 135:2
135:16,19
146:15,24
147:17 148:4
148:11 151:20
154:16 165:14
182:5 188:23
189:3 200:20
219:3 221:10
223:3 236:3
243:3,8,22
244:9 247:21
247:24 248:22
264:22 279:13
279:19,21
280:5 281:24
**talk** 35:13
87:11 100:3,11

177:19 192:16
196:16 256:9
278:13
**talked** 106:22
177:17,21
188:20 203:20
**talking** 35:18
35:19 59:22,23
66:6 130:17,18
160:13 207:1
212:19 214:14
250:12 251:12
275:20
**talks** 257:20
**tampon** 183:16
183:18
**tampons** 63:3
**tca** 50:9
**teaching** 145:5
**technique**
204:5,19
**techniques**
179:4 270:21
**tell** 7:3 17:10
41:14 46:5 60:4
60:12 116:8
121:14 132:4
201:16 219:20
236:1 248:7,9
270:2 271:21
282:7
**telling** 237:11
245:23
**tells** 200:23
**ten** 128:15
129:5,24

130:10 165:9
218:24 254:7
**term** 15:15
228:2,5 242:9,9
281:23
**terms** 4:18
166:6
**terrible** 16:20
**terry** 5:22
127:7,9 265:2,7
265:11,21
**test** 94:14 105:7
107:14
**testified** 7:5
16:12 17:7
32:16 51:11,17
51:23 66:14
73:12 100:22
132:16 172:19
197:23 211:11
229:18 233:23
281:20
**testifies** 273:1
276:16
**testify** 17:3,17
17:19 250:15
271:14
**testifying** 214:4
239:15
**testimony**
69:17 71:24
83:21 106:4
202:6 217:8,11
217:13 219:7
239:21 240:3
249:14 270:11

272:14 273:4,5
273:10
**testing** 4:9
111:23 113:23
227:4,11
238:15,16
**texas** 2:4
**text** 31:18
**textbook** 63:20
139:2,6,9 140:4
141:10 142:12
142:24 144:9
179:12 180:5,7
**textbooks**
140:15 142:18
144:7
**thank** 22:14
32:1 33:20 34:8
45:21 62:7,15
68:2 157:6
165:12 261:8
265:22
**theories** 33:4
87:3,9 240:21
**theory** 87:2
165:24 241:13
243:11,12
275:16,19
**thereabouts**
126:23
**thereto** 284:6
**thick** 59:2
199:17 207:2,3
217:13 260:11
**thicker** 207:5

**[thing - thompson]**                                                        Page 54

| | | | |
|---|---|---|---|
| **thing**  33:9 | 221:4 226:4 | 20:5,13 21:3 | 92:12,18 93:7 |
| 58:14 120:19 | 231:13 238:17 | 23:10 25:17 | 93:17 94:3,12 |
| 181:5 198:18 | 240:12 241:12 | 26:8,13,18 28:9 | 94:24 95:14,21 |
| 239:1 242:17 | 242:22 244:13 | 30:6,22 31:2 | 96:9,15,24 |
| 258:19 | 244:17 245:3 | 34:3,18 35:6 | 97:11 98:6,19 |
| **things**  26:2 | 247:10,23 | 36:6 37:16,22 | 99:11 101:23 |
| 33:18 61:14 | 248:8 249:7 | 38:5 39:8,16,23 | 102:13 103:19 |
| 65:21 131:16 | 250:14 253:16 | 40:7 41:1 42:7 | 104:3 105:23 |
| 138:21 161:5 | 255:3 260:7 | 42:12 43:21 | 106:9 108:8 |
| 224:15 225:11 | 261:23 262:6 | 44:12,20 45:4 | 109:18 110:3 |
| **think**  8:14 9:9 | 263:18 267:17 | 45:17 46:12 | 110:13,18 |
| 13:19 16:14,17 | 267:23 270:2,4 | 47:6,22 48:8,24 | 112:23 114:13 |
| 16:23 18:14 | 270:21 271:8 | 49:11,20 50:10 | 114:19 116:1 |
| 24:21 27:13,18 | 272:22 275:24 | 50:22 52:9,19 | 116:16 117:2,9 |
| 29:24 30:7 | 276:12 277:18 | 53:3 54:4 57:14 | 117:16,23 |
| 32:17 34:21 | 278:8 281:3,4 | 57:21 58:10 | 118:23 120:15 |
| 35:18,23 49:4 | **thinking**  20:18 | 61:20 62:6,14 | 120:24 121:8 |
| 49:24 50:17 | 136:11 230:3 | 62:24 63:10 | 122:22 123:5 |
| 64:23 65:8 | 267:18 | 64:1,21 65:10 | 124:3,24 |
| 68:19 73:5,12 | **thinner**  207:5 | 66:5 67:5 68:1 | 125:19 126:16 |
| 78:15 84:16 | **thinpath**  204:5 | 68:14 70:19 | 128:12 129:2 |
| 95:15 98:7 | 204:20 | 71:23 72:12 | 129:11 130:13 |
| 100:16 111:6,8 | **thinprep**  5:3 | 73:3,18 74:3,17 | 130:24 131:15 |
| 112:14 115:3 | 203:23 204:5 | 74:21 75:4,11 | 131:19 132:1 |
| 132:2,16,23 | 204:10,20,21 | 75:24 76:6,14 | 132:22 133:21 |
| 134:24 136:16 | 204:24 205:7 | 76:20 77:2,6,12 | 134:22 135:12 |
| 137:7 138:3 | 205:17 | 77:16,20 78:3 | 138:22 139:8 |
| 139:6 141:14 | **third**  16:16 | 78:16 79:5,19 | 139:16 140:3,9 |
| 142:2 147:13 | 207:19 | 80:9,18 81:6,18 | 140:14,20 |
| 147:16 149:23 | **thirteen**  131:22 | 82:2,11,17,23 | 141:16 144:16 |
| 154:21 160:21 | **thompson**  2:3 | 83:5,12 84:8,15 | 145:18 146:1 |
| 161:7,9 164:16 | 3:3 7:7,10 8:6 | 84:21 85:1,4 | 146:21 147:24 |
| 167:8 177:5 | 9:22 11:1,9 | 86:5,12,19 87:7 | 148:15,19 |
| 188:5 191:16 | 12:11 15:2,10 | 87:21 88:5,23 | 149:5,13 150:6 |
| 192:4 198:14 | 16:6 17:4,9 | 89:13 90:7,22 | 150:12 151:15 |
| 206:16 211:12 | 18:12,19 19:8 | 91:6,13,23 | 152:6,18,24 |

**[thompson - toxic]**                                                          Page 55

| | | | |
|---|---|---|---|
| 153:13,24 | 219:18 220:2 | 180:2 237:10 | 277:5,5 |
| 154:8,24 155:9 | 220:18 222:6 | 237:12 242:13 | **titled**  84:16 |
| 156:17 157:5 | 222:20 223:13 | **thousand**  211:1 | 174:7 |
| 159:9 160:7,15 | 224:3 225:2,8 | 211:16 | **tnf**  156:16,16 |
| 160:22 161:14 | 226:10,15 | **thousands** | 156:18,19 |
| 163:14 164:14 | 227:3,9,15,22 | 233:17 274:8 | **today**  7:18 13:1 |
| 164:24 165:21 | 228:4,13,20 | **three**  8:17 | 25:8 73:10,19 |
| 166:15 167:21 | 229:3,12 | 13:19 16:14 | 85:12 106:13 |
| 169:8,18 | 230:18 232:6 | 72:13 86:23 | 110:19 157:16 |
| 170:23 171:16 | 232:14,22 | 87:14 107:15 | 231:15 235:6 |
| 172:1,15,18 | 233:14 236:19 | 131:16 | 242:23 245:23 |
| 173:16,22 | 238:1 240:15 | **tilley**  2:3 | 252:1 268:7 |
| 174:5 175:18 | 241:14 242:19 | **time**  11:14 | 279:2 282:4 |
| 176:6,22 177:6 | 245:4,20 246:8 | 12:15 19:5 | **together**  256:10 |
| 179:10,19 | 248:15 249:17 | 22:11 27:21 | **told**  45:5 |
| 180:4,17,24 | 251:2,18 | 49:1 55:3,4 | 203:16 |
| 183:9,24 | 252:13,19 | 73:22 111:23 | **took**  22:13 |
| 184:19 186:3 | 253:2 255:13 | 113:23 133:3 | 29:21 |
| 187:13 188:15 | 256:3,14 261:7 | 175:4,9 197:8 | **top**  131:8,18 |
| 189:12 190:11 | 261:12,19 | 221:5 257:7 | 132:6 282:16 |
| 191:14,23 | 262:15,22 | 262:14 | **topic**  73:23 |
| 193:5,22 | 264:5,16,20 | **times**  13:14,16 | 106:8 219:19 |
| 194:17 195:16 | 265:6 266:1,20 | 13:16 165:9 | 234:17,23 |
| 196:15 198:13 | 267:12,21 | 202:21 208:1 | 245:12 |
| 200:2 201:24 | 269:9 274:3,22 | 210:2,5,7 255:8 | **topics**  19:24 |
| 202:7,15 | 276:10,21 | **tiny**  203:9 | 47:14 |
| 204:16 205:5 | 277:23 278:12 | **tissue**  192:12 | **total**  12:5 17:22 |
| 207:18 208:14 | 278:21 279:11 | 193:24 194:10 | 272:2 |
| 208:18 209:1,7 | 280:22 281:2,7 | 195:3 259:15 | **totally**  145:16 |
| 210:6,23 211:9 | 281:13 282:24 | 259:20 276:9 | 193:11 |
| 212:10,21 | 283:4 | 276:11 | **tough**  133:9,15 |
| 213:6,18,22 | **thoracic**  219:24 | **tissues**  102:5 | **towards**  65:4 |
| 214:6,13 215:4 | **thought**  9:2 | 156:13 158:18 | 195:18 |
| 215:12,21 | 19:3 31:13 | 192:20 269:15 | **toxic**  173:7 |
| 216:10 217:4 | 48:22 56:20 | 271:8,10,22 | 174:7,22 |
| 218:12 219:5 | 105:24 106:13 | 275:6 276:7 | |

**[toxicity - types]**                                                   Page 56

| | | | |
|---|---|---|---|
| **toxicity** 4:22 | **trial** 17:19 | 120:13 121:3 | 89:8 239:17 |
| 174:10 176:1 | 104:13 132:14 | 130:8 142:9 | 243:20 255:6,9 |
| **trabert** 127:4,6 | 132:24 133:24 | 146:3 163:13 | 258:3 259:16 |
| **track** 12:22 | 134:3 135:24 | 176:23 178:16 | 262:9,17 |
| 18:6 | 143:15 230:14 | 191:1 196:13 | 263:23 264:1 |
| **tract** 65:5 68:11 | 251:5 270:11 | 237:1 242:7,13 | 265:12,13 |
| 183:5,19 185:8 | 273:9 | 248:14 251:8 | 266:4 278:7 |
| 187:17 189:14 | **trials** 132:12 | **tubal** 92:4,7 | **tunnel** 206:1 |
| 194:5,11 | 136:1,4 143:19 | **tube** 63:9 99:24 | **turn** 28:10 32:3 |
| 217:14,17 | **trick** 248:14,17 | 200:14 257:21 | 156:23 266:2 |
| **training** 126:18 | 248:18 251:8 | **tubes** 58:23 | 266:22 271:19 |
| **transcript** | 251:10,10 | 63:13 65:5,18 | **tv** 133:10 |
| 284:4,9 | **tried** 134:1 | 68:4,12,21 | 235:20 |
| **transcription** | 178:17 | 99:19 181:15 | **twelve** 254:16 |
| 88:13 89:4 | **trouble** 94:1 | 181:19,24 | **twenty** 104:15 |
| **transform** 73:8 | 154:22 206:22 | 185:21 187:6 | 252:16 |
| **transformation** | 271:9 275:15 | 200:15,16 | **twist** 146:3 |
| 81:21 82:5 | **true** 113:15,16 | **tumor** 70:20,22 | **twisting** 146:12 |
| **translational** | 149:14 234:15 | 76:16 77:22 | **two** 8:10 11:11 |
| 107:12 | 235:5 239:18 | 78:9 79:8,24 | 13:6 14:5 16:12 |
| **transmitted** | 284:9 | 89:15 90:1,8 | 24:23 26:6 |
| 216:13,14 | **trust** 175:21 | 91:14 92:24 | 52:22 137:14 |
| **transport** 185:1 | 211:18 | 93:9 107:2 | 167:8 173:17 |
| 195:14 204:8 | **trusted** 125:5 | 174:14 236:6 | 182:19 233:3 |
| **treat** 258:11 | **truth** 7:3,3,4 | 238:13 240:4 | 263:7,11 |
| **treated** 50:9 | 154:23 177:7 | 243:4,9,17 | 281:18 |
| **treating** 239:11 | 240:19 243:16 | 245:13 246:18 | **type** 31:6,8 |
| **treatise** 174:10 | 263:16 274:1 | 254:12,18 | 70:3 109:11 |
| **treatment** 43:1 | **try** 12:3 43:13 | 257:24 258:14 | 116:11 187:20 |
| 50:7 252:8 | 78:2 98:10 | 258:20 259:15 | 238:19 246:14 |
| 259:23 | 107:8,10,11 | 261:21,22 | 246:22 248:21 |
| **tree** 109:23 | 202:20 212:22 | 278:3,10,19 | **typed** 29:19,20 |
| **trees** 177:2,4 | 247:7 | **tumorigenesis** | 31:18 |
| **trendelenburg** | **trying** 61:1 | 78:8,20 92:4 | **types** 74:12 |
| 60:19 61:16 | 64:23 81:5 | **tumors** 78:23 | 75:6 97:16 |
| | 100:3 119:21 | 79:3,4,6 88:17 | 141:22 222:21 |

**[types - vagina]**                                                 Page 57

223:9,14 224:6
251:24
**typical**  188:12
**typically**  27:3
115:18 132:9
140:15 239:16

**u**

**u**  14:15 107:6
**ubiquitous**  66:9
226:17
**uh**  46:18 74:22
170:11 256:20
268:22
**ulterior**  154:14
**um**  16:1 227:21
243:10
**umbrella**  174:9
**under**  55:5
109:22 110:14
132:11 138:6
138:16 147:22
153:11 155:24
174:9 177:10
284:7
**underlined**
156:18
**underneath**
53:13
**understand**
7:17,18,21
31:17 32:7 60:9
100:5,16
182:15 211:4,4
230:2 243:5
247:3

**understood**
18:11 269:17
**underwent**
238:19
**undetectable**
85:23 86:6
**undetermined**
111:10
**unfair**  244:18
**unique**  234:17
244:14 247:5
248:5
**united**  36:15
66:2
**units**  219:1
**university**  22:5
**unknown**
113:21
**unopposed**
168:18
**unresolved**
75:20 76:8
**untrue**  270:14
**updated**  54:17
176:5
**uptodate**  19:17
19:21 254:24
**upwards**  68:11
187:16
**usage**  247:21
**use**  4:3 5:20 6:3
6:6,9 15:11,18
19:17 20:3,24
34:13 36:2 48:4
48:17 49:1,12
50:12,15 51:9

51:12,24 52:5
52:10 53:14
60:16 61:13
63:3 64:7 69:13
96:11 107:19
118:9 119:3,14
120:1,2,16
121:11,16,21
122:2,14 123:2
123:14,21
124:5,6 128:19
129:4,13,24
130:4 132:3
133:1,2 134:16
134:24 139:2
146:15,20,23
147:6 148:4,7,8
151:20 154:16
155:10 159:14
161:3,15,16,17
163:20 171:1
173:19 180:9
186:8 201:10
203:23,24
204:10 205:16
208:9 210:14
218:3 221:10
228:2 237:2
243:8,22 244:9
248:22 249:6,9
249:10 250:19
251:15 264:22
280:2
**used**  4:18 7:22
19:13 29:16
52:13 102:14

161:18 173:18
178:11 179:13
180:20 181:9
204:8,24 215:7
215:7 218:14
236:2,10,17
242:9 277:8
281:23
**uses**  186:11
269:21
**using**  4:6 19:3
20:11,14 48:10
49:4 50:11
121:10 134:3
178:22 179:2
181:21 201:2
203:20 215:15
216:19 231:21
241:16,18
**uterine**  60:18
186:23 187:15
249:20
**uterus**  61:14
181:15 185:21
186:19 187:3
189:8 208:3
217:1

**v**

**vacuum**  187:19
187:20
**vagina**  66:22
67:1,22 186:20
190:13,21
191:6,10,13
198:19,19

199:1,3,4
**vaginal** 60:20
102:19 182:21
183:12 198:20
250:4
**vague** 76:24
77:3,8 78:1
80:7 97:7
166:20
**vaguely** 43:20
**value** 118:22
119:11
**variance** 111:9
111:9
**variants** 113:21
**variety** 282:14
**various** 19:19
19:23 22:12
46:22 168:16
237:23
**veiled** 152:15
**velcro** 218:21
**versed** 145:3
**version** 30:21
**versions** 282:10
**versus** 70:4
118:10 121:12
121:16,22
128:17
**vessels** 66:22
**vice** 46:21
**views** 198:1
**visible** 192:6
**visit** 252:20
255:17 260:3

**vitae** 3:15
**volume** 209:10
209:23 210:11
210:18 213:12
213:19 214:19
215:6 216:1,19
**vs** 1:8
**vulva** 50:15
**vulvar** 250:7
**vus** 112:3,15
**vuses** 111:9,14
111:18 112:5
112:12 113:19
113:24 114:3
115:7,10,12

## w

**w** 1:7
**wait** 110:11
141:21 218:9
218:10 229:6
**waiting** 202:11
202:12
**walked** 14:2
**wall** 182:7
198:24 199:3,4
**walls** 182:21
183:13 198:20
**walmart** 66:4,7
**want** 18:4
29:13 30:17
35:12 40:8,9,9
54:6 61:9 67:23
72:17 73:4 74:8
78:2 103:13,20
106:10,15

114:20 122:23
157:10 173:19
175:11 177:19
177:22 186:16
196:16 208:9
209:6 211:23
215:13 229:8
241:24 242:8
247:4 270:13
271:23 283:3
**wanted** 9:2
28:1 37:13
155:13 181:1
214:7 245:15
**warner** 41:20
**warts** 50:7,9
**wash** 257:1
**water** 1:17
189:13,19
190:13 191:6
191:10,21
243:12,13
**way** 12:2 27:3
43:23 66:11
73:15 77:7 78:9
98:23 99:14
103:3,10
113:19 114:21
125:1 154:16
178:12 181:10
198:4,17 199:6
205:18
**we've** 63:15
65:20 110:8
155:12 160:13
170:13 177:17

199:19 201:12
209:21
**web** 53:7
**website** 42:21
43:9 44:16
54:14 55:1
**websites** 55:22
**week** 9:23
106:22 196:4
218:23,24
251:22
**weekly** 196:5
**weigh** 39:14
**weiss** 2:9
**welcome**
116:18 214:8
**wells** 277:7
**wendy** 139:17
**went** 257:7
**whatever's**
279:23
**whatsoever**
63:20 185:19
252:10
**wife** 188:17
**wilhite** 27:18
27:20 28:2
**willing** 135:13
222:11 279:4,7
280:1,4,11,14
280:17
**window** 4:6
**wishful** 267:18
**witness** 7:2
34:1 177:3
261:17 267:16

**[witness - zoom]**

281:5 284:10
**wolf**  13:7,8
**woman**  60:19
147:15 181:22
188:13 190:12
219:2
**women**  4:13
33:17 52:11
55:6 61:16
62:18 63:3
65:22 66:6
67:12 100:21
102:10 110:5
111:2 113:6
114:22 118:9
119:16 121:12
121:22 124:11
128:17 147:6
156:6,7 159:14
182:12 187:21
188:7,18,19,22
189:7,18
191:16 192:5
197:12,14
200:14 207:6,8
216:11 219:13
**women's**  23:18
179:13
**wonderful**
18:18
**word**  28:13
29:20 31:6,18
40:1 161:16
178:6,10,18,21
178:22,23
179:2,14,21

180:9,19 181:9
187:23
**worded**  166:22
**wording**  50:13
**words**  146:3,5
146:12 181:7
186:18 191:3
**work**  3:17
10:13 11:13,15
11:18 23:21
28:18 46:9
108:11 236:13
236:17 243:13
245:11
**worked**  17:22
27:23 41:9
188:19
**working**  10:18
11:7 21:17
22:18 27:14
100:19 146:4
238:4
**works**  27:3
42:22 187:15
**workup**  238:17
**world**  193:17
**wound**  50:2,6
**wrapping**
154:22
**write**  28:11
39:24 140:12
140:19
**writing**  11:3
12:12 18:17
29:15 284:7

**written**  52:15
144:23 145:2
168:5 194:22
253:10
**wrong**  114:15
170:10,17,21
171:2,6,11,17
171:20 172:4,6
172:11,14
231:11 256:5
276:18 277:1
**wrote**  31:17
40:1
**wu**  127:19,20

| x |
|---|

**x**  3:1 4:1 5:1 6:1

| y |
|---|

**y**  14:15
**y'all**  23:23
**yale**  158:10
**yeah**  24:23 25:1
27:18 30:7
35:12 57:4 82:9
91:22 104:19
111:13 128:14
132:5 135:7
143:10 144:7
150:19 184:7
206:17,21
224:10 247:9
248:13 249:1,3
250:23 254:11
256:7 257:3
**year**  18:21
24:22 253:5

**yearly**  151:17
**years**  11:11
21:22 36:10
41:7 59:10 64:4
64:12 112:1,3
139:7 142:13
142:15 145:5
175:10,20
180:14 185:22
190:4,8 196:1,3
216:15 221:15
241:4 245:11
254:8 262:8
263:3,8,11
**yep**  77:5,19
**yesterday**  8:9
9:18 273:8
**yoga**  61:23 66:3
66:8,10,12
187:22 188:1,1
188:3,4,6
**young**  189:18
244:17

| z |
|---|

**zero**  253:5
**zoom**  2:8,11,18
13:20,21 14:9

New Jersey Rules Governing Civil Practice

Part IV, Rule 4:14

Depositions Upon Oral Examination


4:14-5. Submission to Witness; Changes; Signing

If the officer at the taking of the deposition is a certified shorthand reporter, the witness shall not sign the deposition. If the officer is not a certified shorthand reporter, then unless reading and signing of the deposition are waived by stipulation of the parties, the officer shall request the deponent to appear at a stated time for the purpose of reading and signing it. At that time or at such later time as the officer and witness agree upon, the deposition shall be submitted to the witness for examination and shall be read to or by the witness, and any changes in form or substance which the witness desires to make shall be entered upon the deposition by the officer with a statement of the reasons given by the witness for making them. The deposition shall then be signed by the witness. If the witness fails to appear at the time stated or if the deposition is not signed by the witness, the officer shall sign it and state on the record the fact of the witness' failure or

refusal to sign, together with the reason, if any, given therefor; and the deposition may then be used as fully as though signed, unless on a motion to suppress under R. 4:16-4(d) the court holds that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.


Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.